IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-418-SLR |
| | ) |
| CORNICE, INC., | ) |
| | ) |
| Defendant. | ) |

O R D E R

At Wilmington this  23d  day of March, 2005,

IT IS ORDERED that the parties to the above captioned patent litigation shall **not** file motions in limine.[1] The parties shall be prepared to address their evidentiary issues at the pretrial conference and during trial (before and after the trial day).

                              s/Sue L. Robinson
                              United States District Judge

---

[1] I have found that, in most patent cases, the motion practice is voluminous in the first instance and my decisions on the motions inevitably lead to further motions for reconsideration and clarification. Moreover, in most instances, in the absence of a specific trial context, both the motions and the decisions thereon are too general to be of much help.