IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>   Plaintiff,<br><br>v.<br><br>CORNICE, INC.,<br><br>   Defendant. | Civil Action No. 04-418-SLR<br><br>**PUBLIC VERSION** |

**DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO
DEFENDANT CORNICE, INC.'S MOTION FOR LEAVE TO FILE
AMENDED ANSWER AND COUNTERCLAIMS**

I, William J. Marsden, Jr., declare as follows:

1. I am a Principal of Fish & Richardson P.C., counsel of record in this action for Seagate Technology LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. A true and correct copy of the cross-license agreement between **REDACTED** is attached hereto as Exhibit A.

3. A true and correct copy of the D&B Business Information Report pertaining to Cornice, Inc. is attached hereto as Exhibit B.

4. A true and correct copy of the Expert Report of Roger S. Smith dated March 16, 2005 is attached hereto as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, Delaware, this 8th day of April, 2005.

William J. Marsden, Jr.

**REDACTED**

# A

# B

# D&B Business Information Report

Copyright 2004 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 005042488L

ATTN: JAB

Report Printed: MAY 11 2004
In Date

## BUSINESS SUMMARY

**CORNICE, INC**
1951 S Fordham S Ste 105
Longmont, CO 80503

This is a single location.

| | | | |
|---|---|---|---|
| Web site: | www.consyssol.com | D-U-N-S Number: | 05-042-4816 |
| Telephone: | 303 651-7291 | D&B Rating: | 1R3 |
| | | Number of employees: | 1R is 10 or more employees. |
| Chief executive: | KEVIN MAGENIS, PRES-CEO | Composite credit appraisal: | 3 is fair. |
| Year started: | 2001 | D&B PAYDEX®: | |
| Employs: | 40 | | |
| History: | CLEAR | | |
| Financing: | SECURED | | |
| SIC: | 3572 | | |
| Line of business: | Mfg computer storage devices | | |

**12-Month D&B PAYDEX: 66**
When weighted by dollar amount, payments to suppliers average 19 days beyond terms.

Based on trade collected over last 12 months.

## SUMMARY ANALYSIS

**D&B Rating:** 1R3
  **Number of employees:** 1R indicates 10 or more employees.
  **Composite credit appraisal:** 3 is fair.

The Rating was changed on April 30, 2004 because of D&B's overall assessment of the company's financial, payment and history information. The 1R and 2R ratings categories reflect company size based on the total number of employees for the business. They are assigned to business files that do not contain a current financial statement. In 1R and 2R Ratings, the 2, 3, or 4 creditworthiness indicator is based on analysis by D&B of public filings, trade payments, business age and other important factors. 2 is the highest Composite Credit Appraisal a company not supplying D&B with current financial information can receive. For more information, see the D&B Rating Key.

Below is an overview of the company's rating history since 10/16/01:

| D&B Rating | Date Applied |
|---|---|
| 1R3 | 04/30/04 |
| ER5 | 03/12/02 |
| ERN | 10/16/01 |

The Summary Analysis section reflects information in D&B's file as of May 10, 2004.

## CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within

D&B Business Information Report: CORNICE, INC                                         Page 2 of 5

the U.S. or visit our website at www.dnb.com.

**HISTORY**

The following information was reported **05/07/2004**:

**Officer(s):**     KEVIN MAGENIS, PRES-CEO

**DIRECTOR(S):**    THE OFFICER(S) and Jim Jones.

Business originally chartered as Convergent Systems Solutions, Inc. Name changed to present style by charter amendment on January 23, 2003.

Business started 2001 by Kevin Magenis. 100% of capital stock is owned by the employees.

KEVIN MAGENIS born 1954. 2001-present officer/principal here. 1985-2000 employed by Maxtor Corporation, Milpitas, CA.

Business address has changed from 1830 Boston Ave Ste D, Longmont, CO, 80501 to 1951 S Fordham St, Ste 105, Longmont, CO, 80503.

**BUSINESS REGISTRATION**

CORPORATE AND BUSINESS REGISTRATIONS PROVIDED BY MANAGEMENT OR OTHER SOURCE

The Corporate Details provided below may have been submitted by the management of the subject business and may not have been verified with the government agency which records such data.

**Registered Name:**    Cornice, Inc.

| | |
|---|---|
| **Business type:** | CORPORATION |
| **Corporation type:** | PROFIT |
| **Date incorporated:** | AUG 01 2002 |
| **State of incorporation:** | DELAWARE |
| **Filing date:** | AUG 01 2002 |
| **Status:** | ACTIVE |
| **Status attained:** | AUG 01 2002 |
| **Where filed:** | SECRETARY OF STATE/CORPORATIONS DIVISION, DOVER, DE |

**OPERATIONS**

05/07/2004

**Description:**    Manufacturers computer storage devices, specializing in portable electronic devices (100%).

Terms for payment are net 30. Sells to commercial concerns. Territory : International.

**Employees:**      40 which includes officer(s).

**Facilities:**     Leases 4,000 sq. ft. in cinder block building.

**Location:**       Industrial section on main street.

**SIC & NAICS**

**SIC:**

Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

**NAICS:**
334112 Computer Storage Device Manufacturing

D&B Business Information Report: CORNICE, INC                                  Page 3 of 5

The 4-digit SIC numbers link to the description on the
Occupational Safety & Health Administration (OSHA)
Web site. Links open in a new browser window.

35720000        Computer storage devices

**D&B PAYDEX**

The D&B PAYDEX is a unique, dollar weighted indicator of payment performance based on up to 36 payment experiences as reported to D&B by trade references.

| 3-Month D&B PAYDEX: **66** | 12-Month D&B PAYDEX: **66** |
|---|---|
| When weighted by dollar amount, payments to suppliers average 19 days beyond terms. | When weighted by dollar amount, payments to suppliers average 19 days beyond terms. |

Based on trade collected over last 3 months.

Based on trade collected over last 12 months.

When dollar amounts are not considered, then approximately 80% of the company's payments are within terms.

**PAYMENT SUMMARY**

The Payment Summary section reflects payment information in D&B's file as of the date of this report.

Below is an overview of the company's dollar-weighted payments, segmented by its suppliers' primary industries:

|  | Total Rcv'd (#) | Total Dollar Amts ($) | Largest High Credit ($) | Within Terms (%) | Days Slow <31 (%) | 31-60 (%) | 61-90 (%) | 90> (%) |
|---|---|---|---|---|---|---|---|---|
| **Top Industries:** | | | | | | | | |
| Whol electronic parts | 4 | 72,500 | 60,000 | 98 | 2 | - | - | - |
| Nonclassified | 4 | 50,250 | 35,000 | 100 | - | - | - | - |
| Air courier service | 3 | 50,000 | 30,000 | 100 | - | - | - | - |
| Whol office supplies | 3 | 3,600 | 2,500 | 100 | - | - | - | - |
| Whol industrial suppl | 2 | 8,250 | 7,500 | - | 5 | 90 | - | 5 |
| Mfg semiconductors | 1 | 2,000,000 | 2,000,000 | 50 | 50 | - | - | - |
| Ret-direct selling | 1 | 30,000 | 30,000 | 100 | - | - | - | - |
| Telephone communictns | 1 | 15,000 | 15,000 | 100 | - | - | - | - |
| Whol industrial equip | 1 | 15,000 | 15,000 | 100 | - | - | - | - |
| Short-trm busn credit | 1 | 10,000 | 10,000 | 100 | - | - | - | - |
| OTHER INDUSTRIES | 11 | 3,900 | 1,000 | 61 | 38 | - | - | 1 |
| **Other payment categories:** | | | | | | | | |
| Cash experiences | 2 | 20,000 | 20,000 | | | | | |
| Payment record unknown | 2 | 3,000 | 2,500 | | | | | |
| Unfavorable comments | 0 | 0 | 0 | | | | | |
| **Placed for collections:** | | | | | | | | |
| With D&B | 0 | 0 | | | | | | |
| Other | 0 | N/A | | | | | | |
| Total in D&B's file | 36 | 2,281,500 | 2,000,000 | | | | | |

The highest **Now Owes** on file is $1,000,000

The highest **Past Due** on file is $900,000

D&B receives nearly 400 million payment experiences each year. We enter these new and updated experiences into D&B Reports as this information is received.

D&B Business Information Report: CORNICE, INC                                    Page 4 of 5

**PAYMENT DETAILS**

**Detailed payment history**

| Date Reported (mm/yy) | Paying Record | High Credit ($) | Now Owes ($) | Past Due ($) | Selling Terms | Last Sale Within (months) |
|---|---|---|---|---|---|---|
| 04/04 | Ppt | 60,000 | 20,000 | 0 | | 1 mo |
| | Ppt | 35,000 | 25,000 | 0 | | 1 mo |
| | Ppt | 15,000 | 0 | 0 | | 1 mo |
| | Ppt | 5,000 | 750 | 0 | Special Agreemnt | 1 mo |
| | Ppt | 500 | 0 | 0 | N30 | 6-12 mos |
| | Ppt | 250 | 0 | 0 | N30 | 6-12 mos |
| | Ppt | 100 | 100 | 0 | N30 | 1 mo |
| | Ppt | 100 | 0 | 0 | | 2-3 mos |
| | Ppt-Slow 30 | 2,000,000 | 1,000,000 | 900,000 | | 1 mo |
| | Ppt-Slow 30 | 1,000 | 0 | 0 | | 6-12 mos |
| | Slow 5 | 250 | 250 | 0 | | 1 mo |
| 03/04 | Ppt | 30,000 | 30,000 | 0 | N30 | 1 mo |
| | Ppt | 30,000 | 10,000 | 0 | | 1 mo |
| | Ppt | 15,000 | 15,000 | 0 | | 1 mo |
| | Ppt | 15,000 | 1,000 | 0 | | 1 mo |
| | Ppt | 10,000 | 5,000 | 0 | | 1 mo |
| | Ppt | 10,000 | 0 | 0 | | 1 mo |
| | Ppt | 5,000 | 500 | 0 | | 1 mo |
| | Ppt | 5,000 | 500 | 0 | | 1 mo |
| | Ppt | 2,500 | 750 | 0 | N60 | 1 mo |
| | Ppt | 1,000 | 1,000 | 0 | | 1 mo |
| | Ppt | 250 | 250 | 0 | | 1 mo |
| | Ppt | 250 | 250 | 0 | N30 | 1 mo |
| | Ppt-Slow 30 | 2,500 | 0 | 0 | N30 | 1 mo |
| | Slow 45 | 7,500 | 0 | 0 | N30 | 1 mo |
| | Slow 30-120 | 750 | 0 | 0 | | 6-12 mos |
| | (027) | 500 | 0 | 0 | | 6-12 mos |
| 02/04 | Slow 10 | 0 | 0 | | | 1 mo |
| 10/03 | Slow 30 | 250 | 0 | 0 | | 2-3 mos |
| 09/03 | (030) | 20,000 | | | Sales COD | 6-12 mos |
| 08/03 | Ppt | 5,000 | 0 | 0 | N30 | 6-12 mos |
| | Slow 30 | 500 | 0 | 0 | | 6-12 mos |
| 06/03 | (033) | 0 | | | Sales COD | 6-12 mos |
| 03/03 | Ppt-Slow 120 | 50 | 50 | 50 | N30 | 6-12 mos |
| | (035) | 2,500 | 0 | 0 | N30 | 6-12 mos |
| 01/03 | Ppt | 750 | 0 | 0 | N30 | 6-12 mos |

**Payments Detail Key:**  red = 30 or more days beyond terms
Payment experiences reflect how bills are met in relation to the terms granted. In some instances payment beyond terms can be the result of disputes over merchandise, skipped invoices etc.

Each experience shown is from a separate supplier. Updated trade experiences replace those previously reported.

**FINANCE**

05/07/2004

On May 7, 2004, attempts to contact the management of this business have been unsuccessful. Outside sources confirmed operation and location.

**PUBLIC FILINGS**

The following Public Filing data is for information purposes only and is not the official record. Certified copies can only be obtained from the official source.

**UCC FILINGS**

| | |
|---|---|
| Collateral: | Negotiable Instruments including proceeds and products - Inventory including proceeds and products - Account(s) including proceeds and products - Vehicles including proceeds and products - and OTHERS |
| Type: | Original |
| Sec. party: | VANTAGEPOINT VENTURE PARTNERS III (Q), L.P., SAN BRUNO, CA VANTAGEPOINT VENTURE PARTNERS IV (Q), L.P., SAN BRUNO, CA VANTAGEPOINT VENTURE PARTNERS IV, L.P., SAN BRUNO, CA VANTAGEPOINT VENTURE PARTNERS IV PRINCIPALS FUND, L.P., SAN BRUNO, CA and OTHERS |
| Debtor: | CORNICE, INC. |
| Filing number: | 3308696 7 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |
| Date filed: | 11/21/2003 |
| Latest Info Received: | 12/16/2003 |

| | |
|---|---|
| Collateral: | Negotiable Instruments and proceeds - Inventory and proceeds - Account(s) and proceeds - Fixtures and proceeds - and OTHERS |
| Type: | Original |
| Sec. party: | COMERICA BANK, SAN JOSE, CA |
| Debtor: | CORNICE, INC. |
| Filing number: | 3231823 9 |
| Filed with: | SECRETARY OF STATE/UCC DIVISION, DOVER, DE |
| Date filed: | 09/08/2003 |
| Latest Info Received: | 10/09/2003 |

The public record items contained in this report may have been paid, terminated, vacated or released prior to the date this report was printed.

**GOVERNMENT ACTIVITY**

Activity summary
    Borrower (Dir/Guar):    NO
    Administrative debt:    NO
    Contractor:    NO
    Grantee:    NO
    Party excluded from federal program(s):    NO

Possible candidate for socio-economic program consideration
    Labor surplus area:    N/A
    Small Business:    YES (2004)
    8(A) firm:    N/A

The details provided in the Government Activity section are as reported to Dun & Bradstreet by the federal government and other sources.

Copyright 2004 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 005042488L

**REDACTED**

C

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2005, a true and correct copy of **DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO DEFENDANT CORNICE, INC.'S MOTION FOR LEAVE TO FILE AMENDED ANSWER AND COUNTERCLAIMS** was caused to be served on the attorney of record at the following address as indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>(713) 546-5000 | Attorneys for Defendant<br>Cornice, Inc. |
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000 | Attorneys for Defendant<br>Cornice, Inc. |

William J. Marsden, Jr.