# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ECF AND HAND DELIVERY**

April 19, 2005

Chief Judge Sue L. Robinson
United States District Court
844 King Street
Wilmington, DE  19801

Re:  Seagate Technology/Cornice, Inc.
     USDC-D. Del. - C.A. No. 04-418 (SLR)

Dear Chief Judge Robinson:

Plaintiff Seagate in the above-identified matter respectfully requests that the Court schedule argument on Cornice's Motion For Leave To File Amended Answer and Counterclaim. Briefing is now complete on this motion.

An in-person discovery status conference is currently scheduled with the Court on Monday, May 9, 2005 at 4:30 p.m. At your Honor's convenience, Seagate would be pleased to address this Motion during that conference.

Very truly yours,

Timothy Devlin

TXD/jm

80024089 (2) (3).doc

cc:  Jack B. Blumenfeld, Esquire (via electronic mail)