# EXHIBIT A

WEIL, GOTSHAL & MANGES LLP

767 FIFTH AVENUE · NEW YORK, NY 10153-0119

(212) 310-8000

FAX: (212) 310-8007

DALLAS
HOUSTON
MENLO PARK
(SILICON VALLEY)
MIAMI
WASHINGTON, D.C.

BRUSSELS
BUDAPEST
FRANKFURT
LONDON
PRAGUE
WARSAW

DAVID C. RADULESCU
DIRECT LINE (212) 310-8906
E-MAIL: david.radulescu@weil.com

david.radulescu@weil.com

January 21, 2005

**BY FACSIMILE**
Brian Nester, Esq.
Fish & Richardson P.C.
1425 K St., N.W., 11th Fl.
Washington, DC 20005

Re:     <u>Seagate Technology LLC v. Cornice, Inc.; C.A. 04-418 (SLR)</u>

Dear Brian:

This confirms our discussion yesterday in which we agreed to the following procedures for document production in the above action (the "Delaware Action"):

(1) Documents produced by our respective clients in the copending ITC Investigation No. 337-TA-516 will be treated as if they were produced in the Delaware Action as well (so as to alleviate the need to re-photocopy and Bates-stamp our respective documents for a second production in the Delaware Action).

(2) Until the parties agree on the terms of a Stipulated Protective Order in the Delaware Action, the parties' respective document productions in the Delaware Action will be treated as confidential in accordance with Del. L. R. 26.2 re: outside counsel eyes only.

WEIL, GOTSHAL & MANGES LLP

January 21, 2005
Page 2

If you have any questions or concerns regarding the above, please let me know.

Sincerely,

*David C. Radulescu*

David Radulescu

cc:    Jack Blumenfeld, Esq. (by facsimile)
       Timothy Devlin, Esq. (by facsimile)

# EXHIBIT B

**REDACTED**

<u>CERTIFICATE OF SERVICE</u>

I, Julia Heaney, hereby certify that on April 15th, 2005 I electronically filed Cornice's Reply Brief In Support Of It's Motion For Leave To File Amended Answer And Counterclaim, which will send notification of such filing(s) to the following:

**BY HAND**

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801

I also certify that copies were caused to be served on April 15th, 2005 upon the following in the manner indicated:

**BY FEDERAL EXPRESS**

Roger S. Borovoy, Esquire
Fish & Richardson, P.C.
500 Arguello Street
Redwood City, CA 94063-1526

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW
Suite 1100
Washington, DC 20005

MORRIS, NICHOLS, ARSHT & TUNNELL
/s/ *Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*