IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>CORNICE, INC.,<br><br>            Defendant. | Civil Action No. 04-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 11th day of May, 2005, true and correct copies of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S FIRST SET OF INTERROGATORIES (NOS. 1-3) TO DEFENDANT CORNICE, INC.** and **PLAINTIFF SEAGATE TECHNOLOGY LLC'S SECOND SET OF DOCUMENT REQUESTS (NOS. 23-25) TO DEFENDANT CORNICE, INC.** were caused to be served on the attorneys of record, at the following addresses and the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire                Attorneys for Defendant
MORRIS NICHOLS ARSHT &                     Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**VIA FEDERAL EXPRESS**

Mathew D. Powers                           Attorneys for Defendant
Jason D. Kipnis                            Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Russell Wheatley  
WEIL, GOTSHAL & MANGES LLP  
700 Louisiana, Suite 1600  
Houston, TX 77002  

Attorneys for Defendant  
Cornice, Inc.


David C. Radulescu  
Alan J. Weinschel  
Arlene Hahn  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  

Attorneys for Defendant  
Cornice, Inc.


Dated: May 11, 2005                FISH & RICHARDSON P.C.


                By: /s/ Timothy Devlin
                    William J. Marsden (#2247)  
                    Thomas L. Halkowski (#4099)  
                    Timothy Devlin (#4241)  
                    Fish & Richardson P.C.  
                    919 N. Market Street, Suite 1100  
                    Wilmington, DE 19899-1114  

                    Roger S. Borovoy  
                    David M. Barkan  
                    D. Austin Horowitz  
                    Fish & Richardson P.C.  
                    500 Arguello Street  
                    Redwood City, CA 94063-1526  

                    Ruffin B. Cordell  
                    Brian R. Nester  
                    Rama G. Elluru (Admitted only in Texas)  
                    Timothy W. Riffe  
                    Rudhir B. Patel (Admitted only in New York)  
                    Fish & Richardson P.C.  
                    1425 K Street NW, Suite 1100  

                    Edmond Bannon  
                    Lewis E. Hudnell, III  
                    Citigroup Center - 52nd Floor  
                    153 East 53rd Street  
                    New York, NY 10022-4611  

                Attorneys for Plaintiff  
                SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on May 11, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin

80020289.doc