IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>CORNICE, INC.,<br><br>            Defendant. | Civil Action No. 04-418-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 12th day of May, 2005, true and correct copies of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S THIRD SET OF DOCUMENT REQUESTS (NOS. 25-291) TO DEFENDANT CORNICE, INC.** and **PLAINTIFF SEAGATE TECHNOLOGY LLC'S SECOND SET OF INTERROGATORIES (NOS. 4-19) TO DEFENDANT CORNICE, INC.** were caused to be served on the attorneys of record, at the following addresses and the manner indicated:

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire                    Attorneys for Defendant
MORRIS NICHOLS ARSHT &                         Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**VIA FEDERAL EXPRESS**

Mathew D. Powers                               Attorneys for Defendant
Jason D. Kipnis                                Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

| | |
|---|---|
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

Dated:  May 12, 2005               FISH & RICHARDSON P.C.

By: /s/ Timothy Devlin
    William J. Marsden (#2247)
    Thomas L. Halkowski (#4099)
    Timothy Devlin (#4241)
    Fish & Richardson P.C.
    919 N. Market Street, Suite 1100
    Wilmington, DE 19899-1114

    Roger S. Borovoy
    David M. Barkan
    D. Austin Horowitz
    Fish & Richardson P.C.
    500 Arguello Street
    Redwood City, CA 94063-1526

    Ruffin B. Cordell
    Brian R. Nester
    Rama G. Elluru (Admitted only in Texas)
    Timothy W. Riffe
    Rudhir B. Patel (Admitted only in New York)
    Fish & Richardson P.C.
    1425 K Street NW, Suite 1100

    Edmond Bannon
    Lewis E. Hudnell, III
    Citigroup Center - 52nd Floor
    153 East 53rd Street
    New York, NY 10022-4611

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on May 12, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

                                                /s/ Timothy Devlin
                                                     Timothy Devlin

NOSMay12.doc