IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

    Plaintiff,

v.

CORNICE, INC.

    Defendant.

C.A. No. 04-418 (SLR)

**NOTICE OF DEPOSITION TAKING OF CURT BRUNER**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 1, 2005 at 9:00 a.m., Plaintiff Seagate Technology, LLC, pursuant to Fed. R. Civ. P. 30(b)(1), will take the deposition of Curt Bruner.

The deposition will take place at the offices of Attorneys Service Center, Inc., 475 17th Street, Suite 450, Denver, Colorado 80202, or at such other location as the parties shall agree. The deposition shall be taken upon oral examination before an officer authorized to administer oaths and take testimony. The oral examination will be recorded stenographically, including the use of use of instantaneous transcription and/or videotape, and will continue day to day until completed. You are invited to attend and cross-examine.

FISH & RICHARDSON P.C.

Dated: May 17, 2005

By: /s/ Timothy Devlin
Timothy Devlin (#4241)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
Tel: (302) 652-5070

Ruffin B. Cordell
Brian R. Nester
Evelyn Heilbrunn
Timothy W. Riffe
Christian A. Chu
Roberto J. Devoto
Fish & Richardson P.C.
1425 K Street NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 783-5070

Roger S. Borovoy
David M. Barkan
D. Austin Horowitz
Desa Burton
Fish & Richardson P.C.
500 Arguello Street
Redwood City, CA 94063-1526
Tel: (650) 839-5070

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on May 17, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77001<br>(713) 546-5000 | Attorneys for Defendant<br>Cornice, Inc. |
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin