IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>      Defendant. | C.A. No. 04-418 (SLR) |

**NOTICE OF DEPOSITION TAKING OF ELIZABETH KAWASAKI**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 6, 2005 at 9:00 a.m., Plaintiff Seagate Technology, LLC, pursuant to Fed. R. Civ. P. 30(b)(1), will take the deposition of Elizabeth Kawasaki.

The deposition will take place at the offices of Attorneys Service Center, Inc., 475 17th Street, Suite 450, Denver, Colorado 80202, or at such other location as the parties shall agree. The deposition shall be taken upon oral examination before an officer authorized to administer oaths and take testimony. The oral examination will be recorded stenographically, including the use of use of instantaneous transcription and/or videotape, and will continue day to day until completed. You are invited to attend and cross-examine.

                                          FISH & RICHARDSON P.C.

Dated: May 17, 2005          By: /s/ Timothy Devlin
                                           Timothy Devlin (#4241)
                                           Fish & Richardson P.C.
                                           919 N. Market Street, Suite 1100
                                           Wilmington, DE 19899-1114
                                           Tel: (302) 652-5070

                                           Ruffin B. Cordell
                                           Brian R. Nester

Evelyn Heilbrunn
Timothy W. Riffe
Christian A. Chu
Roberto J. Devoto
Fish & Richardson P.C.
1425 K Street NW, Suite 1100
Washington, D.C. 20005
Tel: (202) 783-5070

Roger S. Borovoy
David M. Barkan
D. Austin Horowitz
Desa Burton
Fish & Richardson P.C.
500 Arguello Street
Redwood City, CA 94063-1526
Tel: (650) 839-5070

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire  
MORRIS NICHOLS ARSHT & TUNNELL  
1201 N. Market Street  
P.O. Box 1347  
Wilmington, DE 19899-1347

Attorneys for Defendant  
Cornice, Inc.

I hereby certify that on May 17, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

Mathew D. Powers  
Jason D. Kipnis  
WEIL, GOTSHAL & MANGES LLP  
201 Redwood Shores Parkway  
Redwood Shores, CA 94065  
(650) 802-3000

Attorneys for Defendant  
Cornice, Inc.

Russell Wheatley  
WEIL, GOTSHAL & MANGES LLP  
700 Louisiana, Suite 1600  
Houston, TX 77001  
(713) 546-5000

Attorneys for Defendant  
Cornice, Inc.

David C. Radulescu  
Alan J. Weinschel  
Arlene Hahn  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, NY 10153  
(212) 310-8000

Attorneys for Defendant  
Cornice, Inc.

/s/ Timothy Devlin  
Timothy Devlin