IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 04-418-SLR ) |
| CORNICE, INC., | ) ) |
| Defendant. | ) ) |

**O R D E R**

At Wilmington this 20th day of May, 2005, having reviewed defendant's motion for leave to file its amended answer and counterclaims, and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 51) is granted, as the motion was timely filed, is not futile on its face, and will not prejudice plaintiff.

_____
United States District Judge