IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>CORNICE, INC.,<br><br>           Defendant. | Civil Action No. 04-418-SLR |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 20th day of May, 2005, true and correct copies of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S THIRD SET OF INTERROGATORIES (NOS. 20-21) TO DEFENDANT CORNICE, INC.** and **PLAINTIFF SEAGATE TECHNOLOGY LLC'S FOURTH SET OF DOCUMENT REQUESTS (NOS. 292-336) TO DEFENDANT CORNICE, INC.** were caused to be served on the attorneys of record, at the following addresses and the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |

| | |
|---|---|
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |
| | |
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

Dated:  May 23, 2005          FISH & RICHARDSON P.C.


By:  /s/ Timothy Devlin
     William J. Marsden (#2247)
     Thomas L. Halkowski (#4099)
     Timothy Devlin (#4241)
     Fish & Richardson P.C.
     919 N. Market Street, Suite 1100
     Wilmington, DE 19899-1114

     Roger S. Borovoy
     David M. Barkan
     D. Austin Horowitz
     Fish & Richardson P.C.
     500 Arguello Street
     Redwood City, CA 94063-1526

     Ruffin B. Cordell
     Brian R. Nester
     Rama G. Elluru (Admitted only in Texas)
     Timothy W. Riffe
     Rudhir B. Patel (Admitted only in New York)
     Fish & Richardson P.C.
     1425 K Street NW, Suite 1100

     Edmond Bannon
     Lewis E. Hudnell, III
     Citigroup Center - 52nd Floor
     153 East 53rd Street
     New York, NY 10022-4611

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on May 23, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin

80020289.doc