IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>               Plaintiff,<br><br>   v.<br><br>CORNICE, INC.,<br><br>               Defendant. | Civil Action No. 04-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 24th day of May, 2005, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and the manner indicated:

**PLAINTIFF SEAGATE TECHNOLOGY LLC'S FIRST SET OF REQUESTS FOR ADMISSIONS (NOS. 1-10) TO DEFENDANT CORNICE, INC.**

**PLAINTIFF SEAGATE TECHNOLOGY LLC'S FOURTH SET OF INTERROGATORIES (NOS. 22-26) TO DEFENDANT CORNICE, INC.**

**PLAINTIFF SEAGATE TECHNOLOGY LLC'S FIFTH SET OF DOCUMENT REQUESTS (NOS. 337-378) TO DEFENDANT CORNICE, INC.**

**BY HAND DELIVERY**

Jack B. Blumenfeld, Esquire          Attorneys for Defendant
MORRIS NICHOLS ARSHT &          Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

Dated:  May 25, 2005                FISH & RICHARDSON P.C.


By:  /s/ Timothy Devlin
     William J. Marsden (#2247)
     Thomas L. Halkowski (#4099)
     Timothy Devlin (#4241)
     Fish & Richardson P.C.
     919 N. Market Street, Suite 1100
     Wilmington, DE 19899-1114

     Roger S. Borovoy
     David M. Barkan
     D. Austin Horowitz
     Fish & Richardson P.C.
     500 Arguello Street
     Redwood City, CA 94063-1526

     Ruffin B. Cordell
     Brian R. Nester
     Rama G. Elluru (Admitted only in Texas)
     Timothy W. Riffe
     Rudhir B. Patel (Admitted only in New York)
     Fish & Richardson P.C.
     1425 K Street NW, Suite 1100

Edmond Bannon
Lewis E. Hudnell, III
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on May 25, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin

80020289.doc