IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CORNICE, INC.,<br><br>    Defendant. | Civil Action No. 04-418-SLR |

## NOTICE OF DEPOSITION OF WILLIAM REPPHUN

    Please take notice that the attorneys for Cornice, Inc. ("Cornice") will take the deposition, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, of William Repphun on June 7, 2005 at 9:00 a.m., at the offices of Defendant's counsel, Morris, Nichols, Arsht & Tunnell, 1201 N. Market Street, P.O. Box 1347, Wilmington, Delaware 19899.

    The deposition will be taken before an officer authorized by law to administer oaths, and testimony shall be recorded by stenographic means and/or by videotape. The deposition will be taken for the purpose of discovery, for use at the trial in this matter, and for any other purpose permitted under the Federal Rules of Civil Procedure. The deposition shall continue from day to day until completed. You are invited to attend and participate.

                MORRIS, NICHOLS, ARSHT & TUNNELL

                /s/ *Julia Heaney*
                Jack B. Blumenfeld (#1014)
                Julia Heaney (#3052)
                1201 N. Market Street
                P.O. Box 1347
                Wilmington, DE 19899
                (302) 658-9200
                jheaney@mnat.com
                    *Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*

OF COUNSEL:
Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

May 27, 2005

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 27, 2005, I electronically filed Notice of Deposition of William Repphun with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**BY HAND**
William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

and I, the undersigned, also hereby certify that on May 27, 2005, I sent by Federal Express, the above-stated document to:

**BY FEDERAL EXPRESS**
Roger S. Borovoy, Esquire
Fish & Richardson, P.C.
500 Arguello Street
Redwood City, CA  94063-1526

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW
Suite 1100
Washington, DC  20005

Edmond Bannon
Fish & Richardson
Citigroup Center
153 East 53rd St.
New York, NY  10022

    MORRIS, NICHOLS, ARSHT & TUNNELL
    /s/ *Julia Heaney*
    Jack B. Blumenfeld (#1014)
    Julia Heaney (#3052)
    1201 North Market Street
    Wilmington, Delaware 19899
    (302) 658-9200
    jheaney@mnat.com
    *Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*