IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>   Plaintiff,<br><br> v.<br><br>CORNICE, INC.,<br><br>   Defendant. | Civil Action No. 04-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 13th day of June, 2005, a true and correct copy of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSES AND OBJECTIONS TO DEFENDANT CORNICE, INC.'S SECOND SET OF INTERROGATORIES** were caused to be served on the attorneys of record, at the following addresses and the manner indicated:

### BY HAND DELIVERY

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

### VIA FEDERAL EXPRESS

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002 | Attorneys for Defendant<br>Cornice, Inc. |

| | |
|---|---|
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

Dated:  June 17, 2005                    FISH & RICHARDSON P.C.


                                         By:  /s/ Timothy Devlin
                                              William J. Marsden (#2247)
                                              Thomas L. Halkowski (#4099)
                                              Timothy Devlin (#4241)
                                              Fish & Richardson P.C.
                                              919 N. Market Street, Suite 1100
                                              Wilmington, DE 19899-1114

                                              Roger S. Borovoy
                                              David M. Barkan
                                              D. Austin Horowitz
                                              Fish & Richardson P.C.
                                              500 Arguello Street
                                              Redwood City, CA 94063-1526

                                              Ruffin B. Cordell
                                              Brian R. Nester
                                              Rama G. Elluru (Admitted only in Texas)
                                              Timothy W. Riffe
                                              Rudhir B. Patel (Admitted only in New York)
                                              Fish & Richardson P.C.
                                              1425 K Street NW, Suite 1100

                                              Edmond Bannon
                                              Lewis E. Hudnell, III
                                              Citigroup Center - 52nd Floor
                                              153 East 53rd Street
                                              New York, NY 10022-4611

                                         Attorneys for Plaintiff
                                         SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on June 17, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin

NOS.doc