IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br> v.<br><br>CORNICE, INC.,<br><br>    Defendant. | Civil Action No. 04-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 21st day of June, 2005, a true and correct copy of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S SUPPLEMENTAL RESPONSES TO DEFENDANT CORNICE, INC.'S FIRST SET OF INTERROGATORIES (NOS. 1, 2, 3, 4 AND 9) TO PLAINTIFF** was caused to be served on the attorneys of record, at the following addresses and the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |

| | |
|---|---|
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |
| Dated:  June 22, 2005 | FISH & RICHARDSON P.C.<br><br>By:  /s/ Timothy Devlin<br>    William J. Marsden (#2247)<br>    Thomas L. Halkowski (#4099)<br>    Timothy Devlin (#4241)<br>    Fish & Richardson P.C.<br>    919 N. Market Street, Suite 1100<br>    Wilmington, DE 19899-1114<br><br>    Roger S. Borovoy<br>    David M. Barkan<br>    D. Austin Horowitz<br>    Fish & Richardson P.C.<br>    500 Arguello Street<br>    Redwood City, CA 94063-1526<br><br>    Ruffin B. Cordell<br>    Brian R. Nester<br>    Rama G. Elluru (Admitted only in Texas)<br>    Timothy W. Riffe<br>    Rudhir B. Patel (Admitted only in New York)<br>    Fish & Richardson P.C.<br>    1425 K Street NW, Suite 1100<br><br>    Edmond Bannon<br>    Lewis E. Hudnell, III<br>    Citigroup Center - 52nd Floor<br>    153 East 53rd Street<br>    New York, NY 10022-4611<br><br>Attorneys for Plaintiff<br>SEAGATE TECHNOLOGY LLC |

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on June 22, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin

80020289.doc