IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that copies of (1) Defendant Cornice, Inc.'s Responses
to Plaintiff's First Set of Requests for Admission, (2) Defendant Cornice, Inc.'s Responses to
Plaintiff Seagate Technology LLC's Fifth Set of Document Requests, and (3) Defendant Cornice,
Inc.'s Responses to Plaintiff Seagate Technology LLC's Fourth Set of Interrogatories (22-26)
were served as indicated on June 23, 2005 upon the following counsel:

*BY HAND*

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801

*BY FEDERAL EXPRESS*

Roger S. Borovoy, Esquire
Fish & Richardson, P.C.
500 Arguello Street
Redwood City, CA 94063-1526

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW
Suite 1100
Washington, DC 20005

Edmond Bannon
Fish & Richardson
Citigroup Center
153 East 53rd St.
New York, NY 10022

MORRIS, NICHOLS, ARSHT & TUNNELL

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
   *Attorneys for Defendant and Counterclaim*
   *Plaintiff Cornice, Inc.*

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

June 23, 2005
427229

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 23, 2005, I electronically filed the

foregoing document with the Clerk of Court using CM/ECF, which will send notification of

such filing to the following:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street
> Suite 1100
> Wilmington, DE  19801

I also certify that copies were caused to be served on June 13, 2005 upon the following in the
manner indicated:

**BY HAND**

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

**BY FEDERAL EXPRESS**

Roger S. Borovoy, Esquire
Fish & Richardson, P.C.
500 Arguello Street
Redwood City, CA  94063-1526

**BY FEDERAL EXPRESS**

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW
Suite 1100
Washington, DC  20005

**BY FEDERAL EXPRESS**

Edmond Bannon
Fish & Richardson
Citigroup Center
153 East 53rd St.
New York, NY  10022

> MORRIS, NICHOLS, ARSHT & TUNNELL
> /s/ *Jack B. Blumenfeld*
> Jack B. Blumenfeld (#1014)
> Julia Heaney (#3052)
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, Delaware 19899
>  (302) 658-9200
>  jheaney@mnat.com
> *Attorneys for Defendant and Counterclaim Plaintiff*
> *Cornice, Inc.*