| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| FISH & RICHARDSON<br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br><br>UNITED STATES DISTRICT COURT | (650) 839-5070<br>00089708-02<br>1800S-001LL1 | |

| | | CASE NUMBER |
|---|---|---|
| SEAGATE TECHNOLOGY vs CORNICE, INC | | |
| PROOF OF SERVICE | HEARING | 04-418-SLR |

At the time of service I was at least 18 years of age and not a party to this action. I served copies of the:

COVER LETTER; WITNESS FEE $46.48; SUBPOENA

as follows:

    Name of Witness: BA VENTURE PARTNERS
    Person Served: JOANN AHNSY
    Title: ADMIN ASST

    Date of Service: 06/08/2005    Time of Service: 01:00pm
    Place of Service: 950 TOWER LANE ST. 700
                    FOSTER CITY, CA 94404    (Business)

Manner of Service:

Personal Service - By personally delivering copies.
Witness fees:
Witness fees were offered, and said witness was paid the sum of    $48.48

GLORIA LASKOWSKI
REGISTERED INDEPENDANT CONTRACTOR

**Swift Attorney Service**
Process & Courier Service, Legal Photocopy and Investigations Lic. # PI 23636
Adjacent to Superior Court Entrance
500 Allerton Street, Suite 105 · P.O. BOX 5324
REDWOOD CITY, CA 94063
(650) 364-9612 · FAX (650) 364-3305

Fee for Service:    $58.50

Registration No.   318
County: San Mateo
Registered California Process Server.

6. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correc

Date:
06/14/2005

▶ *H. Laskowski*
(SIGNATURE)