| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| FISH & RICHARDSON<br><br>500 Arguello Street, Suite 500<br>Redwood City, CA 94063<br><br>UNITED STATES DISTRICT COURT | (650) 839-5070<br><br>00089708-01<br><br>1800S-001LL1 | |

| | | CASE NUMBER |
|---|---|---|
| SEAGATE TECHNOLOGY vs CORNICE, INC<br>PROOF OF SERVICE | HEARING | 04-418-SLR |

At the time of service I was at least 18 years of age and not a party to this action. I served copies of the:

COVER LETTER; WITNESS FEE CHECK $43.16; SUBPOENA

as follows:

    Name of Witness: BLUE RUN VENTURE
    Person Served: LISA DOUGLAS
    Title: ADMINISTRATIIVE ASSISTANT

    Date of Service: 06/08/2005    Time of Service: 12:10pm
    Place of Service: 545 MIDDLEFIELD RD STE 210
                      MENLO PARK, CA 94025    (Business)

Manner of Service:

Personal Service - By personally delivering copies.
Witness fees:
Witness fees were offered, and said witness was paid the sum of    $43.16

GLORIA LASKOWSKI
REGISTERED INDEPENDANT CONTRACTOR

**Swift Attorney Service**
Process & Courier Service, Legal Photocopy and Investigations Lic. # PI 23636
Adjacent to Superior Court Entrance
500 Allerton Street, Suite 105 • P.O. BOX 5324
REDWOOD CITY, CA 94063
(650) 364-9612 • FAX (650) 364-3305

Fee for Service:     $58.50

Registration No.    318
County: San Mateo
Registered California Process Server.

6. [X] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:
06/14/2005

▶ G. Laskowski
(SIGNATURE)