IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>CORNICE, INC.,<br><br>        Defendant. | Civil Action No. 04-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 27th day of June, 2005, true and correct copies of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSES TO DEFENDANT CORNICE, INC.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-18) and PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSES AND OBJECTIONS TO DEFENDANT CORNICE, INC.'S THIRD SET OF INTERROGATORIES** were caused to be served on the attorneys of record, at the following addresses and the manner indicated:

**BY FEDERAL EXPRESS**

Jack B. Blumenfeld, Esquire      Attorneys for Defendant
MORRIS NICHOLS ARSHT &      Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

**VIA FEDERAL EXPRESS**

Mathew D. Powers      Attorneys for Defendant
Jason D. Kipnis      Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

| | |
|---|---|
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

Dated:  June 28, 2005        FISH & RICHARDSON P.C.

By: /s/ Timothy Devlin
William J. Marsden (#2247)
Thomas L. Halkowski (#4099)
Timothy Devlin (#4241)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

Roger S. Borovoy
David M. Barkan
D. Austin Horowitz
Fish & Richardson P.C.
500 Arguello Street
Redwood City, CA 94063-1526

Ruffin B. Cordell
Brian R. Nester
Rama G. Elluru (Admitted only in Texas)
Timothy W. Riffe
Rudhir B. Patel (Admitted only in New York)
Fish & Richardson P.C.
1425 K Street NW, Suite 1100

Edmond Bannon
Lewis E. Hudnell, III
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on June 28, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin

80025403.doc