IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND PROPOSED ORDER**
**RE CONFIDENTIALITY OF AMENDED ANSWER AND COUNTERCLAIMS**

WHEREAS the Amended Answer and Counterclaims attached as Exhibit 1 to Cornice's Motion For Leave To File Amended Answer And Counterclaims, filed under seal on March 25, 2005 (D.I. 51), contains text quoting the terms of a confidential license agreement, and the parties to the license agreement would be injured if those terms of the license agreement were publicly disclosed; and

WHEREAS Cornice has filed a redacted version of the Amended Answer and Counterclaims (D.I. 52) that is available for public viewing;

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that Cornice's Amended Answer and Counterclaims (Exhibit 1 to D.I. 51) shall remain confidential and filed under seal.

| FISH & RICHARDSON, P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Timothy Devlin | /s/ Julia Heaney |
| Timothy Devlin (#4241) | Jack B. Blumenfeld (#1014) |
| 919 North Market Street | Julia Heaney (#3052) |
| Suite 1100 | 1201 North Market Street |
| P.O. Box 1114 | P.O. Box 1347 |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899-1347 |
| (302) 778-8403 | (302) 658-9200 |
| Attorneys for Plaintiff Seagate Technology LLC | Attorneys for Defendant Cornice, Inc. |

So Ordered July ___, 2005

_____
United States District Court Judge