IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br> v.<br><br>CORNICE, INC.,<br><br>    Defendant. | Civil Action No. 04-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of July, 2005, true and correct copies of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S PRELIMINARY LIST OF PROPOSED CLAIM CONSTRUCTION TERMS** was caused to be served on the attorneys of record, at the following addresses and the manner indicated:

**BY HAND DELIVERY**

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |

| | |
|---|---|
| David C. Radulescu<br>Alan J. Weinschel<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Attorneys for Defendant<br>Cornice, Inc. |

Dated: July 22, 2005                             FISH & RICHARDSON P.C.


By: /s/ Timothy Devlin
　　　William J. Marsden (#2247)
　　　Thomas L. Halkowski (#4099)
　　　Timothy Devlin (#4241)
　　　Fish & Richardson P.C.
　　　919 N. Market Street, Suite 1100
　　　Wilmington, DE 19899-1114

　　　Roger S. Borovoy
　　　David M. Barkan
　　　D. Austin Horowitz
　　　Fish & Richardson P.C.
　　　500 Arguello Street
　　　Redwood City, CA 94063-1526

　　　Ruffin B. Cordell
　　　Brian R. Nester
　　　Rama G. Elluru (Admitted only in Texas)
　　　Timothy W. Riffe
　　　Rudhir B. Patel (Admitted only in New York)
　　　Fish & Richardson P.C.
　　　1425 K Street NW, Suite 1100

　　　Edmond Bannon
　　　Lewis E. Hudnell, III
　　　Citigroup Center - 52nd Floor
　　　153 East 53rd Street
　　　New York, NY 10022-4611

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on July 22, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin

80020289.doc