IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-418-SLR |
| | : | |
| CORNICE, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this **29th** day of **April, 2005,**

IT IS ORDERED that the mediation conference scheduled for Thursday, August 25, 2005 beginning at 10:00 a.m. has been rescheduled to **Saturday, October 1, 2005 at 9:30 a.m.** Counsel and the parties shall meet outside the Federal Building at **9:15 a.m.** Dress for the mediation is casual. Submissions of the parties shall now be due on or before **Wednesday, September 21, 2005.** All other provisions of the Court's March 9, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE