IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

          Plaintiff,

      v.

CORNICE, INC.

          Defendant.

C.A. No. 04-418 (SLR)

**FILED UNDER SEAL**

**AUGUST 1, 2005 LETTER TO CHIEF JUDGE ROBINSON
FROM BRIAN NESTER, ESQUIRE WITH EXHIBITS 1-11**

Dated:  August 1, 2005

FISH & RICHARDSON P.C.
William J. Marsden (#2247)
Timothy Devlin (#4241)
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

Roger S. Borovoy
David M. Barkan
D. Austin Horowitz
500 Arguello Street
Redwood City, CA 94063-1526

Ruffin B. Cordell
Brian R. Nester (#
Joseph V. Colaianni
Rama G. Elluru (Admitted only in Texas)
Timothy W. Riffe
Rudhir B. Patel (Admitted only in New York)
1425 K Street NW, Suite 1100
Washington, D.C.  20005

cc:    David C. Radulescu, Esquire
        Jack Blumenfeld, Esquire