IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CORNICE, INC.<br><br>        Defendant. | C.A. No. 04-418 (SLR)<br><br><br><br>**FILED UNDER SEAL** |

**AUGUST 3, 2005 LETTER TO CHIEF JUDGE ROBINSON
FROM TIMOTHY DEVLIN, ESQUIRE WITH EXHIBITS 1-11**


Dated:  August 3, 2005

FISH & RICHARDSON P.C.
Timothy Devlin (#4241)
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114

Roger S. Borovoy
David M. Barkan
D. Austin Horowitz
500 Arguello Street
Redwood City, CA 94063-1526

Ruffin B. Cordell
Brian R. Nester (#3581)
Timothy W. Riffe
Christian A. Chu
1425 K Street NW, Suite 1100
Washington, D.C.  20005


cc:    Jack Blumenfeld, Esquire
        David C. Radulescu, Esquire