IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-418-SLR |
| | ) |
| CORNICE, INC., | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

At Wilmington this 9th day of August, 2005, having reviewed the materials submitted by counsel for plaintiff, Seagate Technology LLC;

IT IS ORDERED that plaintiff's request for discovery on any 4.0 gig products is denied, as the court is not persuaded by plaintiff's submission that any such products are presently in the market as commercial products.

_____
United States District Judge