# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

**REDACTED PUBLIC VERSION**

Jack B. Blumenfeld
302 575 7291
302 425 3012 Fax
jblumenfeld@mnat.com

August 9, 2005

**BY ELECTRONIC FILING**

The Honorable Sue L. Robinson
United States District Court
844 N. King Street
Wilmington, DE 19801

      Re:    <u>Seagate Technology LLC v. Cornice, Inc.; C.A. 04-418 (SLR)</u>

Dear Chief Judge Robinson:

      This letter is in response to the August 3 letter of Seagate Technology LLC ("Seagate") requesting an order compelling production of information relating to future products of Defendant Cornice, Inc. ("Cornice").

      Although Seagate has known that Cornice was developing 4.0 gigabyte products since at least December 2004, it waited until six weeks before the June 30 discovery cutoff to raise the issue with this Court at the May 11 discovery conference. At that conference, as well as the one held on June 28, the Court stated that future products would not be subject to discovery in this case unless those products were "in the market" and could be tested for infringement by June 30.

      None of the evidence proffered by Seagate satisfies the Court's standards for inclusion of these products in this case. Indeed, the very fact that Seagate cannot obtain what it wants on the open market (even now, more than a month after the June 30 discovery cutoff, which the Court ruled would remain in place) proves this point. Therefore, Cornice's future products were clearly not "in the market" by June 30, nor has Seagate been able to "test [them] for infringement" as required under this Court's rulings and its own obligations before making an accusation of infringement. The vast majority of Seagate's letter addresses advertising and promotional activities aimed at generating interest in upcoming products. However, these activities are irrelevant when determining whether a product is actually "in the market" such that it can be "tested for infringement."

The Honorable Sue L. Robinson
August 9, 2005
Page 2

### The Facts Regarding Cornice's Future Products

Cornice's current commercial product (the only one "in the market") is a 3.0 gigabyte design referred to internally as "Wind."

# REDACTED

Cornice therefore submits that the Court deny Seagate's request.

Respectfully,

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld

JBB/bls

cc:   Peter T. Dalleo, Clerk (By Hand)
      Timothy Devlin, Esquire (By Hand)
      Brian R. Nester, Esquire (By Federal Express)
      David C. Radulescu, Esquire (By Federal Express)