UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C. 20436

Before The Honorable Sidney Harris
Administrative Law Judge

---

In the Matter of

Certain Disc Drives, Components Thereof, and Products Containing Same

---

Inv. No. 337-TA-516

## COMPLAINANT'S FIRST SET OF DOCUMENT REQUESTS (NOS. 1-65) TO RESPONDENT CORNICE, INC.

Pursuant to the United States International Trade Commission's Rules of Practice and Procedure, 37 C.F.R. §§ 210.27 and 210.30, Complainant Seagate Technology LLC ("Seagate") hereby requests Respondent Cornice, Inc. ("Cornice") to produce, permit inspection and copying (with convenient access to duplicating equipment), or otherwise cause to be reproduced, each of the following documents and things within the possession, custody or control of Respondent, designated and organized by the paragraphs and subparagraphs hereof to which they correspond, within the time prescribed by the rules of the Administrative Law Judge and of the Commission at the offices of FISH & RICHARDSON P.C., 1425 K Street, N.W., Washington, D.C. 20005.

### DEFINITIONS

1. "Complainant" or "Seagate" means Seagate Technology LLC, individually and collectively, including without limitation all of its corporate locations, and all predecessors, subsidiaries, parents, and affiliates, and all past or present directors, officers, agents, representatives, employees, consultants, attorneys, entities acting in joint-venture or partnership relationships with Seagate and others acting on behalf of Seagate.

2. "Respondent," "Cornice," "you" or "your" means Cornice, Inc., including without limitation all of your corporate locations, and all predecessors, subsidiaries, parents, and

**REQUEST NO. 7:**

Documents sufficient to show the quantity, by month or quarter and in total, the sales prices, and the returns of each of the accused products made, sold or offered for sale by or for Cornice.

**REQUEST NO. 8:**

All documents referring or relating to investments in Cornice and/or its products, including but not limited to any investments made by Cornice's founders (Kevin Magenis and Curt Bruner), its management team (Magenis, Mike Wingert, Bruner, Jeff Elberson, and Scott Holt), Texas Instruments, CIBC Capital Partners, Nokia Venture Partners, VantagePoint Venture Partners, BA Venture Partners, and GIC Special Investments Pte. Ltd.

**REQUEST NO. 9:**

All documents, including without limitation drawings, prototypes, notes, notebooks, workbooks, project reports, correspondence, memoranda, test results, schematics, engineering specifications, CAD files, and simulation files in both hardcopy and electronic format that refer or relate to the structure, function, design, research, development, testing, or simulation of any accused product.

**REQUEST NO. 10:**

All documents that refer or relate to any modification, improvement, change, or any proposed modification, improvement, or change, in any accused product, including attempts to design or re-design products to avoid infringement of the '159, '461, '506, '754, '054, '845, and '606 patents.