IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 04-418 (SLR) |
| | ) |
| CORNICE, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER

This __ day of _____, 2005, IT IS HEREBY ORDERED that plaintiff's Expedited Motion For Issuance Of Letter Rogatory (D.I. 131) is denied as untimely.

_____
United States District Court Judge