IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 04-418-SLR |
| | : | |
| CORNICE, INC., | : | REDACTED -- |
| | : | PUBLIC VERSION |
| Defendant. | : | |

REPLY IN SUPPORT OF DEFENDANT CORNICE, INC.'S
REQUEST FOR *IN CAMERA* INSPECTION

Defendant Cornice, Inc. ("Cornice") submits this short Reply to Seagate Technology LLC's ("Seagate") Response to Cornice's request for *in camera* inspection of the three sentences Seagate seeks to redact under a claim of attorney-client privilege.

I.  SEAGATE FAILS TO PRESENT A *PRIMA FACIE* CASE THAT THE THREE SENTENCES ARE PRIVILEGED

REDACTED

REDACTED

Facts such as these which are otherwise discoverable cannot be insulated from production merely by sending them to an attorney, or as in this case sending a carbon copy to an attorney. *Rohm and Haas Co. v. Brotech Corp.*, 815 F. Supp. 793, 798 (D. Del. 1993). Therefore, under these specific facts Seagate has failed to present even a *prima facie* case of privilege, and thus Cornice's motion should be granted.

REDACTED

Such is not the law. *In re Gabapentin Patent Litig.*, 214 F.R.D. 178, 186 (D. N.J. 2003). Indeed, nearly any document could be withheld using Seagate's logic by merely copying an attorney, since nearly anything can in some way relate to a "legal concern." Seagate's argument is directly contrary to law and should be rejected. *Id.*

REDACTED

## II. SEAGATE'S RED HERRING

Seagate dedicates most of its Response to the treatment of this document in the former ITC proceeding between Seagate and Cornice. As Cornice noted in its opening brief, those activities are not relevant to the proper disposition of this request. Cornice disagrees with Seagate's characterization of the facts, as well as its characterization of Judge Harris's ruling on the issue.[3] Nevertheless, because those issues are not relevant, Cornice will not belabor them here.

Therefore, Cornice respectfully submits that Seagate has not carried its burden of demonstrating that the redacted portion of this document is privileged, and requests an order from this Court to that effect.

| | |
|---|---|
| OF COUNSEL:<br>Vernon Winters<br>Steven Carlson<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>(650) 802-3000<br><br>Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77001<br>(713) 546-5000<br><br>Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>(212) 310-8000<br><br>**REDACTED FILING** DATE: August 31, 2005<br>ORIGINAL FILE DATE: August 19, 2005 | MORRIS, NICHOLS, ARSHT & TUNNELL<br><br>/s/ Julia Heaney<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market St.<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jheaney@mnat.com<br>   *Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.* |

---

[3] Seagate also argues that "Cornice's counsel *acknowledged* that Judge Harris had made a *privilege ruling…*" (D.I. 127 at 4, emphasis added). This too is incorrect. Cornice's counsel agreed that the ITC had issued a ruling, but did not agree that the ruling was based on privilege grounds. D.I. 127, Exh. 7 at 104-107.

3

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on August 31, 2005, I caused to be electronically filed the REDACTED – PUBLIC VERSION of Reply in Support of Defendant Cornice, Inc.'s Request For *In Camera* Inspection with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 N. Market Street
>Suite 1100
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>Roger S. Borovoy, Esquire
>Fish & Richardson, P.C.
>500 Arguello Street
>Redwood City, CA  94063-1526

>Ruffin B. Cordell, Esquire
>Fish & Richardson, P.C.
>1425 K Street, NW
>Suite 1100
>Washington, DC  20005

Edmond Bannon
Fish & Richardson
Citigroup Center
153 East 53rd St.
New York, NY 10022

/s/ *Julia Heaney*
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL
jheaney@mnat.com
  *Attorneys for Defendant and*
  *Counterclaim Plaintiff Cornice, Inc.*