IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY, LLC, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 04-418-SLR |
| : | |
| CORNICE, INC., : | |
| : | |
| Defendant. : | |

## ORDER

At Wilmington this **22nd** day of **September, 2005,**

IT IS ORDERED that the mediation conference scheduled for Saturday, October 1, 2005 beginning at 9:30 a.m. has been rescheduled to **Monday, March 13, 2006 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Friday, March 3, 2006.** All other provisions of the Court's March 9, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE