IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORNICE, INC.<br><br>　　　　　Defendant. | C.A. No. 04-418 (SLR) |

**MOTION AND ORDER
FOR ADMISSION PRO HAC VICE**

　　　Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admission pro hac vice of John V. Picone III to represent plaintiff Seagate Technology LLC in this matter.

Dated:  September 22, 2005　　　　FISH & RICHARDSON P.C.


　　　　　　　　　　　　　　　　　By:  /s/ Timothy Devlin
　　　　　　　　　　　　　　　　　　　Timothy Devlin (#4241)
　　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　Wilmington, DE  19899-1114

　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　Seagate Technology LLC


**ORDER GRANTING MOTION**

　　　IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated:  _____, 2005　　　　_____
　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar(s) of California, and pursuant to Local Rule 83.6 submit to disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: September 19, 2005        Signed: _____
                                          John V. Ricone III
                                          Fish & Richardson P.C.
                                          500 Arguello Street
                                          Suite 500
                                          Redwood City, CA 94063
                                          Telephone: (650) 839-5070
                                          Facsimile: (650) 839-5071

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2005, I electronically filed a **MOTION AND ORDER FOR ADMISSION PRO HAC VICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>  TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on September 22, 2005, I have mailed by United States Postal Service the document(s) to the following non-registered participants:

| | |
|---|---|
| Matthew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Attorneys for Defendant<br>Cornice, Inc. |

*/s/ Timothy Devlin*
Timothy Devlin

50301576.doc