**E-Mail Request for Emergency Relief**

1. Case Number: 04-cv-418-SLR

2. Check the box that applies:

   [✓] Requesting a teleconference with the parties and the court
   [ ] Requesting an in-person conference with the parties and the court
   [ ] Requesting either of the above listed options at the court's determination

3. BRIEFLY describe the reason for this **emergency** request:

   In this 7 patent case, claim construction and summary judgment briefs are due November 18. Seagate believes that the claim construction issues on all 7 patents can be addressed in a single brief of no more than 75 pages, while Cornice intends to file 7 separate briefs, each up to 40 pages. Seagate requests that the Court impose a briefing structure that minimizes the burden on the Court and the parties.

   Seagate also wishes to confirm that under the Court's Order of November 9, 2004, Seagate should defer filing of any dispositive motions related to Cornice's tortious interference and unfair competition counterclaims until after trial of the patent issues and that Cornice will not be allowed to present those counterclaims at the patent trial.

   *Any text added beyond the limits of this space will be disregarded by the court.

4. Name of opposing counsel contacted about this request: David C. Radulescu, Esq.

5. Response of opposing counsel to this request:

   Cornice suggests filing 7 separate claim consruction briefs, each up to 40 pages.

6. Name of local counsel making this request: Brian R. Nester, Esq.

7. Today's Date: 11/04/05

*****************************************************************************

For court use only:

[ ] A teleconference will be held on _____ to be coordinated and initiated by

[ ] An in-person discovery conference will be held on:

[✓] Other: 1) Because the patents are not related, I will accept 7 separate opening briefs with a total page limit of 150 pages (i.e., no one brief may be more than 40 pages, all 7 briefs may not exceed 150 pages in total). Responsive briefs shall be limited to 75 pages in total length, with no one brief longer than 25 pages.   (continued to page 2)

Page 2 of E-mail

2) Consistent with my November 9, 2004 order, there will be no dispositive motion practice related to Cornice's tortious interference and unfair competition counterclaims.