IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to Paragraph 7 of the Scheduling Order entered on November 3, 2004, plaintiff and counterclaim defendant Seagate Technology LLC ("Seagate") and defendant and counterclaim plaintiff Cornice, Inc. ("Cornice") jointly submit this Joint Claim Construction Statement identifying for the Court the limitations of the claims in issue that require construction, including each party's proposed constructions, and constructions to which the parties have agreed.

The parties' respective proposed claim constructions on the seven patents-in-suit are attached hereto as follows:

Exh. 1: U.S. Patent No. 5,452,159;

Exh. 2: U.S. Patent No. 5,600,506;

Exh. 3: U.S. Patent No. 6,146,754;

Exh. 4: U.S. Patent No. 6,324,054;

Exh. 5: U.S. Patent No. 6,545,845;

Exh. 6: U.S. Patent No. 5,596,461; and

Exh. 7: U.S. Patent No. 6,774,606.

FISH & RICHARDSON P.C.

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Timothy Devlin
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
919 N. Market Street
Suite 1100
Wilmington, DE  19899-1114
(302) 652-5070
Attorneys for Plaintiff and Counterclaim
Defendant Seagate Technology LLC

Roger S. Borovoy (admitted *pro hac vice*)
David M. Barkan (admitted *pro hac vice*)
500 Arguello Street
Redwood City, CA 94063-1526
(650)839-5070

Ruffin B. Cordell (admitted *pro hac vice*)
Brian R. Nester (#3581)
Timothy W. Riffe (admitted *pro hac vice*)
Christian A. Chu (admitted *pro hac vice*)
1425 K Street NW, Suite 1100
Washington, D.C. 20005
202-783-5070

Edmond R. Bannon (admitted *pro hac vice*)
Lewis Hudnell III (admitted *pro hac vice*)
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, 10022-4611
212-765-5070

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
Attorneys for Defendant and Counterclaim
Plaintiff Cornice, Inc.

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

November 18, 2005
493561

# EXHIBIT 1

Exh. 1: U.S. Patent No. 5,452, 159 ("'159 Patent")

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "parking device" ['159 Patent, cls. 1-6]<br><br>"parking means" ['159 Patent, cls. 1, 3, 5]<br><br>"to park" ['159 Patent, cls. 1, 5] | The terms "park" and "parking," as used in the phrases "parking device," "parking means," and "to park," mean "[m]aintain[ing] the position of the head(s) over a selected portion of the disk." | "to park" means "fix the position of the actuator which supports the head(s)." |
| "a magnetic field containing member"<br><br>['159 Patent, cls. 1, 5] | The phrase "a magnetic field containing member" means "a single structure that prevents magnetic fringing (i.e., contains the magnetic field)." | "A member that contains a magnetic field." |
| "an actuator for selectively positioning the transducer over a path between a first position and a second position with respect to the data storage medium"<br><br>['159 Patent, cl. 1] | The phrase "an actuator for selectively positioning the transducer over a path between a first position and a second position with respect to the data storage medium" means "an actuator for controllably positioning the transducer at any specific location between the first position and the second position. | The phrase "an actuator for selectively positioning the transducer over a path between a first position and a second position" means "[a]n actuator that performs the function of moving a transducer over a path between a first position and a second position." |
| "the capture member is in a non-permeated state … and the capture member switches to a permeated state"<br><br>['159 Patent, cls. 1, 5] | The phrase "the capture member is in a non-permeated state … and the capture member switches to a permeated state" means "a rapid change (like a switch) of the capture member from a non-permeated to a permeated state." | "'Switches' should be construed consistent with its ordinary meaning to mean 'changes,' such as the 'capture member is in a non-permeated state … and the capture member "changes" to a permeated state.'" |

3

# EXHIBIT 2

Exh. 2: U.S. Patent No. 5,600,506 ("'506 Patent")

Note: To the extent that claim language is not in this chart, the parties agree that no construction is required.

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "Quadrature Servo Pattern" '506 Patent, cls. 1, 8, 10, 22, 23, 33, 34, 37 (boldfaced claim numbers indicate independent claims). | The term "Quadrature Servo Pattern" means a quadrature burst pattern in which one of the four bursts must be centered in data track '0,' as well as each and every data track thereafter. | A servo pattern with four bursts, where a transition between one pair of alternating bursts occurs at the center of one of a second pair of alternating bursts. |
| "A disk surface divided into sectors where each sector comprises Z data tracks" '506 Patent, cl. 1. | **Construction Agreed To:** | |
| "Each sector having Z data tracks located between an inner diameter and an outer diameter on said magnetic disk" '506 Patent, cl. 22. | "Z data tracks" means the number of data tracks in each sector on the disk surface between an outer diameter and inner diameter on the surface (data track obtains its ordinary meaning). | |
| "all Z data tracks located on said surface of said disk" '506 Patent, cl. 33. | | |
| "A fixed reference point in said gray scale band on said disk" '506 Patent, cl. 1.<br><br>"A fixed reference point in said gray scale band on the surface of said disk" '506 Patent, cl. 22.<br><br>"Fixed reference point located in said gray scale band" '506 Patent, cl. 33. | The term "fixed reference point" as used in the phrases "[a] fixed reference point in said gray scale band on said disk," "[a] fixed reference point in said gray scale band on the surface of said disk," "[fixed reference point located in said gray scale band" means a reference point located on the disk that is the same for every position calculation. | No construction required. |
| "A Quadrature Servo Pattern Repeated 0.75*Z times" '506 Patent, cls. 1, 22. | "0.75*Z" means the quadrature servo pattern repeats precisely three times for every four data tracks across all Z data tracks within each | "0.75*Z" means the quadrature pattern repeats three times for every four data tracks across all Z data tracks within each sector |

4

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "0.75*Z Quadrature Servo Patterns" '506 Patent, cl. 33. | sector | |
| "1.5*Z Consecutively Addressed Gray Scale Areas" '506 Patent, cls. 1, 22, 33. | "1.5*Z" means within a gray scale band, there are precisely three consecutively addressed gray scale areas for every two data tracks across all Z data tracks within each sector | "1.5*Z" means within a gray scale band, there are three consecutively addressed gray scale areas for every two data tracks across all Z data tracks within each sector |
| "a position generator for generating from said quadrature servo pattern and an address of a gray scale area read by a transducer in said disk drive system a signal indicating a position of said transducer relative to a fixed reference point in said gray scale band on said disk" '506 Patent, cl. 1. | The term "position generator" does not define structure, and this claim limitation is thus subject to means-plus-function analysis under 35 U.S.C. § 112, ¶ 6. The function of the "position generator" is to "generat[e] from said quadrature servo pattern and an address of a gray scale area read by a transducer in said disk drive system a signal indicating a position of said transducer relative to a fixed reference point in said gray scale band on said disk" as recited in the claim.<br><br>The corresponding structure consists of the hardware elements of Figure 1, including the disk 8, the head 11, the actuator 13, the positioner 12, the gray code detector 15, the servo burst detector 16, the timing controller 18, the displacement generator 17, the zone detector 19, the gray scale generator 20, the displacement selector 21, the offset selector 22 and the adder 23, programmed to perform the algorithms set forth in figures 5 and 9. Alternatively, a microprocessor, RAM and ROM programmed to perform the algorithms set forth in figures 5 and 9 could be used in | "position generator" means the electronics and/or processor that provide a position signal. |

5

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| | lieu of displacement generator 17, zone detector 19, gray scale generator 20, displacement selector 21, offset selector 22 and adder 23, as described at col. 19, lines 22-27 of the '506 patent. | |
| "Said servo band and said gray scale band coact to define radial positions on said magnetic disk from a fixed reference point in said gray scale band on the surface of said disk." '506 Patent, cl. **22**. | Claim 22 is invalid under § 112, ¶¶ 1, 2. | No construction required. |
| "zones" '506 Patent, cls. 8, 9,11, 36, 38. | "Zones" is not a term of art and lacks any ordinary meaning. Rather, it is used in the '506 patent to refer to the specific methodology described in the '506 patent in Figs. 5 and 9 for demodulating the servo burst signals in order to generate accurate position information. | Zones 0, 1, and 3 are logical zones generated by the position generator logic. |
| "Zone Detector for generating a zone signal" '506 Patent, cl. 11. | The phrase "zone detector" means the series of logic elements that determine the applicable zone based on the gray code and servo bursts. | The "zone detector" includes electronics and/or a microprocessor that provides a zone signal. |
| "an adder for adding together said center signal and said displacement signal to generate a position signal whose value is said transducer's distance from said fixed reference point recorded on said disk" '506 Patent, cl. 13. | **Construction Agreed To:** "Adder" means electronics or a microprocessor that generates a position signal. | |
| "width W" '506 Patent, cls. 4 and 25. | No construction required. | The track pitch (i.e., the radial distance between the centerline of two adjacent data tracks). |
| gray scale "width" '506 Patent, cls. 4, 25, and | No construction required. | An area that includes portions of the blank |

6

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| 35. | | area existing between gray scale areas on a disk surface, so that the "width" refers to the width of gray scale areas when such areas are drawn abutting each other. |
| "first means for generating a displacement signal having a value indicative of said transducer's displacement from said center of a zone associated with said gray scale area read by said transducer" '506 Patent, cl. 9. | **Construction Agreed To:**<br><br>This is a means element subject to 35 U.S.C. § 112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic is set forth at the following portions of the specification and Figures:<br><br>'506 patent, 6:47-7:18, 9:30-40, 10:43-11:10, Fig. 6A elements 16 and 17, Fig. 6B element 21. | **Construction Agreed To:**<br><br>The function does not require construction. |
| "second means for generating a center signal having a value indicative of said zone's center from said fixed reference point" '506 Patent, cl. 9. | **Construction Agreed To:**<br><br>This is a means element subject to 35 U.S.C. § 112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic is set forth at the following portions of the specification and Figures:<br><br>'506 patent, 7:26-43; 9:41-10:42, 11:11-15, 11:23-52, Fig. 1 element 20, Fig. 6A element 19, Fig. 6B elements 22 and 219. | **Construction Agreed To:**<br><br>The function does not require construction. |
| "third means for combining said center signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said disk" '506 Patent, cl. 9. | **Construction Agreed To:**<br><br>This is a means element subject to 35 U.S.C. § 112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic is set forth at the following portions of the specification and Figures:<br><br>'506 patent, 11:15-22, Fig. 6B element 218. | **Construction Agreed To:**<br><br>The function does not require construction. |

7

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "a fourth means for converting the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer into a corresponding first, second, third and fourth digital signal" '506 Patent, cl. 10. | **Construction Agreed To:**<br><br>This is a means element subject to 35 U.S.C. § 112, ¶ 6. The function does not require construction. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic is set forth at the following portions of the specification and Figures:<br><br>'506 patent, 6:47-7-18, Fig. 6A element 16. | |
| "a fifth means for generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (Q') signal by subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and a fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal" '506 Patent, cl. 10. | **Construction Agreed To:**<br><br>This is a means element subject to 35 U.S.C. § 112, ¶ 6. The function does not require construction. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic is set forth at the following portions of the specification and Figures:<br><br>'506 patent, 9:30-40, Fig. 6A element 17. | |
| "sixth means for generating said center signal as a function of said zone signal where said center signal is a distance from said fixed reference point to the center of said selected zone" '506 Patent, cl. 11. | **Construction Agreed To:**<br><br>This is a means element subject to 35 U.S.C. § 112, ¶ 6. The function does not require construction. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic is set forth at the following portions of the specification and Figures:<br><br>'506 patent, 10:20-42; 11:11-15, Fig. 6B elements 22 and 219. | |

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "a displacement selection means for selecting one of said first, second, third and fourth displacement signals as said displacement signal as a function of said zone signal generated by said zone detector" '506 Patent, cl. 12. | **Construction Agreed To:** This is a means element subject to 35 U.S.C. § 112, ¶ 6. The function does not require construction. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic is set forth at the following portions of the specification and Figures: | |
| | '506 patent, 10:43-11:10, Fig. 6B element 21. | |

9

# EXHIBIT 3

Exh. 3:    U.S. Patent No. 6,146,754 ("'754 Patent")

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "alloy"<br><br>['754 Patent, cls. 1, 6, 13.] | The term "alloy" means "a metal mixture composed of two or more elements." | An "alloy" is homogeneous mixture or solid solution of two or more elements (usually metals), the atoms of one replacing or occupying interstitial positions between the atoms of the other. |
| "seedlayer"<br><br>['754 Patent, cls. 1, 13.] | The term "seedlayer" means "a film layer that is between the substrate and the underlayer and in direct contact with the substrate." | A "seedlayer" is a film layer between the substrate and the underlayer, that acts to control the crystallographic orientation of subsequent layers. |
| "substantially directional magnetic isotropy"<br><br>['754 Patent, cls. 1, 13.] | "A longitudinal magnetic media has 'substantially directional magnetic isotropy' when it has substantially equal values of magnetic properties, regardless of whether the property measurement occurs in the circumferential or radial direction, and it has a magnetic layer that has no dominant crystallographic orientation." | A longitudinal magnetic media has "substantial directional magnetic isotropy" when it has substantially equal values of one or more magnetic properties (e.g. Hc, Mrt and S*) of a thin film, regardless of whether the property measurement occurs in the circumferential or radial direction. |

10

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "Having magnetic properties with an orientation ratio of about 1.0"<br><br>['754 Patent, cl. 12] | The term "magnetic properties" as used in the phrase "having magnetic properties with an orientation ratio of about 1.0" means "at least two magnetic properties."<br><br>The term "orientation ratio of about 1.0" as used in the phrase "having magnetic properties with an orientation ratio of about 1.0" means "an orientation ratio number that would round to 1.0." | "Having magnetic properties with one or more orientation ratio(s) of about 1.0." |
| "randomly oriented grains" ['754 Patent, cl. 10.]<br><br>"grains [lying in a plane] are randomly oriented" ['754 Patent, cl. 13.] | "A longitudinal magnetic media has 'randomly oriented grains' or 'grains [lying in a plane] are randomly oriented' when the magnetic c-axis of the grains are randomly oriented in all three dimensions." | The claim phrases should receive their ordinary meaning, without additional limitations:<br><br>• "randomly oriented grains" means "randomly oriented grains"<br>• "grains lying in a plane are randomly oriented" means "grains lying in a plane are randomly oriented" |

11

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "substrate"<br><br>['754 Patent, cls. 1, 13.] | "The supporting material on which the thin films are deposited." | The "substrate" is the supporting material on which the thin films are deposited.<br><br>Note: although the parties offer the same proposed construction, Seagate disagrees with Cornice's implicit exclusion of coating layers on substrate bases. |
| "magnetic layer"<br><br>['754 Patent, cls. 1, 9, 10, 11, 13.] | **Construction Agreed To:**<br>"The magnetic layer is the layer in which the information is stored." | |
| "underlayer"<br><br>['754 Patent, cls. 1, 6, 7, 8, 11, 13, 17.] | **Construction Agreed To:**<br>"The underlayer refers to the layer under the magnetic layer that affects the characteristics and properties of the magnetic layer." | |
| "multilayer underlayer"<br><br>['754 Patent, cl. 7.] | **Construction Agreed To:**<br>"An underlayer that is made up of two or more layers." | |
| "hexagonal closed packed crystal structure"<br><br>['754 Patent, cl. 10.] | **Construction Agreed To:**<br>"A crystal structure common in certain alloys where the crystal has hexagonal symmetry and where atoms are arranged in a closed packed manner." | |
| "substantial superlinear noise behavior"<br><br>['754 Patent, cls. 10, 18.] | **Construction Agreed To:**<br>"Substantial superlinear noise behavior occurs where the measured media noise substantially deviates from a linear extrapolation from the low density data plot." | |
| "recording density"<br><br> | **Construction Agreed To:**<br>"The recording density of a media is a measure of the information that can be stored by the media per unit dimension." | |

12

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| ['754 Patent, cl. 5, 10, 18.] | | |
| "Hc" ['754 Patent, cl. 10.] | **Construction Agreed To:** "Hc, an abbreviation for the coercivity of a media, refers to the magnetic field necessary to reverse the direction of magnetization of a given sample." | |
| "S*" ['754 Patent, cl. 10.] | **Construction Agreed To:** "The term S* is a measure of the squareness of the hysteresis loop." | |
| "dominant crystallographic orientation" ['754 Patent, cl. 11.] | **Construction Agreed To:** "Dominant crystallographic orientation of a film refers to the grain orientation which is highly preferred." | |

13

# EXHIBIT 4

Exh. 4: U.S. Patent No. 6,324,054 ("'054 Patent")

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "Critical region"<br><br>['054 Patent, cls. 1, 2, 6, 7, 10, 15, 19, 20.] | The term "critical region" means "a region of the disk drive that is relatively sensitive to vibration and shock accelerations because most shock loadings during handling and transport are focused there." | "A region of the disc drive that is relatively sensitive to vibration and shock accelerations. The region is critical based on whether external vibrations or shock delivered to that region are more likely to result in drive failure or damage, than in non-critical regions." |
| "Non-critical region"<br><br>['054 Patent, cls. 1, 6, 10, 15, 19.] | The term "non-critical region" means "a region of the disk drive that is relatively insensitive to vibration and shock accelerations because it receives less shock loading during handling mishaps." | "A region of the disc drive that is relatively insensitive to vibration and shock." |
| "Shock absorbing material"<br><br>['054 Patent, cls. 1, 4, 6, 10, 15, 17, 19, 22.] | The term "shock absorbing material" means "a material that is suited for widening a shock pulse and reducing its maximum amplitude." | The claim phrase should receive its ordinary meaning, without additional limitations:<br>• "shock absorbing material" means "shock absorbing material" |
| "Flexible shock absorbing material"<br><br>['054 Patent, cls. 15, 17, 19, 22.] | The term "flexible shock absorbing material" means "a shock absorbing material that is able to bend without breaking." | The claim phrase should receive its ordinary meaning, without additional limitations:<br>• "flexible shock absorbing material" means "flexible shock absorbing material" |
| "Enclosure"<br><br>['054 Patent, cls. 1, 5, 6, 10, 11, 12, 15, 18, 19.] | The term "enclosure" means "something that encloses, meaning to shut in all around or to surround." | The claim phrase should receive its ordinary meaning, without additional limitations:<br>• "enclosure" means "enclosure" |
| "Enclosure sized to receive a disc drive therein" | The phrase "enclosure sized to receive a disc drive therein" means "the enclosure must be sized to contain a disk drive." | The claim phrase should receive its ordinary meaning, without additional limitations:<br>• "enclosure sized to receive a disc |

14

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| ['054 Patent, cls. 1, 15, 19.] | | drive therein" means "enclosure sized to receive a disc drive therein" |
| "Corner"<br><br>['054 Patent, cls. 2, 7, 11, 20.] | The term "corner" means "the point or place where lines or surfaces join and form an angle." | The claim phrase should receive its ordinary meaning, without additional limitations:<br>• "corner of the disc drive" means "corner of the disc drive" |

15

# EXHIBIT 5

Exh. 5: U.S. Patent No. 6,545,845 ("'845 Patent")

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "Retaining clip"<br><br>['845 Patent, cls. 5, 6, 7, 9, 11, 12, 14.] | The term "retaining clip" means "a device such as a snap ring, retaining ring or clip ring." | "A mechanical device for holding or gripping the bearing cartridge to the actuator by engaging a groove(s) on the exterior of the bearing cartridge." |
| "Bearing cartridge"<br><br>['845 Patent, cls. 1, 2, 4, 5, 6, 7, 8, 9, 11, 12, 14, 15.] | The term "bearing cartridge" means "an assembly with ball bearings, an inner body, and an outer body, that permits the inner and outer bodies to rotate relative to one another." | The claim phrase should receive its ordinary meaning, without additional limitations:<br><br>• "bearing cartridge" means "bearing cartridge" |

16

# EXHIBIT 6

Exh. 6: U.S. Patent No. 5,596,461 ("'461 Patent")

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "base member"<br><br>['461 Patent, cls. 1, 5, 6, 7.] | The term "base member" means "the bottom portion of the housing for mounting the components of the drive, e.g., the spindle motor and head stack assembly." | "portion of the housing for mounting the components of the drive, e.g., the spindle motor and head stack assembly" |
| "cover element"<br><br>['461 Patent, cls. 1, 6.] | The term "cover element" means "the top portion of the housing opposite the base member, which is received over the spindle motor and head stack assembly." | "the portion of the housing opposite the base member, which is received over the spindle motor and head stack assembly." |
| "head stack assembly"<br><br>['461 Patent, cls. 1, 5, 6, 7.] | The term "head stack assembly" means "a stack of actuator arms (i.e., a plurality), each mounting a head or pair of heads." | "Assembly including an actuator, its arm, recording head, and an electric coil. The HSA can include one or more actuator arms." |
| "continuous, single PCB support surface"<br><br>['461 Patent, cls. 1, 6.] | The phrase "continuous, single PCB support surface" means "a single, uninterrupted surface for mounting a PCB, and not discrete mounting locations for a PCB." | "A surface that provides support for one and only one, non-segmented printed circuit board." |
| "first raised portion"<br><br>['461 Patent, cls. 1, 5, 6, 7.] |  | **Construction Agreed To:**<br><br>"The portion of the top surface of the cover element that is raised and provides a height sufficient for topmost portions of the spindle motor and head stack assembly." |
| "disk stack assembly"<br><br>['461 Patent, cls. 1, 5, 6, 7.] |  | **Construction Agreed To:**<br><br>"Assembly comprising one or more magnetic disks and spindle motor." |

17

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "remaining portions"<br><br>['461 Patent, cls. 1, 6.] | **Construction Agreed To:**<br>"Portions that comprise the top surface of the cover element, not including the first raised portion of the top surface of the cover element." | |

18

# EXHIBIT 7

Exh. 7: U.S. Patent No. 6,774,606 ("'606 Patent")

| Claim Term | Cornice's Claim Construction | Seagate's Claim Construction |
|---|---|---|
| "single arm portion" ['606 Patent, cls. 1, 17.] | The terms "single arm portion" and "single arm support portion" mean that "only one arm support portion is an integral component of the actuator structure, even though the actuator can also be set in motion other arm supports, in ways not covered by the claims, which serve other discs in a multiple-disc, multiple-arm drive." | "single arm portion" means "Only one, not multiple, arms." |
| "single arm support portion" ['606 Patent, cl. 11.] | The terms "single arm portion" and "single arm support portion" mean that "only one arm support portion is an integral component of the actuator structure, even though the actuator can also be set in motion other arm supports, in ways not covered by the claims, which serve other discs in a multiple-disc, multiple-arm drive." | "single arm support portion" means an actuator with "only one, not multiple, arm support portions." |
| "actuator" ['606 Patent, cls. 1, 2, 4, 5, 6, 9, 10, 11, 17, 20.] | **Construction Agreed To:** The term "actuator" means "something that causes something else to be put into action or motion." | |

19

| "step portion"<br><br>['606 Patent, cls. 4, 5, 6, 9.] | The term "step portion" means "the portion of the actuator that positions the arm support and coil support portions in distinct planes." | "Part of the actuator that distances the coil support portion and the arm portion." |
|---|---|---|
| "means for positioning the coil support portion and the arm portion at different distances from the base"<br><br>['606 Patent, cl. 17.] | The term "means for positioning the coil support portion and the arm portion at different distances from the base" "does not define structure, and thus is subject to means-plus-function analysis under 35 U.S.C. § 112, ¶ 6. The function of the claimed means is to 'position[] the coil support portion and the arm portion at different distances from the base.' The corresponding structure consists of the step illustrated in Figure 2, reference numeral 305." | "This is a means plus function element. The function is positioning the coil support portion and the arm portion at different distances from the base. The structure described in the specification for performing this function is the 'step' portion and is illustrated, for example, in Fig. 2, by reference numeral 305." |
| "coil support portion"<br><br>['606 Patent, cls. 1, 3, 4, 6, 7, 11, 12, 14, 17, 19.] | **Construction Agreed To:**<br>"A portion of the actuator which supports a coil." | |
| "integrally formed"<br><br>['606 Patent, cls. 3, 7, 19.] | **Construction Agreed To:**<br>The term "integrally formed" means "formed as a whole." | |

20