IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT
[NO. 1] OF NON-INFRINGEMENT OF ALL ASSERTED CLAIMS OF
U.S. PATENT NOS. 6,146,754 AND 5,600,506 PURSUANT TO LICENSE**

Pursuant to Fed. R. Civ. P. 56, Defendant Cornice, Inc. ("Cornice") moves for summary judgment of non-infringement of all asserted claims of U.S. Patent Nos. 6,146,754 and 5,600,506 on the basis of license. The grounds for this motion are set forth in Cornice's Opening Brief In Support Of Its Motion For Summary Judgment Of Non-Infringement Of U.S. Patent Nos. 6,146,754 And 5,600,506 Pursuant To License.

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

November 18, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 18, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801

### BY FEDERAL EXPRESS

>Ruffin B. Cordell, Esquire
>Fish & Richardson, P.C.
>1425 K Street, NW, Suite 1100
>Washington, DC 20005

>/s/ Julia Heaney
>Julia Heaney (#3052)
>MORRIS, NICHOLS, ARSHT & TUNNELL
>jheaney@mnat.com
>  *Attorneys for Defendant and*
>  *Counterclaim Plaintiff Cornice, Inc.*