IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-418 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| CORNICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT [NO. 3]
OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,452,159**

Pursuant to Fed. R. Civ. P. 56, Defendant Cornice, Inc. ("Cornice") moves for summary judgment of non-infringement of U.S. Patent No. 5,452,159. The grounds for this motion are set forth in Cornice's Opening Brief In Support Of Its Motion For Summary Judgment Of Non-Infringement Of U.S. Patent No. 5,452,159 and the accompanying appendix of exhibits.

MORRIS, NICHOLS, ARSHT & TUNNELL

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

November 18, 2005
493828

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
 *Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 18, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE  19801
>
>Ruffin B. Cordell, Esquire
>Fish & Richardson, P.C.
>1425 K Street, NW, Suite 1100
>Washington, DC  20005

>/s/   Julia Heaney
>Julia Heaney (#3052)
>Morris, Nichols, Arsht & Tunnell
>jheaney@mnat.com
>  *Attorneys for Defendant and*
>  *Counterclaim Plaintiff Cornice, Inc.*