IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT [NO. 4]
THAT SEAGATE CANNOT RECOVER PRE-SUIT DAMAGES**

Pursuant to Fed. R. Civ. P. 56, defendant Cornice, Inc. moves for summary

judgment that Seagate cannot recover damages for infringement prior to the filing of this lawsuit

on June 22, 2004.   The grounds for this motion are set forth in Cornice's Opening Brief,

submitted herewith.

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

November 18, 2005

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
   *Attorneys for Defendant and Counterclaim
   Plaintiff Cornice, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,     )
                             )
          Plaintiff,     )
                             )
   v.                 )     Civil Action No. 04-418-SLR
                             )
CORNICE, INC.            )
                             )
          Defendant.     )

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that defendant's motion for summary judgment that Seagate cannot recover pre-suit damages is granted.

Dated: November ___, 2005

_____
United States District Judge

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 18, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW, Suite 1100
Washington, DC 20005

/s/    _Julia Heaney_
Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell
jheaney@mnat.com
  _Attorneys for Defendant and
  Counterclaim Plaintiff Cornice, Inc._