IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | ) |
| Plaintiff, | ) ) ) C.A. No. 04-418 (SLR) |
| v. | ) ) ) |
| CORNICE, INC., | ) ) ) |
| Defendant. | ) |

**DEFENDANT CORNICE, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [NO. 6] REGARDING THE INVALIDITY OF U.S. PATENT NO. 5,600,506**

Pursuant to Fed. R. Civ. P. 56, Defendant Cornice, Inc. ("Cornice") moves for partial summary judgment of the invalidity of U.S. Patent No. 5,600,506. The grounds for this motion are set forth in Cornice's Opening Brief In Support Of Its Motion For Partial Summary Judgment Regarding the Invalidity Of U.S. Patent No. 5,600,506 and the accompanying appendix of exhibits.

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

November 18, 2005
493827

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ Julia Heaney
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
 *Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 18, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY E-MAIL

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW, Suite 1100
Washington, DC 20005


/s/   *Julia Heaney*
Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell
jheaney@mnat.com
   *Attorneys for Defendant and
   Counterclaim Plaintiff Cornice, Inc.*