# S<small>EALED</small> D<small>OCUMENT</small>

Case 1:04-cv-00418-SLR    Document 181    Filed 11/18/2005    Page 1 of 1