IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that a copy of Defendant Cornice, Inc.'s List of Fact Witnesses to be Called at Trial was served as indicated on November 21, 2005 upon the following counsel:

**BY HAND & EMAIL**

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

**BY FEDERAL EXPRESS & EMAIL**

Roger S. Borovoy, Esquire
Fish & Richardson, P.C.
500 Arguello Street, Suite 500
Redwood City, CA  94063-1526

Brian Nester, Esquire
Fish & Richardson, P.C.
1425 K Street NW, Suite 1100
Suite 1100
Washington, DC  20005

Edmond Bannon, Esquire
Fish & Richardson, P.C.
Citigroup Center, 52nd Floor
153 East 53rd Street
New York, NY  10022-4611

                                      MORRIS, NICHOLS, ARSHT & TUNNELL

                                      */s/ Jack B. Blumenfeld (#1014)*

                                      Jack B. Blumenfeld (#1014)
                                      Julia Heaney (#3052)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19899
                                      (302) 658-9200
                                          *Attorneys for Defendant and Counterclaim*
                                          *Plaintiff Cornice, Inc.*

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX  77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

November 21, 2005

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 21, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 N. Market Street
>Suite 1100
>Wilmington, DE  19801

I also certify that copies were caused to be served on November 21, 2005 upon the following in the manner indicated:

| **BY HAND** | **BY FEDERAL EXPRESS** |
|---|---|
| William J. Marsden, Jr., Esquire<br>Fish & Richardson, P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE  19801 | Roger S. Borovoy, Esquire<br>Fish & Richardson, P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, CA  94063-1526 |
| **BY FEDERAL EXPRESS** | **BY FEDERAL EXPRESS** |
| Brian Nester, Esquire<br>Fish & Richardson, P.C.<br>1425 K Street NW, Suite 1100<br>Washington, DC  20005 | Edmond Bannon, Esquire<br>Fish & Richardson, P.C.<br>Citigroup Center, 52nd Floor<br>153 East 53rd Street<br>New York, NY  10022-4611 |

>MORRIS, NICHOLS, ARSHT & TUNNELL
>
>/s/ *Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)
>Julia Heaney (#3052)
>1201 North Market Street
>P.O. Box 1347
>Wilmington, Delaware 19899
>(302) 658-9200
>jblumenfeld@mnat.com
>*Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*