IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

        Plaintiff,

    v.

CORNICE, INC.,

        Defendant.

Civil Action No. 04-418-SLR

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 21st day of November, 2005, true and correct copies of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S FACTUAL WITNESS LIST** was caused to be served on the attorneys of record, at the following addresses and the manner indicated:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire          Attorneys for Defendant
MORRIS NICHOLS ARSHT &          Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

### VIA FEDERAL EXPRESS

Matthew D. Powers          Attorneys for Defendant
Jason D. Kipnis          Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Russell Wheatley          Attorneys for Defendant
WEIL, GOTSHAL & MANGES LLP          Cornice, Inc.
700 Louisiana, Suite 1600
Houston, TX  77002

David C. Radulescu                     Attorneys for Defendant
Alan J. Weinschel                      Cornice, Inc.
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153


Dated:  November 22, 2005          FISH & RICHARDSON P.C.


                                   By:    */s/ Timothy Devlin*_____
                                          William J. Marsden (#2247)
                                          Thomas L. Halkowski (#4099)
                                          Timothy Devlin (#4241)
                                          Fish & Richardson P.C.
                                          919 N. Market Street, Suite 1100
                                          Wilmington, DE 19899-1114

                                          Roger S. Borovoy
                                          David M. Barkan
                                          D. Austin Horowitz
                                          Fish & Richardson P.C.
                                          500 Arguello Street
                                          Redwood City, CA 94063-1526

                                          Ruffin B. Cordell
                                          Brian R. Nester
                                          Rama G. Elluru (Admitted only in Texas)
                                          Timothy W. Riffe
                                          Rudhir B. Patel (Admitted only in New York)
                                          Fish & Richardson P.C.
                                          1425 K Street NW, Suite 1100

                                          Edmond Bannon
                                          Lewis E. Hudnell, III
                                          Citigroup Center - 52nd Floor
                                          153 East 53rd Street
                                          New York, NY 10022-4611

                                   Attorneys for Plaintiff
                                   SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2005, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on November 22, 2005, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

*/s/ Timothy Devlin*
Timothy Devlin

80020289.doc