IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>CORNICE, INC.<br><br>        Defendant. | C.A. No. 04-418 (SLR)<br><br><br>REDACTED |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S
MOTION FOR SUMMARY JUDGMENT ON DEFENDANT CORNICE, INC.'S
THIRD, FIFTH, AND SEVENTH AFFIRMATIVE DEFENSES**

I, Timothy Devlin, declare as follows:

1.    I am a member of Fish & Richardson P.C., counsel of record in this action for

Seagate Technology, LLC.  I am a member of the Bar of the State of Delaware and of this Court.

I have personal knowledge of the matters stated in this declaration and would testify truthfully to

them if called upon to do so.

2.    True and accurate copies of the following documents are attached as exhibits, as

listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1. | Excerpts of Seagate Technology's Form 10-K (Annual Report), dated Aug. 1, 2005. |
| 2. | Cornice's website print-out, titled "Company." |
| 3. | Convergent Systems Solutions, Inc.'s Application for Authority to Transact Business, submitted to the Colorado Secretary of State on Aug. 1, 2002. |
| 4. | Excerpts of transcript of April 2, 2005 deposition of Mr. Kevin Magenis. |
| 5. | Powerpoint presentation titled "The Patent Minefield: Issues facing drives start-up" (COR-ITC 21316-21). |

1

6.      Letter from Mr. William Hudson to Mr. Kevin Magenis, dated Apr. 10, 2003.

7.      Cornice's website print-out, titled "Cornice Timeline."

8.      Western Digital press release, dated June 29, 2004.

9.      Complaint filed in Papst Licensing GmbH & Co. KG v. Cornice, Inc. et al, case no. C-05-3880 (N.D. Cal Sept. 26, 2005).

10.     Defendant Cornice, Inc.'s Response to Plaintiff's Seagate 2nd Set of Interrogatories Nos. 4-19, dated June 13, 2005 (cited excerpts).

11.     Defendant Cornice, Inc.'s Response to Plaintiff's Seagate 1st Set of Interrogatories Nos. 1-3, dated June 10, 2005 (cited excerpts).

12.     Excerpts of transcript of November 11, 2005 deposition of Mr. Kevin Magenis.

13.     Cornice, Inc.'s Amended Application for Authority to Transact Business, submitted to the Colorado Secretary of State on Jan. 23, 2003.

14.     Exhibit 27 to Seagate Technology LLC's Complaint with the U.S. International Trade Commission, submitted on July 2, 2004.

15.     Exhibit 30 to Seagate Technology LLC's Complaint with the U.S. International Trade Commission, submitted on July 2, 2004.

16.     Order No. 2, issued by Administrative Law Judge Harris in U.S.I.T.C. investigation no. 337-TA-516 (cited excerpts).

17.     Tables of contents of Cornice, Inc.'s Pre-Hearing Statement, submitted on Apr. 20, 2005.

18.     Expert Report of Creighton Hoffman, submitted Sept. 19, 2005.

19.     Notice of Commission Decision to Review and Reverse Initial Determination Granting Mtn. for Summ. Determination regarding '606 Patent.

20.     Joint Press Release, dated May 2, 2005 (COR-DEL 100077).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 18th day of November, 2005.

_/s/ Timothy Devlin_
Timothy Devlin

2

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2005, I electronically filed the attached

document with the Clerk of Court using CM/ECF which will send notification of such

filing(s) to the following:

Jack B. Blumenfeld, Esquire                    Attorneys for Defendant
MORRIS NICHOLS ARSHT &                         Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on November 23, 2005, I have mailed by Federal Express

Service, the document(s) to the following non-registered participants:

Matthew D. Powers                              Attorneys for Defendant
Jason D. Kipnis                                Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Russell Wheatley                               Attorneys for Defendant
WEIL, GOTSHAL & MANGES LLP                     Cornice, Inc.
700 Louisiana, Suite 1600
Houston, TX  77002

Alan J. Weinschel                              Attorneys for Defendant
David C. Radulescu                             Cornice, Inc.
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

                                    /s/ Timothy Devlin
                                    Timothy Devlin

1

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended July 1, 2005

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to

Commission File No. 001-31560

# SEAGATE TECHNOLOGY
### (Exact name of Registrant as specified in its charter)

| Cayman Islands | 98-0355609 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**P.O. Box 309GT**
**Ugland House, South Church Street**
**George Town, Grand Cayman, Cayman Islands**
### (Address of principal executive offices)

**Registrant's telephone number, including area code: (345) 949-8066**

Securities registered pursuant to Section 12 (b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares, par value $0.00001 per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days:  YES ☒   NO ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act):  YES ☒   NO ☐

The aggregate market value of the voting and non-voting common stock held by non-affiliates of the registrant as of the last business day of the registrant's most recently completed second fiscal quarter was approximately $2.151 billion based upon a closing price of $17.27 reported for such date by the New York Stock Exchange. Common shares held by each executive officer and director and by each person who owns 5% or more of the outstanding common shares have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

The number of outstanding common shares of the registrant as of July 26, 2005 was 477,115,094.

### DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's Proxy Statement for its 2005 Annual Meeting of Stockholders (the "Proxy Statement") are incorporated herein by reference in Part III.

Table of Contents

# SEAGATE TECHNOLOGY
## TABLE OF CONTENTS

| Item | | Page No. |
|---|---|---|
| | *PART I* | |
| 1. | Business | 3 |
| 2. | Properties | 17 |
| 3. | Legal Proceedings | 17 |
| 4. | Submission of Matters to a Vote of Security Holders | 17 |
| | *PART II* | |
| 5. | Market for Registrant's Common Stock and Related Shareholder Matters | 18 |
| 6. | Selected Financial Data | 20 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| 7A. | Qualitative and Quantitative Disclosures About Market Risk | 61 |
| 8. | Financial Statements and Supplementary Data | 63 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 107 |
| 9A. | Controls and Procedures | 107 |
| | *PART III* | |
| 10. | Directors and Executive Officers of the Registrant | 109 |
| 11. | Executive Compensation | 109 |
| 12. | Security Ownership of Certain Beneficial Owners and Management | 109 |
| 13. | Certain Relationships and Related Transactions | 109 |
| 14. | Principal Accountant Fees and Services | 109 |
| | *PART IV* | |
| 15. | Exhibits, Financial Statement Schedules, and Reports on Form 8-K | 110 |
| | SIGNATURES | 116 |

2

Table of Contents

*Some of the statements and assumptions included in this Annual Report on Form 10-K are forward-looking statements, including, in particular, statements about our plans, strategies and prospects in "Management's Discussion and Analysis of Financial Condition and Results of Operations" in Item 7. These statements identify prospective information. These forward-looking statements are based on current expectations, forecasts and assumptions and involve a number of risks and uncertainties that could cause actual results to differ, possibly materially, from those in the forward-looking statements. These risks include, among others, risks related to price and product competition in our industry, customer demand for our products, the development and introduction of new products, the impact of technological advances, risks related to our intellectual property, general market conditions and the factors listed in the "Risk Factors" section of Item 7 of this Annual Report on Form 10-K. We undertake no obligation to update forward-looking statements to reflect events or circumstances after the date they were made.*

<div align="center">**PART I**</div>

## ITEM 1.   BUSINESS

We are a leader in the design, manufacturing and marketing of rigid disc drives. Rigid disc drives, which are commonly referred to as disc drives or hard drives, are used as the primary medium for storing electronic information in systems ranging from desktop and notebook computers, and consumer electronics devices to data centers delivering information over corporate networks and the Internet. We produce a broad range of disc drive products that make us a leader in the industry with products addressing enterprise applications, where our products are used in enterprise servers, mainframes and workstations; desktop applications, where our products are used in desktop computers; mobile computing applications, where our products are used in notebook computers; and consumer electronics applications where our products are used in a wide variety of devices such as digital video recorders, digital music players and gaming devices.

We sell our disc drives primarily to major original equipment manufacturers, or OEMs, and also market to distributors under our globally recognized brand name. For fiscal years 2005, 2004 and 2003, approximately 72%, 64% and 63%, respectively, of our disc drive revenue was from sales to OEMs, including customers such as Hewlett-Packard, Dell, IBM, EMC and Apple. We have longstanding relationships with many of these OEM customers. We also have key relationships with major distributors, who sell our disc drive products to small OEMs, dealers, system integrators and retailers throughout most of the world. Also, we are currently expanding our direct sales to retailers. For fiscal years 2005, 2004 and 2003, approximately 31%, 29% and 33%, respectively, of our disc drive revenue came from customers located in North America, approximately 28%, 33% and 31%, respectively, came from customers located in Europe and approximately 41%, 38% and 36%, respectively, came from customers located in the Far East. Substantially all of our revenue is denominated in U.S. dollars.

## Industry

### Demand for Electronic Data Storage

We believe that the amount of data stored and accessed electronically is growing rapidly and that there are a number of key factors driving this demand. We are particularly focused on three areas of growing demand for disc drives:

*Growth in Disc Drives for Consumer Electronics .*   High-performance computing and communications functions and, increasingly, disc drives are being incorporated into consumer electronics devices such as digital video recorders, digital music players, video game consoles and advanced television set-top boxes. In addition, faster connections to the Internet and increased broadband capacity have encouraged consumers to download greater amounts of text, video and audio data, expanding the market for disc drives for use in new consumer and entertainment appliances. The adoption and rapid growth of the use of disc drives in these applications will be facilitated by the development of low-cost disc drives that meet the pricing requirements of the consumer electronics market.

<div align="center">3</div>

Table of Contents

*Growth in Disc Drives for Mobile Computing.* The mobile computing market is expected to grow faster than any other personal computer segment as price and performance continue to improve, placing notebook computers in an attractive position relative to desktop computers. Notebook systems are increasingly becoming replacement systems to desktop computers and progressively more desirable to consumers as the need for mobility increases and wireless adoption continues to advance. In the United States, the sale of notebook computers recently exceeded that of desktop computers.

*Growth of Storage Area Networks and Network Attached Storage* . The need to address the dramatic expansion in data storage management requirements has spurred the evolution of new storage and data management technologies. Enterprises are increasingly offloading network traffic to dedicated storage area networks, or SANs. In addition, many enterprises are moving away from the use of server-attached storage to network-attached storage, or NAS. These solutions combine high-performance storage products that are comprised principally of disc drives with sophisticated software and communications technologies. We expect that the market for these solutions will grow rapidly and will result in greater opportunities for the sale of high-performance, high-capacity disc drives.

An emerging application in enterprise storage is the use of near-line storage systems. These systems use higher capacity disc drives to access less frequently needed data.

### Success in Our Industry Depends on Technology and Manufacturing Leadership

The design and manufacturing of disc drives depends on highly advanced technology and manufacturing techniques, especially in the areas of read/write heads and recording media. Disc drive manufacturers are distinguished by their level of integration, which is the degree to which they control the technology used in their products, and by whether they are captive, producing disc drives for their own computer systems, or independent, producing disc drives as a stand-alone product. Integrated manufacturers are companies that design and produce the critical technologies, including read/write heads and recording media, used in their disc drives. An integrated approach enables them to lower manufacturing costs and to improve the functionality of components so that they work together efficiently. In contrast, manufacturers that are not integrated purchase most of their components from third-party suppliers, upon whom they depend for key elements of their technological innovation and differentiation. This can limit their ability to coordinate technology roadmaps and optimize the component design process for manufacturing efficiency and product reliability while making them reliant on the technology investment decisions of their suppliers. Independent manufacturers can enjoy a competitive advantage over captive manufacturers in working with OEMs because they do not compete with OEMs for computer system sales.

Due to the significant challenges posed by the need to continually innovate and improve manufacturing efficiency, the disc drive industry has undergone significant consolidation as manufacturers and merchant component suppliers merged with other companies or exited the industry. Consolidation is likely to continue in our industry as the technological challenges and the associated levels of required investment grow, increasing the competitive necessity of large-scale operations. We believe the competitive dynamics of the disc drive industry favor integrated, independent manufacturers with the scale to make substantial technology investments and apply them across a broad product portfolio and set of customers.

### Overview of Disc Drive Technology

All disc drives incorporate the same basic technology although individual products vary. One or more discs are attached to a spindle assembly powered by a spindle motor that rotates the discs at a high constant speed around a hub. The discs, or recording media, are the components on which data is stored and from which it is retrieved. Each disc typically consists of a substrate of finely machined aluminum or glass with a layer of a thin-film magnetic material. Read/write heads, mounted on an arm assembly similar in concept to that of a record player, fly extremely close to each disc surface and record data on and retrieve it from concentric tracks in the magnetic layers of the rotating discs. The read/write heads are mounted vertically on an E-shaped assembly. The E-block and the recording media are mounted inside a metal casing, called the base casting.

4

Table of Contents

Upon instructions from the drive's electronic circuitry, a head positioning mechanism, or actuator, guides the heads to the selected track of a disc where the data is recorded or retrieved. Application specific integrated circuits, or ASICs, and ancillary electronic control chips are collectively mounted on printed circuit boards. ASICs move data to and from the read/write head and the internal controller, or interface, which communicates with the host computer. Disc drive manufacturers typically use one or more of several industry standard interfaces such as advanced technology architecture, or ATA, Serial ATA which provides higher data transfer rates than the previous ATA standard, small computer system interface, or SCSI, serial attached SCSI, or SAS, and Fibre Channel.

Disc drive performance is commonly assessed by six key characteristics:

- storage capacity, commonly expressed in gigabytes or terabytes, which is the amount of data that can be stored on the disc;

- spindle rotation speed, commonly expressed in revolutions per minute, which has an effect on speed of access to data;

- interface transfer rate, commonly expressed in megabytes per second, which is the rate at which data moves between the disc drive and the computer controller;

- average seek time, commonly expressed in milliseconds, which is the time needed to position the heads over a selected track on the disc surface;

- data transfer rate, commonly expressed in megabytes per second, which is the rate at which data is transferred to and from the disc; and

- product quality and reliability, commonly expressed in annualized return rates (ARR).

Areal density is a measure of storage capacity per square inch on the recording surface of a disc. Current areal densities are sufficient to meet the requirements of most applications today. Although the rate of increase in areal density is slowing, we expect the long-term demand for increased drive capacities to continue to increase as audio and visual data require many multiples of the storage capacity of simple text. We have pursued, and expect to continue to pursue, a range of technologies to increase areal densities across the entire range of our products to increase disc drive capacities and to enable the production of higher capacity, smaller form factor disc drives. For example, in June 2005, we announced a product that utilizes perpendicular recording technology in which data bits are oriented vertically on the disc platter (perpendicular to the disc surface), rather than flat to the surface as with existing longitudinal recording. As a result of the transition to perpendicular recording, there is a need to increase the thickness of the recording materials, and increase the complexity of the read/write head technology. Furthermore, perpendicular recording technology requires a complex interplay between the read/write heads, the recording media, the ASICs and the disc drive software. We believe that because of our vertical design and manufacturing strategy, we are well suited to meet the challenges that such close dependence of components for our disc drives using perpendicular recording require.

Manufacturing

We pursue an integrated business strategy based on the ownership of critical component technologies. This strategy allows us to maintain control over our product roadmap and component cost, quality and availability. Our manufacturing efficiency and flexibility is a critical element of our integrated business strategy. During the past several years we have made significant improvements in our manufacturing efficiency by:

- consolidating the number of facilities we operate and reducing the number of personnel we employ;

- expanding manufacturing automation to enhance our efficiency and flexibility;

- applying Six Sigma to improve product quality and reliability and reduce costs;

- integrating our supply chain with suppliers and customers to enhance our demand visibility and reduce our working capital requirements; and

5

Table of Contents

- coordinating between our manufacturing group and our research and development organization to rapidly achieve volume manufacturing and enhance our product quality and reliability.

Manufacturing our disc drives is a complex process that begins with the production of individual components and ends with a fully assembled unit. We design, assemble and/or manufacture a number of the most important components found in our disc drives, including read/write heads, recording media, printed circuit boards, spindle motors and ASICs.

*Read/Write Heads* . The function of the read/write head is to scan across the disc as it spins, magnetically recording or reading information. The tolerances of recording heads are extremely demanding and require state-of-the-art equipment and processes. Our read/write heads are manufactured with thin-film and photolithographic processes similar to those used to produce semiconductor integrated circuits. Beginning with six-inch round ceramic wafers, we process more than 25,000 head elements at one time. Each of these head elements goes through more than 300 steps, all in clean room environments. Our read/write heads require highly advanced processes with tolerances approaching the thickness of a single atom. We perform all primary stages of design and manufacture of read/write heads at our facilities. Although the percentage of our requirements for read/write heads that we produce internally varies periodically, we currently manufacture all of our read/write heads. With perpendicular recording expected to eventually replace longitudinal recording, the tolerances and complexity of recording heads will be even more demanding in future generation products. However, because perpendicular recording utilizes existing capital equipment to manufacture read/write heads, we do not believe additional capital investment will be required.

*Recording Media* . The function of the recording media is to magnetically store information. The domains where each bit of magnetic code is stored are extremely small and precisely placed. As a result, the manufacturing of recording media requires sophisticated thin-film processes. Each disc is a sequentially processed set of layers that consist of structural, magnetic, protective and lubricating materials. Once complete, the disc must have a high degree of physical uniformity to assure reliable and error-free storage. We purchase aluminum substrate blanks for recording media production from third parties, mainly in Japan. These blanks are machined, plated and polished to produce finished substrates at our plant in Northern Ireland. We also purchase all of our glass substrates from third parties in Japan in manufacturing our disc drives used in mobile and small form factor consumer electronics products. The percentage of our requirements for recording media that we produce internally varies from quarter to quarter. We continue to expand our media production facility in Singapore to further increase our production capacity. Our strategy is to purchase no more than 20% of our recording media requirements from third-party suppliers in any given quarter. Although the increased thickness of the recording media required by perpendicular recording technology could have a negative effect upon our manufacturing throughput, we believe we have compensated for this effect by investing in advanced manufacturing technologies.

*Printed Circuit Boards* . We assemble and test a significant portion of the printed circuit boards used in our disc drives. Printed circuit boards are the boards that contain the electronic circuitry and ASICs that provide the electronic controls of the disc drive and on which the head-disc assembly is mounted. We assemble printed circuit boards at our facilities in Malaysia and China.

*Spindle Motors* . We participate in the design of many of our spindle motors and purchase them principally from outside vendors in Asia, whom we have licensed to use our intellectual property and technology.

*ASICs* . We participate in the design of many of the ASICs used in our disc drives for motor and actuator control, such as interface controllers, read/write channels and pre-amplifiers. We do not manufacture any ASICs but, rather, buy them from third-party suppliers.

Following the production of the individual components of the disc drive, the first step in the manufacture of a disc drive itself is the assembly of the actuator arm, read/write heads, discs and spindle motor in a housing to form the head-disc assembly. The production of the head-disc assembly involves largely automated processes.

6

Table of Contents

Printed circuit boards are then mated to the head-disc assembly and the completed unit is tested prior to packaging and shipment. Final assembly and test operations of our disc drives occur primarily at facilities located in China, Singapore and Thailand. We perform subassembly and component manufacturing operations at our facilities in China, Malaysia, Northern Ireland, Singapore, Thailand, and in the United States, in California and Minnesota. In addition, third parties manufacture and assemble components for us in various Asian countries, including China, Japan, Korea, Malaysia, the Philippines, Singapore, Taiwan, Thailand and Vietnam, and in Europe and the United States.

**Products**

We offer a broad range of disc drive products for the enterprise, desktop, mobile computing and consumer electronics sectors of the disc drive industry. During fiscal year 2005, we introduced and shipped in volume 12 new disc drive products, including:

- our first 1-inch form factor disc drive, the ST1, which is primarily used in hand-held consumer electronics devices such as digital music players and digital cameras;

- larger capacity 3.5-inch form factor disc drives to address the market for larger capacity digital video recorders and home media storage devices and near-line enterprise applications;

- additional capacity models of our 2.5-inch form factor Momentus mobile computing disc drive which will more completely address our customers' mobile computing disc drive requirements; and

- new versions of our Barracuda and Cheetah desktop and enterprise disc drives.

We offer more than one product within each product family, and differentiate products on the basis of price/performance and form factor, or the dimensions of the disc drive. Historically, our industry has been characterized by continuous and significant advances in technology, which contributed to rapid product life cycles; however, based upon the recent pace of new product introductions, we believe that our industry is currently in a period in which the rate of increases in areal density, which is the storage capacity per square inch on a disc, is lower than the rate of the last several years, resulting in longer product life cycles. We list in the table below our main current product offerings.

| Product Name | Markets Served | Storage Capacities (gigabytes) | Rotation Speed (RPM) | Interface |
|---|---|---|---|---|
| Cheetah SFF 10K.1 (Savvio) | Enterprise | 36 and 73 | 10,000 | SCSI/Fibre Channel |
| Cheetah 10K.7 | Enterprise | 73, 146 and 300 | 10,000 | SCSI/Fibre Channel |
| Cheetah 15K.4 | Enterprise | 36, 73 and 146 | 15,000 | SCSI/Fibre Channel/SAS |
| Barracuda 7200.7 | Desktop/Consumer Electronics | 40, 80, 120, 160 and 200 | 7,200 | ATA/SATA |
| Barracuda 7200.8 | Desktop/Consumer Electronics | 200, 250, 300 and 400 | 7,200 | ATA/SATA |
| U Series X | Desktop/Consumer Electronics | 10 and 20 | 5,400 | ATA |
| Momentus | Mobile Computing | 20, 30 and 40 | 5,400/4,200 | ATA |
| Momentus 4200.2 | Mobile Computing | 60, 80 and 100 | 4,200 | ATA |
| Momentus 5400.2 | Mobile Computing | 60, 80 and 100 | 5,400 | ATA |
| ST1 Series | Consumer Electronics | 1.5, 2.5, 4, 5 and 6 | 3,600 | ATA/Compact Flash/USB |

In June 2005, we further broadened our product offering with the announcement of 10 new disc drive products, which will be introduced in fiscal year 2006, including:

- additional capacity models of our 2.5-inch form factor Momentus mobile computing disc drive, including our first 2.5-inch disc drive using perpendicular recording technology and a model with full disc encryption technology for increased protection against unauthorized access to data;

- a 2.5-inch form factor disc drive designed for the latest game consoles, and smaller, cooler-running and more cost-effective small footprint personal computers and home entertainment devices;

- an 8GB 1-inch form factor disc drive, which will primarily be used in hand-held consumer electronics devices such as digital music players and digital cameras;

7

Table of Contents

- larger capacity 3.5-inch form factor disc drives to address the market for larger capacity digital video recorders and home media storage devices and near-line enterprise applications;
- our first hard drive designed specifically for automobile applications; and
- external disc drives with higher capacity or increased portability.

### Enterprise Storage

*Cheetah Family* .   Commercial uses for Cheetah disc drives include Internet and e-commerce servers, data mining and data warehousing, mainframes and supercomputers, department/enterprise servers and workstations, transaction processing, professional video and graphics and medical imaging.

*Savvio Family.*   Savvio is our 2.5-inch enterprise disc drive. This disc drive was our first enterprise disc drive in the smaller 2.5-inch form factor and, as such, allows the installation of more disc drives per square foot, thus facilitating faster access to data.

### Desktop Storage

*U Series X and Barracuda ATA/SATA Family.*   The U Series X and Barracuda ATA/SATA families of disc drives are used in desktop applications, workstations and low-end applications.

### Consumer Electronics Storage

*ST1, U Series X and Barracuda ATA/SATA Family* .   The U Series X and Barracuda ATA/SATA families of disc drives are used in desktop applications and other markets, including digital video recorders, video game consoles, audio jukeboxes, home media centers, and home and industrial security systems. The ST1 series of disc drives are used in hand-held consumer electronics devices such as digital music players, digital cameras and digital video cameras. Our consumer electronics disc drives feature quiet acoustics, high reliability and high performance streaming.

### Mobile Computing

*Momentus Family.*   The Momentus family of disc drives is our mobile computing disc drive products. Commercial uses for Momentus disc drives include notebook computers running popular office applications and notebooks for business, government and education environments. Consumer uses for Momentus disc drives include notebook computers, tablet computers and digital audio applications.

## Customers

We sell our disc drive products primarily to major OEMs and distributors. OEM customers incorporate our disc drives into computer systems and storage systems for resale. Distributors typically sell our disc drives to small OEMs, dealers, system integrators and other resellers. Shipments to OEMs were approximately 72%, 64% and 63% of our disc drive revenue in fiscal years 2005, 2004 and 2003, respectively. Shipments to distributors were approximately 26%, 35% and 37% of our disc drive revenue in fiscal years 2005, 2004 and 2003, respectively. Sales to Hewlett-Packard accounted for approximately 18%, 19% and 18% of our disc drive revenue in fiscal years 2005, 2004 and 2003, respectively, while sales to Dell as a percentage of our disc drive revenue were 12% in fiscal year 2005. No other customer accounted for 10% or more of our disc drive revenue in fiscal years 2005, 2004 and 2003. Retail sales in fiscal year 2005 as a percentage of our disc drive revenue increased to 1.7% from 0.9% and 0.1% in fiscal years 2004 and 2003, respectively. See "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations—Risk Factors—Risks Related to Our Business—Dependence on Key Customers—We may be adversely affected by the loss of, or reduced, delayed or cancelled purchases by, one or more of our larger customers."

Table of Contents

OEM customers typically enter into master purchase agreements with us. These agreements provide for pricing, volume discounts, order lead times, product support obligations and other terms and conditions. The term of these agreements is usually 12 to 36 months, although our product support obligations generally extend substantially beyond this period. These master agreements typically do not commit the customer to buy any minimum quantity of products, or create exclusive relationships. Deliveries are scheduled only after receipt of purchase orders. In addition, with limited lead-time, customers may cancel or defer most purchase orders without significant penalty. Anticipated orders from many of our customers have in the past failed to materialize or OEM delivery schedules have been deferred or altered as a result of changes in their business needs.

Our distributors generally enter into non-exclusive agreements for the redistribution of our products. They typically furnish us with a non-binding indication of their near-term requirements and product deliveries are generally scheduled based on a weekly confirmation by the distributor of its requirements for that week. The agreements typically provide the distributors with price protection with respect to their inventory of our disc drives at the time of a reduction by us in our selling price for the disc drives and also provide limited rights to return the product.

We also regularly enter into agreements with our customers, which obligate us to provide a limited indemnity against losses resulting from intellectual property claims. These agreements are customary in our industry and typically require us to indemnify our customer against certain damages and costs incurred as a result of third party intellectual property claims arising as a result of their use of our products.

### Sales, Marketing and Customer Service

Our sales organization focuses on deepening our relationship with our customers. The worldwide sales group focuses on geographic coverage of OEMs and distributors throughout most of the world. The worldwide sales group is organized regionally among North America, Japan, Asia-Pacific (excluding Japan) and Europe, Africa and the Middle East. In addition, we have a sales operation group which focuses on aligning our production levels with customers' product requirements. Our sales force works directly with our marketing organization to coordinate our OEM and distribution channel relationships. We maintain sales offices throughout the United States and in Australia, China, England, France, Germany, India, Ireland, Japan, Singapore and Taiwan.

Our marketing organization works to increase demand for our disc drive products through strategic collaboration with key OEM customers to align our respective product roadmaps and to build our brand and end-customer relationships. This organization is comprised of our strategic marketing, business development and marketing communications groups. Our strategic marketing group coordinates with our research and development group to align our product development roadmap to meet key OEM customers' technology requirements over the long term. Additionally, we continually align our marketing organization to reflect customer needs and market trends. Our business development group coordinates the qualification of new products with OEMs, determines product pricing and provides product service and support. Our marketing communications group focuses on building the Seagate brand name among our OEM and distribution channel customers.

We warrant our products for periods ranging from one year to five years, and effective June 1, 2004, we extended our standard warranty from one year to five years on all internal desktop and notebook disc drives shipped through the distribution and retail channels.

Foreign sales are subject to foreign exchange controls and other restrictions, including, in the case of some countries, approval by the Office of Export Administration of the U.S. Department of Commerce and other U.S. governmental agencies.

9

Table of Contents

## Competition

The disc drive industry is intensely competitive, with manufacturers competing for a limited number of major customers. Some of the principal factors used by customers to differentiate among disc drive manufacturers are:

- storage capacity;
- price per unit and price per gigabyte;
- storage/retrieval access times;
- data transfer rates;
- product quality and reliability;
- production volume capability;
- form factor; and
- responsiveness to customer preferences and demands.

We believe that our products are competitive with respect to each of these factors in the markets that we currently address. We summarize below our principal competitors, the effect of competition on price erosion for our products and product life cycles and technology.

*Principal Competitors* .   We have experienced and expect to continue to experience intense competition from a number of domestic and foreign companies, some of which have greater financial and other resources than we have. These competitors include other independent disc drive manufacturers such as Maxtor and Western Digital, as well as large captive manufacturers such as Fujitsu, Hitachi Global Storage Technologies, Samsung and Toshiba. Because they produce complete computer systems, captive manufacturers can derive a greater portion of their operating margins from other components, which reduces their need to realize a profit on the disc drives included in their computer systems and allows them to sell disc drives to third parties at very low margins. Many captive manufacturers are also formidable competitors because they have more substantial resources and greater access to their internal customers than we do. In addition, Hitachi Global Storage Technologies (together with affiliated entities) and Samsung Electronics Incorporated also sell other products to our customers, including critical components like flash memory, application-specific integrated circuits, or ASICs, and flat panel displays, and may be willing to sell their disc drives at a lower margin to advance their overall business strategy.

We also face indirect competition from present and potential customers, who continually evaluate whether to manufacture their own disc drives and other information storage products or purchase them from outside sources other than us. These manufacturers also sell disc drives to third parties, which results in direct competition with us. We expect that continued consolidation both among independent manufacturers and among captive manufacturers will increase the threat posed to our business by these competitors. During the last few years, three additional competitors have entered the market; Cornice and GS Magicstor, offering 1-inch disc drives, and Excelstor as a contract manufacturer of desktop disc drives.

Recently, with respect to our lower capacity, smaller form factor disc drives, such as our ST1 used in hand-held consumer electronics devices such as digital music players, digital cameras and digital video cameras, we have also started to experience competition from other companies that produce alternative storage technologies like flash memory.

*Price Erosion* .   Our competitors have historically offered new or existing products at lower prices as part of a strategy to gain or retain market share and customers, and we expect these practices to continue. Even during periods when demand for disc drives is growing, our industry is price competitive and vendors experience price erosion over the life of a product. Such price erosion has increased as product life cycles have lengthened due to a slowing in the rate of increase in areal density. This slowing of the areal density curve may contribute to

10

increases in average price erosion to the extent that historical price erosion patterns continue, product life cycles are lengthened, our competitors have more time to enter the market for a particular product, and we are unable to offset this with new products at higher average prices. We expect that price erosion in our industry will continue for the foreseeable future. To remain competitive, we believe it will be necessary to continue to reduce our prices as well as introduce new product offerings in advance of our competitors to take advantage of potentially higher initial profit margins on these product introductions. We have established production facilities in China, Malaysia, Singapore and Thailand to achieve cost reductions.

*Product Life Cycles and Changing Technology*. Historically, competition and changing customer preference and demand in the disc drive industry have shortened product life cycles and caused acceleration in the development and introduction of new technology. Based on the recent pace of new product introductions, however, we believe that the current rate of increase in areal density is slowing from the rate of the last several years, and the resulting variability in product life cycles may make planning for product transitions more difficult. We believe that our future success will depend upon our ability to develop, manufacture and market products of high quality and reliability which meet changing user needs and which successfully anticipate or respond to changes in technology and standards on a cost-effective and timely basis.

**Research and Development**

We are committed to developing new component technologies and products and evaluating alternative storage technologies. We have increased our focus on research and development and realigned our disc drive development process. This structured product process is designed to bring new products to market through predictable and repeatable methodologies. Seagate Research, which is based in Pittsburgh, Pennsylvania, is dedicated to extending the capacity of magnetic and optical recording and exploring alternative data storage technologies, including perpendicular recording technology and heat assisted magnetic recording technology. Perpendicular recording technology involves a different orientation for the magnetic field than is currently used in disc drives, and heat assisted magnetic recording technology uses heat generated by a laser to improve storage capacity. Our Advanced Technology Integration effort focuses disc drive and component research on recording subsystems, including read/write heads and recording media, market-specific product technology as well as technology focused towards new business opportunities. The primary purpose of our Advanced Technology Integration effort is to ensure timely availability of mature component technologies to our product development teams as well as allowing us to leverage and coordinate those technologies in the design centers across our products in order to take advantage of opportunities in the marketplace. During fiscal years 2005, 2004 and 2003, we had product development expenses of $645 million, $666 million and $670 million, respectively.

**Patents and Licenses**

As of July 1, 2005, we had approximately 2,710 U.S. patents and 501 patents issued in various foreign jurisdictions as well as approximately 1,027 U.S. and 766 foreign patent applications pending. The number of patents and patent applications will vary at any given time as part of our ongoing patent portfolio management activity. Due to the rapid technological change that characterizes the information storage industry, we believe that the improvement of existing products, reliance upon trade secret law, the protection of unpatented proprietary know-how and development of new products are generally more important than patent protection in establishing and maintaining a competitive advantage. Nevertheless, we believe that patents are valuable to our business and intend to continue our efforts to obtain patents, where available, in connection with our research and development program.

The information storage industry is characterized by significant litigation relating to patent and other intellectual property rights. Because of rapid technological development in the information storage industry, some of our products have been, and in the future could be, alleged to infringe existing patents of third parties. From time to time, we receive claims that our products infringe patents of third parties. Although we have been able to resolve some of those claims or potential claims by obtaining licenses or rights under the patents in question without a material adverse affect on us, other claims have resulted in adverse decisions or settlements.

Table of Contents

In addition, other claims are pending which if resolved unfavorably to us could have a material adverse effect on our business and results of operations. For more information on these claims, see "Item 3. Legal Proceedings." The costs of engaging in intellectual property litigation may be substantial regardless of the merit of the claim or the outcome. We have patent cross-licenses with a number of companies. Additionally, as part of our normal intellectual property practices, we are engaged in negotiations with other major disc drive companies and component manufacturers with respect to ongoing patent cross-licenses. For a discussion of the related risks, see "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations—Risk Factors—Risks Related to Our Business—Potential Loss of Licensed Technology—The closing of the November 2000 transactions may have triggered change of control or anti-assignment provisions in some of our license agreements, which could result in a loss of our right to use licensed technology."

### Backlog

In view of customers' rights to cancel or defer orders with little or no penalty, we believe backlog in the disc drive industry is of limited indicative value in estimating future performance and results.

### Employees

At July 1, 2005, we employed approximately 44,000 persons worldwide, of which approximately 35,000 employees were located in our Asian operations. In addition, we make use of temporary employees, principally in manufacturing, who are hired on an as-needed basis. We believe that our future success will depend in part on our ability to attract and retain qualified employees at all levels, and even then we cannot assure you of any such success. We believe that our employee relations are good.

### Environmental Matters

Our operations are subject to comprehensive U.S. and foreign laws and regulations relating to the protection of the environment, including those governing discharges of pollutants into the air and water, the management and disposal of hazardous substances and wastes and the cleanup of contaminated sites. Some of our operations require environmental permits and controls to prevent and reduce air and water pollution, and these permits are subject to modification, renewal and revocation by issuing authorities.

We believe that our operations are currently in substantial compliance with all environmental laws, regulations and permits. We incur operating and capital costs on an ongoing basis to comply with environmental laws. If additional or more stringent requirements are imposed on us in the future, we could incur additional operating costs and capital expenditures.

Some environmental laws, such as the U.S. federal superfund law and similar state statutes, can impose liability for the cost of cleanup of contaminated sites upon any of the current or former site owners or operators or upon parties who sent waste to these sites, regardless of whether the owner or operator owned the site at the time of the release of hazardous substances or the lawfulness of the original disposal activity. We have been identified as a potentially responsible party at several superfund sites. At each of these sites, the government has assigned to us a portion of the financial liability based on the type and amount of hazardous substances disposed of by each party at the site and the number of financially viable parties.

Some of our current and former sites have a history of commercial and industrial operations, including the use of hazardous substances. Groundwater and soil contamination resulting from historical operations has been identified at several of our current and former facilities and we are addressing the cleanup of these sites in cooperation with the relevant government agencies.

While our ultimate costs in connection with these sites is difficult to predict with complete accuracy, based on our current estimates of cleanup costs and our expected allocation of these costs, we do not expect costs in connection with these superfund sites and contaminated sites to be material.

12

Table of Contents

Agreement. The Bankruptcy trustee withdrew his motion to approve the Seagate settlement. At a hearing on July 27, 2005, the Bankruptcy Court approved the Western Digital settlement and set a hearing for September 28, 2005 on our 365(n) election to retain the benefits of the Patent Cross-License Agreement.

To the extent that third party cross-licenses, including the Patent Cross License Agreement dated December 31, 1994 between Read-Rite Corporation and Seagate Technology, Inc., are deemed not to have been properly assigned to us in the November 2000 transactions, our inability to either obtain new licenses or transfer existing licenses could result in delays in product development or prevent us from selling our products until equivalent substitute technology can be identified, licensed and/or integrated or until we are able to substantially engineer our products to avoid infringing the rights of third parties. We might not be able to renegotiate agreements, be able to obtain necessary licenses in a timely manner, on acceptable terms, or at all, or be able to re-engineer our products successfully. Moreover, the loss of or inability to extend any of these licenses would increase the risk of infringement claims being made against us, which claims could have a material adverse effect on our business.

*Risk of Intellectual Property Litigation—Our products may infringe the intellectual property rights of others, which may cause us to incur unexpected costs or prevent us from selling our products.*

We cannot be certain that our products do not and will not infringe issued patents or other intellectual property rights of others. Historically, patent applications in the United States and some foreign countries have not been publicly disclosed until the patent is issued, and we may not be aware of currently filed patent applications that relate to our products or technology. If patents are later issued on these applications, we may be liable for infringement. We may be subject to legal proceedings and claims, including claims of alleged infringement of the patents, trademarks and other intellectual property rights of third parties by us, or our licensees in connection with their use of our products. We are currently subject to a suit by Convolve, Inc. and the Massachusetts Institute of Technology and a suit pending in Nanjing, China. In addition, as noted above, Read-Rite Corporation, in a letter dated November 20, 2002 and in correspondence since that date, asserted that we do not currently have a license to Read-Rite Corporation patented technology and that our disc drive products infringe at least two Read-Rite Corporation patents.

Intellectual property litigation is expensive and time-consuming, regardless of the merits of any claim, and could divert our management's attention from operating our business. In addition, intellectual property lawsuits are subject to inherent uncertainties due to the complexity of the technical issues involved, and we cannot assure you that we will be successful in defending ourselves against intellectual property claims. Moreover, software patent litigation has increased due to the current uncertainty of the law and the increasing competition and overlap of product functionality in the field. If we were to discover that our products infringe the intellectual property rights of others, we would need to obtain licenses from these parties or substantially reengineer our products in order to avoid infringement. We might not be able to obtain the necessary licenses on acceptable terms, or at all, or be able to reengineer our products successfully. Moreover, if we are sued for infringement and lose the suit, we could be required to pay substantial damages and/or be enjoined from using or selling the infringing products or technology. Any of the foregoing could cause us to incur significant costs and prevent us from selling our products.

*Dependence on Intellectual Property—If our intellectual property and other proprietary information were copied or independently developed by competitors, our operating results would be negatively affected.*

Our success depends to a significant degree upon our ability to protect and preserve the proprietary aspects of our technology. However, we may be unable to prevent third parties from using our technology without our authorization, particularly in those countries where the laws do not protect our proprietary rights as fully as in the United States, or protect us from independently developing or acquiring technology that is similar to ours. For example, in its bankruptcy proceedings under Chapter 7 of the U.S. Bankruptcy Code, Read-Rite Corporation's patents and other intellectual property rights were sold to Western Digital Corporation, who will use this intellectual property to compete against us. The use of our technology or similar technology by others could

52

Table of Contents

reduce or eliminate any competitive advantage we have developed, cause us to lose sales or otherwise harm our business. If it became necessary for us to resort to litigation to protect these rights, any proceedings could be burdensome and costly, and we may not prevail.

*Limitations on Patent Protection—Our issued and pending patents may not adequately protect our intellectual property or provide us with any competitive advantage.*

Although we have numerous U.S. and foreign patents and numerous pending patents that relate to our technology, we cannot assure you that any patents, issued or pending, will provide us with any competitive advantage or will not be challenged by third parties. Moreover, our competitors may already have applied for patents that, once issued, will prevail over our patent rights or otherwise limit our ability to sell our products in the United States or abroad. Our competitors also may attempt to design around our patents or copy or otherwise obtain and use our proprietary technology. With respect to our pending patent applications, we may not be successful in securing patents for these claims. Our failure to secure these patents may limit our ability to protect the intellectual property rights that these applications were intended to cover.

*Disclosure of our Proprietary Technology—Confidentiality and non-disclosure agreements may not adequately protect our proprietary technology or trade secrets.*

We have entered into confidentiality agreements with our employees and non-disclosure agreements with customers, suppliers and potential strategic partners, among others. If any party to these agreements were to violate their agreement with us and disclose our proprietary technology to a third party, we may be unable to prevent the third party from using this information. Because a significant portion of our proprietary technology consists of specialized knowledge and technical expertise developed by our employees, we have a program in place designed to ensure that our employees communicate any developments or discoveries they make to other employees. However, employees may choose to leave our company before transferring their knowledge and expertise to our other employees. Violations by others of our confidentiality or non-disclosure agreements and the loss of employees who have specialized knowledge and expertise could harm our competitive position and cause our sales and operating results to decline. Our trade secrets may otherwise become known or independently developed by others, and trade secret laws provide no remedy against independent development or discovery.

*Service Marks and Trademarks—Our failure to obtain trademark registrations or service marks, or challenges to those marks, could impede our marketing efforts.*

We have registered and applied for some service marks and trademarks, and will continue to evaluate the registration of additional service marks and trademarks, as appropriate. We cannot guarantee the approval of any of our pending applications by the applicable governmental authorities. Moreover, even if the applications are approved, third parties may seek to oppose or otherwise challenge these registrations. A failure to obtain trademark registrations in the United States and in other countries could limit our ability to use our trademarks and impede our marketing efforts in those jurisdictions.

*Environmental Matters—We could incur substantial costs, including cleanup costs, fines and civil or criminal sanctions, as a result of violations of or liabilities under environmental laws.*

Our operations inside and outside the United States are subject to laws and regulations relating to the protection of the environment, including those governing the discharge of pollutants into the air and water, the management and disposal of hazardous substances and wastes, and the cleanup of contaminated sites. In addition to the U.S. federal, state and local laws to which our domestic operations are subject, our extensive international manufacturing operations subject us to environmental regulations imposed by foreign governments.

Although our policy is to apply strict standards for environmental protection at our sites inside and outside the United States, we could incur substantial costs, including cleanup costs, fines and civil or criminal sanctions,

53

2



| Home | Technology | Products | Applications | Partners | News | Company |

| Overview | Investors | Management | Distributors | Awards | Fact Sheet |

## Company



Cornice Inc. is the leading innovator in compact, low-cost, high-capacity storage that enables a new generation of pocket-able consumer electronic devices for the world's foremost brand-name manufacturers. The Cornice Storage Element (SE) is durable, integrated personal storage that brings new levels of affordability and content capacity to these devices. The Cornice SE is built into a wide variety of consumer products, including mobile phones, MP3 players, personal video recorders, GPS devices and portable storage products. Cornice customers consist of the world's leading consumer electronics manufacturers, including Archos, Creative Labs, Garmin, iRiver, Philips, Rio, Samsung, Soniqcast, Sony and Thomson/RCA. Privately held, Cornice is headquartered in Longmont, Colorado, with integration centers in Hong Kong, Japan and Taiwan.

To date, Cornice has driven innovation to achieve first-to-market status in five separate categories with the Cornice Storage Element – the mobile phone, digital video, pocket-able digital audio, personal storage (USB stick storage), and GPS markets with customers Samsung, NHJ, Thomson (RCA), Digitalway and Garmin.

Cornice's team consists of world-class innovative engineers who had worked together at such HDD leaders as Maxtor, Quantum, Seagate, and Connor Peripherals. The core Cornice engineering team collectively holds well in excess of 100 patents and, with more than 500 years of collective experience, was responsible for the development and volume delivery of world-leading products from Maxtor, Quantum, Hewlett-Packard, Seagate, Western Digital, and Conner Peripherals.

To keep manufacturing costs down and to assure best-of-breed quality, Cornice teamed up with SAE, an ultra-high-volume subassembly manufacturer and subsidiary of TDK. Simultaneously Cornice assembled an All-Star Team of the best and brightest component suppliers in motors, heads and suspensions, which includes TI, Hoya and SAE.

Cornice Inc. is headquartered in Longmont, Colorado.

### Cornice Timeline



**NEW 4GB Storag**

The new one-inch Cornice 4GB Storage Element allows consumer electronics manufactu significantly lower pric a wide variety of port

**Quick Links**

4GB Storage Elemen

Applications

Press Releases

Contact Sales

Copyright 2005, Cornice, Inc. All Rights Reserved.                   303.651.7291   info

Technology    Products    Applications    Partners    News    Company    Contact

3

Colorado Secretary of State                    http://www.sos.state.co.us/cgi-forte/fortecgi/frte_corporationProdAcc...



Colorado Secretary of State                                    http://www.sos.state.co.us/cgi-forte/fortecgi/frte_corporationProdAcc...



1 2 3

Elections | Business | Information | Bingo License | Contact Us | Home

# Exhibit 4

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***