IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>        Defendant. | C.A. No. 04-418 (SLR)<br><br>**REDACTED** |

## DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S CLAIM CONSTRUCTION BRIEF REGARDING U.S. PATENT NO. 6,146,754

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 6,146,754 (issued Nov. 14, 2000). |
| 2. | Provisional Application Serial No. 60/058,240 (filed Sept. 8, 1997). |
| 3. | Excerpts of the Expert Report of Kevin R. Coffey, Ph.D. Regarding Invalidity of U.S. Patent 6,146,754 (served on Aug. 22, 2005). |
| 4. | L-L. Lee, D. Laughlin, & D. Lambeth, "Seed Layer Induced (002) crystallographic texture in NiAl underlayers," J. Appl. Phys. 79(8), pp. 4902-4904 (Apr. 15, 1996). |

5. D. Laughlin, L-L. Lee, L. Tang, & D. Lambeth, "The Control and Characterization of the Crystallographic Texture of Longitudinal Thin Film Recording Media," <u>IEEE Trans. Mags.</u> Vol. 32, no. 5 (Sept. 1996) pp. 3632-3637.

6. Excerpts of the Rebuttal Expert Report of Kevin R. Coffey, Ph.D. Regarding The Non-Infringement Of U.S. Patent 6,146,754 (served on Oct. 10, 2005).

7. Excerpts of Transcript of Deposition of Kevin R. Coffey, Ph.D. (Apr. 4, 2005).

8. L-L. Lee, D. Laughlin, & D. Lambeth, "NiAl Underlayers for CoCrTa Magnetic Thin Films," <u>IEEE Trans. Mag.</u>, Vol. 30, no. 6 (Nov. 1994) pp. 3951-53.

9. Excerpts of Transcript of Deposition of David. E. Laughlin, Ph.D. (Apr. 1, 2005).

10. Excerpts of Transcript of Deposition of Michael McNeil (June 23, 2005).

11. U.S. Patent No. 6,110,582 (issued Aug. 29, 2000).

12. Cornice's List of Claims Terms for Construction (July 22, 2005).

13. U.S. Patent No. 5,302,434 (Apr. 12, 1994).

14. "CrOx as a Seedlayer for Magnetic Thin Films," by Mark Song (1997).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 18th day of November, 2005.

_/s/ Timothy Devlin_
Timothy Devlin

## **CERTIFICATE OF SERVICE**

       I hereby certify that on November 28, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

       I hereby certify that on November 28, 2005, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Attorneys for Defendant<br>Cornice, Inc. |

                                      /s/ Timothy Devlin
                                        Timothy Devlin