# Exhibit 1

US006146754A

# United States Patent [19]

## Song et al.

[11] Patent Number: 6,146,754

[45] Date of Patent: Nov. 14, 2000

[54] SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER

[75] Inventors: **Xing Song**, Mountain View; **Qixu Chen**, Milpitas; **Charles Leu**, Fremont; **Rajiv Yadav Ranjan**, San Jose, all of Calif.

[73] Assignee: **Seagate Technology, Inc.,** Scotts Valley, Calif.

[21] Appl. No.: **09/145,762**

[22] Filed: **Sep. 2, 1998**

### Related U.S. Application Data

[60] Provisional application No. 60/058,240, Sep. 8, 1997.

[51] Int. Cl.[7] ..................................................... G11B 5/66

[52] U.S. Cl. ...................... 428/332; 428/336; 428/694 T; 428/694 TS; 428/394 TP; 428/900; 427/128; 427/129; 427/130; 427/131

[58] Field of Search .......................... 428/694 T, 694 TS, 428/694 TP, 900, 332, 336; 427/128–131

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,302,434 | 4/1994 | Doerner | 428/64 |
| 5,456,978 | 10/1995 | Lal et al. | 428/332 |
| 5,569,533 | 10/1996 | Lal et al. | 428/332 |
| 5,866,227 | 2/1999 | Chen | 428/65.3 |

#### OTHER PUBLICATIONS

Lee, Li–Lien et al., "FeAl underlayers for CoCrPt thin film longitudinal media", 41st Annual Conference on Magnetism & Magnetic Materials, Nov. 1996, pp. 1–8.

Laughlin, David E. et al., "The Control and Characterization of the Crystallographic Texture of Longitudinal Thin Film Recording Media", IEEE Transactions on Magnetics, vol. 32, No. 5, Sep. 1996, pp. 3632–3637.

Lee, Li–Lien et al., "Seed layer induced (002) crystallographic texture in NiAl underlayers", J. Appl. Phys. vol. 79, No. 8, Apr. 15, 1996, pp. 4902–4904.

Lee, Li–Lien et al., "Effects of Cr Intermediate Layers on CoCrPt Thin Film Media on NiAl Underlayers", IEEE Transactions on Magnetics, vol. 31, No. 6, Nov. 1995, pp. 2728–2730.

Lee, Li–Lien et al., "NiAl Underlayers For CoCrTa Magnetic Thin Films", IEEE Transactions on Magnetics, vol. 30, No. 6, Nov. 1994, pp. 3951–3953.

*Primary Examiner*—Leszek Kiliman
*Attorney, Agent, or Firm*—McDermott, Will & Emery

[57] **ABSTRACT**

A high areal density magnetic recording medium exhibiting high Hc, high SNR, high S* and substantially isotropic magnetic properties is achieved by depositing a thin seedlayer before depositing the underlayer. Embodiments include heating the seedlayer under vacuum in the presence of residual oxygen to induce appropriate crystalline orientation and surface morphology for nucleation and growth of the underlayer and magnetic layer having substantially isotropic magnetic properties.

**19 Claims, 9 Drawing Sheets**



| | |
|---|---|
| Lubricant | ~55 |
| Overcoat | ~54 |
| Magnetic Layer | ~53 |
| Underlayer | ~52 |
| CrOx Seedlayer | ~51 |
| Substrate | ~50 |

**U.S. Patent**          Nov. 14, 2000          Sheet 1 of 9          **6,146,754**



FIG. 1
PRIOR ART



FIG. 2
PRIOR ART

U.S. Patent    Nov. 14, 2000    Sheet 3 of 9    6,146,754



FIG. 3
PRIOR ART



FIG. 4
PRIOR ART



| | |
|---|---|
| Lubricant | ~55 |
| Overcoat | ~54 |
| Magnetic Layer | ~53 |
| Underlayer | ~52 |
| CrOx Seedlayer | ~51 |
| Substrate | ~50 |

FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10

6,146,754

**1**

# SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER

## RELATED APPLICATIONS

This application claims priority from provisional patent application Serial No. 60/058,240 filed Sep. 8, 1997, entitled "High Coercivity, Low Noise Magnetic Thin Film Media With A CrOx Seedlayer", the entire disclosure of which is hereby incorporated herein by reference.

This application contains subject matter similar to the subject matter of copending application Ser. No. 09/149,096, filed on Sep. 8, 1998 now pending.

## TECHNICAL FIELD

The present invention relates to a magnetic recording medium, such as a thin film magnetic recording disk, and to a method of manufacturing the medium. The invention has particular applicability to a high areal density magnetic recording media exhibiting low noise, high coercivity and high overwrite.

## BACKGROUND ART

The requirements for high areal recording density impose increasingly greater requirements on thin film magnetic recording media in terms of coercivity, remanent squareness, low medium noise and narrow track recording performance. It is extremely difficult to produce a magnetic recording medium satisfying such demanding requirements, particularly a high density magnetic rigid disk medium.

The linear recording density can be increased by increasing the coercivity of the magnetic recording medium. However, this objective can only be accomplished by decreasing the medium noise, as by maintaining very fine magnetically noncoupled grains. Medium noise is a dominant factor restricting increased recording density of high density magnetic hard disk drives. Medium noise in thin films is attributed primarily to inhomogeneous grain size and intergranular exchange coupling. Therefore, in order to increase linear density, medium noise must be minimized by suitable microstructure control.

A conventional longitudinal recording disk medium is depicted in FIG. 1 and typically comprises a non-magnetic substrate 10 having sequentially deposited thereon an underlayer 11, such as chromium (Cr) or a Cr-alloy, a magnetic layer 12, typically comprising a cobalt (Co) alloy, a protective overcoat 13, typically containing carbon, and a lubricant topcoat 14. Underlayer 11, magnetic layer 12 and protective overcoat 13 are typically deposited by sputtering techniques. The Co alloy magnetic layer normally comprises polycrystallites epitaxially grown on the polycrystal Cr or Cr-alloy underlayer.

It is recognized that the relevant magnetic properties, such as coercivity (Hc), magnetic remanence (Mr) and coercive squareness (S*), which are critical to the performance of a Co base alloy magnetic thin film, depend primarily on the microstructure of the magnetic layer which, in turn, is influenced by the underlayer on which it is deposited. Conventional underlayers include Cr, molybdenum (Mo), tungsten (W), titanium (Ti), chromium-vanadium (CrV) as well as Cr alloyed with various substitutional elements. It is recognized that underlayers having a fine grain structure are highly desirable, particularly for growing fine grains of hexagonal close packed (HCP) Co alloys deposited thereon.

It has been reported that nickel-aluminum (NiAl) films exhibit a grain size which is smaller than similarly deposited

**2**

Cr films which are the underlayer of choice in producing conventional magnetic recording media. Li-Lien Lee et al., "NiAl Underlayers For CoCrTa Magnetic Thin Films", IEEE Transactions on Magnetics, Vol. 30, No. 6, pp. 3951–3953, 1994.

Accordingly, NiAl thin films are potential candidates as underlayers for magnetic recording media for high density longitudinal magnetic recording. Such a magnetic recording medium is schematically depicted in FIG. 2 and comprises glass substrate 20, NiAl underlayer 21 and cobalt alloy magnetic layer 22 (protective overcoat and lubricant topcoat omitted for illustrative convenience). However, it was found that the coercivity of a magnetic recording medium comprising an NiAl underlayer, such as that depicted in the FIG. 2, is too low for high density recording, e.g. about 2,000 Oersteds (Oe).

Lee et al. subsequently reported that the coercivity of a magnetic recording medium comprising an NiAl underlayer can be significantly enhanced by depositing a plurality of underlayers containing alternative NiAl and Cr layers rather than a single NiAl underlayer. Li-Lien Lee et al., "Effects of Cr Intermediate Layers on CoCrPt Thin Film Media on NiAl Underlayers," Vol. 31, No. 6, November 1995, pp. 2728–2730. Such a magnetic recording medium comprising an alternative NiAl and Cr layer composite structure is schematically illustrated in FIG. 3.

Adverting to FIG. 3, the depicted magnetic recording medium comprises glass substrate 30 having sequentially formed thereon Cr sub-underlayer 31, NiAl underlayer 32, Cr intermediate layer 33, and Co alloy magnetic layer 34 (protective overcoat and lubricant topcoat omitted for illustrative convenience). It was found, however, that such a magnetic recording medium is characterized by an underlayer structure exhibiting a (110)-dominant crystallographic orientation which does not induce the preferred (11 $\bar{2}$0)-dominant crystallographic orientation in the subsequently deposited Co alloy magnetic layer and is believed to contribute to increased media noise.

Li-Lien Lee et al. were able to obtain an underlayer exhibiting a (200)-dominant crystallographic orientation by initially depositing a Cr sub-underlayer directly on the non-magnetic substrate at an undesirably high temperature of about 260° C. using radio frequency (RF) sputtering. However, deposition of a Cr sub-underlayer at such an elevated temperature undesirably results in significantly larger grains than grains resulting from deposition at lower temperatures, e.g. approximating room temperature (25° C.). The formation of such larger grains is inconsistent with the very reason for employing NiAl as an underlayer. On the other hand, it is very difficult to obtain a Cr (200)-dominant crystallographic orientation, even at elevated temperature such as 260° C., on glass and glass ceramic substrates using direct current (DC) magnetron sputtering, which is widely employed in the magnetic recording media industry.

Li-Lien Lee et al. recognized the undesirability of resorting to high deposition temperatures to obtain a (200)-dominant crystallographic orientation in the underlayer structure. It was subsequently reported that an underlayer structure exhibiting a (200)-dominant crystallographic orientation was obtained by depositing a magnesium oxide (MgO) seedlayer using radio frequency (RF) sputtering. Li-Lien Lee et al., "Seed layer induced (002) crystallographic texture in NiAl underlayers," J. Appl. Phys. 79 (8), Apr. 15, 1996, pp. 4902–4904; and David E. Laughlin et al., "The Control and Characterization of the Crystallographic Texture of the Longitudinal Thin Film Recording Media,"

6,146,754

IEEE Transactions on Magnetics, Vol. 32, No. 5, September 1996, pp. 3632–3637. Such a magnetic recording medium comprising a MgO seedlayer and NiAl underlayer is schematically illustrated in FIG. 4 and comprises MgO seedlayer 41 deposited on substrate 40, NiAl underlayer 42 deposited on MgO seedlayer 41, and Co alloy magnetic layer 43 deposited on NiAl underlayer 42 (protective overcoat and lubricant topcoat omitted for illustrative convenience). Such a magnetic recording medium, however is not commercially viable from an economic standpoint, because sputtering systems in place throughout the industry making magnetic recording media with the conventional structure of magnetic layers epitaxially formed on underlayers are based upon direct current (DC) sputtering. Accordingly, RF sputtering an MgO seedlayer is not economically viable.

On the other hand, the objective of having a (200)-dominant crystallographic orientation in the underlayers is to induce (11$\bar{2}$0) crystallographic orientation in the Co alloy layers. Even through media comprising an MgO seedlayer and NiAl underlayer have a (200)-dominant crystallographic orientation in the underlayer, it does not have a (11$\bar{2}$0)-dominant crystallographic orientation in the Co alloy layer, according to Laughlin et al., "The Control and Characterization of the Crystallographic Texture of the Longitudinal Thin Film Recording Media," IEEE Transaction on Magnetics, Vol. 32, No. 5, September 1996, p. 3634. Laughlin et al. reported that the grain-to-grain epitaxial relationship between the (002) NiAl and the CoCrPt film is found to be [10$\bar{1}$1] CoCrPt//[001] NiAl, and (12$\bar{1}$0) CoCrPt//(100) NiAl, or (12$\bar{1}$0) CoCrPt//(010) NiAl. In other words, Laughlin et al. reported that there is no (11$\bar{2}$0) CoCrPt//(200) NiAl epitaxial relationship found in the films with MgO seedlayers and NiAl underlayers. Rather, (200) orientation is identical with (002) orientation. When an FeAl underlayer is used instead of NiAl, it was reported that the (200) FeAl underlayer can only induce a weak (11$\bar{2}$0) textured CoCrPt by employing a MgO seedlayer or a (200) textured Cr seedlayer. Li-Lien Lee et al., "FeAl underlayers for CoCrPt thin film longitudinal media," CC-01, 41st Annual Conference on Magnetism and Magnetic Materials, Atlanta, Ga., Nov. 12–15, 1996.

Lal et al., U.S. Pat. No. 5,456,978 and Lal et al., U.S. Pat. No. 5,569,533 disclose magnetic recording media comprising a Cr sublayer on a substrate with a Cr-based underlayer deposited thereon. Co-pending application Ser. No. 08/735,443, filed on Jan. 2, 1997, now U.S. Pat. No. 5,879,783, issued Mar. 9, 1999, discloses that Cr films deposited on surface oxidized NiP layers experience smaller grains than Cr films deposited on non-oxidized NiP layers. Co-pending application Ser. No. 08/586,529, filed on Jan. 16, 1996, now U.S. Pat. No. 5,733,370, issued Mar. 31, 1998, discloses a method for depositing Cr films on surface oxidized NiP films, wherein the deposited Cr films exhibit a (200)-dominant crystallographic orientation. In copending application Ser. No. 08/945,084, filed on Oct. 17, 1997, now U.S. Pat. No. 6,010,795, issued Jan. 4, 2000, a magnetic recording medium is disclosed which comprises a surface oxidized NiP seedlayer, a Cr sub-underlayer thereon, a NiAl or FeAl underlayer formed on the sub-underlayer and a Cr or Cr alloy intermediate layer formed on the underlayer.

There exists a need for high areal density magnetic recording media exhibiting a high signal to noise ratio (SNR) and high coercivity. There is a further continuing need for such magnetic recording media which exhibit improved overwrite properties and reduced modulation of magnetic properties, and are characterized by the absence of any substantial superlinear noise behavior at high areal recording densities.

DISCLOSURE OF THE INVENTION

An object of the present invention is a magnetic recording medium for high areal recording density exhibiting low noise, high coercivity and substantial directional magnetic isotropy.

Another object of the present invention is a magnetic recording medium which exhibits excellent overwrite properties and is characterized by the absence of any substantial superlinear noise behavior at high areal recording densities.

Another object of the present invention is a method of manufacturing a magnetic recording medium for high areal recording density exhibiting low noise, high coercivity and substantial directional magnetic isotropy.

Another object of the present invention is a method of manufacturing a magnetic recording medium which exhibits excellent overwrite properties and is characterized by the absence of any substantial superlinear noise behavior at high areal recording densities.

Additional objects, advantages and other features of the invention will be set forth in part in the description which follows and in part will become apparent to those having ordinary skill in the art upon examination of the following or may be learned from the practice of the invention. The objects and advantages of the invention may be realized and obtained as particularly pointed out in the appended claims.

According to the present invention, the foregoing and other objects are achieved, in part by a magnetic recording medium comprising: a non-magnetic substrate; a seedlayer on the non-magnetic substrate; an underlayer on the seedlayer; and a magnetic layer on the underlayer; wherein the magnetic layer exhibits substantially directional magnetic isotropy.

Another aspect of the present invention is a method of manufacturing a magnetic recording medium, which method comprises: depositing a seedlayer on a non-magnetic substrate, wherein grains lying in a plane are randomly orientated; depositing an underlayer on the seedlayer; depositing a magnetic layer on the underlayer; wherein the magnetic layer exhibits substantially directional magnetic isotropy.

Additional objects and advantages of the present invention will become readily apparent to those skilled in this art from the following detailed description, wherein only the preferred embodiment of the invention is shown and described, simply by way of illustration of the best mode contemplated for carrying out the invention. As will be realized, the invention is capable of other and different embodiments, and its details are capable of modifications in various obvious respects, all without departing from the invention. Accordingly, the drawings and description are to be regarded as illustrative in nature, and not as restrictive.

BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 schematically depicts a conventional magnetic recording medium structure.

FIG. 2 schematically depicts a prior art magnetic recording medium containing an NiAl underlayer.

FIG. 3 schematically depicts a prior art magnetic recording medium comprising a composite NiAl/Cr underlayer structure.

FIG. 4 schematically depicts a prior art magnetic recording medium comprising an NiAl underlayer and MgO seedlayer.

FIG. 5 schematically illustrates a magnetic recording medium in accordance with the present invention.

6,146,754

5

FIG. 6 schematically illustrates an in-line sputtering machine employed to fabricate magnetic recording media in accordance with the present invention.

FIG. 7 is a graph showing the variation in Hc and S* with seedlayer thickness in accordance with an embodiment of the present invention.

FIG. 8 is a graph showing the variation in Hc and SNR as a function of seedlayer thickness in accordance with an embodiment of the present invention.

FIG. 9 is a graph showing the absence of any substantial superlinear noise behavior at high areal recording densities in accordance with an embodiment of the present invention.

FIG. 10 is a graph illustration substantial directional magnetic isotropy as a function of seedlayer thickness in accordance with an embodiment of the present invention.

DESCRIPTION OF THE INVENTION

The present invention provides a magnetic recording medium suitable for high areal recording density exhibiting high Hc, high SNR and high S*. The magnetic recording media in accordance with embodiments of the present invention additionally advantageously exhibit substantial directional magnetic isotropy. Advantageously, a magnetic recording media in accordance with the present invention can be provided on any of various conventional substrates, such as glass, glass-ceramic, ceramic and NiP-coated Al substrates.

A conventional technique for achieving high SNR involves high substrate heating temperatures. However, the use of high substrate heating temperatures disadvantageously destroys the underlayer texture which, in turn, decreases the crystalline orientation of the magnetic layer. Moreover, thermal stresses associated with high substrate heating temperatures negatively impact tribological characteristics of a disk surface. For example, high substrate heating temperatures induce microcracking on the disk surface, including the laser textured landing zone which may lead to head crashes.

Conventional practices seek to control material selection and deposition conditions to obtain an underlayer exhibiting a (200)-dominant crystallographic orientation to induce a $(11\bar{2}0)$-dominant crystallographic orientation in the magnetic layer deposited and epitaxially grown thereon. However, in accordance with embodiments of the present invention, a seedlayer is employed, and the materials are selected and the deposition conditions controlled so that the subsequently deposited underlayer and magnetic layer do not exhibit any dominant crystallographic orientation. Thus, in accordance with embodiments of the present invention, the underlayer does not exhibit a (110)- or (200)-dominant crystallographic orientation and the magnetic layer does not exhibit a $(11\bar{2}0)$-dominant crystallographic orientation. Rather, the seedlayer is formed such that it contains grains lying in a plane which are randomly orientated. As a result, the magnetic layer exhibits substantial directional magnetic isotropy. Embodiments of the present invention include selecting materials and controlling deposition conditions to form a magnetic layer having magnetic properties with an orientation ratio (circumferential direction: radial direction) of less than about 1.1 even about 1.0.

The formation of a magnetic layer exhibiting substantial directional magnetic isotropy is advantageous in many respects. For example, a magnetic recording medium comprising a magnetic layer characterized by substantial directional magnetic isotropy exhibits significantly improved overwrite characteristics and significantly reduced magnetic

6

property modulation, particularly significantly reduced Hc modulation in the circumferential direction. In addition, such substantial directional magnetic isotropy avoids any substantial nonlinear noise behavior at high recording densities.

In accordance with embodiments of the present invention, a desirably high SNR is achieved by the strategic formation of a seedlayer on the substrate prior to deposition of the underlayer and magnetic layer. After considerable experimentation and investigation, it was found that the nucleation, growth and crystallographic orientation of the magnetic layer can be suitably controlled by the proper selection of seedlayer and underlayer materials and, significantly, by suitable methodology. It was found that the seedlayer can be treated, after deposition, to adjust its crystalline orientation and surface morphology to induce the nucleation and growth of the underlayer and the magnetic layer such that the magnetic layer exhibits substantial directional magnetic isotropy. The resulting magnetic recording media exhibit excellent overwrite characteristics and do not exhibit any substantial modulation of magnetic properties. In addition, magnetic recording media in accordance with embodiments of the present invention do not exhibit any substantial superlinear noise behavior at high areal recording densities.

Embodiments of the present invention include deposition of a relatively thin seedlayer, such as a seedlayer having a thickness of about 5 Å to about 40 Å, e.g., about 15 Å to about 40 Å. It was found that the crystalline orientation and surface morphology of the seedlayer can be suitably optimized for inducing nucleation and growth of the underlayer and a magnetic layer resulting not only in increased SNR and high Hc, but also substantial directional magnetic isotropy. Embodiments of the present invention comprise heating the deposited seedlayer in a vacuum containing very small, i.e. residual amounts of oxygen, to form an oxidized surface layer, typically having a thickness up to about 20 Å and containing up to about 1 at. % oxygen, typically at a temperature of about 150° C. to about 250° C. Such heat treatment in the presence of residual oxygen has been found effective in modifying the surface morphology of the seedlayer for inducing substantial directional magnetic isotropy in the subsequently deposited magnetic layer. After considerable experimentation, it was also found that various magnetic properties, as well as the degree of directional magnetic isotropy, can be optimized or fine tuned by varying the thickness of the seedlayer.

The seedlayer employed in the present invention can be sputter-deposited and can comprise various materials, such as Cr, a Cr alloy, e.g., CrV, CrTi or CrTiB. After treatment of the seedlayer to modify the surface morphology for optimum magnetic directional isotropy, an underlayer, magnetic layer, carbon-protective overcoat and lubricant topcoat are sequentially deposited. The underlayer employed in the present invention can be sputter deposited at a thickness of about 300 Å to about 1500 Å and can comprise Cr, a Cr alloy, such as CrV, CrTi, CrTiB or Cr-Ta₂O₅. Other suitable underlayers include NiAl and FeAl. Multilayer underlayers can be employed in embodiments of the present invention, such as CrV/Cr, CrV/NiAl/Cr, or CrV/NiAl/Cr/Cr-Ta₂O₅.

The magnetic layers employed in the present invention can be any of those conventionally employed in the production of magnetic recording media. Embodiments of the present invention include the formation of dual magnetic layers, such as CoCrPtTa/CoCrTa, e.g., Co76Cr15Pt5Ta4/Co82Cr14Ta4.

Magnetic recording media in accordance with embodiments of the present invention are advantageously suitable

6,146,754

**7**

for high areal recording density and exhibit a coercivity greater than about 3,000 Oe, e.g., greater than about 3,100 Oe, an S* of about 0.70 to about 0.90, and an SNR of about 19 to about 22 dB. The inventive magnetic recording media have magnetic properties with an orientation ratio (OR) less than about 1.1, e.g., about 1.0. The high isotropic performance of the inventive magnetic recording media is further characterized by a significant improvement in overwrite characteristics, the absence of substantial modulation of magnetic properties, such as coercivity in the circumferential direction, and the absence of any substantial superlinear noise behavior at high recording densities, e.g., about 220 kiloflux change per inch (KFCI) to about 280 KFCI.

In producing magnetic recording media in accordance with embodiments of the present invention it was found suitable to sputter deposit the seedlayer at a temperature of about 150° C. to about 300° C. at a pressure of about 3 to about 7 mTorr, e.g., about 5 mTorr. It was also found suitable to deposit the underlayer without elevating the deposition temperature, at a pressure of about 8 to about 12 mTorr, e.g., about 10 mTorr.

A magnetic recording medium produced in accordance with the present invention is schematically illustrated in FIG. 5 and comprises substrate 50, a Cr seedlayer 51 containing up to about 1 at. % oxygen, an underlayer 52, magnetic layer 53, carbon-containing overcoat 54 and a lubricant topcoat 55. As in conventional practices, the seedlayer, underlayer, magnetic layer and overcoat can be sputter-deposited. Advantageously, embodiments of the present invention can be conducted employing conventional

**8**

$9 \times 10^{-7}$ Torr. The temperature employed during such surface modification can be optimized in a particular situation, and depends upon, inter. alia, the seedlayer material and thickness of the seedlayer. For example, it was found that a Cr seedlayer having a thickness of about 5 to about 40 Å can be heated at a temperature of about 150° C. to about 250° C. for up to one minute to effectively modify its surface morphology to induce substantial directional isotropy in the subsequently applied magnetic layer. It is not necessary to introduce oxygen to impact seedlayer surface morphology, since residual oxygen is usually present in conventional sputtering systems. Typically, the oxidized seedlayer surface does not contain more than about 1 at. % oxygen which is present in an oxidized surface layer having a thickness up to about 20 Å.

After modification of the surface morphology of the seedlayer, the pallet is transferred to chamber 64 wherein the underlayer is deposited, advantageously without the applications of heat. The pallet is then transferred to chamber 65 wherein the magnetic layer is deposited, then to chamber 66 wherein the protective overcoat is deposited. The resulting magnetic recording medium is transferred to unload chamber 67 and removed for application of a lubricant topcoat.

EXAMPLE

Six sample media were prepared in an in-line production sputtering apparatus, similar to that schematically illustrated in FIG. 6, employing the conditions appearing in Table I.

TABLE I

| | Ht1 | Ht2 | Ht3 | Cr(SL) | Cr(UL) | CrV(UL) | Co82Cr14Ta4 | Co76Cr15Pt5Ta4 |
|---|---|---|---|---|---|---|---|---|
| Chamber | 61 | 63A | 63B | 62 | 64 | 64 | 65 | 65 |
| Pair of Target | NA | NA | NA | 1 | 1 | 2 | 1 | 1 |
| Speed (fpm) | NA | NA | 6 | 7 | 14.6 | 14.6 | 14.6 | 6.6 |
| Gas Pressure | NA | NA | NA | 5 mTorr | 10 mTorr | 10 mTorr | 10 mTorr | 10 mTorr |
| Time (s) | 15 | 20 | NA | NA | NA | NA | NA | NA |
| High Power | 10, 10, 10, 10% | 5, 13, 14, 7% | 26, 27, 30, 10% | 0–1.3 KW | 7 KW | 7 KW | 1.3 KW | 7.5 KW |
| Idle Power | 10, 10, 10, 10% | 5, 30, 32, 11% | 6, 6, 6, 6% | 0.15 KW | 0.15 KW | 0.15 KW | 0.15 KW | 0.15 KW |

in-line sputtering apparatus. One such sputtering apparatus is schematically illustrated in FIG. 6 and comprises load chamber 60, first heating chamber 61, seedlayer deposition chamber 62, second heating chamber comprising stationary heater 63A and passby heater 63B, underlayer deposition chamber 64, magnetic layer deposition chamber 65, overcoat deposition chamber 66 and unload chamber 67.

As in conventional practices, a pallet is provided which accommodates multiple substrates. The pallet containing the substrates is introduced into the load chamber 60 (FIG. 6) and transferred to chamber 2 wherein it is heated. Subsequently, the pallet is conveyed to the seedlayer deposition chamber 62 wherein a thin seedlayer, e.g., Cr, is deposited directly onto the substrate.

The pallet is then transferred to heating chamber comprising stationary heater 63A and passby heater 63B, wherein the surface morphology of the seedlayer is modified to induce substantial directional magnetic isotropy in the subsequently deposited magnetic layer. Such heating is conducted under a vacuum, e.g., about $5 \times 10^{-7}$ to about

In Table I above: Ht1, Ht2 and Ht3 denote heater 1, heater 2 and heater 3, respectively; Cr(SL) denotes Cr seedlayer; Cr(UL) denotes Cr underlayer; and CrV(UL) denotes CrV underlayer.

Each sample disk was prepared with a dual magnetic layer of Co76Cr15Pt5Ta4/Co82Cr14Ta4 having an Mrt (Mrx thickness) of about 0.78 memu/cm², a dual underlayer of CrV/Cr with a thickness of about 350 Å and a Cr seedlayer containing up to about 1 at. % oxygen. The corresponding layers of each sample disk were deposited under substantially the same conditions, except that the thickness of the Cr seedlayer was varied. The relevant properties of the samples were measured and analyzed.

The S* and Hc of each disk were measured and plotted in FIG. 7 as a function of seedlayer thickness. It is apparent that the value of S* and Hc change with seedlayer thickness. For example, S* drops from about 0.90 to about 0.85 at a seedlayer thickness of about 10 Å, and then drops to about 0.70 at a seedlayer thickness of about 20 Å. As the seedlayer increases to a thickness of about 30 Å to about 40 Å, S*

6,146,754

**9**

increases to about 0.80 to about 0.83. The data further indicate that the Hc is greater than about 3,100 Oe until the seedlayer thickness is about 20 Å, when an Hc drop of several hundred is observed. As the seedlayer thickness increases, Hc increases. At a seedlayer thickness of about 40 Å, Hc is greater than about 3,000 Oe.

The data reported in FIG. 8 was obtained with a 1701 Guzik tester employing a disk rotating speed of about 4200 rpm, a linear density of about 240 KFCI and a write current of about 40 mA. As shown in FIG. 8, a seedlayer thickness greater than 15 Å results in an increase in the SNR of about 2 dB.

Advantageously, the magnetic recording media in accordance with embodiments of the present invention do not exhibit any substantial superlinear noise behavior at high recording densities. In testing performed on two magnetic recording media produced in substantially the same manner except for the presence of a seedlayer, the inventive magnetic recording medium of the present invention was characterized by the absence of any substantial superlinear noise behavior at high recording densities, e.g., in excess of 220 KFCI, as shown in FIG. 9, with LD denoting linear density.

The exact mechanism involved in achieving substantial directional magnetic isotropy in accordance with the present invention is not known with certainty. It is, however, believed that the surface morphology is advantageously modified by suitable heat treatment in the presence of a trace amount of oxygen to form a surface morphology which induces substantial directional magnetic isotropy in the subsequently deposited magnetic layer.

Table II contains data comparing Sample A without a seedlayer and Sample B produced in accordance with the present invention containing a seedlayer. Sample A and Sample B were otherwise prepared employing substantially the same materials and processed in substantially the same manner. It should be apparent from Table II that the orientation ratio of the magnetic properties of Sample B is significantly lower than those of Sample A.

**10**

tion ratio is somewhat dependent upon the thickness of the seedlayer, as shown in FIG. 10. Thus, the present invention advantageously enables control of the orientation ratio, as well as fine tuning the magnetic properties, i.e., Hc, S* and SNR, by optimizing the thickness of the seedlayer.

The present invention provides high areal density magnetic recording media having a high Hc, e.g., above 3,000 Oe, including above 3,100 Oe, with an increased SNR. Magnetic recording media in accordance with embodiments of the present invention exhibit substantial directional magnetic isotropy, e.g., magnetic properties with an orientation ratio of less than about 1.1, including an orientation ratio of about 1.0, improved overwrite characteristics, significantly reduced magnetic property modulation and are characterized by the absence of any substantial nonlinear noise behavior at high recording densities. The underlayer formed in accordance with the present invention does not exhibit any dominant crystallographic orientations, e.g., a (110)- or (200)-dominant crystallographic orientation, and the magnetic layer, similarly, does not exhibit any dominant crystallographic orientations, e.g., a (11$\bar{2}$0) dominant crystallographic orientation.

The substrates employed in the present invention can advantageously comprise any of various substrates conventionally employed in the manufacture of magnetic recording media, including Al alloy substrates with NiP coatings, various glass, ceramic or glass-ceramic materials.

The magnetic layer of the present invention can comprise any magnetic alloy conventionally employed in the production of magnetic recording media. Such alloys include, but are not limited to, Co-based alloys such as CoCr, CoCrTa, CoNiCr, CoCrPtTa, CoCrPt, CoNiPt, CoNiCrPt and CoCrPtB. The thickness of the magnetic layer is consistent with the thickness of magnetic layers of conventional magnetic recording media. A Co-base alloy having a thickness of about 100 Å to about 1000 Å, such as about 200 Å to 500 Å, has been found suitable.

As in conventional magnetic recording media, a protective overcoat can be deposited on the magnetic layer by any

TABLE II

| Sample | Hr(cir.) | Hr(rad.) | OR(Hr) | mr(cir.) | mr(rad.) | OR(mr) | S*(cir.) | S*(rad.) | OR(S*) |
|---|---|---|---|---|---|---|---|---|---|
| A | 3233 | 2744 | 1.18 | 5.80 | 3.58 | 1.62 | 0.80 | 0.72 | 1.22 |
| B | 2965 | 2801 | 1.06 | 4.96 | 4.26 | 1.16 | 0.80 | 0.75 | 1.07 |

In Table II above: Hr(cir.) denotes remanent coercivity measured along the circumferential direction of the disc; Hr(rad.) denotes remanent coercivity measured along the radial direction of the disc; OR(Hr)=Hr(cir.)/Hr(rad.) denotes the orientation ratio of Hr; Mr(cir.) denotes remanent moment measured along the circumferential direction of the disc; Mr(rad.) denotes remanent moment measured along the radial direction of the disc; OR(Mr)=Mr(cir.)/Mr (rad.) denotes the orientation ratio of Mr; S*(cir.) denotes remanent coercivity squareness measured along the circumferential direction of the disc; S*(rad.) denotes remanent coercivity squareness measured along the radial direction of the disc; and OR(S*)=S*(cir.)/S*(rad.) denotes the orientation ratio of S*.

During further testing, it was found that a magnetic recording medium comprising a seedlayer in accordance with the present invention exhibited an increase in overwrite of about 3.6 dB vis-a-vis a similar magnetic recording medium without the seedlayer. It was also found during further experimentation and investigation that the orienta-

conventional means, such as sputtering. Protective overcoats can comprise zirconium oxide (ZrO₂) carbon, including hydrogenated carbon, silicon carbide (SiC), or a carbon nitride (CN). The protective overcoat is provided in a thickness suitable to protect the underlying layers. An overcoat having a thickness of about 50 Å to about 300 Å, such as about 100 Å to 200 Å, has been found suitable.

As in conventional magnetic recording media, a layer of a lubricant can be applied on and bonded to the overcoat. The lubricant topcoat can be provided in any suitable thickness. A lubricant thickness of about 5 Å to 50 Å, such as about 10 Å to about 20 Å, has been found suitable.

The present invention is not limited to the specific examples disclosed herein or the particular materials previously exemplified or mentioned. The magnetic recording media of the present invention enjoy utility in various applications, particularly applications wherein high density is required, such as a magnetic rigid disk medium for longitudinal recording.

6,146,754

**11**

Only certain embodiments of the invention and but a few examples of its versatility are shown and described in the present disclosure. It is to be understood that the invention is capable of use in various other combinations and environments and is capable of changes or modifications within the scope of the inventive concept as expressed herein.

What is claimed is:

1. A magnetic recording medium comprising:

a non-magnetic substrate;

a chromium or chromium alloy seedlayer on the non-magnetic substrate;

an underlayer on the seedlayer; and

a magnetic layer on the underlayer; wherein the magnetic layer exhibits substantially directional magnetic isotropy.

2. The magnetic recording medium according to claim 1, wherein the seedlayer comprises an oxidized surface containing up to about 1 at. % oxygen.

3. The magnetic recording medium according to claim 2, wherein the seedlayer has a thickness of about 5 Å to about 40 Å and an oxidized surface with a thickness up to about 20 Å.

4. The magnetic recording medium according to claim 3, having magnetic properties with an orientation ratio less than about 1.1.

5. The magnetic recording medium according to claim 4, characterized by the absence of any superlinear noise behavior at a recording density of about 220 KFCI to about 280 KFCI.

6. The magnetic recording medium according to claim 1, wherein the underlayer comprises chromium or a chromium-alloy.

7. The magnetic recording medium according to claim 6, comprising a multilayer underlayer.

8. The magnetic recording medium according to claim 7, wherein:

the seedlayer comprises chromium and has an oxidized surface containing up to about 1 at. % oxygen; and

the underlayer is a composite underlayer comprising a chromium-vanadium layer on a chromium layer.

9. The magnetic recording medium according to claim 8, wherein the magnetic layer comprises a cobalt-chromium-platinum-tantalum alloy layer on a cobalt-chromium-tantalum alloy layer.

10. The magnetic recording medium according to claim 1, wherein the magnetic layer exhibits a hexagonal close packed crystal structure with randomly oriented grains, and

**12**

the magnetic recording medium is characterized by the absence of any substantial superlinear noise behavior at a recording density of about 220 KFCI to about 280 KFCI and exhibits an $S^*$ of about 0.70 to about 0.90, an $H_c$ greater than about 3,000 $O_e$.

11. The magnetic recording medium according to claim 1, wherein:

the underlayer does not exhibit a (200)-dominant crystallographic orientation; and

the magnetic layer does not exhibit a (11$\overline{2}$0)-dominant crystallographic orientation.

12. The magnetic recording medium according to claim 10, having magnetic properties with an orientation ratio of about 1.0.

13. A method of manufacturing a magnetic recording medium, which method comprises:

depositing a chromium or chromium alloy seedlayer on a non-magnetic substrate, wherein the grains lying in a plane are randomly oriented;

depositing an underlayer on the seedlayer; and

depositing a magnetic layer on the underlayer; wherein the magnetic layer exhibits substantially directional magnetic isotropy.

14. The method according to claim 13, comprising oxidizing the seedlayer to form an oxidized surface layer containing less than about 1 at. % oxygen.

15. The method according to claim 14, comprising oxidizing the seedlayer to form an oxidized surface having a thickness up to about 20 Å.

16. The method according to claim 15, comprising heating the seedlayer at a temperature of about 150° C. to about 250° C. at a pressure of about $5\times10^{-7}$ to about $9\times10^{-7}$ Torr to form the oxidized surface of the seedlayer.

17. The method according to claim 15, comprising depositing a chromium-containing underlayer.

18. The method according to claim 17, wherein the magnetic recording medium exhibits magnetic properties with an orientation ratio of less than about 1.1 and is characterized by the absence of any substantial superlinear noise behavior at a recording density of about 220 KFCI to about 280 KFCI.

19. The method according to claim 14, wherein the magnetic recording medium exhibits magnetic properties with an orientation ratio of about 1.0.

* * * * *

# Exhibit 2

Appendix A

PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(b)(2).

A/PROV $

| Docket Number | SEA 2582.01 | Type a plus sign (+) inside this box -> | + |
|---|---|---|---|

### INVENTOR(S)/APPLICANT(s)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY & EITHER STATE OR FOREIGN COUNTRY) | |
|---|---|---|---|---|
| Song | Xing | | Fremont, California | U.S.A. |
| Chen | Qixu | | Milpitas, California | U.S.A. |
| Leu | Charles | | Fremont, California | U.S.A. |
| Ranjan | Rajiv | Y. | San Jose, California | U.S.A. |

### TITLE OF THE INVENTION (280 characters max)

"High Coercivity, Low Noise Magnetic Thin Film Media With A CrOx Seedlayer"

| CORRESPONDENCE ADDRESS | CERTIFICATION UNDER 37 CFR 1.10 |
|---|---|
| Raghunath S. Minisandram<br>Seagate Technology, Inc.<br>Intellectual Property Department<br>920 Disc Drive, M/S 15-7<br>Scotts Valley, California 95066 U.S.A. | I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 8, 1997 in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM561383768US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231 |

### ENCLOSED APPLICATION PARTS (check all that apply)

| | | | | |
|---|---|---|---|---|
| ☒ Specification | Number of Pages | 3 | ☐ | Small Entity Statement |
| ☒ Drawings | Number of Sheets | 4 | ☐ | Other (specify) |

### METHOD OF PAYMENT (check one)

| | | | |
|---|---|---|---|
| ☐ A check or money order is enclosed to cover the Provisional filing fees. | | PROVISIONAL FILING FEE AMOUNT ($) | 150.00 |
| ☒ The Commissioner is hereby authorized to charge filing fees and credit Deposit Account Number: | 19-1035 | | |

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

☒ No.

☐ Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

SIGNATURE _Raghunath S. Minisandram_    Date: September 8, 1997

Raghunath S. Minisandram    Reg. No. 38,883

☐ Additional inventors are being named on separately numbered sheets attached hereto

PROVISIONAL APPLICATION FILING ONLY

I hereby certify that this Provisional Application Transmittal and the documents referred t - as enclosed therein are being deposited with the United States Postal Servi⁁   is date September 8, 1997, in an envelope as "Expres   Post Office to Addressee" Mailing Label Number EM361383751US address   ss: Commissioner of Patents and Trademarks, Washing,   C. 20231.

Virginia Silva

## High Coercivity, Low  Noise  Magnetic Thin  Film Media  with a  CrOx  Seedlayer

### 1.    Introduction

The thin film media  for future  high density  recording  would require high Hc, high SNR and decent S*.   This  invention teaches  about a new  approach to obtain  high SNR in thin film medias while maintaining  high Hcr and high S*.  This  invention can be  used  to make  magnetic thin film media  on glass, glass-ceramics, and NiP-coated Al substrates or alternative  substrates.

In  the present   magnetic thin film media as shown in Fig. 1,  a  CoCrPtTa ( or CoCrTa ) magnetic layer is sputtered on  an   underlayer of  Cr (or Cr alloy).  High SNR in these media is currently  obtained by using  high substrate heating temperature.

There  are  several  drawbacks of changing  SNR  by changing  the substrate temperature.   First,  if the temperature is too high,  the  underlayer  texture  may  be destroyed, which in turn may destroy the crystalline  anisotropy of the  magnetic layer. Secondly,  thermal stress associated  with high temperature may cause some  tribology problems  on  the disk surface. One example  is that if the substrate temperature is too high,  some micro-cracks appear in the laser zone on the disk surface, which may  lead to head crashes.

In this disclosure, a  CrOx seedlayer  is  sputtered  on the substrate before the deposition of the underlayer and the magnetic layer.    This seedlayer provide  appropriate  crystalline orientation and surface morphology  for the nucleation and growth  of the underlayer and the  magnetic layer, which  results in an increased  SNR, while maintaining  a high Hcr value.

### 2.    Disclosure of the invention

### (1)    Film structure

Fig. 2  shows  the  disk configuration of the  present  invention. On the substrate ( which can be AlMg, glass, glass-ceramic, ...), a  CrOx seedlayer is  formed  for the nucleation and growth of the underlayer.  Then  an  underlayer layer is  deposited.  On top of the underlayer, a magnetic layer is  sputtered.  Overcoat and lubricant layers  are  formed on the magnetic layer  to provide  required  mechanical properties.

### (2)    Sputtering machine and process

5005842.0 096089

Fig.3 shows the schematic drawing of an in-line sputtering machine used to fabricate the invented disks.

The pallet, which contains multiple disks, is first introduced into the load chamber 1, then heated in chamber 2. After that, a thin Cr seedlayer is deposited in chamber 4. The pallet is transferred to chamber 9 for the underlayer deposition. During the transferring, the pallet is further heated in chamber 6 and 7. The presence of the residual oxygen in the chamber and the heating process oxidizes the Cr seedlayer, and therefore a CrOx seedlayer is formed. An underlayer is further deposited on the CrOx seedlayer in chamber 9. The pallet is transferred to chamber 11 for the deposition of magnetic layer. An overcoat is deposited on the magnetic layer in chamber 16.

## (3)    Example

In one embodiment of this invention, six  sample disks were made in an in-line production sputtering machine using the following sputtering conditions:

| | Ht1 | Ht2 | Ht3 | Cr(SL) | Cr (UL) | CrV(UL) | Co82Cr14Ta4 | Co76Cr15Pt5Ta4 |
|---|---|---|---|---|---|---|---|---|
| Chamber | 2 | 6 | 7 | 4 | 9 | 9 | 9 | 11 |
| Pair of target | NA | NA | NA | 1 | 1 | 2 | 1 | 1 |
| Speed (fpm) | NA | NA | 5 | 7 | 14.5 | 14.5 | 14.5 | 6.5 |
| Gas Pressure | NA | NA | NA | 8 mtorr | 10 mtorr | 10 mtorr | 10 mtorr | 10 mtorr |
| Time (s) | 75 | 20 | 75 | NA | NA | NA | NA | NA |
| High Power | 10,10,10,10% | 8,13,14.7% | 28,27,30,10% | 0.1,3 KW | 7KW | 7KW | 1.3KW | 7.5KW |
| Idle Power | 10,10,10,10% | 8,30,32,11% | 6,8,8,6% | 0.15 KW | 0.15 KW | 0.15 KW | 0.15 KW | 0.15 KW |

For these disks , the magnetic layer is a dual-layer   Co76Cr15Pt5Ta4/Co82Cr14Ta4  ( Mrt ~ 0.78 memu/cm$^2$), the underlayer is a dual-layer  CrV/Cr (~ 350 Å ) , and the seedlayer is CrOx.  The sputtering conditions for all the films are the same, except a CrOx seedlayer with a different thickness was sputtered before the deposition of the underlayer in each case .

Fig. 4 shows the S* and Hcr vs CrOx seedlayer thickness curves.  The value of S* of these films changes with the seedlayer thickness.  S* drops from 0.90 to 0.85 at seedlayer thickness ~ 10 Å , and further drops to ~ 0.70 at seedlayer thickness ~ 20 Å.  Further increasing seedlayer thickness increases the value of S*.  At seedlayer thickness ~ 30 - 40 Å , S* increases to 0.80 ~ 0.83.

Hcr of these films  maintains above 3100 Oe until the CrOx  seedlayer thickness is about 20 Å,  where  a Hcr drop of several hundreds is observed.  As the seedlayer becomes thicker, Hcr increases again.  At a seedlayer thickness ~ 40 Å, Hcr becomes larger than  3000 Oe.

Fig. 5  shows the  SNR vs CrOx seedlayer thickness curves  of these media.  The electrical data  was collected using  a 1701 Guzik tester. The disk rotating speed was 4200 RPM,  the linear density is 240 kfci, and the write current is 40 mA. As shown in the

50058210 . 0980697

figure, if the seedlayer is thicker than 15 Å, an increase of SNR of ~ 2 dB can be obtained from these films.

3.    Summary

This invention teaches about a new magnetic thin film structure have a CrOx seedlayer is invented. Magnetic films with this seedlayer can exhibit high Hcr above 3000 Oe with a ~ 2 dB SNR improvement compared with film without this seedlayer.

The coercivity squareness of the invented magnetic films can be changed by changing the CrOx seedlayer thickness without changing the substrate heating conditions. The range of S* change is from 0.70 ~ 0.90. Depending on individual heating conditions, this range may change.

The magnetic layer referred here can be single-layer Co-alloy films, or multi-layer Co-alloy films.

The underlayer referred here can be single-layer Cr, Cr-alloy (such as CrV, CrTi, CrTiB, Cr-Ta₂O₅, ...), NiAl, FeAl, .., or multi-layer underlayer, such as CrV/Cr, CrV/NiAl/Cr, CrV/NiAl/Cr/Cr-Ta₂O₅, etc.

The seedlayer referred here can be oxidized Cr, Cr-alloy (such as CrV, CrTi,CrTiB) NiAl, FeAl,NiP, Ti, etc.

Q09889.0102857



Fig. 1 Prior art: A schematic drawing of a traditional thin film magnetic disk

60035040·090897

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 8, 1997, in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM361789375US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Virginia Silva



| Lubricant |
| Overcoat |
| Magnetic layer |
| Underlayer |
| CrOx Seedlayer |
| Substrate |

Fig. 2.  A schematic  drawing of the invented  film structure.

6005850010 · 090897

500582.0 090897

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 8, 1997, in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM561283738US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Virginia Sir



| Ch1 | Ch2 | Ch4 | Ch6,7 | Ch9 | Ch11 | Ch16 | Ch20 |
|---|---|---|---|---|---|---|---|
| load chamber | Heater1 | Seedlayer chamber | Heater2 | Underlayer chamber | Magnetic layer chamber | Overcoat chamber | unload chamber |

Fig. 3.  A schematic drawing of  an in-line MINT sputtering machine used to fabricate the invented disks.

G00582040 .080897

5005840.090897

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 5, 1997, in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM561383758US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Virginia Silva



Fig. 4    Hcr and S* vs CrOx seedlayer thickness

60058240.060897



Fig. 5    Hcr and SNR vs. Cr buffer layer thickness

09097.040 SE8097

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 8, 1997, in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM381383728US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Virginia Silva

# Exhibit 3

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Exhibit 4

# Seed layer induced (002) crystallographic texture in NiAl underlayers

Li-Lien Lee, David E. Laughlin, and David N. Lambeth
Data Storage Systems Center, Carnegie Mellon University, Pittsburgh, Pennsylvania 15213

The magnetic properties of Co alloy thin films are strongly dependent on their crystallographic texture and microstructure which in turn can be controlled by the texture of the underlayer. For Co alloy longitudinal recording media with Cr underlayers, it is desirable to have (002) textured Cr underlayers. Since NiAl has the *B*2 structure and has a lattice constant similar to that of Cr, NiAl has the potential to be an alternative underlayer to Cr. However, the (002) crystallographic texture of the NiAl films is difficult to obtain. It is found that the (002) texture in NiAl underlayers can be achieved by employing a seed layer of either (002) textured Cr or MgO. Because of the improved texture a significant increase of the in-plane coercivity in CoCrPt/NiAl films was obtained. © *1996 American Institute of Physics.* [S0021-8979(96)07908-4]

NiAl is an ordered phase with the *B*2 structure. It has a similar crystal structure and lattice constant as that of Cr. It has been shown by the authors that sputter-deposited NiAl films can be used as underlayers for HCP Co alloy longitudinal recording media.[1,2] Sputter deposited NiAl underlayers tend to induce good in-plane *c*-axis texture in the overlying Co films through the NiAl (112) preferred oriented film planes. An often asked question is: can the crystallographic texture of the NiAl underlayer be altered?

One of the frequently sought after crystallographic textures for Cr underlayers is (002). It has been argued by Zhu[3] that the (002) textured Cr underlayers may render a high signal-to-noise ratio in the HCP Co alloy thin film recording media. Since NiAl and Cr are structurally similar, a (002) textured NiAl may impart a similar benefit. We have tried to raise the substrate temperature during the sputtering of NiAl, a practice often used to achieve the (002) texture in Cr. However, this approach fails to produce the (002) texture in the NiAl film. Other means have to be found. A simple solution to this is by making use of a proper seed layer. A seed layer (sometimes called a precoating) is a thin-film layer that is deposited between the substrate and the underlayer. Seed layers are used for (1) the facilitation of infrared heating of glass substrates, (2) the modification of the topography of the disk substrates for tribological purpose, and (3) inducing preferred crystallographic texture to underlayers.

For longitudinal recording media, seed layers such as Al,[4] Ti,[5] Ni₃P, TiSi₂, Cr, C,[6] Ta, W, and Zr[7] have been used.

Varying degrees of success have been reported, however, the industry is still in the process of searching for a better seed layer. Because of the similarity in crystal structures of NiAl and Cr, employment of a (002) Cr seed layer, which can be achieved by sputter depositing on to a heated substrate, is another approach to inducing the crystallographic texture of NiAl to (002). Another kind of seed layer which may do the same is MgO.

MgO is an ionic crystal with the *B*1 (NaCl-type) crystal structure with a lattice constant of 0.421 nm. It has been shown by Nakamura and Futamoto[8] that a Cr film deposited on a single-crystal (002) MgO tends to have its (002) plane lying parallel to the film plane due to heteroepitaxial growth. It is easy to obtain a sputter-deposited MgO film with a (002) texture because the (002) plane has the lowest surface energy.[9] Here, the authors have found that, similar to Cr, NiAl deposited on a MgO seed layer can have the (002) texture.

All films were deposited by rf diode sputtering. The deposition conditions were the same as that of the previous papers by the authors.[1,2] The MgO films were deposited by rf sputtering of a 99.95 at. % pure MgO bulk target and the deposition rate was 4 nm/min. The HCP Co alloy films used in this study were obtained by sputtering from a CoCr target

TABLE I. The in-plane magnetic properties of the CoCrPt (40 nm)/NiAl(100 nm) films on MgO seed layers of various thickness.

| MgO thickness | $H_c$ (Oe) | $S^*$ | $S$ | $Mrt$ (memu/cm²) |
|---|---|---|---|---|
| 0nm | 1862 | 0.87 | 0.84 | 1.4 |
| 2nm | 2558 | 0.92 | 0.86 | 1.1 |
| 5nm | 2811 | 0.92 | 0.87 | 1.2 |
| 8nm | 3283 | 0.92 | 0.88 | 1.1 |
| 10nm | 3238 | 0.91 | 0.87 | 1.0 |
| 20nm | 3236 | 0.86 | 0.84 | 1.0 |
| 50nm | 3182 | 0.82 | 0.87 | 1.0 |



FIG. 1. X-ray diffraction spectra of CoCrPt(40 nm)/NiAl(100 nm) films on various thicknesses of MgO seed layers.



(a) NiAl,100nm/MgO,10nm/glass



(b) NiAl,100nm/MgO,20nm/glass

FIG. 2. AFM surface plots of 100 nm NiAl films with MgO seed layers of (a) 10 nm and (b) 20 nm on smooth glass substrates.

with bonded Pt chips. Substrates were biased at $-100$ V with respect to the target during the deposition of CoCrPt films. EDX analysis of the magnetic CoCrPt film determined the composition to be $CoCr_{10}Pt_{18}$. Smooth glass substrates were used. Film thicknesses were determined by profilometry. Surface morphology of the films were checked by atomic force microscopy (AFM). Transmission electron microscopy (TEM) was performed on studying the films' plane-view microstructure. In-plane magnetic properties were measured by vibrating sample magnetometry (VSM). Crystallographic textures were studied by x-ray diffractometry with Cu $K\alpha$ radiation.

TABLE II. The in-plane magnetic properties of the 40 nm CoCrPt films on 100 nm NiAl, 100 nm Cr, and 100 nm NiAl/10 nm Cr underlayers.

| Underlayer | $H_c$ (Oe) | $S^*$ | $S$ | $Mrt$ (memu/cm²) |
|---|---|---|---|---|
| NiAl | 2221 | 0.79 | 0.81 | 0.81 |
| Cr | 2228 | 0.74 | 0.85 | 0.83 |
| NiAl/Cr | 3153 | 0.78 | 0.85 | 0.84 |



FIG. 3. Coercivity values of the 40-nm-thick CoCrPt vs their NiAl underlayer thickness for MgO seed layers of 0, 5, 10, 20 nm thick.

Table I lists the VSM measurements of the 40-nm-thick CoCrPt films on 100 nm NiAl underlayers on MgO seed layers of various thicknesses. The coercivity increases rapidly and then levels off as the MgO seed layer thickens. The maximum coercivity of 3280 Oe occurs at a MgO thickness of 8 nm. The crystallographic texture of these 40 nm CoCrPt/ 100 nm NiAl films on MgO seed layers revealed by x-ray diffraction spectra are plotted in Fig. 1. The (002) MgO peak continuously becomes stronger as the MgO layer thickens. However, the intensity of the (002) NiAl peak is not proportional to the MgO thickness. The maximum coercivity film in Table I corresponds to the film with the strongest (002) NiAl crystallographic texture.

AFM studies of the films showed little increase in surface roughness as the MgO seed layer is increased from 2 to 10 nm. However, there is a dramatic increase of the surface roughness as the MgO seed layer reaches 20 nm which is believed to be the main cause for the apparent deterioration of the epitaxy between NiAl and MgO. Figure 2 shows the AFM surface topography plots of 100 nm NiAl films on 10 and 20 nm MgO seed layers on glass substrates. A 20 nm MgO seed layer can roughen the film considerably to form



FIG. 4. X-ray diffraction spectra of the CoCrPt(40 nm)/Cr(100 nm) film and CoCrPt(40 nm)/NiAl(100 nm) films with and without a 10 nm Cr seed layer. These films were all deposited with 260 °C substrate preheating.



FIG. 5. Bright-field TEM micrographs of CoCrPt(40 nm)/NiAl(100 nm) films (a) on a 5 nm MgO seed layer and (b) on a 10 nm Cr seed layer.

surface bumps of up to ~150 nm in diameter and ~25 nm in height. Because a low flying height is necessary for future high-density recording media, this surface roughening may be problematic. On the other hand, to avoid the stiction of the head slider to the smooth disk the surface of the disk substrate is generally roughened by mechanical and/or chemical texturing. For glass disks, a sputtered texture is often used.[10] With the MgO seed layer the roughness can be tailored by controlling the MgO layer thickness or fine tuning the sputtering process.

Figure 3 is a plot of four sets of coercivity data of the 40-nm-thick CoCrPt films versus their NiAl underlayer thicknesses for MgO seed layers of 0, 5, 20, and 50 nm.

Likewise, a 10 nm Cr seed layer when prepared on a 260 °C preheated substrate induces (002) texture in a subsequent NiAl layer. Figure 4 plots the x-ray diffraction spectra of 40 nm CoCrPt/100 nm NiAl films with and without a 10 nm Cr seed layer and a 40 nm CoCrPt/100 nm Cr film. For comparison, these films were all deposited onto 260 °C preheated substrates. The substrate preheating helps to bring out the (002) texture in the NiAl underlayer with a Cr seed layer as well as the standard pure Cr underlayer. However, no (002) peak is observed in the film with only the pure NiAl underlayer. Table II lists the in-plane bulk magnetic properties of the specimens depicted in Fig. 4. It shows the coercivity of the CoCrPt film on the NiAl underlayer is significantly increased due to the incorporation of the Cr seed layer, similar to the MgO seed layer. However, lower coercivity squareness and $M_r t$ were observed in the film with a Cr seed layer. With a similar (002) texture, the NiAl underlayer appears to induce a higher coercivity in the CoCrPt film than the Cr underlayer.

Figure 5 compares the TEM bright-field micrographs of

40 nm CoCrPt/100 nm NiAl films on 5 nm MgO and 10 nm Cr seed layers. Although these plane-view micrographs show overlapping NiAl and Co grains, it is obvious that the grain size of the film with a Cr seed layer is more than twice the grain size (180 Å) of the film with a MgO seed layer.

In summary, seed layers of Cr and MgO which can induce the (002) crystallographic texture in the NiAl underlayers were shown to be beneficial to the in-plane coercivity of the CoCrPt films. While Cr seed layers require substrate heating, MgO seed layers do not. Therefore, films on a MgO seed layer have finer grains. Surface roughness can also be tailored by using a MgO layer which can provide sputtered texture to smooth substrates to reduce the stiction of the head to the smooth disk.

This work was supported in part by the DSSC of CMU under a NSF Grant No. ECD-8907068 and an ARPA Contract No. MDA972-93-1-0009. The government has certain rights to this material.

[1] L.-L. Lee, D. E. Laughlin, and D. N. Lambeth, IEEE Trans. Magn. MAG-30, 3951 (1994).

[2] L.-L. Lee, D. E. Laughlin, and D. N. Lambeth, IEEE Trans. Magn. MAG-31, 2728 (1995).

[3] J. Zhu and X. Ye, Digests of Intermag 95, Paper FA03, (1995).

[4] H. S. Chang, K. H. Shin, T. D. Lee, and J. K. Park, IEEE Trans. Magn. MAG-31, 2731 (1995).

[5] T. Kogure and S. Katayama, J. Appl. Phys. 67, 4701 (1990).

[6] X. Tang, B. Reed, and R. Zubeck, IEEE Trans. Magn. MAG-30, 3963 (1994).

[7] H. Kataoka, T. Kanbe, H. Kashiwase, E. Fujita, Y. Yashisa, and K. furusawa, Intermag 95 Paper BC03, IEEE Trans. Magn. MAG-31, 2734 (1995).

[8] A. Nakamura and M. Futamoto, Jpn. J. Appl. Phys. 32, L1414 (1993).

[9] P. W. Tasker, Adv. Ceram. 10, 176 (1984).

[10] M. Mirzamaani and C. V. Jahnes, IEEE Trans. Magn. MAG-28, 3090 (1992).

# Exhibit 5

3632                                        IEEE TRANSACTIONS ON MAGNETICS, VOL. 32, NO. 5, SEPTEMBER 1996

# The Control and Characterization of the Crystallographic Texture of Longitudinal Thin Film Recording Media

David E. Laughlin, Li-Lien Lee, Li Tang and David N. Lambeth

Date Storage Systems Center, Carnegie Mellon University, Pittsburgh, PA 15213

*Abstract*—In this overview we summarize our methods of changing important microstructure features such as grain size and crystallographic texture, in magnetic thin films for longitudinal recording. The methods we have used to better control the grain size and texture of the magnetic films include the use of different *underlayers* (NiAl and FeAl), the use of *seed layers* underneath the underlayers and the use of *intermediate layers* between the underlayer and the magnetic thin film. Examples of the structure and magnetic properties of such films will be presented and discussed. We also present our newly developed method of quantitatively characterizing the crystallographic textures of the thin films used in the multi-layered structures. Our method relies on the examination of the intensity weighted reciprocal lattice by means of tilted electron beam diffraction patterns. These patterns contain arcs, the number and location of which can be correlated with specific thin film textures. We will present an overview of the technique from the point of view of the reciprocal lattice and include an example which shows how the crystallographic texture of thin films can be examined and characterized.

## INTRODUCTION

In order to improve the magnetic properties of thin film longitudinal magnetic recording media, it is necessary to better control the microstructure of the magnetic layer. An example of this comes from work of the 1980's when BCC Cr was introduced as an underlayer for HCP Co-based thin films for magnetic recording. It was observed that this increased the in-plane coercivity of the Co-based films. When the Cr was deposited on a heated substrate the coercivity increased even more. It was determined that the heated substrate induced Cr underlayer with a (002) crystallographic texture. Earlier single crystal work [1] had shown that the ($11\bar{2}0$) planes of Co-based film epitaxially grew on the (002) planes of Cr. Thus, by controlling the crystallographic texture of the underlayer, the texture of the magnetic film could be changed which in turn changed the magnetic properties of the Co-based film. This is a good example of the basic paradigm of Materials Science, namely that the extrinsic properties of a material (in this case the coercivity) depend on its structure (crystallographic texture), which in turn can be controlled by changing certain processing conditions (the temperature of the substrate).

Over the past several years we have been controlling the magnetic microstructure of thin film media by varying the microstructure of the underlayer [2, 3] by means other than by changing the process variables. Herein we will summarize our methods of changing the important microstructure features, such as grain size and crystallographic texture, and we will also present our newly developed method of characterizing the crystallographic texture of the thin films.

For fixed sputtering conditions, the microstructural features of the magnetic layer such as elemental segregation, grain size and crystallographic texture can be strongly affected by structural features below it (the underlayer and the substrate) but only slightly affected by its overlayer. We have utilized several changes to the standard configuration of longitudinal thin film media trying to modify the magnetic layer/underlayer and underlayer/substrate interfaces. Our terminology for the different layers is shown in Fig. 1. We have named the layers in reference either to their positions with respect to the magnetic layer (the underlayer lies *under* the magnetic layer and the intermediate layer lies *between* the underlayer and the magnetic layer) or with a name that describes its function (the seedlayer *seeds* the nucleation of a particular crystallographic texture of the underlayer).

## NEW UNDERLAYERS

One way of changing the microstructure of the underlayer is to change the material of which it is made. We have looked at several ordered intermediate phases with the B2 structure, which is closely related to the BCC Cr structure. We also have utilized sputtered MgO as an underlayer.

The intermetallic compound NiAl has the B2 crystal structure (space group Pm$\bar{3}$m; prototype CsCl). Since its lattice parameter is nearly the same as that of BCC Cr, the



Fig. 1. A schematic of the structure of multilayered media.

3633



Fig. 2. Bright field TEM micrograph of a RF sputtered 100 nm NiAl film on glass. The grain size is ~15 nm.





Fig. 4. X-ray diffraction spectra of 40 nm CoCrPt on (a) 100 nm NiAl underlayers with and without a 2.5 nm Cr intermediate layer (b) 100 nm FeAl underlayers with and without a 2.5 nm Cr intermediate layer.

various epitaxial relations that occur between Co-based alloys and Cr should also occur between Co-based alloys and NiAl [4]. We have sputter deposited NiAl on glass substrates and have obtained films with grain sizes that are approximately 15 nm (Fig. 2) which are about half of the diameter of comparably sputtered Cr films. The signal to noise ratio of media produced on such underlayers is improved, probably due to the smaller and more uniform grains [5]. The coercivity values are about the same as those deposited on Cr underlayers.

We have also used FeAl as an underlayer. We obtained similar results as with NiAl [6].

MgO (B1 structure, space group Fm $\bar{3}$m, prototype NaCl) has also been used as an underlayer. Figure 3 shows a schematic of its B1 structure. When sputtered at room temperature we obtained films with the (002) texture. This enables the Co-based alloy to form with its c-axis in the plane of the film, because of the epitaxial relationship. Also of interest is to note that this would give rise to an in-plane c-axis (11$\bar{2}$0) type Co texture without using high temperature sputtering.

Thus, by using a different underlayer, microstructural features such as grain size and crystallographic texture can be controlled and this in turn can improve the magnetic properties of the Co based media.

## INTERMEDIATE LAYERS

The amount of interdiffusion and epitaxy between the magnetic layer and the underlayer can be further changed by inserting a thin intermediate layer at their interface. If the intermediate layer has an atomic structure similar to either the HCP magnetic layer or the BCC/B2 underlayer the change in grain size and epitaxial effects of the underlayer will be small.

The addition of a 2.5 nm thick Cr *intermediate* layer to the above mentioned new underlayers greatly enhances the coercivities of the subsequently deposited CoCrPt films without compromising the (10$\bar{1}$0) CoCrPt texture. See Fig. 4 for two examples. Another kind of *intermediate* layer has been developed by Fang and Lambeth [7]. They sputter deposited a thin layer of CoCrTa between a Cr underlayer and a CoCrPt thin film. This improved the lattice matching of the



**MgO, B1**

Fig. 3. Crystal structure of MgO.

3634

CoCrPt film and thereby improved the in plane magnetic properties of the CoCrPt film. This layer of CoCrTa acts like the Cr intermediate layer on the NiAl underlayer. It has the same structure as the magnetic film, while the Cr *intermediate* layer has a similar structure to the underlayer. Since both are in between the underlayer and the magnetic layer we call them *intermediate* layers.

## MgO SEED LAYERS

The work of Nakamura *et al.* [8] suggested to us that MgO might be a suitable underlayer. They demonstrated that Cr films deposited on single crystals of (002) MgO have a (002) crystallographic texture. This occurs because of epitaxial atomic matching across the interface as illustrated in Fig. 5. Building on this concept we believed that MgO would be a good *seed layer* for subsequently deposited underlayers. By sputtering MgO onto glass substrates we obtained polycrystalline MgO films with strong (002) crystallographic textures [9]. This texture is expected since MgO has the B1 crystal structure which has its {002} planes as the ones with the lowest surface energy [10]. This strong (002) textured MgO then can act as a seed layer for the growth of a highly textured Cr underlayer (or NiAl underlayer). Of interest here is that the (002) Cr crystallographic texture can be obtained without preheating of the substrate. Fig. 6 shows the x-ray diffraction patterns for films produced with and without the (002) textured MgO seed layer, along with the resulting in-plane coercivities. The (002) textured MgO seedlayer is seen to change the texture of the Cr underlayer from (110) to (002), which in turn changes the texture of the CoCrPt alloy magnetic layer from (0002) to (11$\bar{2}$0).

NiAl layers also grow with the (002) texture on the (002) textured MgO seed layers. However, in contrast to the (002) Cr on the (002) MgO seed layer which induces the (11$\bar{2}$0) texture of the CoCrPt magnetic layer, the grain to grain epitaxial relationship between the (002) NiAl and the CoCrPt film is found to be [ 10$\bar{1}$1] CoCrPt//[001] NiAl, and ($\bar{1}$2 10) CoCrPt//(100) NiAl (variant 1), or ($\bar{1}$2 10)CoCrPt//(010) NiAl (variant 2 ) [11].

## ELECTRON DIFFRACTION STUDY OF THIN FILM TEXTURE

As indicated above, the crystallographic texture of the thin magnetic film is of great importance in the determination of its extrinsic magnetic properties. It is sometimes possible to obtain qualitative information about the texture of the magnetic thin films from standard θ/2θ X-ray scans. See for example Figure 6 above. However, sometimes the X-ray scan does not give a clear indication of the crystallographic texture of the thin film, either because the film is too thin for good diffraction, or possibly because the texture is such that a set of low index planes is not parallel to the plane of the film [11].



Fig. 5. Atomic matchings of MgO (002) to Cr (002) and NiAl (002).



Fig. 6. X-ray diffraction spectra of CoCrPt(40 nm)/Cr(100 nm) films with and without a 20 nm MgO seed layer.

We have developed a technique to study the texture of thin films in the transmission electron diffraction mode [12, 13]. Our approach is different from the previous work [14, 15] in that we treat fibrous and lamellar texture in a unified way. Here we will summarize it briefly and give an example of its use.

For fibrous and lamellar textured thin films, the reciprocal lattice of an {hkl} family of planes consists of reciprocal circles around the texture axis. The number of the reciprocal circles is the number of distinct angles between the {hkl} planes and the texture axis. If the texture axis has an angular distribution α the reciprocal circles became reciprocal spherical belts with an angular width of 2α from the origin of the reciprocal lattice. Fig. 7 shows schematically the intersection of the Ewald sphere (which can be approximated as a plane for high energy electrons since the radius of the Ewald sphere is proportional to the reciprocal of the wavelength of the electron beam) with the reciprocal lattice of an {hkl} family of planes (belts of -hkl$_1$ and -hkl$_2$ are not shown here for clarity). In this case the {hkl} planes make

3635



Fig. 7. Interaction of Ewald sphere with the reciprocal lattice of a textured film.



Fig. 8. Diffraction pattern evolution with tilt angle of an {hkl} family of planes having two distinct angles (one is 90°) with the texture axis (a) 0° tilt, (b) $\alpha < \beta < \beta_1^s$, (c) $\beta_1^s \le \beta \le \beta_1^e$ and (d) $\beta_1^e < \beta \le 90°$ ($\beta$: tilt angle).

three distinct angles (one of them is 90°) with the texture axis ([uvw] for the fibrous texture and [h'k'l']* for the lamellar texture). In Fig.7:

OT is the tilt axis in the film plane,

OF is the direction perpendicular to both the OT and the incident electron beam direction,

$\beta$ is the angle between the Ewald sphere and the reciprocal plane which the texture axis is normal to,

$\eta_i$, i = 0, 1, 2 are angles between the reciprocal circles $hkl_0$, $hkl_1$ and $hkl_2$ and the texture axis.

Fig. 8 shows the evolution of the electron diffraction patterns as the tilt angle $\beta$ increases. The diffraction pattern shown here arises from an {hkl} family of planes having two distinct angles (one is 90°) with the texture axis. It can be noted that the $hkl_0$ ring at $\beta = 0$ (Fig. 8a) breaks into two arcs, which bisect the OT axis and are symmetric about the origin with an angular width of $\omega_0$, when $\beta > \alpha$ (Fig. 8c-d). It can also be seen that $\omega_0$ decreases as $\beta$ increases. Besides the $hkl_0$ arcs, $hkl_1$ and -$hkl_1$ arcs bisecting the OF direction and being symmetric about the origin appear when $\beta = \beta_1^s$ where $\beta_1^s = 90° - \eta_1 - \alpha$ (Fig. 8c). The angular width $\omega_1$ subtended by the $hkl_1$ arcs increases with increasing $\beta$. Each of the $hkl_1$ arcs splits into two arcs with an angle of $\delta_1$ from the OF direction when $\beta > \beta_1^e$, where $\beta_1^e = 90° - \eta_1 + \alpha$ (Fig. 8d). In general, it can be proved that the following relations hold [12, 13]:

$$\sin(\omega_0/2) = \sin(\alpha) / \sin(\beta) \qquad \alpha \le \beta \le 90° \qquad (1),$$

$$\cos(\omega_{hkli}/2) = \sin(\beta_i^s) / \sin(\beta),$$
$$i = 1, 2,...N, \text{ or } N-1 \quad \beta_i^s \le \beta \le \beta_i^e \qquad (2),$$

$$\sin(\omega_0/2) = \sin(\alpha) \cos(\omega_{hkli}/2) / \sin(\beta_i^s),$$
$$i = 1, 2, ...N, \text{ or } N-1 \quad \beta_i^s \le \beta \le \beta_i^e \qquad (3),$$

$$\cos(\eta_i) = \sin(\beta) \cos(\delta_i),$$
$$i = 1, 2,...N \text{ or } N-1 \quad \beta_i^e < \beta \le 90° \qquad (4),$$

$$\beta_i^s = 90° - \eta_i - \alpha, \quad \text{and}$$
$$\beta_i^e = 90° - \eta_i + \alpha, \quad i = 1, 2,...N, \text{ or } N-1 \qquad (5).$$

where N is number of distinct angles of {hkl} family of planes with the texture axis.

Thus, the texture axis direction indices can be determined by using Eq. (4) with the known tilt angle $\beta$ and measured $\delta_i$ values. Meanwhile, the texture axis distribution angle $\alpha$ can be determined from the slopes of the straight lines of $\sin(\omega_0/2)$ vs. $1/\sin(\beta)$, $\cos(\omega_{hkli}/2)$ vs. $1/\sin(\beta)$, and $\sin(\omega_0/2)$ vs. $\cos(\omega_{hkli}/2)$ plots.

The patterns shown in Figure 9 are electron diffraction patterns at different tilt angle from a [001] textured Cr film which is often used as an underlayer for magnetic recording films in rigid disks. The diffraction patterns due to {110} planes is consistent with that shown in Figure 8 since {110}

3636



Fig. 9. Electron diffraction patterns of a [001] textured Cr film at (a) 0°, (b) 21°, (c) 45° and (d) 55° tilt.

planes have two distinct angles (90° and 45°) with the [001] direction. The distribution angle $\alpha$ of the [001] textured axis deduced from the slopes of the best fitted straight lines of the $\sin(\omega_0/2)$ vs. $1/\sin(\beta)$ (Fig. 10) and $\cos(\omega_{110}/2)$ vs. $1/\sin(\beta)$ (Fig. 11) plots are 7.1° and 7.9°, respectively.

This technique thus allows us to obtain quantitative information about the crystallographic texture of thin films. It can also be used in multilayer films and the specific orientation relationships can be ascertained from careful examination of a series of tilted electron diffraction patterns.

## CONCLUSIONS

We have presented some of the methods we have used to improve the properties of magnetic films for recording. These



Fig. 10. $\text{Sin}(\omega_0/2)$ vs. $1/\sin\beta$ plot of the [001] textured Cr film.



Fig. 11. $\text{Cos}(\omega_1/2)$ vs. $1/\sin\beta$ plot of the [001] textured Cr film.

included the use of new underlayer materials, the introduction of intermediate layers between the magnetic film and the underlayer as well as the use of seed layers to control the crystallographic texture of the underlayer. Each of these methods has as its main function the control of one or more of the microstructural features of the magnetic layer. We also presented an overview of our method of studying the crystallographic texture of thin films by electron diffraction and showed one example in the determination of the texture of a Cr thin film underlayer.

## ACKNOWLEDGMENTS

The work presented in this review has been sponsored in part by the Department of Energy (DE-FG02-90ER45423), the National Science Foundation (ECD 89-07068) and ARPA (MDA97293-1-009). The government has certain rights to this material.

## REFERENCES

[1] J. D. Daval and D. Randet, "Electron microscopy on high-coercive-force Co-Cr composite films," IEEE Trans. Magn., MAG-6, 768-773 (1970).
[2] D. E. Laughlin, Y. C. Feng, L.-L. Lee and B. Wong, "Epitaxy and crystallographic texture of thin films for magnetic recording", in Polycrystalline Thin Films—Structure, Texture, Properties and Applications, M. Parker, K. Barnak, J. Floro, R. Sinclair and D.A. Smith, eds. MRS publication, vol. 343, 327-337 (1994).
[3] D. E. Laughlin, B. Cheong, Y. C. Feng, D. N. Lambeth, L.-L. Lee and B. Wong, "The control of microstructural features of thin films for magnetic recording," Scripta Metallurgica et Materialia 33 (10/11), 1525-1536 (1995).
[4] L.-L. Lee, D. E. Laughlin and D. N. Lambeth, "NiAl underlayers for CoCrTa magnetic thin films," IEEE Trans. Magn., 30 (6), 3951-3953 (1994).
[5] P. Harllee and D. N. Lambeth, unpublished research.
[6] L.-L. Lee, unpublished research.
[7] L. Fang and D. N. Lambeth, "New high coercivity cobalt alloy thin film medium structure for longitudinal recording," Appl. Phys. Lett., 65 (24), 3137-3139 (1994).

3637

[8]  A. Nakamura and M. Futamoto, "Epitaxial growth of Co/Cr bilayer films on MgO single crystal substrates," *Jpn. J. Appl. Phys.*, 32, (10A), L1410-1413 (1993).

[9]  L.-L. Lee, B.K. Cheong, D. E. Laughlin and D. N. Lambeth, "MgO seed layers for CoCrPt/Cr longitudinal magnetic recording media," *Appl. Phys. Lett.*, 67 (24), 3638-3640 (1995).

[10]  P. W. Tasker, "Surfaces of magnesia and alumina," *Adv. Ceram.*, 10, 176-189 (1984).

[11]  L. Tang, L.-L. Lee, D. E. Laughlin and D. N. Lambeth, "Study of CoCrPt/NiAl thin films on (001) MgO single crystals", submitted to *Appl. Phys. Lett.*, (1996).

[12]  L. Tang and D. E. Laughlin, "Electron diffraction patterns of fibrous and lamellar textured polycrystalline thin films: part I: Theory," in press, *J. Appl. Cryst.*, (1996).

[13]  L. Tang, Y. C. Feng, L.-L. Lee and D. E. Laughlin, "Electron diffraction patterns of fibrous and lamellar textured polycrystalline thin films: part II: Applications," in press, *J. Appl. Cryst.*, (1996).

[14]  B. K. Vainshtein, "Structure Analysis by Electron Diffraction," p.70, New York: Pergamon, (1964).

[15]  P. B. Hirch, A. Howie, R. B. Nicholson, D. W. Pashley and M. J. Whelan, " Electron Microscopy of Thin Crystals," p.116, 2nd ed, Malabar, Florida, Roberte E. Krieger Publishing Company (1978).

# Exhibit 6

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***