# Exhibit 7

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Exhibit 8

IEEE TRANSACTIONS ON MAGNETICS, VOL. 30, NO. 6, NOVEMBER 1994
3951

# NiAl Underlayers For CoCrTa Magnetic Thin Films

Li-Lien Lee, David E. Laughlin and David N. Lambeth*

Department of Materials Science and Engineering, *Department of Electrical and Computer Engineering,
Data Storage Systems Center, Carnegie Mellon University, Pittsburgh, PA 15213

*Abstract* −− CoCrTa films were sputter-deposited on either NiAl or Cr underlayers on glass substrates and their coercivities were compared. The NiAl film was found to have the B2 structure with a lattice parameter of ~0.288nm. The grain size of a 100nm NiAl film is ~15nm, which is about 50% smaller than a similarly deposited Cr film. As the CoCrTa/Cr films the CoCrTa/NiAl films show a similar increase of the in-plane coercivity with thickening of the underlayer. X-ray diffraction studies showed that CoCrTa/NiAl films have a stronger $(10\bar{1}0)$ peak than CoCrTa/Cr films. Substrate heating and biasing during deposition of the NiAl underlayer are less helpful than in the case of Cr underlayer.

## I. INTRODUCTION

Important magnetic properties, such as the coercivity (Hc), remanent magnetization (Mr) and coercive squareness (S*), which are crucial to the storage performance of the Co alloy magnetic thin film depend primarily upon the microstructure of the media. To achieve the 10 Gb/in$^2$ goal of the rigid disk drive industry, further improvement of the thin film's microstructure is needed. It is generally recognized that the microstructure of a high density longitudinal recording Co alloy thin film needs 1) a crystallographic texture in which the crystalline c-axis lies in the plane of the film 2) uniform small grains with grain boundaries which can magnetically isolate neighboring grains [1]-[5]. Other than by the right choice of the Co alloy and fine tuning of the deposition process, the desired thin film microstructure can also be acquired through the proper use of an underlayer.

Many different underlayer materials for longitudinal media, such as Cr, Mo, W, Ti, NiP, CrV and Cr alloyed with other substitutional elements, have been reported in the literature [6]-[11]. Only a few of these, however, actually perform well. Among them, the most often used and the most successful underlayer is pure Cr. It has been shown [12] that BCC Cr underlayers promote grain-to-grain epitaxial growth of HCP Co alloy thin films deposited on these underlayers. The microstructure of small grains with in-plane c-axis texture and marked improvement of magnetic properties are observed in Co alloy films with Cr underlayers.

Here we report on an entirely different underlayer material, an ordered alloy, for the use as an underlayer. Its microstructure appears to provide potential benefits over the Cr underlayer.

Manuscript received April 4, 1994.
This work was supported by the DSSC of CMU under a grant from NSF, #ECD-8907068. The government has certain rights to this material.

### NiAl Underlayer

NiAl is a Hume-Rothery β-phase electron compound with a valence electron/atom ratio of 3/2, which gives rise to a B2 crystal structure up to its congruent melting point of 1911K. For bulk samples, the superlattice is stable over a wide composition range from 41.5 to 55 at% Al at 400°C [13]. B2 is an ordered structural derivative of the BCC structure, the structure of Cr. Schematics of the crystal structures of NiAl and Cr are shown in Fig. 1. Notice that NiAl has an almost identical lattice constant as Cr, 0.288nm [14].

From the epitaxy point of view, the NiAl underlayer and the Cr underlayer should provide a similar texture control of the Co alloy film. NiAl forms a highly stable B2 ordered phase because of the strong bonding between the Ni and Al atoms. This implies low atomic mobility which in turn can yield a smaller grain size. In addition, NiAl is paramagnetic with a very low susceptibility [15] and has good thermal conductivity, high stiffness and good environmental corrosion resistance. It is reasonable to think that NiAl could be a good candidate for the substitution of the Cr underlayer.

## II. EXPERIMENTAL

Thin films of $Co_{86}Cr_{12}Ta_2$/Cr, $Co_{86}Cr_{12}Ta_2$/NiAl, Cr and NiAl were deposited on glass substrates by RF diode sputtering in a LH Z-400 sputtering system. The base pressure was $5 \times 10^{-7}$ Torr or lower and the sputtering pressure of the Ar gas was 10 mTorr. Sputtering was performed at a fixed AC power of 2.3 W/cm$^2$ at various substrate bias and heating conditions. The magnetic layer, CoCrTa, was maintained at a constant thickness of 40nm for all the samples by controlling the pre-calibrated deposition time. Film microstructures were studied by transmission electron microscopy (TEM), energy dispersive x-ray spectroscopy



Cr, BCC
a=0.2884nm

NiAl, B2
a=0.2887nm

Fig. 1. Crystal structures of the Cr (BCC) and NiAl (B2).

0018-9464/94$4.00 © 1994 IEEE

3952

(EDX), and by X-ray diffractometry with Cu $K_\alpha$ radiation. The in-plane magnetic properties of the thin films were measured by vibrating sample magnetometry (VSM) with fields up to 10 kOe.

## III. RESULTS AND DISCUSSION

Fig. 2 shows the TEM diffraction ring patterns of 100nm thickness NiAl and Cr films sputter-deposited without substrate bias or heating. The superlattice reflection rings indicate that the NiAl film is indeed the B2 ordered structure, and judging from the well matched fundamental rings its lattice constant is very close to that of the Cr. The plane view micrograph of a 100nm NiAl film deposited on glass, Fig. 3, shows equiaxed grains with an average grain size of ~15nm which is about 50% smaller than the grain size of a similarly deposited Cr film [16]. A uniform, fine grain underlayer is always beneficial because it renders the possibility of a finer grain Co film. Whether the Co film can inherit the fine grain and still have good recording properties will be studied in our future work. The EDX analysis of the NiAl film shows its composition is 52.3 at% Al and 47.7 at% Ni which is well within the B2 phase region of the Al-Ni phase diagram [13].

Fig. 4 shows the coercivity values of 40nm thick CoCrTa films deposited on various thicknesses of NiAl or Cr underlayers without substrate bias or heating. In both cases, the coercivity increases and then reaches a plateau as the underlayer thickens. The CoCrTa/NiAl films have higher Hc except when the underlayer is thinner than 100nm. Fig. 5 is similar to Fig. 4 except the CoCrTa layer was deposited at a -200V substrate bias. The substrate bias increases Hc in both the CoCrTa/Cr and CoCrTa/NiAl films. But the Hc increase in CoCrTa/Cr films is higher. X-ray diffraction studies showed that the Cr underlayer has a stronger (110) texture than the NiAl underlayer, see Fig. 6. At the same time the CoCrTa films prepared on NiAl underlayers have a stronger {10$\bar{1}$0} texture. Our studies show that as the underlayer thickness increases the (112) x-ray peak appeared in the NiAl film earlier than in the Cr film. Therefore we believe

that the {10$\bar{1}$0} of CoCrTa is heteroepitaxially grown on the {112} of NiAl. There is no observable {10$\bar{1}$1} peak in the CoCrTa/NiAl film.

It has been reported that substrate bias during the Cr sputtering process alone can increase the Hc of the CoCrTa/Cr film by about 60% [17]. Similarly, we applied bias during the NiAl deposition of CoCrTa/NiAl films. However, we found that substrate bias during NiAl sputtering decreased the coercivity of the CoCrTa/NiAl film, Fig. 7. Our EDX analysis showed that bias sputtering changed the composition of the NiAl film. An increase of substrate bias voltage from 0 to -200V can change the Al content from 52.3 at% to 42.9 at%. This is due to the preferential resputtering of the Al during the deposition. The TEM diffraction ring pattern of a -200V substrate bias sputtered NiAl film shows rings belonging to a mixture of B2 NiAl and the orthorhombic $Ni_5Al_3$ phases. While this $Ni_5Al_3$ phase would not be anticipated for equilibrium bulk samples the sputtered thin film is probably not at equilibrium. As the bias voltage was increased the CoCrTa film gradually lost its epitaxially grown {10$\bar{1}$0} texture, and as a result its coercivity decreased. In the future, we will compensate for this composition shift by adjusting the target composition.

From Fig. 8, we see that the Hc of CoCrTa/NiAl films



Fig. 3. Bright field TEM micrograph of a RF sputtered 100nm NiAl film. The grain size is ~15nm.



Fig. 4. Coercivity vs. underlayer thickness of a 40nm CoCrTa film sputter-deposited without substrate bias. NiAl and Cr underlayers were also deposited without bias.



Fig. 2. TEM diffraction ring patterns of 100nm NiAl and Cr.



Fig. 5. Coercivity vs. underlayer thickness of a 40nm CoCrTa film sputter-deposited with a -200V substrate bias. NiAl and Cr underlayers were deposited without bias.



Fig. 6. X-ray diffraction spectra of CoCrTa/Cr and CoCrTa/NiAl films on glass substrates. All film layers were sputtered without substrate bias.



Fig. 7. Coercivity values of CoCrTa/NiAl films vs. voltage of substrate bias during the NiAl's deposition.



Fig. 8. Coercivity values of CoCrTa/NiAl films vs. substrate temperature during the sputtering process.

increases slightly with heat when no bias is applied during CoCrTa deposition and actually decreases if bias is applied. However, it is well known that for Cr underlayers heat causes a Cr {002} texture to develop leading to a {11$\bar{2}$0} CoCrTa texture and the Hc to increase substantially. For our NiAl films, x-ray diffraction studies show that heat does not promote a {002} NiAl texture nor a {11$\bar{2}$0} CoCrTa texture. Furthermore, the {10$\bar{1}$0} texture tends to be degraded.

## IV. CONCLUSIONS

The use of NiAl as an underlayer for Co alloy longitudinal recording media has been investigated for the first time. We found that the sputter-deposited NiAl films have a B2 ordered structure and a smaller grain size than Cr. The NiAl underlayers enhance the Co-alloy film's {10$\bar{1}$0} texture and increase their in-plane coercivity. Bias sputtering of the NiAl has been found to deplete the NiAl film of its Al content which deteriorates the B2 structure available for Co's epitaxial growth. It is anticipated that this Al content loss can be compensated for by adjusting the sputtering target composition. Substrate heating during deposition of the CoCrTa/NiAl is not as helpful as in the case of the CoCrTa/Cr because of the inability of the NiAl to develop {002} texture.

## ACKNOWLEDGMENT

The authors wish to thank Koji Kitano of Japan Energy Corp. for supplying the NiAl target material.

## REFERENCES

[1] S. Iwasaki, K. Ouchi and N. Honda, IEEE Trans. Magn., vol. 16, 1111 (1987).
[2] D.J. Rogers, J.N. Chapman, J.P.C Bernards and S.B. Luitjens, IEEE Trans. Magn., 25, 4180 (1989).
[3] T. Yogi, C. Tsang, T.A. Nguyen, K. Ju, G.L. Gorman and G. Castillo, IEEE Trans. Magn., vol. 26, 2271 (1990).
[4] K. E. Johnson, Proceedings of the Second International Symposium on Magnetic Materials, Processes, and Devices of the Electrochemical Society, vol. 92-10, 27 (1991).
[5] T. Lin, and T. Yamashita, IEEE Trans. Magn., vol. 24, 2700 (1988).
[6] H. Suzuki, N. Tsumita, M. Hayashi, Y. Shiroishi and Y. Matsuda, IEEE Trans. Magn., vol. 26, 2280 (1990).
[7] Rajiv Ranjan, J. Appl. Phys., 67 (9), 4698 (1990).
[8] T. Kogure, S. Katayama and N. Ishii, J. Appl. Phys., 67 (9), 4701 (1990).
[9] R. Ranjan, J. Chang, T. Yamashita and T. Chen, J. Appl. Phys., 73 (10), 5542 (1993).
[10] T.A. Nguyen and J.K. Howard, J. Appl. Phys., 73 (10), 5579 (1993).
[11] N. Tani, M. Hashimoto, Y. Murata, M. Ishikawa, Y. Ota, and K. Nakamura, J. Appl. Phys., 67 (12), 7507 (1990).
[12] K. Hono, B. Wong and D.E. Laughlin, J. Appl. Phys., vol. 68, 4734 (1990).
[13] R.D. Noebe, R.R. Bowman and M.V. Nathal, International Materials Rev., vol. 38, No. 4, 193 (1993).
[14] JCPDS diffraction data card, JCPDS, 1601 Park Lane, Swarthmore, Pennsylvania.
[15] S.R. Butler, J.E. Hanlon and R.J. Wasilewski, J. Phys. Chem. Solids, vol. 30, 1929 (1969).
[16] S.L. Duan, J.O. Artman, B. Wong and D.E. Laughlin, J. Appl. Phys., 67 (9), 4913 (1990).
[17] Y. Deng, D.N. Lambeth, L.L. Lee and D.E. Laughlin, J. Appl. Phys., 73 (10), 6677 (1993).

# Exhibit 9

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Exhibit 10

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Exhibit 11

US006110582A

# United States Patent [19]

## Wu et al.

[11] **Patent Number:** 6,110,582

[45] **Date of Patent:** Aug. 29, 2000

[54] **SUBSTANTIALLY TWO DIMENSIONAL ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A NIAL UNDERLAYER**

[75] Inventors: **Zhong Wu**, Fremont; **Rajiv Y. Ranjan**, San Jose, both of Calif.

[73] Assignee: **Seagate Technology, Inc.**, Scotts Valley, Calif.

[21] Appl. No.: **09/149,096**

[22] Filed: **Sep. 8, 1998**

### Related U.S. Application Data

[60] Provisional application No. 60/058,238, Sep. 8, 1997.

[51] Int. Cl.$^7$ ...................................................... G11B 5/66
[52] U.S. Cl. ...................... **428/332**; 428/336; 428/694 T; 428/694 TS; 428/900; 427/128; 427/129; 427/130; 427/131; 204/192.2
[58] Field of Search ........................... 423/694 T, 694 TS, 423/900, 332, 336; 427/128–131; 204/192.2

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,733,370 | 3/1998 | Chen | 117/105 |
| 5,879,783 | 3/1999 | Chang | 428/141 |
| 6,010,795 | 1/2000 | Chen | 428/611 |

#### OTHER PUBLICATIONS

Lee "NiAl Underlayers . . . ", IEE Transactions on Magnetics vol. 30, No. 6, Nov. 1996.

"NiA1 Underlayers for CoCrTa Magnetic Thin Films", Li–Lien Lee et al., IEEE Transactions of Magnetics, vol. 30, No. 6, Nov. 1994.

"Effects of Cr Intermediate Layers on CoCrPt Thin Film Media on NiA1 Underlayers", Li–Lien Lee, et al., IEEE Transactions on Magnetics, vol. 31, No. 6, Nov. 1995.

"Seed Layer Induced (002) Crystallographic Texture in NiA1 Underlayers", Li–Lien Lee, et al., Journal of Applied Pysics, vol. 79, No. 8, Apr. 15, 1996.

The Control and Characterization of the Crystallographic Texture of Longitudinal Thin Film Recording Media, David E. Laughlin, et al., IEEE Transactions on Megnetics, vol. 32, No. 5, Sep. 1996.

"41st Annual Conference on Magnetism and Magnetic Materials–Abstracts", Nov. 12–15, 1996.

*Primary Examiner*—Leszek Kiliman
*Attorney, Agent, or Firm*—McDermott, Will & Emery

[57] **ABSTRACT**

A high areal density magnetic recording medium exhibiting high H$_c$, high SNR, high S* and substantially two dimensionally isotropic magnetic properties is achieved by depositing a NiAl underlayer on a NiP-plated non-magnetic metallic substrate, such as an Al alloy substrate. Embodiments include depositing a Cr layer on the NiAl underlayer. The NiAl underlayer and/or Cr layer can optionally contain an alloying element for inducing a preferred HCP crystallographic structure in the magnetic layer by lattice matching.

**23 Claims, 6 Drawing Sheets**



| | |
|---|---|
| Lubricant | ～55 |
| Overcoat | ～54 |
| Magnetic Layer | ～53 |
| Cr - Layer | ～52 |
| NiAl Underlayer | ～51 |
| Al-plated NiP Substrate | ～50 |



| | |
|---|---|
| Lubricant | ~ 14 |
| Carbon Overcoat | ~ 13 |
| Magnetic Layer | ~ 12 |
| Underlayer | ~ 11 |
| Substrate | ~ 10 |

FIG. 1
PRIOR ART



FIG. 2
PRIOR ART

U.S. Patent        Aug. 29, 2000        Sheet 3 of 6        6,110,582



FIG. 3
PRIOR ART



FIG. 4
PRIOR ART



FIG. 5



FIG. 6A



FIG. 6B

6,110,582

1

# SUBSTANTIALLY TWO DIMENSIONAL ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A NIAL UNDERLAYER

## RELATED APPLICATIONS

This application claims priority from provisional patent application Ser. No. 60/058,238, filed Sep. 8, 1997, entitled "New Underlayer Design For Smooth Substrates of Longitudinal Recording Media", the entire disclosure of which is hereby incorporated herein by reference.

This application contains subject matter similar to subject matter in copending application Ser. No. 09/145,762, filed on Sep. 2, 1998 now pending.

## TECHNICAL FIELD

The present invention relates to a magnetic recording medium, such as a thin film magnetic recording disk, and to a method of manufacturing the medium. The invention has particular applicability to a high areal density magnetic recording media exhibiting low noise, high coercivity and high overwrite.

## BACKGROUND ART

The requirements for high areal recording density impose increasingly greater requirements on thin film magnetic recording media in terms of coercivity, remanent squareness, low medium noise and narrow track recording performance. It is extremely difficult to produce a magnetic recording medium satisfying such demanding requirements, particularly a high density magnetic rigid disk medium.

The linear recording density can be increased by increasing the coercivity of the magnetic recording medium. However, this objective can only be accomplished by decreasing the medium noise, as by maintaining very fine magnetically noncoupled grains. Medium noise, typically measured as the signal to noise ratio (SNR), is a dominant factor restricting increased recording density of high density magnetic hard disk drives. Medium noise in thin films is attributed primarily to inhomogeneous grain size and intergranular exchange coupling. Therefore, in order to increase linear density, medium noise must be minimized by suitable microstructure control.

A conventional longitudinal recording disk medium is depicted in FIG. 1 and typically comprises a non-magnetic substrate 10 having sequentially deposited thereon an underlayer 11, such as chromium (Cr) or a Cr-alloy, a magnetic layer 12, typically comprising a cobalt (Co) alloy, a protective overcoat 13, typically containing carbon, and a lubricant topcoat 14. Underlayer 11, magnetic layer 12 and protective overcoat 13 are typically deposited by sputtering techniques. The Co alloy magnetic layer normally comprises polycrystallites epitaxially grown on the polycrystal Cr or Cr-alloy underlayer.

It is recognized that the relevant magnetic properties, such as coercivity (Hc), magnetic remanence (Mr) and coercive squareness (S*), which are critical to the performance of a Co base alloy magnetic thin film, depend primarily on the microstructure of the magnetic layer which, in turn, is influenced by the underlayer on which it is deposited. Conventional underlayers include Cr, molybdenum (Mo), tungsten (W), titanium (Ti), chromium-vanadium (CrV) as well as Cr alloyed with various substitutional elements. It is recognized that underlayers having a fine grain structure are highly desirable, particularly for growing fine grains of hexagonal close packed (HCP) Co alloys deposited thereon.

2

It has been reported that nickel-aluminum (NiAl) films on a glass substrate exhibit a grain size which is smaller than similarly deposited Cr films which are the underlayer of choice in producing conventional magnetic recording media. Li-Lien Lee et al., "NiAl Underlayers For CoCrTa Magnetic Thin Films", IEEE Transactions on Magnetics, Vol. 30, No. 6, pp. 3951–3953, 1994.

Accordingly, NiAl thin films are potential candidates as underlayers for magnetic recording media for high density longitudinal magnetic recording. Such a magnetic recording medium is schematically illustrated in FIG. 2 and comprises glass substrate 20, NiAl underlayer 21 and cobalt alloy magnetic layer 22 (protective overcoat and lubricant topcoat omitted for illustrative convenience). However, it was found that the coercivity of a magnetic recording medium comprising an NiAl underlayer, such as that depicted in the FIG. 2, is too low for high density recording, e.g. about 2,000 oersteds (Oe).

Lee et al. subsequently reported that the coercivity of a magnetic recording medium comprising a glass substrate and an NiAl underlayer can be significantly enhanced by depositing a plurality of underlayers containing alternative NiAl and Cr layers rather than a single NiAl underlayer. Li-Lien Lee et al., "Effects of Cr Intermediate Layers on CoCrPt Thin Film Media on NiAl Underlayers," Vol. 31, No. 6, Nov. 1995, pp. 2728–2730. Such a magnetic recording medium comprising an alternative NiAl layer and Cr layer composite structure is schematically illustrated in FIG. 3.

Adverting to FIG. 3, the depicted magnetic recording medium comprises glass substrate 30 having sequentially formed thereon Cr sub-underlayer 31, NiAl underlayer 32, Cr intermediate layer 33, and Co alloy magnetic layer 34 (protective overcoat and lubricant topcoat omitted for illustrative convenience). It was found, however, that such a magnetic recording medium is characterized by an underlayer structure exhibiting a (110)-dominant crystallographic orientation which does not induce the preferred (11 20)-dominant crystallographic orientation in the subsequently deposited Co alloy magnetic layer and is believed to contribute to increased media noise. Li-Lien Lee et al. were able to obtain an underlayer exhibiting a (200)-dominant crystallographic orientation by initially depositing a Cr sub-underlayer directly on the non-magnetic substrate at an undesirably high temperature of about 260° C. using radio frequency (RF) sputtering. However, deposition of a Cr sub-underlayer at such an elevated temperature undesirably results in significantly larger grains than grains resulting from deposition at lower temperatures, e.g. approximating room temperature (25° C.). The formation of such larger grains is inconsistent with the very reason for employing NiAl as an underlayer. On the other hand, it is very difficult to obtain a Cr (200)-dominant crystallographic orientation, even at elevated temperature such as 260° C., on glass and glass ceramic substrates using direct current (DC) magnetron sputtering, which is widely employed in the magnetic recording media industry.

Li-Lien Lee et al. recognized the undesirability of resorting to high deposition temperatures to obtain a (200)-dominant crystallographic orientation in the underlayer structure. It was subsequently reported that an underlayer structure exhibiting a (200)-dominant crystallographic orientation was obtained by depositing a magnesium oxide (MgO) seedlayer using radio frequency (RF) sputtering. Li-Lien Lee et al., "Seed layer induced (002) crystallographic texture in NiAl underlayers," J. Appl. Phys. 79 (8), Apr. 15, 1996, pp. 4902–4904; and David E. Laughlin et al.,

6,110,582

**3**

"The Control and Characterization of the Crystallographic Texture of the Longitudinal Thin Film Recording Media," IEEE Transactions on Magnetics, Vol. 32, No. 5, September 1996, pp. 3632–3637. Such a magnetic recording medium comprising a MgO seedlayer and NiAl underlayer is schematically illustrated in FIG. 4 and comprises MgO seedlayer 41 deposited on substrate 40, NiAl underlayer 42 deposited on MgO seedlayer 41, and Co alloy magnetic layer 43 deposited on NiAl underlayer 42 (protective overcoat and lubricant topcoat omitted for illustrative convenience). Such a magnetic recording medium, however is not commercially viable from an economic standpoint, because sputtering systems in place throughout the industry making magnetic recording media with the conventional structure of magnetic layers epitaxially formed on underlayers are based upon direct current (DC) sputtering. Accordingly, RF sputtering an MgO seedlayer is not economically viable.

On the other hand, the objective of having a (200)-dominant crystallographic orientation in the underlayers is to induce (11$\bar{2}$0) crystallographic orientation in the Co alloy layers. Even through media comprising an MgO seedlayer and NiAl underlayer have a (200)-dominant crystallographic orientation in the underlayer, it does not have a (11$\bar{2}$0)-dominant crystallographic orientation in the Co alloy layer, according to Laughlin et al., "The Control and Characterization of the Crystallographic Texture of the Longitudinal Thin Film Recording Media," IEEE Transaction on Magnetics, Vol. 32, No. 5, September 1996, p. 3634. Laughlin et al. reported that the grain-to-grain epitaxial relationship between the (002) NiAl and the CoCrPt film is found to be [10$\bar{1}$1] CoCrPt//[001] NiAl, and (12$\bar{1}$0) CoCrPt//(100) NiAl, or (12$\bar{1}$0) CoCrPt//(010) NiAl. In other words, Laughlin et al. reported that there is no (11$\bar{2}$0) CoCrPt//(11$\bar{2}$0) NiAl epitaxial relationship found in the films with MgO seedlayers and NiAl underlayers. Rather, (200) orientation is identical with (002) orientation. When an FeAl underlayer is used instead of NiAl, it was reported that the (200) FeAl underlayer can only induce a weak (11$\bar{2}$0) textured CoCrPt by employing a MgO seedlayer or a (200) textured Cr seedlayer. Li-Lien Lee et al., "FeAl underlayers for CoCrPt thin film longitudinal media," CC-01, 41st Annual Conference on Magnetism and Magnetic Materials, Atlanta, Ga., Nov. 12–15, 1996.

In copending application Ser. No. 08/945,084, filed on Oct. 17, 1997 now U.S. Pat. No. 6,010,785, a magnetic recording medium is disclosed which comprises a surface oxidized NiP seedlayer, a Cr sub-underlayer thereon, a NiAl or FeAl underlayer formed on the sub-underlayer and a Cr or Cr alloy intermediate layer formed on the underlayer.

There exists a continuing need for high areal density magnetic recording media exhibiting a high signal to noise ratio (SNR) and high coercivity. There is a further continuing need for such magnetic recording media which exhibit improved overwrite properties and reduced modulation of magnetic properties, and are characterized by the absence of any substantial superlinear noise behavior at high areal recording densities.

### DISCLOSURE OF THE INVENTION

An object of the present invention is a magnetic recording medium for high areal recording density exhibiting low noise, high coercivity and substantial directional magnetic isotropy.

Another object of the present invention is a magnetic recording medium which exhibits excellent overwrite properties, little or no modulation of magnetic properties

**4**

and is characterized by the absence of any substantial superlinear noise behavior at high areal recording densities.

Another object of the present invention is a method of manufacturing a magnetic recording medium for high areal recording density exhibiting low noise, high coercivity and substantial directional magnetic isotropy.

Another object of the present invention is a method of manufacturing a magnetic recording medium which exhibits excellent overwrite properties, little or no modulation of magnetic properties and is characterized by the absence of any substantial superlinear noise behavior at high areal recording densities.

Additional objects, advantages and other features of the invention will be set forth in part in the description which follows and in part will become apparent to those having ordinary skill in the art upon examination of the following or may be learned from the practice of the invention. The objects and advantages of the invention may be realized and obtained as particularly pointed out in the appended claims.

According to the present invention, the foregoing and other objects are achieved, in part by a magnetic recording medium comprising: a non-magnetic substrate having a nickel-phosphorous plating thereon; a nickel-aluminum underlayer on the nickel-phosphorous plated nonmagnetic metallic substrate; and a magnetic layer on the underlayer; wherein the magnetic layer exhibits substantial directional magnetic isotropy. Embodiments include a Cr-containing underlayer, e.g., an alloy of Cr with elements such as V, Mo, W, Mn, Ti on the NiAl underlayer, and the magnetic layer on the Cr-containing underlayer.

Another aspect of the present invention is a method of manufacturing a magnetic recording medium, which method comprises: depositing a nickel-aluminum underlayer on a non-magnetic metallic substrate having a nickel-epitaxially growing a magnetic layer on the nickel-aluminum underlayer such that the magnetic layer exhibits substantial directional magnetic isotropy.

Additional objects and advantages of the present invention will become readily apparent to those skilled in this art from the following detailed description, wherein only the preferred embodiment of the invention is shown and described, simply by way of illustration of the best mode contemplated for carrying out the invention. As will be realized, the invention is capable of other and different embodiments, and its details are capable of modifications in various obvious respects, all without departing from the invention. Accordingly, the drawings and description are to be regarded as illustrative in nature, and not as restrictive.

### BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 schematically depicts a conventional magnetic recording medium structure.

FIG. 2 schematically depicts a prior art magnetic recording medium containing an NiAl underlayer.

FIG. 3 schematically depicts a prior art magnetic recording medium comprising a composite NiAl/Cr underlayer structure.

FIG. 4 schematically depicts a prior art magnetic recording medium comprising an NiAl underlayer and MgO seedlayer.

FIG. 5 schematically illustrates a magnetic recording medium in accordance with the present invention.

FIGS. 6A and 6B are graphs showing the $H_c$ and SNR of magnetic recording media in accordance with embodiments of the present invention.

6,110,582

5

## DESCRIPTION OF THE INVENTION

The present invention provides a magnetic recording medium suitable for high areal recording density exhibiting high $H_c$, high SNR and high S*. Magnetic recording media in accordance with embodiments of the present invention advantageously exhibit substantial directional magnetic isotropy.

A conventional technique for achieving high SNR involves high substrate heating temperatures. However, the use of high substrate heating temperatures disadvantageously destroys the underlayer texture which, in turn, decreases the crystalline orientation of the magnetic layer. Moreover, thermal stresses associated with high substrate heating temperatures negatively impact tribological characteristics of a disk surface. For example, high substrate heating temperatures induce microcracking on the disk surface, including the laser textured landing zone which may lead to head crashes.

Optimally, high density recording media require a low flying height to support high recording density. Thus, conventional textured substrates must be provided with supersmooth surfaces in order to achieve the requisite low flying height for high recording density. As used throughout this application, the term "supersmooth" denotes a polished surface typically having an average surface roughness Ra of no greater than 5 Å.

Conventional practices involve circumferentially texturing substrates to provide high $H_c$ and S* via anisotropic effects due to geometric anisotropy, thermal stress and the magnetorestriction effect. A typical NiP/Al substrate provided with a supersmooth substrate provides a significant challenge for media manufacturers. Specifically, any defect, such as a scratch, on a supersmooth NiP/Al substrate will induce local anisotropy, thereby causing undesirably high signal modulation during the read-write process. As a result, significant yield loss is encountered resulting in a higher manufacturing cost. It would be desirable and highly advantageous to provide a magnetic recording medium having an NiP/Al supersmooth substrate free from local anisotropy effects, as well as a textured substrate exhibiting substantial directional magnetic anisotropy.

Conventional practices involve the use of different materials as seedlayer, underlayer or bufferlayer designed for longitudinal magnetic recording media. An epitaxially grown magnetic layer exhibits a certain crystallographic structure resulting in certain magnetic properties. The choice of material and process parameters significantly impact media performance.

Conventional practices seek to control material selection and deposition conditions to obtain an underlayer exhibiting a (200) or (112)-dominant crystallographic orientation to induce a (11$\bar{2}$0) or (10$\bar{1}$0)-dominant crystallographic orientation in the magnetic layer deposited and epitaxially grown thereon. Thus, the preferred surface orientation of both the underlayer and magnetic layer of conventional longitudinal recording media results from the combined effects of substrate texturing, substrate heating prior to sputtering and variation of the underlayer material and deposition parameters. However, high density recording media require a reduction in texture, scratch and local physical and magnetic anisotropy, therefore reducing the modulation of the recording signal.

In accordance with the present invention, a NiAl underlayer is deposited on a NiP-plated non-magnetic metallic substrate, such as an aluminum (Al) or Al alloy substrate, such that a magnetic layer deposited thereon exhibits sub-

6

stantial directional magnetic isotropy inside the disc plane. Thus, in accordance with the present invention, the NiAl underlayer forms the B2 structure with a surface orientation plane being (112), the Cr underlayer will be epitaxially deposited on top of the NiAl film because its lattice constant of the BCC structure matches that of NiAl perfectly. As a consequence of lattice and crystalline plane matching, the magnetic layer will grow in a close-packed hexagonal structure with a (10$\bar{1}$0) crystallographic orientation which is isotropic inside the film surface. Therefore, the grains will have a (10$\bar{1}$0) orientation but substantially randomly distributed in the disc surface plane. As a result, the subsequently deposited magnetic layer exhibits a close-packed hexagonal structure with the magnetic easy axis, c-axis, lying in the film plane, but the axis is randomly distributed inside the film plane. Embodiments of the present invention include the formation of a magnetic recording medium wherein the magnetic properties have an orientation ratio (circumferential direction:radial direction) of about 1.0.

The formation of a magnetic layer exhibiting substantial two dimensional directional magnetic isotropy is advantageous in many respects. For example, a magnetic recording medium comprising a magnetic layer characterized by substantial directional magnetic isotropy exhibits significantly improved overwrite characteristics and significantly reduced magnetic property modulation, particularly reduced $H_c$ modulation in the circumferential direction. In addition, such substantial directional magnetic isotropy avoids any substantial nonlinear noise behavior at high recording densities.

The NiAl underlayer of the present invention can be represented by the formula:

$Ni_xAl_yA$; wherein x/y ranges from about 0.9 to about 1.1, and A is an optional alloying element selected for lattice matching with the subsequently deposited magnetic alloy layered to induce a preferred hexagonal closed pack crystal structure. Element A can be, for example, titanium, chromium, tungsten or zirconium.

In another embodiment of the present invention, a Cr-containing layer is deposited on the NiAl underlayer. The Cr-containing layer can also contain an alloying element selected for lattice matching with the subsequently deposited magnetic alloy to induce a preferred hexagonal closed pack crystal structure. Such an alloying element can be, for example, titanium, vanadium, molybdenum or zirconium. The Cr-containing layer similarly does exhibit a preferred crystallographic orientation, i.e., a (112)-dominant crystallographic orientation through the epitaxial growth.

Advantageously, the NiAl underlayer or Cr-containing layer can be sputter deposited in a conventional DC magnetron sputter apparatus. For example, the base pressure can be about $10^{-7}$ Torr, while the substrate can be heated in excess of 100° C. utilizing a sputtering pressure in the range of about 5 to about 15 mTorr.

The exact mechanism involved in depositing and epitaxially growing a magnetic layer exhibiting substantial two dimensional directional magnetic isotropy is not known with certainty. However, it is believed that the deposition of the NiAl underlayer directly on an NiP plated metallic substrate results in the NiAl underlayer having grains with dominant (112) orientation in a plane which are substantially randomly oriented. The subsequently deposited Cr-containing layers as well as magnetic layer, similarly, will have a dominant crystallographic orientation but randomly oriented inside the film plane.

Embodiments of the present invention include sputter depositing an NiAl underlayer having a thickness of about

6,110,582

7

100 Å to about 2,000 Å, e.g., about 200 Å to about 1,000 Å. In other embodiments of the present invention, a Cr-containing layer having a thickness of about 10 Å to about 1,000 Å is deposited on the NiAl underlayer. The present invention advantageously achieves a coercivity between 500 and 6,000 Oe, e.g., about 2,500 to about 4,000 Oe, particularly on supersmooth substrates. Advantageously, the present invention achieves an SNR at about 240 kiloflux change per inch (KFCI) of about 5 to about 40 dB, e.g., about 18 to about 25 dB. Advantageously, magnetic recording media in accordance with embodiments of the present invention do not exhibit any significant magnetic property modulation. For example, the maximum change in coercivity in both the circumferential and radial directions on the surface of the magnetic recording media is about 5 to about 300 Oe, and the maximum change in $M_r T$ ($M_r \times$ thickness) is about 0.005 to about 0.015 memu/cm$^2$.

The magnetic layer employed in the present invention can comprise any magnetic alloys conventionally employed in the manufacture of magnetic recording media, such as cobalt alloys containing chromium, platinum and tantalum, cobalt alloys containing chromium, tantalum and phosphorous, cobalt alloys containing chromium and tantalum or cobalt alloys containing chromium and phosphorous.

A magnetic recording medium produced in accordance with the present invention is schematically illustrated in FIG. 5 and comprises NiP plated Al substrate 50, NiAl underlayer 51, an optional Cr layer 52, magnetic layer 53, carbon-containing overcoat 54 and lubricant topcoat 55. As in conventional practices, the seedlayer, underlayer, magnetic layer and overcoat can be advantageously sputter-deposited employing a conventional sputtering system.

EXAMPLE

Sixteen magnetic recording media were made in accordance with the present invention employing an NiP-plated Al substrate having an NiAl underlayer thereon, a Cr layer on the NiAl underlayer, a magnetic layer containing cobalt, chromium, platinum, tantalum, and a C-containing protective overcoat thereon. Eight of the magnetic recording media comprised a supersmooth NiP-plated Al substrate, while the other eight comprised an NiP-plated Al substrate having a circumferential mechanical texture thereon with a maximum Ra of 6 Å. Apart from the supersmooth vis-à-vis mechanical texture of the NiP-plated Al substrate, all magnetic recording media were substantially the same and produced in substantially the same manner.

The magnetic properties of the 16 media were tested on a non-destructive rotating disk magnetometer. Samples were cut from the thin media and the coercivity was measured both at circumferential and radial directions of the disk sample using a vibrating sample magnetometer. The recording signal and media noise were measured at 240 KFCI linear density employing a Guzik tester with a magnetoresistive (MR) head which has a gap length of 0.5 $\mu$m and flies at a height of about 1.1 $\mu$inch. The results are reported in

8

Table I.

TABLE I

| | textured substrates | | | | smooth substrates | | |
|---|---|---|---|---|---|---|---|
| sample# | $H_c$ (Oe) | S* | SNR (dB) | sample# | $H_c$ (Oe) | S* | SNR (dB) |
| 1 | 2786 | 0.828 | 19.0 | 1 | 2982 | 0.828 | 20.9 |
| 2 | 2910 | 0.837 | 18.9 | 2 | 3043 | 0.850 | 20.9 |
| 3 | 2767 | 0.828 | 19.4 | 3 | 2880 | 0.842 | 20.7 |
| 4 | 2849 | 0.839 | 19.4 | 4 | 2944 | 0.842 | 21.7 |
| 5 | 2883 | 0.857 | 19.5 | 5 | 3047 | 0.841 | 21.5 |
| 6 | 2892 | 0.856 | 19.6 | 6 | 2919 | 0.837 | 20.6 |
| 7 | 2778 | 0.836 | 19.2 | 7 | 2859 | 0.830 | 21.8 |
| 8 | 2821 | 0.847 | 19.9 | 8 | 2897 | 0.828 | 21.7 |

The measured data reported in Table I includes the magnetic properties $H_c$, S*, as well as SNR, with $M_r t$ values between 0.55 and 0.66 memu/c$^2$. The $H_c$ and SNR of the two sets of samples (supersmooth surface vis-à-vis circumferential mechanical texture) are plotted in the graphs shown in FIGS. 6A and 6B. The data reveal that the use of a supersmooth substrate results in a $H_c$ on the average of 100 Oe greater vis-à-vis mechanically textured substrates, while both $M_r t$ and S* were maintained at similar values. In addition, the SNR exhibited an average of 2 dB gain for supersmooth substrates.

It was surprisingly found that the orientation ratios for both types of media (supersmooth and textured) were both 1.0, indicating that there is no anisotropy on the textured disk and no magnetic modulation along the textured direction. With or without texturing, the magnetic recording media of the present invention exhibited two dimensional isotropic magnetic performance. Thus, the use of an NiAl underlayer in accordance with the present invention randomized any geometric anisotropy effect on the disk surface, including the circumferential mechanical texturing or radial scratches, as well as any anisotropy effect due to thermal stress or magnetorestriction, resulting in less signal modulation and less media noise in the magnetic film. Such magnetic recording media having substantial isotropic magnetic properties advantageously exhibit improved overwrite and are not characterized by the presence of any substantial non-linear noise behavior at high recording densities.

The desirable reduction in modulation is apparent from Table II which summarizes the fluctuations of magnetic properties for the same two groups of eight samples prepared on textured and smooth substrates. In addition, Samples 9 and 10 are disks with similar Hc and Mrt values but employing a Cr/CoCrPtTa/C film structure.

6,110,582

9                                                                                          10

TABLE II

| | textured substrates | | | smooth substrates | |
|---|---|---|---|---|---|
| sample # | $dH_c$(Oe) | $dM_r t$(memu/cm²) | sample # | $dH_c$(Oe) | $dM_r t$(memu/cm²) |
| 1 | 94 | 0.045 | 1 | 51 | 0.037 |
| 2 | 101 | 0.028 | 2 | 41 | 0.031 |
| 3 | 78 | 0.042 | 3 | 42 | 0.039 |
| 4 | 77 | 0.027 | 4 | 38 | 0.028 |
| 5 | 68 | 0.054 | 5 | 31 | 0.023 |
| 6 | 70 | 0.028 | 6 | 34 | 0.038 |
| 7 | 53 | 0.043 | 7 | 32 | 0.040 |
| 8 | 49 | 0.025 | 8 | 34 | 0.027 |
| 9 | 96 | 0.048 | | | |
| 10 | 55 | 0.070 | | | |

The difference of maximum $H_c$ value and minimum $H_c$ value measured along the circumferential direction, and then averaged over five testing radii of the disk surface, is denoted by a $dH_c$. The measure of $M_r t$ fluctuation along the circumferential direction is denoted by $dM_r t$.

Further experimentation revealed that the $H_c$ can be fine tuned or tailored by varying the thickness of the NiAl underlayer and/or substrate temperature during deposition of the NiAl underlayer. In general, a coercivity of about 200 to about 500 Oe higher is achieved using a supersmooth substrate vis-à-vis a textured substrate, presumably due to better film uniformity and morphology.

All examples exhibited a significant reduction of $H_c$ modulation along the recording track direction for the supersmooth substrates when compared to those sputtered on textured substrates. In general, the $M_r t$ fluctuation was decreased employing supersmooth substrates. The magnetic recording media produced in accordance with the present invention, therefore, are extremely suitable for high density recording and advantageously, can be manufactured using supersmooth substrates.

The magnetic recording media according to the present invention exhibit substantial directional magnetic isotropy regardless of whether the substrate is supersmooth or textured. Advantageously, the magnetic recording media in accordance with the present invention, exhibit high coercivity and high SNR, reduced modulation and are characterized by the substantial absence of non-linear noise behavior at high recording densities. The magnetic recording media in accordance with the present invention enjoy utility in various applications, particularly applications wherein high density is required, such as a magnetic rigid disk media for longitudinal recording.

The magnetic layer of the present invention can comprise any magnetic alloy conventionally employed in the production of magnetic recording media. Such alloys include, but are not limited to, Co-based alloys such as CoCr, CoCrTa, CoNiCr, CoCrPtTa, CoCrPt, CoNiPt, CoNiCrPt and CoCrPtB. The thickness of the magnetic layer is consistent with the thickness of magnetic layers of conventional magnetic recording media. A Co-base alloy having a thickness of about 10 Å to about 1000 Å, such as about 100 Å to 500 Å, has been found suitable.

As in conventional magnetic recording media, a protective overcoat can be deposited on the magnetic layer by any conventional means, such as sputtering. Protective overcoats can comprise zirconium oxide ($ZrO_2$), carbon, including hydrogenated carbon, silicon carbide (SiC), or a carbon nitride (CN). The protective overcoat is provided in a thickness suitable to protect the underlying layers. An over-

coat having a thickness of about 10 Å to about 300 Å, such as about 50 Å to 200 Å has been found suitable.

As in conventional magnetic recording media, a layer of a lubricant can be applied on and bonded to the overcoat. The lubricant topcoat can be provided in any suitable thickness. A lubricant thickness of about 5 Å to 50 Å, such as about 10 Å to about 20 Å, has been found suitable.

Only certain embodiments of the invention and but a few examples of its versatility are shown and described in the present disclosure. It is to be understood that the invention is capable of use in various other combinations and environments and is capable of changes or modifications within the scope of the inventive concept as expressed herein.

What is claimed is:

1. A magnetic recording medium comprising:
   a non-magnetic substrate having a nickel-phosphorous plating thereon;
   a nickel-aluminum underlayer on the nickel-phosphorous plated nonmagnetic metallic substrate; and
   a magnetic layer on the underlayer; wherein the magnetic layer exhibits substantial directional magnetic isotropy in the medium surface plane.

2. The magnetic recording medium according to claim 1, having magnetic properties with an orientation ratio of about 1.

3. The magnetic recording medium according to claim 2, wherein the underlayer has a thickness of about 10 Å to about 2,000 Å.

4. The magnetic recording medium according to claim 1, wherein the underlayer is represented by the formula $Ni_x$-$Al_yA$; wherein:
   Ni represents nickel;
   Al represents aluminum;
   x/y equals 0.9–1.1; and
   A is an optional alloying element which induces a hexagonal close packed crystal structure in the magnetic layer by lattice matching.

5. The magnetic recording medium according to claim 4, wherein A is titanium, chromium, tungsten or zirconium.

6. The magnetic recording medium according to claim 1, further comprising a chromium-containing layer on the nickel-aluminum underlayer, wherein the chromium-containing layer contains an optional alloying element for inducing a hexagonal close packed crystal structure in the magnetic layer by lattice matching.

7. The magnetic recording medium according to claim 6, wherein the optional alloying element is titanium, tantalum, vanadium or zirconium.

8. The magnetic recording medium according to claim 6, wherein:

6,110,582

<table>
<tr><td>11</td><td>12</td></tr>
</table>

the nickel-aluminum underlayer has a thickness of about 10 Å to about 2,000 Å; and

the chromium-containing layer has a thickness of about 10 Å to about 1,000 Å.

9. The magnetic recording medium according to claim 6 having a surface plane, wherein the chromium-containing layer and the magnetic layer exhibit a dominant surface crystallographic orientation, the axial orientation of the c-axis being randomly distributed in the surface plane.

10. The magnetic recording medium according to claim 1 having a surface plane, wherein the nickel-aluminum underlayer and the magnetic layer exhibit a dominant surface crystallographic orientation, the axial orientation of the c-axis being randomly distributed in the surface plane.

11. The magnetic recording medium according to claim 6, exhibiting a coercivity of about 500 to about 6,000 Oe and a signal to noise ratio of about 5 to about 40 dB at 240 KFCI.

12. The magnetic recording medium according to claim 11, wherein:

the maximum change in coercivity in the circumferential and radial directions on the medium surface is about 5 to about 300 Oe; and

the maximum change in Mrt in the circumferential and radial directions on the medium surface is about 0.005 to about 0.15.

13. The magnetic recording medium according to claim 1, wherein the nickel-plated substrate has a supersmooth surface.

14. The magnetic recording medium according to claim 13, exhibiting a coercivity of about 2,500 to about 4,000 Oe.

15. The magnetic recording medium according to claim 1, wherein the magnetic layer comprises a cobalt alloy containing chromium, platinum, tantalum and/or phosphorous.

16. A method of manufacturing a magnetic recording medium, which method comprises:

depositing a nickel-aluminum underlayer on a non-magnetic metallic substrate having a nickel-phosphorous plating thereon; and

depositing and epitaxially growing a magnetic layer on the nickel-aluminum underlayer such that the magnetic layer exhibits substantial two dimensional directional magnetic isotropy.

17. The method according to claim 16, wherein the magnetic properties of the magnetic recording medium have an orientation ratio of about 1.0.

18. The method according to claim 16, further comprising depositing a chromium-containing layer on the nickel-aluminum underlayer, wherein the chromium-containing layer further contains an optional alloying element which induces a hexagonal close packed crystal structure in the magnetic layer by lattice matching.

19. The method according to claim 16, wherein the nickel-aluminum underlayer contains a optional alloying element which induces a hexagonal close packed crystallographic structure in the magnetic layer by lattice matching.

20. The method according to claim 17, comprising sputter depositing, by D.C. magnetron sputtering, the nickel-aluminum underlayer directly on the nickel phosphorous plated non-magnetic substrate, wherein:

the nickel aluminum underlayer and magnetic layer exhibit a dominant crystallographic orientation and a magnetic easy axis in the plane but randomly distributed.

21. The magnetic recording medium according to claim 6, wherein the nickel-aluminum underlayer has a (112) surface orientation plane.

22. A magnetic recording medium according to claim 21, wherein the magnetic layer exhibits a close-packed hexagonal structure comprising grains having a $(10\bar{1}0)$ crystallographic orientation substantially randomly distributed in the medium surface plane.

23. The magnetic recording medium according to claim 1, wherein the nickel-aluminum underlayer is directly on the nickel-phosphorous plating.

* * * * *

# Exhibit 12

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because they contain confidential information subject to the protective order*

*There is no public version of the document that is available.*

# Exhibit 13



## United States Patent [19]

Doerner et al.

[11] Patent Number: 5,302,434

[45] Date of Patent: Apr. 12, 1994

[54] MAGNETIC RECORDING DISK FOR CONTACT RECORDING

[75] Inventors: Mary F. Doerner, Los Gatos; Dan S. Parker, San Jose; Anthony W. Wu, San Jose; Tadashi Yogi, San Jose, all of Calif.

[73] Assignee: International Business Machines Corporation, Armonk, N.Y.

[21] Appl. No.: 926,986

[22] Filed: Aug. 7, 1992

[51] Int. Cl.5 ............................................. G11B 5/704
[52] U.S. Cl. ..................................... 428/64; 360/135; 428/336; 428/652; 428/694 TS; 428/694 TR; 428/694 ST; 428/694 SG; 428/900; 427/130
[58] Field of Search ...... 428/694 T, 694 TS, 694 TR, 428/694 ST, 694 SG, 64, 65, 652, 336; 360/135, 97.01; 427/129, 130, 131; 204/192.15, 192.2

[56]              References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,072,781 | 2/1978 | Shirahata et al. | 428/900 |
| 4,167,765 | 9/1979 | Watrous | 360/103 |
| 4,621,030 | 11/1986 | Uesaka et al. | 360/135 |
| 4,696,845 | 9/1987 | Yanagisawa | 428/64 |
| 4,849,305 | 7/1989 | Yanagisawa | 428/694 |
| 5,041,932 | 8/1991 | Hamilton | 360/104 |
| 5,047,274 | 9/1991 | Tsuya et al. | 360/135 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 50-1438 | 1/1975 | Japan . |
| 60-219638 | 11/1985 | Japan . |
| 61-96522 | 5/1986 | Japan . |
| 61-246380 | 11/1986 | Japan . |
| 63-140091 | 6/1988 | Japan . |

Primary Examiner—Stuart S. Levy
Assistant Examiner—Paul J. Ditmyer
Attorney, Agent, or Firm—Thomas R. Berthold

[57]                ABSTRACT

A magnetic recording disk based on conventional disk technology has both an extremely smooth top surface and high coercivity, and is incorporated in a contact recording disk file which requires an extremely smooth head-disk interface and a disk with high coercivity. A superfinished untextured NiP coating on a disk substrate is oxidized to form a NiO film. The NiO film permits the subsequently sputter deposited magnetic layer to have much higher coercivity, which enables the disk to be used in contact recording applications. The NiO film and the later deposited layers making up the disk, including the top protective overcoat, conform to the smooth surface of the polished NiP, thus preserving the extremely smooth surface of the top layer of the disk, which is required for the head-disk interface in contact recording disk files. In the preferred process for forming the NiO film on the substrate, the substrate is annealed in air at a temperature below that which would cause the NiP film to crystallize.

11 Claims, 5 Drawing Sheets



**U.S. Patent**     Apr. 12, 1994     Sheet 1 of 5     **5,302,434**





*FIG. 3*



*FIG. 4*



OVERCOAT
Co ALLOY
Cr, CrV
NiO
62
NiP
61
AlMg

68
67
66
64
60

*FIG. 5*



FIG. 6

**U.S. Patent**       Apr. 12, 1994       Sheet 5 of 5       **5,302,434**



Sputter Etch Effect on Coercivity

10 sec Etch

20 sec Etch

AlMg/NiP Substrates
250°C Deposition Temperature
Etch in 10-Percent Oxygen in Argon

COERCIVITY (Oe)

Etch Voltage

*FIG. 7*

5,302,434

1

# MAGNETIC RECORDING DISK FOR CONTACT RECORDING

## RELATED APPLICATION

This application is related to concurrently filed pending application Ser. No. 07/926,488.

## TECHNICAL FIELD

This invention relates to a thin film metal alloy magnetic recording disk, a process for making the disk, and to a disk file using the disk to provide an improved head-disk interface for contact recording.

## BACKGROUND OF THE INVENTION

In conventional rotating rigid disk files, each of the read/write transducers (or heads) is supported on a carrier (or slider) which rides on a cushion or bearing of air above the surface of its associated disk when the disk is rotating at its operating speed. The slider is connected to a linear or rotary actuator by means of a relatively fragile suspension. There may be a stack of disks in the disk file with the actuator supporting a number of sliders. The actuator moves the sliders radially so that each head may access the recording area of its associated disk surface. In these conventional disk files the slider is biased towards the disk surface by a small force from the suspension. Because the slider is in contact with the disk surface from the time the disk file is turned on until the disk reaches a speed sufficient to cause the slider to ride on the air-bearing, and again in contact with the disk surface when the disk file is turned off and the rotational speed of the disk falls below that necessary to create the air-bearing, such disk files are referred to as contact start-stop (CSS) disk files. In CSS disk files it is not necessary that the disk surface be extremely smooth since the slider is only in contact during start and stop operations. Instead, it is desirable to texture the disk surface to reduce the static friction between the slider and the disk when the slider is at rest on the disk surface.

In addition to the above-described conventional CSS magnetic recording disk files, "contact" recording rigid disk files have been proposed. In one type of contact recording, referred to as "liquid bearing" contact recording, the head-disk interface includes a liquid film as a liquid bearing between the transducer carrier and the disk. An example of this type of contact recording disk file is described in assignee's pending application, U.S. Ser. No. 264,604, filed Oct. 31, 1988, and published May 9, 1990 as European published application EP 367510. In another type of contact recording, referred to as "dry" contact recording, the disk file uses an integrated head-suspension which makes physical contact with the disk surface during read and write operations. In this type of contact recording disk file, as described for example in U.S. Pat. No. 5,041,932, a portion of the head actually wears away due to frictional contact with the disk over the life of the disk file. In both types of contact recording disk files it is necessary, because of the close head-disk spacing, to make the disk surface extremely smooth.

One type of disk which has been used in rigid disk files is a thin film metal alloy disk which typically comprises a substrate, such as an aluminum-magnesium (AlMg) alloy with a nickel-phosphorous (NiP) surface coating, a cobalt-based alloy, such as a CoPt or CoNi alloy, sputter deposited as the magnetic layer on the substrate, and a protective overcoat, such as a sputter-

2

deposited amorphous hydrogenated carbon film, formed on the magnetic layer. In addition to the magnetic layer and the protective overcoat, thin film disks may also include a sputter deposited underlayer, such as a layer of chromium (Cr), chromium-vanadium (CrV) or tungsten (W), between the substrate and the magnetic layer and a sputter deposited adhesion layer, such as a Cr, W or titanium (Ti) layer, between the magnetic layer and the protective overcoat. While this conventional disk is adequate for use in CSS disk files, it has been found that when the AlMg-NiP substrate is made very smooth, as required if the disk is to be used in contact recording disk files, it is not possible to manufacture the disk in the conventional manner and still achieve the required disk coercivity.

Thus what is needed is an improved thin film metal alloy magnetic recording disk, based upon the conventional disk technology, which is usable in contact recording disk files so that such files can have both the required smooth head-disk interface and disk coercivity.

## SUMMARY OF THE INVENTION

The present invention is a magnetic recording disk and process for making the disk, and a contact recording disk file with an improved head-disk interface and magnetic recording properties. A superfinished untextured NiP coating on a disk substrate is oxidized to form a NiO film. The NiO film permits the subsequently sputter deposited magnetic layer to have much higher coercivity, which enables the disk to be used in contact recording applications. The NiO film and the later deposited layers making up the disk conform to the smooth surface of the polished NiP, thus preserving the extremely smooth surface of the top layer of the disk, which is required for contact recording disk files.

In the preferred process for forming the NiO film on the substrate, the substrate is annealed in air at a temperature below that which would cause the NiP film to crystallize.

For a fuller understanding of the nature and advantages of the present invention, reference should be made to the following detailed description taken in conjunction with the accompanying drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side view in partial section illustrating schematically the major components of a liquid bearing contact recording disk file;

FIG. 2 is a top view of the disk file of FIG. 1 with the cover 11 removed;

FIG. 3 is an illustration of the head-disk interface of a liquid-bearing contact recording disk file;

FIG. 4 is an illustration of the head-disk interface of a dry contact recording disk file;

FIG. 5 is a sectional view of the disk of the present invention illustrating the various disk layers;

FIG. 6 is a graph of coercivity as a function of anneal temperature for disks with and without the oxide film formed by air annealing; and

FIG. 7 is a graph of coercivity as a function of etch voltage for disks with and without the oxide film formed by sputter etching in an $O_2$-Ar atmosphere.

5,302,434

3

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring first to FIG. 1, there is illustrated in sectional view a schematic of the liquid bearing contact recording embodiment of the disk file of the present invention. The disk file comprises a base 10 to which are secured a disk drive motor 12 and an actuator 14, and a cover 11. The base 10 and cover 11 provide a substantially sealed housing for the disk drive. Typically there is a gasket 13 located between base 10 and cover 11 and a small breather port (not shown) for equalizing pressure between the interior of the disk file and the outside environment. This type of disk file is described as being substantially sealed since the drive motor 12 is located entirely within the housing and there is no external forced air supply for cooling the interior components. A magnetic recording disk 16 is mounted on a hub 18, which is attached for rotation by drive motor 12. A read/write head or transducer (not shown) is formed on a transducer carrier 20. The carrier 20 is connected to the actuator 14 by means of a rigid arm 22 and a suspension 24, the suspension 24 providing a biasing force which urges the transducer carrier 20 onto the surface of the recording disk 16. During operation of the disk file the drive motor 12 rotates the disk 16 at a constant speed, and the actuator 14, which is typically a linear or rotary voice coil motor (VCM), moves the transducer carrier 20 generally radially across the surface of the disk 16 so that the read/write head may access different data tracks on disk 16.

FIG. 2 illustrates a top view of the interior of the disk file with the cover 11 removed and illustrates an annular lubricant reservoir 30, which serves as a means for holding a supply of liquid lubricant for replenishment of lubricant on the surface of disk 16. A thin continuous film of lubricant is maintained on the surface of disk 16 and is replenished by lubricant from the reservoir 30 during operation. FIG. 2 also illustrates in better detail the suspension 24 which provides a force to the carrier 20 to maintain the carrier into contact with the lubricant film on the disk 16. The suspension may be a conventional type of suspension such as that used in magnetic disk files which have an air-bearing slider. An example is the well-known Watrous suspension, as described in assignees' U.S. Pat. No. 4,167,765. This type of suspension also provides a gimbaled attachment of the transducer carrier which allows the carrier to pitch and roll as it rides on the liquid lubricant film.

FIG. 3 illustrates a side view of the transducer carrier 20 and a sectional view of the disk 16 in the liquid bearing contact recording embodiment of the present invention. The carrier 20 has a ski foot 40 near its rear end and a head 42 located on its trailing edge 44. The ski foot 40 is in contact with a liquid film 50 on disk 16 and is maintained in contact during read or write operations by the bias force supplied by the attached suspension 24.

FIG. 4 illustrates a side sectional view of an integrated head-suspension 23 and a sectional view of the disk 16 in the dry contact recording embodiment of the present invention. The integrated head-suspension 23 serves the function of both the suspension 24 and the carrier 20 in the liquid bearing embodiment of FIG. 3. In contrast, however, the transducer, shown as a pole tip 27 and coil 29, is embedded within the integrated head-suspension 23. There is no liquid film on the surface of disk 16, which eliminates the need for a lubricant reservoir, and the head-suspension 23 makes direct

4

contact with the surface of disk 16 during read and write operations.

Referring now to FIG. 5, the disk 16 of the present invention is illustrated in sectional view. The disk substrate 60 comprises a an AlMg base 61 with a NiP surface coating 62. The substrate is a commercially available disk substrate available from several vendors, such as Toyo Kohan and Nippon Light Metals. The AlMg is typically 5586 aluminum alloy and the NiP is electrolessly deposited to a thickness of approximately 10–15 microns. In applications for contact recording it is necessary that the surface of the NiP coating 62 be extremely smooth. Thus the NiP coating 62 is polished by various known techniques, such as mechanical polishing with $Al_2O_3$ abrasive, so as to have an arithmetic average surface roughness $(R_a)$ of approximately 10 Angstroms or less. A nickel oxide film 64, consisting essentially of NiO, is then formed on the NiP coating 62 by either of the techniques described below. The thickness of the NiO film 64 is not critical, provided it is thick enough to control the nucleation of the underlayer, which has been found to be in the range of approximately 10–30 Angstroms. Following the formation of the NiO film 64, the remaining well known layers of the disk 16 are formed in the conventional manner by sputter deposition. These include a Cr or CrV underlayer 66 to a thickness of approximately 200 to 1200 Angstroms, a Co alloy magnetic layer 67, such as a CoPtCr or CoNi alloy, to a thickness of approximately 100 to 500 Angstroms, and a hydrogenated carbon protective overcoat 68, sputter deposited from a carbon target in the presence of hydrogen, to a thickness of approximately 250 Angstroms. Because the subsequently deposited layers are conformal to the surface of the substrate, it is necessary that the substrate surface (i.e. the surface of the NiP surface coating 62) be extremely smooth in order that the surface of the protective overcoat 68 presents an extremely smooth interface for the head, as required in contact recording disk files.

In the preferred process for forming the NiO film 64, the substrate 60 is washed and then placed in a chamber where it is heated in air to a temperature in the range of 100–200 degrees C. for Approximately 20 to 60 minutes. The temperature must be maintained below approximately 250 degrees C., which is the temperature at which the amorphous NiP may crystallize. As a result of this oxidation process it has been found that a film consisting essentially of NiO is formed to a thickness of approximately 10–30 Angstroms on the NiP coating 64. While testing of the oxide film has confirmed that the clearly predominant constituent is NiO, other oxides, such as $NiO_2$ and $Ni_2O_3$, could also be present. By comparison, testing of the surface of the NiP coating 62 after washing indicated a native oxide layer having a thickness of approximately 15 Angstroms, but with no significant NiO.

In an alternative process for forming the NiO film 64, the oxidation is achieved by sputter etching in the presence of oxygen. The substrate 60 is placed in the vacuum chamber and the NiP surface coating 62 is sputter etched in an argon (Ar) atmosphere containing approximately 10% $O_2$. Immediately thereafter and without breaking vacuum the subsequent disk layers 66, 67, 68 are sputter deposited.

The improvement in disk coercivity by the oxidation of the NiP surface coating is illustrated in FIGS. 6 and 7. In FIG. 6, disks with different values of remanence-thickness product $(M_r*t)$ and with $Co_{78}Pt_8Cr_{20}$ mag-

5,302,434

| 5 | 6 |

netic layers were fabricated on superfinished ($R_a$=7 Angstroms) substrates with and without the NiO films formed by annealing in air. As shown, there is a significant increase in coercivity for those disks having the NiO films formed by annealing in the range of 100–200 degrees centigrade for 60 minutes. For example, the coercivity of the disk with $M_r*t$=0.75 memu/cm² is increased from 900 Oe (no NiO film) to 1850 Oe when a NiO film is formed by air annealing at 150 degree C. for 60 minutes. In FIG. 7, similar disks were fabricated on superfinished substrates which had been sputter etched in a 10% $O_2$ Ar atmosphere at 750 and 1250 sputter etch voltages for 10 and 20 seconds. As shown, there is a significant increase in coercivity for the disks which had the substrates sputter etched. For example, a 10 second sputter etch increases the coercivity from 1000 Oe to 1300 Oe when done at 750 volts, and from 1000 Oe to 1850 Oe when done at 1250 volts.

It has also been found that the oxidation of the superfinished NiP coating provides other improvements in the disks. The polishing of the NiP leaves some residual scratches in the surface. These scratches can result in magnetic anisotropy with enhanced coercivity and squareness along he scratch direction. Since the residual scratches are not aligned parallel to the recording track direction, the anisotropy produces undesirable signal amplitude modulation. The formation of the NiO film on the NiP coating significantly reduces this modulation by altering the crystallographic orientation of the underlayer and magnetic layer.

While the preferred embodiments of the present invention have been illustrated in detail, it should be apparent that modifications and adaptations to those embodiments may occur to one skilled in the art without departing from the scope of the present invention as set forth in the following claims.

What is claimed is:

1. A thin film metal alloy magnetic recording disk comprising:

a substrate comprising an aluminum alloy having a nickel-phosphorous surface coating;

a film of nickel oxide formed on the nickel-phosphorous coating;

an underlayer formed on the nickel oxide film; and

a magnetic layer comprising a cobalt-based alloy formed over the underlayer.

2. A disk according to claim 1 wherein the underlayer comprises chromium or an alloy of chromium and vanadium.

3. A disk according to claim 1 including a protective overcoat formed over the magnetic layer.

4. A disk according to claim 1 wherein the nickel-phosphorous coating has an arithmetic average surface roughness of approximately 10 Angstroms.

5. A disk according to claim 1 wherein the disk has a coercivity of approximately 1800 Oersteds.

6. A thin film cobalt alloy magnetic recording disk comprising:

a substrate comprising an aluminum alloy having a nickel-phosphorous surface coating, the coating has an arithmetic average surface roughness of approximately 10 Angstroms;

a film of nickel oxide formed on the nickel-phosphorous coating;

an underlayer sputter deposited on the nickel oxide film;

a magnetic layer comprising cobalt and platinum sputter deposited on the underlayer; and

a protective overcoat formed over the magnetic layer.

7. A process for manufacturing a magnetic recording disk comprising the steps of:

providing a disk substrate of an aluminum alloy having a nickel-phosphorous surface coating, the surface of the substrate having an arithmetic average roughness ($R_a$) of approximately 10 Angstroms;

forming a film of nickel oxide directly on the nickel-phosphorous coating;

sputter depositing na underlayer onto the nickel oxide film;

sputter depositing a cobalt alloy magnetic layer onto the underlayer; and

forming a protective overcoat over the magnetic layer.

8. A process according to claim 7 wherein the step of forming the nickel oxide film further comprises sputter etching the nickel-phosphorous coating in the presence of oxygen.

9. A process according to claim 7 wherein the step of forming the nickel oxide film further comprises heating the substrate in the presence of oxygen.

10. A process according to claim 7 wherein the step of forming the nickel oxide film further comprises forming the nickel oxide film to a thickness of approximately 20 Angstroms.

11. A process according to claim 7 wherein the step of sputter depositing an underlayer comprises sputter depositing an underlayer of chromium or an alloy of chromium and vanadium.

* * * * *

# Exhibit 14

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because
they contain confidential information
subject to the protective order*

*There is no public version of the document that is
available.*