IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-418-SLR |
| ) | |
| CORNICE, INC. ) | **REDACTED VERSION** |
| ) | |
| Defendant. ) | |

**APPENDIX IN SUPPORT OF
DEFENDANT CORNICE, INC.'S OPENING BRIEF IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT [NO. 3] OF
<u>NON-INFRINGEMENT OF U.S. PATENT NO. 5,452,159</u>**

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
*Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Original Filing Date: November 18, 2005

Redacted Filing Date: November 28, 2005

## TABLE OF CONTENTS

| Description | Exhibit No. |
|---|---|
| Plaintiff Seagate Technology LLC's Supplemental Responses to Defendant Cornice, Inc.'s First Set of Interrogatories (Nos. 1, 2, 3, 4 and 9) to Plaintiff dated June 21, 2005 | A |
| Excerpt from David Bogy's April 11, 2005 Deposition | B |
| Excerpt from Expert Report of David B. Bogy, Ph.D., August 11, 2005 | C |
| Excerpt from Expert Report of David B. Bogy, Ph.D., February 15, 2005 | D |

# EXHIBIT A

# REDACTED

# EXHIBIT B

REDACTED

# EXHIBIT C

# REDACTED

# EXHIBIT D

# REDACTED

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on November 28, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

>**BY HAND**
>
>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE 19801
>
>**BY FEDERAL EXPRESS**
>
>Ruffin B. Cordell, Esquire
>Fish & Richardson, P.C.
>1425 K Street, NW, Suite 1100
>Washington, DC 20005

>/s/ *Julia Heaney*
>Julia Heaney (#3052)
>MORRIS, NICHOLS, ARSHT & TUNNELL
>jheaney@mnat.com
>  *Attorneys for Defendant and*
>  *Counterclaim Plaintiff Cornice, Inc.*