IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>        Defendant. | C.A. No. 04-418 (SLR)<br><br>REDACTED |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S
CLAIM CONSTRUCTION BRIEF
REGARDING U.S. PATENT NOS.
6,324,054, 6,545,845 AND 5,596,461**

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 6,324,054 (issued Nov. 27, 2001). |
| 2. | U.S. Patent No. 6,545,845 (issued April 8, 2003). |
| 3. | U.S. Patent No. 5,596,461 (issued January 21, 1997). |
| 4. | Order No. 8: Initial Determination Granting Respondent's Motion for Summary Determination of Noninfringement. |
| 5. | Expert Report of James H. Morehouse, Ph.D. Regarding Invalidity of U.S. Patent 5,596,461 (served August 22, 2005). |

1

6. Document for Defining the Storage Element Assembly and Test flow (COR-ITC044837).

7. Specification, HSA – 69ktpi 1.5GB Storage element SAE (COR-ITC001193-001206).

8. Specification, HSA – 84ktpi 2.0/1.5GB Storage Element SAE (COR-ITC002265-002278).

9. Excerpt of Transcript of Deposition of Peter G. Madden (Jan. 13, 2005).

10. Expert Report of David B. Bogy, Ph.D.

11. Amendment in Response to Paper No. 4 (Mailed Feb. 12, 1996).

12. Compact Oxford English Dictionary.

13. Expert Report of James H. Morehouse, Ph.D. Regarding Invalidity of U.S. Patent 6,324,054 (served August 22, 2005).

14. Excerpt of Transcript of Deposition of James Morehouse, Ph.D. (Oct. 20, 2005).

15. Excerpt of Transcript of Deposition of David Niss, Vol. 2 (July 28, 2005).

16. Expert Report of Norm V. Gitis, Ph.D.

17. Expert Report of James H. Morehouse, Ph.D. Regarding Invalidity of U.S. Patent 6,545,845 (served August 22, 2005).

18. Rebuttal Expert Report of Norm V. Gitis, Ph.D.

19. U.S. Patent No. 4,805,055 (issued Feb. 14, 1989).

20. Application/Control Number 10/104,698.

21. Amendment submitted to U.S. Patent Office during prosecution of U.S. Patent No. 6,324,054 (received Dec. 30, 2002).

22. The American Heritage Dictionary (2nd Coll. Ed. 1985) at 513.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 18th day of November, 2005.

                                                                      */s/ Timothy Devlin*
                                                                       Timothy Devlin

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on November 28, 2005, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin