# EXHIBIT 1

US006324054B1

(12) **United States Patent**  (10) Patent No.: **US 6,324,054 B1**
Chee et al.  (45) Date of Patent: **Nov. 27, 2001**

(54) **WRAP AROUND SHOCK ABSORBER FOR DISC DRIVES**

(75) Inventors: **Wai Onn Chee; Joseph Cheng-Tsu Liu; Niroot Jierapipatanakul; Choon Kiat Lim; Michael Joo-Chiang Toh**, all of Singapore (SG); **Pow-Hing Yong**, Johor Bahru (MY)

(73) Assignee: **Seagate Technology LLC**, Scotts Valley, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/546,674**

(22) Filed: **Apr. 11, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/236,845, filed on Jan. 25, 1999.
(60) Provisional application No. 60/072,490, filed on Jan. 26, 1998.

(51) Int. Cl.⁷ ........................................ **H05K 7/00**
(52) U.S. Cl. ........................... **361/685**; 361/730; 248/635; 360/97.01
(58) Field of Search ................................. 361/685, 683, 361/684, 728, 730; 248/60, 581, 609, 611, 615, 634, 635, 638; 360/97.01, 137

(56) **References Cited**

U.S. PATENT DOCUMENTS

D. 304,178   10/1989   Cranston, III et al. ............ D14/367

| D. 404,723 | | 1/1999 | Avery et al. ........................ D14/365 |
|---|---|---|---|
| 4,833,554 | | 5/1989 | Dalziel et al. ............... 360/98.04 |
| 5,021,905 | | 6/1991 | Sieger ........................... 360/97.02 |
| 5,426,562 | | 6/1995 | Morehouse et al. ................. 361/685 |
| 5,491,608 | * | 2/1996 | Koyanagi et al. ................... 361/685 |
| 5,535,092 | | 7/1996 | Bang ............................. 361/685 |
| 5,552,946 | | 9/1996 | Bicknese et al. ............... 360/97.01 |
| 5,583,742 | | 12/1996 | Noda et al. ....................... 361/683 |
| 5,587,854 | | 12/1996 | Sato et al. ..................... 360/97.01 |
| 5,721,457 | | 2/1998 | Sri-jayantha et al. ............. 307/119 |
| 5,886,714 | * | 3/1999 | Bueney et al. ..................... 347/33 |
| 6,005,768 | | 12/1999 | Jo ................................. 361/685 |
| 6,078,498 | * | 6/2000 | Eckerd et al. ..................... 361/685 |
| 6,097,608 | * | 8/2000 | Berberich et al. ................. 361/752 |
| 6,129,579 | * | 10/2000 | Cox et al. ....................... 439/493 |

* cited by examiner

Primary Examiner—Leo P. Picard
Assistant Examiner—Hung Van Duong
(74) Attorney, Agent, or Firm—John R. Wahl; Merchant & Gould LLC

(57) **ABSTRACT**

The shock absorber apparatus for a disc drive is a molded polymeric enclosure adapted to receive and retain a disc drive. One preferred embodiment of the present invention has a shock absorbing material of a first thickness adjacent a critical region of the drive and a second thickness of shock absorbing material adjacent a non-critical region of the disc drive. The first thickness is greater than the second thickness in order to absorb a greater shock load to protect the critical region of the disc drive.

**22 Claims, 9 Drawing Sheets**





PRIOR ART

FIG.1

Case 1:04-cv-00418-SLR    Document 198-2    Filed 11/28/2005    Page 4 of 49



FIG.2



FIG.3



FIG.4



FIG.5



FIG.6



FIG.7



FIG.8

Case 1:04-cv-00418-SLR     Document 198-2     Filed 11/28/2005     Page 9 of 49



FIG.9

FIG.10

FIG.11

FIG.12

FIG.13



FIG.14

Case 1:04-cv-00418-SLR    Document 198-2    Filed 11/28/2005    Page 11 of 49



FIG.15

US 6,324,054 B1

1

# WRAP AROUND SHOCK ABSORBER FOR DISC DRIVES

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/236,845, filed Jan. 25, 1999, which claims the benefit of priority of U.S. Provisional Application Serial No. 60/072,493, filed Jan. 26, 1998.

## FIELD OF THE INVENTION

This invention relates generally to increasing the shock robustness of disc drives, and in particular embodiments to an apparatus and process for increasing the shock robustness of a disc drive by encapsulating the disc drive in a shock absorbing material.

## BACKGROUND OF THE INVENTION

Disc drives are viewed by many as delicate and sensitive data storage devices. External vibrations and shocks can damage a disc drive and destroy large amounts of data. A typical disc drive has one or more circular metal discs, coated on both sides with a thin layer of magnetizable material. These discs can be mounted on a spindle that rotates them at a constant, high speed. For each surface (the top and the bottom of each disc), the drive has a read/write head. These heads are mounted on a head assembly that moves them in toward the spindle or out toward the edge of the disc.

Traditional disc drives are designed to keep the heads flying several microns above the surface of the discs. The air flow created between the heads and surface keeps the heads from touching the surface. If the head hits the surface too hard, the head will damage the surface (and possibly the head). In particular, if the head hits the surface and scraps off a portion of the magnetizable coating, data stored on that portion of the disc may be lost. External vibrations and shock can damage the disc drive by causing the head to hit the disc.

External vibrations and shock may be caused by packaging, transporting, assembling, and handling the disc drive. To reduce these damaging effects, the disc drives have been designed to meet specific, customer defined vibration and shock specifications. Specifically, many disc drives use shock absorbers to reduce the damaging effects of the customer defined specification loads.

Conventional shock absorbers may use shock mounts 110 to attach a bracket 112 to the disc drive 100 and isolate the disc drive 100 from vibration and shock, as represented by FIG. 1. The Z axis 102 is defined as the direction perpendicular to the top cover surface 104 of the disc drive 100. The X axis 108 is defined in the direction of the shortest edge and the Y axis 106 is defined in the direction perpendicular to the X axis. This shock mount design tends to protect the disc drive 100 from the customer specified shock. The design also protects the individual components inside the disc drive, such as the spindle/motor, head gimbal assembly, e-block arm to disc spacing, etc. However, the shock mount design is often times limited to only absorbing the customer defined shock load specification.

The shock mount design can be tested by using a shock mount test. In the shock mount test, engineers select a mounting orientation for the disc drive 100. The mounting orientation is related to a customer specified shock direction. The disc drive 100 is mounted on a table in accordance with

2

the selected orientation. The table is then dropped onto a stopper. The stopper imparts a predefined amount of deceleration to the table and hence, to the disc drive 100. Shock mount designs that pass the shock mount test generally protect and isolate the disc drive 100 from the customer defined vibration and shock load specification.

As an alternative to the shock mount design, conventional disc drive systems may also use a shock absorbent jacket to protect the disc drive from vibration and shock. The shock absorbent jacket is made of a shock absorbing material that encloses the disc drive. However, like the shock mount design, the shock absorbent jacket generally protects and isolates the disc drive from the customer defined vibration and shock load specifications.

The shock absorbent jacket is tested using a three axes test. The three axes test comprises providing a perpendicular shock input on all six surfaces of the disc drive. The Z axis is defined as the direction perpendicular to the top cover surface of the disc drive. The top cover surface is the surface with the largest surface area. The X axis is defined in the direction of the longest edge of the disc drive and the Y axis is defined in the direction perpendicular to the X axis. The shock input provided by the three axes test is predictable and controlled. In particular, the disc drive is dropped from a specified height and direction which are proportional to the magnitude and direction of a customer defined shock specification.

The conventional shock absorbers, such as the shock mount design and the shock absorbent jacket, are typically not defined to absorb unpredictable vibrations and shocks. These shock absorbers frequently fail to protect the disc drive system from vibration and shocks produced in harsh environments. Instead, such shock absorbers may only protect the disc drive from the customer defined shock.

Thus, there is a need in the art for a shock absorbing apparatus that is capable of absorbing shocks in harsh and unpredictable environments.

## SUMMARY OF THE INVENTION

To overcome the limitations in the prior art described above, as well as other limitations that will become apparent upon reading and understanding the following detailed description, the present invention is an apparatus for increasing the robustness of a disc drive. Generally, the present invention is a drive enclosure that has a shock absorbing material encapsulating a disc drive. The disc drive, for purposes of this description, has at least one critical region and at least one non-critical region. A critical region is a region of the drive that is relatively sensitive to vibration and shock accelerations. A non-critical region of the drive is a region that is relatively insensitive to vibration and shock accelerations. The shock absorbing material has a first portion of a first thickness and a second portion of a second thickness. The first thickness is adapted to cover each critical region of the disc drive. The second thickness is adapted to cover each non-critical region of the disc drive. The first thickness is greater than the second thickness.

## BRIEF DESCRIPTION OF THE DRAWINGS

The various sheets of drawing include reference numbers in which like reference numbers represent corresponding parts throughout the various figures.

FIG. 1 schematically illustrates a prior art shock mount design.

FIG. 2 is a plan view of an exemplary disc drive with its cover partially broken away to show typical internal components.

US 6,324,054 B1

3

FIG. 3 is a perspective view of a shock absorber apparatus for enclosing or encapsulating a disc drive according to one preferred embodiment of the present invention.

FIG. 4 is a perspective view of a disc drive system including a shock absorber apparatus shown in FIG. 3.

FIG. 5 schematically illustrates an exemplary tilt drop test configuration for the system in FIG. 4.

FIG. 6 illustrates shock signals received from an accelerometer attached to a disc drive that is encapsulated by a shock absorber material shown in FIG. 4 in accordance with the present invention.

FIG. 7 illustrates shock signals received from an accelerometer attached to a conventional disc drive that is not encapsulated by a shock absorber.

FIG. 8 is an exploded view of a disc drive system in accordance with an alternative preferred embodiment of the present invention.

FIG. 9 is a separate top plan view of the shock absorber apparatus for the disc drive system shown in FIG. 8.

FIG. 10 is a separate bottom plan view of the shock absorber apparatus shown in FIG. 8.

FIG. 11 is a left end view of the shock absorber apparatus as shown in FIG. 9.

FIG. 12 is a side view of the shock absorber apparatus shown in FIG. 8.

FIG. 13 is a right end view of the shock absorber apparatus shown in FIG. 9.

FIG. 14 is a perspective upper view of the system in accordance with the alternative preferred embodiment of the invention in FIG. 8.

FIG. 15 is a perspective lower view of the system in accordance with the alternative preferred embodiment of the invention in FIG. 8.

DETAILED DESCRIPTION OF THE INVENTION

In the following description of preferred embodiments, reference is made to the accompanying drawings which form a part hereof, and in which is shown by way of illustration a specific embodiment in which the invention may be practiced. It is to be understood that other embodiments may be utilized and structural changes may be made without departing from the scope of the preferred embodiments of the present invention.

FIG. 2 illustrates a typical disc drive apparatus that could be used in the system including embodiments of the present invention. The disc drive apparatus 200 includes a housing 202 (partially shown), a data storage disc 204, head-arm assembly 206 which resides adjacent the data storage disc 204 and a controller 208 (partially shown). FIG. 2 is a top plan view of the disc drive apparatus 200, wherein a top portion of the apparatus 200 has been cut-away to expose the head-arm assembly 206 positioned over the data storage disc 204. It will be understood that numerous details of construction of the disc drive 200 are not included in the following description, as such, they are well known to those skilled in the art and are believed to be unnecessary for the purpose of describing the present invention.

The housing 202 includes a base 210 and a top 212, wherein the base 210 is configured to support the data storage disc 204 and the head-arm assembly 206. The top 212, coupled with the base 210 and a perimeter gasket 211, provide a sealed internal environment for the disc drive 200.

The data storage disc 204 includes a recording surface 213 which is divided into concentric circular data tracks (not

4

shown). Alternatively, the recording surface 213 may define a spiral track configuration. The recording surface 213 is capable of receiving and storing information for later use.

A spindle motor 214, encased by a hub 230, is mounted to the base 210. The data storage discs 204, which are centered open discs, are mounted around the hub 230 and secured by a clamp ring 217 for rotation at a constant half speed. Typically, the motor 214 is capable of spinning between 7200 to at least 20,000 rpm.

Adjacent the disc 204 is a head-arm assembly 206 which pivots on a pivot spindle assembly 207. The head-arm assembly 206 includes an arm 220, a suspension member 221 and a read/write head 222, wherein the head 222 is positioned over the data storage disc 204 at one end of the suspension member 221. The suspension member 221 can be moved across the recording surface 213 of the disc 204, thereby allowing the head 222 to be moved across the face 213 such that the information on the disc 204 can be read. If an external vibration or shock occurs, or if an intense internal vibration occurs, while the heads 222 are being moved to a particular destination, the head 222 may not be capable of reading the information on the disc. As a result, an error may occur during a reading or writing operation due to that vibration.

A plurality of storage discs 204 may be arranged in a stack, supported on the motor 214. A plurality of heads are supported on a head-arm assembly 206 in an E-block structure, to access the discs 204 simultaneously, wherein each head accesses one of two surfaces (top and bottom) of each disc 204.

The movement of the head-arm assembly 206 is controlled by the controller 208. The controller 208 is coupled to the base 210 and is in electronic communication with further components of the disc drive apparatus 200. The controller 208 comprises any suitable means capable of controlling the components of the disc drive, such as, the motor 214 and the head-arm assembly 206.

Those skilled in the art will recognize that the exemplary environment illustrated in FIG. 2 is not intended to limit the present invention. Indeed, those skilled in the art will recognize that other alternative disc drive designs may be used without departing from preferred embodiment of the present invention.

One preferred embodiment of the present invention provides a shock absorbing material 300 for encapsulating a disc drive 200, as illustrated in FIG. 3. The shock absorbing material 300 has openings 302 for inserting the disc drive 200. A typical disc drive 200 has critical regions 304, such as corners, and non-critical regions 306, such as the top surface. The critical regions 304 are more susceptible to being damaged by external vibrations or shocks. At the critical regions 304, the shock absorbing material 300 is thicker than the shock absorbing material 300 at the non-critical regions 306, similar to a bumper in a typical automobile.

The thickness of the shock absorbing material 300 is related to the material's shock absorbing capability. In the preferred embodiment of the invention, the thickness of the material may range from 30 to 500 mils. The thickness is limited by the location of the disc drive in a computer and physical space constraints. The thickness is also related to whether a critical region 304 of the disc drive is being protected.

The shock absorbing material 300 may be made of natural or synthetic rubber (or its compounds) or plastic. Possible rubber candidates are: high damping butyl, impregnated

5

rubber (e.g., Silicone), a thermoplastic elastomer, dispensable e.g., Polyurethane), etc. Possible plastic candidates are: acrylonitrile-butadiene-styrene copolymer, polypropylene, polyethylene, etc. Other plastic alternatives may also be used.

Unlike many conventional shock absorbers, the shock absorbing material 300 is designed to isolate a disc drive from unpredictable vibrations and shocks. In particular, the shock absorbing material 300 is designed to pass rigorous shock testing methods, such as the tilt drop test and the table top test. These shock testing methods assist in producing a shock absorbing material 300 that can protect disc drives in unstable environments, such as automobiles and household appliances.

FIG. 4 displays the tilt drop test. In the tilt drop test, the disc drive 200, which is encapsulated in the shock absorbing material 300, is initially positioned in a vertical position, on a surface above the floor. The disc drive 200 is allowed to freely fall onto a tilt drop 400, using one edge as a pivot. The arrow 402 represents the path the disc drive 200 follows. The tilt drop test is only fairly consistent because each incident of the test can produce varying results. In particular, the results vary with the surface condition and the handling of the disc drive.

The table drop test involves pushing the disc drive 200, which is encapsulated in the shock absorbing material 300, gradually off the edge of a typical working table. The disc drive 200 is allowed to freely fall and impact the floor. The table test may involve an entire computer with the disc drive 200 mounted inside the computer in a casing. Both the tilt drop test and table drop test are used to simulate external vibrations produced in harsh environments. Conventional shock absorbers, which were designed using the three axes test or the shock mount test, frequently fail both the tilt drop test and the table drop test. In particular, the conventional shock absorbers fail to isolate the disc drive from unpredictable vibration and shocks.

FIGS. 6 and 7 shows the performance of the shock absorbing material 300 in an exemplary tilt drop test. In particular, FIGS. 6 and 7 show the shock pulse registered by an accelerometer mounted on a drive with the shock absorbing material 300 and without the shock absorbing material 300. The drive is subjected to a 90 degree tilt drop test. The vertical axis 502 of the graph 500 is the shock amplitude measured in Gs. The horizontal axis 504 of the graph 500 is the time measured in seconds.

FIG. 6 shows that the drive with the shock absorbing material 300 has a shock pulse that peaks at 21.914 Gs 506. FIG. 7 shows that the drive without the shock absorbing material 300 has a shock pulse that peaks at 109.8 Gs 508. As observed, the shock absorbing material 300 has the potential of reducing an unpredictable input shock by up to 80% (21.914 Gs 506 vs. 109.8 Gs 508). Furthermore, the shock pulse produced using the shock absorbing material 300 is wider than the shock pulse produced without the use of the shock absorbing material (572 microseconds 510 vs. 183 microseconds 512). As the shock impulse widens, the frequency content is reduced. A reduced frequency content represents a lower probability that stiff structures (e.g., the actuator 216) will be affected during a vibration.

FIGS. 8 through 13 illustrate an alternative preferred embodiment of the shock absorber apparatus in accordance with the present invention. An exploded perspective view of a disc drive system 600 is shown in FIG. 8 which includes a shock absorber apparatus 602 for carrying, i.e. enclosing or encapsulating, a disc drive 200. The disc drive 200

6

includes a servo controller printed circuit board 604 fastened to the bottom of the drive baseplate 606. The assembled disc drive 200 is carried in the shock absorber apparatus 602 in the same manner as in the first embodiment discussed above. The assembled system 600 is shown in perspective views in FIGS. 14 and 15.

The shock absorber apparatus 602 is basically a one piece molded polymeric structure having a box shaped molded body 606 with a central cavity 608 sized to stretch to elastically receive and hold the disc drive 200. The body 606, as viewed from the top in FIG. 9, has a generally rectangular bottom portion 620, a left end all 622, a right end wall 624, and opposing side walls 626 and 628, and top wall portion 630. The top wall portion 630 is a generally flat rectangular plate portion having a pair of arcuate cutout edges 632 and 634 adjacent and spaced from the side walls 626 and 628 respectively. These cutout edges 632 and 634 provide space to accommodate the drive mounting bosses 240 on the underside of the side rails of the disc drive base 202.

Referring now to the typical side view of FIG. 12, each of the side walls 626 and 628 has a left end portion 636 and a right end portion 638 defining an elongated aperture 640 therebetween bounded on top by one of cutout edges 632 and 634 and on the bottom by bottom portion 620.

A left end view of the body 606 is shown in FIG. 11. The left end wall 622 is a solid wall having an elongated elliptical aperture 642 therethrough. The left end of the end wall 622, as viewed in FIG. 11, joins with the side wall 628 at a thickened corner portion 644. The right end of the end wall 622, as viewed in FIG. 11, joins with the side wall 626 in a thickened corner portion 646.

Similarly, a right end view of the body 606 is shown in FIG. 13. The right end wall 624 is a solid wall with a cutout formed at the juncture of the bottom portion 620 with the end wall 624 such that there is an aperture 648 extending the full length of the end wall 624. The left end of the end wall 624, as viewed in FIG. 13, joins with the side wall 626 at a thickened corner portion 650. The right end of the end wall 624, as viewed in FIG. 13, joins with the side wall 628 in a thickened corner portion 652. These corner portions 646, 648, 650 and 652 are thicker than the side walls and the top and bottom portions so as to absorb larger shock loads, since most shock loadings that occur during transport and handling of the system are focused on the corner portions of the body 606. These are the typical critical regions in a disc drive such as drive 200. The thin portions of the end walls 622 and 624, and the thin portions of the side walls 626 and 628, along with the top portion 630 and bottom portion 620, are substantially thinner than the corner portions, as these side, end, top and bottom portions experience less shock loading during unpredictable events such as table drops and corner drops and other handling mishaps and are thus non-critical regions. In addition, the design of the one piece enclosure molding 606 with thickened corner portions cradles the drive so as to predictably distribute shock loads in such a manner as to minimize the affect on the drive itself.

As is shown in FIG. 8 and in the assembled system shown in FIGS. 14 and 15, the disc drive 200 has a printed circuit board/ external connector assembly 250 fastened to the underside of the drive 200 via screws 252. The assembled disc drive 200 is then slipped through one of the side opening 640 and turned to properly position the drive 200 in the body 606 with the connector assembly 250 projecting through the aperture 648 in the right end wall 624.

Referring now to FIG. 10, a bottom view of the body 606 is shown. The bottom portion 620 has a cutout end edge 654

US 6,324,054 B1

7

which is positioned to reside behind the connector assembly 250. The bottom portion 620 also has a pair of recessed side edge portions 656 and 658 which permit mounting bosses 240 to project slightly beyond the bottom portion 620 while providing full cushioning for almost the entire bottom of the drive 200. The inside edges of the thickened corner portions 644 and 646 are indicated in this figure by the curved dashed lines.

A perspective upper view of the assembled system 600 of a disc drive 200 in the shock absorber enclosure 602 is shown in FIG. 14. A perspective bottom view of the assembled system 600 is shown in FIG. 15. As can readily be seen, all of the corners are protected with the exception of the connector lower corners which necessarily must protrude from the enclosure 602.

Referring back now to FIG. 9, the top portion 630 also has four shallow protrusions 660 of the body 606 which have concave central recesses forming support feet for the system 600 when the system 600 rests on a flat surface rather than being installed in a rack configuration. These protrusions and recesses cooperate to stabilize the body 606 on a flat surface and provide some additional shock absorbing capability if the system is dropped against its upper side.

The enclosure body 606 is preferably molded of an elastomeric material with high damping characteristics such as ethylene propylene dimer (EPDM), and may optimally have a Hardness Shore A of between about 40 to 50. For a typical 3 ½ inch form factor drive 200, the thickness of the top and bottom portions may be between 0.003 and 0.013 inches while the end and corner portions may range from about 0.15 inch to 0.5 inch in thickness depending on the curvature and boundary conditions of the drive compared to the form factor outer dimensions. Thus it can readily be seen that the critical regions of the drive are covered by a thickened portion of the shock absorber body 606.

In summary, the apparatus and system of a wrap around shock absorber for disc drives includes a shock absorbing material (such as 300) formed so as to encapsulate a disc drive 200. The disc drive 200 has at least one critical region 304 and one non-critical region 306. The shock absorbing material 300 has a first portion of a first thickness and a second portion of a second thickness. The first thickness is adapted to cover each critical region 304 of the disc drive 200. The second thickness is adapted to cover each non-critical region 306 of the disc drive 200. The first thickness is greater than the second thickness.

The system includes a disc drive 200 and a shock absorbing material 300 for encapsulating the disc drive 200. The disc drive 200 has at least one critical region 304 and one non-critical region 306. The shock absorbing material 300 has a first portion of a first thickness and a second portion of a second thickness. The first thickness is adapted to cover each critical region 304 of the disc drive 200. The second thickness is adapted to cover each non-critical region 306 of the disc drive 200. The first thickness is greater than the second thickness.

Stated another way, the apparatus and system of the present invention may be viewed as a shock absorber apparatus (such as 300 or 602) for encapsulating a disc drive (such as 200), wherein the disc drive (such as 200) has at least one critical region and one non-critical region. The shock absorbing apparatus is an enclosure (such as 606) sized to receive a disc drive therein, the enclosure (such as 606) being made of a shock absorbing material having a first portion (such as 644, 646, 650 or 652) having a first thickness adapted to cover a critical region of the disc drive,

8

and a second portion (such as 620 and 630) having a second thickness adapted to cover a non-critical region of the disc drive, wherein the first portion has a greater thickness than the thickness of the second portion. The critical region typically includes a corner of the disc drive and the first thickness is preferably greater than 30 mils and less than 500 mils. The shock absorbing material (such as 300 or 606) may include a polymeric material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic and preferably has an aperture (such as 640 or 648) sized to stretch for passing the disc drive into the enclosure (such as 606 or 300).

Stated another way, the present invention may be viewed as a disc drive system (such as 600) which includes a disc drive (such as 200) and a shock absorber enclosure (such as 606 or 300) enclosing the disc drive (such as 200). The shock absorber (such as 606) has first portions (such as 644, 646, 650, and 652) of a shock absorbing material having a first thickness adapted to cover each critical region (such as the corners) of the disc drive (such as 200), and second portions (such as 620 and 630) of the shock absorbing material having a second thickness adapted to cover each non-critical region (such as the top and sides) of the disc drive, wherein the first portions have a greater thickness than the second portions. The disc drive (such as 200) has at least one critical region which preferably includes a corner of the disc drive and the first thickness is preferably greater than mils and less than 500 mils. The shock absorber (such as 606 or 300) preferably is made of material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic.

Stated another way, the invention may be viewed as a shock absorber apparatus (such as 300 or 602) for encapsulating a disc drive (such as 200), wherein the shock absorbing apparatus includes a one piece molded polymeric generally box shaped enclosure (such as 606) sized to elastically receive and retain a disc drive therein (such as 200). The enclosure (such as 300 or 606) is preferably made of a shock absorbing material having a first portion (such as 644, 646, 650, or 652) having a first thickness adapted to cover a critical region such as a corner of the disc drive, and a second portion (such as 620 or 630) having a second thickness adapted to cover a non-critical region of the disc drive such as the top and bottom of the drive, wherein the first portion has a greater thickness than the thickness of the second portion. The enclosure (such as 606) preferably has a top portion (such as 630), a bottom portion (such as 620), a pair of opposite side walls (such as 626 and 628) and left and right end walls (such as 622 and 624), and thickened corner portions (such as 644, 646, 650, and 652) between the side walls and end walls. These side walls and end walls each has an aperture (such as 640 or 648) for passage of the drive into the enclosure or for access to electrical connectors (such as 250) or for mounting bosses (such as 240). The molded enclosure is preferably made of EPDM rubber.

This concludes the description of the preferred embodiments of the invention. The present specification discloses preferred embodiments of an apparatus and process for increasing the shock robustness of disc drives by encapsulating the disc drive in a shock absorbing material. The foregoing description of the preferred embodiments of the invention have been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed above. Many modifications and variations are possible in light of the above teaching. For example, other form factors and shapes of disc drives may be accommodated by the shock

US 6,324,054 B1

**9**

absorber apparatus of the present invention. In these instances, the location of critical regions and non-critical regions may vary and therefore the location of thickened portions may change accordingly. It is thus intended that the scope of the invention be limited not by this detailed description, but rather by the claims appended hereto.

What is claimed is:

1. A shock absorber apparatus for encapsulating a disc drive, wherein the disc drive has at least one critical region and at least one non-critical region, the shock absorbing apparatus comprising:

an enclosure sized to receive a disc drive therein, the enclosure being made of a shock absorbing material having a first portion having a first thickness adapted to contact and cover a first critical region of the disc drive, and a second portion having a second thickness adapted to contact and cover a non-critical region of the disc drive, wherein the first portion has a greater thickness than the thickness of the second portion.

2. The shock absorber apparatus of claim 1 wherein the disc drive has a critical region that comprises a corner of the disc drive.

3. The shock absorber apparatus of claim 1 wherein the first thickness is greater than 30 mils and less than 500 mils.

4. The shock absorber apparatus of claim 1 wherein the shock absorbing material comprises a polymeric material selected from a group consisting of natural rubber, synthetic rubber, and plastic.

5. The shock absorber apparatus of claim 1 wherein the enclosure includes an aperture adapted for passing the disc drive therethrough into the enclosure.

6. A disc drive system comprising:

a disc drive;

a shock absorber enclosure enclosing the disc drive having first portions of a shock absorbing material having a first thickness adapted to contact and cover each critical region of the disc drive, and second portions of the shock absorbing material having a second thickness adapted to contact and cover each non-critical region of the disc drive, wherein the first portions have a greater thickness than the second portions.

7. The disc drive system of claim 6 wherein at least one critical region comprises a corner of the disc drive.

8. The disc drive system of claim 6 wherein the first thickness is greater than 30 mils and less than 500 mils.

9. The disc drive system of claim 6 wherein the shock absorber comprises material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic.

10. A shock absorber apparatus for encapsulating a disc drive, wherein the disc drive has at least one critical region and at least one non-critical region, the shock absorbing apparatus comprising:

a one piece molded polymeric generally box shaped enclosure sized to elastically receive and retain a disc drive therein, the enclosure being made of a shock absorbing material having a first portion having a first thickness adapted to contact and cover a critical region of the disc drive, and a second portion having a second thickness adapted to contact and cover a non-critical region of the disc drive, wherein the first portion has a greater thickness than the thickness of the second portion.

11. The apparatus according to claim 10 wherein the enclosure has a top portion, a bottom portion, a pair of

**10**

opposite side walls and left and right end walls, and thickened corner portions between the side walls and end walls.

12. The apparatus according to claim 10 wherein the molded enclosure is made of EPDM rubber.

13. The apparatus according to claim 11 wherein the side walls and end walls each has an aperture therethrough.

14. A disk drive system comprising:

a disk drive; and

a shock absorbing means comprising a one piece molded polymeric structure having a box shaped molded body with a central cavity sized to elastically receive and hold the disc drive, enclosing a substantial portion of the disc drive.

15. A shock absorbing covering for encapsulating a disc drive, wherein the disc drive has a plurality of critical regions and a plurality of non-critical regions, the shock absorbing covering comprising:

an enclosure sized to receive a disc drive therein, the enclosure being made entirely of a flexible shock absorbing material, the enclosure including a plurality of first portions having a first thickness, each of the first portions covering and contacting a corresponding one of the plurality of critical regions, and a plurality of second portions each having a second thickness, each of the second portions covering and contacting a corresponding one of the plurality of non-critical regions, wherein the first portion has a greater thickness than the thickness of the second portion.

16. The shock absorbing covering of claim 15 wherein the first thickness is greater than 30 mils and less than 500 mils.

17. The shock absorbing covering of claim 15 wherein the flexible shock absorbing material comprises a material selected from a group consisting of natural rubber, synthetic rubber, and plastic.

18. The shock absorber covering of claim 15 wherein the covering includes an aperture adapted for passing the disc drive therethrough into the enclosure.

19. A disc drive system comprising:

a disc drive having a plurality of critical regions and a plurality of non-critical regions;

an enclosure sized to receive a disc drive therein, the enclosure being made entirely of a flexible shock absorbing material, the enclosure including a plurality of first portions having a first thickness, each of the first portions covering and contacting a corresponding one of the plurality of critical regions, and a plurality of second portions each having a second thickness, each of the second portions covering and contacting a corresponding one of the plurality of non-critical regions, wherein the first portion has a greater thickness than the thickness of the second portion.

20. The disc drive system of claim 19 wherein the disc drive includes at least one corner and wherein at least one of the critical regions comprises the at least one corner of the disc drive.

21. The disc drive system of claim 19 wherein the first thickness is greater than 30 mils and less than 500 mils.

22. The disc drive system of claim 19 wherein the flexible shock absorbing material comprises material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic.

* * * * *

# EXHIBIT 2

US006545845B2

(12) **United States Patent**
Dague et al.

(10) Patent No.: **US 6,545,845 B2**
(45) **Date of Patent:** **Apr. 8, 2003**

(54) ACTUATOR ASSEMBLY RETAINING CLIP

(75) Inventors: **Wallis A. Dague**, Louisville, CO (US);
**Frederick M. Stefansky**, Longmont,
CO (US)

(73) Assignee: **Seagate Technology LLC**, Scotts
Valley, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/104,698**

(22) Filed: **Mar. 22, 2002**

(65) **Prior Publication Data**

US 2002/0149885 A1 Oct. 17, 2002

**Related U.S. Application Data**

(60) Division of application No. 09/285,936, filed on Apr. 2,
1999, now Pat. No. 6,429,999, which is a continuation of
application No. 08/622,925, filed on Mar. 27, 1996, now Pat.
No. 5,956,213, which is a continuation of application No.
08/400,463, filed on Mar. 7, 1995, now abandoned, which is
a continuation of application No. 08/110,539, filed on Aug.
23, 1993, now abandoned, which is a division of application
No. 07/796,576, filed on Nov. 22, 1991, now abandoned,
which is a continuation-in-part of application No. 07/549,
283, filed on Jul. 6, 1990, now abandoned, which is a
continuation-in-part of application No. 07/147,804, filed on
Jan. 25, 1988, now Pat. No. 4,965,684.

(51) Int. Cl.⁷ ............................ G11B 5/55; G11B 21/08
(52) U.S. Cl. .................................................. 360/265.6
(58) Field of Search ........................... 360/265.6, 265.2,
360/266.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,639,863 A * 1/1987 Harrison et al. ............ 360/902

| | | | | |
|---|---|---|---|---|
| 4,805,055 A | * | 2/1989 | Wright | 360/256.3 |
| 4,829,657 A | * | 5/1989 | Wright | 29/596 |
| 4,965,684 A | * | 10/1990 | Stefansky | 360/264.2 |
| 5,666,243 A | * | 9/1997 | Brent | 360/265.7 |
| 5,847,896 A | * | 12/1998 | Stefansky | 360/78.12 |
| 5,956,213 A | * | 9/1999 | Dague et al. | 360/256.2 |

OTHER PUBLICATIONS

"Quick–changer brush mounting—has panel with hole
defining movement of plate mounted in it", Chemcut Corp.;
Derwent Publication, Derwent Account No. 1976–D5270X;
Publication No. CA 986262; Mar. 30, 1976.*

* cited by examiner

*Primary Examiner*—William Klimowicz
(74) *Attorney, Agent, or Firm*—Merchant & Gould P.C.

(57) **ABSTRACT**

A low height disk drive having an overall height of approxi-
mately one inch (1"). The drive includes a head disk
assembly, including a base plate, two disks rotatably sup-
ported on the base plate, a motor for rotating the disks, at
least two heads for reading information from and writing
information on respective ones of the disks; an actuator,
supported on said base plate and responsive to control
signals, for selectively positioning the heads with respect to
the disks, and a cover sealably attached to the base plate to
enclose the storage means, the head, and the actuator. The
disk drive also includes control circuitry for generating
control signals, and for providing information signals to and
receiving information signals from the heads. The head disk
assembly and the control circuitry have a combined height
of approximately one inch or less.

**16 Claims, 19 Drawing Sheets**





# FIG.1



FIG.2





FIG.4



FIG.6



FIG.7



FIG.8



FIG.9



FIG.10



FIG.11



FIG.12



FIG.13



FIG.14



FIG.15



FIG.16



FIG.17



FIG.18

FIG.19



FIG.20

Motor Acceleration

ID ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ OO

Peak = 57
Loss = 03%

# FIG.24

Motor Acceleration

Peak = 62
Loss = 06%

ID ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ OO

# FIG.21

Motor Acceleration



Peak = 94
Loss = 12%

ID ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ OD

# FIG.22



FIG.23

US 6,545,845 B2

1

# ACTUATOR ASSEMBLY RETAINING CLIP

## DIVISIONAL APPLICATION INFORMATION

This Application is a divisional application of Ser. No. 09/285,936, filed Apr. 2, 1999, entitled LATCH MECHANISM FOR DISK DRIVE USING MAGNETIC FIELD OF ACTUATOR MAGNETS, now U.S. Pat. No. 6,429,999, which is a continuation of application of Ser. No. 08/622,925, filed Mar. 27, 1996, now U.S. Pat. No. 5,956,213, which is a continuation application of Ser. No. 08/400,463, filed Mar. 7, 1995, now abandoned, which is a continuation application of Ser. No. 08/110,539, filed Aug. 23, 1993, now abandoned, which is a divisional application of Ser. No. 07/796,576, filed Nov. 22, 1991, now abandoned, which is a continuation-in-part of application Ser. No. 07/549,283 filed on Jul. 6, 1990, now abandoned, which is a continuation-in-part of application Ser. No. 07/147,804, filed Jan. 25, 1988, now U.S. Pat. No. 4,965,684.

## CROSS-REFERENCE TO RELATED APPLICATIONS

1) LOW HEIGHT DISK DRIVE, inventor Frederick M. Stefansky, Ser. No. 147,804, Filed Jan. 25, 1988, now U.S. Pat. No. 4,965,684;

2) DISK DRIVE SYSTEM CONTROLLER ARCHITECTURE, inventors John P. Squires, Tom A. Fiers, and Louis J. Shrinkle, Ser. No. 057,289, filed Jun. 2, 1987, now U.S. Pat. No. 4,979,056;

3) DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE, inventors John P. Squires, Tom A. Fiers; and Louis J. Shrinkle, Ser. No. 488,386, filed Feb. 23, 1990, now U.S. Pat. No. 6,279,108, which is a continuation of Ser. No. 057,806, filed Jun. 2, 1987, now abandoned;

4) DISK DRIVE SYSTEM CONTROL ARCHITECTURE UTILIZING EMBEDDED REAL-TIME DIAGNOSTIC MONITOR, inventor John P. Squires, Ser. No. 423,719, filed Oct. 18, 1989, now U.S. Pat. No. 4,979,055, which is a continuation of Ser. No. 058,289, filed Jun. 2, 1987, now abandoned;

5) LOW-POWER HARD DISK DRIVE ARCHITECTURE, inventors John P. Squires and Louis J. Shrinkle, filed Aug. 7, 1990, Ser. No. 564,693, now U.S. Pat. No. 5,402,200, which is a continuation of Ser. No. 152,069, filed Feb. 4, 1988, now abandoned;

6) DISK DRIVE SYSTEM USING MULTIPLE EMBEDDED QUADRATURE SERVO FIELDS, inventors Louis J. Shrinkle and John P. Squires, Ser. No. 386,504, filed Jul. 27, 1989, now U.S. Pat. No. 5,381,281;

7) MAGNETIC PARKING DEVICE FOR DISK DRIVE, inventor, Frederick Mark Stenfansky, Ser. No. 643,703, filed Jan. 22, 1991, now U.S. Pat. No. 5,170,300, which is a continuation of Ser. No. 269,873, filed Nov. 10, 1988, now abandoned;

8) MULTIPLE MICRO CONTROLLER HARD DISK DRIVE CONTROL ARCHITECTURE, inventors John P. Squires, Charles M. Sander, Stanton M. Keeler, and Donald W. Clay, Ser. No. 07/611,141, filed Nov. 9, 1990, now U.S. Pat. No. 5,261,058.

Each of these related Applications is assigned to the assignee of the subject Application and hereby incorporated by reference.

2

# BACKGROUND OF THE INVENTION

## 1. Field of the Invention

The present invention relates to disk drives; more particularly to hard (or fixed) disk prompted reductions in the size and increases in memory capacity of disk drives.

## 2. Description of the Related Art.

Developments in personal computers, portable computers and lap top computers have prompted reductions in the size and increases in memory capacity of disk drives. Attempts to provide further reductions in the size and weight, and increases in durability and memory capacity of existing disk drives have been met with limited success. The size (particularly the height) and weight of fixed or hard disk drives and the inability of existing hard disk drives to withstand physical shocks and/or vibrations have been factors which have prevented the incorporation of fixed disks in lap-top and in some cases even larger portable computers.

Existing disk drives incorporate a large number of mechanical parts. Each part in a disk drive also represents an increase in the weight of the drive and the space occupied by the drive. A large number of mechanical components makes manufacturing difficult and expensive and increases the possibility and probability of the mechanical failure of the drive. Importantly, the number of mechanical components is related to the ability of the drive to survive physical shocks and vibrations.

Resistance to physical shocks and vibrations is critical to protecting the disk or disks, the head or heads, and the various bearings in a disk drive from damage; in particular, it is necessary to prevent damage to the disks which can cause a loss of data, and damage to the heads or the bearings which can end the life of a drive, resulting in a total loss of data. Prior disk drives, however, have limited resistance to physical shocks. Resistance to physical shocks is of paramount importance in portable computers.

In conventional drives mechanical distortion or flexing of the mechanical components of a disk drive which support the heads and disks causes tracking problems by moving the heads, which are mounted at one point on the supporting components, relative to the disk, which is mounted at another point on the supporting components. The heads associated with the top and bottom surface of a disk can move relative to the disk to the point where the different heads are in different cylinders—a cylinder being defined as a vertical segment representing the same track on the top and bottom surface of the disk. This problem is known as mechanical off-track and is compounded by increased track densities.

Another problem with prior disk drives is the difficulty in sealing the drives to protect the disks from contaminants. This difficulty arises in part, from the large number of points at which access is provided to the environment in which the disk resides. These access points are utilized to bring to the interior of the disk drive electrical circuits which provide current to the motor which rotates the disk, transmit data signals to and from heads which read and record information on the disks, and in some instances, provide current to a voice coil for positioning the head (or heads) which respect to the disk or disks.

Many of these disadvantages of prior disk drivers are attributable to the casing—a three-dimensional casting or so-called "toilet bowl"—in which the disks reside. Such a casing is a large, three dimensional piece of cast metal, usually aluminum, having a round portion where the disks reside—hence the name "toilet bowl." A top plate covers the entire open top of the casing, forming a seal therewith.

US 6,545,845 B2

3

The spindle on which the disks rotate is supported by and extends through both the casing and the cover.

The protrusion of the spindle through the casing and the cover provides points of entry for contaminates. Further, in disk drives using stepper motors to position the heads with respect to the disk, the stepper motor is located outside of the casing, requiring a seal between the stepper motor and the casing. Acknowledging the existence of points where contaminants can enter the disk drive, manufacturers of conventional disk drives provide a breather filter and design the disk drives so that the rotation of the disks causes the disk drivers to exhaust air through leaks in the seals and to intake air only through the breather filter. However, a fairly course filter must be provided in the breather filter for flow of the air to exist, and thus contaminants enter the disk drive through the filter paper.

A cast casing is difficult to manufacture with precision, particularly the location of mounting points for elements of the drive supported by the casing. Mounting holes must be drilled after the casting is cast, and the mounting holes must be aligned with the casing and with each other. More importantly, however, a three-dimensional, cast casing flexes due to thermal stresses causing the above-mentioned mechanical off-track problems.

In conventional disk drives which use a voice coil to pivot an actuator arm in order to position the heads with respect to the disk, a flex circuit, having one end attached to the actuator arm and the other end attached to a fixed point in the disk drive, transfers the information signals to and from the heads. The standard orientation of such a flex circuit is a loop extending away from the disk. The distance between the point at which the flex circuit is attached to the actuator and the end of the disk drive is limited, and thus the radius of the arc or curve of the flex circuit is small and the length of the flex circuit itself is limited. Therefore, the entire flex circuit moves when the actuator arm is pivoted and a torque is exerted on the actuator arm by the flex circuit. This torque exerted on the actuator arm must be compensated for, either added to or subtracted from the torque created by the voice coil when performing a seek operation. This compensation is complicated by the fact that the torque exerted on the actuator by the flex circuit varies with the position of the actuator.

Various types of locking (or latch) devices have been used to lock the arm of a voice coil in a particular position when the disk drive is not operating. The trend in latch devices is to utilize a high power unit which is separately assembled to provide reliability. However, high power latch devices generate a large amount of heat which is not desirable in a disk drive or any other area in a computer. Further, the operation of conventional latch devices can be position dependent. Thus, the orientation of the dick drive and the computer in which the disk drive is installed could affect the reliability of the latch device. Such a positional dependence of reliability is not satisfactory for portable computers.

With the ever-increasing storage available on individual magnetic disks, and the ever-increasing speed at which microprocessors such as Intel's 80386 and 80486 chips operate, the data access time of the disk drive is critical to overall system performance. In many cases, the speed at which the disk accesses data and provides it to the microprocessor is the main performance bottleneck in the system. One critical factor in disk access time is the "seek time" of a drive, generally defined as the time the actuator takes to access particular data at a particular track location on the magnetic disk. The total access time is generally a function

4

of the efficiency of the actuator motor in moving the read/write heads along the arcuate path between consecutive tracks of the disk, and the data throughput of the control electronics.

## SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide a disk drive having a low height and a low weight.

A further object of the present invention is to provide a multiple platter (disk), disk drive having a one-inch height form factor.

Another object of the present invention is to provide a disk drive which is resistant to damage from physical shocks.

Another object of the present invention is to provide a low height disk drive having an increased data storage capacity.

Another object of the present invention is to provide a disk drive in which any mechanical off tracking of the heads is mechanically minimized and electronically corrected.

Another object of the present invention is to provide a disk drive assembly in which a single electrical connector transfers all electrical currents and data signals from the environment in which the disks reside to the exterior of the environment, and in which a header which communicates those electrical signals through the base plate is the only communication between the interior and the exterior of the drive.

Another object of the invention is to provide an improved voice coil motor design, and specifically a disk drive having an efficient actuator positioning mechanism.

These and other objects of the present invention are provided by a disk drive, including: a head-disk assembly, having a base having a top and a bottom, means, supported on said top of said base, for storing data, solid storage means comprising two disks, interactive means for reading information from and writing information on said disks, actuator means, supported on said base and responsive to control signals, for selectively positioning said interactive means with respect to said disks means, and a cover sealably attached to said base to enclose said disks, said interactive means, and said actuator means; and control means, mounted on said head-disk assembly so that said control means is adjacent to said bottom of said base, for generating control signals to control said actuator means and for providing information signals to and receiving information signals from said interactive means, said head-disk assembly, said control means having overall maximum height of approximately one inch (1").

A specific advantage of the present invention is that the disk drive has a reduced height with respect to conventional disk drives utilizing disks of approximately the same diameter. In particular, the three and one-half inch (3.5") single platter and multiple platter drives of the present invention have an overall height of one inch (1"). Furthermore, the disk drive of the present invention is light in weight—the drives of the present invention weigh slightly more than one pound.

A further advantage of the present invention is that a single electrical connector (header) transfers all electrical signals between the exterior and the interior of the casing reducing the possibility of the introduction of contaminants into the controlled environment within the casing. Importantly, the disk drive of the present invention does not require a breather filter.

A further advantage of the disk drive of the present invention is that it includes a voice coil actuator assembly

including means for mounting a plurality of read/write heads with respect to a storage means; and means for positioning said mounting means at a plurality of positions with respect to said disk, wherein said means for positioning has relatively equal efficiency between the inside diameter and the outside diameter of the disk.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. 1–7 illustrate a first embodiment of the disk drive of the present invention. In particular:

FIG. 1 is an isometric view of the first embodiment of a disk drive according to the present invention;

FIG. 2 is an isometric view of the first embodiment of the disk drive of the present invention with the cover removed;

FIG. 3 is a cross-sectional view along line 3–3' of FIG. 2;

FIG. 4 is an exploded view of the first embodiment of the disk drive of the present invention;

FIG. 5 is an end view of the first embodiment of the disk drive of the present invention;

FIG. 6 illustrates the actuator assembly; and

FIG. 7 illustrates the latch mechanism.

FIGS. 8–12 illustrates a second embodiment of the disk drive of the present invention. In particular:

FIG. 8 is an isometric view of the second embodiment of a disk drive according to the present invention with the cover removed;

FIG. 9 is an expanded isometric view of the second embodiment of the disk drive of the present invention;

FIG. 10 is an exploded, isometric, bottom view of the printed circuit board and the base of the second embodiment of a disk drive according to the present invention;

FIG. 11 is an end view of the second embodiment of a disk drive according to the present invention;

FIG. 12 is an exploded, isometric view of a portion of the actuator and the latch mechanism utilized in the second embodiment of the present invention.

FIGS. 13–19 illustrate a third embodiment of the disk drive of the present invention. In particular:

FIG. 13 is an exploded, isometric view of the third embodiment of the disk drive according to the present invention;

FIG. 14 is a plan view of the third embodiment of the disk drive according to the present invention;

FIG. 15 is a view along line 15—15 in FIG. 14;

FIG. 16 is an exploded, partial view of the actuator assembly of the third embodiment of the disk drive of the present invention;

FIG. 17 is a partial plan view of the actuator assembly of the third embodiment of the present invention;

FIG. 18 is a cross-sectional view along line 18—18 in FIG. 17;

FIG. 19 is an enlarged, cross-sectional view of the gasket and cover assembly along line 19—19 in FIG. 13.

FIG. 20 is a plan view of the actuator assembly of the third embodiment of the present invention with the top plate and top magnet removed, detailing the relationship between the actuator coil and actuator magnet construction used therein.

FIG. 21 is a graph representing the relative magnitude of the torque exerted on an actuator arm by the voice coil motor of the first embodiment of the disk drive of the present invention over the full stroke of the actuator movement from the inner diameter to the outer diameter of the disk.

FIGS. 22–23 are graphs representing the relative magnitude of the torque exerted on an actuator arm by the voice coil motor of the second embodiment of the disk drive of the present invention over the full stroke of the actuator's movement.

FIG. 24 is a graph representing the relative magnitude of the torque exerted on an actuator arm by the voice coil motor of the third embodiment of the disk drive of the present invention over the full stroke of the actuator's movement.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Disk drives according to the present invention will be described with reference to FIGS. 1–24 The disk drives described herein include, for example, one or two hard disks with a magnetic coating and utilize Winchester technology; however, the disk drive of the present invention may utilize various numbers of disks and other types of disks, for example, optical disks, and other read/write technologies, for example, lasers. The diameter of the disks utilized in the disk drive of the present invention have a diameter on the order of 3.75 inches, or so-called "3½" disks; the disk drive of the present invention can be implemented with disks of other diameters whether larger or smaller than 3.75 inches.

A disk drive in accordance with either the first, second, or third embodiments of the present invention has the following outline dimensions: Height 1.0" (2.54 cm); Length 5.75" (14.61 cm); and Width 4.0" (10.16 cm). The total weight is slightly over one (1) pound; for the first embodiment, 1.3 lbs (0.59 kg) for the second embodiment, and 1.16 lbs for the third embodiment. Thus, the disk drive of the present invention is one-half (½) of the size of a one-half (½) height 5¼" inch disk drive. Importantly, the disk drive of the present invention weight approximately ⅓ to ½ of the weight of standard 3½ disk drives of 20 Mb capacity. Even greater proportional reductions are provided when the first embodiment is formatted for 40 Mb capacity, and the second embodiment is formatted for 120 Mb capacity, and the third embodiment is formatted with a storage capacity of approximately 213 Mb, without any change in size or weight.

Although not to scale, FIGS. 1, 14, and 15 illustrate the relationship between the length, width, and height of the disk drive; and thus low profile of the disk drive. In particular, the height "h" of the disk drive of the present invention is one inch (1")

### First Embodiment and Common Features

One feature of the first embodiment which provides the low height of the drive is the sloped profile of base plate 12 and cover 14. The sloped profile provides extra vertical space below base plate 12 at the first end 10a of the disk drive and provides extra vertical space between base plate 12 and cover 14 at the second end 10b of the disk drive 10. If the sloped profile were not provided, the amount of space allocated above and below base plate 12 would be the maximum amount of space provided at the respective first and second ends 10a, 10b of the disk drive 10; accordingly, the overall height of the disk drive would be increased. The cover 14 is sealably attached to base plate 12 to provide a controlled environment between base plate 12 and cover 14. A gasket 16 (FIG. 4) between base plate 12 and cover 14 provides the seal. The ability to provide a controlled environment alleviates the need for a breather filter and allows the disk drive of the present invention to use an internal air filtration system. The seal provided by gasket 16 is stable, during operation of the disk drive, at pressures experienced

at altitudes from 200 feet below sea level to 10,000 feet above sea level.

As Shown in FIG. 2 the internal components of the disk drive are separated into three interrelated groups: disk 20 and spin motor 22, actuator assembly 24 for positioning heads 26 with respect to disk 20, and header assembly 28 including header 30, bracket 32, reverse flex circuit 34 and coil 36 for pivoting latch arm 38.

Actuator assembly 24 includes pivotal actuator arm 40, heads 26 (FIG. 4) mounted at a first end of actuator arm 40, an actuator coil 42 mounted at a second end of actuator arm 40 on the opposite side of the pivot point from the first end of the actuator arm, and a magnet structure 44. Magnet structure 44 supports magnets 46 (FIG. 4) and its components, as described in detail below, are formed of magnetically permeable material to provide returns for the magnetic field generated by magnets 46. The magnet structure 44 and actuator coil 42 are arranged so that a current in coil 42 passes through the magnetic fields created by magnets 46 to create a force which pivots actuator arm 40. Currents passing in opposite directions of coil 42 create torques in opposite directions and pivot actuator arm 40 to position heads 26 at all locations between and including inside and outside diameters 48 and 50 of disk 20.

In a conventional disk drive utilizing a voice coil, a flex circuit is provided to the region between header 30 and actuator arm 40. Reverse flex circuit 34 curves toward the disk, thereby allowing latch coil to be placed between header 30 and actuator arm 40.

A printed circuit assembly (or control means) 52 is attached to the bottom of base plate 12. Header 30 carries all of the electrical signals from the printed circuit assembly 52 to the controlled environment between base plate 12 and cover 14 Header 30 has a minimum number of pins due to the fact that a DC motor requiring only three (3) leads is utilized. Such a motor is described in U.S. Pat. No. 4,876, 491, entitled METHOD AND APPARATUS FOR BRUSH-LESS DC MOTOR SPEED CONTROL, filed Jul. 1, 1986, inventors John P. Squires and James L. Shrinkle, assigned to the Assignee of the subject application.

The structure of the disk drive 10 of the present invention, which provides the disk drive with a low overall height, will be described with reference to FIG. 3, which is a cross-sectional view along line 3–3" in FIG. 4. As shown in FIG. 5, base plate 12 includes two rails 54a and 54b at first and second sides 12a and 12b of base plate 12. Rails 54a are constructed so that the mounting surface 12e of the base plate 12 sits at an angle with respect to the plane of the surface on which rails 54a and 54b rest. This angled relationship of base plate 12 and the support surface provides more room below base plate 12 at the first end 12a of the base plate than at the second end 12b of the base plate. Only a small amount of space is necessary for printed circuit assembly 52, including the components mounted thereon; however, it is necessary to provide a connector 56 and a power plug on printed circuit assembly at the first end 12a of base plate 12 (FIG. 1), both of which require more vertical space than the printed circuit assembly 52. The slope of base plate 12 provides the necessary vertical space for connector 56 and power plug 58 beneath the first end of the base plate 12a. Connector 56 provides an interface between the printed circuit assembly 52 and a host computer (not shown) and power plug 58 provides an interface between printed circuit assembly 52 and an external power source (not shown).

Conversely, disk 20 is the only component located above the first end of the base plate 12a, whereas the actuator

assembly 24 is located above the second end of the base plate 12b. Actuator assembly 24 requires more vertical space than disk 20 and the slope of base plate 12 provides more space above the second end of the base plate 12b than above the first end of the base plate 12a in order to accommodate the actuator assembly 24. As shown in FIG. 1 the portion of cover 14 which meets with base plate 12 has an angle which corresponds to the angle of the base plate, and thus the top of the cover 14 is parallel with the support surface. Therefore, even though the base plate is sloped, the profile of the disk drive 10 is a rectangle as opposed to a parallelogram.

Disk 20 lies in a plane which is parallel to the support surface and which forms an angle with the plane of base plate 12. All of the support points on the mounting surface 12e (FIG. 5) of base plate 12 are designed so that the internal components (e.g., actuator assembly 24) lie in plane parallel to the plane of disk 20 and the plane defined by support points 55 of rails 54a, 54b.

The structure and operation of actuator assembly 24 will be explained with reference to FIGS. 4–7. The function of the actuator assembly 24 is to position heads 26 with respect to the surfaces of disks 20 by pivoting actuator arm assembly 40. More specifically, to position the heads 26 over individual tracks on disk 20. Heads 26 are supported on actuator arm 40 by flexures 60. A bearing cartridge 62, which is fixed to the base plate 12, is inserted in actuator arm 40 to provide a pivot point. Actuator arm 40 is attached to bearing cartridge 62 by a clip ring 63. Using clip ring 63 instead of epoxy allows the bearing cartridge 62 to be tested prior to assembly and cleaned independently of the actuator arm 40. Actuator coil 42 is provided on actuator arm 40 on the opposite side of the pivot point from heads 26. Actuator arm 40, including all of the components attached thereto, is precisely balanced, i.e., equal amounts of weight are provided on either side of the pivot point so that the positioning of heads 26 is less susceptible to linear shock and vibration.

The force utilized to pivot arm assembly 40 is provided by a voice coil assembly. The voice coil assembly includes actuator coil 42 and magnet structure 44. Magnet structure 44 comprises top and bottom plates 64, 66 formed of magnetically permeable material, support posts 68, 70 also formed of magnetically permeable material, and first and second magnets 46a, b attached to the top plate 64. Top and bottom plates 64, 66 in conjunction with support posts 68, 70 function as returns for the magnetic fields provided by first and second magnets 46a, b. It is important that there are no air gaps between support posts 68, 70 and either the top or bottom plate 64, 66; any air gap would create a discontinuity in the return, greatly reducing the strength of the magnetic field.

First and second magnets 46a, b have opposite poles attached to top plate 64 (i.e., the south pole of first magnet 46a and the north pole of magnet 46b are attached to the top plate 64) to provide first and second magnetic fields $B_1$, $B_2$ between respective ones of the first and second magnets 46a, b and bottom plate 66. First and second magnetic fields $B_1$, $B_2$ are encompassed in three closed magnetic field loops. The first closed magnetic field loop extends between the first magnet 46a and bottom plate 66 and passes through a return provided by bottom plate 66, first support 68, and top plate 64. The second closed magnetic loop passes from first magnet 46a to bottom plate 66, through bottom plate 66 and between bottom plate 66 and second magnet 46b, and from second magnet 46b to first magnet 46a via top plate 64. The third closed magnetic loop extends between bottom plate 66 and second magnet 46b and passes through a return provided

US 6,545,845 B2

9

by top plate 64, second support 70, and bottom plate 66. By containing the magnetic fields $B_1$, and $B_2$, in returns, the magnetic field intensity of each field is increased in the region between the respective first and second magnets 46a, b and bottom plate 66; the strength of the magnetic field in this region is directly related to the torque which the voice coil exerts on the actuator arm 40, and thus the rotational velocity of actuator 40 and the seek times for the drive.

Actuator coil 42 is positioned so that it carries a current in opposite directions in first and second magnetic fields $B_1$, and $B_2$.

The force on a current carrying wire in a magnetic field is proportional to the magnetic field intensity, and is expressed by the equation F=idl×B, where F is the force, i is the current, l is the length of the wire, and B is the magnetic field. Passing a current in opposite directions in actuator coil 42 provides respective forces $F_1$ and $F_2$ (FIG. 2); these forces $F_1$ and $F_2$ pivot actuator arm 40 in opposite directions.

Crash stops are provided to limit the pivoting movement of actuator arm 40 so that heads 26 travel only between selected inside and outside diameters 48, 50 of disk 20. An outside diameter crash stop is provided by a sleeve 76 (FIG. 5) fitted on support post 68. When the pivoting motion of actuator arm 40 places heads 26 at the outside diameter 50 of disk 20 a portion of the actuator arm 40 contacts outside diameter crash stop 76, thereby preventing further movement of the heads 26. An inside diameter crash stop is provided by the portion of the latch mechanism (FIG. 7) and is described below.

Reverse flex circuit 34 for carrying electrical signals from header 30 to heads 26 and actuator arm assembly 24 will be described with reference to FIGS. 2, 4, 6 and 7. The reverse flex circuit is separated into three portions. A first portion 80 carries current to actuator coil 42. A second portion 82 is a ground plane which separates the current carrying portion 80 from a third data-carrying portion 84. The data carrying portion 84 provides signals to heads 26 for recording information on disk 20 and carries signals from the heads 26 to the printed circuit assembly 52, via header 80, when reading data from disk 20. Interference with the relatively week data signals which would otherwise be caused by the larger currents necessary for actuator coil 42 passing through the first portion 80 of the reverse flex circuit 34 is prevented by the provision of ground plane 82.

The reverse flex circuit 34 is electrically connected to pins 31a of header 30; however, pins 31a also serve to position the reverse flex circuit 34. In particular, bracket 52 supports reverse flex circuit 34 and latch coil 36. Bracket 32 is attached to base plate 12 by a single attachment point 86 and is rotationally positioned by the engagement of reverse flex circuit 34 and pins 31a—the positioning of latch coil 36 being important to the operation of the latch mechanism as described below. A stiffener 88 is attached to reverse flex circuit 34 in the area where it engages pins 31a and is attached to bracket 32 to provide the rigidity necessary to rotationally position bracket 32, and to facilitate engagement of reverse flex circuit 34 and pins 31a. Reverse flex circuit 34 is parallel to the plane of base plate 12 in the region of header 31 but passes through a bend of approximately 90 degrees so that it forms the loop which extends towards disk 20 and connects header 30 to actuator assembly 24.

First portion 80 of reverse flex circuit 34 terminates at the point where reverse flex circuit 34 joins actuator arm 40; however, the second and third portions 82 and 84 wrap around a shoulder 90 of actuator arm 40 which surrounds bearing cartridge 62. Wrapping the second and the third

10

portions 82 and 84 of reverse flex circuit 34 around shoulder 90 provides access to current-carrying wires are provided on the side of the flex circuit which faces the base plate in the region where reverse flex circuit 34 engages pins 31a of header 30, and thus on the inside of the curved portion of reverse flex circuit 34 extending from bracket 32 to actuator arm 40. As the first and second portions 82 and 84 wrap around shoulder 90, the side of reverse flex circuit 34 on which the current-carrying wires are provided is exposed at the end of reverse flex circuit 34, facilitating the attachment of wires 91 which connect heads 26 to reverse flex circuit 34. If wires 91 were to be connected to reverse flex circuit 34 at the point where reverse flex circuit 34 first contacts actuator arm 40, it would be necessary to wrap wires 90 around reverse flex circuit 34 or to provide connections through the reverse flex circuit 34—both being more complex and less desirable manners of providing electrical connections between wires 91 and reverse flex circuit 34. Any torque exerted on actuator arm 40 by any means other than the voice coil assembly affects the function of actuator assembly 24 in positioning heads 26 with respect to disk 20, particularly the track following any seek functions described in the above referenced patents entitled DISK DRIVE SOFT-WARE SYSTEM ARCHITECTURE and DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE UTILITIES IMBEDDED REAL TIME DIAGNOSTIC MONITOR. The force provided by the voice coil assembly must be controlled to compensate for the force exerted by the reverse flex circuit 34. Accordingly, the radius R (FIG. 7) of the curve in reverse flex circuit is made as large as possible to minimize the torque exerted on actuator arm 40 by reverse flex circuit 34. Indeed, the radius of the curve in reverse flex circuit 34 is approximately twice as large as the radius in the curve of a conventional flex circuit. In addition, the reverse flex circuit 34 moves in an essentially linear manner when actuator arm 40 rotates, whereas a conventional reverse flex circuit must bend throughout its curve. Accordingly, the torque exerted on actuator arm 40 by reverse flex circuit is greatly reduced with respect to the torque exerted by a conventional reverse flex circuit.

Another advantage provided by reverse flex circuit 34 is the ability to place latch coil 36 in a position where a conventional flex circuit would be located, and thus to integrate latch coil 36 with reverse flex circuit 34 and bracket 32. Separate wires from header 30 to latch coil 36 are not necessary. Further, installing integrated group of components requires fewer steps than installing individual components. In addition, the critical positioning of latch coil 36 is provided by reverse flex circuit 34 and stiffener 88 controlling the pivotal position of bracket 32, as described above.

All connections between the sealed environment between base plate 12 and cover 14 and printed circuit assembly 52 are provided by header 30. Pins 31a, which engage reverse flex circuit 34, also engage motor wire connector 92. Pins 31b extend below base plate 12 and engage a rear entry connector (not shown) on printed circuit assembly 52. A rear entry connector is utilized because the integrated and discrete circuit components and the surface wirings are on the side of printed circuit assembly 52 facing away from base plate 12.

A latch mechanism for locking the actuator arm 40 in an orientation where heads 26 are positioned at the inside diameter 48 of disk 20, will be described with reference to FIGS. 4, 5 and 7. During power-down of the disk drive 10 control means 52 causes actuator assembly 24 to pivot the actuator arm 40 to the position where the heads 26 are at the

US 6,545,845 B2

**11**

inside diameter of the disk over a non-data area of disk 20 before the rotational speed of the disk is decreased to the point where the heads 26 land on the disk 20. Thus, the heads 26 land only on the non-data area at the inside diameter of the disk 20.

The electromagnetic latch includes latch coil 36, a latch arm 38 which pivots on pivot 94 and has a finger 96 for engaging latch notch 98 in actuator arm 40, and a spring 100 for biasing the latch arm 38 to the locked position.

An electromagnet, including latch coil 36 and swivel plate 104, is used to pivot latch arm 38 to the unlocked position against the force of spring 100. Latch coil 36 includes a capture plate 106 having an outer wall 108 and a center pole 110. The outer wall 108 and center pole 110 form opposite poles of an electromagnet, and when a current is passed through a coil (not shown) the magnetic field of capture plate 106 attracts swivel plate 104; swivel plate 104 is mounted on the latch arm 38 so that it can swivel in all directions and be flush with the outer wall 108 when the swivel plate 104 is captured by the electromagnet. Contact between the entire outer wall 108 and swivel plate 104 is necessary to provide reliability in the capture and retention of the swivel plate 104. Center pole 110 of capture plate 106 is stepped so that only a small contact area exists between center pole 110 and swivel plate 104; this small contact area causes the latch coil 36 to release the swivel plate 104 when the current in the coil (not shown) is discontinued. A high DC voltage is applied to the latch coil 36 for a short time to capture the swivel plate 104. Then, the applied voltage is reduced to a small capture maintenance level. Thus, this structure is low in power consumption and heat dissipation. Further, despite the low power consumption of the latch coil 36 it is highly reliable in its capture, holding, and release of swivel plate 104.

Spring 100 is a linear spring engaging finger 96. To reduce spring travel, thereby providing a constant and larger spring force, spring 100 is terminated outside the pivot point of pivot 94.

Finger 96 also serves as the inside diameter crash stop. Finger 96 is well suited for the inside diameter crash stop because it is positioned to engage notch 98 which is at one edge of opening 102 in actuator arm 40. The abutment of finger 96 and the same edge of opening 102 when the latch is unlatched provides the inside diameter crash stop. However, the pivoting movement of latch arm 27 in moving to the latched position reduced the distance between pivot 94 and the edge of opening 102. Therefore, the actuator arm 40 pivots slightly to move the heads beyond the inside diameter 48 to a non-data area.

The above-described structure of the disk drive of the present invention provides excellent protection from shock and vibration. In particular, the disk drive will withstand nonoperating shocks of 200 g's and operating shocks, without nonrecoverable errors, of 5 g's. Nonoperating vibration of 2 g's in the range of 5–500 Hz is the specified tolerable limit. Operating vibration, without nonrecoverable data, is specified at 0.5 g's for the range of 5–500 Hz.

The disk 20 has 752 tracks per surface due to the ability of the actuator assembly 24 to operate with a track density of 1150 tracks per inch. Thus, utilizing 26 blocks per track and 512 bytes per block, the disk drive of the first embodiment has a formatted capacity of 20 MBytes. The actuator assembly 24 provides an average seek time of 28 ms and a track-to-track seek time of 7 ms. The average seek time is determined by dividing the total time required to seek between all possible ordered pairs of track addresses by the total number of ordered pairs addressed.

**12**

The assembly of the disk drive 10 of the present invention requires less steps than assembly of conventional disk drives. The spin motor 22 and disk 20 are attached to base plate 12. Then, an integrated actuator group, including actuator arm 40, bracket 32, reverse flex circuit 34, and latch coil 36, all previously assembled, is installed. Magnet structure 44 is then placed on one of its attachment points and pivoted into position so that the portion of actuator arm 40 holding actuator coil 42 extends between the top and bottom plates 64, 66 of the magnet structure 44. Latch arm 36 is then placed on its pivot point. The disk 20 is then pack written, and thereafter cover 14 is attached. Finally, printed circuit assembly 52 is attached outside of the clean room.

### Second Embodiment

A disk drive 200 in accordance with the second embodiment of the present invention will be described with reference to FIGS. 8–12.

As shown in FIGS. 8–10, the construction of disk drive 200 includes a base 212 and a cover 214. Gasket 216 provides a sealed, controlled environment between base 212 and cover 214. First and second disks 220, 221 are supported on base 212 and rotated by spin motor 222. Motor 222 is mounted in a well 223 in base 212, thereby allowing lower disk 221 to be as close as possible to the top surface of base 212.

An actuator assembly 224 positions heads 226a–d with respect to disks 220 and 221; heads 226a and 226b read information from and write information to respective, opposed surfaces of disk 220, and heads 226c and 226d read information from and write information to respective, opposed surfaces of disk 221. Tables 1 and 2 below specify certain characteristics of disks 220 and 221 and heads 226a–d.

### TABLE 1

| Number of Disks | 2 |
|---|---|
| Number of Data Surfaces | 4 |
| Number of Data Cylinders (Tracks per surface) | 1522 cylinders |
| Sectors per Track | 40 physical |
| | 39 accessible |
| Bytes per Sector | 662 |
| Data Bytes per Sector | 512 bytes |
| Data Capacity per Data Surface (formatted) | 30 Mbytes |
| Total Data Capacity (formatted) | 120 Mbytes |

### TABLE 2

| Disk Diameter | 95 millimeters |
|---|---|
| | 3.74 inches |
| Data Track Band Width | 20.32 millimeters |
| | 0.8 inches |
| Track Density | 1850 tracks/inch |
| Bit Density (max) | 23,800 fci |

Controller 227, including printed circuit board 28 and circuitry 229 mounted on circuit board 228, provides control signals to spin motor 222 and actuator assembly 224, and provides data signals to and receives data signals from heads 226a–d. Header 230 provides all electrical connections between controller 227 and the environment between base 212 and cover 214. Header 230 comprises conductive pins 231 embedded in a plastic header 232 which is then potted in base 212. A reverse entry connector 237 mounted on the front side 228a of printed circuit board 228 receives pins

US 6,545,845 B2

13

231; pins 231 pass through printed circuit board 228 to enter connector 236. Bracket 232 supports a flex circuit 233, including a reverse flex circuit loop 234, and connector 236 which provides electrical interconnections between flex circuit 233 and pins 231.

With reference to FIG. 12, actuator assembly 224 includes pivotable actuator arm 240 and an actuator motor. The actuator motor is a so-called voice coil motor comprising coil 242 (provided on actuator arm 240), first and second magnets 246a, 246b, top plate 264, bottom plate 266, first support post 268, and second support post 270. Top and bottom plates 264 and 266, in conjunction with first and second support posts 268, 270 create returns for the magnetic fields provided by first and second magnets 246a and 246b. The operation of the voice coil motor is described above with respect to the first embodiment.

The structure which enables disk drives 200 of the second embodiment of the present invention to include 2 disks, 220 and 221, lying in parallel planes within a one inch height form factor disk drive will be described with reference to FIGS. 8–10. In the first embodiment of the present invention the sloped profile of base 12 allowed the use of a fully shrouded power connector 58. In particular, power connector 58 was provided at the first end 10a of disk drive 10 where the sloped profile provided more room underneath base 12 and less room between base 12 and the top of cover 14 In the second embodiment, base 212 has first and second side rails 213a and 213b, and the mounting surface of base 212 is parallel to the plane defined by support points 215a–g. The space below base 212 is the same at both ends of drive 200; in the second embodiment a sloped profile is not utilized. In comparison with the first embodiment, the uniform height of rails 213a and 213b is the same as the height to rails 54a and 54b at the second end 10b of drive 10. Accordingly, the space between base 212 and cover 214 is increased at the end of drive 200 where disks 220 and 221 reside. This increased space between base 212 and cover 214, combined with the placement of motor 222 in well 223, allows two disks 220 and 221 to be provided in substantially parallel planes.

Printed circuit board 228 is mounted to base 212 by screws 254a–c, and an insulating sheet 255 is provided between printed circuit board 117 and base 212 to prevent short circuiting of the solder points appearing on the back side 228b of printed circuit board 228 which faces base 212. Printed circuit board 228 has an opening 253, and well 223 protrudes through opening 253.

The reduced height of rails 213a and 213b at the end of drive 200 where interface connector 256 and power connector 258 reside required for the removal of part of the shrouding from power connector 258. Thus, pins 259 of electrical connector 258 are not protected by shroud 260 in the region between pins 259 and base 212. However, because the connector which attaches to pins 259 is itself insulated, there is no danger of shorting pins 259 to base 212. A third connector 257, used for test purposes, is provided at the opposite end of drive 200 from connectors 256 and 258 as shown in FIGS. 11.

A latch mechanism for locking actuator arm 240 will be described with reference to FIGS. 11 and 12. The latch mechanism includes a magnet assembly 280 provided on second support post 270 and latch arm 282, including latch finger 283, mounted on actuator arm 240. Magnet assembly 280 has a slot 284 and contains the magnetic field provided by a magnet (not shown) so that the magnetic field affects latch finger 283 only when latch finger 283 enters slot 284.

14

A resilient element 285 provided in slot 284 of magnet assembly 288 functions as the inside diameter crash stop. A sleeve 288 provided on first support posts 268, combined with tab 290 on actuator arm 240 function as the outside diameter crash stop.

Table 3 specifies certain performance characteristics of disk drive 200.

TABLE 3

| Seek Times | |
| --- | --- |
| Track to Track | 8 msec |
| Average | sub-19 msec |
| Maximum | 35 msec |
| Average Latency | 8.8 msec |
| Rotation Speed (±.1%) | 3399 RPM |
| Controller Overhead | 1 msec |
| Data Transfer rate To/From Media | 1/5 MByte/sec |
| Data Trasfer Rate To/From Buffer | 4.0 MByte/sec |
| Interleave | 1-to-1 |
| Buffer size | 64 Kbyte |

All seek times are determined for nominal d.c. input voltages. Average seek times are determined by dividing the total time required to seek between all possible ordered pair of track addresses by the total number of ordered pairs.

Table 4 specifies certain environmental characteristics of disk drive 200.

TABLE 4

| Temperature | |
| --- | --- |
| Operating | 5° to 55° |
| Non-operating | −40° C. to 60° C. |
| Thermal Gradient | 20° C. per hour maximum |
| Humidity | |
| Operating | 8% to 80% non-condensing |
| Non-operating | 8% to 80% non-condensing |
| Maximum Wet Bulb | 26° C. |
| Altitude (relative to sea level) | |
| Operating | −200 to 10,000 feet |
| Non-operating (max.) | 40,000 feet |

Table 5 specifies shock and vibration tolerances for disk drive 200. Shock is measured utilizing a ½ sine pulse, having a 11 msec duration, and vibration is measured utilizing a swept sine wave varying at 1 octave per minute.

TABLE 5

| Non-operating shock | 75 G's |
| --- | --- |
| Non-operating vibration | |
| 5–52 Hz | 0.020″ (double amplitude) |
| 63–500 Hz | 4 G's (peak) |
| Operating shock | 5 G's (without non-recoverable errors) |
| Operating vibration | |
| 5–27 Hz | .025″ (double amplitude) |
| 28–500 Hz | .5 G's (peak) |
| | (without non-recoverable errors) |

Third Embodiment

A disk drive 300 in accordance with the third embodiment of the present invention will be described with reference to FIGS. 13–24.

As shown in FIGS. 13–20, the construction of disk drive 300 includes a base 312 and a cover 314, both generally

US 6,545,845 B2

15

formed of aluminum. Gasket 316 provides a sealed, controlled environment substantially isolated from ambient atmospheric pressures between base 312 and cover 314. As will be discussed in further detail below, a unique, elastomeric and metal gasket provides improved sealing of the disk drive in accordance with the third embodiment. First and second disks 320, 321 are supported on base 312 and rotated by spin motor 322. Motor 322 is mounted in a well 323 in base 312, thereby allowing lower disk 321 to be as close as possible to the top surface of base 312.

Gasket 316 is formed to have a unique elastomeric and metal structure which provides improved sealing characteristics for disk drive 300 and ease of assembly. Generally, hermetically sealed disk drives utilize gaskets formed entirely of an elastomeric material. As shown in FIGS. 13 and 19, gasket 38 includes a metal layer 317 sandwiched between two elastomeric layers $318_1$ and $318_2$. In one embodiment, layer 317 is formed of stainless steel and layers $318_1$ and $318_2$ are formed of burtyl rubber. The structure of gasket 316 provides easier assembly in the manufacture of drive 300 since the stiffness provided by the metal layer allows easier seating of the gasket structure on the base plate than drives using a purely elastomeric gasket. Gasket 316 further provides a seal for the hermetically sealed, controlled environment between cover 314 and base 312. In this regard, gasket 316 has a lateral strength superior to that of purely elastomeric gaskets. The additional stiffness, yielded through the use of a high modulus material, such as burtyl rubber, in conjunction with the stainless steel sandwiched layer, improves the drive's resistance to a phenomenon known as "blow out", which can cause a conventional elastomeric gasket of a hermetically sealed drive to deform with changes in external pressure relative to the pressure within hermetically sealed environment.

An actuator assembly 324 positions heads 326a–d with respect to disks 320 and 321; heads 326a and 326b read information from and write information to respective, opposed surfaces of disk 320, and heads 326c and 326d read information from and write information to respective, opposed surfaces of disk 321. Disks 320, 321 may comprise plated magnetic disks with an intensity of 1400 Oe. Table 6 below specifies certain characteristics of disks 320 and 321 and heads 326a–d. Heads 326a–326d may comprise thin film, air bearing heads capable of operating at a minimum flying height of 4.3 micro-inch, with a gap width of approximately 7.5 micron, a gap length of approximately 0.4 micron, with a head gram load of approximately 5 grams.

TABLE 6

| Number of Disks | 2 | |
| Number of Data Surfaces | 4 | |
| Number of Data Cylinders (Tracks per surface) | 2124 | cylinders |
| Sectors per Track | 50 | physical |
| | 49 | accessible |
| Bytes per Sector | 668 | bytes |
| Data Bytes per Sector | 512 | bytes |
| Data Capacity per Data Surface (formatted) | 53.3 | Mbytes |
| Total Data Capacity (formatted) | 213.2 | Mbytes |
| Disk Diameter | 95 | millimeters |
| | 3.74 | inches |
| Data Track Band Width | 0.84 | inches |
| Track Density | 2496 | tracks/inch |
| Bit Density (max.) | 30,452 | fci |

Controller 327, including printed circuit board 328 and the circuitry mounted thereon provides control signals to spin motor 322 and actuator assembly 324, and provides data signals to and receives data signals from heads 326a–d,

16

actuator assembly 324 and spindle motor 322. Header 330 provides all electrical connections between controller 327 and the environment between base 312 and cover 314. Header 330 comprises conductive pins 331 embedded in a plastic header 335 which is then potted in base 212. Bracket 332 supports a flex circuit 333, including a reverse flex circuit loop 334, and connector 336 which provides electrical interconnections between flex circuit 333 and pins 331.

Controller 327 may incorporate the system described in the above co-pending application entitled MULTIPLE MICRO CONTROLLER HARD DISK ARCHITECTURE. The third embodiment of the present invention provides a substantial increase in storage capacity within the same physical form factor as the drives of the first and second embodiments by incorporating several different factors. Specifically, the read/write heads used in the present invention, while being of the conventional air-bearing design, utilize a so-called 70% slider, wherein the dimensions of the head and slider have been reduced by approximately 30% from the sliders utilized in the first and second embodiments of the disk drive. In addition, the head gap width has been reduced to approximately 7.5 micron, with a gap length of 0.4 micron. In addition, with an increase in the intensity of the storage media to a 1400 Oe plated disk, and an increase in track density to 2496 tracks per inch, the aforementioned controller architecture allows for an increase in the storage capacity of the disk drive to up to about 213 MBytes, using 49 user sectors and providing a data rate of 20 MBytes/second.

Printed circuit board 328 is mounted to base 312 by mounting screws (not shown), and an insulating sheet (not shown, similar to sheet 255) may be provided between printed circuit board 328 and base 312 to prevent short circuiting of the solder points appearing on the back side 328b of printed circuit board 328 which faces base 312. Printed circuit board 328 has and opening 353, and well 323 protrudes through opening 353.

The disk drive of the third embodiment has a structure, which is similar to disk drive 200 of the second embodiment 60, that enables two (2) disks, 320 and 321, to lie in parallel planes within a one inch height, three and one-half inch form factor disk drive. In the first embodiment of the present invention the sloped profile of base 12 allowed the use of a fully shrouded power connector 58. In the third embodiment, as in the first embodiment, base 312 have first and second side rails 313a and 313b, and the mounting surface of base 312 is parallel to the plane defined by support points 315a–g. The space below base 312 is the same at both ends of drive 300; thus, in the third embodiment a sloped profile is not utilized. As with the second embodiment of the disk drive of the present invention, the placement of motor 322 in well 323 allows two disks 320 and 321 to be provided in substantially parallel planes.

Printed circuit board 328 may include an interface connector, power connector, and test connector similar to that utilized in the second embodiment of the drive of the present invention.

The specific structure, operation, and features of actuator assembly 324 will be explained with reference to FIGS. 14–18 and 20. The function of the actuator assembly 324 is to position heads 326 with respect to the surfaces of disks 320, 321 and, more specifically, to position the heads 326 over individual tracks on disks 320, 321. Heads 326 are supported on actuator arm 340 by load beams 360. A bearing cartridge 362, which is fixed to the base plate 312 at mounting region 312a, is

US 6,545,845 B2

17                                                             18

inserted in actuator arm 340 to allow arm 340 to rotate about pivot point "A" (FIG. 20). Actuator arm 340 is attached to bearing cartridge 362 by a clip ring 363. As noted above, using clip ring 363 instead of epoxy allows the bearing cartridge 362 to be tested prior to assembly and cleaned independently of the actuator arm 340. Heads 326 may thus be positioned along an arcuate path at any individual data track between innermost data track 295 and outermost data track 296 by the voice coil motor as described below.

The force utilized to pivot arm assembly 340 is provided by a so-called voice coil motor comprising coil 342 (provided on actuator arms 340-1, 340-2), first and second magnets 346a, 346b, top plate 364, bottom plate 366, support post 368, and latch body 370. Actuator assembly 324 provides a unique coil and magnet design which improves the efficiency of the actuator by providing a relatively constant amount of torque on arm 340 throughout its rotational movement. Top and Bottom plates 364 and 366, in conjunction with first support post 368 and latch body 370 create returns for the magnetic fields provided by first and second magnets 346a and 346b. (The general operation of the voice coil motor is described above with respect to the first and second embodiments.) It is important that there are no air gaps between support posts 368, latch body 370 and either the top or bottom plate 364, 366; any air gap would create a discontinuity in the return, greatly reducing the strength of the magnetic field.

First and second magnets 346a, 346b are bipolar, each having a first and second region $346_1$, $346_2$ with opposite poles attached to top plate 364 (e.g., the south pole of first magnet 346a and the north pole of second magnet 346b are attached to top plate 364) to provide first and second magnetic fields $\vec{B}_1$, $\vec{B}_2$ between respective ones of the first and second magnets 346a, 346b and bottom plate 366. First and second magnetic fields $\vec{B}_1$, $\vec{B}_2$ are encompassed in a closed magnetic field loops provided by top plate 364, bottom plate 366, support post 368, and latch body 370.

Actuator coil 342 is positioned so that it carries a current in opposite directions in first and second magnetic fields $\vec{B}_1$, $\vec{B}_2$. The strength of the magnetic field in this region between magnets 346a, 346b is directly related to the torque which the voice coil exerts on the actuator arm 340, and thus the rotational velocity of actuator 340 and the seek times for the drive.

The force on a current carrying wire in a magnetic field is proportional to the magnetic field intensity, and is expressed by the equation $\vec{F} = \vec{i} \, dl \times \vec{B}$, where F is the force, i is the current, l is the length of the wire, and B is the magnetic field. Passing a current in opposite directions in actuator coil 342 provides respective forces $\vec{F}_1$ and $\vec{F}_2$ (FIG. 17); these forces $\vec{F}_1$ and $\vec{F}_2$ pivot actuator arm 340 in opposite directions about and axis passing through the center of bearing assembly 362.

Actuator arm 340 may be fabricated of magnesium, including all of the components attached thereto, is precisely balanced, i.e., equal amounts of weight are provided on either side of the pivot point so that the positioning of heads 326 is less susceptible to linear shock and vibration.

Testing of the voice coil motors of conventional disk drives has shown that the magnetic field strength at the peripheral portions of actuator magnets is less than the magnetic field strength at the central portion of actuator magnet. Presumably, this is because the direction of mag-netic flux between plates 364, 366 near the central portion of magnets 346a, 346b is essentially vertical, as shown in FIG. 16 by magnetic field $\vec{B}_1$, and $\vec{B}_2$. As one moves outward from the line of division between regions $346_1$ and $346_2$ toward the periphery of the magnet (sides 347-1 and 347-2), the direction of the magnetic flux tends to become non-perpendicular with respect to the surface of magnets 346a, 346b. This has the effect of reducing the torque exerted by the voice coil motor on the actuator arm 340 when the arm is moving toward the innermost track 295 or outermost track 296. FIGS. 21, 22, and 23 show that the torque generated by the voice coil motor in the first (FIG. 21) and second (FIGS. 22–23) embodiments of the present invention decreases as actuator arm 340 positions heads 326 at inside diameter track 295 and outside diameter track 296. FIG. 21 is a graph of the torque applied to actuator arm 40 of the disk drive of the first embodiment of the present invention upon accel-eration of arm 40 in response to a seek command from controller 28. As shown in FIG. 21, the loss recorded at the inside and outside diameter positions of heads 26 is approxi-mately 6% for the drive tested. Experimental results on a number of similar drives a typical loss at the inside and outside diameters of approximately 10%.

FIGS. 22 and 23 are graphs showing the relationship between the torque applied on acceleration of the actuator arm 240 of the disk drive of the second embodiment of the present invention in relation to the position of heads 226 at the inside and outside diameter tracks of disk 220. As shown therein, the two drives tested show losses at the inside and outside diameters of the disk of approximately 12% and 10% respectively.

To provide a greater efficiency for the actuator of the third embodiment of the present invention, coil 324 and magnets 346a, 346b have been designed to provide both a greater effective area of coil 324 in the presence of magnetic fields $\vec{B}_1$ and $\vec{B}_2$, and a greater magnetic field intensity at the peripheral edges of the magnets.

FIG. 20 details the relationship between coil 324 and actuator magnet 346b as such, top plate 364 has been removed. It should be generally understood that the follow-ing principles, described in conjunction with magnet 346b, apply equally to magnet 346a provided on top plate 364. In order to compensate for torque losses at the inner diameter and out diameter, the surface area of magnet 346b is appreciably increased with respect to the actuator magnets shown in the first and second embodiments of the present invention. Specifically, magnet 346b includes a greater surface area at the respective ends 347-1 and 347-2 of the magnet, over which coil portions $324_1$ and $324_2$ are posi-tioned when heads 326 are at inside diameter 295 or outside diameter 296 of disk 320. The curvature of magnet edge 348, positioned closest the axis of rotation of actuator body 340. The arcuate shape of magnet edge 348 is such that it has a near tangential relationship with respect to edges $324_3$ and $324_4$ of coil 324, and is defined to have constant radius "X" with respect to "B", adjacent magnet 346b. In one configuration, radius "X" is approximately 0.387 inch. Mag-net 346b also includes an outer edge 345, comprising first and second edges $345_1$ and $345_2$, meeting, at an angle, at the division of regions $346_1$ and $346_2$ of magnet 346b. As will be noted from an examination of FIGS. 12, only the linear, uncurved portions of coil 242 overlie magnets 346a and 246b in the second embodiment. In the third embodiment of the present invention, coil 324 has been modified so that more coil area is provided over the major surface of magnet 346. Specifically, in the disk drive of the second embodi-

ment of the present invention, approximately 35% of the coil area is utilized; in the third embodiment, coil area utilization is increased to approximately 43%. Thus, a greater amount of coil area is provided in magnetic fields $B_1$ and $B_2$, therefore providing greater efficiency in the voice coil motor of the third embodiment of the present invention and greater torque on actuator arm 340. Specifically, it is estimated that, due to both the improvement in the shape of magnets 346a, 346b and the shape of coil 342, having a small curved area close to actuator pivot point "A", the usable area of the coil is increased in this embodiment to approximately 43%. Further, because of the increased field strength provided by the greater surface area of magnet 346b near magnet 346 347-1 and 347-2, the drop off associated with the acceleration torque in the first and second embodiments of the present invention is reduced. As shown in FIG. 24, the acceleration torque has a greater "linearity" than the acceleration torque shown in FIGS. 21–23. That is, the torque profile of the voice coil motor of the third embodiment is nearly linear between the inner diameter and the outer diameter, exhibiting less of an arcuate shape than the profiles depicted in FIGS. 21–23. Magnetic flux and torque loss associated with the positioning of the heads at the inner or outer diameters is markedly reduced, resulting in a total loss of torque of about 3% for the drive tested with respect to FIG. 24.

The actuator design of the third embodiment of the present invention results in an improvement of approximately 4.7% in access time.

Generally, the seek time specification for hard disk drives is determined in relation to the drive's minimal expected efficiency. That is, in conventional drives, the lowest actuator torque constant ($K_t$) for a given drive between the innermost track and the outermost track of the disk is used to generate the expected seek profiles for the drive. Losses occurring primarily at the peripheral edges of actuator magnets create longer seek times. The benefits of the higher torque magnitudes, generated over the central areas of the magnet, is lost.

Actuator disk access is generally divided into three segments controlled by the control means: a full acceleration of the actuator toward the track; a controlled deceleration of the actuator to a point within a specified area near the track (typically ¼ track width); and a positioning loop, for accurately locating the head over the desired track, also known as "settling. The raw average access time is defined as comprising the acceleration and deceleration of the actuator. The effective improvement in average access time can be shown mathematically as follows. The raw average access time for a drive, such as that shown in FIGS. 13–20, is given by:

$$T = \left[ 1 + \frac{Va}{Vd} \right] \sqrt{\frac{2\theta_s}{Kt} \frac{JR}{Va}}$$

where

$\theta_s$=the distance, in radians, of travel from start to finish for the actuator (typically ⅓ of a full stroke, 0.07 rad);

J=the polar inertia of a moving actuator ($23.0 \times 10^{-6}$ in-lbs²);

R=the resistance, in ohms, of the coil (25 Ω);

$K_t$=the motor torque constant (typically 0.7 in-lb/amp);

$V_a$=the voltage applied to accelerate the actuator (9.5 v); and

$V_d$=the voltage applied to decelerate the actuator (5 v).

For purposes of clarity, the above equation neglects the effects of coil inductance, back EMF and assumes a controlled deceleration.

Given the above values, the total computed access time is 10.09 ms. By improving the torque constant, e.g., the "linearity" of the magnetic field over the full stroke of the actuator arm, and improvement in access time for the drive will follow, as shown in the following analysis.

By holding all variables except $K_t$ constant, the torque equation is simplified to:

$$T = K_1 \sqrt{\frac{K_2}{K_t}}$$

where

$$K_1 = 1 + \frac{Va}{Vd}$$

and

$$K_2 = \frac{2\theta_s JR}{Va},$$

we find

$$T = K_1 \sqrt{\frac{K_2}{K_t}}$$

$$= K_1 \sqrt{K_2} \left( \frac{1}{\sqrt{K_t}} \right)$$

If $K = K_1 \sqrt{K_2}$, then,

$$T = K \left( \frac{1}{\sqrt{K_t}} \right)$$

If, then, the torque constant $K_t$ is increased by a factor of 10% so that

$$T = K \left( \frac{1}{\sqrt{1.1 K_t}} \right)$$

$$= K \left( \frac{1}{\sqrt{1.1} \sqrt{K_t}} \right)$$

$$= .953 K \left( \frac{1}{\sqrt{K_t}} \right)$$

Thus, for every 10% improvement in the torque constant, a 4.7% improvement in access time, T can be seen.

Hence, by increasing the total minimum torque constant by increasing surface area of the voice coil magnet and the area of the coil in the field generated by the voice coil magnets, the average seek times for the drive can likewise be decreased.

Crash stops are provided to limit the pivoting movement of the actuator arm 340 so that heads 326 travel only between selected inside and outside diameters 295, 296 of disk 320. An outside diameter crash stop is provided by a sleeve 376 (FIGS. 16, 17, and 20) fitted on support post 368. When the pivoting motion of actuator arm 340 places heads 326 at the outside diameter 296 of disk 320 portion 242 of actuator arm 340-2 contacts outside diameter crash stop 376, thereby preventing further movement of the heads 326. An inside diameter crash stop is provided by the portion of the latch mechanism and is described below.

A latch mechanism for locking actuator arm 340 will be described with reference to FIGS. 14–20.

The latch mechanism of the third embodiment of the disk drive of the present invention utilizes the force of the voice coil actuator magnets 346a and 346b to provide the magnetic retentive force for the latching actuator 340.

US 6,545,845 B2

21                                                                      22

As can be seen in FIGS. 14–20, a capture pin 130 formed of magnetically permeable material is provided in latch arm 340-1. Latch support structure 270 is designed so that the magnetic circuit formed by actuator magnets 346a and 346b provides a flux path through structure 270. Voids 398-1 through 398-4 are formed in structure 270 to channel the magnetic flux from magnets 346a and 346b to air gap 399. Specifically, air gap 399 has a width W of approximately 0.012 inches. Capture pin 130 is generally "T"-shaped, including portion 131 extending through a bore in actuator latch arm 340-1 and secured thereto by a snap ring (not shown). The magnetic flux provided by magnets 346a and 346b and channeled through support structure 270 exhibits a fringing effect when the flux encounters gap 399. When actuator 340 is directed to position heads 326 over the landing zone at inner diameter 295, capture pin 130 is drawn into abutment with tabs 398a and 398b of structure 270. As pin 130 engages tabs 398a, 398b, the magnetic flux provided by magnets 346a and 346b passes through pin 130, making pin 270 part of the magnetic circuit formed by structure 270 and magnets 346a, 346b.

The latching force provided by the latching mechanism is 50–60 inchgrams. The amount of latching force may be adjusted by providing a shunt 375 (FIG. 16) across gap 399 to provide a flux path in parallel with the flux fringing about gap 399. Generally, there is no need for an additional latch magnet to provide the requisite magnetic latching and releasing forces for the actuator. Actuator assembly 324 can generate sufficient force to release actuator arm 340 from the latched position. The strength of the latching force is sufficient to retain the actuator in a captured position under non-operating shocks of up to 75 G's.

Table 8 specifies certain performance characteristics of disk drive 300.

TABLE 8

| Seek Times | |
| --- | --- |
| Track to Track | 3 msec |
| Average | 12 msec |
| Maximum | 25 msec |
| Rotation Speed (±.1%) | 4491 RPM |
| Data Transfer Rate To/From Media | 20 MByte/sec |
| Interleave | 1-to-1 |

Table 9 specifies certain environmental characteristics of disk drive 300.

TABLE 9

| Temperature | |
| --- | --- |
| Operating | 5° C. to 55° C. |
| Non-operating | −40° C. to 60° C. |
| Thermal Gradient | 20° C. per hour maximum |
| Humidity | |
| Operating | 8% to 80% non-condensing |
| Non-operating | 8% to 80% non-condensing |
| Maximum Wet Bulb | 26° C. |
| Altitude (relative to sea level) | |
| Operating | −200 to 10,000 feet |
| Non-operating (max.) | 40,000 feet |

Table 10 specifies shock and vibration tolerances for disk drive 200. Shock is measured utilizing a ½ sine pulse, having a 11 msec duration, and vibration is measured utilizing a swept sine wave varying at 1 octave per minute.

TABLE 10

| Non-operating shock | 75 G's |
| --- | --- |
| Non-operating vibration | |
| 63–500 Hz | 4 G's (peak) |
| Operating shock | 5 G's (without non-recoverable errors) |
| Operating vibration | .5 G's (peak) |
| | (without non-recoverable errors) |

The many features and advantages of the disk drive of the present invention will be apparent to those skilled in the art from the Description of the Preferred Embodiments. For example, those skilled in the art will appreciate that the structure of the disk drive of the present invention as described herein can be scaled for use with disk drives having disks with smaller and larger than 3½ inches. Thus, the following claims are intended to cover all modifications and equivalents falling within the scope of the invention.

What is claimed is:

1. A disc drive assembly having a base plate, at least one disc rotatably mounted on the base plate for rotation about a spin axis, and an actuator assembly mounted adjacent the at least one disc positioning a plurality of read/write heads over predetermined radial positions on the at least one disc, the actuator assembly comprising:

an actuator arm pivotally supported from the base plate for rotation about an actuator axis parallel to the spin axis, wherein the actuator arm carries the heads at one end thereof and a generally flat voice coil at an opposite end of the actuator arm and has a central axial bore therethrough;

a bearing cartridge disposed in the central axial bore; and

a retaining clip engaging a portion of the bearing cartridge to fasten the actuator arm to the bearing cartridge.

2. The disc drive assembly according to claim 1 wherein the bearing cartridge has a bottom radial flange and the actuator is captured between the bottom radial flange and the retaining clip.

3. The disc drive assembly according to claim 1 wherein the retaining clip has a "C" shape.

4. The disc drive assembly according to claim 3 wherein the retaining clip engages a groove at an upper end of the bearing cartridge.

5. An actuator assembly for positioning a transducer over a rotating data storage disc in a disc drive, the actuator assembly comprising:

an elongated actuator arm having a first end supporting a transducer, a second end carrying a voice coil, and a central pivot portion having a central axial bore therethrough;

a generally cylindrical bearing cartridge inserted into the central bore; and

a retaining clip fastening the bearing cartridge to the actuator arm in the central pivot portion of the actuator arm.

6. The actuator assembly according to claim 5 wherein the bearing cartridge has a bottom radial flange and the pivot portion of the actuator is captured between the flange and the retaining clip fastened to the bearing cartridge.

7. The actuator assembly according to claim 6 wherein the retaining clip engages a groove in the bearing cartridge.

8. The actuator assembly according to claim 7, wherein the retaining clip is compression fitted to the bearing cartridge to secure the actuator arm to the bearing cartridge.

9. A disc drive data storage device having a base plate, a spin motor mounted to the base plate carrying a storage disc

US 6,545,845 B2

23

24

rotatably mounted on the spin motor for rotation about an axis, and an actuator assembly mounted on a post having an axis parallel to the disc spin axis on the base plate adjacent the storage disc, the actuator assembly comprising:

an actuator arm having a pivot portion having a central bore and a distal end supporting a transducer operably positioned over the storage disc, and a proximal end carrying a voice coil; and

a bearing cartridge mounted on the post and fastened in the central bore of the actuator arm by a generally circular retaining clip engaging the bearing cartridge to secure the actuator arm to the bearing cartridge.

**10.** The disc drive according to claim **9**, wherein the retaining clip is a split ring shaped clip.

**11.** The disc drive according to claim **9**, wherein the bearing cartridge has a bottom flange and a peripheral groove at an upper end receiving the clip to secure the actuator arm to the bearing cartridge.

**12.** In a disc drive data storage device having a base plate, a spin motor mounted to the base plate carrying a storage disc rotatably mounted on the spin motor for rotation about an axis, and an actuator assembly mounted on a stationary post having an axis parallel to the disc spin axis adjacent the storage disc, the actuator assembly comprising:

an actuator arm having a pivot portion having a central bore, a distal end supporting a transducer operably positioned over the storage disc, and a proximal end carrying a voice coil; and

a bearing cartridge retained in the central bore of the actuator arm by a generally circular retaining clip engaging the bearing cartridge and securing the actuator arm to the bearing cartridge.

**13.** The actuator assembly according to claim **12** wherein the retaining clip is a split ring shaped clip.

**14.** The actuator assembly according to claim **12** wherein the bearing cartridge has a bottom flange and a peripheral groove at an upper end receiving the clip to secure the actuator arm to the cartridge between the flange and the retaining clip.

**15.** The actuator assembly according to claim **14** wherein the bearing cartridge is fastened to the stationary post on the base plate of the disc drive.

**16.** The actuator assembly according to claim **12** wherein the pivot portion of the actuator arm has a plurality of integral actuator arms extending from the pivot portion.

*  *  *  *  *