# EXHIBIT 3

US005596461A

# United States Patent [19]

## Stefansky

[11] Patent Number: 5,596,461

[45] Date of Patent: Jan. 21, 1997

[54] **SPACE EFFICIENT HOUSING CONFIGURATION FOR A DISK DRIVE #7**

[75] Inventor: **F. Mark Stefansky**, Longmont, Colo.

[73] Assignee: **Seagate Technology, Inc.**, Scotts Valley, Calif.

[21] Appl. No.: **450,213**

[22] Filed: **May 25, 1995**

[51] Int. Cl.[6] ........................... G11B 17/02; G11B 33/00

[52] U.S. Cl. ....................................... 360/97.01; 360/98.01

[58] Field of Search ........................... 360/97.01, 98.01, 360/98.07–99.01, 99.12, 104–106, 137; 369/75.1, 258, 272, 292

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,025,335 | 6/1991 | Stefansky | 360/97.01 |
| 5,235,472 | 8/1993 | Smith | 360/60 |
| 5,396,384 | 3/1995 | Caldeira et al. | 360/98.01 |
| 5,412,522 | 5/1995 | Lockhart et al. | 360/97.01 |
| 5,414,574 | 5/1995 | Boutaghou et al. | 360/97.01 |
| 5,420,733 | 5/1995 | Knighton et al. | 360/97.01 |
| 5,488,523 | 1/1996 | Seaver et al. | 360/99.12 |

*Primary Examiner*—Jefferson Evans
*Attorney, Agent, or Firm*—Bill D. McCarthy; Edward P. Heller, III; Randall K. McCarthy

[57] **ABSTRACT**

A space efficient disk drive housing is described. The disk drive housing comprises a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions and a cover element comprising a top surface and side walls depending downwardly from the top surface. The cover element has length and width dimensions corresponding to the dimensions of the length and end portions of the base member so that the cover element can be secured to the base member to form the housing. The cover element is provided with a first raised portion to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly of a disk drive. Remaining portions of the top surface of the cover element providing a continuous, single PCB support surface. A set of support posts is provided on the cover element of the disk drive housing. The support posts are used to mount the disk drive to a host computer. The spindle motor and head stack assembly are mounted to the base member. The removal of the support posts from the base housing element mounting the spindle motor and head stack assembly, as done in conventional disk drives, frees up space on the base to permit greater flexibility in the placement of mechanical components of the disk drive.

**8 Claims, 3 Drawing Sheets**





FIG. 1





FIG. 3

5,596,461

1

## SPACE EFFICIENT HOUSING CONFIGURATION FOR A DISK DRIVE #7

### FIELD OF THE INVENTION

The present invention is directed to disk drives. More particularly, the present invention provides a novel mechanical architecture for a disk drive housing. According to the architecture, the housing is configured in a manner that decreases the overall dimensions of the disk drive while accommodating the mounting of mechanical and electronic components required for operation of the disk drive.

### BACKGROUND OF THE INVENTION

Disk drives are commonly used in workstations, personal computers, laptops and other computer systems to store large amounts of data in a form that can be made readily available to a user. In general, a disk drive comprises a magnetic disk that is rotated by a spindle motor. The surface of the disk is divided into a series of data tracks. The data tracks are spaced radially from one another across a band having an inner diameter and an outer diameter. Each of the data tracks extends generally circumferentially around the disk and can store data in the form of magnetic transitions within the radial extent of the track on the disk surface.

An interactive element, such as a magnetic transducer, is used to sense the magnetic transitions to read data, or to transmit an electric signal that causes a magnetic transition on the disk surface, to write data. The magnetic transducer includes a read/write gap that contains the active elements of the transducer at a position suitable for interaction with the magnetic surface of the disk.

As known in the art, the magnetic transducer is mounted by a head structure to a rotary actuator arm and is selectively positioned by the actuator arm over a preselected data track of the disk to either read data from or write data to the preselected data track of the disk, as the disk rotates below the transducer. The head structure includes a slider having an air bearing surface that causes the transducer to fly above the data tracks of the disk surface due to fluid currents caused by rotation of the disk.

In modern high capacity disk drives, the spindle motor is arranged to mount a stack of axially aligned storage disks, with the storage disks in the stack being spaced from one another. The use of multiple disks increases the total disk surface available for the storage of data. A head stack assembly comprises a stack of actuator arms, each mounting a head or a pair of heads. The stack of actuator arms is arranged adjacent the stack of storage disks with each head being positioned by the respective actuator arm over the surface of a corresponding one of the disk surfaces. The spacing between any two opposed disks of the stack is sufficient to accommodate the placement of an actuator arm between the two disks of the stack to position each of a pair of heads opposite the surface of a respective one of two opposing disks in the stack.

A complete assembly of the head stack assembly and the stack of disks is called a head disk assembly. Typically, the spindle motor and head stack assembly are mounted on a mounting surface of a base plate to form the head disk assembly. The spindle motor is mounted on the mounting surface at a location that is proximate one end of the base plate and the head stack assembly is mounted at a location proximate the other end of the base plate. A cover having a top and side portions extending downwardly from the top, is

2

received over the spindle motor and head stack assembly, and is secured to the outer perimeter of the base plate to form a housing comprising the base plate and the top and side portions of the cover. In this manner, the housing encloses the spindle motor and head stack assembly of the head disk assembly in a protected environment.

The height of the head disk assembly, from the mounting surface of the base plate to the top most storage disk of the disk stack, must have a dimension that fits within the spacing between the base plate and the top of the cover. Typically, the extremities of the height dimension of each of the spindle motor and the head stack assembly exceed the extremities of the height dimension of the stack of disks. This is because the spindle motor mounts the disk or disks and has a greater height so that it can be mounted to the base plate at one end, and receive a clamp or other mechanical element at the other end, to secure the disk or disks to the spindle motor. In addition, the actuator structure must place an actuator arm/head assembly both above the top most disk surface and below the bottom most disk surface of the stack of disks to permit the reading and writing of data from these surfaces. Thus, the extremities of the spindle motor and head stack assembly dictate the overall height of the disk drive housing. In conventional disk drive products, the spacing between the top of the cover and the base plate is maintained at a dimension suitable to fit the entire head disk assembly, over substantially the entire width and length of the disk drive housing.

A disk drive product also includes various electrical connectors to couple the disk drive to a host computer (i.e. the computer that is using the disk drive to store data). The connectors include a host connector, to form electrical paths for the transmission of commands and data between the disk drive and the host computer, and a power connector, to connect the disk drive to the power supply of the computer to energize the motors and circuits within the disk drive.

A printed circuit board (PCB) is mounted on the side of the base plate opposite to the side mounting the head disk assembly. The PCB is used to mount control electronics for controlled operation of the spindle motor and actuator arm positioning. The PCB also includes read/write channel and disk controller circuitry coupled to the read/write heads, to control the transfer of data between the data tracks of the storage disks and the host connector. In a conventional disk drive, the PCB is generally rectangular in shape and has width and length dimensions that are approximately equal to the width and length dimensions of the base plate.

Moreover, a set of support posts is arranged to extend downwardly from the base plate for use in securely mounting the disk drive within the host computer.

The total height, width and length of the connectors, base plate, PCB and cover of the disk drive must fit within a mounting space provided in the host computer. Thus, the smaller the overall dimensions of the disk drive, the less space required within the host computer to accommodate the drive. The trend in recent years has been to design and build disk drive products with high data storage capacities, but that are lightweight and compact in size to minimize the space requirements and weight addition imposed on computer systems using the disk drives for data storage.

In one recent proposal, the overall dimensions of the disk drive are reduced by providing several PCB segments and mounting the PCB segments within cutout portions formed in the disk drive housing. The PCB segment approach takes advantage of miniaturization of integrated circuits to implement PCB structures in less than the full length and width

5,596,461

3

dimensions of the disk drive. However, this arrangement incurs added power requirements for transmission of signals between PCB boundaries and does not fully realize economic use of available space.

## SUMMARY OF THE INVENTION

The present invention provides a novel mechanical architecture for a disk drive housing that is based upon an efficiency in space utilization to accommodate the mounting of mechanical and electronic components of the disk drive in a minimum amount of volume. The present invention also recognizes and utilizes advances in integrated circuit miniaturization to configure PCB and housing elements in a manner that permits physical placement of disk drive components in a reduced amount of space.

In accordance with a feature of the present invention, a first raised portion of a housing element, such as a housing cover, is dimensioned to receive the top most portions of the spindle motor and actuator assembly, and includes a region that permits the movement of the top most actuator arm relative to a top disk surface. A second raised portion of the housing element, having a height dimension that is less than the height dimension of the first raised portion, is dimensioned to receive the top most disk(s) of a stack of disks.

A single PCB is arranged and configured to generally coincide with the surface area defined by the second raised portion. The PCB is mounted to the second raised portion, surrounds the first raised portion and has a height dimension that fits within the difference in height dimensions between the first and second raised portions. Advantage is taken of the miniaturization of integrated circuits to reduce the surface area of the PCB to within the surface area of the second raised portion. The first raised portion is configured to accommodate the height dimensions of the spindle motor and head stack assembly and occupies only as much space as required for this purpose. In this manner, the present invention makes a highly effective use of available space and eliminates the need to accommodate both the height of the spindle motor and head stack assembly and the mounting of a PCB to either a full side of a base plate or to be segmented into several portions arranged in various spaced recesses cut of housing surfaces.

In accordance with another feature of the present invention, a set of support posts is provided on a cover element of the disk drive housing. The spindle motor and head stack assembly are mounted to a base plate. The removal of the support posts from the base housing element mounting the spindle motor and head stack assembly, as done in conventional disk drives, frees up space on the base to permit greater flexibility in the placement of mechanical components of the disk drive.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 a perspective, exploded view of a representative disk drive according to the present invention.

FIG. 2 is a top view of the disk drive of FIG. 1, with the cover shown as being transparent to illustrate the structural features of the present invention.

FIGS. 3 is a side cross sectional view of the disk drive of FIG. 2.

## DETAILED DESCRIPTION

Referring now to the drawings, and initially to FIG. 1, there is illustrated an exemplary disk drive housing according to the present invention designated generally by the

4

reference numeral 20. The disk drive housing 20 encloses a stack of storage disks 22a–c. Each of the storage disks 22a–c is provided with a plurality of data tracks (not shown) to store user data in the form of magnetic transitions, as is well known.

A housing comprises a cover element 24 and a base plate 26. The base plate 26 is formed to include a raised portion 28 that covers a substantial portion of the top surface area of the base plate 24. The raised portion 28 provides structural integrity and strength to the base plate 26. As clearly shown in FIG. 1, the raised portion 28 of the base plate 26 is shaped to accommodate the mounting of a head stack assembly 36, as will be described, the forming of internally threaded posts 30 to secure the cover element 24 to the base plate, and the placement of a gasket 32 to seal the housing when the cover element 24 is secured to the base plate 26.

A spindle motor 34 is mounted to the base plate 26 to support the disks 22a–c for rotation, as well known in the art. The principal components of the head stack assembly 36 comprise a stack of actuator arms 36a–d, spacers 38a,b and an electric coil element 40. Each actuator arm 36a–d is suitable to mount a head gimble assembly (not shown) for reading and writing data to and from the surfaces of the disks 22a–c, also as well known in the art. A rotatable shaft 42 is mounted to the base plate 26 and supports the actuator arms 36a–d, spacers 38a,b and electric coil element 40 in an alternating arrangement for rotation as a stack, such that the actuator arm 36a is rotatably positioned above the top surface of the disk 22a, the actuator arm 36b is spaced from the actuator arm 36a by the spacer 38a and rotatably positioned between the disks 22a and b, the actuator arm 36c is spaced from the actuator arm 36b by the electric coil element 40 and rotatably positioned between the disks 22b and c and the actuator arm 36d is spaced from the actuator arm 36c by the spacer 38b and rotatably positioned below the bottom surface of the disk 22c.

A permanent magnet 44 is secured between two mounting plates 46a,b, which are, in turn, mounted to the base plate 26, as shown in FIG. 1. An electric coil portion 40a of the electric coil element 40 is sandwiched between the mounting plates 46a,b when the electric coil element 40 is mounted on the rotatable shaft 42. In this manner, a control signal applied to the electric coil portion 40a can be used to control the radial position of the head stack, as is well known:

As shown in the exemplary embodiment of the present invention depicted in FIG. 1, the shape of the raised portion 28 in the vicinity of the head stack assembly 36 and the spindle motor 34 provides space just sufficient to receive the lower most portions of the spindle motor 34 and the rotatable shaft 42, as well as the bottom actuator arm 36d with suitable clearance for rotation through an arc sufficient to move the actuator arm 36d from an inner diameter of the bottom disk 22c to an outer diameter of the disk 22c containing data tracks.

According to the present invention, the cover element 24 is formed to include a top surface comprising a first raised portion 48 and a second raised portion 50. A side wall 51 depends downwardly for the top surface to define an enclosed space between the cover element 24 and base plate 26 when the cover element 24 is positioned on the base plate 26. The first raised portion 48 is formed to provide sufficient height, when the cover element 24 is secured to the base plate 26, to receive the topmost portions of the spindle motor 34 and head stack assembly 36 and to accommodate rotation of the top actuator arm 36a through an arc sufficient to move the actuator arm 36a from an inner diameter of the top disk

5,596,461

5

22*a* to an outer diameter of the disk 22*a* containing data tracks. As shown in the exemplary embodiment of the present invention depicted in FIG. 1, the shape of the first raised portion 28 of the base plate 26 corresponds to the shape of the first raised portion 48 of the cover element 24 to provide a shaped region of the housing 20 with a total height dimension relative to the spindle motor 34 and head stack assembly 36, that is just sufficient for those elements.

The second raised portion 50 of the cover element 24 is shaped to provide a sufficient height dimension, when the cover element 24 is secured to the base plate 26, to receive the top disk 22*a* and the permanent magnet 44/mounting plate 46*a,b* assembly. As shown in FIG. 1, the raised portion 28 of the base plate 26 is formed to a shape that corresponds to the shape of the second raised portion 50 to provide a total height dimension relative to the disk stack and permanent magnet 44/mounting plate 46*a,b* assembly that is just sufficient for those elements.

A PCB 52 is provided to mount control electronics for controlled operation of the spindle motor 34 and the electric coil portion 40*a*. The PCB 52 is also used to mount read/write channel circuitry to control the transfer of data to and from the data tracks of the storage disks 22*a-c*. The control electronics and read/write channel circuitry as well as the manner for coupling these components to one another on the PCB 52 and to the various components of the disk drive are well known in the art.

The PCB 52 is also provided with a pin connector 54. The pin connector 54 is used to couple the disk drive electronics to a host computer (i.e. the computer that is using the disk drive to store data). The pin connector 54 includes a host connector, to form electrical paths for the transmission of commands and data between the disk drive and the host computer, and a power connector, to connect the disk drive to the power supply of the computer to energize the motors and circuits within the disk drive.

The PCB 52 is shaped to generally coincide with the shape of the second raised portion 50 such that the PCB 52 can be supported on the surface of the second raised portion 50 and surround the first raised portion when the PCB 52 is mounted to the disk drive housing 20. Moreover, the overall height of the PCB 52 is dimensioned to fit within the height difference between the first and second raised portions 48, 50. In this manner, a highly efficient use of space is achieved by providing housing height dimensions that precisely coincide with the height requirements of various components of the disk drive.

A portion 56 of the top surface of the cover element 24 that is not occupied by either the first and second raised portions 48, 50 is used to receive the pin connector 54 and any connecting elements (not shown) on the PCB 52 used to couple the electronics on the PCB 52 to the head stack assembly 36. To that end, an opening 58 is formed in the portion 56 to run any wiring (not shown) that may be necessary to couple the PCB 52 to the head stack assembly 36 within the housing 20.

A set of openings 60 is formed along the outer perimeter of the cover element 24 at positions that are aligned with the internally threaded posts 30 of the base plate 26 when the cover element 24 is placed onto the base plate 26. Screws (not shown) can be used to secure the cover element 24 to the base plate 26 via the aligned opening, internally threaded post arrangement.

In accordance with another feature of the present invention, openings 62 are formed in the pin connector 54. The openings 62 are arranged to align with corresponding open-

6

ings 60 and internally threaded posts 30 of the cover element 24 and base plate 26, respectively, as shown in FIG. 1. The openings 62 permit the pin connector 54, and the attached PCB 52, to be secured to the disk drive housing 20 via screws received through the openings 62 and the corresponding openings 60, and threaded into the corresponding posts 30. In conventional disk drives, the connectors are typically mounted to the PCB, and do not have a secure mounting directly to the housing as provided by this feature of the present invention.

Pursuant to the present invention, a set of support posts 64 is formed at the outer perimeter of the cover element 24 for use in mounting the disk drive in a host computer. When installed in a host computer, the disk drive housing 20 is positioned so that the support posts 64 align with corresponding openings formed in the host computer. The support posts 64 include internally threaded openings to receive screws applied through the host computer openings. In conventional disk drives, the support posts are formed on the base plate and occupy space within the regions of the base plate where the spindle motor and head stack assembly are located. By moving the support posts 64 to the housing element (e.g. the cover element 24 in the exemplary embodiment of the present invention) opposite to the mounting element for the spindle motor and head stack assembly (e.g. the base plate 26 in the exemplary embodiment of the present invention), more space is available for mounting disk stack assembly components. The additional space availability can be used to increase flexibility in design configurations for the disk stack assembly.

FIGS. 2 and 3 provide additional views of the exemplary disk drive housing embodying an example of the present invention. It will be clear that the present invention is well adapted to carry out the objects and attain the ends and advantages mentioned as well as those inherent therein. While a presently preferred embodiment has been described for purposes of this disclosure, numerous changes may be made which will readily suggest themselves to those skilled in the art and which are encompassed in the spirit of the invention disclosed and as defined in the appended claims.

What is claimed is:

1. A disk drive housing, comprising:

a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and

a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corresponding to the dimensions of the length and end portions of the base member;

the cover element being received onto and secured to the base member to form the housing;

the top surface of the cover element including a first raised portion to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly;

remaining portions of the top surface of the cover element being generally parallel to said first raised portion and providing a continuous, single PCB support surface.

2. The disk drive housing of claim 1 wherein the remaining portions of the top surface include a second raised portion to provide a height dimension within the housing sufficient for topmost portions of a stack of disks of the disk stack assembly, the first raised portion being higher than the second raised portion.

3. The disk drive housing of claim 2, wherein the cover element and base member further comprise aligned openings

5,596,461

7          8

usable to secure the cover element to the base member to form the housing, and wherein the disk drive housing further comprises a PCB including an attached connector, the connector including openings aligned with at least certain ones of the openings of the base member and cover element for mounting the connector directly to the top surface of the cover element when the openings of the base member and cover element are used to secure the base member to the cover element.

4. The disc drive housing of claim 3, wherein the PCB is mounted over at least selected portions of the second raised portion of the top surface of the cover element.

5. The disk drive housing of claim 1 wherein the first raised portion of the top surface has a preselected shape and the base member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing sufficient for the height of the spindle motor and head stack assembly of the disk stack assembly.

6. A disk drive housing, comprising:

a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and

a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corre-

sponding to the dimensions of the length and end portions of the base member;

the cover element being received onto and secured to the base member to form the housing;

the top surface of the cover element including a first raised portion having a preselected shape to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly, the shape of the first raised portion being just sufficient to provide adequate height for the spindle motor and head stack assembly of the disk stack assembly, remaining portions of the top surface of the cover element being generally parallel to said first raised portion and providing a continuous, single PCB support surface.

7. The disk drive housing of claim 6 wherein the base member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing just sufficient for the height of the spindle motor and head stack assembly of the disk stack assembly.

8. The disc drive housing of claim 6, wherein the cover element further includes a set of support posts usable to mount the disk drive housing in a host computer.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO.    :    5,596,461
DATED    :    January 21, 1997
INVENTOR(S) :    F. Mark Stefansky

It is certified that error appears in the above-indentified patent and that said Letters Patent is hereby corrected as shown below:

Title page, column 1, line 2, after the word DRIVE, delete "#7"

column 1, line 2, after the word DRIVE, delete "#7"

Signed and Sealed this

Thirteenth Day of May, 1997

Attest:

*Bruce Lehman*

**BRUCE LEHMAN**

*Attesting Officer*        *Commissioner of Patents and Trademarks*

# EXHIBIT 4

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 5

**TABLE OF CONTENTS**

**Page**

I.     INTRODUCTION .................................................................................. 1

II.    SEAGATE DID NOT APPEAL JUDGE HARRIS'S RULING IN THE ITC
       THAT CORNICE DOES NOT INFRINGE THE '461 PATENT .................... 1

III.   BACKGROUND AND QUALIFICATIONS .................................................. 1

IV.    MATERIALS CONSIDERED ................................................................. 4

V.     SUMMARY OF OPINIONS ................................................................... 5

VI.    TECHNICAL BACKGROUND ................................................................ 5

       A.    Problem In The Industry:  How To Fit Components Of Hard Drives Into
             Increasingly Smaller Products ................................................... 5

             1.    Hard Drive Components ..................................................... 5

             2.    Geometric Constraints In Hard Drive Design ........................... 7

       B.    Prior Art Approaches .................................................................. 7

             1.    Prior Art Drives Described In The Patent-In-Suit ................... 7

             2.    Some Prior Art Devices Did Economize Space By Using
                   Contoured Bases And Covers ............................................. 8

                   a.    U.S. Patent No. 4,712,146 to Moon et al ....................... 8

                   b.    U.S. Patent No. 5,768,049, to Morehouse et al ............... 9

VII.   OVERVIEW OF THE '461 PATENT ..................................................... 12

       A.    The '461 Patent Concerns A Contoured Cover For Fitting A Printed
             Circuit Board .......................................................................... 12

VIII.  THE LEVEL OF ORDINARY SKILL IN THE ART .................................. 14

IX.    CONCEPTION DATE ....................................................................... 15

X.     CLAIM CONSTRUCTION .................................................................. 15

       A.    Base member ......................................................................... 16

       B.    Cover Element ........................................................................ 18

       C.    "Head Stack Assembly" ............................................................ 22

       D.    "Continuous, single PCB support surface" ................................... 24

       E.    Summary '461 Claim Construction Chart ..................................... 25

XI.    PRIOR ART ANALYSIS .................................................................... 28

       A.    Claim 1 ................................................................................. 31

             1.    Morehouse '049 Patent .................................................... 32

i

**TABLE OF CONTENTS**
(continued)

Page

2. Moon '146 Patent ........................................................................... 37

3. ST3243A ......................................................................................... 42

4. ST4026 ............................................................................................ 46

B. Claim 5 .................................................................................................. 49

1. Morehouse '049 Patent .................................................................. 50

2. The Moon '146 Patent .................................................................... 52

3. The ST3243A ................................................................................... 54

4. The ST4026 ..................................................................................... 56

C. Claim 6 .................................................................................................. 58

1. The Morehouse '049 Patent ........................................................... 58

2. Moon '146 Patent ........................................................................... 63

3. The ST3243A ................................................................................... 68

4. The ST4026 ..................................................................................... 72

D. Claim 7 .................................................................................................. 76

1. Morehouse '049 Patent .................................................................. 77

2. The Moon '146 Patent .................................................................... 78

3. The ST3243A ................................................................................... 80

4. The ST4026 ..................................................................................... 82

XII.   DR. BOGY'S REBUTTAL REPORT REGARDING THE '461 PATENT FILED
       IN THE ITC MATTER ............................................................................ 83

A. Rebuttal to Opinions Concerning the Morehouse '049 Patent ............ 84

B. Rebuttal to Opinions Concerning the Moon '146 Patent ..................... 89

C. Rebuttal to Opinions Concerning the ST3243A .................................. 94

D. Rebuttal to Opinions Concerning the ST4026 ..................................... 96

XIII.  OTHER OPINIONS ................................................................................... 97

XIV.   RECENT TESTIMONY ............................................................................ 97

XV.    COMPENSATION ..................................................................................... 98

XVI.   FURTHER COMMENTS .......................................................................... 98

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because
they contain confidential information
subject to the protective order*

*There is no public version of the document that is
available.*

# EXHIBIT 6

# CONFIDENTIAL DOCUMENT

**This page has been omitted because it contains
confidential information subject to the protective order**

**There is no public version of this document that is available.**

# EXHIBIT 7

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 8

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 9

1

UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, D.C. 20436


Before The Honorable Sidney Harris,
Administrative Law Judge

Inv. No. 337-TA-516

————————————————————————————————————

VIDEOTAPED DEPOSITION OF:  PETER GIRARD MADDEN
EXAMINATION DATE:  JANUARY 13, 2005

————————————————————————————————————

In the Matter of:

Certain Disc Drives, Components Thereof, and
Products Containing Same

————————————————————————————————————

          PURSUANT TO NOTICE, the videotaped
deposition of PETER GIRARD MADDEN was taken at
9:33 a.m. on January 13, 2005, at 1800 Broadway,
Suite 300, Boulder, Colorado, before Kathy L.
Davis, Certified Realtime Reporter and Notary
Public in and for the State of Colorado, said
deposition being taken pursuant to the Tariff Act
of 1930, as amended, and the Commission's Rules
of Practice and Procedure.




          Kathy L. Davis
     Certified Realtime Reporter

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 10

CONTAINS CONFIDENTIAL BUSINESS INFORMATION,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | |
| Plaintiff, | |
| v. | C.A. No. 04-418 (SLR) |
| CORNICE, INC. | |
| Defendant. | |

# EXPERT REPORT OF DAVID B. BOGY, PH.D.

CONTAINS CONFIDENTIAL BUSINESS INFORMATION,

| | | |
|---|---|---|
| I. | INTRODUCTION | 1 |
| I. | QUALIFICATIONS and PROFESSIONAL EXPERIENCE | 1 |
| II. | INFORMATION CONSIDERED | 3 |
| III. | SUMMARY OF OPINIONS AND UNDERSTANDING | 4 |
| IV. | TECHNOLOGY OVERVIEW | 5 |
| | A. The '606 Patent | 5 |
| |     1. The Conventional Hard Disc Drive | 5 |
| | B. The '159 Patent | 11 |
| | C. The '461 Patent | 14 |
| |     1. Conventional Housings | 15 |
| V. | ANALYSIS AND OPINION | 19 |
| | A. RELEVANT LEGAL PRINCIPLES | 19 |
| | B. One of Ordinary Skill In The Art | 21 |
| | C. Claim Construction | 21 |
| | D. Infringement by Cornice, Inc. | 22 |
| |     1. The '159 Patent | 22 |
| |     2. The '461 Patent | 23 |
| |     3. The '606 Patent | 23 |
| VI. | CONCLUSION | 25 |

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 11

Certified Mail Receipt EM280022714US                    PATENT
Deposited May 13, 1996                                  DOCKET NO. 21863

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant·  F. Mark Stefansky | ) | Group Art Unit·    2512 |
| | ) | |
| Serial No.:    08/450,213 | ) | Examiner: J. Evans |
| | ) | |
| Filed:        May 25, 1995 | ) | AMENDMENT IN RESPONSE |
| | ) | TO PAPER NO  4 MAILED |
| For:   SPACE EFFICIENT HOUSING | ) | FEBRUARY 12, 1996 |
| CONFIGURATION FOR A | ) | Date:   May 13, 1996 |
| DISK DRIVE (AMENDED) | ) | |

AMENDMENT IN RESPONSE TO PAPER NO. 4
MAILED FEBRUARY 12, 1996

Box Non-Fee- Amendment
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

In response to the Office Action mailed February 12, 1996, please enter the following

amendments in the above-identified United States Patent Application.

**In the Title:**

Change the title of the application to --SPACE EFFICIENT HOUSING

CONFIGURATION FOR A DISK DRIVE--.

c.\wpfiles\21863\amend.1                    1

STX 000192

**In the Abstract:**

Page 16, line 2, after "A", insert --space efficient--

Page 16, line 9, after "base member so", delete ",".

Page 16, line 10, after "be", delete "placed onto".

**In the Specification:**

Page 12, line 14, after "invention.", please insert the following new paragraphs:

--It will be clear that the present invention is well adapted to carry out the objects and attain the ends and advantages mentioned as well as those inherent therein. While a presently preferred embodiment has been described for purposes of this disclosure, numerous changes may be made which will readily suggest themselves to those skilled in the art and which are encompassed in the spirit of the invention disclosed and as defined in the appended claims.

What is claimed is:--

**In the Claims:**

Please amend the claims as follows:

Claim 1, line 12, before "cover element including a first raised portion", insert --top surface of the--.

Claim 3, line 3, delete "plate" and substitute therefor --member--.

Claim 4, line 12, before "cover element including a first raised portion", insert --top surface of the--.

c:\wpfiles\21863\amend.1                                2

STX 000193

Claim 5, line 2, delete "plate" and substitute therefor --member--.

Please cancel Claims 7 and 8.

Please add the following new claims:

Claim 9. (New)  The disk drive housing of claim 2, wherein the cover element and base member further comprise aligned openings usable to secure the cover element to the base member to form the housing, and wherein the disk drive housing further comprises a PCB including an attached connector, the connector including openings aligned with at least certain ones of the openings of the base member and cover element for mounting the connector directly to the top surface of the cover element when the openings of the base member and cover element are used to secure the base member to the cover element.

Claim 10. (New)  The disc drive housing of claim 9, wherein the PCB is mounted over at least selected portions of the second raised portion of the top surface of the cover element.

Claim 11. (New)  The disc drive housing of claim 9, wherein the cover element further includes a set of support posts usable to mount the disk drive housing in a host computer.

c:\wpfiles\21863\amend 1                              3

STX 000194

<u>Remarks</u>

The present application was filed May 25, 1995 and the first Office Action (Paper No. 4) was mailed February 12, 1996, which provided objections to the drawings, title and abstract and rejections to the claims.

In response thereto, the Applicant has hereinabove requested amendments to the title, the abstract and the claims, including the cancelling of certain claims and the addition of new claims to the application. Additionally, the Applicant has hereinabove requested amendments to the specification to make explicit that which was implicit in the application as originally filed.

The Applicant submits that the amendments are proper, do not introduce new matter, and will not create an undue burden on the Examiner, including the requirement for an additional search. Thus, the Applicant respectfully requests the entering of the amendments by the Examiner.

The following claims are pending in the application:

| <u>Claim</u> | <u>Status</u> |
| --- | --- |
| 1 (Amended) | Independent. |
| 2 (Original) | Depends from Claim 1 |
| 3 (Amended) | Depends from Claim 1. |
| 4 (Amended) | Independent. |
| 5 (Amended) | Depends from Claim 4. |
| 6 (Original) | Depends from Claim 4. |
| 9 (New) | Depends from Claim 2. |
| 10 (New) | Depends from Claim 9. |
| 11 (New) | Depends from Claim 6. |

c:\wpfiles\21863\amend 1

4

STX 000195

## Objection to the Drawings

The Office Action mailed February 12, 1996 provided an objection to the drawings; particularly the Office Action stated:

> The drawings are objected to because of the deficiencies noted
> on attached form PTO-948.
> (Office Action, page 2)

Upon review of the Notice of Draftsperson's Patent Drawing Review Form PTO-948, the Applicant notes that the objection to the drawings is based upon improper margins, improper character of the lines, numbers and letters, and improper reference number height.

Thus, as the objections are considered as being directed to the form of the drawings and correction at this time is not necessary for further consideration of the claims, the Applicant respectfully requests that the objection to the drawings be held in abeyance until allowable subject matter is indicated. At such time that claims are allowed, the Applicant will submit formal drawings conforming to PTO drawing requirements.

## Objection to the Title

Additionally, the Office Action mailed February 12, 1996 provided an objection to the title of the application; more particularly, the Office Action stated:

> The title of the invention is not descriptive. A new title is
> required that is clearly indicative of the invention to which the
> claims are directed.
> (Office Action, page 2)

In response to this objection, amendments have been requested hereinabove to change

c:\wp60st\21863\amend.1                                    5

**STX 000196**

the title of the application to "SPACE EFFICIENT HOUSING CONFIGURATION FOR A

DISK DRIVE". Thus, with the entering of this amendment, the Applicant requests

withdrawal of the objection to the title.


### Objection to the Abstract

The Office Action mailed February 12, 1996 further objected to the abstract;

particularly, the Office Action stated:

> The Abstract of the Disclosure is objected to because in lines 8
> and 9, "base member so, that the cover element can be placed
> onto secured to the base member" is awkward.
> (Office Action, page 2)

As provided hereinabove, amendments have been requested to correct the language in

the abstract in order to address this objection to the abstract. Additionally, another minor

amendment to the abstract has been requested hereinabove. Thus, with the entering of these

amendments, the Applicant requests withdrawal of the objection to the abstract.


### Rejection of Claims 1-6 under 35 U.S.C. § 102(b)

The Office Action mailed February 12, 1996 rejected Claims 1-6 under 35 U.S.C. §

102(b) as being anticipated by U.S. Patent No. 5,025,335 (hereinafter "Stefansky '335").

More particularly, the Office Action stated:

> Claims 1 to 6 are rejected under 35 U.S.C. § 102(b) as being
> anticipated by Stefansky (U.S. 5,025,335). Please see
> attachment #1. A cover (24) includes mounting brackets (32)
> for securing a PCB (36) to said cover.
> (Office Action, page 2)

c:\wpfiles\31963\amend.1                              6

**STX 000197**

Additionally, the Attachment # 1, which was attached to the Office Action, comprises a photocopy of Drawing Sheet 1 of Stefansky '335 (showing FIG. 1 thereof), with the additional identification of a "First Raised Portion" and a "Second Raised Portion" of the top cover of FIG. 1. The Applicant appreciates the inclusion of the Attachment #1 in the Office Action, as the Attachment #1 has furthered the Applicant's understanding of the rejection of Claims 1-6 by the Office Action.

However, the Applicant respectfully traverses the rejection of Claims 1-6 (as amended) as being anticipated by Stefansky '335.

To address the reasons why the Applicant traverses the rejection, the Applicant first wishes to point out the well established rule that the claims are to be fairly read in light of the specification, but it is improper to read limitations from the specification into the claims. In traversing the present rejection, the Applicant will not read specific limitations from the specification into the claims, but rather, the Applicant will focus upon the explicit claim language found in Claims 1-6 (as now amended) and compare this language, as fairly interpreted by one skilled in the art, to the reasons provided for the rejection of the claims.

Claim 1 claims a disk drive housing, including 1) a base member and 2) a cover element, the cover element being received onto and secured to the base member to form the housing. Additionally, the cover element comprises a top surface and sidewalls depending downwardly from the top surface.

Although Claim 1 includes additional limitations which are readily reviewable from the claim, of particular interest are the following limitations set forth in Claim 1 concerning

c:\wpfiles\21863\amend 1                                          7

STX 000198

the top surface of the cover element:

the top surface of the cover element including a first raised
portion to provide a height dimension within the housing
sufficient for topmost portions of a spindle motor and
head stack assembly of a disc stack assembly;

remaining portions of the top surface of the cover element
providing a continuous, single PCB support surface.

(exerpt from Claim 1, as amended)

It will be recognized that the amendment of Claim 1 to modify the language "the cover element including a first raised portion" to "the top surface of the cover element including a first raised portion" is supported by the specification and brings the language of Claim 1 more into conformity with the language "remaining portions of the top surface of the cover element" found in Claims 1 and 2.

Thus, Claim 1 (as amended) claims a disc drive housing which includes a top cover element, the top cover element comprising a top surface and sidewalls depending downwardly from the top surface, the top surface including a first raised portion, and remaining portions of the top surface providing a continuous PCB support surface.

A review of Stefansky '335 shows that one of skill in the art would readily understand that this reference teaches the well known expedient of a top cover element having a top surface and sidewalls depending downwardly from the top surface. The Applicant notes that the Attachment #1 identifies portions of FIG. 1 of Stefansky '335 as a first raised portion and a second raised portion. However, the Applicants submit that these elements identified in Attachment #1 rather correspond to the top surface and the sidewalls, which are required by

c:\wpfiles\71863\amend 1                                    8

STX 000199

the explicit language of Claim 1. The Applicant submits that, in addition to the top surface and the sidewalls, Claim 1 also requires a first raised portion of the top surface and remaining portions of the top surface which provide a continuous, single PCB support surface. The Applicant respectfully submits that Stefansky '335 neither teaches, nor suggests, a first raised portion of the top surface and remaining portions of the top surface. The Applicant further respectfully submits that Stefansky '335 neither teaches nor suggests the remaining portions of the top surface to provide continuous, single PCB support surface.

In rejecting the Claims 1-6 as being anticipated by Stefansky '335, the Office Action stated that the "cover (24) includes mounting brackets (32) for securing a PCB (36) to said cover" (Office Action, page 2). The Applicant agrees with this assessment of Stefansky '335, insofar as the cover does include mounting brackets for securing a PCB (Stefansky '335, col. 5, lines 52-56)

However, the Applicant submits that the explicit claim language of Claim 1 requires more than merely a cover which includes mounting brackets for securing a PCB, as taught by Stefansky '335; rather, a review of Claim 1 shows that specific limitations of Claim 1 are not taught or suggested by Stefansky '335.

Particularly, Claim 1 requires that the cover element have a top surface including a first raised portion, and remaining portions of the top surface providing a continuous, single PCB support surface. A review of Stefansky '335 shows that Stefansky '335 does not include "remaining portions of the top surface providing a continuous, single PCB support surface".

c:\wpfiles\21663\amend 1                    9

STX 000200

First of all, one skilled in the art would readily understand that "top surface" means "top surface". There is no need or reason to give this term anything other than its common, understood meaning. However, Stefansky '335 shows the PCB to be mounted to the bottom of the cover element, not to the top surface of the cover element. Thus, Stefansky '335 does not provide a PCB support surface as part of the top surface of the cover element, as required by the language of Claim 1.

Additionally, Claim 1 requires that the top surface include a "continuous, single PCB support surface". However, Stefansky '335 shows the PCB to be mounted by way of four discrete mounting brackets. The Applicant respectfully submits that four discrete mounting brackets would not be understood by one skilled in the art to be the same as a "continous, single PCB support surface". Thus, Stefansky '335 does not provide a "continous, single PCB support surface", as required by the explicit language of Claim 1

Moreover, Claim 1 describes the top surface as having a raised portion (providing a height dimension to accommodate internal disk drive components) and remaining portions of the top surface providing a continous, single PCB support surface. Examining the language of Claim 1, it would readily be understood by one skilled in the art that the "raised portion" of the top surface would be at a higher elevation than the "remaining portions" of the top surface; that is, the word "raised" would be attributed its normal, common meaning, and when used in conjunction with the phrase "remaining portions", a contrast in elevation between the "raised portion" and the "remaining portions" of the same element (top surface) would readily be understood. However, a review of Stefansky '335 shows that the mounting

STX 000201

brackets 32 are at the same elevation as the top surface of the cover 24. Thus, the Applicant respectfully submits that Stefansky does not fairly teach or suggest a "raised portion" and "remaining portions" of the top surface of the cover element.

Claim 1 requires the cover element to have a top surface and sidewalls, the top surface further having a raised portion and remaining portions (the raised portion having a higher elevation than the remaining portions). Yet the Attachment #1 does not identify different elevations for the top surface. Even if the characterization of the Attachment #1 concerning the "first raised portion" is accepted, for purposes of argument, then the claim limitations of Claim 1 which require a top surface having both a raised portion and remaining portions are still not found in Stefansky '335.

Thus, in summary as pertaining to the rejection of Claim 1, the Applicant respectfully submits that Stefansky '335 does not anticipate Claim 1, as several explicit limitations of Claim 1 are not taught nor suggested by Stefansky '335. Particularly, as provided hereinabove, Stefansky '335 does not teach or suggest a cover element having a top surface and sidewalls depending downwardly therefrom, the top surface having a first raised portion and remaining portions, and the remaining portions providing a continuous, single PCB support surface. The Applicant thus requests reconsideration and withdrawal of the rejection of Claim 1.

Having concluded a discussion of Claim 1, attention is now requested to Claim 2, which depends from Claim 1. Claim 2 provides:

c:\wpfiles\03865\amend.1                    11

> 2. The disk drive housing of claim 1 wherein the remaining portions of the top surface include a <u>second raised portion</u> to provide a height dimension within the housing sufficient for topmost portions of a stack of disks of the disk stack assembly, <u>the first raised portion being higher than the second raised portion.</u>
> (Claim 2, emphasis added)

As provided by the foregoing language, Claim 2 adds the additional limitation of a <u>second raised portion</u> of the top surface of the cover element, the first raised portion having a higher elevation than the second raised portion. As Claim 2 depends from Claim 1, the foregoing discussion with regard to Claim 1 is considered applicable to Claim 2 as well. Thus, the Applicant submits that Claim 2 is patentably distinct from Stefansky '335 based upon the foregoing discussion of Claim 1; however, the Applicant submits that Claim 2 is further patentably distinct from Stefansky '335 based upon the additional limitations found in Claim 2.

Again, focusing upon the explicit claim language of Claim 2, the claim requires a second raised portion as well as a first raised portion as part of the top surface of the cover element. As provided hereinabove, the Attachment #1 provided with the Office Action mailed February 12, 1996 identified portions of the cover as a "first raised portion" and a "second raised portion". However, the Applicant submits that these identified portions actually correspond to the top surface and the sidewalls, which are express limitations of Claim 2 (by way of independent Claim 1).

A review of Stefansky '335 does not provide any teaching or suggestion therein of a first raised portion of the top surface which is higher than the second raised portion of the top

c:\mydocs\32865\amend.1

12

STX 000203

surface  Indeed, as provided hereinabove, the Applicant respectfully submits that Stefansky '335 is completely silent with respect to a "first raised portion", a "second raised portion" and "remaining portions" of the top surface of the cover element, as provided in the claims.

However, for the sake of argument assuming that the characterization of the "first raised portion" and the "second raised portion" of the Attachment #1 is correct, several claim limitations are still not met; particularly, the claims also require sidewalls in addition to the second raised portion, but the characterization of the Attachment #1 means that there are not any sidewalls in Stefansky '335. Every claim limitation is material and essential and Claim 2 claims both sidewalls and a second raised portion. Thus, Stefansky '335 requires both sidewalls and a second raised portion to anticipate Claim 2; however, as shown in Stefansky '335, the reference is silent concerning a second raised portion and instead clearly teaches a sidewall. An argument that the same element in Stefansky '335 could serve as both the sidewalls and the second raised portion would also be contrary to the explicit claim language, as Claim 1 describes the cover element as being comprised of a top surface AND sidewalls, and the second raised portion is claimed in Claim 2 as being part of the top surface. Thus, the sidewalls and the top surface are different, according to the explicit language of the claim.

The explicit claim language of Claim 2 therefore forgoes the interpretation of the element identified in the Attachment #2 as the second raised portion.

It is respectfully submitted that those skilled in the art, when reviewing the explicit claim language, would readily understand the element characterized in the Attachment #1 as

STX 000204

the "second raised portion" corresponds to the "sidewalls" claimed in Claim 1. It is further respectfully submitted that those skilled in the art would clearly find Stefansky '335 to be silent concerning the "first raised portion", "second raised portion" and "remaining portions" explicitly claimed in Claim 2.

In summary, the Applicant submits that Stefansky '335 does not anticipate, teach or suggest the limitations found in Claim 2. The Applicant therefore respectfully requests reconsideration and withdrawal of the rejection of Claim 2.

Turning now briefly to Claim 3 which was also rejected as being anticipated by Stefansky '335, it is respectfully submitted that the foregoing discussion concerning Claim 1 is applicable to Claim 3, as Claim 3 depends from Claim 1. The Applicants wish to state at this time that the amendments provided hereinabove to Claim 3 to change "base plate" to "base member" are requested to conform the claim language of Claim 3 to Claim 1.

Claim 3 (as amended) further includes the limitation that:

"...the base [plate] member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion..."
(Claim 3, as amended)

It is respectfully submitted that Stefansky '335 neither teaches nor suggests this limitation of Claim 3 that the base member include "a raised portion defining a recess aligned with the first raised portion"; that is, Stefansky '335 is not only silent with regard to a "first raised portion" of the top surface of the cover element, Stefansky '335 is further silent with regards to a corresponding "raised portion defining a recess aligned with the first raised portion" of

c:\wpfiles\21865\amend 1                    14

**STX 000205**

the base member. Thus, the Applicant respectfully requests reconsideration and withdrawal of the rejection of Claim 3.

Referring now to Claims 4-6 (Claim 4 being an independent claim and Claims 5 and 6 depend therefrom), Claims 4-6 were also rejected as being anticipated by Stefansky '335.  It will be noted that amendments have been requested hereinabove to Claim 4 (which are similar to the amendments to Claim 1) to change the claim language "the cover element including a first raised portion" to "the top surface of the cover element including a first raised portion" to bring the claim language into conformity.  It will be further noted that amendments have been requested to Claim 5 (which are similar to the amendments to Claim 3) to change the claim language "base plate" to "base member", in order to bring the claim language into conformity.

As Claims 4-6 are similar to the Claims 1-3, and the same rationale was provided in the Office Action concerning the rejection of both of these sets of claims, the foregoing discussion concerning Claims 1-3 is considered applicable to the rejection of Claims 4-6 Thus, the Applicant respectfully requests reconsideration and withdrawal of the rejection of Claims 4-6.

### Rejection of Claim 8 Under 35 U.S.C. § 102(e)

Additionally, the Office Action mailed February 12, 1996 rejected Claim 8 under 35 U.S.C. § 102(e) as being anticipated by U.S. Patent No. 5,420,733 ("Knighton '733").  More particularly, the Office Action stated:

STX 000206

> Claim 8 is rejected under 35 U.S.C. § 102(e) as being
> clearly anticipated by Knighton et al (U S 5,420,733).
> (Office Action, page 3)

As provided hereinabove, amendments have been requested to cancel independent

Claim 8 and add new dependent Claims 9 and 10. The new Claims 9 and 10 have been

written to generally incorporate the subject matter of cancelled Claim 8, with Claim 9

depending from Claim 2 and Claim 10 depending from Claim 9.

The Applicant respectfully submits that the cancellation of Claim 8 obviates the above

rejection; further, the Applicant submits that newly added Claims 9 and 10 define patentable

subject matter over the cited art, because of modifications to the language from cancelled

Claim 8 and because Claims 9 and 10 depend from claims which, as provided hereinabove,

are believed to be in proper condition for allowance. Thus, the Applicant requests

reconsideration and withdrawal of the rejection based upon Claim 8 and allowance of the new

Claims 9 and 10.


### Rejection of Claim 7 Under 35 U.S.C. § 103

The Office Action mailed February 12, 1996 also rejected Claim 7 under 35 U.S.C. §

103 as being unpatentable over Stefansky '335. Particularly, the Office Action stated:

> Claim 7 is rejected under 35 U.S.C. § 103 as being
> unpatentable over Stefansky. Note attachment #1 and paragraph
> 5 concerning the disclosure of Stefansky. Stefansky discloses
> post (26a-26d) for attaching his disk drive to a computer which
> are mounted to the base rather than the cover.
>
> Official Notice is given that it was notoriously old and

c:\epfiles\21863\amend 1                                16

STX 000207

well known in the art to utilize attachment structures which were
mounted to a cover for attaching a disk drive to a host
computer.

It would have been obvious to one of ordinary skill in the
art at the time the invention was made to provide the disk drive
of Stefansky with attachment structures which were mounted to
the cover for attaching the disk drive to a host computer as was
well known in the art. The motivation would have been:
mounting a disk drive to a host computer via attachment
structures provided to both a base and a cover would have
provided balanced support of increased stability.
(Office Action, pages 3-4)

As provided hereinabove, amendments have been requested to cancel independent

Claim 7 and add new dependent Claim 11. The new Claim 11 has been written to generally

incorporate the subject matter of cancelled Claim 7, with new Claim 11 depending from

Claim 6.

The Applicant respectfully submits that the cancellation of Claim 7 obviates the above

rejection; further, the Applicant submits that the newly added Claim 11 defines patentable

subject matter over the cited art because of the patentability of Claim 6, from which Claim

11 depends. Thus, the Applicant requests reconsideration and withdrawal of the rejection

based upon Claim 8 and allowance of the new Claim 11.

STX 000208

It is respectfully submitted that the application, as now amended, is in condition for allowance for the reasons stated hereinabove. Therefore, it is requested that the Examiner reconsider the application and allow all the claims therein. This amendment is intended to be a complete response to the Office Action mailed February 12, 1996.

## POWER OF ATTORNEY

The undersigned attorney certifies that the Law Firm of McCarthy & Associates, Inc., 101 Park Avenue, Suite 250, Oklahoma City, OK 73102, has been assigned the responsibility for prosecution of this patent application by Assignee, as evidenced with the attached POWER OF ATTORNEY BY ASSIGNEE OF ENTIRE INTEREST (REVOCATION OF PRIOR POWERS OF ATTORNEY (with Certificate Under 37 CFR 3.73(b) attached).

Please advise if you require anything further.

Respectfully submitted,

F. MARK STEFANSKY,
Applicant

By: _____

Bill D. McCarthy, Registration No. 26,772
Randall K. McCarthy, Registration No. 39,297
McCarthy & Associates, Inc.
101 Park Avenue - Suite 250
Oklahoma City, Oklahoma 73102
Telephone:   (405)232-5600

Attorneys for Applicant

c:\wp70ct\21863\amend.1                    18

**STX 000209**

# EXHIBIT 12

 

SEARCH

Entire AskOxford Site

HOME · SHOP · EDUCATION · PRESS ROOM · CONTACT US ·
ASK THE EXPERTS · BETTER WRITING · WORLD OF WORDS · GAMES ·
GLOBAL ENGLISH · FOREIGN LANGUAGES
**OUP Book Sale - all titles 50-75% off!**

SELECT
VIEW
You are currently in the UK view

## Compact Oxford English Dictionary

**critical**

- **adjective 1** expressing adverse or disapproving comments or judgements. **2** expressing or involving an analysis of the merits and faults of a literary or artistic work. **3** having a decisive importance in the success or failure of something; crucial. **4** extremely ill and at risk of death. **5** Mathematics & Physics relating to a point of transition from one state to another. **6** (of a nuclear reactor or fuel) maintaining a self-sustaining chain reaction.

— DERIVATIVES **critically** adverb.

Perform another search of the Compact Oxford English Dictionary

- **Ask The Experts**
- **Better Writing**
- **World of Words**
- **Games**
- **Global English**
- **Foreign Languages**

LINK

→ **Language Links**
→ **OUP.com**
→ **OED Online**
→ **Oxford Reference Onlin**
→ **ELT magazine**

OXFORD *Online*

PRIVACY
POLICY AND
LEGAL
NOTICE Content
and Graphics ©
Copyright Oxford
University Press,
2005. All rights
reserved.

OXFORD
UNIVERSITY PRESS