IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | **REDACTED VERSION** |
| | ) | |
| Defendant. | ) | |

**APPENDIX IN SUPPORT OF
DEFENDANT CORNICE, INC.'S OPENING BRIEF IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT [NO.5] OF
NONINFRINGEMENT OF U.S. PATENT NO. 5,600,506**

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
   *Attorneys for Defendant and Counterclaim Plaintiff Cornice,
   Inc.*

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

Original Filing Date: November 18, 2005

Redacted Filing Date: November 28, 2005

## TABLE OF CONTENTS

Description                                                                    Exhibit No.

U.S. Patent No. 5,600,506 (Baum et al.)                                            A

Excerpt from William C. Messner's October 21, 2005 Deposition                      B

Declaration of Lance Carlson In Support of Defendant Cornice Inc.'s Brief
    for Summary Judgment of Noninfringement of U.S. Patent No. 5,600,506
    dated November 17, 2005                                                        C

Declaration of Rod Brittner in Support of Defendant Cornice Inc.'s Brief
    for Summary Judgment of Noninfringement of U.S. Patent No. 5,600,506
    dated November 17, 2005                                                        D

Excerpt from Rod Brittner's March 25, 2005 Deposition                              E

Notice of Allowance and Fee(s) Due                                                 F

Track Pitch Independent Servo Pattern                                              G

U.S. Patent No. 5,587,850 (Ton-that)                                               H

# EXHIBIT A

US005600506A

# United States Patent [19]

## Baum et al.

[11] Patent Number: 5,600,506

[45] Date of Patent: Feb. 4, 1997

[54] APPARATUS AND METHOD FOR DETERMINING THE POSITION OF A TRANSDUCER RELATIVE TO A DISK SURFACE IN A DISK DRIVE SYSTEM

[75] Inventors: **Michael Baum**, Longmont; **James Touchton**, Boulder, both of Colo.

[73] Assignee: **Conner Peripherals, Inc.**, San Jose, Calif.

[21] Appl. No.: **435,435**

[22] Filed: **May 10, 1995**

[51] Int. Cl.⁶ ............................................ G11B 5/596
[52] U.S. Cl. ............ 360/78.14; 360/48; 360/77.08
[58] Field of Search ........................ 360/78.04, 78.14, 360/48, 77.08, 77.02, 77.05

[56]                    References Cited

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 4,488,188 | 12/1984 | Hansen et al. . |
| 4,549,232 | 10/1985 | Axmear et al. . |
| 4,669,004 | 5/1987 | Moon et al. . |
| 5,146,374 | 9/1992 | Sakurai ............................ 360/78.14 |
| 5,245,594 | 9/1993 | Shimuzu ...................... 360/77.08 X |
| 5,262,907 | 11/1993 | Duffy et al. ................. 360/78.14 X |
| 5,274,509 | 12/1993 | Buch ................................ 360/48 |
| 5,274,510 | 12/1993 | Sugita et al. ............... 360/78.14 X |
| 5,369,535 | 11/1994 | Hetzler ........................ 360/78.14 |
| 5,396,380 | 3/1995 | Shimizu et al. ............ 360/78.14 |
| 5,400,201 | 3/1995 | Pederson ................... 360/78.14 X |
| 5,434,725 | 7/1995 | Hirose et al. .............. 360/78.04 X |

*Primary Examiner*—Aristotelis M. Psitos
*Assistant Examiner*—James L. Habermehl
*Attorney, Agent, or Firm*—Fliesler, Dubb, Meyer & Lovejoy

[57]                    ABSTRACT

A method and system for generating a position signal indicative of the position of a transducer with reference to a fixed reference point on the surface of a disk within a disk drive system. The system is comprised of two major elements. The first element is a disk divided into sectors and has Z data tracks where each sector includes a preamble area that includes a servo band comprised of 0.75*Z consecutive overlapping quadrature servo patterns and gray scale band comprised of 1.5*Z consecutively addressed gray scale areas that have been recorded across all data tracks. The second element is a position generator that generates the position signal from the relative magnitude of each of the four servo bursts of a quadrature servo pattern of the servo band and the gray scale address of the gray scale area of the gray scale band that is read by a transducer when the transducer reads the preamble of a sector.

48 Claims, 11 Drawing Sheets





FIG. 2

FIG. 4A

FIG. 4B



FIG. 5

U.S. Patent          Feb. 4, 1997          Sheet 6 of 11          5,600,506



FIG. 6B

Case 1:04-cv-00418-SLR    Document 199    Filed 11/28/2005    Page 8 of 29



FIG. 8



FIG. 10A

5,600,506

1

# APPARATUS AND METHOD FOR DETERMINING THE POSITION OF A TRANSDUCER RELATIVE TO A DISK SURFACE IN A DISK DRIVE SYSTEM

## CROSS REFERENCE TO RELATED APPLICATION

The present application and the following application are assigned to the Assignee of the present application:

DISK DRIVE SYSTEM USING MULTIPLE EMBEDDED Quadrature SERVO FIELDS, invented by Louis J. Shrinkle, et al, application Ser. No. 386,504, filed Jul. 27, 1989.

The above cross referenced application is hereby incorporated by reference as if the above cross referenced application was fully set forth herein.

## BACKGROUND OF THE INVENTION

The present invention is related to a method and apparatus for determining the position of a transducer with reference to the surface of a disk in a disk drive system. More specifically the method and apparatus incorporate the use of embedded servo patterns and gray scales permanently recorded on the surface of the disk.

Positioning systems within disk drive systems have been used to control the positioning of a transducer to a desired track on a disk surface during a seek operation and for maintaining the position of the transducer at the center of an addressed track during a track following operation. One type of positioning system employs sectors where each sector includes an embedded servo band and a gray scale band in the preamble of the sector. The servo band may take the form of a sequence of overlapping quadrature servo patterns. Each quadrature servo pattern consists of four servo bursts where each of the servo bursts is offset from each of the other servo bursts. Some quadrature servo patterns will span more than one data track and therefore will overlap the immediately preceding and following quadrature servo pattern in the servo band such that each track contains some portion of each of the four servo bursts from one or more quadrature servo pattern. The magnitude of each of the four servo bursts is determined during the reading of the preamble of each sector and a position error signal is generated therefrom indicating the displacement of the transducer from the center of the addressed track being read by the transducer. The position error signal is then used as part of a closed looped servo system to correct the positions of the transducer such that the transducer's position will track the center of the addressed track. The position error signal has also been used to count track crossing during a seek operation.

The gray code band is comprised of a plurality of gray code areas that again extends across data tracks. Each gray code area is associated with a data track and contains the track addressed of the associated data track. The track position of the transducer is obtained by reading the gray code address during the reading of the preamble of each sector.

A disadvantage in the use of only the quadrature servo pattern read from the servo band during a track following operation is that the track following operation is not available over the entire width of the data track.

## SUMMARY OF THE INVENTION

Briefly, the positioning system of the invention present invention establishes the position of the transducer from a fixed reference point in a gray scale band located in the preamble area of each sector. The servo band is comprised of a quadrature servo pattern that is repeated 0.75*Z times across all the data tracks where Z is the number of data tracks. The gray scale band is comprised of 1.5*Z gray scale areas that are recorded across all data tracks. Each gray scale area contains a gray scale address having an integer value and the gray scale areas are sequential numbered starting with 0. A position generator generates a position signal for the transducer as a function of the relative magnitudes of the read four servo bursts, the gray scale address and whether the read gray scale address was odd or even. The position system uses as a unit of measure the width of a gray scale area and measures the position of the transducer in term of the number of gray scale areas from the center of gray scale area addressed zero. The measured position value will have an integer and fraction portion. Each data track will have a boundary defined by two servo bursts located at ¼*W, ½*W and ⅜*W positions in a data track where W is the width of the data track. Three boundaries are used to increase the accuracy of the position value determined for the transducer.

An advantage of the present invention is that the portion of position value derived from two servo bursts is obtained from the most reliable position information derived from the four servo bursts.

Another advantage of the present invention is that the position signal may be used during a track following operation such that the track following operation may be used over the entire width of a data track.

Finally, an advantage of the present invention is that the center of the addressed data track during a seek operation can be expressed in gray scale units such that the position value for the transducer may be used to control the velocity profile of the actuator during a seek operation and the seek operation will place the transducer close to the center of the addressed track thereby reducing the settling time of the transducer following a seek operation.

## BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described with respect to the particular embodiments thereof and reference will be made to the drawings, where a reference numeral refers to the same element through out the drawings, in which:

FIG. 1 is a block diagram of a disk drive system employing hardware to generate the position signal of the present invention;

FIG. 2 is a block diagram of a disk drive system employing a programmed microprocessor to generate the position signal of the present invention;

FIG. 3 is a representation of the embedded quadrature servo pattern of the servo band and the gray scale band on the disk surface, a band scale in gray scale units, two zones associated with each odd and even gray scale addresses, waveforms generated from the four servo burst and the area of the waveform used by the system for each of the zones;

FIGS. 4(a–b) is an illustration of the eight quadrature servo patterns of the invention and the relationship between track addresses, gray scale addresses and four zones;

FIG. 5 is a flow chart of the method used in deriving the position signal of the invention employing four zones;

FIG. 6A is a logic diagram for the servo burst detector, the displacement generator and the zone detector of FIG. 1 where four zones are used;

FIG. 6B is a logic diagram for the offset selector, the displacement selector and the adder of FIG. 1 where four zones are used;

5,600,506

**5**

Therefore if the transducer read a gray scale address of 100 this does not mean that the transducer is reading information from data track 100.

The band scale of FIG. 3 is used to measure the location of the center of each data track and the location of the transducer with reference to the surface of the disk 10. The band scale uses gray scale units as a basic measuring unit where a gray scale unit has a value of ⅔*W. The band scale area has a zero point located at the center of gray scale area 0.

Any track address TA can be converted into a track position TP, expressed in gray scale units, reflecting the location of the center of the data track from the center of gray scale area 0, by the expression:

$$TP=(3/2*TA)+¼.$$

For example the track position for data track 6 would be 9.25 and the track position for data track 3 would be 4.75. This is corroborated by comparing the center of data tracks 3 and 7 and the band scale in FIG. 3.

The system employs the concept of zones where each gray scale area is divided into two zones. When two zones are referred to with respect to a gray scale area, the first mentioned zone will be the zone to the left of the center of the gray scale area and the second mentioned zone will be to the right of the center of the gray code area. An even addressed gray scale area is divided into zones 1 and 0 and an odd addressed gray scale area is divided into zones 2 and 3. The relationship between the zones and the gray scale areas is illustrated in FIGS. 3 and 4.

When two servo bursts are referred to with respect to a zone, the first mentioned servo burst will to the left of the center of the zone and the second mentioned servo burst will be to the right of the center of the zone. As can be seen from FIG. 3, the center of each zone corresponds to a boundary between two servo bursts of the quadrature servo pattern. For example in data track 4, the center of zone 1 corresponds to the boundary between bursts C and D, the center of zone 0 corresponds to the boundary between bursts B and A and the center of zone 2 corresponds to the boundary between bursts D and C. In ever data track there is a boundary between two servo burst located at ¼*W, ½*W and ¾*W where W is the width of a data track or when expressed as a displacement from the center of a data track the binderies are located at −⅓*W, 0 and ⅓*W locations in the data track. The location of these three boundaries for the track position TP for any track address TA can be expressed in gray scale units by the following expressions:

Left of center boundary = TP − ¼;
Center boundary = TP;
Right of center boundary = TP + ¼.

For example in data track 0, the left of center boundary is located at −0.25, the center boundary is located at 0.25 and the right of center boundary is located at 0.75. Further in track 5, the left of center boundary is located at 7.25, the center boundary is located at 7.75 and the right of center boundary is located at 8.25. This is corroborated by comparing the boundary of two servo bursts in tracks 0 and 5 with the band scale of FIG. 3.

The center of each gray scale area correlates with an integer value on the band scale such that by reading the gray scale address, the integer portion of a center signal is obtained. By determining the zone within the gray scale area whose gray scale address was read by the transducer the

**6**

fractional portion of the center signal is obtained. The value for the center signal as a function of the zones is obtained by the following relationships:

| Where the Gray Scale Area Address GS is Even, then |
|---|
| Even Zone 2 (EZ2) = GS + ¾; |
| Even Zone 0 (EZ0) = GS + ¼; |
| Even Zone 3 (EZ3) = GS − ¾; and |
| Even Zone 1 (EZ1) = GS − ¼. |
| Where Gray Scale Area Address GS is Odd, then |
| Odd Zone 2 (OZ2) = GS − ¼; |
| Odd Zone 0 (OZ0) = GS − ¾; |
| Odd Zone 3 (OZ3) = GS + ¼; and |
| Odd Zone 1 (OZ1) = GS + ¾. |

A displacement signal having a value indicative of the displacement from the center of a zone for the transducer is obtained from the difference in the magnitude read for the two servo bursts whose boundary is centered in that zone. By adding the displacement signal to the center signal, a position signal is obtained having a value in gray scale units indicative of the position of the transducer with reference to the center of gray scale area 0.

Thus by permanently writing, in the preamble area of each sector on the surface of disk 10, the servo band in the described manner and the gray scale band in the described manner, a disk is established that provides data that uniquely identifies any radial location between the outer diameter OD and the inner diameter ID on disk 10.

As to the second element of the invention, the position generator generates for the transducer a digital position signal from the received values of the magnitude sampled from the four servo bursts and the address of the gray scale area. Referring to FIG. 1, an actuator 12 moves a head arm assembly 13 that carries transducer 11. Actuator 12 responds to position commands issued by a positioning system such as described in the above identified cross referenced application. Actuator 12 in responses to the position commands will move the transducer from a present data track to a new data track during a seek operation and will cause the transducer 11 to follow the center of a presently addressed data track during a track following operation. Seek and track following operations are generally well known and understood in the disk drive art and one such seek operation and track following operation is described in the above cross referenced application.

Transducer 11 generates a signal on line 14, hereinafter referred to as data, from the recorded magnetic states on disk 10. Timing controller 18 generates timing signals on line 44 for controlling the acquisition of the gray scale address from the data generated by transducer 11 by gray scale detector 15. Timing controller 18 also generates timing signals on lines 40, 41, 42 and 43 to servo burst detector 16 for controlling the acquisition of the magnitude of the four servo bursts A, B, C and D from the data generated by transducer 11. Timing controller 18 receives data generated by transducer 11 that is used by timing controller 18 for generating timing signals at the proper time. Timer controllers and gray scale detector are well known in the art and one such timer controller and gray scale detector is specifically described in the above cross referenced application.

Referring to FIG. 6A, a servo burst detector 16 is shown. Sample and hold circuit 100 will sample and hold the magnitude of servo burst A from the data on line 14 under the control of the control signal on line 40 from timing controller 18. A to D converter 101 converts the magnitude of the sample being held by sample and hold circuit 100 into

5,600,506

| 9 | 10 |

center signal of even zone 0 as stated above is added to the digital value of displacement signal Q by step 510.

If the address is odd then step 504 compares the value of N with the value of Q. If N is greater than Q, then the zone will be either zone 1 or 3 and step 508 compares the value of N with the value of Q'. If N is greater than Q' then the zone is zone 3. Since the digital value of Q' is always associated with zone 3, the value of the center signal of odd zone 3 as stated above is added to the digital value of displacement signal Q' by step 515. If N is not greater than Q', then the zone is zone 1. Since the digital value of N' is always associated with zone 1, the value of the center signal of odd zone 1 as stated above is added to the digital value of displacement signal N' by step 516. If N is not greater than Q, then the zone will be either zone 2 or 0 and step 507 compares the value of N to the value of Q'. If N is greater than Q' then the zone is zone 2. Since the digital value of N is always associated with zone 2, the value of the center signal of the odd zone 2 as stated above is added to the digital value of displacement signal N by step 513. If N is not greater than Q', then the zone is zone 0. Since the digital value of Q is always associated with zone 0, the value of the center signal of odd zone 0 as stated above is added to the digital value of displacement signal Q by step 514.

Returning to FIG. 1, the foregoing procedure is executed by the combination of displacement generator 17, zone detector 19, offset selector 22, displacement selector 21 and adder 23. This combination of elements will be discussed with reference to FIGS. 1, 6A and 6B.

Displacement generator 17 receives the four digital values for the for servo burst A, B, C and D from servo burst detector 16. Subtractor 108 generates the digital value for displace signal Q by subtracting the digital value for B from the digital value for A. Subtractor 109 generates the digital value for displacement signal Q' by subtracting the digital value for A from the digital value for B. Subtractor 110 generates the digital value for displacement signal N by subtracting the digital value for D from the digital value for C. Subtractor 111 generates the digital value for displacement signal N' by subtracting the digital value for C from the digital value for D.

Zone detector 19 determines the applicable zone in accordance with steps 502, 503, 504, 505, 506, 507 and 508 of FIG. 5. Comparator 112 provides a high output X when the digital value for displacement signal N is greater than the digital value for displacement signal Q. Comparator 113 provides a high output Y on when the digital value for displacement signal N is greater than the digital value for displacement signal Q'. ANDs 114 through 121 decodes, in accordance with TABLE 1, whether signals E, X and Y are high H or low L to determine the zone in which the transducer 11 is located when the transducer 11 read the servo burst and the gray scale address.

TABLE 1

| | Quadrature SERVO PATTERN IV | | | |
|---|---|---|---|---|
| AND | E | X | Y | ZONE |
| 114 | H | H | H | EZ3 |
| 115 | H | H | L | EZ1 |
| 116 | H | L | H | EZ2 |
| 117 | H | L | L | EZ0 |
| 118 | L | H | H | OZ3 |
| 119 | L | H | L | OZ1 |
| 120 | L | L | H | OZ2 |
| 121 | L | L | L | OZ0 |

Since the system is sensitive to the servo pattern being used, the outputs of ANDs 114–121 will designate different zones as a function of the servo pattern selected. TABLE 2 listed the zone indicated by the output of ANDs 114–121 being high for each of the eight quadrature servo patterns.

TABLE 2

| | Quadrature SERVO PATTERN | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AND | I | II | III | IV | V | VI | VII | VIII |
| 114 | EZ2 | EZ1 | EZ0 | EZ3 | EZ1 | EZ2 | EZ0 | EZ3 |
| 115 | EZ3 | EZ0 | EZ2 | EZ1 | EZ3 | EZ0 | EZ1 | EZ2 |
| 116 | EZ0 | EZ3 | EZ1 | EZ2 | EZ0 | EZ3 | EZ2 | EZ1 |
| 117 | EZ1 | EZ2 | EZ3 | EZ0 | EZ2 | EZ1 | EZ3 | EZ0 |
| 118 | OZ2 | OZ1 | OZ0 | OZ3 | OZ1 | OZ2 | OZ0 | OZ3 |
| 119 | OZ3 | OZ0 | OZ2 | OZ1 | OZ3 | OZ0 | OZ1 | OZ2 |
| 120 | OZ0 | OZ3 | OZ1 | OZ2 | OZ0 | OZ3 | OZ2 | OZ1 |
| 121 | OZ1 | OZ2 | OZ3 | OZ0 | OZ2 | OZ1 | OZ3 | OZ0 |

The eight outputs of zone detector 19 are received by offset selector 22 and displacement selector 21. Offset selector 22 has registers 220, 221, 222 and 223 for providing digital offset values, ¼, ¾, –¼ and –¾ respectively to gates 209, 211, 213 and 215 respectively. Digital offset value ¼ will be transferred through transmission gate 209 whenever either EZ0 or OZ3 is high to OR 208 and will be provided as output signal K on line 33. Digital offset value ¾ will be transferred through transmission gate 211 whenever either EZ2 or OZ1 is high to OR 210 and will be provided as output signal K on line 33. Digital offset value –¼ will be transferred through transmission gate 213 whenever either EZ1 or OZ2 is high to OR 212 and will be provided as output signal K on line 33. Digital offset value –¾ will be transferred through transmission gate 215 whenever either EZ3 or OZ0 is high to OR 215 and will be provided as output signal K on line 33. While the offset selector 22 is discussed with respect to the use of quadrature pattern IV, the configuration of offset selector remains the same for the other seven quadrature servo patters.

Displacement selector 21 receives the four digital displacement signals N, Q, N' and Q' from displacement generator 17. Displacement signal N will be transferred through transmission gate 201 when either EZ2 or OZ2 is high to OR 200 and will be provided as displacement signal F on line 34. Displacement signal N' will be transferred through transmission gate 203 when either EZ1 or OZ1 is high to OR 202 and will be provided as displacement signal F on line 34. Displacement signal Q will be transferred through transmission gate 205 when either EZ0 or OZ0 is high to OR 204 and will be provided as displacement signal F on line 34. Displacement value Q' will be transferred through transmission gate 207 when either EZ3 or OZ3 is high to OR 206 and will be provided as displacement signal F on line 34.

Displacement selector 21 is sensitive to the quadrature servo pattern being used such that the proper displacement signal F transferred onto line 34 by transmission gates 201, 203, 205 and 207 is a function of the quadrature servo pattern being used.

TABLE 3 lists the input displacement signal to each transmission gate 201, 203, 205 and 207 for each of the eight quadrature servo patterns.

5,600,506

**13**

point ⅛ of a track width W from where track 0 is initiated on the surface of the disk. Each successive gray scale area is assigned the next integer in order such that the gray scale addresses are sequential between the outer diameter OD and the inner diameter ID of disk 10. The assigned gray scale address is recorded in each gray scale area. It is important to note that the gray scale addresses no longer directly reflects the data track addresses as the gray code areas did in the prior art. Therefore if the transducer read a gray scale address of 100 this does not mean that the transducer is reading information from data track 100.

A band scale of FIG. 8 is used in measuring the location of the center of each data track and the location of the transducer with reference to the surface of the disk 10. The band scale uses gray scale units as a basic measuring unit where a gray scale unit has a value of ⅔*W. The band scale area has a zero point located at the center of gray scale area 0.

Any track address TA can be converted into a track position TP expressed in gray scale units GS, which measures the center of the data track from the center of gray scale area 0, by the expression:

$$TP = \frac{3}{2} * TA$$

For example the track position for data track 6 would be 9 and the track position for data track 3 would be 4.5. This is corroborated by comparing the center of data tracks 3 and 7 and the band scale in FIG. 8.

The system employs the concept of zones where each gray scale area is divided into four zones. An even addressed gray scale area is divided into zones 1, 2, 3 and 4 and an odd addressed gray scale area is divided into zones 5, 6, 7 and 8. The relationship between the zones and the gray scale areas is illustrated in FIGS. 7 and 8.

As can be seen from FIG. 7, the center of each gray scale area corresponds to a boundary between servo bursts A and B and the initiation and termination of a gray scale area corresponds to a boundary area between servo burst C and D for quadrature servo patterns III, IV, VII and VIII. In like manner, the center of each gray scale area corresponds to a boundary between servo bursts C and D and the initiation and termination of a gray scale area corresponds to a boundary between servo burst A and B for quadrature servo patterns I, II, V and VI. Zones 1 and 8 will each have a border that is aligned with the boundary between servo burst C and D. Zones 2 and 3 will each have a border that is aligned with the boundary between servo burst A and B. Zones 4 and 5 will each have a border that is aligned with the boundary between servo burst D and C. Zones 6 and 7 will each have a border that is aligned with the boundary between servo burst B and A. Zones 1,3,5 and 7 will always be to the immediate right of a boundary between the two servo burst for that quadrature servo pattern and zones 2,4, 6 and 8 will always be to the immediate left of a boundary between two servo burst for a given track.

In ever data track there is a boundary between two servo bursts at ¼*W, ½*W and ¾*W of the width W of a data track or when expressed as a displacement from the center of a data track at −½*W, 0 and ½*W locations in the data track. The location of these three boundaries for the track position TP for any track address TA can be expressed in gray scale units by the following expressions:

**14**

Left of center boundary = TP − ½;
Center boundary = TP;
Right of center boundary = TP + ½.

For example in data track 0, the left of center boundary is located at −0.5, the center boundary is located at 0 and the right of center boundary is located at 0.5. Further in track 5 the left of center boundary is located at 7, the center boundary is located at 7.5 and the right of center boundary is located at 8. This is corroborated by comparing the boundary of two servo bursts in tracks 0 and 5 with the band scale in FIG. 8.

The center of each gray scale area correlates with an integer value on the band scale such that by reading the gray scale area address GS, the integer portion of a border signal is obtained. By determining the zone within the gray scale area whose gray scale address was read by the transducer the fractional portion of the border signal can be obtained. A value of the border signal as a function of the zones can be determined by the following relationships:

Zones 1 and 5 = GS − ½;
Zones 2, 3, 6 and 7 = GS + 0; and
Zones 4 and 8 = GS + ½.

A displacement signal having a value indicative of the displacement of the transducer from a boundary between two servo bursts is obtained from the difference in the magnitude read for the two servo bursts whose boundary is on the border of that zone. By adding the displacement signal to the border signal a position signal is obtained indicative of the position of the transducer relative to the center of gray scale area 0.

As to the second element of this second embodiment of the invention, the position generator has been modified to generate for the transducer a digital position signal from the received values of the magnitude sampled from the four servo bursts and the address of the gray scale area.

Referring to FIG. 10A, a servo burst detector 16 is shown. Sample and hold circuit 100 will sample and hold the magnitude of servo burst A from the data on line 14 under the control of the control signal on line 40 from timing controller 18. A to D converter 101 converts the magnitude of the sample being held by sample and hold circuit 100 into a digital value A for servo burst A. Sample and hold circuit 102 will sample and hold the magnitude of servo burst B from the data on line 14 under the control of the control signal on line 41 from timing controller 18. A to D converter 103 converts the magnitude of the sample being held by sample and hold circuit 102 into a digital value B for servo burst B. Sample and hold circuit 104 will sample and hold the magnitude of servo burst C from the data on line 14 under the control of the control signal on line 42 from timing controller 18. A to D converter 105 converts the magnitude of the sample being held by sample and hold circuit 104 into a digital value C for servo burst C. Sample and hold circuit 106 will sample and hold the magnitude of servo burst D from the data on line 14 under the control of the control signal on line 43 from timing controller 18. A to D converter 107 converts the magnitude of the sample being held by sample and hold circuit 106 into a digital value D for servo burst D.

The position generator generates a digital value for the position of transducer 11 from the digital values of the four digital servo burst values A, B, C and D, the digital integer gray scale area address GS and whether signal E is high or low by the following procedure.

5,600,506

17

TABLE 5

| | BORDER SIGNAL VALUES | | | |
| | SERVO PATTERN | | | |
| ZONE | V | VI | VII | VIII |
|---|---|---|---|---|
| 1 | GS − ½ + Q | GS − ½ + Q' | GS − ½ + N | GS − ½ + N' |
| 2 N' | GS + 0 + N | GS + 0 + N | GS + 0 + Q | GS + 0 + Q' |
| 3 | GS + 0 + N' | GS + 0 + N | GS + 0 + Q | GS + 0 + Q' |
| 4 | GS + ½ + Q' | GS − ½ + Q | GS + ½ + N' | GS + ½ + N |
| 5 | GS − ½ + Q' | GS − ½ + N' | GS − ½ + N | GS − ½ + N |
| 6 | GS + 0 + N | GS + 0 + N' | GS + 0 + Q | GS + 0 + Q |
| 7 | GS + 0 + N' | GS + 0 + N' | GS + 0 + Q' | GS + 0 + Q |
| 8 | GS + ½ + Q | GS + ½ + Q' | GS + ½ + N | GS½ + N' |

Returning to FIG. 1, the foregoing procedure is executed by the combination of displacement generator 17, zone detector 19, offset selector 22, displacement selector 21 and adder 23. This combination of these elements will be discussed with reference to FIGS. 1, 10A and 10B.

Displacement generator 17 receives the four digital values for the for servo burst A, B, C and D from servo burst detector 16. Subtractor 108 generates the digital value for displacement signal Q by subtracting the digital value for B from the digital value for A. Subtractor 109 generates the digital value for displacement signal Q' by subtracting the digital value for A from the digital value for B. Subtractor 110 generates the digital value for displacement signal N by subtracting the digital value for D from the digital value for C. Subtractor 111 generates the digital value for displacement value N' by subtracting the digital value for C from the digital value for D.

Zone detector 19 determines the zone in accordance with steps 902, 903, 904, 905, 906, 907 and 908 of FIG. 9. Comparator 1012 provides a high output X when the digital value for displacement signal Q' is greater than the digital value 0 from register 1031. Comparator 1013 provides a high output Y on when the digital value for displacement signal Q' is greater than the digital value for displacement signal N. Comparator 1022 provides a high output Z when the digital value for displacement Q' is greater than the digital value for displacement signal N'. ANDs 1014 through 1021 decodes in accordance with TABLE 6 whether signals E, X, Y and Z are high H or low L to determine the zone in which the transducer 11 is located when the transducer 11 read the servo burst and the gray scale address.

Since the system is sensitive to the servo pattern being used, the functions of comparators will change as a function of the servo pattern selected. TABLE 7 listed the function of Comparators 1012, 1013 and 1022 for each of the eight quadrature servo patterns.

TABLE 6

| | Quadrature SERVO PATTERN VIII | | | | |
| AND | E | X | Y | Z | ZONE |
|---|---|---|---|---|---|
| 1014 | H | L | L | | Z1 |
| 1015 | H | L | H | | Z2 |

18

TABLE 6-continued

| | Quadrature SERVO PATTERN VIII | | | | |
| AND | E | X | Y | Z | ZONE |
|---|---|---|---|---|---|
| 1016 | H | H | | L | Z3 |
| 1017 | H | H | | H | Z4 |
| 1018 | L | H | H | | Z5 |
| 1019 | L | H | L | | Z6 |
| 1020 | L | L | | H | Z7 |
| 1021 | L | L | | L | Z8 |

TABLE 7

| SERVO PATTERN | COMPARATOR 1012 | COMPARATOR 1013 | COMPARATOR 1022 |
|---|---|---|---|
| I | N' > 0 | N' > Q | N' > Q' |
| II | N > 0 | N > Q' | N > Q |
| III | Q' > 0 | Q' > N' | Q > N |
| IV | Q > 0 | Q > N | Q > N' |
| V | N' > 0 | N' > Q' | N' > Q |
| VI | N > 0 | N > Q | N > Q' |
| VII | Q > 0 | Q > N' | Q > N |
| VIII | Q' > 0 | Q' > N | Q' > N' |

The eight outputs of zone detector 19 are received by offset selector 22 and displacement selector 21. Offset selector 22 has registers 2040, 2041 and 2043 for providing the digital offset values of ½, 0, and −½ respectively to gates 2009, 2011 and 2015 respectively. Digital offset value ½ will be transferred through transmission gate 2009 whenever either Z4 or Z5 is high to OR 2008 and will be provided as output signal K on line 33. Digital offset value 0 will be transferred through transmission gate 2011 whenever either Z2, Z3, Z6 or Z7 is high to OR 2010 and will be provided as output signal K on line 33. Digital input value −½ will be transferred through transmission gate 2015 whenever either Z1 or Z5 is high to OR 2014 and will be provided as output signal K on line 33. While the offset selector is discussed with respect to the use of quadrature pattern VIII, the configuration of offset selector remains the same for the other seven quadrature servo patterns.

Displacement selector 21 receives the four displacement signals N, Q, N' and Q' from displacement generator 17. Displacement signal N will be transferred through transmission gate 2001 when either Z4 or Z5 is high to OR 2000 and will be provided as displacement signal F on line 34. Displacement signal N' will be transferred through transmission gate 2003 when either Z1 or Z8 is high to OR 2002 and will be provided as displacement signal F on line 34. Displacement signal Q will be transferred through transmission gate 2005 when either Z7 or Z6 is high to OR 2004 and will be provided as displacement signal F on line 34. Displacement signal Q' will be transferred through transmission gate 2007 when either Z2 or Z3 is high to OR 2006 and will be provided as displacement signal F on line 34.

Displacement selector 21 is sensitive to the quadrature servo pattern being used such that the proper displacement signal F transferred onto line 34 by transmission gates 2001, 2003, 2005 and 2007 is a function of the quadrature servo pattern is being used.

TABLE 8 lists the input displacement signals to each transmission gate 2001, 2003, 2005 and 2007 for each of the eight quadrature servo patterns.

5,600,506

21

first means for generating a displacement signal having a value indicative of said transducer's displacement from said center of a zone associated with said gray scale area read by said transducer;

second means for generating a center signal having a value indicative of said zone's center from said fixed reference point; and

third means for combining said center signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said disk.

10. The system of claim 9 wherein said first means comprises:

a fourth means for converting the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer into a corresponding first, second, third and fourth digital signal; and

a fifth means for generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (Q') signal by subtracting said first digital signal from said first second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal.

11. The system of claim 10 wherein said second means comprises:

a zone detector for generating a zone signal which selects a selected zone from said two zones associated with said gray scale area read by said transducer as a function of a value of each of said first, second, third and fourth displacement signals and whether said address of said gray scale area is odd or even;

sixth means for generating said center signal as a function of said zone signal where said center signal is a distance from said fixed reference point to the center of said selected zone.

12. The system of claim 11 wherein said first means further comprises:

a displacement selection means for selecting one of said first, second, third and fourth displacement signals as said displacement signal as a function of said zone signal generated by said zone detector.

13. The system of claim 12 wherein said third means comprises:

an adder for adding together said center signal and said displacement signal to generate a position signal whose value is said transducer's distance from said fixed reference point recorded on said disk.

14. The system of claim 8 wherein each of said data tracks has a track address TA whose center TAC, expressed in gray scale units, is located from said fixed reference point in said gray scale band by the relationship TAC=(1.5*TA)+0.25.

15. The system of claim 1 wherein said position generator segments each said gray scale area into four zones where a gray scale area having an even address is divided into zones 1, 2, 3 and 4 and a gray scale area having an odd addressed is divided into zones 5, 6, 7 and 8 and where each zone has a border on a boundary between two of said four servo bursts in said quadrature servo pattern.

16. The system of claim 15 wherein said position generator further comprises:

first means for generating a displacement signal having a value indicative of said transducer's displacement from

22

said border of a zone associated with said gray scale area read by said transducer;

second means for generating a border signal having a value indicative of said zone's border from said fixed reference point; and

third means for combining said border signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said disk.

17. The system of claim 16 wherein said first means comprises:

a fourth means for converting the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer into a corresponding first, second, third and fourth digital signal; and

a fifth means for generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (Q') signal by subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal.

18. The system of claim 17 wherein said second means comprises:

a zone detector for generating a zone signal which selects a selected zone from said four zones associated with said gray scale area read by said transducer as a function of a value of each of said first, second, third and fourth displacement signals and whether said address of said gray scale area is odd or even;

sixth means for generating said border signal as a function of said zone signal where said border signal is a distance from said fixed reference point to the border of said selected zone.

19. The system of claim 18 wherein said first means further comprises:

a displacement selection means for selecting one of said first, second, third and fourth displacement signals as said displacement signal as a function of said zone signal generated by said zone detector.

20. The system of claim 19 wherein said third means comprises:

an adder for adding together said border signal and said displacement signal to generate a position signal whose value is said transducer's distance from said fixed reference point recorded on said disk.

21. The system of claim 15 wherein each of said data tracks has a track address TA having a center TAC, expressed in gray scale units, located from said fixed reference point in said gray scale band by the relationship TAC=1.5*TA.

22. A magnetic disk for use in a sector servo disk drive system, said disk having a plurality of sectors located on a surface of said magnetic disk, each sector having Z data tracks located between an inner diameter and an outer diameter on said magnetic disk, a servo band recorded across all said Z data tracks and a gray scale band recorded across all said Z data tracks, said servo band comprising a quadrature servo pattern repeated 0.75*Z times, said gray scale band comprises 1.5*Z consecutively addressed gray scale areas where said servo band and said gray scale band coact to define radial positions on said magnetic disk from a fixed reference point in said gray scale band on the surface of said disk.

5,600,506

<table>
<tr><td>25</td><td>26</td></tr>
</table>

signal, a second displacement (Q') signal by subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal.

38. The method of claim 37 wherein step d3 comprises the steps of:

i) generating a zone signal which selects a selected zone as a function of said values for said first, second and third displacement signals and whether said address of said gray scale area is odd or even;

ii) generating a center signal as a function of said zone signal where said center signal is a distance from said fixed reference point to the center of said selected zone associated with the gray scale area read by said transducer.

39. The method of claim 38 wherein said step d2 further comprises the steps of:

iii) selecting one of said first, second, third and fourth displacement signals as a displacement signal as a function of said zone signal generated by said zone detector.

40. The method of claim 39 wherein said step d4 comprises the step of:

i) adding together said center signal and said displacement signal to generate a position signal whose value is the distance of said transducer from said fixed reference point recorded on said disk.

41. The method of claim 35 further comprising the step of:

e) generating for a data track having an address TA a data track position signal, in gray scale units, indicative of said data track, center TAC from said fixed reference point in said gray scale band in accordance with the relationship TAC=(1.5* TA)+0.25.

42. The method of claim 34 wherein step b comprises the step of:

b1) recording said gray scale band where each gray scale area has a width of ½*W and where a gray scale area having address zero is initiated ⅛*W from the point of initiation of a data track having a data track address of zero; and

b2) recording consecutive addresses in said gray scale areas starting with address zero where said fixed reference point is located at a center of said gray scale area having address zero.

43. The method of claim 42 wherein step d comprises the steps of;

d1) segmenting each said gray scale area into four zones where a gray scale area having an even address is divided into zones 1, 2, 3 and 4 and a gray scale area having an odd addressed is divided into zone 5, 6, 7 and 8, where a border of each zone is located at a boundary between two burst of said four burst;

d2) generating a displacement signal indicative of said transducer's position from said border of said zone;

d3) generating a border signal indicative of the distance of said zone's border from said fixed reference point; and

d4) combining said border signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said surface of said disk.

44. The method of claim 43 wherein step d2 comprises the steps of:

i) generating from the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer a corresponding first, second, third and fourth digital signal; and

ii) generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (Q') signal by subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal.

45. The method of claim 44 wherein step d3 comprises the steps of:

i) generating a zone signal which selects a selected zone as a function of said values for said first, second and third displacement signals and whether said address of said gray scale area is odd or even;

ii) generating a border signal as a function of said zone signal where said border signal is a distance from said fixed reference point to the border of said selected zone associated with the gray scale area read by said transducer.

46. The method of claim 45 wherein said step d2 further comprises the step of:

iii) selecting one of said first, second, third and fourth displacement signals as a displacement signal as a function of said zone signal generated by said zone detector.

47. The method of claim 46 wherein said step d4 comprises the step of:

i) adding together said border signal and said displacement signal to generate a position signal whose value is indicative of the distance of said transducer from said fixed reference point recorded on said disk.

48. The method of claim 42 further comprising the step of:

e) generating for a data track having an address TA a data track position signal, in gray scale units, indicative of said data track, center TAC from said fixed reference point in said gray scale band in accordance with the relationship TAC=1.5*TA.

* * * * *

US005600506A

# United States Patent [19]

## Baum et al.

| [11] | Patent Number: | **5,600,506** |
|---|---|---|
| [45] | Date of Patent: | **Feb. 4, 1997** |

[54] **APPARATUS AND METHOD FOR DETERMINING THE POSITION OF A TRANSDUCER RELATIVE TO A DISK SURFACE IN A DISK DRIVE SYSTEM**

[75] Inventors: **Michael Baum**, Longmont; **James Touchton**, Boulder, both of Colo.

[73] Assignee: **Conner Peripherals, Inc.**, San Jose, Calif.

[21] Appl. No.: **435,435**

[22] Filed: **May 10, 1995**

[51] Int. Cl.⁶ ............................................ G11B 5/596
[52] U.S. Cl. ..................... 360/78.14; 360/48; 360/77.08
[58] Field of Search ........................ 360/78.04, 78.14, 360/48, 77.08, 77.02, 77.05

[56]                 **References Cited**

### U.S. PATENT DOCUMENTS

| 4,488,188 | 12/1984 | Hansen et al. . |
| 4,549,232 | 10/1985 | Axmear et al. . |
| 4,669,004 | 5/1987 | Moon et al. . |
| 5,146,374 | 9/1992 | Sakurai ........................ 360/78.14 |
| 5,245,594 | 9/1993 | Shimuzu ...................... 360/77.08 X |
| 5,262,907 | 11/1993 | Duffy et al. ................. 360/78.14 X |
| 5,274,509 | 12/1993 | Buch .............................. 360/48 |
| 5,274,510 | 12/1993 | Sugita et al. ............... 360/78.14 X |
| 5,369,535 | 11/1994 | Hetzler ......................... 360/78.14 |
| 5,396,380 | 3/1995 | Shimizu et al. ............. 360/78.14 |
| 5,400,201 | 3/1995 | Pederson ..................... 360/78.14 X |
| 5,434,725 | 7/1995 | Hirose et al. ............... 360/78.04 X |

*Primary Examiner*—Aristotelis M. Psitos
*Assistant Examiner*—James L. Habermehl
*Attorney, Agent, or Firm*—Fliesler, Dubb, Meyer & Lovejoy

[57]                     **ABSTRACT**

A method and system for generating a position signal indicative of the position of a transducer with reference to a fixed reference point on the surface of a disk within a disk drive system. The system is comprised of two major elements. The first element is a disk divided into sectors and has Z data tracks where each sector includes a preamble area that includes a servo band comprised of 0.75*Z consecutive overlapping quadrature servo patterns and gray scale band comprised of 1.5*Z consecutively addressed gray scale areas that have been recorded across all data tracks. The second element is a position generator that generates the position signal from the relative magnitude of each of the four servo bursts of a quadrature servo pattern of the servo band and the gray scale address of the gray scale area of the gray scale band that is read by a transducer when the transducer reads the preamble of a sector.

48 Claims, 11 Drawing Sheets





FIG. 2

FIG. 4A

FIG. 4B



FIG. 5

U.S. Patent          Feb. 4, 1997        Sheet 6 of 11          5,600,506



FIG. 6B

Case 1:04-cv-00418-SLR    Document 199    Filed 11/28/2005    Page 21 of 29



FIG. 8



FIG. 10A

5,600,506

1

## APPARATUS AND METHOD FOR DETERMINING THE POSITION OF A TRANSDUCER RELATIVE TO A DISK SURFACE IN A DISK DRIVE SYSTEM

### CROSS REFERENCE TO RELATED APPLICATION

The present application and the following application are assigned to the Assignee of the present application:

DISK DRIVE SYSTEM USING MULTIPLE EMBEDDED Quadrature SERVO FIELDS, invented by Louis J. Shrinkle, et al, application Ser. No. 386,504, filed Jul. 27, 1989.

The above cross referenced application is hereby incorporated by reference as if the above cross referenced application was fully set forth herein.

### BACKGROUND OF THE INVENTION

The present invention is related to a method and apparatus for determining the position of a transducer with reference to the surface of a disk in a disk drive system. More specifically the method and apparatus incorporate the use of embedded servo patterns and gray scales permanently recorded on the surface of the disk.

Positioning systems within disk drive systems have been used to control the positioning of a transducer to a desired track on a disk surface during a seek operation and for maintaining the position of the transducer at the center of an addressed track during a track following operation. One type of positioning system employs sectors where each sector includes an embedded servo band and a gray scale band in the preamble of the sector. The servo band may take the form of a sequence of overlapping quadrature servo patterns. Each quadrature servo pattern consists of four servo bursts where each of the servo bursts is offset from each of the other servo bursts. Some quadrature servo patterns will span more than one data track and therefore will overlap the immediately preceding and following quadrature servo pattern in the servo band such that each track contains some portion of each of the four servo bursts from one or more quadrature servo patterns. The magnitude of each of the four servo bursts is determined during the reading of the preamble of each sector and a position error signal is generated therefrom indicating the displacement of the transducer from the center of the addressed track being read by the transducer. The position error signal is then used as part of a closed looped servo system to correct the positions of the transducer such that the transducer's position will track the center of the addressed data track. The position error signal has also been used to count track crossing during a seek operation.

The gray code band is comprised of a plurality of gray code areas that again extends across data tracks. Each gray code area is associated with a data track and contains the track addressed of the associated data track. The track position of the transducer is obtained by reading the gray code address during the reading of the preamble of each sector.

A disadvantage in the use of only the quadrature servo pattern read from the servo band during a track following operation is that the track following operation is not available over the entire width of the data track.

### SUMMARY OF THE INVENTION

Briefly, the positioning system of the invention present invention establishes the position of the transducer from a

2

fixed reference point in a gray scale band located in the preamble area of each sector. The servo band is comprised of a quadrature servo pattern that is repeated 0.75*Z times across all the data tracks where Z is the number of data tracks. The gray scale band is comprised of 1.5*Z gray scale areas that are recorded across all data tracks. Each gray scale area contains a gray scale address having an integer value and the gray scale areas are sequential numbered starting with 0. A position generator generates a position signal for the transducer as a function of the relative magnitudes of the read four servo bursts, the gray scale address and whether the read gray scale address was odd or even. The position system uses as a unit of measure the width of a gray scale area and measures the position of the transducer in term of the number of gray scale areas from the center of gray scale area addressed zero. The measured position value will have an integer and fraction portion. Each data track will have a boundary defined by two servo bursts located at ¼*W, ½*W and ⅜*W positions in a data track where W is the width of the data track. Three boundaries are used to increase the accuracy of the position value determined for the transducer.

An advantage of the present invention is that the portion of position value derived from two servo bursts is obtained from the most reliable position information derived from the four servo bursts.

Another advantage of the present invention is that the position signal may be used during a track following operation such that the track following operation may be used over the entire width of a data track.

Finally, an advantage of the present invention is that the center of the addressed data track during a seek operation can be expressed in gray scale units such that the position value for the transducer may be used to control the velocity profile of the actuator during a seek operation and the seek operation will place the transducer close to the center of the addressed track thereby reducing the settling time of the transducer following a seek operation.

### BRIEF DESCRIPTION OF THE DRAWINGS

The invention will be described with respect to the particular embodiments thereof and reference will be made to the drawings, where a reference numeral refers to the same element through out the drawings, in which:

FIG. 1 is a block diagram of a disk drive system employing hardware to generate the position signal of the present invention;

FIG. 2 is a block diagram of a disk drive system employing a programmed microprocessor to generate the position signal of the present invention;

FIG. 3 is a representation of the embedded quadrature servo pattern of the servo band and the gray scale band on the disk surface, a band scale in gray scale units, two zones associated with each odd and even gray scale addresses, waveforms generated from the four servo burst and the area of the waveform used by the system for each of the zones;

FIGS. 4(a–b) is an illustration of the eight quadrature servo patterns of the invention and the relationship between track addresses, gray scale addresses and four zones;

FIG. 5 is a flow chart of the method used in deriving the position signal of the invention employing four zones;

FIG. 6A is a logic diagram for the servo burst detector, the displacement generator and the zone detector of FIG. 1 where four zones are used;

FIG. 6B is a logic diagram for the offset selector, the displacement selector and the adder of FIG. 1 where four zones are used;

5,600,506

| 5 | 6 |

Therefore if the transducer read a gray scale address of 100 this does not mean that the transducer is reading information from data track 100.

The band scale of FIG. 3 is used to measure the location of the center of each data track and the location of the transducer with reference to the surface of the disk 10. The band scale uses gray scale units as a basic measuring unit where a gray scale unit has a value of ⅔*W. The band scale area has a zero point located at the center of gray scale area 0.

Any track address TA can be converted into a track position TP, expressed in gray scale units, reflecting the location of the center of the data track from the center of gray scale area 0, by the expression:

$$TP = (3/2 * TA) + \frac{1}{4}.$$

For example the track position for data track 6 would be 9.25 and the track position for data track 3 would be 4.75. This is corroborated by comparing the center of data tracks 3 and 7 and the band scale in FIG. 3.

The system employs the concept of zones where each gray scale area is divided into two zones. When two zones are referred to with respect to a gray scale area, the first mentioned zone will be the zone to the left of the center of the gray scale area and the second mentioned zone will be to the right of the center of the gray scale area. An even addressed gray scale area is divided into zones 1 and 0 and an odd addressed gray scale area is divided into zones 2 and 3. The relationship between the zones and the gray scale areas is illustrated in FIGS. 3 and 4.

When two servo bursts are referred to with respect to a zone, the first mentioned servo burst will to the left of the center of the zone and the second mentioned servo burst will be to the right of the center of the zone. As can be seen from FIG. 3, the center of each zone corresponds to a boundary between two servo bursts of the quadrature servo pattern. For example in data track 4, the center of zone 1 corresponds to the boundary between bursts C and D, the center of zone 0 corresponds to the boundary between bursts B and A and the center of zone 2 corresponds to the boundary between bursts D and C. In ever data track there is a boundary between two servo burst located at ¼*W, ½*W and ¾*W where W is the width of a data track or when expressed as a displacement from the center of a data track the binderies are located at −⅓*W, 0 and ⅓*W locations in the data track. The location of these three boundaries for the track position TP for any track address TA can be expressed in gray scale units by the following expressions:

Left of center boundary = TP − ½;
Center boundary = TP;
Right of center boundary = TP + ½.

For example in data track 0, the left of center boundary is located at −0.25, the center boundary is located at 0.25 and the right of center boundary is located at 0.75. Further in track 5, the left of center boundary is located at 7.25, the center boundary is located at 7.75 and the right of center boundary is located at 8.25. This is corroborated by comparing the boundary of two servo bursts in tracks 0 and 5 with the band scale of FIG. 3.

The center of each gray scale area correlates with an integer value on the band scale such that by reading the gray scale address, the integer portion of a center signal is obtained. By determining the zone within the gray scale area whose gray scale address was read by the transducer the

fractional portion of the center signal is obtained. The value for the center signal as a function of the zones is obtained by the following relationships:

| Where the Gray Scale Area Address GS is Even, then |
|---|
| Even Zone 2 (EZ2) = GS + ¾; |
| Even Zone 0 (EZ0) = GS + ¼; |
| Even Zone 3 (EZ3) = GS − ¾; and |
| Even Zone 1 (EZ1) = GS − ¼. |
| Where Gray Scale Area Address GS is Odd, then |
| Odd Zone 2 (OZ2) = GS − ¼; |
| Odd Zone 0 (OZ0) = GS − ¾; |
| Odd Zone 3 (OZ3) = GS + ¼; and |
| Odd Zone 1 (OZ1) = GS + ¾. |

A displacement signal having a value indicative of the displacement from the center of a zone for the transducer is obtained from the difference in the magnitude read for the two servo bursts whose boundary is centered in that zone. By adding the displacement signal to the center signal, a position signal is obtained having a value in gray scale units indicative of the position of the transducer with reference to the center of gray scale area 0.

Thus by permanently writing, in the preamble area of each sector on the surface of disk 10, the servo band in the described manner and the gray scale band in the described manner, a disk is established that provides data that uniquely identifies any radial location between the outer diameter OD and the inner diameter ID on disk 10.

As to the second element of the invention, the position generator generates for the transducer a digital position signal from the received values of the magnitude sampled from the four servo bursts and the address of the gray scale area. Referring to FIG. 1, an actuator 12 moves a head arm assembly 13 that carries transducer 11. Actuator 12 responds to position commands issued by a positioning system such as described in the above identified cross referenced application. Actuator 12 in responses to the position commands will move the transducer from a present data track to a new data track during a seek operation and will cause the transducer 11 to follow the center of a presently addressed data track during a track following operation. Seek and track following operations are generally well known and understood in the disk drive art and one such seek operation and track following operation is described in the above cross referenced application.

Transducer 11 generates a signal on line 14, hereinafter referred to as data, from the recorded magnetic states on disk 10. Timing controller 18 generates timing signals on line 44 for controlling the acquisition of the gray scale address from the data generated by transducer 11 by gray scale detector 15. Timing controller 18 also generates timing signals on lines 40, 41, 42 and 43 to servo burst detector 16 for controlling the acquisition of the magnitude of the four servo bursts A, B, C and D from the data generated by transducer 11. Timing controller 18 receives data generated by transducer 11 that is used by timing controller 18 for generating timing signals at the proper time. Timer controllers and gray scale detector are well known in the art and one such timer controller and gray scale detector is specifically described in the above cross referenced application.

Referring to FIG. 6A, a servo burst detector 16 is shown. Sample and hold circuit 100 will sample and hold the magnitude of servo burst A from the data on line 14 under the control of the control signal on line 40 from timing controller 18. A to D converter 101 converts the magnitude of the sample being held by sample and hold circuit 100 into

center signal of even zone 0 as stated above is added to the digital value of displacement signal Q by step 510.

If the address is odd then step 504 compares the value of N with the value of Q. If N is greater than Q, then the zone will be either zone 1 or 3 and step 508 compares the value of N with the value of Q'. If N is greater than Q' then the zone is zone 3. Since the digital value of Q' is always associated with zone 3, the value of the center signal of odd zone 3 as stated above is added to the digital value of displacement signal Q' by step 515. If N is not greater than Q', then the zone is zone 1. Since the digital value of N' is always associated with zone 1, the value of the center signal of odd zone 1 as stated above is added to the digital value of displacement signal N' by step 516. If N is not greater then Q, then the zone will be either zone 2 or 0 and step 507 compares the value of N to the value of Q'. If N is greater than Q' then the zone is zone 2. Since the digital value of N is always associated with zone 2, the value of the center signal of the odd zone 2 as stated above is added to the digital value of displacement signal N by step 513. If N is not greater than Q', then the zone is zone 0. Since the digital value of Q is always associated with zone 0, the value of the center signal of odd zone 0 as stated above is added to the digital value of displacement signal Q by step 514.

Returning to FIG. 1, the foregoing procedure is executed by the combination of displacement generator 17, zone detector 19, offset selector 22, displacement selector 21 and adder 23. This combination of elements will be discussed with reference to FIGS. 1, 6A and 6B.

Displacement generator 17 receives the four digital values for the for servo burst A, B, C and D from servo burst detector 16. Subtractor 108 generates the digital value for displace signal Q by subtracting the digital value for B from the digital value for A. Subtractor 109 generates the digital value for displacement signal Q' by subtracting the digital value for A from the digital value for B. Subtractor 110 generates the digital value for displacement signal N by subtracting the digital value for D from the digital value for C. Subtractor 111 generates the digital value for displacement signal N' by subtracting the digital value for C from the digital value for D.

Zone detector 19 determines the applicable zone in accordance with steps 502, 503, 504, 505, 506, 507 and 508 of FIG. 5. Comparator 112 provides a high output X when the digital value for displacement signal N is greater than the digital value for displacement signal Q. Comparator 113 provides a high output Y on when the digital value for displacement signal N is greater than the digital value for displacement signal Q'. ANDs 114 through 121 decodes, in accordance with TABLE 1, whether signals E, X and Y are high H or low L to determine the zone in which the transducer 11 is located when the transducer 11 read the servo burst and the gray scale address.

TABLE 1

| | Quadrature SERVO PATTERN IV | | | |
|---|---|---|---|---|
| AND | E | X | Y | ZONE |
| 114 | H | H | H | EZ3 |
| 115 | H | H | L | EZ1 |
| 116 | H | L | H | EZ2 |
| 117 | H | L | L | EZ0 |
| 118 | L | H | H | OZ3 |
| 119 | L | H | L | OZ1 |
| 120 | L | L | H | OZ2 |
| 121 | L | L | L | OZ0 |

Since the system is sensitive to the servo pattern being used, the outputs of ANDs 114–121 will designate different zones as a function of the servo pattern selected. TABLE 2 listed the zone indicated by the output of ANDs 114–121 being high for each of the eight quadrature servo patterns.

TABLE 2

| | Quadrature SERVO PATTERN | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AND | I | II | III | IV | V | VI | VII | VIII |
| 114 | EZ2 | EZ1 | EZ0 | EZ3 | EZ1 | EZ2 | EZ0 | EZ3 |
| 115 | EZ3 | EZ0 | EZ2 | EZ1 | EZ3 | EZ0 | EZ1 | EZ2 |
| 116 | EZ0 | EZ3 | EZ1 | EZ2 | EZ0 | EZ3 | EZ2 | EZ1 |
| 117 | EZ1 | EZ2 | EZ3 | EZ0 | EZ2 | EZ1 | EZ3 | EZ0 |
| 118 | OZ2 | OZ1 | OZ0 | OZ3 | OZ1 | OZ2 | OZ0 | OZ3 |
| 119 | OZ3 | OZ0 | OZ2 | OZ1 | OZ3 | OZ0 | OZ1 | OZ2 |
| 120 | OZ0 | OZ3 | OZ1 | OZ2 | OZ0 | OZ3 | OZ2 | OZ1 |
| 121 | OZ1 | OZ2 | OZ3 | OZ0 | OZ2 | OZ1 | OZ3 | OZ0 |

The eight outputs of zone detector 19 are received by offset selector 22 and displacement selector 21. Offset selector 22 has registers 220, 221, 222 and 223 for providing digital offset values, ¼, ¾, –¼ and –¾ respectively to gates 209, 211, 213 and 215 respectively. Digital offset value ¼ will be transferred through transmission gate 209 whenever either EZ0 or OZ3 is high to OR 208 and will be provided as output signal K on line 33. Digital offset value ¾ will be transferred through transmission gate 211 whenever either EZ2 or OZ1 is high to OR 210 and will be provided as output signal K on line 33. Digital offset value –¼ will be transferred through transmission gate 213 whenever either EZ1 or OZ2 is high to OR 212 and will be provided as output signal K on line 33. Digital offset value –¾ will be transferred through transmission gate 215 whenever either EZ3 or OZ0 is high to OR 215 and will be provided as output signal K on line 33. While the offset selector 22 is discussed with respect to the use of quadrature pattern IV, the configuration of offset selector remains the same for the other seven quadrature servo patters.

Displacement selector 21 receives the four digital displacement signals N, Q, N' and Q' from displacement generator 17. Displacement signal N will be transferred through transmission gate 201 when either EZ2 or OZ2 is high to OR 200 and will be provided as displacement signal F on line 34. Displacement signal N' will be transferred through transmission gate 203 when either EZ1 or OZ1 is high to OR 202 and will be provided as displacement signal F on line 34. Displacement signal Q will be transferred through transmission gate 205 when either EZ0 or OZ0 is high to OR 204 and will be provided as displacement signal F on line 34. Displacement value Q' will be transferred through transmission gate 207 when either EZ3 or OZ3 is high to OR 206 and will be provided as displacement signal F on line 34.

Displacement selector 21 is sensitive to the quadrature servo pattern being used such that the proper displacement signal F transferred onto line 34 by transmission gates 201, 203, 205 and 207 is a function of the quadrature servo pattern being used.

TABLE 3 lists the input displacement signal to each transmission gate 201, 203, 205 and 207 for each of the eight quadrature servo patterns.

5,600,506

13

point ⅛ of a track width W from where track 0 is initiated on the surface of the disk. Each successive gray scale area is assigned the next integer in order such that the gray scale addresses are sequential between the outer diameter OD and the inner diameter ID of disk 10. The assigned gray scale address is recorded in each gray scale area. It is important to note that the gray scale addresses no longer directly reflects the data track addresses as the gray code areas did in the prior art. Therefore if the transducer read a gray scale address of 100 this does not mean that the transducer is reading information from data track 100.

A band scale of FIG. 8 is used in measuring the location of the center of each data track and the location of the transducer with reference to the surface of the disk 10. The band scale uses gray scale units as a basic measuring unit where a gray scale unit has a value of ⅓*W. The band scale area has a zero point located at the center of gray scale area 0.

Any track address TA can be converted into a track position TP expressed in gray scale units GS, which measures the center of the data track from the center of gray scale area 0, by the expression:

$$TP=\tfrac{3}{2}*TA.$$

For example the track position for data track 6 would be 9 and the track position for data track 3 would be 4.5. This is corroborated by comparing the center of data tracks 3 and 7 and the band scale in FIG. 8.

The system employs the concept of zones where each gray scale area is divided into four zones. An even addressed gray scale area is divided into zones 1, 2, 3 and 4 and an odd addressed gray scale area is divided into zones 5, 6, 7 and 8. The relationship between the zones and the gray scale areas is illustrated in FIGS. 7 and 8.

As can be seen from FIG. 7, the center of each gray scale area corresponds to a boundary between servo bursts A and B and the initiation and termination of a gray scale area corresponds to a boundary area between servo burst C and D for quadrature servo patterns III, IV, VII and VIII. In like manner, the center of each gray scale area corresponds to a boundary between servo bursts C and D and the initiation and termination of a gray scale area corresponds to a boundary area between servo burst A and B for quadrature servo patterns I, II, V and VI. Zones 1 and 8 will each have a border that is aligned with the boundary between servo burst C and D. Zones 2 and 3 will each have a border that is aligned with the boundary between servo burst A and B. Zones 4 and 5 will each have a border that is aligned with the boundary between servo burst D and C. Zones 6 and 7 will each have a border that is aligned with the boundary between servo burst B and A. Zones 1,3, 5 and 7 will always be to the immediate right of a boundary between the two servo burst for that quadrature servo pattern and zones 2,4, 6 and 8 will always be to the immediate left of a boundary between two servo burst for a given track.

In ever data track there is a boundary between two servo bursts at ¼*W, ½*W and ¾*W of the width W of a data track or when expressed as a displacement from the center of a data track at −⅓*W, 0 and ⅓*W locations in the data track. The location of these three boundaries for the track position TP for any track address TA can be expressed in gray scale units by the following expressions:

14

| | |
|---|---|
| Left of center boundary = TP − ½; | |
| Center boundary = TP; | |
| Right of center boundary = TP + ½. | |

For example in data track 0, the left of center boundary is located at −0.5, the center boundary is located at 0 and the right of center boundary is located at 0.5. Further in track 5 the left of center boundary is located at 7, the center boundary is located at 7.5 and the right of center boundary is located at 8. This is corroborated by comparing the boundary of two servo bursts in tracks 0 and 5 with the band scale in FIG. 8.

The center of each gray scale area correlates with an integer value on the band scale such that by reading the gray scale area address GS, the integer portion of a border signal is obtained. By determining the zone within the gray scale area whose gray scale address was read by the transducer the fractional portion of the border signal can be obtained. A value of the border signal as a function of the zones can be determined by the following relationships:

| | |
|---|---|
| Zones 1 and 5 = GS − ½; | |
| Zones 2, 3, 6 and 7 = GS + 0; and | |
| Zones 4 and 8 = GS + ½. | |

A displacement signal having a value indicative of the displacement from of the transducer from a boundary between two servo bursts is obtained from the difference in the magnitude read for the two servo bursts whose boundary is on the border of that zone. By adding the displacement signal to the border signal a position signal is obtained indicative of the position of the transducer relative to the center of gray scale area 0.

As to the second element of this second embodiment of the invention, the position generator has been modified to generate for the transducer a digital position signal from the received values of the magnitude sampled from the four servo bursts and the address of the gray scale area.

Referring to FIG. 10A, a servo burst detector 16 is shown. Sample and hold circuit 100 will sample and hold the magnitude of servo burst A from the data on line 14 under the control of the control signal on line 40 from timing controller 18. A to D converter 101 converts the magnitude of the sample being held by sample and hold circuit 100 into a digital value A for servo burst A. Sample and hold circuit 102 will sample and hold the magnitude of servo burst B from the data on line 14 under the control of the control signal on line 41 from timing controller 18. A to D converter 103 converts the magnitude of the sample being held by sample and hold circuit 102 into a digital value B for servo burst B. Sample and hold circuit 104 will sample and hold the magnitude of servo burst C from the data on line 14 under the control of the control signal on line 42 from timing controller 18. A to D converter 105 converts the magnitude of the sample being held by sample and hold circuit 104 into a digital value C for servo burst C. Sample and hold circuit 106 will sample and hold the magnitude of servo burst D from the data on line 14 under the control of the control signal on line 43 from timing controller 18. A to D converter 107 converts the magnitude of the sample being held by sample and hold circuit 106 into a digital value D for servo burst D.

The position generator generates a digital value for the position of transducer 11 from the digital values of the four digital servo burst values A, B, C and D, the digital integer gray scale area address GS and whether signal E is high or low by the following procedure.

5,600,506

17

### TABLE 5

| | BORDER SIGNAL VALUES | | | |
|---|---|---|---|---|
| | SERVO PATTERN | | | |
| ZONE | V | VI | VII | VIII |
| 1 | GS − ½ + Q | GS − ½ + Q' | GS − ½ + N | GS − ½ + N' |
| 2 | GS + 0 + N' | GS + 0 + N | GS + 0 + | GS + 0 + Q' |
| 3 | GS + 0 + N' | GS + 0 + N | GS + 0 + Q | GS + 0 + Q' |
| 4 | GS + ½ + Q' | GS + ½ + Q | GS + ½ + N' | GS + ½ + N |
| 5 | GS − ½ + Q' | GS − ½ + N' | GS − ½ + N' | GS − ½ + N |
| 6 | GS + 0 + N | GS + 0 + N | GS + 0 + | GS + 0 + Q |
| 7 | GS + 0 + N | GS + 0 + N' | GS + 0 + Q' | GS + 0 + Q |
| 8 | GS + ½ + Q | GS + ½ + Q' | GS + ½ + N | GS½ + N' |

Returning to FIG. 1, the foregoing procedure is executed by the combination of displacement generator 17, zone detector 19, offset selector 22, displacement selector 21 and adder 23. This combination of these elements will be discussed with reference to FIGS. 1, 10A and 10B.

Displacement generator 17 receives the four digital values for the for servo burst A, B, C and D from servo burst detector 16. Subtractor 108 generates the digital value for displacement signal Q by subtracting the digital value for B from the digital value for A. Subtractor 109 generates the digital value for displacement signal Q' by subtracting the digital value for A from the digital value for B. Subtractor 110 generates the digital value for displacement signal N by subtracting the digital value for D from the digital value for C. Subtractor 111 generates the digital value for displacement value N' by subtracting the digital value for C from the digital value for D.

Zone detector 19 determines the zone in accordance with steps 902, 903, 904, 905, 906, 907 and 908 of FIG. 9. Comparator 1012 provides a high output X when the digital value for displacement signal Q' is greater than the digital value 0 from register 1031. Comparator 1013 provides a high output Y on when the digital value for displacement signal N is greater than the digital value for displacement signal N. Comparator 1022 provides a high output Z when the digital value for displacement Q' is greater than the digital value for displacement signal N'. ANDs 1014 through 1021 decodes in accordance with TABLE 6 whether signals E, X, Y and Z are high N or low L to determine the zone in which the transducer 11 is located when the transducer 11 read the servo burst and the gray scale address.

Since the system is sensitive to the servo pattern being used, the functions of comparators will change as a function of the servo pattern selected. TABLE 7 listed the function of Comparators 1012, 1013 and 1022 for each of the eight quadrature servo patterns.

### TABLE 6

| | Quadrature SERVO PATTERN VIII | | | | |
|---|---|---|---|---|---|
| AND | E | X | Y | Z | ZONE |
| 1014 | H | L | L | | Z1 |
| 1015 | H | L | H | | Z2 |

18

### TABLE 6-continued

| | Quadrature SERVO PATTERN VIII | | | | |
|---|---|---|---|---|---|
| AND | E | X | Y | Z | ZONE |
| 1016 | H | H | | L | Z3 |
| 1017 | H | H | | H | Z4 |
| 1018 | L | H | H | | Z5 |
| 1019 | L | H | L | | Z6 |
| 1020 | L | L | | H | Z7 |
| 1021 | L | L | | L | Z8 |

### TABLE 7

| SERVO PATTERN | COMPARATOR 1012 | COMPARATOR 1013 | COMPARATOR 1022 |
|---|---|---|---|
| I | N' > 0 | N' > 0 | N' > Q' |
| II | N > 0 | N > Q' | N > Q |
| III | Q' > 0 | Q' > 0 | Q > N |
| IV | Q > 0 | Q > N' | Q > N' |
| V | N > 0 | N' > Q' | N' > Q |
| VI | N > 0 | N > Q | N > Q' |
| VII | Q > 0 | Q > N' | Q > N |
| VIII | Q' > 0 | Q' > N | Q' > N' |

The eight outputs of zone detector 19 are received by offset selector 22 and displacement selector 21. Offset selector 22 has registers 2040, 2041 and 2043 for providing the digital offset values of ½, 0, and −½ respectively to gates 2009, 2011 and 2015 respectively. Digital offset value ½ will be transferred through transmission gate 2009 whenever either Z4 or Z5 is high to OR 2008 and will be provided as output signal K on line 33. Digital offset value 0 will be transferred through transmission gate 2011 whenever either Z2, Z3, Z6 or Z7 is high to OR 2010 and will be provided as output signal K on line 33. Digital input value −½ will be transferred through transmission gate 2015 whenever either Z1 or Z5 is high to OR 2014 and will be provided as output signal K on line 33. While the offset selector is discussed with respect to the use of quadrature pattern VIII, the configuration of offset selector remains the same for the other seven quadrature servo patterns.

Displacement selector 21 receives the four displacement signals N, Q, N' and Q' from displacement generator 17. Displacement signal N will be transferred through transmission gate 2001 when either Z4 or Z5 is high to OR 2000 and will be provided as displacement signal F on line 34. Displacement signal N' will be transferred through transmission gate 2003 when either Z1 or Z8 is high to OR 2002 and will be provided as displacement signal F on line 34. Displacement signal Q will be transferred through transmission gate 2005 when either Z7 or Z6 is high to OR 2004 and will be provided as displacement signal F on line 34. Displacement signal Q' will be transferred through transmission gate 2007 when either Z2 or Z3 is high to OR 2006 and will be provided as displacement signal F on line 34.

Displacement selector 21 is sensitive to the quadrature servo pattern being used such that the proper displacement signal F transferred onto line 34 by transmission gates 2001, 2003, 2005 and 2007 is a function of the quadrature servo pattern being used.

TABLE 8 lists the input displacement signals to each transmission gate 2001, 2003, 2005 and 2007 for each of the eight quadrature servo patterns.

5,600,506

21

first means for generating a displacement signal having a value indicative of said transducer's displacement from said center of a zone associated with said gray scale area read by said transducer;

second means for generating a center signal having a value indicative of said zone's center from said fixed reference point; and

third means for combining said center signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said disk.

10. The system of claim 9 wherein said first means comprises:

a fourth means for converting the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer into a corresponding first, second, third and fourth digital signal; and

a fifth means for generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (Q') signal by subtracting said first digital signal from said first second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal.

11. The system of claim 10 wherein said second means comprises:

a zone detector for generating a zone signal which selects a selected zone from said two zones associated with said gray scale area read by said transducer as a function of a value of each of said first, second, third and fourth displacement signals and whether said address of said gray scale area is odd or even;

sixth means for generating said center signal as a function of said zone signal where said center signal is a distance from said fixed reference point to the center of said selected zone.

12. The system of claim 11 wherein said first means further comprises:

a displacement selection means for selecting one of said first, second, third and fourth displacement signals as said displacement signal as a function of said zone signal generated by said zone detector.

13. The system of claim 12 wherein said third means comprises:

an adder for adding together said center signal and said displacement signal to generate a position signal whose value is said transducer's distance from said fixed reference point recorded on said disk.

14. The system of claim 8 wherein each of said data tracks has a track address TA whose center TAC, expressed in gray scale units, is located from said fixed reference point in said gray scale band by the relationship TAC=(1.5*TA)+0.25.

15. The system of claim 1 wherein said position generator segments each said gray scale area into four zones where a gray scale area having an even address is divided into zones 1, 2, 3 and 4 and a gray scale area having an odd addressed is divided into zones 5, 6, 7 and 8 and where each zone has a border on a boundary between two of said four servo bursts in said quadrature servo pattern.

16. The system of claim 15 wherein said position generator further comprises:

first means for generating a displacement signal having a value indicative of said transducer's displacement from

22

said border of a zone associated with said gray scale area read by said transducer;

second means for generating a border signal having a value indicative of said zone's border from said fixed reference point; and

third means for converting said border signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said disk.

17. The system of claim 16 wherein said first means comprises:

a fourth means for converting the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer into a corresponding first, second, third and fourth digital signal; and

a fifth means for generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (Q') signal by subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal.

18. The system of claim 17 wherein said second means comprises:

a zone detector for generating a zone signal which selects a selected zone from said four zones associated with said gray scale area read by said transducer as a function of a value of each of said first, second, third and fourth displacement signals and whether said address of said gray scale area is odd or even;

sixth means for generating said border signal as a function of said zone signal where said border signal is a distance from said fixed reference point to the border of said selected zone.

19. The system of claim 18 wherein said first means further comprises:

a displacement selection means for selecting one of said first, second, third and fourth displacement signals as said displacement signal as a function of said zone signal generated by said zone detector.

20. The system of claim 19 wherein said third means comprises:

an adder for adding together said border signal and said displacement signal to generate said position signal whose value is said transducer's distance from said fixed reference point recorded on said disk.

21. The system of claim 15 wherein each of said data tracks has a track address TA having a center TAC, expressed in gray scale units, located from said fixed reference point in said gray scale band by the relationship TAC=1.5*TA.

22. A magnetic disk for use in a sector servo disk drive system, said disk having a plurality of sectors located on a surface of said magnetic disk, each sector having Z data tracks located between an inner diameter and an outer diameter on said magnetic disk, a servo band recorded across all said Z data tracks and a gray scale band recorded across all said Z data tracks, said servo band comprising a quadrature servo pattern repeated 0.75*Z times, said gray scale band comprises 1.5*Z consecutively addressed gray scale areas where said servo band and said gray scale band coact to define radial positions on said magnetic disk from a fixed reference point in said gray scale band on the surface of said disk.

5,600,506

25

signal, a second displacement (Q') signal by subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal.

38. The method of claim 37 wherein step d3 comprises the steps of:

   i) generating a zone signal which selects a selected zone as a function of said values for said first, second and third displacement signals and whether said address of said gray scale area is odd or even;

   ii) generating a center signal as a function of said zone signal where said center signal is a distance from said fixed reference point to the center of said selected zone associated with the gray scale area read by said transducer.

39. The method of claim 38 wherein said step d2 further comprises the step of:

   iii) selecting one of said first, second, third and fourth displacement signals as a displacement signal as a function of said zone signal generated by said zone detector.

40. The method of claim 39 wherein said step d4 comprises the step of:

   i) adding together said center signal and said displacement signal to generate a position signal whose value is the distance of said transducer from said fixed reference point recorded on said disk.

41. The method of claim 35 further comprising the step of:

   e) generating for a data track having an address TA a data track position signal, in gray scale units, indicative of said data track, center TAC from said fixed reference point in said gray scale band in accordance with the relationship TAC=(1.5* TA)+0.25.

42. The method of claim 34 wherein step b comprises the step of:

   b1) recording said gray scale band where each gray scale area has a width of ⅔*W and where a gray scale area having address zero is initiated ⅙*W from the point of initiation of a data track having a data track address of zero; and

   b2) recording consecutive addresses in said gray scale areas starting with address zero where said fixed reference point is located at a center of said gray scale area having address zero.

43. The method of claim 42 wherein step d comprises the steps of;

   d1) segmenting each said gray scale area into four zones where a gray scale area having an even address is divided into zones 1, 2, 3 and 4 and a gray scale area having an odd addressed is divided into zone 5, 6, 7 and 8, where a border of each zone is located at a boundary between two burst of said four burst;

26

   d2) generating a displacement signal indicative of said transducer's position from said border of said zone;

   d3) generating a border signal indicative of the distance of said zone's border from said fixed reference point; and

   d4) combining said border signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said surface of said disk.

44. The method of claim 43 wherein step d2 comprises the steps of:

   i) generating from the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer a corresponding first, second, third and fourth digital signal; and

   ii) generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (Q') signal by subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal.

45. The method of claim 44 wherein step d3 comprises the steps of:

   i) generating a zone signal which selects a selected zone as a function of said values for said first, second and third displacement signals and whether said address of said gray scale area is odd or even;

   ii) generating a border signal as a function of said zone signal where said border signal is a distance from said fixed reference point to the border of said selected zone associated with the gray scale area read by said transducer.

46. The method of claim 45 wherein said step d2 further comprises the step of:

   iii) selecting one of said first, second, third and fourth displacement signals as a displacement signal as a function of said zone signal generated by said zone detector.

47. The method of claim 46 wherein said step d4 comprises the step of:

   i) adding together said border signal and said displacement signal to generate a position signal whose value is indicative of the distance of said transducer from said fixed reference point recorded on said disk.

48. The method of claim 42 further comprising the step of:

   e) generating for a data track having an address TA a data track position signal, in gray scale units, indicative of said data track, center TAC from said fixed reference point in said gray scale band in accordance with the relationship TAC=1.5*TA.

* * * * *