# Exhibit B

# REDACTED

# Exhibit C

REDACTED

# Exhibit D

# REDACTED

# Exhibit E

REDACTED

# Exhibit F

REDACTED

Exhibit G

REDACTED

# Exhibit H

REDACTED

# Exhibit I

# REDACTED

# Exhibit J

# REDACTED

# Exhibit K

REDACTED

# Exhibit L

REDACTED

# Exhibit M

REDACTED

# Exhibit N

REDACTED

# Exhibit O

# REDACTED

# Exhibit P

REDACTED

Exhibit Q

REDACTED

# Exhibit R

REDACTED

# Exhibit S

REDACTED

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 28, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19801

### BY FEDERAL EXPRESS

> Ruffin B. Cordell, Esquire
> Fish & Richardson, P.C.
> 1425 K Street, NW, Suite 1100
> Washington, DC 20005

> /s/ *Julia Heaney*
> Julia Heaney (#3052)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> jheaney@mnat.com
>   *Attorneys for Defendant and*
>   *Counterclaim Plaintiff Cornice, Inc.*