IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>　　　　Defendant. | C.A. No. 04-418 (SLR)<br><br>REDACTED |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF
SEAGATE TECHNOLOGY LLC'S CLAIM CONSTRUCTION BRIEF
REGARDING U.S. PATENT NOS. 6,744,606 AND 5,452,159**

I, Timothy Devlin, declare as follows:

1.  I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.  True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 6,744,606 (issued Jan. 1, 2004). |
| 2. | U.S. Patent No. 5,452,159 (issued Sept. 19, 1995). |
| 3. | Defendant Cornice, Inc.'s List of Claim Terms for Construction. |
| 4. | Expert Report of James H. Morehouse, Ph.D. Regarding Invalidity of U.S. Patent 6,744,606. |
| 5. | The Oxford Encyclopedic English Dictionary Edited by Joyce M. Hawkins and Robert Allen (1991). |
| 6. | Notice of Allowability dated Feb. 20, 2004 (Application No. 10/218,240). |

7. Expert Report of James H. Morehouse, Ph.D. Regarding Invalidity of U.S. Patent No. 5,452,159 (served August 22, 2005).

8. Excerpt of Transcript of Deposition of David Bogy, Ph.D. (April 11, 2005).

9. International Publication Number WO 03/025932 (issued Mar. 27, 2003).

10. U.S. Patent No. 5,379,171 (issued Jan. 3, 1995).

11. Excerpt of Transcript of Deposition of James Morehouse, Ph.D. (Oct. 20, 2005).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 18th day of November, 2005.

                                                                  */s/ Timothy Devlin*
                                                                  Timothy Devlin

# CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on November 28, 2005, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin