# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **SEAGATE TECHNOLOGY LLC,**<br>**Plaintiff,**<br>**v.**<br>**CORNICE, INC.,**<br>**Defendant.** | **C.A. No. 04-418 (SLR)**<br>**CONFIDENTIAL** |

**DEFENDANT CORNICE, INC.'S**
**LIST OF CLAIM TERMS FOR CONSTRUCTION**

Pursuant to Paragraph 5 of the Scheduling Order entered November 3, 2004, Defendant Cornice, Inc. ("Cornice") submits the following list of claim terms and proposed constructions. Proposal of a claim construction is not a concession that the claim term is definite or otherwise satisfies the statutory requirements, including 35 U.S.C. § 112. Because expert discovery has not yet occurred, and plaintiff has not yet provided its infringement contentions, this identification is without waiver or prejudice, and Cornice reserves the right to modify or supplement its list and/or constructions.

**I. U.S. Patent No. 5,452, 159**

| Claim Terms | Proposed Construction |
|---|---|
| "parking device"<br>"parking means"<br>"to park" | Maintaining the position of the head(s) over a selected portion of the disk. |
| "an actuator for selectively positioning the transducer over a path between a first position and a second position with respect to the data storage medium" | An actuator for controllably positioning the transducer at any specific location between the first position and the second position. |
| "a magnetic field containing member" | A single structure that prevents magnetic fringing (*i.e.*, contains the magnetic field). |
| "the capture member is in a non-permeated | A rapid change (like a switch) of the |

| | |
|---|---|
| state … and the capture member switches to a permeated state" | capture member from a non-permeated to a permeated state. |

## II. U.S. Patent No. 6,774,606

| Claim Terms | Proposed Construction |
|---|---|
| "actuator" | Something that causes something else to be put into action or motion. |
| "coil support portion" | A portion of the actuator which supports a coil. |
| "single arm portion"<br>"single arm support portion" | Only one arm support portion is an integral component of the actuator structure, even though the actuator can also set in motion other arm supports, in ways not covered by the claims, that serve other discs in a multiple-disk, multiple-arm drive. |
| "step portion" | The portion of the actuator that positions the arm support and coil support portions in distinct planes. |
| "means for positioning the coil support portion and the arm portion at different distances from the base" | This term does not define structure, and thus is subject to means-plus-function analysis under 35 U.S.C. § 112, ¶ 6. The function of the claimed means is to "position[] the coil support portion and the arm portion at different distances from the base." The corresponding structure consists of the step illustrated in Figure 2, reference numeral 305. |

## III. U.S. Patent No. 5,600,506

| Claim Terms | Proposed Construction |
|---|---|
| "Quadrature Servo Pattern" | A quadrature burst pattern in which one of the four bursts must be centered in data track "0," as well as each and every data track thereafter. |
| "A disk surface divided into sectors where each sector comprises Z data tracks" (Claim 1)<br><br>"Each sector having Z data tracks located between an inner diameter and an outer | The total number of data tracks on the disk surface. |

| | |
|---|---|
| diameter on said magnetic disk" (Claim 22)<br><br>"all Z data tracks located on said surface of said disk" (Claim 33) | |
| "A fixed reference point in said gray scale band on said disk" (Claim 1);<br><br>"A fixed reference point in said gray scale band on the surface of said disk" (Claim 22);<br><br>"Fixed reference point located in said gray scale band" (Claim 33) | A reference point located on the disk that is the same for every position calculation |
| "A Quadrature Servo Pattern Repeated 0.75*Z times" (Claims 1 and 22);<br><br>"0.75*Z Quadrature Servo Patterns" (Claim 33) | There are exactly three-quarters as many quadrature servo patterns as there are data tracks on the disk surface. |
| "1.5*Z Consecutively Addressed Gray Scale Areas" (All claims) | There are exactly one-and-a-half as many consecutively addressed gray scale areas as there are data tracks on the disk surface. |
| "a position generator for generating from said quadrature servo pattern and an address of a gray scale area read by a transducer in said disk drive system a signal indicating a position of said transducer relative to a fixed reference point in said gray scale band on said disk" (Claim 1) | The term "position generator" does not define structure, and this claim limitation is thus subject to means-plus-function analysis under 35 U.S.C. § 112, ¶ 6. The function of the "position generator" is to "generat[e] from said quadrature servo pattern and an address of a gray scale area read by a transducer in said disk drive system a signal indicating a position of said transducer relative to a fixed reference point in said gray scale band on said disk" as recited in the claim.<br><br>The corresponding structure consists of the hardware elements of Figure 1, including the disk 8, the head 11, the actuator 13, the positioner 12, the gray code detector 15, the servo burst detector 16, the timing |

| | |
|---|---|
| | controller 18, the displacement generator 17, the zone detector 19, the gray scale generator 20, the displacement selector 21, the offset selector 22 and the adder 23, programmed to perform the algorithms set forth in figures 5 and 9. Alternatively, a microprocessor, RAM and ROM programmed to perform the algorithms set forth in figures 5 and 9 could be used in lieu of displacement generator 17, zone detector 19, gray scale generator 20, displacement selector 21, offset selector 22 and adder 23, as described at col. 19, lines 22-27 of the '506 patent. |
| "The system of claim 1 wherein said position generator segments each said gray scale area into two zones" (Claim 8);<br><br>"Segmenting each said gray scale area into two zones" (Claim 36) | These claim limitations refer to the specific methodology described in the '506 patent in Figs. 5 and 9 for demodulating the servo burst signals. The concept of "zones" is defined in the patent in connection with the process of demodulating the servo burst signals in order to generate accurate position information. |
| "Zone Detector for generating a zone signal" (Claim 11) | "Zone detector" means the series of logic elements that determine the applicable zone based on the gray code and servo bursts. |
| "an adder for adding together said center signal and said displacement signal to generate a position signal whose value is said transducer's distance from said fixed reference point recorded on said disk" (Claim 13) | "Adder" means a computational device that performs arithmetic addition. |
| "Said servo band and said gray scale band coact to define radial positions on said magnetic disk from a fixed reference point in said gray scale band on the surface of said disk." (Claim 22) | "Coact" in the context of this claim and the '506 patent means that the "servo band" and the "gray scale band," in conjunction with a "position generator," are used to determine the radial position of a transducer relative to a fixed reference point in the gray scale band on the surface of the disk. |

## IV. U.S. Patent No. 5,596,461

| Claim Terms | Proposed Construction |
|---|---|
| "base member" | The bottom portion of the housing for mounting the components of the drive, e.g., the spindle motor and head stack assembly. |
| "cover element" | The top portion of the housing opposite the base member, which is received over the spindle motor and head stack assembly. |
| "head stack assembly" | A stack of actuator arms (*i.e.*, a plurality), each mounting a head or pair of heads. |
| "continuous, single PCB support surface" | A single, uninterrupted surface for mounting a PCB, and not discrete mounting locations for a PCB. |

## V. U.S. Patent No. 6,324,054

| Claim Terms | Proposed Construction |
|---|---|
| "Enclosure" | Something that encloses, meaning to shut in all around or to surround. |
| "Enclosure sized to receive a disc drive therein" | The enclosure must be sized to contain a disk drive. |
| "Shock absorbing material" | A material that is suited for widening a shock pulse and reducing its maximum amplitude. |
| "Flexible shock absorbing material" | A shock absorbing material that is able to bend without breaking. |
| "Critical region" | A region of the disk drive that is relatively sensitive to vibration and shock accelerations because most shock loadings during handling and transport are focused there. |
| "Non-critical region" | A region of the disk drive that is relatively insensitive to vibration and shock accelerations because it receives less shock loading during handling mishaps. |
| "Corner" | The point or place where lines or surfaces join and form an angle. |

## VI. U.S. Patent No. 6,545,845

| Claim Terms | Proposed Construction |
|---|---|
| "Retaining clip" | A device such as a snap ring, retaining ring or clip ring. |
| "Bearing cartridge" | An assembly with ball bearings, an inner body, and an outer body, that permits the inner and outer bodies to rotate relative to one another. |

## VII. U.S. Patent No. 6,146,754

| Claim Terms | Proposed Construction |
|---|---|
| "substrate" | The "substrate" is the supporting material on which the thin films are deposited. |
| "seedlayer" | The term "seedlayer" refers to a film layer that is between the substrate and the underlayer and in direct contact with the substrate. |
| "alloy" | The term "alloy" refers to a metal mixture composed of two or more elements. |
| "substantially directional magnetic isotropy" | A longitudinal magnetic media has "substantially directional magnetic isotropy" when it has substantially equal values of magnetic properties, regardless of whether the property measurement occurs in the circumferential or radial direction, and it has a magnetic layer that has no dominant crystallographic orientation. |
| "magnetic properties" | "Magnetic properties" means at least two magnetic properties. |
| "orientation ratio of about 1.0" | "Orientation ratio of about 1.0" means an orientation ratio number that would round to 1.0. |

MORRIS, NICHOLS, ARSHT & TUNNELL

/s/ *Julia Heaney*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
(212) 310-8000

July 22, 2005

**CERTIFICATE OF SERVICE**

I, Julia Heaney hereby certify that copies of the foregoing were caused to be served on July 22, 2005, upon the following in the manner indicated:

**BY HAND**

William J. Marsden, Jr.
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Roger S. Borovoy, Esquire
Fish & Richardson, P.C.
500 Arguello Street
Redwood City, CA 94063-1526

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW
Suite 1100
Washington, DC 20005

Edmond Bannon
Fish & Richardson
Citigroup Center
153 East 53rd St.
New York, NY 10022

*/s/ Julia Heaney*
Julia Heaney (#3052)

# EXHIBIT 4

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 5

# The OXFORD Encyclopedic English Dictionary

EDITED BY

JOYCE M. HAWKINS

AND

ROBERT ALLEN

CLARENDON PRESS · OXFORD

*Oxford University Press, Walton Street, Oxford OX2 6DP*

*Oxford New York Toronto*
*Delhi Bombay Calcutta Madras Karachi*
*Petaling Jaya Singapore Hong Kong Tokyo*
*Nairobi Dar es Salaam Cape Town*
*Melbourne Auckland*

*and associated companies in*
*Berlin Ibadan*

*Oxford is a trade mark of Oxford University Press*

*Published in the United States by*
*Oxford University Press, New York*

*© Oxford University Press 1991*

*First published 1991*
*Reprinted 1991*

*All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior permission of Oxford University Press*

*This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser*

*British Library Cataloguing in Publication Data*
*Data available*

*Library of Congress Cataloging in publication Data*
*Data available*
*ISBN 0-19-861248-6 Plain Edition*
*ISBN 0-19-861266-4 Thumb Index Edition*

*Typeset by Latimer Trend Ltd, Plymouth, England*
*Printed in the United States of America*

Preface
Guide to the Use of

THE OXFORD E

Chronology of Wor

APPENDICES

1. Countries of th
2. The Commonw
3. States of the U America
4. The Soviet Uni Republics
5. The British Isle
6. The British Co
7. The US Constit
8. The United Na
9. The European
10. Kings and Que United Kingdo
11. Prime Ministe
12. Weather
13. The Beaufort S
14. Shapes and Fo
15. Weights, Meas
16. Chemical Elem

MAPS

ou are drunk I will drive you ...il, since better designed, took ...ntil now or the time being ...ad been healthy ever since; hav... any years since). [ME, reduced ...then) f. OE siththum]
...incerest) 1 free from pr... s in appearance. 2 genuine ...icerity /-ˈserɪtɪ/ n. [L sincerus
manner. □ yours sincerely ...ter.
...ont of the skul. from the ...tal /-ˈsɪpɪt(ə)l/ adj. [L f. semi
Pakistan, formerly part of ...Britain in 1843; pop. (1981)
the Sailor) hero of one of ...relates his fantastic adven...
...ody of the Holy Shroud of ...was reputedly wrapped. [O... + -LOGY]
...ric function that is equal to ...en angle (in a right-angled ...tion of the line drawn from ...to the radius through the ...urve representing periodic ...s given by a sine function ...old of a toga, used in med.L
...sition that requires little or ...onour. □□ sinecurism n. ...e]
...dv. (of business adjourned ...[L. = without day]
...an indispensable condition ...not]
...rous tissue uniting muscle ...; bodily strength; wiriness. ...ength or framework of a ... poet. serve as the sinews ...inews of war money. □□ ...e f. Gmc]
...ius. 1 a symphony. 2 (in ...used as an introduction to ...ala; usu. in names) a small ...ry]
short or simple symphony. ...ll symphony orchestra. [It.,
...mmitting sin, esp. habitu...terized by sin. □□ sinfully ...-FUL)]
...ŋ/; past part. sung /sʌŋ/) 1 ...oice, esp. words with a set ...ging (sing another song). 3 ...inarticulate melodious or ...nds. 4 intr. (of the ears) be ... 5 intr. sl. turn informer; ...ry. 7 tr. & (foll. by of) intr. ...ut) usher (esp. the new or ... bring to a specified state ... 1 an act or spell of singing. □ sing-along a tune etc. ...iment. singing hinny see ... sing out call out loudly; ... sing up sing more loudly. ... adv. [OE singan f. Gmc]





**Singapore** /ˌsɪŋgəˈpɔː(r)/ a country in SE Asia, a member State of the Commonwealth, consisting of the island of Singapore and about 54 smaller islands, lying just north of the equator off the southern tip of the Malay Peninsula to which it is linked by a causeway carrying a road and railway; pop. (est. 1988) 2,645,400; official languages, Malay, Chinese, Tamil, and English. Sir Stamford Raffles established a trading post under the East India Company in 1819, and it was incorporated with Penang and Malacca to form the Straits Settlements in 1826; these became a Crown Colony in the following year. Singapore rapidly grew, by virtue of its large protected harbour, to become the most important commercial centre and naval base in SE Asia. It fell to the Japanese in 1942, and after liberation became first a British Crown Colony in 1946 and then a self-governing State in 1959. Federated with Malaysia in 1963, it regained full independence two years later and remains a world trade and financial centre; it also has an important oil-refining industry. □□ **Singaporean** /-ˈpɔːrɪən/ *adj.* & *n.*

**singe** /sɪndʒ/ *v.* & *n.* —*v.* (**singeing**) **1** *tr.* & *intr.* burn superficially or lightly. **2** *tr.* burn the bristles or down off (the carcass of a pig or fowl) to prepare it for cooking. **3** *tr.* burn off the tips of (the hair) in hairdressing. —*n.* a superficial burn. □ **singe one's wings** suffer some harm esp. in a risky attempt. [OE *sencgan* f. WG]

**Singer**[1] /ˈsɪŋə(r)/, Isaac Bashevis (1904– ), Polish-born American author of short stories and novels, written in Yiddish, whose work portrays with colourful intensity and much realistic detail the lives of Polish Jews of many periods of Poland's history. He was awarded a Nobel Prize for literature in 1978.

**Singer**[2] /ˈsɪŋə(r)/, Isaac Merrit (1811–75), American inventor, who in 1857 designed and built the first commercially successful sewing-machine (see entry).

**Singh** /sɪŋ/ *n.* **1** a title adopted by the warrior castes of N. India. **2** a surname adopted by male Sikhs. [Hind. *singh* f. Skr. *sinhá* lion]

**Singhalese** var. of SINHALESE.

**single** /ˈsɪŋg(ə)l/ *adj.*, *n.*, & *v.* —*adj.* **1** one only, not double or multiple. **2** united or undivided. **3 a** designed or suitable for one person (*single room*). **b** used or done by one person etc. or one set or pair. **4** one by itself; not one of several (*a single tree*). **5** regarded separately (*every single thing*). **6** not married. **7** *Brit.* (of a ticket) valid for an outward journey only, not for the return. **8** (with *neg.* or *interrog.*) even one; not to speak of more (*did not see a single person*). **9** (of a flower) having only one circle of petals. **10** lonely, unaided. **11** *archaic* free from duplicity, sincere, consistent, guileless, ingenuous. —*n.* **1** a single thing, or item in a series. **2** *Brit.* a single ticket. **3** a short pop record with one piece of music etc. on each side. **4** *Cricket* a hit for one run. **5** (usu. in *pl.*) a game with one player on each side. **6** an unmarried person (*young singles*). **7** *sl. US* a one-dollar note. —*v.tr.* (foll. by *out*) choose as an example or as distinguishable or to serve some purpose. □ **single acrostic** see ACROSTIC. **single-acting** (of an engine etc.) having pressure applied only to one side of the piston. **single-breasted** (of a coat etc.) having only one set of buttons and buttonholes, not overlapping. **single combat** a duel. **single cream** thin cream with a relatively low fat-content. **single cut** (of a file) with grooves cut in one direction only, not crossing. **single-decker** esp. *Brit.* a bus having only one deck. **single entry** a system of bookkeeping in which each transaction is entered in one account only. **Single European Act** the decree approved by the European Council in Dec. 1985, which came into force on 1 July 1987, with provisions whose objective is to make concrete progress towards European unity. **single file** a line of people or things arranged one behind another. **single-handed** *adv.* **1** without help from another. **2** with one hand. —*adj.* **1** done etc. single-handed. **2** for one hand. **single-handedly** in a single-handed way. **single-lens reflex** denoting a reflex camera in which a single lens serves the film and the viewfinder. **single-line** with movement of traffic in only one direction at a time. **single parent** a person bringing up a child or children without a partner. **singles bar** a bar for single people seeking company. **single-seater** a vehicle with one seat. **single stick 1** a basket-hilted stick of about a sword's length. **2** one-handed fencing with this. **single-tree** *US* = SWINGLETREE. □□ **singleness** *n.* **singly** *adv.* [ME f. OF f. L *singulus*, rel. to *simplus* SIMPLE]

**single-minded** /ˌsɪŋg(ə)lˈmaɪndɪd/ *adj.* having or intent on only one purpose. □□ **single-mindedly** *adv.* **single-mindedness** *n.*

**singlet** /ˈsɪŋglɪt/ *n.* **1** *Brit.* a garment worn under or instead of a shirt; a vest. **2** a single unresolvable line in a spectrum. [SINGLE + -ET[1], after *doublet*, the garment being unlined]

**singleton** /ˈsɪŋg(ə)lt(ə)n/ *n.* **1** one card only of a suit, esp. as dealt to a player. **2 a** a single person or thing. **b** an only child. **3** a single child or animal born, not a twin etc. [SINGLE, after *simpleton*]

**Sing Sing** /sɪŋ ˈsɪŋ/ a New York State Prison, built in 1825–8 at Ossining village on the Hudson River and formerly notorious for its severe discipline. It is now called Ossining Correctional Facility.

**singsong** /ˈsɪŋsɒŋ/ *adj.*, *n.*, & *v.* —*adj.* uttered with a monotonous rhythm or cadence. —*n.* **1** a singsong manner. **2** *Brit.* an informal gathering for singing. —*v.intr.* & *tr.* (*past* and *past part.* **singsonged**) speak or recite in a singsong manner.

**singular** /ˈsɪŋgjʊlə(r)/ *adj.* & *n.* —*adj.* **1** unique; much beyond the average; extraordinary. **2** eccentric or strange. **3** *Gram.* (of a word or form) denoting or referring to a single person or thing. **4** *Math.* possessing unique properties. **5** single, individual. —*n.* *Gram.* **1** a singular word or form. **2** the singular number. □□ **singularly** *adv.* [ME f. OF *singuler* f. L *singularis* (as SINGLE)]

**singularity** /ˌsɪŋgjʊˈlærɪtɪ/ *n.* (*pl.* **-ies**) **1** the state or condition of being singular. **2** an odd trait or peculiarity. **3** *Physics* & *Math.* a point at which a function takes an infinite value, esp. in space-time when matter is infinitely dense. [ME f. OF *singularité* f. LL *singularitas* (as SINGULAR)]

**singularize** /ˈsɪŋgjʊləˌraɪz/ *v.tr.* (also **-ise**) **1** distinguish, individualize. **2** make singular. □□ **singularization** /-ˈzeɪʃ(ə)n/ *n.*

**sinh** /ʃaɪn, saɪˈneɪtʃ/ *abbr.* *Math.* hyperbolic sine. [*sine* + *hyperbolic*]

**Sinhalese** /ˌsɪnhəˈliːz, ˌsɪnəˈliːz/ *n.* & *adj.* (also **Singhalese** /ˌsɪŋg-/) —*n.* (*pl.* same) **1** a member of an Aryan people deriving from northern India and forming the majority of the population in Sri Lanka. **2** their language, spoken by 9 million people in Sri Lanka. It is descended from Sanskrit and was brought by settlers from northern India in the 5th c. BC; its alphabet resembles that of the Dravidian languages of southern India. —*adj.* of or relating to this people or language. [Skr. *sinhalam* Sri Lanka (Ceylon) + -ESE]

**sinister** /ˈsɪnɪstə(r)/ *adj.* **1** suggestive of evil; looking malignant or villainous. **2** wicked or criminal (*a sinister motive*). **3** of evil omen. **4** *Heraldry* of or on the left-hand side of a shield etc. (i.e. to the observer's right). **5** *archaic* left-hand. □□ **sinisterly** *adv.* **sinisterness** *n.* [ME f. OF *sinistre* or L *sinister* left]

**sinistral** /ˈsɪnɪstr(ə)l/ *adj.* & *n.* —*adj.* **1** left-handed. **2** of or on the left. **3** (of a flat-fish) with the left side uppermost. **4** (of a spiral shell) with whorls rising to the left and not (as usually) to the right. □□ **sinistrality** /-ˈtrælɪtɪ/ *n.* **sinistrally** *adv.*

**sinistrorse** /ˈsɪnɪˌstrɔːs/ *adj.* rising towards the left, esp. of the spiral stem of a plant. [L *sinistrorsus* f. *sinister* left + *versus* past part. of *vertere* turn]

**sink** /sɪŋk/ *v.* & *n.* —*v.* (*past* **sank** /sæŋk/ or **sunk** /sʌŋk/; *past part.* **sunk** or **sunken**) **1** *intr.* fall or come slowly downwards. **2** *intr.* disappear below the horizon (*the sun is sinking*). **3** *intr.* **a** go or penetrate below the surface esp. of a liquid. **b** (of a ship) go to the bottom of the sea etc. **4** *intr.* settle down comfortably (*sank into a chair*). **5** *intr.* **a** gradually lose strength or value or quality etc.; decline (*my heart sank*). **b** (of the voice) descend in pitch or volume. **c** (of a sick person) approach death. **6** *tr.* send (a ship) to the bottom of the sea etc. **7** *tr.* cause or allow to sink or penetrate (*sank its teeth into my leg*). **8** *tr.* cause the failure of (a plan etc.) or the discomfiture of (a person). **9** *tr.* dig (a well) or bore (a shaft). **10** *tr.* engrave (a die) or inlay (a design). **11** *tr.* **a** invest (money) (*sunk a large sum into the business*). **b** lose (money) by investment. **12** *tr.* **a** cause (a ball) to enter a pocket in billiards, a hole at golf, etc. **b** achieve this by (a stroke). **13** *tr.* overlook or

# EXHIBIT 6

| *Notice of Allowability* | Application No. 10/218,240 | Applicant(s) LAU ET AL. |
|---|---|---|
| | Examiner A. J. HEINZ | Art Unit 2653 |

***-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address--***

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☐ This communication is responsive to _____.

2. ☒ The allowed claim(s) is/are 1-20.

3. ☒ The drawings filed on 13 August 2002 are accepted by the Examiner.

4. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All b) ☐ Some* c) ☐ None of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

5. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

6. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
   1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of Paper No./Mail Date _____.

   **Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).**

7. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**

1. ☒ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date 2
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.
7. ☒ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

A. J. HEINZ
Primary Examiner
Art Unit: 2653

EXAMINER'S STATEMENT OF REASONS FOR ALLOWANCE

And

EXAMINER'S AMENDMENT/COMMENT

1. The following is an examiner's statement of reasons for allowance: the prior art does not show or reasonably teach/suggest to one of ordinary skill in the art to which said subject matter pertains to, the combination of structure in an actuator assembly including a single [only one] arm which is either in a configuration of a) having a plane of the arm portion displaced from a plane defined by the coil support, or b)the plane of the arm portion is positioned a different distance from a base of the disc drive than that plane defined by the coil support.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

2. An examiner's amendment to the record appears below. Should the changes and/or additions be unacceptable to

applicant, an amendment may be filed as provided by 37 CFR 1.312. To ensure consideration of such an amendment, it MUST be submitted no later than the payment of the issue fee.

3. The Title of the Invention has been changed to --DUAL PLANE ACTUATOR WITH THE PLANE DEFINING THE ARM PORTION OF THE ACTUATOR BEING DISPLACED FROM A PLANE DEFINING THE COIL PORTION --.

4. Any inquiry concerning this communication or earlier communications from the examiner should be directed to A. J. HEINZ whose telephone number is (703) 308-1544. The examiner can normally be reached on M-F 9:30-6:00.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, WILLIAM KORZUCH can be reached on (703) 305-6137. The fax phone number for the organization where this application or proceeding is assigned is (703) 872-9306.

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703) 305-3900.

A. J. HEINZ
Primary Examiner
Art Unit 2653

A. J. Heinz

# EXHIBIT 7

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because they contain confidential information subject to the protective order*

*There is no public version of the document that is available.*

# EXHIBIT 8

# Deposition of
# DAVID BOGY, PhD

**Date:** April 11, 2005
**Volume:** 1

**Case:** RE MATTER OF CERTAIN DISC DRIVES

SHARI MOSS & ASSOCIATES
Certified Shorthand Reporters
110 Sutter Street, Suite 607
San Francisco, California 94104
(415) 402-0004
(650) 692-8900

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 9

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
27 March 2003 (27.03.2003)

PCT

(10) International Publication Number
WO 03/025932 A1

(51) International Patent Classification[7]: G11B 21/02, 19/02, 17/00, G06F 3/06, 13/12, 13/38, 13/16, 13/14

(21) International Application Number: PCT/US02/28987

(22) International Filing Date: 12 September 2002 (12.09.2002)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
09/952,998 14 September 2001 (14.09.2001) US

(71) Applicant: CONVERGENT SYSTEMS SOLUTIONS, LLC [US/US]; 1830 Boston Avenue, Unit D, Longmont, CO 80501 (US).

(72) Inventors: BRUNER, Curtis, H.; 8374 Greenwood Drive, Longmont, CO 80503 (US). FLETCHER, John, F.; 522 Abbey Drive, Longmont, CO 80501 (US). FLETCHER, Frida, E., R.; 522 Abbey Drive, Longmont, CO 80501 (US).

(74) Agents: GALLENSON, Mavis, S. et al.; Ladas & Parry, 5670 Wilshire Boulevard, Suite 2100, Los Angeles, CA 90036-5679 (US).

(81) Designated States (national): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NO, NZ, OM, PH, PL, PT, RO, RU, SD, SE, SG, SI, SK, SL, TJ, TM, TN, TR, TT, TZ, UA, UG, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (regional): ARIPO patent (GH, GM, KE, LS, MW, MZ, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian patent (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM),

[Continued on next page]

(54) Title: DIGITAL DEVICE CONFIGURATION AND METHOD




(57) Abstract: A digital storage element (320) is described. A device is configured to including a storage element (320) for access by a user responsive to a native control code (308). A processing arrangement (302) executes a control program for controlling the overall storage element device and executing at least a portion of the native control code (308) as part of the control program for interfacing (322) with the storage element (320). A programming arrangement is provided separately from the device for customizing a read channel within the storage element. Command, user interaction and data transfer execution are discussed for mitigation of potential mechanical shock effects. Status indications relating to the storage element are provided to including head position and mechanical shock. Calibration, test and operational monitoring procedures, for using head position status, are described. Failure configuration monitoring is provided in tracking overall performance and design considerations.

WO 03/025932 A1

DEPOSITION EXHIBIT
Fletcher 1
THE DEPO CENTER
DATE: 12-9-04

WO 03/025932 A1

European patent (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, IE, IT, LU, MC, NL, PT, SE, SK, TR), OAPI patent (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

*For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.*

**Published:**
— *with international search report*

DIGITAL DEVICE CONFIGURATION AND METHOD

BACKGROUND

¶1 The present disclosure is related generally to a digital device architecture and, more particularly, to a digital system configuration and associated method for devices including an electromechanical data Storage Element. The disclosed is particularly well-suited for use in a portable device.

¶2 One need only briefly survey virtually any public area in modern society in order to gain an appreciation for the popularity of electronic devices. Such devices include, but are not limited to cellular phones, music players, portable computers, personal digital assistants, pagers, digital cameras, digital camcorders, personal gaming devices and e-books. Continuous improvement has been seen in the capabilities present in these devices attributable, at least in part, to a movement into digital implementations.

¶3 Demands, with regard to future electronic devices, include further miniaturization coupled with still further improvements in performance. These demands are markedly intense with regard to portable devices. A particular area of concern resides in a desire to store ever-increasing amounts of digital information. At the same time, it should be appreciated that an electronic device, especially in a portable or miniaturized form, is likely to be subjected to a somewhat harsh environment, particularly with regard to mechanical shock. In an attempt to cope with the need for a significant amount of digital data storage while, at the same time, dealing with the problem of mechanical shock, designers resorted to the use of electronic memory, particularly in the form of flash memory. This solution is evident in the instance of state-of-the-art music players, including MP3 players. As of this writing, the popular configuration of these players is to use a removable flash memory card having a size of approximately 32 MB. Unfortunately, several problems are associated with this solution, as will be described.

¶4 One problem seen with regard to the flash memory solution resides in the fact that 32 MB is, in itself, a somewhat limited amount of storage. It is not unforeseeable that in the near future even amounts less than 512 MB will be considered as small. Considering present day devices, the owner of a portable device that relies on the use of flash memory cards typically must own a number of the cards in order to provide a sufficient overall amount of storage. Otherwise, the portable device owner may be forced to frequently reload the flash memory card via a personal computer or otherwise be subjected, for example, to listening to a quite limited music selection in the instance of an MP3 player. Moreover, the cost of flash memory cards is currently somewhat prohibitive. Many portable device owners simply choose not to incur the expense of buying numbers of additional flash memory cards.

¶5 In coping with the problems inherent in the use of flash memory cards, a recent alternative solution has been the provision of a larger, electromechanical digital storage arrangement that is nonetheless removable. This solution is exemplified by the IBM Microdrive™. The latter is a removable miniaturized computer hard disk drive provided with a connector that mates with a corresponding connector incorporated within the portable device to be served. It is noted that such miniature hard drives, including the Microdrive, have essentially the same configuration as prior art hard drives seen in personal computers. That is, the miniature hard drive is made up of two general assemblies including a head disk assembly (HDA) and a printed circuit board assembly (PCBA). The HDA itself includes a rotatable magnetic media, a

sensor assembly for reading from and writing to the rotatable media and motors for accomplishing rotation of the rotatable media and positioning of the sensor assembly. The PCBA includes essentially all of the electronics needed to operate the HDA with the common exception of a preamplifier. While the Microdrive brings improvement in data capacity, as of this writing, the cost of the Microdrive is quite high in terms of megabytes per dollar and absolute cost when compared to such costs in conventional drives. It is submitted that this absolute cost, in and by itself, will prove to be a significant barrier with regard to broad-based use of the product.

¶6 The Microdrive utilizes a CompactFlash interface. This interface raises concerns for a number of reasons, not the least of which is the requirement for a rather bulky interface connector having fifty pins, as described in the CF+ and CompactFlash Specification Revision 1.4. Further concerns with regard to CompactFlash will be addressed below.

¶7 With regard to the removable configuration of the Microdrive, it is noted that the perceived need for removable media has been greatly reduced in certain environments once viable, significant levels of "permanently" installed storage space has been provided. Available embedded storage has traditionally taken a precedent over removable storage, as evidenced in desktop computers. Still further concerns are associated with removable storage, as will be discussed below.

¶8 While the use of a miniaturized hard disk drive effectively resolves the problem of limited storage by providing many times the storage currently available in a typical flash memory card, the issue of the use of such a component in the potentially harsh environment of a portable device is once again brought to the forefront. It should be appreciated that, under certain circumstances, prior art hard disk drives tolerate relatively high levels of mechanical shock- even as high as 1500Gs. Under operational circumstances, unfortunately, hard disk drives are generally quite susceptible to mechanical shock events, for example, during the time that the head or sensing assembly is actually accessing the rotating media. Consequences of a mechanical shock event occurring at precisely the most inopportune time include potential drive failure. For instance, a drive may fail when subjected to a 175G event during an access. In this regard, Applicants are unaware of a miniaturized hard drive or overall device architecture incorporating effective features specifically intended to cope, for example, with the potentially harsh environment of a portable electronic device.

¶9 U.S. Patent number 6,061,751 (hereinafter the '751 patent), sharing the lead inventor of the present application, serves as one reference point with regard to several suggestions which may be utilized within a system incorporating a hard drive. The framework of the '751 patent, however, resides not in the area of drive miniaturization, ruggedization or portability, but primarily in reducing the cost of a hard disk drive as provided in an overall computer system. One approach taken by the patent encompasses moving all possible functionality out of the overall hard disk drive, including the controller, and onto the motherboard of the host device. For example, unused silicon "real estate" might be utilized for implementation of the controller. Moreover, such a controller may utilize memory that is already present on the host side. Thus, the drive cost is reduced to some extent. At the same time, it should be appreciated that the prior art functional control implemented as between the CPU and the controller is unchanged with respect to locating the controller on the motherboard. Specifically, the controller includes processing power which executes control code that is "native" to the peripheral device. As used herein, "native code" refers to the lowest level control code required to control a particular peripheral device. It is that code which is customarily executed by a device controller in a fashion that is



Cornice, Inc. Confidential Business Information, Subject to Protective Order 

isolated from the CPU resident within the host system.

¶10 Figure 1 is a representation of Figure 2 of the '751 patent, including alternative reference numbers assigned consistent with the present discussion. Accordingly, a prior art computer system 10 includes a host circuit board 12. A controller 14 is included as a single integrated circuit having further functions, as will be mentioned. A servo integrated circuit 16 is used to spin motors in any attached peripheral devices. Three peripheral devices are shown including a head disk assembly (HDA) 20, a CDROM/DVD 22 and a floppy drive 24. Alternatively, the latter may comprise a high capacity floppy drive, a miniature drive, or other suitable device.

¶11 One advantage, alluded to above, in the patent is the use of the HDA as an alternative to a complete hard disk drive (HDD) since costs are lessened by including components such as, for example, controller 14 within the host system. Components of the HDA (described above, but not illustrated) include a data media, a sensor/head mechanism to read and/or write data to and from the media, and motors to spin the media and position the sensor/head mechanism. A preamplifier is included to amplify the data read from or to be written to the media. The preamplifier may be installed on a flex circuit (see item 17 in Fig. 1A of the '751 patent) that electrically connects the HDA to the PCBA. It is appropriate to note, at this juncture, that the '751 patent also describes the location of a read/write channel, electrically in communication with the preamplifier, as potentially being arranged in the host system, distributed between the host system and the peripheral device or being within the peripheral device. The conventional location of the read/write channel in prior art HDD's is on the PCBA in close physical proximity to the electrical connection point of the HDA, for reasons described below.

¶12 Continuing with a description of Figure 1, each peripheral device may also have an associated personality ROM 26. The specific location of the personality ROM is shown for an individual component in Figure 3 (item 64) of the '751 patent. It is noted that the personality ROM is isolated from the rest of the individual component and is accessed via the PCI arrangement. Integrated circuit 14, in Figure 1, further includes peripheral component interconnect (PCI) bus functionality such that the integrated circuit is interfaced to a PCI bus 28. It is noted that PCI bus 28 comprises one example of a number of possible bus mastering buses. A CPU 30 and chipset 32 are provided with the chipset connected to PCI bus 28. CPU 30 is, in turn, interfaced with chipset 32. A RAM section 34 is also interfaced to chipset 32. It is important to note that CPU 30 is indirectly connected to the peripheral components. Specifically, PCI bus 28 is interposed between the peripheral components, including HDA 26, and the CPU. While this arrangement may be advantageous with regard to cost reduction, certain disadvantages that accompany this configuration will be considered at appropriate points below. For the moment, it is noted that system control is accomplished by the CPU issuing commands that are placed on PCI bus 28 in accordance with mandated PCI protocol. It is submitted that certain penalties are associated with this style of command configuration. For example, commands issued through levels or layers of protocol higher than the native code are particularly inflexible.

¶13 The present invention provides a highly advantageous digital device configuration and method that are submitted to resolve the foregoing problems and concerns while providing still further advantages, as described hereinafter.



Cornice, Inc. Confidential Business Information, Subject to Protective Order

SUMMARY

¶14 As will be described in more detail hereinafter, there is disclosed herein a Storage Element as well as associated devices and method. In one aspect of the invention, a device is configured for access by a user and includes an assembly having an electromechanical digital data storage arrangement configured for operation responsive to a native control code. The device further includes a processing arrangement which executes a control program for controlling the overall device and which executes at least a portion of the native control code, as part of the control program, for use in directly interfacing with the storage arrangement.

¶15 In another aspect of the present invention, an assembly includes a digital data storage arrangement made up of a rotatable read/write media, a head arrangement configured for reading and writing the rotatable media and a programmable channel at least for forming an interface between the rotatable media and the head arrangement. Additionally, a programming arrangement, produced separate from the digital storage arrangement, is electrically connectable with the digital storage arrangement at least sufficient to program the channel in a particular way that serves to customize the interface formed by the channel between the rotatable media and the head arrangement such that the digital storage arrangement is later to be used, without the programming arrangement, in an end installation including the customized channel.

¶16 In yet another aspect of the present invention, a system is described for providing a digital storage arrangement for end use in an end device. The system includes a rotatable read/write media forming a first part of the digital storage arrangement and a head arrangement forming a second part of the digital storage arrangement and configured for reading and writing the rotatable media. A programmable channel forms a third part of the digital storage arrangement and is configured at least for forming an interface between the rotatable media and the head arrangement. A programming arrangement, produced separate from the digital storage arrangement, is configured for electrical connection with the digital storage arrangement at least sufficient to program the channel in a particular way that serves to customize the interface formed by the channel between the rotatable media and the head arrangement such that the digital storage arrangement is later used in the end device including the customized channel.

¶17 In still another aspect of the present invention, in a device having a user access arrangement for receiving a user interaction and including a processing arrangement, the improvement includes a command execution arrangement for interpreting the user interaction in a way that defines a command to be executed by the processing arrangement and for initiating the execution of the command prior to termination of the user interaction. In one feature, a digital data storage arrangement is further included for storing digital information under control of the processing arrangement wherein the command defines a data access that uses the digital storage arrangement and the processing arrangement is programmed to initiate execution of the data access responsive to partial entry of the command during the user interaction. In another feature, the digital storage arrangement utilizes a rotatable media and an electronic memory arrangement is provided wherein the processing arrangement is programmed to execute the data access by reading certain information from the digital storage arrangement, after spinning up the rotatable media on which the certain information is stored, and for transferring that certain information to an electronic memory arrangement such that the certain information is available without the need to access the digital data storage arrangement.



Cornice, Inc. Confidential Business Information, Subject to Protective Order

¶18 In a further aspect of the present invention, within a device including an electromechanical digital storage arrangement and configured for receiving a plurality of external interactions, at least some of which require one or more data transfers using the storage arrangement, and at least some, but not all of which are user interactions, an assembly includes: a first arrangement for receiving a first one of the interactions requiring a first data transfer by the storage arrangement, a second arrangement for determining that the first interaction is a non-user interaction, and a third arrangement for delaying execution of the first data transfer, associated with the first non-user interaction, at least until a next user interaction.

¶19 In a continuing aspect of the present invention, within a device including an electronic memory arrangement having a capacity wherein the device is configured for responding to a plurality of external interactions including user interactions, at least a specific one of which interactions requires a specific data transfer to the electronic memory arrangement such that the specific data transfer is of a size that exceeds the capacity of the electronic memory arrangement, an assembly includes a first arrangement for loading the electronic memory arrangement with an initial portion of the specific data transfer to fill the electronic memory arrangement to its capacity such that the initial portion of data is available for use in a predetermined way. A second arrangement monitors the use, in the predetermined way, of any data stored in the electronic memory arrangement and a third arrangement is provided for loading an additional portion of the specific data transfer into the electronic memory arrangement to replace that part of the initial portion of the specific data transfer which has been used in the predetermined way such that an unused part of the initial portion of the specific data transfer and the additional portion of the specific data transfer are concurrently stored in the electronic memory arrangement. In one feature, the assembly includes an electromechanical digital storage arrangement such that the specific data transfer is stored by the electromechanical digital storage arrangement for transfer to the electronic storage arrangement in the first and additional portions.

¶20 In an ongoing aspect of the present invention, within a portable electronic device configured for receiving a user interaction and for operating in an overall environment which may subject the portable electronic device to mechanical shock, the device including an electromechanical Storage Element which is susceptible to such mechanical shock when reading and/or writing data and which is otherwise substantially less susceptible to mechanical shock, the electromechanical Storage Element is protected from shock at least to a limited extent by providing an electronic memory arrangement in the portable device. The user interaction is monitored to define a particular use of a selection of data stored on the electromechanical Storage Element. The selection of data is copied from the electromechanical Storage Element to the electronic memory arrangement. After using the electromechanical Storage Element in the copying step, availability of the selection of data for the particular use is indicated such that the user is able to initiate the particular use of the selection of data, through accessing the electronic memory arrangement, only after the electromechanical Storage Element is not in use and is substantially less susceptible to mechanical shock.

¶21 In another aspect of the present invention, in a device configured for access by a user and including a processing arrangement which executes a control program for controlling the overall device, an assembly includes an electromechanical digital data storage arrangement responsive to a native control code and a peripheral control arrangement configured such that the processing arrangement executes at least a portion of the native control code of the storage arrangement as part of the control program. The peripheral control arrangement includes an interface configured



Cornice, Inc. Confidential Business Information, Subject to Protective Order

for implementing the native code between the processing arrangement and the electromechanical digital storage arrangement.

¶22 In still another aspect of the present invention, a digital data storage arrangement includes a rotatable media as well as a head arrangement configured for accessing the rotatable media by first initiating a control sequence intended to move the head arrangement from an unparked position to a parked position. Thereafter, a predetermined status is detected, related to head arrangement position which confirms that the head arrangement is in the parked position. An indication is then produced based on the predetermined status. In one feature, the indication is stored at a predetermined register location. In another feature, the storage arrangement is configured with a ramp for receiving the head arrangement in its parked position such that, when so received, the ramp and the head arrangement cooperate in a way which produces the indication thereby confirming that the head is in the parked position.

¶23 In another aspect of the present invention, in a digital data storage arrangement including a rotatable media as well as a head arrangement configured for accessing the rotatable media and for moving to a parked position, an apparatus includes a first arrangement for initiating a control sequence intended to move the head arrangement to the parked position after having accessed the rotatable media, a second arrangement for thereafter detecting a predetermined status related to head arrangement position by testing the head arrangement for reading from the rotatable media such that an inability of the head arrangement to read indicates that the head arrangement is at least away from the rotatable media, and a third arrangement for producing an indication based on the predetermined status.

¶24 In yet another aspect of the present invention, in a device including a processing arrangement for controlling operation of the device and including an electromechanical digital storage arrangement is described. A status of a particular attribute is established related to operation of the electromechanical digital storage arrangement. Using the processing arrangement, the status of the particular attribute is monitored for use in a further control operation.

¶25 In a continuing aspect of the present invention, in an electromechanical storage device including a rotatable magnetic media and a head arrangement configured for movement to access the rotatable media and for moving to a parked position, an assembly includes a first arrangement for producing a position signal which confirms that the head arrangement is in the parked position and an electrical interconnection arrangement in electrical communication with the head arrangement for use in controlling the head arrangement and which electrical interconnection arrangement is configured for receiving the position signal from the first arrangement for a control use.

¶26 In a further aspect of the present invention, in an electromechanical storage device including a housing supporting a spin motor for rotating a magnetic media disk and supporting an actuator arrangement for accessing the magnetic media disk using at least one head positioned on a distal end of the actuator arrangement, an assembly includes an electrical interconnection arrangement in electrical communication with said actuator arrangement and configured for forming an external interface to the storage device. The assembly is further configured such that at least a portion of the electrical interconnection arrangement is supported by the housing and includes a parking arrangement supported by the housing supported portion of the electrical interconnection arrangement for receiving the distal end of the actuator arm in a parked position.



Cornice, Inc. Confidential Business Information, Subject to Protective Order

¶27 In another aspect of the present invention, as applied to an electromechanical storage device including a rotatable magnetic media and a head arrangement configured for movement to access the rotatable media and for moving to a parked position responsive to at least one parameter in a parking sequence, an arrangement is provided as part of the electromechanical storage device, for producing a position signal which confirms the parked position of the head arrangement when so positioned. A calibration procedure is performed using the position signal to establish an operational value of the parameter for later use in parking the head arrangement.

¶28 In still another aspect of the present invention, as applied to a plurality of electromechanical storage devices each of which includes a rotatable magnetic media and a head arrangement configured for movement to access the rotatable media and for moving to a parked position responsive to a parking sequence, an arrangement is provided, as part of each electromechanical storage device, for producing a position signal which confirms the parked position of the head arrangement when so positioned. A calibration procedure is performed on each electromechanical storage device, in which the parking sequence is applied to each electromechanical storage device with the head arrangement initially in a data access position intended to move the head arrangement to the parked position. The parking sequence being repeatedly performed in a way which establishes a failure configuration of the parking sequence for each electromechanical storage device in which failure configuration the head arrangement at least once fails to achieve the parked position. A set of failure configurations, including at least one failure configuration for each electromechanical storage device, is tracked across the plurality of electromechanical storage devices.

BRIEF DESCRIPTION OF THE DRAWINGS

¶29 The present invention may be understood by reference to the following detailed description taken in conjunction with the drawings briefly described below.

¶30 FIGURE 1 is a block diagram taken directly from U.S. Patent number 6,061,751 shown here to serve as one focal point for discussion relative to prior art design considerations regarding hard disk drives.

¶31 FIGURE 2 is a diagrammatic block diagram illustrating one embodiment of a device implemented including a Storage Element of the present invention.

¶32 FIGURE 3 is a diagrammatic plan view illustrating one possible physical embodiment of the Storage Element of the present invention.

¶33 FIGURES 4a-4c are diagrammatic timelines illustrating various approaches for performing data transfers in accordance with the present invention.

¶34 FIGURE 4d is a diagram illustrating the status of data stored in an electronic memory arrangement of the device of the present invention at a particular point in time.

¶35 FIGURE 5a is an illustration of one possible appearance of the device of Figure 2 produced in accordance with the present invention including a display screen and connectable, for example, with a headset, as shown.



Cornice, Inc. Confidential Business Information, Subject to Protective Order

¶36 FIGURES 5b-5g are diagrammatic illustrations of the appearance of the display screen of the device of Figure 5a, shown here to illustrate potential operational sequences occurring during interactions with a user of the device performed in accordance with the teachings of the present invention.

¶37 FIGURE 6 is a diagrammatic illustration, in perspective, of a portion of the Storage Element of the present invention, shown here for the purpose of describing several embodiments of a highly advantageous head arrangement position sensor.

¶38 FIGURE 7 is a schematic block diagram illustrating a position sensing circuit interfaced with the head arrangement position sensor of Figure 6.

¶39 FIGURE 8 is a partial cut-away diagrammatic view of the voice coil motor arm end of the Storage Element of the present invention, shown here to facilitate discussion of a highly advantageous mechanical shock sensing arrangement implemented in accordance with the present invention.

¶40 FIGURE 9 is a schematic block diagram illustrating a mechanical shock sensing circuit interfaced with the mechanical shock sensing arrangement of Figure 8.

¶41 FIGURE 10 is a flow diagram illustrating one possible implementation of a parking calibration method performed in accordance with the present invention and utilizing the highly advantageous head position sensing arrangement of the present invention.

¶42 FIGURE 11 is a flow diagram illustrating one possible implementation of a parameter tracking method performing in accordance with the present invention and utilizing the head position sensing arrangement of the present invention.

¶43 FIGURE 12 is a flow diagram illustrating one possible implementation of an advanced parking control and monitoring sequence performed in accordance with the present invention and utilizing the head position sensing arrangement of the present invention.

¶44 FIGURE 13 is a block diagram of a test/programming board produced in accordance with the present invention and interfaced with the Storage Element (partially shown) of the present invention during manufacturing procedures.

DETAILED DESCRIPTION OF THE INVENTION

¶45 Returning now to the drawings, wherein like components are indicated by like reference numbers throughout the various figures, attention is immediately directed to Figure 2, which illustrates an electronic device, generally indicated by the reference number 300, manufactured in accordance with the present invention. It is to be understood that device 300 is intended to be representative of any number of digitally implemented device types including, but not limited to wireless telephones, Internet appliances, personal digital assistants, music players, multi-function pagers, multimedia devices or any other device adaptable to use permanently installed digital storage of a size that is typically provided using electromechanical, rather than electronic storage. Moreover, the present invention facilitates the inclusion



Cornice, Inc. Confidential Business Information, Subject to Protective Order 

of additional functionality in devices traditionally having more limited, dedicated functionality. For example, a wireless phone may be provided including such features as a digital camera and/or a digital music player. Specific teachings with regard to integration of such functionality in particular device types will be provided at appropriate points below. The present invention is particularly suited for use in devices which may, at times, be subjected to use in a "hostile" environment in which the device experiences large mechanical shock forces. Portable devices are commonly exposed to such an environment. The present invention, however, is in no way limited to use in portable devices, but finds application in essentially any form of device that is likely to be subjected, at least briefly, to mechanical shock.

¶46 Continuing with a description of Figure 2, device 300 includes a processing arrangement 302 configured for operating the overall device. Processing arrangement 302 includes at least one processor or central processing unit (CPU, not shown). Such a CPU may be designed to cooperate with a chipset (not shown) forming part of the processing arrangement. At the same time, additional, slave CPU's or chips (not shown) may operate at the behest of a master CPU, all of which are considered to form the processing arrangement. It should be appreciated that all of these configurations are considered as being within the scope of the present invention so long as certain teachings are practiced, as will be described.

¶47 A memory section 304 is associated with processing section 302 which may be, for example, a suitable form of ROM. Alternatively, the memory section can be made up of a suitable combination of ROM and RAM wherein a volatile RAM portion of the memory section is loaded for device operation during an initial boot-up. Memory section 304 itself includes device code 306 and native code 308. The latter will be described in detail below. Device code 306 enables functionality dedicated to operational and housekeeping tasks common to any particular type of device that is implemented. Moreover, it should be appreciated that the minimum amount of computational power that is commonly needed to operate a device, having somewhat limited dedicated functionality, is correspondingly quite limited with respect to the capabilities of the processors that are commonly employed in such state-of-the-art devices. As one example, processors in wireless telephones may typically be idle for a majority of the time. The present invention may rely on under-utilized capabilities of the processing arrangement in a highly advantageous way, as will be described hereinafter.

¶48 With continuing reference to Figure 2, device 300 further comprises a user interface arrangement 310, for example, in the form of a keypad (only partially illustrated). Other items include an electronic memory arrangement 312 and a Storage Element 320, all of which are connected to processing arrangement 302. Buses/interfaces 322 and 324 connect the processing arrangement to the Storage Element and electronic memory arrangement, respectively. Electronic memory arrangement 312 may comprise volatile memory such as RAM having a predetermined size for use in performing particular operations under control of processing arrangement 302. As one example, the electronic memory arrangement may be loaded, in a manner yet to be described, with digital music that is later read by the processing arrangement, processed and, thereafter, provided to an audio output jack 325 via a suitable audio section 326. It is noted that, while certain features are described herein with regard to processing and handling digital audio, these descriptions are intended for illustrative purposes only and that the underlying concepts of the present invention enjoy a broad range of applicability. A digital interface 328 is provided having an external connection such that device 300 may be connected to an external computer. Suitable interface configurations include, for example, a Universal Serial Bus (USB) interface



Cornice, Inc. Confidential Business Information, Subject to Protective Order 

and IEEE 1394. With appropriate software installed on the external computer, a user may perform maintenance operations with regard to the content available on Storage Element 320. For example, a user may create playlists which are loaded onto the Storage Element. It should be appreciated that any form of digital information may be transferred to or from the Storage Element in this manner.

¶49 Storage Element 320 comprises electromechanical storage interfaced to device 300 by a flexible circuit 330 to be described in further detail along with descriptions of other components which make up the Storage Element. For the moment, it is sufficient to note that a connector 332 is provided which accepts a free end of flexible circuit 330 for purposes of interfacing Storage Element 320 to processing arrangement 302 within device 300 via bus 322.

¶50 Native code 308, used by processing arrangement 302, is directed to the sole purpose of operating Storage Element 320. The term native code, as mentioned above, encompasses code that is used in the direct control of a device that is peripheral to the processing arrangement. Native code is typically executed by a prior art controller chip and represents the lowest and most direct level of control of the peripheral device. In accordance with the present invention, processing arrangement 302 controls Storage Element 320 using its native code with no intervening protocol layers; comprising instructions that are directly received and acted on by components (to be described) in the Storage Element. No translation of these native code instructions is performed. In essence, native code is the inherent, executable language of the Storage Element. Prior art controllers serve to receive higher level protocol commands and interpret these into native code. In view of the foregoing discussions, direct control of the Storage Element exemplifies an advantageous application of potentially unused, but available processing power of processing arrangement 302. In the event that otherwise unused capability is used, device 300 generally exhibits no user-perceptible performance degradation, as compared to the same device operating conventionally; that is, compared to a device in which a dedicated controller executes native code. Moreover, processing power dedicated to the operation of the Storage Element may deliberately be limited to unused capabilities of a host processor (CPU) already present in the architecture of a particular device. Further, a "transitional" configuration may be provided as an interim solution which includes a transitional IC assisting the host processor in the execution of the native code of the Storage Element. The transitional implementation is advantageous in requiring minimal hardware changes in a preexisting host processor. Cost associated with the modification in the host processor may be limited so as to be essentially insignificant. That is, the modified processor may be provided for any application previously employing the unmodified processor as well as for new applications including Storage Element control functionality.

¶51 The transitional IC may be integrated in the chipset of the host IC using, for example, an interface made up of a clock line, one or more control lines and one or more data lines such as NRZ lines. The width of this interface may be limited to further reduce impact on the host processor in terms of pin count. The control line or lines, separate from the data line or lines, is considered to be advantageous in providing direct and immediate control over the Storage Element. In the instance of an interface requiring sharing of control, data and disk-related data (i.e., servo or "user" data stored by the Storage Element), control delays may be encountered as a result of waiting while disk-related data is being transferred. The present invention contemplates a need for immediate control, for example, when a sufficiently high probability of mechanical shock is predicted. Over time, functionality present in a transitional IC may migrate into the host processor. It should be appreciated that the host IC and the transitional IC may utilize vendor unique commands



Cornice, Inc. Confidential Business Information, Subject to Protective Order 

with regard to implementation of specialized features of the present invention within a prior art interface arrangement so long as such commands are compatible with the overall interface protocol that is used. Where the transitional IC is configured to respond to one or more vendor unique commands, the host side requires knowledge of the commands and appropriate programming on the host side to implement the vendor unique commands. For example, a Compact Flash Interface may be implemented between the transitional IC and the host IC utilizing one or more vendor unique commands. The foregoing feature will be discussed further at an appropriate point below.

¶52 Referring to Figure 3 in conjunction with Figure 2, a further advantage of the present invention resides in the "visibility" of the Storage Element to the processing arrangement. Since virtually every aspect of the operation of the Storage Element is controlled by processing arrangement 302 via native code 308, certainty as to the exact operational status of the Storage Element is achieved. In this regard, Storage Element 320 includes a housing 338. A rotatable magnetic media 340 is rotated by a spin motor 342 which is, in turn, supported by housing 338. A sensor arrangement 344 is positioned by a voice coil motor (VCM) 346 (only a portion of which is shown). The term sensor arrangement is interchangeable with the terms head arrangement and actuator arm. As is best seen in Figure 3, illustrated portions of the VCM include a lower magnet assembly 348 and a voice coil 350 which is supported on the VCM end of actuator arm 346. The upper magnet assembly is not illustrated for purposes of clarity. The actuator arm is supported by an actuator pivot 351 which is, in turn, supported by housing 338 such that the distal end of the actuator arm opposing the VCM may engage magnetic media 340. The Storage Element of the present invention is not limited to the use of magnetic media. Any suitable media may be used such as, for example, optical media so long as the teachings herein are practiced. It should be appreciated that awareness of the status of the components of the Storage Element is important with regard to exposure to external mechanical shock and further in consideration of other attributes of the operation of the Storage Element such as, for example, power consumption wherein the status of spin motor 342 is crucial.

¶53 Still referring to Figure 3, the distal end of the actuator arm opposing the VCM includes a transducer arrangement 352 and a lift tab 354. It should be appreciated that flexible circuit 330 includes various portions serving different components within the Storage Element. A free end 330a of the flexible circuit is configured for engaging connector 332 (see Figure 2). A flex carrier platform 356 supports a main portion 330b of the flexible circuit. Flex carrier platform 356 is mounted (not shown) in a suitable way such as, for example, using stand-offs which engage housing 338. In one highly advantageous feature, a ramp 360 is supported by flex circuit main portion 330b. Ramp 360 is engaged by tab 354 on the outermost end of the actuator arm when the actuator arm is moved into its illustrated parked configuration. Supporting the ramp in this manner, having the parked actuator arm proximate to the flexible circuit, facilitates application of the flexible circuit in confirming the parked position of the actuator arm, as will be further described. Other parts of the flexible circuit include an actuator arm connection 330c (also referred to as a dynamic loop of the flexible circuit), which is connected to main portion 330b, and a flex loop portion 330d which is connected between spindle motor 342 and main portion 330b.

¶54 Attention is now directed to Figure 1 for the purpose of continuing the discussion of the visibility aspect of the present invention relative to the '751 patent. It is important to understand, with regard to prior art Figure 1, that visibility of peripheral components to the processing arrangement, consisting of CPU 30 and chipset 32, is limited based on constraints imposed by PCI bus 28. An associated penalty, alluded to above, resides in a degree of uncertainty



Cornice, Inc. Confidential Business Information, Subject to Protective Order

accompanying issuance of commands through the PCI bus to a controller which interprets the commands and, in turn, issues native code directly to the peripheral. Applicants are aware that, in some instances, discretion is present in the way that commands are implemented within the controller. As an example, in the context of the '751 patent, it is assumed that a read command is issued by CPU 30 for the purpose of transferring certain data from HDA 28 to RAM 34. Accordingly, the disk (not shown) of the HDA will spin-up prior to reading the data and a sensor (not shown) will then be used to read from the disk. As is well known to one having ordinary skill in the art, the HDA is especially susceptible to external mechanical shock during sensor access to the disk. At some point thereafter, the requested data will return via the PCI bus. From the perspective of the present invention, it is of interest that the status of the HDA disk motor and the sensor may be unknown. Specifically, the time at which the spin motor spins down and the sensor is parked are under control of the metrics of PCI mass storage IC 14, serving here as a controller. For example, the HDA spin motor may spin down if an additional command is not received within a predetermined period of time. Thus, spin down may occur long after completion of the requested data transfer. CPU 30 has no way of establishing the status of the HDA disk motor beyond issuing a "spin down" command, which may or may not be available, depending upon the protocol in use. Essentially, this is an open loop arrangement which is considered by Applicants as being unacceptable.

¶55 Attention is now directed to another prior art interface, CF+ which is mentioned above with regard to its use in the IBM Microdrive, in further examining discretion in command implementation with its accompanying problems. CF+ is an expanded version of CompactFlash that is enhanced to encompass various I/O devices including magnetic disk data storage. CF+ implements a CF-ATA command set which is taken from the ATA interface of IDE (Integrated Drive Electronics). One aspect of drive operation that is of particular interest with regard to the present invention resides in an awareness of the status of the head arrangement. Generally, as described, the head arrangement may be parked so as to provide its highest resistance to mechanical shock. It should be appreciated, however, that even though a head arrangement is not reading or writing data, it may be left in a floating state. One IDE command encompassed by CF+ is "Idle Immediate" (see page 74 of the CF+ specification). Typically, an idle state means that the spin motor is spinning, but there is no required status as to the head arrangement. That is, the head arrangement could be parked or floating. The actual status is left to the discretion of the implementer. The CF+ specification and IDE/ATA itself are therefore ambiguous with regard to head arrangement status in Idle. Other CompactFlash commands which exhibit similar ambiguity include Idle, Standby, Standby Immediate and Set Sleep Mode. While the designers of the interface perhaps considered this ambiguity as advantageous in allowing design flexibility, the present invention considers this ambiguity as unacceptable in view of the contemplated operating environment.

¶56 Unfortunately, the commands described immediately above are implemented in an open loop manner whereby no confirmation of actually accomplishing a physical act thought to be associated with the command is provided. The commands merely require clear BSY and generate an interrupt without defining an associated hardware status. The response may be generated as a mere response to receipt of the command by the receiving electronics. Thus, the capability to be certain as to the operational state or condition of a peripheral is limited at best and may be essentially nonexistent.

¶57 The present invention, in contrast, resolves this ambiguity through operating using the processing arrangement of the overall device in direct native code communication with the Storage Element while, at the same time, serving the



Cornice, Inc. Confidential Business Information, Subject to Protective Order