72. A method for providing a digital storage arrangement for end use in an end device, said method comprising the steps of:

forming the digital storage arrangement including (i) a rotatable read/write media, (ii) a head arrangement configured for reading and writing the rotatable media, and (iii) a programmable channel for forming an interface between the rotatable media and the head arrangement;

configuring a programming arrangement, separate from the digital storage arrangement, for electrical connection with the digital storage arrangement at least sufficient to program the channel in a particular way that serves to customize the interface formed by the channel between the rotatable media and the head arrangement;

electrically connecting the programming arrangement with said digital storage arrangement; and

using the programming arrangement to program the channel such that the digital storage arrangement is later usable in said end device including the customized channel.

73. The method of Claim 72 wherein the channel is programmed using a minimum set of programming functions and said method further includes the steps of installing the digital storage arrangement, including the customized channel, in said end device and configuring the end device with a control arrangement not having said minimum set of programming functions for controlling said digital storage arrangement.

74. The method of Claim 72 wherein the step of forming the digital storage arrangement includes the steps of electrically interconnecting the digital storage arrangement to the programming arrangement using a flexible circuit and supporting the channel on the flexible circuit.

75. The method of Claim 74 wherein the step of electrical interconnection using the flexible circuit in the end installation serves, at least in part, includes the step of using the flexible circuit for the digital storage arrangement from mechanical shock events to which the end installation is subjected.

76. In a device having a user access arrangement for receiving a user interaction and including a processing arrangement, the improvement comprising:

a command execution arrangement for interpreting the user interaction in a way that defines a command to be executed by the processing arrangement and for initiating the execution of the command prior to termination of the user interaction.

77. The improvement of Claim 76 further comprising:

a digital data storage arrangement for storing digital information under control of said processing arrangement wherein said command defines a data access that uses the digital storage arrangement and said processing arrangement is programmed to initiate execution of the data access responsive to partial entry of said command during said user interaction.

78. The improvement of Claim 77 wherein the digital storage arrangement is installed in the device in a way that is not intended for physical access thereto by the user.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

79. The improvement of Claim 77 wherein said digital data storage arrangement is electromechanical including a rotatable media for storing said digital information and a motor arrangement for accomplishing rotation of the rotatable media responsive to the processing arrangement and the processing arrangement at least spins up the rotatable media in preparation for the data access using the motor arrangement responsive to partial entry of the command during the user interaction.

80. The improvement of Claim 76 wherein said command is configured such that the data access is completed at least upon conclusion of the user interaction.

81. The improvement of Claim 79 including an electronic memory arrangement wherein said processing arrangement is programmed to execute the data access by reading certain information from the digital storage arrangement after spinning up said rotatable media and for transferring that certain information to said electronic memory arrangement such that the certain information is available without the need to access the digital data storage arrangement.

82. The improvement of Claim 81 wherein said electronic memory arrangement includes a capacity which limits a potential size of the data access such that the data access is completed at least upon conclusion of the user interaction.

83. The improvement of Claim 76 wherein said user interaction between the user and the device requires a first time period and said command requires a second time period for execution by the processing arrangement and wherein said processing arrangement controls the digital storage arrangement by initiating the second time period when no more than a portion of the first time period has elapsed.

84. The improvement of Claim 76 wherein the processing arrangement is programmed, upon completion of a first one of the series of data interactions, to sequentially initiate additional ones of the series of data interactions during the user interaction such that a next one of the series of data interactions is initiated upon completion of a current one of the series of data interactions until the series of data interactions is complete and so that a maximum number of the additional data interactions is completed during the user interaction.

85. The improvement of Claim 76 wherein said command is entered by the user over a first time period and execution of the command requires a series of data interactions with the processing arrangement controlling the storage arrangement and said processing arrangement initiates at least a first data interaction of said series of data interactions during the first time period when the device and the user are engaged in said user interaction.

86. The improvement of Claim 85 wherein said digital data storage arrangement is electromechanical including a rotatable media for storing said digital information and a motor arrangement for accomplishing rotation of the rotatable media responsive to the processing arrangement and the processing arrangement is configured to at least spin up the rotatable media in preparation for data access using the motor arrangement responsive to initiation of the first one of the series of data interactions.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

87. The improvement of Claim 86 wherein said digital storage arrangement is installed in the device in a way that is not intended for physical access thereto by the user.

88. The improvement of Claim 86 wherein the command defines a read operation to read from the digital storage arrangement.

89. The improvement of Claim 86 wherein the command defines a write operation to write digital data to the digital storage arrangement.

90. The improvement of Claim 88 wherein the processing arrangement is configured to control the digital storage arrangement for an interval at least partially overlapping the user interaction.

91. The improvement of Claim 76 wherein said command is designed to invoke partial execution of the command prior to conclusion of the user interaction.

92. In a device having a user access arrangement for receiving a user interaction and including a processing arrangement, a method comprising the steps of:

interpreting the user interaction in a way that defines a command to be executed by the processing arrangement; and

initiating the execution of the command prior to termination of the user interaction.

93. The method of Claim 92 further comprising the steps of providing a digital data storage arrangement for storing digital information under control of said processing arrangement and wherein the step of interpreting the user interaction further defines the command as requiring a data access that uses the digital storage arrangement and said method further includes the step of initiating execution of the data access, using the processing arrangement, responsive to partial entry of said command during said user interaction.

94. The method of Claim 93 including the step of installing the digital storage arrangement in the device in a way that is not intended for physical access thereto by the user.

95. The method of Claim 93 wherein said digital data storage arrangement is electromechanical including a rotatable media for storing said digital information and a motor arrangement for accomplishing rotation of the rotatable media responsive to the processing arrangement and said method includes the step of at least spinning up the rotatable media in preparation for data access using the motor arrangement responsive to partial entry of the command during the user interaction.

96. The method of Claim 95 including the steps of (i) providing an electronic memory arrangement having a storage capacity, (ii) programming said processing arrangement to execute the data access by reading certain information from the digital storage arrangement after spinning up said rotatable media, and (iii) transferring that certain information to said electronic memory arrangement such that the certain information is available without the need to access the digital data storage arrangement.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024493

97. The method of Claim 96 including the step of limiting the storage capacity of the electronic memory arrangement so as to limit the size of the certain information such that the data access is completed at least upon conclusion of the user interaction.

98. The method of Claim 93 including the step of designing said command such that the data access is completed at least upon conclusion of the user interaction.

99. The method of Claim 92 wherein the user interaction requires a first time period and said command requires a second time period for execution by the processing arrangement, said method further comprising the step of providing a digital data storage arrangement for storing digital information under control of said processing arrangement and wherein the step of interpreting the user interaction further defines the command as requiring a data access that uses the digital storage arrangement and said initiating step includes the step of controlling the digital storage arrangement by initiating the second time period when no more than a portion of the first time period has elapsed.

100. The method of Claim 92 wherein said command is entered by the user over a first time period and said method includes the steps of providing a digital data storage arrangement for storing digital information under control of said processing arrangement, further interpreting the user interaction so as to further define the command as requiring a data access that uses the digital storage arrangement, and executing the command as a series of data interactions with the processing arrangement controlling the storage arrangement such that said processing arrangement initiates at least a first data interaction of said series of data interactions during the first time period when the device and the user are engaged in said user interaction.

101. The method of Claim 100 including the step of programming the processing arrangement to, upon completion of a first one of the series of data interactions, sequentially initiate additional ones of the series of data interactions during the user interaction and to initiate a next one of the series of data interactions upon completion of a current one of the series of data interactions until the series of data interactions is complete and so that a maximum number of the additional data interactions is completed during the user interaction.

102. The method of Claim 101 wherein said digital data storage arrangement is electromechanical including a rotatable media for storing said digital information and a motor arrangement for accomplishing rotation of the rotatable media responsive to the processing arrangement and said method includes the step of spinning up the rotatable under control of the processing arrangement in preparation for data access using the motor arrangement responsive to initiation of the first one of the series of data interactions.

103. The method of Claim 100 wherein the step of providing said digital storage arrangement includes the step of installing the digital storage arrangement in the device in a way that is not intended for physical access thereto by the user.

104. The method of Claim 100 wherein said interpreting step interprets the command to define a read operation to read digital data from the digital storage arrangement.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

105. The method of Claim 100 wherein said interpreting step interprets the command to define a write operation to write digital data to the digital storage arrangement.

106. In a device including an electromechanical digital storage arrangement and configured for receiving a plurality of external interactions, at least some of which require one or more data transfers using the storage arrangement, and at least some, but not all of which are user interactions, an assembly comprising:

a first arrangement for receiving a first one of said interactions requiring a first data transfer by the storage arrangement;

a second arrangement for determining that the first interaction is a non-user interaction; and

a third arrangement for delaying execution of the first data transfer, associated with the first non-user interaction at least until a next user interaction.

107. The assembly of Claim 106 wherein said first interaction defines a second, subsequent data transfer and said control arrangement is configured to execute the second data transfer in a subsequent user interaction after said next user interaction.

108. The assembly of Claim 107 wherein the subsequent user interaction requires a data access and the assembly performs the data access during the subsequent user interaction along with the second data transfer.

109. The assembly of Claim 106 wherein said device includes an electronic memory arrangement having a predetermined storage capacity and wherein said first arrangement loads the electronic storage arrangement to its predetermined storage capacity during the first data transfer such that data loaded in the electronic memory arrangement is usable as electronically stored data without the need to access the storage arrangement.

110. The assembly of Claim 109 wherein said device is configured for using the electronically stored data in a predetermined way and said assembly includes an arrangement for tracking use of the electronically stored data.

111. The assembly of Claim 110 wherein the device is configured for using the electronically stored data in producing an audio signal and wherein the assembly tracks the electronically stored data by identifying a portion of data that has been used to produce the audio signal at least once.

112. The assembly of Claim 110 wherein said first interaction defines a total data transfer, including the first data transfer as a portion thereof, that exceeds the predetermined storage capacity of the electronic memory arrangement and wherein the second data transfer, performed during the subsequent user interaction, replaces data in the electronic memory arrangement that has previously been used.

113. The assembly of Claim 106 wherein said device includes an external communication arrangement and wherein said first interaction originates from a communication received by the external communication arrangement.

114. In a device including an electromechanical digital storage arrangement and configured for receiving a plurality of external interactions, at least some of which require one or more data transfers using the storage arrangement, and at least some, but not all of which are user interactions, a method comprising the steps of:

Cornice, Inc. Confidential Business Information, Subject to Protective Order

receiving a first one of said interactions requiring a first data transfer using the electromechanical storage arrangement;

determining that the first interaction is a non-user interaction; and

executing the first data transfer during a next user interaction.

115. The method of Claim 114 wherein said first interaction defines a second, subsequent data transfer and the second data transfer is executed in a subsequent user interaction after said next user interaction.

116. The method of Claim 115 wherein the subsequent user interaction requires a data access and said method includes the step of performing the data access during the subsequent user interaction.

117. The method of Claim 114 wherein said device includes an electronic memory arrangement having a predetermined storage capacity and wherein the first data transfer transfers data from the electromechanical storage arrangement to the electronic memory arrangement to load the electronic memory arrangement to its predetermined storage capacity as electronically stored data such that the electronically stored data is usable without the need to access the electromechanical storage arrangement.

118. The method of Claim 117 including the steps of using the electronically stored data in a predetermined way and tracking use of the electronically stored data.

119. The method of Claim 118 wherein the electronically stored data is used in said predetermined way to generate an audio signal.

120. The method of Claim 118 wherein said first interaction defines a total data transfer, including the first data transfer as a portion thereof, that exceeds the predetermined storage capacity of the electronic memory arrangement and said method includes the step of performing a second data transfer, as an additional portion of the total data transfer during a subsequent user interaction following said next user interaction in said plurality of external interactions such that the second data transfer replaces a portion of the electronically stored data that has previously been used.

121. The method of Claim 114 wherein said device includes an external communication arrangement for receiving external telecommunications as part of said plurality of external interactions and said method includes the step of receiving a first external telecommunication requiring a specific data transfer using the electromechanical storage arrangement and executing the specific data transfer during a next user interaction.

122. In a device including an electronic memory arrangement having a capacity, said device configured for responding to a plurality of external interactions including user interactions, at least a specific one of which interactions requires a specific data transfer to the electronic memory arrangement such that the specific data transfer is of a size that exceeds said capacity of the electronic memory arrangement, an assembly comprising:

a first arrangement for loading the electronic memory arrangement with an initial portion of the specific data transfer to fill the electronic memory arrangement to said capacity such that the initial portion of data is available for use in a predetermined way;

a second arrangement for monitoring the use, in said predetermined way, of any data stored in the

Cornice, Inc. Confidential Business Information, Subject to Protective Order

electronic memory arrangement; and

a third arrangement for loading an additional portion of the specific data transfer into the electronic memory arrangement to replace that part of the initial portion of the specific data transfer which has been used in said predetermined way such that an unused part of the initial portion of the specific data transfer and the additional portion of the specific data transfer are concurrently stored in the electronic memory arrangement.

123. The assembly of Claim 122 including an electromechanical digital storage arrangement such that the specific data transfer is stored by the electromechanical digital storage arrangement for transfer to said electronic storage arrangement in said first and additional portions.

124. The peripheral control arrangement of Claim 123 wherein said first arrangement initiates loading the electronic memory arrangement with said initial portion during the specific interaction.

125. The peripheral control arrangement of Claim 124 wherein the specific interaction is a user interaction and wherein the third arrangement is configured for initiating loading of the additional portion of the data transfer during a subsequent user interaction in said plurality of external interactions such that all data transfers using the electromechanical digital storage arrangement are initiated during user interactions.

126. The peripheral control arrangement of Claim 125 wherein the subsequent user interaction requires a data access to the electromechanical data storage arrangement and said third arrangement is configured for performing the data access and loading the additional portion of the data transfer during the subsequent user interaction.

127. In a device including an electronic memory arrangement having a capacity, said device configured for responding to a plurality of external interactions including user interactions, at least a specific one of which interactions requires a specific data transfer to the electronic memory arrangement such that the specific data transfer is of a size that exceeds said capacity of the electronic memory arrangement, a method comprising the steps of:

loading the electronic memory arrangement with an initial portion of the specific data transfer to fill the electronic memory arrangement to said capacity such that the initial portion of data is available for use in a predetermined way;

monitoring the use of any data stored in the electronic memory arrangement; and

transferring an additional portion of the specific data transfer into the electronic memory arrangement to replace that part of the initial portion of the specific data transfer which has been used in said predetermined way such that an unused part of the initial portion of the specific data transfer and the additional portion of the specific data transfer are concurrently stored in the electronic memory arrangement.

128. The method of Claim 127 wherein said device includes an electromechanical digital storage arrangement such that the specific data transfer is stored by the electromechanical digital storage arrangement and said loading step and transferring step move the first and additional portions from the electromechanical storage arrangement to the electronic storage arrangement.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

129. The method of Claim 128 wherein said loading step initiates loading the electronic memory arrangement with said initial portion during the specific user interaction.

130. The method of Claim 129 wherein said specific interaction is a user interaction and said transferring step includes the step of initiating loading of the additional portion of the data transfer during a subsequent user interaction in said plurality of external interactions such that all data transfers using the electromechanical digital storage arrangement are initiated during user interactions.

131. The method of Claim 130 wherein the subsequent user interaction requires a data access to the electromechanical data storage arrangement and said method includes the step of performing the data access during the subsequent user interaction.

132. In a portable electronic device configured for receiving a user interaction and for operating in an overall environment which may subject the portable electronic device to mechanical shock, said device including an electromechanical Storage Element which is susceptible to said mechanical shock when reading and/or writing data and which is otherwise substantially less susceptible to mechanical shock, a method for protecting said electromechanical Storage Element from said mechanical shock at least to a limited extent, said method comprising the steps of:

a) providing an electronic memory arrangement in the portable device;

b) monitoring the user interaction to define a particular use of a selection of data stored on the electromechanical Storage Element;

c) copying said selection of data from the electromechanical Storage Element to the electronic memory arrangement; and

d) after using said electromechanical Storage Element in said copying step, indicating availability of the selection of data for said particular use such that the user is able to initiate the particular use of the selection of data, through accessing the electronic memory arrangement, only after the electromechanical Storage Element is not in use and is substantially less susceptible to mechanical shock.

133. The method of Claim 132 wherein said portable device includes a processing arrangement for executing a control program for controlling the overall portable device and said electromechanical Storage Element is responsive to a native code and wherein said copying step is controlled by the processing arrangement executing at least a portion of said native code to control said electromechanical Storage Element.

134. The method of Claim 132 wherein said electromechanical Storage Element includes a readable media and a sensing arrangement configured for movement to access the readable media during reading and/or writing and for otherwise moving to a parked position in which the sensing arrangement is less susceptible to said shock and wherein said indicating step is performed after said sensing arrangement is moved to the parked position.

135. In a portable electronic device configured for receiving a user interaction and for operating in an overall environment which may subject the portable electronic device to mechanical shock, said device including an electromechanical Storage Element which is susceptible to said mechanical shock when reading and/or writing data and which is otherwise substantially less susceptible to mechanical shock, an arrangement forming part of the portable device

Cornice, Inc. Confidential Business Information, Subject to Protective Order

for protecting said electromechanical Storage Element from said mechanical shock at least to a limited extent, said arrangement comprising:

a) an electronic memory arrangement interfaced with said electromechanical Storage Element for receiving data therefrom;

b) a first configuration for monitoring the user interaction to define a particular use of a selection of data stored on the electromechanical Storage Element;

c) a second configuration for copying said selection of data from the electromechanical Storage Element to the electronic memory arrangement; and

d) an indicating arrangement for indicating availability of the selection of data for said particular use after copying the selection such that the user is able to initiate the particular use of the selection of data, through accessing the electronic memory arrangement, only after the electromechanical Storage Element is not in use and is substantially less susceptible to mechanical shock.

136. The arrangement of Claim 135 wherein said portable device includes a processing arrangement for executing a control program for controlling the overall portable device and said electromechanical Storage Element is responsive to a native code and wherein said processing arrangement is configured to execute at least a portion of said native code to control said electromechanical Storage Element during copying of the selection of data.

137. The arrangement of Claim 135 wherein said electromechanical Storage Element includes a readable media and a sensing arrangement configured for movement to access the readable media during reading and/or writing and for otherwise moving to a parked position in which the sensing arrangement is less susceptible to said shock and wherein said indicating arrangement is configured to indicate the availability of said selection of data after said sensing arrangement is moved to the parked position.

138. In a device configured for access by a user and including a processing arrangement which executes a control program for controlling the overall device, an assembly comprising:

an electromechanical digital data storage arrangement responsive to a native control code; and

a peripheral control arrangement configured such that the processing arrangement executes at least a portion of the native control code of the storage arrangement as part of said control program, said peripheral control arrangement including an interface configured for implementing said native code between the processing arrangement and the electromechanical digital storage arrangement.

139. In a digital data storage arrangement including a rotatable media as well as a head arrangement configured for accessing the rotatable media, a method comprising the steps of:

a) initiating a control sequence intended to move the head arrangement from an unparked position to a parked position;

b) thereafter, detecting a predetermined status related to head arrangement position which confirms that the head arrangement is in the parked position; and

c) producing an indication based on said predetermined status.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

140. The method of Claim 139 wherein the step of producing said indication includes the step of storing the indication in a way which allows the indication to be selectively externally read one or more times.

141. The method of Claim 139 wherein the step of producing said indication includes the step of storing the indication at a predetermined register location.

142. The method of Claim 139 further comprising the steps of:

d) testing said indication to establish that the head arrangement is not in the parked position;

e) initiating an additional control sequence for moving the head arrangement to the parked position;

f) after initiating said additional control sequence, re-detecting said predetermined status related to head arrangement position; and

g) generating an additional indication based on said predetermined status which at least to said limited extent, establishes whether the head arrangement is in the parked position.

143. The method of Claim 142 wherein said control sequence uses a drive signal applied to the head arrangement having a first magnitude and intended to move the head arrangement to the parked position and the additional control sequence includes the step of using a different drive signal intended to move the head arrangement to the parked position and having a second magnitude which is different than said first magnitude.

144. The method of Claim 142 further comprising the step of:

h) repeating step d through step g until said indication is tested to establish that the head arrangement is in the parked position.

145. The method of Claim 142 further comprising the step of:

h) repeating step (d) through step (g) a limited number of times when each repetition of step (d) continues to establish that the head arrangement is not in the parked position.

146. The method of Claim 145 including the step of storing, after the control sequence and each additional control sequence, a total number of parking attempts such that the total number of parking attempts is incremented by one with each additional control sequence.

147. The method of Claim 144 further comprising the step of:

i) after having repeated step d through step g said limited number of times, initiating a different control sequence for moving the head arrangement to the parked position.

148. The method of Claim 147 wherein said additional control sequence uses a drive signal applied to the head arrangement having a first magnitude and intended to move the head arrangement to the parked position and said different control sequence includes the step of using a different drive signal intended to move the head arrangement to the parked position and having a second magnitude which is different than said first magnitude.

149. The method of Claim 139 wherein the step of producing said indication includes the step of generating an interrupt as the indication.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

150. The method of Claim 139 including the step of configuring the storage arrangement with a ramp for receiving said head arrangement in said parked position such that, when so received, the ramp and the head arrangement cooperate in a way which produces said indication thereby confirming that the head is in the parked position.

151. The method of Claim 150 including the step of configuring the ramp and head arrangement for completing an electrical path when the head arrangement is received by the ramp in the parked position.

152. In a digital data storage arrangement including a rotatable media as well as a head arrangement configured for accessing the rotatable media, a method comprising the steps of:

a) initiating a control sequence intended to move the head arrangement from an unparked position to a parked position;

b) thereafter, detecting a predetermined status related to head arrangement position including the step of testing the head arrangement for reading from the rotatable media such that an inability of the head arrangement to read indicates that the head arrangement is at least away from the rotatable media; and

c) producing an indication based on said predetermined status.

153. In a digital data storage arrangement including a rotatable media as well as a head arrangement configured for accessing the rotatable media and for moving to a parked position, an apparatus comprising:

a) a first arrangement for initiating a control sequence intended to move the head arrangement to the parked position after having accessed the rotatable media;

b) a second arrangement for thereafter detecting a predetermined status related to head arrangement position which confirms whether the head arrangement is in the parked position; and

c) a third arrangement for producing an indication based on said predetermined status.

154. The apparatus of Claim 153 wherein said third arrangement is configured for storing the indication in a way which allows the indication to be selectively externally read one or more times.

155. The apparatus of Claim 153 wherein said third arrangement includes a storage register for storing the indication.

156. The apparatus of Claim 153 further comprising a fourth arrangement for testing said indication to establish that the head arrangement is not in the parked position and wherein said first arrangement is further configured for initiating an additional control sequence which is intended to move the head arrangement to the parked position, said second arrangement further being configured for thereafter re-detecting said predetermined status related to head arrangement position, and said third arrangement is further configured for generating an additional indication based on said predetermined status when the head arrangement is in the parked position.

157. The apparatus of Claim 156 wherein said first arrangement, as part of said control sequence, uses a drive signal applied to the head arrangement having a first magnitude and intended to move the head arrangement to the parked position and the first arrangement, as part of the additional control sequence, uses a different drive signal

Comice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024501

intended to move the head arrangement to the parked position such that the different drive signal includes a second magnitude which is different than said first magnitude.

158. The apparatus of Claim 156 configured for repeating the additional control sequence until said additional indication confirms that the head arrangement is in the parked position.

159. The apparatus of Claim 156 including a counting arrangement for counting a total number of parking attempts including, as attempts, said control sequence and each additional control sequence in a way which provides for external access to the total number of parking attempts.

160. The apparatus of Claim 156 configured for repeating the additional control sequence a limited number of times in the absence of said additional indication.

161. The apparatus of Claim 160 further configured for initiating a different control sequence for moving the head arrangement to the parked position after having repeated the additional control sequence said limited number of times.

162. The apparatus of Claim 161 wherein said first arrangement uses a drive signal applied to the head arrangement having a first magnitude during said control sequence and intended to move the head arrangement to the parked position and uses a different drive signal intended to move the head arrangement to the parked position during the different control sequence such that the different drive signal includes a second magnitude which is greater than said first magnitude.

163. The apparatus of Claim 153 wherein the third arrangement generates an interrupt as the indication.

164. The apparatus of Claim 153 wherein said second arrangement includes a ramp in said storage arrangement for receiving said head arrangement in said parked position such that, when so received, the ramp and the head arrangement cooperate in a way which produces said indication to confirm that the head arrangement is in the parked position.

165. The apparatus of Claim 164 wherein the ramp arrangement and head arrangement cooperate to complete an electrical path when the head arrangement is received by the ramp in the parked position to produce said indication.

166. In a digital data storage arrangement including a rotatable media as well as a head arrangement configured for accessing the rotatable media and for moving to a parked position, an apparatus comprising:

a) a first arrangement for initiating a control sequence intended to move the head arrangement to the parked position after having accessed the rotatable media;

b) a second arrangement for thereafter detecting a predetermined status related to head arrangement position by testing the head arrangement for reading from the rotatable media such that an inability of the head arrangement to read indicates that the head arrangement is at least away from the rotatable media; and

c) a third arrangement for producing an indication based on said predetermined status.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

167. In a device including a processing arrangement for controlling operation of the device and including an electromechanical digital storage arrangement, a method comprising the steps of:

establishing a status of a particular attribute related to operation of the electromechanical digital storage arrangement; and

using the processing arrangement, monitoring the status of the particular attribute for use in a further control operation.

168. The method of Claim 167 wherein the step of establishing said status includes the step of storing the status in a way which allows the status to be selectively accessed one or more times by said processing arrangement.

169. The method of Claim 168 wherein the step of storing the status saves the status at a predetermined register location.

170. The method of Claim 167 wherein said storage arrangement includes a rotatable media as well as a head arrangement configured for movement to access the rotatable media and positionable in a parked position and wherein said particular attribute is head position and said status establishes that the head arrangement is in the parked position.

171. The method of Claim 170 wherein the step of establishing said status includes the step of confirming that the head arrangement is in said parked position.

172. The method of Claim 171 including the step of configuring the storage arrangement with a flexible circuit for use in controlling said head arrangement and for cooperating with the head arrangement to confirm that the head arrangement is in the parked position.

173. The method of Claim 172 including the step of forming the flexible circuit having a first, dynamic loop portion having a moving end positioned on and moving with the head arrangement during rotatable media access movement of the head arrangement and a second portion that is stationary relative to rotatable media access movement of the head arrangement and arranging the moving end and second portions to engage one another in a way which confirms that the head arrangement is in the parked position when the head arrangement is so positioned.

174. The method of Claim 173 wherein the step of forming the flexible circuit includes the steps of defining an electrical contact area as part of one of the first, dynamic loop portion and said second portion and forming a contact button as part of the other one of the first, dynamic loop portion and said section portion such that movement of the head arrangement into the parked position causes the contact button to engage the electrical contact area thereby confirming the parked position of the head arrangement.

175. The method of Claim 171 including the step of configuring the storage arrangement with a ramp for receiving said head arrangement in said parked position such that, when so received, the ramp and the head arrangement cooperate, as part of said confirming step, in a way which establishes said status thereby confirming that the head is in the parked position.

Cornice, Inc. Confidential Business Information, Subject to Protective Order

176. The method of Claim 175 including the step of configuring the ramp and head arrangement for completing an electrical path to confirm said parked position when the head arrangement is received by the ramp in the parked position.

177. The method of Claim 167 wherein said storage arrangement is sensinve to mechanical shock and is potentially exposed thereto within said device and the step of establishing said status includes the step of measuring mechanical shock within said storage arrangement to serve as said attribute.

178. The method of Claim 177 wherein said storage arrangement includes a head arrangement configured for movement including a voice coil motor having a voice coil supported by the head arrangement for movement with the voice coil positioned in a magnetic field and wherein said step of measuring mechanical shock monitors output voltage of the voice coil in the magnetic field responsive to said mechanical shock.

179. The method of Claim 178 wherein said head arrangement vibrates the voice coil responsive to a mechanical shock and wherein the step of measuring mechanical shock monitors vibration of the voice coil in the magnetic field.

180. The method of Claim 167 wherein said storage arrangement is sensitive to temperature and the step of establishing said status includes the step of measuring temperature within said Storage Element to serve as said attribute.

181. The method of Claim 167 wherein said storage arrangement includes a rotatable media rotated by a spin motor and a head arrangement configured for movement to access the rotatable media and wherein the step of confirming said status includes the step of measuring rotational velocity of said spin motor as said particular attribute.

182. The method of Claim 181 wherein said rotatable media must reach at least a minimum rotational velocity for access by the head arrangement and the step of establishing said status includes the step of changing said status when said rotatable media reaches the minimum rotational velocity.

183. The method of Claim 182 wherein the step of establishing said status includes the step of maintaining an established status while the rotational velocity remains within a certain range above said minimum rotational velocity.

184. In a device including a processing arrangement for controlling operation of the device and including an electromechanical digital storage arrangement having a rotatable media and a head arrangement configured for accessing the rotatable media and for movement away from the rotatable media to a parked position, a method comprising the steps of:

establishing a status of the head arrangement by testing the head arrangement for reading from the rotatable media such that an inability of the head arrangement to read indicates that the head arrangement is at least away from the rotatable media; and

using the processing arrangement, monitoring said status for use in a further control operation.

185. In a device configured for user access including an electromechanical digital storage arrangement, an assembly comprising:

Cornice, Inc. Confidential Business Information, Subject to Protective Order

194. The assembly of Claim 185 wherein said storage arrangement is sensitive to mechanical shock and is potentially exposed thereto within said device and said first arrangement is configured for measuring mechanical shock within said storage arrangement to serve as said particular attribute.

195. The assembly of Claim 194 wherein said storage arrangement includes a head arrangement configured for movement and further includes a voice coil motor having a voice coil positioned in a magnetic field, said voice coil supported by the head arrangement for movement therewith and wherein said first arrangement measures an output voltage of the voice coil in the magnetic field responsive to said mechanical shock to establish said status.

196. The assembly of Claim 195 wherein said head arrangement vibrates the voice coil responsive to a mechanical shock and wherein said first arrangement is configured to measure mechanical shock based on vibration of the voice coil in the magnetic field.

197. The assembly of Claim 185 wherein said storage arrangement is sensitive to temperature and said first arrangement is configured to measure temperature within said storage arrangement to serve as said particular attribute.

198. The assembly of Claim 185 wherein said storage arrangement includes a rotatable media rotated by a spin motor and a head arrangement configured for movement to access the rotatable media and wherein said first arrangement is configured for measuring rotational velocity of said spin motor as said particular attribute.

199. The assembly of Claim 198 wherein said rotatable media must reach at least a minimum rotational velocity for access by the head arrangement and the first arrangement is configured to change said status after said rotatable media reaches the minimum rotational velocity.

200. The assembly of Claim 199 wherein the first arrangement is configured to maintain an established status while the rotational velocity remains within a certain range above said minimum rotational velocity.

201. In a device configured for user access including an electromechanical digital storage arrangement, an assembly comprising:

a first arrangement for establishing a status of a particular attribute related to operation of the electromechanical digital storage arrangement by testing the head arrangement for reading from the rotatable media such that an inability of the head arrangement to read establishes, as said status, that the head arrangement is at least away from the rotatable media; and

a processing arrangement for controlling operation of the device and for monitoring the status of the particular attribute for use in a further control operation.

202. In an electromechanical storage device including a rotatable magnetic media and a head arrangement configured for movement to access the rotatable media and for moving to a parked position, an assembly comprising:

a first arrangement for producing a position signal which confirms that the head arrangement is in said parked position; and

an electrical interconnection arrangement in electrical communication with said head arrangement for use in

Cornice, Inc. Confidential Business Information, Subject to Protective Order

controlling the head arrangement and which electrical interconnection arrangement is configured for receiving said position signal from the first arrangement for a control use.

203. The assembly of Claim 202 wherein said first arrangement and said electrical interconnection arrangement form a first portion and a second portion, respectively, of a flexible circuit such that the first portion of the flexible circuit cooperates with the head arrangement in a way which produces said signal when the head arrangement is in the parked position and the second portion of the flexible circuit receives the signal for said control use.

204. The assembly of Claim 202 wherein said first arrangement includes a ramp which receives said head arrangement in the parked position and which cooperates with the head arrangement in a way which produces said position signal when the head arrangement is in the parked position and said electrical interconnection arrangement is configured to receive the position signal from the ramp.

205. The assembly of Claim 204 wherein said head arrangement includes an elongated actuator arm having a distal end supporting at least one head for accessing said media and wherein said elongated actuator arm is grounded and said ramp includes a sensing line extending from and in electrical communication with said flexible circuit such that the elongated actuator arm grounds said sensing line in the parked position.

206. In an electromechanical storage device including a housing supporting a spin motor for rotating a magnetic media disk and supporting an actuator arrangement for accessing the magnetic media disk using at least one head positioned on a distal end of the actuator arrangement, an assembly comprising:

an electrical interconnection arrangement in electrical communication with said actuator arrangement and configured for forming an external interface to the storage device and further configured such that at least a portion of said electrical interconnection arrangement is supported by said housing; and

a parking arrangement supported by said portion of the electrical interconnection arrangement for receiving the distal end of said actuator arm in a parked position.

207. The assembly of Claim 206 wherein said electrical interconnection arrangement includes a flexible circuit forming at least said portion of the electrical interconnection arrangement supported by the housing.

208. The assembly of Claim 207 wherein said flexible circuit cooperates with the actuator arm in a way which produces a position signal when the actuator arm is in the parked position and said flexible circuit is configured for transferring the position signal as at least said portion of the electrical interconnection arrangement.

209. The assembly of Claim 208 wherein the flexible circuit includes a first, dynamic loop portion having a moving end positioned on and moving with the head arrangement during magnetic media disk access by the head arrangement and a second portion that remains stationary relative to magnetic media disk access by the head arrangement arranged such that the first and second portions engage one another in a way which confirms that the head arrangement is in the parked position when the head arrangement is so positioned.

210. The assembly of Claim 209 wherein one of the first, dynamic loop portion and said second portion includes an electrical contact area and the other one of the first, dynamic loop portion and said section portion includes a

Cornice, Inc. Confidential Business Information, Subject to Protective Order

contact button such that movement of the head arrangement into the parked position causes the contact button to engage the electrical contact area thereby confirming the parked position of the head arrangement.

211. The assembly of Claim 206 wherein said parking arrangement includes a ramp which receives the actuator arm in said parked position.

212. The assembly of Claim 211 wherein said ramp cooperates with the actuator arm in a way which produces a position signal when the head arrangement is in the parked position and said electrical interconnection arrangement is configured to receive the position signal.

213. The assembly of Claim 212 wherein said elongated actuator arm is grounded and said ramp includes a sensing line extending from and in electrical communication with said electrical interconnection arrangement such that the elongated actuator arm grounds said sensing line in the parked position.

214. As applied to an electromechanical storage device including a rotatable magnetic media and a head arrangement configured for movement to access the rotatable media and for moving to a parked position responsive to at least one parameter in a parking sequence, a method comprising the steps of:

providing an arrangement, as part of the electromechanical storage device, for producing a position signal which confirms the parked position of the head arrangement when so positioned; and

performing a calibration procedure using said position signal to establish an operational value of said parameter for later use in parking said head arrangement.

215. The method of Claim 206 further comprising the step of

saving the operational value of said parameter on the rotatable media using said head arrangement for subsequent access thereto.

216. The method of Claim 215 further comprising the steps of

reading the operational value of said parameter, as saved on the rotatable media, using the head arrangement, and

thereafter, using the operational value of said parameter in said parking sequence.

217. The method of Claim 214 wherein the step of performing the calibration procedure includes the steps of

applying said parking sequence one or more times with said parameter having a first value and with the head arrangement initially away from the parked position for each sequence and, after each application of the parking sequence, testing said position signal so as to establish whether the head arrangement is in the parked position to establish a first probability of achieving the parked position using said first value,

re-applying said parking sequence one or more times having a second value, different from said first value, with the head arrangement initially away from the parked position for each sequence and, after each application of the parking sequence, testing said position signal so as to establish whether the head arrangement is in the parked position to establish a second probability of achieving the parked position using said second value, and

Cornice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024508

based at least on said first and second probabilities, selecting said operational value at which to apply said parameter during later operation of the electromechanical storage arrangement

218. The method of Claim 217 wherein the step of performing the calibration procedure further comprises the steps of

before the step of selecting said operational value, choosing an additional value for application of the parameter one or more times in said parking sequence;

applying the parameter at said additional magnitude with the head arrangement initially in the data access position to determine an additional probability of the head arrangement reaching the parked position;

using said additional probability in said selecting step along with the first and second probabilities to select the operational value.

219. The method of Claim 218 including the step of repeating the steps of choosing and applying further additional values of said parameter to establish further additional probabilities of the head arrangement reaching the parked position such that all of the probabilities define a probability set for use in selecting said operational value.

220. The method of Claim 214 wherein said calibration procedure includes the steps of changing the parameter in a way which identifies one or more failure threshold values of the parameter for the electromechanical storage device and, thereafter, adjusting the operational value to avoid the identified failure threshold values.

221. The method of Claim 220 wherein the parameter is characterized by an upper and a lower failure limit corresponding to an upper and a lower failure value, respectively, of the parameter and the parameter is changed in value during calibration to pass through a range defined between the upper and lower failure values.

222. The method of Claim 214 wherein said parameter is a magnitude of a drive signal which is applied to move the head arrangement to the parked position and said drive signal, applied at a selected magnitude, consumes a corresponding amount of power in attempting to park the head arrangement and wherein said calibration procedure includes the steps of (i) applying said drive signal having a series of different successively decreasing magnitudes with the head arrangement initially in a data access position, each of which successively decreasing magnitudes defines a correspondingly decreased power consumption, (ii) identifying a particular one of the series of successively decreasing magnitudes at which the head arrangement fails to reach the parked position on at least one attempt, and (iii) selecting the operational value of the drive signal based, at least in part, on the particular one of the decreasing power levels at which the head arrangement fails to reach the parked position.

223. As applied to a plurality of electromechanical storage devices each of which includes a rotatable magnetic media and a head arrangement configured for movement to access the rotatable media and for moving to a parked position responsive to a parking sequence, a method comprising the steps of:

providing, as part of each electromechanical storage device, an arrangement for producing a position signal which confirms the parked position of the head arrangement when so positioned; and

performing a calibration procedure on each electromechanical storage device in which said parking sequence is applied to each electromechanical storage device with the head arrangement initially in a data access position intended to

Cornice, Inc. Confidential Business Information, Subject to Protective Order

move the head arrangement to the parked position, said parking sequence being repeatedly performed in a way which establishes a failure configuration of said parking sequence for each electromechanical storage device in which failure configuration the head arrangement at least once fails to achieve the parked position; and

tracking a set of said failure configurations, including at least one failure configuration for each electromechanical storage device, across the plurality of electromechanical storage devices.

224. The method of Claim 223 wherein each failure configuration is made up of one or more parameters each of which influence the failure configuration and the step of performing the calibration procedure includes the step of changing at least one parameter to establish said failure configuration.

225. The method of Claim 224 wherein a drive signal is applied to said head arrangement in attempting to move the head arrangement to the parked position and wherein said drive signal includes a magnitude which serves as one of said parameters such that the magnitude of the drive signal is modified during a series of attempts to park the head arrangement for each of said electromechanical storage devices to establish said failure configuration for each electromechanical storage device.

Cornice, Inc. Confidential Business Information, Subject to Protective Order COR-ITC024510

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024511

WO 03/025932 PCT/US02/28987

1 / 15

RAM
34
CHIPSET
32
CPU
30
28
PCI BUS
14
16
PCI MASS STORAGE I/C
DSPS READ CHANNEL
BUFFER MGR.
SPEEDMATCH BUFFER
MASKED ROM
SERVO LOGIC FORMATTERS
EDAC'S
SERVO I/C
12
10
26
PR
HDA
20
26
PR
CD-ROM/DVD
22
26
PR
FLOPPY/ HIGH CAPACITY FLOPPY/ MINIATURE DRIVE
24

FIGURE 1
(Prior Art)

Cornice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024512

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024513

WO 03/025932 PCT/US02/28987

2 / 15

300
340
320
342
364
344
362
325
500
502
346
330
366
332
326
322
324
DEVICE CODE 306
PROCESSING ARRANGEMENT 302
304
ELECTRONIC MEMORY ARRANGEMENT 312
NATIVE CODE 308
OTHER DEVICE FUNCTIONS
328
310
PLAY
404

FIGURE 2

Cornice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024514

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024515

WO 03/025932 PCT/US02/28987

3 / 15

320
340
342
330d
338
344
354
360
350
351
502
346
330b
330
510
500
330c
356
348
352
330a

Figure 3

Cornice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024516

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024517

WO 03/025932 PCT/US02/28987

4 / 15

User Interaction
Play Button
402
Command Period
Play Button
Transfer Command Entry
406
408
S/U
T2
S/D
Data Transfer Execution
T1
T3
Time Line
400
0 2 4 6 8 10 12 14 16 18 20 22 24 26 28 30 32
$t_n$

FIGURE 4a

Play Button
Command Period
Play Button
User Interaction
Transfer Command Entry
410
S/U
T2
S/D
Data Transfer Execution
T1
T3
Memory Fill Time
412
Memory Fill
Time Line
400
0 2 4 6 8 10 12 14 16 18 20 22 24 26 28 30 32
$t_n$

FIGURE 4b

Cornice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024518

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024519

WO 03/025932 PCT/US02/28987

5/15

User Interaction
420
Transfer Command Entry
422
Data Transfer Execution
424
Time Line
400
User Access Event 1
P/B
PI
User Access Event 2
User Access Event 3
User Access Event 4
S/U
S/D
T1
T2
T3
T4
T5
T6
I1
I2
I3
ELECTRONICALLY STORED DATA STATUS AT TIME PERIOD I1
Used Data (T1)
Unused Data (T2, T3)

FIGURE 4c

FIGURE 4d

Cornice, Inc. Confidential Business Information, Subject to Protective Order COR-ITC024520

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024521

WO 03/025932 PCT/US02/28987

6 / 15

364
454
300
366
460
464
450
466
452

Figure 5a

Cornice, Inc. Confidential Business Information, Subject to Protective Order COR-ITC024522

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024523

460
Resume Play
Review Playlists
Create New Playlist
Previous Menu
Select
Figure 5c
460
Song 1
Song 2
Song 3
More Songs
Load Playlist
Edit Playlist
Previous Menu
Select
Figure 5e
460
Phone
Player
Select
Figure 5b
460
Playlist 1
Playlist 2
Playlist 3
More Playlists
Previous Menu
Select
Figure 5d

Cornice, Inc. Confidential Business Information, Subject to Protective Order

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024525

WO 03/025932 PCT/US02/28987

8 / 15

460
➤Play
➤Previous Menu
Select
460
Loading....

Figure 5g

Figure 5f

Cornice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024526

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024527

WO 03/025932 PCT/US02/28987

9 / 15

346
350
344
330a
518
514
516
510
512
330b
352
360
526
354
522
520
330c
524
356

FIGURE 6

Cornice, Inc. Confidential Business Information, Subject to Protective Order COR-ITC024528

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024529

WO 03/025932 PCT/US02/28987

10 / 15

Processing Arrangement
302
600
V+
R1
t
z
c
x
y
610
604
608
Q
D
CLR
enable
606
602

Figure 7

346
630
636
338
634
348
632
350
351

Figure 8

Cornice, Inc. Confidential Business Information, Subject to Protective Order COR-ITC024530

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024531

WO 03/025932 PCT/US02/28987

11 / 15

702
350
700
704
706
708
sens
710
Q
D
CLR
s
712
Processing
Arrangement
302

Figure 9

Cornice, Inc. Confidential Business
Information, Subject to Protective Order COR-ITC024532

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024533

WO 03/025932 PCT/US02/28987

12 / 15

800
802
ESTABLISH START PARAMETERS
804
EXECUTE PARKING SEQUENCE
806
READ HEAD POSITION
808
SAVE SEQUENCE RESULT
810
FAILED?
y
812
MODIFY PARAMETERS
n
814
N REPETITIONS ?
816
ANOTHER PARAMETER SET?
y
n
818
SELECT PARAMETER VALUES
820
SAVE SELECTED VALUES ON DISK

FIGURE 10

Cornice, Inc. Confidential Business Information, Subject to Protective Order COR-ITC024534

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024535

WO 03/025932 PCT/US02/28987

13 / 15

320
320
320
902
900
904
ESTABLISH START PARAMETERS
906
EXECUTE PARKING SEQUENCE
908
READ HEAD POSITION
910
RECORD RESULT
912
REPEAT N TIMES?
n
y
916
MODIFY PARAMETER OF INTEREST
914
FAILURE THRESHOLD FOUND?
n
y
918
APPLY TO ANOTHER PARAMETER?
y
n
920
RECORD RESULTS FOR THIS UNIT
922
TEST ANOTHER UNIT?
y
n
924
COMPARE FAILURE VALUES OF PLURALITY OF UNITS TESTED
926
MONITOR FAILURE VALUE TRENDS

FIGURE 11

Cornice, Inc. Confidential Business Information, Subject to Protective Order COR-ITC024536

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024537

WO 03/025932 PCT/US02/28987

14 / 15

INITIATE PARKING SEQUENCE
1002
1000
READ STATUS
1004
1006
HEAD PARKED PER INDICATION?
y
n
INITIATE/PERFORM ADDITIONAL PARKING SEQUENCE
1010
INCREMENT RECOVERY SEQUENCE COUNTER
1012
1014
SEQUENCE LIMIT?
n
y
TERMINATING PARKING SEQUENCE
1016
RE-DETECT STATUS
1018
1022
GENERATE NOTIFICATION
n
PARKED?
1020
y
1008
STOP

FIGURE 12

Cornice, Inc. Confidential Business Information, Subject to Protective Order

COR-ITC024538

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024539



WO 03/025932 PCT/US02/28987

15 / 15

1100
1110
PROGRAMMING BOARD
1112 1114
PROCESSOR
1102
CHANNEL
PROGRAMMING
ROUTINES
1106
330
CONTROLLER
1104
500
1108

FIGURE 13

Cornice, Inc. Confidential Business Information, Subject to Protective Order COR-ITC024540

Cornice, Inc. Confidential Business
Information, Subject to Protective Order

COR-ITC024541