# EXHIBIT 10

**5,379,171**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,497,003 | 1/1985 | Abe . | |
| 4,502,136 | 2/1985 | Rickert . | |
| 4,510,592 | 4/1985 | Kanamaru . | |
| 4,515,272 | 6/1985 | Newhouse . | |
| 4,518,904 | 5/1985 | MacLeod et al. | 360/78 |
| 4,530,019 | 7/1985 | Penniman . | |
| 4,535,374 | 8/1985 | Anderson | 360/103 |
| 4,539,614 | 9/1985 | Thompson . | |
| 4,568,988 | 2/1986 | McGinlay . | |
| 4,568,994 | 2/1986 | Lynch | 360/133 |
| 4,578,723 | 3/1986 | Betts . | |
| 4,594,622 | 6/1986 | Wallis . | |
| 4,627,288 | 12/1986 | Guzik . | |
| 4,628,379 | 12/1986 | Andrews . | |
| 4,631,606 | 12/1986 | Sugaya | 360/135 |
| 4,638,383 | 1/1987 | McGinlay . | |
| 4,647,997 | 3/1987 | Westwood | 360/105 |
| 4,649,531 | 3/1987 | Horowitz et al. . | |
| 4,655,348 | 4/1987 | Takagi | 360/133 |
| 4,658,308 | 4/1987 | Sander, Jr. | 360/75 |
| 4,663,682 | 5/1987 | McNeil | 360/105 |
| 4,669,004 | 5/1987 | Moon et al. . | |
| 4,679,102 | 7/1987 | Wevers et al. | 360/75 |
| 4,705,279 | 11/1987 | Mizukami . | |
| 4,716,480 | 12/1987 | Wiens | 360/105 |
| 4,724,501 | 2/1988 | Buchwald | 360/133 |
| 4,725,907 | 2/1988 | Jue | 360/105 |
| 4,734,813 | 3/1988 | Bessho | 360/133 |
| 4,736,358 | 4/1988 | Hoshi . | |
| 4,747,002 | 5/1988 | Takikawa . | |
| 4,752,848 | 6/1988 | Garcia | 360/105 |
| 4,755,981 | 7/1988 | Ekhoff . | |
| 4,760,477 | 7/1988 | Takikawa . | |
| 4,772,972 | 8/1988 | Maeda | 360/106 |
| 4,772,974 | 9/1988 | Moon . | |
| 4,783,705 | 11/1988 | Moon . | |
| 4,786,995 | 11/1988 | Stupeck et al. | 360/75 |
| 4,799,209 | 1/1989 | Grobben | 360/99.07 |
| 4,819,103 | 4/1989 | Okamura . | |
| 4,823,212 | 4/1989 | Knowles | 360/77.08 |
| 4,824,059 | 4/1989 | Butler . | |
| 4,825,321 | 4/1989 | Hassel . | |
| 4,827,364 | 5/1989 | Sheriff | 360/99.05 |
| 4,829,501 | 5/1989 | Seto . | |
| 4,839,756 | 6/1989 | Chew | 360/105 |
| 4,841,517 | 6/1989 | Kurihara | 360/99.12 |
| 4,864,443 | 9/1989 | Peterson | 360/99.12 |
| 4,870,703 | 9/1989 | Augeri et al. | 360/99.08 |
| 4,901,173 | 2/1990 | Jones | 360/99.04 |
| 4,907,214 | 3/1990 | Nagano | 360/77.04 |
| 4,920,437 | 4/1990 | Washo | 360/99.05 |
| 4,920,462 | 4/1990 | Couse | 360/78.04 |
| 4,933,785 | 6/1990 | Morehouse | 360/78.04 |
| 4,943,748 | 7/1990 | Shiozawa | 360/98.07 |
| 4,965,684 | 10/1990 | Stefansky | 360/97.01 |
| 4,969,059 | 11/1990 | Volz | 360/78.04 |
| 4,979,055 | 12/1990 | Squires et al. | 360/73.03 |
| 4,979,056 | 12/1990 | Squires et al. . | |
| 4,996,617 | 2/1991 | Yaeger | 360/105 |
| 5,001,700 | 3/1991 | Rowden | 360/99.05 |
| 5,014,142 | 5/1991 | Nakanishi | 360/98.01 |
| 5,023,736 | 6/1991 | Kelsic | 360/105 |
| 5,025,335 | 6/1991 | Stefansky | 360/97.01 |
| 5,025,336 | 6/1991 | Morehouse et al. | 360/97.02 |
| 5,027,241 | 6/1991 | Hatch | 360/105 |
| 5,034,837 | 7/1991 | Schmitz | 360/105 |
| 5,041,926 | 8/1991 | Ockerse | 360/77.05 |
| 5,050,016 | 9/1991 | Squires | 360/77.08 |
| 5,072,318 | 12/1991 | Yu | 360/77.02 |
| 5,189,576 | 2/1993 | Morehouse | 360/105 |
| 5,237,472 | 8/1993 | Morehouse et al. | 360/105 |



## FIG. 1

**U.S. Patent**    Jan. 3, 1995    Sheet 2 of 83    5,379,171



FIG. 2B

FIG. 2A

FIG. 2C



## Fig. 2D



## Fig. 2E



## Fig. 2F



FIG. 3A



FIG. 3B



## Fig. 3C



FIG. 4



## FIG. 5A



## FIG. 5C



Fig. 5B



FIG. 6A

FIG. 6B



FIG. 6F



FIG. 6E



FIG. 6C



FIG. 6C-1

FIG. 6C-2



Fig. 6D



FIG. 6G



Fig. 6H

Fig. 6I



FIG. 6J



FIG. 6K

FIG. 6L



FIG. 7A



FIG. 7B



FIG. 8



FIG. 9'



FIG. 9"

KEY TO
FIG. 9

| FIG. 9' | FIG. 9" |



FIG. 10'



FIG.10"



FIG. 11'



FIG. 11"



**FIG. 12A**

**FIG. 12B**

**FIG. 12C**



**FIG. 12D**





FIG. 13"

188

CLOCK LOGIC MEMORY MAPPED REGISTER

113

195

XTAL

TRANSITION PULSE & POLARITY (FROM R/W COMBO)

READ CODE DATA & CLOCK (FROM R/W COMBO)

NRZ WRITE DATA & CLOCK (FROM DISK CONTROLLER)

RD GATE WRGATE (FROM DISK CONTROLLER)

FIG. 13'''



FIG. 13""""



**FIG. 14**



FIG. 15



FIG. 16



FIG. 17



FIG. 18

FIG. 19



FIG. 20

FIG.21A

FIG.21B



FIG.21C

FIG.21D



FIG.21E

FIG.21F

FIG.21G

| 67 | 68 | 69 | 70 | 71 | 72 | 73 | 74 | 75 | 76 | 77 | 78 | 79 | 80 | 81 | 82 |

2151G
2152G

FIG.21H

| 80 | 81 | 82 | 83 | 84 | 85 | 86 | 87 | 88 | 89 | 90 | 91 | 92 |

2151H
2152H



FIG. 22A

FIG. 22B

FIG. 22C



FIG.23



FIG. 24A

FIG. 24B

FIG. 24C

PRIOR ART