IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>    Defendant. | C.A. No. 04-418 (SLR)<br><br>REDACTED |

### DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF SEAGATE'S PROPOSED CLAIM CONSTRUCTION REGARDING U.S. PATENT NO. 5,600,506

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed response.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 5,600,506. |
| 2. | Notice of Allowance and Issue Fee Due for U.S. Patent No. 5,600,506. |
| 3. | U.S. Patent No. 5,050,016. |
| 4. | U.S. Patent No. 5,381,281. |
| 5. | U.S. Patent No. 5,274,510. |
| 6. | U.S. Patent No. 4,590,526. |
| 7. | Excerpts of Deposition of Ronald W. Dennison taken on April 8, 2005. |
| 8. | Excerpts of Videotaped Deposition of Ronald W. Dennison taken on October |

      18, 2005.

9. Excerpts of Expert Report of Ronald Dennison Regarding Invalidity of U.S. Patent No. 5,600,506 dated August 22, 2005, page 41 and 43 thru 46.

10. Excerpts of Rebuttal Expert Report of Ronald W. Dennison regarding the Non-Infringement of U.S. Patent 5,600,506, dated September 19, 2005

11. Excerpts of Videotaped Deposition of William C. Messner, Ph.D., dated April 5, 2005.

12. Excerpts of Expert Report of William C. Messner, Ph.D., Pages 13 thru 16.

13. Excerpts of Rebuttal Expert Report of William C. Messner, Ph.D, Pages 16 and 17.

14. Product Specifications Servo Pattern Specification 1.5 G. Byte Storage Element, COR-ITC000001 thru COR-ITC000007.

15. Excerpts of Videotaped Deposition of Lance Carlson – Volume II, dated June 24, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 18th day of November, 2005.

                                                */s/ Timothy Devlin*
                                                Timothy Devlin

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed the redacted version of **DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF SEAGATE'S PROPOSED CLAIM CONSTRUCTION REGARDING U.S. PATENT NO. 5,600,506** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on November 28, 2005, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ Timothy Devlin
Timothy Devlin