# EXHIBIT 7

# In The Matter Of:

*CERTAIN DISC DRIVES, COMPONENTS THEREOF, AND PRODUCTS CONTAINING SAME v.*

---

## RONALD W. DENNISON
### April 8, 2005

---

# CONFIDENTIAL  UNDER THE PROTECTIVE ORDER
# LEGALINK MANHATTAN
### 420 Lexington Avenue - Suite 2108
### New York, NY 10170
PH: 212-557-7400 / FAX: 212-692-9171

**DENNISON, RONALD W.**



# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 8

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

Page 1

1
2           UNITED STATES DISTRICT COURT
3           FOR THE DISTRICT OF DELAWARE
4
5
   SEAGATE TECHNOLOGY, LLC,      )
6                                )
                     Plaintiff,  )
7                                )
                                 ) Civil Action No:
8   CORNICE, INC.,               )
                                 ) 04-418-SLR
9                    Defendant.  )
   _____)
10              CONFIDENTIAL
11
12            ***CONFIDENTIAL***
13      PURSUANT TO PROTECTIVE ORDER
14
15
16   VIDEOTAPED DEPOSITION OF RONALD DENNISON
17            New York, New York
18         Tuesday, October 18, 2005
19
20
21
22
23
     Reported by:
24   MERCEDES MARNEY, RPR               ORIGINAL
     JOB NO. 178381
25

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 9

Confidential Business Information
Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | Civil Action No. 04-418-SLR |
| Plaintiff, | |
| v. | |
| CORNICE, INC., | |
| Defendant. | |

**EXPERT REPORT OF RONALD W. DENNISON
REGARDING INVALIDITY OF U.S. PATENT 5,600,506**

August 22, 2005

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 10

CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CORNICE, INC.,<br><br>　　　　　Defendant. | Civil Action No. 04-418-SLR |

**REBUTTAL EXPERT REPORT OF RONALD W. DENNISON
REGARDING THE NON-INFRINGEMENT OF U.S. PATENT 5,600,506**

**September 19, 2005**

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 11

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

Plaintiff,

v.

CORNICE, INC.

Defendant.

C.A. No. 04-418 (SLR)

## EXPERT REPORT OF WILLIAM C. MESSNER, PH.D.

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER**

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because they contain confidential information subject to the protective order*

*There is no public version of the document that is available.*

# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

        Plaintiff,

  v.

CORNICE, INC.

        Defendant.

C.A. No. 04-418 (SLR)

## REBUTTAL EXPERT REPORT OF WILLIAM C. MESSNER, PH.D.

**CONTAINS CONFIDENTIAL BUSINESS INFORMATION SUBJECT TO
PROTECTIVE**

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# EXHIBIT 14

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because they contain confidential information subject to the protective order*

*There is no public version of the document that is available.*

# EXHIBIT 15

HIGHLY CONFIDENTIAL ATTORNEYS Multi-Page™    AND CONSULTANTS ONLY

282

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
C.A. No. 04-418 (SLR)

_____

VIDEOTAPED DEPOSITION OF:
LANCE CARLSON - VOLUME II
EXAMINATION DATE:   JUNE 24, 2005

_____

SEAGATE TECHNOLOGY LLC,

Plaintiff,

v.

CORNICE, INC.,

Defendant.

_____

          PURSUANT TO NOTICE, the videotaped
deposition of LANCE CARLSON - VOLUME II was taken
at 8:57 a.m. on June 24, 2005, at 1900 Ken Pratt
Boulevard, Longmont, Colorado, before Kathy L.
Davis, Certified Realtime Reporter and Notary
Public in and for the State of Colorado, said
deposition being taken pursuant to the Federal
Rules of Civil Procedure.

                    Kathy L. Davis
              Certified Realtime Reporter

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because they contain confidential information subject to the protective order*

*There is no public version of the document that is available.*