IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | **REDACTED VERSION** |
| | ) | |
| Defendant. | ) | |

## APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT CORNICE, INC.'S OPENING CLAIM CONSTRUCTION BRIEF FOR U.S. PATENT NO. 6,744,606

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant and Counterclaim
Plaintiff Cornice, Inc.*

OF COUNSEL:

Mathew D. Powers
Jason D. Kipnis
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

Original Filing Date:  November 18, 2005

Redacted Filing Date:  November 28, 2005

## TABLE OF EXHIBITS

Expert Report  of James H. Morehouse Ph.D. Regarding Invalidity of U.S. Patent 6,744,606……………………………………………………………………..A

Rebuttal Expert Report of James H. Morehouse, Ph.D., Regarding the  Non-Infringement of U.S. Patent No. 6,744,606………………………………………………B

Respondent Cornice, Inc.'s Motion for Summary Determination of the Invalidity of U.S. Patent No. 6,744,606 Pursuant to 35 U.S.C. § 102 (b) and (e)………..C

A

REDACTED

1

Resume of:      Dr. James H. Morehouse
P.O. Box 4790
Pagosa Springs, Colorado, 81147
(970)264-6779

**1962-1969**      University of California, at Berkeley
BS, MS, PhD in Mechanical Engineering
Emphasis on Design and Vibration

**1970-1972**      Memorex Corp., Santa Clara, Calif. Worked on 3330 type disk drives. Heads, disks, motors, vibration issues.

**1972-1974**      Disk Systems Corp., Santa Clara, Calif. Start-up disk drive company. Built high capacity Winchester technology fixed disk drive. Worked on all aspects of mechanical design.

**1974-1980**      Storage Tech Corp., Broomfield, Colo. Worked on Winchester and Whitney technology disk drives. Head/disk assembly area. Some work on tape drives.

**1980-1984**      Amcodyne, Inc., Longmont, Colo. Founder of company. Product was 8" fixed/removable cartridge drive based on dynamically loaded Whitney style head (my invention). Managed development engineering and intellectual property.

**1984-1989**      PrairieTek Corp., Longmont, Colo. Founder of company. Developed first 2.5" hard disk drive for portable computers. Employed dynamic head loading technology for high shock environment. Responsible for development engineering and intellectual- property.

**1989-1997**      Integral Peripherals, Inc., Boulder, Colo. Founder of company. Developed first 1.8" hard disk drive and PCMCIA drive. Also designed 2.5" and 3" portable disk drives. Again, used dynamic head loading. Managed all development activities and intellectual property. Significant licensing of patent portfolio.

Author of approximately 40 patents.

Litigation/ IP Experience                Dr. James H. Morehouse

1980            Expert witness.  Trade secrets litigation.  Two days testimony.  Tape drive
                capstan motors.  Re: Electrocraft vs ??

1995            Deposed in IBM-Connor lawsuit as patent author.  3 ½ days.  2.5" form
                factor, power savings modes.

1990            PrairieTek patent portfolio sold at bankruptcy auction for $18M (plus
                $14M consideration) to Connor Peripherals.

1995-1997       Integral Peripherals patent portfolio licensed (plus technology transfer) to
                several US and Japanese disk drive manufacturers for over $30M.

1994            Integral Peripherals sold 2.5" disk drive design to Samsung for $15M.
                12 month transfer.

1999            Consulted for Dorsey and Whitney (Control Data Corp)
                Re: CDC Patent

2

**United States Patents**

| | | |
|---|---|---|
| 1. | 6,310,747 | Method for reducing external signal interference with signals in a computer disk storage system |
| 2. | 6,057,987 | Rigid disk drive with dynamic head loading apparatus and method of manufacturing a rigid disk drive with dynamic head loading apparatus |
| 3. | 6,032,352 | Method of manufacturing rigid disk drive with dynamic head loading apparatus |
| 4. | 5,995,330 | Rigid disk drive with dynamic head loading apparatus |
| 5. | 5,872,669 | Disk drive apparatus with power conservation capability |
| 6. | 5,867,340 | Microminiature hard disk drive with adaptive runout compensation |
| 7. | 5,835,303 | Microminiature hard disk drive |
| 8. | 5,768,049 | Disk drive apparatus |
| 9. | 5,760,986 | Microminiature hard disk drive |
| 10. | 5,694,267 | Removable disk drive and protective device |
| 11. | 5,689,386 | Miniature hard disk drive with EMI protection and single permanent magnet rotary actuator having an improved housing seal |
| 12. | 5,592,349 | Microminiature disk drive with clamp having fingers for radially positioning a pair of disks and a spindle motor providing a reduced disk drive height |
| 13. | 5,579,189 | Microminiature hard disk drive |
| 14. | 5,559,648 | Method for optimizing track location during servo writing |
| 15. | 5,537,270 | Disk drive apparatus |
| 16. | 5,486,964 | Miniature disk drive with dynamic head loading with skewed lifting tab |
| 17. | 5,469,314 | Miniature disk drive with dynamic head loading |
| 18. | 5,463,507 | Low profile disk drive apparatus incorporating a three-tiered housing |

| 19. | 5,448,433 | Disk drive information storage device with baseplate and cover having overlapping edge portions to provide protection from electromagnetic interference |
|---|---|---|
| 20. | 5,442,266 | Miniature disk drive with spin motor control system |
| 21. | 5,426,562 | Disk drive enclosed by shock absorbent jacket and mounted in electronic instrument |
| 22. | 5,408,374 | Miniature hard disk drive with spin motor for portable computer |
| 23. | 5,384,677 | Architecture for low-profile disk drive device |
| 24. | 5,379,171 | Microminiature hard disk drive |
| 25. | 5,377,065 | Miniature hard disk drive for portable computer having a rotary inertial latch for disk drive actuator |
| 26. | 5,296,986 | Rotary intertial latch for disk drive actuator to protect against rotational shock force |
| 27. | 5,289,325 | Rigid disk drive with dynamic head loading apparatus |
| 28. | 5,237,472 | Rigid disk drive with dynamic head loading apparatus |
| 29. | 5,231,549 | Disk drive apparatus with cam and follower for unloading heads |
| 30. | 5,218,253 | Spin motor for a hard disk assembly |
| 31. | 5,189,576 | Rotary inertial latch for disk drive actuator |
| 32. | 5,161,770 | Shock absorbent mounting arrangement for disk drive or other component |
| 33. | 5,149,048 | Shock absorbent mounting arrangement for disk drive or other component |
| 34. | 5,025,336 | Disk drive apparatus |
| 35. | 4,933,785 | Disk drive apparatus using dynamic loading/unloading |
| 36. | 4,535,374 | Whitney-type head loading/unloading apparatus |
| 37. | 4,402,025 | Servo Read/Write Arm Assembly for Magnetic Disk Drive |
| 38. | 4,396,964 | Recirculating air system for magnetic disk drive |
| 39. | 4,331,991 | Head actuator for magnetic disk drive |

40.    4,189,113    Isolation pocket for rack mounted tape drive

41.    3,824,572    Alignable Disk Pack


**Taiwanese Patents**

1.    NI-55355    Dynamic Head Loading Apparatus (ref. US Patent No. 5,289,325)

2.    NI-55070    Miniature Hard Disk Drive for Portable Computer (ref. US Patent No. 5,448,433)

3.    UM-76020    Shock Absorbent Mounting Arrangement for Disk Drive or Other Component (ref. US Patent No. 5,161,770)

4.    UM-75312    Rotary Inertial Latch for Disk Drive Actuator (ref. US Patent No. 5,189, 576)

5.    NI-47949    Spin Motor for a Hard Disk Assembly (ref. US Patent No. 5,218,253)


**Japanese Patent**

1.    2,731,033    Ridgid Disk Drive with Dynamic Head Loading Apparatus (ref US Patent No. 5,237,472)

7 US Patents abandoned during prosecution (company closed doors)

3

**Title: Dynamic head loading enables high performance magnetic disks**
 Author: Morehouse, James H.
 Corporate Source: Integral Peripherals, Boulder, CO, USA
 Source: Computer Technology Review Summer-Fall 1994. p 97-99
 Publication Year: 1994

**Title: Dynamic head loading. Technology's next step towards reliability.**
 Author: Morehouse, James H.
 Corporate Source: PrairieTek Corp
 Source: Computer Technology Review v 10 n 9 Summer 1990 p 53-54, 56-57
 Publication Year: 1990

**Title: FIXED/REMOVABLE 8-IN. DRIVE OFFERS VERSATILITY FOR USER**
   **APPLICATIONS.**
 Author: Morehouse, James H.
 Corporate Source: Amcodyne Inc
 Source: Computer Technology Review v 5 n 3 Summer 1985 p 55, 58, 62-65
 Publication Year: 1985

**Dynamic Head Loading, In-Hub Motor Shrink Hard Disk Drive**
 Morehouse, James H.
 Computer Technology Review v8n16 PP: 36-37 Winter 1988
 ISSN: 0278-9647
 JRNL CODE: CTN
 DOC TYPE: Journal article LANGUAGE: English LENGTH: 2 Pages

**LONGITUDINAL MODES IN A VIBRATING BAR**
 Author: MOREHOUSE, JAMES HOLLEY
 Degree: PH.D.
 Year: 1970
 Corporate Source/Institution: UNIVERSITY OF CALIFORNIA, BERKELEY
 (0028)
 Source: VOLUME 32/02-B OF DISSERTATION ABSTRACTS
 INTERNATIONAL.
 PAGE 969. 86 PAGES

3

**Exhibit 3**

**Materials Considered**

| | |
|---|---|
| Exh. 1: | Morehouse Curriculum Vitae |
| Exh. 2: | Patents and Publications |
| Exh. 3: | Materials Considered List |
| Exh. 4: | U.S. Patent No. 6,545,845 (COR-ITC 011185 – 011216) |
| Exh. 5: | Seagate's Preliminary List of Proposed Claim Construction Terms, 07/22/05 |
| Exh. 6: | U.S. Patent No. 4,391,035 (COR-ITC 015787 – 015793) |
| Exh. 7: | Prosecution history of U.S. Patent No. 6,545,845 (STX 000663 – 000828) |
| Exh. 8: | Expert Report of Norm Gitis "Initial Gitis ITC Report" |
| Exh. 9: | Seagate's Supplemental Response to Defendant Cornice's First Set of Interrogatories |
| Exh. 10: | U.S. Patent No. 4,805,055 (COR-ITC 056780 – 056788) |
| Exh. 11: | Excerpts from the Deposition Transcript of Fredrick Stefansky |
| Exh. 12: | Excerpts from the Deposition Transcript of Walter Dague |
| Exh. 13: | Excerpts from the Deposition Transcript of Andre Liem |
| Exh. 14: | STX 572594 (Stefansky Deposition Exhibit 11) |
| Exh. 15: | Random House Dictionary, 2d ed., Random House New York (1987) |
| Exh. 16: | Excerpt from Mechanical Design and Systems Handbook; Harold Rothbart, 1964 (COR-ITC 056777-056779) |
| Exh. 17: | McGraw-Hill Encyclopedia of Science and Technology, 6th ed., McGraw-Hill Book Co. (1987) |
| Exh. 18: | U.S. Patent 6,765,763 (COR-ITC 008807 – 008819) |
| Exh. 19: | Initial Expert Report of James H. Morehouse Regarding U.S. Patent No. 6,545,845 "Initial Morehouse ITC Report" |

Exh. 20:        Rebuttal Expert Report of Norman Gitis "Rebuttal Gitis ITC Report"

Exh. 21:        STX 103866 (Stefansky Deposition Exhibit 11)

Exh. 22:        Complainant Seagate Technology LLC's Second Supplemental Responses
                to Respondent Cornice Inc.'s Interrogatory Nos. 5 and 6

Exh. 23:        STX 098477-098480

Exh. 24:        U.S. Trademark Registration No 0,402,923 (COR-DEL 101756 – 101759)

Exh. 25:        U.S. Patent No. 4,150,407 (COR-ITC 056800 – 056806)

Exh. 26:        JP S59-165272 "Hitachi Patent" (COR-ITC 004073 – 004076)

Exh. 27:        U.S. Patent No. 4,713,703 (COR-ITC 056789 – 056799)

Exh. 28:        JP S58-101361 "Philips Patent" (COR ITC 004043 – 004072)

Exh. 29:        U.S. Patent No. 4,544,973 (COR-DEL 101746 – 101755)

-Seagate Technology LLC's ITC and Delaware Complaint and Claim charts
-Seagate Technology LLC's Third Supplemental Responses to Interrogatory Nos. 5 & 6
-Deposition Transcripts and Exhibits to
     Wallis A. Dague
     John Fletcher
     Andre Liem
     David Niss
     Fredrick M. Stefansky;
-The Cornice SE ("accused product")
-Prosecution file of U.S. Patent Application No. 07/147,804; issued as U.S. Patent No.
  4,965,684
-Prosecution file of U.S. Patent Application No. 08/622,925; issued as U.S. Patent No.
  5,956,213
-Prosecution file of U.S. Patent Application No. 09/285,936; issued as U.S. Patent No.
  6,429,999
-Gitis's ITC Expert Reports and all documents cited and referenced
- http://www.truarc.com/ourhistory.php
-All other materials mentioned or referenced in this report
-All materials considered in the context of any other report

4

US006744606B2

(12) **United States Patent**
Lau et al.

(10) Patent No.: **US 6,744,606 B2**
(45) **Date of Patent:** Jun. 1, 2004

(54) **DUAL PLANE ACTUATOR**

(75) Inventors: **Joseph HengTung Lau**, Singapore (SG); **Terang KongBeng Thia**, Singapore (SG); **PohLye Lim**, Singapore (SG); **ChorShan Cheng**, Singapore (SG); **Andre YewLoon Liem**, Singapore (SG); **SiewMing Ng**, Singapore (SG); **Niroot Jierapipatanakul**, Singapore (SG)

(73) Assignee: **Seagate Technology LLC**, Scotts Valley, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by days. days.

(21) Appl. No.: **10/218,240**

(22) Filed: **Aug. 13, 2002**

(65) **Prior Publication Data**

US 2003/0030941 A1 Feb. 13, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/312,023, filed on Aug. 13, 2001.

(51) Int. Cl.⁷ ................................................. G11B 5/55
(52) U.S. Cl. ................................................ 360/266
(58) Field of Search ........................... 360/265.8, 266, 360/265.7

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,343,347 A | * | 8/1994 | Gilovich | 360/246.7 |
| 5,452,151 A | * | 9/1995 | Money et al. | 360/75 |
| 5,959,952 A | | 9/1999 | Wakuda | |
| 5,978,178 A | | 11/1999 | Adley | |
| 6,661,615 B2 | * | 12/2003 | Tsuda | 360/265.7 |

* cited by examiner

*Primary Examiner*—A. J. Heinz
(74) *Attorney, Agent, or Firm*—Derek J. Berger

(57) **ABSTRACT**

A dual plane single-stage actuator is disclosed. The actuator includes a step portion between the coil and head support portions, which increases its stiffness while permitting the coil support portion and head support portion of the actuator to lie in different planes. This allows the actuator to be installed in low-profile drives.

**20 Claims, 3 Drawing Sheets**





Fig. 1

Case 1:04-cv-00418-SLR    Document 214    Filed 11/28/2005    Page 19 of 50



Fig. 2



Fig. 3



Fig. 4

US 6,744,606 B2

1

# DUAL PLANE ACTUATOR

## CROSS REFERENCE TO RELATED APPLICATION

This application claims the benefit of U.S. Provisional Application No. 60/312,023, filed Aug. 13, 2001.

## FIELD OF THE INVENTION

This invention relates generally to the field of hard disc drive data storage devices, and more particularly, but not by way of limitation, to disc drive actuators.

## BACKGROUND OF THE INVENTION

Disc drives of the type known as "Winchester" disc drives, or hard disc drives, are well known in the industry. Such disc drives magnetically record digital data on a plurality of circular, concentric data tracks on the surfaces of one or more rigid discs. The discs are typically mounted for rotation on the hub of a brushless DC spindle motor. In disc drives of the current generation, the spindle motor rotates the discs at speeds of up to 15,000 RPM.

Data are recorded to and retrieved from the discs by at least one read/write head assembly, also known as a head or slider, which are controllably moved from track to track by an actuator assembly. Where more than one head are used, an array of heads are typically vertically aligned. The read/write head assemblies typically comprise an electro-magnetic transducer carried on an air bearing slider. This slider acts in a cooperative pneumatic relationship with a thin layer of air dragged along by the spinning discs to fly the head assembly in a closely spaced relationship to the disc surface. In order to maintain the proper flying relationship between the head assemblies and the discs, the head assemblies are attached to and supported by flexures attached to the actuator.

The actuator assembly used to move the heads from track to track has assumed many forms historically, with most disc drives of the current generation incorporating an actuator of the type referred to as a rotary voice coil actuator. A typical rotary voice coil actuator consists of a pivot shaft fixedly attached to the disc drive housing base member closely adjacent the outer diameter of the discs. The pivot shaft is mounted such that its central axis is normal to the plane of rotation of the discs. The actuator is mounted to the pivot shaft by a pivot assembly, which may take the form of precision ball bearing assemblies within a bearing housing. The actuator supports a flat coil which is suspended in the magnetic field of an array of permanent magnets, which are fixedly mounted to the disc drive housing base member.

On the side of the actuator bearing housing opposite to the coil, the actuator assembly typically includes one or more vertically aligned, radially extending actuator head mounting arms, to which the head suspensions mentioned above are mounted. These actuator arms extend between the discs, where they support the head assemblies at their desired positions adjacent the disc surfaces. When controlled DC current is applied to the coil, a magnetic field is formed surrounding the coil which interacts with the magnetic field of the permanent magnets to rotate the actuator bearing housing, with the attached head suspensions and head assemblies, in accordance with the well-known Lorentz relationship. As the actuator rotates, the heads are moved generally radially across the data tracks of the discs along an arcuate path.

As explained above, the actuator assembly typically includes an actuator body that pivots about a pivot mecha-

2

nism disposed in a medial portion thereof. The function of the pivot mechanism is crucial in meeting performance requirements associated with the positioning of the actuator assembly. A typical pivot mechanism takes the form of a bearing cartridge having upper and lower bearings with a stationary shaft attached to an inner race and a sleeve attached to an outer race. The sleeve has typically been secured within a bore in the actuator body using a set screw, a C-clip, a tolerance ring or press-fitting, while the stationary shaft typically is attached to both the base deck and the top cover of the disc drive. It has also been contemplated that the bearing cartridge could itself be fixed to the base, while the actuator is attached to the pivot shaft which is free to rotate within the pivot cartridge housing, especially in the case of single stage actuators as will now be explained.

Recently, advances in storage technology have greatly increased the data storage capacity of magnetic storage discs. As a result, a single storage disc is now capable of storing large amounts of data which would have required a stack of several discs in the past. Some drive manufacturers have begun to produce disc drives having fewer discs, and even a single disc, as often a single disc may have storage capacity sufficient for a given application. In addition to the obvious cost advantages gained by using only one disc, one advantage to providing only one disc is that the actuator must carry only one or at most two heads. Such an actuator may have only one arm and therefore have a rotational inertia much smaller than that of conventional actuators with multiple arms. Moreover, an actuator with only one arm may be produced from a single planar sheet of material, supporting a coil at one end and a head suspension at another. This type of actuator may be more easily manufactured than conventional actuators, such as by stamping, and is further advantageous in that it has relatively low inertia, allowing faster seek acceleration and deceleration. On the other hand, a planar element is susceptible to vibration in the first bending mode, in which the member may bend in a direction perpendicular the plane in which it lies, giving it a relatively low resonant frequency, increasing read-write errors while decreasing drive reliability, often culminating in drive failure.

Drives having only one disc and one actuator arm also offer the opportunity to produce low-profile disc drives having a reduced height. In the past, disc drives were typically used for storage of data in personal computers and in storage arrays for storing huge amounts of data in enterprise applications. Presently, however, drives are being contemplated for use in a wide variety of consumer products, such as television set-top video recorders, video game consoles, and hand-held computers. These applications present a new set of challenges to the drive industry, requiring that drives be more quiet and smaller than ever before. In particular, there is a need to produce drives having a height which is decreased relative to that of conventional drives to enable use in hand-held and card-type applications.

As drive housings become smaller, however, space availability in the housing has decreased, especially in the vertical direction. Actuator pivot assemblies occupy vertical space, as do voice coil poles and magnets, and spindle motor and hub designs often limit the height at which a disc can be mounted. Often design requirements dictate the disc, magnets and actuator pivot be arranged such that a planar actuator is not capable of being properly aligned with both the disc and VCM.

What the prior art has been lacking is a planar actuator with increased bandwidth and the ability to fit into increasingly low-profile disc drives.

US 6,744,606 B2

3

## SUMMARY OF THE INVENTION

The present invention is directed to a dual plane single-stage actuator. The actuator includes a step portion between the coil and head support portions, which increases its stiffness while permitting the coil support portion and head support portion of the actuator to lie in different planes. This allows the actuator to be installed in low-profile drives.

These and other features and benefits will become apparent upon review of the following figures and the accompanying detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a plan view of a disc drive incorporating one embodiment of the actuator of the present invention.

FIG. 2 shows a plan view of a one embodiment of an actuator of the present invention.

FIG. 3 shows a cross-sectional partial view of a disc drive incorporating one embodiment of the actuator of the present invention.

FIG. 4 shows a cross-sectional partial view of a disc drive incorporating another embodiment of an actuator of the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

Turning now to the drawings and specifically to FIG. 1, shown is an exploded view of one example of a disc drive 100 in which the present invention is particularly useful. The disc drive 100 includes a deck 110 to which all other components are directly or indirectly mounted and a top cover 120 which, together with the deck 110, forms a disc drive housing which encloses delicate internal components and isolates these components from external contaminants.

The disc drive 100 includes at least one disc 200 which is mounted for rotation on a spindle motor (not shown). The disc or discs 200 include on their surfaces a plurality of circular, concentric data tracks on which data are recorded one or more vertically aligned head assemblies 310. The head assemblies 310 are supported by flexures 320, which are attached to arms 325 of actuator 300. The actuator 300 is mounted to a bearing assembly 400 about which the actuator 300 rotates.

Power to drive the actuator 300 about the pivot assembly 400 is provided by a voice coil motor (VCM). The VCM includes a coil 330 which is supported by the actuator 300 within the magnetic field of a permanent magnet assembly having spaced upper and lower magnets, the lower of which is illustrated at 340. Electronic circuitry is provided on a printed circuit board (PCB, not shown) mounted to the underside of the deck 110. Control signals to drive the VCM are carried between the PCB and the moving actuator 300 via a flexible printed circuit cable (PCC) 370, which also transmits data signals to and from the heads 330.

FIG. 2 shows a perspective view from beneath one embodiment of an actuator 300 of the present invention. The actuator 300 includes an aperture 380 for mounting to an actuator pivot assembly 400, as will be explained later. The actuator 300 also has a single arm 325 which is configured to support a read/write head 310 by way of a load beam or flexure 320 at its distal end. Also shown is a coil support portion 335 in which the coil 330 is mounted as part of the VCM which effects rotational movement of the actuator 300. The arm 325 and coil support portion 335 are separated by a "step" portion 305 which serves a number of different functions.

4

One advantage provided by step portion 305 relates to use of space within the drive housing. As drives have become smaller, space requirements within the housing have become more constrained. For example, a conventional spindle motor has a minimum height, such that the surface of a disc mounted upon the spindle motor also has a minimum height at which it may be mounted within the housing. similarly, voice coil magnets 340 and pole pieces 350 have thicknesses and must be spaced within the drive 100. Where overall drive height is to be minimized, it is often difficult to vertically align the areas to be occupied by the coil support portion 335 of the actuator 300 and the actuator arm 325. This is especially true when spindle motors and VCM assemblies are imported into a new drive design in an effort to reduce redesign costs.

FIG. 3 shows a cross-sectional view of the actuator 300 of FIG. 2 mounted within a drive in which the spaces allocated for the coil support 335 and actuator arm 325 are not horizontally aligned. It can be clearly seen that in this instance, the voice coil magnets 340 and pole pieces 350 chosen restrict the vertical position of the coil 330. Moreover, it would be impossible to lower the disc 200 enough to allow the arm 320 of an actuator 300 lying in a single plane to be positioned above the disc 200. In this embodiment of the present invention, however, actuator 300 in fact lies in two planes. The coil support portion 335 lies at a first elevation, allowing the coil to be positioned between voice coil magnets 340, while actuator arm 325 is positioned at a higher level, allowing it to pass above the upper surface of disc 200.

Another advantage provided by step feature 305 is higher stiffness. A simple planar actuator is relatively stiff in a horizontal direction, meaning it has high resonant frequencies in the system mode. However, a planar actuator is susceptible to out of plane vibrations, leading to a relative low resonant frequency in the bending modes. This is especially true where pivot mounting opening 380 is large enough to accommodate an entire pivot cartridge as in embodiment of FIG. 2. It can be seen in FIG. 2 that step portion 305 may be configured as a curved vertical surface, and may even partially surround the aperture 380 serving to stiffen the actuator 300 in the vertical direction.

The dual-plane actuator 300 may be formed by any of a number of methods and materials. It has been found that stamping the actuator 300 out of a metallic sheet material is a particularly effective method. However, it is also contemplated that the actuator 300 could be injection molded of a plastic material, or formed of a number of parts without departing from the spirit of the invention.

It should also be understood that FIGS. 2 and 3 represent only one embodiment of a multi-plane actuator. For example, the coil support portion 335 could be higher than the actuator arm 325. As another example, the step portion 305 could be located closer on the other side of aperture 380, nearer the actuator arm 325 than the coil support 335.

It is even contemplated that the actuator 300 could lie in more than two planes. FIG. 4 illustrates one embodiment of a disc drive in which the actuator 300 is mounted atop a pivot cartridge 410 via a threaded element and a small aperture 385 in the actuator 300. In this embodiment, the actuator 300 is provided with two step portions 306,307 which allow the coil support portion 335, the actuator arm 325 and the actuator pivot portion 385 to be located at three different elevations. In addition, the addition of a second step portion would further stiffen the actuator 300 in the area about the pivot portion 385 near the actuator arm 325.

US 6,744,606 B2

5

Alternatively stated, a first contemplated embodiment of the invention takes the form of an actuator (such as 300) for use in a disc drive (such as 100), including a coil support portion (such as 335) configured to support a coil (such as 330) and generally defining a first plane, and a single arm portion (such as 325) configured to support a head suspension assembly (such as 320) and generally defining a second plane, the first plane being distinct from the first plane. The first plane may be parallel to the second plane. The coil support portion (such as 335) and the arm portion (such as 325) may be integrally formed. The actuator (such as 300) may also include a step portion (such as 305) lying between the coil support portion (such as 335) and the arm portion (such as 325). The step portion (such as 305) may be curved. Optionally, the step portion (such as 305) may be connected to the coil support portion (such as 335). The coil support portion (such as 335), the arm portion (such as 325) and the step portion (such as 305) may be integrally formed. Optionally, the actuator (such as 300) may be formed by stamping. The first plane may be horizontal and the step portion may extend vertically.

Alternately stated, a second contemplated embodiment of the invention takes the form of a disc drive (such as 100) including a base (such as 110) and an actuator (such as 300) rotatably mounted to the base (such as 110). The actuator (such as 300) includes a coil support portion (such as 335) positioned at a first height above the base (such as 110) and a single arm support portion (such as 325) positioned at a second height above the base (such as 110). The second height is different than the first height. The coil support portion (such as 335) may be configured to support a coil (such as 330). The arm portion (such as 325) may be configured to support a head suspension assembly (such as 320). The coil support portion (such as 335) may be generally planar. Optionally, the arm portion (such as 325) my be generally planar. Optionally, the actuator (such as 300) may be formed by stamping.

In short, it is apparent that the present invention is particularly suited to provide the benefits described above. While particular embodiments of the invention have been described herein, modifications to the embodiments which fall within the envisioned scope of the invention may suggest themselves to one of skill in the art who reads this disclosure.

What is claimed is:

1. An actuator for use in a disc drive, comprising:

a coil support portion configured to support a coil and generally defining a first plane; and

a single arm portion configured to support a head suspension assembly and generally defining a second plane, the first plane being distinct from the first plane.

2. The actuator of claim 1, in which the first plane is parallel to the second plane.

6

3. The actuator of claim 1, in which the coil support portion and the arm portion are integrally formed.

4. The actuator of claim 1, further comprising:

a step portion, the step portion lying between the coil support portion and the arm portion.

5. The actuator of claim 4, in which the step portion is curved.

6. The actuator of claim 4, in which the step portion is connected to the coil support portion.

7. The actuator of claim 4, in which the coil support portion, the arm portion and the step portion are integrally formed.

8. The actuator of claim 1, in which the actuator is formed by stamping.

9. The actuator of claim 1, in which the first plane is horizontal and the step portion is extends vertically.

10. A disc drive comprising the actuator of claim 1.

11. A disc drive, comprising:

a base; and

an actuator rotatably mounted to the base, the actuator comprising:

a coil support portion positioned at a first height above the base; and

a single arm support portion positioned at a second height above the base, the second height being different than the first height.

12. The disc drive of claim 11, in which the coil support portion is configured to support a coil.

13. The disc drive of claim 11, in which the arm portion is configured to support a head suspension assembly.

14. The disc drive of claim 11, in which the coil support portion is generally planar.

15. The disc drive of claim 11, in which the arm portion is generally planar.

16. The disc drive of claim 11, in which the actuator is formed by stamping.

17. A disc drive comprising:

a base; and

an actuator, the actuator comprising:

a coil support portion configured to support a coil;

a single arm portion configured to support a head suspension assembly; and

means for positioning the coil support portion and the arm portion at different distances from the base.

18. The disc drive of claim 17, in which the positioning means comprises a curved element.

19. The disc drive of claim 17, in which the positioning means comprises a portion integrally formed with the coil support portion.

20. The disc drive of claim 17, in which the actuator is rotatable about an axis, and in which the positioning means extends parallel to the axis.

* * * * *

5

REDACTED

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

Plaintiff,

v.

CORNICE, INC.

Defendant.

C.A. No. 04–418 (SLR)

## PLAINTIFF SEAGATE TECHNOLOGY LLC'S PRELIMINARY LIST OF PROPOSED CLAIM CONSTRUCTION TERMS

Our investigation is ongoing, as is our discovery, which may affect our proposed claim constructions. Accordingly, we reserve the right to amend or supplement our proposed claim constructions. In addition, we reserve the right to amend or supplement our proposed claim constructions in the event that Cornice changes its identification of asserted claims.

| U.S. PATENT NO. 6,16,754 | | |
| --- | --- | --- |
| Claim Language | Seagate's Proposed Construction | Asserted Patent Claims in Which Claim Language Appears |
| "Substrate" | Supporting material on which the thin films are deposited. | '754 patent, claims 1 & 13 |
| "Seedlayer" | A film layer between the substrate and the underlayer, that acts to control the crystallographic orientation of subsequent layers. | '754 patent, claims 1 & 13 |
| "Alloy" | A homogeneous mixture or solid solution of two or more metals, the atoms of one replacing or occupying interstitial positions between the atoms of the other. | '754 patent, claims 1, 6, & 13 |
| "Substantially directional magnetic isotropy" | A longitudinal magnetic media has "substantial directional magnetic isotropy" when it has substantially equal values of one or more properties (e.g. Hc, Mrt and S*) of a thin | '754 patent, claims 1 & 13 |

| Claim Language | Savage's Proposed Construction | Asserted Claims Where Claim Language Appears |
|---|---|---|
| | film, regardless of whether the property measurement occurs in the circumferential or radial direction. | |
| "Having magnetic properties with an orientation ratio of about 1.0" | Having magnetic properties with one or more orientation ratios of about 1.0. | '754 patent, claim 12 |

**U.S. PATENT NO. 6,744,594**

| Claim Language | Savage's Proposed Construction | Asserted Claims Where Claim Language Appears |
|---|---|---|
| "actuator" | Something that causes something else to be put into action or motion | '606 patent, claims 1, 2, 4, 5, 6, 9, 10, 11, 17, and 20 |
| "single arm potion" | Only one, not multiple, arms | '606 patent, claims 1 and 17 |
| "step portion" | Part of the actuator that distances the coil support portion and the arm portion | '606 patent, claims 4, 5, 6, and 9 |
| "single arm support portion" | Only one, not multiple, portions of the actuator used to support a single arm. | '606 patent, claim 11 |

| Claim Language | Savage's Proposed Construction | Asserted Claims Where Claim Language Appears |
|---|---|---|
| "a magnetic field containing member" | A member that contains a magnetic field | '159 patent, claims 1, 2, and 3 |
| SWITCHES: "the capture member is in a non-permeated state . . . and the capture member switches to a permeated state" | "Switches" should be construed consistent with its ordinary meaning to mean "changes," such that the "capture member is in a non-permeated state . . . and the capture member 'changes' to a permeated state." | '159 patent, claim 1 |
| "an actuator for selectively positioning the transducer | An actuator that performs the function of selectively | '159 patent, claim 1 |

2

| U.S. PATENT NO. 5,452,159 | | |
|---|---|---|
| Claim Language | Seagate's Proposed Construction | Asserted Patent Claim In Which Claim Language Appears |
| over a path between a first position and a second position" | moving a transducer over a path between a first position and a second position | |
| "to park" | Fix the position of the actuator which supports the head(s) | '159 patent, claim 1 |

| U.S. PATENT NO. 5,596,461 | | |
|---|---|---|
| Claim Language | Seagate's Proposed Construction | Asserted Patent Claim In Which Claim Language Appears |
| "base member" | A first housing element to which the cover element is secured and that is separate and distinct from the cover element | '461 patent, claims 1, 5, 6, and 7 |
| "cover element" | A second housing element that contains the first raised portion, remaining portions, and provides a surface over which the PCB is placed | '461 patent, claims 1 and 6 |
| "first raised portion" | The portion of the top surface of the cover element that is raised and provides a height sufficient for topmost portions of the spindle motor and head stack assembly | '461 patent, claims 1, 5, 6, and 7 |
| "head stack assembly" | Assembly including an actuator, its arm, recording head, and an electric coil. The HSA can include one or more actuator arms. | '461 patent, claims 1, 5, 6, and 7 |
| "disk stack assembly" | Assembly comprising one or more magnetic disks and spindle motor. | '461 patent, claims 1, 5, 6, and 7 |
| "remaining portions" | Portions that comprise the top surface of the cover element, not including the first raised portion of the top surface of the cover element | '461 patent, claims 1 and 6 |
| "continuous, single PCB support surface" | A surface that provides support for one and only one, non-segmented printed circuit board | '461 patent, claims 1 and 6 |

3

| U.S. PATENT NO. 5,721 | | |
|---|---|---|
| Claim Limitation | Seagate's Proposed Construction | Asserted Patents & Claims Containing Claim Limitation |
| "critical region" | A region of the disc drive that is relatively sensitive to vibration and shock accelerations. The region is critical based on whether external vibrations or shock delivered to that region are more likely to result in drive failure or damage, than in non-critical regions. | '054 patent, claims 1, 2, 15, 19, 20 |
| "non-critical region" | A region of the disc drive that is relatively insensitive to vibration and shock during unpredictable events. | '054 patent, claims 1, 15, and 19 |

| U.S. PATENT NO. 5,8__ | | |
|---|---|---|
| Claim Limitation | Seagate's Proposed Construction | Asserted Patents & Claims Containing Claim Limitation |
| "retaining clip" | A mechanical device for holding or gripping the bearing cartridge to the actuator by engaging a groove(s) on the exterior of the bearing cartridge. | '845 patent, claims 5, 6, 7, 9, 11, 12, and 14 |

| U.S. PATENT NO. 5,__ | | |
|---|---|---|
| Claim Limitation | Seagate's Proposed Construction | Asserted Patents & Claims Containing Claim Limitation |
| "Z data tracks" | The number of tracks on the disk surface between an outer diameter and inner diameter on the surface (data track obtains its ordinary meaning). | '506 patent claims 1, 22, and 33 |
| "quadrature servo pattern" | A servo pattern with four bursts, where a transition between one pair of alternating bursts occurs at | '506 patent claims 1, 2, 8, 10, 22, 23, 33, 34, and 37. |

| Claim Language | Seagate's Proposed Construction | Asserted Patent Claim(s) in Which Claim Language Appears |
|---|---|---|
| | the center of one of a second pair of alternating bursts. | |
| "0.75*Z" | The quadrature pattern repeats three times every four data tracks. | '506 patent claims 1, 22, and 33. |
| "1.5*Z" | Within a gray scale band, there are three consecutively address gray scale areas every two data tracks. | '506 patent claims 1, 22, and 33. |
| "position generator" | The electronics and/or processor that provide a position signal. | '506 patent claims 1, 8, and 9. |
| "width W" | The track pitch (i.e., the radial distance between the centerline of two adjacent data tracks). | '506 patent claim 4 and 25 |
| gray scale "width" | An area that includes portions of the blank area existing between gray scale areas on a disk surface, so that the "width" refers to the width of gray scale areas when such areas are drawn abutting each other. | '506 patent claim 4, 25, and 35. |
| "zones" | Logical zones generated by the position generator logic. | '506 patent claims 8, 9, 11, 36, and 38. |
| "first means for generating a displacement signal having a value indicative of said transducer's displacement from said center of a zone associated with said gray scale area read by said transducer" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 6:47-7:18, 9:30-40, 10:43-11:10, Fig. 6A elements 16 and 17, Fig. 6B element 21. | '506 patent claim 9. |
| "second means for generating a center signal having a value indicative of said zone's center from said fixed reference point" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a | '506 patent claim 9. |

| U.S. PATENT NO. 5,600,506 Claim Language | Seagate's Proposed Construction | Asserted Patent Claim in Which Claim Language Appears |
|---|---|---|
| | microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:

'506 patent 7:26-43, 9:41-10:42, 11:11-15, 11:23-52, Fig. 1 element 20, Fig. 6A element 19, Fig. 6B elements 22 and 219. | |
| "third means for combining said center signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said disk" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:

'506 patent, 11:15-22, Fig. 6B element 218. | '506 patent claim 9. |
| "a fourth means for converting the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer into a corresponding first, second, third and fourth digital signal" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:

'506 patent, 6:47-7-18, Fig. 6A element 16. | '506 patent claim 10. |
| "a fifth means for generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (O') signal by | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the | '506 patent claim 10. |

6

| Claim Language | U.S. PATENT NO. 5,600,306<br>Seagate's Proposed<br>Construction | Asserted Patent Claim In<br>Which Claim Language<br>Appears |
|---|---|---|
| subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal" | specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 9:30-40, Fig. 6A element 17. | |
| "zone detector" | The "zone detector" includes electronics and/or a microprocessor that provides a zone signal. | '506 patent claims 11 and 12. |
| "sixth means for generating said center signal as a function of said zone signal where said center signal is a distance from said fixed reference point to the center of said selected zone" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 10:20-42, 11:11-15, Fig. 6B elements 22 and 219. | '506 patent claim 11. |
| "a displacement selection means for selecting one of said first, second, third and fourth displacement signals as said displacement signal as a function of said zone signal generated by said zone detector" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 10:43-11:10, Fig. 6B element 21. | '506 patent claim 12. |
| "adder" | The electronics or a microprocessor that generates a position signal. | '506 patent claim 13. |
| "distance" | A distance measured in | '506 patent claim 40. |

| | | |
|---|---|---|
| | | terms of gray scale units. | |

Dated:  July 22, 2005

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114
Tel: (302) 652-5070

Roger S. Borovoy (admitted *pro hac vice*)
David M. Barkan (admitted *pro hac vice*)
500 Arguello Street
Redwood City, CA 94063-1526
Tel: (650) 839-5070

Ruffin B. Cordell (admitted *pro hac vice*)
Brian R. Nester (#3581)
Timothy W. Riffe (admitted *pro hac vice*)
Christian A. Chu (admitted *pro hac vice*)
1425 K Street NW, Suite 1100
Washington, D.C.  20005
Tel: (202) 783-5070

Edmond R. Bannon (admitted *pro hac vice*)
Lewis Hudnell III (admitted *pro hac vice*)
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
Tel: (212) 765-5070

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

8

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2005, a true and correct copy of

**PLAINTIFF SEAGATE TECHNOLOGY LLC'S PRELIMINARY LIST OF**

**PROPOSED CLAIM CONSTRUCTION TERMS** was caused to be served on the

attorney of record at the following address as indicated:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire            Attorneys for Defendant
MORRIS NICHOLS ARSHT &                 Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

### VIA FEDERAL EXPRESS

Mathew D. Powers                       Attorneys for Defendant
Jason D. Kipnis                        Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600              Attorneys for Defendant
Houston, TX  77002                     Cornice, Inc.
(713) 546-5000

David C. Radulescu                     Attorneys for Defendant
Alan J. Weinschel                      Cornice, Inc.
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

Brian R. Nester

40290900.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SEAGATE TECHNOLOGY LLC, | |
| Plaintiff, | |
| v. | Civil Action No. 04-418-SLR |
| CORNICE, INC., | |
| Defendant. | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 22nd day of July, 2005, true and correct

copies of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S PRELIMINARY LIST**

**OF PROPOSED CLAIM CONSTRUCTION TERMS** was caused to be served on the

attorneys of record, at the following addresses and the manner indicated:

### BY HAND DELIVERY

Jack B. Blumenfeld, Esquire                   Attorneys for Defendant
MORRIS NICHOLS ARSHT &                        Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

### VIA FEDERAL EXPRESS

Mathew D. Powers                              Attorneys for Defendant
Jason D. Kipnis                               Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Russell Wheatley                              Attorneys for Defendant
WEIL, GOTSHAL & MANGES LLP                    Cornice, Inc.
700 Louisiana, Suite 1600
Houston, TX  77002

David C. Radulescu     Attorneys for Defendant
Alan J. Weinschel      Cornice, Inc.
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153


Dated: July 22, 2005    FISH & RICHARDSON P.C.


      By: /s/ Timothy Devlin
        William J. Marsden (#2247)
        Thomas L. Halkowski (#4099)
        Timothy Devlin (#4241)
        Fish & Richardson P.C.
        919 N. Market Street, Suite 1100
        Wilmington, DE 19899-1114

        Roger S. Borovoy
        David M. Barkan
        D. Austin Horowitz
        Fish & Richardson P.C.
        500 Arguello Street
        Redwood City, CA 94063-1526

        Ruffin B. Cordell
        Brian R. Nester
        Rama G. Elluru (Admitted only in Texas)
        Timothy W. Riffe
        Rudhir B. Patel (Admitted only in New York)
        Fish & Richardson P.C.
        1425 K Street NW, Suite 1100

        Edmond Bannon
        Lewis E. Hudnell, III
        Citigroup Center - 52nd Floor
        153 East 53rd Street
        New York, NY 10022-4611

      Attorneys for Plaintiff
      SEAGATE TECHNOLOGY LLC

13

14

Laid Open Utility Model Patent Application Publication H03-66573

(19) Japanese Patent Office (JP)

(12) Laid Open Utility Model Patent Application Publication (U)

(11) Utility Model Patent Application Publication No.

H03-66573

(43) Publication Date:     June 27, 1991

| (51) Int. Cl.$^5$ | Identification Symbol | Internal Reference No. |
|---|---|---|
| H 02 K   33/18 | C | 7740-5H |
| G 11 B   21/02 | R | 7541-5D |

Examination Request: Not requested

Number of Claims 1

(Total pages)

---

(54)   Invention Title:          Actuator for Magnetic Disk

    (21)   Utility Model Patent Application No.:          H01-126319

    (22)   Filing Date:          October 27, 1989

(72)   Inventor:     Minoru Minase      c/o TEAC Corporation

    7-3 Naka-cho 3-chome, Musashino-shi,

Tokyo

(72)   Inventor:     Sumio Wada      c/o TEAC Corporation

    7-3 Naka-cho 3-chome, Musashino-shi,

Tokyo

(72)   Inventor:     Yousuke Yoshiga      c/o TEAC Corporation

    7-3 Naka-cho 3-chome, Musashino-shi,

Tokyo

(72)   Inventor:     Nobuyuki Oita      c/o TEAC Corporation

    7-3 Naka-cho 3-chome, Musashino-shi,

Tokyo

Trans. Page    1

(71)    Applicant:       TEAC Corporation    7-3 Naka-cho 3-chome, Musashino-shi, Tokyo

(74)    Agent:           Patent Attorneys     Tadahiko Ito and another

Specification

1.    Invention Title

Actuator for a Magnetic Disk

2.    What is Claimed is:

An actuator for a magnetic disk having:

a driving coil which is provided on one end of an arm having a head on its other end and which drives the head along a direction of a radius of the magnetic disk;

a first permanent magnet which is provided at a position where it opposes said driving coil;

a circular arc second permanent magnet which extends along a direction perpendicular to said driving coil and which is provided concentrically around a rotation axis of said arm;

a detection coil which is provided in a direction perpendicular to the driving coil so as to oppose said second permanent magnet and which outputs a velocity signal of the arm; and

a compensation coil which is provided so as to oppose said detection coil in its vicinity and which detects noise from external magnetic fields,

wherein one of said detection coil or compensation coil and the second permanent magnet is mounted on the arm and the other is fixed on a fixed section.

3.    Detailed Explanation of the Invention

Field of Industrial Application

Trans. Page    3

The present invention is related to an actuator for a magnetic disk.   In particular, it relates to an actuator of a magnetic disk which is designed so as to detect the velocity of rotation of an arm having a magnetic head and to eliminate noise therefrom.

Conventional Technologies

Conventionally, a magnetic disk device in which a magnetic head (referred to as a head hereafter) floats over a magnetic disk (referred to as a disk hereafter) to magnetically read and write data is known.   Such a magnetic disk device is equipped with an actuator to drive a magnetic head along the direction of a radius of a disk. Moreover, it is necessary to detect the position and velocity of the head and an arm which supports the head in order to place the head over a recording track of the disk at a high speed with high accuracy.   Therefore, in the prior art, as a velocity detection means, a magnetic circuit comprising a permanent magnet and a yoke is provided on a fixed section, and a detection coil which is inserted into a gap of the magnetic circuit and which detects the velocity of an arm is provided on the arm.   An electromotive force which is induced by relative displacements between the two during the arm's rotations appears across the detection coil, and a potential difference between the two ends of the detection coil is obtained as velocity information.

Issues to be Resolved by the Invention

Conventionally, however, a driving coil is provided in the vicinity of a detection coil, and if magnetic fields appearing mainly through the driving coil, leaking from a disk driving motor, and coming from outside of the device cross the detection coil, an induced electromotive force appears across the detection coil, producing noises which cause malfunctions.   This is an issue.

In order to solve such an issue, Utility Model Patent Application Publication No. S64-12480 discloses an actuator for a magnetic disk in which a compensation coil and a detection coil are wound reversely to each other, placed in a vicinity of each other and mounted so as to move together with an arm.

The actuator for a magnetic disk in the above publication, however, possesses a detection coil and a compensation coil which are wound reversely to each other and move

together with an arm.   Hence, voltage components which are induced across the detection coil and the compensation coil by the rotation of the arm and voltage components which the noises induce across the coils are completely opposite in phase between the detection and compensation coils.   Thus, when the voltages across the detection and compensation coils in the above conventional actuator are differentially combined, the voltage components which are induced by the arm velocity are amplified while the noise induced voltage components are amplified at the same time.   Further, if an attempt is made to cancel out the noise component output by adding and combining the outputs from the detection and compensation coils, the velocity component output is also canceled out.

Therefore, the actuator in the above publication in which a compensation coil and a detection coil are provided so that they can rotate with an arm cannot solve the above issue and has an additional issue as discussed above.   Therefore, this actuator cannot be employed in an actual device.

Thus, the present invention has a purpose to provide an actuator for a magnetic disk which can solve the above issues.

Means to Solve the Issues

An actuator for a magnetic disk of the present invention has:

a driving coil which is provided on one end of an arm having a head on its other end and which drives the head along a direction of a radius of the magnetic disk;

a first permanent magnet which is provided at a position where it opposes said driving coil;

a circular arc second permanent magnet which extends along a direction perpendicular to said driving coil and which is provided concentrically around a rotation axis of said arm;

a detection coil which is provided in a direction perpendicular to the driving coil so as to oppose said second permanent magnet and which detects the velocity of the arm; and

Trans. Page    5

a compensation coil which is provided so as to oppose said

detection coil in its vicinity and which detects noises from external

magnetic fields,

wherein one of said detection coil or compensation coil and the second permanent magnet is mounted on the arm and the other is fixed on a fixed section.

Operation

A detection coil and a compensation coil are provided perpendicular to a driving coil. Therefore, in the magnetic field from the driving coil, components which cross the detection and compensation coils are small, and hence, only small voltages are induced. Further, one of the compensation or detection coils and the second permanent magnet is provided on an arm while the other is provided on a fixed section, whereas both are in proximity of each other and oppose each other. Therefore, only noises due to external magnetic fields can be detected. Thus, among outputs obtained by the detection coil, only voltage components induced by noises are eliminated, and only those induced by the arm rotations are obtained.

Embodiments

Figure 1 depicts a magnetic disk device in which an embodiment of an actuator for a magnetic disk according to the present invention is applied. Figure 2 depicts its key components according to the present invention.

In Figure 1, a motor (not shown in the figure) which is placed on a bottom surface of base 2 (made of an aluminum alloy) turns disk 1 at a constant speed. Numeral designator 3 represents an arm, which is rotatably supported by axis 4. An end of arm 3 has head 5 which floats over disk 1.

Numeral designator 6 represents an actuator comprising arm 3, driving coil 17 and axis 4. Head 5 is driven by actuator 6 to rotate toward the directions indicated by arrow A. Thereby, head 5, which is at the front end of arm 3, moves along the direction of a radius of disk 1 so as to face a desired track.

Next, the velocity detection section of the actuator 6 will be explained.

In Figure 2, numeral designator 7 represents bearings, and numeral designator 8 represents a bearing supporting cylinder.    Axis 4 and bearing supporting cylinder 8 are fixed on base 2.    Arm 3 is rotatably supported through bearings 7.    Yoke 9 made of a soft magnetic material is placed vertically on an inner wall of groove 2a, which is formed in an arc shape at the back of axis 4 .    Permanent magnet 10 is fixed onto yoke 9.

Moreover, on yoke 11, which is provided on an inner wall of groove 2a opposing yoke 9, compensation coil 12 in a flat shape is fixed.    Arm 3 has rear end section 3a which extends from axis 4 toward its rear, and support section 3b which extends downward from read end section 3a into groove 2a.

Support section 3b resides between the vertically formed permanent magnet 10 and compensation coil 12.    Fixed on a side surface of support section 3b opposing permanent magnet 10 is flat detection coil 13 to detect the rotation velocity of arm 3 and head 5.    In other words, detection coil 13 is inserted into gap 14 of a magnetic circuit which is formed among yoke 9, permanent magnet 10 and yoke 11, and is arranged so that detection coil 13 crosses the magnetic flux in gap 14 as arm 3 rotates.    Moreover, above yoke 9, permanent magnet 10, yoke 11, compensation coil 12 and detection coil 13 are each formed in an arc shape when they are viewed from above, as illustrated in Figure 3, and are arranged concentrically around axis 4.

Next, the driving section of actuator 6 is explained referring to Figures 2 and 4. Numeral designator 15 represents a permanent magnet on the side of the driving section and is fixed onto the top surface of lower yoke 16 provided on base 2.    Moreover, permanent magnet 15 is magnetized to have different magnetic poles on its ends and forms a magnetic circuit in combination with lower yoke 16 and upper yoke 18.

Numeral designator 17 represents a flat driving coil and is provided horizontally in the vicinity of and opposing to permanent magnet 15.    It is fixed on the bottom surface of rear end section 3a of arm 3.

Thus, driving coil 17 resides in gap 19 of a magnetic circuit which is formed between permanent magnet 15 and upper yoke 18.

Now, the operations of actuator 6 constructed as above will be explained.

When a current flows through the above driving coil 17, a rotational force appears on driving coil 17 around axis 4 according to Fleming's left-hand rule and turns arm 3 in

the directions indicated by arrow A, thereby moving head 5 on the front end of the arm over disk 1.

Moreover, the rotation directions of arm 3 are switched by reversing the direction of the current that flows through driving coil 17.

When arm 3 rotates around axis 4 in this manner, detection coil 13 provided on support section 3b which extends vertically down from rear end section 3a of arm 3 also rotates and passes through the magnetic flux of permanent magnet 9. Thus, an induced voltage which is proportional to the velocity of arm 3 and which corresponds to the rotation direction appears across the detection coil 13.

At the same time, an output voltage as depicted in Figure 5 (A) appears across detection coil 13. In other words, when arm 3 rotates for a period of time T1 according to the aforementioned principle, an induced voltage appears across detection coil 13.

On the other hand, compensation coil 12 is provided on a fixed section on the side of base 2, and hence, an induced voltage does not appear as depicted in Figure 5 (B).

During time T2, however, an external magnetic field from, for example, driving coil 17, changes the magnetic flux passing through detection coil 13 and compensation coil 12, and hence, induced voltages $e_1$ and $e_2$ appear across detection coil 13 and compensation coil 12, respectively.

Moreover, in the present embodiment, driving coil 17 is horizontally arranged, while detection coil 13 and compensation coil 12 are provided along a vertical direction which is perpendicular to driving coil 17. Hence, the magnetic field from driving coil 17 has small components which cross detection coil 13 and compensation coil 12. Thus, induced voltages e1 and e2 are very small.

The output voltages from detection coil 13 and compensation coil 12 are combined through a circuit shown in Figure 6 to be outputted as a velocity signal. In Figure 6, amplifiers 20 and 21 amplify the outputs from detection coil 13 and compensation coil 12 because they are very small signals. Moreover, the degree of amplification through amplifiers 20 and 21 is adjusted so that induced voltages $e_1$ and $e_2$ are equal at terminals 23 and 24.

Further, the noise components in the outputs of the amplifiers 20 and 21 corresponding to $e_1$ and $e_2$ are canceled out through differential amplifier 22 as illustrated

in Figure 5 (C), and the combined output of differential amplifier 22 has the induced voltage component which is generated by the rotations of arm 3 only.

Moreover, in the present embodiment, detection coil 13 and compensation coil 12 are arranged in the vicinity of each other as illustrated in Figure 2.    Hence, induced voltages $e_1$ and $e_2$, which are noise components, are approximately equal.    Thus, amplifiers 20 and 21 in Figure 6 can be omitted, and a circuit design shown in Figure 7 may be employed.    In the case shown in Figure 7, the noise components can be cancelled out by connecting detection coil 13 and compensation coil 12 in series.    In the case of the circuit design depicted in Figure 7, however, it is necessary to connect detection coil 13 and compensation coil 14 to differential amplifier 22 in such a way that the polarities of induced voltages $e_1$ and $e_2$ are opposite from each other.

Moreover, Figure 8 illustrates an applied embodiment.    In Figure 8, compensation coil 12 is provided on the outer periphery of permanent magnet 10.    In other words, permanent magnet 10 resides in the central hollow section of compensation coil 12.    Thus, the length of a gap of a magnetic circuit which is formed with yoke 9, permanent magnet 10 and yoke 11 can be made shorter.    As a result, the magnetic flux in gap 14 can be made larger, and the output of detection coil 13 can be efficiently obtained.    Moreover, if a magnetic flux with the same magnitude as that of Figure 2 is to be generated in gap 14, the magnetic circuit can be made smaller.

Moreover, in the above embodiment, base 2 is made of an aluminum alloy.    Base 2, however, can be made of a soft magnetic material and can also play the roles of yokes 9 and 11.    Moreover, when an aluminum alloy is employed, the components can be produced through a die casting process.    This will be advantageous to volume production.    Moreover, as for the positional relationship among the permanent magnet and the driving and detection coils, it will suffice as long as the coil crosses the magnetic field generated by the permanent magnet.    Therefore, the positional relationship can be reverse of that in the present embodiment.    Moreover, when the magnetic field passing through the detection coil does not need to be very strong, the permanent magnet opposing the detection coil can be a ferrite magnet, and further, yoke 11' can be omitted and compensation coil 12 can be fixed directly onto base 2.

Trans. Page    9

The present embodiment employs two permanent magnets which oppose a detection coil. One permanent magnet magnetized with multiple poles or a single pole may be employed. Moreover, the permanent magnet opposing the driving coil may be divided into two pieces. Moreover, these magnets may be placed above and below the driving coil.

Moreover, in the present embodiment, the detection coil is movably arranged, and the permanent magnet and the compensation coil are fixed onto the base. It will suffice, however, as long as a detection coil crosses the magnetic field generated by a permanent magnet and the relative velocity between the permanent magnet and a compensation coil is zero. Therefore, as an example, a permanent magnet and a compensation coil may be provided on an arm, and a detection coil may be fixed onto a base and the like.

Advantages of the Invention

As described above, in an actuator for a magnetic disk according to the present invention, a detection coil and a compensation coil are arranged along a direction perpendicular to a driving coil. Therefore, the noise level in a velocity signal for an arm which is outputted by the detection coil can be reduced, and the tracking control accuracy can be enhanced, thereby enhancing the reliability during magnetic writing and reading. Moreover, a detection coil and a compensation coil are in the proximity of and opposing to each other, and therefore, the noise levels from the detection and compensation coils can be made approximately equal to each other. Thus, a compensation circuit can be made simpler, smaller and better in performances. Further, a detection coil or a compensation coil is provided on a fixed section, and hence, the electromotive force appearing across the compensation coil contains only noise components. Thus, by combining it with an output from the detection coil the noise components can be completely eliminated, and as a result, the combined output has only the velocity component. Thus, there are advantages in that the tracking control can be performed with a high accuracy and at high speed, and the like.

4.    Brief Explanation of Figures

Figure 1 is a top view of a magnetic disk device in which an embodiment of an actuator for a magnetic disk according to the present invention is applied.    Figure 2 is a vertical cross sectional view to explain the key components according to the present invention.    Figure 3 is a lateral cross section along line III-III in Figure 2.    Figure 4 is an angled view along the direction of arrow B in Figure 2.    Figures 5 (A), (B) and (C) are diagrams to explain output voltages across a detection coil and a compensation coil and combined output voltage of the detection and compensation coils, respectively.    Figure 6 depicts a compensation circuit.    Figure 7 is a circuit diagram when the circuit in Figure 6 is simplified.    Figure 8 is a vertical cross sectional view of an applied example according to the present invention.

| 1 | Disk | 2 | Base | 3 | Arm |
|------|------|------|------|------|------|
| 4 | Axis | 5 | Head | 6 | Actuator |
| 9, 11 | Yokes | 10, 15 | Permanent magnets | 12 | Compensation coil |
| 13 | Detection coil | 16 | Lower yoke | 17 | Driving coil |
| 18 | Upper yoke | 20, 21 | Amplifiers | 22 | Differential amplifier |

Patent Applicant:        TEAC Corporation
Agent:                   Patent Attorney      Tadahiko Ito
Agent:                   Patent Attorney      Kaneyuki Matsu-ura