Figure 1

5
1
2
3
A
15
4
16
6
17
3a

Figure 2

18
3a
3b
7
8
4
3
17
19
B
15
16
2
11
2a
14
10
9
12
13

Figure 3

12
13
10
9
2
3
4
8
9
10
11
2a
3b

Trans. Page 12

Figure 4

Figure 5 (1)

(A) Output voltage of detection coil

Output voltage

Reference voltage

Time

(B) Output voltage of compensation coil

Output voltage

Reference voltage

Time

Figure 5 (2)

(C) Combined output voltage

Output voltage

Reference voltage

Time

Figure 6



Figure 7



Figure 8



OHASHI
High Technology Corp.

The Empire State Building, 350 Fifth Avenue, Suite 607 New York, NY 10118-6399 Tel: 212-695-9275 Fax: 212-656-1713 www.ohashi-ht.com

# TRANSLATION CERTIFICATE

I, Takeo Ohashi, President, Ohashi High Technology Corporation, the Empire State Building, 350 Fifth Avenue, Suite 607, New York, NY 10118-6399, hereby declare that I have competent knowledge of the Japanese and English languages, and that I have reviewed the accompanying English translation of Laid-Open Japanese Patent Application No. H03-66573. I certify that the translation is an accurate representation of Laid-Open Japanese Patent Application No. H03-66573.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 5, 2004.

CERTIFIED by the said Takeo Ohashi.

at 350 Fifth Avenue, Suite 607, New York, NY 10118
this 5th day of November, 2004.

Takeo Ohashi
President

公開実用平成 3−66573

⑲日本国特許庁（JP）　⑪実用新案出願公開

⑫公開実用新案公報（U）　平3−66573

㉑Int.Cl.⁵　識別記号　庁内整理番号　㊸公開　平成3年(1991)6月27日

H 02 K 33/18　C　7740−5H
G 11 B 21/02　R　7541−5D

審査請求　未請求　請求項の数　1　（全　頁）

㉞考案の名称　磁気ディスク用アクチュエータ

㉑実　願　平1−126319
㉒出　願　平1(1989)10月27日

⑫考案者　永無瀬　実　東京都武蔵野市中町3丁目7番3号　ティアック株式会社内
⑫考案者　和田　澄夫　東京都武蔵野市中町3丁目7番3号　ティアック株式会社内
⑫考案者　方賀　洋介　東京都武蔵野市中町3丁目7番3号　ティアック株式会社内
⑫考案者　老田　信幸　東京都武蔵野市中町3丁目7番3号　ティアック株式会社内
⑪出願人　ティアック株式会社　東京都武蔵野市中町3丁目7番3号
⑭代理人　弁理士　伊東　忠彦　外1名

明 細 書

1. 考案の名称

磁気ディスク用アクチュエータ

2. 実用新案登録請求の範囲

一端にヘッドを有するアームの他端に設けられ該ヘッドを磁気ディスクの半径方向に駆動させる駆動コイルと、

前記駆動コイルと対向する位置に設けられた第1の永久磁石と、

前記駆動コイルと直交する方向に延在し、前記アームの回動軸と同心円状に設けられた円弧状の第2の永久磁石と、

前記第2の永久磁石に対向するよう駆動コイルと直交する向きで設けられアームの速度信号を出力する検出コイルと、

前記検出コイルに近接対向するように設けられ外部磁界からのノイズを検出する補償コイルと、

を有し、前記検出コイル又は補償コイル及び第2の永久磁石のいずれか一方をアームに取付け、いずれか他方を固定部に固着してなる磁気ディス

820

実開3−66573

(3) 実開平3－66573

公開実用平成 3－66573

ク用アクチュエータ。

3. 考案の詳細な説明

産業上の利用分野

本考案は磁気ディスク用アクチュエータに係り、特に磁気ヘッドを有するアームを回動させる際の速度検出及びそのノイズ除去を行なうよう構成した磁気ディスク用アクチュエータに関する。

従来の技術

従来より、磁気ディスク（以下ディスクという）に磁気ヘッド（以下ヘッドという）を浮動させて磁気記録・再生する磁気ディスク装置が知られている。この磁気ディスク装置には磁気ヘッドをディスク半径方向に駆動するアクチュエータが設けられている。又、ディスクの記録トラックにヘッドを高速、高精度に位置決めするには、ヘッド及びヘッドを支持するアームの位置及び速度を検出することが必要である。よって、従来はヘッドの速度検出手段として永久磁石とヨークよりなる磁気回路が固定部に設けられ、磁気回路の空隙部に挿入されアームの速度を検出する検出コイルがア

－ 2 －　　821

COR-ITC003559

ームに設けられ、アームの回動に伴う両者の相対変位により誘導された起電力が検出コイルに発生し、この検出コイルの両端の電位差が速度情報として得られる。

考案が解決しようとする課題

ところが、従来は検出コイルの近傍に駆動コイルが設けられており、主に駆動コイルから発生する磁界、及びディスク駆動用モータから漏洩する磁界、及び装置外部からの磁界が検出コイルを鎖交すると、検出コイルに誘導起電力が発生し、これがノイズとなり誤動作が発生してしまうといった課題があった。

このような課題を解決するため、夫々逆向きに巻回された補償コイルと検出コイルを近接させたままアームとともに揺動できるように取付けた磁気ディスク用アクチュエータが実開昭64-12480号公報により開示されている。

しかしながら、上記公報の磁気ディスク用アクチュエータは、検出コイルと補償コイルとが夫々逆向きに巻回され、且つ検出コイルと補償コイル

公開実用平成 3−66573

とがアームと一体的に動くため、検出コイルと補償コイルには夫々アームの回動により誘導される電圧成分とノイズにより誘導される電圧成分が検出コイルと補償コイルとが全く逆方向となる。そのため、上記従来のアクチュエータでは、検出コイルと補償コイルからの電圧を差動合成すれば速度から誘導された電圧成分が増幅されると共にノイズから誘導された電圧成分も増幅されてしまう。さらに、検出コイルの出力と補償コイルの出力とを加算合成してノイズ成分出力を無くそうとすると、速度成分出力も無くなってしまう。

従って、補償コイルと検出コイルとをアームとともに回動できるように設けた上記公報のアクチュエータは前記課題を解決できないばかりか上記問題を有しているため、実際の装置にそのまま使用することはできない。

そこで、本考案は上記課題を解決した磁気ディスク用アクチュエータを提供することを目的とする。

課題を解決するための手段

本考案は、一端にヘッドを有するアームの他端に設けられヘッドを磁気ディスクの半径方向に駆動させる駆動コイルと、駆動コイルと対向する位置に設けられた第1の永久磁石と、駆動コイルと直交する方向に延在し、アームの回動軸と同心円状に設けられた円弧状の第2の永久磁石と、第2の永久磁石に対向し、駆動コイルと直交する向きで設けられアームの速度を検出する検出コイルと、検出コイルに近接対向するように設けられ外部磁界からのノイズを検出する補償コイルと、を有し、検出コイル又は補償コイル及び第2の永久磁石のいずれか一方をアームに取付け、いずれか他方を固定部に固着してなる。

作用

検出コイル及び補償コイルが駆動コイルと直交する方向に設けられているので駆動コイルからの磁界は検出コイル、補償コイルと鎖交する成分が小さくなるので、誘導電圧が発生しにくく、さらに補償コイル又は検出コイル及び第2の永久磁石

(7) 実開平3－66573

公開実用平成 3－66573

の一方がアームに設けられ他方が固定部に設けられ、且つ両者が近接対向するように設けられているので外部磁界によるノイズのみを検出できる。よって、検出コイルで得られた出力のうちノイズにより誘導された電圧成分のみを除去して、アームの回動により誘導された電圧成分のみが得られる。

実施例

第１図に本考案になる磁気ディスク用アクチュエータの一実施例が適用された磁気ディスク装置を示し、第２図に本考案の要部を示す。

第１図において、ディスク１はベース（アルミ合金製）２の下面側に配されたモータ（図示せず）により定速回転する。３はアームで、軸４により回動自在に支承され、先端部にディスク１に摺動するヘッド５を有する。

６はアーム３及び駆動コイル１７，軸４よりなるアクチュエータで、ヘッド５はアクチュエータ６に駆動されて矢印Ａ方向に回動し、これによりアーム３先端のヘッド５はディスク１の半径方向

－ 6 －

825

COR-ITC003563

に移動して任意のトラックに対向する。

まず、アクチュエータ６の速度検出部について説明する。

第２図において、７は軸受、８は軸受支持用筒である。軸４及び軸受支持用筒８はベース２に固着されており、アーム３は軸受７を介して回転自在に支承されている。軸４の後方の円弧状の溝２ａの内壁には軟磁性材料からなるヨーク９が垂直方向に固着され、ヨーク９には永久磁石１０が固着されている。

又、ヨーク９と対向する溝２ａの内壁に設けられたヨーク１１には偏平型の補償コイル１２が固着されている。アーム３は軸４より後方に突出する後端部３ａと、後端部３ａより垂下方向の溝２ａ内に延出する支持部３ｂとを有する。

支持部３ｂは垂直方向に形成された永久磁石１０と補償コイル１２との間に介在し、永久磁石１０に対向する側面にアーム３及びヘッド５の回動速度を検出する偏平型の検出コイル１３が固着されている。すなわち、検出コイル１３はヨーク

9，永久磁石10，ヨーク11より形成される磁気回路の空隙部14に挿入され、アーム3の回動とともに検出コイル13がこの空隙部14の磁束を横切るように配設されている。又、上記ヨーク9，永久磁石10，ヨーク11，補償コイル12，検出コイル13は上方からみると夫々第3図に示すように円弧状に形成され、軸4を中心とした同心円状となるように配設されている。

次に、アクチュエータ6の駆動部について第2図及び第4図を用いて説明する。15は駆動側の永久磁石で、ベース2に設けられた下側ヨーク16の上面に固着されている。尚、永久磁石15は両端の夫々に異なる磁極があらわれるように着磁され、下側ヨーク16及び上側ヨーク18との組合せにより磁気回路が構成される。

17は偏平型の駆動コイルで、永久磁石15と近接対向するように水平方向に設けられ、アーム3の後端部3aの下面に固着されている。

そのため、駆動コイル17は永久磁石15と上側ヨーク18との間に形成される磁気回路の空隙

部19に介在する。

ここで、上記構成になるアクチュエータ6の動作について説明する。

上記駆動コイル17に電流を流すと、フレミングの左手の法則により、駆動コイル17に軸4を中心とする回転力が発生する。これにより、アーム3は矢印A方向に回動し、アーム先端のヘッド5がディスク1上を移動する。

尚、アーム3の回転方向の切換えは駆動コイル17へ流す電流の向きを反転させることにより行なう。

このようにして、アーム3が軸4を中心に回動すると、アーム3の後端部3aより垂下方向に突出する支持部3bに設けられた検出コイル13も回動し、永久磁石9の磁束を横切る。よって、検出コイル13にはアーム3の速度に比例し、回転方向に対応した誘導電圧が発生する。

同時に検出コイル13においては、第5図(A)に示すような出力電圧が得られる。即ち、アーム3が前述の原理により時間$T_1$の間回動すると、

誘導電圧が検出コイル13に発生する。

一方、補償コイル12は第5図（B）に示すようにベース2側の固定部に設けられているので誘導電圧が発生しない。

ところが、時間$T_2$の間は例えば駆動コイル17等からの外部磁界により、検出コイル13，補償コイル12に鎖交する磁束が変化するので、検出コイル13，補償コイル12には誘導電圧$e_1$，$e_2$が発生する。

尚、本実施例では駆動コイル17が水平方向に配設されているのに対し、検出コイル13，補償コイル12が駆動コイル17と直交する垂直方向に設けられているので、駆動コイル17からの磁界は検出コイル13，補償コイル12に鎖交する成分が少ないので、誘導電圧$e_1$，$e_2$は極めて小さい。

検出コイル13，補償コイル12の出力電圧は、第6図に示す回路で合成され速度信号となって出力される。第6図において、検出コイル13，補償コイル12の出力は微小信号であるので、増幅

器20．21により増幅される。尚、増幅器20．21は端子23．24における誘導電圧$e_1$，$e_2$が等しくなるようにその増幅度が決定される。

そして、増幅器20．21からの出力は差動増幅器22により、第5図（C）に示すようにノイズ成分$e_1$，$e_2$が打ち消され、差動増幅器22からの合成出力はアーム3の回動により発生した誘導電圧成分のみとなる。

又、本実施例では第2図に示すように検出コイル13と補償コイル12とが近接配置されているので、ノイズ成分としての誘導電圧$e_1$，$e_2$が略等しい。そのため、第6図の増幅器20．21を省略して第7図に示すような回路構成としても良い。第7図の場合、検出コイル13と補償コイル12とを直列接続することでもノイズ成分を打ち消すことができる。但し、第7図の回路構成の場合、誘導電圧$e_1$，$e_2$の極性が逆になるように検出コイル13，補償コイル14を差動増幅器22と接続する必要がある。

又、第8図に応用例を示す。第8図中、補償コ

イル１２は永久磁石１０の外周に設けられ、換言すれば補償コイル１２の中空部に永久磁石１０が位置している。そのため、ヨーク９，永久磁石１０，ヨーク１１により形成される磁気回路のギャップ長さを小さくできる。その結果、空隙部１４に発生する磁束を大きくでき、検出コイル１３の出力を効率よく取り出せる。又、上記空隙部１４に第２図の場合と同じ大きさの磁束を発生させるならば磁気回路を小形化することができる。

尚、上記実施例ではベース２をアルミニウム合金で形成したが、ベース２を軟磁性材料で形成してベース２がヨーク９，１１を兼ねるようにしても良い。又、アルミニウム合金を用いる場合ダイカスト製にすれば量産に有利である。また永久磁石と駆動コイル、検出コイルの位置関係は、永久磁石の作る磁界をコイルが横切る位置関係であればよいので、本実施例と逆の配置でもよい。また検出コイルの横切る磁界をあまり強くする必要が無い場合、検出コイルに対向する永久磁石はフェライト磁石でもよく、更にヨーク１１′を無くし

COR-ITC003569





て補償コイル１２をベース２へ直接固着してもよい。

本実施例では、検出コイルに対向する永久磁石を２個使用しているが、１個の永久磁石で多極着磁したものでも、単極着磁したものでもよい。また駆動コイルに対向する永久磁石は２個に分割してもよく、また駆動コイルの上下に配置してもよい。

又、本実施例では、検出コイルが摺動し、永久磁石、補償コイルがベースに固着されていたが、検出コイルが永久磁石の作る磁界を横切り、なおかつ永久磁石と補償コイルの相対速度が零であればよいので、例えば、永久磁石と補償コイルをアーム側に設け、検出コイルをベース等に固着するようにしてもよい。

考案の効果

上述の如く、本考案になる磁気ディスク用アクチュエータは、駆動コイルに対して検出コイル、補償コイルを直交する向きに配設しているため、検出コイルより出力されたアームの速度信号のノ

イズレベルを低減でき、トラッキング制御の精度が高まり磁気記録再生時の信頼性を高めることができる。又、検出コイルと補償コイルとを近接対向させているので、検出コイルと補償コイルとのノイズレベルを略同等にすることができ、そのため補償回路を簡略化して小形化及び高機能化を図れる。さらに、検出コイルまたは補償コイルのいずれか一方を固定部に設けるため、補償コイルに発生する起電力はノイズ成分のみとなり、検出コイルの出力と合成することによりノイズ成分を完全に除去することができ、その結果合成出力が速度成分のみになり、トラッキング制御を高精度且つ高速度で行なうことができる等の特長を有する。

4. 図面の簡単な説明

第1図は本考案になる磁気ディスク用アクチュエータの一実施例が適用された磁気ディスク装置の平面図、第2図は本考案の要部を説明するための縦断面図、第3図は第2図中Ⅲ－Ⅲ線に沿う横断面図、第4図は第2図中矢印B方向からの矢視図、第5図（A）,（B）,（C）は夫々検出コ

イルの出力電圧、補償コイルの出力電圧、検出コイルと補償コイルとの合成出力電圧を説明するための線図、第6図は補償回路の回路図、第7図は第6図の回路を簡略化した場合の回路図、第8図は本考案の応用例の縦断面図である。

1…ディスク、2…ベース、3…アーム、4…軸、5…ヘッド、6…アクチュエータ、9，11…ヨーク、10，15…永久磁石、12…補償コイル、13…検出コイル、16…下側ヨーク、17…駆動コイル、18…上側ヨーク、20，21…増幅器、22…差動増幅器。

実用新案登録出願人　ティアック株式会社

代　理　人　弁理士　伊　東　忠　彦

同　弁理士　松　浦　兼　行

公開実用平成 3−66573

第1図

835

実開3-66573

代理人弁理士 伊東忠彦
(ほか一名)

(18) 実開平3−66573

第 2 図

18
17
3a
3b
7
8
4
3
19
8
15
16
2
11
2a
14
10
9
12
13
III

第 3 図

12
13
10
9
2
3
4
8
9
10
11
2a
3b
S
N

836
実開3−66573

代理人弁理士 伊 東 忠 彦
(ほか一名)

COR-ITC003574

(19) 実開平3－66573

公開実用平成 3－66573

第 4 図

19
17
3a
18
S
N
15
16

第 5 図（その1）

（A）検出コイル出力電圧

出力電圧
基準電圧
e1
T1
T2
時間

（B）補償コイル出力電圧

出力電圧
基準電圧
e2
T1
T2
時間

837

代理人弁理士 伊 東 忠 彦

COR-ITC003575

(20) 実開平3－66573

第5図（その2）

(C) 合成出力電圧
出力電圧
基準電圧
時間
T1
T2

第6図

23
R
20
22
13
25
12
21
24

838
実開3-66573

代理人弁理士 伊東忠彦
(ほか一名)

COR-ITC003576

(21) 実開平3−66573

公開実用平成 3−66573

第 7 図

R
22
R
13
25
R
12
R

第 8 図

17
18
3a
3b
7
8
4
3
19
15
16
2
11
2a
14
13
12
10
9

839

代理人弁理士 伊東忠彦
(ほか一名)

COR-ITC003577

15

US005214552A

# United States Patent [19]

Haga

[11] Patent Number: 5,214,552

[45] Date of Patent: May 25, 1993

[54] ACTUATOR FOR MOVING RECORDING HEAD AND METHOD FOR PRODUCING THE SAME

[75] Inventor: Yosuke Haga, Tokyo, Japan

[73] Assignee: Teac Corporation, Japan

[21] Appl. No.: 641,525

[22] Filed: Jan. 15, 1991

[30] Foreign Application Priority Data

Jan. 16, 1990 [JP] Japan .............................. 2-2569[U]

[51] Int. Cl.$^5$ ........................ G11B 5/48; G11B 21/16

[52] U.S. Cl. ...................................... 360/106; 360/104

[58] Field of Search ........... 360/105, 106, 104, 97.01, 360/104

[56] References Cited

U.S. PATENT DOCUMENTS

4,713,703 12/1987 Asano .......................... 360/106 X
4,965,684 10/1990 Stefansky ...................... 360/105 X
4,984,115 1/1991 Takahashi et al. ............. 360/99.08
5,027,242 6/1991 Nishida et al. .................. 360/106
5,161,077 11/1992 Jabbari ............................ 360/106

*Primary Examiner*—John H. Wolff
*Attorney, Agent, or Firm*—Andrus, Sceales, Starke & Sawall

[57] ABSTRACT

An actuator for moving a recording head in a radial direction of a recording disc includes a first member and a second member. The first member has a first actuator body and a driving coil adhered to said first actuator body by a adhesive, and the second member has a second actuator body and a bearing mechanism which is provided to said second actuator body. The recording head is mounted on at least either said first actuator body or the second actuator body, and said first member and the second member pivot on said shaft which is fixed on a base and is engaged with said bearing mechanism of said second member due to an operation of said driving device of said first member so that the recording head is moved in the radial direction of said recording disc. In the production of the actuator, the first member and the second member separately produced and then the first member and second member integrated with each other.

9 Claims, 5 Drawing Sheets

U.S. Patent May 25, 1993 Sheet 1 of 5 5,214,552

2a
2
2c
7
8
5
5
1
2b
3
4
6

FIG.1 (PRIOR ART)

COR-ITC023534

U.S. Patent May 25, 1993 Sheet 2 of 5 5,214,552

FIG. 2

15
13
A
11(1),11(2)
24
12
14
25
17

COR-ITC023535

U.S. Patent     May 25, 1993     Sheet 3 of 5     5,214,552



FIG.3

COR-ITC023536



U.S. Patent May 25, 1993 Sheet 4 of 5 5,214,552

FIG.4
15
16a~16d
13A2
13
30
14
30
13A
30
13A3
17

COR-ITC023537



U.S. Patent May 25, 1993 Sheet 5 of 5 5,214,552

13B3
13B4
13A2
13A5
13B6
13B7
13B2
13A6
23
13B5
13A1
19c
21
19
13A
13B1
19b
18
13B2
19a
13B
22
13A4
17
13A3

FIG.5

COR-ITC023538

## ACTUATOR FOR MOVING RECORDING HEAD AND METHOD FOR PRODUCING THE SAME

### BACKGROUND OF THE INVENTION

The present invention generally relates to an actuator for moving a recording head and a method for producing the same, and more particularly to an actuator for moving a recording head, such as a magnetic head, which writes information on a disc recording medium, such as a magnetic disc, and/or reads the information therefrom and a method for producing the same.

For example, in a magnetic disc apparatus having a magnetic disc, such as a hard disc, in which information is stored, a pivoting type actuator moves a magnetic head in a radial direction of the magnetic disc. The magnetic head is located adjacent to the surface of the magnetic disc so as to write the information on the magnetic disc and/or read the information therefrom. The structure of this type of actuator is shown in FIG. 1. In FIG. 1, an actuator 1 has an actuator body 2, a driving coil 3 and a permanent magnet 4. A front end portion 2a of the actuator body 2 is provided with an arm (not shown in FIG. 1) having the magnetic head and rear end portion 2b of the actuator body 2a is provided with the driving coil 3. The driving coil 3 is adhered to the rear end portion 2b of the actuator body 2. A concave portion 2c is formed on an medium portion of the actuator body 2. Bearings 5 are engaged with the concave portion 2c. The permanent magnet 4 is fixed on the surface of a base 6 so that the driving coil 3 adhered to the actuator body 2 and the permanent magnet 4 are opposite to each other. A shaft 7 is pressed and fitted in a depression formed on the base 6 so that the shaft 7 projects from the base 6. The shaft 7 is engaged with a cylindrical supporting member 8 and the cylindrical supporting member 8 is engaged with the bearings 5 provided in the concave portion 2c of the actuator body 2. That is, the cylindrical supporting member 8 is put between the shaft 7 and the bearings 5 so as to rotatably support the actuator body 2. Therefore, the actuator body 2 is pivoted on the shaft 7 so that the magnetic head integrated with the actuator body 2 is moved in the radial direction of the magnetic disc.

In the actuator described above, the driving coil 3 is adhered to the rear end portion 2b of the actuator body 2 by an adhesive such as an UV hardening adhesive which is hardened adhesive when the UV hardening is subjected to an ultraviolet (UV) ray. When the adhesive is chemically changed, a gas is generated from the adhesive. Therefore, the magnetic disc can be corroded by the gas generated from the adhesive.

Thus, the actuator described above is produced as follows.

The driving coil 3 is adhered to the actuator body 2 by the UV hardening adhesive, and then the ultraviolet ray is applied to the UV hardening adhesive between the driving coil 3 and the actuator body 3 so that the UV hardening adhesive is cured. After that, the driving coil 3 and the actuator 2 integrated with each other are heated so that the gas is forcefully generated from the UV hardening adhesive. That is, a gas removing process in which the gas is forcefully generated from the UV hardening adhesive is performed. After the gas removing process is completed, the actuator body 2 is engaged with the cylindrical supporting member 8.

However, if the actuator body 2 is heated after the bearings 5 are pressed and fitted in the concave portion 2c of the actuator body 2, a quality of a grease with which the bearings 5 is filled deteriorates. Thus, the gas removing process in which the actuator body 2 and the driving coil 3 are heated must be performed before the bearings 5 are mounted in the concave portion 2c of the actuator body 2. That is, first, the driving coil 3 is adhered to the actuator body 2, second the driving coil 3 and the actuator body 2 are heated in the gas removing process, and third, the bearings 5 are mounted in the concave portion 2c of the actuator body 2.

In the conventional method for producing the actuator 1, as has been described above, it is impossible to assemble the actuator body 2, the driving coil 3 and the bearings 5 in one production process. That is, it is impossible to efficiently assemble the actuator body 2, the driving coil 3 and the bearings 5, so that the cost for the production of the actuator 1 is increased.

### SUMMARY OF THE INVENTION

Accordingly, a general object of the present invention is to provide a novel and useful actuator for moving a recording head and a method for producing the same in which the disadvantages of the aforementioned prior art are eliminated.

A more specific object of the present invention is to provide an actuator for moving a recording head in which it is possible to efficiently assemble the actuator.

The above objects of the present invention are achieved by an actuator for moving a recording head in a radial direction of a recording disc, the recording head writing information on the recording disc and/or reading the information therefrom, the actuator comprising: a first member having a first actuator member and a driving device adhered to the first actuator member by an adhesive, the first actuator member having a first engagement portion; and a second member having a second actuator member and a bearing mechanism which is provided to the second actuator member and engaged with a shaft member fixed on a base, the second actuator member having a second engagement portion which is engaged with the first engagement portion of the first actuator member so that the first member and the second member are integrated with each other, wherein the recording head is mounted on at least either the first actuator member or the second actuator member, and wherein the first member and second member pivot on the shaft member engaged with the bearing mechanism of the second member due to an operation of the driving device of the first member so that the recording head is moved in the radial direction of the recording disc.

The above objects of the present invention are also achieved by a method for producing an actuator for moving a recording head in a radial direction of a recording disc, the recording head writing information on the recording disc and/or reading the information therefrom, the method comprising the following steps (a) through (c) of: (a) forming a first member having a first actuator member and a driving device, the first actuator member having a first engagement portion, the step (a) comprising the sub-steps of adhering the driving device to the first actuator member by an adhesive, and heating the first actuator member and the driving device adhered to the first actuator member so that a gas is forcefully generated from the adhesive, so that the first member is formed; (b) providing a bearing mechanism to a second actuator member having a second

engagement portion, so that the second actuator member and the bearing mechanism are formed into a second member; and (c) engaging the first engagement portion of the first actuator member and the second engagement portion of the second actuator member with each other so that the first member and the second member are integrated with each other, wherein the recording head is mounted on at least either the first actuator member or the second actuator member, and wherein the bearing mechanism of the second member is engaged with a shaft member fixed on a base, and the first member and second member pivot on the shaft member engaged with the bearing mechanism of the second member due to an operation of the driving device of the first member so that the recording head is moved in the radial direction of the recording disc.

Additional objects, features and advantages of the present invention will become apparent from the following detailed description when read in conjunction with the accompanying drawings

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a longitudinal sectional view showing a structure of a conventional actuator for moving a recording head;

FIG. 2 is a plan view showing a magnetic disc apparatus having an actuator according to an embodiment of the present invention;

FIG. 3 is a longitudinal sectional view showing a detailed structure of the actuator shown in FIG. 2;

FIG. 4 is a plan view showing the actuator; and

FIG. 5 is an exploded sectional view illustrating a method for assembling the actuator according to an embodiment of the present invention.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

A description will now be given of an embodiment of the present invention with reference to FIGS. 2 through 5.

Referring to FIG. 3, which shows a magnetic disc apparatus having an actuator for moving a magnetic head, a first disc 11(1) and a second disc 11(2) are located so as to be stacked at intervals above a base 12 formed of aluminum alloy. A driving motor (not shown in FIG. 3) is located under the base 12 so that the driving motor rotates the first and second discs 11(1) and 11(2). An actuator 13 is supported by a bolt 14 so as to pivot on the bolt 14. Magnetic heads 15 are provided on a front end of the actuator 13 so that each of the magnetic heads 15 is located adjacent to the surface of one of the first and second discs 11(1) and 11(2). When the actuator 13 pivots on the bolt 14, the magnetic heads 15 are moved in a direction indicated by an arrow A shown in FIG. 2. That is, the magnetic heads 15 are moved in the radial direction of each of the first and second discs 11(1) and 11(2) by the actuator 13.

A detailed description will now be given of the structure of the actuator 13 described above with reference to FIGS. 3 through 5.

Referring to FIGS. 3 through 5, which show the detailed structure of the actuator 13, the actuator 13 has a first actuator body 13A and a second actuator body 13B. A through hole 13A1 is formed on an median portion of the first actuator body 13A. A mounting portion 13A2 is formed on an front end portion of the first actuator body 13A. A head arm 16a is fixed on the mounting portion 13A2 of the first actuator body 13A. The magnetic head 15 is provided on a front end of the head arm 16a. The magnetic head 15 faces the obverse of the first magnetic disc 11(1). A driving coil 17 is adhered to a rear end portion 13A3 of the first actuator body 13A by the UV hardening adhesive. The first actuator body 13A also has an extension portion 13A4 projecting from a portion between the rear end portion of the actuator body 13A3 and the median portion thereof. A detecting coil 18 for detecting the moving speed of the magnetic heads 15 is adhered to the extension portion 13A4 of the first actuator body 13A, in the same manner as the driving coil 17.

The second actuator body 13B has a cylinder member 13B0. The outer surface of the cylinder member 13B0 has an engagement surface 13B1 and a supporting surface 13B2. The engagement surface 13B1 is formed between the top surface of the cylinder member 13B0 and the supporting member, and the top surface of the cylinder member 13B0, the engagement surface 13B1 and the supporting surface 13B2 are continuous. The supporting surface 13B2 is parallel to the top surface of the cylinder member 13B0 and projects from the engagement surface 13B1. The distance between the top surface of the cylinder member 13B0 and the supporting surface 13B2 is substantially equal to the length of the through hole 13A1 of the first actuator body 13A. The engagement surface 13B1 of the cylinder member 13B0 is engaged with the through hole 13A1 of the first actuator body 13A and the supporting surface 13B2 of the cylinder member 13B0 supports the first actuator body 13A. Since the distance between the top surface of the cylinder member and the supporting surface 13B2 is substantially equal to the length of the through hole 13A1 of the first actuator body 13A, the cylinder member 13B0 is not projected from the surface of the first actuator body 13A.

The second actuator body 13B also has two mounting members 13B3 and 13B4. Each of the mounting members 13B3 and 13B4 projects from the outer surface of the cylinder member 13B0 so as to be parallel to each other. On the mounting member 13B3, two head arms 16b and 16c are fixed so as to be stacked at predetermined interval. Magnetic heads 15 are mounted on the head arms 16b and 16c so that the magnetic head mounted on the head arm 16b faces the reverse of the first magnetic disc 11(1) and the magnetic head mounted on the head arm 16c faces the observe of the second magnetic disc 11(2). On the mounting member 13B4, a head arm 16d is fixed so as to be parallel to the head arms 16b and 16c fixed on the mounting portion 13B3. A magnetic head 15 is mounted on the head arm so as to face the reverse of the second magnetic disc 11(2). A bearing through hole 13B5 is formed on the inside of the cylindrical member 13B0. A first bearing 21 is pressed and fit in the top portion of the bearing through hole 13B5 and a second bearing 22 is pressed and fitted in the bottom portion of the bearing through hole 13B5. A coil spring 23 is provided between the first bearing 21 and the second bearing 22 so that the spring 23 prevents the first and second bearings 21 and 22 from sliding in the bearing through hole 13B5 of the second actuator body 13B.

A cylindrical supporting member 19 has an engagement portion 19a and a flange 19b. The engagement portion 19a of the cylindrical supporting member 19 is engaged with the first and second bearings 21 and 22 and the flange 19b is engaged with a mounting hole 12a formed on a base 12. Thus, the second actuator body

13B is supported, by the cylindrical supporting member 19, so as to be capable of pivoting on the cylindrical supporting member 19. A mounting through hole 19c is formed on the inside of the cylindrical supporting member 19, and a bolt 14 is inserted into the mounting through hole 19c and engaged with a tapped hole 12a1 formed on the mounting hole 12a so that the cylindrical supporting member 19 is completely fixed to the base 12 by the bolt 14.

A lower yoke 25 and a permanent magnet 24 are stacked on the base 12 so that the permanent magnet 24 faces the rear end portion 13A3, on which the driving coil 17 is adhered, of the first actuator body 13A. An upper yoke 26 is provided above the driving coil 17. The lower yoke 25, the upper yoke 26 and the permanent magnet 24 form a magnetic circuit. A groove 12b is formed on the base 12, and the end of the extension portion 13A4 is positioned in the groove 12b. The groove 12b has a circular arc shape corresponding to a locus of the extension portion 13A4 which is formed when the first actuator body 13A is rotated. Yokes 27 and 29 are provided on inner walls of the groove 12b so as to be opposite to each other. A permanent magnet 27 is provided on the yoke 28 so as to face the detecting coil 18 fixed to the extension portion 13A4 of the first actuator body 13A. That is, the detecting coil 18 is moved between the permanent magnet 28 and the yoke 29. Therefore, the detecting coil 18 generates an induced electromotive force corresponding to a moving speed of the actuator 13 (the magnetic heads 15). The moving speed of the magnetic heads 15 is detected on the basis of the induced electromotive force generated by the detecting coil 18.

A description will now be given of a production process of the actuator 13 described above.

First, in the second actuator body 13B, the bearings 21 and 22 are pressed and fitted in the bearing through hole 13B5 of the second actuator body 13B and the supporting member 19 is engaged with the bearings 21 and 22. The head arms 16b through 16d are mounted on the second actuator body 13B.

Next, in the first actuator body 13A, the driving coil 17 is adhered to the rear end portion 13A3 of the first actuator body 13A by the UV hardening adhesive and the detecting coil 18 is adhered to the extension portion 13A4 thereof in the same manner as the driving coil. And then, the UV hardening adhesive is subjected to the ultraviolet (UV) ray, so that the UV hardening adhesive is hardened. After that, the first actuator body 13A provided with the driving coil 17 and the detecting coil 18, as shown in FIG. 5, is heated. The UV hardening adhesive is chemically changed and the gas is forcefully generated from the UV hardening adhesive and removed.

Next, the engagement surface 13B1 of the second actuator body 13B is engaged with the through hole 13A1 of the first actuator body 13A and a bottom surface 13A6 of the first actuator body 13A comes in contact with the supporting surface 13B2 of the second actuator body 13B. Thus, the first actuator body 13A is supported by the supporting surface 13B2 of the second actuator body 13B. And then, a locating rod (not shown in FIG. 3) is made to pass through a locating hole 13A5 formed on the mounting portion 13A2 of the first actuator body 13A and locating holes 13B3 and 13B4 formed on the mounting portions 13B6 and 13B7 of the second actuator body 13B, so that the first actuator body 13A and the second actuator body 13B are located with respect to each other. After that, the first actuator body 13A and the second actuator body 13B are fixed to each other by three screws 30 as shown in FIG. 4. As a result, the first actuator body 13A and the second actuator 13B are integrated with each other. The screws 30 are provided to the actuator 13 so that the center of gravity of the three screws 30 is the center of the rotation of the actuator 13. And then the head arm 16a is fixed on the mounting portion 13A1 of the first actuator body.

After that, the second actuator body to which the bearings 21 and 22 and the supporting member 19 are provided is mounted on the base 12, as shown in FIG. 3. That is, the flange 19a of the supporting member 19 is engaged with the mounting hole 12a formed on the base 12, and the supporting member 19 is completely fixed on the base 12 by the bolt 14.

According to the embodiment described above, the first actuator body 13A provided with the driving coil 17 and the second actuator body 13B provided with the bearings 21 and 22 can be separately produced, so that even if the first actuator body is heated to make the gas forcefully generate from the adhesive for adhering the driving coil 17 to the first actuator body, the quality of the grease with which the bearings are filled can be prevented from deteriorating. Thus, it is possible to successively perform a process where the driving coil 17 is adhered to the first actuator body 13A and a process where the bearings 21 and 22 filled with the grease are provided to the second actuator body 13B.

In addition, the cylinder member 13B0 of the second actuator 13B in which the bearings 21 and 22 are housed is engaged with the through hole 13A1 of the first actuator body 13A so that the actuator 13 is formed. Thus, the thickness of the actuator 13 can be as small as possible in the state where the distance between the bearings 21 and 22 is as great as possible. That is, the thickness of the magnetic disc apparatus having the actuator 13 described above can be smaller than that of the conventional magnetic disc apparatus

The present invention can be also applied to the magnetic disc apparatus having flexible discs for recording the information.

The present invention is not limited to the aforementioned embodiment, and variations and modifications may be made without departing from the scope of the claimed invention.

What is claimed is:

1. An actuator for moving a recording head in a radial direction of a recording disc, said recording head writing information on said recording disc and/or reading the information therefrom, said actuator comprising:

a first member having,

a first actuator member and a driving device adhered to said first actuator member by an adhesive, said first actuator member having a first engagement portion; and

a second member having,

a second actuator member and a bearing mechanism which is provided to said second actuator member and engaged with a shaft member fixed on a base, said second actuator member having a second engagement portion which is engaged with said first engagement portion of said first actuator member so that said first member and said second member are integrated with each other,

wherein at least one recording head is mounted on said second actuator member, and wherein said

first member and second member pivot on said shaft member engaged with said bearing mechanism of said second member due to an operation of said driving device of said first member so that the recording head is moved in the radial direction of said recording disc.

2. An actuator as claimed in claim 1, wherein said first engagement portion has a through hole formed on said first actuator member, said second actuator member has a cylinder member in which said bearing mechanism is provided, and said second engagement portion has an engagement surface and a supporting surface which are formed on an outer surface of said cylinder member, and wherein said engagement surface of said cylinder member is engaged with said through hole formed on said first actuator member and said first actuator member is supported by said supporting surface of said cylinder member.

3. An actuator as claimed in claim 2, wherein the length of said through hole formed on said first actuator member is substantially equal to the length of a part of cylinder member which is covered by said engagement surface.

4. An actuator as claimed in claim 2, wherein said bearing mechanism has two bearings and a coil spring, and wherein said bearings are inserted in said cylinder member and said coil spring is provided between said bearings so that said coil spring prevents the bearings from sliding in the cylinder member.

5. An actuator as claimed in claim 1, wherein said first member has an extension portion formed on said first actuator member and a detecting device for detecting a moving speed of said recording head, said detecting device being provided to said extension portion.

6. An actuator as claimed in claim 5, wherein said detecting device is adhered to said extension portion of said first actuator member by an adhesive.

7. A method for producing an actuator for moving a recording head in a radial direction of a recording disc, said recording head writing information on said recording disc and/or reading the information therefrom, said method comprising the following steps (a) through (c) of:

(a) forming a first member having a first actuator member and a driving device, said first actuator member having a first engagement portion, said step (a) comprising steps of

adhering said driving device to said first actuator member by an adhesive, and

heating said first actuator member and said driving device adhered to said first actuator member so that a gas is forcefully generated from said adhesive,

so that said first member is formed;

(b) providing a bearing mechanism to a second actuator member having a second engagement portion, so that said second actuator member and said bearing mechanism are formed into a second member; and

(c) engaging said first engagement portion of said first actuator member and said second engagement portion of said second actuator member with each other so that said first member and said second member are integrated with each other,

wherein at least one recording head is mounted on said second actuator member, and wherein said bearing mechanism of said second member is engaged with a shaft member fixed on a base, and said first member and second member pivot on said shaft member engaged with said bearing mechanism of said second member due to an operation of said driving device of said first member so that the recording head is moved in the radial direction of said recording disc.

8. A method as claimed in claim 7, wherein said adhesive for adhering said driving device to said first actuator member is a UV hardening adhesive which is hardened when the UV hardening adhesive is subjected to an ultraviolet ray, and wherein said step (a) further comprises a step of subjecting said UV hardening adhesive to the ultraviolet ray before the step of heating said first actuator member and said driving device.

9. An actuator for moving a recording head in a radial direction of a recording disc, said recording head writing information on said recording disc and/or reading the information therefrom, said actuator comprising:

a first member having,

a first actuator member and a driving device mounted on said first actuator member, said first actuator member having a first engagement portion;

a second member having,

a second actuator member provided with a second engagement portion which is engaged with said first engagement portion of said first actuator member so that said first member and said second member are integrated with each other; and

at least one recording head mounted on said second actuator member,

wherein said first member and second member are rotatably supported by a supporting mechanism, and due to an operation of said driving device of said first member, the recording head is moved in the radial direction of said recording disc.

* * * * *

16

(19) Japan Patent Office (JP)

(12) Laid Open Patent Application Publication (A)

(11) Patent Application Publication No.

H6-76499

(43) Publication date: March 18, 1994

| (51) Int. Cl.[4] | Identification symbol | Internal reference No. | FI |
|---|---|---|---|
| G 11 B21/02 | K | 8425-5D | |
| | | Space for a technology display | |

Examination request: Not requested Number of Claims: 1 (Total of 5 pages)

(21) Application No.: H4-241357

(22) Application Date: August 18, 1992

(71) Applicant: 000002185
Sony Corporation.
7-35, Kita-shinagawa 6-chome
Shinagawa-ku, Tokyo

(72) Inventor: Takeshi Kubo
c/o Sony Corporation.
7-35, Kita-shinagawa 6-chome
Shinagawa-ku, Tokyo

(72) Inventor: Hiroshi Souda
c/o Sony Corporation.
7-35, Kita-shinagawa 6-chome
Shinagawa-ku, Tokyo

(74) Agent: Patent Attorney, Yoshio Inamoto

(54) Invention Title: Disk Device

(57) Summary:

[Purpose]

To providc a low-cost disk device which does not cause static friction when an arm starts to rotate.

[Constitution]

Hinge type arm support body 18 is fixed inside hub section 4 of arm 2, and hub scction 4 and support body 18 are connected with thin flat plate-like hinge members 20 and 22.



What is claimed is:

Claim 1: A disk device in which an arm which supports a head rotates and thereby the aforementioned head is placed at a required position on a disk,

wherein a fixed member is provided inside a hub section of the aforementioned arm, and the aforementioned hub section and the aforementioned fixed member are connected with a hinge member.

Detailed Explanation of the Invention

[0001]

[Field of Industrial Application]

The present invention pertains to a disk device which places a head at a required position on a disk by rotating an arm which supports the head.

[0002]

[Prior Art Technology]

Figure 4 depicts one example of a conventional magnetic hard disk device, and Figures 5 and 6 are a plain view and a side view, respectively, that depict a conventional rotary actuator assembly of Figure 4. One end of suspension 8 is fixed to installation area 6 of rigid arm 2 of rotary actuator assembly 100. Slider 12, including a magnetic head, is provided on the other end of suspension 8 through flexure 10. Hub section 4 of rigid arm 2 is provided rotatably through roller bearing 40 against fixed shaft 16. VCM (Voice Coil Motor) coil 24 is provided on a part which is formed integrally with hub section 4 of rigid arm 2 and extends to the opposite side of suspension 8 against fixed shaft 16. Arm 2 rotates on a central axis of fixed shaft 16 by the driving force of VCM coil 24C and places slider 12 including the magnetic head at a required position on magnetic hard disk 30.

[0003]

[Issues to be resolved by the Invention]

The conventional magnetic hard disk device mentioned above rotates arm 2 utilizing roller bearing 40, in other words a ball bearing, as a rotating supporting system, and hence, the following problems exist.

(1) A ball bearing is expensive, and hence, cost will be higher.

(2)     When VCM starts to run, in other words when an arm starts to rotate, static friction is caused between a ball, a retainer, an inner race and an outer race of a bearing and an enclosure grease, and thus a dead zone exists at a low area and a problem occurs with the control in the direction of a track.

(3)     With the reason mentioned above in (3), a head goes off track with a narrow track pitch, and realization of a record with higher density is hindered.

[0004]

The present invention was conceived in view of the situations as above, and its purpose is to provide a low-cost disk device which does not cause static friction when an arm starts to rotate.

[0005]

[Means to resolve the issues]

The disk device of the present invention is a disk device which places a head (for example, a magnetic head included in slider 12 in the embodiment) at a required position on a disk (for example, magnetic hard disk 30 in the embodiment) by rotating an arm which supports the head, in which a fixed member (for example, hinge type arm support body 18 in the embodiment) is provided inside a hub section of the arm (for example, hub section 4 in the embodiment), and the hub section and the fixed member are connected with hinge members (for example, thin flat plate-like hinge members 20 and 22 in the embodiment).

[0006]

[Operation]

With a disk device of the present invention, which has the structure mentioned above, hinge members become a fulcrum when an arm rotates, and hence, static friction is not generated.

[0007]

[Embodiments]

Figure 1 is a diagrammatic perspective view which depicts a structure of an example where the present invention is applied to a magnetic hard disk device. Figures 2 and 3 are a plain view and a side view, respectively, that depict a rotary actuator

assembly of the example in Figure 1. One end of suspension 8 is fixed to installation area 6 of rigid arm 2 of rotary actuator assembly 1. Slider 12 including a magnetic head is provided on the other end of suspension 8 through flexure 10.

[0008]

A cylindrical hinge type arm support body 18 is fixed to a base (which is not shown in the figures) by constrictive bolt 16A inside a hub section 4 of rigid arm 2. Hinge type arm support body 18 is placed in such a way that its center corresponds to a longitudinal central axis of rotary actuator assembly 1. Moreover, hub section 4 and hinge type arm support body 18 have such dimensions and shapes that a predetermined gap between them will be formed. Hub section 4 of arm 2 and hinge type arm support body 18 are connected with thin flat plate-like hinge members 20 and 22. Ends of thin flat plate-like hinge members 20 and 22 are fixed to hub section 4 of arm 2 and hinge type arm support body 18 in such a way that they are placed on the symmetric position with each other corresponding to the longitudinal central axis of rotary actuator assembly 1. Thin flat plate-like hinge members 20 and 22 are constituted in such a way that the rigidity of the direction along the longitudinal central axis of rotary actuator assembly 1 becomes high and the rigidity of the direction perpendicular to the direction along the longitudinal central axis of rotary actuator assembly 1, in other words the rigidity of the rotation direction of arm 2 by the driving force of VCM (Voice Coil Motor) coil 24 which will be described later becomes low.

[0009]

VCM coil 24 is provided on a part which is integrally formed with hub section 4 of rigid arm 2 and which extends on the opposite side of suspension 8 for hinge type arm support body 18. Thin flat plate-like hinge members 20 and 22 are folded by the driving force of VCM coil 24, and thus arm 2 rotates and slider 12 including a magnetic head is placed at a required position on magnetic hard disk 30.

[0010]

Fulcrums of the rotation of arm 2 are thin flat plate-like hinge members 20 and 22, and hence, static friction will not be generated and dead zone will not exist.

[0011]

In general, for a 2.5 inch hard disk drive, an angle of the rotation of arm 2 is approximately 20 degrees.   Even in the case of a drive with a smaller diameter than this, a rotation angle of 10 to 15 degrees is sufficient. As long as the angle of the rotation of arm 2 is within this range, a ball bearing is not always necessary, and hinge type arm support body 18 and thin flat plate-like hinge members 20 and 22 mentioned above are sufficient. Therefore, an example of the present invention is able to lower the cost of a hard disk drive.

[0012]
Furthermore, in the example mentioned above, an arm which supports a head is arranged above the magnetic disk, but the present invention is not limited to this, and is also applicable to a case in which an arm is arranged below the magnetic disk.

[0013]
Moreover, the present invention is applicable not only to a case in which there is one disk, but also to a case in which there are multiple disks.

[0014]
In addition, the present invention is not only applicable to a magnetic disk, but also applicable to an optical disk and a magnetic optical disk.

[00015]
[Advantages of the Invention]
According to a disk device of the present invention, a hub section of an arm and a fixed member are connected with hinge members, and hence, the hinge members will be fulcrums when the arm rotates.   Thus, static friction will not be generated, and therefore, a dead zone will not exist.   In addition, hinge members maintain an arm, and hence, it is able to lower costs and is easy to make the device thinner.

[Brief Explanation of Figures]
[Figure 1]
Figure 1 is a diagrammatic perspective view which depicts a structure of an example where the present invention is applied to a magnetic hard disk device.
[Figure 2]

Figure 2 is a plain view which depicts a rotary actuator assembly of the example in Figure 1.

[Figure 3]

Figure 3 is a side view which depicts a rotary actuator assembly of the example in Figure 1.

[Figure 4]

Figure 4 is a diagrammatic perspective view which depicts an example of a conventional magnetic hard disk device.

[Figure 5]

Figure 5 is a plain view which depicts the conventional rotary actuator assembly in Figure 4.

[Figure 6]

Figure 6 is a side view which depicts the conventional rotary actuator assembly in Figure 4.


[Explanation of numeral designators]

2:      Rigid arm

4:      Hub section

12:     Slider

16A:    Constrictive bolt

18:     Hinge type arm support body

20, 22: Thin flat plate-like hinge members

24:     VCM

Figure 1



Figure 2



Figure 3



Figure 4



Figure 5



Figure 6



The Empire State Building, 350 Fifth Avenue, Suite 607 New York, NY 10118-6399 Tel: 212-695-9275 Fax: 212-656-1713 www.ohashi-ht.com

# TRANSLATION CERTIFICATE

I, Takeo Ohashi, President, Ohashi High Technology Corporation, the Empire State Building, 350 Fifth Avenue, Suite 607, New York, NY 10118-6399, hereby declare that I have competent knowledge of the Japanese and English languages, and that I have reviewed the accompanying English translation of Laid-Open Japanese Patent Application No. H6-76499. I certify that the translation is an accurate representation of Laid-Open Japanese Patent Application No. H6-76499.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 5, 2004.

CERTIFIED by the said Takeo Ohashi.

at 350 Fifth Avenue, Suite 607, New York, NY 10118
this 5th day of November, 2004.

Takeo Ohashi
President

(19)日本国特許庁（JP） (12)公開特許公報(A) (11)特許出願公開番号

特開平6－76499

(43)公開日 平成6年(1994)3月18日

| (51)Int.Cl.⁵ | 識別記号 | 庁内整理番号 | F I | 技術表示箇所 |
|---|---|---|---|---|
| G11B 21/02 | K | 8425－5D | | |

審査請求 未請求 請求項の数1(全 5 頁)

(21)出願番号 特願平4－241357

(22)出願日 平成4年(1992)8月18日

(71)出願人 000002185
ソニー株式会社
東京都品川区北品川6丁目7番35号

(72)発明者 久保 毅
東京都品川区北品川6丁目7番35号 ソニー株式会社内

(72)発明者 早田 裕
東京都品川区北品川6丁目7番35号 ソニー株式会社内

(74)代理人 弁理士 稲本 義雄

(54)【発明の名称】 ディスク装置

(57)【要約】

【目的】 アームの回動開始時に静止摩擦が生じない低コストのディスク装置を提供する。

【構成】 アーム2のハブ部4の内側にヒンジ型アーム保持体18を固定し、ハブ部4と保持体18との間を薄平板状ヒンジ部材20および22により連結する。



【特許請求の範囲】

【請求項１】 ヘッドを支持するアームを回動させて、前記ヘッドをディスクの所要位置に位置決めするディスク装置において、

前記アームのハブ部の内側に固定部材を設け、前記ハブ部と前記固定部材との間をヒンジ部材により連結したことを特徴とするディスク装置。

【発明の詳細な説明】

【０００１】

【産業上の利用分野】本発明は、ヘッドを支持するアームを回動させて、ヘッドをディスクの所要位置に位置決めするディスク装置に関する。

【０００２】

【従来の技術】図４は、従来の磁気ハードディスク装置の一例を示し、図５および図６は、図４の従来のロータリ・アクチュエータ・アセンブリを示す平面図および側面図である。ロータリ・アクチュエータ・アセンブリ１００の剛性アーム２の取付領域６には、サスペンション８の一端が固定されている。サスペンション８の他端には、磁気ヘッドを含むスライダ１２がフレクシャ１０を介して取り付けられている。剛性アーム２のハブ部４は、固定シャフト１６に対して、軸受け４０を介して回動可能に取り付けられている。また、剛性アーム２のハブ部４と一体的に成形されて固定シャフト１６に関してサスペンション８とは反対側に延びる部分には、ＶＣＭ（ボイス・コイル・モータ）コイル２４が設けられている。ＶＣＭコイル２４Ｃの駆動力により、アーム２が固定シャフト１６の中心軸に関して回動して、磁気ヘッドを含むスライダ１２を磁気ハードディスク３０の所要位置に位置決めする。

【０００３】

【発明が解決しようとする課題】上述した従来の磁気ハードディスク装置は、軸受け４０すなわちボールベアリングを回転支持系として、アーム２を回動させているため、次のような問題がある。

（１）ボールベアリングは高価なので、コストが高くなってしまう。

（２）ＶＣＭ動作起動時、すなわちアームの回動開始時に、ベアリング内のボール、リテーナー、内輪および外輪と封入グリースとの間に静止摩擦が生じるため、低域の不感帯が存在し、トラック方向の制御に問題が生じる。

（３）上記（３）の理由から、狭トラックピッチではオフトラックの原因となり、より高い密度の記録を実現する上で障害となっていた。

【０００４】本発明は、このような状況に鑑みてなされたものであり、アームの回動開始時に静止摩擦が生じない低コストのディスク装置を提供することを目的とする。

【０００５】

【課題を解決するための手段】本発明のディスク装置は、ヘッド（例えば、実施例のスライダ１２に含まれる磁気ヘッド）を支持するアーム（例えば、実施例の剛性アーム２）を回動させて、ヘッドをディスク（例えば、実施例の磁気ハードディスク３０）の所要位置に位置決めするディスク装置であって、アームのハブ部（例えば、実施例のハブ部４）の内側に固定部材（例えば、実施例のヒンジ型アーム保持体１８）を設け、ハブ部と固定部材との間をヒンジ部材（例えば、実施例の薄平板状ヒンジ部材２０および２２）により連結したことを特徴とする。

【０００６】

【作用】上記構成の本発明のディスク装置においては、ヒンジ部材が、アーム回動時の支点となるため、静止摩擦が生じない。

【０００７】

【実施例】図１は、本発明を磁気ハードディスク装置に適用した実施例の構成を示す斜視図であり、図２および図３は、図１の実施例のロータリ・アクチュエータ・アセンブリを示す平面図および側面図である。ロータリ・アクチュエータ・アセンブリ１の剛性アーム２の取付領域６には、サスペンション８の一端が固定されている。サスペンション８の他端には、磁気ヘッドを含むスライダ１２がフレクシャ１０を介して取り付けられている。

【０００８】剛性アーム２のハブ部４の内側には、円筒状のヒンジ型アーム保持体１８が、締付けボルト１６Ａによってベース（図示せず）に固定されている。ヒンジ型アーム保持体１８は、その中心がロータリ・アクチュエータ・アセンブリ１の長手方向中心軸に一致するように位置決めされる。また、ハブ部４およびヒンジ型アーム保持体１８は、両者の間に所定の空間が形成されるような寸法および形状とされている。アーム２のハブ部４とヒンジ型アーム保持体１８とは、薄平板状ヒンジ部材２０および２２によって連結されている。薄平板状ヒンジ部材２０および２２は、ロータリ・アクチュエータ・アセンブリ１の長手方向中心軸に一致して互いに対称位置に配置されるように、端部がアーム２のハブ部４およびヒンジ型アーム保持体１８に固定されている。薄平板状ヒンジ部材２０および２２は、ロータリ・アクチュエータ・アセンブリ１の長手方向中心軸に沿う方向の剛性が高くなり、ロータリ・アクチュエータ・アセンブリ１の長手方向中心軸に沿う方向と直交する方向すなわち後述のＶＣＭ（ボイス・コイル・モータ）コイル２４の駆動力によるアーム２の回動方向の剛性が低くなるように構成されている。

【０００９】剛性アーム２のハブ部４と一体的に成形されてヒンジ型アーム保持体１８に関してサスペンション８とは反対側に延びる部分には、ＶＣＭコイル２４が設けられている。ＶＣＭコイル２４の駆動力により、薄平板状ヒンジ部材２０および２２が折り曲げられ、これに

より、アーム２が回動して、磁気ヘッドを含むスライダ１２が磁気ハードディスク３０の所要位置に位置決めされる。

【００１０】アーム２の回動の支点は、薄平板状ヒンジ部材２０および２２であるため、静止摩擦が生ぜず、不感帯も存在しない。

【００１１】２．５インチのハード・ディスク・ドライブでは、アーム２の回動角は、通常、２０°程度であり、これより小さい径のドライブでも１０乃至１５°もあれば十分である。アーム２の回動角がこのような範囲では、ボールベアリングは必ずしも必要ではなく、上述のヒンジ型アーム保持体１８および薄平板状ヒンジ部材２０および２２で十分である。従って、本発明の実施例は、ハード・ディスク・ドライブの低コスト化を実現できる。

【００１２】なお、上記実施例は、ヘッドを支持するアームが磁気ディスクの上側に配置される例であるが、本発明は、これに限定されず、アームが磁気ディスクの下側に配置される場合にも適用できる。

【００１３】また、本発明は、磁気ディスクが１枚の場合に限らず、複数枚の場合にも適用できる。

【００１４】さらに、本発明は、磁気ディスクに限らず、光ディスクおよび光磁気ディスクにも適用できる。

【００１５】

【発明の効果】本発明のディスク装置によれば、アームのハブ部と固定部材との間をヒンジ部材により連結したので、ヒンジ部材が、アーム回動時の支点となるため、静止摩擦が生ぜず、従って、不感帯が存在しない。また、ヒンジ部材によりアームを保持するので、コストを低くできるとともに、薄型化も容易である。

【図面の簡単な説明】

【図１】本発明を磁気ハードディスク装置に適用した実施例の構成を示す斜視図である。

【図２】図１の実施例のロータリ・アクチュエータ・アセンブリを示す平面図である。

【図３】図１の実施例のロータリ・アクチュエータ・アセンブリを示す側面図である。

【図４】従来の磁気ハードディスク装置の一例を示す斜視図である。

【図５】図４の従来のロータリ・アクチュエータ・アセンブリを示す平面図である。

【図６】図４の従来のロータリ・アクチュエータ・アセンブリを示す側面図である。

【符号の説明】

２　剛性アーム
４　ハブ部
１２　スライダ
１６Ａ　締付けボルト
１８　ヒンジ型アーム保持体
２０，２２　薄平板状ヒンジ部材
２４　ＶＣＭ

【図１】

(4) 特開平6－76499

【図2】

1
2
22
20
24
10
12
8
6
18
16A
4

【図3】

2
1
22
18
16A
20
24
10
8
6
12
30
4

【図4】

8
6
2
16
4
100
10
12
30
40
24

【図6】

2
100
16
6
4
24
10
8
12
30
40

COR-ITC003645

(5) 特開平6－76499

【図5】

8
6
2
100
16
4
24
10
12
40

COR-ITC003646

17

(19) Japanese Patent Office (JP) (12) Laid Open Patent Application Publication (A) (11) Patent Application Publication No.
H11-297011

(43) Publication Date: October 29, 1999

| (51) Int. Cl.⁶ | Identification Symbol | FI | |
|---|---|---|---|
| G11B 21/02 | 632 | G 11 B 21/02 | 632H |
| 21/10 | | 21/10 | N |

Examination Request: Not requested Number of Claims: 8 OL (Total 10 pages)

(21) Patent Application No.: H10-99453

(22) Filing Date April 10, 1998

(71) Applicant: 000002185
Sony Corporation
7-35 Kita-Shinagawa 6-chome, Shinagawa-ku, Tokyo

(72) Inventor: Minoru Watanabe
c/o Sony Corporation
7-35 Kita-Shinagawa 6-chome, Shinagawa-ku, Tokyo

(54) [Invention Title]

Magnetic Head Positioning Device and Magnetic Disk Device using the Same

(57) [Summary]

[Issues] To provide a magnetic head positioning device which facilitates tracking control, track jumping control and the like without generating vibration at a high speed with accuracy, and a magnetic disk device with a high recording density.

[Resolution Means] Each of magnets 12a and 12b is divided into two magnetization regions in their longitudinal direction. Further, pairing the N poles and S poles, the magnets are positioned on a fixed side so as to sandwich rotation axis 11 from its both sides to have an equal distance from the axis. Moreover, coil 13 is provided around rotation axis 11on a rotating side, with its polarity corresponding to the above N and S poles. Force F generated through the interactions between current I flowing through coil 3 and the magnetic field of magnetic flux density B of magnets 12a and 12b forms a

force couple and thereby rotates actuator 1 so as to position the magnetic head. The rotating side of actuator 1 is rotatably supported on the fixed side using hinge springs 18 made of plate spring members.

| | | | |
|---|---|---|---|
| 1 | Actuator | 11 | Rotation axis |
| 12a Magnet | 12b Magnet | 13 | Coil |
| 14 | Base plate | 15 | Arm |
| 16 | Suspension | 17 | Slider |
| 18 | Hinge springs | | |

[What is Claimed is]

[Claim 1]

A magnetic head positioning device in which a magnetic head for reading and writing information on an information recording medium is mounted on a rotation side and in which said rotation side is mounted on a fixed side through a rotation axis, wherein

a coil is placed on said rotation side or said fixed side, said coil surrounding the rotation axis on said rotation side; and

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis so as to generate a force couple around said rotation axis.

[Claim 2]

A magnetic head positioning device in which a magnetic head for reading and writing information on an information recording medium is mounted on a rotation side and in which said rotation side is mounted on a fixed side through a rotation axis, wherein

a coil is placed on said rotation side or said fixed side, said coil surrounding the rotation axis on said rotation side;

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis so as to generate a force couple around said rotation axis; and

a plate spring member is employed as a supporting means to rotatably support said rotation side on said fixed side.

[Claim 3]

A magnetic head positioning device in which a magnetic head for reading and writing information on an information recording medium is mounted on a rotation side and in which said rotation side is mounted on a fixed side through a rotation axis, wherein

said magnetic head positioning device is equipped with a first stage rotation mechanism for coarse movements and a second stage rotation mechanism for fine movements on which the magnetic head is mounted;

said second stage rotation mechanism has a coil which is placed on a rotation side of said second stage rotation mechanism or a rotation side of said first stage rotation mechanism, said coil surrounding a rotation axis of said second stage rotation mechanism around which said magnetic head rotates;

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis of said second stage rotation mechanism so as to generate a force couple around said rotation axis; and

a plate spring member is employed as a supporting means to rotatably support the rotation side of said second stage rotation mechanism on the rotation side of said first stage rotation mechanism.

[Claim 4]

A magnetic head positioning device in which a magnetic head for reading and writing information on an information recording medium is mounted on a rotation side and in which said rotation side is mounted on a fixed side through a rotation axis, wherein

said magnetic head positioning device is equipped with a first stage rotation mechanism for coarse movements and a second stage rotation mechanism for fine movements on which the magnetic head is mounted;

said second stage rotation mechanism has a coil which is placed on a rotation side of said second stage rotation mechanism or a rotation side of said first stage rotation mechanism, said coil surrounding a rotation axis of said second stage rotation mechanism which rotates said magnetic head;

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis of said second stage rotation mechanism so as to generate a force couple around said rotation axis;

further, said first stage rotation mechanism has a coil which is placed on the rotation side or a fixed side of said first stage rotation mechanism, said coil surrounding a rotation axis of said first stage rotation mechanism which rotates said magnetic head;

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis of said first stage rotation mechanism so as to generate a force couple around said rotation axis; and

a plate spring member is employed as a supporting means to rotatably support the rotation side of said second stage rotation mechanism on the rotation side of said first stage rotation mechanism.

[Claim 5]

A magnetic disk device, which employs the magnetic head positioning device according to Claim 1.

[Claim 6]

A magnetic disk device, which employs the magnetic head positioning device according to Claim 2.

[Claim 7]

A magnetic disk device, which employs the magnetic head positioning device according to Claim 3.

[Claim 8]

A magnetic disk device, which employs the magnetic head positioning device according to Claim 4.

[Detailed Explanation of the Invention]

[0001]

[Technical Field of the Invention]

The present invention pertains to a magnetic head positioning device which is suitable for a large-volume and high-density recording and which further excels in tracking and track jumping control, and a magnetic disk device using the same.

[0002]

[Conventional Technologies]

A conventional magnetic disk device (so-called hard disk device) will be explained referring to Figures 8 through 10. Here, Figure 8 illustrates a structure of an ordinary magnetic disk device. Figure 9 explains the rotation force in a magnetic head positioning device which is employed in the magnetic disk device illustrated in Figure 8. Moreover, Figure 10 explains the vibration generated on the rotation axis of the magnetic head positioning device illustrated in Figure 9. In addition, herein below, a "magnetic head positioning device" is referred to as an "actuator."

[0003]

Magnetic disk device 30 illustrated in Figure 8 is conventionally well known. Magnetic disk device 30 comprises components such as spindle motor 32 which is provided on housing 31, disk 33 which is mounted on spindle motor 32, and rotating actuator 34. Motor 32 rotates disk 33 in the direction shown by arrow R3.

[0004]

Rotating actuator 34 of magnetic disk device 30 comprises slider 35 carrying a magnetic head (not shown in the figures), suspension 36 which has springy properties of pressing the slider mounted on its tip with a certain load toward disk 33, arm 37 which supports suspension 36 and which maintains the actuator at a determined length, and a driving section comprising yoke 38, magnet 39 and coil 40. Rotating actuator 34 is attached to housing 31 through rotation axis 41. In addition, coil 40 is provided on the rotation side in Figure 8.

[0005]

As illustrated in Figure 9, force F created by the interactions between a current flowing through coil 40 and the magnetic field of magnetic flux density B formed by yoke 38 and magnet 39 rotates rotating actuator 34 around rotation axis 41. The magnetic field is formed so as to flow from the backside to the front surface of the figure sheet with reference to one side of coil 40 which generates force F, and from the front surface to the backside of the sheet with reference to the other side. Thus, a rotational force of the same magnitude appears on each side in accordance with the direction of current I, and rotates arm 37. Then, the magnetic head mounted on slider 35 is positioned over a track of magnetic disk 33, where it reads and writes information.

[0006]

In recent years, recording densities are becoming higher, and in other words, track widths are becoming narrower while pitches are becoming higher. It is now more difficult to perform a tracking servo using a conventional actuator discussed as above. In other words, the viscosity resistance of lubrication grease for bearings used for the rotation axis of a rotating actuator, the weight and inertial moment of the rotating actuator and the like have large effects on high-speed operations with very small vibration amplitude required for performances such as accurately tracing tracks, jumping to an adjacent track and coming to static states.

[0007]

Moreover, in addition to a rotational force on coil 40, a force acting to tilt the rotation axis of the rotational actuator appears on the rotation axis, and vibrations appear in response to changes in the direction of current I for positioning the magnetic head.

[0008]

The generation of the vibrations will be explained referring to Figure 10. Coil 40 has a side including point Pa and a side including point Pb. The magnetic field with magnetic flux density B flows from the backside to the front surface of the figure sheet in the area of the side including point Pa, and from the front surface to the backside of the sheet in the area of the side including point Pb. Moreover, lines extending from the two

sides intersect each other at point $O_1$. Further, rotation axis 41 of the rotating actuator is provided at point $O_2$ which is closer to coil 40 than point $O_1$ is.

[0009]

Under these conditions, when current I flows through coil 40 in the direction shown by the arrow, force $Fa_1$ acting in a direction perpendicular to the side on the figure sheet appears at point Pa. Force $Fa_1$ can be decomposed to force $Fa_2$ in a rotational direction around rotation axis 41 at point $O_2$, and force $Fa_3$ along the line segment Pa-$O_2$ which is perpendicular to force $Fa_2$. Moreover, in the same manner, force $Fb_1$ appears at point Pb, which can be decomposed to forces $Fb_2$ and $Fb_3$. Forces $Fa_2$ and $Fb_2$ work as rotational forces, while forces $Fa_3$ and $Fb_3$ are combined to become combined force Fc at point $O_2$, which presses rotation axis 41 against a side surface of the bearing and further acts to tilt the axis. When current I reverses its direction, combined force Fc reverses its direction as well. As a result, vibrations appear on rotation axis 41 in synchronization with the changes in current I which are implemented to position the magnetic head. This fact applies in the same manner to forces appearing at any points on the sides, and such forces are combined to give large vibration forces.

[0010]

Moreover, when rotation axis 41 is provided at point $O_1$ where the lines extending from the two sides of the coil intersect each other, rotation forces only are obtained regarding points on line segments Pa-$O_1$ and Pb-$O_1$ of the coil. In reality, however, coil 40 has a finite width, and hence, forces appearing at points which are not on line segments Pa-$O_1$ and Pb-$O_1$ contain components which can generate the vibrations discussed above, and such vibrations cannot be avoided. These vibrations make it difficult to perform control tasks such as accurately tracing tracks, jumping to an adjacent track, and stationary positioning. Moreover, when rotation axis 41 is provided at point $O_1$, the moment of inertia becomes larger than in the case when it is provided at point $O_2$, which degrades the responsiveness.

[0011]

[Issues to be Resolved by the Invention]

Thus, the present invention has a purpose to provide a magnetic head positioning device, for a magnetic disk device for which efforts have been made to increase its recording density, wherein vibration components which act onto the rotation axis of a rotating actuator in such a manner as to tilt the rotation axis are eliminated and wherein tasks such as tracing tracks and jumping tracks at high speed with accuracy, and a magnetic disk device using the same.

[0012]

[Means to Resolve the Issues]

The present invention is conceived under the above circumstances and provides a magnetic head positioning device in which a magnetic head for reading and writing information on an information recording medium is mounted on a rotation side and in which said rotation side is mounted on a fixed side through a rotation axis, wherein:

a coil is placed on said rotation side or said fixed side, said coil surrounding the rotation axis on said rotation side; and

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis so as to generate a force couple around said rotation axis.

[0013]

Moreover, the present invention provides a magnetic head positioning device, wherein:

a coil is placed on said rotation side or said fixed side, said coil surrounding the rotation axis on said rotation side:

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis so as to generate a force couple around said rotation axis; and

a plate spring member is employed as a supporting means to rotatably support said rotation side on said fixed side.

[0014]

Moreover, the present invention provides a magnetic head positioning device which has a two-stage structure, wherein:

said magnetic head positioning device is equipped with a first stage rotation mechanism for coarse movements and a second stage rotation mechanism for fine movements on which the magnetic head is mounted;

said second stage rotation mechanism has a coil which is placed on a rotation side of said second stage rotation mechanism or a rotation side of said first stage rotation mechanism, said coil surrounding a rotation axis of said second stage rotation mechanism around which said magnetic head rotates;

a plurality of magnets are provided on the other side to be aligned with the sides of said coil which face each other across said rotation axis of said second stage rotation mechanism so as to generate a force couple around said rotation axis; and

a plate spring member is employed as a supporting means to rotatably support the rotation side of said second stage rotation mechanism on the rotation side of said first stage rotation mechanism.

[0015]

Moreover, the present invention provides a magnetic head positioning device which has a two-stage structure, wherein:

said magnetic head positioning device is equipped with a first stage rotation mechanism for coarse movements and a second stage rotation mechanism for fine movements on which the magnetic head is mounted;

said second stage rotation mechanism has a coil which is placed on a rotation side of said second stage rotation mechanism or a rotation side of said first stage rotation mechanism to surround a rotation axis of said second stage rotation mechanism around which said magnetic head rotates;

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis of

said second stage rotation mechanism so as to generate a force couple around said rotation axis;

further, said first stage rotation mechanism has a coil which is placed on a rotation or fixed side of said first stage rotation mechanism, said coil surrounding a rotation axis of said first stage rotation mechanism around which said magnetic head rotates;

a plurality of magnets are provided on the other side, said magnets being aligned with sides of said coil which face each other across said rotation axis of said first stage rotation mechanism so as to generate a force couple around said rotation axis; and

a plate spring member is employed as a supporting means to rotatably support the rotation side of said second stage rotation mechanism on the rotation side of said first stage rotation mechanism.

[0016]

Further, a magnetic disk device is formed by employing one of the magnetic head positioning devices described above to solve the above issues.

[0017]

The arrangements and configurations of a coil and magnets described above reduce vibrations which are generated on the rotation axis and moreover, facilitate a magnetic head positioning device with a small moment of inertia. Therefore, they facilitate fast and accurate track tracing, track jumping and the like of a magnetic head.

[0018]

A magnetic head positioning device according to the present invention is of a rotation type, and its driving force is obtained from a force couple generation mechanism which is structured symmetrically around a rotation axis. The present invention has features in that reduction in the moment of inertia enhances its response speed and that reduction in vibrations generated at the rotation axis improves accuracy of tracking control of the magnetic head. Moreover, the present invention also has a feature in that

a magnetic disk device with excellent high-speed responsiveness, high reliability and high recording density can be designed using such a magnetic head positioning device.

[0019]

Next, embodiments of the present invention will be explained in detail. In the figures referenced, the direction of X axis indicates the direction of a track jump (seek), that of Y axis indicates the longitudinal direction of an arm, and that of Z axis indicates the axial direction of a rotation axis.

[0020]

<First Embodiment>

The first embodiment will be explained by referring to Figures 1 through 4. Figure 1 is an angled view to illustrate the structure of the first embodiment according to the present invention. Figure 2 illustrates the structure of a driving section of the present embodiment. Moreover, Figure 3 is an angled view to illustrate an example of the structure of a hinge spring employed in the present invention. Figure 4 explains the operations of the hinge spring depicted in Figure 3.

[0021]

Actuator 1 in the first embodiment according to the present invention illustrated in Figure 1 is formed with rotation axis 11, magnets 12a and 12b which are provided on a fixed side, coil 13 which surrounds rotation axis 11, base plate 14 onto which coil 13 is fixed and which is mounted onto rotation axis 11, arm 15 with a certain length which is mounted on base plate 14, suspension 16 which is mounted on arm 15, slider 17 which is mounted on the tip of suspension 16 and carries a magnetic head, and hinge spring 18 which rotatably supports a movable section made of the above components on a fixed section

[0022]

Base plate 14 is designed so that the rotational moment can be balanced across rotation axis 11 between the front and back sections along the Y axis, in other words, so

that the rotational moment matches to that of arm 15, suspension 16 and the like. Thus, it has a shape in which it protrudes toward the other side with reference to rotation axis 11.

[0023]

Magnets 12a and 12b are divided into two magnetization areas in their longitudinal direction. Each area is magnetized so that the magnetic field is oriented either upward or downward. In other words, in one area, the N pole is on the top and the S pole is on the bottom, while in the other area, the S pole is on the top and the N pole is on the bottom. Further, magnets 12a and 12b are arranged so that the N pole of one and the S pole of the other form a pair. Thus, the direction of the magnetic field above coil 13 is upward under the N poles of magnets 12a and 12b (in other words, the S poles face coil 13), while it is downward under the S poles (in other words, the N poles face coil 13). Moreover, magnets 12a and 12b are placed across rotation axis 11, keeping the same distance from rotation axis 11.

[0024]

A force which is generated when current I flows through coil 13 in the above configuration will be explained. As illustrated in Figure 2, force F which appears at the position of coil 13 facing magnet 12a, and force F which appears at the position of coil 13 facing magnet 12b have the same magnitude but are opposite in direction. Moreover, the positions where they appear are symmetrical across rotation axis 11. Therefore, these forces form a force couple across rotation axis 11. Other force components, in other words, forces which would generate vibrations as explained in the section for the conventional technologies are cancelled out and do not exist. The force couple rotates the rotation side to which coil 13 is fixed in the direction shown by arrow $R_{11}$. When the direction of current I is reversed, it rotates in the opposite direction of arrow $R_{11}$.

[0025]

Next, hinge spring 18 illustrated in Figure 3 will be explained. Hinge spring 18 which connects the fixed and rotation sides of the actuator has movable square plate 18a

which is perpendicular to Z axis and which is fixed onto base plate 14, spring sections 18b which are provided on the two sides of the movable plate in the direction of X axis and which arise in the direction of Z axis, and two fixed plates 18c perpendicular to Z axis which extend in the direction of X axis at a certain height of spring sections 18b. Slits 18d are provided with a certain length where spring sections 18b and fixed plates 18c are connected to each other. Moreover, hole 18e is provided at the center of each fixed plate 18c and is used for mounting the fixed plates onto arm 15.

[0026]

The operations of hinge spring 18 described above will be explained by referring to Figure 4. Figure 4(a) illustrates a static state in which forces are not applied. When forces F are applied as illustrated in Figure 4 (b) to form a force couple as described above, movable plate 18a deforms spring sections 18b and rotates in the direction shown by arrow $R_{11}$. When the direction of the current is reversed, movable plate 18a rotates in the opposite direction of arrow $R_{11}$. When the current flow stops, spring sections 18b act to return movable plate 18a to its initial position. Thus, the rotations of arm 15, suspension 16 and slider 17 which are mounted onto movable plate 18a are controlled, and the magnetic head mounted on slider 17 can be positioned.

[0027]

<Second Embodiment>

Next, as the second embodiment, a magnetic head positioning device which is designed to have a first stage driving section for coarse movements and a second stage driving section for fine movements on which a magnetic head is mounted will be explained by referring to Figures 5 through 7. Figure 5 is an angled view to illustrate the design of the driving section for fine movements which is employed in the second embodiment. Figures 6 and 7 are angled views of an actuator associated with the second embodiment.

[0028]

First, second stage fine movement driving section 4 illustrated in Figure 5 will be explained. The design of fine movement driving section 4 is approximately the same as that of actuator 1 which has been explained in the first embodiment. As illustrated in Figure 5, fine movement driving section 4 is formed with rotation axis 21, magnets 22a and 22b which are provided on the rotation side of the coarse movement driving section which will be described in detail later, coil 23 which generates rotational forces and surrounds rotation axis 21, base plate 24 on which coil 23 is mounted and which is mounted on rotation axis 21, suspension 16 which is mounted on base plate 24, slider 17 which is mounted on the tip of suspension 16 and carries a magnetic head, and hinge spring 28 which rotatably supports a structure made of the above components on the rotation section of the coarse movement driving section.

[0029]

Base plate 24 is designed so that the rotational moment can be balanced across rotation axis 21 between the front and back sections along the Y axis, in other words, so that its rotational moment matches that of components such as suspension 16. Thus, it is shaped to protrude toward the opposite side with reference to rotation axis 21. Moreover, hinge spring 28 has the same shape and function as those of hinge spring 18 described above.

[0030]

As illustrated in Figure 5, magnets 22a and 22b are divided into two magnetization areas in their longitudinal direction. Each area is magnetized so that the magnetic field is oriented either upward or downward. In other words, in one area, the N pole is on the top and the S pole is on the bottom, while in the other area, the S pole is on the top and the N pole is on the bottom. Further, magnets 22a and 22b are arranged so that the N pole of one and the S pole of the other form a pair. Thus, the direction of the magnetic field above coil 23 is upward under the N poles of magnets 22a and 22b (in other words, the S poles face coil 23), while it is downward under the S poles (in other words, the N poles face coil 23). Moreover, magnets 22a and 22b are placed across rotation axis 21, keeping the same distance from rotation axis 21.

[0031]

When current I flows through coil 23 in the above configuration, force F which appears at a position of coil 23 facing magnet 22a, and force F which appears at a position of coil 23 facing magnet 22b have the same magnitude but are opposite in direction. Moreover, the positions where they appear are symmetrical across rotation axis 21. Therefore, the forces form a force couple across rotation axis 21. Force components which would generate vibrations are cancelled out and do not exist. The force couple rotates the rotation side onto which coil 23 is fixed in the direction shown by arrow $R_2$ in accordance with the direction of current I.

[0032]

Next, two-stage actuators 2 and 3 in the second embodiment, utilizing a combination of the aforementioned fine movement driving section 4 and the coarse movement driving section, will be explained.

[0033]

First, two-stage actuator 2 illustrated in Figure 6 will be explained. Its coarse movement driving section 5 is approximately the same in its driving structure and operations as actuator 1 which has been explained in the first embodiment. In other words, force F created by the interactions between current I flowing through coil 13 of coarse movement driving section 5 and the magnetic field of magnetic flux density B formed by magnets 12a and 12b rotates arm 15 around rotation axis 11 in the direction shown by arrow $R_1$, and a magnetic head is positioned in the vicinity of a desired track on a disk at a high speed.

[0034]

The aforementioned fine movement driving section 4 is provided on the tip of arm 15 of coarse movement driving section 5, thereby forming two-stage actuator 2. Magnets 22a and 22b for fine movement driving section 4 are fixed onto the tip of arm 15. Moreover, fine movement driving section 4 is fixed to arm 15 through hinge spring 28

using screws 25 and the like. When a current flows through coil 23, its interactions with the magnetic field generated by magnets 22a and 22b develop a force couple around rotation axis 21, and fine movement driving section 4 rotates in the direction shown by arrow $R_2$. Fine movement driving section 4 has a small moment of inertia and its position can be controlled at a high speed with a high accuracy. Combined operations with coarse movement driving section 5 facilitate fast and accurate positioning of the magnetic head to a distant position.

[0035]

Next, two-stage actuator 3 which is illustrated in Figure 7 will be explained. The rotating actuator which has been explained as a conventional example is employed as its coarse movement driving section 6. When a current flows through coil 40, its interactions with the magnetic filed of a magnet (not shown in the figure) rotates arm 15 around rotation axis 11 in the direction shown by arrow $R_1$ and a magnetic head is positioned in the vicinity of a desired track at a high speed.

[0036]

The aforementioned fine movement driving section 4 is provided on the tip of arm 15 of coarse movement driving section 6, thereby forming two-stage actuator 3. Magnets 22a and 22b of fine movement driving section 4 are fixed onto the tip of arm 15. Moreover, fine movement driving section 4 is mounted on arm 15 through hinge spring 28 using screws 25 or the like. When a current flows through coil 23, its interactions with the magnetic field generated by magnets 22a and 22b develop a force couple around rotation axis 21, and fine movement driving section 4 rotates in the direction shown by arrow $R_2$. Fine movement driving section 4 has a small moment of inertia, and its position can be controlled at a high speed with a high accuracy. Combined operations with coarse movement driving section 6 facilitate fast and accurate positioning of the magnetic head to a distant position.

[0037]

The rotating actuator which has been explained in a conventional example is employed as coarse movement driving section 6 in the above actuator 3. Fine movement driving section 4, however, performs fine and accurate positioning of the magnetic head, and hence, there is not much concern that vibrations appear on actuator 3, and in practicality, there are no issues.

[0038]

According to the first and second embodiments explained above, a hinge spring formed of plate spring members is employed to mount a rotation section, and its elastic deformability is utilized to obtain free rotation and recovery to the original position. Hence, issues in use of bearings, such as delays in response and problems with recovery to the original position due to the backlash of bearings, are resolved. Moreover, it is possible to reduce the moment of inertia of the rotation section. Thus, the control of positioning the magnetic head can be performed at a high speed with high accuracy, which results in increasing the recording density of a magnetic disk.

[0039]

Moreover, according to the magnetic head positioning device in the second embodiment, the coarse movement driving section is employed for a long distance movement from the inner periphery to the outer periphery of a disk and relatively large distance movements of approximately 3 to 5 microns which correspond to track jumping of the conventional technology, while the fine movement driving section is employed for highly accurate positioning of a magnetic head. Thus, even higher speed and accuracy can be achieved in controlling the position of the magnetic head, thereby contributing to an even higher recording density of a magnetic disk.

[0040]

Further, the ability of tracing tracks is improved, and hence, errors during reading and writing information are reduced, thereby providing a highly reliable magnetic disk device with a large recording capacity.

[0041]

In addition, the method of fixing a base plate to an arm is not limited to screws and a different fixing means may be employed.

[0042]

Moreover, a hinge spring is not limited to the shape described above. Any shape having the same functions may be employed.

[0043]

Moreover, a base plate, a suspension, and a hinge spring may be a member in which all of them are integrally formed, instead of separate components.

[0044]

Moreover, an actuator of the present invention may employ a design in which it sandwiches a disk on both surfaces, so that information is read from and written on both surfaces.

[0045]

Further, it goes without saying that actuators according to the present invention can be stacked in a plurality of stages so as to provide a magnetic disk device with a large capacity.

[0046]

[Advantages of the Invention]

As is obvious from the explanations above, for magnetic disks which have higher and higher recording densities, the present invention facilitates a magnetic head positioning device which can perform tracking control, track jump control and the like at a high speed with a high accuracy, and a magnetic disk device with a large recording capacity using this magnetic head positioning device.

[Brief Explanation of Figures]

[Figure 1] An angled view to illustrate the structure of the first embodiment according to the present invention

[Figure 2] A figure to illustrate the design of a driving section of the first embodiment

[Figure 3] An angled view to illustrate an example of the structure of a hinge spring employed in the present invention

[Figure 4] A figure to explain the operations of the hinge spring depicted in Figure 3

[Figure 5] An angled view to illustrate the design of an actuator for fine movements which is employed in the second embodiment of the present invention

[Figure 6] An angled view of an actuator associated with the second embodiment

[Figure 7] An angled view of an actuator associated with the second embodiment

[Figure 8] An angled view to illustrate a structure of an ordinary magnetic disk device

[Figure 9] A figure to explain the rotation force in an actuator which is employed in the magnetic disk device illustrated in Figure 8

[Figure 10] A figure to explain vibration generation on the rotation axis of an actuator

[Numeral Designators]

| | |
|---|---|
| 1, 2 and 3 | Actuators |
| 4 | Fine movement driving section |
| 5 and 6 | Coarse movement driving sections |
| 11, 21 and 41 | Rotation axes |
| 12a, 22a, 12b, 22b and 39 | Magnets |
| 13, 23 and 40 | Coils |
| 14 and 24 | Base plates |
| 15 and 37 | Arms |
| 16 and 36 | Suspensions |
| 17 and 35 | Sliders |

| | |
|---|---|
| 18 and 28 | Hinge springs |
| 18a | Movable plate |
| 18b | Spring section |
| 18c | Fixed plate |
| 18d | Slit |
| 18e | Hole |
| 25 | Screws |
| 30 | Magnetic disk device |
| 31 | Housing |
| 32 | Spindle motor |
| 33 | Disk |
| 34 | Rotating actuator |
| 38 | Yoke |

[Figure 1]

1 Actuator
11 Rotation axis
12a Magnet
12b Magnet
13 Coil
14 Base plate
15 Arm
16 Suspension
17 Slider
18 Hinge spring

[Figure 2]

[Figure 3]

18a Movable plate
18b Spring section
18c Fixed plate
18d Slit
18e Hole

[Figure 4]

[Figure 10]

[Figure 5]

4 Fine movement driving section
16 Suspension
17 Slider
21 Rotation axis
22a Magnet
22b Magnet
23 Coil
24 Base plate
26 Hinge

[Figure 6]

2 Actuator
11 Rotation axis
12a Magnet
12b Magnet
14 Base plate
13 Coil
15 Arm
16 Suspension
17 Slider
18 Hinge spring

COR-ITC073309

[Figure 7]

3 Actuator

[Figure 8]

30 Magnet disk devi-
31 Housing
32 Spindle motor
33 Disk
34 Rotating actuator
35 Slider
36 Suspension
37 Arm
38 Yoke
41 Rotation axis
39 Magnet
40 Coil

[Figure 9]

33
31
32
R
35
36
37
39
38
F
B
41
1
40
F

Trans. page 25

COR-ITC073311



The Empire State Building, 350 Fifth Avenue, Suite 607 New York, NY 10118-6399 Tel: 212-695-9275 Fax: 212-636-1713 www.ohashi-ht.com

# TRANSLATION CERTIFICATE

I, Takeo Ohashi, President, Ohashi High Technology Corporation, the Empire State Building, 350 Fifth Avenue, Suite 607, New York, NY 10118-6399, hereby declare that I have competent knowledge of the Japanese and English languages, and that I have reviewed the accompanying English translation of Laid-Open Japanese Patent Application No. H11-297011. I certify that the translation is an accurate representation of Laid-Open Japanese Patent Application No. H11-297011.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on November 5, 2004.

CERTIFIED by the said Takeo Ohashi.

at 350 Fifth Avenue, Suite 607, New York, NY 10118
this 5th day of November, 2004.

Takeo Ohashi
President

(19)日本国特許庁（JP） (12) 公開特許公報（A） (11)特許出願公開番号
特開平11－297011
(43)公開日 平成11年(1999)10月29日

| (51)Int.Cl.⁶ | 識別記号 | F I | |
|---|---|---|---|
| G11B 21/02 | 632 | G11B 21/02 | 632H |
| 21/10 | | 21/10 | N |

審査請求 未請求 請求項の数8 OL （全 10 頁）

(21)出願番号 特願平10－99453

(22)出願日 平成10年(1998) 4月10日

(71)出願人 000002185
ソニー株式会社
東京都品川区北品川6丁目7番35号

(72)発明者 渡辺 実
東京都品川区北品川6丁目7番35号 ソニー株式会社内

(54)【発明の名称】 磁気ヘッド位置決め装置とこれを用いた磁気ディスク装置

(57)【要約】
【課題】 振動の発生がなく高速で正確なトラッキング制御、トラックジャンプ制御等を可能にする磁気ヘッド位置決め装置と高記録密度の磁気ディスク装置を提供する。
【解決手段】 マグネット12a、マグネット12bを長手方向に2つの着磁領域に分割し、さらにN極とS極とを対にして、回転軸11を挟んで両側に等距離となるように固定側に設ける。また、回転軸11を囲んで回動側に、前記N極とS極とに対応するようにコイル13を設ける。コイル13を流れる電流Iと、マグネット12a、12bによる磁束密度Bの磁界との相互作用により発生する力Fで偶力を形成させ、アクチュエータ1を回動させて磁気ヘッドの位置決めを行う。アクチュエータ1の回動側は固定側に板バネ状部材によるヒンジバネ18で回動自在に支持される。

【特許請求の範囲】

【請求項１】 情報記録媒体上に情報を記録し再生する磁気ヘッドを回動側に載置し、前記回動側を回転軸を介して固定側に装着する磁気ヘッド位置決め装置において、
前記回動側もしくは固定側のいずれか一方に、前記回動側の回転軸を囲んでコイルを配設し、
他の一方に、前記コイルの前記回転軸を挟んで対向する辺に一致させて前記回転軸を中心に偶力を発生させる複数の磁石を設けたことを特徴とする磁気ヘッド位置決め装置。

【請求項２】 情報記録媒体上に情報を記録し再生する磁気ヘッドを回動側に載置し、前記回動側を回転軸を介して固定側に装着する磁気ヘッド位置決め装置において、
前記回動側もしくは固定側のいずれか一方に、前記回動側の回転軸を囲んでコイルを配設し、
他の一方に、前記コイルの前記回転軸を挟んで対向する辺に一致させて前記回転軸を中心に偶力を発生させる複数の磁石を設けると共に、
前記回動側を前記固定側に回動自在に支持する支持手段として板バネ状部材を用いることを特徴とする磁気ヘッド位置決め装置。

【請求項３】 情報記録媒体上に情報を記録し再生する磁気ヘッドを回動側に載置し、前記回動側を回転軸を介して固定側に装着する磁気ヘッド位置決め装置において、
該磁気ヘッド位置決め装置は第１段目の粗動用の回動機構と、磁気ヘッドを搭載した第２段目の微動用の回動機構とを具備して構成され、
前記第２段目の回動機構は、前記第２段目の回動機構の回動側もしくは前記第１段目の回動機構の回動側のいずれか一方に、前記磁気ヘッドを回動させる前記第２段目の回転軸を囲んでコイルを配設し、
他の一方に、前記コイルの前記第２段目の回転軸を挟んで対向する辺に一致させ、回転軸を中心に偶力を発生させる複数の磁石を設けると共に、
前記第２段目の回動側を前記第１段目の回動側に回動自在に支持する支持手段として板バネ状部材を用いることを特徴とする磁気ヘッド位置決め装置。

【請求項４】 情報記録媒体上に情報を記録し再生する磁気ヘッドを回動側に載置し、前記回動側を回転軸を介して固定側に装着する磁気ヘッド位置決め装置において、
該磁気ヘッド位置決め装置は第１段目の粗動用の回動機構と、磁気ヘッドを搭載した第２段目の微動用の回動機構とを具備して構成され、
前記第２段目の回動機構は、前記第２段目の回動機構の回動側もしくは前記第１段目の回動機構の回動側のいずれか一方に、前記磁気ヘッドを回動させる前記第２段目の回転軸を囲んでコイルを配設し、
他の一方に、前記コイルの前記第２段目の回転軸を挟んで対向する辺に一致させ、回転軸を中心に偶力を発生させる複数の磁石を設け、
さらに、前記第１段目の回動機構は、前記第１段目の回動機構の回動側もしくは固定側のいずれか一方に、前記磁気ヘッドを回動させる前記第１段目の回転軸を囲んでコイルを配設し、
他の一方に、前記コイルの前記第１段目の回転軸を挟んで対向する辺に一致させ、回転軸を中心に偶力を発生させる複数の磁石を設けると共に、
前記第２段目の回動側を前記第１段目の回動側に回動自在に支持する支持手段として板バネ状部材を用いることを特徴とする磁気ヘッド位置決め装置。

【請求項５】 請求項１に記載の磁気ヘッド位置決め装置を用いて構成したことを特徴とする磁気ディスク装置。

【請求項６】 請求項２に記載の磁気ヘッド位置決め装置を用いて構成したことを特徴とする磁気ディスク装置。

【請求項７】 請求項３に記載の磁気ヘッド位置決め装置を用いて構成したことを特徴とする磁気ディスク装置。

【請求項８】 請求項４に記載の磁気ヘッド位置決め装置を用いて構成したことを特徴とする磁気ディスク装置。

【発明の詳細な説明】

【０００１】

【発明の属する技術分野】本発明は大容量、高密度記録に適し、さらにトラッキングやトラックジャンプ制御に優れた磁気ヘッド位置決め装置と、これを用いた磁気ディスク装置に関する。

【０００２】

【従来の技術】従来の磁気ディスク装置（所謂、ハードディスク装置）について図８ないし図１０を参照して説明する。ここで、図８は一般的な磁気ディスク装置の構成を示し、図９は図８に示す磁気ディスク装置に用いられる磁気ヘッド位置決め装置の回動力について説明するための図である。また、図１０は図９に示す磁気ヘッド位置決め装置の回転軸での振動の発生について説明するための図である。尚、以下において、「磁気ヘッド位置決め装置」を「アクチュエータ」と記す。

【０００３】従来より図８に示す磁気ディスク装置３０がよく知られているところである。この磁気ディスク装置３０は匡体３１上に設置されたスピンドルモータ３２と、スピンドルモータ３２に取り付けられたディスク３３と、回動型アクチュエータ３４等から構成されていて、ディスク３３はスピンドルモータ３２により矢印R３で示す方向に回転する。

【０００４】磁気ディスク装置３０の回動型アクチュエ

ータ３４は、磁気ヘッド（図示せず）を搭載するスライダー３５と、スライダー３５を先端に搭載して所定の荷重でディスク３３の方向に押圧するバネ性を有するサスペンション３６と、サスペンション３６を支持しアクチュエータ長を規定の長さにするアーム３７と、ヨーク３８とマグネット３９とコイル４０とからなる駆動部とで構成されていて、回転軸４１を介して筐体３１に留められている。尚、図８ではコイル４０は回動側に設けられている。

【０００５】回動型アクチュエータ３４は、図９に示すようにコイル４０に流れる電流と、ヨーク３８とマグネット３９とで形成される磁束密度Ｂの磁界との相互作用により発生する力Ｆで回転軸４１を中心として回動する。磁界はコイル４０の力Ｆを発生する一方の辺に対して紙面裏面から表面へ、また、他の一辺に対して紙面表面から裏面に向かうように形成されている。これにより電流Ｉの方向に対応してそれぞれの辺では同一方向の回転力を発生することになり、この回転力でアーム３７が回動し、スライダー３５上に搭載した磁気ヘッドをディスク３３のトラックに位置決めして情報を書き込み、再生を行う。

【０００６】ところで、近年では高記録密度化が進み、即ちトラック幅、およびトラックピッチが狭まり、上述した従来の回動型アクチュエータではトラッキングサーボをかけることが困難になってきた。即ち、トラックの正確なトレース、隣接するトラックへのジャンプ、および静定の際等で要求される微小振幅での高速動作に対して、回動型アクチュエータの回転軸に用いられるベアリングの潤滑用グリスの粘性抵抗、回動型アクチュエータの重量および慣性モーメント等が大きな影響を及ぼすためである。

【０００７】また、コイル４０には回転力に加えて回動型アクチュエータの回転軸に、この回転軸を倒すように作用する力が発生し、磁気ヘッドの位置決めのための電流Ｉの方向変化に対応して振動が生じている。

【０００８】この振動の発生について図１０を参照して説明する。コイル４０は点Ｐａを含む辺と点Ｐｂを含む辺とを有して構成されていて、磁束密度Ｂの磁界は点Ｐａを含む辺では紙面裏面から表面へ向かい、点Ｐｂを含む辺では紙面表面から裏面に向かっている。また、２つの辺の延長線は点O1 で交差しているものとし、さらに回動型アクチュエータの回転軸４１は点O1 よりもコイル４０に近い点O2 に設けられているとする。

【０００９】この状態で矢印で示す方向の電流Ｉがコイル４０に流れると、点Ｐａにおいては、紙面上であって辺に直角の方向の力Ｆａ1 が生じる。この力Ｆａ1 は点O2にある回転軸４１を中心にして回動させる力Ｆａ2 と、力Ｆａ2 に直角な線分Ｐａ－O2 上の力Ｆａ3 に分解される。また、同様にして点Ｐｂでは力Ｆｂ1 が生じ、これは力Ｆｂ2 と力Ｆｂ3 とに分解される。力Ｆａ2 と力Ｆｂ2 は回動力となるが、力Ｆａ3 と力Ｆｂ3 は点O2 で合力Ｆｃとなり、回転軸４１を軸受け側面に押しつけ、さらにはこれを倒すように作用する。電流Ｉが反対方向になると合力Ｆｃも反対方向に向き、結局、磁気ヘッドの位置決めのために変化する電流Ｉに同期した振動が回転軸４１に生じることになる。このことは辺の如何なる点で発生する力についても同様であり、これらが合わせられて大きな振動力となるものである。

【００１０】また、回転軸４１がコイルの２辺の延長線が交差する点O1 に設けられている場合、線分Ｐａ－O1 上、および、線分Ｐｂ－O1 上のコイルでは確かに回転力だけが得られるが、実際にはコイル４０には幅があるため、線分Ｐａ－O1 上、および、線分Ｐｂ－O1 上にない部分で発生する力には、上述した振動を発生する成分が含まれていて、振動の発生を避けることはできない。この振動はトラックの正確なトレース、隣接するトラックへのジャンプ、および静定等の制御を困難にするものであった。また、点O1 に回転軸４１を設けると、点O2 に設ける場合と比較して慣性モーメントが増大し、応答性を低下させるものである。

【００１１】

【発明が解決しようとする課題】従って本発明は、高記録密度化が進む磁気ディスク装置において、回動型アクチュエータの回転軸に加わる、回転軸を倒すように作用する振動成分を除去し、高速で正確なトラックのトレース、トラックジャンプ等を可能にする磁気ヘッド位置決め装置とこれを用いた磁気ディスク装置の提供を目的とする。

【００１２】

【課題を解決するための手段】本発明は上記課題に鑑みなされたものであって、情報記録媒体上に情報を記録し再生する磁気ヘッドを回動側に配置し、前記回動側を回転軸を介して固定側に装着する磁気ヘッド位置決め装置において、前記回動側もしくは固定側のいずれか一方に、前記回動側の回転軸を囲んでコイルを配設し、他の一方に、前記コイルの前記回転軸を挟んで対向する辺に一致させて前記回転軸を中心に偶力を発生させる複数の磁石を設けた磁気ヘッド位置決め装置を構成する。

【００１３】また、前記回動側もしくは固定側のいずれか一方に、前記回動側の回転軸を囲んでコイルを配設し、他の一方に、前記コイルの前記回転軸を挟んで対向する辺に一致させて前記回転軸を中心に偶力を発生させる複数の磁石を設けると共に、前記回動側を前記固定側に回動自在に支持する支持手段として板バネ状部材を用いた磁気ヘッド位置決め装置を構成する。

【００１４】また、第１段目の粗動用の回動機構と、磁気ヘッドを搭載した第２段目の微動用の回動機構とを具備した２段階構成の磁気ヘッド位置決め装置であって、前記第２段目の回動機構は、前記第２段目の回動機構の回動側もしくは前記第１段目の回動機構の回動側のいず

れか一方に、前記磁気ヘッドを回動させる前記第２段目の回転軸を囲んでコイルを配設し、他の一方に、前記コイルの前記第２段目の回転軸を挟んで対向する辺に一致させ、回転軸を中心に偶力を発生させる複数の磁石を設けると共に、前記第２段目の回動側を前記第１段目の回動側に回動自在に支持する支持手段として板バネ状部材を用いた磁気ヘッド位置決め装置を構成する。

【００１５】また、第１段目の粗動用の回動機構と、磁気ヘッドを搭載した第２段目の微動用の回動機構とを具備した２段階構成の磁気ヘッド位置決め装置であって、前記第２段目の回動機構は、前記第２段目の回動機構の回動側もしくは前記第１段目の回動機構の回動側のいずれか一方に、前記磁気ヘッドを回動させる前記第２段目の回転軸を囲んでコイルを配設し、他の一方に、前記コイルの前記第２段目の回転軸を挟んで対向する辺に一致させ、回転軸を中心に偶力を発生させる複数の磁石を設け、さらに、前記第１段目の回動機構は、前記第１段目の回動機構の回動側もしくは固定側のいずれか一方に、前記磁気ヘッドを回動させる前記第１段目の回転軸を囲んでコイルを配設し、他の一方に、前記コイルの前記第１段目の回転軸を挟んで対向する辺に一致させ、回転軸を中心に偶力を発生させる複数の磁石を設けると共に、前記第２段目の回動側を前記第１段目の回動側に回動自在に支持する支持手段として板バネ状部材を用いた磁気ヘッド位置決め装置を構成する。

【００１６】さらに、上述したいずれか１つの磁気ヘッド位置決め装置を用いて磁気ディスク装置を構成し、上記課題を解決する。

【００１７】上述したコイルと磁石の配置、構成によると回転軸で発生する振動を低減し、また、慣性モーメントの小さな磁気ヘッド位置決め装置が形成される。従って、磁気ヘッドの高速で正確なトラックのトレース、トラックジャンプ等を可能にする。

【００１８】

【発明の実施の形態】本発明の磁気ヘッド位置決め装置は、回動型で構成され、駆動力は回転軸を中心にして対称形に構成された偶力発生機構によって得るものであって、慣性モーメントの低減による高速応答性と、回転軸で発生する振動の低減による磁気ヘッドのトラッキング制御の精度向上を特徴とし、また、この磁気ヘッド位置決め装置を用いて高速応答性、高信頼性、高記録密度に優れた磁気ディスク装置を構成することを特徴とする。

【００１９】つぎに本発明の実施の形態について詳細に説明する。尚、参照する図中、Ｘ軸方向はトラックジャンプ（シーク）方向、Ｙ軸方向はアーム長手方向、Ｚ軸方向は回転軸の軸方向とする。

【００２０】＜第１の実施形態＞第１の実施形態について図１ないし図４を参照して説明する。ここで図１は本発明にかかわる第１の実施形態の構成を示す斜視図であり、図２はこの実施形態の駆動部の構成を示す図である。また、図３は本発明に用いるヒンジバネの構造の１例を示す斜視図であり、図４は図３に示すヒンジバネの動作について説明するための図である。

【００２１】図１に示す第１の実施形態であるアクチュエータ１は、回転軸１１と、固定側に設けられるマグネット１２ａ、１２ｂと、回転軸１１を囲んで設けられたコイル１３と、コイル１３を固着し回転軸１１に取り付けるベースプレート１４と、ベースプレート１４に取り付けられる、所定の長さのアーム１５と、アーム１５に取り付けられるサスペンション１６と、サスペンション１６の先端に取り付けられた、磁気ヘッドを搭載したスライダー１７と、これらにより形成される可動部を固定側に回動自在に支持するヒンジバネ１８とで構成されている。

【００２２】ベースプレート１４は回転軸１１を挟んで前後の回転モーメントのバランスが取れるように、即ち、アーム１５、サスペンション１６等で形成される回転モーメントと対応するように、回転軸１１を挟んで反対側に突出した形状をしている。

【００２３】マグネット１２ａ、マグネット１２ｂはそれぞれ長手方向に２つの着磁領域に分割されていて、磁界が上面と下面とに向かう方向にそれぞれ着磁されている。即ち、一方の領域では上面がＮ極で下面がＳ極であり、他の一方の領域では上面がＳ極で下面がＮ極である。さらにマグネット１２ａ、マグネット１２ｂはＮ極とＳ極が対になるように配置されている。従ってコイル１３上での磁界の方向は、マグネット１２ａ、およびマグネット１２ｂのＮ極の下側（即ち、Ｓ極がコイル１３と対向している）では上向きであり、Ｓ極の下側（即ち、Ｎ極がコイル１３と対向している）では下向きである。また、マグネット１２ａ、マグネット１２ｂは回転軸１１を挟んで両側に等距離に配置されている。

【００２４】上述した状態でコイル１３に電流Ｉが流された場合の力の発生について説明する。図２に示すようにマグネット１２ａに対向する位置のコイル１３に発生する力Ｆと、マグネット１２ｂに対向する位置のコイル１３に発生する力Ｆとは大きさが同じで反対方向であり、また、発生する位置は回転軸１１を挟んで対称の位置になる。従ってこれらの力は回転軸１１を挟んで偶力を形成することになり、それ以外の力の成分、即ち、従来の技術で説明したような振動を発生する力は相殺されて存在しない。この偶力によってコイル１３を固着した回動側が矢印R11で示す方向に回動し、電流Ｉの向きが逆になると矢印R11とは逆の方向に回動することになる。

【００２５】つぎに、図３に示すヒンジバネ１８について説明する。アクチュエータの固定側と回動側を連結するヒンジバネ１８は、Ｚ軸に垂直な面であってベースプレート１４に固着される方形の可動面１８ａと、可動面１８ａのＸ軸方向の２つの辺に設けられ、Ｚ軸方向に立

ち上がるバネ部１８ｂと、バネ部１８ｂの所定の高さからＺ軸に垂直な面であってＸ軸方向に広がる２つの固定面１８ｃを有し、バネ部１８ｂと固定面１８ｃの接続部には所定の長さのスリット１８ｄが設けられている。また、固定面１８ｃのそれぞれの中央部にはアーム１５に取り付ける際に用いられる孔１８ｅが設けられている。

【００２６】上述したヒンジバネ１８の動作について図４を参照して説明する。図４（ａ）は力が加わっていない静止の状態である。これに同図（ｂ）に示すように力Ｆが、前述したように偶力を形成して印加された場合、可動面１８ａがバネ部１８ｂを変形させて、矢印Ｒ11で示す方向に回動される。電流を逆方向に流すと可動面１８ａは矢印Ｒ11とは逆の方向に回動し、電流を停止するとバネ部１８ｂの働きによって可動面１８ａは初期位置に復帰する。従って、この可動面１８ａに固着されているアーム１５、サスペンション１６、スライダー１７の回動が制御され、スライダー１７に搭載されている磁気ヘッドの位置決めが可能となるものである。

【００２７】＜第２の実施形態＞つぎに、第２の実施形態として粗動用の第１段目の駆動部と、磁気ヘッドを搭載した微動用の第２段目の駆動部とからなる形態の磁気ヘッド位置決め装置について、図５ないし図７を参照して説明する。尚、図５は第２の実施形態に用いる微動用の駆動部の構成を示す斜視図であり、図６および図７は第２の実施形態にかかわるアクチュエータの斜視図である。

【００２８】まず、図５に示す第２段目の微動用駆動部４について説明する。微動用駆動部４の構成は第１の実施形態で説明したアクチュエータ１と略同一であって、図５に示すように、回転軸２１と、後段で詳述する粗動用駆動部の回動側に設けられるマグネット２２ａ、２２ｂと、回動力を発生する、回転軸２１を囲んで設けられたコイル２３と、コイル２３を固着し回転軸２１に取り付けられるベースプレート２４と、ベースプレート２４に取り付けられるサスペンション１６と、サスペンション１６の先端に取り付けられた、磁気ヘッドを搭載したスライダー１７と、これらからなる構成体を粗動用駆動部の回動部に回動自在に支持するヒンジバネ２８とで構成されている。

【００２９】ベースプレート２４は回転軸２１を挟んで前後の回転モーメントのバランスが取れるように、即ち、サスペンション１６等で形成される回転モーメントと対応するように、回転軸２１を挟んで反対側に突出した形状をしている。また、ヒンジバネ２８は前述したヒンジバネ１８と同様の形状であり、同様の働きをするものである。

【００３０】図５に示すようにマグネット２２ａ、マグネット２２ｂはそれぞれ長手方向に２つの着磁領域に分割されていて、磁界が上面と下面とに向かう方向にそれぞれ着磁されている。即ち、一方の領域では上面がＮ極で下面がＳ極であり、他の一方の領域では上面がＳ極で下面がＮ極である。さらにマグネット２２ａ、マグネット２２ｂはＮ極とＳ極が対になるように配置されている。従ってコイル２３上での磁界の方向は、マグネット２２ａ、およびマグネット２２ｂのＮ極の下側（即ち、Ｓ極がコイル２３と対向している）では上向きであり、Ｓ極の下側（即ち、Ｎ極がコイル２３と対向している）では下向きである。また、マグネット２２ａ、マグネット２２ｂは回転軸２１を挟んで両側に等距離に配置されている。

【００３１】上述した状態でコイル２３に電流Ｉが流された場合、マグネット２２ａに対向する位置のコイル２３に発生する力Ｆと、マグネット２２ｂに対向する位置のコイル２３に発生する力Ｆとは大きさが同じで反対方向であり、また、発生する位置は回転軸２１を挟んで対称の位置になる。従ってこれらの力は回転軸２１を挟んで偶力を形成することになり、運動を発生する力は相殺されて存在しない。この偶力によってコイル２３を固着した回動側が電流Ｉの向きに従って矢印Ｒ2 で示す方向に回動することになる。

【００３２】つぎに、上述した微動用駆動部４と粗動用駆動部との組み合わせによる、第２の実施形態である２段階のアクチュエータ２、および、アクチュエータ３について説明する。

【００３３】まず、図６に示す２段階のアクチュエータ２について説明する。粗動用駆動部５は第１の実施形態で説明したアクチュエータ１の駆動構成とその動作と略同一である。即ち、粗動用駆動部５のコイル１３に流れる電流Ｉとマグネット１２ａ、１２ｂによる磁束密度Ｂの磁界との相互作用による力で回転軸１１を中心にしてアーム１５が矢印Ｒ1 で示す方向に回動し、磁気ヘッドをディスク上の所望のトラック近辺に高速で位置決めをする。

【００３４】粗動用駆動部５のアーム１５の先端に上述した微動用駆動部４が設けられていて、２段階のアクチュエータ２を構成している。アーム１５の先端に微動用駆動部４のマグネット２２ａ、２２ｂが固定され、また、微動用駆動部４はヒンジバネ２８を介してネジ２５等でアーム１５に取り付けられている。コイル２３に電流が流された場合、マグネット２２ａ、２２ｂで生じる磁界との作用で、回転軸２１を挟んで偶力を発生し、矢印Ｒ2 で示す方向に回動することになる。微動用駆動部４は慣性モーメントが小さく、高速で精度よく位置制御が可能であり、粗動用駆動部５との複合動作で、距離の離れた位置への高速で高精度な磁気ヘッドの位置決めを行うことができることになる。

【００３５】つぎに、図７に示す２段階のアクチュエータ３について説明する。粗動用駆動部６として、従来例で説明した回動型アクチュエータを用いる。コイル４０に電流を流すことにより、マグネット（図示せず）によ

る磁界との相互作用で回転軸11を中心にしてアーム15が矢印R1で示す方向に回動し、磁気ヘッドをディスク上の所望のトラック近辺に高速で位置決めをする。

【0036】粗動用駆動部6のアーム15の先端に上述した微動用駆動部4が設けられていて、2段階のアクチュエータ3を構成している。アーム15の先端に微動用駆動部4のマグネット22a、22bが固定され、また、微動用駆動部4はヒンジバネ28を介してネジ25等でアーム15に取り付けられている。コイル23に電流が流された場合、マグネット22a、22bで生じる磁界との作用で、回転軸21を挟んで偶力を発生し、矢印R2で示す方向に回動することになる。微動用駆動部4は慣性モーメントが小さく、高速で精度よく位置制御が可能であり、粗動用駆動部6との複合動作で、距離の離れた位置への高速で高精度な磁気ヘッドの位置決めを行うことができることになる。

【0037】上述したアクチュエータ3の粗動用駆動部6として、従来例で説明した回動型アクチュエータを用いているが、微細で正確な磁気ヘッドの位置決めは微動用駆動部4で行うため、アクチュエータ3に振動が発生する虞れは少なく、実用上、問題となるものではない。

【0038】以上説明した第1、第2の実施形態によると、回動部を取り付けるために板バネ状部材からなるヒンジバネを用いているので、その弾性変形性を利用して自由な回動性と原点復帰性を確保しているため、ベアリングを用いた場合のベアリングが有するバックラッシュによる応答の遅れや原点復帰性の問題を解決している。また、これに加えて回動部の慣性モーメントを小さくすることが可能であり、磁気ヘッドの位置決め制御を高速、高精度で行うことができ、磁気ディスクの高記録密度化が可能となる。

【0039】また、第2の実施形態の磁気ヘッド位置決め装置によると、粗動用駆動部を、ディスクの内周側から外周側までの長距離移動や、従来のトラックジャンプに相当する3～5μm程度の比較的大きな移動に用い、一方、微動用駆動部を高精度な磁気ヘッドの位置決めとして用いるため、なお一層、磁気ヘッドの位置決め制御の高速、高精度化が実現でき、磁気ディスクのさらなる高記録密度化が可能となる。

【0040】さらに、トラックをトレースする能力が向上するため、情報の記録、再生時のエラー発生を低減することができ、信頼性の高い高記録容量の磁気ディスク装置を提供することができる。

【0041】尚、ベースプレートをアームに固定する方法はネジ止めに限ることはなく、他の固定手段を用いてもよい。

【0042】また、ヒンジバネは上述した形状に限ることなく、同様の働きをするいかなる形状のものであってもよい。

【0043】また、ベースプレート、サスペンション、ヒンジバネは個別の部品ではなく、一体として形成された部材を用いてもよい。

【0044】また、本発明のアクチュエータをディスクの両面から挟む構成にしてディスクの両面に記録し再生する構成にしてもよい。

【0045】さらに、本発明のアクチュエータを複数段重ねて極めて容量の大きな磁気ディスク装置に用いてもよいことは当然である。

【0046】

【発明の効果】以上の説明から明らかなように本発明は、高記録密度化が進む磁気ディスクにおいて、高速で高精度なトラッキング制御、トラックジャンプ制御等を可能にする磁気ヘッド位置決め装置と、この磁気ヘッド位置決め装置を用いて高記録容量の磁気ディスク装置を実現することが可能となる。

【図面の簡単な説明】

【図1】 本発明にかかわる第1の実施形態の構成を示す斜視図である。

【図2】 第1の実施形態の駆動部の構成を示す図である。

【図3】 本発明に用いるヒンジバネの構造の1例を示す斜視図である。

【図4】 図3に示すヒンジバネの動作について説明するための図である。

【図5】 本発明にかかわる第2の実施形態に用いる微動用アクチュエータの構成を示す斜視図である。

【図6】 第2の実施形態にかかわるアクチュエータの斜視図である。

【図7】 第2の実施形態にかかわるアクチュエータの斜視図である。

【図8】 一般的な磁気ディスク装置の構成を示す斜視図である。

【図9】 図8に示す磁気ディスク装置のアクチュエータの回動力について説明するための図である。

【図10】 アクチュエータの回転軸での振動の発生について説明するための図である。

【符号の説明】

1，2，3…アクチュエータ、4…微動用駆動部、5，6…粗動用駆動部、11，21，41…回転軸、12a，22a，12b，22b，39…マグネット、13，23，40…コイル、14，24…ベースプレート、15，37…アーム、16，36…サスペンション、17，35…スライダー、18，28…ヒンジバネ、18a…可動面、18b…バネ部、18c…固定面、18d…スリット、18e…孔、25…ネジ、30…磁気ディスク装置、31…筐体、32…スピンドルモータ、33…ディスク、34…回動型アクチュエータ、38…ヨーク

(7) 特開平11－297011

【図1】
12a マグネット
12b マグネット
14 ベースプレート
13 コイル
18 ヒンジバネ
回転軸 11
15 アーム
16 サスペンション
1 アクチュエータ
17 スライダー
【図2】
【図3】
18d スリット
18b バネ部
18a 可動面
18c 固定面
18e 孔
【図4】
(a)
(b)
【図10】

COR-ITC073319

(8) 特開平11−297011

【図5】

22a マグネット
22bマグネット
24 ベースプレート
23 コイル
28 ヒンジバネ
28c
回転軸 21
18 サスペンション
R2
4 微動用駆動部
17 スライダー
Z
X
Y

【図6】

12a マグネット
12bマグネット
14 ベースプレート
13 コイル
16 ヒンジバネ
15 アーム
回転軸 11
R1
5
2 アクチュエータ
28
23
4
24
21
18 サスペンション
R2
17 スライダー
25
Z
X
Y

COR-ITC073320

(9) 特開平11－297011

【図7】

3アクチュエータ
40
11
15
R1
22a
S
N
22b
N
S
4
26
23
24
21
16
17
R2
Z
X
Y
25
25

【図8】

スピンドルモータ32
スライダー35
サスペンション 36
アーム37
回転軸 41
回動型アクチュエータ 34
ヨーク 38
マグネット 39
コイル 40
R3
33 ディスク
31 筐体
38

30 磁気ディスク装置

COR-ITC073321

(10) 特開平11−297011

【図9】

33
31
32
R2
R1
35
36
37
39
38
F
41
G
B
I
B
I
40
F

COR-ITC073322