6



US005149048A

# United States Patent [19]

Morehouse et al.

[11] Patent Number: 5,149,048

[45] Date of Patent: Sep. 22, 1992

[54] SHOCK ABSORBENT MOUNTING ARRANGEMENT FOR DISK DRIVE OR OTHER COMPONENT

[75] Inventors: James H. Morehouse, Jamestown; James A. Dunckley; David M. Furay, both of Boulder; John A. Mount; Bernard J. Rondestvedt, both of Longmont; Steven B. Volk, Boulder, all of Colo.

[73] Assignee: Integral Peripherals, Boulder, Colo.

[21] Appl. No.: 765,349

[22] Filed: Sep. 25, 1991

Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 630,136, Dec. 19, 1990.

[51] Int. Cl.[5] .......... F16M 13/00

[52] U.S. Cl. .......... 248/632; 206/444; 248/634

[58] Field of Search .......... 248/560, 632, 633, 635, 248/638; 206/592, 591, 313, 444, 312; 360/133

[56] References Cited

U.S. PATENT DOCUMENTS

4,443,874 4/1984 Steenberg .......... 206/444 X
4,473,153 9/1984 Colangelo .......... 206/444 X
4,515,272 5/1985 Newhouse .......... 206/592
4,568,988 2/1986 McGinlay et al. .
4,568,994 2/1986 Lynch .......... 206/444 X
4,655,348 4/1987 Takagi .......... 206/444
4,724,501 2/1988 Buchwald .......... 206/444 X
4,824,059 4/1989 Butler .......... 206/592 X

FOREIGN PATENT DOCUMENTS

98580 6/1985 Japan .......... 360/133
17281 1/1986 Japan .......... 360/133

*Primary Examiner*—J. Franklin Foss
*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin & Friel

[57] ABSTRACT

A shock absorbent jacket for mounting a disk drive or other component is disclosed.

21 Claims, 7 Drawing Sheets



U.S. Patent Sep. 22, 1992 Sheet 1 of 7 5,149,048

FIGURE 1

11
10
12

FIGURE 2

20
10

COR-ITC007309

U.S. Patent Sep. 22, 1992 Sheet 2 of 7 5,149,048

FIGURE 3

20
30
32

COR-ITC007310



U.S. Patent Sep. 22, 1992 Sheet 3 of 7 5,149,048

41
40
31
42
43
20
44
10

FIGURE 4

COR-ITC007311



U.S. Patent Sep. 22, 1992 Sheet 4 of 7 5,149,048

FIGURE 5A

FIGURE 5B

FIGURE 5C

FIGURE 5D

FIGURE 5E

COR-ITC007312



U.S. Patent Sep. 22, 1992 Sheet 5 of 7 5,149,048

61
60
61

FIGURE 6

COR-ITC007313



U.S. Patent Sep. 22, 1992 Sheet 6 of 7 5,149,048

70
71
72
73
74
75

FIGURE 7

COR-ITC007314



U.S. Patent Sep. 22, 1992 Sheet 7 of 7 5,149,048

70
73
74

FIGURE 8

COR-ITC007315

## SHOCK ABSORBENT MOUNTING ARRANGEMENT FOR DISK DRIVE OR OTHER COMPONENT

This is a continuation-in-part of application Ser. No. 07/630,136, filed Dec. 19, 1990.

### FIELD OF THE INVENTION

This invention relates to shock absorbent mounting arrangements for protecting various types of components and devices against external shock forces, and in particular to such arrangements for computer disk drives.

### BACKGROUND OF THE INVENTION

Various systems are known for mounting a component or device on an instrument, machine or other object so as to protect or isolate it from external vibrational or shock forces. A foam rubber or other deformable pad placed under the component is one of the simplest arrangements. Alternatively, the component may be mounted with elastomeric grommets or isolators which typically include a hole through which a screw or other fastener is inserted to provide the component with a positive attachment to the surface on which it is mounted.

Disk drives used in computers, particularly small portable computers, are one type of delicate component which needs to be protected against external vibration and shocks. There are essentially two types of such disk drives, referred to as "dynamic loading" and "contact start/stop", respectively. In a dynamic loading drive, the actuator or carriage on which the read/write head is mounted is withdrawn to a position away from the disk when the drive is not operating. In a contact start/stop drive the read/write head rests at a "park" position on the surface of the disk (typically the inner portion thereof) when the drive is not operating.

In dynamic loading drives, the bearings of the spindle-motor are particularly vulnerable. A sizeable shock imposed on the drive can plasmically deform or Brinell the races in these bearings. Such deformations in the bearing races may cause the disk to wobble in a non-repeatable way in the lateral direction as it rotates (a condition referred to as "non-repetitive runout") and may create tracking problems. Acoustic degradation caused by the clicking of the Brinelled bearing may also result. Moreover, Brinelling creates undue friction in the bearing and may slow down the rotation of the disk or prevent the disk from rotating altogether.

In contact start/stop drives, a shock on the drive may lead to "head slap", in which the head is lifted from and falls back to the surface of the disk. Similarly, if either type of drive is jolted during operation, the head may be forced through the thin boundary layer of air upon which it rides into sharp contact with the surface of the disk, a phenomenon known as "head crash". Either of these occurrences may damage the head and/or the disk.

These problems have become all the more common with the advent of "laptop" and "hand held" computers, which are often used in severe environments, being bumped or dropped repeatedly as they are moved from place to place. The disk drives in these computers are accordingly subjected to a variety of translational or rotary shocks.

To alleviate these problems, disk drives have typically been mounted with elastomeric grommets and screws or with isolators having studs attached to the ends. Both of these methods have disadvantages. First, grommets or isolators take up significant space, and space is at a premium in a small computer. Second, they involve several parts which must be assembled and installed. The extra expense arising from these steps can be substantial in the context of mounting a relatively small component such as a disk drive in a laptop, hand held or other miniature computer.

A third major disadvantage of conventional mounting techniques is that they generally permit purely translational (linear) shocks to be coupled into rotational shocks. This occurs because in general the resultant vector of the individual forces which are applied to the drive through the grommets or isolators when the computer is displaced suddenly in translation is not directed through the center of gravity of the drive. The drive therefore experiences a rotational moment of force as well as a translational force. This may be observed as a tendency of the drive to tilt or tip in the direction from which the force originates. Rotational shocks are particularly troublesome for disk drives that include rotary actuators or carriages because they tend to cause the rotary actuator or carriage to rotate about its pivot point, thereby risking potentially damaging contact between the read/write head and the disk or causing offtrack errors during read and write operations. The only way to decouple the translational and rotational forces is to insure that the resultant of any translational force imposed on the drive will pass through the drive's center of gravity.

### SUMMARY OF THE INVENTION

In accordance with this invention, a disk drive or other component is enclosed in a jacket fabricated from a resilient, shock absorbent material such as foam rubber. The jacket may enclose the component completely or partially, or more than one jacket may be used, provided in any case that the component is protected against shock forces in all directions. The jacket may be manufactured from a foamed or other soft material or from a solid material of moderate stiffness into which a pattern of ribs, beads, ripples or other shapes is impressed.

The jacket-enclosed component is placed and supported in a cavity or recess in a computer or other instrument. The cavity is sized and shaped in such a way that the jacket is loosely held between the surface of the component and the inner surface of the cavity. The cavity itself may be completely enclosed, or it may have various openings. For example, it may take the form of a cage or lattice arrangement on one or more sides. It is essential, however, that the surfaces which define the cavity be positioned so that they function cooperatively with the shock absorbent jacket to protect the disk drive or other component from shocks in any direction.

A mounting arrangement according to this invention takes up very little space, is inexpensive to manufacture and install, and avoids the undesirable coupling of translational into rotational shocks by assuring that the resultant force imposed on the component in the event of a linear shock will always be directed through its center of gravity. In addition to preventing the coupling of translational into rotary forces, an embodiment according to this invention provides a high degree of isolation from rotary as well as translational forces.

It is another advantage of this invention that the component can be placed into its protective jacket immediately, prior to handling, so that it is protected during installation into the computer or other instrument.

In an alternative embodiment according to this invention, the shock absorbent jacket is manufactured from an electrically conductive material so that it protects the component against damage from electrostatic discharge and electromagnetic radiation.

The applicability of this invention is not limited to any particular type of component but includes any device or mechanism that does not require a rigid physical connection with the object on which it is to be mounted.

The principles of this invention are particularly well suited to disk drives used as removable storage devices in computers.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 shows a perspective view of a shock absorbent jacket in accordance with the invention.

FIG. 2 shows the jacket of FIG. 1 with a disk drive enclosed.

FIG. 3 shows a disk drive mounted in a computer housing in accordance with the invention.

FIG. 4 shows in cross section a disk drive and associated circuit boards mounted in a computer housing in accordance with the invention.

FIGS. 5A to 5E show in cross section illustrative patterns into which a shock absorbent jacket in accordance with the invention may be formed.

FIG. 6 shows a perspective view of another embodiment a shock absorbent jacket in accordance with this invention.

FIGS. 7 and 8 shows perspective views of a shock absorbent jacket for a disk drive used as a removable storage device in a computer.

## DETAILED DESCRIPTION OF THE INVENTION

FIG. 1 shows a shock absorbent jacket 10 in accordance with the invention. Jacket 10 is fabricated or molded from foam rubber or another soft material. Oval-shaped apertures 11 and 12 in jacket 10 are sized to permit a disk drive to be inserted into the jacket.

FIG. 2 shows jacket 10 with a disk drive 20 enclosed inside.

FIG. 3 illustrates the manner in which disk drive 20 is mounted in a housing 31 of a computer. Jacket 10 with disk drive 20 inside is placed within the perimeter of a fence 30, which is attached to housing 31 and defines a cavity 32. The respective heights of jacket 10 and fence 30 are essentially equal. After jacket 10 and drive 20 have been placed into cavity 32, a planar cover (not shown) is placed on top of fence 30, thereby securing disk drive 20 in place. It has been found that for maximum protection against shock forces a space of approximately 0.5 to 1.5 mm should be allowed between the external surfaces of drive 20 and the opposing surfaces of fence 30, computer housing 31 and the cover. The thickness of jacket 10 should fill this space so that drive 20 is loosely but securely held in cavity 32.

If the center of gravity of drive 20 is at or near its physical center (as is normally the case), the material of which jacket 10 is fabricated should be uniform in terms of thickness and stiffness on all sides of drive 20. This will insure that the resultant of any force applied to drive 20 through jacket 10 will be substantially directed through its center of gravity. If the center of gravity of drive 20 is significantly to one side of its physical center, jacket 10 should be made somewhat thicker and/or stiffer, and therefore capable of absorbing a greater shock force, on that side. Otherwise, drive 20 will tend to rotate within cavity 32 in the presence of a translational force and the "coupling" referred to above will occur.

FIG. 4 shows a cross-sectional view of the structure just described and illustrates in addition the connection of disk drive 20 to drive controller board 40 and computer motherboard 41 via a flexible connector 42. Flexible connector 42 passes through a channel 43 in fence 30. A cover 44, which contacts the top edge of fence 30, forms a closed cavity within which disk drive 20 rests. Cover 44 and housing 31 are preferably made of molded plastic and are designed to fit together so as to create a rigid or semi-rigid cavity within which disk drive 20 is lodged.

Drive controller board 40, which is associated with and controls disk drive 20, is "piggybacked" onto motherboard 41, which contains circuits and devices for the computer. The piggyback assembly of drive controller board 40 and motherboard 41 is typically attached to housing 31 by screws or clips which fit into threaded sockets or snap-tight devices in housing 31. It will be noted that the structure of FIG. 4 provides a low profile for the assembly of disk drive 20, drive controller board 40 and motherboard 41 which is particularly suitable for a laptop, hand held or other small computer.

The advantages of the arrangements described above and shown in FIGS. 1-4 will be evident to those skilled in the art. Disk drive 20 can be inserted into shock absorbent jacket 10 and placed into a cavity in the computer housing with a minimal amount of effort and expense. There is no need to assemble a multiplicity of small parts such as the screws and grommets frequently used in previous shock protective mounting arrangements. Moreover, when fitted into the cavity, the center of mass of disk drive 20 will be directly in line with the resultant force imposed on drive 20 by jacket 10 if the computer is subjected to an external shock. Accordingly, there is no danger of the undesirable coupling of translational shocks into rotatory shocks typically experienced in prior art structures.

The shock absorbent jacket discussed above was manufactured from foam rubber or other soft material, preferably having a durometer reading of approximately 60 Shore A. An elastomer or other material formed into a rippled, ribbed, beaded or other pattern may also be used. Examples of such structures are shown in cross section in FIGS. 5A-5E. These structures exhibit a relatively low stiffness or resistance to deformation in the presence of low shock forces such as might be encountered when the computer or other instrument is in operation, while providing a high stiffness in the presence of a large, high-energy shock force and the resulting relatively large displacement. If a ribbed or other patterned material is used, the mechanical stiffness thereof (i.e., the material plus section modulus) should preferably be about the same as that of the foamed material.

A shock absorbent jacket in accordance with this invention may be fabricated in an infinite variety of configurations and may have apertures of various sizes and shapes formed in its surface, provided that, when installed, the jacket provides the component enclosed inside with protection against shocks regardless of the

direction from which they originate. Manufacturing considerations may also affect the form of the jacket. For example, FIG. 6 shows a jacket 60 with slots 61 in either side. Jacket 60 could be molded with its ends bent back on one another so that it forms a U-shaped profile when viewed from the side. This would allow it to be easily formed in an injection mold and removed from the mold when completed. Also, several jackets can be used in lieu of a unitary jacket, provided again that they assure protection from shocks in any direction. It will be apparent, for example, that disk drive 20 could be protected by cup-shaped jackets fitted over both ends.

The cavity or recess into which the component is fitted need not be fully enclosed either, so long as it retains the component at an essentially fixed position in relation to the computer or other instrument on which the component is to be mounted and, working in conjunction with the shock absorbent jacket, it protects the component against any shock, whatever the direction. The component could, for example, be placed inside a cage or lattice-type arrangement.

Disk drives (particularly their read/write heads) are frequently subjected to the adverse effects of electromagnetic radiation from sources inside the computer or other instrument in which they are mounted, or beyond. In a computer, for example, electromagnetic interference (EMI) may emanate from the power supply, switching devices or display screen. In addition, electrostatic charge may build up in the drive and may damage the drive when it discharges.

In another embodiment of this invention, the shock absorbent jacket is constructed of an electrically conductive material which protects the drive or other component against electrostatic discharge (ESD) and which shields it against EMI from sources outside the jacket. Available foams and elastomers which contain carbon or metallic particles or fibers dispersed within them will provide adequate ESD protection and some EMI protection. Superior EMI protection will be obtained with foams or elastomers which have metallic wire meshes imbedded in them or bonded to them. For good ESD and EMI protection, it is desirable to provide a jacket which encloses the drive or component on all sides.

The principles of this application are particularly well suited to disk drives which are used as removable storage elements in a computer. Most computer systems rely on a removable storage element of one kind or another. Among other things, removable storage elements permit the removal of confidential information from a computer, the expansion of internal memory (RAM), and the exchange of information between different types of computers, particularly portable computers used in the field which must interface with larger systems.

Most software is distributed on a well-known type of removable storage medium, the floppy disk. While floppy disks are relatively inexpensive and resistant to shocks, their storage capacity has been limited to a maximum of about 4 megabytes, and they are unable to withstand extreme humidity and temperature conditions and high levels of particulate contamination.

Sealed, rigid disk drives offer a much greater storage capacity (e.g., 20/40 megabytes for a 1.8 inch disk drive) and can be manufactured to overcome the problems encountered by floppy disks. Nonetheless, until now a rather large, costly external structure has been required to isolate the disk drive from vibration and shock. This has limited the usage and acceptance of these devices by industry despite their obvious advantages. This industry attitude has persisted even though technical advances have made the drives themselves more resistant to damage from shock and vibration.

The application of the principles of this invention to removable storage devices in effect creates a new class of storage device having the shock and vibration resistance of floppy disks together with the storage capacity of hard disk drives. In fact, the new devices may be smaller than floppy disks: a miniature disk drive with a volume of only 1.0 cubic inches has been manufactured, as compared with a volume of about 1.6 cubic inches for a conventional 3.5 inch floppy diskette.

FIG. 7 shows a disk drive unit 70 which includes a disk drive 71 and a drive controller board 72. Disk drive unit 70 is inserted into a protective jacket 73 through an aperture (not shown) in the rear of protective jacket 73. Disk drive unit 70 connects with the host computer (not shown) by means of a multipin static-resistant connector 74, which protrudes through an aperture 75 in protective jacket 73. As is shown in the cutaway view of FIG. 8, protective jacket 73 closely conforms to the contours of disk drive unit 70.

It will be noted that disk drive unit 70 is completely surrounded by protective jacket 73, except for aperture 75 and the aperture through which disk drive unit 70 is inserted into protective jacket 73. This gives disk drive unit 70 maximum protection against shock, vibration and contamination, both while disk drive unit 70 is installed in its host computer and while it is being handled separately between installations.

While the embodiments described above are designed to protect a computer disk drive, the broad principles of this invention are applicable to a wide range of components, mechanisms and devices—electronic, mechanical or otherwise—all of which are referred to hereinafter individually as "component" and collectively as "components". In fact, the invention is applicable to any component which does not have to be mounted in an absolutely rigid manner. Moreover, a component may be mounted in accordance with this invention on any machine, tool, instrument or other object of any description whatsoever, all of which are referred to hereinafter individually as "instrument" and collectively as "instruments".

Accordingly, the foregoing embodiments in accordance with this invention are intended to be illustrative only and not in any manner limiting of the full scope of this invention. Those skilled in the art will be able to recognize or conceive of numerous alternative embodiments which are within the broad scope and principles of this invention.

We claim:

1. A combination for protecting an electronic, mechanical or electro-mechanical component to be mounted in an instrument against damage from shock forces imposed on the instrument, the combination comprising:

an electronic, mechanical or electro-mechanical component to be mounted in an instrument;

a shock absorbent jacket which at least partially encloses the component; and

means for retaining the jacket and the component at a selected location in the instrument;

wherein the jacket and the retaining means function cooperatively so as to protect the component against a shock force applied to the instrument, regardless of the direction of the force.

2. The combination of claim 1 wherein the retaining means comprises a structure in said instrument which defines a cavity into which the jacket and the component are placed.

3. The combination of claim 2 wherein the structure is substantially enclosed.

4. The combination of claim 2 wherein the structure comprises at least one aperture.

5. The combination of claim 1 wherein the jacket includes at least one aperture.

6. The combination of claim 1 wherein the jacket is made of a foamed material.

7. The combination of claim 1 wherein the jacket is made of an elastomeric material in which a pattern has been formed, the pattern contributing to the ability of the elastomeric material to absorb a shock force.

8. The combination of claim 1 wherein the instrument comprises a computer and the component comprises a disk drive.

9. The combination of claim 8 wherein the component comprises a removable storage device for the computer.

10. The combination of claim 1 in which the center of gravity of said component is located significantly to a side of the physical center of said component, and in which the portion of the jacket which encloses that side of the component is fabricated so as to be capable of absorbing a greater shock force than other portions of the jacket.

11. The combination of claim 1 wherein the shock absorbent jacket is constructed of an electrically conductive material.

12. A protective device for mounting an electronic, mechanical or electro-mechanical component in an instrument, said protective device comprising a jacket made of a resilient material and designed to enclose at least a portion of the surface of the component, the jacket being further designed to protect the component against shock forces imposed on the instrument from any direction.

13. The protective device of claim 12 designed to protect a disk drive.

14. The protective device of claim 12 wherein the resilient material is a foamed material.

15. The protective device of claim 14 wherein at least part of the foamed material is formed into a ribbed or beaded pattern.

16. The protective device of claim 12 wherein the jacket comprises an electrically conductive material.

17. The protective device of claim 12 wherein the resilient material contains carbon or metallic particles for protecting a disk drive against electrostatic discharge and/or electromagnetic interference.

18. The protective device of claim 12 designed to protect a removable disk drive for a computer.

19. The protective device of claim 18 designed to protect a removable disk drive having a plug or socket for connecting it to a computer, the jacket having an aperture for the plug or socket.

20. The protective device of claim 18 wherein the jacket is designed to enclose a removable disk drive as well as a printed circuit board for controlling the removable disk drive.

21. A shock absorbent arrangement for mounting a component in an instrument comprising:

a shock absorbent jacket which at least partially encloses said component; and

means for retaining said jacket and said component at a selected location in said instrument;

wherein said jacket and said retaining means function cooperatively so as to protect said component against a shock force applied to said instrument, regardless of the direction of said force; and

wherein the center of gravity of said component is located significantly to a side of the physical center of said component, and wherein the portion of the jacket which encloses that side of the component is fabricated so as to be capable of absorbing a greater shock force than other portions of the jacket.

* * * * *

13

# WEBSTER'S NEW WORLD™ COLLEGE DICTIONARY

THIRD EDITION

**Victoria Neufeldt**

Editor in Chief

**David B. Guralnik**

Editor in Chief Emeritus

**MACMILLAN**
**USA**

*Dedicated*
*to David B. Guralnik*
*lexicographical mentor and friend*

Webster's New World™ College Dictionary, Third Edition
Copyright © 1997, 1996, 1994, 1991, 1988 by Simon & Schuster, Inc.

This edition is a major revision of *Webster's New World Dictionary®*, Second College Edition, copyright © 1986, 1984, 1982, 1980, 1979, 1978, 1976, 1974, 1972, 1970 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Macmillan General Reference
A Simon & Schuster Macmillan Company
1633 Broadway
New York, NY 10019-6785

A Webster's New World™ Book

MACMILLAN is a registered trademark of Macmillan, Inc.
WEBSTER'S NEW WORLD DICTIONARY is a
registered trademark of Simon & Schuster, Inc.

*Dictionary Editorial Offices:*
*New World Dictionaries*
*850 Euclid Avenue*
*Cleveland, Ohio 44114*

**Library of Congress Cataloging-in-Publication Data**
Webster's New World college dictionary / Victoria Neufeldt, editor in chief, David B. Guralnik, editor in chief emeritus. — 3rd ed.
p. cm.
ISBN 0-02-861673-1 (thumb-indexed). — ISBN 0-02-861675-8 (plain).
— ISBN 0-02-861674-X (leatherkraft)
1. English language — Dictionaries. I. Neufeldt, Victoria.
II. Guralnik, David Bernard, 1920–
PE1628.W5629 1997
423—dc21 96-44362
CIP

Database service and principal typesetting by Lexi-Comp, Inc., Hudson, Ohio.
Manufactured in the United States of America
1 2 3 4 5 6 7 8 9 10 97 98 99 00 01 02

**corn**[1] (kôrn) *n.* [ME & OE < IE base *ger-, to ripen, mature, grow old > GRAIN, CHURN, Gr *gerōn*, old man] 1 [Now Dial.] a tiny, hard particle, as of salt or sand; granule; grain 2 a small, hard seed or seedlike fruit, esp. a seed or grain of a cereal grass; kernel: now chiefly in compounds, as *peppercorn, barleycorn* ☆3 *a)* a cultivated American cereal plant (*Zea mays*) of the grass family, with the grain borne on cobs enclosed in husks; maize; Indian corn *b)* the ears or kernels of this cereal plant 4 [Brit.] *a)* the seeds of all cereal grasses, as wheat, rye, barley, etc.; grain *b)* any plant or plants producing grain 5 the leading cereal crop in a particular place, as wheat in England or oats in Scotland and Ireland 6 [Colloq.] corn whiskey ☆7 ideas, humor, music, etc. regarded as old-fashioned, trite, banal, or sentimental —*vt.* 1 to form into granules 2 to preserve or pickle with salt granules or in brine 3 to feed grain to (animals)

**corn**[2] (kôrn) *n.* [ME & OFr *corne* < L *cornu*, HORN] a hard, thick, painful growth of skin, esp. on a toe, caused by pressure or friction

☆**corn·ball** (kôrn'bôl') *adj.* [CORN[1], *n.* 7 + (SCREW)BALL] [Slang] unsophisticated, old-fashioned, banal, sentimental, etc.; corny —*n.* [Slang] a cornball person or thing

☆**Corn Belt** region in the NC plains area of the Middle West where much corn and cornfed livestock are raised: it extends from W Ohio to E Nebr. and NE Kans.

☆**corn borer** the larva of a European moth (*Ostrinia nubilalis*), now a destructive pest in the U.S., feeding on corn and other plants

☆**corn bread** a baked or fried flat bread made with cornmeal and, variously, milk or water, flour, eggs, sugar, etc.

☆**corn·cake** (-kāk') *n.* JOHNNYCAKE

☆**corn·cob** (-käb') *n.* 1 the woody core of an ear of corn, on which the kernels grow in rows 2 a corncob pipe

☆**corncob pipe** a tobacco pipe with a bowl made of a hollowed piece of dried corncob

**corn cockle** a tall annual weed (*Agrostemma githago*) of the pink family, with flat, pinkish flowers and poisonous seeds, often found in grainfields

**corn·crake** (-krāk') *n.* [see CRAKE] a brown, short-billed N European rail (*Crex crex*), often found in grainfields

☆**corn·crib** (-krib') *n.* a ventilated structure, with or without a roof, for storing ears of corn

☆**corn·dodg|er** (-däj'ər) *n.* [Dial.] a small cake of cornmeal, baked or fried hard Also **corn dodger**

☆**corn dog** [Colloq.] a wiener covered with cornmeal batter and deep-fried

**cor·ne|a** (kôr'nē ə) *n.* [ME < ML < L *cornea (tela)*, horny (web, tissue), fem. sing. of *corneus* < *cornu*, HORN] the transparent tissue over the front of the eyeball, covering the iris and pupil: see EYE, illus. —**cor'ne|al** *adj.*

☆**corn ear·worm** (ir'wurm') the larva of a noctuid moth (*Heliothis zea*), that feeds on corn ears and other crops

**corned** (kôrnd) *adj.* preserved with salt or brine [*corned beef*]

**Cor·neille** (kôr nā'y'), **Pierre** 1606-84; Fr. dramatist

**cor·nel** (kôr'nəl) *n.* [ME & OFr *corneille* < VL *cornea* < L *cornus*; akin to Gr *kranos*, cornel tree, prob. akin to *kerasos*, cherry tree: see CHERRY] DOGWOOD (sense 1), esp. bunchberry

**Cor·nel·ia** (kôr nēl'yə) [L, fem. of *Cornelius*] 1 a feminine name 2 2d cent. B.C.; mother of Gaius & Tiberius Gracchus

**cor·nel·ian** (kôr nēl'yən) *n.* [ME & OFr *corneline*, dim. < OFr *corneola*, prob. (because of similarity of color) < VL *cornea*: see CORNEL] CARNELIAN

**Cor·nel·ius** (kôr nēl'yəs) [L, name of a Roman gens] a masculine name: fem. *Cornelia*

**Cor·nell** (kôr nel') 1 **Ezra** 1807-74; U.S. capitalist & philanthropist 2 **Katharine** 1898-1974; U.S. actress

**cor·ne|ous** (kôr'nē əs) *adj.* [L *corneus* < *cornu*, HORN] horny; hornlike

**cor·ner** (kôr'nər) *n.* [ME < OFr *corniere* < ML *cornerium* < L *cornu*, projecting point, HORN] 1 the point or place where lines or surfaces join and form an angle 2 the area or space within the angle formed at the joining of lines or surfaces [*the corner of a room*] 3 the area at the tip of any of the angles formed at a street intersection 4 something used to form, mark, protect, or decorate a corner 5 a remote, secret, or secluded place [*look in every nook and corner*] 6 region; quarter; part [*every corner of America*] 7 an awkward position from which escape is difficult [*driven into a corner*] ☆8 a monopoly acquired on a stock or a commodity so as to be able to raise the price —*vt.* ☆1 to drive or force into a corner or awkward position, so that escape is difficult ☆2 to get a monopoly on (a stock or commodity) —*vi.* 1 to meet at or abut (*on*) a corner: said of land, buildings, etc. 2 to turn corners: said of a vehicle [*this car corners easily*] —*adj.* 1 at or on a corner [*a corner store*] 2 used in a corner [*a corner table*] —*SYN.* MONOPOLY —**around the corner** in the immediate vicinity or future —☆**cut corners** 1 to take a direct route by going across corners 2 to cut down expenses, time, labor, etc. —**the (four) corners of the earth** the farthest parts of the earth —**turn the corner** to get safely past the critical point

**cor|ner·back** (-bak') ☆*n. Football* either of two defensive backs positioned outside of the linebackers and three to ten feet off the line of scrimmage, whose duties are to guard against running plays around the ends (the *corners*) of the line and to cover wide receivers

**cor·nered** (kôr'nərd) *adj.* having (a specified number or type of) corners [*a three-cornered hat*]

**corner kick** *Soccer* a free, or unhindered, kick by which an offensive player puts the ball in play from the corner of the field (corner area) after a defensive player has caused the ball to cross his own goal line, not between the goal posts

**cor|ner·stone** (kôr'nər stōn') *n.* [ME] 1 a stone that forms part of the corner of a building; esp., a foundation stone of this kind, often inscribed, laid at a ceremony that marks the beginning of building 2 the basic, essential, or most important part; foundation

**cor|ner·wise** (-wīz') *adv.* 1 with the corner to the front 2 from one corner to an opposite corner; diagonally Also **cor|ner·ways'** (-wāz')

**cor·net** (kôr net'; *Brit* kôr'nit) *n.* [ME & OFr, dim. of *corn*, a horn < L *cornu*, HORN] 1 a brass band instrument similar to the trumpet in pitch and construction, but more compact, with a longer tube and a deeper mouthpiece 2 *a)* a piece of paper twisted like a cone, for holding sugar, candy, etc. *b)* a cone-shaped piece of pastry, often filled as with whipped cream 3 the spreading, white headdress of a Sister of Charity

**cor|net-à-pistons** (kôr net'ə pis'tənz; *Fr* kôr nā à pēs tōn') *n.*, *pl.* **cor|nets'-à-pis'tons** (-nets'a-; -nā zā-) CORNET (sense 1)

☆**cor·net·ist** or **cor·net·tist** (kôr net'ist) *n.* a cornet player

☆**corn-fed** (kôrn'fed') *adj.* 1 fed on corn 2 [Colloq.] rustically robust and simple, unsophisticated, etc.

**corn·field** (-fēld') *n.* a field in which corn is grown

☆**corn·flakes** (-flāks') *n.pl.* a breakfast cereal of crisp flakes made from hulled corn and served cold, as with milk Also **corn flakes**

☆**corn flour** 1 flour made from corn 2 [Brit.] cornstarch

**corn·flow|er** (-flou'ər) *n.* an annual plant (*Centaurea cyanus*) of the composite family, with tiny, raylike, white, pink, or blue flowers forming a round head at the top of the stem

☆**corn·husk·ing** (kôrn'husk'iŋ) *n.* 1 the husking of corn 2 a gathering of friends and neighbors for husking corn; husking bee: it is generally a festive event, followed by dancing, etc. —**corn'husk'er** *n.*

**cor·nice** (kôr'nis) *n.* [Fr < It < L *coronis*, curved line, flourish in writing < Gr *korōnis*, curved object: see CROWN] 1 a horizontal molding projecting along the top of a wall, building, etc. 2 the top part of an entablature 3 a projecting, decorative strip above a window, designed to keep a curtain rod from showing See ENTABLATURE, illus. —*vt.* **-niced**, **-nic·ing** to top as with a cornice

**cor·niche** (kor nēsh') *n.* [Fr, lit., CORNICE] a roadway that winds along a cliff or steep slope

**cor·ni·chon** (kôr nē shōn') *n.* [Fr] a small sour pickle

**cor·nic|u·late** (kôr nik'yoo lit, -lāt') *adj.* [L *corniculatus* < *corniculus*, dim. of *cornu*, HORN] having horns or hornlike projections; horned

**Cor·nish** (kôr'nish) *adj.* designating or of Cornwall, its people, or culture —*n.* 1 the Celtic language spoken by the people of Cornwall until c. 1800, closely related to Breton and Welsh 2 *pl.* **Cor'nish** *a)* any of a British breed of chicken with meat of a particularly good quality *b)* any of a breed of miniature chicken crossbred from these chickens and Plymouth Rocks (popularly called **Cornish hens** or, in full, **Rock Cornish (hens)**)

**Cor|nish·man** (-mən) *n.*, *pl.* **-men** (-mən) a native or inhabitant of Cornwall

**Corn Laws** in England, certain laws imposing heavy duties on the importation of grain, repealed in 1846

**corn·meal** (kôrn'mēl') *n.* ☆1 meal made from corn (maize) 2 meal made from some other grain, as, in Scotland, oats: see CORN[1]

☆**corn picker** a machine for harvesting and husking corn

☆**corn pone** [Chiefly South] a kind of corn bread baked in small oval loaves, or pones

**corn poppy** a species of poppy (*Papaver rhoeas*), often found in grainfields of Europe and Asia

☆**corn·row** (kôrn'rō') *n.* a hairstyle in which the hair is arranged in an intricate pattern of tight braids close to the scalp, separated by wide parts —*vt.* to arrange in a cornrow

**corn salad** a European herb (*Valerianella locusta*) of the valerian family, often found in cornfields, with rose, blue, or white flowers and leaves that are used in salads

☆**corn silk** the long, silky fibers that are the styles of an ear of corn: the longer fibers hang out of the husk in a tuft which catches pollen

☆**corn smut** a disease of corn caused by a smut fungus (*Ustilago maydis*), forming large black swellings

☆**corn snow** snow that has melted and refrozen, as in the spring, to form coarse granules

☆**corn·stalk** (-stôk') *n.* a stalk of corn (maize)

☆**corn·starch** (-stärch') *n.* a fine, granular or powdery starch made from corn and used in cooking and to make corn sugar, corn syrup, etc.

☆**corn sugar** a dextrose made from cornstarch

☆**corn syrup** a syrup made from cornstarch: it is a mixture of dextrose, maltose, and dextrins

**cor|nu** (kôr'nyoo', -noo') *n.*, *pl.* **-nu|a** (-ə) [L, HORN] *Anat.* any horn-shaped structure —**cor'nu|al** (-nyoo əl) *adj.*

**cor·nu·co·pi|a** (kôr'nyoo kō'pē ə, -noo-, -nə-) *n.* [L *cornu copiae*, horn of plenty: see HORN & COPIOUS] 1 *Gr. Myth.* a horn of the goat that suckled Zeus: it becomes full of whatever its owner wants 2 a representation in painting, sculpture, etc. of a horn overflowing with fruits, flowers, and grain; horn of plenty 3 an overflowing fullness; abundance 4 any cone-shaped container

CORNUCOPIA

**cor·nu|ted** (kôr nyoot'id, -noot'-) *adj.* [< L *cornutus*, horned < *cornu*, HORN] 1 having horns 2 horn-shaped 3 [Archaic] cuckolded

**cor·nu|to** (kôr noo'tō) *n.*, *pl.* **-nu'|ti** (-tē) [It: see prec.] a cuckold

447 **encephalic / encyclopedist**

en·ce·phal·ic (en sə fal'ik) *adj.* [ENCEPHAL(O)- + -IC] of or near the brain

**en·ceph·a·li·tis** (en sef'ə lit'is, en'sef-) *n.* [ENCEPHAL(O)- + -ITIS] inflammation of the brain —**en·ceph'a·lit'ic** (-lit'ik) *adj.*

**encephalitis le·thar·gi·ca** (li thär'ji kə) a form of encephalitis, or sleeping sickness, epidemic in the period from 1915 to 1926

**en·ceph·a·lo-** (en sef'ə lō', -lə) [< Gr *enkephalos*: see ENCEPHALON] *combining form* of the brain Also, before a vowel, **en·ceph'al-**

**en·ceph·a·lo·gram** (en sef'ə lō gram', -lə-) *n. short for* PNEUMOENCEPHALOGRAM

**en·ceph·a·lo·my·e·li·tis** (en sef'ə lō'mī'ə lit'is) *n.* [ENCEPHALO- + MYELITIS] inflammation of the brain and spinal cord; specif., a virus disease of horses and other animals sometimes communicable to people

**en·ceph·a·lon** (en sef'ə län', -lən) *n., pl.* **-la** (-lə) [ModL < Gr *enkephalos*, (what is) in the head < *en-*, in + *kephalē*, the head: see CEPHALIC] *Anat.* the brain

**en·ceph·a·lop·a·thy** (en sef'ə läp'ə thē) *n., pl.* **-thies** any disease of the brain —**en·ceph'a·lo·path'ic** (-lō'path'ik) *adj.*

**en·chain** (en chān') *vt.* [ME *encheinen* < OFr *enchainer*: see EN-[1] & CHAIN] 1 to bind or hold with chains; fetter 2 to hold fast; captivate —**en·chain'ment** *n.*

**en·chant** (en chant', -chänt'; in-) *vt.* [ME *enchanten* < OFr *enchanter* < L *incantare*, to bewitch < *in-* (intens.) + *cantare*, sing: see CHANT] 1 to cast a spell over, as by magic; bewitch 2 to charm greatly; delight —*SYN.* ATTRACT —**en·chant'er** *n.*

**en·chant·ing** (-iŋ) *adj.* 1 charming; delightful 2 bewitching; fascinating —**en·chant'ingly** *adv.*

**en·chant·ment** (-mənt) *n.* [ME & OFr *enchantement*: see ENCHANT & -MENT] 1 an enchanting or being enchanted 2 a magic spell or charm 3 something that charms or delights greatly 4 great delight or pleasure

**en·chant·ress** (en chan'tris, in-) *n.* [ME & OFr *enchanteresse*: see ENCHANT] 1 a sorceress; witch 2 a fascinating or charming woman

**en·chase** (en chās') *vt.* **-chased'**, **-chas'ing** [MFr *enchasser* < OFr < *en-*, EN-[1] + *châsse*: see CHASE[2]] 1 to put in a setting or serve as a setting for 2 to ornament by engraving, embossing, or inlaying with gems, etc. 3 to engrave or carve (designs, etc.)

☆**en·chi·la·da** (en'chi lä'də) *n.* [AmSp < *en-* (see EN-[1]) + *chile* (see CHILI) + *-ada* (see -ADE)] a tortilla usually rolled with meat inside and served with a chili-flavored sauce —**the whole enchilada** [Slang] all of it; everything; the entirety of something

**en·chi·rid·i·on** (en'ki rid'ē ən, -kī-) *n.* [LL < Gr *encheiridion* < *en-*, in + *cheir*, hand (see CHIRO-) + *-idion*, dim. suffix] [Rare] a handbook; manual

**en·chon·dro·ma** (en'kän drō'mə) *n., pl.* **-ma·ta** (-mə tə) or **-mas** [ModL < Gr *en*, in + *chondros*, cartilage (see CHONDRO-) + -OMA] a benign cartilaginous tumor —**en'chon·drom'a·tous** (-dräm'ə təs, -drō'mə təs) *adj.*

**en·cho·ri·al** (en kôr'ē əl) *adj.* [< Gr *enchōrios*, native (< *en-*, in + *chōra*, country, place, akin to *chōros*: see CHOROGRAPHY) + -AL] of or used in a particular country; native; popular; esp., DEMOTIC (sense 1)

☆**en·ci·na** (en sē'nə) *n.* [Sp < VL *ilicina*, holm oak < L *ilex*, ILEX] a live oak of the SW U.S.

**en·ci·pher** (en sī'fər) *vt.* to convert (a message, information, etc.) into cipher

**en·cir·cle** (en sur'kəl, in-) *vt.* **-cled**, **-cling** 1 to make a circle around; enclose within a circle; surround 2 to move in a circle around —**en·cir'cle·ment** *n.*

**encl** enclosure

*en clair* (än kler') not in code or cipher; in plain language [*a message sent en clair*]

**en·clasp** (en klasp') *vt.* to hold in a clasp; embrace

**en·clave** (en'klāv'; *also* än'-) *n.* [Fr < OFr < *enclaver*, to enclose, lock in < VL **inclavare* < L *in*, in + *clavis*, a key: see LOT] 1 a territory surrounded or nearly surrounded by the territory of another country [*San Marino is an enclave within Italy*]: cf. EXCLAVE 2 a minority culture group living as an entity within a larger group

**en·clit·ic** (en klit'ik) *adj.* [LL *encliticus* < Gr *enklitikos* < *enklinein*, to lean toward, incline < *en-*, in + *klinein*, to LEAN[1]] *Gram.* dependent on the preceding word for its stress: said as of a word that has lost its stress in combination (Ex.: *man* in *layman*), or of certain particles, as in classical Greek —*n.* any such word or particle Cf. PROCLITIC

**en·close** (en klōz', in-) *vt.* **-closed'**, **-clos'ing** [ME *enclosen*, prob. < *enclos*, an enclosure < OFr, orig. pp. of *enclore*, to enclose < VL **inclaudere*, for L *includere*, INCLUDE] 1 to shut in all around; hem in; fence in; surround 2 to insert in an envelope, wrapper, etc., often along with something else [*to enclose a check with one's order*] 3 to contain

**en·clo·sure** (en klō'zhər, in-) *n.* [ME & OE: see prec. & -URE] 1 an enclosing or being enclosed 2 something that encloses, as a fence, wall, etc. 3 something enclosed; specif., *a)* an enclosed place or area *b)* a document, money, etc. enclosed as with a letter

**en·code** (en kōd', in-) *vt.* **-cod'ed**, **-cod'ing** to convert (a message, information, etc.) into code —**en·cod'er** *n.*

**en·co·mi·ast** (en kō'mē ast', -əst) *n.* [Gr *enkōmiastēs* < *enkōmiazein*, to praise < *enkōmion*] a person who speaks or writes encomiums; eulogist

**en·co·mi·as·tic** (en kō'mē as'tik) *adj.* 1 of an encomiast 2 of or like an encomium; eulogistic

**en·co·mi·um** (en kō'mē əm) *n., pl.* **-mi·ums** or **-mia** (-ə) [L < Gr *enkōmion*, hymn to a victor, neut. of *enkōmios* < *en-*, in + *kōmos*, a revel] a formal expression of high praise; eulogy; panegyric —*SYN.* TRIBUTE

**en·com·pass** (en kum'pəs, in-) *vt.* 1 to shut in all around; surround; encircle 2 to contain; include 3 to bring about; achieve; contrive [*to encompass its destruction*] —**en·com'pass·ment** *n.*

**en·core** (än'kôr'; *also, esp. for interj.*, än kôr') *interj.* [Fr, again, still < OFr *ancor*, prob. < L (*hinc*) *hac hora* (from that time) to the present hour] again; once more: cf. BIS —*n.* 1 a demand by the audience, shown by continued applause, for the repetition of a piece of music, etc., or for another appearance of the performer or performers 2 the repetition, further performance, etc. in answer to such a demand 3 the piece of music, etc. performed in answer to such a demand —*vt.* **-cored'**, **-cor'ing** [Now Rare] to demand further performance of or by —*vi.* [Colloq.] to give an encore

**en·coun·ter** (en koun'tər, in-) *vt.* [ME *encontren* < OFr *encontrer* < *encontre*, against < VL **incontra* < L *in*, in + *contra*, against] 1 to meet unexpectedly; come upon 2 to meet in conflict or battle 3 to meet with; face (difficulties, trouble, etc.) —*vi.* to meet accidentally or in opposition —*n.* 1 a direct meeting, as in conflict or battle 2 a meeting with another, esp. when unexpected or by chance —*adj.* designating or of a small group that meets for a kind of therapy in personal interrelationship, involving a release of inhibitions, an open exchange of intimate feelings, etc. —*SYN.* BATTLE[1]

**en·cour·age** (en kur'ij, in-) *vt.* **-aged**, **-ag·ing** [ME *encouragen* < OFr *encoragier*: see EN-[1] & COURAGE] 1 to give courage, hope, or confidence to; embolden; hearten 2 to give support to; be favorable to; foster; help

**en·cour·age·ment** (-mənt) *n.* 1 an encouraging or being encouraged 2 something that encourages

**en·cour·ag·ing** (-iŋ) *adj.* giving courage, hope, or confidence —**en·cour'ag·ingly** *adv.*

**en·crim·son** (en krim'zən) *vt.* to make crimson

**en·cri·nite** (en'kri nīt') *n.* [ModL *encrinites* < Gr *en*, in + *krinon*, lily] a crinoid, esp. a fossil crinoid (genus *Encrinus*)

**en·croach** (en krōch', in-) *vi.* [ME *encrochen* < OFr *encrochier*, to seize upon, take < *en-*, in + *croc*, *croche*, a hook: see CROSIER] 1 to trespass or intrude (*on* or *upon* the rights, property, etc. of another), esp. in a gradual or sneaking way 2 to advance beyond the proper, original, or customary limits; make inroads (*on* or *upon*) —*SYN.* TRESPASS —**en·croach'ment** *n.*

**en croûte** (än kroot'; *Fr* än kroot') wrapped in pastry and baked: said esp. of meats [*pâté en croûte*]

**en·crust** (en krust') *vt.* [OFr *encrouster* < L *incrustare*: see IN-[1] & CRUST] 1 to cover with or as with a crust, or hard coating 2 to decorate elaborately, esp. with gems —*vi.* to form a crust

**en·crus·ta·tion** (en'krus tā'shən) *n.* [LL *incrustatio*] 1 an encrusting or being encrusted 2 a crust; hard layer or coating 3 an elaborate decorative coating, inlay, etc. 4 *Med.* a crust, scale, scab, etc.

**en·crypt** (en kript') *vt.* [< EN-[1] + CRYPT(OGRAM)] to encode or encipher —**en·cryp'tion** *n.*

**en·cul·tu·rate** (en kul'chə rāt', in-) *vt.* **-rat'ed**, **-rat'ing** to cause to adapt to the prevailing cultural patterns of one's society; socialize —**en·cul'tu·ra'tion** *n.*

**en·cum·ber** (en kum'bər, in-) *vt.* [ME *encombren* < OFr *encombrer*: see EN-[1] & CUMBER] 1 to hold back the motion or action of, as with a burden; hinder; hamper 2 to fill in such a way as to obstruct; block up; obstruct 3 to load or weigh down, as with claims, debts, etc.; burden

**en·cum·brance** (en kum'brəns, in-) *n.* [ME & OFr *encombraunce*] 1 something that encumbers; hindrance; obstruction; burden 2 [Rare] a dependent, esp. a child 3 *Law* a lien, charge, or claim attached to real property, as a mortgage

**-en·cy** (ən sē, 'n sē) [L *-entia*] *suffix* -ENCE [*dependency, emergency, efficiency*]

**ency** or **encyc** encyclopedia

**en·cyc·li·cal** (en sik'li kəl, in-; *occas.*, -sī'kli-) *adj.* [LL *encyclicus* < Gr *enkyklios*, in a circle, general, common < *en*, in + *kyklos*, a circle: see CYCLE] for general circulation: also **en·cyc'lic** —*n.* *R.C.Ch.* a papal document addressed to the bishops, generally dealing with doctrinal matters

**en·cy·clo·pe·di·a** or **en·cy·clo·pae·di·a** (en sī'klō pē'dē ə, -klə-; in-) *n.* [ModL (1508) *encyclopaedia* < Gr *enkyklopaideia*, false reading for *enkyklios paideia*, instruction in the circle of the arts and sciences < *enkyklios* (*en-*, in + *kyklos*, a circle: see CYCLE) in a circle, general + *paideia*, education < *paideuein*, to educate, bring up a child < *pais* (gen. *paidos*), child: see PEDO-[1]] 1 a book or set of books giving information on all or many branches of knowledge, generally in articles alphabetically arranged 2 a similar work giving information in a particular field of knowledge [*an encyclopedia of philosophy*]

**en·cy·clo·pe·dic** or **en·cy·clo·pae·dic** (-pē'dik) *adj.* of or like an encyclopedia; esp., giving information about many subjects; comprehensive in scope —**en·cy'clo·pe'di·cally** or **en·cy'clo·pae'di·cally** *adv.*

**en·cy·clo·pe·dism** or **en·cy·clo·pae·dism** (-pē'diz'əm) *n.* encyclopedic knowledge or learning

**en·cy·clo·pe·dist** or **en·cy·clo·pae·dist** (-pē'dist) *n.* a person who compiles or helps compile an encyclopedia —**the Encyclopedists**

at, āte, cär; ten, ēve; is, īce; gō, hôrn, look, tōōl; oil, out; up, fur; ə *for unstressed vowels, as* a *in* ago, u *in* focus; ' *as in* Latin (lat''n); chin; she; zh *as in* azure (azh'ər); thin, *the*; ŋ *as in* ring (riŋ) *In etymologies*: * = unattested; < = derived from; > = from which ☆ = Americanism **See inside front and back covers**

-smalts, a
ly or cover
amel 3 to

ie work is
esigns and
this sense,

f enameled

*amourer* <
sire; charm;
a *enamored*

os, opposite
i⟧ either of
iges of each
lthough one
o **en·an′tio-**
ohism *n.*

. < Gr *enar-*
a joint: see

a mass; as a

ts or skewers
o as to stand

< ME *encen-*
nos, new: see
ng the found-
ual ceremony

cage; confine
1 to put in a

encamped 2 a

**-lat′ing** 1 to
orm; condense
**-cap′su·la′tion**

incarnate 2 to

er completely;
it *n.*
r⟧ (baked and

*enkaustikos* <
in + *kaiein*, to
heat [*encaustic*
x are fused to a

it- (see -ENT) +
or degree [*con-*

*enceindre* < L
und⟧ 1 the line
enclosed
*cta*, orig. fem. of
*cingere*, to gird,

mooth satellite of
y other celestial

**en·chant·ment** (-mənt) *n.* ⟦ME & OFr *enchantement*: see ENCHANT & -MENT⟧ 1 an enchanting or being enchanted 2 a magic spell or charm 3 something that charms or delights greatly 4 great delight or pleasure

**en·chant·ress** (en chan′tris, in-) *n.* ⟦ME & OFr *enchanteresse*: see ENCHANT⟧ 1 a sorceress; witch 2 a fascinating or charming woman

**en·chase** (en chās′) *vt.* **-chased′**, **-chas′ing** ⟦MFr *enchasser* < OFr < *en-*, EN-[1] + *châsse*: see CHASE[2]⟧ 1 to put in a setting or serve as a setting for 2 to ornament by engraving, embossing, or inlaying with gems, etc. 3 to engrave or carve (designs, etc.)

☆**en·chi·la|da** (en′chi lä′də) *n.* ⟦AmSp < *en-* (see EN-[1]) + *chile* (see CHILI) + *-ada* (see -ADE)⟧ a tortilla usually rolled with meat inside and served with a chili-flavored sauce —**the whole enchilada** [Slang] all of it; everything; the entirety of something

**en·chi·rid|i·on** (en′ki rid′ē ən, -kī-) *n.* ⟦LL < Gr *encheiridion* < *en-*, in + *cheir*, hand (see CHIRO-) + *-idion*, dim. suffix⟧ [Rare] a handbook; manual

**en·chon·dro|ma** (en′kän drō′mə) *n., pl.* **-ma|ta** (-mə tə) or **-mas** ⟦ModL < Gr *en*, in + *chondros*, cartilage (see CHONDRO-) + -OMA⟧ a benign cartilaginous tumor —**en′chon·drom′|a·tous** (-dräm′ə təs, -drō′mə təs) *adj.*

**en·cho·ri|al** (en kôr′ē əl) *adj.* ⟦< Gr *enchōrios*, native (< *en-*, in + *chōra*, country, place, akin to *chōros*: see CHOROGRAPHY) + -AL⟧ of or used in a particular country; native; popular; esp., DEMOTIC (sense 1)

☆**en·ci|na** (en sē′nə) *n.* ⟦Sp < VL *ilicina*, holm oak < L *ilex*, ILEX⟧ a live oak of the SW U.S.

**en·ci·pher** (en sī′fər) *vt.* to convert (a message, information, etc.) into cipher

**en·cir·cle** (en sur′kəl, in-) *vt.* **-cled**, **-cling** 1 to make a circle around; enclose within a circle; surround 2 to move in a circle around —**en·cir′cle·ment** *n.*

**encl** enclosure

***en clair*** (än kler′) not in code or cipher; in plain language [*a message sent en clair*]

**en·clasp** (en klasp′) *vt.* to hold in a clasp; embrace

**en·clave** (en′klāv′; *also* än′-) *n.* ⟦Fr < OFr < *enclaver*, to enclose, lock in < VL **inclavare* < L *in*, in + *clavis*, a key: see LOT⟧ 1 a territory surrounded or nearly surrounded by the territory of another country [*San Marino is an enclave within Italy*]: cf. EXCLAVE 2 a minority culture group living as an entity within a larger group

**en·clit|ic** (en klit′ik) *adj.* ⟦LL *encliticus* < Gr *enklitikos* < *enklinein*, to lean toward, incline < *en-*, in + *klinein*, to LEAN[1]⟧ *Gram.* dependent on the preceding word for its stress: said as of a word that has lost its stress in combination (Ex.: *man* in *layman*), or of certain particles, as in classical Greek —*n.* any such word or particle Cf. PROCLITIC

**en·close** (en klōz′, in-) *vt.* **-closed′**, **-clos′ing** ⟦ME *enclosen*, prob. < *enclos*, an enclosure < OFr, orig. pp. of *enclore*, to enclose < VL **inclaudere*, for L *includere*, INCLUDE⟧ 1 to shut in all around; hem in; fence in; surround 2 to insert in an envelope, wrapper, etc., often along with something else [*to enclose a check with one's order*] 3 to contain

**en·clo·sure** (en klō′zhər, in-) *n.* ⟦ME & OE: see prec. & -URE⟧ 1 an enclosing or being enclosed 2 something that encloses, as a fence, wall, etc. 3 something enclosed; specif., *a)* an enclosed place or area *b)* a document, money, etc. enclosed as with a letter

**en·code** (en kōd′, in-) *vt.* **-cod′|ed**, **-cod′ing** to convert (a message, information, etc.) into code —**en·cod′|er** *n.*

**en·co·mi·ast** (en kō′mē ast′, -əst) *n.* ⟦Gr *enkōmiastēs* < *enkōmiazein*, to praise < *enkōmion*⟧ a person who speaks or writes encomiums; eulogist

**en·co·mi·as·tic** (en kō′mē as′tik) *adj.* 1 of an encomiast 2 of or like an encomium; eulogistic

**en·co·mi|um** (en kō′mē əm) *n., pl.* **-mi·ums** or **-mi|a** (-ə) ⟦L < Gr *enkōmion*, hymn to a victor, neut. of *enkōmios* < *en-*, in + *kōmos*, a

to; foste
**en·cour·a**
aged 2
**en·cour·a**
**cour′ag-**
**en·crim·s**
**en·cri·nite**
lily⟧ a cr
**en·croac**
seize upo
trespass
another)
the prope
—*SYN.*
**en croûte**
said esp.
**en·crust**
CRUST⟧
decorate
**en·crus·ta**
encrustin
elaborate
etc.
**en·crypt**
encipher
**en·cul·tu·r**
adapt to
—**en·cul′t**
**en·cum·be**
*brer*: see E
with a bur
block up;
etc.; burde
**en·cum·bra**
1 someth
[Rare] a
attached t
**-en|cy** (ən s
*efficiency*]
**ency** or **en**
**en·cyc·li·ca**
Gr *enkykl*
circle: see
*R.C.Ch.* a
ing with d
**en·cy·clo·p**
*n.* ⟦ModL
for *enkykl*
ences < *en*
general +
child < *pa*
books givi
generally i
informatio
philosophy
**en·cy·clo·p**
encycloped
prehensive
**cally** *adv.*
**en·cy·clo·p**
pedic know
**en·cy·clo·p**
compiles o

at, āte, cär
fər; ə *for* u
(lat′'n); chin
*In etymologi*
☆ = America

**flee** (flē) *vi.* **fled, flee'ing** ⟦ME *fleen* < OE *fleon:* see FLOW⟧ **1** to run away or escape from danger, pursuit, unpleasantness, etc. **2** to pass away swiftly; vanish *[night had fled]* **3** to move rapidly; go swiftly —*vt.* to run away or try to escape from; avoid; shun —**fle|er** (flē'ər) *n.*

**fleece** (flēs) *n.* ⟦ME *flees* < OE *fleos,* akin to Ger *vlies* < IE base **pleus-,* to pluck out > L *pluma,* a feather, down⟧ **1** the wool covering a sheep or similar animal **2** the amount of wool cut from a sheep in one shearing **3** a covering like a sheep's, as of woolly hair **4** a soft, warm, napped fabric, used for linings, etc. —*vt.* **fleeced, fleec'·ing 1** to shear the fleece from (sheep, etc.) **2** to steal from by fraud; swindle **3** to cover or fleck with fleecy masses —**fleec'er** *n.*

**fleec|y** (flēs'ē) *adj.* **fleec'i·er, fleec'i·est 1** made of or covered with fleece **2** like fleece; soft and light *[fleecy snow]* —**fleec'i·ly** *adv.* —**fleec'i·ness** *n.*

**fleer** (flir) *vi., vt.* ⟦ME *flerien,* prob. < Scand, as in Dan dial., Norw *flire,* to snicker, laugh, prob. < IE base **plēi-,* bald, bare⟧ to laugh derisively (at); sneer or jeer (at) —*n.* a derisive grimace, laugh, etc.; gibe —**fleer'ing|ly** *adv.*

**fleet**[1] (flēt) *n.* ⟦ME *flete* < OE *fleot* < *fleotan,* to float: see fol.⟧ **1** *a)* a number of warships under one command, usually in a definite area of operation *b)* the entire naval force of a country; navy **2** any group of ships, trucks, buses, airplanes, etc. acting together or under one control

**fleet**[2] (flēt) *vi.* ⟦ME *fleten* < OE *fleotan,* akin to Ger *fliessen* < IE **pleud-* < base **pleu-,* FLOW⟧ **1** orig., to float; swim **2** to move swiftly; flit; fly **3** [Archaic] to pass away swiftly; disappear —*vt.* **1** [Rare] to pass away (time) **2** *Naut.* to change the position of (a rope, pulley block, etc.) —*adj.* **1** swift; rapid **2** [Old Poet.] evanescent —***SYN.*** FAST[1] —**fleet'ly** *adv.* —**fleet'ness** *n.*

**fleet**[3] (flēt) *n.* ⟦ME *flete* < OE *fleot,* akin to Du *vliet:* base as in prec.⟧ [Now Brit. Dial.] a small inlet; creek —**the Fleet 1** a former small creek in London, now a covered sewer **2** a debtor's prison which stood near this creek: also **Fleet Prison**

☆**fleet admiral** *U.S. Navy* an officer of the highest rank, a specially conferred one above that of admiral: the rank, created during World War II, has not been conferred since

**fleet·ing** (flēt'iŋ) *adj.* ⟦OE *fleotende,* floating: see FLEET[2]⟧ passing swiftly; not lasting —***SYN.*** TRANSIENT —**fleet'ing|ly** *adv.* —**fleet'ing·ness** *n.*

**Fleet Street** ⟦after *the Fleet* (see FLEET[3]), which crosses beneath it⟧ **1** old street in central London, where several newspaper & printing offices are located **2** the London press

**Flem·ing** (flem'iŋ) *n.* ⟦ME < OFris or MDu *Vlaming*⟧ **1** a native of Flanders **2** a Belgian who speaks Flemish

**Flem·ing** (flem'iŋ) **1** Sir **Alexander** 1881-1955; Brit. bacteriologist: discovered penicillin together with Sir Howard Walter Florey **2 Ian (Lancaster)** 1908-64; Brit. writer

**Flem·ish** (flem'ish) *n.* the West Germanic language of the Flemings, very closely related to Dutch —*adj.* designating or of Flanders, the Flemings, or their language or culture —**the Flemish** the people of Flanders

**flense** (flens) *vt.* **flensed, flens'ing** ⟦< Du *vlensen* or Dan *flense*⟧ to cut blubber skin from (a whale, seal, etc.) Also **flench** (flench)

**flesh** (flesh) *n.* ⟦ME < OE *flæsc,* akin to Ger *fleisch* < ? IE base **plēk-,* to tear off > FLAY⟧ **1** *a)* the soft substance of the body (of a person or animal) between the skin and the bones; esp., the muscular tissue *b)* the surface or skin of the body *[to feel one's flesh crawl]* **2** the flesh of any animal as food; meat; esp., meat other than fish or fowl **3** the pulpy or edible part of fruits and vegetables **4** the human body, as distinguished from the soul *[more than flesh can bear]* **5** human nature, esp. in its sensual aspect **6** all living beings, esp. all humankind **7** kindred or relatives: now mainly in **one's (own) flesh and blood,** one's close relatives **8** the typical color of a white person's skin; yellowish pink **9** [Colloq.] plumpness; fat *[you've been putting on flesh]* —*vt.* **1** to feed (animals) with flesh so as to incite them to hunt or kill **2** to prepare for or incite to bloodshed, etc. by a foretaste **3** to harden; inure **4** to plunge (a weapon) into flesh **5** to put flesh on; fatten **6** to fill out as if with flesh; realize or make full, as by the addition of details: usually with *out* **7** to remove flesh from (a hide) —*vi.* to grow fleshy or fat: usually with *out* or *up* —**flesh and blood** the human body, esp. as subject to its natural limitations —**in the flesh 1** alive **2** actually present; in person —☆**press the flesh** [Colloq.] to shake hands or embrace, mingle, etc. effusively in crowds, esp. in politicking

**flesh-col|ored** (flesh'kul'ərd) *adj.* having the typical color of a person's skin, esp. a white person's skin

**flesh-eat|ing** (-ēt'iŋ) *adj.* habitually eating flesh; carnivorous

**flesh fly** any of a family (Sarcophagidae) of dipterous flies that deposit their maggots on flesh, carrion, dung, etc.

**flesh·ings** (flesh'iŋz') *n.pl.* **1** flesh-colored tights, worn by acrobats, etc. **2** pieces of flesh scraped from hides

**flesh|ly** (flesh'lē) *adj.* **-li|er, -li·est** ⟦ME *fleschlich* < OE *flæsclic:* see FLESH & -LY[1]⟧ **1** of the body and its nature; corporeal **2** fond of bodily pleasures; sensual **3** [Obs.] FLESHY —***SYN.*** CARNAL —**flesh'li·ness** *n.*

**flesh meat** the meat of birds or of animals other than fish, clams, etc., used as food

**flesh·pot** (flesh'pät') *n.* ⟦after Ex. 16:3⟧ **1** [*pl.*] bodily comfort and pleasure; luxury **2** a place where carnal pleasures are provided: *usually used in pl.*

**flesh wound** a wound that does not reach the bones or vital organs

**flesh|y** (flesh'ē) *adj.* **flesh'i·er, flesh'i·est 1** having much flesh; fat; plump **2** of or like flesh **3** having a firm pulp, as some fruits —**flesh'i·ness** *n.*

**fletch** (flech) *vt.* ⟦altered (after fol.) < FLEDGE⟧ to fit a feather on (an arrow)

**fletch|er** (flech'ər) *n.* ⟦ME < OFr *flechier* < *fleche,* an arrow < Frank **fliugika,* akin to MDu *vlieke* < base of *vlegen,* FLY[1]⟧ [Archaic] a person who makes arrows

**Fletch|er** (flech'ər), **John** 1579-1625; Eng. playwright: collaborated with Francis Beaumont

**fleur-de-lis** (flur'də lē', *or,* -lēs') *n., pl.* **fleurs-de-lis** (flur'də lē', -lēz', *or,* -lēs') ⟦altered, after Fr *fleur* < ME *flour de lyce* < OFr *flor de lis,* lit., flower of the lily⟧ **1** IRIS (senses 4 & 5) **2** the coat of arms of the former French royal family **3** *Heraldry* an emblem resembling a lily or iris Also sp. **fleur-de-lys**

FLEUR-DE-LIS

**Fleu|ry** (flë rē') **1 An·dré Her·cule de** (än drā er kül' də) 1653-1743; Fr. cardinal & statesman: prime minister (1726-43) under Louis XV **2 Claude** 1640-1723; Fr. ecclesiastical historian

**Fle·vo·land** (flē'vō land') province of the WC Netherlands, on the IJsselmeer: 1,420 sq. mi. (549 sq. km); pop. 177,000

**flew** (flo͞o) *vi., vt. pt. of* FLY[1]

**flews** (flo͞oz) *n.pl.* ⟦< ?⟧ the loose, hanging parts of the upper lip of a hound or other dog: see DOG, illus.

**flex**[1] (fleks) *vt., vi.* ⟦< L *flexus,* pp. of *flectere,* to bend, curve⟧ **1** to bend (an arm, knee, etc.) **2** to tense (a muscle) by contraction

**flex**[2] (fleks) *n.* ⟦< fol.⟧ [Brit.] flexible, insulated electric cord

**flex·i|ble** (flek'sə bəl) *adj.* ⟦ME < OFr < L *flexibilis* < *flexus:* see FLEX[1]⟧ **1** able to bend without breaking; not stiff or rigid; easily bent; pliant **2** easily persuaded or influenced; tractable **3** adjustable to change; capable of modification *[a flexible voice]* —***SYN.*** ELASTIC —**flex'i·bil'i|ty** *n.* —**flex'i|bly** *adv.*

**flex·ile** (fleks'il) *adj.* ⟦L *flexilis*⟧ flexible; pliant; mobile

**flex·ion** (flek'shən) *n.* **1** FLECTION **2** *Anat.* the bending of a joint or limb by contraction of flexor muscles

**flex|or** (fleks'ər, -ôr') *n.* ⟦ModL < L *flexus:* see FLEX[1]⟧ a muscle that bends a limb or other part of the body

**flex·time** (fleks'tīm') *n.* ⟦FLEXIBLE + TIME⟧ a system allowing individual employees some flexibility in choosing the time, but not the number, of their working hours: also **flex'i·time'** (-i tīm')

**flex|u·ous** (fleks'yo͞o əs, flek'sho͞o-) *adj.* ⟦L *flexuosus* < *flexus:* see FLEX[1]⟧ winding or wavering —**flex'u·ous|ly** *adv.*

**flex·ure** (flek'shər) *n.* ⟦L *flexura*⟧ **1** a bending, curving, or flexing, as of a heavy object under its own weight **2** a bend, curve, or fold —**flex'ur|al** *adj.*

**flib·ber·ti·gib·bet** (flib'ər tē jib'it, -tē-) *n.* ⟦extended < ME *flypergebet* < ?⟧ an irresponsible, flighty person

**flic** (flēk) *n.* ⟦Fr⟧ [Colloq.] a policeman

**flick**[1] (flik) *n.* ⟦echoic, but infl. by FLICKER[1]⟧ **1** a light, quick stroke, as with a whip; sudden, jerky movement; snap **2** a light, snapping sound, as of the flick of a whip **3** a fleck; splotch; streak —*vt.* **1** to strike, throw, remove, etc. with a light, quick, snapping stroke, as with the fingernail **2** to make a light, quick, snapping stroke with (a whip, etc.) —*vi.* to move quickly and jerkily; flutter

**flick**[2] (flik) *n.* ⟦< fol.⟧ [Slang] a movie —**the flicks** [Slang] **1** movies collectively **2** a showing of a movie

**flick|er**[1] (flik'ər) *vi.* ⟦ME *flikeren* < OE *flicorian,* akin to *flacor,* flying, ON *flqkta,* to flutter: for IE base see FLAW[2]⟧ **1** to flap the wings rapidly, as in hovering; flutter: said of a bird **2** to move with a quick, light, wavering motion **3** to burn or shine unsteadily, as a candle in the wind **4** to project an image with FLICKER[1] (*n.* 4) —*vt.* to cause to flicker or waver —*n.* **1** an act or instance of flickering **2** a dart of flame or light, as in a flickering fire **3** a look or feeling that comes and goes quickly *[a flicker of fear crossed his face]* **4** any of various visual effects, as a fluctuation in brightness on a video screen or in the clarity of the image being projected on a movie screen —***SYN.*** BLAZE[1] —**flick'er|y** *adj.*

☆**flick|er**[2] (flik'ər) *n.* ⟦echoic of its cry⟧ any of several North American woodpeckers (genus *Colaptes*), esp., one (*C. auratus*) with a red, crescent-shaped mark on the back of the head, and wings colored golden on the underside

**flick-knife** (-nīf') *n.* [Brit.] SWITCHBLADE (KNIFE)

**flied** (flīd) *vi. pt. & pp. of* FLY[1] (*vi.* 9)

**fli|er** (flī'ər) *n.* **1** a person or thing that flies; specif., an aviator ☆**2** a bus, train, etc. that has a fast schedule **3** any step in a straight stairway ☆**4** a small handbill widely distributed ☆**5** [Colloq.] a reckless gamble or speculation, as in the stock market Also, esp. for 1, 2, & 5, **fly'|er**

**flight**[1] (flīt) *n.* ⟦ME *fliht* < OE *flyht* (akin to OS *fluht,* Du *vlucht*) < base of *fleogan,* FLY[1]⟧ **1** the act, manner, or power of flying or moving through space **2** the distance covered or that can be covered at one time by an airplane, bird, projectile, etc. **3** a group of things flying through the air together *[a flight of birds, arrows, etc.]* **4** *a)* a military flight formation *b)* the smallest tactical unit in an air force; specif., in the U.S. Air Force, a subdivision of a squadron **5** an airplane scheduled to fly a certain route at a certain time **6** a trip by airplane or spacecraft **7** an outburst or soaring above the ordinary *[a flight of fancy]* **8** a set of stairs, as between landings or floors **9** a flight arrow: see FLIGHT SHOOTING **10** *Sports* a division of contestants grouped according to ability —*vi.* to fly in numbers: said of birds —***SYN.*** GROUP —**take flight** to take wing, take off, etc.; become airborne and fly

**flight**[2] (flīt) *n.* ⟦ME *fliht, fluht* < OE *flyht* < base of *fleon,* FLEE⟧ a fleeing from or as from danger —**put to flight** to force to flee —**take (to) flight** to run away; flee

lating 2 a summary, or brief restatement 3 PALINGENESIS (sense 3) 4 *Music* the section of a composition which restates themes presented earlier; esp., the final division of the sonata form —**re·ca·pit'u·la'tive** or **re'ca·pit'u·la·to'ry** (-lə tôr'ē) ***adj.***

**re·cap·ture** (rē kap'chər) ***vt.*** **-tured, -tur·ing 1** to capture again; retake; get back by capture; reacquire ☆**2** to get by RECAPTURE (*n.* 2) **3** to bring back by remembering [*to recapture a feeling*] —***n.*** **1** a recapturing or being recaptured ☆**2** the placing in reserve or the taking by the government under law of a fixed portion of all business earnings exceeding a specified percentage of property value ☆**3** that which is recaptured **4** POSTLIMINIUM

**re·cast** (rē kast', -käst'; *for n.* rē'kast', -käst') ***vt.*** **-cast', -cast'ing 1** to cast again or anew **2** to improve the form of by redoing; reconstruct [*to recast a sentence*] **3** to calculate or count again **4** *a)* to provide a new cast for (a play) *b)* to put (an actor) in a different role —***n.*** **1** the act of recasting **2** a new form produced by recasting

**recd** or **rec'd** received

**re·cede**[1] (ri sēd') ***vi.*** **-ced'ed, -ced'ing** [L *recedere*: see RE- & CEDE] **1** to go or move back [*the high water receded*] **2** to withdraw (*from*) [*to recede from a promise*] **3** to slope backward **4** to become more distant, and hence indistinct [*early memories recede*] **5** to become less; diminish [*receding prices*]

☆**re·cede**[2] (rē'sēd') ***vt.*** **-ced'ed, -ced'ing** to cede back

**re·ceipt** (ri sēt') ***n.*** [altered (infl. by L) < ME *receite* < Anglo-Fr, for OFr *recete* < ML *recepta* < L, fem. of *receptus*, pp. of *recipere*: see RECEIVE] **1** *old-fashioned var. of* RECIPE **2** a receiving or being received **3** a written acknowledgment that something, as goods, money, etc., has been received **4** [*pl.*] the thing or amount received, as money taken in by a business —***vt.*** **1** to mark (a bill) paid ☆**2** to write a receipt for (goods, etc.) —☆***vi.*** to write a receipt

☆**re·ceipt·or** (-ər) ***n.*** **1** a person who receipts **2** *Law* a person who receipts as bailee for attached property

**re·ceiv·able** (ri sē'və bəl) ***adj.*** [ME *resceyuable* < Anglo-Fr *receivable*, for OFr *recevable*: also < fol. + -ABLE] **1** that can be received **2** due; requiring payment [*accounts receivable*] **3** suitable for acceptance —***n.*** [*pl.*] accounts or bills receivable

**re·ceive** (ri sēv') ***vt.*** **-ceived', -ceiv'ing** [ME *receiuen* < Anglo-Fr *receivre* < OFr < L *recipere* < *re-*, back + *capere*, to take: see HAVE] **1** to take or get (something given, offered, sent, etc.); acquire or accept **2** to encounter; experience [*to receive acclaim*] **3** to have inflicted on one; undergo; suffer [*to receive a blow*] **4** to take the effect or force of; bear [*all four wheels receive the weight equally*] **5** to react to as specified [*a performance that was well received*] **6** to apprehend mentally; get knowledge of or information about; learn [*to receive news*] **7** to accept mentally as authentic, valid, etc. **8** *a)* to let enter; admit *b)* to have room for; hold; contain [*a cistern receives rainwater*] **9** to grant admittance to or greet (visitors or guests) —***vi.*** **1** to get, accept, take, or acquire something; be a recipient **2** to admit or greet guests or visitors **3** *Radio, TV* to convert incoming electromagnetic waves into sound or light, thus reproducing the sounds or images being transmitted **4** *Sports* to catch, return, or be prepared to return a thrown or served ball, a puck, etc. —**be on the receiving end** [Colloq.] **1** to be the recipient of a gift, or favor **2** to be the target or victim of an attack **3** *Sports* to act as the receiver

*SYN.*—**receive** means to get by having something given, told, or imposed, and may or may not imply the consent of the recipient [*to receive a gift, a blow, etc.*]; **accept** means to receive willingly or favorably, but it sometimes connotes acquiescence rather than explicit approval [*he was accepted as a member, to accept the inevitable*]; **admit** stresses permission or concession on the part of the one that receives [*I will not admit him in my home*]; **take**, in this connection, means to accept something offered or presented [*we can't take money from you*] —*ANT.* **give**

**re·ceived** (rē sēvd') ***adj.*** accepted; considered as standard

**Received Standard** the dialect of British English spoken by the upper classes, esp. by graduates of the public schools and of Oxford and Cambridge

**re·ceiv·er** (ri sē'vər) ***n.*** **1** a person who receives; specif., *a)* one who officially receives money for others; collector or treasurer *b)* one who knowingly receives stolen goods for gain or concealment; fence *c) Law* one appointed by a court to administer or hold in trust property in bankruptcy or in a lawsuit *d) Sports* the player or team receiving or designated to receive the ball, service, etc.; esp., a football player designated to receive a forward pass **2** a thing that receives; specif., *a)* a receptacle; esp., a chemical receptacle connected with a retort, tube, etc., into which a distilled product passes *b)* an apparatus or device that converts incoming electromagnetic waves or electrical signals into audible or visual signals, as a radio or television receiving set, or that part of a telephone which is held to the ear

**re·ceiv·er·ship** (-ship') ***n.*** **1** *Law* the duties or office of a receiver **2** the state of being administered or held by a receiver

☆**receiving blanket** a small, lightweight blanket, usually of cotton, for wrapping around a baby

**receiving line** at formal gatherings, the host, hostess, guests of honor, and others, who stand in a row to greet guests

**receiving set** an apparatus for receiving radio or television signals; receiver

**re·cen·sion** (ri sen'shən) ***n.*** [L *recensio* < *recensere*, to revise < *re-*, again + *censere*, to value: see CENSURE] **1** a revising of a text on the

duced

**re·cent** (rē'sənt) ***adj.*** [MFr < L *recens* < *re-*, again + IE base **ken-*, emerge freshly, new > Gr *kainos*, new] **1** done, made, etc. just before the present time; modern **2** of a time just before the present **3** [**R-**] designating or of the Holocene Epoch of geological time —**the Recent** the Holocene Epoch or its rocks —**re'cently** ***adv.*** —**re'cent·ness** or **re'cency** ***n.***

**re·cep·ta·cle** (ri sep'tə kəl) ***n.*** [ME < L *receptaculum* < *receptare*, freq. of *recipere*: see RECEIVE] **1** anything used to contain or hold something else; container; vessel **2** an electrical wall outlet designed for use with a plug **3** [ModL *receptaculum*] *Bot. a)* the enlarged upper end of the stalk of a flowering plant, on which the flower parts grow *b)* any of a number of cuplike or disklike structures supporting spores, sex organs, etc.

**re·cep·tion** (ri sep'shən) ***n.*** [ME *recepcion* < OFr *reception* < L *receptio* < pp. of *recipere*: see RECEIVE] **1** *a)* a receiving or being received *b)* the manner of this [*a friendly reception*] **2** a social function, often formal, for the receiving of guests **3** response or reaction, as to something presented **4** *Radio, TV* the manner of receiving, with reference to the relative quality of reproduction [*good or poor reception*]

**re·cep·tion·ist** (-ist) ***n.*** a person employed in an office to receive callers, give information, etc.

**reception room** a room as in a house, office, etc. for receiving visitors, clients, etc. as they arrive

**re·cep·tive** (ri sep'tiv) ***adj.*** [ML *receptivus* < L *receptus*: see RECEIPT] **1** receiving or tending to receive, take in, admit, or contain **2** inclined to the favorable reception of a request, suggestion, etc. **3** able or ready to receive new ideas **4** of reception or receptors —**re·cep'tively** ***adv.*** —**re·cep'tive·ness** or **re·cep·tiv'ity** ***n.***

**re·cep·tor** (-tər) ***n.*** [ME *receptour* < OFr < L *receptor* < *receptus*: see RECEIPT] **1** a receiver (in various senses) **2** *Biochem.* any of a group of substances, mainly proteins, found esp. on the surface of a cell, that combine with specific molecules, hormones, antibodies, drugs, viruses, etc. **3** *Physiol.* a nerve ending or group of nerve endings specialized for the reception of stimuli; sense organ

**re·cess** (rē'ses; *also, & for v. usually,* ri ses') ***n.*** [L *recessus* < pp. of *recedere*: see RECEDE[1]] **1** a receding or hollow place, as in a surface, wall, etc.; niche **2** a secluded, withdrawn, or inner place [*subterranean recesses, the recesses of the subconscious*] **3** a temporary withdrawal from or halting as of work, business, or study **4** *Anat.* a small cavity, hollow, indentation, etc. in an organ or part —***vt.*** **1** to place or set in a recess **2** to form a recess in ☆**3** to halt temporarily [*to recess a hearing*] —☆***vi.*** to take a recess

**re·ces·sion**[1] (ri sesh'ən) ***n.*** [L *recessio* < pp. of *recedere*: see RECEDE[1]] **1** a going back or receding; withdrawal **2** a procession leaving a place of assembly **3** a receding part, as of a wall **4** *Econ.* a temporary falling off of business activity during a period when such activity has been generally increasing —**re·ces'sion·ar'y** ***adj.***

**re·ces·sion**[2] (rē'sesh'ən) ***n.*** [RE- + CESSION] a ceding back, as to a former owner

**re·ces·sion·al** (ri sesh'ən əl) ***adj.*** of a recession —***n.*** a piece of music for a RECESSION[1] (sense 2)

**re·ces·sive** (ri ses'iv) ***adj.*** [< L *recessus* (see RECESS) + -IVE] **1** receding or tending to recede **2** *Genetics* designating or relating to that one of any pair of allelic hereditary factors which, when both are present in the germ plasm, remains latent: opposed to DOMINANT: see MENDEL'S LAWS —***n.*** *Genetics* a recessive character or characters —**re·ces'sively** ***adv.*** —**re·ces'sive·ness** ***n.***

**re·charge** (rē chärj'; *also, & for n. always,* rē'chärj') ***vt., vi.*** **-charged', -charg'ing** to charge again (in various senses) —***n.*** the act of recharging —**re·charge'able** ***adj.*** —**re·charg'er** ***n.***

**ré·chauf·fé** (rā shō fā') ***n., pl.*** **-fés'** (-fā') [Fr, pp. of *réchauffer*, to warm over < *ré-*, again + *échauffer*, to heat < LL **excalefare*, for L *excalefacere* < *ex-*, intens. + *calefacere*, to heat: see CHAFE] **1** a dish of leftover food reheated **2** any used or old material worked up in a new form; rehash

**re·cher·ché** (rə sher'shā, -sher'shā') ***adj.*** [Fr, pp. of *rechercher*: see RESEARCH] **1** sought out with care; rare; choice; uncommon **2** having refinement or studied elegance **3** too refined; too studied

**re·cid·i·vism** (ri sid'ə viz'əm) ***n.*** [< L *recidivus* < *recidere*, to fall back < *re-*, back + *cadere*, to fall (see CASE[1]) + -ISM] habitual or chronic relapse, or tendency to relapse, esp. into crime or antisocial behavior —**re·cid'i·vist** ***n., adj.*** —**re·cid'i·vis'tic** or **re·cid'i·vous** ***adj.***

**Re·ci·fe** (rə sē'fə) seaport in NE Brazil, on the Atlantic: capital of Pernambuco state: pop. 1,183,000

**rec·i·pe** (res'ə pē') ***n.*** [L, imper. of *recipere*: see RECEIVE] **1** a medical prescription: symbol, ℞ **2** a list of materials and directions for preparing a dish or drink **3** any procedure for accomplishing something

**re·cip·i·ent** (ri sip'ē ənt) ***n.*** [< L *recipiens*, prp. of *recipere*: see RECEIVE] a person or thing that receives —***adj.*** receiving, or ready or able to receive —**re·cip'i·ence** or **re·cip'i·ency** ***n.***

**re·cip·ro·cal** (ri sip'rə k'l) ***adj.*** [< L *reciprocus*, returning, reciprocal < **reco-prokus*, backwards and forwards < **recos* (< *re-*, back + **cos* < ?) + IE **proko-*, ahead (> Gr *proka*, forthwith) < base **pro-*, forward, ahead + -AL] **1** done, felt, given, etc. in return [*hoping for a reciprocal favor*] **2** present or existing on both sides; each to the other; mutual [*to feel a reciprocal affection*] **3** corresponding but reversed or inverted **4** equivalent or interchangeable; corresponding or complementary **5** *Gram.* expressing mutual action or relation

| | | | | |
|---|---|---|---|---|
| **recelebration** | **recheck** | **reclassify** | **recolonize** | **recompress** |
| **recertify** | **rechew** | **reclean** | **recolor** | **recompute** |
| **rechannel** | **recircle** | **reclothe** | **recombine** | **reconception** |
| **rechart** | **recirculate** | **recode** | **recommence** | **reconceptualize** |
| **recharter** | **reclassification** | **recodify** | **recommission** | **recondense** |

lating 2 a summary, or brief restatement 3 PALINGENESIS (sense 3) 4 *Music* the section of a composition which restates themes presented earlier; esp., the final division of the sonata form —**re'ca·pit'u·la'tive** or **re'ca·pit'u·la·to'ry** (-lə tôr'ē) ***adj.***

**re·cap·ture** (rē kap'chər) ***vt.*** **-tured, -tur·ing** 1 to capture again; retake; get back by capture; reacquire ☆2 to get by RECAPTURE (*n.* 2) 3 to bring back by remembering [to *recapture* a feeling] —***n.*** 1 a recapturing or being recaptured ☆2 the placing in reserve or the taking by the government under law of a fixed portion of all business earnings exceeding a specified percentage of property value ☆3 that which is recaptured 4 POSTLIMINIUM

**re·cast** (rē kast', -käst'; *for n.* rē'kast', -käst') ***vt.*** **-cast', -cast'ing** 1 to cast again or anew 2 to improve the form of by redoing; reconstruct [to *recast* a sentence] 3 to calculate or count again 4 *a)* to provide a new cast for (a play) *b)* to put (an actor) in a different role —***n.*** 1 the act of recasting 2 a new form produced by recasting

**recd** or **rec'd** received

**re·cede**[1] (ri sēd') ***vi.*** **-ced'ed, -ced'ing** [L *recedere:* see RE- & CEDE] 1 to go or move back [the high water *receded*] 2 to withdraw (*from*) [to *recede* from a promise] 3 to slope backward 4 to become more distant, and hence indistinct [early memories *recede*] 5 to become less; diminish [*receding* prices]

☆**re·cede**[2] (rē'sēd') ***vt.*** **-ced'ed, -ced'ing** to cede back

**re·ceipt** (ri sēt') ***n.*** [altered (infl. by L) < ME *receite* < Anglo-Fr, for OFr *recete* < ML *recepta* < L, fem. of *receptus*, pp. of *recipere:* see RECEIVE] 1 *old-fashioned var. of* RECIPE 2 a receiving or being received 3 a written acknowledgment that something, as goods, money, etc., has been received 4 [*pl.*] the thing or amount received, as money taken in by a business —***vt.*** 1 to mark (a bill) paid ☆2 to write a receipt for (goods, etc.) —☆***vi.*** to write a receipt

☆**re·ceipt|or** (-ər) ***n.*** 1 a person who receipts 2 *Law* a person who receipts as bailee for attached property

**re·ceiv·a|ble** (ri sē'və bəl) ***adj.*** [ME *resceyuable* < Anglo-Fr *receivable*, for OFr *recevable:* also < fol. + -ABLE] 1 that can be received 2 due; requiring payment [accounts *receivable*] 3 suitable for acceptance —***n.*** [*pl.*] accounts or bills receivable

**re·ceive** (ri sēv') ***vt.*** **-ceived', -ceiv'ing** [ME *receiven* < Anglo-Fr *receivre* < OFr < L *recipere* < *re-*, back + *capere*, to take: see HAVE] 1 to take or get (something given, offered, sent, etc.); acquire or accept 2 to encounter; experience [to *receive* acclaim] 3 to have inflicted on one; undergo; suffer [to *receive* a blow] 4 to take the effect or force of; bear [all four wheels *receive* the weight equally] 5 to react to as specified [a performance that was well *received*] 6 to apprehend mentally; get knowledge of or information about; learn [to *receive* news] 7 to accept mentally as authentic, valid, etc. 8 *a)* to let enter; admit *b)* to have room for; hold; contain [a cistern *receives* rainwater] 9 to grant admittance to or greet (visitors or guests) —***vi.*** 1 to get, accept, take, or acquire something; be a recipient 2 to admit or greet guests or visitors 3 *Radio, TV* to convert incoming electromagnetic waves into sound or light, thus reproducing the sounds or images being transmitted 4 *Sports* to catch, return, or be prepared to return a thrown or served ball, a puck, etc. —**be on the receiving end** [Colloq.] 1 to be the recipient of a gift, or favor 2 to be the target or victim of an attack 3 *Sports* to act as the receiver

***SYN.***—**receive** means to get by having something given, told, or imposed, and may or may not imply the consent of the recipient [to *receive* a gift, a blow, etc.]; **accept** means to receive willingly or favorably, but it sometimes connotes acquiescence rather than explicit approval [he was *accepted* as a member, to *accept* the inevitable]; **admit** stresses permission or concession on the part of the one that receives [I will not *admit* him in my home]; **take**, in this connection, means to accept something offered or presented [we can't *take* money from you] —***ANT.*** **give**

... adj. accepted; considered as standard

basis of a critica... duced

**re·cent** (rē'sənt) ... emerge freshly, ... before the presen... present 3 [R-] de... time —**the Recen**... —**re'cent·ness** o...

**re·cep·ta·cle** (ri s... freq. of *recipere:* ... something else; co... for use with a pl... upper end of the s... grow *b)* any of a ... spores, sex organs...

**re·cep·tion** (ri sep... *receptio* < pp. of ... received *b)* the r... function, often f... reaction, as to s... receiving, with ref... or poor *reception*...

**re·cep·tion·ist** (-is... callers, give infor...

**reception room** a... tors, clients, etc. ...

**re·cep·tive** (ri se... RECEIPT] 1 recei... tain 2 inclined t... etc. 3 able or rea... —**re·cep'tive|ly** a...

**re·cep·tor** (-tər) *n*... see RECEIPT] 1 a... group of substanc... cell, that combin... drugs, viruses, et... endings specialize...

**re·cess** (rē'ses; *als*... *recedere:* see RECE... wall, etc.; niche ... mean *recesses*, the... drawal from or ha... cavity, hollow, in... or set in a recess... *recess* a hearing]

**re·ces·sion**[1] (ri ... RECEDE[1]] 1 a go... leaving a place of ... temporary falling... activity has been ...

**re·ces·sion**[2] (rē's... former owner

**re·ces·sion|al** (ri ... for a RECESSION[1]

**re·ces·sive** (ri se... receding or tend... that one of any ... are present in th... see MENDEL'S LA... —**re·ces'sive|ly**

**re·charge** (rē c... **-charged', -cha**... act of rechargin...

***ré·chauffé*** (rā s... warm over < *ré*...

# RANDOM HOUSE WEBSTER'S COLLEGE DICTIONARY

- THE NEWEST
- THE BIGGEST
- THE BEST

ESSENTIAL FOR SCHOOL, HOME, AND OFFICE

*In remembrance*
Stuart Berg Flexner
March 22, 1928–December 3, 1990

Copyright © 1992, 1991 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this publication may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th St., New York, NY 10022. Published in the United States by Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

*Random House Living Dictionary Project* is a trademark of Random House, Inc.

*Random House* and the House Design are registered trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data

Random House Webster's college dictionary.
p. cm.
ISBN 0-679-41420-7 (plain edged). — ISBN 0-679-41410-X (thumb indexed)
1. English language—Dictionaries. I. Title: Webster's college dictionary.
PE1628.R28 1992
423—dc20 92-1030
CIP

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

International Phonetic Alphabet, courtesy International Phonetic Association

Manufactured in the United States of America

m.u/sa

9 780679 414100

14

corner. The American Heritage® Dictionary of the English Language: Fourth Edition. 20... Page 1 of 2

AMAZON.COM NOW OFFERS
new and used
BOOKS
CLICK amazon.com

YOUR HOME'S MARKET VALUE ONLINE click here

Bartleby.com
Great Books Online

Reference Verse Fiction Nonfiction
Search Dictionary Go
Home Subjects Titles Authors Encyclopedia Dictionary Thesaurus Quotations English Usage
Reference > American Heritage® > Dictionary
corneous cornerback
CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD

The American Heritage® Dictionary of the English Language: Fourth Edition. 2000.

# corner

SYLLABICATION: cor·ner

PRONUNCIATION: kôr′nər

NOUN: **1a.** The position at which two lines, surfaces, or edges meet and form an angle: *the four corners of a rectangle.* **b.** The area enclosed or bounded by an angle formed in this manner: *sat by myself in the corner; the corner of one's eye.* **2.** The place where two roads or streets join or intersect. **3a.** *Sports* Any of the four angles of a boxing or wrestling ring where the ropes are joined. **b.** *Baseball* Either side of home plate, toward or away from the batter. **4.** A threatening or embarrassing position from which escape is difficult: *got myself into a corner by boasting.* **5.** A remote, secluded, or secret place: *the four corners of the earth; a beautiful little corner of Paris.* **6.** A part or piece made to fit on a corner, as in mounting or for protection. **7a.** A speculative monopoly of a stock or commodity created by purchasing all or most of the available supply in order to raise its price. **b.** Exclusive possession; monopoly: *"Neither party . . . has a corner on all the good ideas"* (George B. Merry).

VERB: Inflected forms: **cor·nered, cor·ner·ing, cor·ners**

TRANSITIVE VERB: **1.** To furnish with corners. **2.** To place or drive into a corner: *cornered the thieves and captured them.* **3.** To form a corner in (a stock or commodity): *cornered the silver market.*

INTRANSITIVE VERB: **1.** To come together or be situated on or at a corner. **2.** To turn, as at a corner: *a truck that corners poorly.*

ADJECTIVE: **1.** Located at a street corner: *a corner drugstore.* **2.** Designed for use in a corner: *a corner table.*

IDIOM: **around the corner** About to happen; imminent.

ETYMOLOGY: Middle English, from Anglo-Norman, from Old French *corne,* corner, horn, from Vulgar Latin **corna,* from Latin *cornua,* pl. of *cornū,* horn, point. See **ker-**[1] in Appendix I.

The American Heritage® Dictionary of the English Language, Fourth Edition. Copyright © 2000 by Houghton Mifflin Company. Published by the Houghton Mifflin Company. All rights reserved.

CONTENTS · INDEX · ILLUSTRATIONS · BIBLIOGRAPHIC RECORD
corneous cornerback

Click here to download the Dictionary and Thesaurus.

http://www.bartleby.com/61/79/C0647900.html 2/2/2005

15

# REDACTED

# B

REDACTED

C

REDACTED

3

**Exhibit 3**

**Materials Considered list**

| | |
|---|---|
| Exh. 1: | U.S. Patent No. 6,324,054 |
| Exh. 2: | My CV, Patents and Publications |
| Exh. 3: | Materials Considered |
| Exh. 4: | Summary '054 Claim Construction Chart |
| Exh. 5: | Seagate's Supp. Responses to Cornice's 1st Set of Interrogatories at 25-27 |
| Exh. 6: | Fletcher Deposition Transcript Excerpts |
| Exh. 7: | Order of Hon. Robinson dated August 9, 2005 |
| Exh. 8: | COR-ITC 000428 – 000432 |
| Exh. 9: | COR-ITC 001168 – 001172 |
| Exh. 10: | COR-ITC 000952 – 000956 |
| Exh. 11: | Chee Deposition Transcript Excerpts |
| Exh. 12: | 30 % Glass Filled PPS data sheet |
| Exh. 13: | AISI Type 304 Stainless Steel data sheet |
| Exh. 14: | EPM, EPDM data sheet |
| Exh. 15: | COR-ITC 032243 – 032244 |
| Exh. 16: | Berberich U.S. Patent No. 5,703,734, COR-DEL 101801 – 101818 |
| Exh. 17: | Yoshida U.S. Patent No. 5,677,813, COR-DEL 101783 – 101800 |
| Exh. 18: | Noda U.S. Patent No. 5,583,742, COR-DEL 101770 – 101782 |

-Seagate Technology LLC's ITC and Delaware Complaint and Claim Charts
- Respondent Cornice, Inc.'s Motion For Summary Determination of Invalidity of of U.S. Patent 6,324,054
- Complainant Seagate Technology LLC's Opposition to Respondent Cornice, Inc.'s Summary Determination of Invalidity of U.S. Patent 6,324,054
-Deposition Transcripts and Exhibits to
  John Fletcher
  Wai Onn Chee
- The Cornice SE ("accused product")
- Prosecution file of U.S. Patent Application No. 09/546,674, issued as U.S. Patent No. 6,324,054
- STX 14696 – 14729
- STX 14874 – 14934
- Gitis Expert Reports and all documents cited and referenced therein
- All other materials mentioned or referenced in this report
- All materials considered in the context of any other report

**Summary '054 Claim Construction Chart**

| Claim Language | My Proposed Claim Construction |
|---|---|
| 1. A shock absorber apparatus for encapsulating a disc drive, wherein the disc drive has at least one critical region and at least one non-critical region, the shock absorbing apparatus comprising: | All of the terms for these claims are based on their plain and ordinary meaning to one of ordinary skill in the art, after having read the entire '054 patent, unless otherwise noted.<br><br>**Critical Region:** A region of the disk drive that is relatively sensitive to vibration and shock accelerations because most shock loadings during handling and transport are focused there.<br><br>**Non-critical Region:** A "non-critical region" is a region that is relatively insensitive to vibration and shock accelerations because it receives less shock loading during handling mishaps. |
| an enclosure sized to receive a disc drive therein, the enclosure being made of a shock absorbing material having a first portion having a first thickness adapted to contact and cover a critical region of the disc drive, and a second portion having a second thickness adapted to contact and cover a non-critical region of the disc drive, wherein the first portion has a greater thickness than the thickness of the second portion. | **Enclosure:** An "enclosure" is something that encloses, meaning to shut in all around or to surround.<br><br>**An enclosure sized to receive a disc drive therein:** The phrase "an enclosure sized to receive a disc drive therein" means that the enclosure must be sized to contain a disk drive.<br><br>**Shock absorbing material:** A material that is suited for widening a shock pulse and reducing its maximum amplitude. |
| 2. The shock absorber apparatus of claim 1 wherein the disc drive has a critical region that comprises a corner of the disc drive. | **Corner:** The point or place where lines or surfaces join and form an angle. |

| | |
|---|---|
| 3. The shock absorber apparatus of claim 1 wherein the first thickness is greater than 30 mils and less than 500 mils. | |
| 4. The shock absorber apparatus of claim 1 wherein the shock absorbing material comprises a polymeric material selected from a group consisting of natural rubber, synthetic rubber, and plastic. | |
| 15. A shock absorbing covering for encapsulating a disc drive, wherein the disc drive has a plurality of critical regions and a plurality of non-critical regions, the shock absorbing covering comprising: | **Critical Region:** A region of the disk drive that is relatively sensitive to vibration and shock accelerations because most shock loadings during handling and transport are focused there.<br><br>**Non-critical Region:** A "non-critical region" is a region that is relatively insensitive to vibration and shock accelerations because it receives less shock loading during handling mishaps. |
| an enclosure sized to receive a disc drive therein, the enclosure being made entirely of a flexible shock absorbing material, the enclosure including a plurality of first portions having a first thickness, each of the first portions covering and contacting a corresponding one of the plurality of critical regions, and a plurality of second portions each having a second thickness, each of the second portions covering and contacting a corresponding one of the plurality of non-critical regions, wherein the first portion has a greater thickness than the thickness of the second portion. | **Enclosure:** An "enclosure" is something that encloses, meaning to shut in all around or to surround.<br><br>**An enclosure sized to receive a disc drive therein:** The phrase "an enclosure sized to receive a disc drive therein" means that the enclosure must be sized to contain a disk drive.<br><br>**A flexible shock absorbing material:** A material that is suited for widening a shock pulse and reducing its maximum amplitude, that is able to bend without breaking. |
| 16. The shock absorbing covering of claim | |

| | |
|---|---|
| 15 wherein the first thickness is greater than 30 mils and less than 500 mils. | |
| 17. The shock absorbing covering of claim 15 wherein the flexible shock absorbing material comprises a material selected from a group consisting of natural rubber, synthetic rubber, and plastic. | |
| 19. A disc drive system comprising: | |
| a disc drive having a plurality of critical regions and a plurality of non-critical regions; | **Critical Region:** A region of the disk drive that is relatively sensitive to vibration and shock accelerations because most shock loadings during handling and transport are focused there.<br><br>**Non-critical Region:** A "non-critical region" is a region that is relatively insensitive to vibration and shock accelerations because it receives less shock loading during handling mishaps |
| an enclosure sized to receive a disc drive therein, the enclosure being made entirely of a flexible shock absorbing material, the enclosure including a plurality of first portions having a first thickness, each of the first portions covering and contacting a corresponding one of the plurality of critical regions, and a plurality of second portions each having a second thickness, each of the second portions covering and contacting a corresponding one of the plurality of non-critical regions, wherein the first portion has a greater thickness than the thickness of the second portion. | **Enclosure:** An "enclosure" is something that encloses, meaning to shut in all around or to surround.<br><br>**An enclosure sized to receive a disc drive therein:** The phrase "an enclosure sized to receive a disc drive therein" means that the enclosure must be sized to contain a disk drive.<br><br>**A flexible shock absorbing material:** A material that is suited for widening a shock pulse and reducing its maximum amplitude, that is able to bend without breaking. |
| 20. The disc drive system of claim 19 wherein the disc drive includes at least one | **Corner:** The point or place where lines or surfaces join and form an angle. |

| | |
|---|---|
| corner and wherein at least one of the critical regions comprises the at least one corner of the disc drive. | |
| 21. The disc drive system of claim 19 wherein the first thickness is greater than 30 mils and less than 500 mils. | |
| 22. The disc drive system of claim 19 wherein the flexible shock absorbing material comprises material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic. | |

11

# REDACTED

**CERTIFICATE OF SERVICE**

I, Julia Heaney, hereby certify that on November 28, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

**BY HAND**

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

**BY FEDERAL EXPRESS**

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW, Suite 1100
Washington, DC 20005

/s/ *Julia Heaney*
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL
jheaney@mnat.com
*Attorneys for Defendant and Counterclaim Plaintiff Cornice, Inc.*