6

5452159

| UTILITY SERIAL NUMBER | 08/970024 | PATENT DATE SEP 19 1995 | PATENT NUMBER | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/970,024 | 08/28/93 | 360 | 135 | 2513 | Sniezek |

APPLICANT: F. MARK STEFANSKY, LONGMONT, CO.

**CONTINUING DATA**
VERIFIED  THIS APPLN IS A CON OF  07/909,149 08/18/92 ABN
WHICH IS A CON OF  07/643,703 01/22/91 PAT  5,170,300
WHICH IS A CON OF  07/269,873 11/10/88 ABN

**FOREIGN/PCT APPLICATIONS**
VERIFIED  NONE

NOTE - DISCLAIMER
The term of this patent
subsequent to 8/18/09
has been disclaimed

FOREIGN FILING LICENSE GRANTED 08/28/93

| Foreign priority claimed ☐ yes ☒ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no Verified and Acknowledged  Examiner's Initials | | CO | 6 | 10 | 3 | $710.00 | |

TITLE: HARD DISK LOADING DEVICE FOR DISK DRIVE

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (Rev. 10-78)

3/31/95

PARTS OF APPLICATION FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | | CLAIMS ALLOWED | |
|---|---|---|---|
| 3/14/95 | | Total Claims | Print Claim |
| | Assistant Examiner | 6 | 1 |

| ISSUE FEE | | | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | | 6 | 10 | 4 |

ANDREW L. SNIEZEK
PRIMARY EXAMINER
GROUP 2500
Primary Examiner

ISSUE BATCH NUMBER

PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

DO NOT DESTROY

STX 000001

ABANDONED

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/909,149 | 08/18/92 RULE AD | 360 | 105 | 2513 | Snigek P |

APPLICANTS: F. MARK STEFANSKY, LONGMONT, CO.

**CONTINUING DATA**
VERIFIED    THIS APPLN IS A CON OF    07/843,743 01/23/91, ABAND
            WHICH IS A CON OF    07/269,873 11/10/88, ABN

**FOREIGN APPLICATIONS**
VERIFIED

FOREIGN FILING LICENSE GRANTED 09/10/92

| | STATE OR COUNTRY | SHEETS DRWG. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|
| Foreign priority claimed ☐ yes ☐ no<br>35 USC 119 conditions met ☐ yes ☐ no<br>Verified and Acknowledged  Examiner's Initials | AS FILED | CO | 6 | 12 | 3 | $690.00 | CONN6595-CON |

ADDRESS: TIMOTHY T. TYLER
FLIEGLER, HODR, MEYER & LOVEJOY
FOUR EMBARCADERO CENTER, STE 400
SAN FRANCISCO, CA 94111-4156

TITLE: RIGID/FLEXIBLE DEVICE FOR DISK DRIVE

U.S. DEPT. of COMM.-Pat. & TM Office— PTO-436L (rev. 10-78)

PARTS OF APPLICATION
FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | CLAIMS ALLOWED | |
|---|---|---|---|
| | | Total Claims | Print Claim |
| | Assistant Examiner | Docket Clerk | |
| **ISSUE FEE** | | **DRAWING** | |
| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | Primary Examiner | |
| | **ISSUE CLASSIFICATION** | **ISSUE BATCH NUMBER** | |
| | Class | Subclass | |
| Label Area | WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only. | | |

Form PTO-436
Rev. 3/93

STX 000002

APPROVED FOR LICENSE

JUL 20 9 2 45

RECEIVED
SEP 21 1992
GROUP 250

## CONTENTS

| Entered or Counted | | Received or Mailed |
|---|---|---|
| | 1. Application 16 sheets papers. | |
| | 2. File Dec. '60 | 8-6-92 |
| | 3. Analysis '60 | 8-14-92 |
| 9/30/92 | 4. Re Andt a | 7/6/92 |
| 11/25/92 | 5. Final Rej (3 mos) | 12/2/92 |
| 6-25 | 6. Reg. Ext. Env. (5) | May 28, 1983 |
| 7/12 | 7. Rec 1432 | 2/8-93 |
| | 8. | |
| | 9. | |
| | 10. | |
| | 11. | |
| | 12. | |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

STX 000003

08/970024

APPROVED FOR LICENSE ☐

INITIALS _____

Date Entered or Counted

**CONTENTS**

Date Received or Mailed

1. Application _____ papers.

| | | |
|---|---|---|
| 11/3/93 | 8 | Re-Amdt B | 05-2893 |
| 11/1 | 9 | Nej (3m) | 11-8-93 |
| 3/14 | 10 | Terminal Disclaimer (apd) ③ | 3/30/94 |
| | 11 | Ext of Time ③ | 5-16-94 |
| 4/9 | 12 | Amdt B | 5-16-94 |
| 6/13 | 13 | Non Final Rejection | 6/16/94 |
| 11/14 | 14 | Extension ③ | 12/19/94 |
| 11/15 | 15 | Amdt B | 12/19/94 |
| 3/13 | 16 | Notice of Allowance | 3/14/95 |
| | 17 | | |
| | 18 | | 7/11/95 |
| | 19 | PTO G/am SEP 18 1995 | |
| | 20 | | |
| | 21 | | |
| | 22 | | |
| | 23 | | |
| | 24 | | |
| | 25 | | |
| | 26 | | |
| | 27 | | |
| | 28 | | |
| | 29 | | |
| | 30 | | |
| | 31 | | |
| | 32 | | |
| | 33 | | |
| | 34 | | |
| | 35 | | |
| | 36 | | |
| | 37 | | |
| | 38 | | |

STX 000004



## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
|       |      |      |       |

## SEARCH NOTES

|  | Date | Exmr. |
|--|------|-------|
|  |      |       |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
|       |      |      |       |

STX 000005



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 360 | 105 | | |
| | 106 | | |
| | 75 | | |
| | 97.01 | 11/24/3 | AP |
| | 78.12 | | |
| | 78.01 | | |
| | 78.04 | | |
| above search updated | | 10/30/93 & 6/10/94 | AN AH |
| above search updated | | 3/6/95 | AH |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| AP3 | 7/9/94 | AH |
| | 3/6/95 | AH |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 360 | 105 097.010 | 3/6/95 | AH |

STX 000006



| POSITION | ID NO. | DATE |
|---|---|---|
| CLASSIFIER | | |
| EXAMINER | 414 | 6-30-93 |
| TYPIST | 24 | 8-28-93 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | |
| FILE MAINT. | | |
| DRAFTING | | |

### INDEX OF CLAIMS

STX 000007

Staple Issue Slip Here

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | | 7/20/91 |
| EXAMINER | | |
| TYPIST | 357 | 8-9-92 |
| VERIFIER | | |
| CORPS CORR. | | |
| SPEC. HAND | | 9-3-92 |
| FILE MAINT. | 207 | 8-3-92 |

## INDEX OF CLAIMS



STX 000008



STX 000009

US005452159A

## United States Patent [19]
### Stefansky

[11]  Patent Number: 5,452,159

[45]  Date of Patent:  * Sep. 19, 1995

[54]  MAGNETIC PARKING DEVICE FOR DISK DRIVE

[75]  Inventor:  Frederick M. Stefansky, Longmont, Colo.

[73]  Assignee:  Conner Peripherals, Inc., San Jose, Calif.

[*]  Notice:  The portion of the term of this patent subsequent to Aug. 18, 2009 has been disclaimed.

[21]  Appl. No.: 70,824

[22]  Filed:  May 28, 1993

### Related U.S. Application Data

[63]  Continuation of Ser. No. 909,149, Aug. 18, 1992, abandoned, which is a continuation of Ser. No. 643,703, Jan. 22, 1992, Pat. No. 5,170,300, which is a continuation of Ser. No. 269,873, Nov. 10, 1988, abandoned.

[51]  Int. Cl.⁶ ........................................ G11B 5/54
[52]  U.S. Cl. ..................... 360/105; 360/97.01
[58]  Field of Search ......... 360/105, 106, 75, 97.01, 360/78.12, 78.01, 78.04

[56]  References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,633,151 | 1/1987 | Hazebrock | 360/105 |
| 4,639,863 | 1/1987 | Harrison et al. | 360/97.01 |
| 4,654,735 | 1/1987 | Iceradev et al. | 360/105 X |
| 4,660,120 | 4/1987 | Mancke et al. | 360/137 |
| 4,710,834 | 12/1987 | Brand et al. | 360/105 |
| 4,853,807 | 8/1989 | Trager | 360/97.01 |
| 4,896,216 | 12/1989 | Casey et al. | 360/105 |
| 4,896,231 | 1/1990 | Hoppe | 360/97.02 |
| 4,903,157 | 2/1990 | Malek | 360/105 |
| 4,965,684 | 10/1990 | Stefansky | 360/105 X |
| 4,985,793 | 3/1991 | Anderson | 360/105 |
| 5,170,300 | 12/1992 | Stefansky | 360/105 |

### OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin vol. 19 No. 4 Sep. 1976 Actuator Retraction Device, Hearn.

*Primary Examiner*—Andrew L. Sniezek
*Attorney, Agent, or Firm*—Flesler, Dubb, Meyer & Lovejoy

[57]  ABSTRACT

A magnetic parking device for a disk drive includes a magnet and a member for containing the magnetic field produced by the magnet. The magnetic field containing member has an air gap which is substantially parallel to the magnet flux lines of the magnetic field so that there is no fringing of the magnetic field outside of the gap. The device magnetically captures a magnetically permeable capture member provided on the actuator of a disk drive without contacting the capture member and only when the actuator enters the gap in the magnetic field containing member.

6 Claims, 6 Drawing Sheets



**U.S. Patent**          Sep. 19, 1995          Sheet 1 of 6          5,452,159



## FIG.—2A



## FIG. — 1A

STX 000011



## FIG.—2B



## FIG.—1B

STX 000012



FIG. — 3

STX 000013



FIG. —5

FIG. —4

STX 000014

U.S. Patent    Sep. 19, 1995    Sheet 5 of 6    5,452,159



**FIG. -6A**



**FIG. -6B**

STX 000015

U.S. Patent    Sep. 19, 1995    Sheet 6 of 6    5,452,159



FIG. —7

STX 000016

1
5,452,159
2

## MAGNETIC PARKING DEVICE FOR DISK DRIVE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a file wrapper continuation of Ser. No. 07/509,147, filed Aug. 18, 1992, now abandoned, which is a continuation of Ser. No. 07/643,703, filed Jan. 22, 1992 which issued as U.S. Pat. No. 5,170,300, which was a file wrapper continuation of application Ser. No. 07/269,873, filed Nov. 10, 1988, abandoned.

LOW HEIGHT DISK DRIVE, Ser. No. 147,804, filed Jan. 25, 1988, inventor Frederick Mark Stefansky, assigned to the assignee of the present application, now U.S. Pat. No. 4,965,684;

DISK DRIVE ARCHITECTURE, Ser. No. 054,584, filed May 29, 1987, inventors Frederick Mark Stefansky and Glade N. Bagnell, assigned to the assignee of the present application, now U.S. Pat. No. 4,896,030;

DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE, Ser. No. 057,806, filed Jun. 2, 1987, inventors John P. Squires, Thomas A. Piers and Louis J. Shrinkle, assigned to the assignee of the present application, now abandoned.

DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE UTILIZING IMBEDDED REAL TIME DIAGNOSTIC MONITOR, Ser. No. 058,289, filed Jun. 2, 1987, inventors John P. Squires, Thomas A. Piers and Louis J. Shrinkle, assigned to the assignee of the present application, abandoned in view of File Wrapper Continuation Ser. No. 07/423,719 now U.S. Pat. No. 4,979,055.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to parking devices for disk drives more particularly, to devices which position and retain the head(s) of a disk drive over a selected portion of a hard (or fixed) disk when the disk drive is not in use.

2. Description of the Related Art

Developments in personal computers, portable computers and lap top computers have prompted reductions in the size and increases in the memory capacity of disk drives. Factors which hamper the incorporation and use of fixed or hard disks in lap-top computers include the size, weight, and power consumption of hard disk drives. The desire to operate portable computers on battery supplied power, and the reduction of the life of the batteries by such power consuming component of a computer, have prompted efforts to reduce the power consumed by disk drives intended for use in portable computers.

Conventional hard disk drives often incorporate a device for parking the head(s) of the drive. As used in this patent, the terms "park" and "parking" refer to the maintaining the position of the head(s) over a selected portion (usually a "landing zone" at the inside or outside diameter) of the disk (or disks). The heads are supported by an actuator, and parking the heads also means parking the actuator by fixing the position of the actuator which supports the heads.

In conventional disk drives, a head "flys" over the surface of a disk, riding on the stream of air created by the rotation of the disk. When the disk stops rotating, for example, when power is turned off, the head lands on the disk. If the head lands on a portion of the disk which is used to store data, there is a possibility that the disk, and thus the data stored on the disk, will be damaged. Parking the head(s) is particularly important in portable computers, in which the disk drive may be continually subject to large physical shocks during transportation. Non-operational physical shocks, for example, shocks experienced during transportation of portable computers or shipping may cause the heads to "slap" against the disk, possibly causing a loss of data if the head slaps against a data-carrying portion of the disk. Parking the head assures that the head will land on a landing zone—i.e., a non-data storage portion of the disk—and will be held in a position over the landing zone during the power-down period.

Various types of parking (or latching) devices have been used to lock the actuator arm of a voice coil in a selected position when the disk drive is not operating. Many parking devices incorporate a latch which physically engages the actuator arm and utilizes a spring to bias a pivoting latch arm to a parked position and an electromagnet to release the latch during operation of the drive. The use of an electromagnet to release the latch requires the continual use of electrical power to maintain the latch in the unlatched position. Further, an electromagnet generates heat which is not desirable in a disk drive or any other area in a computer.

Air activated parking devices rely on the air flow generated by the rotating disks to release a spring biased latch arm. Air activated parking devices pose the problem of interference with the air flow necessary for the heads to fly properly. Further, the amount of force generated by the air flow is related to the surface area of the disks, and as disks are reduced in size, the amount of air flow may be insufficient to release a latch mechanism.

Solenoids have also been used to release latch arms which are spring biased. As with an electromagnet, a solenoid requires a constant supply of electrical current, and the residual magnetism of the plunger must be overcome by the biasing force.

Such parking devices often utilize pivoting latch arms which often present design, manufacturing, and operational problems related to, for example, balancing the latch arm to provide proper functioning of the latch for all orientations of the disk drive. A latch which does not operate properly for all orientations of the disk drive is not suitable for use in a portable or lap-top computer.

Reliability of electromagnetic parking devices which attract a permeable member requires overcoming any residual magnetism in the permeable member, prompting the use of larger bias springs. However, larger spring forces demand greater electrical power to energize an electromagnet which reliably overcomes the spring force.

Purely magnetic parking devices park the actuator by the attraction by a magnet of a magnetically permeable portion of the actuator. Such parking devices have provided direct contact between the magnetically permeable portion of the actuator and the magnet. The primary drawback of a magnetic latch of this type is that the rotational movement of the actuator is adversely affected by the attraction of the magnetically permeable portion of the actuator and the magnet, thereby creating problems with track following and seek functions. Further, an extremely large force is required to release the actuator from the magnet.

STX 000017

5,452,159

3

Each component of a disk drive represents an increase in the weight of the drive, the space occupied by the drive, and the manufacturing effort. A large number of mechanical components, particularly the moving components of a latch mechanism, increases the possibility and probability of a mechanical failure of the drive. The number and complexity of mechanical components is also related to the ability of the drive to survive physical shocks and vibrations.

## SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide a parking device for a disk drive which does not use any electrical power during operation of the disk drive.

A further object of the present invention is to provide a parking device which requires a minimum amount of space in the disk drive.

Another object of the present invention is to provide a parking device which magnetically captures (or parks) the actuator of a disk drive.

Another object of the present invention is to provide a parking device which parks the actuator without relying on physical latching of the parking device and the actuator.

Another object of the present invention is to provide a magnetic parking device which provides a "black hole" magnetic effect; the black hole effect concentrates a magnetic field in an interactive region where the magnetic field captures an actuator and substantially eliminates the leakage of the magnetic field outside of the interactive region.

Another object of the present invention is to provide a magnetic parking device including a magnetic unit which contains a magnetic field and which captures the actuator only when the actuator is located within a slot (air gap) in the magnetic unit.

Another object of the present invention is to provide a magnetic parking device which does not utilize any moving parts other than the actuator arm.

Another object of the present invention is to provide a magnetic parking device which is easy to assemble in a disk drive.

A magnetic parking device in accordance with the present invention, which is useful in, for example, a disk drive having a data storage medium, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer with respect to the data storage medium, includes a magnetically permeable capture member provided on the actuator and magnetic parking means for capturing and magnetically retaining the capture member to park the transducer. The magnetic parking means includes a magnet and a magnetic field containing member having a slot (or air gap), and captures the capture member to park the head only when the capture member enters the air gap.

In a first embodiment of the magnetic means the air gap in the magnetic field containing member is substantially perpendicular to the direction of the magnetic field that lines in the field containing member. The actuator of a disk drive is captured and retained by the magnetic field in and around the air gap.

In a second embodiment of the magnetic means the air gap in the magnetic field containing member is substantially parallel to the direction of the magnetic field flux paths in the field containing member. This orientation causes substantially all of the magnetic flux paths of

4

the magnetic field to be contained in the magnetic unit and the air gap in the magnetic unit and prevents fringing (or magnetic leakage), providing the black hole effect. The black hole effect assures that the actuator is captured only when the actuator enters the gap in the magnetic field containing member, provides increased capture force, and improves retention of the actuator. In addition, the substantial elimination of magnetic leakage outside the air gap increases the portion of the surface of the disk which can be used for data storage. The actuator is released from the magnetic parking device by the same forces generated by the actuator to position the head(s) of the disk drive with respect to the disk(s).

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is an isometric view of a first embodiment of a magnetic unit of a parking device in accordance with the present invention;

FIG. 1B is an end view of the magnetic unit shown in FIG. 1A;

FIG. 2A is an isometric view of a second embodiment of a magnetic unit of a parking device in accordance with the present invention;

FIG. 2B is an end view of the magnetic unit shown in FIG. 2A;

FIG. 3 is an isometric view of a disk drive including a parking device in accordance with the present invention;

FIG. 4 is a partial plan view of the disk drive including a parking device in accordance with the present invention;

FIG. 5 is a partial, end view along line 5—5 in FIG. 4;

FIGS. 6A–B are sectional views along line 6—6 in FIG. 2A for describing the operation of a parking device having a magnetic unit of the second embodiment of the present invention; and

FIG. 7 is a diagram for explaining the advantages of the second embodiment of the magnetic unit.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

A disk drive including a magnetic parking device according to the present invention will be described with reference to FIGS. 1–7. The disk drive described herein includes, for example, a single hard disk with a magnetic coating and utilizes Winchester technology; however, the disk drive may utilize various numbers of disks (and a corresponding number of heads, usually one per disk surface—two (2) heads per disk) and other types of disks, for example, optical disks, and other read/write technologies, for example, lasers.

The use of a magnetic field to park the heads in a disk drive, as opposed to a mechanical latch, eliminates the need for an electromagnetic or air activated device to release the mechanical latch during operation of the disk drive. Magnetic parking units 10, 12 of first and second embodiments of the present invention, respectively, are shown in FIGS. 1 and 2. Each magnetic parking unit 10, 12 includes a magnet 14 and a magnetic field containing member 16, 18 for containing and providing a return for the magnetic field produced by the magnet 14. An air gap (or slot) 20, 22 in the field containing member 16, 18 provides a region of high magnetic field intensity. The actuator of a disk drive is captured when a magnetically permeable portion of the actuator enters the air gap 20, 22. The disk drive is

STX 000018

5,452,159

5

constructed so that the head(s) are parked when the actuator is captured.

A disk drive 30 including the magnetic parking device of the present invention will be described with reference to FIGS. 3 and 4. For the purposes of describing the magnetic parking device of the present invention, disk drive 30 will be described in broad terms. Details of disk drives which may use a magnetic parking device in place of other latching devices are disclosed in above-identified, co-pending application Ser. Nos. 147,804 and 056,584, which are hereby incorporated by reference.

Disk drive 30 has a baseplate for supporting internal components of the drive and external electronic circuitry. The internal components may be identified as three inter-related groups: disk 34 spin motor 35, actuator assembly 36 for positioning head(s) 38 with respect to disk 34, and header assembly 40 including header 42, bracket 44, and flex circuit 46. A cover (not shown) is sealably attached to base plate 32 to provide a controlled environment between base plate 32 and the cover.

Actuator assembly 36 includes pivotable actuator arm 50, heads 38 mounted at a first end 50a of actuator arm 50, an actuator coil 52 mounted on actuator substrate arm 50-1, 50-2 at a second end 50b of actuator arm 50, the first and second actuator arm portions 50a, 50b are located on opposite sides of the pivot point of the actuator arm 50. A magnet structure 54 supports magnets 56a, b and the components of magnet structure 54, as described in detail below, are formed of magnetically permeable material to provide returns for the magnetic fields generated by magnets 56a, b. The magnet structure 54 and actuator coil 52 are arranged so that a current in coil 52, in the presence of the magnetic fields created by magnets 56, creates a force which pivots actuator arm 50. Currents passing in opposite directions in coil 52 create torques in opposite directions. The pivoting of the actuator arm 50 positions head 38 at selected positions with respect to disk 34.

Disk 34, which is rotated by spin motor 33, has specified inside and outside diameters 58 and 60 and a landing zone (or non-data area) 63 located, e.g., adjacent to the inside diameter 58. The landing zone 61 may be any selected portion of the disk 34; however, a portion of the disk 34 adjacent to the inside 58 or outside diameter 60 is usually selected.

A printed circuit assembly (or control means) 62 is attached to the bottom of base plate 12. Header 42 carries electrical signals from the printed circuit assembly 62 to the controlled internal environment.

The structure and operation of actuator assembly 36 will be explained with reference to FIGS. 3-8. The function of the actuator assembly 36 is to selectively position heads 38 with respect to the surfaces of disk(s) 34 by pivoting actuator arm assembly 50. More specifically, to position the heads 38 over individual tracks on disk(s) 34. Heads 38 are supported on actuator arm 50 by a load beam 64 and a flexure (not shown) provided between load beam 64 and heads 38. A bearing assembly 66 is inserted in actuator arm 50 to provide a pivot point. Actuator arm 50, including all of the components attached thereto, is precisely balanced, i.e., equal amounts of weight are provided on either side of the pivot point so that the positioning of heads 38 is less susceptible to linear shock and vibration.

Magnet structure 54, which in conjunction with coil 52 comprises a voice coil assembly, includes top and

6

bottom plates 68, 70 formed of magnetically permeable material, support posts 72, 74 also formed of magnetically permeable material, and first and second magnets 56a, b attached to the top plate 68. Top and bottom plates 68, 70 in conjunction with support posts 68, 78, function as returns for the magnetic fields provided by first and second magnets 56a, b. It is important that there are no air gaps between support posts 72, 74 and either the top or bottom plate 68, 70, any air gap would create a discontinuity in the return, greatly reducing the strength of the magnetic field.

First and second magnets 56a, b have opposite poles attached to top plate 68 (e.g., the south pole of first magnet 56a and the north pole of second magnet 56b are attached to top plate 68) to provide first and second magnetic fields B₁, B₂ between respective cores of the first and second magnets 56a, b and bottom plate 70. First and second magnetic fields B₁, B₂, are encompassed in three closed magnetic field loops including various portions of top plate 68, bottom plate 70, and first and second support posts 72, 74. By containing the magnetic fields B₁ and B₂, in returns, the magnetic field intensity of each field is increased in the region between the respective first and second magnets 56a, b and bottom plate 70; the strength of the magnetic field in this region is directly related to the torque which the voice coil exerts on the actuator arm 50, and thus the rotational velocity of actuator arm 50 and the seek times for the drive.

Crash stops are provided to limit the pivoting movement of actuator arm 50 so that heads 38 travel only between the inside and outside diameters 58, 60 of disk 34. Outside diameter crash stop is provided by a sleeve 76 (FIG. 5) fitted on support post 72. When the pivoting motion of actuator arm 50 places heads 38 at the outside diameter 60 of disk 34 a portion of the actuator substrate arm 50-2 contacts outside diameter crash stop 76, thereby preventing movement of the heads 38 beyond the outside diameter 60. An inside diameter crash stop is provided by the portion of the magnetic latch mechanism and is described below.

A reverse flex circuit 46 carries electrical signals from header 42 to heads 38 and actuator assembly 36. The reverse flex circuit 46 may be separated into three portions; a first portion 80 carrying current to actuator coil 52 and a second portion 82 which is a ground plane separating the current carrying portion 80 from a third data carrying portion 84. The data carrying portion 84 provides signals to heads 38 for recording information on disk 34 and carries signals from the heads 38 to the printed circuit assembly 62, via header 42, when reading data from disk 34. Ground plane 82 prevents interference with the relatively weak data signals which would otherwise be caused by the larger currents necessary for actuator coil 52 passing through the first portion 80 of the reverse flex circuit 46.

The reverse flex circuit 46 is designed to exert only a minimal amount of rotational force (torque) on the actuator arm 50. Any torque exerted on actuator arm 50 by any means other than the voice coil assembly affects the function of actuator assembly 36 in positioning heads 38 with respect to disk 34, particularly the track following and seek functions described in the above-identified co-pending applications, Ser. Nos. 057,806 and 058,289. The force provided by the voice coil assembly must be controlled to compensate for the force exerted by the reverse flex circuit 46.

STX 000019

5,452,159

7

A magnetic parking device for parking the heads 38, i.e., locking the actuator arm 50 in an orientation where heads 38 are positioned, for example, at the disk diameter 58 of disk 34, will be described with reference to FIGS. 3–7. During power-down of the disk drive 30, control means 63 causes actuator assembly 36 to pivot the actuator arm 50 to the position where the heads 38 are over the landing zone 61 of disk 34 before the rotational speed of the disk 34 is decreased to the point where the heads 38 land on the disk 34.

A magnetic parking device in accordance with the present invention includes a magnetic unit 10, 12 supported by or incorporated in, for example, support post 70. The elevation, i.e., vertical position, and the location, i.e., horizontal position in the x-y plane, of the magnetic unit 10, 12 is selected so that a magnetically permeable capture member 100, which may comprise a portion of actuator arm 50 or an element attached thereto, enters air gap 22, 22 in magnetic unit 10, 12 when the actuator arm 50 is rotated so that heads 38 are positioned over the landing zone 61. In the preferred embodiment of the present invention, the magnetic unit 10, 12 is positioned so that it is outside of the magnetic flux circuits of fields B₁, B₂ produced by magnets 50a, b. These magnetic flux circuits are contained in the top and bottom plates 69, 70, and thus the magnetic unit 10, 12 is outside of the gap between these plates 69, 70. The magnetic field in the air gap 22, 22 of magnetic unit 10, 12 captures capture member 100 to retain actuator arm 50 and to park the heads 38 without contact between capture member 100 and magnet 14.

In a first embodiment of the present invention, magnetic field retaining member 16 has an air gap 20 which is substantially perpendicular to the magnetic flux paths 112 of the magnetic field associated with magnet 14. In implementing magnetic unit 10 including a magnetic field containing member 16, the inventor of the present invention discovered that the magnetic flux lines 114 associated with air gap 20 in magnetic field containing member 16 extend outside of air gap 20 (FIG. 1B) due to a phenomenon known as fringing. The fringing results in leakage of the magnetic field. Further, the air gap 20 interrupts the magnetic circuit in field containing member 16.

Leakage of the magnetic field 134 outside of air gap 20 of field containing member 16 requires that magnetic unit 10 must be positioned so that actuator arm 50, particularly portion 100 thereof, does not enter magnetic field 114 during operation of the disk drive. As a result, the portion of disk 34 over which the head would be positioned while the actuator arm 50 is in the magnetic field 114 is not usable as a data area since the partial retention of actuator arm 50 by magnetic unit 10 would adversely affect the seek functions provided by actuator assembly 36. Specifically, the algorithms for controlling the track following and seek functions account for frictional forces and the rotational inertia of actuator arm 50 and the forces exerted by flex circuit 46; however, the intervention of an external magnetic field, which would tend to increase the rotational speed of actuator arm 50 when the head is moving toward the inside diameter 58 and decrease the rotational speed of actuator arm 50 when the head is moving away from inside diameter 58, would be difficult to implement and could be detrimental to seek times.

It was discovered, by the inventor, that a field containing member 18 having an air gap 22 oriented in a direction substantially parallel to the magnetic flux lines

8

116 in field containing member 18 substantially alleviates fringing (or leakage) outside of air gap 22. As shown in FIGS. 2B and 6A, the flux lines 116 of the field in field containing member 18 are substantially parallel to air gap 22. The flux lines 118 of the field which pass from the south pole of magnet 14 to field containing member 18 all pass between magnet 14 and field containing member 18; none of the flux lines 118 extend outside of the physical boundaries of field containing member 18.

The interaction of magnetic unit 12 and capture member 100 creates a magnetic switch. With reference to FIGS. 6A, capture member 100 is non-permeated when capture member 100 is outside of air gap 22. As capture member 100 enters air gap 22 (FIG. 6B), the capture member switches to a permeated state. Capture member 100 then becomes an integral part of the magnetic circuit—the flux paths 116 and 118—created by magnet 14, and is pulled towards the south pole S of magnet 14 and towards the north pole N of field containing member 18 at the edges of air gap 22. This structure also provides the so-called "black hole" magnetic effect. The result of the black hole magnetic effect is that actuator arm 50 is unaffected by magnetic unit 12 until capture member 100 enters air gap 22.

The pivoting motion of actuator arm 50 allows capture member 100 to move along axis A (FIG. 6A); however, the actuator bearing 66 prevents motion of capture member 100 in axis B. The magnetic forces attempting to move capture member along axis B and the magnetic force attracting capture member 100 towards magnet 14 result in a strong holding force which retains capture member 100 in air gap 22. Bumper 120 limits the travel of capture member 100 (and thus actuator arm 50) along axis A. The holding force is determined by the geometric proportions of the various elements which comprise the magnetic circuit (including field containing member 16 and capture member 100), the strength of the magnetic field in air gap 22, and the thickness of bumper 120. Bumper 120 controls the distance between magnet 14 and capture member 100 and prevents these two elements from contacting each other.

The elimination of fringing allows more of surface of disk 34 to be utilized for data storage. As shown in FIG. 1B the portion of magnetic field 114 which passes through air gap 20 extends a distance D₁ from the surface of magnet 14. On the other hand, as shown in FIG. 6B, the magnetic field 118 extends only a distance D₂ from the surface of magnet 14 and does not leak out of the air gap 22. The difference between distance D₂ and D₁ (D₁–D₂) represents the difference in the point at which capture member 100 enters the magnetic fields 114 and 118 provided by magnetic units 12 and 14, respectively. This relationship is shown in FIG. 7. Further, because head 38 is positioned on actuator arm 50 at a larger distance from the pivot point of actuator arm 50 than capture member 100, the arc which head 38 travels is greater than the arc which capture member 100 travels in traversing the distance D₁–D₂. Accordingly, the radial measurement of the amount of disk space which is saved by using magnetic unit 12 is greater than distance D₁–D₂.

In both the first and second embodiments of the present invention the magnetic unit 10, 12, bumper 120 can function as an inside diameter crash stop. Bumper 120 is formed of a cushioning material, e.g., rubber or foam, which does not introduce an appreciable quantity of particles into the environment of the disk drive.

STX 000020

**5,452,159**

9

In disk drives using either the first or the second embodiment of the magnetic parking device in accordance with the present invention, the actuator arm 30 is released from the magnetic unit 10, 12 by the force generated by actuator 36. The need for a spring to bias a mechanical latch and an electromagnetic unit which continually draws current during operation of the disk drive to release a mechanical latch mechanism are eliminated.

The many features and advantages of the disk drive of the present invention will be apparent to those skilled in the art from the Description of the Preferred Embodiments. Thus, the following claims are intended to cover all modifications and equivalents falling within the scope of the invention.

What is claimed is:

1. A magnetic parking device for a disk drive having a data storage medium, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer over a path between a first position and a second position with respect to the data storage medium, comprising:

a magnetically permeable capture member provided on the actuator; and

magnetic parking means provided adjacent to the actuator for capturing and magnetically retaining said capture member to park the transducer, the magnetic parking means comprising a magnetic field containing member and including a magnet providing a magnetic field, the containing member having an air gap positioned opposing the magnetic capture member such that said capture member enters the air gap when the actuator is at the second position of the path of the actuator, wherein the capture member is in a non-permeated state over a first portion of the path of the actuator, and the capture member switches to a permeated state over a second portion of the actuator path such that the capture member is positioned proximate to the magnetic parking means and in the magnetic field.

2. A magnetic parking device according to claim 1, wherein the magnet provides magnetic flux, the flux having a direction following a plurality of paths, and

10

the paths of the magnetic flux are substantially contained in the magnetic field containing member and the air gap in the magnetic field containing member.

3. A magnetic parking device according to claim 2, wherein said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

4. A magnetic parking device according to claim 3, wherein there is substantially no magnetic flux leakage outside the air gap.

5. A magnetic parking device for a disk drive having a data storage medium including a data region and a landing zone, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer with respect to the data storage medium, comprising:

a magnetically permeable capture member provided on the actuator; and

magnetic parking means for capturing and magnetically retaining said capture member to park the transducer, the magnetic parking means including a magnetic field containing member having a magnet providing magnetic flux in a magnetic circuit in the magnetic parking means, the field containing member providing returns for the magnetic flux and having an air gap;

wherein the capture member is in a non-permeated state while the actuator positions the transducer over the data region of the data storage medium, and the capture member switches to a permeated state when the actuator positions the transducer over the landing zone such that the capture member enters the magnetic circuit such that said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

6. A magnetic parking device according to claim 5, wherein the magnet is provided in the magnetic parking member opposing the air gap and the parking device further includes bumper means provided on said magnet for preventing contact between said capture member and said magnet, and for limiting the movement of the actuator.

* * * * *

STX 000021

PATENT APPLICATION SERIAL NO. 07/909149

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

160 HB 07/15/92 07909149                    1 101     690.00 CK COMM659SMCF/

PTO-1556
(5/87)

STX 000022

MAGNETIC PARKING DEVICE FOR DISK DRIVE

Inventor:  Frederick Mark Stefansky

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM          11/9/88-13

STX 000023

-23-

## ABSTRACT

A magnetic parking device for a disk drive includes a magnet and a member for containing the magnetic field produced by the magnet. The magnetic field containing member has an air gap which is substantially parallel to the magnet flux lines of the magnetic field so that there is no fringing of the magnetic field outside of the gap. The device magnetically captures a magnetically permeable capture member provided on the actuator of a disk drive without contacting the capture member and only when the actuator enters the gap in the magnetic field containing member.

STX 000024

-2-

## MAGNETIC PARKING DEVICE FOR DISK DRIVE
### Inventor: Frederick Mark Stefansky

### CROSS-REFERENCE TO RELATED APPLICATIONS

LOW HEIGHT DISK DRIVE, Serial No. 147,804, filed
January 25, 1988, inventor Frederick Mark Stefansky,
assigned to the assignee of the present application;

DISK DRIVE ARCHITECTURE, Serial No. 056,584, filed
May 29, 1987, inventors Frederick Mark Stefansky and
Glade M. Bagnell, assigned to the assignee of the
present application;

DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE, Serial No.
057,806, filed June 2, 1987, inventors John P. Squires,
Thomas A. Fiers and Louis J. Shrinkle, assigned to the
assignee of the present application;

DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE UTILIZING
IMBEDDED REAL TIME DIAGNOSTIC MONITOR, Serial No.
058,289, filed June 2, 1987, inventors John P. Squires,
Thomas A. Fiers and Louis J. Shrinkle, assigned to the
assignee of the present application.

### BACKGROUND OF THE INVENTION

#### Field of the Invention.

The present invention relates to parking devices
for disk drives; more particularly, to devices which
position and retain the head(s) of a disk drive over a
selected portion of a hard (or fixed) disk when the disk
drive is not in use.

#### Description of the Related Art.

Developments in personal computers, portable
computers and lap top computers have prompted
reductions in the size and increases in the memory
capacity of disk drives.    Factors which hamper the
incorporation and use of fixed or hard disks in lap-top
computers include the size, weight, and power
consumption of hard disk drives.    The desire to operate

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM

11/9/88-13

STX 000025

-3-

portable computers on battery supplied power, and the
reduction of the life of the batteries by each power
consuming component of a computer, have prompted efforts
to reduce the power consumed by disk drives intended for
5   use in portable computers.

Conventional hard disk drives often incorporate a
device for parking the head(s) of the drive. As used in
this patent, the terms "park" and "parking" refer to
the maintaining the position of the head(s) over a
10  selected portion (usually a "landing zone" at the inside
or outside diameter) of the disk (or disks). The heads
are supported by an actuator, and parking the heads also
means parking the actuator by fixing the position of the
actuator which supports the heads.

15      In conventional disk drives, a head "flys" over the
surface of a disk, riding on the stream of air created
by the rotation of the disk. When the disk stops
rotating, for example, when power is turned off, the
head lands on the disk. If the head lands on a portion
20  of the disk which is used to store data, there is a
possibility that the disk, and thus the data stored on
the disk, will be damaged. Parking the head(s) is
particularly important in portable computers, in which
the disk drive may be continually subject to large
25  physical shocks during transportation. Non-operational
physical shocks, for example, shocks experienced during
transportation of portable computers or shipping may
cause the heads to "slap" against the disk, possibly
causing a loss of data if the head slaps against a data-
30  carrying portion of the disk. Parking the head assures
that the head will land on a landing zone -- i.e., a
non-data storage portion of the disk -- and will be held
in a position over the landing zone during the power-
down period.

35      Various types of parking (or latching) devices have
been used to lock the actuator arm of a voice coil in a

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM          ' 11/9/88-13

3

STX 000026

-4-

selected position when the disk drive is not operating.
Many parking devices incorporate a latch which
physically engages the actuator arm and utilizes a sping
to bias a pivoting latch arm to a parked position and an
5   electromagnet to releast the latch during operation of
the drive.  The use of an electromagnet to release the
latch requires the continual use of electrical power to
maintain the latch in the unlatched position.  Further,
an electromagnet generates heat which is not desirable
10  in a disk drive or any other area in a computer.

     Air activated parking devices rely on the air flow
generated by the rotating disks to release a spring
biased latch arm.  Air activated parking devices pose
the problem of interference with the air flow necessary
15  for the heads to fly properly.  Further, the amount of
force generated by the air flow is related to the
surface area of the disks, and as disks are reduced in
size, the amount of air flow may be insufficient to
release a latch mechanism.

20       Solenoids have also been used to release latch arms
which are spring biased.  As with an electromagnet, a
solenoid requires a constant supply of electrical
current, and the residual magnetism of the plunger must
be overcome by the biasing force.

25       Such parking devices often utilize pivoting latch
arms which often present design, manufacturing, and
operational problems related to, for example, balancing
the latch arm to provide proper functioning of the latch
for all orientations of the disk drive.  A latch which
30  does not operate properly for all orientations of the
disk drive is not suitable for use in a portable or lap-
top·computer.

     Reliability of electromagnetic parking devices
which attract a permeable member requires overcoming any
35  residual magnetism in the permeable member, prompting
the use of larger bias springs.  However, larger spring

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM                    11/9/88-13

STX 000027

-5-

forces demand greater electrical power to energize an electromagnet which reliably overcomes the spring force.

Purely magnetic parking devices park the actuator by the attraction by a magnet of a magnetically permeable portion of the actuator. Such parking devices have provided direct contact between the magnetically permeable portion of the actuator and the magnet. The primary drawback of a magnetic latch of this type is that the rotational movement of the actuator is adversely affected by the attraction of the magentically permeable portion of the actuaor and the magnet, thereby creating problems with the track following and seek functions. Further, an extremely large force is required to release the actuator from the magnet.

Each component of a disk drive represents an increase in the weight of the drive, the space occupied by the drive, and the manufacturing effort. A large number of mechanical components, particularly the moving components of a latch mechanism, increases the possibility and probability of a mechanical failure of the drive. The number and complexity of mechanical components is also related to the ability of the drive to survive physical shocks and vibrations.

SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide a parking device for a disk drive which does not use any electrical power during operation of the disk drive.

A further object of the present invention is to provide a parking device which requires an minimum amount of space in the disk drive.

Another object of the present invention is to provide a parking device which magnetically captures (or parks) the actuator of a disk drive.

Another object of the present invention is to provide a parking device which parks the actuator

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM                                    11/9/88-13

STX 000028

-6-

without relying on physical latching of the parking
device and the actuator.

Another object of the present invention is to
provide a magnetic parking device which provides a
5    "black hole" magnetic effect; the black hole effect
concentrates a magnetic field in an interactive region
where the magnetic field captures an actuator and
substantially eliminates the leakage of the magnetic
field outside of the interactive region.

10    Another object of the present invention is to
provide a magnetic parking device including a magnetic
unit which contains a magnetic field and which captures
the actuator only when the actuator is located within a
slot (air gap) in the magnetic unit.

15    Another object of the present invention is to
provide a magnetic parking device which does not utilize
any moving parts other than the actuator arm.

Another object of the present invention is to
provide a magnetic parking device which is easy to
20    assemble in a disk drive.

A magnetic parking device in accordance with the
present invention, which is useful in, for example, a
disk drive having a data storage medium, a transducer
for reading information from and writing information to
25    the data storage medium, and an actuator for selectively
positioning the transducer with respect to the data
storage medium, includes a magnetically permeable
capture member provided on the actuator and magnetic
parking means for capturing and magnetically retaining
30    the capture member to park the transducer.    The
magnetic parking means includes a magnet and a magnetic
field containing member having a slot (or air gap), and
captures the capture member to park the head only when
the capture member enters the air gap.

35    In a first embodiment of the magnetic means the air
gap in the magnetic field containing member is

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM                 11/9/88-13

STX 000029

-7-

substantially perpendicular to the direction of the
magnetic field flux lines in the field containing
member. The actuator of a disk drive is captured and
retained by the magnetic field in and around the air
5   gap.

In a second embodiment of the magnetic means the
air gap in the magnetic field containing member is
substantially parallel to the direction of the magnetic
field flux paths in the field containing member. This
10  orientation causes substantially all of the magnetic
flux paths of the magnetic field to be contained in the
magnetic unit and the air gap in the magnetic unit and
prevents fringing (or magnetic leakage), providing the
black hole effect. The black hole effect assures that
15  the actuator is captured only when the actuator enters
the gap in the magnetic field containing member,
provides increased capture force, and improves retention
of the actuator. In addition, the substantial
elimination of magnetic leakage outside the air gap
20  increases the portion of the surface of the disk which
can be used for data storage. The actuator is released
from the magnetic parking device by the same forces
generated by the actuator to position the head(s) of the
disk drive with respect to the disk(s).

25          BRIEF DESCRIPTION OF THE DRAWINGS
Fig. 1A is an isometric view of a first embodiment
of a magnetic unit of a parking device in accordance
with the present invention;
Fig. 1B is an end view of the magnetic unit shown
30  in Fig. 1A;
Fig. 2A is an isometric view of a second embodiment
of a magnetic unit of a parking device in accordance
with the present invention;
Fig. 2B is an end view of the magnetic unit shown
35  in Fig. 2A;
Fig. 3 is an isometric view of a disk drive

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM          11/9/88-13

7

STX 000030

-8-

including a parking device in accordance with the present invention;

Fig. 4 is a partial plan view of the disk drive including a parking device in accordance with the present invention;

5

Fig. 5 is a partial, end view along line 5-5 in Fig. 4;

Figs. 6A-6B are sectional views along line 6-6' in Fig. 2A for describing the operation of a parking device having a magnetic unit of the second embodiment of the present invention; and

10

Fig. 7 is a diagram for explaining the advantages of the second embodiment of the magnetic unit.

DESCRIPTION OF THE PREFERRED EMBODIMENT

15

A disk drive including a magnetic parking device according to the present invention will be described with reference to Figs. 1-7. The disk drive described herein includes, for example, a single hard disk with a magnetic coating and utilizes Winchester technology; however, the disk drive may utilize various numbers of disks (and a corresponding number of heads, usually one per disk surface -- two (2) heads per disk) and other types of disks, for example, optical disks, and other read/write technologies, for example, lasers.

20

25

The use of a magnetic field to park the heads in a disk drive, as opposed to a mechanical latch, eliminates the need for an electromagnetic or air activated device to release the mechanical latch during operation of the disk drive. Magnetic parking units 10, 12 of first and second embodiments of the present invention, respectively, are shown in Figs. 1 and 2. Each magnetic parking unit 10, 12 includes a magnet 14 and a magnetic field containing member 16, 18 for containing and providing a return for the magnetic field produced by the magnet 14. An air gap (or slot) 20, 22 in the field containing member 16, 18 provides a region of high

30

35

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM

11/9/88-13

8

STX 000031

-9-

magnetic field intensity. The actuator of a disk drive
is captured when a magnetically permeable portion of the
actuator enters the air gap 20, 22. The disk drive is
constructed so that the head(s) are parked when the
5   actuator is captured.

     A disk drive 30 including the magnetic parking
device of the present invention will be described with
reference to Figs. 3 and 4. For the purposes of
describing the magnetic parking device of the present
10  invention, disk drive 30 will be described in broad
terms. Details of disk drives which may use a magnetic
parking device in place of other latching devices are
disclosed in above-identified, co-pending Applications
Serial Nos. 147,804 and 056,584, which are hereby
15  incorporated by reference.

     Disk drive 30 has a baseplate for supporting
internal components of the drive and external electronic
circuitry. The internal components may be identified as
three inter-related groups: disk 34 and spin motor 35,
20  actuator assembly 36 for positioning head(s) 38 with
respect to disk 34, and header assembly 40 including
header 42, bracket 44, and flex circuit 46.
A cover (not shown) is sealably attached to base plate
32 to provide a controlled environment between base
25  plate 32 and the cover.

     Actuator assembly 36 includes pivotable actuator
arm 50, heads 38 mounted at a first end 50a of actuator
arm 50, an actuator coil 52 mounted on actuator sub-arms
50-1, 50-2 at a second end 50b of actuator arm 50; the
30  first and second actuator arm portions 50a, 50b are
located on opposite sides of the pivot point of the
actuator arm 50. A magnet structure 54 supports magnets
56a, b and the components of magnet structure 54, as
described in detail below, are formed of magnetically
35  permeable material to provide returns for the magnetic
fields generated by magnets 56 a, b. The magnet

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM                  11/9/88-13

STX 000032

-10-

structure 54 and actuator coil 52 are arranged so that a
current in coil 52, in the presence of the magnetic
fields created by magnets 56, creates a force which
pivots actuator arm 50. Currents passing in opposite
5  directions in coil 52 create torques in opposite
directions. The pivoting of the actuator arm 50
positions head 38 at selected locations with respect to
disk 34.

Disk 34, which is rotated by spin motor 35, has
10  specified inside and outside diameters 58 and 60 and a
landing zone (or non-data area) 61 located, e.g.,
adjacent to the inside diameter 58. The landing zone 61
may be any selected portion of the disk 34; however, a
portion of the disk 24 adjacent to the inside 58 or
15  outside diameter 60 is usually selected.

A printed circuit assembly (or control means) 62 is
attached to the bottom of base plate 12. Header 42
carries electrical signals from the printed circuit
assembly 62 to the controlled internal environment.

20  The structure and operation of actuator assembly 36
will be explained with reference to Figs. 3-5. The
function of the actuator assembly 36 is to selectively
position heads 38 with respect to the surfaces of
disk(s) 34 by pivoting actuator arm assembly 50. More
25  specifically, to position the heads 38 over individual
tracks on disk(s) 34. Heads 38 are supported on
actuator arm 50 by a load beam 64 and a flexure (not
shown) provided between load beam 64 and heads 38. A
bearing assembly 66 is inserted in actuator arm 50 to
30  provide a pivot point. Actuator arm 50, including all
of the components attached thereto, is precisely
balanced, i.e., equal amounts of weight are provided on
either side of the pivot point so that the positioning
of heads 38 is less susceptible to linear shock and
35  vibration.

Magnet structure 54, which in conjunction with coil

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM          11/9/88-13

STX 000033

10

-11-

52 comprises a voice coil assembly, includes top and bottom plates 68, 70 formed of magnetically permeable material, support posts 72, 74 also formed of magnetically permeable material, and first and second magnets 56a, b attached to the top plate 68. Top and bottom plates 68, 70 in conjunction with support posts 68, 70, function as returns for the magnetic fields provided by first and second magnets 56a, b. It is important that there are no air gaps between support posts 72, 74 and either the top or bottom plate 68, 70; any air gap would create a discontinuity in the return, greatly reducing the strength of the magnetic field.

First and second magnets 56a, b have opposite poles attached to top plate 64 (e.g., the south pole of first magnet 56a and the north pole of second magnet 56b are attached to top plate 68) to provide first and second magnetic fields $\bar{B}_1$, $\bar{B}_2$ between respective ones of the first and second magnets 56a, b and bottom plate 70. First and second magnetic fields $\bar{B}_1$, $\bar{B}_2$, are encompassed in three closed magnetic field loops including various portions of top plate 68, bottom plate 70, and first and second support posts 72, 74. By containing the magnetic fields $\bar{B}_1$ and $\bar{B}_2$, in returns, the magnetic field intensity of each field is increased in the region between the respective first and second magnets 56a, b and bottom plate 70; the strength of the magnetic field in this region is directly related to the torque which the voice coil exerts on the actuator arm 50, and thus the rotational velocity of actuator arm 50 and the seek times for the drive.

Crash stops are provided to limit the pivoting movement of actuator arm 50 so that heads 38 travel only between the inside and outside diameters 58, 60 of disk 34. Outside diameter crash stop is provided by a sleeve 76 (Fig. 5) fitted on support post 72. When the pivoting motion of actuator arm 50 places heads 38 at

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM

11/9/88-13

STX 000034

-12-

the outside diameter 60 of disk 34 a portion of the
actuator sub-arm 50-2 contacts outside diameter crash
stop 76, thereby preventing movement of the heads 38
beyond the outside diameter 60. An inside diameter
5   crash stop is provided by the portion of the magnetic
latch mechanism and is described below.

A reverse flex circuit 46 carries electrical
signals from header 42 to heads 38 and actuator assembly
36. The reverse flex circuit 46 may be separated into
10  three portions; a first portion 80 carrying current to
actuator coil 52 and a second portion 82 which is a
ground plane separating the current carrying portion 80
from a third data carrying portion 84. The data
carrying portion 84 provides signals to heads 38 for
15  recording information on disk 34 and carries signals
from the heads 38 to the printed circuit assembly 62,
via header 42, when reading data from disk 34. Ground
plane 82 prevents interference with the relatively weak
data signals which would otherwise be caused by the
20  larger currents necessary for actuator coil 52 passing
through the first portion 80 of the reverse flex circuit
46.

The reverse flex circuit 46 is designed to exert
only a minimal amount of rotational force (torque) on
25  the actuator arm 50. Any torque exerted on actuator arm
50 by any means other than the voice coil assembly
affects the function of actuator assembly 36 in
positioning heads 38 with respect to disk 34,
particularly the track following and seek functions
30  described in the above-identified co-pending
Applications, Serial Nos. 057,806 and 058,289. The
force provided by the voice coil assembly must be
controlled to compensate for the force exerted by the
reverse flex circuit 46.

35  A magnetic parking device for parking the heads 38,
i.e., locking the actuator arm 50 in an orientation

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM          11/9/88-13

STX 000035

-13-

where heads 38 are positioned, for example, at the
inside diameter 58 of disk 34, will be described with
reference to Figs. 1-7.  During power-down of the disk
drive 30, control means 62 causes actuator assembly 36
5    to pivot the actuator arm 50 to the position where the
heads 38 are over the landing zone 61 of disk 34 before
the rotational speed of the disk 34 is decreased to the
point where the heads 38 land on the disk 34.

A magnetic parking device in accordance with the
10   present invention includes a magnetic unit 10, 12
supported by or incorporated in, for example, support
post 70.  The elevation, i.e., vertical position, and
the location, i.e., horizontal position in the x-y
plane, of the magnetic unit 10, 12 is selected so that a
15   magnetically permeable capture member 100, which may
comprise a portion of actuator arm 50 or an element
attached thereto, enters air gap 20, 22 in magnetic unit
10, 12 when the actuator arm 50 is rotated so that heads
38 are positioned over the landing zone 61.   In the
20   preferred embodiments of the present invention, the
magnetic unit 10, 12 is positioned so that it is outside
of the magnetic flux circuits of fields $\bar{B}_1$, $\bar{B}_2$ produced
by magnets 56a, b.   These magnetic flux circuits are
contained in the top and bottom plates 68, 70, and thus
25   the magnetic unit 10, 12 is outside of the gap between
these plates 69, 70.  The magnetic field in the air gap
20, 22 of magnetic unit 10, 12 captures capture member
100 to retain actuator arm 50 and to park the heads 38
without contact between capture member 100 and magnet
30   14.

In a first embodiment of the present invention,
magnetic field retaining member 16 has an air gap 20
which is substantially perpendicular to the magnetic
flux paths 112 of the magnetic field associated with
35   magnet 14.  In implementing magnetic unit 10 including a
magnetic field containing member 16, the inventor of the

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM                11/9/88-13

STX 000036

13

-14-

present invention discovered that the magnetic flux
lines 114 associated with air gap 20 in magnetic field
containing member 16 extend outside of air gap 20 (Fig.
1B) due to a phenomenon known as fringing. The fringing
5    results in leakage of the magnetic field. Further, the
air gap 20 interrupts the magnetic circuit in field
containing member 16.

Leakage of the magnetic field 114 outside of air
gap 20 of field containing member 16 requires that
10   magnetic unit 10 must be positioned so that actuator arm
50, particularly portion 100 thereof, does not enter
magnetic field 114 during operation of the disk drive.
As a result, the portion of disk 34 over which the head
would be positioned while the actuator arm 50 is in the
15   magnetic field 114 is not usable as a data area since
the partial retention of actuator arm 50 by magnetic
unit 10 would adversely affect the seek functions
provided by actuator assembly 36. Specifically, the
algorithms for controlling the track following and seek
20   functions account for frictional forces and the
rotational inertia of actuator arm 50 and the forces
exerted by flex circuit 46; however, the intervention of
an external magnetic field, which would tend to increase
the rotational speed of actuator arm 50 when the head is
25   moving toward the inside diameter 58 and decrease the
rotational speed of actuator arm 50 when the head is
moving away from inside diameter 58, would be difficult
to implement and could be detrimental to seek times.

It was discovered, by the inventor, that a field
30   containing member 18 having an air gap 22 oriented in a
direction substantially parallel to the magnetic flux
lines 116 in field containing member 18 substantially
alleviates fringing (or leakage) outside of air gap 22.
As shown in Figs. 2B and 6A, the flux lines 116 of the
35   field in field containing member 18 are substantially
parallel to air gap 22. The flux lines 118 of the field

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM                    11/9/88-13

14

STX 000037

-15-

which pass from the south pole of magnet 14 to field
containing member 18 all pass between magnet 14 and
field containing member 18; none of the flux lines 118
extend outside of the physical boundaries of field
5    containing member 18.

The interaction of magnetic unit 12 and capture
member 100 creates a magnetic switch. With reference to
Figs. 6A, capture member 100 is non-permeated when
capture member 100 is outside of air gap 22. As capture
10    member 100 enters air gap 22 (Fig. 6B), the capture
member switches to a permeated state. Capture member
100 thus becomes an integral part of the magnetic
circuit -- the flux paths 116 and 118 -- created by
magnet 14, and is pulled towards the south pole S of
15    magnet 14 and towards the north pole N of field
containing member 18 at the edges of air gap 22. This
structure also provides the so-called "black hole"
magnetic effect. The result of the black hole magnetic
effect is that actuator arm 50 is unaffected by magnetic
20    unit 12 until capture member 100 enters air gap 22.

The pivoting motion of actuator arm 50 allows
capture member 100 to move along axis A (Fig. 6A);
however, the actuator bearing 66 prevents motion of
capture member 100 in axis B. The magnetic forces
25    attempting to move capture member along axis B and the
magnetic force attracting capture member 100 towards
magnet 14 result in a strong holding force which retains
capture member 100 in air gap 22. Bumper 120 limits the
travel of capture member 100 (and thus actuator arm 50)
30    along axis A. The holding force is determined by the
geometric proportions of the various elements which
comprise the magnetic circuit (including field
containing member 16 and capture member 100), the
strength of the magnetic field in air gap 22, and the
35    thickness of bumper 120. Bumper 120 controls the
distance between magnet 14 and capture member 100 and

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM                11/9/88-13

STX 000038

-16-

prevents these two elements from contacting each other.

The elimination of fringing allows more of surface of disk 34 to be utilized for data storage. As shown in Fig. 1B the portion of magnetic field 114 which passes

5    through air gap 20 extends a distance $D_1$ from the surface of magnet 14. On the other hand, as shown in Fig. 6B, the magnetic field 118 extends only a distance $D_2$ from the surface of magnet 14 and does not leak out of the air gap 22. The difference between distances $D_1$

10   and $D_2$ $(D_1-D_2)$ represents the difference in the point at which capture member 100 enters the magnetic fields 114 and 118 provided by magnetic units 12 and 14, respectively. This relationship is shown in Fig. 7. Further, because head 38 is positioned on actuator arm

15   50 at a larger distance from the pivot point of actuator arm 50 than capture member 100, the arc which head 38 travels is greater than the arc which capture member 100 travels in traversing the distance $D_1-D_2$. Accordingly, the radial measurement of the amount of disk space which

20   is saved by using magnetic unit 12 is greater than distance $D_1-D_2$.

In both the first and second embodiments of the present invention the magnetic unit 10, 12, bumper 120 can function as an inside diameter crash stop. Bumper

25   120 is formed of a cushioning material, e.g., rubber or foam, which does not introduce an appreciable quantity of particles into the environment of the disk drive.

In disk drives using either the first or the second embodiment of the magnetic parking device in accordance

30   with the present invention, the actuator arm 50 is released from the magnetic unit 10, 12 by the force generated by actuator 36. The need for a spring to bias a mechanical latch and an electromagnetic unit which continually draws current during operation of the disk

35   drive to release a mechanical latch mechanism are eliminated.

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM                11/9/88-13

STX 000039

-17-

The many features and advantages of the disk drive
of the present invention will be apparent to those
skilled in the art from the Description of the Preferred
Embodiments.  Thus, the following claims are intended to
5   cover all modifications and equivalents falling within
the scope of the invention.

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM

11/9/88-13

STX 000040

17

-18-

## CLAIMS

What is claimed is:

    1.    A magnetic parking device for a disk drive having a data storage medium, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer with respect to the data storage medium, comprising:

    a magnetically permeable capture member provided on the actuator; and

    magnetic parking means for capturing and magnetically retaining said capture member to park the transducer.

    2.    A magnetic parking device according to claim 1, wherein:

    said magnetic parking means comprises:

    a magnet for providing a magnetic field, and

    a magnetic field containing member;

    said magnetic field containing member has an air gap; and

    said magnetic parking means captures said capture member without contacting said capture member when said capture member enters the air gap.

    3.    A magnetic parking device according to claim 2, wherein the magnetic flux paths of the magnetic field are substantially contained in the magnetic field containing member and the air gap in the magnetic field containing member.

    4.    A magnetic parking device according to claim 3, wherein said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

    5.    A magnetic parking device according to claim 3, wherein there is substantially no magnetic leakage outside the air gap.

    6.    A magnetic parking device according to claim

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM                    11/9/88-13

STX 000041

-19-

2, wherein the magnetic field flux lines of said magnetic field in said field containing member are substantially parallel to the air gap in said magnetic field containing member.

7. A magnetic parking device according to claim 2, wherein the magnetic field flux lines of said magnet are substantially perpendicular to the air gap in said magnetic field containing member.

8. A magnetic parking device according to claim 2, further comprising bump or means provided on said magnet for preventing contact between said capture member and said magnet and for limiting the movement of the actuator.

9. A parking device for a disk drive having a data storage medium, a head for reading information from and writing information to the data storage medium, and an actuator for positioning the head with respect to the data storage medium, comprising:

a magnet providing a magnetic field having magnetic flux lines; and

a magnetic field containing member having an air gap substantially parallel to the magnetic field flux lines in said field containing member, so that the magnetic field captures the actuator only when the actuator enters the gap in said magnetic field containing member.

10. A parking device according to claim 9, further comprising compliant means for contacting said permeable member when said permeable member is captured.

11. A magnetic parking device for a disk drive having a data storage medium, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer with respect to the data storage medium, comprising:

a magnetically permeable capture member provided on

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCF/MEM          11/9/88-13

STX 000042

-20-

the actuator; and

    magnetic parking means for capturing and magnetically retaining said capture member without contacting said capture member to park the transducer when said capture member enters the air gap, comprising:

    a magnet for providing a magnetic field, and

    a magnetic field containing member having an air gap, the magnetic flux paths of the magnetic field being substantially contained within the physical boundaries of the magnetic field containing member.

    12. A magnetic parking device according to claim 11, wherein the magnetic field flux lines of said magnetic field in said field containing member are substantially parallel to the air gap in said field containing member.

    13. A magnetic parking device according to claim 12, further comprising bumper means provided on said magnet for functioning as a crash stop for the actuator.

    14. A disk drive responsive to a host computer, comprising:

    a base plate;

    a disk rotatably mounted on said base plate, said disk having a landing zone;

    transducer means for reading information from and writing information on said disk;

    an actuator arm pivotally supported on said base plate, said actuator arm having a first end for supporting said transducer means and a second end disposed on the opposite side of said pivotable support from said first end;

    magnet means for providing a magnetic field;

    a coil supported by said second end of said actuator arm and lying in a plane substantially parallel to said disk, for passing a current in the magnetic field; and

    parking means, supported by said magnetic means,

STX 000043

-21-

for magnetically interacting with said actuator arm to
park said transducer means.

15.  A disk drive according to claim 14, wherein:
said parking means comprises:

a magnet for providing a magnetic field, and
a magnetic field containing member;

said magnetic field containing member has an air
gap; and

said magnetic parking means captures said actuator
member only when said actuator enters the air gap.

16.  A disk drive according to claim 15, wherein
the magnetic flux paths of the magnetic field are
substantially contained within the physical boundaries
of said magnetic field containing member.

17.  A disk drive according to claim 15, wherein
the magnetic field flux lines of said magnet are
substantially parallel to the air gap in said magnetic
field containing member.

18.  A low-power disk drive responsive to a host
computer, comprising:

a base plate;

a rotatable disk supported on said base plate, said
disk having a landing zone;

control means for generating control signals;

means, responsive to control signals, for
interacting with said disk, comprising:

head means for reading and recording
information,

an actuator arm pivotably supported on said
base plate for supporting said head means, and

voice coil means for pivoting said actuator
arm to selectively position said head means with respect
to said disk;

a permeable capture member provided on said
actuator arm; and

parking means for parking said head means,

WP1/MEM/CONN/6595.001
Attorney Docket No:CONN6595MCP/MEM                    11/9/88-13

STX 000044

-22-

including:

        magnet means for creating a magnetic field, and

        a magnetic field containing member having an air gap substantially parallel to the magnetic field flux lines in said field containing member, so that the magnetic field captures said capture member only when said capture member enters the gap in said magnetic field containing member.

19. A low power disk drive according to claim 18, wherein said voice coil means releases said capture member from said parking means in response to control signals.

STX 000045



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO |
|---|---|---|---|
| 07/909,149 | 07/06/92 | STEFANSKY | F | CONN6595-CON |

MARTIN C. FLIESLER
FLIESLER, DUBB, MEYER & LOVEJOY
FOUR EMBARCADERO CENTER, STE 400
SAN FRANCISCO, CA 94111-4156

DATE MAILED: 0000

08/06/92

## Notice of Incomplete Application Filed Pursuant to 37 CFR 1.60

A filing date has NOT been assigned since 37 CFR 1.60 has not been complied with for the reason(s) indicated below:

1. ☐ A copy of the specification (description and claims) filed in the parent application:

   a. ☐ is missing.

   b. ☐ has page(s)_____missing.

   c. ☐ has the description of the invention missing.

   d. ☐ has claim(s)_____missing.

2. ☒ A copy of the oath or declaration filed in the parent application is missing.

3. ☐ The copy of the oath or declaration filed does not show applicant(s) signature or an indication on the oath or declaration that it was signed.

4. ☐ A copy of the drawings as filed in the parent application is missing.

5. ☐ A copy of any amendments referred to in the oath or declaration filed to complete the parent application is missing.

6. ☐ A statement that the application papers filed are a true copy of the prior application and that no amendments referred to in the oath or declaration filed to complete the prior application introduced new matter therein is missing. Such statement must be by the applicant or applicant's attorney or agent and must be a verified statement if made by a person not registered to practice before the United States Patent and Trademark Office.

7. ☐ Other:

The filing date will be the date of receipt of the items required above unless otherwise indicated. Any assertions that the items required above were submitted or are not necessary for a filing date must be by way of a petition directed to the attention of the Office of the Assistant Commissioner for Patents. Any such petition must be accompanied by the $140.00 petition fee (37 CFR 1.17(h)). If the petition alleges that no defect exists, a request for refund of the petition fee may be included in the petition.

All of the above-noted omissions must be submitted within TWO MONTHS of the date of this notice or the application will be returned upon request or otherwise disposed of.

Direct the response to, and questions about, this notice to the undersigned, Attention: Application Branch, and include the above Serial Number and Receipt Date.

For: Manager, Application Branch    S.M.
(703) 557-

STX 000046

#̶ ·3

## DECLARATION FOR PATENT APPLICATION

As a below named inventor, I hereby declare that my residence, post office address and citizenship are as stated next to my name; I believe that I am the original, first sole inventor, first and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which a patent is sought on the invention entitled:

### MAGNETIC PARKING DEVICE FOR DISK DRIVE

the specification of which (check one): _X_ is attached hereto; ___ was filed on _____ as Application Serial No. _____ and was amended on (or amended through) _____ (if applicable). I hereby state that I have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment(s) referred to above. I acknowledge the duty to disclose information which is material to the examination of the application in accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application of any patent issued thereon.

Full name of sole or first inventor: Frederick Mark Stefansky

Inventor's signature _Frederick Mark Stefansky_

Date: 11/2/88

Residence: 2172 Stuart Street

Longmont, Colorado

Citizenship: U.S.

WP1/MEM/CONN/6595.005                    -1-
Attorney Docket No.:CONN6595MCF/MEM

STX 000047

RECEIVED



JG 0 7 1992

SERIAL NO.

|  | | UNITED STATES DEPARTMENT OF COMMERCE |
|--|--|Patent & Trademark Office|
|  | | Address: COMMISSIONER OF PATENTS AND TRADEMARKS |
|  | | Washington, D.C. 20231 |

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTY DOCKET NO |
|---|---|---|---|



07-905,149    07-06-92    STEFANSKY                F    CONN-595 CONT

MARTIN C. FLIESLER
FLIESLER, DUBB, MEYER & LOVEJOY
FOUR EMBARCADERO CENTER, STE 400
SAN FRANCISCO, CA 94111-4156

*File Missing Parts*
*Oct 6, 1992*

DATE MAILED 08/06/92

## Notice of Incomplete Application Filed Pursuant to
## 37 CFR 1.60

A filing date has NOT been assigned since 37 CFR 1.60 has not been complied with for the reason(s) indicated below:

1. ☐ A copy of the specification (description and claims) filed in the parent application:
   a. ☐ is missing
   b. ☐ has page(s)_____missing.
   c. ☐ has the description of the invention missing.
   d. ☐ has claim(s)_____missing.

2. ☒ A copy of the oath or declaration filed in the parent application is missing.

3. ☐ The copy of the oath or declaration filed does not show applicant(s) signature or an indication on the oath or declaration that it was signed.

4. ☐ A copy of the drawings as filed in the parent application is missing

5. ☐ A copy of any amendments referred to in the oath or declaration filed to complete the parent application is missing.

6. ☐ A statement that the application papers filed are a true copy of the prior application and that no amendments referred to in the oath or declaration filed to complete the prior application introduced new matter therein is missing. Such statement must be by the applicant or applicant's attorney or agent and must be a verified statement if made by a person not registered to practice before the United States Patent and Trademark Office.

7. ☐ Other:

The filing date will be the date of receipt of the items required above unless otherwise indicated. Any assertions that the items required above were submitted or are not necessary for a filing date must be by way of a petition directed to the attention of the Office of the Assistant Commissioner for Patents. Any such petition must be accompanied by the $140.00 petition fee (37 CFR 1.17(h)). If the petition alleges that no defect exists, a request for refund of the petition fee may be included in the petition.

All of the above-noted omissions must be submitted within TWO MONTHS of the date of this notice or the application will be returned upon request or otherwise disposed of.

Direct the response to, and questions about, this notice to the undersigned. Attention: Application Branch, and include the above Serial Number and Receipt Date.

*J. L. Middleton*    S.M.

For: Manager, Application Branch
(703) 308-1202

FORM PTO-1382 (REV. 4/92)



STX 000048

07/909149

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application _ _ _ )                    PATENT APPLICATION
                        )
Inventor(s):  F. MARK STEFANSKY )
                        )
Serial No.:    NOT YET ASSIGNED )
                        )
Filed:         HEREWITH          )
                        )
Title:    MAGNETIC PARKING DEVICE )
          FOR DISK DRIVES          )
_____)

CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. §1.10

"Express Mail" mailing label number:  RB712085932US
Date of Mailing   July 6, 1992

        I hereby certify that this correspondence is being deposited
with the United States Postal Service, utilizing the "Express Mail Post
Office to Addressee" service addressed to Commissioner of Patents and
Trademarks, Washington, D.C. 20231 and mailed on the above Date of
Mailing with the above "Express Mail" mailing label number.

_____ Attorney Signature
Larry E./Vierra, Reg. No 33,805

CONTINUATION OR DIVISIONAL APPLICATION UNDER 37 C.F.R. §1.60

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Dear Sir:

        Applicants hereby request the filing of a  X  continuation
_____ divisional application of a prior complete application under
the continuing application procedure of 37 C.F.R. §1.60.

Identification of Prior Complete Application

    SC/Serial No.: 07/643,703        Art Unit:  2303

    Filed:        Jan. 22, 1991      Examiner:  A. L. Sniezek

    Title:   MAGNETIC PARKING DEVICE FOR DISK DRIVES

    Inventor(s):   F. Mark Stefansky

Attorney Docket No   CONN6595 CONZ MCF/MEM/LEV
LEV/CONB/6595 2 001                  1                          107 002 011392

STX 000049

which is a File Wrapper Continuation filed under 37 C.F.R. §1.62 of:

    SC/Serial No.: 07/269,873    Art Unit: 233

    Filed:    Nov. 10, 1988    Examiner: A. L. Sniezek

    Title:    MAGNETIC PARKING DEVICE FOR DISK DRIVES

    Inventor(s):    F. Mark Stefansky

## Copy of Prior Complete Application

Enclosed is a copy of the prior complete application, Serial No. 07/269,873, as originally filed including the following papers:

No. of Pages in Specification: 23 , No. of Claims: 19 .

No. of Sheets of Drawings: 6 ; Formal: ___ or Informal: X .

Declaration (signed by all inventors).

and a copy of the "File Wrapper Continuing Application Under 37 C.F.R. §1.62" (assigned Serial No. 07/643,703).

I hereby verify that the enclosed, above-identified papers are a true copy of the prior complete application identified above and that no amendments (if any) referred to in the oath or declaration filed to complete the prior application introduced new matter therein.

## Delete the Following Inventor(s) for This Application: (none)

## Amendments

    __X__    Please CANCEL in this application original claims 9-13 and 18-19 of the prior complete application before calculating the filing fee. (At least one original independent claim must be retained for filing purposes.)

    __X__    Please AMEND the specification by inserting before the first line of the application: "This application is a continuation of Serial No. 07/643,703, filed January 22, 1991, which is a continuation of Serial No. 07/269,873, filed November 10, 1988."

    _____    A preliminary amendment is enclosed. Please enter the preliminary amendment before calculating the application filing fee. (Claims added must be

STX 000050

consecutively numbered beginning with next number
after highest number in prior complete applica-
tion.)

**Petition for Extension of Time to Respond**

  X     No extension of time is required for the prior
complete application. A 3-month Petition for
Extension of Time was filed on July 1, 1992, in
conjunction with an Amendment Under 37 C.F.R. §1.116
filed in the prior complete application, extending
the time to respond to an Office Action issued
therein up to and including today, July 6, 1992.

_____     Pursuant to 37 C.F.R. §1.136(a), enclosed is a
petition for an extension of time for the prior
complete application, up to and including today,
for responding to the Office action together with
the fee set by 37 C.F.R. §1.17.

**Power of Attorney**

  X     A power of attorney appears in the prior complete
application.

_____     A new power of attorney is submitted herewith.

**Assignment**

  X     The prior application is assigned of record to:
Conner Peripherals, Inc.

_____     An assignment of the invention to:
_____ is submitted
herewith.

_____     An ASSIGNMENT TRANSMITTAL LETTER and recordal fee
of $40.00 is submitted herewith.

**Claim of Priority**

_____     Priority of foreign application Serial No. _____
filed on _____ in _____ is claimed under
35 U.S.C. §1.119.

_____     The certified copy was filed in prior U.S. applica-
tion Serial No. _____, filed _____.

STX 000051

<u>Small Entity Statement</u>

_____    Verified statement(s) of small entity status is (are) submitted herewith.

_____    Verified statement(s) of small entity status was (were) filed in the parent application Serial No. _____, on _____ and its benefit under 37 C.F.R. §1.28(a) is hereby claimed.

<u>Also Enclosed Are</u>:

_____    An Information Disclosure Statement under 37 C.F.R. §1.56.

<u>Filing Fee</u>

The continuation/divisional patent application filing fee is calculated as shown below:

| No. Filed | | | No. Extra | Rate<br>Small Entity/<br>Large Entity | |
|---|---|---|---|---|---|
| Basic Fee | | | | $345.00<br>$690.00 | = $690.00 |
| Total<br>Claims <u>7</u><br>** | - 20 | = | <u>0</u><br>* | $ 10.00<br>X  $ 20.00 | = $ 0 |
| Independent<br>Claims <u>3</u><br>** | - 3 | = | <u>0</u><br>* | $ 36.00<br>X  $ 72.00 | = $ 0 |
| First Presentation of<br>Multiple Dependent Claim(s) __ | | | | $110.00<br>$220.00 | = $ |

Total PATENT APPLICATION FILING FEE: $690.00

*   If the difference is less than zero, enter "0".
**  Count claims <u>after</u> any amendment.

STX 000052

Method of Payment of Fees

The total fee associated with this communication is calculated as follows:

Patent application filing fee          $690.00
Net fee for extension of time          $ 0
 (See attached petition)
Assignment recordal fee                $ 0
 (See attached transmittal letter)     =========
TOTAL FEE DUE:                         $690.00

__X__   A check in the amount of the TOTAL FEE DUE is enclosed.

__X__   The Commissioner is hereby authorized to charge underpayment
        of any additional fees associated with this communication or
        credit any overpayment to Deposit Account No. 06-1325. A
        duplicate copy of this CONTINUATION OR DIVISIONAL APPLICATION
        UNDER 37 C.F.R. §1.60 form is enclosed.

Correspondence Address

All correspondence should be addressed as follows:

                    Martin C. Fliesler
            FLIESLER, DUBB, MEYER & LOVEJOY
          Four Embarcadero Center, Suite 400
           San Francisco, California 94111-4156
                Telephone (415) 362-3800

        Direct all telephone calls to the undersigned attorney at
(415) 362-3800.

                            Respectfully submitted,

Date: July 6, 1992        By: Larry E. Vierra
                            Larry E. Vierra
                            Reg No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
4 Embarcadero Center, Suite 400
San Francisco, California 94111-4156
(415) 362-3800

Attorney Docket No.: CONN6595 CON2 MCF/MEM/LEV        107 002 011392
LEV/CONN/6595-2 001                            5

STX 000053

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/909,149 | 08/18/92 | STEFANSKY F | CONN6595-CON |

| EXAMINER |
|---|
| SHIEZEK, A |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2513 | 5 |

DATE MAILED: 12/02/92

MARTIN C. FLIESLER
FLIESLER, DUBB, MEYER & LOVEJOY
FOUR EMBARCADERO CENTER, STE 400
SAN FRANCISCO, CA 94111-4156

☒ This application has been examined    ☒ Responsive to communication filed on _7/6/92_    ☒ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), ____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I  THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.     2. ☒ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.          4. ☐ Notice of Informal Patent Application, Form PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.   6. ☐ _____

**Part II  SUMMARY OF ACTION**

1. ☒ Claims _____ 1-8, 14-17 _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims _____ 9-13 ~~18 and 19~~ _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _____ 1-8, 14-17 _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable. ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed on _____ has been ☐ approved. ☐ disapproved (see explanation).

12. ☐ Acknowledgment is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

STX 000054

Serial No. 909,149                    -2-

Art Unit   2513


1.   This application has been filed with informal drawings which
are acceptable for examination purposes only.  Formal drawings
will be required when the application is allowed.

     Note Attached PTO-948

2.   Claims 1-8 and 14-17 are rejected under 35 U.S.C. § 112,
second paragraph, as being indefinite for failing to particularly
point out and distinctly claim the subject matter which applicant
regards as the invention.

     The relation of the "magnetic parking means", claim 1, with
the balance of the device is vague. The relation of the "air gap"
with respect to the field containing member and the capture
member, claims 2-4 are vague. Also the phrase "the magnetic field
flux lines" claim 6 and 7 respectively, can be given no definite
meaning since the orientation of the air gap with respect to the
magnetic field containing member was never claimed. The phrase
"bump or means", claim 8 is indefinite. The term "the movement
claim 8 lacks positive basis and furthermore, the location of the
means for preventing contact between the capture member and the
magnet is indefinite since the direction of movement of the
actuator with respect to the parking means is indefinite.

     The phrases "said pivotable support" and "said magnetic
means" claim 14 lack positive antecedent basis. The phrase
"current in the magnetic field" claim 14 is confusing.
Clarification is required. The specific structure used to park

STX 000055

Serial No. 909,149                    -3-

Art Unit  2513

said-transducer means claim 14 is vague and indefinite.  Is the

magnet set forth in claim 15 the same as the "magnet means" set

forth, in claim 14? Claims 15-17 contain language similar to that

already discussed and therefor rejected for similar reasons.

3.    The following is a quotation of the appropriate paragraphs
of 35 U.S.C. § 102 that form the basis for the rejections under
this section made in this Office action:

    A person shall be entitled to a patent unless --
    (b) the invention was patented or described in a printed
    publication in this or a foreign country or in public use or
    on sale in this country, more than one year prior to the
    date of application for patent in the United States.

4.    Claims 1-5,7 and 8 are rejected under 35 U.S.C. § 102(b) as

being clearly anticipated by Hearn.

5.    Claim 6 is rejected under 35 U.S.C. § 102(b) as being

anticipated by Hearn.

    Hearn clearly discloses every feature of claims 6,9,10,12

and 13 except possibly flux lines that are parallel to the air

gap. However, due to the broad limitations of the claims when

defining the orientation of the air gap with respect to the

magnetic field containing member and the movement of the actuator

(note 35 U.S.C. 112 rejection), the structure disclosure by Hearn

is deemed to satisfy the limitation "parallel".

6.    The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

    A patent may not be obtained though the invention is not
    identically disclosed or described as set forth in section
    102 of this title, if the differences between the subject
    matter sought to be patented and the prior art are such that

STX 000056

Serial No. 909,149                    -4-

Art Unit   2513

the subject matter as a whole would have been obvious at the
time the invention was made to a person having ordinary
skill in the art to which said subject matter pertains.
Patentability shall not be negated by the manner in which
the invention was made.

Subject matter developed by another person, which qualifies
as prior art only under subsection (f) or (g) of section 102
of this title, shall not preclude patentability under this
section where the subject matter and the claimed invention
were, at the time the invention was made, owned by the same
person or subject to an obligation of assignment to the same
person.

7    Claims 14-17 are rejected under 35 U.S.C. § 103 as being

unpatentable over Trager in view of Hvarn.

Trager teaches the interaction between a disk drive and a

host computer as set forth in claim 14. Trager however does not

teach the specifics of the disk drive. Hvarn teaches each of the

specifics of the disk drive as claimed. (Note above rejections in

paragraphs 2, 4 and 5). It would have been obvious to one of

ordinary skill in the art at the time of the invention to replace

the disk drive of Trager with another disk drive, including the

disk drive taught by Hvarn, in order to obtain the advantages

that this disk drive inherently has. Clearly when substituting

one type of disk drive with another type of disk drive/host

computer arrangement various control signals would have obviously

been modified in order to make the specific disk drive compatible

with the host computer.

8    The prior art made of record and not relied upon is

considered pertinent to applicant's disclosure.

STX 000057

Serial No. 909,149                          -5-

Art Unit   2313


        Manzke et al, Hazebrook, Brand et al Harrison et al. and
Casey et al. each disclose information related to the claimed
invention. Any response to this office action should be made in
view of the teachings of these cited documents.

9.    This is a continuation of applicant's earlier application
S.N. 07/643,703. All claims are drawn to the same invention
claimed in the earlier application and could have been finally
rejected on the grounds or art of record in the next Office
action if they had been entered in the earlier application.
Accordingly, THIS ACTION IS MADE FINAL even though it is a first
action in this case.  See M.P.E.P. § 706.07(b).  Applicant is
reminded of the extension of time policy as set forth in 37
C.F.R. § 1.136(a).


        A SHORTENED STATUTORY PERIOD FOR RESPONSE TO THIS FINAL
ACTION IS SET TO EXPIRE THREE MONTHS FROM THE DATE OF THIS
ACTION.  IN THE EVENT A FIRST RESPONSE IS FILED WITHIN TWO MONTHS
OF THE MAILING DATE OF THIS FINAL ACTION AND THE ADVISORY ACTION
IS NOT MAILED UNTIL AFTER THE END OF THE THREE-MONTH SHORTENED
STATUTORY PERIOD, THEN THE SHORTENED STATUTORY PERIOD WILL EXPIRE
ON THE DATE THE ADVISORY ACTION IS MAILED, AND ANY EXTENSION FEE
PURSUANT TO 37 C.F.R. § 1.136(a) WILL BE CALCULATED FROM THE
MAILING DATE OF THE ADVISORY ACTION.  IN NO EVENT WILL THE
STATUTORY PERIOD FOR RESPONSE EXPIRE LATER THAN SIX MONTHS FROM
THE DATE OF THIS FINAL ACTION.

        It is noted that over two months has past since the filing
of the present application. Two months is considered an adequate
time to file any preliminary amendment. No preliminary was filed,
therefor Examiner believes applicant wants to prosecute the

STX 000058

Serial No. 909,149                          -6-

Art Unit   2513


claims as originally filed. Therefor the above FINAL is

considered proper.

13.     Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Andrew
L. Sniezek whose telephone number is (703) 308-1609.

14.     Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-0956.


Sniezek/ab
November 30, 1992


                                    Andrew L. Sniezek
                                    ANDREW L. SNIEZEK
                                    PRIMARY EXAMINER
                                    GROUP 2500


STX 000059