TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO 892 (REV 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 07/909,149 | GROUP ART UNIT 3513 | ATTACHMENT TO PAPER NUMBER 5 |
|---|---|---|---|---|

NOTICE OF REFERENCES CITED

APPLICANT(S) Stepansky

**U.S. PATENT DOCUMENTS**

| | | DOCUMENT NO | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| A | 4 7 1 0 8 3 4 | 12/1/87 | Brand etal. | 360 | 105 | |
| B | 4 6 3 5 1 5 1 | 1/6/87 | Hazebrouck | 368 | 105 | |
| C | 4 6 6 0 1 2 0 | 4/21/87 | Manzke etal. | 360 | 137 | |
| D | 4 8 5 2 0 0 7 | 8/1/89 | Trayor | 36.08 201 | | |
| E | 4 8 9 0 1 7 6 | 12/26/89 | Crospy etal. | 360 | 105 | |
| F | 4 6 3 9 8 6 3 | 1/27/87 | Harrison etal. | 360 | 97.01 | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT DWG. PP. SPEC. |
|---|---|---|---|---|---|---|---|
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| P | | | | | | | |
| Q | | | | | | | |

**OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| R | IBM Technical Disclosure Bulletin Vol 19 No 4 September 1976 Actuator Retraction Device, Keura |
| S | |
| T | |
| U | |

| EXAMINER Andrew P. Singh | DATE 11/25/92 | |
|---|---|---|

STX 000060

* A copy of this reference is not being furnished with this office action. (See Manual of Patent Examining Procedure, section 707.05 (a).)

PTO FORM 948
(Rev 3-91)

GROUP 2500

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ATTACHMENT TO PAPER NUMBER
5

APPLICATION NUMBER
909149

## NOTICE OF DRAFTSMAN'S PATENT DRAWING REVIEW

The PTO Draftsmen review all originally filed drawings regardless
of whether they were designated as informal or formal.

The drawing, filed _____ 8/18/92

A. [ ] are approved

B. [X] are objected to under 37 CFR 1.84 for reason(s) checked below. The examiner will require submission of new, corrected drawings at the appropriate time. Corrected drawings must be submitted according to the instructions listed on the back of this Notice.

1. Paper and Ink. 37 CFR 1.84(a)
   [ ] Poor Quality Paper. Must Be White
   Transparent Paper Not Allowed
   Sheet(s) _____

2. Size of Sheet and Margins. 37 CFR 1.84(b)
   Acceptable Paper Sizes and Margins

| Margins | 8 1/2 by 14 inches | 8 1/2 by 13 inch | DIN size A4 21 by 29.7 cm |
| --- | --- | --- | --- |
| Top | 2 inches | 1 inch | 7.5 cm |
| Left | 1/4 inch | 1/4 inch | 2.5 cm |
| Right | 1/4 inch | 1/4 inch | 1.5 cm |
| Bottom | 1/4 inch | 1/4 inch | 1.0 cm |

   [ ] Proper Size Paper Required. All
   Sheets Must Be Same Size
   Sheet(s) _____

   [ ] Proper Margins Required.
   Sheet(s) _____
   [ ] Top      [ ] Right
   [ ] Left     [ ] Bottom

3. Character of Lines. 37 CFR 1.84(c)
   [ ] Lines Pale, Rough and Blurred, or
   Jagged. Fig(s). 1a - 1

   [ ] Solid Black Shading Not Allowed
   Fig(s) _____

4. [ ] Photographs Not Approved.

[ ] Comments:

5. Hatching and Shading. 37 CFR 1.84(d)
   [ ] Shade Lines are Required.
   Fig(s) _____

   [ ] Criss-Cross Hatching Not Allowed
   Fig(s) _____

   [ ] Double Line Hatching Not Allowed
   Fig(s) _____

   [ ] Parts in Section Must be Hatched
   Properly. Fig(s) _____

6. Reference Characters. 37 CFR 1.84(f)
   [X] Reference Characters Poor or Rough
   and Blurred. Fig(s) 1a - 1

   [ ] Minimum 1/8 inch (3.2 mm.) in height
   is required. Fig(s) _____

   [ ] Figure Legends Poor or Placed
   Incorrectly. Fig(s) 1a - 1

7. Views. 37 CFR 1.84(i) & (j)
   [ ] Figures Must be Numbered Separately.

   [ ] Figures Must Not be Connected
   Fig(s) _____

8. Identification of Drawings. 37 CFR 1.84(t)
   [X] Extraneous Matter or Copy Machine
   Marks Not Allowed. Fig(s) 1a - 1

9. [ ] Changes Not Completed from Prior
   PTO-948 dated _____

STX 000061

Telephone inquiries concerning this review should be directed to the Chief Draftsman at telephone number (703) 557-6404.

T. Tesei                                    9/11/92

840 - 117 -

SSh
6-24-93
6/Re,0
Ernt
Time
3

APPLICATION SENT TO A/FINE

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

MAIL ROOM
TO MAY 28 1993
PAT. & TRADEMARK OFF.

Application )

Inventors:    F. MARK STEFANSKY )

SC/Serial No.:     07/909,149 )

Filed:    August 18, 1992 )

Title:    MAGNETIC PARKING DEVICE )
          FOR DISK DRIVE )

PATENT APPLICATION

Art Unit: 2513

Examiner:  A. Sniezek

CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. § 1.10

"Express Mail" mailing label number: RB712974922US
Date of Mailing:  May 28, 1993

I hereby certify that this correspondence is being deposited with the United States Postal Service, utilizing the "Express Mail Post Office to Addressee" service-addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231 and mailed on the above Date of Mailing with the above "Express Mail" mailing label number.

Larry E Vures    5/28/93    (Attorney Signature)
Larry E. Verry, Reg. No. 33,909
Signature Date:  May 28, 1993

PETITION FOR EXTENSION OF TIME UNDER 37 C.F.R. §1.136

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

In the Office Action dated December 2, 1992, a shortened period for response was

set to expire on March 2, 1993.

Pursuant to 37 C.F.R. §1.136(a), Applicant hereby petitions the Commissioner for

an extension of time for responding to the Office Action up to and including June 2, 1993.

CS10022  06/25/93  07909149    06-1325  010  117    840.00CH

- 1 -

Attorney Docket No :CONN8695CDN3MCF/MEM/LEV
lev/conn/8695-3.003

203.001;052593
05/28/93-10:44

STX 000062

The amount of the petition fee set by 37 C.F.R. §1.17 is determined as follows:

| Fee (Large Entity/Small Entity) | | Extended Month |
|------|------|------|
| _____ | $110.00/$55.00 | First |
| _____ | $360.00/$180.00 | Second |
| __XX__ | $840.00/$420.00 | Third |
| _____ | $1,320.00/$660.00 | Fourth |

TOTAL PETITION FEE $ 840.00

The TOTAL PETITION FEE is included with the payment of other papers filed together with this petition.

The Commissioner is authorized to charge any underpayment or credit any overpayment associated with this communication to Deposit Account No. 06-1325. A duplicate copy of this authorization is enclosed.

The other papers enclosed or associated with this communication include:

| | |
|------|------|
| _____ | A reply to the Office action was previously filed on _____. |
| _____ | A reply to the Office action is filed herewith. |
| _____ | A reply will be filed subsequently. |
| __X__ | A continuation application is filed herewith. |
| _____ | A divisional application is filed herewith. |
| _____ | A continuation-in-part application is filed herewith. |
| _____ | "Small Entity" status for this application has been established by a verified statement previously filed. |

- 2 -

Attorney Docket No.:CONN0595CDN3MCF/MEM/LEV
lov/conn/0595-3.003

203.001:052593
06/28/93-10:44

STX 000063

_____ "Small Entity" status for this application is being established by a verified

statement submitted herewith.

__XX__ Other: Preliminary Amendment is filed herewith.

Respectfully submitted,

Date: May 28, 1993

By: _Larry E. Vierra_
Larry E. Vierra
Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

- 3 -

710 - 101 - A/FWC

08/070024

2513

MAIL ROOM
MAY 28 1993
U.S. PAT. & TRADEMARK

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application

Inventors:    F. MARK STEFANSKY    )

SC/Serial No.:    Unknown    )

Filed:    Herewith    )

Title:    MAGNETIC PARKING DEVICE
FOR DISK DRIVE    )

PATENT APPLICATION

RECEIVED

AUG 13 1993

APPLICATION DIVISION

EOT. SORT TO GP. 2513

### CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. § 1.10

"Express Mail" mailing label number: RB712974922US
Date of Mailing: May 28, 1993

I hereby certify that this correspondence is being deposited with the
United States Postal Service, utilizing the "Express Mail Post Office to Addressee"
service addressed to Commissioner of Patents and Trademarks, Washington, D.C.
20231 and mailed on the above Date of Mailing with the above "Express Mail"
mailing label number.

_Larry E. Vierra_    5/28/93    (Attorney Signature)

Larry E. Vierra, Reg. No. 33,909

Signature Date:  May 28, 1993

## FILE WRAPPER CONTINUING APPLICATION UNDER 37 C.F.R. §1.62

Box FWC
Commissioner of Patents and Trademarks
Washington, D.C. 20231

Dear Sir:

Applicants hereby request the filing of a __XX__ continuation _____ divisional __
continuation-in-part application of a prior complete application under the file wrapper
continuing application procedure of 37 C.F.R. §1.62.

### Identification of Prior Complete Application

SC/Serial No.: 07/909,149    Art Unit: 2513

Filed:    August 18, 1992    Examiner: A. Sniezek

Title:  MAGNETIC PARKING DEVICE FOR DISK DRIVE

Applicant:  F. Mark Stefansky

**STX 000065**

- 1 -

107.001.052493
05/28/93-11:27

080-KJ-07/13/93 08070024    3-101    710.00-CK
080 KJ 07/13/93 07909149    1 117    840.00 CK

which is a Continuation filed under 37 C.F.R. §1.60 of:

SC/Serial No.:    07/643,703                    Art Unit: 2303

Filed:    Jan. 22, 1991                         Examiner: A. L. Sniezek

Title:  MAGNETIC PARKING DEVICE FOR DISK DRIVES

Inventor(s):   F. Mark Stefansky

which is a File Wrapper Continuation filed under 37 C.F.R. §1.62 of:

SC/Serial No.:    07/269,873                    Art Unit: 233

Filed:    Nov. 10, 1988                         Examiner: A. L. Sniezek

Title:  MAGNETIC PARKING DEVICE FOR DISK DRIVES

Inventor(s):   F. Mark Stefansky

New Applicant(s) for This Application: (same)

New Title for This Application: (same)

Amendments

XX          Please CANCEL claims 6 through 8 and 14 through 17 in the prior
            application before calculating the filing fee.

XX          Please DELETE the amendment to the application submitted on page 2
            of the Continuation Application filed July 6, 1992 ("the parent
            application"), and AMEND the specification by inserting therefore: "This
            application is a file wrapper continuation of Serial No. 07/909,147, filed
            August 18, 1992, now abandoned, which is a continuation of Serial No.
            07/643,703, filed January 22, 1992 which issued as U.S. Patent No.
            5,170,300, which was a file wrapper continuation of Application Serial
            No. 07/269,873, filed November 10, 1988.

_____      Please enter the unentered amendment under 37 C.F.R. §1.116 in the
            prior application before calculating the application filing fee.

XX          A preliminary amendment is submitted herewith.  Please enter the
            preliminary amendment before calculating the application filing fee.

STX 000066

- 2 -

Attorney Docket No.:CONN6595CON3MCF/MEM/LEV
lev/conn60/6595-3.002

107.001:052493
05/26/93-15:03

**Petition for Extension of Time to Respond**

_____    No extension of time is required.

XX    Pursuant to 37 C.F.R. §1.136(a), enclosed is a Petition for an Extension of Time, up to and including today, for responding to the Office Action in the parent application together with the fee set by 37 C.F.R. §1.17.

**Declaration or Oath** (CIP only)

_____    A declaration or oath is submitted herewith.

**Power of Attorney**

XX    A Power of Attorney appears in the parent case.

_____    A new Power of Attorney is submitted herewith.

**Assignment**

XX    The prior application is assigned of record to Conner Peripherals, Inc.

_____    An assignment of the invention to

_____

is submitted herewith.

_____    An Assignment Recordation Form Cover Sheet and a recording fee of $40.00 are submitted herewith.

**Claim of Priority**

_____    Priority of application Serial No. _____, filed on _____, in \_\_\_\_ _____, is claimed under 35 U.S.C. §1.119.

_____    The certified copy was filed in prior application Serial No. _____, filed _____.

**Small Entity Statement**

_____    Verified statement(s) of small entity status is (are) submitted herewith.

_____    Verified statement(s) of small entity status was (were) filed in the parent application Serial No. _____, on _____, and its benefit under 37 C.F.R. §1.28(a) is hereby claimed.

- 3 -

The patent application filing fee is calculated as shown below:

| | No. Filed | | No. Extra | | | Rate Small Entity/ Other Than Small Entity | | |
|---|---|---|---|---|---|---|---|---|
| Basic Fee | | | | | | $355.00 $710.00 | = | $710.00 |
| Total Claims 10 ** - 20 | | = | 0 * | X | | $ 11.00 $ 22.00 | = | $ 00.00 |
| Independent Claims 3 ** - 3 | | = | 0 * | X | | $ 37.00 $ 74.00 | = | $ 00.00 |
| First Presentation of Multiple Dependent Claim(s) ___ | | | | | | $115.00 $230.00 | = | $ |

TOTAL PATENT APPLICATION FILING FEE:          $710.00

* If the difference is less than zero, enter "0".
** Count claims after any amendment.

**Method of Payment of Fees**

The total fee associated with this communication is calculated as follows:

Patent application filing fee          $710.00
Net fee for extension of time          $840.00
Assignment recording fee               $
                                       ===========
TOTAL FEE DUE:                         $1550.00

__X__  A check in the amount of the TOTAL FEE DUE is enclosed.

__X__  The Commissioner is hereby authorized to charge underpayment of any additional fees associated with this communication or credit any overpayment to Deposit Account No. 06-1325. A duplicate copy of this authorization is enclosed.

- 4 -

107.001:052493
05/28/93-11:27

STX 000068

<u>Correspondence Address</u>

Please address all correspondence as follows:

Martin C. Fliesler
FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone (415) 362-3800

Direct all telephone calls to the undersigned attorney at (415) 362-3800.

Respectfully submitted,

Date: May 28, 1993                    By: _Larry G. Vierra_ 5/28/93

Larry G. Vierra
Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
(415) 362-3800

-5-

107.001:052493
05/28/93-11:27

STX 000069



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/909,145 | 06/18/92 | STEFANSKY | E. | CONN6595-DTN |

```
                                              SNIEZEK, EXAMINER
MARTIN C. FLIESLER          ESN1/0716
FLIESLER, DUBB, MEYER & LOVEJOY        ART UNIT    PAPER NUMBER
FOUR EMBARCADERO CENTER, STE 400
SAN FRANCISCO, CA 94111-4156              2513         7
                                      DATE MAILED:
                                                  07/16/93
```

### NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed ___12/2/92___.

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____.

   ☐ The issue fee has not been received in Allowed Files Branch as of _____.

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (l), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.

   ☐ The corrected and/or substitute drawings were received on _____.

6. ☐ The reason(s) below.

*Andrew L. Sniezek*
ANDREW L. SNIEZEK
PRIMARY EXAMINER
GROUP 2500

PTO-1432 (REV. 8-83)

STX 000070

08/970024

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

020 04 06/16/93 08070024

080 KJ 07/13/93 08070024

1 117     846.00 CK

1 101     710.00 CK

PTO-1556
(5/87)

STX 000071

| BAR CODE LABEL | | U.S. PATENT APPLICATION | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/070,024 | 05/28/93 | 360 | 2513 |

APPLICANT

P. MARK STEFANSKY, LONGMONT, CO.

```
**CONTINUING DATA*********************
    VERIFIED    THIS APPLN IS A CON OF   07/909,149 08/18/92 ABN
                WHICH IS A CON OF       07/643,703 01/22/91 PAT   5,170,300
                WHICH IS A CON OF       07/269,873 11/10/88
```

```
**FOREIGN/PCT APPLICATIONS***********
    VERIFIED
```

FOREIGN FILING LICENSE GRANTED 08/28/93

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CO | 6 | 10 | 3 | $710.00 | |

ADDRESS

MARTIN C. FLIESLER
FLIESLER, DUBB, MEYER & LOVEJOY
FOUR EMBARCADERO CENTER, SUITE 400
SAN FRANCISCO, CA 94111-4156

TITLE

MAGNETIC PARKING DEVICE FOR DISK DRIVE

This is to certify that annexed hereto is a true copy from the records of the United States
Patent and Trademark Office of the application which is identified above.
By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                              Certifying Officer

STX 000072



08/070024

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Patent Application                                    PATENT APPLICATION

#8/b
9/2/93

Inventors:    F. MARK STEFANSKY        )
                                       )
SC/Serial No.:        Unknown          )
                                       )
Filed:            Herewith             )
                                       )
Title:    MAGNETIC PARKING DEVICE      )
          FOR DISK DRIVE               )

---

### CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. § 1.10

"Express Mail" mailing label number: RB712974922US
Date of Mailing: May 28, 1993

I hereby certify that this correspondence is being deposited with the United States Postal Service, utilizing the "Express Mail Post Office to Addressee" service addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231 and mailed on the above Date of Mailing with the above "Express Mail" mailing label number.

Larry E. Vierra        5/28/93        (Attorney Signature)
Larry E. Vierra, Reg. No. 33,909
Signature Date:    May 28, 1993

---

### FILE WRAPPER CONTINUING APPLICATION UNDER 37 C.F.R. §1.62

Box FWC
Commissioner of Patents and Trademarks
Washington, D.C.  20231

Dear Sir:

Applicants hereby request the filing of a __XX__ continuation _____ divisional __ continuation-in-part application of a prior complete application under the file wrapper continuing application procedure of 37 C.F.R. §1.62.

### Identification of Prior Complete Application

SC/Serial No.: 07/909,149                Art Unit: 2513

Filed:    August 18, 1992               Examiner: A. Sniezek

Title:  MAGNETIC PARKING DEVICE FOR DISK DRIVE

Applicant: F. Mark Stefansky

- 1 -

Attorney Docket No.:CONN6595CON3MCF/MEM/LEV            107.001;062493
lev/conn80/6595-3.002                                 05/28/93-11:27

ß

STX 000073

which is a Continuation filed under 37 C.F.R. §1.60 of:

    SC/Serial No.:    07/643,703        Art Unit: 2303

    Filed:    Jan. 22, 1991        Examiner: A. L. Sniezek

    Title:  MAGNETIC PARKING DEVICE FOR DISK DRIVES

    Inventor(s):  F. Mark Stefansky

which is a File Wrapper Continuation filed under 37 C.F.R. §1.62 of:

    SC/Serial No.:    07/269,873        Art Unit: 233

    Filed:    Nov. 10, 1988        Examiner: A. L. Sniezek

    Title:  MAGNETIC PARKING DEVICE FOR DISK DRIVES

    Inventor(s):  F. Mark Stefansky

<u>New Applicant(s) for This Application</u>: (same)

<u>New Title for This Application</u>: (same)

<u>Amendments</u>

   __XX__      Please CANCEL claims 6 through 8 and 14 through 17 in the prior application before calculating the filing fee.

   __XX__      Please DELETE the amendment to the application submitted on page 2 of the Continuation Application filed July 6, 1992 ("the parent application"), and AMEND the specification by inserting therefore: This application is a file wrapper continuation of Serial No. 07/909,147, filed August 18, 1992, now abandoned, which is a continuation of Serial No. 07/643,703, filed January 22, 1992 which issued as U.S. Patent No. 5,170,300, which was a file wrapper continuation of Application Serial No. 07/269,873, filed November 10, 1988 (abandoned).



   _____      Please enter the unentered amendment under 37 C.F.R. §1.116 in the prior application before calculating the application filing fee.

   __XX__      A preliminary amendment is submitted herewith. Please enter the preliminary amendment before calculating the application filing fee.

Attorney Docket No.: CONN6595CON3MCF/MEM/LEV
lev/conn60/6595-3.002

107.001:052493
06/28/93-15:03

14

STX 000074

Petition for Extension of Time to Respond

_____     No extension of time is required.

__XX__     Pursuant to 37 C.F.R. §1.136(a), enclosed is a Petition for an Extension of Time, up to and including today, for responding to the Office Action in the parent application together with the fee set by 37 C.F.R. §1.17.

Declaration or Oath (CIP only)

_____     A declaration or oath is submitted herewith.

Power of Attorney

__XX__     A Power of Attorney appears in the parent case.

_____     A new Power of Attorney is submitted herewith.

Assignment

__XX__     The prior application is assigned of record to Conner Peripherals, Inc.

_____     An assignment of the invention to
_____
is submitted herewith.

_____     An Assignment Recordation Form Cover Sheet and a recording fee of $40.00 are submitted herewith.

Claim of Priority

_____     Priority of application Serial No. _____, filed on _____, in _____, is claimed under 35 U.S.C. §1.119.

_____     The certified copy was filed in prior application Serial No. _____, filed _____.

Small Entity Statement

_____     Verified statement(s) of small entity status is (are) submitted herewith.

_____     Verified statement(s) of small entity status was (were) filed in the parent application Serial No. _____, on _____, and its benefit under 37 C.F.R. §1.28(a) is hereby claimed.

- 3 -

Attorney Docket No.:CONN6595CON3MCF/MEM/LEV          107.001:062493
lev/conn60/6595-3.002                                05/28/93-11:27

STX 000075

The <u>patent application filing fee</u> is calculated as shown below:

| | No.<br>Filed | | No.<br>Extra | | | Rate<br>Small Entity/<br>Other Than<br>Small Entity | | |
|---|---|---|---|---|---|---|---|---|
| Basic<br>Fee | | | | | | $355.00<br>$710.00 | = | $710.00 |
| Total<br>Claims | 10 ** - 20 | = | 0 * | | X | $ 11.00<br>$ 22.00 | = | $ 00.00 |
| Independent<br>Claims | 3 ** - 3 | = | 0 * | | X | $ 37.00<br>$ 74.00 | = | $ 00.00 |
| First Presentation of<br>Multiple Dependent Claim(s) | ____ | | | | | $115.00<br>$230.00 | = | $ |

| | | |
|---|---|---|
| TOTAL PATENT APPLICATION FILING FEE: | | $710.00 |

\*   If the difference is less than zero, enter "0".
\*\*  Count claims <u>after</u> any amendment.

<u>Method of Payment of Fees</u>

The total fee associated with this communication is calculated as follows:

| | |
|---|---|
| Patent application filing fee | $710.00 |
| Net fee for extension of time | $840.00 |
| Assignment recording fee | $ |
| | = = = = = = = = = |
| TOTAL FEE DUE: | $1550.00 |

X   A check in the amount of the TOTAL FEE DUE is enclosed.

X   The Commissioner is hereby authorized to charge underpayment of any additional fees
    associated with this communication or credit any overpayment to Deposit Account No.
    <u>06-1325</u>. A duplicate copy of this authorization is enclosed.

- 4 -

Attorney Docket No.:CONN0595CON3MCF/MEM/LEV
lev/conn50/0595-3.002

107.001:052493
05/28/93-11:27

STX 000076

Correspondence Address

Please address all correspondence as follows:

Martin C. Fliesler
FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone (415) 362-3800

Direct all telephone calls to the undersigned attorney at (415) 362-3800.

Respectfully submitted,

Date: May 28, 1993

By: _Larry E. Vierra_ 5/28/93

Larry E. Vierra
Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
(415) 362-3800

- 5 -

Attorney Docket No. CONN6595CON3MCF/MEM/LEV
lev/conn60/6595-3.002

107.001:052493
05/28/93-11:27

STX 000077

08/970024

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application          )          PATENT APPLICATION
                           )
Inventors:  F. MARK STEFANSKY )
                           )          Art Unit:  2513
SC/Serial No.: Unknown      )
                           )          Examiner:  A. Sniezek
Filed:      Herewith        )
                           )
Title:  MAGNETIC PARKING DEVICE )
        FOR DISK DRIVE       )

CERTIFICATE OF MAILING BY "EXPRESS MAIL" UNDER 37 C.F.R. § 1.10

"Express Mail" mailing label number: RB712974922US
Date of Mailing:  May 28, 1993

    I hereby certify that this correspondence is being deposited with the
United States Postal Service, utilizing the "Express Mail Post Office to Addressee"
service addressed to Commissioner of Patents and Trademarks, Washington, D.C.
20231 and mailed on the above Date of Mailing with the above "Express Mail"
mailing label number.

        _Larry E. Vierra_  5/28/93   [Attorney Signature]
        LARRY E. Vierra, Reg. No. 33,909
        Signature Date:  May 28, 1993

PRELIMINARY AMENDMENT

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

    This PRELIMINARY AMENDMENT is submitted to place the case
in a more suitable condition for allowance, and includes remarks
in reply to the Office action mailed December 2, 1992 in the
parent application.

Amendments

    Please amend the above-identified application as follows:

In the Claims.

Please Amend the Claims as Follows:

- 1 -

Attorney Docket No.:CONN8595-CON3MCF/MEM/LEV          200.001:062493          STX 000078
lev/conn80/8595-3.001                                05/28/93-11:28

1.    A magnetic parking device for a disk drive having a data storage medium, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer <u>over a path between a first point and a second point</u> with respect to the data storage medium, comprising:

   a magnetically permeable capture member provided on the actuator; and

   magnetic parking means <u>provided adjacent to the actuator</u> for capturing and magnetically retaining said capture member to park the transducer, <u>the magnetic parking means including a magnet providing a magnetic field</u>

      <u>wherein the capture member is in a non-permeated state over a first portion of the path of the actuator, and the capture member switches to a permeated state over a second portion of the actuator path such that the capture member is positioned proximate to the magnetic parking means and in the magnetic field.</u>

2.    A magnetic parking device according to claim 1, wherein[:] said magnetic parking means <u>further</u> comprises:

      [a magnet for providing a magnetic field, and]

      a magnetic field containing member[; said magnetic field containing member has] <u>having</u> an air gap <u>positioned opposing the magnetic capture member such that</u>[; and said magnetic parking means captures] said capture member <u>enters the air gap when the actuator is over the second position of the path of the actuator,</u> without contacting said [capture member when said capture member enters the air gap] <u>parking member.</u>

- 2 -

3.    A magnetic parking device according to claim 2, wherein the magnet provides magnetic flux, the flux having a direction following a plurality of paths, and the paths of the magnetic flux [paths of the magnetic field] are substantially contained in the magnetic field containing member and the air gap in the magnetic field containing member.

4.    A magnetic parking device according to claim 3, wherein said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

5.    A magnetic parking device according to claim 3, wherein there is substantially no magnetic flux leakage outside the air gap.

Please Cancel claims 6 - 8, and 14 - 17.

Please Add the Following Claims:

18.    A magnetic parking device for a disk drive having a data storage medium including a data region and a landing zone, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer with respect to the data storage medium, comprising:

a magnetically permeable capture member provided on the actuator; and

magnetic parking means for capturing and magnetically retaining said capture member to park the transducer, the magnetic parking means including a magnet providing magnetic flux

- 3 -

Attorney Docket No.:CONN8596-CON3MCF/MEM/LEV
lev/conn80/8596-3.001

200.001;052493
05/28/03-11:28

STX 000080

in a magnetic circuit in the magnetic parking means;

wherein the capture member is in a non-permeated state while the actuator is over the data region of the data storage medium, and the capture member switches to a permeated state when the actuator is positioned such that the capture member enters the magnetic circuit.

19. A magnetic parking device according to claim 18, wherein said magnetic parking means further includes a magnetic field containing member housing said magnet and providing returns for the magnetic flux, said magnetic field containing member having an air gap.

20. A magnetic parking device according to claim 19, wherein said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

21. A magnetic parking device according to claim 20, wherein the magnet is provided in the magnetic parking member opposing the air gap and the parking device further includes bumper means provided on said magnet for preventing contact between said capture member and said magnet, and for limiting the movement of the actuator.

## Remarks

The above Amendments and these Remarks are in reply to the Office action mailed December 2, 1992.

I.   Summary of Last Office Action in the Parent Application

Attorney Docket No.:CONN8585-CON3MCF/MEM/LEV
lev/conn60/0695-3.001

200.001:052493
06/28/93-11:28

STX 000081

In the application mailed December 2, 1992 and the parent application, the Examiner rejected claims 1 through 8 and 14 through 17 under 35 U.S.C. §112, second paragraph as being indefinite for failing to distinctly claim that which applicant regards as the invention. In addition, the Examiner had rejected claims 1 through 5, 7 and 9 under 35 U.S.C. §102(b) as being clearly anticipated by Hearn. Claim 6 was rejected under 35 U.S.C. §102(b) as being anticipated by Hearn. Claims 14 through 17 were rejected under 35 U.S.C. §103 as being obvious over Tager in view of Hearn.

II.   Summary of the Preliminary Amendment

In the instant amendment, claims 1 through 5 have been amended, claims 6 through 8 and 14 through 17 have been canceled, and new claims 18 through 21 have been added.

These amendments are submitted to place the case in a condition suitable for allowance and the remarks submitted herein address the prior art cited by the Examiner in the parent application.

III. Remarks in Response to Rejections of Claims 1 through 5 in the Parent Application

A. Rejections Under 35 U.S.C. §112

With respect to Claim 1, it is submitted that the relation of the magnetic parking means with respect to the balance of the device is not vague. The claim as amended defines the relation of the magnetic parking means as "provided adjacent to the actuator". In addition, the claim, as amended,  defines the

- 5 -

STX 000082

magnetic parking device as comprising "a magnetically permeable
capture member... and ... magnetic parking means...".  It is
therefore clear that the magnetic parking means comprises part
of the magnetic parking device and, from the preamble, that the
position of the magnetic parking means adjacent to the actuator
defines a relation where the magnetic parking means is part of
the disk drive.

It is further submitted that the relation of the "air gap"
with respect to the field containing member is not vague.  Claim
2, as amended, defines the air gap a "positioned opposing the
magnetic capture member such that said capture member enters the
air gap..." when the actuator is in a certain position.  Neither
the exact position of the air gap with respect to the direction
of entry of the magnetically permeable capture member,  nor the
shape of the air gap, are not crucial to the invention as defined
in claims 2 - 4.

B.  Rejections Under 35 U.S.C. §§102 and 103

In the instant application, independent claim 1 is drawn to
a magnetic parking device which includes:

a magnetically permeable capture member provided
on the actuator;  and

a magnetic parking means . . . including a magnet
providing a magnetic field . . .

wherein the capture member is in a *non-permeated
state* over a first portion of the path of the
actuator, and the capture member switches to a
*permeated state* over a second portion of the actuator
path such that the capture member is positioned
proximate to the magnetic parking means and in the
magnetic field. [Emphasis Supplied.]

- 6 -

Attorney Docket No.:CONN6595-CON3MCF/MEM/LEV
lev/conn60/6595-3.001

200.001:052493
05/28/93-11:28

STX 000083

Claim 1, as amended, clearly defines a capture member on the actuator which switches between a permeated and a non-permeated state dependent on the position of the actuator in relation to the magnetic parking means.

Hearn (I.B.M. Technical Disclosure Bulletin, Vol. 19, No. 4, September 1976) discloses an actuator mechanism which includes a fixed E-shaped permanent magnet stator which is retracted to a "home" position and held there until next required. The retraction function is provided "automatically" by a triangular-shaped thin film of ferrite attached to the inside of the performer supporting the magnetic stator. As stated in Hearn,

> "by virtue of its shape, thin film 9 reduces the magnetic gap reluctance linearly as the coil moves toward its "home" position. Accordingly, the presence of the ferrite in the gap provides a *constant force* which biases the actuator towards its "home" position and, in the absence of dry currents, holds the actuator retracted in this position". [Emphasis Supplied].

Thus, a constant magnetic force is provided by the magnetic means both during movement of the actuator and to hold the actuator in a fixed positioned when the actuator is not in use. It is submitted that the above-cited feature of the parent invention -- a magnetically permeable capture member which switches between a non-permeated state over a portion of the actuator path, and a permeated state over another portion of the actuator path -- is not disclosed or taught by Hearn. It is therefore submitted that Claim 1, is not anticipated by Hearn.

It is further submitted that the invention as defined in Claim 1 is not obvious in view of Hearn. In Hearn it is suggested that the retraction function is advantageously

- 7 -

Attorney Docket No.:COMN8596-CON3MCF/MEM/LEV
lev/corn80/8596-3.001

200.001:052493
08/28/93-11:28

STX 000084

performed "automatically" so that when not in use, the actuator is retracted to the home position without additional need for energization of the voice coil with drive currents of appropriate magnitude and polarity. This is in distinct contrast with the invention as defined in claim 1 in which the actuator is not subject to the magnetic fields until the capture member enters the magnetic field provided by the permanent magnet.

Furthermore, since the triangular shaped thin film is always in the presence of the magnetic fields of the E-shaped permanent magnetic stator 5, there is always a magnetic force inducing the actuator towards its "home" position, throughout its movement over the course of the data travel path of the playback head 3. Thus, it is submitted that any drive incorporating such a device must utilize a control system which optimizes the drive currents to compensate for this changing magnetic force to accurately position the head. The invention defined in claim 1 suffers from no such limitations and in fact, is designed to avoid such magnetic interaction.

Claims 18 through 21 have been added to more particularly define the invention. Claim 21 includes limitations similar to claim 1, but requires that

the capture member is in a *non-permeated* state while the actuator is over the data region of the data storage means, and capture member switches to a *permeated* state when the actuator is positioned such that the capture member enters the magnetic circuit. [Emphasis Supplied].

Again, in Hearn, the actuator is constantly influenced by the magnetic field of the permanent magnetic stator 5. Thus, it is submitted that the invention defined in claim 18 is not obvious

- 8 -

nor anticipated by Hearn.

In view of the above Amendments and Remarks, reconsideration of Claims 1 - 6 is requested and consideration of newly added Claims 18 - 21 is requested.

Enclosed is a PETITION FOR EXTENSION OF TIME UNDER 37 C.F.R. § 1.136 for extending the time to respond up to and including today, May 28, 1993.

The Commissioner is authorized to charge any underpayment or credit any overpayment to Deposit Account No. 06-1325 for any matter in connection with this response, including any fee for extension of time, which may be required.

Respectfully submitted,

Date: 5/28/93

By: Larry E. Vierra
Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

**STX 000086**

- 9 -



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 08/070.024 | 05/28/93 | STEFANSKY | F | |

MARTIN C. FLIESLER
FLIESLER DUBB, MEYER & LOVEJOY
FOUR EMBARCADERO CENTER, SUITE 400
SAN FRANCISCO, CA 94111-4156

B5M1/1108

| | EXAMINER |
|---|---|
| SNIEZEK | |
| ART UNIT | PAPER NUMBER |
| 2513 | 9 |

DATE MAILED:    11/08/93

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined  ☒ Responsive to communication filed on _5/08/93_  ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1-5 and 20 - 23_ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims _6 - 19_ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1-5 and 20-23_ are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☒ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
   _Note PTO-948 mailed 12/3/92 in parent application serial number 07/909149_

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____ . Under 37 C.F.R. 1.84 these drawings
   are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ , has (have) been ☐ approved by the
    examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____ , has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received
    ☐ been filed in parent application, serial no. _____ ; filed on _____ .

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
    accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

STX 000087

**EXAMINER'S ACTION**

PTOL-326 (Rev. 2/93)

Serial No. 070,024                              -2

Art Unit  2513

Examiner acknowledges the preliminary amendment filed 5/20/93. It is noted that applicant has filed additional claims 18-21 however the parent applications had claims already numbered as claims 18 and 19. Any additional claims must be numbered with the next consecutive number. Examiner has therefor renumber claims 18-21 as claims 20-23 and has also corrected the depending claimed numbers. Any reference to these claims in the office action will be with respect to Examiners renumbered claims.

Examiner acknowledges the prior art cited in the parent applications. Any art considered in those application have been considered. Also, Examiner will not recite this prior art nor will copies be provide to applicant since applicant should already have copies.

Claims 20-23 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

As per claim 20:

The position of the actuator during the permeated state is indefinite. Examiner suggests to insert--when the actuator is over the loading zone-- after "state" line 15 to correct this indefiniteness.

Claims 21-23 inherit the language of claim 20 without correcting the noted indefiniteness and therefor rejected for

STX 000088

Serial No. 070,024                                          -3-

Art Unit    2513

Claim Reasons:

Claims 1-5 and 20-23 are rejected under the judicially
created doctrine of obviousness-type double patenting as being
unpatentable over claims 1-5 of U.S. Patent No. 5,170,300 .
Although the conflicting claims are not identical, they are not
patentably distinct from each other because each is directed to a
magnetic parking device for a disk drive that only captures the
actuator when the capture member enters the magnetic
field/magnetic circuit, i.e. when the capture member moves from a
non-saturated state to a saturated state.

The obviousness-type double patenting rejection is a
judicially established doctrine based upon public policy and is
primarily intended to prevent prolongation of the patent term by
prohibiting claims in a second patent not patentably distinct
from claims in a first patent. In re Vogel, 164 USPQ 619 (CCPA
1970). A timely filed terminal disclaimer in compliance with 37
C.F.R. § 1.321(b) would overcome an actual or provisional
rejection on this ground provided the conflicting application or
patent is shown to be commonly owned with this application. See
37 C.F.R. § 1.78(d).

Any inquiry concerning this communication or earlier
communications from the examiner should be directed to
Andrew L. Sniezek whose telephone number is
(703) 308-1688.

Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-0956.

Sniezek/ab
November 05, 1993

_Andrew L. Sniezek_
ANDREW L. SNIEZEK
PRIMARY EXAMINER
GROUP 2500

STX 000089

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. | | GROUP ART UNIT | ATTACHMENT TO PAPER NUMBER | 9 |
|---|---|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | 08/070024 | | 0513 | | |
| | | APPLICANT(S) Stefansky | | | | |

## U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| X | A | 5 1 7 0 3 0 0 | 12/8/92 | Stefansky | 360 | 105 | |
| | B | | | | | | |
| | C | | | | | | |
| | D | | | | | | |
| | E | | | | | | |
| | F | | | | | | |
| | G | | | | | | |
| | H | | | | | | |
| | I | | | | | | |
| | J | | | | | | |
| | K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB CLASS | PERTINENT SHTS. DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| | L | | | | | | | | |
| | M | | | | | | | | |
| | N | | | | | | | | |
| | O | | | | | | | | |
| | P | | | | | | | | |
| | Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | | |
|---|---|---|
| | R | |
| | S | |
| | T | |
| | U | |

| EXAMINER | DATE |
|---|---|
| Andrew Knigh | 10/30/93 |

STX 000090

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

#10
approved

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application )

Inventors:   F. MARK STEFANSKY )

SC/Serial No.:   08/070,024 )

Filed:   MAY 28, 1993 )

Title: MAGNETIC PARKING DEVICE )
FOR DISK DRIVE )

**PATENT APPLICATION**

Art Unit: 2513

Examiner:  A. Sniezek

RECEIVED
MAY 2 6 1994

### TERMINAL DISCLAIMER UNDER 37 C.F.R. §1.321(b) & 35 U.S.C. §253

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

Assignee, identified below, is the owner of the above-identified patent application and
any patent granted therefrom (*Subject Application*).

Assignee is the owner of the related application and any patent granted therefrom
(*Related Application/Patent*) identified as follows:

Inventor(s):   Frederick Mark Stefansky
Patent No.:   5,140,300
Issued:   December 8, 1992
Title:  MAGNETIC PARKING DEVICE FOR DISK DRIVE

Pursuant to 37 C.F.R. §3.73(b), the undersigned certifies that Assignee is the owner
of the entire right, title and interest in the above-identified *Subject Application* and in the
*Related Application/Patent* by virtue of assignments from the inventor(s) to Assignee and that,

for the *Subject Application*,

X    the assignment was recorded in the United States Patent and Trademark Office
at Reel 4954, Frames 0809 - 0811, and Reel 6336, Frames 0086 - 0107; and

for the *Related Application/Patent*,

X    the assignment was recorded in the United States Patent and Trademark Office
at Reel 4954, Frames 0809 - 0811 and Reel 6336, Frames 0086 - 0107.

The assignments have been reviewed and to the best of the undersigned's knowledge
and belief, title to the above-identified *Subject Application* and *Related Application/Patent* is
in the Assignee.

The undersigned (whose title is supplied below) is empowered to act on behalf of the
Assignee.

Assignee hereby disclaims, except as provided below, the terminal part of the statutory
term of any patent granted on the *Subject Application*, which would extend beyond the
expiration date of the full statutory term (as defined in 35 U.S.C. §§ 154 to 156 and 173) of

- 1 -

STX 000091

(i) the *Related Application/Patent* (if the *Related Application/Patent* is currently a patent), as presently shortened by any terminal disclaimer, or (ii) any patent granted on the *Related Application/Patent* (if the *Related Application/Patent* is currently an application), as shortened by any terminal disclaimer filed prior to the grant of any such patent granted on the *Related Application/Patent*.

Assignee hereby agrees that any patent granted on the *Subject Application* shall be enforceable only for and during such period that such patent granted on the *Subject Application* is commonly owned with the *Related Application/Patent* (if the *Related Application/Patent* is currently a patent) or is commonly owned with any patent granted on the *Related Application/Patent* (if the *Related Application/Patent* is currently an application). This agreement runs with any patent granted on the *Subject Application* and shall bind Assignee and Assignee's successors and assigns.

In making the above disclaimer, Assignee does not disclaim the terminal part of any patent granted on the *Subject Application* that would extend to the expiration date of the full statutory term (as defined in 35 U.S.C. §§154 to 156 and 173) of the *Related Application/Patent* (as presently shortened by any terminal disclaimer (if the *Related Application/Patent* is currently a patent), or shortened by any terminal disclimer filed prior to the grant of any patent granted on the *Related Application/Patent* (if the *Related Application/Patent* is currently an application)), in the event that the *Related Application/Patent* later:

(i) expires for failure to pay a maintenance fee, (ii) is held unenforceable, (iii) is found invalid by a court of competent jurisdiction, (iv) is statutorily disclaimed in whole or terminally disclaimed under 37 C.F.R. §1.321, (v) has all claims canceled by a reexamination certificate, (vi) is reissued, or (vii) is in any manner terminated prior to the expiration of its full statutory term, as presently shortened by any terminal disclaimer (if the *Related Application/Patent* is currently a patent), or shortened by any terminal disclimer filed prior to the grant of any patent granted on the *Related Application/Patent* (if the *Related Application/Patent* is currently an application).

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true, and further that these statements were made with the knowledge that wilfful false statements and the like so made are punishable by fine or imprisonment, or both, under §1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

Assignee: __Conner Peripherals, Inc.__

Assignee Type: __A Delaware corporation__
(Corporation, Partnership, . .)

Signor's Name: __Gerald B. Rosenberg__

Title: __Attorney for Assignee Conner Peripherals, Inc.__
(Signor if Corporate Officer; or Position)

Signature: _Gerald B Rosenberg_

Date: __5/9/94__

Attorney Docket No.:CONN8595-CON3MCF/MEM/LEV
lev/conn8/8595-3 005

200 001;062493
05/08/94-11:15

STX 000092

MEMORANDUM

DATE: _6/7/91_

TO:      EXAMINER _Arcayl:_

FROM:    SPECIAL PROGRAM EXAMINER/PARALEGAL

SUBJECT: DECISION ON TERMINAL DISCLAIMER

Please mail a copy of this form along with your Office action; also
retain the original copy in the file wrapper.

The terminal disclaimer filed _5/26/94_

in Serial No. _08/070021_                has been reviewed.

( ✓) The terminal disclaimer is **PROPER** and has been recorded.

( ) The disclaimer is **NOT PROPER** and has not been made of record for
    the reason(s) checked below:

    ( ) The recording fee of $_____ has not been submitted
        nor is there any authorization in the application file for
        the use of a Deposit Account.

    ( ) It does not include the provisions specified in:
        ( ) Rule 321(a) in that the person who has signed the
            disclaimer has not stated the extent of his/her
            interest in the patent/application.
        ( ) Rule 321(b) needed to overcome the double patenting
            rejection (enforceable clause(common ownership)).

    ( ) It is directed to a particular claim or claims, which is
        not acceptable since "the disclaimer must be of terminal
        portion of the term of the entire patent to be granted."
        (MPEP 1490)

    ( ) The person who signed the terminal disclaimer
        ( ) has failed to state his/her capacity to sign for the
            corporation
        ( ) is not recognized as an officer of the assignee

    ( ) No documentary evidence of a chain of title from the
        original owner to assignee, and also fails to specify the
        reel and frame number where such evidence is recorded in
        the Office. 37 CFR 3.73(b)

    ( ) No statement specifying that the evidentiary documents have
        been reviewed and certifying that, to the best of the
        assignee's knowledge and belief, title is in the assignee
        seeking to take action. 37 CFR 3.73(b)

    ( ) Other:

STX 000093

840 ᵒᶜ 117 ₆ₚ₂₅3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application

Inventor(s):  F. MARK STEFANSKI

SC/Serial No.:    08/070,124

Filed:    MAY 28, 1993    )

Title:    MAGNETIC PARKING DEVICE    )
         FOR DISK DRIVE    )

PATENT APPLICATION

Art Unit: 2513

Examiner: A. Sniezek

CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8
I hereby certify that this correspondence is being deposited in the United
States Postal Service with sufficient postage as first class mail in an envelope
addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231,
on May 9, 1994.

Larry E. Viens, Reg. No. 33,809    5/9/94    (Attorney Signature)
Signature Date:  May 9, 1994

PETITION FOR EXTENSION OF TIME UNDER 37 C.F.R. §1.136

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

In the Office Action dated November 8, 1993, a shortened period for response was

set to expire on February 8, 1994.

Pursuant to 37 C.F.R. §1.136(a), Applicant hereby petitions the Commissioner for

an extension of time for responding to the Office Action up to and including May 9, 1994.

The amount of the petition fee set by 37 C.F.R. §1.17 is determined as follows:

| Fee (Large Entity/Small Entity) | Extended Month |
|---|---|
| $110.00/$55.00 | First |
| $360.00/$180.00 | Second |
| X  $840.00/$420.00 | Third |

- 1 -

Attorney Docket No.: CONN8595-CON3MCF/MEM/LEV
lev/conn8/8595-3.006

203.001:052593
06/09/94-11:02

STX 000094

_____    $1,320.00/$660.00          Fourth

TOTAL PETITION FEE $840.00

The TOTAL PETITION FEE is included with the payment of other papers filed together with this petition.

The Commissioner is authorized to charge any underpayment or credit any overpayment associated with this communication to Deposit Account No. 06-1325. A duplicate copy of this authorization is enclosed.

The other papers enclosed or associated with this communication include:

X_____    A reply to the Office action is filed herewith.

X_____    Other: Terminal Disclaimer Under 37 C.F.R. §1.321(b) & 35 U.S.C. §253.

X_____    Other: Transmittal Letter.

Respectfully submitted,

Date: _5/9/94_____          By: _Larry E. Vierra_____
                                Larry E. Vierra
                                Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

- 2 -

Attorney Docket No., CONN8595-CON3MCF/MEM/LEV
lw/conn8/8595-3 008

203,001:052593
06/08/94-11:02

STX 000095

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

Inventor(s):     F. MARK STEFANSKY

SC/Serial No.:     08/070,024

Filed:     MAY 28, 1993

Title:     MAGNETIC PARKING DEVICE
          FOR DISK DRIVE

PATENT APPLICATION

Art Unit:  2513

Examiner:  A. Sniezek

CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8
I hereby certify that this correspondence is being deposited in the United
States Postal Service with sufficient postage as first class mail in an envelope
addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231,
on May 9, 1994.

_____     (Attorney Signature)
Levi E. Viera, Reg. No. 33,809
Signature Date: May 9, 1994

RESPONSE TRANSMITTAL LETTER

RECEIVED
MAY 2 6 1994
GROUP 2500

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Transmitted with this communication in connection with the above-identified
application are the following:

  X     A Response under 37 C.F.R. § 1.111 to the Office Action dated November 8,
        1993.

  X     A Petition for an Extension of Time under 37 C.F.R. §1.136.

  X     A Terminal Disclaimer Under 37 C.F.R. §1.321(b) & 35 U.S.C. §253.

        The fee associated with this communication has been calculated as shown below:

  X     A fee for extension of time for response under 37 C.F.R. §1.136 filed within three
        months after the original time for response of $840.00 is due.
        070 IF 05/23/94 08070274                      1 117     840.00 CK

- 1 -

Attorney Docket No.: CONN8595-CON3MCF/MEM/EV                203.001:062593
lev/conn6/8595-3.007                                        05/09/94-13:46

STX 000096

The total fee required with this communication is $840.00 and is to be paid as follows:

  X    A check in the amount of $840.00 is enclosed.

  X    The Commissioner is hereby authorized to charge underpayment of any fees, including the following fees, associated with this communication or credit any overpayment to Deposit Account No. 06-1325. A duplicate copy of this authorization is enclosed.

      X    Any filing fees under 37 C.F.R. §1.16 for the presentation of additional claims.

      X    Any patent application processing fees under 37 C.F.R. §1.17 including any applicable fee for extension of time.

Respectfully submitted,

Date: _____

By: _____
Larry E. Vierra
Reg. No. 33,809

**FLIESLER, DUBB, MEYER & LOVEJOY**
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

- 2 -

Attorney Docket No.: CONN0696-CON3MCF/MEM/LEV
lev/conn8/0696-3.007

203.001:052593
06/08/94-11:13

STX 000097

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application                          )        PATENT APPLICATION

Inventors:   F. MARK STEFANSKY            )

SC/Serial No.: 08/070,024                 )        Art Unit: 2513

Filed:        MAY 28, 1993                )        Examiner: A. Sniezek

Title:   MAGNETIC PARKING DEVICE
         FOR DISK DRIVE

RECEIVED
MAY 2 6 1994

CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8
I hereby certify that this correspondence is being deposited in the United
States Postal Service with sufficient postage as first class mail in an envelope
addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231,
on May 9, 1994.

_____ (Attorney Signature)
Larry E. Vierra, Reg. No. 33,809
Signature Date: May 9, 1994

RESPONSE A TO OFFICE ACTION UNDER 37 C.F.R. § 1.111

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

    This RESPONSE A is in reply to the Office action mailed

November 8, 1993.

Amendments

    Please amend the above-identified application as follows:

In the Claims.

    [18.] 20.5 (Once amended) A magnetic parking device for a

disk drive having a data storage medium including a data region

and a landing zone, a transducer for reading information from and

writing information to the data storage medium, and an actuator

for selectively positioning the transducer with respect to the

data storage medium, comprising:

- 1 -

STX 000098

a magnetically permeable capture member provided on the actuator; and

magnetic parking means for capturing and magnetically retaining said capture member to park the transducer, the magnetic parking means including a magnet providing magnetic flux in a magnetic circuit in the magnetic parking means;

wherein the capture member is in a non-permeated state while the actuator [is] positions the transducer over the data region of the data storage medium, and the capture member switches to a permeated state when the actuator [is] position[ed]s the transducer over the landing zone such that the capture member enters the magnetic circuit.

[19.] 21. (Once amended) A magnetic parking device according to claim [18] 20, wherein said magnetic parking means further includes a magnetic field containing member housing said magnet and providing return for the magnetic flux, said magnetic field containing member having an air gap.

[20.] 22. (Once amended) A magnetic parking device according to claim [19] 21, wherein said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

[21.] 23. (Once amended) A magnetic parking device according to claim [20] 22, wherein the magnet is provided in the magnetic parking member opposing the air gap and the parking device further includes bumper means provided on said magnet for preventing contact between said capture member and said magnet, and for limiting the movement of the actuator.

- 2 -

<u>Remarks</u>

The above Amendments and these Remarks are in reply to the Office action mailed November 8, 1993.

I.    <u>Summary of Examiner's Rejections</u>

Claims 20-23 are rejected under 35 U.S.C. §112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Claims 1-5 and 20-23 are rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over claims 1-5 of U.S. Patent No. 5,170,300.

II.    <u>Summary of Applicant's Amendment</u>

Claim 20 has been amended to more particularly point out and distinctly claim the subject matter which applicant regards as the invention.

Claims 20-23 were rejected under 35 U.S.C. §112, second paragraph, as being indefinite.  Claim 20 has been amended in accordance with the Examiner's suggestion.  It is therefore submitted that Claims 20-23 are now in compliance with 35 U.S.C. §112, second paragraph.

Claims 1 through 5 and 20-23 were rejected under the judicially created doctrine of obviousness-type double patenting as being unpatentable over Claims 1-5 of U.S Patent No. 5,170,300.  Submitted herewith is a Terminal Disclaimer disclaiming the terminal part of the statutory term of any patent granted on the instant application which would extend beyond the

- 3 -

STX 000100

expiration date of the full statutory term of U.S. Patent No. 5,170,300. The Terminal Disclaimer has been signed by the attorney of record, Gerald B. Rosenberg, Esq. (Reg. No. 30,320). A Power of Attorney appears in the application, Serial No. 07/269,873, from which this application has, through Serial Nos. 07/643,703 and 07/909,147, been continued. It is therefore submitted that the rejection of the claims under the judicially created doctrine of obviousness-type double patenting is now moot.

III. <u>Response to Rejections</u>

In view of the above Amendments and Remarks, reconsideration of Claims 1-5, 20-23 is requested.

Enclosed is a PETITION FOR EXTENSION OF TIME UNDER 37 C.F.R. § 1.136 for extending the time to respond up to and including today, May 9, 1994.

The Commissioner is authorized to charge any underpayment or credit any overpayment to Deposit Account No. 06-1325 for any matter in connection with this response, including any fee for extension of time, which may be required.

Respectfully submitted,

Date: May 9, 1994

By: _Larry E. Vierra_
Larry E. Vierra
Reg. No. 33,809

PLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

- 4 -

Attorney Docket No.: CONN6595-CON3MCF/MEM/LEV
lev/conn6/6595-3.004

200.001:052483
05/09/94-12:01

STX 000101



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|
|  | 13 |

DATE MAILED:

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined    ☒ Responsive to communication filed on _5/26/99_    ☐ This action is made final.

A shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☐ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice of Draftsman's Patent Drawing Review, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, PTO-152.
5. ☐ Information on How to Effect Drawing Changes, PTO-1474
6. ☐ _____

**Part II   SUMMARY OF ACTION**

1. ☒ Claims ___ _1 - 5 and 20 - 23_ ___ are pending in the application.
   Of the above, claims _____ are withdrawn from consideration.

2. ☒ Claims ___ _6 - 19_ ___ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims ___ _1, 20 and 21_ ___ are rejected.

5. ☒ Claims ___ _2 - 5? 22 and 23_ ___ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice of Draftsman's Patent Drawing Review, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____ has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

EXAMINER'S ACTION

STX 000102

PTOL-326 (Rev. 3/93)

Serial Number: 08/070,024                          -2-

Art Unit: 2513

1.    The following office action is taken in view of the
amendment filed 5/16/94 and terminal disclaimer filed 05/26/94.

2.    Claim 2 is objected to as not particularly pointed out and
distinctly claiming the subject matter in which applicant regards
as the invention. Claim 2 line 10 sets forth "parking member"
which examiner believes should be --parking means--.
Clarification is required.

3.    The following is a quotation of the appropriate paragraphs
of 35 U.S.C. § 102 that form the basis for the rejections under
this section made in this Office action:

   A person shall be entitled to a patent unless --
   (e) the invention was described in a patent granted on an
   application for patent by another filed in the United States
   before the invention thereof by the applicant for patent, or
   on an international application by another who has fulfilled
   the requirements of paragraphs (1), (2), and (4) of section
   371(c) of this title before the invention thereof by the
   applicant for patent.

4.    Claims 1, 20 and 21 are rejected under 35 U.S.C. § 102(e) as
being anticipated by Hoppe.    See figure 1 and corresponding
disclosure.

5.    The prior art made of record and not relied upon is
considered pertinent to applicant's disclosure.
Andreason, Malek, Izraelev et al. and Stefansky were found during
an updated search each of which is related to the claimed parking
device.

6.    Applicant's arguments with respect to claims 1-5 and 20-23
have been considered but are deemed to be moot in view of the new
grounds of rejection.

STX 000103

Serial Number: 08/070,024                                      -3-

Art Unit: 2513

7.     Claims 2-5, 22 and 23 are objected to as being dependent

upon a rejected base claim, but would be allowable if rewritten

in independent form including all of the limitations of the base

claim and any intervening claims.

8.     Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Andrew L.
Sniezek whose telephone number is (703) 308-1602.

       Any inquiry of a general nature or relating to the status of
this application should be directed to the Group receptionist
whose telephone number is (703) 308-0956.

A.L.S.

June 10, 1994

ANDREW L. SNIEZEK
PRIMARY EXAMINER
GROUP 2500

STX 000104

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP–APART AND DISCARD CARBON

| FORM PTO-892 (REV 2-92) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 08/070024 | GROUP ART UNIT 2513 | ATTACHMENT TO PAPER NUMBER 12 |
|---|---|---|---|---|

NOTICE OF REFERENCES CITED

APPLICANT(S) Stefansky

## U.S. PATENT DOCUMENTS

| * | DOCUMENT NO | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|
| A | 4 8 9 6 2 3 1 | 1/23/90 | Hoppe | 360 | 97.02 | |
| B | 4 9 3 5 2 9 3 | 4/25/91 | Anderson | 360 | 105 | |
| C | 4 9 0 3 1 5 2 | 2/29/90 | Malek | 360 | 105 | |
| D | 4 6 5 4 7 3 5 | 3/31/87 | Izraelev etal | 360 | 105 X | |
| E | 4 9 6 5 6 8 4 | 10/23/90 | Stefansky | 360 | 105 X | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |

## FOREIGN PATENT DOCUMENTS

| * | DOCUMENT NO | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS DWG | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | |
| M | | | | | | | | |
| N | | | | | | | | |
| O | | | | | | | | |
| P | | | | | | | | |
| Q | | | | | | | | |

## OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | |
| S | |
| T | |
| U | |

| EXAMINER Andrew L. Faile | DATE 6/10/94 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

STX 000105



84-117  GR253

14/Extension (3)

nob

1/18/95

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application | ) |
| | ) **PATENT APPLICATION** |
| Inventor(s): F. MARK STEFANSKY | ) |
| | ) **Art Unit: 2513** |
| SC/Serial No.: 08/070,024 | ) |
| | ) **Examiner: A. Sniezek** |
| Filed: MAY 28, 1993 | ) |
| | ) |
| Title: MAGNETIC PARKING DEVICE | ) |
| FOR DISK DRIVE | ) |

·CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8

I hereby certify that this correspondence is being deposited in the United States Postal Service with sufficient postage as first class mail in an envelope addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231 on December 14, 1994.

_____ 12/14/94   [Attorney Signature]
Larry E. Vierra, Reg. No. 33,809
Signature Date: December 14, 1994

**RECEIVED**
**JAN 1 3 1995**
**GROUP 2500**

## PETITION FOR EXTENSION OF TIME UNDER 37 C.F.R. §1.136

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

In the Office Action dated June 16, 1994, a shortened period for response was set to expire on September 16, 1994.

Pursuant to 37 C.F.R. §1.136(a), Applicant hereby petitions the Commissioner for an extension of time for responding to the Office Action up to and including December 14, 1994.

The amount of the petition fee set by 37 C.F.R. §1.17 is determined as follows:

| Fee (Large Entity/Small Entity) | | Extended Month |
|---|---|---|
| _____ | $110.00/$55.00 | First |
| _____ | $360.00/$180.00 | Second |

- 1 -

Attorney Docket No.: CONN8595-CON3MCF/MEM/LEV
lev/conn8/8595-3.011

203.001:052593
12/14/94-12:03

052 07 00 1 3: 08070024          1·117    060.00 CK
                                 00-117   130  117      30.00CH

**STX 000106**

| X | $840.00/$420.00 | Third |
|---|---|---|
| ___ | $1,320.00/$660.00 | Fourth |

TOTAL PETITION FEE $840.00

The TOTAL PETITION FEE is included with the payment of other papers filed together with this petition.

The Commissioner is authorized to charge any underpayment or credit any overpayment associated with this communication to Deposit Account No. 06-1325. A duplicate copy of this authorization is enclosed.

The other papers enclosed or associated with this communication include:

| X | A reply to the Office action is filed herewith. |
|---|---|
| X | Other: Transmittal Letter. |

Respectfully submitted,

Date: _December 19, 1994_    By: _Larry E. Vierra_

Larry E. Vierra
Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

STX 000107

- 2 -

203,001:052593
12/14/94-12:03

MAIL ROOM
DEC
19

15/D
p.k.
1/18/95

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application                    )        PATENT APPLICATION
                                     )
Inventors:   F. MARK STEFANSKY       )        Art Unit:  2513
                                     )
SC/Serial No.: 08/070,024            )        Examiner:  A. Sniezek
                                     )
Filed:       MAY 28, 1993            )
                                     )        RECEIVED
Title:  MAGNETIC PARKING DEVICE      )
        FOR DISK DRIVE               )        JAN 1 3 1995
                                     )
                                              GROUP 2500

CERTIFICATE OF MAILING UNDER 37 C.F.R. §
I hereby certify that this correspondence is being deposited in the United
States Postal Service with sufficient postage as first class mail in an envelope
addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231,
on December 14, 1994.

_____  12/14/94    (Attorney Signature)
Larry E. Vierra, Reg. No. 33,809
Signature Date: December 14, 1994

RESPONSE [A] TO OFFICE ACTION UNDER 37 C.F.R. § 1.111

Commissioner of Patents and Trademarks
Washington, D.C.  20231

Sir:

     This RESPONSE [A] is in reply to the Office action mailed

June 16, 1994.

                           Amendments

     Please amend the above-identified application as follows:

In the Claims.

     1.   (Twice Amended)     A magnetic parking device for a

disk drive having a data storage medium, a transducer for reading

information from and writing information to the data storage

medium, and an actuator for selectively positioning the

transducer over a path between a first [point] position and a

second [point] position with respect to the data storage medium,

                              - 1 -

Attorney Docket No.: CONN8595-CON3MCF/MEM/LEV
lev/conn8/5595-3.010

200.001:062493
12/14/94-13:25

STX 000108

comprising:

a magnetically permeable capture member provided on the actuator; and

magnetic parking means provided adjacent to the actuator for capturing and magnetically retaining said capture member to park the transducer, the magnetic parking means <u>comprising a magnetic field containing member and</u> including a magnet providing a magnetic field, <u>the containing member having an air gap positioned opposing the magnetic capture member such that said capture member enters the air gap when the actuator is at the second position of the path of the actuator,</u>

wherein the capture member is in a non-permeated state over a first portion of the path of the actuator, and the capture member switches to a permeated state over a second portion of the actuator path such that the capture member is positioned proximate to the magnetic parking means and in the magnetic field.

2.   Please cancel claim 2 without prejudice.

3.   (Twice Amended)   A magnetic parking device according to claim 1 [2], wherein the magnet provides magnetic flux, the flux having a direction following a plurality of paths, and the paths of the magnetic flux are substantially contained in the magnetic field containing member and the air gap in the magnetic field containing member.

4.   A magnetic parking device according to claim 3, wherein

- 2 -

Attorney Docket No.:CONN0595-CON3MCF/MEM/LEV
lev/conn/0595-3.010

200.001:052493
12/14/94-13:37

STX 000109

said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

(Once Amended) A magnetic parking device according to claim 3, wherein there is substantially no magnetic flux leakage outside the air gap.

(Twice amended)    A magnetic parking device for a disk drive having a data storage medium including a data region and a landing zone, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer with respect to the data storage medium, comprising:

a magnetically permeable capture member provided on the actuator; and

magnetic parking means for capturing and magnetically retaining said capture member to park the transducer, the magnetic parking means including a magnetic field containing member having a magnet providing magnetic flux in a magnetic circuit in the magnetic parking means, the field containing member providing returns for the magnetic flux and having an air gap;

wherein the capture member is in a non-permeated state while the actuator positions the transducer over the data region of the data storage medium, and the capture member switches to a permeated state when the actuator positions the transducer over the landing zone such that the capture member enters the magnetic

- 3 -

Attorney Docket No.:CONN6595-CON3MCF/MEM/LEV
lev/conn6/6595-3.010

200.001:052493
12/14/84-13:28

STX 000110

circuit <u>such that said magnetic parking means captures said</u>
<u>capture member only when said capture member enters the air gap</u>
<u>in said magnetic field containing member.</u>

21.  Please cancel claim 21 without prejudice.

22.  Please cancel claim 22 without prejudice.

23.  (Twice amended)    A magnetic parking device according
to claim 20 [22], wherein the magnet is provided in the magnetic
parking member opposing the air gap and the parking device
further includes bumper means provided on said magnet for
preventing contact between said capture member and said magnet,
and for limiting the movement of the actuator.

<u>Remarks</u>

The above Amendments and these Remarks are in reply to the
Office action mailed June 16, 1994.

I.    <u>Summary of Examiner's Rejections</u>

Claim 2 is objected to as not particularly pointed out and
distinctly claiming the subject matter which Applicant regards
as the invention.

Claims 1, 20 and 21 are rejected under 35 U.S.C. §102(e) as
being anticipated by Hoppe.

Claims 2-5, 22 and 23 are objected to as being dependent
upon a rejected base claim, but were indicated to be allowable
if rewritten in independent form including all the limitations

- 4 -

Attorney Docket No.:CONN0595-CON3MCF/MEM/LEV
lev/conn0/0595-3.010

200.001:052493
12/14/94-13:28

STX 000111

of the rejected base claim.

II. Summary of Applicant's Amendment

The limitations of claim 2 have been incorporated into claim 1, claim 3 has been amended to depend from claim 1. The limitations of claims 21 and 22 have been incorporated into claim 20, and claim 23 has been amended to depend from claim 20. In accordance with the Examiner's statement on page 3, paragraph 7, of the above-cited Office Action, it is submitted that the claims as presented in this amendment are allowable in view of the prior art.

*    *    *

In view of the above Amendments and Remarks, reconsideration of Claims 1, 3-5, 20 and 23 is requested.

Enclosed is a PETITION FOR EXTENSION OF TIME UNDER 37 C.F.R. § 1.136 for extending the time to respond up to and including today, December 14, 1994.

The Commissioner is authorized to charge any underpayment or credit any overpayment to Deposit Account No. 06-1325 for any matter in connection with this response, including any fee for extension of time, which may be required.

Respectfully submitted,

Date: 12/14/1994          By: _____
                              Larry S. Vierra
                              Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

- 5 -



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application | ) |
| | ) **PATENT APPLICATION** |
| Inventor(s): F. MARK STEFANSKY | ) |
| | ) Art Unit: 2513 |
| SC/Serial No.: 08/070,024 | ) |
| | ) Examiner: A. Sniezek |
| Filed: MAY 28, 1993 | ) |
| | ) |
| Title: MAGNETIC PARKING DEVICE | ) |
| FOR DISK DRIVE | ) |

**RECEIVED**
·JAN 1 3 1995
GROUP 2500

CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8
I hereby certify that this correspondence is being deposited in the United
States Postal Service with sufficient postage as first class mail in an envelope
addressed to Commissioner of Patents and Trademarks, Washington, D.C. 20231,
on December 14, 1994.

_____  12/19/84  (Attorney Signature)
Larry D. Vierra, Reg. No. 33,809
Signature Date: December 14, 1994

RESPONSE TRANSMITTAL LETTER

Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Transmitted with this communication in connection with the above-identified
application are the following:

    X    A Response under 37 C.F.R. § 1.111 to the Office Action dated June 16, 1994.

    X    A Petition for an Extension of Time under 37 C.F.R. §1.136.

The fee associated with this communication has been calculated as shown below:

    X    A fee for extension of time for response under 37 C.F.R. §1.136 filed within three
         months after the original time for response of $840.00 is due.

The total fee required with this communication is $840.00 and is to be paid as
follows:

Attorney Docket No.: CONN6595-CON3MCF/MEM/LEV
lev/conn6/6595-3.012

203.001:062583
12/14/94-12:09

STX 000113

___ A fee for addition of claims under 37 C.F.R. § 1.17 is due as follows:

| Claims Remaining After Amendment | | Highest Previously Paid For | | | Number Extra | | Rate Small Entity/ Other Than Small Entity | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Claims  6  | - | 10 | = | 0 * | X | $11.00 $22.00 | = | $ -0- |
| Independant Claims  2  | - | 3 | = | 0 * | X | $38.00 $76.00 | = | $ -0- |
| First Presentation of Multiple Dependent Claim(s) ___ | | | | | | $120.00 $240.00 | = | $ |

*If the difference is less than zero, enter "0".

Additional Fee    =    $_____

The total fee required with this communication is $840.00 and is to be paid as follows:

___ Please charge Deposit Account No. 06-1325 in the amount of $____. A duplicate copy of this authorization is enclosed.

_X_ A check in the amount of $840.00 is enclosed.

_X_ The Commissioner is hereby authorized to charge underpayment of any fees, including the following fees, associated with this communication or credit any overpayment to Deposit Account No. 06-1325. A duplicate copy of this authorization is enclosed.

   _X_ Any filing fees under 37 C.F.R. §1.16 for the presentation of additional claims.

   _X_ Any patent application processing fees under 37 C.F.R. §1.17 including any applicable fee for extension of time.

Respectfully submitted,

Date: _December 19, 1994_

By: _Larry E. Vierra_
Larry E. Vierra
Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone: (415) 362-3800

- 2 -

Attorney Docket No.: CONN8595-CON3MCF/MEM/LEV
lev/conn8/8595-3.012

203.001:052593
12/14/94-12:09

STX 000114



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D C 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO |
|---|---|---|---|
| 08/070,624 | 05/28/93 | STEFANSKY | F |

ESM170314

MARTIN C. FLIESLER
FLIESLER, DUBB, MEYER & LOVEJOY
FOUR EMBARCADERO CENTER, SUITE 400
SAN FRANCISCO, CA 94111-4156

SNIEZEK, EXAMINER

| ART UNIT | PAPER NUMBER |
|---|---|
| 2513 | 16 |

DATE MAILED  03/31/95

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to  Amendment D fild 12/8/94

2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application If not included herewith (or previously mailed) a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course

3. ☒ The allowed claims are  1, 3-5, 20 and 23 renumbered as 1, 2-4, 5 and 6 respectively

4. ☐ The drawings filed on _____ are acceptable.

5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119 The certified copy has [ ] been received [ ] not been received [ ] been filed in parent application Serial No _____ filed on _____

6. ☐ Note the attached Examiner's Amendment

7. ☐ Note the attached Examiner Interview Summary Record PTOL-413

8. ☐ Note the attached Examiner's Statement of Reasons for Allowance

9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.

10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE DATE MAILED indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application Extensions of time may be obtained under the provisions of 37 CFR 1.136(a)

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED

2. ☒ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER

   a. ☒ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No ___5___ CORRECTION IS REQUIRED

   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner CORRECTION IS REQUIRED

   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT CORRECTION IS REQUIRED

   d. ☒ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

Attachments:
_ Examiner's Amendment
_ Examiner Interview Summary Record PTOL-413
_ Reasons for Allowance
_ Notice of References Cited PTO-892
_ Information Disclosure Citation PTO-1449

_ Notice of Informal Application  PTO-152
_ Notice re Patent Drawings, PTO-948
_ Listing of Bonded Draftsmen
_ Other

ANDREW L. SNIEZEK
PRIMARY EXAMINER
GROUP 2500

**STX 000115**

PTOL-37 (REV. 4-89) *                                      USCOMM-DC 90-3789



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

**NOTICE OF ALLOWANCE**
**AND ISSUE FEE DUE**

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed _____

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| | | | | |

First Named
Applicant

TITLE OF
INVENTION

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**THE APPLICATION IDENTIFIES ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.**
**_PROSECUTION ON THE MERITS IS CLOSED._**

**THE ISSUE FEE MUST BE PAID WITHIN _THREE MONTHS FROM_ THE MAILING DATE OF THIS NOTICE OR THIS**
**APPLICATION SHALL BE REGARDED AS ABANDONED.  THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

**HOW TO RESPOND TO THIS NOTICE:**

I. Review the SMALL ENTITY Status shown above.
If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

    A. If the status is changed, pay twice the amount of the
       FEE DUE shown above and notify the patent and
       Trademark Office of the change in status, or
    B. If the Status is the same, pay the FEE DUE shown
       above.

If the SMALL ENTITY is shown as NO:
    A. Pay FEE DUE shown above, or
    B. File verified statement of Small Entity Status before, or with,
       pay of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE.
    Even if the ISSUE FEE has already been paid by charge to deposit account, Part B should be completed and returned.
    If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number.
    Please direct all communication prior to issuance to Box ISSUE FEE unless advised to contrary.

**IMPORTANT REMINDER: Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of**
**maintenance fees.  It is patentee's responsibility to ensure timely payment of maintenance**
**fees when due.**

PTOL-85 (REV. 12-90) (0451-0033)

PATENT AND TRADEMARK OFFICE COPY

STX 000116

13800 - 182 - 15

**PART B—ISSUE FEE TRANSMITTAL**

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| | INVENTOR'S NAME |
| E5M1/0314 | Street Address |
| MARTIN C. FLIESLER | City, State and ZIP Code |
| FLIESLER, DUBB, MEYER & LOVEJOY | CO-INVENTOR'S NAME |
| FOUR EMBARCADERO CENTER, SUITE 400 | Street Address |
| SAN FRANCISCO, CA 94111-4156 | City, State and ZIP Code |
| | ☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 08/070,024 | 05/28/93 | 006 | SNIEZEK, A | 2513 | 03/14/95 |

First Named Applicant: F. MARK STEFANSKY,

TITLE OF INVENTION: MAGNETIC PARKING DEVICE FOR DISK DRIVE

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 360-105.000 | J66 | UTILITY | NO | $1210.00 | 06/14/95 |

3. Correspondence address change (Complete only if there is a change)

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR, alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1. Fliesler, Dubb, Meyer & Lovejoy
2. 
3. 

DO NOT USE THIS SPACE

```
000 TR 07/11/95 08070024            1.142  06-1325 060 561   30.00CH
KK60271 07/11/95 08070024                  06-1325 060 561   30.00CH
```

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)
(1) NAME OF ASSIGNEE: Conner Peripherals, Inc.
(2) ADDRESS (CITY & STATE OR COUNTRY): 3081 Zanker Road, San Jose, CA 95134-2128

A. ☐ This application is NOT assigned.
☐ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.
PLEASE NOTE: Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☐ Issue Fee
☐ Advance Order - # of Copies ___

6b. The following fees should be charged to: 06-1325
DEPOSIT ACCOUNT NUMBER _____
(ENCLOSE PART C)
☐ Issue Fee
☐ Advance Order - # of Copies    10
☐ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature) _____ (Date) 6/14/95

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

**TRANSMIT THIS FORM WITH FEE—CERTIFICATE OF MAILING ON REVERSE**

PTOL-85B (REV.12-93)(0651-0033)

STX 000117

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

> Box ISSUE FEE
> Commissioner of Patents and Trademarks
> Washington, D.C. 20231

on _____ June 14, 1995 _____

(Date)

Larry E. Vierra

(Name of person making deposit)

_(signature)_

_June 14, 1995_

(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

Burden Hour Statement: This form is estimated to take .2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Office of Information Systems, Patent and Trademark Office, Washington, D.C. 20231, and to the Office of Information and Regulatory Affairs, Office of Management and Budget, (Project 0651-0033), Washington, D.C. 20503. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner of Patents and Trademarks, Box Issue Fee, Washington, DC 20231.

REVERSE PTOL-85B (REV. 12-93)(0651-0033)

STX 000118

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application | ) | **PATENT APPLICATION** |
| Inventor(s): F. Mark Stefansky | ) | |
| SC/Serial No.: 08/070,024 | ) | Art Unit: 2513 |
| Filed: May 28, 1993 | ) | Examiner: A. Snlezek |
| Title: MAGNETIC PARKING DEVICE FOR DISK DRIVE | ) | Batch No.: J66 |
| | ) | Notice of Allowance Mailing Date: March 14, 1995 |

CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8
I hereby certify that this correspondence is being deposited in the United
States Postal Service with sufficient postage as first class mail in an envelope
addressed to Assistant Commissioner for Patents, Washington, D.C. 20231, on
June 14, 1995.

_(signature)_ _____ (Attorney Signature)
Larry E. Vierra/Reg. No. 33,809
Signature Date: June 14, 1995

### ISSUE FEE TRANSMITTAL LETTER

Box ISSUE FEE
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Transmitted with this communication in connection with the above-identified
application are the following:

X    An Issue Fee Transmittal, Parts B and C.

X    A check in the amount of $1,210.00 is enclosed.

X    The Commissioner is hereby authorized to charge underpayment of any fees
associated with this communication or credit any overpayment to Deposit Account
No. 06-1325. A duplicate copy of this authorization is enclosed.

Respectfully submitted,

Date: _June 14 1995_

By: _(signature)_ _____
Larry E. Vierra
Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone (415) 362-3800

- 1 -

**STX 000119**

Attorney Docket No.: CONN8595-CON3MCF/MEM/LEV
lev/conn8/8595-3.017

204,001:041195
08/14/95-18:21



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| In re Application | ) | PATENT APPLICATION |
| Inventor(s): F. Mark Stefansky | ) | Art Unit: 2513 |
| SC/Serial No.: 08/070,024 | ) | Examiner: A. Sniezek |
| Filed: May 28, 1993 | ) | Batch No.: J66 |
| Title: MAGNETIC PARKING DEVICE FOR DISK DRIVE | ) | Notice of Allowance Mailing Date: March 14, 1995 |

**CERTIFICATE OF MAILING UNDER 37 C.F.R. § 1.8**

I hereby certify that this correspondence is being deposited in the United States Postal Service with sufficient postage as first class mail in an envelope addressed to Assistant Commissioner for Patents, Washington, D.C. 20231, on June 14, 1995.

_Larry E. Vierra_                                            (Attorney Signature)
Larry E. Vierra, Reg. No. 33,809
Signature Date: June 14, 1995

## SUBMISSION OF FORMAL DRAWINGS TRANSMITTAL LETTER

Official Draftsman
Assistant Commissioner for Patents
Washington, D.C. 20231

Sir:

Enclosed are __6__ sheets of formal drawings for the above-identified patent

application as required by the Office Action dated December 2, 1992.

Subject to the Examiner's approval, please substitute the enclosed drawings for the

drawings previously submitted.

Respectfully submitted,

Date: _June 14, 1995_                    By: _Larry E. Vierra_
                                         Larry E. Vierra
                                         (Reg. No. 33,809

FLIESLER, DUBB, MEYER & LOVEJOY
Four Embarcadero Center, Suite 400
San Francisco, California 94111-4156
Telephone (415) 362-3800

- 1 -

Attorney Docket No.: CONN8596-CON3MCF/MEM/LEV
lev/conn8/6596-3.016

204.001:041195
06/14/95-16:03

STX 000120

5452159



FIG. — 2A



FIG. — 1A

STX 000121



FIG. — 2B



FIG. — 1B

STX 000122



FIG. - 3

STX 000123



FIG.—5

FIG.—4

STX 000124



**FIG.–6A**



**FIG.–6B**

STX 000125



FIG. — 7

STX 000126

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

PATENT

| | |
|---|---|
| In re patent | ) |
| | ) |
| Inventor:   Frederick Stefansky | ) |
| Filed:        May 28, 1993 | ) |
| SC/Serial No. 08/070,024 | ) |
| Title:        MAGNETIC PARKING | ) |
|                 DEVICE FOR DISK DRIVE | ) |
| | ) |
| Group | ) |
| Art Unit:    2513 | ) |

JUN 7  1995

RECEIVED
JUN 2 1 1995
GROUP 2500

CHANGE OF CORRESPONDENCE ADDRESS

Commissioner of Patent and Trademarks
Washington, D.C.  20231

Sir:

Please change the "correspondence address" for the above-identified patent
application.

Please send all further correspondence to:

Felix L. D'Arienzo, Jr.
CONNER PERIPHERALS, INC.
3081 Zanker Road
MS 4-232
San Jose, California  95134-2128
(408) 456-4509

Respectfully submitted,

Date:  June 16, 1995                    By:     _____

Felix L. D'Arienzo, Jr.
Reg. No. 27,631
Corporate Patent Counsel and
Assistant Secretary for Assignee,
Conner Peripherals, Inc.

Attorney Docket No.:P88.004US04

**STX 000127**



PTO UTILITY GRANT
Paper Number *19*

### The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*

*Bruce Lehman*
Commissioner of Patents and Trademarks

*Marjorie V. Turner*
Attest

PTO-1584

STX 000128

## PATENT APPLICATION FEE DETERMINATION RECORD
Effective October 1, 1994

**Application or Docket Number**

### CLAIMS AS FILED - PART I

| FOR | NUMBER FILED (Column 1) | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 365.00 | | | 730.00 |
| TOTAL CLAIMS | minus 20 = * | | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | minus 3 = * | | x38= | | OR | x76= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +120= | | OR | +240= | |
| | | | TOTAL | | OR | TOTAL | |

\* If the difference in column 1 is less than zero, enter "0" in column 2

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * 6 | Minus ** 20 | = | x$11= | | OR | x$22= | |
| Independent | * 1 | Minus *** 3 | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x38= | | OR | x76= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | +120= | | OR | +240= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

\* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
\*\* If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
\*\*\* If the Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875

Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

STX 000129

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective October 1, 1992

Application or Docket Number: 070024

### CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $355.00 | OR | | $710.00 |
| TOTAL CLAIMS | 10 | minus 20 = * | x$11= | | OR | x$22= | |
| INDEPENDENT CLAIMS | 3 | minus 3 = * | x 37= | | OR | x 74= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | +115= | | OR | +230= | |
| * If the difference in column 1 is less than zero, enter "0" in column 2 | | | TOTAL | | | TOTAL | 710 |

### CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI-TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x 37= | | OR | x 74= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | + 115= | | OR | +230= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT B**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | * | Minus ** | = | x$11= | | OR | x$22= | |
| Independent | * | Minus *** | = | x 37= | | OR | x 74= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | + 115= | | OR | + 230= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

**AMENDMENT C**

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDI-TIONAL FEE | OR | RATE | ADDI-TIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | 4 | Minus ** 20 | = | x$11= | | OR | x$22= | |
| Independent | 1 | Minus *** 3 | 0 | x 37= | | OR | x 74= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | + 115= | | OR | +230= | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10-92)    PATENT AND TRADEMARK OFFICE, U.S. DEPARTMENT OF COMMERCE

STX 000130



STX 000131

**PATENT APPLICATION FEE DETERMINATION RECORD**
Effective December 16, 1991

Application or Docket Number
*909,149*

## CLAIMS AS FILED - PART I

| FOR | (Column 1) NUMBER FILED | (Column 2) NUMBER EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $ 345.00 | OR | | $ 690.00 |
| TOTAL CLAIMS | *12* minus 20 = | | x $10= | | OR | x $20= | |
| INDEPENDENT CLAIMS | *3* minus 3 = | | x 36 = | | OR | x 72 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | + 110 = | | OR | + 220 = | |
| | | | TOTAL | | OR | TOTAL | *690* |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

| | | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY RATE | ADDI- TIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDI- TIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** | Total | * *13* | Minus | ** *20* | = | x $10= | | OR | x $20= | |
| | Independent | * *2* | Minus | *** *5* | = *0* | x 36 = | | OR | x 72 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |
| **AMENDMENT B** | Total | * | Minus | ** | = | x $10= | | OR | x $20= | |
| | Independent | * | Minus | *** | = | x 36 = | | OR | x 72 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |
| **AMENDMENT C** | Total | * | Minus | ** | = | x $10= | | OR | x $20= | |
| | Independent | * | Minus | *** | = | x 36 = | | OR | x 72 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 110 = | | OR | + 220 = | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

Form PTO-875
(Rev. 12-91)

* U.S. Government Printing Office, 1992 - 308-660      Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

STX 000132

STX 000133