15

# DESIGN & APPLICATION OF PERMANENT MAGNETS



# INDIANA GENERAL 

MAGNET PRODUCTS · Valparaiso, Indiana 46383
a division of Electronic Memories & Magnetics Corporation

COR-ITC056851

# MAGNETISM IS OUR BUSINESS

Two modern and fully equipped facilities in Valparaiso manufacture virtually all types of magnetic, metallic and ceramic permanent magnets required by today's industry. Plant One produces 17 different magnetic alloys, including cast and sintered Alnico and Cunife. Plant Two makes barium ferrite ceramic permanent magnets, known by the trademark INDOX.®

Plant One, covering more than 133,000 square feet of floor area, contains a foundry equipped with high-frequency electric furnaces, machine shop, heat-treating facilities, grinding equipment, tool and die department and automated magnetic testing apparatus. There are numerous shop and laboratory check points to assure rigid quality control at all times. Plant One has been kept up-to-date through consistently improved facilities and methods. This is a prime reason why manufacturers of missile systems, high-energy microwave components, and scientific research instruments consider Indiana General a prime source of dependable permanent magnets.

Plant Two, completed in 1959, is the world's largest producer of ceramic permanent magnets (INDOX). Located on a large tract of land in Valparaiso, it covers a floor area of 67,200 square feet. Plant Two is highly automated, utilizing the most recently designed pulverizing, mixing, pressing, firing, grinding, inspection and material handling equipment. Throughout the complex process of making INDOX—from raw materials to final shipment—continuous, highly developed, instrumented control is exercised over every step to insure uniformity and high quality.

Supporting these extensive manufacturing facilities is this Division's research and development group. One section — the chemical-metallurgical laboratory — develops new processing methods and provides the necessary experimental data required to engineer new product applications. Results of their work have led to the first lighter, more powerful periodic-focus traveling wave tubes for military aircraft, advanced microwave components for interplanetary radar transmission, and a half-ton Alnico magnet for vital nuclear particle research.

Another section—the magnetics research laboratory —probes into basic and applied magnetic science. This work has resulted in a number of significant discoveries about long-term magnetic stability, the crystal structure of Alnico 5 and the behavior of submicroscopic magnetic "fine" particles.

In the commercial field, Indiana's manufacturing facilities, together with its research and development work, have yielded a number of industry "firsts." These include the first commercial Alnico with a guaranteed energy product of more than 5 million gauss-oersteds (and, more recently, of 7.5 million); also the first commercial unoriented ceramic permanent magnet (INDOX 1), the first oriented variety (INDOX 5) and the first ceramic magnet material developed explicitly for permanent magnet motors (INDOX 2).

Copyright, 1963, by Indiana General Corp. — now a division of I.M.M.

## Contents

FUNCTIONS OF PERMANENT MAGNETS ............ 4
Five basic classifications are reviewed.

PERMANENT MAGNET CHARACTERISTICS ........ 7
Magnetization Curve—Hysteresis Loop, Magnetomotive Force, Dimension Systems, Magnetizing Force, Magnetic Induction, Flux Density, Residual Induction, Coercive Force, Demagnetization Curve, Energy Product Curve.

DESIGN GOAL .................... 11
Develop a magnet consistent with the application.

MAGNETS WITHOUT POLE PIECES .... ........ 12
Dimension Ratio, Example Calculation.

THE MAGNETIC CIRCUIT ................ 13
Fixed Air Gap, Variable Air Gap, Similarity of Magnetic and Electrical Terms.

FIXED AIR GAP ....................... 13
Design Formulae — Magnet Length, Example Calculation, Reluctance Factor, Magnet Area, Magnet Volume, Leakage Flux, Example Calculation, Location of Magnet, Soft Steel Areas, and Joint Reluctances.

VARIABLE AIR GAPS ...................... 19
Operating Point, Permeance Coefficient, Graphical Solution.

EFFECT OF AN EXTERNAL DEMAGNETIZING INFLUENCE ........................... 21
Graphical Solution, Magnet Volume, Example Calculation.

SURVEY OF DESIGN CONSIDERATIONS ......... 21
Directional Properties of Magnetic Materials, Thermal Properties of Magnetic Materials, Shock and Vibration. Mechanical Properties of Magnetic Materials—Cast Alnico, Sintered Alnico, Indox I, and Cunife I.

BASIC SHAPES OF PERMANENT MAGNETS ....... 24

BASIC AIR GAPS ........................... 24

GLOSSARY OF MAGNETIC TERMS .............. 26

SYMBOLS USED IN DESIGN CALCULATIONS ..... 27

DIMENSIONS ASSOCIATED WITH MAGNETIC QUALITIES .............................. 27

CONVERSION FACTORS FOR VARIOUS DIMENSIONS 27

GUIDE FOR DESIGN AND ENGINEERING ASSISTANCE ............................ 27

COR-ITC056852

provides a wider gap, enables this design to be used as a magnetic separator.

The gap in Fig. 67 is designed for use with a moving coil which is designed so that it rotates about the is of the round center piece. Thus, the application of an emf will produce a rotary motion, or a rotary motion can be used to develop an emf. This is applied to the field of moving coil instruments, motors, and generators.

The annular gap in Fig. 68 is for use with a coil that can move parallel to the center pole. Here, the application of an emf will produce a linear motion, and a linear motion can be used to produce an emf. This principle is used in devices such as loud speakers, vibrators, dynamic microphones, and vibration pickups.

Variations of these two gaps are shown in Figs. 69, 70, 71, and 72. The first of these has definite areas of high flux density with intermediate portions having much lower flux density.

If a cylinder of current conducting material is rotated or moved parallel to the center axis, eddy currents will be created and a damping action will re-sult. This is also true of the arrangement in Fig. 71, which, in addition, can be used to transmit motion by attaching the inner magnet to one shaft and the outer to another. The construction in Fig. 70 can be used in several ways. With a soft steel ring as the outer portion an eddy current drive can be obtained, or a cylinder can be inserted to provide the braking action just described. A generator is obtained by adding either coils and salient poles or a distributed winding on the inside of the outer ring. A remote position indicator can be obtained by proper application of current to a distributed winding. This design can be varied as shown in Fig. 72.

The devices in Figs. 73 to 75 differ from those previously considered in that these circuits permit the generation of electricity or the production of mechanical motion without moving either the magnets or the associated coils. When current is passed through the coil, the armature is polarized in such a manner that the degree or direction of attraction is varied, providing mechanical motion. On the other hand, changing the position of the armature alters the reluctance of the magnetic path and varies the value or direction of the flux linking the coil. This change in linkage produces an emf.



COR-ITC056853

16

# Permanent Magnet Design and Application Handbook

*Second Edition*

Lester R. Moskowitz, Registered Professional
Engineer: Pennsylvania, Wisconsin, California
Formerly Dean, Technology, Spring Garden
College, Philadelphia, PA
President, L. R. Moskowitz & Associates,
Consulting Engineers, Coopersburg, PA

 KRIEGER PUBLISHING COMPANY
MALABAR, FLORIDA
1995

COR-ITC056854

Original Edition 1976
Second Edition 1995

Printed and Published by
KRIEGER PUBLISHING COMPANY
KRIEGER DRIVE
MALABAR, FLORIDA 32950

Copyright © 1976 by Lester R. Moskowitz
Copyright © 1995 (new material) by Lester R. Moskowitz

All rights reserved. No part of this book may be reproduced in any form or by any
means, electronic or mechanical, including information storage and retrieval systems
without permission in writing from the publisher.
No liability is assumed with respect to the use of the information contained herein.
Printed in the United States of America.

FROM A DECLARATION OF PRINCIPLES JOINTLY ADOPTED BY
A COMMITTEE OF THE AMERICAN BAR ASSOCIATION AND A
COMMITTEE OF PUBLISHERS:
This publication is designed to provide accurate and authoritative information in regard to the
subject matter covered. It is sold with the understanding that the publisher is not engaged in
rendering legal, accounting, or other professional service. If legal advice or other expert
assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-In-Publication Data

Moskowitz, Lester R., 1926-
    Permanent magnet design and application handbook / Lester R.
Moskowitz. -- 2nd ed.
        p.    cm.
    Includes bibliographical references and index.
    ISBN 0-89464-768-7
    1. Permanent magnets -- Handbooks, manuals, etc.    l. Title.
QC757.9.M67    1995
621.34--dc20                                          95-8106
                                                     CIP

10   9    8    7    6    5    4    3    2

COR-ITC056855



Figure 10-10

$$E_k = 5.77 \times 10^{-7} B_k (H_m - H_{k1}) \text{ in in.-lbs/in.}^3 \text{ of magnet material}$$

Since the change in energy occurs during rotation through an angle equal to ½ the pole spacing:

$$\text{Average Torque} = \frac{\text{Potential Energy}}{\theta \text{ in Radians}}$$

$$T_{av} = \frac{5.77 \times 10^{-7} B_g (H_m - H_{k1})}{\theta \text{ in Radians}}$$

Substituting the values obtained from Figures 10-8 and 10-9 and using 0 = 90°:

$$T_{av} = \frac{(5.77 \times 10^{-7})(8250)(800 - 400)}{1.57}$$

$$T_{av} = 1.21 \text{ in.-lbs/in.}^3 \text{ of material}$$

But the volume of magnet material (Figure 10-8) is:

$$V_m = (.75)(.375)(.5) = .1405 \text{ in.}^3$$

and the total average torque is:

$$T_{av} = (.1405)(1.21) = .17 \text{ in.-lbs}$$

The *maximum torque* ($T_{max}$) will approach the 1 : 63 ratio for a sinusoid, and:

$$T_{max} = \frac{(9.15 \times 10^{-7}) B_K (H_m - H_{K1})}{\theta \text{ in Radians}}$$

and

$$T_{max} = \frac{9.15 \times 10^{-7} (8250)(800 - 400)}{1.57}$$

$$T_{max} = 1.92 \text{ in.-lbs/in.}^3 \text{ of material}$$

Or the total maximum torque will be:

$$T_{max} = (1.92)(.1405) = .269 \text{ in.-lbs}$$

One important precaution: *The approximate method using $B_g$ to calculate the approximate average torque is only accurate at a one-degree angular displacement.* At any other angles, the accuracy becomes progressively less. At angles of less than 1°, the error is toward lower than true torque values, while at angles of above 1°, the error is on the high side. At 1°, as shown in this example, $T_g = .170$ in.-lbs by the "short method," while the true average $T_{av} = .161$ in.-lbs by the "energy" method (an error of a little over 5 percent). A recalculation at other angles will show how rapidly accuracy decreases with angles other than 1°. For example, at 2°, $T_g = .321$ in.-lbs, which is 20 percent higher than the *maximum* torque obtained by the more accurate method ($T_{max} = .269$).

$$r = \frac{.75}{2} + \frac{.312}{2} = .531 \text{ in.}$$

Substituting the known quantities in the torque equation gives us:

$$T_{av} = \frac{(7450)^2 (.156)(.531)(2)(\sin 1°)}{10^6}$$

$$T_{av} = .161 \text{ in.-lbs TOTAL}$$

To obtain the average and maximum torque at *any* displacement angle (short of synchronization loss), the energy expended in shifting the magnet between operating points $A$ and $K$ must be determined first. Referring to Figure 10-9, as established in the preceding section, the energy expended is:

$$E_k = \text{area 0-}A\text{-}K$$

or

$$E_k = \frac{B_K (H_m - H_{K1})}{2} = \text{G-Oe/cm}^3 \text{ of magnet material}$$

or

$$E_k = .65 B_k (H_m - H_{k1}) = \text{ergs/in.}^3 \text{ of material}$$

But converting this equation into all English units gives us:

COR-ITC056856

captured material better against wash-off (especially "fines," which can be quite hard to hold in a heavy material flow).

Figure 9–4 is a photograph of a multiple-element, tube magnet "pipeline trap" made with axial-type tube elements. Note the variety of tramp iron captured, both bridging from tube to tube and concentrating at the pole pieces along each tube.

Figure 9–5 illustrates another application where pole spacing has marked effects on gradient. In this application shown at the top of the figure, a 42 in.-long roll made with Alnico 5 magnets has seven poles while in the Ferrite 5/Alnico 8 type there are 20 poles. The Alnico 5 type has a considerably higher depth of field that makes it pull back the 1 in.-diameter (mild) steel lower roll if the compacted fiber becomes very thick or if it is thrust away by an unusually large, solid inclusion. The Ferrite 5/Alnico 8 type has a greater tractive force (on the 1 in. roll) at "normal" operating distances, but it has less reaching power for special operating conditions.

Figures 9–6, 9–7, and 9–8 are based on actual test results for typical rectangular and circular holding assemblies using grade 1 and grade 5 sintered Ferrites. The comparative holding power vs. the reaching power of each is quite evident from these curves.

Figure 9–9 shows pull curves for one rectangular and one circular holding assembly with two different grades of sintered ferrite magnets. Note that with a higher grade (a higher $BH_{max}$) material, the magnitude of the forces produced is higher, but the basic *shape* of the curves *has not substantially changed.*

Figure 9–10 compares the forces produced by a cast Alnico 5 magnet and a sintered ferrite 5 assembly of almost identical volume and weight. The Alnico 5 magnet is obviously a better "holding" magnet, while the Ferrite 5 assembly is a better "reaching" magnet. While the overall width of the Alnico unit is greater (4 in. vs. 3¾ in.), the *effective* distance between poles is greater in the Ferrite 5. Also (as will be shown in a later chapter), the force produced by any magnet is a function of



Identical .160 X ¾" X 1" permanent magnet used in all types of assembly. Tested on 1 X 1¼" X ¾" thick cold-rolled steel plate with normal finish. Brass spacers used for tests with air gaps. Pole pieces, channel, and back plates, 22 gauge (.0299") mild steel.

Figure 9–6. Force-air gap curves for typical small ferrite 1 rectangular holding assemblies.

*Holding Force in Pounds*

*Air Gap in Inches*

**CIRCUIT EFFECTS 65**

COR-ITC056857



$\phi_g$, $R_g$, or $P_g$ = Air Gap

$\phi_f$, $R_f$, or $P_f$ = Fringing

$\phi_\ell$, $R_\ell$, or $P_\ell$ = Leakage

Figure 8-2

simplest basis for all magnetic path calculations, o can most usefully be expressed as:

Equation 16:     $o = \dfrac{F_T}{P_g}$

The most effective way of understanding the paths that may be taken by flux, and therefore how leakage and fringing can be minimized, is to study the following conceptual relationships:

1. Flux lines, like electrical currents, will always follow the paths of least resistance. In magnetic terms, this means that *flux lines will follow the paths of greatest permeance* (lowest reluctance).
2. *Flux lines repel each other* if their direction of flow is the same.
3. As a corollary to condition (2), *flux lines can never cross each other.*
4. As a corollary to condition (1), flux lines *will always follow the shortest path* through any medium. They therefore can travel only in straight lines or curved paths, and they can never make true right-angle turns. Meeting the condition of condition (2), flux lines will normally *always move in curved paths,* although over short distances these paths may be considered straight for practical purposes.
5. *Flux lines always leave and enter the surfaces of ferromagnetic materials at right angles.*
6. All ferromagnetic materials have a "limited ability" to carry flux. When they reach this limit, they are "saturated" and behave as though they do not exist (like air, aluminum, and so on). *Below the level of saturation, a ferromagnetic material will substantially contain the flux lines passing through it.* As saturation

is approached, because of conditions (1) and (2), the flux lines *may travel* as readily through air as through the material.
7. *Flux lines will always travel from the nearest north pole to the nearest south pole in a path that forms a closed loop.* They need not travel to their own opposite pole directly (although they do *ultimately*) if opposite poles of another magnet are closer and/or there is a lower path of reluctance (greater permeance) between them.
8. Magnetic poles, contrary to the convenient concept used by physicists, *are not unit poles.* In a magnetic circuit, any two points equidistant from the neutral axis *function as poles, so that flux will flow between them* (assuming that they meet the other conditions stated above).

Careful consideration of the above axioms will clearly show the causes of leakage and fringing flux.

The dichotomy between "path of least resistance" in condition (1) and "repulsion of lines" in condition (2) provides the explanation for fringing effects. Leakage effects are readily explained by conditions (1), (4), (7), and (8).

The often unexpected and unwanted increase in leakage and fringing effects resulting from the improper design of other circuit elements is explained by conditions (7) and (8). For example, pole pieces with inadequate cross sections, of unnecessary lengths, of improper shapes, or whatever, result in a substantial increase in "losses" at the expense of the working air gap flux.

Minimizing Leakage Fluxes

As the first step in studying how to minimize leakage flux (usually the larger of the two "losses" by a substantial amount), consider the effect of the location of the basic magnet in the circuit.

Figure 8-2 shows one commonplace method for locating the permanent magnet in a simple circuit. This method is frequently used because it minimizes the number of physical parts to be made and assembled (two pole pieces and one magnet). It is, however, magnetically the least effective way of designing the circuit.

Figure 8-3A is the same circuit as the one in Figure 8-2, except that the permanent magnet is shown in two sections of equal length. Figure 8-3B shows this circuit with the magnet sections redistributed closer to the air gap, and Figure 8-3C shows this circuit with the magnets moved as close as possible to the air gap. The effects of these relocations are indicated at the right of each illustration. If the flux density at the center of the air gap ($B_g$) of each circuit (A, B, or C) is used as the basis of comparison, we note that:

COR-ITC056858

Figure 8-3. Effect of magnet location. (All magnets shown are identical cast Alnico 5 bars.)

$B_{gB}$ is 70 percent greater than $B_{gA}$

$B_{gC}$ is 220 percent greater than $B_{gA}$ and

$B_{gC}$ is 150 percent greater than $B_{gB}$

Also note that as the flux density in the air gap has been increased with each relocation, the flux density in the magnet ($B_m$) has been reduced (by 7 percent in circuit B and 26 percent in circuit C).

Since the same length, volume, and magnet material was used in each case, it is evident that relocating the magnet closer to the air gap increases the *efficiency* of the circuit. This is directly reflected in the reduction of the leakage coefficients ($\sigma$) noted in Figure 8-3. These coefficients drop from $\sigma_A = 14$, to $\sigma_B = 8$, to $\sigma_C = 5$. The reduction of leakage is readily explained by considering these circuits in relation to the preceding flux concepts. In Figure 8-3A there are large, magnetized surfaces with a magnetizing force (mmf) between them (the legs of the mild steel pole pieces). These pole pieces provide alternate paths to the air gap for flux and therefore represent *leakage* paths. *These leakage paths are* in addition to *the leakage that occurs from pole to pole in each magnet section.*

With the magnets relocated in Figure 8-3B, the flux paths (and hence the leakage) between the pole piece

legs are eliminated, leaving only the pole-to-pole leakage in the magnet sections. Actually, this circuit is less efficient than it might be, since the pole-to-pole magnet leakage has increased compared to circuit A. This increase occurs because the top poles (that form the air gap) and the bottom "plate" are closer together and comprise a larger area than they did in circuit A.

The obvious improvement and best circuit is shown in Figure 8-3C. With this arrangement, "interleg" leakage is eliminated but the pole-to-pole magnet section is *not* greater than it is in circuit A. However, C is still not necessarily the best circuit possible because:

1. Problems of *uniformity* in air-gap flux density may occur, since one one end surface of each permanent magnet is used as the gap surface. The composition of most permanent magnets is not sufficiently homogeneous to preclude possible variations in surface reluctance. Also, mechanically, it is poor practice in many applications to have the ends of a brittle material serve as the gap "faces." Usually, relatively thin, properly shaped pole pieces will assure uniform flux distribution without appreciably increasing leakage or fringing.

2. The magnets themselves are not shaped properly to minimize pole-to-pole leakage, as indicated by axiom (8).

Figure 8-4 illustrates the four methods of minimizing leakage flux, comparing poor arrangements with better arrangements in each case. The four methods of minimizing leakage are:

A. Optimizing the magnet shape.
B. Properly locating the magnet in the circuit.
C. Adding "blocking" poles to prevent the leakage flux from traversing a particular area.
D. Optimizing the inherent, heat-treat (or pressing) orientation of the basic magnet.

The principles on which A above and in Figure 8-4 are based are self-evident from the axioms covered previously. Method B has already been covered in detail in connection with Figure 8-3.

Blocking-pole principle C above and in Figure 8-4 is a relatively recent development that has been made possible by highly coercive, highly demagnetization-resistant materials such as the sintered ferrites. The illustration shows the blocking-pole principle applied to three common magnetic circuit configurations. In the top circuit, a major area of flux leakage occurs from the edges of the top pole piece to the bottom pole piece. *Extending the magnet beyond all of the edges of the pole pieces,*[1] permits the extended section, *which has*

1. In this figure, which is a side view of the assembly, only the back extension can be shown.

LEAKAGE AND FRINGING  53

COR-ITC056859

24

REDACTED

B

REDACTED

3

**Exhibit 3**

**Materials Considered**

Exh. 1:       U.S. Patent 5.452,159

Exh. 2 :      My CV, Patents and Publications

Exh. 3:       Materials Considered List

Exh. 4:       Amendment Dated January 21, 1991

Exh. 5:       Amendment Dated June 5, 1990

Exh. 6:       Dictionary of Computer Science, Engineering and Technology (2001)
              The Concise Oxford Dictionary of Current English (1990)

Exh. 7:       Dictionary of Advanced Manufacturing  Technology (1987)
              Webster's New World Dictionary (1984)

Exh. 8:       The Penguin WordMaster Dictionary (1987)
              The Random House Dictionary (1987)
              Oxford American Dictionary (1980)

Exh. 9:       Small Latch -- COR-ITC 000186, Big Latch -- COR-ITC 001138

Exh. 10:      Niss Deposition Transcript Excerpts

Exh. 11:      Bogy Deposition Transcript Excerpts

Exh. 12:      Seagate Preliminary List of Proposed Claims Construction Terms

Exh. 13:      Explanation of Modeling

Exh. 14:      Permanent Magnet Handbook on pp. 2-1 and 2-2 (1957)

Exh. 15:      COR-ITC 001278

- Seagate Technology LLC's ITC and Delaware Complaint and  Claim Charts
-Seagate Technology LLC's This Supplemental Responses to Interrogatory Nos. 5 & 6
-Deposition Transcripts and Exhibits to
        David Bogy
        David Niss
-The Cornice SE ("accused product")
-The expert report of Dr. Bogy and all documents referenced  or attached to it;

-Gitis's ITC Expert Reports and all documents cited and referenced;
-The Magnetic modeling performed by Dr. Ahmed Khebir at my direction;
- http://www.vizimag.com
-All other materials mentioned or referenced in this report
-All materials considered in the context of any other report

6

# DICTIONARY

## OF

# COMPUTER SCIENCE, ENGINEERING, AND TECHNOLOGY

### EDITOR-IN-CHIEF
## Phillip A. Laplante



**CRC Press**
Boca Raton   London   New York   Washington, D.C.

mechanical part feeder

**mechanical part feeder**    mechanical device for feeding parts to a robot with a specified frequency and orientation. They are classified as vibratory bowl feeders, vibratory belt feeders, and programmable belt feeders.

**mechanism**    an operating system function that can be used to implement many different policies without commitment to any specific policy.

**medial axis**    a concept used in the development of a morphological skeleton.

Let $X$ be a non-empty bounded set in a Euclidean space; assume that $X$ is topologically closed, in other words it contains its border $\partial X$. For every point $x$ in $X$, the Euclidean distance $d(x, X^c)$ of $x$ to the complement $X^c$ of $X$ is equal to the distance $d(x, \partial X)$ of $x$ to the border $\partial X$; let $B(x)$ be the closed ball of radius $d(x, \partial X)$ centered about $x$; it is the *greatest* closed ball centered about $x$ and included in $X$. The medial axis transfer is the operation transforming $X$ into its medial axis or distance skeleton $S(X)$ which can be defined in several ways:

1. $S(X)$ is the set of points $x$ such that $B(x)$ is not included in $B(y)$ for any other $y$ in $X$; in other words $B(x)$ is, among all balls included in $X$, maximal for the inclusion.

2. $S(X)$ is the set of points $x$ such that $B(x)$ intersects $\partial X$ in at least two points.

3. $S(X)$ is the set of points $x$ at which the distance function $f(x) = d(x, \partial X)$ is not differentiable.

These three definitions coincide up to closure, in the sense that the three skeletons that they define may be different, but have the same topological closure. When $X$ is connected and has a connected interior, its skeleton $S(X)$ is also connected and has the same number of holes as $X$. For digital figures and a digital distance $d$, one uses only the first definition: the skeleton $S(X)$ is the set of centers of maximal "balls" (in the sense of distance $d$) included in $X$; but then the skeleton of a connected set is no longer guaranteed to be connected. *See* distance, morphological skeleton.

**medial axis transform (MAT)**    *See* medial axis.

**median filter**    a filter that takes the median of the various input signal components, or in the case of an image, the median of all the pixel intensity values within the neighborhood of the current pixel, the median being defined as the center value of the ordered signal components.

**medical imaging**    a multi-disciplinary field that uses imaging scanners to reveal the internal anatomic structure and physiologic processes of the body to facilitate clinical diagnoses. *See also* magnetic resonance imaging, positron emission tomography, and radiography.

**medium access control (MAC)**    the layer defined by the IEEE 802 committee that deals with specifics of each type of LAN (for instance, token passing protocols on token passing LANs).

**medium scale integration (MSI)**    an early level of integration circuit fabrication that allowed approximately between 12 and 100 gates on one chip.

**megaflops (MFLOPS)**    millions of floating point operations per second. Usually applied as a measurement of the speed of a computer when executing scientific problems and describes how many floating point operations were executed in the program.

**member**    a named component of a composite object. *See also* field, record, structure.

**member function**    in object-oriented programming, a member function is the C++ name for a method defined inside the class that can operate freely on the data members. The main characteristic of member functions is the hiding of internal class architecture and design, providing interface to data and functionalities provided by the class.

**member of a class**    in the intentional meaning, members of a class are its attributes. Extensionally, they are its instances, objects.

**member record**    the record on the N-side of a relationship in the network model.

302



# The CONCISE OXFORD DICTIONARY of Current English

FIRST EDITED BY
H. W. Fowler and F. G. Fowler

EIGHTH EDITION
EDITED BY R. E. ALLEN

CLARENDON PRESS · OXFORD
1990

Oxford University Press, Walton Street, Oxford OX2 6DP

Oxford New York Toronto
Delhi Bombay Calcutta Madras Karachi
Petaling Jaya Singapore Hong Kong Tokyo
Nairobi Dar es Salaam Cape Town
Melbourne Auckland

and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1964, 1976, 1982, 1990

Published in the United States by
Oxford University Press, New York

First edition 1911
New edition (revised) 1929
Third edition (with Addenda) 1934
Fourth edition 1951
Fifth edition 1964
Sixth edition 1976
Seventh edition 1982
Eighth edition 1990

British Library Cataloguing Data
The concise Oxford dictionary of current English.—8th ed.
1. English language—Dictionaries
I. Allen, R. E. (Robert Edward), 1944–423
ISBN 0-19-861243-5 thumb index
ISBN 0-19-861200-1 plain

Library of Congress Cataloging Data
The Concise Oxford dictionary of current English.—8th ed./edited by R. E. Allen.
p. cm.
'First edited by H. W. Fowler and F. G. Fowler.'
ISBN 0-19-861200-1: £10.95.—ISBN 0-19-861243-5 (thumb index)
1. English language—Dictionaries. I. Allen, R. E. II. Fowler,
H. W. (Henry Watson), 1858–1933. III. Fowler, F. G. (Francis
George), 1870–1918.
PE1628.C68 1990
423—dc20 89-72114 CIP

Printed in the United States of America

this type. 3 language, behaviour, or an occurrence suggestive of this. 4 *hist.* a play with songs interspersed and with orchestral music accompanying the action. □□**melodramatic** /-drə'mætɪk/ *adj.* □□**melodramatically** /-drə'mætɪklɪ/ *adv.* **melodramatize** /-drɑːmətaɪz/ *v.* **melodramatize** /-drɑːmə,taɪz/ *v.tr.* (also -ise). [earlier *melodrame* f. F *mélodrame* f. Gk *melos* music + F *drame* DRAMA]

**melodramatics** /-melə'dræmɪks/ *n.pl.* melodramatic behaviour, action, or writing.

**melody** /'melədɪ/ *n.* (*pl.* -ies) 1 an arrangement of single notes in a musically expressive succession. 2 the principal part in harmonized music. 3 a musical arrangement of words. 4 sweet music, tunefulness. [ME f. OF *melodie* f. LL *melodia* f. Gk *melōidia* f. *melos* song]

**melon** /'melən/ *n.* 1 the sweet fruit of various gourds. 2 the gourd producing this (*honeydew melon*; *water melon*). □□ the melons 1 decide a question. 2 share abundant profits among a number of people. [ME f. OF f. LL *melo* -onis abbr. of L *melopepo* f. Gk *mēlopepōn* f. *mēlon* apple + *pepōn* gourd f. *pepōn* ripe]

**melt** /melt/ *v.* & *n.* — *v.* 1 *intr.* become liquefied by heat. 2 *tr.* change to a liquid condition by heat. 3 *tr.* (as *molten adj.*) (usu. of materials that require a great deal of heat to melt them) liquefied by heat (*molten lava*; *molten lead*). 4 a *intr.* & *tr.* dissolve. b *intr.* (of food) be easily dissolved in the mouth. 5 *intr.* — *a* (of a person, feelings, the heart, etc.) be softened as a result of pity, love, etc. b dissolve into tears. 6 *tr.* soften (a person, feelings, the heart, etc.) □□ look to. 6 *melt a heart of stone*. 7 *intr.* foll. by *into* change or merge imperceptibly into another form or state (*night melted into dawn*). 8 *intr.* (often foll. by *away*) (of a person) leave or disappear unobtrusively (*melted into the background*; *melted away into the crowd*). 9 *intr.* (usu. as **melting** *adj.*) (of sound) be soft and liquid (*melting chords*). 10 *intr.* *colloq.* (of a person) suffer extreme heat (*I'm melting in this thick jumper*). — *n.* 1 liquid metal etc. 2 an amount melted at any one time. 3 the process or an instance of melting. □□ **melt away** disappear or make disappear by liquefaction. **melt down** 1 melt (esp. metal articles) in order to reuse the raw material. 2 become liquid and lose structure (cf. MELTDOWN). **melting-point** the temperature at which any given solid will melt. **melting-pot** 1 a pot in which metals etc. are melted and mixed. 2 a place where races, theories, etc. are mixed, or an imaginary pool where ideas are mixed together. **melt-water** water formed by the melting of snow and ice, esp. from a glacier. □□ **meltable** *adj.* & *n.* **melter** *n.* **meltingly** *adv.* [OE *meltan*, *mieltan* f. Gmc, rel. to MALT]

**meltdown** /'meltdaʊn/ *n.* the melting of (and consequent damage to) a structure, esp. the overheated core of a nuclear reactor.

**melton** /'meltən/ *n.* cloth with a close-cut nap, used for overcoats etc. [*Melton Mowbray* in central England]

**member** /'membər/ *n.* 1 a person belonging to a society, team, etc. 2 (**Member**) a person formally elected to take part in the proceedings of certain organizations (*Member of Parliament*; *Member of Congress*). 3 a (also *attrib.*) a part or branch of a political body (*member State*; a *member of the EEC*). 4 a constituent portion of a complex structure. 5 a part of a sentence, equation, group of figures, mathematical set, etc. 6 a any part or organ of the body, esp. a limb. b = PENIS. 7 used in the title awarded to a person admitted to (him, to the lowest grade of) certain honours (*Member of the British Empire*). □□ **membered** *adj.* (also in *comb.*). **memberless** *adj.* [ME f. OF *membre* f. L *membrum* limb]

**membership** /'membəʃɪp/ *n.* 1 being a member. 2 the number of members. 3 the body of members.

**membrane** /'membreɪn/ *n.* 1 any pliable sheetlike structure acting as a boundary, lining, or partition in an organism. 2 a thin pliable sheet or skin of various kinds. □□ **membranaceous** /,membrə'neɪʃəs/ *adj.* **membranous** /'membrənəs/ *adj.* **membranous** /'membrənəs/ *adj.* [L *membrana* skin of body, parchment (as MEMBER)]

**membrum virile** /membrəm vɪ'raɪlɪ/ *n.* *archaic* the penis. [L = male member]

**memento** /mɪ'mentəʊ/ *n.* (*pl.* -oes or -os) an object kept as a reminder or a souvenir of a person or an event. [L imper. of *meminisse* remember]

**memento mori** /mɪ,mentəʊ 'mɔːrɪ, -raɪ/ *n.* a warning or reminder of death (e.g. a skull). [L = remember you must die]

**memo** /'meməʊ/ *n.* (*pl.* -os) *colloq.* memorandum. [abbr.]

**memoir** /'memwɑː(r)/ *n.* 1 a historical account or biography written from personal knowledge or special sources. 2 (in *pl.*) an autobiography or a written account of one's memory of certain events or people. 3 an essay on a learned subject specially studied by the writer. b (in *pl.*) the proceedings or transactions of a learned society (*Memoirs of the American Mathematical Society*). □□ **memoirist** *n.* [F *mémoire* (masc.), special use of *mémoire* (fem.) MEMORY]

**memorabilia** /,memərə'bɪlɪə/ *n.pl.* 1 souvenirs of memorable events. 2 *archaic* memorable or noteworthy things. [L, neut. pl. (as MEMORABLE)]

**memorable** /'memərəb(ə)l/ *adj.* 1 worth remembering, not to be forgotten. 2 easily remembered. □□ **memorability** /-'bɪlɪtɪ/ *n.* **memorableness** *n.* **memorably** *adv.* [ME f. F *mémorable* or L *memorabilis* f. *memorare* bring to mind f. *memor* mindful]

**memorandum** /,memə'rændəm/ *n.* (*pl.* -da /-də/ or **memorandums**) 1 a note or record made for future use. 2 an informal written message, esp. in business, diplomacy, etc. 3 *Law* a document recording the terms of a contract or other legal details. [ME f. L neut. sing. gerundive of *memorare*: see MEMORABLE]

**memorial** /mɪ'mɔːrɪəl/ *n.* & *adj.* — *n.* 1 an object, institution, or custom established in memory of a person or event (*the Albert Memorial*). 2 (often in *pl.*) *hist.* a statement of facts as the basis of a petition etc.; a record; an informal diplomatic paper. — *adj.* intending to commemorate a person or thing (*memorial service*). □□ **Memorial Day** US a day on which those who died on active service are remembered, usu. the last Monday in May. □□ **memorialist** *n.* [ME f. OF *memorial* or L *memorialis* (as MEMORY)]

**memorialize** /mɪ'mɔːrɪəˌlaɪz/ *v.tr.* (also -ise) 1 commemorate. 2 address a memorial to (a person or body).

**memoria technica** /mɪ,mɔːrɪə 'teknɪkə/ *n.* a system or contrivance used to assist the memory. [mod.L = artificial memory]

**memorize** /'meməˌraɪz/ *v.tr.* (also -ise) commit to memory. □□ **memorizable** *adj.* **memorization** /-'zeɪʃ(ə)n/ *n.* **memorizer** *n.*

**memory** /'memərɪ/ *n.* (*pl.* -ies) 1 the faculty by which things are recalled to or kept in the mind. 2 a this faculty in an individual (*my memory is beginning to fail*). b one's store of things remembered (*buried deep in my memory*). 3 a recollection or remembrance (*the memory of better times*). 4 the storage capacity of a computer or other electronic machinery. 5 the remembrance of a person or thing (*his mother's memory haunted him*). 6 the reputation of a dead person (*his memory lives on*). b in formulaic phrases used of a dead sovereign etc. (*of blessed memory*). 7 the length of time over which the memory or the memory of any given person or group extends (*within the memory of anyone still working here*). 8 the act of remembering (*a deed worthy of memory*). □□ **commit to memory** learn (a thing) so as to be able to recall it.

7

DICTIONARY OF

# *Advanced*

# *Manufacturing*

# *Technology*

## *V. Daniel Hunt*

President, Technology Research Corporation



**Elsevier**

New York • Amsterdam • London

This book was prepared as an account of work sponsored by Elsevier Science Publishing Co., Inc. Neither Elsevier Science Publishing Co., Inc. nor Technology Research Corporation, nor any of its employees, nor any of their contractors, subcontractors, consultants, or their employees, makes any warranty, expressed or implied, or assumes any legal liability or responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product or process disclosed, or represents that its use would not infringe on privately owned rights.

The views, opinions, and conclusions in this book are those of the author and do not necessarily represent those of the United States Government.

Public domain information and those documents abstracted or used in full, edited, or otherwise used are noted in the acknowledgments or on specific pages or illustrations.

Cover photograph courtesy of Allen-Bradley, a Rockwell International company.

Elsevier Science Publishing Co., Inc.
52 Vanderbilt Avenue, New York, New York 10017

Distributors outside the United States and Canada:
Elsevier Science Publishers B.V.
P.O. Box 211, 1000 AE Amsterdam, the Netherlands

© 1987 by Elsevier Science Publishing Co., Inc.

This book has been registered with the Copyright Clearance Center, Inc. For further information, please contact the Copyright Clearance Center, Inc., Salem, Massachusetts.

Library of Congress Cataloging in Publication Data

Hunt, V. Daniel.
  Dictionary of advanced manufacturing technology.

  Bibliography: p.
  1. Computer integrated manufacturing systems—Dictionaries. 2. CAD/CAM systems—Dictionaries. I. Title.
TS155.6.H85  1987      670'.28'5      87-20123
ISBN 0-444-01208-7

Current printing (last digit)
10 9 8 7 6 5 4 3 2 1

Manufactured in the United States of America

**switch core**

A core in which the magnetic material generally has a high residual flux density and a high ratio of residual to saturated flux density, with a threshold value of magnetizing force below which switching does not occur.

**switched line**

A telephone line that is connected to the switched telephone network.

**switched network**

A multipoint network that has circuit-switching capabilities. The telephone network is a switched network, as are telex and TWX.

**switching**

The action of turning on and off a device.

**symbol**

Any recognizable sign, mark, shape, or pattern used as a building block for designing meaningful structures. A set of primitive graphic entities (line, point, arc, circle, text, and others) that form a construction that can be expressed as one unit and assigned a meaning. Symbols may be combined or nested to form larger symbols and/or drawings. They can be as complex as an entire PC board or as simple as a single element, such as a pad. Symbols are commonly used to represent physical things. For example, a particular graphic shape may be used to represent a complete device or a certain kind of electrical component in a schematic. To simplify the preparation of drawings of piping systems and flow diagrams, standard symbols are used to represent various types of fittings and components in common use. Symbols are also basic units in a language. The recognizable sequence of characters END may inform a compiler that the route it is compiling is completed. A combination of characters and check characters, as required, that form a complete scannable entity. Cluster of objects or primitives that some programs treat as an entity, rather than a collection of entities.

**symbol density**

The number of characters per linear inch.

**symbolic**

Relating to the substitution of abstract representations (symbols) for concrete objects.

**symbolic address**

An address expressed in symbols that are convenient to the programmer.

**symbolic coding**

Broadly, any coding system in which symbols other than actual machine operations and address are used.

**symbolic control**

Pertaining to control by communication of discrete alphanumeric or pictorial symbols that are not physically isomorphic, with the variables being controlled, usually by a human operator.

**symbolic description**

Noniconic scene descriptions, such as graph representations.

**symbolic inference**

The process by which lines of reasoning are formed, for example, syllogisms and other common ways of reasoning step-by-step from premises. In the real world, knowledge and data—premises—are often inexact. Thus, some inferences procedures can use degrees of uncertainty in their inference making. In an expert system, the inference subsystem works with the knowledge in the knowledge base. The inference subsystem in an expert system is one of three necessary to achieve expert performance; the other two subsystems are the knowledge base management subsystem and the human interface subsystem.

**symbolic language**

A language that is convenient for the programmer because it uses mnemonic terms that are easy to remember. Once the program has been written in symbolic language, it must be converted to absolute language using a *processor program*.

**symbolic name**

A data field identifier synonymous with symbolic address. The programmer creates symbolic names; the computer changes these symbolic names into storage addresses. FORTRAN and BASIC call the symbolic name a variable.

**symbolic processing**

Using computers to manipulate symbols, in contrast to traditional numeric processing. Symbolic processing is the basis of AI programming.

**symbol length**

The length of the symbol measured from the beginning of the quiet area to the start character to the end of the quiet area adjacent to a stop character.

YOLO COUNTY LIBRARY
373 N. COLLEGE ST.
WOODLAND, CA. 95695

SECOND COLLEGE EDITION



# WEBSTER'S
# NEW WORLD
# DICTIONARY

## OF THE AMERICAN LANGUAGE

423
Web
1984
c.1

DAVID B. GURALNIK, *Editor in Chief*

SIMON AND SCHUSTER

WEBSTER'S NEW WORLD DICTIONARY
SECOND COLLEGE EDITION, Deluxe Color Edition

Copyright © 1970, 1972, 1974, 1976, 1978, 1979, 1980, 1982 and 1984
by Simon & Schuster, Inc.
Full Color Plates Copyright © 1972 by Simon & Schuster, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by New World Dictionaries/Simon and Schuster
A Division of Simon & Schuster, Inc.
Rockefeller Center
1230 Avenue of the Americas
New York, New York 10020
SIMON and SCHUSTER, TREE OF KNOWLEDGE, WEBSTER'S NEW WORLD, and
colophons are trademarks of Simon & Schuster, Inc.

*Dictionary Editorial Offices: New World Dictionaries.*
*850 Euclid Avenue, Cleveland, Ohio 44114.*

Manufactured in the United States
6  7  8  9  10

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's new world dictionary of the American language.

    1. English language—Dictionaries. 2. Americanisms.
I. Guralnik, David Bernard, 1920–
PE1625.W34   1983b        423        83-20232
ISBN 0-671-41814-9

Previous editions of this book were published by The World Publishing
Company, William Collins-World Publishing Co., Inc. and William Collins
Publishers, Inc.

activity **—adj.** of, in, or playing swing (music) **—in full swing** 1. in complete and active operation 2. going on without reserve or restraint **—swing round the circle** a political campaign tour

**SYN.—swing** suggests the to-and-fro motion of something that is suspended, hinged, pivoted, etc. so that it is free to sway or swivel at the point or points of attachment (a *swinging door*); **sway** describes the swinging motion of something flexible or self-balancing, whether attached or unattached, in yielding to pressure, weight, etc. (branches *swaying* in the wind); to oscillate is to swing back and forth, within certain limits, in the manner of a pendulum; **vibrate** suggests the rapid, regular, back-and-forth motion of a plucked, taut string and is applied in physics to a similar movement of the particles of a fluid or elastic medium (*sound vibrations*); **fluctuate** implies continual, irregular alternating movements and is now most common in its extended sense (*fluctuating prices*); **undulate** implies a gentle wavelike motion or form (*undulating land*)

**swing bridge** a bridge that can be swung back in a horizontal plane to allow tall vessels, etc. to pass

**swing-by** (-bī´) *n.* a flight path of a spacecraft using the gravitational field of an intermediate planet or the destination planet to achieve a desired change in course or orbit

**swinge** (swinj) *vt.* **swinged, swinge´ing** [ME. *swengen* < OE. *swengan*, caus. of *swingan*, to SWING] [Archaic] to punish with blows; beat; whip

**swinge·ing** (-in) *adj.* [prp. of prec.: cf. STRAPPING] [Brit. Colloq.] 1. huge; very large 2. extremely good; first-rate

**swing-er** (swiŋ´ər) *n.* 1. one that swings **☆**2. [Slang] a person who is sophisticated, ultra-fashionable, active, uninhibited, etc., esp. in the pursuit of pleasure

**swing-er** (swiŋ´ər) *n.* 1. [Obs.] a powerful fellow 2. [Brit. Colloq.] something huge

**swing·ing** (swiŋ´iŋ) *adj.* 1. that swings 2. done with a swing **☆**3. [Slang] lively, sophisticated, ultra-fashionable, etc. **—swing´ing·ly** *adv.*

**swinging door** a door hung so that it can be opened in either direction and swings shut by itself

**swin·gle** (swiŋ´g'l) *vt.* **-gled, -gling** [ME. *swinglen* < MDu. *swinghelen* < *swinghel*, a swingle; see the *n.*] to clean (flax or hemp) by beating or scraping with a swingle **—n.** [ME. < OE. *swingele* & MDu. *swinghel*: for IE. base see SWING] 1. a wooden, swordlike tool used to clean flax or hemp by beating or scraping 2. the swiple of a flail

**swin·gle-tree** (-trē´) *n.* same as SINGLETREE

**swing shift** [Colloq.] the evening work shift in some factories, from about midafternoon to about midnight

**swin·ish** (swīn´ish) *adj.* [ME. *swinisch*] of, like, fit for, or characteristic of swine; beastly, piggish, coarse, etc.: **—swin´ish·ly** *adv.* **—swin´ish·ness** *n.*

**swink** (swiŋk) *n., vi.* **swank, swunk·en** [ME. *swinken* < OE. *swincan*: for IE. base see SWING] [Archaic] labor; toil

**swipe** (swīp) *n.* [prob. var. of SWEEP] 1. a lever or handle 2. [Colloq.] a hard, sweeping blow **☆**3. [Colloq.] a groom for horses, esp. at a race track **—vt. swiped, swip´ing** 1. [< ON. *svipa*, to whip, make a swift motion, akin to SWOOP] [Colloq.] to hit with a hard, sweeping blow **☆**2. [Slang] to steal; pilfer **—vi.** to make a sweeping blow or stroke **—SYN.** see STEAL

**swipes** (swīps) *n.pl.* [< SWIPE, in obs. sense of "gulp down"] [Brit. Colloq.] beer, esp. weak or inferior beer

**swi·ple, swip·ple** (swip´'l) *n.* [ME. *swepyl* < *swepen*, to SWEEP] the part of a flail that strikes the grain in threshing

**swirl** (swurl) *vi.* [ME. (Scot.) *swyrl*, prob. < Norw. dial. *svirla*, freq. of *sverra*, to whirl: for IE. base see SWARM] 1. to move with a twisting, whirling motion; eddy 2. to swim, or be dizzy, as the head **—vt.** to cause to swirl; whirl **—n.** 1. a swirling motion; whirl; eddy 2. something having a twisting, curving form; twist; curl; whirl; whorl 3. dizzy confusion **—swirl´ing·ly** *adv.*

**swirl-y** (swur´lē) *adj.* 1. full of swirls 2. [Scot.] tangled

**swish** (swish) *vi.* [echoic] 1. to move with a sharp, hissing sound; as a cane swung through the air 2. to rustle, as skirts in walking **—vt.** 1. to cause to swish 2. to whip or flog **—n.** 1. a hissing or rustling sound 2. a movement, etc. that makes this sound **☆**3. [Slang] an effeminate male homosexual **—adj.** 1. [Chiefly Brit. Colloq.] fashionable **☆**2. [Slang] of, like, or for effeminate male homosexuals

**swish-y** (-ē) *adj.* **swish´i·er, swish´i·est** 1. making a hissing or rustling sound **☆**2. [Slang] designating, of, like, or for effeminate male homosexuals

**Swiss** (swis) *adj.* [Fr. *Suisse* < MHG. *Swīz*] of Switzerland, its people, or its culture **—n.** 1. *pl.* **Swiss** a native or inhabitant of Switzerland 2. [s-] a type of sheer fabric: see DOTTED SWISS **—the Swiss** the people of Switzerland

**Swiss chard** same as CHARD

**Swiss** (cheese) [orig. made in Switzerland] a white or pale-yellow hard cheese with many large holes

**Swiss Guards** a corps of Swiss mercenary soldiers, esp. those hired as Vatican bodyguards to the Pope

**☆Swiss steak** a thick cut of steak, esp. round steak, pounded with flour, browned, and cooked slowly, usually with a sauce of tomatoes, onions, etc.

**switch** (swich) *n.* [Early ModE, *swits*, prob. < MDu. or LowG., as in MDu. *swick*, a whip, akin to ON. *sveigr*, a flexible stalk: for IE. base see SWOOP] 1. a thin, flexible twig, rod, stick, etc., esp. one used for whipping 2. the bushy part of the tail in some animals, as the cow 3. a

tress of detached, sometimes false, hair bound at one end and used by women as part of a coiffure 4. an abrupt, sharp, lashing movement, as with a switch 5. a device used to open, close, or divert an electric circuit 6. *a)* a movable section of railroad track used in transferring a train from one set of tracks to another *b)* the act or process of changing the position of such a track **☆**c) same as SIDING (sense 2) 7. a shift or transference, esp. if sudden or unexpected **—vt.** 1. to whip or beat with or as with a switch 2. to jerk or swing sharply; lash (a cow *switching* its tail) 3. to shift; transfer; change; turn aside; divert **☆**4. *a)* to operate the switch of (an electric circuit) so as to connect, disconnect, or divert *b)* to turn (an electric light or appliance) on or off in this way **☆**5. to transfer (a railroad train or car) from one set of tracks to another by use of a switch; shunt 6. [Colloq.] to change or exchange (to *switch* places) **—vi.** 1. to move from or as from one set of tracks to another 2. to shift; transfer; change 3. to swing sharply; lash **—switch´er** *n.*

**switch-back** (-bak´) *n.* 1. a road or railroad following a zigzag course up a steep grade 2. [Brit.] same as ROLLER COASTER

**switch-blade knife** (-blād´) a large jackknife that snaps open when a release button on the handle is pressed

**☆switch-board** (-bôrd´) *n.* a board or panel equipped with apparatus for controlling the operation of a system of electric circuits, as in a telephone exchange

**☆switch cane** a small bamboo (*Arundinaria tecta*) native to the SE U.S.

**☆switch-hit-ter** (-hit´ər) *n.* a baseball player who bats sometimes right-handed and sometimes left-handed

**switch-man** (-mən) *n., pl.* **-men** (-mən) a railroad employee who operates switches

**☆switch-yard** (-yärd´) *n.* a railroad yard where cars are shifted from one track to another by means of a system of switches, as in making up trains

**Swith-in, Swith-un** (swith´ən, swith´-), Saint 800?–862? A.D.; Eng. prelate: his day is July 15

**Switz.** Switzerland

**Switz-er** (swit´sər) *n.* [MHG. < *Swīz*, *Swīts*, Switzerland] 1. a Swiss 2. a Swiss mercenary soldier

**Switz-er-land** (swit´sər·lənd) country in WC Europe, in the Alps: 15,941 sq. mi.; pop. 6,036,000; cap. Bern: Ger. name, SCHWEIZ, Fr. name, SUISSE

**swiv-el** (swiv´'l) *n.* [ME. *swivel* < base of OE. *swifan*, to revolve, turn: for IE. base see SWIFT] a coupling device that allows free turning of the parts attached to it; specif., a chain link made in two parts, one piece fitting like a collar below the bolt head of the other and turning freely about it **—vt. -eled or -elled, -el-ing or -el-ling** 1. to cause to turn or rotate on or as if on a swivel 2. to fit, fasten, or support with a swivel **—vi.** to turn on or as if on a swivel

**swivel chair** a chair whose seat turns horizontally on a pivot in the base



SWIVEL CHAIR

**swiv-et** (swiv´ət) *n.* [< ?] [Dial. or Colloq.] a condition of irritation, exasperation, annoyance, etc.

**swiz-zle** (swiz´'l) *n.* [< ?] any of several alcoholic drinks containing liquor, ice, etc.

**swizzle stick** a small rod for stirring mixed drinks

**swob** (swäb) *n., vt.* **swobbed, swob´bing** same as SWAB

**swol-len** (swō´lən) *alt. pp.* of SWELL **—adj.** increased in volume or size, as from inner pressure; blown up; distended; bulging

**swoon** (swōōn) *vi.* [ME. *swounen*, prob. back-formation < *swoweninge*, swooning < OE. *geswowen*, unconscious, pp. of *swogan* < ?] 1. to faint 2. to feel strong, esp. rapturous emotion **—n.** an act or instance of swooning **—swoon´er n. —swoon´ing-ly** *adv.*

**swoop** (swōōp) *vi.* [ME. *swopen* < OE. *swapan*, to sweep along, rush, akin to G. *schweifen*, ON. *sveipa*: for IE. base see SWIFT] to snatch (*up*) or seize suddenly, with a sweeping movement **—vi.** to descend suddenly and swiftly, as a bird in hunting; pounce or sweep (*down* or *upon*) **—n.** the act of swooping or pouncing; sudden, violent descent

**swoosh** (swōōsh, swōōsh) *n., vi.* [echoic intens. of SWISH] to move, pour, etc. with, or as with, a sharp, rustling or whistling sound **—n.** such a sound

**swop** (swäp) *n., vt., vi.* **swopped, swop´ping** *var. sp.* of SWAP

**sword** (sôrd) *n.* [ME. < OE. *sweord*, akin to G. *schwert*, prob. < IE. base *swer-*, to cut, pierce] 1. a hand weapon having a long, sharp-pointed blade, usually with a sharp edge on one or both sides, set in a hilt; broadsword, rapier, saber, scimitar, etc. 2. *a)* the sword regarded as an instrument of death, destruction, etc. *b)* power; esp., military power *c)* the military class or profession *d)* war; warfare **—at swords' points** ready to quarrel or fight **—cross swords** 1. to fight 2. to argue violently **—put to the sword** 1. to kill with a sword or swords 2. to slaughter, esp. in war **—sword´like´** *adj.*

**sword bayonet** a short sword that can be mounted on a rifle for use as a bayonet

**sword belt** a belt from which a sword is hung

**sword cane** a weapon consisting of a sword or dagger concealed in a walking stick; also **sword stick**

8

THE PENGUIN

# WORDMASTER DICTIONARY

MARTIN H. MANSER AND

NIGEL D. TURTON



PENGUIN BOOKS

To David Loy and Yusandra

Penguin Books Ltd, Harmondsworth, Middlesex, England
Viking Penguin Inc., 40 West 23rd Street, New York, New York 10010, U.S.A.
Penguin Books Australia Ltd, Ringwood, Victoria, Australia
Penguin Books Canada Limited, 2801 John Street, Markham, Ontario, Canada L3R 1B4
Penguin Books (N.Z.) Ltd, 182–190 Wairau Road, Auckland 10, New Zealand

First published 1987

Copyright © Martin H. Manser and Nigel D. Turton, 1987
All rights reserved

This book includes some words which are or are asserted to be proprietary names. However,
the presence or absence of such assertions should not be regarded as affecting the legal
status of any proprietary name or trademark

——— Acknowledgements ———
The editors acknowledge their indebtedness to the following: Rod Nelleen; Paul R. Manser;
Gwyn Johnson; Dr J. M. Hill of the School of English, University of Leeds; Professor David
Crystal of University College of North Wales; Donald McFarlan; Rosalind Desmond; Lynn
Elias; and Rosalind Fergusson

Design by Tony Cattale Graphics
Typesetting by Creative Editors and Writers Ltd, Watford
Reproduced, printed and bound in Great Britain by
Hazell Watson & Viney Limited,
Member of the BPCC Group,
Aylesbury, Bucks.

Except in the United States of America,
this book is sold subject to the condition
that it shall not, by way of trade or otherwise,
be lent, re-sold, hired-out, or otherwise circulated
without the publisher's prior consent in any form of
binding or cover other than that in which it is
published and without a similar condition
including this condition being imposed
on the subsequent purchaser

or know. 3 take out seeds from (a fruit). 4 schedule (superior players) in a tournament so that they do not meet in early rounds. **go** or **run to seed 1** (of a plant) develop seed. **2** go to waste; degenerate. **seed-bed** *n* fine soil in which seeds are sown. **seed-cake** *n* a sweet cake containing esp. caraway seeds. **seedless** *adj* not having seeds. **seedling** *n* a young plant growing from a seed. **seed-pearl** *n* a small, often flawed pearl. **seed-potato** *n* a potato kept for planting. **seedsman** *n, pl* **seedsmen** someone who sows or deals in seeds. **seedy** *adj* **1** containing seeds. **2** shabby; squalid: *a seedy area*. **3** (*informal*) unwell; poorly. < Old English *sǣd*.

**seek** (si:k) *vb* **sought; seeking 1** look or search for; pursue. **2** aspire to; attempt: *seek fame*. **3** ask for; request: *seek advice*. **seek out** search very hard for. < Old English *sēcan*.

**seem** (si:m) *vb* look as if; appear to be. **seeming** *adj* apparent or illusory. < Scandinavian.

**seemly** ('si:mli) *adj* proper or fitting; in good taste. < Old Norse *sœmr* becoming.

**seen** (si:n) *see* **see**¹.

**seep** (si:p) *vb* ooze or leak through small openings. **seepage** *n* < Old English *sipan*.

**see-saw** ('si:,so:) *n* **1** a plank balanced in the middle for someone to sit at each end, pushing alternately with the feet so that they rise and fall with the plank, esp. used as a game for children. **2** any frequently repeated up-and-down or back-and-forth movement. ~*vb* **3** play see-saw or have this movement; **2** alternate; vacillate. < probably *saw*¹.

**seethe** (si:ð) *vb* **1** be extremely agitated: *seething with anger*. **2** bubble or churn as if boiling. < Old English *sēothan*.

**segment** ('segmant) *n* a piece of something separated, cut, or marked off. **segmented** *adj* < Latin *secare* to cut.

**segregate** ('segri,geit) *vb* **1** set apart; isolate. **2** separate (different groups of people), esp. according to race. **segregation** *n* **segregationist** *n* < Latin *se-* apart + *grex* herd.

**seismic** ('saizmik) *adj* of or caused by earthquakes or artificially produced vibrations in the earth. **seismograph** *n* an instrument used for measuring and recording vibrations in the earth. < Greek *seiein* to shake.

**seize** (si:z) *vb* **1** take hold of eagerly or by force; grab. **2** take possession of by

force, esp. with legal authority. **3** affect suddenly and dramatically: *seized by fear*. **4** also **seize up** (of a machine or moving parts within it) become stuck or jammed through pressure, heat, or friction. **seize on** lay hold of eagerly to make use of: *She seized on the plan*. **seizure** *n* **1** seizing or being seized. **2** a sudden attack of a recurrent disease, for example, epilepsy. < of Germanic origin.

**seldom** ('seldam) *adv* rarely; infrequently. < Old English *seldan*.

**select** (si'lekt) *vb* choose according to preference; pick out. ~*adj* **1** chosen for value or quality. **2** (of a club or society) fastidious in its choice of members; exclusive. **select committee** a temporary committee appointed to look into one special matter. **selection** *n* **1** selecting or being selected. **2** a range of things to be chosen from. **selective** *adj* carefully chosen or choosing. **selectively** *adv* **selectivity** *n* **selector** *n* **1** someone or something that chooses. **2** someone who picks members for a sports team. **3** a switching device that connects an electrical circuit with another in an automatic telephone system. < Latin *se-* without + *legere* to choose.

**self** (self) *n, pl* **selves 1** the body and mind of an individual. **2** someone's character, or an aspect of this: *back to her old self*. **3** one's own interest, advantage, or welfare: *She always puts self first*. **4** (*humorous*) myself, yourself, etc.: *seats for self and friend*. ~*adj* the same throughout, esp. in colour or material. < Old English.

**self-** (self) *prefix* of, by, to, for, or in oneself or itself. **self-addressed** *adj* (of an envelope) for a reply addressed to oneself. **self-assertive** *adj* confident or opinionated. **self-assurance** *n* confidence in oneself. **self-assured** *adj* **self-catering** *adj* supplied with accommodation and cooking facilities but not meals, esp. on holiday. **self-centred** *adj* concerned mostly with oneself; egotistical. **self-confidence** *n* faith in one's own abilities. **self-confident** *adj* **self-conscious** *adj* ill at ease because of being observed or noticed by others. **self-consciousness** *n* **self-contained** *adj* **1** complete in itself. **2** keeping one's thoughts and feelings to oneself; reserved. **self-control** *n* the ability to control one's impulses and emotions. **self-controlled** *adj* **self-defeating** *adj* frustrating its own success. **self-defence** *n* defending or justifying

# OXFORD AMERICAN DICTIONARY

YOLO COUNTY LIBRARY
370 Court Street
Woodland, CA 95695
(916) 666-8329

EUGENE EHRLICH

STUART BERG FLEXNER    GORTON CARRUTH

JOYCE M. HAWKINS

Ref
423
Oxf
c.2

New York   Oxford
OXFORD UNIVERSITY PRESS
1980

Copyright © 1980 by Oxford University Press, Inc.
Based on *The Oxford Paperback Dictionary*
© 1979 Oxford University Press

Library of Congress Cataloging in Publication Data
Oxford American dictionary.
1.   English language—Dictionaries.
2.   English language in the United States.
PE2835.09   423   80–16510   ISBN 0–19–502795–7

Printed in the United States of America

cally with floats at the top and weights at the bottom, the ends being drawn together to enclose fish as it is hauled ashore. **seine** v. (**seined, sein·ing**) to fish or catch with a seine. **sein'er** n.

**seism** (sɪ-zĕm) n. an earthquake.

**seis·mic** (sɪz-mĭk) adj. of an earthquake or earthquakes. **seis'mi·cal·ly** adv. **seis·mic·i·ty** (sɪz-mĭs-ĭ-tee) n.

**seis·mo·gram** (sɪz-mŏ-gram) n. a record given by a seismograph.

**seis·mo·graph** (sɪz-mŏ-graf) n. an instrument for detecting, recording, and measuring earthquakes. **seis·mog·ra·phy** (sɪz-mog-rǎ-fee) n. **seis·mo·graph·ic** (sɪz-mŏ-graf-ĭk) adj.

**seis·mog·ra·pher** (sɪz-mog-rǎ-fĕr) n. an expert in the use of seismographs.

**seis·mol·o·gist** (sɪz-mŏl-ŏ-jist) n. an expert in seismology.

**seis·mol·o·gy** (sɪz-mŏl-ŏ-jee) n. the study of earthquakes and their phenomena. **seis·mo·log·i·cal** (sɪz-mŏ-loj-ĭ-kǎl) adj.

**seis·mom·e·ter** (sɪz-mom-ĕ-tĕr) n. an instrument showing the force, direction, etc. of an earthquake by measuring the actual movement of the ground. **seis·mo·met·ric** (sɪz-mŏ-met-rĭk) adj.

**seize** (seez) v. (**seized, seiz·ing**) 1. to take hold of (a thing) forcibly or suddenly or eagerly. 2. to take possession of (a thing) forcibly or by legal right, *seize smuggled goods*. 3. to have a sudden overwhelming effect on, *panic seized us; the swimmer was seized by a cramp*. □**seize on,** to make use of (an excuse etc.) eagerly.

**sei·zure** (see-zhŏr) n. 1. seizing, being seized. 2. a sudden attack of epilepsy or apoplexy etc.

**sel.** *abbr.* 1. select. 2. selected. 3. selection.

**sel·dom** (sel-dŏm) adv. rarely, not often.

**se·lect** (sĭ-lĕkt) v. to pick out as best or most suitable. **select** adj. 1. chosen for excellence. 2. (of a society) exclusive, admitting only certain people as members. **se·lec'tor** n. **se·lec'tor** n. □**select committee,** a small committee appointed to make a special investigation.

**se·lect·ee** (sĭ-lĕk-tee) n. a conscript.

**se·lec·tion** (sĭ-lĕk-shŏn) n. 1. selecting, being selected. 2. the people or things selected. 3. a collection of things from which a choice can be made, *they stock a large selection of goods.*

**se·lec·tive** (sĭ-lĕk-tĭv) adj. chosen or choosing carefully. **se·lec'tive·ly** adv. **se·lec·tiv·i·ty** (sĭ-lĕk-tĭv-ĭ-tee) n. □**selective service,** a U.S. government system for selecting personnel for compulsory military service.

**se·lect·man** (sĭ-lĕkt-mǎn) n. (pl. **-men,** pr. **-mĕn**) an elected officer in a New England town.

**sel·e·nite** (sĕl-ĕ-nɪt) n. a gypsum occurring as transparent crystals or thin plates.

**se·le·ni·um** (sĭ-lee-nĭ-ŭm) n. a nonmetallic element of the sulfur group that varies in its electrical resistivity with the intensity of its illumination.

**sel·e·nog·ra·phy** (sĕl-ĕ-nog-rǎ-fee) n. the study of or mapping of the moon. **sel·e·nog'ra·pher** n.

**sel·e·nol·o·gy** (sĕl-ĕ-nol-ŏ-jee) n. the scientific study of the moon.

**self** (self) n. (pl. **selves,** pr. selvz) 1. a person as an individual, *one's own self*. 2. a person's special nature; *she is her old self again*, has regained her former personality. 3. one's own interests or advantage or pleasure, *always puts self first*. **self** adj. of the same color or material as that used for the whole, *a choice with self belt*.

**self-** *prefix* meaning of or to or done by oneself or itself, as in *self-accuser, self-explanatory, self-inflicted*.

**self-ab·ne·ga·tion** (self-ab-nĕ-gay-shŏn) n. self-denial.

**self-act·ing** (self-ak-tĭng) adj. automatic.

**self-ad·dressed** (self-ǎ-drest) adj. (of an envelope for containing a reply) addressed to oneself.

**self-ag·gran·dize·ment** (self-ǎ-gran-dĭz-mĕnt) n. an increase of one's own power, rank, wealth, etc. **self-ag'gran'diz·ing** adj.

**self-as·ser·tive** (self-ǎ-sur-tĭv) adj. asserting oneself confidently. **self-as·ser'tive·ness** n.

**self-as·sured** (self-ǎ-shoord) adj. self-confident.

**self-cen·tered** (self-sen-tĕrd) adj. thinking chiefly of oneself or one's own affairs, selfish. **self-cen'tered·ly** adv. **self-cen'tered·ness** n.

**self-com·mand** (self-kŏ-mand) n. self-control.

**self-con·fessed** (self-kŏn-fest) adj. openly admitting oneself to be, *a self-confessed glutton*.

**self-con·fi·dent** (self-kon-fĭ-dĕnt) adj. having confidence in one's own abilities. **self-con'fi·dence** n.

**self-con·grat·u·la·tion** (self-kŏn-grach-ŭ-lay-shŏn) n. an expression or feeling of satisfaction with oneself. **self-con·grat·u·la·to·ry** (self-kŏn-grach-ŭ-lǎ-tohr-ee) adj.

**self-con·scious** (self-kon-shŭs) adj. embarrassed or unnatural in manner from knowing that one is being observed by others. **self-con'scious·ly** adv. **self-con'scious·ness** n.

**self-con·tained** (self-kŏn-taynd) adj. 1. complete in itself. 2. (of a person) able to do without the company of others. reserved.

**self-con·trol** (self-kŏn-trohl) n. ability to control one's behavior and not act emotionally. **self-con·trolled'** adj.

**self-cor·rect·ing** (self-kŏ-rek-tĭng) adj. automatically adjusting to correct mistakes.

**self-crit·i·cism** (self-krit-ĭ-siz-ĕm) n. criticizing oneself.

**self-de·cep·tion** (self-dĕ-sep-shŏn) n. deceiving oneself.

**self-de·feat·ing** (self-di-fee-tĭng) adj. serving to defeat one's own purpose.

**self-de·fense** (self-di-fens) n. defense of oneself, or of one's rights or good reputation etc., against attack.

**self-de·ni·al** (self-di-nɪ-ǎl) n. deliberately going without the things one would like to have.

**self-de·struct** (self-di-strukt) v. (*informal*) to destroy itself at a designated time. **self-de·struc'tive** adj.

**self-de·struc·tion** (self-di-struk-shŏn) n. destruction of oneself.

**self-de·ter·mi·na·tion** (self-di-tur-mĭ-nay-shŏn) n. the ability to decide one's purpose, direction, etc.

| | | |
|---|---|---|
| **self'-a·ban'don·ment** n. | **self'-ap·point'ed** adj. | **self'-con·ceit'** n. |
| **self'-a·base'ment** n. | **self'-a·ware'ness** n. | **self'-con·cern'** n. |
| **self'-ad·just'ing** adj. | **self'-clean'ing** adj. | **self'-con·tempt'** n. |
| **self'-ad·min'is·tered** adj. | **self'-clos'ing** adj. | **self'-con·tent'** adj. & n. |
| **self'-ad·vance'ment** n. | **self'-com·posed'** adj. | **self'-cre·at'ed** adj. |

# THE
# RANDOM HOUSE
# DICTIONARY
## OF THE
## ENGLISH
## LANGUAGE

### Second Edition

### Unabridged

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced
in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher.
All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022.
Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–1, and RHD–II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3   1987      423      87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such.
However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist.
The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or
legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the Atlas, Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

Manufactured in the United States of America

r.s/uh

**sei** (sā), *n.* See **sei whale.**

**sei·cen·to** (sā chen′tō), *n.* the 17th century, with reference to the Italian art or literature of that period. [1900–05; < It. *short for mille seicento* lit., a thousand six hundred]

**seiche** (sāsh), *n.* an occasional and sudden oscillation of the water of a lake, bay, estuary, etc., producing fluctuations in the water level and caused by wind, earthquakes, changes in barometric pressure, etc. [1830–40; < Franco-Provençal]

**sei·del** (sīd′l, zīd′-), *n.* a large beer mug with a capacity of one liter (1.1 quarts) and often having a hinged lid. [1905–10; < G; MHG *sīdel* < L *situla* bucket]

**Seid·litz pow′ders** (sed′lits), *n.* a mild laxative consisting of tartaric acid, sodium bicarbonate, and Rochelle salt, which are dissolved separately, mixed, and drunk after effervescence. [1805–15; arbitrarily named after a Bohemian village]

**seif** (sāf, sīf), *n.* a long narrow sand dune parallel to the prevailing wind direction. [< Ar *sayf* sword]

**Sei·fert** (sī′fərt), *n.* **Ja·ro·slav** (yä′rō släf′), born 1901, Czech poet, Nobel prize 1984.

**sei·gneur** (sēn′yûr′, sān′-; *Fr.* se nyœr′), *n., pl.* **sei·gneurs** (sēn′yûrz′, sān′-; *Fr.* se nyœr′). (*sometimes cap.*) 1. a lord, esp. a feudal lord. 2. (in French Canada) a holder of a seigneury. [1585–95; < F < *senior* lord. See seNior] **—sei·gneu·ri·al** (sēn′yûr′ē al, sān′-), *adj.*

**sei·gneu·ry** (sēn′yə rē, sān′-), *n.* 1. the domain of a seigneur. 2. (in French Canada) land originally held by grant from the king of France. [1675–85; < F *seigneurie*; see SEIGNEUR, -Y³]

**seign·ior** (sēn′yər), *n.* (*sometimes cap.*) 1. a lord, esp. a feudal lord; ruler. [1300–50; ME *segnour* < AF; see SEIGNEUR]

**seign·ior·age** (sēn′yər ij), *n.* 1. something claimed by a sovereign or superior as a prerogative. 2. a charge on bullion brought to the mint to be coined. 3. the difference between the cost of the bullion plus minting expenses and the value as money of the pieces coined, constituting a source of government revenue. Also, **seign′or·age.** [1400–50; late ME *seigneurage* < MF *seignorage, seigneurage*; see SEIGNEUR, -AGE]

**seign·ior·y** (sēn′yə rē), *n., pl.* **-ies.** 1. the power or authority of a seignior. 2. *Hist.* a lord's domain. Also, **signory.** [1250–1300; ME *seignorie* < OF; see SEIGNEUR, -Y³]

**sei·gno·ri·al** (sēn yôr′ē al, -yōr′-), *adj.* of or pertaining to a seignior. Also, **seign·ior·al** (sēn′yər al), **seign·io·ri·al** (sēn yôr′ē al, -yōr′-), **seign·or·al** (sēn′yər al). [1810–20; *seignor* (var. of SEIGNIOR) + -IAL]

**Sei·le·nos** (sī lē′nəs), *n.* Silenus.

**seine** (sān), *n., v.*, **seined, sein·ing.** —*n.* 1. a fishing net that hangs vertically in the water, having floats at the upper edge and sinkers at the lower. —*v.t.* 2. to fish for or catch with a seine. 3. to use a seine in (water). —*v.i.* 4. to fish with a seine. [bef. 950; ME *seyne*, OS *segne* < WGmc *\*sagina* < L *sagēna* < Gk *sagḗnē* fishing net]

**Seine** (sān; *Fr.* sen), *n.* 1. a river in France, flowing NW through Paris to the English Channel. 480 mi. (773 km) long. 2. a former department in N France.



**Seine-et-Marne** (sān′ā märn′; *Fr.* sen ā MARN′), *n.* a department in N France. 755,762; 2290 sq. mi. (5930 sq. km). *Cap.:* Melun.

**Seine-et-Oise** (sān ā WAZ′), *n.* a former department in N France.

**Seine-Ma·ri·time** (sen mä rē tēm′), *n.* a department in NW France. 1,172,743; 2449 sq. mi. (6340 sq. km). *Cap.:* Rouen. Formerly, **Seine-In·fé·rieure** (sen än fā ryœr′).

**sein·er** (sā′nər), *n.* 1. a person who fishes with a seine. 2. a boat used in fishing with a seine. [1595–1605; SEINE + -ER¹]

**Seine-St-De·nis** (sen saks də nē′), *n.* a department in N France. 1,322,127; 91 sq. mi. (236 sq. km). *Cap.:* Bobigny.

**Sei·os** (sī′ē əs), *n. Class. Myth.* Sirius (def. 2).

**seise** (sēz), *v.t., v.i.* **seised, seis·ing.** *Chiefly Law.* seize. **—seis′a·ble,** *adj.* **—seis′er,** *n.*

**sei·sin** (sē′zin), *n. Law.* seizin.

**seis·ing** (sē′zing), *n. Chiefly Law.* seizing.

**seism** (sī′zəm, -səm), *n.* an earthquake. [1880–85; < Gk *seismós,* equiv. to *seíe-,* s. of *seíein* to shake, quake + *-mos* n. suffix, cf. -ISM]

**seis·mic** (sīz′mik, sīs′-), *adj.* pertaining to, of the nature of, or caused by an earthquake or vibration of the earth, whether due to natural or artificial causes. Also,

**seis′mal, seis′mi·cal.** [1855–60; SEISM + -IC] **—seis′mi·cal·ly,** *adv.*

**seis·mic·i·ty** (sīz mis′i tē, sīs-), *n.* the frequency, intensity, and distribution of earthquakes in a given area. [1900–05; SEISMIC + -ITY]

**seis′mic sea′ wave′,** *Oceanog.* tsunami.

**seis·mism** (sī′ziz əm, -siz-), *n.* the natural activity or group of phenomena associated with earthquakes. [1900–05; SEISM + -ISM]

**seismo-,** a combining form meaning "earthquake," used in the formation of compound words: *seismograph.* [see SEISM, -O-]

**seis·mo·gram** (sīz′mə gram′, sīs′-), *n.* a record made by a seismograph. [1890–95; SEISMO- + -GRAM¹]

**seis·mo·graph** (sīz′mə graf′, -gräf′, sīs′-), *n., pl.* any of various instruments for measuring and recording the vibrations of earthquakes. [1855–60; SEISMO- + -GRAPH] **—seis·mo·graph·ic** (sīz′mə graf′ik, sīs′-), **seis′mo·graph′i·cal,** *adj.*

**seis·mog·ra·phy** (sīz mog′rə fē, sīs-), *n.* 1. the scientific measuring and recording of the shock and vibrations of earthquakes. 2. seismology. [1860–65; SEISMO- + -GRAPHY] **—seis·mog′ra·pher,** *n.*

**seismol.,** 1. seismological. 2. seismology.

**seis·mol·o·gy** (sīz mol′ə jē, sīs-), *n.* the science or study of earthquakes and their phenomena. Also called **seismography.** [1855–60; SEISMO- + -LOGY] **—seis·mo·log·ic** (sīz′mə loj′ik, sīs′-), **seis′mo·log′i·cal,** *adj.* **—seis·mol′o·gist,** *n.*

**seis·mom·e·ter** (sīz mom′i tər, sīs-), *n.* a seismograph equipped for measuring the direction, intensity, and duration of earthquakes by measuring the actual movement of the ground. [1835–45; SEISMO- + -METER] **—seis·mo·met·ric** (sīz′mə met′rik, sīs′-), **seis′mo·met′ri·cal,** *adj.* **—seis·mom′e·try,** *n.*

**seis·mo·scope** (sīz′mə skōp′, sīs′-), *n.* an instrument for recording the occurrence or time of an earthquake. [1850–55; SEISMO- + -SCOPE] **—seis·mo·scop·ic** (sīz′mə skop′ik, sīs′-), *adj.*

**SEIU,** Service Employees International Union.

**sei′ whale′,** *n.* a small rorqual, *Balaenoptera borealis,* inhabiting all seas now greatly reduced in number. [1915–20; < Norw *seihval,* equiv. to *sei* (ON *seithr*) coalfish + *hval* whale¹]

**seize** (sēz), *v.,* **seized, seiz·ing.** —*v.t.* 1. to take hold of suddenly or forcibly; grasp: *to seize a weapon.* 2. to grasp mentally; understand clearly and completely: *to seize an idea.* 3. to take possession of by force or at will: *to seize enemy ships.* 4. to take possession or control of as if by suddenly laying hold: *Panic seized the crowd.* 5. to take possession of by legal authority; confiscate: *to seize smuggled goods.* 6. Also, **seise.** *Law.* to put (someone) in seizin or legal possession of property (usually used in passive constructions): *She was seized of vast estates.* 7. to capture; take into custody. 8. to take advantage of promptly; to seize an opportunity. 9. *Naut.* to bind or fasten together with a seizing. —*v.i.* 10. to grab or take hold suddenly or forcibly (usually fol. by *on* or *upon*): *to seize on a rope.* 11. to resort to a method, plan, etc., in desperation (usually fol. by *on* or *upon*): *He must seize on a solution, however risky.* 12. to have moving parts bind and stop moving as a result of excessive pressure, temperature, or friction (usually fol. by *up*): *The engine seized up from cold.* [1250–1300; ME *saisen, seisen* < OF *saisir* < ML *sacire* to place in phrase *sacīre ad proprium* to take as one's own, lay claim to) < Frankish, perh. akin to Goth *satjan* to set, put, place] **—seiz′a·ble,** *adj.* **—seiz′er;** *Law.* **sei·zor** (sē′zər, -zôr), *n.*
**—Syn.** 1. clutch, grab. 7. arrest, apprehend. See **catch.** —Ant. 7. release.

**sei·zin** (sē′zin), *n. Law.* 1. (originally) possession of either land or chattel. 2. the kind of possession or right to possession characteristic of estates of freehold. Also, **seisin.** [1250–1300; ME < OF *saisine,* equiv. to *sais(ir)* to seize + -*ine* -INE²]

**seiz·ing** (sē′zing), *n.* 1. the act of a person or thing that seizes. 2. *Naut.* a means of binding or fastening together two objects, as two ropes or parts of the same rope, by a number of longitudinal and transverse turns of marline, wire, or other small stuff. [1300–50; ME SEIZE, -ING¹]

 

seizing
(def. 2)

**sei·zure** (sē′zhər), *n.* 1. the act or an instance of seizing. 2. the state of being seized. 3. a taking possession of an item, property, or person legally or by force. 4. a sudden attack, as of epilepsy or some other disease. [1475–85; SEIZE + -URE]

**se·jant** (sē′jənt), *adj. Heraldry.* (of an animal) represented in a sitting posture: *a lion sejant.* Also, **se·jeant.** [1490–1500; var. of *seiant* < AF; MF *seant,* equiv. to *se-* (s. of *seoir* < L *sedēre* to SIT¹) + -*ant* -ANT]

**se·jant-e·rect** (sē′jənt i rekt′), *adj. Heraldry.* (of an animal) represented as seated upright with foregs raised: *a lion sejant-erect.* Also, **se·jeant-e·rect.**

**Se·ja·nus** (si jā′nəs), *n.* **Lucius Ae·li·us** (ē′lē əs), d. A.D. 31, Roman politician, commander of praetorian guard, and conspirator in the reign of Emperor Tiberius.

**Sejm** (sām), *n.* the unicameral parliament of Poland. [< Pol: assembly < Slavic *\*sŭjĭmŭ* equiv. to *\*sŭ-* with, together + -*jĭmŭ,* n. deriv. of *jĭm-* v. base meaning "take," akin to L *emere* to take, buy (cf. CONSUME, REDEEM)]

---

**Sekh·met** (sek′met), *n. Egyptian Myth.* a blood-thirsty goddess, sometimes identified with Hathor, who attempted to destroy humankind. [vocalization of Egyptian *ṣḫm* powerful (cf. PSCHENT) + *t* fem. marker]

**Se·kon·di-Ta·ko·ra·di** (se kon′dē täk′ə rä′dē), *n.* a seaport in SW Ghana. 161,071.

**se·kos** (sē′kos), *n.* 1. (in ancient Greece) a sanctuary, b. the cella of a temple. 2. any of various other shrines or sanctuaries. Also, **secos.** [1810–20; < Gk *sēkos* enclosed area]

**Sekt** (zekt), *n. German.* sparkling wine; champagne.

**sel** (sel), *n., adj., pron. Scot.* self.

**sel.,** 1. select. 2. selected. 3. selection; selections.

**se·la·chi·an** (si lā′kē ən), *adj., n.* 1. belonging to the Selachii, a group of fishes comprising the sharks, skates, and rays. —*n.* 2. a selachian fish. [1825–35; < NL *Selachi(i)* (pl.) name of the order (< Gk *seláchios* (sing.) resembling a shark, cartilaginous, adj. deriv. of *selachos* shark, ray) + -IAN]

**se·la·dang** (si lä′däng), *n.* the gaur. [1810–20; < Malay]

**se·lah** (sē′lə, sel′ə), *n.* an expression occurring frequently in the Psalms, thought to be a liturgical or musical direction, probably a direction by the leader to raise the voice or perhaps an indication of a pause. [1520–30; < Heb *selāh*]

**se·lam·lik** (si läm′lik), *n.* the portion of a Turkish palace or house reserved for men. [1890–95; < Turk *selamlık*]

**Se·lan·gor** (sə lang′ər, -ôr, -läng′-), *n.* a state in Malaysia, on the SW Malay Peninsula. 1,467,441; 3160 sq. mi. (8184 sq. km). *Cap.:* Shah Alam.

**sel·couth** (sel′kooth′), *adj. Archaic.* strange; uncommon. [bef. 900; ME *selcouth,* OE *seldcūth,* equiv. to *seld-* seldom + *cūth* known; see UNCOUTH]

**Sel·den** (sel′dən), *n.* 1. **George Baldwin,** 1846–1922, U.S inventor of a gasoline-powered car. 2. **John,** 1584–1654, English historian, Orientalist, and politician. 3. a city on N Long Island, in SE New York. 17,256

**sel·dom** (sel′dəm), *adv.* 1. on only a few occasions; rarely; infrequently; not often: *We seldom see our old neighbors anymore.* —*adj.* 2. rare; infrequent. [bef. 900; ME, OE *seldum,* var. of *seldan;* c. G *selten,* Goth *silda-*] **—sel′dom·ness,** *n.*

**se·lect** (si lekt′), *v.t.* 1. to choose in preference to another or others; pick out. —*v.i.* 2. to make a choice; pick. —*adj.* 3. chosen in preference to another or others; selected. 4. choice; of special value or excellence. 5. careful or fastidious in selecting; discriminating. 6. carefully or fastidiously chosen; exclusive: *a select group of friends.* [1555–65; < L *sēlēctus* (ptp. of *sēligere* to gather apart), equiv. to *sē- tō- + leg(ere)* to gather, choose + -*tus* ptp. suffix] **—se·lec′ta·ble,** *adj.* **—se·lec′ta·bil·i·ty,** *n.* **—se·lect′ly,** *adv.* **—se·lect′ness,** *n.* **—se·lec′tor,** *n.*
**—Syn.** 1. See **choose.** 3. preferred.

**se·lect·ance** (si lek′təns), *n.* a measure of the drop in response of a radio receiving set or the like to a given frequency differing from the resonant frequency of the device, expressed as the ratio of the amplitude of the response at the resonant frequency to the amplitude of the response at the given frequency. [SELECT + -ANCE]

**select′ commit′tee,** a committee, as of a legislative body, that is formed to examine and report on a specific bill or issue. Also called **special committee.** [1780–90, *Amer.*]

**se·lect·ee** (si lek tē′), *n.* one selected by draft for service in one of the armed forces. [1935–40, *Amer.;* SELECT + -EE]

**se·lec·tion** (si lek′shən), *n.* 1. an act or instance of selecting or the state of being selected; choice. 2. a thing or a number of things selected. 3. an aggregate of things displayed for choice, purchase, use, etc.; a group from which a choice may be made: *The store had a wide selection of bracelets.* 4. *Biol.* any natural or artificial process that results in differential reproduction among the members of a population so that the inheritable traits of only certain individuals are passed on, or are passed on in greater proportion, to succeeding generations. Cf. **natural selection, sexual selection, kin se·lection, artificial selection.** 5. *Ling.* a. the choice of one form instead of another in a position where either can occur, as of *oak* instead of *tell* or *with* in the phrase *oak me.* b. the choice of one semantic or syntactic class of words in a construction, to the exclusion of others that do not occur there, as the choice of an animate object for the verb *surprise.* [1640–50; < L *sēlēctiōn-* (s. of *sēlēctiō*), equiv. to *sēlēct(us)* SELECT + -*iōn-* -ION] **—se·lec′tion·al,** *adj.*
**—Syn.** 2. collection, gathering, pick. —Ant. 1. rejection.

**selec′tion rule′,** *Physics.* any of several rules designating allowed transitions between quantum states in terms of the quantum numbers associated with the states.

**se·lec·tive** (si lek′tiv), *adj.* 1. having the function or power of selecting; making a selection. 2. characterized by selection, esp. fastidious selection. 3. of or pertaining to selection. 4. *Elect., Radio.* having good selectivity. [1615–25; SELECT + -IVE] **—se·lec′tive·ly,** *adv.* **—se·lec′tive·ness,** *n.*
**—Syn.** 2. discriminating, particular, discerning.

**selec′tive serv′ice,** compulsory military service. [1919]

**Selec′tive Serv′ice Sys′tem,** the U.S. federal agency that facilitates the mobilization of military forces by requiring the registration of males between the ages of 18 and 26 years. *Abbr.:* SSS

**selec′tive transmis′sion,** *Auto.* a transmission in which the available forward and reverse gears may be engaged in any order, without passing progressively through the different changes of gear.

CONCISE ETYMOLOGY KEY: <, descended or borrowed from; >, whence; b, blend of, blended; c, cognate with; cf., compare; deriv., derivative; equiv., equivalent; imit., imitative; obl., oblique; r, replacing; s, stem; sp., spelling; spelled; resp., respelling, respelled; trans., translation; ?, origin unknown; \*, unattested; †, probably earlier than. See the full key inside the front cover