14

# PERMANENT MAGNET HANDBOOK

*Edited by*

EARL M. UNDERHILL

AUTHORS

| | |
|---|---|
| Richard M. Bozorth | David W. McGann |
| John R. Hansen | Earl M. Underhill |
| Walter L. Hodapp | Irene F. Wagner |
| James A. Kearney | Jules J. Wycall |

**CRUCIBLE** STEEL COMPANY OF AMERICA

The Oliver Building • Mellon Square • Pittsburgh 22, Pa.

# PERMANENT MAGNET HANDBOOK

Copyright, 1957, by the
Crucible Steel Company of America

Printed in the United States of America

All rights reserved. This book, or
parts thereof, may not be reproduced
in any form without permission of
the Crucible Steel Company of
America.

# PERMANENT MAGNET DESIGN

## PART I

When people first became interested in electric and magnetic phenomena, their interests tended to center in the most obvious manifestations of each. Since the physical force between two lodestones was most apparent, it was quite natural that people should set up their definitions with this as a basis. Disliking the concept of a force "acting at a distance," they invented a medium for the transmission of this force, and explained that it was through "stresses" set up in this medium that the force was transmitted.

**Flux Lines φ.** To better enable themselves to picture results, they drew lines between two magnetized bodies, the direction of a line at any given point representing the direction of the stress at that point, and the density of lines passing through an infinitesimally small area surrounding a point representing the magnitude, normal to the area chosen, of the stress at that point. These lines are known as "lines of force", "flux lines", or "maxwells", and are designated by the Greek letter φ.

**Unit North Pole.** In order to assign values to the intensity of the stress exerted between two magnetized bodies, early magnetics engineers introduced the concept of the unit North pole (i.e., a North pole of unit magnetic strength completely divorced of any associated South pole, and in their imagination placed this unit N pole in the stressed medium (usually called "magnetic field") and again in their imaginations observed the force exerted on this N pole.

**Field strength H.** Now by a combination of concepts, these people were able to take the force acting upon the unit N pole as a result of any combination of magnets, divorce it entirely of its source and assign it as a property of the space (under the conditions stipulated) in which the N pole stood. Thus the field stresses were given numerical values and directions, and it is, in fact, in this way that field strength is defined. A field is said to possess a strength of one oersted at a given point, if it exerts upon a unit magnetic pole placed at this point, a force of one dyne. Field strength is usually designated by $H$.

Permanent Magnet Design
────────────────────────

**Oersted.** It was mentioned above that the convention decided upon for the representation of strength of a field at a given point was by the number of lines per unit area at that point. It was hence necessary, to make this connection to the above definition of the strength of a field. It was decided to represent a field of one oersted strength by one line per square centimeter, 57 oersteds by 57 lines per square centimeter, etc. This is not a re-definition of the term but is rather an agreement upon how this quantity is to be represented and thought of in practice.

**An Experiment.** Let us perform the following simple experiments. (a) Take a small piece of brass and bring it up slowly to either pole of a charged horseshoe magnet. Nothing happens. (b) Repeat with a small piece of iron. We note a definite force on the iron as it gets close to the magnet. (c) Demagnetize the magnet and repeat (a) and (b). Nothing happens. (d) Place a small search coil of several turns connected to a ballistic galvanometer* about the small pieces of brass and iron, and withdraw the coil from the pieces while they are in the field of the magnet. We detect a much greater deflection of the galvanometer when the coil is withdrawn from the iron than when it is withdrawn from the brass piece. (e) Repeat (d) but with the pieces of brass and iron not under the influence of the magnet. The galvanometer fails to deflect in either case.

**Magnetic Induction.** From the above we see that something happens to a piece of iron when in the presence of a magnetic field, something which does not happen to a piece of brass. We call this "something" the phenomenon of "magnetic induction". This phenomenon is extremely complicated but for our purpose we may content ourselves with the understanding that when a piece of iron is placed under the influence of a magnetic field, it develops within itself many more lines of force than may be accounted for by the strength of the energizing field itself. Magnetic induction is usually designated by $B$ and the unit of measurement of this quantity is known as the gauss, which may be defined well enough for our purpose as one line of induction per square centimeter.

────────────

*A ballistic galvanometer is an instrument which is used to measure numbers of flux lines, and is described in the section on Permanent Magnet Measurements.

2-2                                                                       May, 1957



**Fig. 2-3.** Simple magnetic circuit consisting of a permanent magnet, a pair of pole pieces, and an air gap.

to the flux in the magnet, or $\phi_g = \phi_m$. Since $\phi = BA$ when the flux density is uniform over the area, we get

$$B_g A_g = B_m A_m \tag{2-6}$$

Now, again referring to Fig. 2-3 and still assuming no leakage, let's see how much work is done by or on a unit North pole in the various parts of the circuit.

The force exerted on this pole is everywhere an analytic function of the complex variable and hence, since Cauchy's Integral Theorem states for this condition that the line integral about any closed curve in the region is equal to zero, it follows that the total work done by a unit North pole moving through the length of the magnet is exactly equal to the total work done on the pole moving through the gap. If this were not true, we should have in a magnet a source of energy capable of continual dissipation with no change in original value—an infinite reservoir of magnetic energy.

Since field strength $H$ is defined as the force exerted upon a unit pole (and still assuming no leakage), we may write $B_g l_g = H_m l_m$. In air, $B = H$, hence our expression becomes

$$H_g l_g = H_m l_m \tag{2-7}$$

**Leakage Constants.** Equations (2-6) and (2-7) are the complete design equations for a permanent magnet system operating without leakage. The factors determining the amount of leakage that will exist in any given magnetic circuit are numerous but are concerned mostly with the geometry of the circuit and the number and reluctance of leakage paths.