**Permanent Magnet Design**

Leakage may be computed quite accurately by tedious and painful methods but, in general, this is unnecessary and is seldom done by design engineers. Instead, a constant is added to each of the design equations to take care of the leakage flux, and the final design equations become:

$$FB_gA_g = B_mA_m \quad (2\text{-}8)$$
$$fH_gL_g = H_mL_m \quad (2\text{-}9)$$

These are two simple equations universally used by magnet engineers in their work. Usually, but not always, the problem involved is the determination of the correct magnet area and length to supply a given flux density $B_g$ to a given gap of dimensions $A_g$ and $L_g$.

Assuming that the leakage constants $F$ and $f$ are known, it is obvious that $A_m$ and $L_m$ can not be determined until $B_m$ and $H_m$ are known. We may choose $B_m$ and $H_m$ to make the magnet operate at any point on the demagnetization curve we wish. The question naturally arises—is there some particular operating point on the curve which is more advantageous than any other point? The answer is, yes. Rearrange Eqs. (2-8) and (2-9) to make them appear as follows:

$$A_m = FB_gA_g/B_m$$
$$L_m = fH_gL_g/H_m$$

Now multiply them together:

$$\text{Volume}_m = \frac{Ff B_g^2 \cdot \text{Volume}_g}{B_m H_m} \quad (2\text{-}10)$$

**Energy Product Curve.** It is evident from Eq. (2-10) that the volume of magnet material used to supply the flux density $B_g$ to the gap in question is inversely proportional to the product of the $B$ and $H$ of the magnet at its operating point, and that this volume will be a minimum when the product is a maximum. For this reason, a so-called energy product curve sometimes accompanies a demagnetization curve.

An energy product curve is similar to that shown accompanying the demagnetization curve of Fig. 2-4, and consists merely of the product of $B$ and $H$ at each point along the demagnetization curve, plotted against $B$. The point at which this product is a maximum (namely $B_mH_m$) is selected, and the values $B_m$ and $H_m$ substituted into Eqs. (2-8) and (2-9).

In recent years there has been a definite shift away from the use of energy product curves in favor of the obviously more simple proce-

2-8 May, 1957

cedure of plotting the energy product scales directly on the demagnetization curve as shown on the characteristic curves of Fig. 2-7. With a system such as this, the maximum value of the energy product for each curve is readily selected without the necessity for multiplication and curve drawing operations.



Fig. 2-4. Energy product curve shown in conjunction with demagnetization curve.

The magnet designer is thus provided with all the factors necessary to solve the two design equations since it has been assumed that $F$ and $f$ are known, $B_d$ and $H_d$ may be obtained from the demagnetization curve of the material he intends using, and $l_g$, $l_g$ and $A_g$ he sets himself as the independent requisites of the circuit.

Estimating Leakage Constant. But $F$ and $f$ have only been assumed to be known. Determination of their values is one of the most difficult of all problems in permanent magnet design work.

The total amount of leakage is a function of the geometry of the circuit, i.e., the size and number of magnets and soft iron parts constituting the circuit proper, the geometrical relationship of these units to the working air gap, and the size, number and relationship of adjacent magnets and other ferromagnetic material. Thus, not only are the variations infinite in number but the situation calls for an exact knowledge of what the circuit will be before an accurate estimate can be made of what the leakage will be. Obviously, we can not know the exact size of the circuit before we know the size of the magnet or magnets we are going to use—and hence we go around in a circle.

Permanent Magnet Design

The classical answers to this dilemma are two in number. The first involves a guess as to what the final circuit will look like, followed by a laborious determination of all leakage paths involved, a trial and error method of determining gap flux density from an assumed magnet flux density, and revision of magnet size and repetition of this cycle until the correct gap flux is obtained. This method, after some practice and experience, may be made to yield quite accurate results.

The alternative answer is the simple statement that magnet design is an art, not a science, and that only highly specialized experience can enable an engineer to properly evaluate leakage. Specialized experience in the design of permanent magnets is of greatest value in any estimate of leakage. However, the writer has evolved a method that will enable any engineer to arrive at reasonably accurate values of $F$ and $f$ for any given design problem. This method is wholly empirical and will not yield great accuracy, but it does provide a useful approach to the problem of finding the elusive leakage constants for most ordinary circuits.

Since $f$ is the simpler of the two, let's look at it first. The value of $f$ varies only over a relatively small range, usually from a minimum of 1.2 to a maximum of 1.5, and the extremes are seldom met in practice. A value of $f$ equal to 1.45 is a good engineering guess for this constant for almost any permanent magnet circuit.

The value of $F$ has a much greater range. Its lower limit is approximately 2.0, while its upper limit is nonexistent. Theoretically, $F$ may be infinitely large, but in practice it usually varies between 2.5 and 10.0.

While it is a fact that theoretically the designer knows only the size of the working gap and the flux density which he wishes to establish in this gap, he usually has some idea of the size of the rest of the circuit because of space considerations in his equipment.

The first step in determining $F$ is to lay out at full scale on a piece of paper the closest guess it is possible to make as to the actual size of the completed circuit. Next, draw a pair of complete circles in such a way that, when they are placed over the outline of the estimated circuit, the inner circle will conform roughly with the inside contour of the circuit and the outer circle will conform roughly with the outside contour of the circuit. Designate by $R_d$ ($R_d > 1.0$) the ratio of the diameter of the two circles, and spot this point on the proper scale in Fig. 2-5.

For a simple $R_d$ may be determined from Fig. 2-6 whether scale

A, B or C is to be used in Fig. 2-5. If the designer plans to make his circuit with the pole faces of the magnet parallel to the faces of the gap but with the direction of magnetization of the magnet opposite in sense to that of the gap as shown in Fig. 2-6 (a), he should use Scale A. If the pole faces of the magnet are to be perpendicular to those of the gap as shown in Fig. 2-6 (b), he should use scale B. If the pole faces of the magnet are parallel to the gap and with the direction of magnetization of the magnet in the same sense as that of the gap as shown in Fig. 2-6 (c), he should use scale C.



Fig. 2-5. Graph for determining leakage factor F.

With the proper value of $A_g$ located on the proper scale of Fig. 2-5, it is then necessary only to draw a straight line between this point and the point (0,2) located at the intersection of the heavy abscissa and ordinate. From the straight-line graph thus formed, the value of F may be picked for the proper value of gap length.

The writer wishes at this point to emphasize his earlier warning that despite any impressiveness which may attach itself to Fig. 2-5, the method is entirely empirical and great accuracy must not be expected. The method was devised originally to serve the interest of the designing engineer who has had little previous experience with

Permanent Magnet Design

Fig. 2-6. Class of magnet circuit types for determining proper scale to use on Figure 2-8.

permanent magnets. By its use, such an engineer will be able to obtain a magnet design which will be fairly close to requirements.

Testing a Sample. Having empirically arrived at a suitable design and having made up a sample magnet assembly, it is a simple matter, by measuring the total flux in the gap and in the neutral section of the magnet, to obtain an accurate value of $F$ (Eq. (2-8) shows that $F$ is the simple ratio of these two quantities). At the same time, since the areas of the gap and magnet are known, the flux densities are known, and $f$ may then be calculated accurately with the aid of the design equations and a demagnetization curve of the magnet material used.

At this point an accurate re-design of the magnet is possible, if necessary, to give the designer something extremely close to the exact circuit he wants.

Typical demagnetization and energy product values for various alloys manufactured by The Crucible Steel Company of America are given in Fig. 2-7 for use in connection with this magnet design procedure.

Use of Nomograph. The nomograph in Fig. 2-8, superimposed upon the demagnetization curves of Fig. 2-7, makes possible a mechanical solution of the design equations. This is a convenient tool as it presents all in one picture the three simultaneous equations to be solved in any design problem, namely the two design equations and the demagnetization curve of the material to be used.

Related problems such as (a) given the magnet size, alloy and gap size, what will be the flux density in the gap, or (b) given the magnet size and gap size, what will be the best alloy to use to give maximum flux density in the gap, may be easily solved with the aid of this figure.

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 28, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

>William J. Marsden, Jr., Esquire
>Fish & Richardson, P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE  19801

### BY FEDERAL EXPRESS

>Ruffin B. Cordell, Esquire
>Fish & Richardson, P.C.
>1425 K Street, NW, Suite 1100
>Washington, DC  20005

>/s/ Julia Heaney
>Julia Heaney (#3052)
>MORRIS, NICHOLS, ARSHT & TUNNELL
>jheaney@mnat.com
>  *Attorneys for Defendant and*
>  *Counterclaim Plaintiff Cornice, Inc.*