IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,          )
                                 )
              Plaintiff,          )
                                 )
       v.                        )          Civil Action No. 04-418-SLR
                                 )
CORNICE, INC.                    )          **REDACTED VERSION**
                                 )
              Defendant.          )

## APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT CORNICE, INC.'S OPENING CLAIM CONSTRUCTION BRIEF FOR U.S. PATENT NO. 5,596,461

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant and Counterclaim
Plaintiff Cornice, Inc.*

OF COUNSEL:

Mathew D. Powers
Jason D. Kipnis
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

Original Filing Date:  November 18, 2005

Redacted Filing Date:  November 28, 2005

## TITLE OF EXHIBITS

Expert Report of James H. Morehouse , Ph.D. Regarding Invalidity of U.S. Patent No. 5,596,461……………………………………………………………A

Respondent  Cornice, Inc.'s Motion for Summary Determination of Non-Infringement of  U.S. Patent No. 5,596,461…………………………………..B

Excerpts from Frederick Stefansky Deposition……………………………………C

Rebuttal Expert Report of James H. Morehouse, Ph.D. Regarding the  Non-Infringement of U.S. Patent No. 6,744,606………………………………………...D

A

REDACTED

1

Resume of:    Dr. James H. Morehouse
P.O. Box 4790
Pagosa Springs, Colorado, 81147
(970)264-6779

1962-1969    University of California, at Berkeley
BS, MS, PhD in Mechanical Engineering
Emphasis on Design and Vibration

1970-1972    Memorex Corp., Santa Clara, Calif. Worked on 3330 type disk drives. Heads, disks, motors, vibration issues.

1972-1974    Disk Systems Corp., Santa Clara, Calif. Start-up disk drive company. Built high capacity Winchester technology fixed disk drive. Worked on all aspects of mechanical design.

1974-1980    Storage Tech Corp., Broomfield, Colo. Worked on Winchester and Whitney technology disk drives. Head/disk assembly area. Some work on tape drives.

1980-1984    Amcodyne, Inc., Longmont, Colo. Founder of company. Product was 8" fixed/removable cartridge drive based on dynamically loaded Whitney style head (my invention). Managed development engineering and intellectual property.

1984-1989    PrairieTek Corp., Longmont, Colo. Founder of company. Developed first 2.5" hard disk drive for portable computers. Employed dynamic head loading technology for high shock environment. Responsible for development engineering and intellectual- property.

1989-1997    Integral Peripherals, Inc., Boulder, Colo. Founder of company. Developed first 1.8" hard disk drive and PCMCIA drive. Also designed 2.5" and 3" portable disk drives. Again, used dynamic head loading. Managed all development activities and intellectual property. Significant licensing of patent portfolio.

Author of approximately 40 patents.

Litigation/ IP Experience          Dr. James H. Morehouse

1980          Expert witness. Trade secrets litigation. Two days testimony. Tape drive
              capstan motors. Re: Electrocraft vs ??

1995          Deposed in IBM-Connor lawsuit as patent author. 3 ½ days. 2.5" form
              factor, power savings modes.

1990          PrairieTek patent portfolio sold at bankruptcy auction for $18M (plus
              $14M consideration) to Connor Peripherals.

1995-1997     Integral Peripherals patent portfolio licensed (plus technology transfer) to
              several US and Japanese disk drive manufacturers for over $30M.

1994          Integral Peripherals sold 2.5" disk drive design to Samsung for $15M.
              12 month transfer.

1999          Consulted for Dorsey and Whitney (Control Data Corp)
              Re: CDC Patent

2

**United States Patents**

| | | |
|---|---|---|
| 1. | 6,310,747 | Method for reducing external signal interference with signals in a computer disk storage system |
| 2. | 6,057,987 | Rigid disk drive with dynamic head loading apparatus and method of manufacturing a rigid disk drive with dynamic head loading apparatus |
| 3. | 6,032,352 | Method of manufacturing rigid disk drive with dynamic head loading apparatus |
| 4. | 5,995,330 | Rigid disk drive with dynamic head loading apparatus |
| 5. | 5,872,669 | Disk drive apparatus with power conservation capability |
| 6. | 5,867,340 | Microminiature hard disk drive with adaptive runout compensation |
| 7. | 5,835,303 | Microminiature hard disk drive |
| 8. | 5,768,049 | Disk drive apparatus |
| 9. | 5,760,986 | Microminiature hard disk drive |
| 10. | 5,694,267 | Removable disk drive and protective device |
| 11. | 5,689,386 | Miniature hard disk drive with EMI protection and single permanent magnet rotary actuator having an improved housing seal |
| 12. | 5,592,349 | Microminiature disk drive with clamp having fingers for radially positioning a pair of disks and a spindle motor providing a reduced disk drive height |
| 13. | 5,579,189 | Microminiature hard disk drive |
| 14. | 5,559,648 | Method for optimizing track location during servo writing |
| 15. | 5,537,270 | Disk drive apparatus |
| 16. | 5,486,964 | Miniature disk drive with dynamic head loading with skewed lifting tab |
| 17. | 5,469,314 | Miniature disk drive with dynamic head loading |
| 18. | 5,463,507 | Low profile disk drive apparatus incorporating a three-tiered housing |

| 19. | 5,448,433 | Disk drive information storage device with baseplate and cover having overlapping edge portions to provide protection from electromagnetic interference |
|-----|-----------|---|
| 20. | 5,442,266 | Miniature disk drive with spin motor control system |
| 21. | 5,426,562 | Disk drive enclosed by shock absorbent jacket and mounted in electronic instrument |
| 22. | 5,408,374 | Miniature hard disk drive with spin motor for portable computer |
| 23. | 5,384,677 | Architecture for low-profile disk drive device |
| 24. | 5,379,171 | Microminiature hard disk drive |
| 25. | 5,377,065 | Miniature hard disk drive for portable computer having a rotary inertial latch for disk drive actuator |
| 26. | 5,296,986 | Rotary intertial latch for disk drive actuator to protect against rotational shock force |
| 27. | 5,289,325 | Rigid disk drive with dynamic head loading apparatus |
| 28. | 5,237,472 | Rigid disk drive with dynamic head loading apparatus |
| 29. | 5,231,549 | Disk drive apparatus with cam and follower for unloading heads |
| 30. | 5,218,253 | Spin motor for a hard disk assembly |
| 31. | 5,189,576 | Rotary inertial latch for disk drive actuator |
| 32. | 5,161,770 | Shock absorbent mounting arrangement for disk drive or other component |
| 33. | 5,149,048 | Shock absorbent mounting arrangement for disk drive or other component |
| 34. | 5,025,336 | Disk drive apparatus |
| 35. | 4,933,785 | Disk drive apparatus using dynamic loading/unloading |
| 36. | 4,535,374 | Whitney-type head loading/unloading apparatus |
| 37. | 4,402,025 | Servo Read/Write Arm Assembly for Magnetic Disk Drive |
| 38. | 4,396,964 | Recirculating air system for magnetic disk drive |
| 39. | 4,331,991 | Head actuator for magnetic disk drive |

40.    4,189,113    Isolation pocket for rack mounted tape drive

41.    3,824,572    Alignable Disk Pack


**Taiwanese Patents**

1.    NI-55355    Dynamic Head Loading Apparatus (ref. US Patent No. 5,289,325)

2.    NI-55070    Miniature Hard Disk Drive for Portable Computer (ref. US Patent No. 5,448,433)

3.    UM-76020    Shock Absorbent Mounting Arrangement for Disk Drive or Other Component (ref. US Patent No. 5,161,770)

4.    UM-75312    Rotary Inertial Latch for Disk Drive Actuator (ref. US Patent No. 5,189, 576)

5.    NI-47949    Spin Motor for a Hard Disk Assembly (ref. US Patent No. 5,218,253)


**Japanese Patent**

1.    2,731,033    Ridgid Disk Drive with Dynamic Head Loading Apparatus (ref US Patent No. 5,237,472)

7 US Patents abandoned during prosecution (company closed doors)

3

**Title:** **Dynamic head loading enables high performance magnetic disks**
Author:  Morehouse, James H.
Corporate Source: Integral Peripherals, Boulder, CO, USA
Source:  Computer Technology Review Summer-Fall 1994. p 97-99
Publication Year:  1994

**Title:** **Dynamic head loading. Technology's next step towards reliability.**
Author:  Morehouse, James H.
Corporate Source:  PrairieTek Corp
Source: Computer Technology Review v 10 n 9 Summer 1990 p 53-54, 56-57
Publication Year:  1990

**Title:** **FIXED/REMOVABLE 8-IN. DRIVE OFFERS VERSATILITY FOR USER APPLICATIONS.**
Author: Morehouse, James H.
Corporate Source: Amcodyne Inc
Source: Computer Technology Review v 5 n 3 Summer 1985 p 55, 58, 62-65
Publication Year:  1985

**Dynamic Head Loading, In-Hub Motor Shrink Hard Disk Drive**
Morehouse, James H.
Computer Technology Review v8n16 PP:  36-37 Winter 1988
ISSN:  0278-9647
JRNL CODE:  CTN
DOC TYPE:  Journal article LANGUAGE:  English LENGTH:  2 Pages

**LONGITUDINAL MODES IN A VIBRATING BAR**
Author:  MOREHOUSE, JAMES HOLLEY
Degree:  PH.D.
Year:  1970
Corporate Source/Institution:  UNIVERSITY OF CALIFORNIA, BERKELEY (0028)
Source:  VOLUME 32/02-B OF DISSERTATION ABSTRACTS INTERNATIONAL.
PAGE 969.  86 PAGES

4

3

**Exhibit 3**

**Materials Considered**

Exh.1:      Morehouse Curriculum Vitae

Exh.2:      Patents and Publications

Exh.3:      Materials Considered List

Exh.4:      U.S. Patent 5,596,461

Exh.5:      The Administrative Law Judge for the International Trade Commission
            Issued Order No. 8

Exh.6:      Notice of Commission Determination not to Review an Initial
            Determination Granting a Motion for Summary Determination of Non-
            Infringement of one patent at Issue in the Investigation

Exh.7:      Expert Report of Dr. David Bogy, "Initial Bogy ITC Report"

Exh.8:      Seagate's Preliminary List of Proposed Claim Constructions Terms

Exh.9:      Seagate's Supplemental Response to Defendant cornice's First Set of
            Interrogatories

Exh.10:     U.S. Patent No. 5,025,335 (COR-ITC 006856-006875)

Exh.11:     U.S. Patent No. 6,744,606 (COR-ITC 008690-008696)

Exh.12:     U.S. Patent No. 4,712,146, to Moon et al. (COR-ITC 012026-012040)

Exh.13:     U.S. Patent No. 5,768,049, to Morehouse et al.
            (COR-ITC 056899-056911)

Exh.14:     U.S. Patent No. 5,596,461 File History

Exh.15:     ST3243A Photos

Exh.16:     ST4026 Photos

Exh.17:     ST3243A Press Release

Exh.18:     ST4026 Press Release

Exh.19:     Rebuttal Expert Report of Dr. David Bogy, "Rebuttal Bogy ITC Report"

Exh.20:     Webster's Ninth New Collegiate Dictionary, at p. 133, at p 300, and at p. 284


- Complainant Seagate Technology LLC's Complaint and Claim Charts;
- Prosecution File of U.S. patent Application No. 450,213, issued as U.S. Patent No. 5,596,461;
- Respondent Cornice, Inc.'s Motion for Summary Determination of Noninfringement of U.S. Patent 5,596,461;
- Complainant Seagate Technology LLC's Opposition to Respondent Cornice, Inc.'s Summary Determination of Noninfringement of U.S. Patent 5,596,461;
- Deposition Transcripts of and exhibits to Frederick Stefansky;
- Deposition Transcripts of and exhibits to John Fletcher;
- Deposition Transcripts of and exhibits to Norm Gitis;
- Cornice SE Samples "accused products";
- All other materials Mentioned or referenced in this report;
- All Materials considered in the context of any other report.

4

US005596461A

# United States Patent [19]

**Stefansky**

[11] **Patent Number:** 5,596,461

[45] **Date of Patent:** Jan. 21, 1997

[54] **SPACE EFFICIENT HOUSING CONFIGURATION FOR A DISK DRIVE #7**

[75] Inventor: **F. Mark Stefansky**, Longmont, Colo.

[73] Assignee: **Seagate Technology, Inc.**, Scotts Valley, Calif.

[21] Appl. No.: **450,213**

[22] Filed: **May 25, 1995**

[51] Int. Cl.$^6$ ................................ G11B 17/02; G11B 33/00

[52] U.S. Cl. ................................ 360/97.01; 360/98.01

[58] Field of Search ..................... 360/97.01, 98.01, 360/98.07–99.01, 99.12, 104–106, 137; 369/75.1, 258, 272, 292

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 5,025,335 | 6/1991 | Stefansky | 360/97.01 |
| 5,235,472 | 8/1993 | Smith | 360/60 |
| 5,396,384 | 3/1995 | Caldeira et al. | 360/98.01 |
| 5,412,522 | 5/1995 | Lockhart et al. | 360/97.01 |
| 5,414,574 | 5/1995 | Boutaghou et al. | 360/97.01 |
| 5,420,733 | 5/1995 | Knighton et al. | 360/97.01 |
| 5,488,523 | 1/1996 | Seaver et al. | 360/99.12 |

*Primary Examiner*—Jefferson Evans
*Attorney, Agent, or Firm*—Bill D. McCarthy; Edward P. Heller, III; Randall K. McCarthy

[57] **ABSTRACT**

A space efficient disk drive housing is described. The disk drive housing comprises a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions and a cover element comprising a top surface and side walls depending downwardly from the top surface. The cover element has length and width dimensions corresponding to the dimensions of the length and end portions of the base member so that the cover element can be secured to the base member to form the housing. The cover element is provided with a first raised portion to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly of a disk drive. Remaining portions of the top surface of the cover element providing a continuous, single PCB support surface. A set of support posts is provided on the cover element of the disk drive housing. The support posts are used to mount the disk drive to a host computer. The spindle motor and head stack assembly are mounted to the base member. The removal of the support posts from the base housing element mounting the spindle motor and head stack assembly, as done in conventional disk drives, frees up space on the base to permit greater flexibility in the placement of mechanical components of the disk drive.

**8 Claims, 3 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3

5,596,461

1

## SPACE EFFICIENT HOUSING
## CONFIGURATION FOR A DISK DRIVE #7

### FIELD OF THE INVENTION

The present invention is directed to disk drives. More particularly, the present invention provides a novel mechanical architecture for a disk drive housing. According to the architecture, the housing is configured in a manner that decreases the overall dimensions of the disk drive while accommodating the mounting of mechanical and electronic components required for operation of the disk drive.

### BACKGROUND OF THE INVENTION

Disk drives are commonly used in workstations, personal computers, laptops and other computer systems to store large amounts of data in a form that can be made readily available to a user. In general, a disk drive comprises a magnetic disk that is rotated by a spindle motor. The surface of the disk is divided into a series of data tracks. The data tracks are spaced radially from one another across a band having an inner diameter and an outer diameter. Each of the data tracks extends generally circumferentially around the disk and can store data in the form of magnetic transitions within the radial extent of the track on the disk surface.

An interactive element, such as a magnetic transducer, is used to sense the magnetic transitions to read data, or to transmit an electric signal that causes a magnetic transition on the disk surface, to write data. The magnetic transducer includes a read/write gap that contains the active elements of the transducer at a position suitable for interaction with the magnetic surface of the disk.

As known in the art, the magnetic transducer is mounted by a head structure to a rotary actuator arm and is selectively positioned by the actuator arm over a preselected data track of the disk to either read data from or write data to the preselected data track of the disk, as the disk rotates below the transducer. The head structure includes a slider having an air bearing surface that causes the transducer to fly above the data tracks of the disk surface due to fluid currents caused by rotation of the disk.

In modern high capacity disk drives, the spindle motor is arranged to mount a stack of axially aligned storage disks, with the storage disks in the stack being spaced from one another. The use of multiple disks increases the total disk surface available for the storage of data. A head stack assembly comprises a stack of actuator arms, each mounting a head or a pair of heads. The stack of actuator arms is arranged adjacent the stack of storage disks with each head being positioned by the respective actuator arm over the surface of a corresponding one of the disk surfaces. The spacing between any two opposed disks of the stack is sufficient to accommodate the placement of an actuator arm between the two disks of the stack to position each of a pair of heads opposite the surface of a respective one of two opposing disks in the stack.

A complete assembly of the head stack assembly and the stack of disks is called a head disk assembly. Typically, the spindle motor and head stack assembly are mounted on a mounting surface of a base plate to form the head disk assembly. The spindle motor is mounted on the mounting surface at a location that is proximate one end of the base plate and the head stack assembly is mounted at a location proximate the other end of the base plate. A cover having a top and side portions extending downwardly from the top, is

2

received over the spindle motor and head stack assembly, and is secured to the outer perimeter of the base plate to form a housing comprising the base plate and the top and side portions of the cover. In this manner, the housing encloses the spindle motor and head stack assembly of the head disk assembly in a protected environment.

The height of the head disk assembly, from the mounting surface of the base plate to the top most storage disk of the disk stack, must have a dimension that fits within the spacing between the base plate and the top of the cover. Typically, the extremities of the height dimension of each of the spindle motor and the head stack assembly exceed the extremities of the height dimension of the stack of disks. This is because the spindle motor mounts the disk or disks and has a greater height so that it can be mounted to the base plate at one end, and receive a clamp or other mechanical element at the other end, to secure the disk or disks to the spindle motor. In addition, the actuator structure must place an actuator arm/head assembly both above the top most disk surface and below the bottom most disk surface of the stack of disks to permit the reading and writing of data from these surfaces. Thus, the extremities of the spindle motor and head stack assembly dictate the overall height of the disk drive housing. In conventional disk drive products, the spacing between the top of the cover and the base plate is maintained at a dimension suitable to fit the entire head disk assembly, over substantially the entire width and length of the disk drive housing.

A disk drive product also includes various electrical connectors to couple the disk drive to a host computer (i.e. the computer that is using the disk drive to store data). The connectors include a host connector, to form electrical paths for the transmission of commands and data between the disk drive and the host computer, and a power connector, to connect the disk drive to the power supply of the computer to energize the motors and circuits within the disk drive.

A printed circuit board (PCB) is mounted on the side of the base plate opposite to the side mounting the head disk assembly. The PCB is used to mount control electronics for controlled operation of the spindle motor and actuator arm positioning. The PCB also includes read/write channel and disk controller circuitry coupled to the read/write heads, to control the transfer of data between the data tracks of the storage disks and the host connector. In a conventional disk drive, the PCB is generally rectangular in shape and has width and length dimensions that are approximately equal to the width and length dimensions of the base plate.

Moreover, a set of support posts is arranged to extend downwardly from the base plate for use in securely mounting the disk drive within the host computer.

The total height, width and length of the connectors, base plate, PCB and cover of the disk drive must fit within a mounting space provided in the host computer. Thus, the smaller the overall dimensions of the disk drive, the less space required within the host computer to accommodate the drive. The trend in recent years has been to design and build disk drive products with high data storage capacities, but that are lightweight and compact in size to minimize the space requirements and weight addition imposed on computer systems using the disk drives for data storage.

In one recent proposal, the overall dimensions of the disk drive are reduced by providing several PCB segments and mounting the PCB segments within cutout portions formed in the disk drive housing. The PCB segment approach takes advantage of miniaturization of integrated circuits to implement PCB structures in less than the full length and width

5,596,461

| 3 | 4 |

dimensions of the disk drive. However, this arrangement incurs added power requirements for transmission of signals between PCB boundaries and does not fully realize economic use of available space.

## SUMMARY OF THE INVENTION

The present invention provides a novel mechanical architecture for a disk drive housing that is based upon an efficiency in space utilization to accommodate the mounting of mechanical and electronic components of the disk drive in a minimum amount of volume. The present invention also recognizes and utilizes advances in integrated circuit miniaturization to configure PCB and housing elements in a manner that permits physical placement of disk drive components in a reduced amount of space.

In accordance with a feature of the present invention, a first raised portion of a housing element, such as a housing cover, is dimensioned to receive the top most portions of the spindle motor and actuator assembly, and includes a region that permits the movement of the top most actuator arm relative to a top disk surface. A second raised portion of the housing element, having a height dimension that is less than the height dimension of the first raised portion, is dimensioned to receive the top most disk(s) of a stack of disks.

A single PCB is arranged and configured to generally coincide with the surface area defined by the second raised portion. The PCB is mounted to the second raised portion, surrounds the first raised portion and has a height dimension that fits within the difference in height dimensions between the first and second raised portions. Advantage is taken of the miniaturization of integrated circuits to reduce the surface area of the PCB to within the surface area of the second raised portion. The first raised portion is configured to accommodate the height dimensions of the spindle motor and head stack assembly and occupies only as much space as required for this purpose. In this manner, the present invention makes a highly effective use of available space and eliminates the need to accommodate both the height of the spindle motor and head stack assembly and the mounting of a PCB to either a full side of a base plate or to be segmented into several portions arranged in various spaced recesses cut of housing surfaces.

In accordance with another feature of the present invention, a set of support posts is provided on a cover element of the disk drive housing. The spindle motor and head stack assembly are mounted to a base plate. The removal of the support posts from the base housing element mounting the spindle motor and head stack assembly, as done in conventional disk drives, frees up space on the base to permit greater flexibility in the placement of mechanical components of the disk drive.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 a perspective, exploded view of a representative disk drive according to the present invention.

FIG. 2 is a top view of the disk drive of FIG. 1, with the cover shown as being transparent to illustrate the structural features of the present invention.

FIGS. 3 is a side cross sectional view of the disk drive of FIG. 2.

## DETAILED DESCRIPTION

Referring now to the drawings, and initially to FIG. 1, there is illustrated an exemplary disk drive housing according to the present invention designated generally by the reference numeral 20. The disk drive housing 20 encloses a stack of storage disks 22a–c. Each of the storage disks 22a–c is provided with a plurality of data tracks (not shown) to store user data in the form of magnetic transitions, as is well known.

A housing comprises a cover element 24 and a base plate 26. The base plate 26 is formed to include a raised portion 28 that covers a substantial portion of the top surface area of the base plate 24. The raised portion 28 provides structural integrity and strength to the base plate 26. As clearly shown in FIG. 1, the raised portion 28 of the base plate 26 is shaped to accommodate the mounting of a head stack assembly 36, as will be described, the forming of internally threaded posts 30 to secure the cover element 24 to the base plate, and the placement of a gasket 32 to seal the housing when the cover element 24 is secured to the base plate 26.

A spindle motor 34 is mounted to the base plate 26 to support the disks 22a–c for rotation, as well known in the art. The principal components of the head stack assembly 36 comprise a stack of actuator arms 36a–d, spacers 38a,b and an electric coil element 40. Each actuator arm 36a–d is suitable to mount a head gimble assembly (not shown) for reading and writing data to and from the surfaces of the disks 22a–c, also as well known in the art. A rotatable shaft 42 is mounted to the base plate 26 and supports the actuator arms 36a–d, spacers 38a,b and electric coil element 40 in a alternating arrangement for rotation as a stack, such that the actuator arm 36a is rotatably positioned above the top surface of the disk 22a, the actuator arm 36b is spaced from the actuator arm 36a by the spacer 38a and rotatably positioned between the disks 22a and b, the actuator arm 36c is spaced from the actuator arm 36b by the electric coil element 40 and rotatably positioned between the disks 22b and c and the actuator arm 36d is spaced from the actuator arm 36c by the spacer 38b and rotatably positioned below the bottom surface of the disk 22c.

A permanent magnet 44 is secured between two mounting plates 46a,b, which are, in turn, mounted to the base plate 26, as shown in FIG. 1. An electric coil portion 40a of the electric coil element 40 is sandwiched between the mounting plates 46a,b when the electric coil element 40 is mounted on the rotatable shaft 42. In this manner, a control signal applied to the electric coil portion 40a can be used to control the radial position of the head stack, as is well known:

As shown in the exemplary embodiment of the present invention depicted in FIG. 1, the shape of the raised portion 28 in the vicinity of the head stack assembly 36 and the spindle motor 34 provides space just sufficient to receive the lower most portions of the spindle motor 34 and the rotatable shaft 42, as well as the bottom actuator arm 36d with suitable clearance for rotation through an arc sufficient to move the actuator arm 36d from an inner diameter of the bottom disk 22c to an outer diameter of the disk 22c containing data tracks.

According to the present invention, the cover element 24 is formed to include a top surface comprising a first raised portion 48 and a second raised portion 50. A side wall 51 depends downwardly for the top surface to define an enclosed space between the cover element 24 and base plate 26 when the cover element 24 is positioned on the base plate 26. The first raised portion 48 is formed to provide sufficient height, when the cover element 24 is secured to the base plate 26, to receive the topmost portions of the spindle motor 34 and head stack assembly 36 and to accommodate rotation of the top actuator arm 36a through an arc sufficient to move the actuator arm 36a from an inner diameter of the top disk

5,596,461

| 5 | 6 |

22a to an outer diameter of the disk 22a containing data tracks. As shown in the exemplary embodiment of the present invention depicted in FIG. 1, the shape of the raised portion 28 of the base plate 26 corresponds to the shape of the first raised portion 48 of the cover element 24 to provide a shaped region of the housing 20 with a total height dimension relative to the spindle motor 34 and head stack assembly 36, that is just sufficient for those elements.

The second raised portion 50 of the cover element 24 is shaped to provide a sufficient height dimension, when the cover element 24 is secured to the base plate 26, to receive the top disk 22a and the permanent magnet 44/mounting plate 46a,b assembly. As shown in FIG. 1, the raised portion 28 of the base plate 26 is formed to a shape that corresponds to the shape of the second raised portion 50 to provide a total height dimension relative to the disk stack and permanent magnet 44/mounting plate 46a,b assembly that is just sufficient for those elements.

A PCB 52 is provided to mount control electronics for controlled operation of the spindle motor 34 and the electric coil portion 40a. The PCB 52 is also used to mount read/write channel circuitry to control the transfer of data to and from the data tracks of the storage disks 22a–c. The control electronics and read/write channel circuitry as well as the manner for coupling these components to one another on the PCB 52 and to the various components of the disk drive are well known in the art.

The PCB 52 is also provided with a pin connector 54. The pin connector 54 is used to couple the disk drive electronics to a host computer (i.e. the computer that is using the disk drive to store data). The pin connector 54 includes a host connector, to form electrical paths for the transmission of commands and data between the disk drive and the host computer, and a power connector, to connect the disk drive to the power supply of the computer to energize the motors and circuits within the disk drive.

The PCB 52 is shaped to generally coincide with the shape of the second raised portion 50 such that the PCB 52 can be supported on the surface of the second raised portion 50 and surround the first raised portion when the PCB 52 is mounted to the disk drive housing 20. Moreover, the overall height of the PCB 52 is dimensioned to fit within the height difference between the first and second raised portions 48, 50. In this manner, a highly efficient use of space is achieved by providing housing height dimensions that precisely coincide with the height requirements of various components of the disk drive.

A portion 56 of the top surface of the cover element 24 that is not occupied by either the first and second raised portions 48, 50 is used to receive the pin connector 54 and any connecting elements (not shown) on the PCB 52 used to couple the electronics on the PCB 52 to the head stack assembly 36. To that end, an opening 58 is formed in the portion 56 to run any wiring (not shown) that may be necessary to couple the PCB 52 to the head stack assembly 36 within the housing 20.

A set of openings 60 is formed along the outer perimeter of the cover element 24 at positions that are aligned with the internally threaded posts 30 of the base plate 26 when the cover element 24 is placed onto the base plate 26. Screws (not shown) are used to secure the cover element 24 to the base plate 26 via the aligned opening, internally threaded post arrangement.

In accordance with another feature of the present invention, openings 62 are formed in the pin connector 54. The openings 62 are arranged to align with corresponding openings 60 and internally threaded posts 30 of the cover element 24 and base plate 26, respectively, as shown in FIG. 1. The openings 62 permit the pin connector 54, and the attached PCB 52, to be secured to the disk drive housing 20 via screws received through the openings 60 and the corresponding openings 60, and threaded into the corresponding posts 30. In conventional disk drives, the connectors are typically mounted to the PCB, and do not have a secure mounting directly to the housing as provided by this feature of the present invention.

Pursuant to the present invention, a set of support posts 64 is formed at the outer perimeter of the cover element 24 for use in mounting the disk drive in a host computer. When installed in a host computer, the disk drive housing 20 is positioned so that the support posts 64 align with corresponding openings formed in the host computer. The support posts 64 include internally threaded openings to receive screws applied through the host computer openings. In conventional disk drives, the support posts are formed on the base plate and occupy space within the regions of the base plate where the spindle motor and head stack assembly are located. By moving the support posts 64 to the housing element (e.g. the cover element 24 in the exemplary embodiment of the present invention) opposite to the mounting element for the spindle motor and head stack assembly (e.g. the base plate 26 in the exemplary embodiment of the present invention), more space is available for mounting disk stack assembly components. The additional space availability can be used to increase flexibility in design configurations for the disk stack assembly.

FIGS. 2 and 3 provide additional views of the exemplary disk drive housing embodying an example of the present invention. It will be clear that the present invention is well adapted to carry out the objects and attain the ends and advantages mentioned as well as those inherent therein. While a presently preferred embodiment has been described for purposes of this disclosure, numerous changes may be made which will readily suggest themselves to those skilled in the art and which are encompassed in the spirit of the invention disclosed and as defined in the appended claims.

What is claimed is:

1. A disk drive housing, comprising:

a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and

a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corresponding to the dimensions of the length and end portions of the base member;

the cover element being received onto and secured to the base member to form the housing;

the top surface of the cover element including a first raised portion to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly;

remaining portions of the top surface of the cover element being generally parallel to said first raised portion and providing a continuous, single PCB support surface.

2. The disk drive housing of claim 1 wherein the remaining portions of the top surface include a second raised portion to provide a height dimension within the housing sufficient for topmost portions of a stack of disks of the disk stack assembly, the first raised portion being higher than the second raised portion.

3. The disk drive housing of claim 2, wherein the cover element and base member further comprise aligned openings

5,596,461

7

8

usable to secure the cover element to the base member to form the housing, and wherein the disk drive housing further comprises a PCB including an attached connector, the connector including openings aligned with at least certain ones of the openings of the base member and cover element for mounting the connector directly to the top surface of the cover element when the openings of the base member and cover element are used to secure the base member to the cover element.

4. The disc drive housing of claim 3, wherein the PCB is mounted over at least selected portions of the second raised portion of the top surface of the cover element.

5. The disk drive housing of claim 1 wherein the first raised portion of the top surface has a preselected shape and the base member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing sufficient for the height of the spindle motor and head stack assembly of the disk stack assembly.

6. A disk drive housing, comprising:

   a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and

   a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corre-

sponding to the dimensions of the length and end portions of the base member;

the cover element being received onto and secured to the base member to form the housing;

the top surface of the cover element including a first raised portion having a preselected shape to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly, the shape of the first raised portion being just sufficient to provide adequate height for the spindle motor and head stack assembly of the disk stack assembly, remaining portions of the top surface of the cover element being generally parallel to said first raised portion and providing a continuous, single PCB support surface.

7. The disk drive housing of claim 6 wherein the base member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing just sufficient for the height of the spindle motor and head stack assembly of the disk stack assembly.

8. The disc drive housing of claim 6, wherein the cover element further includes a set of support posts usable to mount the disk drive housing in a host computer.

* * * * *

5

REDACTED

6

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**Washington, D.C. 20436**

In the Matter of

**CERTAIN DISC DRIVES,**
**COMPONENTS THEREOF,**
**AND PRODUCTS CONTAINING SAME**

**Investigation No. 337-TA-516**

## NOTICE OF A COMMISSION DETERMINATION NOT TO REVIEW AN INITIAL DETERMINATION GRANTING A MOTION FOR SUMMARY DETERMINATION OF NONINFRINGEMENT OF ONE PATENT AT ISSUE IN THE INVESTIGATION

**AGENCY:**    U.S. International Trade Commission.

**ACTION:**    Notice.

**SUMMARY:**  Notice is hereby given that the U.S. International Trade Commission has determined not to review the initial determination ("ID") of the presiding administrative law judge ("ALJ") issued on March 7, 2005, granting respondent's motion for summary determination of noninfringement of U.S. Patent No. 5,596,461 ("the '461 patent"), a patent at issue in the above-captioned section 337 investigation.

**FOR FURTHER INFORMATION CONTACT:**  Timothy P. Monaghan, Esq., Office of the General Counsel, U.S. International Trade Commission, 500 E Street, S.W., Washington, D.C. 20436, telephone 202-205-3152. Copies of the public version of the ID and all nonconfidential documents filed in connection with this investigation are or will be available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W., Washington, D.C. 20436, telephone 202-205-2000. Hearing-impaired persons are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on 202-205-1810. General information concerning the Commission may also be obtained by accessing its Internet server (*http://www.usitc.gov*). The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at *http://edis.usitc.gov.*

1

SUPPLEMENTARY INFORMATION: The Commission instituted this investigation on August 5, 2004, based on a complaint filed on behalf of Seagate Technology, LLC ("Seagate"). 69 *Fed. Reg.* 47460 (Aug. 5, 2004). The complaint, as supplemented, alleged violations of section 337 in the importation into the United States, sale for importation, and sale within the United States after importation of certain disc drives, components thereof, and products containing same by reason of infringement of certain claims of seven U.S. patents, including claims 1 and 5-7 of the '461 patent. The notice of investigation named Cornice, Inc. ("Cornice") of Longmont, Colorado as the sole respondent.

On December 28, 2004, the ALJ issued Order No. 6, an ID granting in part a motion for summary determination of invalidity of the asserted claims of one of the patents at issue, U.S. Patent No. 6,744,606. On January 28, 2005, the Commission determined to review and reverse Order No. 6.

On January 10, 2005, respondent Cornice filed a "Motion for Summary Determination of Noninfringement of U.S. Patent No. 5,596,461." On January 21, 2005, complainant Seagate filed its "Opposition to Respondent Cornice, Inc.'s Motion for Summary Determination of Noninfringement of U.S. Patent No. 5,596,461 and a Counter Motion for Summary Determination of Infringement of U.S. Patent No. 5,596,461." On February 2, 2005, Cornice filed its opposition to Seagate's cross-motion, and on the same day the Commission investigative attorney filed his response in support of Cornice's motion for summary determination of noninfringement, and in opposition to Seagate's cross-motion for summary determination of infringement.

On March 7, 2005, the ALJ issued the subject ID, Order No. 8, granting Cornice's motion for summary determination of noninfringement of the '461 patent and denying Seagate's cross-motion for summary determination of infringement.

No petitions for review of the ID were filed.

This action is taken under the authority of section 337 of the Tariff Act of 1930, 19 U.S.C. § 1337, and section 210.42 of Rules of Practice and Procedure, 19 C.F.R. § 210.42.

By order of the Commission.

Marilyn R. Abbott
Secretary to the Commission

Issued: March 29, 2005

2

CERTAIN DISC DRIVES, COMPONENTS THEREOF AND PRODUCTS          337-TA-516
CONTAINING SAME

CERTIFICATE OF SERVICE

I, Marilyn R. Abbott, hereby certify that the attached NOTICE OF A COMMISSION
DETERMINATION NOT TO REVIEW AN INITIAL DETERMINATIN GRANTING A MOTION
FOR SUMMARY DETERMINATION OF NONINFRINGEMENT OF ONE PATENT AT ISSUE
IN THE INVESTIGATION was served upon the Commission Investigative Attorney, Clara Kuehn, Esq.,
and all parties via first class mail and air mail where necessary on March 30, 2005.

Marilyn R. Abbott, Secretary
U.S. International Trade Commission
500 E Street, SW – Room 112
Washington, DC 20436

**ON BEHALF OF SEAGATE
TECHNOLOGY, LLC:**

Ruffin B. Cordell, Esq.
Brian R. Nester, Esq..
Timothy W. Riffe, Esq.
**Fish & Richardson P.C.**
1425 K Street NW, Suite 1100
Washington, D.C. 20005

**ON BEHALF OF CONICE, INC.:**

David A. Hickerson, Esq.
Joanne M. Guerrera, Esq.
Alejandra C. Montenegro, Esq.
**Weil, Gotshal & Manges LLP**
1501 K Street, N.W., Suite 100
Washington, D.C. 20005

David C. Radulescu, Esq.
Arlene A. Hahn, Esq.
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153

Matthew D. Powers, Esq.
Jason D. Kipnis, Esq.
Adrian Percer, Esq.
**Weil, Gotshal & Manges LLP**
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Russell Sheatley, Esq.
Steven Morgan, Esq.
**Weil, Gotshal & Manges LLP**
700 Louisiana, suite 1600
Houston, TX 77001

8

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

         Plaintiff,

    v.

CORNICE, INC.

         Defendant.

C.A. No. 04-418 (SLR)

**PLAINTIFF SEAGATE TECHNOLOGY LLC'S  PRELIMINARY
LIST OF PROPOSED CLAIM CONSTRUCTION TERMS**

Our investigation is ongoing, as is our discovery, which may affect our proposed claim constructions.  Accordingly, we reserve the right to amend or supplement our proposed claim constructions.  In addition, we reserve the right to amend or supplement our proposed claim constructions in the event that Cornice changes its identification of asserted claims.

| | | |
|---|---|---|
| "Substrate" | Supporting material on which the thin films are deposited. | '754 patent, claims 1 & 13 |
| "Seedlayer" | A film layer between the substrate and the underlayer, that acts to control the crystallographic orientation of subsequent layers. | '754 patent, claims 1 & 13 |
| "Alloy" | A homogeneous mixture or solid solution of two or more metals, the atoms of one replacing or occupying interstitial positions between the atoms of the other. | '754 patent, claims 1, 6, & 13 |
| "Substantially directional magnetic isotropy" | A longitudinal magnetic media has "substantial directional magnetic isotropy" when it has substantially equal values of one or more properties (e.g. Hc, Mrt and S*) of a thin | '754 patent, claims 1 & 13 |

| | film, regardless of whether the property measurement occurs in the circumferential or radial direction. | |
|---|---|---|
| "Having magnetic properties with an orientation ratio of about 1.0" | Having magnetic properties with one or more orientation ratios of about 1.0. | '754 patent, claim 12 |

| | | |
|---|---|---|
| "actuator" | Something that causes something else to be put into action or motion | '606 patent, claims 1, 2, 4, 5, 6, 9, 10, 11, 17, and 20 |
| "single arm potion" | Only one, not multiple, arms | '606 patent, claims 1 and 17 |
| "step portion" | Part of the actuator that distances the coil support portion and the arm portion | '606 patent, claims 4, 5, 6, and 9 |
| "single arm support portion" | Only one, not multiple, portions of the actuator used to support a single arm. | '606 patent, claim 11 |

| | | |
|---|---|---|
| "a magnetic field containing member" | A member that contains a magnetic field | '159 patent, claims 1, 2, and 3 |
| SWITCHES: "the capture member is in a non-permeated state . . . and the capture member switches to a permeated state" | "Switches" should be construed consistent with its ordinary meaning to mean "changes," such that the "capture member is in a non-permeated state . . . and the capture member 'changes' to a permeated state." | '159 patent, claim 1 |
| "an actuator for selectively positioning the transducer | An actuator that performs the function of selectively | '159 patent, claim 1 |

2

| U.S. PATENT NO. 5,765,315 | | |
|---|---|---|
| Claims Language | Seagate's Proposed Construction | Asserted Patent Claims in Which Claim Language Appears |
| over a path between a first position and a second position" | moving a transducer over a path between a first position and a second position | |
| "to park" | Fix the position of the actuator which supports the head(s) | '159 patent, claim 1 |

| U.S. PATENT NO. 6,297,933 | | |
|---|---|---|
| Claims Language | Seagate's Proposed Construction | Asserted Patent Claims in Which Claim Language Appears |
| "base member" | A first housing element to which the cover element is secured and that is separate and distinct from the cover element | '461 patent, claims 1, 5, 6, and 7 |
| "cover element" | A second housing element that contains the first raised portion, remaining portions, and provides a surface over which the PCB is placed | '461 patent, claims 1 and 6 |
| "first raised portion" | The portion of the top surface of the cover element that is raised and provides a height sufficient for topmost portions of the spindle motor and head stack assembly | '461 patent, claims 1, 5, 6, and 7 |
| "head stack assembly" | Assembly including an actuator, its arm, recording head, and an electric coil. The HSA can include one or more actuator arms. | '461 patent, claims 1, 5, 6, and 7 |
| "disk stack assembly" | Assembly comprising one or more magnetic disks and spindle motor. | '461 patent, claims 1, 5, 6, and 7 |
| "remaining portions" | Portions that comprise the top surface of the cover element, not including the first raised portion of the top surface of the cover element | '461 patent, claims 1 and 6 |
| "continuous, single PCB support surface" | A surface that provides support for one and only one, non-segmented printed circuit board | '461 patent, claims 1 and 6 |

3

| | | |
|---|---|---|
| "critical region" | A region of the disc drive that is relatively sensitive to vibration and shock accelerations.  The region is critical based on whether external vibrations or shock delivered to that region are more likely to result in drive failure or damage, than in non-critical regions. | '054 patent, claims 1, 2, 15, 19, 20 |
| "non-critical region" | A region of the disc drive that is relatively insensitive to vibration and shock during unpredictable events. | '054 patent, claims 1, 15, and 19 |

| | | |
|---|---|---|
| "retaining clip" | A mechanical device for holding or gripping the bearing cartridge to the actuator by engaging a groove(s) on the exterior of the bearing cartridge. | '845 patent, claims 5, 6, 7, 9, 11, 12, and 14 |

| | | |
|---|---|---|
| "Z data tracks" | The number of tracks on the disk surface between an outer diameter and inner diameter on the surface (data track obtains its ordinary meaning). | '506 patent claims 1, 22, and 33 |
| "quadrature servo pattern" | A servo pattern with four bursts, where a transition between one pair of alternating bursts occurs at | '506 patent claims 1, 2, 8, 10, 22, 23, 33, 34, and 37. |

4

| Claim Language | Stanley Claimed Construction | Asserted Claims with which Claim Language Appears |
|---|---|---|
| | the center of one of a second pair of alternating bursts. | |
| "0.75*Z" | The quadrature pattern repeats three times every four data tracks. | '506 patent claims 1, 22, and 33. |
| "1.5*Z" | Within a gray scale band, there are three consecutively address gray scale areas every two data tracks. | '506 patent claims 1, 22, and 33. |
| "position generator" | The electronics and/or processor that provide a position signal. | '506 patent claims 1, 8, and 9. |
| "width W" | The track pitch (i.e., the radial distance between the centerline of two adjacent data tracks). | '506 patent claim 4 and 25 |
| gray scale "width" | An area that includes portions of the blank area existing between gray scale areas on a disk surface, so that the "width" refers to the width of gray scale areas when such areas are drawn abutting each other. | '506 patent claim 4, 25, and 35. |
| "zones" | Logical zones generated by the position generator logic. | '506 patent claims 8, 9, 11, 36, and 38. |
| "first means for generating a displacement signal having a value indicative of said transducer's displacement from said center of a zone associated with said gray scale area read by said transducer" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 6:47-7:18, 9:30-40, 10:43-11:10, Fig. 6A elements 16 and 17, Fig. 6B element 21. | '506 patent claim 9. |
| "second means for generating a center signal having a value indicative of said zone's center from said fixed reference point" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a | '506 patent claim 9. |

-5-

| U.S. PATENT NO. 6,040,955 | | |
|---|---|---|
| Claim Element(s) | Accused Product Configuration | Asserted Patent Claims In Which Claim Language Appears |
|  | microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent 7:26-43, 9:41-10:42, 11:11-15, 11:23-52, Fig. 1 element 20, Fig. 6A element 19, Fig. 6B elements 22 and 219. |  |
| "third means for combining said center signal and said displacement signal to generate a digital signal having a value indicative of said transducer's position from said fixed reference point recorded on said disk" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 11:15-22, Fig. 6B element 218. | '506 patent claim 9. |
| "a fourth means for converting the magnitude of an analog signal for a first, second, third and fourth burst of said quadrature servo pattern read by said transducer into a corresponding first, second, third and fourth digital signal" | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent. The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 6:47-7:18, Fig. 6A element 16. | '506 patent claim 10. |
| "a fifth means for generating a first displacement signal (Q) by subtracting said second digital signal from said first digital signal, a second displacement (Q') signal by | This is a means element subject to 35 U.S.C. §112, ¶ 6. The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the | '506 patent claim 10. |

6

| Claim Language | U.S. PATENT NO. 5,606,506<br>Seagate's Proposed<br>Construction | Asserted Patent(s) In<br>Which Claim Language<br>Appears |
|---|---|---|
| subtracting said first digital signal from said second digital signal, a third displacement (N) signal by subtracting said fourth digital signal from said third digital signal and fourth displacement signal (N') by subtracting said third digital signal from said fourth digital signal" | specification and Figures of the patent.  The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 9:30-40, Fig. 6A element 17. | |
| "zone detector" | The "zone detector" includes electronics and/or a microprocessor that provides a zone signal. | '506 patent claims 11 and 12. |
| "sixth means for generating said center signal as a function of said zone signal where said center signal is a distance from said fixed reference point to the center of said selected zone" | This is a means element subject to 35 U.S.C. §112, ¶ 6.  The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent.  The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 10:20-42, 11:11-15, Fig. 6B elements 22 and 219. | '506 patent claim 11. |
| "a displacement selection means for selecting one of said first, second, third and fourth displacement signals as said displacement signal as a function of said zone signal generated by said zone detector" | This is a means element subject to 35 U.S.C. §112, ¶ 6.  The corresponding structure includes electronics and/or a microprocessor executing the logic outlined in the specification and Figures of the patent.  The specific logic set forth at the following portions of the specification and Figures:<br><br>'506 patent, 10:43-11:10, Fig. 6B element 21. | '506 patent claim 12. |
| "adder" | The electronics or a microprocessor that generates a position signal. | '506 patent claim 13. |
| "distance" | A distance measured in | '506 patent claim 40. |



terms of gray scale units.

Dated:  July 22, 2005

FISH & RICHARDSON P.C.

By: _____
William J. Marsden, Jr. (#2247)
Timothy Devlin (#4241)
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114
Tel: (302) 652-5070

Roger S. Borovoy (admitted *pro hac vice*)
David M. Barkan (admitted *pro hac vice*)
500 Arguello Street
Redwood City, CA 94063-1526
Tel: (650) 839-5070

Ruffin B. Cordell (admitted *pro hac vice*)
Brian R. Nester (#3581)
Timothy W. Riffe (admitted *pro hac vice*)
Christian A. Chu (admitted *pro hac vice*)
1425 K Street NW, Suite 1100
Washington, D.C.  20005
Tel: (202) 783-5070

Edmond R. Bannon (admitted *pro hac vice*)
Lewis Hudnell III (admitted *pro hac vice*)
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611
Tel: (212) 765-5070

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

8

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of July, 2005, a true and correct copy of

**PLAINTIFF SEAGATE TECHNOLOGY LLC'S PRELIMINARY LIST OF**

**PROPOSED CLAIM CONSTRUCTION TERMS** was caused to be served on the

attorney of record at the following address as indicated:

## BY HAND DELIVERY

Jack B. Blumenfeld, Esquire                    Attorneys for Defendant
MORRIS NICHOLS ARSHT &                    Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

## VIA FEDERAL EXPRESS

Mathew D. Powers                              Attorneys for Defendant
Jason D. Kipnis                               Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600                     Attorneys for Defendant
Houston, TX  77002                            Cornice, Inc.
(713) 546-5000

David C. Radulescu                            Attorneys for Defendant
Alan J. Weinschel                             Cornice, Inc.
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

Brian R. Nester

40290900.doc

10

# United States Patent [19]

## Stefansky

[11] Patent Number: **5,025,335**

[45] Date of Patent: **Jun. 18, 1991**

[54] **ARCHITECTURE FOR 2½ INCH DIAMETER SINGLE DISK DRIVE**

[75] Inventor: **Frederick M. Stefansky,** Longmont, Colo.

[73] Assignee: **Conner Peripherals, Inc.,** San Jose, Calif.

[21] Appl. No.: **387,944**

[22] Filed: **Jul. 31, 1989**

[51] Int. Cl.⁵ ............................................... G11B 5/012
[52] U.S. Cl. ................................... 360/97.01; 360/137
[58] Field of Search ................... 360/97.01, 105, 106, 360/137, 75, 97.03

[56]         **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,639,863 | 1/1987 | Harrison et al. .................... | 364/200 |
| 4,660,120 | 4/1987 | Manzke et al. .................. | 360/105 X |
| 4,710,834 | 12/1987 | Brand et al. ..................... | 360/105 |
| 4,712,146 | 12/1987 | Moon et al. .................... | 360/97.03 |
| 4,853,807 | 8/1989 | Trager ....................... | 360/97.01 |
| 4,881,139 | 11/1989 | Hazebrouck ................. | 360/97.01 |
| 4,882,671 | 11/1989 | Graham et al. ................. | 364/200 |
| 4,890,174 | 12/1989 | Chalmers et al. ............... | 360/98.07 |

### OTHER PUBLICATIONS

IBM/TDB, vol. 19, No. 4, Sep. 1976, p. 1440, Actuator Retraction Device by Hearn.

*Primary Examiner*—John H. Wolff
*Attorney, Agent, or Firm*—Fliesler, Dubb, Meyer & Lovejoy

[57]         **ABSTRACT**

A two and one half inch form factor disk drive has a base and cover formed of molded plastic and engaged with each other by snap-fit connectors. The cover is molded from a plastic which is more flexible than that used for the base so that the cover complies to the base when the cover and base are engaged. Mounting brackets attached to the cover support a printed circuit board on the opposite side of the base from the cover. The two and one half inch form factor is established by providing the disk drive with a length equal to the width of a 3½ inch disk drive and a width equal to half of the length of a 3½ inch disk drive. The disk drive includes a disk having a diameter of approximately 2.6 inches (65 mm) and weighs approximately 5 ounces. A closed-loop, embedded servo tracking system provides a large storage capacity relative to the area of storage media available.

**19 Claims, 10 Drawing Sheets**





FIGURE 1

COR-ITC006857



FIGURE 2

COR-ITC006858



FIGURE 3

COR-ITC006859



*FIGURE 4*

COR-ITC006860



FIGURE 6

FIGURE 5

FIGURE 7

FIGURE 8

COR-ITC006861



*FIGURE 9A*

*FIGURE 10*

*FIGURE 9B*

*FIGURE 9C*

COR-ITC006862



FIGURE 12

FIGURE 11

COR-ITC006863



*FIGURE 13A*



*FIGURE 13B*

COR-ITC006864



FIGURE 14

FIGURE 15



FIGURE 16A

FIGURE 16B

FIGURE 17

FIGURE 18

COR-ITC006866