5,025,335

| 1 | 2 |

# ARCHITECTURE FOR 2½ INCH DIAMETER SINGLE DISK DRIVE

## CROSS-REFERENCE TO RELATED APPLICATIONS

DISK DRIVE SYSTEM CONTROLLER ARCHITECTURE, Ser. No. 057,289, filed June 2, 1987, assigned to the assignee of the present application;

DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE. Ser. No. 057,806, filed June 2, 1987, assigned to the assignee of the present application;

LOW-POWER, HARD DISK DRIVE SYSTEM ARCHITECTURE, Ser. No. 152,069, filed Feb. 4, 1987, assigned to the assignee of the present application;

MAGNETIC PARKING DEVICE FOR DISK DRIVE, Ser. No. 269,873, filed Nov. 10, 1988, assigned to the assignee of the present application; and

DISK DRIVE SYSTEM USING MULTIPLE EMBEDDED QUADRATURE SERVO FIELDS, Ser. No. [unknown], filed July 27, 1989, inventors Shrinkle et al.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to disk drives; more particularly, to disk drives which have increased storage capacity and reduced size, weight and power consumption.

### 2. Description of the Related Art

The technology relating to data storage is following a continuing trend towards increased storage capacity, reduced data storage device weight and size, and reduced power consumption. Factors motivating these trends include the increasing use of portable or lap-top computers.

Reducing the size of disk drives has been balanced against the corresponding reduction in storage capacity caused by a reduction in the area of the storage medium. The sole attempt to introduce a disk drive smaller than the 3 ½″ form factor is a drive announced by Prairie Tek having a disk with a diameter of 65 mm, which is 30 mm less than the diameter of the disks in the 3 ½″ disk drives.

Disk drive manufacturers and computer manufacturers usually establish standards for vibration and shook resistance for hard disk drives or (disk files) for data storage. Among the criteria imposed on hard disk drives are vibration resistance, compactness, low weight, low power, and ease of manufacture—particularly reduced part count. All of these criteria are usually important to a computer manufacturer selecting a disk drive for use in a specific computer or for a specific type of application. The standards may be more stringent for disk drives intended for use in portable or lap-top computers or other harsh environments. Vibration and impact acceptance evaluations may be conducted by placing the drive being evaluated on a vibration table and subjecting the drive to vibrations of varying frequency and amplitude while the drive is operating. The performance of the drive is monitored to determine the frequency and amplitude of the applied vibrations which cause errors in seeking and/or track following. Seek and/or track following errors often result in "hesitations" in reading and/or writing data, and disk drives which are sensitive to applied vibrations of too low a frequency or amplitude may fail acceptance evaluations.

One effect of vibrations applied to a disk drive, and one cause of errors in seeking and/or track following is mechanical off-tracking, i.e., an unintended physical movement of the heads with respect to the disk(s). Mechanical off-tracking may be caused by movements of various structural components on the disk drive with respect to the disk.

Conventional disk drives have been fabricated of dense, heavy materials to provide the structural rigidity necessary to prevent thermal gradients and other physical stresses from causing mechanical off-tracking. The use of heavy materials such as metals has made it difficult to reduce the weight of the disk drive. The use of metals, particularly aluminum, to fabricate the support structure of a disk drive flows the coefficient of thermal expansion of the support structure to be matched to that of many of the internal components of the drive which are also usually fabricated of aluminum.

Disk drive systems utilizing closed-looped head positioning control systems rely on servo data stored on the rotating disks as the source of data track positioning feedback information. One approach to providing such servo information is to dedicate an entire disk surface and corresponding servo read data channel for the near-continuous sourcing and capture of positioning information. However, dedication of an entire disk surface and the need to provide special servo control read circuitry results in a significant increase in the cost per unit data of the disk drive control system and disk drive as a whole.

Conventional hard disk drives often incorporate a device for parking the head(s) of the drive. As used in this patent, the terms "park" and "parking" refer to maintaining the position of the head(s) over a selected portion (usually a "landing zone" at the inside or outside diameter) of the disk (or disks) by latching the actuator which supports the head(s). Many parking devices park the head(s) by physically engaging (latching) the actuator, and the terms "latched" and "unlatched" respectively refer to the engagement and disengagement of the parking device and the actuator. Physical shocks experienced during shipping or other non-operational movements of a disk drive may cause the head to "slap" against the disk, possibly causing a loss of data if the head slaps against a data-carrying portion of the disk. Parking the head assures that the head will land on the landing zone—i.e., a non-data storage portion of the disk—and will be held in a position over the landing zone during the power down period.

Electromagnetic parking devices require electrical power to release the parking device during operation of the disk drive. This use of electrical power is detrimental to the life of the batteries in a portable computer. Purely magnetic parking devices park the actuator by the attraction of and direct contact between a magnetically permeable portion of the actuator and a magnet. The primary drawback of a magnetic latch of this type is that during operation of the disk drive the rotational movement of the actuator is adversely affected by the attraction of the magnetically permeable portion of the actuator and the magnet, thereby creating problems with the track following and seek functions. Further, an extremely large force is required to release the actuator from the magnet.

COR-ITC006867

5,025,335

3

## SUMMARY OF THE INVENTION

It is therefore, an object of the present invention to provide a disk drive having reduced physical dimensions and reduced weight with a data storage capacity equivalent to drives having larger physical dimensions.

A further object of the present invention is to provide a disk drive having a lightweight molded plastic base and top cover which are attached to each other by snap-fit.

A still further object of the present invention is to provide a disk drive having dimensions establishing a two and one-half inch (2 ½") form factor.

Another object of the present invention is to provide a single disk drive having plastic structural components and a closed-looped, embedded servo control system utilizing a continuous band gray code and quadrature servo pattern field provided one or more times per track sector.

Another object of the present invention is to provide a disk drive in which the internal components of the disk drive supported by the base plate are glued to the base plate, and in which no screws are used to attach components to the base of the disk drive.

Another object of the present invention is to provide a disk drive having a total weight of less than five (5) ounces.

Another object of the present invention is to provide a disk drive in which the actuator coil is mounted between two arms of the actuator to reduce the height of the gap in which the actuator coil moves.

These and other objects of the present invention are accomplished by a disk drive having a base and cover formed of molded plastic to reduce weight, a single disk having a diameter of approximately 2.56 inches to reduce the length, width, and height of the drive, and a closed-looped, embedded servo disk drives and their control system to provide the single disk with a storage capacity equivalent to that provided by disk drives providing servo information on a separate disk surface.

A two and one-half inch (2.5") form factor disk drive in accordance with the present invention includes a base formed of molded plastic and having a length approximately equal to the width of a three and one-half inch (3.5") form factor disk drive and a width approximately equal to one-half of the length of a 3.5" form factor disk drive, a cover formed of molded plastic, said cover engaging said base by a plurality of snap-fit connectors to provide a controlled environment between said base and said cover, said cover including mounting brackets extending below said base when said base and cover are engaged, a printed circuit board supported by said mounting brackets of said cover, said printed circuit board including control means for providing control signals, a motor provided on said base, said motor having a support surface, storage means rotatably supported on said support surface of said motor, interactive means for reading information from and writing information on said storage means, and actuator means supported on said base plate for selectively positioning said interactive means with respect to said storage means in response to control signals.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an exploded, isometric view of the base, cover and printed circuit board of a disk drive according to the present invention;

4

FIG. 2 is a plan view of a disk drive according to the present invention;

FIG. 3 is a cross-sectional view along line 3 in FIG. 2;

FIG. 4 is an exploded, isometric view of actuator arm and actuator motor of a disk drive in accordance with the present invention;

FIG. 5 is a partial, isometric view showing a snap-fit connector used to attach the cover to the base of a disk drive in accordance with the present invention;

FIG. 6 is a partial, isometric view, showing the interrelation of the base, cover and printed circuit board of a disk drive in accordance with the present invention;

FIG. 7 is a partial, side view of a disk drive in accordance with the present invention;

FIG. 8 is an end view of a disk drive in accordance with the present invention;

FIGS. 9A–C are partial, top, side, and bottom views, respectively, of an actuator arm for a disk drive in accordance with the present invention;

FIG. 10 is an isometric view of a flexure utilized to mount a head on a load beam in a disk drive in accordance with the present invention;

FIG. 11 is an isometric view of a field containing member for a magnetic latch mechanism useful in the disk drive of the present invention;

FIG. 12 is a cross-section view along line 12—12 in FIG. 11;

FIGS. 13A and B are cross-sectional views along line 13—13 in FIG. 11, for describing the operation of the magnetic latch mechanism.

FIG. 14 is a simplified block diagram of a disk drive control system utilized in the disk drive of the present invention;

FIG. 15 is a simplified representation of a portion of a data track with the plurality of sectors provided thereon;

FIGS. 16A–B illustrate the distribution of servo control information and data in a simple, exemplary sector;

FIG. 17 illustrates the task management control system flow structure in processing the servo control information of the sector shown in FIGS. 16A–B; and

FIG. 18 illustrates the detailed presentation of the servo control information of the exemplary sector, shown in FIGS. 16A–B.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

A disk drive according to the present invention will be described with reference to FIGS. 1–18. The disk drive described herein includes, for example, a single hard disk with a magnetic coating and utilizes Winchester technology; however, the disk drive may utilize various numbers of disks (and a corresponding number of heads, usually one per disk surface—two (2) heads per disk) and other types of disks, for example, optical disks, and other read/write technologies, for example, lasers.

Advances in data storage technology and the reduced size of computers have led to disk drives having smaller dimensions. Eight inch (8") disk drives were followed by the five and one-quarter inch (5 ¼") disk drives. The length of a 5 ¼" drive is approximately the width of an 8" drive and the width of a 5 ¼" drive is approximately one-half of the length of an 8" drive. This same size relationship applies to so-called three and one-half inch (3 ½") drives and 5 ¼" drives—i.e., a 3 ½" drive is approximately one half the size of a 5 ¼" drive.

COR-ITC006868

5,025,335

5

Many of the developments in disk drive technology which led to the current state of the art for disk drives for personal computers and work stations were made with respect to 5 ¼ disk drives and later incorporated into 3 ½ disk drives. In transferring these developments from 5 ¼″ to 3 ½″ drives, most parts remained the same and were shoe-horned into a 3 ½″ drive.

The inventor of the disk drive which is the subject of this patent realized that further reductions in the size of disk drives would not be possible without redesigning certain components of the reduced size drive. Designing a disk drive which is smaller than the 3 ½″ form factor drives has presented the challenge of redesigning these industry standard components; for example, the standard flexure used to mount a head on a load beam is a part which was designed by IBM and has survived many generations of disk drives.

The form factor selected for the disk drive of the present invention is a two and one-half inch (2 ½″) form factor in which the length of the drive is approximately the width of a 3 ½″ drive and the width is approximately one-half of the length of a 3 ½″ drive. The dimensions of the disk drive of the present invention are: length 4″; width 2 ⅞″; and height 0.68″. Further, the disk drive weighs less than six (6) ounces. The disk has a diameter of approximately 2.56″ (65 mm). Implementing the disk drive in a plug-in module would allow the disk drive to be easily transferred from one computer to another, e.g., from an office to a home computer.

The overall power consumption of the disk drive is less than 3.5 watts and the power consumption may be as low as 1.5 watts during idle periods. Thus, the disk drive is ideal for use in portable or other battery-powered computers. The power consumption of the disk drive is further reduced through the use of a sleep mode to less than 0.5 watts which is described in co-pending application Ser. No. 152,069, which is hereby incorporated by reference.

With reference to FIGS. 1–3, a disk drive 18 in accordance with the present invention includes a base 20 and a cover 24 which are formed of molded plastic. The use of molded plastic components allows base 20 and cover 24 to be attached to each other by a plurality of snap-fit connectors, each including a tab engagement member 28 on cover 24 which engages a tab 30 on base 20. A gasket (not shown) is provided between base 20 and cover 24 to establish a sealed (or controlled) environment between base 20 and cover 24. Disk drive 18 does not utilize a breather filter, and the seal provided by the gasket (not shown) isolates the sealed environment from ambient atmospheric conditions.

Mounting brackets (or inserts) 32, ultrasonically welded to cover 24, include snap-fit posts 34 which secure printed circuit board (PCB) 36 to the cover 24. With base 20 sandwiched between cover 24 and PCB 36. As detailed in FIG. 6, snap-fit posts 34 secure PCB 36 to inserts 32 and thus cover 24. Screws (not shown) threaded into mounting posts 26 a–d attach the disk drive to a computer (not shown) or other supporting structure. Mounting posts 26 a–d are positioned to enhance the structural rigidity of base 20.

The molding of base 20 and cover 24 and the construction of snap-fit connectors 26 are in accordance with the snap-fit and injection molding guidelines published by the General Electric plastics division. Base 20 is molded from a plastic which yields a rigid structure, for example, Ultem D3452 with a 20% glass filler and a 20% mica filler. Cover 24 is designed to be more flexi-

6

ble than base 20 and is formed of a plastic which provides a resilient structure, for example, Ultem 1000, so that cover 24 conforms to base 20. The use of snap-fit connectors 26 eliminates the need for screws to assemble the disk drive, thereby reducing the weight of the disk drive, avoiding the need to provide tapped holes for screws, and simplifying the assembly procedure.

Printed circuit board (PCB) 36 has circuitry for operating the disk drive; in particular, the circuits provided on PCB 36 create control signals which control the operation of the components of the disk drive, as described below with reference to FIGS. 14–18. As shown in FIGS. 1 and 2, the horizontal surface of base 20 is divided into two portions, a first portion 21a which supports actuator assembly 48 and a second portion 21b underlying disk 44. Surface 21b is offset with respect to surface 21a to provide more distance between pCB 36 and surface 21b, thereby allowing integrated circuit components to be provided on PCB 36 in the region between PCB 36 and surface 21b. Accordingly, integrated circuit components may be provided on both surfaces of PCB 36.

A header assembly 40, comprising a plurality of holes in base 20 and a corresponding plurality of pins 42 press-fit in the holes in base 20, transfers control signals from PCB 36 to the controlled environment between base 20 and cover 24. Pins 42 of header 40 plug directly into connector 43 on PCB 36. As shown in FIGS. 2 and 3, the components in the controlled environment include a disk 44, transducers (or heads) 46 for writing information on and reading information from first and second surfaces of disk 44, an actuator assembly 48 for positioning transducers 46 with respect to disk 44, and a spin motor 50 for rotating disk 44.

The rigid structure of base 20 and the compliant structure of cover 24 ensure that the heads 46 associated with the respective surfaces of disk 44 are positioned over tracks which lie in the same cylinder. A cylinder is a vertically oriented segment representing the same track on both surfaces of disk 44. Flexing of the structure supporting the heads 46, which are mounted on the actuator 48 at one location on base 20, and the disk 44, which is mounted on base 20 at another location in the disk drive 18, would cause tracking problems by moving different heads 46 by different amounts with respect to the first and second surfaces of disk 44. To prevent flexing of base 20, support posts 26 a–d are located so that a box-shaped support region is established ,when support posts 26 a–d engage the structure (for example, a computer (not shown)) to which disk drive 18 is mounted. The box-shaped support region includes the mounting points for actuator 48 and disk 44. The support region stiffens (reduces flexing of base 20), and thus prevents mechanical off-tracking.

Actuator assembly 48 (FIGS. 1, 2, and 4) performs the function of positioning heads 46 with respect to disk 44. Actuator arm 56 supports heads 46 mounted at a first end 56a of actuator arm 56, and an actuator coil 58 mounted on actuator sub-arms 60, 62 at a second end 56b of actuator arm 56; the first and second ends 56a, 56b of actuator arm 56 are located on opposite sides of shaft 52. Actuator arm 56 is mounted on shaft 50 by a bearing cartridge 52 which is glued into base 20. Actuator arm 56, including all of the components attached thereto, is precisely balanced, i.e., equal amounts of weight are provided on either side of the pivot point (the center of shaft 52) so that the pivoting of actuator

COR-ITC006869

5,025,335

7

arm 56 to position heads 46 is less susceptible to linear shock and vibration.

The force necessary to pivot actuator arm 56 is created by a voice coil motor including coil 58 and a magnet structure 100, which supports a bipolar magnet 108. The components of magnet structure 100, as described in detail below, are formed of magnetically permeable material to provide returns for the magnetic field generated by magnet 108. The magnet structure 100 and actuator coil 58 are arranged so that coil 58 is placed in the magnetic field created by magnet 108. Currents passing in opposite directions in coil 58 create torques in opposite directions so that actuator arm 56 may be pivoted to position heads 46 at selected locations between inside and outside diameters 80 and 82 a landing zone (or non-data area) 84 located, e.g., adjacent to the inside diameter 80 and the actuator assembly positions the heads 46 over landing zone 84 during parking. The landing zone 84 may be any selected portion of the disk 44; however, a portion of the disk 44 adjacent to the inside 80 or outside 82 diameter is usually selected.

Magnet structure 100 includes top and bottom plates 102, 104 formed of magnetically permeable material, support member 106 (also formed of magnetically permeable material and a part of a magnetic latch), and magnet 108 attached to the top plate 102. Top and bottom plates 102, 104 in conjunction with support member 106, function as returns for the magnetic fields provided by magnet 108. It is important that there are no air gaps between support member 106 and either the top or bottom plate 102, 104; any air gap would create a discontinuity in the return, greatly reducing the strength of the magnetic field. Top plate 102 has a bend so that the first end 102a of top plate 102 is angled with respect to the remaining portion of top plate 102. Providing a bend in top plate 102 avoids the use of a second support member 106, thus reducing hot spots in the magnetic circuit.

Magnet 108 is attached to top plate 102 (e.g., attached to top plate 102) to provide first and second magnetic fields $\overline{B}_1$, $\overline{B}_2$ between respective ones of the first and second (i.e., north and south) poles of magnet 108 and bottom plate 104. First and second magnetic fields $\overline{B}_1$, $\overline{B}_2$, are encompassed in a closed magnetic circuit including various portions of top plate 102, bottom plate 104, and support member 106. By containing the magnetic fields and $\overline{B}_1$ and $\overline{B}_2$, in returns, the magnetic field intensity of each field is increased in the region between the respective first and second poles of magnet 108 and bottom plate 104; the strength of the magnetic field in this region is directly related to the torque which the voice coil exerts on the actuator arm 56, and thus the rotational (angular) velocity of actuator arm 56 and the seek times for the drive. Placing coil 58 between subarms 60, 62 instead of above or below sub-arms 60, 62 reduces the gap between magnet 108 and bottom plate 104, thereby decreasing flux leakage and increasing the strength of fields $\overline{B}_1$ and $\overline{B}_2$.

Actuator assembly 48 provides access times of less than 20 milliseconds, due to the high power-to-mass ratio and the small moment of inertia of actuator arm 56. Actuator arm 56 has a moment of inertia which is approximately one third of the moment of inertia of the actuator arm in a conventional 3 ½" disk drive.

In the past it has been believed that the structural rigidity necessary to prevent mechanical off-tracking could only be provided by a metal structure. However, the design of base 20 and cover 24, as d ⊛scribed

8

herein, coupled with a closed-loop, embedded servo tracking system avoid and, if necessary, compensate for mechanical off-tracking. The closed-loop, embedded servo tracking system and the rigid structure of base 20 also provide a storage capacity of approximately 20 Mb using a single disk having an inside diameter of approximately 0.837 inches and an outside diameter of approximately 1.23 inches (i.e., a data storage are of approximately 5.10 square inches), a track density of 1700 tracks per inch and 22,000 flux changes per inch. A closed-loop, embedded servo tracking is described in co-pending Applications Ser. Nos. 057,806 (entitled DISK DRIVE SYSTEM SOFTWARE SYSTEM ARCHITECTURE), 057,289 (entitled DISK DRIVE SYSTEM CONTROLLER ARCHITECTURE) and Ser. No. [unknown](entitled DISK DRIVE SYSTEM USING MULTIPLE EMBEDDED QUADRATURE SERVO FIELDS), filed July 27, 1989, Inventors: Louis J. Shrinkle and John P. Squires, which are hereby incorporated by reference. Pertinent portions of the disclosures of these incorporated Applications are set forth below.

With reference to FIG. 14, a microcontroller 224 and a minimum number of dedicated control support circuits direct all functions of disk drive 18. In the preferred embodiments of the present invention, microcontroller 224 is a three megahertz clock rate Motorola MC68HC11 HCMOS single chip microcontroller, as described in the MC68HC11A8 HCMOS Single Chip Microcomputer Technical Data Book (ADI 1207) available from Motorola, Inc., Motorola Literature Distribution, P.O. Box 20912, Phoenix, AZ, 85036.

A read-only memory (ROM) 226 is coupled to the microcontroller 224 by way of a general purpose data, address and control bus 240. The ROM 226 is utilized to store a microcontroller control program for supporting five principle tasks necessary to implement the full functionality of the disk drive 18. These tasks include interface, actuator, spin motor, read/write and monitor.

An interface control circuit 228 is provided to support the microcontroller 224 in execution of the interface task. The interface controller 228, in a preferred asynohronous SCSI embodiment of the present invention, is implemented as a Cirrus Logic CL-SH250 Integrated SCSI Disk Controller, manufactured and distributed by Cirrus Logic, Inc., and described by their CL-SH250 Technical Data Sheet, available from Cirrus Logic, Inc., 1463 Centre Pointe Drive, Milpitas, CA 95035. A synchronous SCSI interface controller, the AIC-6110, is available from Adaptec, Inc., 691 South Milpitas Boulevard, Milpitas, California 95025. An interface controller, suitable for interfacing to the IBM personal computer * AT peripheral bus, is available from Cirrus Logic, Inc.

The interface controller 228, in general, provides a hardware interface between the disk drive 18 and a host computer system, typically a data processing system, via an SCSI communications bus 260. Thus, the interface controller 228 operates to manage bi-directional data streams between the communications bus 260 and the bus 240.

An actuator controller 232 is provided as an internal interface between the microcontroller 224 and actuator assembly 216. The actuator controller 232 provides for digital-to-analog conversion of a digital position control word and the current buffering of the resultant analog voltage provided on line 246 to the voice coil motor of the actuator assembly 216. The digital position control

COR-ITC006870

5,025,335

9

word, as provided via the bus 240 from the microcontroller 224, represents the desired actuator position. Enabling of the actuator controller 232 in general is provided via the control support circuit 230 via control lines 244. The control support circuit 230, to this end, acts as a parallel port expander for latching a control data word also provided by the microcontroller 224 via the bus 240.

A read/write controller 236 similarly acts as an internal interface between the bus 240 and the read/write heads of the actuator assembly 216 via the raw data lines 256. The read/write controller 236 functions to provide for the buffered serialization/deserialization and data clock encoding/decoding of data. Configuration and initiation of read/write controller 236 functions are performed under the direct control of the microcontroller 224 by the transfer of control and data words to the read/write controller 236 via the bus 240.

Finally, a spin motor controller 234 is provided to directly support the commutation of the spin motor 214 via the commutation current lines 250. Commutation state selection is effected by provision of a digital word from the microcontroller 224 to the control support circuit 230. This digital word is latched and provided on the commutation select lines 248 to the spin motor controller 234. A commutation current is switched by the spin motor controller 234 to a corresponding field winding phase pair of the spin motor 214 via the commutation current lines 250. A voltage proportional to the current conducted through the selected field winding phase pair of the spin motor 214 is provided via the feedback line 252 to an analog-to-digital converter input of the microcontroller 224.

Tables and 2 below specify certain characteristics of disk 212.

TABLE 1

| | |
|---|---|
| Number Data Cylinders | 653 cylinders |
| Sectors per Track | 32 sectors |
| Number of Disks | 1 |
| Number of Data Surfaces | 2 |
| Bytes per Sector | 662 bytes |
| Data Bytes per Sector | 512 bytes |
| Data Capacity per Data Surface | 10 Mbytes |
| Total Data Capacity | 20 Mbytes |

TABLE 2

| | | |
|---|---|---|
| Disk Diameter | 65 | millimeters |
| | 2.65 | inches |
| Data Track Band Width | 10 | millimeters |
| | 0.393 | inches |
| Track Density | 1700 | tracks/inch |
| Bit Density (max) | 22,000 | fci |
| Head width | 11 | micrometers |
| Track width | 15 | micrometers |

As generally represented in FIG. 15, each track of the concentric data tracks 222 provided on the surface of a disk 212 are further subdivided into sectors $N_{O-n}$. In accordance with the present invention, and as generally shown in FIG. 16A, each sector is composed of a servo 1 field, a data 1 field, first error correction code (ECC) field, mid-sector gap field, servo 2 field, data 2 field, second ECC field, and final gap field.

As shown in FIG. 16B, the servo 1 field is further composed of a servo mark field, gray code field, servo burst field, ID sync field, ID field, and data sync field. Similarly, the servo 2 field is composed of a second sector mark field, second gray code field, and servo

10

burst field and finally, a data sync field. The order and size of these fields are set forth in Table 3.

TABLE 3

| Half Sector "A" | | Half Sector "B" | |
|---|---|---|---|
| Field | Bytes | Field | Bytes |
| Servo Sync | 3 | Servo Sync | 3 |
| Gray Code | 8 | Gray Code | 8 |
| Servo Burst A | 4 | Servo Burst A | 4 |
| Servo Burst B | 4 | Servo Burst B | 4 |
| Servo Burst C | 4 | Servo Burst C | 4 |
| Servo Burst D | 4 | Servo Burst D | 4 |
| Pad | 1 | Pad | 1 |
| ID Sync | 12 | Data Sync | 12 |
| ID (Header) | 4 | Data | 267 |
| ID CRC | 2 | ECC | 7 |
| Pad | 4 | Gap | 17 |
| Data Sync | 12 | | |
| Data | 245 | | |
| ECC | 7 | | |
| Gap | 17 | | |
| 331 Bytes (1st half) | | 662 Bytes Total | |

The sector mark fields are provided to synchronize the microcontroller with the control information present in the remaining portions of the servo 1 and 2 5 fields as well as the data 1 and 2 fields. The gray code fields provide an unambiguously encoded track numb ®r. The unambiguous coding of the gray code values is further qualified in that the gray code values like sectors on adjacent tracks differ by a single bit and that no more than two consecutive zero bits are allowed in a valid gray code value.

The servo burst fields, in accordance with the preferred embodiments of the present invention, are sequentially arranged burst fields of constant amplitude and constant frequency offset in a predefined pattern from the center line of the data sector.

The ID sync field of the servo 1 field is also written at constant frequency and voltage, though centered on the track center line. The ID sync field allows the read/write controller to distinguish the first bit of its ID field. The ID field is used to store the cylinder, sector and head numbers.

Finally, the data sync fields are constant frequency and amplitude fields provided to define the first bits of the respective data fields 1 and 2. The read/write controller synchronizes to the frequency of the data sync field. The first discontinuity in the sync frequency is therefore taken as the first data representative transition.

Referring now to FIG. 17, task execution as performed by the microcontroller 224 is shown mapped against the real time occurrence of the servo 1 and 2 fields with respect to a read/write head 220.

Specifically, a sector task is initiated in response to a countdown timer interrupt just prior to the occurrence of the servo 1 field. From this interrupt, the microcontroller 224 enables the control support circuit 230 to detect and process the sector mark field. A control value is then provided to the spin motor controller 234 to commutate the spin motor 214.

As shown in FIG. 18, the sector mark field itself is composed of a servo sync field followed by the sector mark. The servo sync field is another constant amplitude constant and frequency field. The sector mark is defined as the first read data transition following the absence of any servo sync transitions for at least three servo sync clock cycles. The time of occurrence of the sector mark is recorded by a hardware timer within the microcontroller 224 for use in subsequent tasks as well

5,025,335

11

as scheduling the countdown timer interrupt necessary for processing the servo 2 field.

Crash stops are provided to limit the pivoting movement of actuator arm 56 so that heads 46 travel only between the inside and outside diameters 80, 82 of disk 44. Outside diameter crash stop is provided by a hollow plastic sleeve 110 which slides into holes in top and bottom plates 102, 104. When the pivoting motion of actuator arm 56 places heads 46 at the outside diameter 82 of disk 44 crash tab 62a of actuator sub-arm 62 contacts outside diameter crash stop 110, thereby preventing movement of the heads 46 beyond the outside diameter 82. Sleeve 110 may be removed to allow actuator arm 56 to pivot so that heads 46 are not over disk 44, thereby permitting removal of disk 44. Outside diameter crash stop 110 is oriented in the disk drive by orienting a dimple (not shown) in bottom plate 104 with a pocket (not shown) in base 20 coupled with the positioning of bottom plate 104 by the positioning of bearing cartridge 52. An inside diameter crash stop is provided by the portion of tee magnetic latch mechanism and is described below.

Spin motor 50 is a rotating shaft motor in Which a stator assembly 66 including stator lamination 68 is glued into an opening in base 20. First and second bearings 70, 72 rotatably mount shaft 74 in the stator assembly 66. The use of a rotating shaft motor, opposed to a stationary shaft motor, reduces the friction attributable to the bearings 70, 72, since the rotation of the inner race (not shown) of each bearing 70, 72 as opposed to the outer race (not shown) causes fewer rotations of the ball bearings between the inner and outer races. A hub 76 provided on shaft 24 supports disk 44 and rotor 78. The rotor 78 may comprise a multi-pole ring magnet 29.

Bearings 70, 72 are preloaded by using the following procedure: Bearings 70, 72 and shaft 74 are assembled with stator assembly 66; then, a preload tool is utilized to force the outer races of each of bearings 70, 72 towards each other with a specified amount of force and to maintain this relationship while the outer races are glued to stator assembly 66.

Heads 46 are supported by the suspension system which allows the heads 46 to "fly" over the surfaces of disk 44 on the air flow created by rotation of disk 44. The suspension system includes a baseplate 88, a load beam attached to the actuator arm 56 by baseplate 88, a flexure 92 attached to the load beam 90, and a head 46 supported by the flexure. The most important function of a flexure 92 is to provide a gimbaling action which allows the head 46 to fly flat, i.e., to orient the surface of the head 46 facing the disk 44 so that it is parallel to the surface of the disk while the disk is rotating and the flexure is under load.

The flexure which is the industry standard for 5 ¼ inch and 3 ½ inch disk drives was designed by IBM and has remained unchanged for a substantial period of time. The conventional IBM flexure provides the appropriate support for a conventional head having a length of 0.165 inches, a width of 0.125 inches, and a thickness of 0.039 inches.

In a conventional flexure, the gimbal action is provided by a dimple on the flexure which interacts with the load beam. In the conventional design, the gimbal (or pivot) point is approximately 0.033 inches from the surface of the head. In order to position the head so that the head is parallel to the surface of the disk when attached to a load beam which is angled with respect to the disk, the flexure includes a cut-out portion which is

12

placed at a small angle with respect to the body of the flexure when the dimple, which is a component of the cut-out portion, is in contact with the load beam. The head is attached to the out-out portion. In particular, the out-out portion of the flexure is at an angle of 1°30, with respect to the axis of the remaining portion of the flexure.

Conventional suspension systems are designed to operate with a head weighing 47 mg and to provide a 9 gram load. A 47 mg head having a 9 gram load is able to withstand shocks of approximately 50 gs.

Several problems are attributable to conventional suspension systems and heads: (i) The large footprint of conventional heads causes portions of the disk at the inside and outside diameters to be unusable for storing data. The large footprint is attributable to the slider on which the magnetic element used to read and write data is mounted. The combined structure of the slider and the magnetic element is known as a head. The loss of data area becomes more critical as the size of disk drives is decreased; and (ii) a 9 gram load presents a large amount of friction between the head and the disk, requiring the disk drive motor to develop enough torque to overcome this friction until the disk is rotating fast enough to cause the head to fly. Higher torque motors require greater power consumption, hampering efforts to reduce the overall power consumption of a disk drive.

New thin film heads having a length of 0.110 inches, a width of 0.089 inches, and a height of 0.020-0.025 inches and weighing only 11 mg have been developed. These new heads, which include a micro-slider and a thin-film magnetic element provided on the micro-slider, have a smaller footprint than conventional heads, and allows more of the disk surface to be utilized for data storage. Further, an 11 mg head provides better resistance to physical shocks even with smaller loading. For example, an 11 mg head under a 5 gram load can withstand approximately 100 gs. The reduced load in turn results in reduced friction between the head and the disk allowing lower torque, and thus lower power motors to be employed.

The conventional flexure is not compatible with the new thin film head. The conventional flexure covers the entire new head and therefore, the wires which interconnect the head with the other elements of the disk drive cannot be routed out. In particular, since the flexure is fabricated from thin metal stock (to provide the appropriate physical characteristics) the edges of the flexure are too sharp to risk routing wires past these edges.

The challenge in developing a new flexure 92 (FIGS. 9 and 10) was three-fold: First, it was important to provide a gimbaling action similar to that provided by the conventional flexure. Second, compatibility with the smaller thin film head and the 2.5" form factor. Third, although not critical, it was desired that the new flexure have the same distance between the point where the flexure mounts to the load beam and the position of the head as a conventional flexure.

Flexure 92 has a reduced width W with respect to the conventional flexure, and a reduction in the distance $l_1 + l_3$ from the mounting point of the head 46 to the end of the flexure 92 which allows the wire routing problems to be solved since flexure 92 does not cover the entire head 46.

Further, in flexure 92, the ratio of the length of the portion of flexure 92 which flexes $l_2$ to the distance $l_3$

COR-ITC006872

5,025,335

13

between the two mounting points (the mounting point of head 46 and the attachment to the load beam 90) has been increased. This larger ratio of lengths provides flexure 92 with flexing (gimbaling) characteristics which are believed to be comparable to those of a conventional flexure, but uses only the portion of flexure 92 between the two mounting points to provide these characteristics. On the other hand, the conventional flexure uses the portion of the flexure which extends beyond the head to provide its flexure characteristics.

The combination of these features enables the new thin film head to be used with a drive having a 2.5″ form factor and in which the base plate and load beam 90 have been scaled to ⅔ of the normal size.

In the design of flexure 92, the cut-out portion 94 is subject to flexing which decreases the angle between the out-out portion 94 and the body of flexure 92. Accordingly, the angle between the out-out portion 94 and the body of flexure 92 must be increased from the standard 1°30, to 2°30′.

A reverse flex circuit 120 (FIG. 2) carries electrical signals from header pins 42 to heads 46 and actuator assembly 48. The reverse flex circuit 120 may be separated into three portions (not shown); a first portion carrying current to actuator coil 58 and a second portion which is a ground plane separating the current carrying portion from a third data carrying portion. The data carrying portion of flex circuit 120 provides signals to heads 46 for recording information on disk 44 and carries signals from the heads 46 to the printed circuit assembly 36, via header 40. The ground plane prevents interference with the relatively weak data signals which would otherwise be caused by the larger currents necessary for actuator coil 58 passing through the first portion of the reverse flex circuit 120.

Reverse flex circuit 120 is designed to exert only a minimal amount of rotational force (torque) on the actuator arm 56. Any torque exerted on actuator arm 56 by any means other than the voice coil motor affects the function of actuator assembly 48 in positioning heads 46 with respect to disk 44, particularly the track following and seek functions described in the above-identified co-pending Applications, Ser. Nos. 057,806 and 058,289. The force provided by the voice coil assembly must be controlled to compensate for the force exerted by the reverse flex circuit 120.

The use of a magnetic field to park the heads in a disk drive, as opposed to a mechanical latch, eliminates the need for an electromagnetic or air activated device to release the mechanical latch during operation of the disk drive. A magnetic parking unit 140 (FIGS. 2 and 11–13) includes a finger 142 provided on sub-arm 60, a magnet 144, and a magnetic field containing member 146 provided by a portion of support member 106 for containing and providing a return for the magnetic field produced by the magnet 144. An air gap (or slot) 148 in the field containing member 146 provides a region of high magnetic field intensity. The actuator of a disk drive is captured when the magnetically permeable finger 142 enters the air gap 148. The magnetic field in the air gap 148 of field containing member 146 captures (capture member) 142 to retain actuator arm 56 and to park the heads 46 without contact between capture member 142 and magnet 144. The disk drive is constructed so that the head(s) are parked when the actuator is captured.

During power-down of the disk drive the circuitry on printed circuit board 36 causes actuator assembly 48 to

14

pivot the actuator arm 56 to the position where the heads 46 are over the landing zone 84 of disk 44 before the rotational speed of the disk 44 is decreased to the point where the heads 46 land on the disk 44.

Finger 142 enters air gap 148 in field containing member 146 when the actuator arm 56 is pivoted so that heads 46 are positioned over the landing zone 84. The field containing member 146 is positioned so that it is outside of the magnetic flux circuits of fields $B_1$, $B_2$ produced by magnet 108. These magnetic flux circuits are contained in the top and bottom plates 102, 104. Magnetic field containing member 146 comprises the portion of support 106 outside of the gap between top and bottom plates 102, 104.

A field containing member 146 having an air gap 148 oriented in a direction substantially parallel to the magnetic flux lines 150 in field containing member 146 substantially alleviates fringing (or leakage) of the magnetic flux created by magnet 144 outside of air gap 148. As shown in FIGS. 11 and 12, flux lines 150 of the field in field containing member 146 are substantially parallel to air gap 148. The flux lines 152 of the field which pass from the south pole of magnet 144 to field containing member 146 all pass between magnet 144 and field containing member 146; none of the flux lines 152 extend outside of the physical boundaries of field containing member 146.

The interaction of magnetic parking unit 140 and capture member 142 creates a magnetic switch. With reference to FIGS. 13A, capture member 142 is non-permeated when capture member 142 is outside of air gap 148. As capture member 142 enters air gap 148 (FIG. 13B), the capture member 142 switches to a permeated state. Capture member 142 thus becomes an integral part of the magnetic circuit—the flux paths 150 and 152—created by magnet 144, and is pulled towards the south pole S of magnet 144 and towards the north pole N of field containing member 146 at the edges of air gap 148. This structure also provides a so-called "black hole" magnetic effect. The result of the black hole magnetic effect is that actuator arm 56 is unaffected by magnetic unit 140 until capture member 142 enters air gap 148.

The pivoting motion of actuator arm 56 allows capture member 142 to move along axis A (FIG. 13A); however, the actuator bearing cartridge 54 prevents motion of capture member 142 along axis B. The magnetic forces attempting to move capture member along axis B and the magnetic force attracting capture member 142 towards magnet 144 result in a strong holding force which retains capture member 142 in air gap 148. Bumper 160 limits the travel of capture member 142 (and thus actuator arm 56) along axis A. The holding force is determined by the geometric proportions of the various elements which comprise the magnetic circuit (including field containing member 146 and capture member 142), the strength of the magnetic field in air gap 148, and the thickness of bumper 160. Bumper 160 controls the distance between magnet 14 and capture member 142 and prevents these two elements from contacting each other.

The elimination of fringing allows more of surface of disk 44 to be utilized for data storage.

Bumper 160 functions as an inside diameter crash stop. Bumper 160 is formed of a cushioning material, e.g., rubber or foam, which does not introduce an appreciable quantity of particles into the environment of the disk drive.

COR-ITC006873

5,025,335

15

Actuator arm 56 is released from the magnetic parking unit 140 by the force generated by actuator assembly 48. The need for a spring to bias a mechanical latch and an electromagnetic unit which continually draws current during operation of the disk drive to release a mechanical latch mechanism are eliminated.

The many features and advantages of the disk drive of the present invention will be apparent to those skilled in the art from the Description of the Preferred Embodiments and the Drawings. Thus, the following claims are intended to cover all modifications and equivalents falling within the scope of the invention.

What is claimed is:

1. A two and one-half inch (2.5″) form factor disk drive, comprising:

a base having a length approximately equal to the width of a three and one-half inch (3.5″) form factor disk drive and a width approximately equal to one-half of the length of a 3.5″ form factor disk drive;

a cover having the same dimensions as said base and engaged with said base to provide a controlled environment between said base and Baid cover;

control means for providing control signals;

storage means for storing data;

means provided on said base for rotating said storage means in response to the control signals; and

means for reading information from and writing information on said storage means in response to the control signals.

2. A disk drive according to claim 1, wherein said base is molded from a rigid plastic and said cover is molded from a flexible plastic so that said cover complies to said base, and said cover is engaged With said base by a plurality of snap-fit connectors.

3. A disk drive according to claim 2, wherein:

said means for rotating comprises a stator glued into said base, a shaft having a rotor provided thereon, and bearing means for rotatably mounting said shaft to said stator; and

said storage means is supported on said shaft.

4. A disk drive according to claim 2, wherein:

said cover includes mounting brackets extending below said base when said base and cover are engaged;

said control means is supported by said mounting brackets of said cover. ·

5. A disk drive according to claim 1, wherein said storage means comprises a single disk having a diameter of less than approximately 2.6″ and a storage capacity of at least 20 Mb.

6. A disk drive according to claim 5, wherein the disk drive has a weight of less than approximately five (5) ounces.

7. A disk drive according to claim 1, further comprising a magnetic parking means, comprising:

a magnetically permeable capture member provided on the actuator means; and

magnetic parking means for capturing and magnetically retaining said capture member to park the transducer, comprising:

a magnet for providing a magnetic field, and

a magnetic field containing member having an air gap substantially parallel to the magnetic flux lines produced in said field containing member by said magnet;

wherein said magnetic parking means captures said capture member without contacting said capture

16

member when said capture member enters the air gap.

8. A disk drive responsive to a host computer, comprising

a molded plastic base plate having a two and one-half inch form factor;

a molded plastic cover snap-fit to said base plate to provide a controlled environment between said base and said cover;

a disk rotatably mounted on said base plate in the controlled environment, said disk having a plurality of concentric tracks, a landing zone, and a diameter of less than approximately 2.6 inches;

means for reading information from and writing information on selected ones of said tracks of said disk;

means for positioning said transducer means over selected tracks on said disk by closed loop tracking; and

parking means, supported by said magnetic means, for magnetically interacting with said actuator arm to park said transducer means over the landing zone of said disk.

9. A disk drive according to claim 8, wherein said positioning means comprises:

an actuator arm pivotably supported on said base plate, said actuator arm having a first end for supporting said transducer means and a second end disposed on the opposite side of said pivotable support from said first end;

magnet means for providing a magnetic field; and

a coil, supported by said second end of said actuator arm and lying in a plane substantially parallel to said disk, for passing a current in the magnetic field.

10. A disk drive according to claim 9, wherein:

said parking means comprises:

a magnet for providing a magnetic field, and

a magnetic field containing member;

11. A disk drive according to claim 8, wherein said base is molded from a rigid plastic and said cover is molded from a flexible plastic so that said cover complies to the shape of said base.

12. A disk drive according to claim 11, further comprising:

a stator glued into said base, a shaft supporting said disk, and bearing means for rotatably supporting said shaft in said stator.

13. A disk drive according to claim 12, wherein the disk drive has a weight of less than approximately five (5) ounces.

14. A disk drive responsive to a host computer, comprising:

a molded plastic base having a two and one-half inch form factor;

a molded plastic cover attached to said base plate by snap-fit, said cover complying to the shape of said base when attached to said base;

a gasket provided between said base and said cover to provide a sealed environment isolated from ambient Pressure between said base and said cover;

a disk having a diameter of less than approximately 2.6″ rotatably mounted on said base plate in said controlled environment, said disk having a plurality of concentric tracks;

a head for reading information from and writing information on said disk;

COR-ITC006874

5,025,335

**17**

an actuator arm pivotably supported on said base plate, said actuator arm having a first end for supporting said head and a second end disposed on the opposite side of said pivotable support from said first end;

a magnet structure attached to said base and formed of a permeable material, said magnet structure including top and bottom plates each having first and second ends and a spacer for separating said first ends of said top and bottom plates, said second end of said top plate having a portion which extends at an angle from the remainder of said top plate to join said base plate and separate the second ends of said top and base plates;

magnetic means, supported by said magnet structure, for providing a magnetic field;

a coil, supported by said second end of said actuator arm and lying in a plane substantially parallel to said disk, for passing a current in the magnetic field; and

control means for providing current to said coil in response to information read by said transducer means to position said head over selected tracks on said disk by closed loop tracking.

**15.** A disk drive including a base, a rotatable storage medium, interactive means for reading and writing information on said storage medium, electrical interface means for making electrical interconnections between

**18**

said interactive mean and control means, and a cover sealably attached to said base plate to provide a sealed environment for said storage medium and said interactive means, characterized in that:

the base plate and cover are formed of molded plastic and are attached by snap-fit; and

the dimensions of the disk drive correspond to a two and-one-half inch form factor.

**16.** A disk drive according to claim **15**, further characterized in that:

the disk drive has approximate dimensions of $4.0'' \times 2.75'' \times 0.7''$; and

the disk drive has a weight of less than approximately five ounces.

**17.** A disk drive according to claim **16**, further characterized in that:

the cover has a conductive coating.

**18.** A disk drive according to claim **16**, further characterized in that:

the disk has a diameter of approximately 2.56'' (65mm)

**19.** A disk drive according to claim **18**, further characterized in that:

the disk drive has a data storage capacity of 20 Mb; and

the data storage area on the disk is less than approximately 5.10 in$^2$.

* * * * *

COR-ITC006875

14

13

Claims:

1.    A disk drive housing, comprising:

a base member having a top, a bottom, and an outer
perimeter having length and end portions of preselected
dimensions; and

a cover element comprising a top surface and side walls
depending downwardly from the top surface, the cover element
having length and width dimensions corresponding to the
dimensions of the length and end portions of the base
member;

the cover element being received onto and secured to
the base member to form the housing;

the cover element including a first raised portion to
provide a height dimension within the housing sufficient for
topmost portions of a spindle motor and head stack assembly
of a disk stack assembly;

remaining portions of the top surface of the cover
element providing a continuous, single PCB support surface.

2.    The disk drive housing of claim 1 wherein the
remaining portions of the top surface include a second
raised portion to provide a height dimension within the
housing sufficient for topmost portions of a stack of disks
of the disk stack assembly, the first raised portion being
higher than the second raised portion.

3.    The disk drive housing of claim 1 wherein the
first raised portion of the top surface has a preselected
shape and the base plate includes a raised portion defining
a recess aligned with the first raised portion and having a
shape corresponding to the preselected shape of the first
raised portion to provide a total height dimension within
the housing sufficient for the height of the spindle motor
and head stack assembly of the disk stack assembly.

STX 000162

14

~~4.~~ 6  A disk drive housing, comprising:

a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and

a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corresponding to the dimensions of the length and end portions of the base member;

the cover element being received onto and secured to the base member to form the housing;

the  *top surface of the* cover element including a first raised portion having a preselected shape to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly, the shape of the first raised portion being just sufficient to provide adequate height for the spindle motor and head stack assembly of the ~~disk stack assembly.~~

Ins B₂

7   B₂   6  The disk drive housing of claim ~~1~~ wherein the base *member* ~~plate~~ includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing just sufficient for the height of the spindle motor and head stack assembly of the disk stack assembly.

6.  ~~The disk drive housing of claim 4 wherein~~ remaining portions of the *top surface* ~~top surface~~ of the cover element providing a continuous, single PCB ~~support surface.~~

7.  ~~A disk drive housing, comprising:~~ a base member having *a* top, a bottom, and an outer perimeter having length (and end portions) of preselected dimensions; and

15

STX 000163

15

a cover element comprising a top surface and side walls
depending downwardly from the top surface, the cover element
having length and width dimensions corresponding to the
dimensions of the length and end portions of the base
member;

the cover element being received onto and secured to
the base member to form the housing;

the base member being adaptable to mount a spindle
motor and head stack assembly of a disk stack assembly;

the cover element including a set of support posts
usable to mount the disk drive housing in a host computer.

8.    A disk drive housing, comprising:

a base member having a top, a bottom, and an outer
perimeter having length and end portions of preselected
dimensions;

a cover element comprising a top surface and side walls
depending downwardly from the top surface, the cover element
having length and width dimensions corresponding to the
dimensions of the length and end portions of the base
member;

the cover element and base plate including aligned
openings usable to secure the base member to the cover
element to form the housing; and

a PCB including an attached connector;

the connector including openings aligned with at least
certain ones of the openings of the base plate and cover
element for mounting the connector directly to the housing
when the openings of the base plate and cover element are
used to secure the base plate to the cover element.



STX 000164



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO |
|---|---|---|---|
| 08/450,213 | 05/25/95 | STEFANSKY | 1781/22 |

E5M1/0212

EXAMINER

EVANS

| ART UNIT | PAPER NUMBER |
|---|---|
| 2513 | 4 |

KENYON & KENYON
ONE BROADWAY
NEW YORK NY 10004

DATE MAILED:

02/12/96

Please find below a communication from the EXAMINER in charge of this application.

Commissioner of Patents

**STX 000174**

(Rev 8/84)

1 - PATENT APPLICATION FILE COPY

| *Office Action Summary* | Application No | Applicant(s) |
|---|---|---|
| | 08/450,213 | Stefansky |
| | Examiner | Group Art Unit |
| | Jefferson Evans | 2512 |

☐ Responsive to communication(s) filed on _____

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C D 11, 453 O G 213

A shortened statutory period for response to this action is set to expire **three (3)** month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U S C § 133). Extensions of time may be obtained under the provisions of 37 CFR 1 136(a)

**Disposition of Claims**

☒ Claim(s) *1-8* _____ is/are pending in the application.

Of the above, claim(s) _____ is/are withdrawn from consideration

☐ Claim(s) _____ is/are allowed

☒ Claim(s) *1-8* _____ is/are rejected

☐ Claim(s) _____ is/are objected to

☐ Claims _____ are subject to restriction or election requirement

**Application Papers**

☒ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948

☒ The drawing(s) filed on *May 25, 1995* is/are objected to by the Examiner

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved

☐ The specification is objected to by the Examiner

☐ The oath or declaration is objected to by the Examiner

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U S C § 119(a)-(d)

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received

☐ received in Application No (Series Code Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17 2(a))

*Certified copies not received _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U S C § 119(e)

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s) _____

☐ Interview Summary, PTO-413

☒ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO 152

--- SEE OFFICE ACTION ON THE FOLLOWING PAGES ---

U S Patent and Trademark Office
PTO 326 (Rev. 9 95)      Office Action Summary      Part of Paper No __4__

STX 000175

Serial Number: 08/450,213

Art Unit: 2512

Claims 1 to 8 are pending.

1.    The drawings are objected to because of the deficiencies noted on attached form PTO-948

2.    The title of the invention is not descriptive. A new title is required that is clearly indicative of the invention to which the claims are directed.

3.    The Abstract of the Disclosure is objected to because in lines 8 and 9, "base member so, that the cover element can be placed onto secured to the base member" is awkward.

4.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

    A person shall be entitled to a patent unless --

    (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

    (e) the invention was described in a patent granted on an application for patent by another filed in the United States before the invention thereof by the applicant for patent, or on an international application by another who has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention thereof by the applicant for patent.

5.    Claims 1 to 6 are rejected under 35 U.S.C. § 102(b, as being anticipated by Stefansky (U.S. 5,025,335). Please see attachment #1. A cover (24) includes mounting brackets (32) for securing a PCB (36) to said cover.

STX 000176

Serial Number: 08/450,213                                    -3-

Art Unit: 2512

6.    Claim 8 is rejected under 35 U.S.C. § 102(e) as being

clearly anticipated by Knighton et al (U.S. 5,420,733 .

7.    The following is a quotation of 35 U.S.C. § 103 which forms
the basis for all obviousness rejections set forth in this Office
action:

> A patent may not be obtained though the invention is not
> identically disclosed or described as set forth in section
> 102 of this title, if the differences between the subject
> matter sought to be patented and the prior art are such that
> the subject matter as a whole would have been obvious at the
> time the invention was made to a person having ordinary
> skill in the art to which said subject matter pertains.
> Patentability shall not be negatived by the manner in which
> the invention was made.

> Subject matter developed by another person, which qualifies
> as prior art only under subsection (f) or (g) of section 102
> of this title, shall not preclude patentability under this
> section where the subject matter and the claimed invention
> were, at the time the invention was made, owned by the same
> person or subject to an obligation of assignment to the same
> person.

8.    Claim 7 is rejected under 35 U.S.C. § 103 as being

unpatentable over Stefansky.   Note attachment #1 and paragraph 5

concerning the disclosure of Stefansky.   Stefansky discloses post

(26a-26d) for attaching his disk drive to a computer which are

mounted to the base rather than the cover.

Official Notice is given that it was notoriously old and

well known in the art to utilize attachment structures which were

mounted to a cover for attaching a disk drive to a host computer.

It would have been obvious to one of ordinary skill in the

art at the time the invention was made to provide the disk drive

of Stefansky with attachment structures which were mounted to the

STX 000177

Serial Number: 08/459,213                                    -4-

Art Unit: 2512

cover for attaching the disk drive to a host computer as was well
known in the art. The motivation would have been: mounting a
disk drive to a host computer via attachment structures provided
to both a base and a cover would have provided balanced support
of increased stability.

9.   Additional relevant art:  Seaver et al discloses a disk
drive partitioned into a first area for holding a disk and an
actuator and a second area for receiving a PCB.  Lockhart et al
discloses a portable low profile disk drive.  Boutaghou et al
discloses a hybrid base for an ultrathin disk drive.  Caldeira
discloses connector structure for a disk drive with an analog
component PCB and a digital component PCB.

10. Any inquiry concerning this communication or earlier
communications from the examiner should be directed to Jefferson
Evans, whose telephone number is .703) 308-1610.  The examiner
can normally be reached on Monday to Friday from 9:00 to 5:30.

If attempts to reach the examiner by telephone are unsuccessful,
the examiner's supervisor, Stuart S. Levy, can be reached at
(703) 308-1295.  The fax phone number for this Group Art Unit
is (703) 308-7222.

Any inquiry of a general nature or relating to the status of this
application or proceeding should be directed to the Group
receptionist whose telephone number is (703) 308-0956.

Jefferson Evans

February 2, 1996

STX 000178

08/450,213
A.U. 2512

Attachment #1

**U.S. Patent**     June 18, 1991     Sheet 1 of 10     5,025,335



First Raised Portion

Second Raised Portion

*FIGURE 1*

STX 000179

Certified Mail Receipt EM280022714US
Deposited May 13, 1996

PATENT
DOCKET NO. 21863

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Applicant· F. Mark Stefansky | ) | Group Art Unit·    2512 |
| | ) | |
| Serial No.: 08/450,213 | ) | Examiner: J. Evans |
| | ) | |
| Filed:     May 25, 1995 | ) | AMENDMENT IN RESPONSE |
| | ) | TO PAPER NO 4 MAILED |
| | ) | FEBRUARY 12, 1996 |
| For:  SPACE EFFICIENT HOUSING | ) | |
| CONFIGURATION FOR A | ) | |
| DISK DRIVE (AMENDED) | ) | Date:   May 13, 1996 |

### AMENDMENT IN RESPONSE TO PAPER NO. 4
### MAILED FEBRUARY 12, 1996

Box Non-Fee- Amendment
Assistant Commissioner for Patents
Washington, D.C.  20231

Sir:

In response to the Office Action mailed February 12, 1996, please enter the following

amendments in the above-identified United States Patent Application.

### In the Title:

Change the title of the application to --SPACE EFFICIENT HOUSING

CONFIGURATION FOR A DISK DRIVE--.

c:\wpfiles\21863\amend.1                            1

STX 000192

**In the Abstract:**

Page 16, line 2, after "A", insert —space efficient—

Page 16, line 9, after "base member so", delete ',.

Page 16, line 10, after "be", delete "placed onto".

**In the Specification:**

Page 12, line 14, after "invention.", please insert the following new paragraphs:

—It will be clear that the present invention is well adapted to carry out the objects and attain the ends and advantages mentioned as well as those inherent therein. While a presently preferred embodiment has been described for purposes of this disclosure, numerous changes may be made which will readily suggest themselves to those skilled in the art and which are encompassed in the spirit of the invention disclosed and as defined in the appended claims.

What is claimed is:—

**In the Claims:**

Please amend the claims as follows:

Claim 1, line 12, before "cover element including a first raised portion", insert —top surface of the—.

Claim 3, line 3, delete "plate" and substitute therefor —member—.

Claim 4, line 12, before "cover element including a first raised portion", insert —top surface of the—.

c:\wpfiles\21963\amend.1                              2



STX 000193

Claim 5, line 2, delete "plate" and substitute therefor --member--.

Please cancel Claims 7 and 8.

Please add the following new claims:

Claim 9 (New)  The disk drive housing of claim 2, wherein the cover element and base member further comprise aligned openings usable to secure the cover element to the base member to form the housing, and wherein the disk drive housing further comprises a PCB including an attached connector, the connector including openings aligned with at least certain ones of the openings of the base member and cover element for mounting the connector directly to the top surface of the cover element when the openings of the base member and cover element are used to secure the base member to the cover element.

Claim 10 (New)  The disc drive housing of claim 9, wherein the PCB is mounted over at least selected portions of the second raised portion of the top surface of the cover element.

Claim 11 (New)  The disc drive housing of claim 6, wherein the cover element further includes a set of support posts usable to mount the disk drive housing in a host computer.

c:\wp\files\21863\amend 1                    3

STX 000194

## Remarks

The present application was filed May 25, 1995 and the first Office Action (Paper No. 4) was mailed February 12, 1996, which provided objections to the drawings, title and abstract and rejections to the claims.

In response thereto, the Applicant has hereinabove requested amendments to the title, the abstract and the claims, including the cancelling of certain claims and the addition of new claims to the application. Additionally, the Applicant has hereinabove requested amendments to the specification to make explicit that which was implicit in the application as originally filed.

The Applicant submits that the amendments are proper, do not introduce new matter, and will not create an undue burden on the Examiner, including the requirement for an additional search. Thus, the Applicant respectfully requests the entering of the amendments by the Examiner.

The following claims are pending in the application:

| Claim | Status |
|---|---|
| 1 (Amended) | Independent. |
| 2 (Original) | Depends from Claim 1 |
| 3 (Amended) | Depends from Claim 1. |
| 4 (Amended) | Independent. |
| 5 (Amended) | Depends from Claim 4. |
| 6 (Original) | Depends from Claim 4. |
| 9 (New) | Depends from Claim 2. |
| 10 (New) | Depends from Claim 9. |
| 11 (New) | Depends from Claim 6. |

c:\wpfiles\21863\amend 1

4

STX 000195

<u>Objection to the Drawings</u>

The Office Action mailed February 12, 1996 provided an objection to the drawings;

particularly the Office Action stated:

> The drawings are objected to because of the deficiencies noted
> on attached form PTO-948.
> (Office Action, page 2)

Upon review of the Notice of Draftsperson's Patent Drawing Review Form PTO-948,

the Applicant notes that the objection to the drawings is based upon improper margins,

improper character of the lines, numbers and letters, and improper reference number height.

Thus, as the objections are considered as being directed to the form of the drawings

and correction at this time is not necessary for further consideration of the claims, the

Applicant respectfully requests that the objection to the drawings be held in abeyance until

allowable subject matter is indicated.  At such time that claims are allowed, the Applicant

will submit formal drawings conforming to PTO drawing requirements.

<u>Objection to the Title</u>

Additionally, the Office Action mailed February 12, 1996 provided an objection to the

title of the application; more particularly, the Office Action stated:

> The title of the invention is not descriptive.  A new title is
> required that is clearly indicative of the invention to which the
> claims are directed.
> (Office Action, page 2)

In response to this objection, amendments have been requested hereinabove to change

c:\wpfiles\21863\amend.1                        5

STX 000196

the title of the application to "SPACE EFFICIENT HOUSING CONFIGURATION FOR A

DISK DRIVE". Thus, with the entering of this amendment, the Applicant requests

withdrawal of the objection to the title.

### Objection to the Abstract

The Office Action mailed February 12, 1996 further objected to the abstract;

particularly, the Office Action stated:

> The Abstract of the Disclosure is objected to because in lines 8
> and 9, "base member so, that the cover element can be placed
> onto secured to the base member" is awkward.
> (Office Action, page 2)

As provided hereinabove, amendments have been requested to correct the language in

the abstract in order to address this objection to the abstract. Additionally, another minor

amendment to the abstract has been requested hereinabove. Thus, with the entering of these

amendments, the Applicant requests withdrawal of the objection to the abstract.

### Rejection of Claims 1-6 under 35 U.S.C. § 102(b)

The Office Action mailed February 12, 1996 rejected Claims 1-6 under 35 U.S.C. §

102(b) as being anticipated by U.S. Patent No. 5,025,335 (hereinafter "Stefansky '335").

More particularly, the Office Action stated:

> Claims 1 to 6 are rejected under 35 U.S.C. § 102(b) as being
> anticipated by Stefansky (U.S. 5,025,335). Please see
> attachment #1. A cover (24) includes mounting brackets (32)
> for securing a PCB (36) to said cover.
> (Office Action, page 2)

c:\wpfiles\21463\amend.1                          6

STX 000197

Additionally, the Attachment # 1, which was attached to the Office Action, comprises a photocopy of Drawing Sheet 1 of Stefansky '335 (showing FIG. 1 thereof), with the additional identification of a "First Raised Portion" and a "Second Raised Portion" of the top cover of FIG. 1. The Applicant appreciates the inclusion of the Attachment #1 in the Office Action, as the Attachment #1 has furthered the Applicant's understanding of the rejection of Claims 1-6 by the Office Action.

However, the Applicant respectfully traverses the rejection of Claims 1-6 (as amended) as being anticipated by Stefansky '335.

To address the reasons why the Applicant traverses the rejection, the Applicant first wishes to point out the well established rule that the claims are to be fairly read in light of the specification, but it is improper to read limitations from the specification into the claims. In traversing the present rejection, the Applicant will not read specific limitations from the specification into the claims, but rather, the Applicant will focus upon the explicit claim language found in Claims 1-6 (as now amended) and compare this language, as fairly interpreted by one skilled in the art, to the reasons provided for the rejection of the claims.

Claim 1 claims a disk drive housing, including 1) a base member and 2) a cover element, the cover element being received onto and secured to the base member to form the housing. Additionally, the cover element comprises a top surface and sidewalls depending downwardly from the top surface.

Although Claim 1 includes additional limitations which are readily reviewable from the claim, of particular interest are the following limitations set forth in Claim 1 concerning

STX 000198

the top surface of the cover element:

> the top surface of the cover element including a first raised
> portion to provide a height dimension within the housing
> sufficient for topmost portions of a spindle motor and
> head stack assembly of a disc stack assembly;
>
> remaining portions of the top surface of the cover element
> providing a continuous, single PCB support surface.

(exerpt from Claim 1, as amended)

It will be recognized that the amendment of Claim 1 to modify the language "the cover element including a first raised portion" to "the top surface of the cover element including a first raised portion" is supported by the specification and brings the language of Claim 1 more into conformity with the language "remaining portions of the top surface of the cover element" found in Claims 1 and 2.

Thus, Claim 1 (as amended) claims a disc drive housing which includes a top cover element, the top cover element comprising a top surface and sidewalls depending downwardly from the top surface, the top surface including a first raised portion, and remaining portions of the top surface providing a continuous PCB support surface.

A review of Stefansky '335 shows that one of skill in the art would readily understand that this reference teaches the well known expedient of a top cover element having a top surface and sidewalls depending downwardly from the top surface. The Applicant notes that the Attachment #1 identifies portions of FIG. 1 of Stefansky '335 as a first raised portion and a second raised portion. However, the Applicants submit that these elements identified in Attachment #1 rather correspond to the top surface and the sidewalls, which are required by

STX 000199

the explicit language of Claim 1. The Applicant submits that, in addition to the top surface and the sidewalls, Claim 1 also requires a first raised portion of the top surface and remaining portions of the top surface which provide a continuous, single PCB support surface. The Applicant respectfully submits that Stefansky '335 neither teaches, nor suggests, a first raised portion of the top surface and remaining portions of the top surface. The Applicant further respectfully submits that Stefansky '335 neither teaches nor suggests the remaining portions of the top surface to provide continuous, single PCB support surface.

In rejecting the Claims 1-6 as being anticipated by Stefansky '335, the Office Action stated that the "cover (24) includes mounting brackets (32) for securing a PCB (36) to said cover" (Office Action, page 2). The Applicant agrees with this assessment of Stefansky '335, insofar as the cover does include mounting brackets for securing a PCB (Stefansky '335, col. 5, lines 52-56)

However, the Applicant submits that the explicit claim language of Claim 1 requires more than merely a cover which includes mounting brackets for securing a PCB, as taught by Stefansky '335; rather, a review of Claim 1 shows that specific limitations of Claim 1 are not taught or suggested by Stefansky '335.

Particularly, Claim 1 requires that the cover element have a top surface including a first raised portion, and remaining portions of the top surface providing a continuous, single PCB support surface. A review of Stefansky '335 shows that Stefansky '335 does not include "remaining portions of the top surface providing a continuous, single PCB support surface".

c:\wpfiles\21463\amend 1                                   9

STX 000200

First of all, one skilled in the art would readily understand that "top surface" means "top surface". There is no need or reason to give this term anything other than its common, understood meaning. However, Stefansky '335 shows the PCB to be mounted to the <u>bottom</u> of the cover element, not to the top surface of the cover element. Thus, Stefansky '335 does not provide a PCB support surface as part of the top surface of the cover element, as required by the language of Claim 1.

Additionally, Claim 1 requires that the top surface include a "continuous, single PCB support surface". However, Stefansky '335 shows the PCB to be mounted by way of <u>four</u> <u>discrete</u> mounting brackets. The Applicant respectfully submits that four discrete mounting brackets would not be understood by one skilled in the art to be the same as a "continous, single PCB support surface". Thus, Stefansky '335 does not provide a "continous, single PCB support surface", as required by the explicit language of Claim 1

Moreover, Claim 1 describes the top surface as having a raised portion (providing a height dimension to accommodate internal disk drive components) and remaining portions of the top surface providing a continous, single PCB support surface. Examining the language of Claim 1, it would readily be understood by one skilled in the art that the "raised portion" of the top surface would be at a higher elevation than the "remaining portions" of the top surface; that is, the word "raised" would be attributed its normal, common meaning, and when used in conjunction with the phrase "remaining portions", a contrast in elevation between the "raised portion" and the "remaining portions" of the same element (top surface) would readily be understood. However, a review of Stefansky '335 shows that the mounting

c:\wpfiles\21863\amend 1                                10

STX 000201

brackets 32 are at the <u>same</u> elevation as the top surface of the cover 24. Thus, the Applicant respectfully submits that Stefansky does not fairly teach or suggest a "raised portion" and "remaining portions" of the top surface of the cover element.

Claim 1 requires the cover element to have a top surface and sidewalls, the top surface further having a raised portion and remaining portions (the raised portion having a higher elevation than the remaining portions). Yet the Attachment #1 does not identify different elevations for the top surface. Even if the characterization of the Attachment #1 concerning the "first raised portion" is accepted, for purposes of argument, then the claim limitations of Claim 1 which require a top surface having both a raised portion and remaining portions are still not found in Stefansky '335.

Thus, in summary as pertaining to the rejection of Claim 1, the Applicant respectfully submits that Stefansky '335 does not anticipate Claim 1, as several explicit limitations of Claim 1 are not taught nor suggested by Stefansky '335. Particularly, as provided hereinabove, Stefansky '335 does not teach or suggest a cover element having a top surface and sidewalls depending downwardly therefrom, the top surface having a first raised portion and remaining portions, and the remaining portions providing a continuous, single PCB support surface. The Applicant thus requests reconsideration and withdrawal of the rejection of Claim 1.

Having concluded a discussion of Claim 1, attention is now requested to Claim 2, which depends from Claim 1. Claim 2 provides:

STX 000202

2.  The disk drive housing of claim 1 wherein the remaining portions of the top surface include a <u>second raised portion</u> to provide a height dimension within the housing sufficient for topmost portions of a stack of disks of the disk stack assembly, <u>the first raised portion being higher than the second raised portion.</u>
(Claim 2, emphasis added)

As provided by the foregoing language, Claim 2 adds the additional limitation of a second raised portion of the top surface of the cover element, the first raised portion having a higher elevation than the second raised portion.  As Claim 2 depends from Claim 1, the foregoing discussion with regard to Claim 1 is considered applicable to Claim 2 as well.  Thus, the Applicant submits that Claim 2 is patentably distinct from Stefansky '335 based upon the foregoing discussion of Claim 1; however, the Applicant submits that Claim 2 is further patentably distinct from Stefansky '335 based upon the additional limitations found in Claim 2.

Again, focusing upon the explicit claim language of Claim 2, the claim requires a second raised portion as well as a first raised portion as part of the top surface of the cover element.  As provided hereinabove, the Attachment #1 provided with the Office Action mailed February 12, 1996 identified portions of the cover as a "first raised portion" and a "second raised portion".  However, the Applicant submits that these identified portions actually correspond to the top surface and the sidewalls, which are express limitations of Claim 2 (by way of independent Claim 1).

A review of Stefansky '335 does not provide any teaching or suggestion therein of a first raised portion of the top surface which is higher than the second raised portion of the top

STX 000203

surface. Indeed, as provided hereinabove, the Applicant respectfully submits that Stefansky '335 is completely silent with respect to a "first raised portion", a "second raised portion" and "remaining portions" of the top surface of the cover element, as provided in the claims.

However, for the sake of argument assuming that the characterization of the "first raised portion" and the "second raised portion" of the Attachment #1 is correct, several claim limitations are still not met; particularly, the claims also require sidewalls in addition to the second raised portion, but the characterization of the Attachment #1 means that there are not any sidewalls in Stefansky '335. Every claim limitation is material and essential and Claim 2 claims both sidewalls and a second raised portion. Thus, Stefansky '335 requires both sidewalls and a second raised portion to anticipate Claim 2; however, as shown in Stefansky '335, the reference is silent concerning a second raised portion and instead clearly teaches a sidewall. An argument that the same element in Stefansky '335 could serve as both the sidewalls and the second raised portion would also be contrary to the explicit claim language, as Claim 1 describes the cover element as being comprised of a top surface AND sidewalls, and the second raised portion is claimed in Claim 2 as being part of the top surface. Thus, the sidewalls and the top surface are different, according to the explicit language of the claim.

The explicit claim language of Claim 2 therefore forgoes the interpretation of the element identified in the Attachment #2 as the second raised portion.

It is respectfully submitted that those skilled in the art, when reviewing the explicit claim language, would readily understand the element characterized in the Attachment #1 as

c:\wpfiles\21863\amend.1                          13

STX 000204

the "second raised portion" corresponds to the "sidewalls" claimed in Claim 1. It is further respectfully submitted that those skilled in the art would clearly find Stefansky '335 to be silent concerning the "first raised portion", "second raised portion" and "remaining portions" explicitly claimed in Claim 2.

In summary, the Applicant submits that Stefansky '335 does not anticipate, teach or suggest the limitations found in Claim 2. The Applicant therefore respectfully requests reconsideration and withdrawal of the rejection of Claim 2.

Turning now briefly to Claim 3 which was also rejected as being anticipated by Stefansky '335, it is respectfully submitted that the foregoing discussion concerning Claim 1 is applicable to Claim 3, as Claim 3 depends from Claim 1. The Applicants wish to state at this time that the amendments provided hereinabove to Claim 3 to change "base plate" to "base member" are requested to conform the claim language of Claim 3 to Claim 1.

Claim 3 (as amended) further includes the limitation that:

> "...the base [plate] member includes a raised portion defining a
> recess aligned with the first raised portion and having a shape
> corresponding to the preselected shape of the first raised
> portion..."
> (Claim 3, as amended)

It is respectfully submitted that Stefansky '335 neither teaches nor suggests this limitation of Claim 3 that the base member include "a raised portion defining a recess aligned with the first raised portion"; that is, Stefansky '335 is not only silent with regard to a "first raised portion" of the top surface of the cover element, Stefansky '335 is further silent with regards to a corresponding "raised portion defining a recess aligned with the first raised portion" of

c:\wpfiles\21863\amend 1                14

STX 000205

the base member. Thus, the Applicant respectfully requests reconsideration and withdrawal of the rejection of Claim 3.

Referring now to Claims 4-6 (Claim 4 being an independent claim and Claims 5 and 6 depend therefrom), Claims 4-6 were also rejected as being anticipated by Stefansky '335. It will be noted that amendments have been requested hereinabove to Claim 4 (which are similar to the amendments to Claim 1) to change the claim language "the cover element including a first raised portion" to "the top surface of the cover element including a first raised portion" to bring the claim language into conformity. It will be further noted that amendments have been requested to Claim 5 (which are similar to the amendments to Claim 3) to change the claim language "base plate" to "base member", in order to bring the claim language into conformity.

As Claims 4-6 are similar to the Claims 1-3, and the same rationale was provided in the Office Action concerning the rejection of both of these sets of claims, the foregoing discussion concerning Claims 1-3 is considered applicable to the rejection of Claims 4-6. Thus, the Applicant respectfully requests reconsideration and withdrawal of the rejection of Claims 4-6.

### Rejection of Claim 8 Under 35 U.S.C. § 102(e)

Additionally, the Office Action mailed February 12, 1996 rejected Claim 8 under 35 U.S.C. § 102(e) as being anticipated by U.S. Patent No. 5,420,733 ("Knighton '733"). More particularly, the Office Action stated:

c:\wpfiles\21163\amend.1                                    15

STX 000206

> Claim 8 is rejected under 35 U.S.C. § 102(e) as being
> clearly anticipated by Knighton et al (U S  5,420,733).
> (Office Action, page 3)

As provided hereinabove, amendments have been requested to cancel independent Claim 8 and add new dependent Claims 9 and 10.  The new Claims 9 and 10 have been written to generally incorporate the subject matter of cancelled Claim 8, with Claim 9 depending from Claim 2 and Claim 10 depending from Claim 9.

The Applicant respectfully submits that the cancellation of Claim 8 obviates the above rejection; further, the Applicant submits that newly added Claims 9 and 10 define patentable subject matter over the cited art, because of modifications to the language from cancelled Claim 8 and because Claims 9 and 10 depend from claims which, as provided hereinabove, are believed to be in proper condition for allowance.  Thus, the Applicant requests reconsideration and withdrawal of the rejection based upon Claim 8 and allowance of the new Claims 9 and 10.


### Rejection of Claim 7 Under 35 U.S.C. § 103

The Office Action mailed February 12, 1996 also rejected Claim 7 under 35 U.S.C. § 103 as being unpatentable over Stefansky '335.  Particularly, the Office Action stated:

> Claim 7 is rejected under 35 U.S.C. § 103 as being
> unpatentable over Stefansky.  Note attachment #1 and paragraph
> 5 concerning the disclosure of Stefansky.  Stefansky discloses
> post (26a-26d) for attaching his disk drive to a computer which
> are mounted to the base rather than the cover.

Official Notice is given that it was notoriously old and

c:\wpfiles\21863\amend 1                        16

STX 000207

well known in the art to utilize attachment structures which were
mounted to a cover for attaching a disk drive to a host
computer.

It would have been obvious to one of ordinary skill in the
art at the time the invention was made to provide the disk drive
of Stefansky with attachment structures which were mounted to
the cover for attaching the disk drive to a host computer as was
well known in the art. The motivation would have been:
mounting a disk drive to a host computer via attachment
structures provided to both a base and a cover would have
provided balanced support of increased stability.
(Office Action, pages 3-4)

As provided hereinabove, amendments have been requested to cancel independent

Claim 7 and add new dependent Claim 11. The new Claim 11 has been written to generally

incorporate the subject matter of cancelled Claim 7, with new Claim 11 depending from

Claim 6.

The Applicant respectfully submits that the cancellation of Claim 7 obviates the above

rejection; further, the Applicant submits that the newly added Claim 11 defines patentable

subject matter over the cited art because of the patentability of Claim 6, from which Claim

11 depends. Thus, the Applicant requests reconsideration and withdrawal of the rejection

based upon Claim 8 and allowance of the new Claim 11.

STX 000208

It is respectfully submitted that the application, as now amended, is in condition for allowance for the reasons stated hereinabove. Therefore, it is requested that the Examiner reconsider the application and allow all the claims therein. This amendment is intended to be a complete response to the Office Action mailed February 12, 1996.

### POWER OF ATTORNEY

The undersigned attorney certifies that the Law Firm of McCarthy & Associates, Inc., 101 Park Avenue, Suite 250, Oklahoma City, OK 73102, has been assigned the responsibility for prosecution of this patent application by Assignee, as evidenced with the attached POWER OF ATTORNEY BY ASSIGNEE OF ENTIRE INTEREST (REVOCATION OF PRIOR POWERS OF ATTORNEY (with Certificate Under 37 CFR 3.73(b) attached).

Please advise if you require anything further.

Respectfully submitted,

F. MARK STEFANSKY,
Applicant

By:

Bill D. McCarthy, Registration No. 26,772
Randall K. McCarthy, Registration No. 39,297
McCarthy & Associates, Inc.
101 Park Avenue - Suite 250
Oklahoma City, Oklahoma  73102
Telephone:   (405)232-5600

Attorneys for Applicant

c:\wp50\st\21863\amend.1

18

**STX 000209**

B

REDACTED

C

REDACTED

D

REDACTED

A

20

# Ninth New Collegiate Dictionary

*A Merriam-Webster®*

MERRIAM-WEBSTER INC., *Publishers*
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*A Merriam-Webster®* is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1988 by Merriam-Webster Inc.

Philippines Copyright 1988 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

   Includes index.
   1. English language—Dictionaries.   I. Merriam-Webster Inc.
PE1628.W5638    1988        423        87-24041
   ISBN 0-87779-508-8
   ISBN 0-87779-509-6 (indexed)
   ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2627282930RMcN88

bas-cule \ˈbas-ˌkyü(ə)l\ n [F, seesaw] (1678) : an apparatus or structure (as a drawbridge) in which one end is counterbalanced by the other on the principle of the seesaw or by weights

bas \ˈbas\ n, pl bas-es \ˈbā-səz\ [ME, fr. MF, fr. L. basis, fr. Gk. step, base, fr. bainein to go — more at COME] (14c)  1 a : the bottom of something considered as its support : FOUNDATION  b (1) : the lower part of a wall, pier, or column considered as a separate architectural feature  (2) : the lower part of a complete architectural design  c (1) : a side or face of a geometrical figure from which an altitude can be constructed; esp : one on which the figure stands  (2) : the length of a base  d : that part of a bodily organ by which it is attached to another more central structure of the organism  2 a : a main ingredient (paint having a latex ~)  b : a supporting or carrying ingredient (as of a medicine)  3 a : the fundamental part of something : GROUNDWORK  b : the economic, factors on which in Marxist theory all legal, social, and political relations are formed  4 : the lower part of a heraldic field  5 a : the starting point or line for an action or undertaking  b : a line in a survey which serves as the origin for computations  c : center of operations; specif : the locality or the installations on which a military force relies for supplies or from which it initiates operations  d (1) : a number (as 5 in 5⁴⁴ or 5⁷) that is raised to a power; esp : the number that when raised to a power equal to the logarithm of a number yields the number itself (the logarithm of 100 to the ~ 10 is 2 since 10² = 100)  (2) : a number equal to the number of units in a given digit's place that for a given system of numbers is required to give the numeral 1 in the next higher place (the decimal system uses a ~ of 10); also : such a system of writing numbers using an indicated base (convert from ~ 10 to ~ 2)  e : ROUT  6  a : the starting place or goal in various games  b : any one of four stations at the corners of a baseball infield  c : a point to be considered (his opening remarks touched every ~)  7 : any of various usually water-soluble and bitter tasting compounds capable of reacting with an acid to form a salt that are molecules or ions able to take a proton from an acid or substances able to give up an unshared pair of electrons to an acid  8 : a number that is multiplied by a rate or of which a percentage or fraction is calculated (to find the interest on $437.50 multiply the ~ 90 by .10)  9 : a price level at which a security previously actively declining in price resists further price decline  10 : the part of a transformational grammar that consists of rules and lexicon and generates the deep structures of a language — based \ˈbāst\ adj — base-less \ˈbā-sləs\ adj — off base  1 : WRONG, MISTAKEN  2 : UNAWARES

²base adj (15c) : constituting or serving as a base (are now setting up a ~ of camps —Time)

³base vb based; bas-ing (1587)  1 : to make, form, or serve as a base for  b : to find a base or basis for — usu. used with on or upon

⁴base adj [ME, fr. MF, fr. ML bassus short, low] (14c)  1 archaic : of little height  2 obs : low in place or position  3 obs : BASE  4 a : BASEBORN  5 a : resembling a villein : SERVILE (a ~ tenant)  b : being of comparatively low value (a metal such as iron) — compare NOBLE  b : containing some base metal (~ metal such as iron) — compare NOBLE  b : containing more than usual proportion of base metals (~ silver denarii)  7 a : lacking or indicating the lack of higher qualities of mind or spirit (a ~ betrayal)  b : lacking higher values : DEGRADING (a base way of life)  8 : of relatively little value — base-ly adv — base-ness n

syn BASE, LOW, VILE mean deserving of contempt because of the absence of higher values. BASE stresses the ignoble and may suggest cruelty, treachery, greed, or grossness (base self-centered indulgence and selfishness —W. R. Inge) LOW may connote mere cunning, vulgar immorality and regularly implies an outraging of one's sense of decency or propriety (refused to listen to such low talk) VILE, the most severe of these words, tends to suggest disgusting depravity or filth (vilework) (matricide, the vilest of crimes)

base-ball \ˈbās-ˌbȯl, -bəl\ n (1925) : either of the angles of a triangle that have one side in common with the base

baseball n \ˈbās-ˌbȯl\ n, often attrib (1815) : a game played with a bat between two teams of nine players each on a large field having as a focus that mark the course a runner must take to score; also : the ball used in this game

baseboard \ˈbās-ˌbȯrd, -ˌbōd(ə)rd\ n (1854) : a board situated at or forming the base of something; specif : a molding covering the joint of a wall and the adjoining floor

base-born \ˈbās-ˈbȯrn\ adj [prob. fr. ¹base] (1730)  1 : the part of a building illegitimate or partly below ground level  2 : the ground floor

base n [from F. base in Renaissance architecture  3 : the lowest or fundamental part or something; specif : the rocks underlying stratified rocks

base-ment \ˈbās-mənt\ n (1847) : a usu. single-layered connective-tissue membrane underlying the epithelial cells of many organs



base of a column:
1 upper torus, 2 scotia, 3 lower torus, 4 plinth, 5 shaft, 6 fillets

ba-sen-ji \bə-ˈsen-jē, -ˈzen-\ n [of Bantu origin; akin to Lingala basenji, pl. of mosenji native] (1933) : any of an African breed of small compact curly-tailed chestnut-brown dogs that do not bark

base on balls (1912) : an advance to first base awarded a baseball player who during his turn at bat takes four pitches that are balls

base pair n (1962) : one of the pairs of chemical bases composed of a purine on one strand of DNA joined by hydrogen bonds to a pyrimidine on the other that hold together the two complementary strands much like the rungs of a ladder and include adenine linked to thymine or sometimes to uracil and guanine linked to cytosine

base path n (1935) : the area between the bases of a baseball field used by a base runner

base pay n (1920) : a rate or amount of pay for a standard work period, job, or position exclusive of additional payments or allowances

base runner n (1867) : a baseball player of the team at bat who is on base or is attempting to reach a base — base-run-ning n

bases pl of BASIS or of BASE

¹bash \ˈbash\ vb [origin unknown] vt (1790) : to strike violently : HIT; also : to injure or damage by striking : SMASH — often used with in ~ vi : CRASH — basher n

²bash n (1805)  1 : a forceful blow  2 : a festive social gathering : PARTY  3 : TRY, ATTEMPT (have a ~ at it)

ba-sha-ta \bə-ˈshā-tə\ var of PASHA

bash-ful \ˈbash-fəl\ adj [obs. bash (to be abashed)] (1548)  1 : socially shy or timid : DIFFIDENT, SELF-CONSCIOUS (an awkward and ~ adolescent)  2 : resulting from or typical of a bashful nature (a ~ smile) syn see SHY — bash-ful-ly \-fə-lē\ adv — bash-ful-ness \-fəl-nəs\ n

¹ba-sic \ˈbā-sik, -zik\ adj (1842)  1 : of, relating to, or forming the base or essence : FUNDAMENTAL  2 : constituting or serving as the basis or starting point  3 a : of, relating to, containing, or having the character of a chemical base  b : having an alkaline reaction  4 of rocks : containing relatively little silica  5 : of, relating to, or made by a basic process — ba-si-cal-ly \-si-k(ə-)lē, -zi-\ adv — ba-sic-i-ty \bā-ˈsis-ət-ē\ n

²basic n (1941)  1 : something that is basic : FUNDAMENTAL (get back to ~s)  2 : BASIC TRAINING

BASIC \ˈbā-sik, -zik\ n [Beginner's All-purpose Symbolic Instruction Code] (1967) : a simplified language for programming and interacting with a computer

basic process n (1905) : a process of making steel carried on in a furnace lined with basic material and under a slag that is dominantly basic

basic slag n (1888) : a slag low in silica and high in base-forming oxides that is used in the basic process of steelmaking and that is then used as a fertilizer

basic training n (1943) : the initial period of training of a military recruit

ba-sid-io-my-cete \bə-ˌsid-ē-ō-ˈmī-ˌsēt, -ˌmī-ˈsēt\ n [deriv. of NL basidium + Gk mykēs, mykēt fungus — more at MYC-] (ca. 1890) : any of a large class (Basidiomycetes) of higher fungi having septate hyphae, bearing spores on a basidium, and including rusts, smuts, mushrooms, and puffballs — ba-sid-io-my-ce-tous \-ē-ō-ˌmī-ˈsēt-əs\ adj

ba-sid-io-spore \bə-ˈsid-ē-ə-ˌspō(ə)r, -ˌspȯ(ə)r\ n [NL basidium + E -o-spore] (1859) : a spore produced by a basidium

ba-sid-i-um \bə-ˈsid-ē-əm\ n, pl -ia \-ē-ə\ [NL, fr. L basis] (1859) : a structure on a basidiomycete in which nuclear fusion occurs followed by meiosis and on which usu. four basidiospores are borne

ba-si-fy \ˈbā-sə-ˌfī\ vt -fied; -fy-ing (ca. 1847) : to convert into a base or make alkaline — ba-si-fi-ca-tion \ˌbā-sə-fə-ˈkā-shən\ n

basil \ˈbaz-əl, ˈbāz-, ˈbas-, ˈbās-\ n [MF basile, fr. L basilicum, fr. Gk basilikon, fr. neut. of basilikos] (15c) : any of several plants of the mint family: as  1 : SWEET BASIL  b : BUSH BASIL

basi-lar \ˈbaz-(ə-)lər, ˈbas- also ˈbāz- or ˈbās-\ adj [irreg. fr. basis] (1541) : of, relating to, or situated at the base

basilar membrane n (1867) : a membrane extending from the bony shelf of the cochlea to the outer wall and supporting the organ of Corti

Ba-sil-i-an \bə-ˈzil-ē-ən, -ˈsil-\ n (1780) : a member of the monastic order founded by St. Basil in the 4th century in Cappadocia — Basilian adj

ba-sil-i-ca \bə-ˈsil-i-kə, -ˈzil-\ n [L, fr. Gk basilikē, fr. fem. of basilikos royal, fr. basileus king] (1540)  1 : an oblong building ending in a semicircular apse used in ancient Rome esp. for a court of justice and place of public assembly  2 : an early Christian church building consisting of nave and aisles with clerestory and a large high transept from which an apse projects  3 : a Roman Catholic church given ceremonial privileges — ba-sil-i-can \-kən\ adj

ba-sil-isk \ˈbas-ə-ˌlisk, ˈbaz-\ n [ME, fr. L basiliscus, fr. Gk basiliskos, fr. dim. of basileus] (14c)  1 : a legendary reptile with fatal breath and glance  2 : any of several crested tropical American lizards (genus Basiliscus) related to the iguanas and noted for their ability to run on their hind legs — basilisk adj

ba-sin \ˈbās-ⁿn\ n [ME, fr. OF bacin, fr. LL bacchinon] (13c)  1 a : an open usu. circular vessel with sloping or curving sides used (typically for holding water for washing  b : the quantity contained in a basin  2 a : a dock built in a tidal river or harbor  b : an enclosed or partly enclosed water area  3 a : a large or small depression in the surface of the land or in the ocean floor  b : the entire tract of country drained by a river and its tributaries  c : a great depression in the surface of the lithosphere occupied by an ocean  4 : a broad area of the earth beneath which the strata dip usu. from the sides toward the center — basined \-ⁿnd\ or ba-sined \-ⁿnd\ adj

basi-net \ˈbas-ə-ˈnet, n [ME bacinet, fr. MF, dim. of OF bacin] (14c) : a light often pointed steel helmet

ba-sip-e-tal \bā-ˈsip-ət-ᵊl, bə-\ adj [L basi- + -petere to go toward — more at FEATHER] (1869) : proceeding from the apex toward the base or from above downward — ba-sip-e-tal-ly \-ⁿl-ē\ adv

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart  \au̇\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job  \ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \t̲h̲\ the  \ü\ loot  \u̇\ foot  \y\ yet  \zh\ vision  \ə, ᵏ, ᵚ, œ, œ̄, ᵫ, ᵬ, ⁿ\ see Guide to Pronunciation

Case 1:04-cv-00418-SLR   Document 218-2   Filed 11/28/2005   Page 49 of 60

**sta-bile** \-ˌbēl\ *n* [prob. F, fr. L *stabilis*, adj.] (1937) : an abstract sculpture or construction similar in appearance to a mobile but made to be stationary

**sta-bil-i-ty** \stə-ˈbil-ət-ē\ *n, pl* -ties [ME, fr. MF *estabilité*, fr. L *stabilitat-, stabilitas*, fr. *stabilis*] (15c) 1 : the quality, state, or degree of being stable: as a : the strength to stand or endure : FIRMNESS b : the property of a body that causes it when disturbed from a condition of equilibrium or steady motion to develop forces or moments that restore the original condition c : resistance to chemical change or to physical disintegration 2 : residence for life in one monastery

**sta-bi-lize** \ˈstā-bə-ˌlīz\ *vb* -lized; -liz-ing *vt* (1861) 1 : to make stable, steadfast, or firm 2 : to hold steady: as a : to maintain the stability of (as an airplane) by means of a stabilizer b : to limit fluctuations of (as prices) c : to establish a minimum price for ~ *vi* : to become stable, firm, or steadfast — sta-bi-li-za-tion \ˌstā-bə-lə-ˈzā-shən\ *n*

**sta-bi-lizer** \ˈstā-bə-ˌlī-zər\ *n* (ca. 1909) : one that stabilizes something: as a : a substance added to another substance (as an explosive or plastic) or to a system (as an emulsion) to prevent or retard an unwanted alteration of physical state b : a gyroscope device to keep ships steady in a heavy sea c : an airfoil providing stability for an airplane; *specif* : the fixed horizontal member of the tail assembly — see AIRPLANE illustration

**sta-ble** \ˈstā-bəl\ *n* [ME, fr. OF *estable*, fr. L *stabulum*, fr. *stare* to stand — more at STAND] (13c) 1 : a building in which domestic animals are sheltered and fed; *esp* : such a building having stalls or compartments (horse ~) 2 a : the racehorses of one owner b : a group of athletes (as boxers) or performers under one management c : the racing cars of one owner d : GROUP, COLLECTION — sta-ble-man \-mən, -ˌman\ *n*

**stable** *adj* **sta-bler** \-b(ə-)lər\ *v* (14c) : to put or keep in a stable ~ *vi* : to dwell in or as if in a stable

**stable** *adj* **sta-bler** \-b(ə-)lər\; **sta-blest** \-b(ə-)ləst\ [ME, fr. MF *estable*, fr. L *stabilis*, fr. *stare* to stand] (14c) 1 a : firmly established : FIXED, STEADFAST b : not changing or fluctuating : UNVARYING c : PERMANENT, ENDURING 2 a : steady in purpose : firm in resolution b : not subject to insecurity or emotional illness : SANE, RATIONAL (a ~ personality) 3 a (1) : placed so as to resist forces tending to cause motion or change of motion (2) : designed so as to develop forces that restore the original condition when disturbed from a condition of equilibrium or steady motion b (1) : not readily altering in chemical makeup or physical state (~ emulsions) (2) : not spontaneously radioactive gym *sec* LASTING — sta-ble-ness \-bəl-nəs\, *n* — sta-bly \-b(ə-)lē\ *adv*

**stable fly** *n* (1862) : a two-winged fly (*Stomoxys calcitrans*) that bites severely, is abundant about stables, and often enters dwellings esp. in autumn

**sta-ble-mate** \ˈstā-bəl-ˌmāt\ *n* (1926) 1 : a horse stabled with another 2 : a member of a stable

**sta-bler** \-b(ə-)lər\ *n* (15c) : one who keeps a stable

**sta-bling** \-b(ə-)liŋ\ *n* (13c) : accommodation for animals in a building; *also* : the building for this

**stab-lish** \ˈstab-lish\ *vb* [by shortening] *archaic* (14c) : ESTABLISH — stab-lish-ment \-mənt\, *n, archaic*

**stac-ca-to** \stə-ˈkät-(ˌ)ō\ *adj* [It, fr. pp. of *staccare* to detach, deriv. of OF *destacher* — more at DETACH] (ca. 1724) 1 a : cut short or apart in performing : DISCONNECTED (~ notes) b : marked by short clear-cut playing or singing of tones or chords (a ~ style) 2 : ABRUPT, DISJOINTED — **staccato** *adv* — **staccato** *n*

**staccato mark** *n* (ca. 1903) : a pointed vertical stroke or a dot placed over or under a musical note to be produced staccato

**stack** \ˈstak\ *n* [ME *stak*, fr. ON *stakkr*; akin to OE *staca* stake] (14c) 1 a : large usu. conical pile (as of hay, straw, or grain in the sheaf) left standing in the field for storage 2 a : an orderly pile or heap b : a large quantity or number 3 : an English unit of measure esp. for firewood that is equal to 108 cubic feet 4 a : a number of flues embodied in one structure rising above a roof b : a vertical pipe (as to carry off smoke) c : the exhaust pipe of an internal-combustion engine 5 : a pyramid of three rifles interlocked 6 a : structure of bookshelves for compact storage of books — usu. used in pl. 7 : a pile of chips sold to or won by a poker player 8 a : memory or a section of memory in a computer for temporary storage (a push-down ~) b : a computer memory consisting of arrays of memory elements stacked one on top of another

**stack** *vt* (14c) 1 a : to arrange in a stack : PILE b : to pile in or on (~ed the table with books) (~ the dishwasher) 2 a : to arrange secretly for cheating (~ a deck of cards) b : to arrange or fix so as to make a particular result likely (the odds are ~ed against us) (will ~ juries to suit themselves — Patrick Henry) 3 a : to assign (an airplane) by radio to a particular altitude and position within a group circling before landing b : to put into a queue (another dozen rigs are ~ed up and waiting their turns to refuel — P.H. Hutchins, Jr.) 4 : COMPARE — used with *against* (such a crime is nothing when ~ed against a murder — Pete Censky) ~ *vi* : to form a stack — **stack-er** *n* — **stack-able** \ˈstak-ə-bəl\ *adj* (1964) : easily stacked

**stacked** \ˈstakt\ *adj, slang, of a woman* (1950) : being shapely and having large breasts

**stack up** *vi* (ca. 1934) 1 : to add up : TOTAL 2 : MEASURE UP, COMPARE — usu. used with *against*

**stac-te** \ˈstak-tē\ *n* [ME *stacten*, fr. L, fr. Gk *staktē*, fr. fem. of *staktos* oozing out in drops, fr. *stazein* to drip — more at STAGNATE] (14c) : a sweet spice used by the ancient Jews in preparing incense

**stad-dle** \ˈstad-ᵊl\ *n* [ME *stathel* base, support, fr. OE *stathol*; akin to OE *stede* place — more at STEAD] (bef. 12c) 1 : a base (as of piling) for a stack of hay or straw 2 : a supporting framework

**stade** \ˈstād\ *n* [MF *estade*, fr. L *stadium*] (1537) : STADIUM 1a

**sta-dia** \ˈstād-ē-ə\ *n, pl* [perh. fr. L pl. of *stadium*] (1865) : a surveying method for determination of distances and differences of elevation by means of a telescopic instrument having two horizontal lines through which the marks on a graduated rod are observed; *also* : the instrument or rod

**sta-di-um** \ˈstād-ē-əm\ *n, pl* -dia \-ē-ə\ *or* -di-ums [ME, fr. L, fr. Gk *stadion*, perh. alter. of *spadion*, fr. *span* to pull — more at SPAN] (14c) 1 a : any of various ancient Greek units of length ranging in value from 607 to 738 English feet b : an ancient Roman unit of length equal to 606.95 English feet 2 a : a course for footraces in ancient Greece

*orig.* one stadium in length b : a tiered structure with tiers surrounding an ancient Greek running track c : a roofed building with tiers of seats for spectators [N1, fr. L] : a stage in a life history; *esp* : one between...

**stad-hold-er** \ˈstat-ˌhōl-dər\, *n* [part trans. of D *stadhouder* (akin to OHG *stat place)] + *houder* holder, fr. *houden* to hold (akin to OHG *haltan* to hold — more at STAD)] 1 : a viceroy in a province of the Netherlands 2 : the chief executive officer of the United Netherlands... the provinces that formed a union leading to the kingdom of the Netherlands — **stadt-hold-er-ate** \-də-rət\ *n* — **stadt-hold-er-ship** *n*

**staff** \ˈstaf\ *n, pl* **staffs** \ˈstafs, ˈstavz\ *or* **staves** \ˈstāvz\ *pl usu* **staffs** fr. OE *stæf*; akin to OHG *stap* staff, stamp... STAMP] (bef. 12c) 1 a : a long stick carried in the hand in walking b : a supporting rod: as (1) *archaic* : a crosspiece in a ladder or chair : RUNG (3) : FLAGSTAFF b : CLUB, CUDGEL 2 a : CROSIER b : a rod or staff of office or authority 3 : the horizontal lines with which music is written — called also *stave* 4 a : a set of sticks or rules used for measuring : ROD 5 a : the officers chiefly responsible for the internal operations of a business b : a group of officers appointed to assist a commanding officer c : military or naval officers in an advisory... and the personnel who assist a commanding officer out an assigned task c *pl* **staff** : a member of a staff — **staff** *vt* (1859) 1 : to supply with a staff or with workers ~ *vi* : to serve as a staff member of

**staff** *n* [prob. fr. G *staffieren* to trim] (1892) : a material for making a plaster of Paris base and used in exterior wall...

**staff-er** \ˈstaf-ər\, *n* (1941) : a member of a staff (as of a magazine)

**staff officer** *n* (1777) : a commissioned officer attached to a commander's staff — compare LINE OFFICER

**staff of life** (1638) : a staple of diet; *esp* : BREAD

**Staf-ford-shire bull terrier** \ˌstaf-ərd-ˌshir-, -shər-\, *n* [*Staffordshire*, England] (1936) : any of a breed of compact muscular terriers that have a short stiff glossy coat

**staff sergeant** *n* (1851) : a noncommissioned officer ranking in the army above a sergeant and below a platoon sergeant or sergeant first class, in the air force above a sergeant and below a technical sergeant, and in the marine corps above a sergeant and below a gunnery sergeant

**staff sergeant major** *n* (1967) : a noncommissioned officer in the army ranking above a master sergeant

**staff tree** *n* (ca. 1633) : any of a genus (*Celastrus* of the family Celastraceae, the staff-tree family) of mostly twining shrubby plants including the common bittersweet



**stag** \ˈstag\, *n, pl* **stags** [ME *stagge*, fr. OE *stagga*; akin to ON *andarsteggi* drake, OE *stingan* to sting] *or pl* **stag** : an adult male red deer; *broadly* : the male of various deer (esp. genus *Cervus*) 2 *chiefly Scot* : a young horse; *broadly* : a young male animal castrated after maturity — STEER 1 4 : a young adult male domestic fowl 5 a : a man who attends a dance or party without a woman; *also* : a man who attends a dance or party unaccompanied by a woman

**stag** *vb* **stagged**; **stag-ging** *vt* [*stag* (informer)] *Brit* (ca. 1837) *vi* : to attend a dance or party without a woman — **stag** *adj* (1843) 1 a : restricted to men (a ~ party); suitable for a gathering of men only; *esp* : PORNOGRAPHIC 2 : unaccompanied by someone of the opposite sex — *adv*

**stag beetle** *n* (1681) : any of numerous mostly large beetles (family Lucanidae) having males with long and often large branched mandibles suggesting the antlers of a stag

**stage** \ˈstāj\, *n* [ME, fr. MF *estage*, fr. (assumed) VL *staticum*, fr. L *stare* to stand — more at STAND] (14c) 1 a : one of a series of stations one above the other : STEP b : the height of a river above an arbitrary zero point 2 a (1) : a raised floor or platform; *esp* : the part of a theater between the proscenium and... including the acting area, wings, and storage space (2) : PROFESSION : the theater as an occupation or activity 3 a : a center of attention or scene of action 3 : a platform or part of a microscope on which an object is placed for examination 4 a : a place of rest for those traveling by stagecoach : STATION b : the distance between stopping places on a road c : STAGECOACH 5 a : a period, degree, phase of progress, activity, or development; *esp* : one of the periods of growth and development of a plant or animal (larval ~) 6 : one passing through a (specified) stage b : a component of an apparatus that performs one of a series of operations — **stage** *vt* **staged**; **stag-ing** (1879) 1 : to produce (as a play) on a stage or platform for public view (~ a track meet) — *adj*

**stage ma-nag-er** *n* (1825) : BUSINESS 5

**stage-coach** \ˈstāj-ˌkōch\, *n* (1658) : a horse-drawn coach running on a regular schedule between established terminals

**stage-craft** \-ˌkraft\, *n* (1882) : the effective management of theatrical devices or techniques

**stage direc-tion** *n* (1790) : a description (as of a character's actions or a stage direction)

**stage di-rector** *n* (ca. 1909) 1 : DIRECTOR c 2 : STAGE MANAGER

**stage fright** *n* (1878) : nervousness felt at appearing before an audience

**stage-hand** \ˈstāj-ˌhand\, *n* (ca. 1902) : a stage worker who handles scenery, properties, or lights

**stage left** *n* (1931) : the left part of a stage from the point of view of one who faces the audience

3

**Exhibit 3**

**Materials Considered**

Exh. 1:       U.S. Patent 5, 506,461

Exh. 2:       Patents and Publications

Exh. 3:       Materials Considered

Exh. 4:       Order No. 8

Exh. 5:       Notice to Commission Determination not to Review an Initial
              Determination Granting a Motion for Summary Determination of Non-
              Infringement of one patent at issue in the Investigation

Exh. 6:       Asserted Claims

Exh. 7:       Summary '461 Claim Construction Chart

Exh. 8:       Order of Hon. Robinson dated August 9, 2005

Exh. 9:       COR-ITC 000323-326

Exh. 10:      COR-ITC 001168-1172

Exh. 11:      Fletcher Deposition Transcript Excerpts

Exh. 12:      STX 098550-53

Exh. 13:      STX 098564

Exh. 14:      STX 098565

Exh. 15:      Liem Deposition Transcript Excerpts

Exh. 16:      Stefansky Deposition Transcript Excerpts

Exh. 17:      U.S. Patent 5,025,335

Exh. 18:      U.S. Patent 6,381,102

Exh. 19:      U.S. Patent 6,728,063

-Complainant Seagate Technology LLC's Complaint and Claim Charts;

-Prosecution File of U.S. Patent Application No. 450,213, issued as U.S. Patent No. 5,596,461;

-Respondent Cornice, Inc.'s Motion for Summary Determination of Non-Infringement of U.S. Patent 5,596,461;

-Complainant Seagate Technology's Opposition to Respondent Cornice, Inc.'s Summary Determination of Non-Infringement of U.S. Patent 5,596,461;

-Deposition Transcripts of and exhibits to Fredrick Stefansky;

-Deposition Transcripts of and exhibits to John Fletcher;

-Deposition Transcripts of and exhibits to Norm Gitis;

-Cornice SE Samples "accused products";

-All other materials mentioned or referenced in the report;

-All materials considered in the context of any other report.

7

## Summary of '461 Claim Construction Chart

| Claim Language | My Proposed Claim Construction |
|---|---|
| 1. A disk drive housing, comprising: | All of the terms for these claims are based on their plain and ordinary meaning to one of ordinary skill in the art, after having read the entire '461 Patent, unless otherwise noted. |
| a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and | **base member:** The bottom portion of the housing for mounting the components of the drive, e.g., the spindle motor and head stack assembly. |
| a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corresponding to the dimensions of the length and end portions of the base member; | **cover element:** The top portion of the housing opposite the base member, which is received over the spindle motor and head stack assembly. |
| the cover element being received onto and secured to the base member to form the housing; | |
| the top surface of the cover element including a first raised portion to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly; | **head stack assembly:** an assembly that requires a stack of actuator arms (i.e., a plurality), each mounting a head or pair of heads. |
| remaining portions of the top surface of the cover element being generally parallel to said first raised portion and providing a continuous, single PCB support surface. | **continuous, single PCB support surface:** a single, uninterrupted surface for mounting a PCB, and not discrete mounting locations for a PCB. |
| 5. The disk drive housing of claim 1 wherein the first raised portion of the top surface has a preselected shape and the base member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing sufficient for the height of the spindle motor and head stack assembly of the disk | |

| | |
|---|---|
| stack assembly. | |
| 6. A disk drive housing, comprising: | See Claim 1. |
| a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and | See Claim 1. |
| a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corresponding to the dimensions of the length and end portions of the base member; | See Claim 1. |
| the cover element being received onto and secured to the base member to form the housing; | |
| the top surface of the cover element including a first raised portion having a preselected shape to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly, the shape of the first raised portion being just sufficient to provide adequate height for the spindle motor and head stack assembly of the disk stack assembly, remaining portions of the top surface of the cover element being generally parallel to said first raised portion and providing a continuous, single PCB support surface. | See Claim 1, and plain and ordinary meaning to one of ordinary skill in the art, having read the entire '461 Patent, as to the added limitations. |
| 7. The disk drive housing of claim 6 wherein the base member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing just sufficient for the height of the spindle motor and head stack assembly of the disk stack assembly. | See Claim 6, and plain and ordinary meaning to one of ordinary skill in the art, having read the entire '461 Patent, as to the added limitations. |

2

15

REDACTED

16

REDACTED

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 28, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE 19801

### BY FEDERAL EXPRESS

> Ruffin B. Cordell, Esquire
> Fish & Richardson, P.C.
> 1425 K Street, NW, Suite 1100
> Washington, DC 20005

> /s/ Julia Heaney
> Julia Heaney (#3052)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> jheaney@mnat.com
> *Attorneys for Defendant and*
> *Counterclaim Plaintiff Cornice, Inc.*