Miller indices are relevant to the '754 Patent because many of the claim limitations require certain crystallographic orientations. The (200) orientation [for the underlayer] and the (11$\bar{2}$0) orientation [for the magnetic layer] are illustrated by the following figures:[4]



a) (200)    b) (11$\bar{2}$0)

As explained below, the '754 Patent explains how the (200) and (11$\bar{2}$0) crystallographic orientations are undesirable.

A magnetic recording layer, which is a collection of cobalt grains lying in a plane, has several magnetic properties, including the following three characteristics which are featured in the '754 Patent:

- *Remanent coercivity* ($H_r$) which relates to the magnetic field strength necessary to flip the magnetic poles from north/south to south/north.

- *Remanent coercivity squareness* ($S^*$) refers to the sharpness of the transition when the polarity of the grains is switched by an external field from north/south to south/north.

- *Remanent moment* ($M_r$) refers to the remaining magnetization in the direction of an applied field when the external field is removed.

These three magnetic properties can be separately measured on a disk in the circumferential and radial directions. That is, each of these three magnetic properties can be measured both in a direction running from the center of the disk to the outside of the disk (*i.e.*, radially), and in a direction running along the circumference of the disk (*i.e.*, circumferentially):

---

[4] *See* Ex. C [David E. Laughlin et al., "The Crystallography and Texture of Co-Based Thin Film Deposited On Cr Underlayers," IEEE Trans. Mag., Vol. 27, No. 6, November 1991, pp. 4713-17] at 4714, Fig. 2 (entitled "Schematic Drawing of the low index planes and directions in (a) bcc and (b) hcp.").


Radial Measurement


Circumferential Measurement

If the cobalt grains are randomly oriented on the disk, then the magnetic properties will be the same in the circumferential and radial directions – *i.e.*, the disk will be magnetically <u>isotropic</u>. If the cobalt grains are physically oriented (*i.e.*, such that they predominantly point in either the circumferential or radial direction), then their magnetic properties will also be oriented, or <u>anisotropic</u>. One way to make a disk anisotropic is to form circumferential grooves in the disk, such that the cobalt grains orient themselves circumferentially along the grooves (under proper conditions). Following is an illustration of randomly oriented (isotropic) crystals on an un-grooved disc, and circumferentially oriented (anisotropic) crystals on a grooved disc:


**Randomly Oriented (Isotropic) Grains On Un-Grooved Disc**


**Oriented Crystals (Anisotropic) On Grooved Disc**

An "orientation ratio" ("OR") is a measure of how isotropic or anisotropic a disk is. It represents the ratio of the magnetic properties in the circumferential direction to the magnetic properties

8.

in the radial direction. A separate orientation ratio can be determined for each of the three properties (*i.e.*, for coercivity, coercive squareness, and magnetic remanence). For any of these properties, an orientation ratio of 1 means that, for that property, the disk is isotropic. The more anisotropic the disk, the greater the orientation ratio.

## II.    THE '754 PATENT

The '754 Patent is directed to a substantially isotropic magnetic medium. In order to produce a magnetic medium with substantially isotropic magnetic properties, the patent claims using a particular layered structure, as illustrated below in Figure 5 of the '754 Patent:



FIG. 5

'754 Patent at Figure 5. The bottom-most portion of Figure 5, labeled "50", is the substrate. A substrate can be made from glass or an aluminum alloy. The patent discloses using a "seedlayer" formed directly on top of the substrate. The "seedlayer" is made from chromium or a chromium alloy. The underlayer is formed on top of the seedlayer. Then, the cobalt crystals of the magnetic layer are formed on top of the underlayer. A protective overcoat and lubricant are formed on top of the magnetic layer.

### III.    PRIOR ITC PROCEEDINGS

In response to Cornice's motion for summary determination of invalidity of the '754 Patent in the prior ITC action, Seagate took several contorted claim construction positions in an attempt to avoid invalidity. *See* Ex. D [Cornice's Motion for Summary Determination of Invalidity of the '754 Patent]. Cornice's summary determination motion asserted that there were a number of prior art references that invalidated the '754 Patent based on Seagate's assumed claim constructions. *See id.* Furthermore, each of these prior art references describe the same layer structure described by the '754 Patent (the '754 Patent layer structure is illustrated in Fig. 5 above). Further, each of these prior art references explicitly disclosed a media that exhibited magnetic isotropy. Accordingly, since the layer structure of the '754 Patent was not unique, Seagate had to craft additional functional limitations to claim terms in order to attempt to preserve validity.

To illustrate, the following picture shows the layer structure disclosed by the "Okumura References" which Seagate's expert concedes discloses the claimed subject matter of the '754 Patent unless its definition of the term "alloy" is adopted:

