

| | |
|---|---|
| Lubricant | 14 |
| Carbon overcoat | 13 |
| Magnetic layer | 12 |
| Underlayer | 11 |
| Substrate | 10 |

FIG. 1
PRIOR ART





FIG. 2
PRIOR ART

0033





| | |
|---|---|
| MAGNETIC LAYER | 34 |
| Cr INTERMEDIATE LAYER | 33 |
| Ni Al UNDERLAYER | 32 |
| Cr SUB-UNDERLAYER | 31 |
| SUBSTRATE | 30 |

FIG. 3
PRIOR ART

0034





FIG. 4

PRIOR ART



FIG. 5

0036





| load chamber | Heater1 | Seedlayer chamber | Heater2 | Underlayer chamber | Magnetic layer chamber | Overcoat chamber | unload chamber |
|---|---|---|---|---|---|---|---|

60   61   62   63A,63B   64   65   66   67

FIG. 6

0037



FIG. 7

FIG. 8

091454262.090098

0038



FIG. 9

0039



**Magnetic Properties: Effects of Cr-Ox thickness on OR**

852060'295451603

OR=S*(circumferential)/S*(radial)

OR

1.25
1.20
1.15
1.10
1.05
1.00

CrOx Seedlayer (Å)

0    10    20    30    40

*FIG. 10*

0040





| Lubricant | — 14 |
| Carbon overcoat | — 13 |
| Magnetic layer | — 12 |
| Underlayer | — 11 |
| Substrate | — 10 |

Fig. 1
PRIOR ART


PRINT OF DRAWINGS
AS ORIGINALLY FIL

09145782 . 09029B



| MAGNETIC LAYER | — 22 |
| NiAl UNDERLAYER | — 21 |
| SUBSTRATE | — 20 |

FIG. 2
PRIOR ART

0042





| MAGNETIC LAYER | — 34 |
| Cr INTERMEDIATE LAYER | — 33 |
| NiAl UNDERLAYER | — 32 |
| Cr SUB-UNDERLAYER | — 31 |
| SUBSTRATE | — 30 |

09/457629 .090298

FIG. 3
PRIOR ART



PRINT OF DRAWINGS
AS ORIGINALLY FIL[



| MAGNETIC LAYER | — 43 |
| NiAl UNDERLAYER | — 42 |
| MgO SEEDLAYER | — 41 |
| SUBSTRATE | — 40 |

FIG. 4
PRIOR ART





FIG. 5





FIG. 6

0914576172.0060788

0046



FIG. 7

FIG. 8

PRINT OF DRAWINGS
AS ORIGINALLY FIL

0047

PRINT OF DRAWINGS
AS ORIGINALLY FIL'



*FIG. 9*

PRINT OF DRAWINGS
AS ORIGINALLY FILED



Magnetic Properties:  Effects of CrOx thickness on OR

862060.29254T60

OR=S*(circumferential)/S*(radial)

FIG. 10

0049

**UTILITY PATENT APPLICATION**
**UNDER 37 CFR 1.53(b)**

Box PATENT APPLICATION
Assistant Commissioner for Patents
Washington, DC  20231

Case Docket No. 50103-125

Sir:

Transmitted herewith for filing is the patent application of:

INVENTOR:  Xing SONG, Qixu CHEN, Charles LEU, Rajiv Yadav RANJAN
FOR:  SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER

Enclosed are:

☒ 25 pages of specification, claims, abstract.
☐ Declaration and Power of Attorney.
☒ Priority Claimed.
☐ Certified copy of
☒ 9 sheets of formal drawing.
☐ An assignment of the invention to
   and the assignment recordation fee.
☐ An associate power of attorney.
☐ Information Disclosure Statement, Form PTO-1449 and reference.
☒ Return Receipt Postcard

Respectfully submitted,

MCDERMOTT, WILL & EMERY

Arthur J. Steiner
Registration No. 26,106

99 Canal Center Plaza, Suite 300
Alexandria, Virginia  22314
(202) 756-8600  AJS:klm
Date:  September 2, 1998
Facsimile:  (202) 756-8699

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 09/145,762 | 09/02/98 | GONG | 50103-121 |

MCDERMOTT WILL & EMERY
99 CANAL CENTER PLAZA
SUITE 500
ALEXANDRIA VA 22314

0232/0926

2758

NOT ASSIGNED

DATE MAILED:
09/28/98

### NOTICE TO FILE MISSING PARTS OF APPLICATION
#### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 5 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of $65.00 for a small entity in compliance with 37 CFR 1.27, or □ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

If all required items on this form are filed within the period set above, the total amount owed by applicant as a □ small entity (statement filed) ☑ non-small entity, is $ _____

☑ 1. The statutory basic filing fee is:
   □ missing.
   □ insufficient.
   Applicant must submit $ _290_ to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).

□ 2. Additional claim fees of $ _____, including any multiple dependent claim fees, are required.
   $ _____ for _____ independent claims over 3.
   $ _____ for _____ dependent claims over 20.
   $ _____ for multiple dependent claim surcharge.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

□ 3. The oath or declaration:
   □ is missing or unexecuted.
   □ does not cover the newly submitted items.
   □ does not identify the application to which it applies.
   □ does not include the city and state or foreign country of applicant's residence.
   An oath or declaration in compliance with 37 CFR 1.63, including residence information and identifying the application by the above Application Number and Filing Date is required.

□ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

□ 5. The signature of the following joint inventor(s) is missing from the oath or declaration:
   _____
   An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

□ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

□ 7. Your filing receipt was mailed in error because your check was returned without payment.

□ 8. The application does not comply with the Sequence Rules.
   See attached "Notice to Comply with Sequence Rules 37 CFR 1.821-1.825."

□ 9. OTHER:

Direct the reply and any questions about this notice to "Attention: Box Missing Parts."

**A copy of this notice MUST be returned with the reply.**

Customer Service Center
Initial Patent Examination Division (703) 308-1202

FORM PTO-1533 (REV.2-97)

PART 3 - OFFICE COPY

0051

Docket No.: 50103-              #3          PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                    :

Xing SONG, et al.                       :

Serial No.: 09/145,762                  :    Group Art Unit: 2754

Filed: September 2, 1998                :    Examiner:

For:    SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING
        A SEEDLAYER

RESPONSE TO NOTICE
OF MISSING PARTS OF APPLICATION

Box Missing Parts
Assistant Commissioner for Patents
Washington, DC  20231

Sir:

     In response to the Notice of Missing Parts of Application dated September 25, 1998,

submitted herewith are the following documents for filing in the above-referenced application:

     1.  Declaration (which is in compliance with 37.CFR 1.63)

     2.  Statutory Basic filing fee of $790.00

     3.  Late Filing Fee Surcharge of $130.00

     4.  Request for Corrected Filing Receipt

     5.  Assignment

     Please charge Deposit Account No. 500417 in the amount of $920.00.  To the extent

necessary, Applicants petition for an extension of time under 37 C.F.R. 1.136.  Please charge any

shortage in fees due in connection with the filing of this paper, including extension of time fees,

to Deposit Account 500417 and please credit any excess fees to such deposit account.

09/145,762

It is requested that a corrected official filing receipt now be issued.

Respectfully submitted,

MCDERMOTT, WILL & EMERY

Arthur J. Steiner
Registration No. 26,106

99 Canal Center Plaza, Suite 300
Alexandria, Virginia 22314
(202) 756-8600 AJS:dfb
Date: November 13, 1998
Facsimile: (202) 756-8699

0053

Docket No.: 50103-125 (2674-079)



**DECLARATION**

As a below named inventor, I hereby declare that:

My residence, post office and citizenship are as stated below next to my name,

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter claimed and for which a patent is sought on the invention entitled SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER, the specification of which [ ] is attached hereto.    [X]  was filed on September 1, 1998 as Application Serial No. 09/145,762 and was amended on  (if applicable)

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is known to me to be material to patentability in accordance with Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119(a)-(d) or Section 365(b) of any foreign application(s) for patent or inventor's certificate, or Section 365(a) of any PCT international application which designated at least one country other than the United States, listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

**Prior Foreign Application(s):**                                       **Priority Claimed**
Number    Country    Day/Month/Year filed                  Yes    No


I hereby claim the benefit under 35 USC §119(e) of any United States provisional application(s) listed below.

**Prior Provisional Application(s):**
Application Number          Filing Date
60/058,240                        09/08/97

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s), or Section 365(c) of any PCT international application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT international application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

**Prior U. S. Application(s):**
Serial No.              Filing Date              Status:  Patented, Pending, Abandoned

Full name of sole or first inventor:  Xing Song

| Inventor's signature: | | Date: 11|2|98 |
| Residence: Mountain View, CA | | |
| Citizenship: P.R. China | | |
| Post Office Address: 400A Ortega Ave #201, Mountain View, CA  94040 | | |

Full name of second joint inventor:  Qixu Chen

| Inventor's signature: | | Date: 10/30/98 |
| Residence: Milpitas, CA | | |
| Citizenship: P.R. China | | |
| Post Office Address: 1630 Tahoe Drive, Milpitas, CA  95035 | | |

Full name of third joint inventor:  Charles Lea

| Inventor's signature: | | Date: 10/30/98 |
| Residence: Fremont, CA | | |
| Citizenship: USA | | |
| Post Office Address: 45296 S. Grimmer Blvd., Fremont, CA  94539 | | |

Full name of fourth joint inventor:  Rajiv Yadav Ranjan

| Inventor's signature: | | Date: 10/22/98 |
| Residence: San Jose, CA | | |
| Citizenship: India | | |
| Post Office Address: 6620 Creekview Ct., San Jose, CA  95120 | | |

0055

Docket No.: 50103-125 (2674729)



## DECLARATION

As a below named inventor, I hereby declare that:

My residence, post office and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural names are listed below) of the subject matter claimed and for which a patent is sought on the invention entitled **SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER**, the specification of which [ ] is attached hereto    [X]  was filed on September 1, 1998 as Application Serial No. 09/145,762 and was amended on  (if applicable)   ..

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is known to me to be material to patentability in accordance with Title 37, Code of Federal Regulations, Section 1.56.

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119(a)-(d) or Section 365(b) of any foreign application(s) for patent or inventor's certificate, or Section 365(a) of any PCT international application which designated at least one country other than the United States, listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on which priority is claimed:

Prior Foreign Application(s):                                    Priority Claimed
Number      Country      Day/Month/Year filed              Yes      No

I hereby claim the benefit under 35 USC §119(e) of any United States provisional application(s) listed below:

Prior Provisional Application(s):
Application Number      Filing Date
60/058,240              09/02/97

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s), or Section 365(c) of any PCT international application designating the United States, listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States or PCT international application in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56 which occurred between the filing date of the prior application and the national or PCT international filing date of this application:

Prior U. S. Application(s):
Serial No.              Filing Date              Status: Patented, Pending, Abandoned



Docket No.: 50103-125                                                                    **PATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                          :

Xing SONG, et al.                             :

Serial No.: 09/145,762                        :    Group Art Unit: 2754

Filed: September 02, 1998                     :    Examiner:

For:    SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING
        A SEEDLAYER

### REQUEST FOR CORRECTED FILING RECEIPT

Assistant Commissioner for Patents
Washington, DC 20231

Sir:

        Attached is a copy of the Filing Receipt received from the U.S. Patent and Trademark
Office in the above-referenced application.  It is noted that the First Name of the Fourth
Applicant is incorrect on the Filing Receipt.  Attached is a copy of the Declaration, which
evidences the Fourth Applicant's name should read <u>Rajiv Yadav RANJAN</u>.  It is requested that a
corrected filing receipt be issued.

                                        Respectfully submitted,

                                        MCDERMOTT, WILL & EMERY

                                        Arthur J. Steiner
                                        Registration No. 26,106

99 Canal Center Plaza, Suite 300
Alexandria, Virginia 22314
(202) 756-8600 AJS:dfb
Date: November 03, 1998
Facsimile: (202) 756-8699

0057

PTO-103X
Rev. 8-85

FILING RECEIPT



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 09/145,762 | 09/02/98 | 2754 | $0.00 | 50103-125 | 9 | 20 | 2 |

MCDERMOTT WILL & EMERY
99 CANAL CENTER PLAZA
SUITE 300
ALEXANDRIA VA 22314



SEP 29 1998

McDERMOTT, WILL & EMERY

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of this Filing Receipt with the changes noted thereon.

Applicant(s)     XING SONG; QIXU CHEN; CHARLES LEU; 

CONTINUING DATA AS CLAIMED BY APPLICANT-
.PROVISIONAL APPLICATION NO. 60/058,240 09/08/97

FOREIGN FILING LICENSE GRANTED 09/22/98
TITLE
SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A
SEEDLAYER

PRELIMINARY CLASS: 360

[see reverse]

FTO-105X
(Rev. 8-8?)

FILING RECEIPT



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | GRP ART UNIT | FIL FEE REC'D | ATTORNEY DOCKET NO. | DRWGS | TOT CL | IND CL |
|---|---|---|---|---|---|---|---|
| 09/145,762 | 09/02/98 | 2754 | $0.00 | 50103-125 | 9 | 20 | 2 |

MCDERMOTT WILL & EMERY
99 CANAL CENTER PLAZA
SUITE 300
ALEXANDRIA VA 22314



SEP 29 1998

MCDERMOTT, WILL & EMERY

Receipt is acknowledged of this nonprovisional Patent Application. It will be considered in its order and you will be notified as to the results of the examination. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. If an error is noted on this Filing Receipt, please write to the Application Processing Division's Customer Correction Branch within 10 days of receipt. Please provide a copy of the Filing Receipt with the changes noted thereon.

Applicant(s)
    XING SONG; QIXU CHEN; CHARLES LEU;

CONTINUING DATA AS CLAIMED BY APPLICANT-
    PROVISIONAL APPLICATION NO. 60/058,240 09/08/97


FOREIGN FILING LICENSE GRANTED 09/22/98
TITLE
SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A
SEEDLAYER

PRELIMINARY CLASS: 360

0059



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING/RECEIPT DATE | 1: FIRST NAMED APPLICANT | ATTORNEY DOCKET NO./TITLE |
|---|---|---|---|
| 08/145,782 | 09/02/98 | SONG | 50703-175 |

MCDERMOTT WILL & EMERY
99 CANAL CENTER PLAZA
SUITE 300
ALEXANDRIA VA 22314

023274825

NOT ASSIGNED

2754

DATE MAILED:
09/25/98

## NOTICE TO FILE MISSING PARTS OF APPLICATION
### Filing Date Granted

An Application Number and Filing Date have been assigned to this application. The items indicated below, however, are missing. Applicant is given TWO MONTHS FROM THE DATE OF THIS NOTICE within which to file all required items and pay fees required below to avoid abandonment. Extensions of time may be obtained by filing a petition accompanied by the extension fee under the provisions of 37 CFR 1.136(a). If any of items 1 or 3 through 6 are indicated as missing, the SURCHARGE set forth in 37 CFR 1.16(e) of □ $65.00 for a small entity in compliance with 37 CFR 1.27, or □ $130.00 for a non-small entity, must also be timely submitted in reply to this NOTICE to avoid abandonment.

If all required items on this form are filed within the period set above, the total amount owed by applicant as a □ small entity (statement filed) ☒ non-small entity is $ _420_

☒ 1. The statutory basic filing fee is:
   ☒ missing.
   □ insufficient.
   Applicant must submit $ _790_ to complete the basic filing fee and/or file a small entity statement claiming such status (37 CFR 1.27).

□ 2. Additional claim fees of $ _____, including any multiple dependent claim fees, are required.
   $ _____ for _____ Independent claims over 3.
   $ _____ for _____ dependent claims over 20.
   $ _____ for multiple dependent claim surcharges.
   Applicant must either submit the additional claim fees or cancel additional claims for which fees are due.

□ 3. The oath or declaration:
   □ is missing or unexecuted.
   □ does not cover the newly submitted items.
   □ does not identify the application to which it applies.
   □ does not include the city and state or foreign country of applicant's residence.
   An oath or declaration in compliance with 37 CFR 1. 63, including residence information and identifying the application by the above Application Number and Filing Date is required.

□ 4. The signature(s) to the oath or declaration is/are by a person other than inventor or person qualified under 37 CFR 1.42, 1.43 or 1.47.
   A properly signed oath or declaration in compliance with 37 CFR 1.63, identifying the application by the above Application Number and Filing Date, is required.

□ 5. The signature of the following joint inventor(s) is missing from the oath or declaration: _____

   An oath or declaration in compliance with 37 CFR 1.63 listing the names of all inventors and signed by the omitted inventor(s), identifying this application by the above Application Number and Filing Date, is required.

□ 6. A $50.00 processing fee is required since your check was returned without payment (37 CFR 1.21(m)).

□ 7. Your filing receipt was mailed in error because your check was returned without payment.

□ 8. The application does not comply with the Sequence Rules.
   See attached Notice to Comply with Sequence Rules 37 CFR 1.821-1.825.

□ 9. OTHER: _____

Direct the reply and any questions about this notice to: Attention: Box Missing Parts.

**A copy of this notice MUST be returned with the reply.**

_signature_

Customer Service Center
Initial Patent Examination Division (703) 908-1202

PART 2 - COPY TO BE RETURNED WITH RESPONSE.

0060

Docket No.: <u>50103-125</u>

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                          :

Xing SONG et al                              :

Serial No.                                   :        Group Art Unit:

Filed: September 2, 1998                     :        Examiner:

For: SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING
     A SEEDLAYER

<u>CLAIM OF PRIORITY</u>

Honorable Commissioner of
  Patents and Trademarks
Washington, D.C.  20231

Sir:

     In accordance with the provisions of 35 U.S.C. 119(e),

Applicants hereby claim the priority of:

     U.S. Provisional Patent Application No. 60/058,240,

               filed September 8, 1997

                         Respectfully submitted,

                         McDERMOTT, WILL & EMERY

                         Arthur J. Steiner
                         Registration No. 26,106

99 Canal Center Plaza, Suite 300
Alexandria, Virginia  22314
(202) 756-8600 AJS:klm
Date:  September 2, 1998

0061

Docket No.: <u>50103-125</u>                                                          <u>PATENT</u>

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of                                                          Received
                                                                             DEC 0 9 1998
Xing SONG, et al.
                                                                             Group 2700
Serial No.: 09/145,762                    Group Art Unit: 2754               RECEIVED
                                                                             JUL 1 6 1998
Filed:  September 2, 1998                 Examiner: Not Assigned
                                                                             GROUP 1700
For:   SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING
       A SEEDLAYER
                                                                             Received
       INFORMATION DISCLOSURE STATEMENT                                      DEC 1 1 1998

Assistant Commissioner for Patents                                          Group 2700
Washington, DC 20231

Dear Sir:

        In accordance with the provisions of 37 C.F.R. 1.56, 1.97 and 1.98, the attention of the

Patent and Trademark Office is hereby directed to the documents listed on the attached form PTO-

1449. It is respectfully requested that the documents be expressly considered during the prosecution

of this application, and that the documents be made of record therein and appear among the

"References Cited" on any patent to issue therefrom.

        This Information Disclosure Statement is being filed within three months of the U.S. filing

date OR before the mailing date of a first Office Action on the merits.  No certification or fee is

required.

                                          Respectfully submitted,

                                          MCDERMOTT, WILL & EMERY

                                          Arthur J. Stoinel
                                          Registration No. 26,106

99 Canal Center Plaza, Suite 300
Alexandria, Virginia  22314
(202) 756-8600  AJS:amz
Date:  December 7, 1998
Facsimile:  (202) 756-8699

0062

SHEET 1 OF 1

| INFORMATION DISCLOSURE CITATION IN AN APPLICATION | | | ATTY. DOCKET NO. 50103-125 | | SERIAL NO. 09/145,762 |
|---|---|---|---|---|---|
| | | | APPLICANT Xing SONG, et al. | | |
| (PTO-1449) | | | FILING DATE September 2, 1998 | | GROUP 1773 |

**U.S. PATENT DOCUMENTS**

| EXAMINER'S INITIALS | PATENT NO. | DATE | NAME | CLASS | SUBCLASS | FILING DATE |
|---|---|---|---|---|---|---|
| ✓ | 5,569,533 | 10/29/96 | Lal et al. | 428 | 332 | Received |
| ✓ | 5,456,978 | 10/10/95 | Lal et al. | | 332 | Dec 0 9 1998 |
| | | | | | | Group 2700 |
| | | | | | | Received |
| | | | | | | DEC 1 1 1998 |
| | | | | | | Group 2700 |

RECEIVED
DEC 1 6 1998
GROUP 1700

**FOREIGN PATENT DOCUMENTS**

| EXAMINER'S INITIALS | PATENT NO. | DATE | COUNTRY | CLASS | SUBCLASS | Translation Yes | No |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**OTHER ART (Including Author, Title, Date, Pertinent Pages, Etc.)**

| | |
|---|---|
| ✓ | Lee, Li-Lien et al., "FeAl underlayers for CoCrPt thin film longitudinal media", 41st Annual Conference on Magnetism & Magnetic Materials", November 1996, pp. 1-8. |
| | Laughlin, David E. et al., "The Control and Characterization of the Crystallographic Texture of Longitudinal Thin Film Recording Media", IEEE Transactions on Magnetics, Vol. 32, No. 5, September 1996, pp. 3632-3637. |
| | Lee, Li-Lien et al., "Seed layer induced (002) crystallographic texture in NiAl underlayers", J. Appl. Phys. Vol. 79, No. 8, April 15, 1996, pp. 4902-4904. |
| | Lee, Li-Lien et al., "Effects of Cr Intermediate Layers on CoCrPt Thin Film Media on NiAl Underlayers", IEEE Transactions on Magnetics, Vol. 31, No. 6, November 1995, pp. 2728-2730. |
| ✓ | Lee, Li-Lien et al., "NiAl Underlayers For CoCrTa Magnetic Thin Films", IEEE Transactions on Magnetics, Vol. 30, No. 6, November 1994, pp. 3951-3953. |

| EXAMINER | DATE CONSIDERED 12/98 |
|---|---|

EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609; draw line through citation if not in conformance and not considered. Include copy of this form with next communication to Applicant.

0063

 **UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office.
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 09/145,762 | 09/02/98 | SONG | X | 50103-125 |
| | | | | EXAMINER |
| D20277 | | IM22/1228 | | |
| MCDERMOTT WILL & EMERY | | | KINNMAN, L. | PAPER NUMBER |
| 600 13TH STREET NW | | | | 6 |
| WASHINGTON DC 20005-3096 | | | | |
| | | | DATE MAILED: | |
| | | | 12/28/99 | |

Please find below and/or attached an Office communication concerning this application or proceeding.

Commissioner of Patents and Trademarks

0064

| *Office Action Summary* | Application No. 09/145,762 | Applicant(s) Song et al |
| | Examiner L. Kilimov | Group Art Unit 1773 |

*—The MAILING DATE of this communication appears on the cover sheet beneath the correspondence address—*

**Period for Response**

A SHORTENED STATUTORY PERIOD FOR RESPONSE IS SET TO EXPIRE ___3___ MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.

- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a response be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for response is specified above, such period shall, by default, expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to respond within the set or extended period for response will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).

**Status**

☐ Responsive to communication(s) filed on _____

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

**Disposition of Claims**

☒ Claim(s) __1 - 20__ is/are pending in the application.

Of the above claim(s) _____ is/are withdrawn from consideration.

☐ Claim(s) _____ is/are allowed.

☒ Claim(s) __1 - 20__ is/are rejected.

☐ Claim(s) _____ is/are objected to.

☐ Claim(s) _____ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☐ The proposed drawing correction, filed on _____ is ☐ approved ☐ disapproved.

☐ The drawing(s) filed on _____ is/are objected to by the Examiner.

☐ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119 (a)-(d)**

☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) _____

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

**Attachment(s)**

☒ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____     ☐ Interview Summary, PTO-413

☒ Notice of References Cited, PTO-892     ☐ Notice of Informal Patent Application, PTO-152

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948     ☐ Other _____

**Office Action Summary**

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-97)                    Part of Paper No. _____

0065

Application/Control Number: 09/145,762                                    Page 2

Art Unit: 1773

1.     The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

   A person shall be entitled to a patent unless --

2.     (b) the invention was patented or described in a printed publication in this or a foreign country or in public use
       or on sale in this country, more than one year prior to the date of application for patent in the United States.

3.     Claims 1-20 are rejected under 35 U.S.C. 102(b) as being anticipated by Doerner '434.

       See Abstract, Claims, Figures, Summary of the Invention.

4.     (e) the invention was described in a patent granted on an application for patent by another filed in the United
       States before the invention thereof by the applicant for patent, or on an international application by another who
       has fulfilled the requirements of paragraphs (1), (2), and (4) of section 371(c) of this title before the invention
       thereof by the applicant for patent.

5.     Claims 1-20 are rejected under 35 U.S.C. 102(e) as being anticipated by Chen '227.

       See Abstract, Claims, Figures, Summary of the Invention.

       Any inquiry concerning this communication should be directed to Leszek Kiliman at

telephone number (703) 308-2373.

                                          LESZEK KILIMAN, PhD
                                          PRIMARY EXAMINER

Leszek Kiliman/om
December 14, 1999

0066

**Notice of References Cited**

| | |
|---|---|
| Application No. | Applicant(s) |
| 09/145,762 | Song et al. |
| Examiner | Group Art Unit | Page of |
| L. Kiliman | 1773 | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| | A | 5,302,434 | 4-12-94 | Dnemer | 428 | 64 |
| | B | 5,866,227 | 2-2-94 | Chen | 428 | 65.3 |
| | C | | | | | |
| | D | | | | | |
| | E | | | | | |
| | F | | | | | |
| | G | | | | | |
| | H | | | | | |
| | I | | | | | |
| | J | | | | | |
| | K | | | | | |
| | L | | | | | |
| | M | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|---|
| | N | | | | | | |
| | O | | | | | | |
| | P | | | | | | |
| | Q | | | | | | |
| | R | | | | | | |
| | S | | | | | | |
| | T | | | | | | |

### NON-PATENT DOCUMENTS

| * | | DOCUMENT (including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|---|
| | U | | |
| | V | | |
| | W | | |
| | X | | |

* A copy of this reference is not being furnished with this Office action.
(See Manual of Patent Examining Procedure, Section 707.05(a).)

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-95)

Part of Paper No. _____

*U.S. GPO: 1998-433-341/40378

#7/ Amolt
A
a Quer
2/1/00
PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

Xing SONG; et al.

Serial No.: 09/145,762                    Group Art Unit: 1773

Filed: September 02, 1998               Examiner: L. Kiliman

For:  SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM
      COMPRISING A SEEDLAYER

Docket No.: 50103-125

AMENDMENT

Assistant Commissioner for Patents
Washington, DC  20231

Sir:

        The following Amendment and Remarks are submitted in response to the Office

Action dated December 28, 1999.


IN THE SPECIFICATION:


        Page 1, line 10, delete "_____, filed on _____, and insert

--09/149,096, filed on September 8,--.


        Page 6, line 12, after "1997," insert --now U.S. Patent No. 5,879,783, issued

March 9, 1999,--.

        line 16, after "1996," insert --now U.S. Patent No. 5,733,370, issued

March 31, 1998,--.

0068

09/145,762

line 20, after "1997," insert --now U.S. Patent No. 6,010,795, issued

*A3*

January 4, 2000.--

**IN THE CLAIMS:**

Please amend claim 1 as follows:

1.    (Amended)  A magnetic recording medium comprising:

a non-magnetic substrate;

a <u>chromium or chromium alloy</u> seedlayer on the non-magnetic substrate;

an underlayer on the seedlayer; and

a magnetic layer on the underlayer; wherein the magnetic layer exhibits

substantially directional magnetic isotropy.

*A4*

Please cancel claim 2 in its entirety without prejudice or disclaimer of the subject

matter thereof.

Please amend claim 14 as follows:

14.   (Amended)  A method of manufacturing a magnetic recording medium,

which method comprises:

depositing a <u>chromium or chromium alloy</u> seedlayer on a non-magnetic substrate,

wherein the grains lying in a plane are randomly oriented;

depositing an underlayer on the seedlayer; <u>and</u>

*A5*

27

*6.*

09/145,762

depositing a magnetic layer on the underlayer; wherein the magnetic layer exhibits substantially directional magnetic isotropy.

16. 14 (Amended) The method according to claim 14, [wherein the seedlayer comprises chromium or a chromium alloy,

the method further] comprising oxidizing the seedlayer to form an oxidized surface layer containing less than about 1 at.% oxygen.

## REMARKS

Claims 1 and 3 through 20 are pending in this application. In response to the Office Action dated December 28, 1999, claims 1, 14 and 15 have been amended and claim 2 cancelled. Care has been exercised to avoid the introduction of new matter. Indeed, by the present Amendment the limitations of claim 2 have been incorporated into claim 1 and a limitation from claim 15 incorporated into claim 15. Applicants submit that the present Amendment does not generate any new matter or issue.

Claims 1 through 20 were rejected under 35 U.S.C. §102 for lack of novelty as evidenced by Doerner et al. This rejection is respectfully but vigorously traversed.

The factual determination of lack of novelty under 35 U.S.C. §102 requires the identical disclosure in a single reference of each element of a claimed invention such that one having ordinary skill in the art would have recognized that the identically claimed invention is within the public domain. *ATD Corporation v. Lydall, Inc., 159 F.3d 534, 48 USPQ2d 1321 (Fed. Cir. 1998); Electro Medical Systems S.A. v. Cooper Life*

09/145,762

*Sciences, Inc.,* 34 F.3d 1048, 32 USPQ2d 1017 (Fed. Cir. 1994). There are significant differences between the claimed invention and the magnetic recording medium and methodology disclosed by Doerner et al. that scotch the factual determination that Doerner et al. identically describe the claimed invention within the meaning of 35 U.S.C. §102.

Specifically, independent claims 1 and 14 specify that the magnetic layer exhibits substantially directional magnetic isotropy. It is not apparent and the Patent and Trademark Office (PTO) has not discharged the initial burden of identifying wherein Doerner et al. disclose a magnetic recording medium having a magnetic layer exhibiting substantially directional magnetic isotropy. *In re Rijckaert, 9 F.3d 1531, 28 USPQ2d 1955 (Fed. Cir. 1993); Lindemann Maschinenfabrik GMBH v. American Hoist & Derrick Co., 730 F.2d 1452, 221 USPQ 481 (Fed. Cir. 1984).*

Applicants would stress it is without dispute on this record that conventional practices seek to control material selection and deposition conditions to obtain an underlayer exhibiting a (200)-dominant crystallographic orientation for the purposes of inducing a (11 2 0)-dominant crystallographic orientation in the magnetic layer deposited and epitaxally grown thereon. [C370] *In re Clinton, 188 USPQ 365* Thus, the present invention departs from conventional wisdom by purposely selecting the materials and controlling the deposition conditions such that the deposited magnetic layer exhibits substantial directional magnetic isotropy.

4

0071

09/145,762

To whatever extent the imposed rejection is predicated upon the doctrine of inherency, Applicants submit that such reliance is misplaced. In order to rely upon the doctrine of inherency, the PTO is required to identify a basis in the applied prior art upon which to predicate the determinations that the allegedly inherent result necessarily flows from the teachings of the applied prior art and that such would have been recognized by one having ordinary skill in the art. *Finnegan Corp. v. ITC,___F.3d___ 51 USPQ2d 1001 (Fed. Cir. 1999); In re Robertson,___F.3d___ 49 USPQ2d 1949 (Fed. Cir. 1999).* There is no apparent basis of record upon which to predicate the determinations that the magnetic recording medium disclosed by Doerner et al. necessarily contains a magnetic layer exhibiting substantially directional magnetic isotropy. It should be noted that substantially directional magnetic isotropy does not occur by happenstance. Rather the materials must be purposely selected and the deposition conditions purposely controlled to achieve that objective. Again, Doerner et al. are conspicuously mute as to substantial directional magnetic isotropy, let alone the deposition of an underlayer and magnetic layer that do not exhibit any dominant crystallographic orientation.

At any rate, in order to expedite prosecution, independent claims 1 and 14 have been amended by reciting that the magnetic recording medium contains a chromium or chromium alloy seedlayer, as in original claims 2 and 15. It is not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium having a chromium or chromium alloy seedlayer as in the claimed invention. *In re Rijckaert, supra; Lindemann Maschinenfabrik GMBH v. American Hoist & Derrick Co., supra.* Indeed, it should be apparent that the seedlayer employed by

5

0072

09/145,762

Doerner et al. comprises amorphous nickel phosphorous. There is a significant difference between amorphous nickel phosphorous and polycrystalline chromium or chromium alloy as in the claimed invention.

The above argued differences between the magnetic recording medium of claim 1 and the methodology of claim 14 vis-à-vis Doerner et al. undermine the factual determination that Doerner et al. identically describe the inventions defined in claims 1 and 14 within the meaning of 35 U.S.C. §102. *Kloster Speedsteel AB v. Crucible Inc., 793 F.2d 1565, 230 USPQ 81 (Fed. Cir. 1986).* Moreover, Applicants separately argue the patentability of the dependent claims.

The Dependent Claims

It is not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium having a chromium or chromium alloy seedlayer with an oxidized surface as set forth in claim 3 and produced by the method of claim 15. Indeed, the oxidized seedlayer of Doerner et al. contains either nickel oxide or an oxide of phosphorous.

It is not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium as set forth in claim 4 or produced by the method of claim 16 wherein the seedlayer has a thickness of about 5Å to about 40Å and an oxidized surface with a thickness up to about 20Å.

6

0073

09/145,762

It is not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium as set forth in claim 5 or methodology as set forth in claim 19 wherein the magnetic recording medium exhibits magnetic properties with an orientation ratio less than about 1.1.

It is also not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium as set forth in claim 9 wherein the seed layer comprises chromium with an oxidized surface containing up to about 1 at.% oxygen, and the underlayer is a composite of chromium-vanadium on chromium.

It is also not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium as set forth in claim 10 containing plural magnetic layers.

It is also not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium as defined in claim 11 exhibiting the recited characteristics.

It is further not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium as defined in claim 12 wherein the underlayer does not exhibit a (200)-dominant crystallographic orientation and the magnetic layer does not exhibit a (11$\bar{2}$0)-dominant crystallographic orientation.

7

0074

·09/145,762

It is also not apparent and the PTO has not identified wherein Doerner et al. disclose or suggest a magnetic recording medium as defined in claim 13 or methodology as defined in claim 20, wherein the resulting magnetic recording medium exhibits magnetic properties with an orientation ratio of about 1.0.

The above argued differences between the claimed invention and Doerner et al. undermine the factual determination that Doerner et al. identically describe the claimed invention within the meaning of 35 U.S.C. §102. *Kloster Speedsteel AB v. Crucible Inc., supra.* Applicants, therefore, respectfully submit that the imposed rejection of claims 1, and 3 through 20 under 35 U.S.C. §102 for lack of novelty as evidenced by Doerner et al. is not factually viable and, hence, solicit withdrawal thereof.

Claims 1 through 20 were rejected under 35 U.S.C. §102 for lack of novelty as evidenced by Chen et al. This rejection is respectfully but vigorously traversed.

Applicants would again stress that the factual determination of lack of novelty under 35 U.S.C. §102 requires the identical disclosure in a single reference of each element of a claimed invention such that one having ordinary skill in the art would have recognized that the identically claimed invention is within the public domain. *ATD Corporation v. Lydall, Inc., supra; Electro Medical Systems S.A. v. Cooper Life Sciences, Inc., supra.* There are significant and fundamental differences between the claimed invention and Chen et al. that scotch the factual determination that Chen et al. identically describe the claimed invention within the meaning of 35 U.S.C. §102.

8

09/145,762

Specifically, each of independent claims 1 and 14 requires a magnetic layer exhibiting substantially directional magnetic isotropy. These features are neither disclosed nor suggested by Chen et al. In fact, as set forth in the paragraph bridging columns 3 and 4 of Chen et al., the underlayer exhibits a (200)-dominant crystallographic orientation and the magnetic layer exhibits a (1120)-dominant crystallographic orientation. Clearly, Chen et al. neither disclose nor suggest a magnetic recording medium or method of manufacturing a magnetic recording medium wherein the magnetic layer exhibits substantially directional magnetic isotropy.

Moreover, independent claims 1 and 14 have been amended to clarify that the magnetic recording medium comprises a chromium or chromium alloy seedlayer. This feature is neither disclosed nor suggested by Chen et al. who in fact require an amorphous nickel phosphorous seedlayer. There is a significant difference between an amorphous nickel phosphorous seedlayer and a crystalline chromium or chromium alloy seedlayer.

The above argued differences between the claimed invention and Chen et al. undermine the factual determination that Chen et al. identically describe the claimed invention within the meaning of 35 U.S.C. §102. *Kloster Speedsteel AB v. Crucible Inc.*, *supra*. Moreover, Applicants separately argue the patentability of the dependent claims.

Dependent Claims

It is not apparent and the PTO has not identified wherein Chen et al. disclose or suggest a magnetic recording medium as set forth in claim 3 or methodology as set forth

9

0076

09/145,762

in claim 15, wherein the seedlayer comprises chromium or a chromium alloy with an oxidized surface. As Chen et al. disclose a magnetic recording medium containing an amorphous nickel phosphorous seedlayer, the oxidized surface would contain either nickel oxide or an oxide of a phosphorous —not a chromium-oxide.

It is not apparent and the PTO has not identified wherein Chen et al. disclose or suggest a magnetic recording medium as set forth in claim 4 or methodology as set forth in claim 16, wherein the seedlayer has a thickness of about 5Å to about 40Å and an oxidized surface with a thickness up to about 20Å.

It is not apparent and the PTO has not identified wherein Chen et al. disclose or suggest a magnetic recording medium as set forth in claim 5 or methodology as set forth in claim 19, wherein the magnetic recording medium has magnetic properties with an orientation ratio less than about 1.1.

It is also not apparent and the PTO has not identified wherein Chen et al. disclose or suggest a magnetic recording medium as set forth in claim 9 having a chromium seedlayer with an oxidized surface containing up to about 1 at.% oxygen and a composite underlayer comprising chromium-vanadium on chromium.

It is also not apparent and the PTO has not identified wherein Chen et al. disclose or suggest a magnetic recording medium as set forth in claim 10 with plural magnetic layers.

10

0077

09/145,762

It is also not apparent and the PTO has not identified wherein Chen et al. disclose or suggest a magnetic recording medium as set forth in claim 11 exhibiting the recited properties.

It is further not apparent and the PTO has not identified wherein Chen et al. disclose a magnetic recording medium as in claim 12, wherein the underlayer does not exhibit a (200)-dominant crystallographic orientation and the magnetic layer does not exhibit a (11$\overline{2}$0)-dominant crystallographic orientation. Indeed, Chen et al. specify that the underlayer has a (200)-dominant crystallographic orientation and that the magnetic layer has a (11$\overline{2}$0)-dominant crystallographic orientation.

It is also not apparent and the PTO has not identified wherein Chen et al. disclose or suggest a magnetic recording medium as set forth in claim 13 or methodology as set forth in claim 20, wherein the magnetic recording medium exhibits magnetic properties with an orientation ratio of about 1.0.

The above argued differences between the claimed invention and Chen et al. undermine the factual determination that Chen et al. identically describe the claimed invention within the meaning of 35 U.S.C. §102. *Klaster Speedsteel AB v. Crucible Inc., supra*. Applicants, therefore, respectfully submit that the imposed rejection of claims 1 and 3 through 20 under 35 U.S.C. §102 for lack of novelty as evidenced by Chen et al. is not factually liable and, hence, solicit withdrawal thereof.

11

0078

09/145,762

Accordingly, it is urged that the application, as amended, overcomes the rejection of record and is in condition for allowance. Favorable consideration of this application is respectfully requested.

To the extent necessary, a petition for an extension of time under 37 C.F.R. 1.136 is hereby made. Please charge any shortage in fees due in connection with the filing of this paper, including extension of time fees, to Deposit Account 500417 and please credit any excess fees to such deposit account.

Respectfully submitted,

MCDERMOTT, WILL & EMERY

Arthur J. Steiner
Registration No. 26,106

600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000 AJS:vgp
Date: January 24, 2000
Facsimile: (202) 756-8087

12

0079

Docket No.: 50103-125                                                          PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

Xing SONG, et al.

Serial No.: 09/145,762                          Group Art Unit: 1773

Filed: September 02, 1998                        Examiner: L. Kiliman

For:     SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER

THE COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, DC 20231

Dear Sir:

Transmitted herewith is an Amendment in the above identified application.
☒     No additional fee is required.
      Small entity status of this application under 37 CFR 1.9 and 1.27 has been established by a verified
      statement previously submitted.
☐     A verified statement to establish small entity status under 37 CFR 1.9 and 1.27 is enclosed.
☒     Also attached:  Amendment

The fee has been calculated as shown below:

|  | NO. OF CLAIMS | HIGHEST PREVIOUSLY PAID FOR | EXTRA CLAIMS | RATE | FEE |
|---|---|---|---|---|---|
| Total Claims | 20 | 20 | 0 | $18.00 = | $0.00 |
| Independent Claims | 2 | 3 | 0 | $78.00 = | $0.00 |
|  | | Multiple claims newly presented | | | $0.00 |
|  | | Fee for extension of time | | | $0.00 |
|  | | | | | $0.00 |
|  | | | Total of Above Calculations | | $0.00 |

☐     Please charge my Deposit Account No. 500417 in the amount of $0.00.  An additional copy of this
      transmittal sheet is submitted herewith.

☒     The Commissioner is hereby authorized to charge payment of any fees associated with this communication
      or credit any overpayment, to Deposit Account No. 500417, including any filing fees under 37 CFR 1.16
      for presentation of extra claims and any patent application processing fees under 37 CFR 1.17.

Respectfully submitted,

MCDERMOTT, WILL & EMERY

Arthur J. Steiner
Registration No. 26,106

600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000 AJS:vgp
Date: January 27, 2000
Facsimile: (202) 756-8087



**UNITED STATES   PARTMENT OF COMMERCE**
Patent and Trad ark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| APPLICATION NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 09/145,782 | 09/02/98 | SONG                                      X | 50103-125 |

020277
MCDERMOTT WILL & EMERY          IM22/0411
600 13TH STREET NW
WASHINGTON DC 20005-3096

| | EXAMINER |
|---|---|
| | KILIMAN, L |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1773 | |

DATE MAILED:   04/11/00

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

## NOTICE OF ALLOWABILITY

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance and Issue Fee Due or other appropriate communication will be mailed in due course.

☒ This communication is responsive to *Amendment filed 01-27-00*

☒ The allowed claim(s) is/are *1, 3-20*

☐ The drawings filed on _____ are acceptable.

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

    ☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

      ☐ received.

      ☐ received in Application No. (Series Code/Serial Number) _____

      ☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: _____

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

A SHORTENED STATUTORY PERIOD FOR REPLY to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" of this Office action. Failure to timely comply will result in ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.

☒ Applicant MUST submit NEW FORMAL DRAWINGS

    ☐ because the originally filed drawings were declared by applicant to be informal.

    ☐ including changes required by the Notice of Draftperson's Patent Drawing Review, PTO-948, attached hereto or to Paper No. ____

    ☐ including changes required by the proposed drawing correction filed on _____ which has been approved by the examiner.

    ☐ including changes required by the attached Examiner's Amendment/Comment.

    Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the reverse side of the drawings. The drawings should be filed as a separate paper with a transmittal letter addressed to the Official Draftsperson.

☐ Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

Any reply to this notice should include, in the upper right hand corner, the APPLICATION NUMBER (SERIES CODE/SERIAL NUMBER). If applicant has received a Notice of Allowance and Issue Fee Due, the ISSUE BATCH NUMBER and DATE of the NOTICE OF ALLOWANCE should also be included.

Attachment(s)

☐ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). _____

☐ Notice of Draftperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

☐ Interview Summary, PTO-413

☐ Examiner's Amendment/Comment

☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material

☐ Examiner's Statement of Reasons for Allowance

LESZEK KILIMAN, PhD
PRIMARY EXAMINER

PTOL-37 (Rev. 9/97)

*U.S. GPO: 1998-433-331/40168



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office

MF-8

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

020277                            IM22/0411
MCDERMOTT WILL & EMERY
600 13TH STREET NW
WASHINGTON DC 20005-3096

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 09/146,762 | 09/02/98 | 019 | KILIMAN, L | 1773 | 04/11/00 |
| First Named Applicant | SONG, | 35 USC 154(b) term ext. = | | 0 Days. | |

TITLE OF INVENTION: SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY. | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| J 50100-126 | 428-332.000 | L08 | UTILITY | NO | $1210.00 | 07/11/00 |

**THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT.
PROSECUTION ON THE MERITS IS CLOSED.**

**THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS
APPLICATION SHALL BE REGARDED AS ABANDONED: THIS STATUTORY PERIOD CANNOT BE EXTENDED.**

### HOW TO RESPOND TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.
If the SMALL ENTITY is shown as YES, verify your
current SMALL ENTITY status:

   If the SMALL ENTITY is shown as NO:

  A. If the status is changed, pay twice the amount of the
    FEE DUE shown above and notify the Patent and
    Trademark Office of the change in status, or

    A. Pay FEE DUE shown above, or

  B. If the status is the same, pay the FEE DUE shown
    above.

    B. File verified statement of Small Entity Status before, or with,
    payment of 1/2 the FEE DUE shown above.

II. Part B-Issue Fee Transmittal should be completed and returned to the Patent and Trademark Office (PTO) with your
   ISSUE FEE. Even if the ISSUE FEE has already been paid by charge to deposit account, Part B-Issue Fee Transmittal
   should be completed and returned. If you are charging the ISSUE FEE to your deposit account, section "4b" of Part
   B-Issue Fee Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give application number and batch number.
   Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

**IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of
maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance
fees when due.**

PATENT AND TRADEMARK OFFICE COPY

PTOL-85 (REV. 10-96) Approved for use through 08/30/99. (0651-0033)                    *U.S. GPO: 1998-87*

PART B—ISSUE FEE TRANSMITTAL

...and mail this form, together with ...appl..le fees, to:    Box ISSUE FEE
Assistant Commissioner for...
Washington, D.C. 20231

MF-8

*MAILING INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE. Blocks 1 through 4 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.*

CURRENT CORRESPONDENCE ADDRESS (Note: Legibly mark-up with any corrections or use Block 1)

020277
MCDERMOTT WILL & EMERY
600 13TH STREET NW
WASHINGTON DC 20005-3096

Note: The certificate of mailing below can only be used for domestic mailings of the Issue Fee Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing.

Certificate of Mailing

I hereby certify that this Issue Fee Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Box Issue Fee address above on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 09/145,762 | 09/02/98 | 019 | KILIMAN, L | 1773 | 04/11/00 |

First Named Applicant    GONG,

35 USC 154(b) term ext. =    0 Days.

TITLE OF INVENTION    SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER

| ATTYS DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 1 | 50103-125 | 428-332.000 | L08 | UTILITY | NO | $1210.00 | 07/11/00 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363). Use of PTO form(s) and Customer Number are recommended, but not required.

☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.

☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47) attached.

2. For printing on the patent front page, list
(1) the names of up to 3 registered patent attorneys or agents OR, alternatively, (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

1    MCDERMOTT, WILL
2    & EMERY
3

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE    SEAGATE TECHNOLOGY, INC.
(B) RESIDENCE (CITY & STATE OR COUNTRY)    Scotts Valley, CALIFORNIA

Please check the appropriate assignee category indicated below (will not be printed on the patent)
☐ individual    ☒ corporation or other private group entity    ☐ government

4a. The following fees are enclosed (make check payable to Commissioner of Patents and Trademarks):
☐ Issue Fee
☐ Advance Order - # of Copies

4b. The following fees or deficiency in these fees should be charged to:
DEPOSIT ACCOUNT NUMBER    500417
(ENCLOSE AN EXTRA COPY OF THIS FORM)
☒ Issue Fee
☒ Advance Order - # of Copies    10

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Authorized Signature)    John A. Hankins, Reg. 32,029    (Date) 7/11/2000

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending on the needs of the individual case. Any comments on the amount of time required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, D.C. 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND FEES AND THIS FORM TO: Box Issue Fee, Assistant Commissioner for Patents, Washington D.C. 20231

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

TRANSMIT THIS FORM WITH FEE

PTOL-85B (REV.10-96) Approved for use through 06/30/99. OMB 0651-0033    Patent and Trademark Office; U.S. DEPARTMENT OF COMMER...

0083

Docket No.: 50103-125 　　　　　　　　　　　　　　　　　　　　　**ATENT**

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of

Xing Song et al. 　　　　　　　　　　　　　Batch No.: L08

Serial No.: 09/145,762 　　　　　　　　　　Group Art Unit: 2754
　　　　　　　　　　　　　　　　　　　　Allowed: April 11, 2000
Filed: September 02, 1998 　　　　　　　Examiner: L. Killman

For: SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A
　　　SEEDLAYER

### POWER OF ATTORNEY BY ASSIGNEE

Box Issue Fee
Assistant Commissioner for Patents
Washington, DC 20231

**OK to Ente**

Sir:

SEAGATE TECHNOLOGY, INC., assignee of the above-identified application by assignment dated November 13, 1998, a copy of which is attached hereto, hereby appoints Edward P. Heller, III, Reg. No. 29,075 and Raghunath S. Minisandram, Reg. No. 38,683, both of SEAGATE TECHNOLOGY, INC. in Scotts Valley, CA, Mark A. Wardas, Reg. No. 37,961 of SEAGATE TECHNOLOGY, INC. in San Jose, CA and Shawn B. Dempster, Reg. No. 34,321 of SEAGATE TECHNOLOGY, INC. in Shakopee, MN; and the members of the firm of McDERMOTT, WILL & EMERY a firm composed of Stephen A. Becker, Reg. No. 26,527; John G. Bisbikis, Reg. No. 37,095; Christopher D. Bright, Reg. No. P-46,578; Daniel Bucca, Reg. No. 42,368; Kenneth L. Cage, Reg. No. 26,151; Stephen C. Carlson, Reg. No. 39,929; Jennifer Chen, Reg. No. 42,404; Bernard P. Codd, Reg. No. 46,429; Thomas A. Corrado, Reg. No. 42,439; Lawerence T. Cullen, Reg. No. 44,489; Paul Devinsky, Reg. No. 28,553; Luan Do, Reg. No. 38,434; Margaret M. Duncan, Reg. No. 30,879; Ramyar M. Farid, Reg. No. P-46,692; Brian E. Ferguson, Reg. No. 36,801; Michael E. Fogarty, Reg. No. 36,139; John R. Fuisz, Reg. No. 37,327; Willem F. Gadiano, Reg. No. 37,136; Keith E. George, Reg. No. 34,111; Matthew V. Grumbling, Reg. No. 44,427; John A. Hankins, Reg. No. 32,029; Joseph Hyosuk Kim, Reg. No. 41,425; Eric J. Kraus, Reg. No. 36,190; Catherine Krupka, Reg. No. 46,227; Jack Q. Lever, Reg. No. 28,149; Raphael V. Lupo, Reg. No. 28,363; Michael A. Messina, Reg. No. 33,424; Dawn L. Palmer, Reg. No. 41,238; Joseph H. Paquin, Jr., Reg. No. 31,647; Scott D. Paul, Reg. No. 42,984; William D. Pegg, Reg. No. 42,988; Robert L. Price, Reg. No. 22,685; Thomas D. Robbins, Reg. No. 43,669; Gene Z. Rubinson, Reg. No. 33,351; Joy Ann G. Serauskas, Reg. No. 27,952; Daniel H. Sherr, Reg. No. P-46,425; David A. Spenard, Reg. No. 37,449; Arthur J. Steiner, Reg. No. 26,106; David L. Stewart, Reg. No. 37,578; Wesley Strickland, Reg. No. 44,363; Michael D. Switzer, Reg. No. 39,552; Leonid D. Thenor, Reg. No. 39,397; Keith I. Townsend, Reg. No. 40,358; Daniel S. Trainor, Reg. No. 43,959; Cameron K. Weiffenbach, Reg. No. 44,488; Aaron Weisstuch, Reg. No. 41,557; Edward J. Wise, Reg. No. 34,523; Alexander V. Yampolsky, Reg. No. 36,324; and Robert W. Zelnick, Reg. No. 36,976 with offices located at 600 13th Street, N.W., Washington, DC 20005-3096 (202) 756-8000 as its attorneys with full power of substitution to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith.

WDC99 283064-1.050103.0125

04,00

Serial No.: 09/145,762                                Group Art Unit: 2754

Please direct all correspondence regarding this application to the following:

John A. Hankins
McDERMOTT, WILL & EMERY
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone: (202)756-8000

Respectfully submitted,

Dated: _7 / 17 / 00_

By: _Edward P. Heller_

Name: Edward P. Heller, III

Title: Patent Counsel

2

WDC99 283061-1.050103.0125

0085

PTO/SB/96 (8-98)
Saved for use through 09/30/2000, OMB 0651-0031
Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: SEAGATE TECHNOLOGY, INC.

Application No./Patent No.: 09/145,762          Filed/Issue Date: September 2, 1998

Entitled: SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER

SEAGATE TECHNOLOGY LLC,          a corporation,
(Name of Assignee)          (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X] the assignee of the entire right, title, and interest; or

2. [ ] an assignee of an undivided part interest

in the patent application/patent identified above by virtue of either:

A. [ X ] An assignment from the inventor(s) of the patent application/patent above. The assignment was recorded in the Patent and Trademark Office at Reel 9586, Frame 0869, or for which a copy thereof is attached.

OR

B. [ ] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as shown below:

    1. From:___          To:___

       The document was recorded in the Patent and Trademark Office at
       Reel ___, Frame ___, or for which a copy thereof is attached.

    2. From:___          To:___

       The document was recorded in the Patent and Trademark Office at
       Reel ___, Frame ___, or for which a copy thereof is attached.

    3. From:___          To:___

       The document was recorded in the Patent and Trademark Office at
       Reel ___, Frame ___, or for which a copy thereof is attached.

    [ ] Additional documents in the chain of title are listed on a supplemental sheet.

[ X ] Copies of assignments or other documents in the chain of title are attached.
    NOTE: A separate copy (i.e., the original assignment document or a true copy of the original document)
    must be submitted to Assignment Division in accordance with 37 CFR Part 3, if the assignment is to be
    recorded in the records of the PTO. See MPEP 302-302.8]

The undersigned (whose title is supplied below) is empowered to sign this statement on behalf of the assignee.

7/17/2000                    [signature] Edward M Velline
Date                         Signature


                             Typed or printed name


                             Title

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comment
on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office Washington, DC
20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO : Assistant Commissioner for Patents, Washington, DC 20231.

0086

**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

JUNE 14, 1999

MCDERMOTT, WILL & EMERY
ARTHUR J. STEINER
99 CANAL CENTER PLAZA
SUITE 300
ALEXANDRIA, VA 22314

*101030813A*

**CORRECTED
NOTICE**

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF
THE U.S. PATENT AND TRADEMARK OFFICE.  A COMPLETE MICROFILM COPY IS
AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER
REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE.  THE
INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA
PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM.  IF YOU SHOULD
FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY
CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 703-308-9723.
PLEASE SEND REQUEST FOR CORRECTION TO:  U.S. PATENT AND TRADEMARK OFFICE,
ASSIGNMENT DIVISION, BOX ASSIGNMENTS, CG-4, 1213 JEFFERSON DAVIS HWY,
SUITE 320, WASHINGTON, D.C. 20231.

RECORDATION DATE: 11/13/1998          REEL/FRAME: 9588/0869
                                      NUMBER OF PAGES: 3

BRIEF:  ASSIGNMENT OF ASSIGNOR''S INTEREST (SEE DOCUMENT FOR DETAILS).

ASSIGNOR:
    SONG, XING                        DOC DATE: 11/02/1998

ASSIGNOR:
    CHEN, QIXU                        DOC DATE: 10/30/1998

ASSIGNOR:
    LEU, CHARLES                      DOC DATE: 10/30/1998

ASSIGNOR:
    RANJAN, RAJIV YADAV               DOC DATE: 10/30/1998

ASSIGNEE:
    SEAGATE TECHNOLOGY, INC.
    920 DISC DRIVE
    P.O. BOX 66360
    SCOTTS VALLEY, CALIFORNIA
    95067-
        0360

0087

9588/0869 PAGE 2

SERIAL NUMBER: 09145762          FILING DATE: 09/02/1998
PATENT NUMBER:                   ISSUE DATE:


LENELL MACKALL, PARALEGAL
ASSIGNMENT DIVISION
OFFICE OF PUBLIC RECORDS

Docket No.: 50103-125 (2674-079)

# A S S I G N M E N T

WHEREAS WE, Xing Song, Qixu Chen, Charles Lea and Rajiv Yadav Ranjan of Mountain View, CA, Milpitas, CA, Fremont, CA and San Jose, CA, respectively, have made a certain new and useful invention as set forth in an application for United States Letters Patent, entitled SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER,
executed by us on the date of execution of this document, as shown below, and filed concurrently herewith;

OR

for which an application for United States Letters Patent was filed on September 2, 1998, and identified by United States Serial No. 09/145,762;

AND WHEREAS, SEAGATE TECHNOLOGY, INC., a corporation of the State of Delaware and having an address of 920 Disc Drive, P. O. Box 66360, Scotts Valley, California 95067-0360 is desirous of acquiring the entire right, title and interest in and to said invention and in and to any and all Letters Patent of the United States and foreign countries which may be obtained therefor;

NOW, THEREFORE, for good and valuable consideration, the receipt for and sufficiency of which is hereby acknowledged, We do hereby sell, assign, transfer and set over unto SEAGATE TECHNOLOGY, INC., its legal representatives, successors, and assigns, the entire right, title and interest in and to said invention as set forth in the above-mentioned application, including any continuations, continuations-in-part, divisions, reissues, re-examinations or extensions thereof, and in and to any and all patents of the United States and foreign countries which may be issued for said invention;

UPON SAID CONSIDERATIONS, We hereby agree with the said assignee that We will not execute any writing or do any act whatsoever conflicting with these presents, and that We will, at any time upon request, without further or additional consideration but at the expense of said assignee, execute such additional assignments and other writings and do such additional acts as said assignee may deem necessary or desirable to perfect the assignee's enjoyment of this grant, and render all necessary assistance in making application for and obtaining original, divisional, continuations, continuations-in-part, reexamined, reissued, or extended Letters Patent of the United States or of any and all foreign countries on said invention, and in enforcing any rights or choses in action accruing as a result of such applications or patents, by giving testimony in any proceedings or transactions involving such applications or patents, and by executing preliminary statements and other affidavits, it being understood that the foregoing covenant and agreement shall bind, and inure to the benefit of the assigns and legal representatives of assignor and assignee;

AND We request the Commissioner of Patents and Trademarks to issue any Letters Patent of the United States which may be issued for said invention to said SEAGATE TECHNOLOGY, INC., its legal representatives, successors or assigns, as the sole owner of the entire right, title and interest in and to said patent and the invention covered thereby.

| Date  11/02/98 | Xing Song |
| Date  10/30/98 | Qixu Chen |
| Date  10/30/98 | Charles Lea |
| Date  1-30-98 | Rajiv Yadav Ranjan |

STATE OF _California_ }
COUNTY OF _Santa Clara_ } SS.

On this _2nd_ day of _November_ 19_98_, before me personally appeared Xing Song, to me known to be the person named in and who executed the above instrument, and acknowledged to me that he/she executed the same for the uses and purposes therein set forth.

_Paul D. Brown-Bell_
Notary Public

My commission expires _November 24, 2000_

STATE OF _California_ }
COUNTY OF _Santa Clara_ } SS.

On this _30th_ day of _October_ 19_98_, before me personally appeared Qiru Chen, to me known to be the person named in and who executed the above instrument, and acknowledged to me that he/she executed the same for the uses and purposes therein set forth.

_Paul D. Brown-Bell_
Notary Public

My commission expires _November 24, 2000_

STATE OF _California_ }
COUNTY OF _Santa Clara_ } SS.

On this _30th_ day of _October_ 19_98_ before me personally appeared Charles Lou, to me known to be the person named in and who executed the above instrument, and acknowledged to me that he/she executed the same for the uses and purposes therein set forth.

_Paul D. Brown-Bell_
Notary Public

My commission expires _November 24, 2000_

0090

STATE OF _California_

COUNTY OF _Santa Clara_ } SS:

On this __30th__ day of __October__ , 19 __98__ , before me personally appeared Rajiv Yadav Ranjan, to me known to be the person named in and who executed the above instrument, and acknowledged to me that he/she executed the same for the uses and purposes therein set forth.



_Sarah D. Brown-Bell_
Notary Public

My commission expires __November 24, 2000__



0091



## MISSING PAGE(S) FROM THE
## U.S. PATENT OFFICE
## OFFICIAL FILE WRAPPER

**NO PAPER #10**

**PATENTEC®**
**Quality Patent Documents**
2001 Jefferson Davis Highway
Arlington, VA 22202
Voice: 703-418-2777
Fax: 703-418-4777
www.patentec.com
info@patentec.com

(Note: This PATENTEC-generated page is not a part of the official USPTO record.)

Docket No.: 50103-125

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of          :

Xing SONG, et al.            :          BATCH NO.: L08

Serial No.: 09/145,762       :          Group Art Unit: 2754
                                        Allowed:  April 11, 2000
Filed:  September 02, 1998   :          Examiner: L. KILIMAN

For:  SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM
        COMPRISING A SEEDLAYER

<u>LETTER SUBMITTING FORMAL DRAWINGS</u>

Box Issue Fee
Assistant Commissioner for Patents
Washington, DC 20231

Sir:

        In response to the Notice of Allowability dated April 11, 2000, submitted

herewith are nine (09) sheets of Formal Drawings in connection with the above

referenced application.

                                Respectfully submitted,

                                MCDERMOTT, WILL & EMERY


                                John A. Hankins
                                Registration No. 32,029

600 13th Street, N.W.
Washington, DC 20005-3096
(202) 756-8000 JAH:blp
Date:  July 11, 2000
Facsimile:  (202) 756-8087