6146754



| | |
|---|---|
| Lubricant | ~14 |
| Carbon Overcoat | ~13 |
| Magnetic Layer | ~12 |
| Underlayer | ~11 |
| Substrate | ~10 |

FIG. 1
PRIOR ART

0094



FIG. 2
PRIOR ART



FIG. 3
PRIOR ART



| | |
|---|---|
| Magnetic Layer | ~43 |
| NiAl Underlayer | ~42 |
| MgO Seedlayer | ~41 |
| Substrate | ~40 |

**FIG. 4**
PRIOR ART



FIG. 5

0098



| 60 | 61 | 62 | 63A,63B | 64 | 65 | 66 | 67 |
|---|---|---|---|---|---|---|---|
| Load Chamber | Heater1 | Seedlayer Chamber | Heater2 | Underlayer Chamber | Magnetic Layer Chamber | Overcoat Chamber | Unload Chamber |

FIG. 6



FIG. 7



FIG. 8

0100



FIG. 9



FIG. 10



UNITED STATE. DEPARTMENT OF COMMERCE
Patent and Trademark Office

ASSISTANT SECRETARY AND COMMISSIONER
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

## CHANGE OF ADDRESS/POWER OF ATTORNEY

LOCATION    17X1    SERIAL NUMBER 09145762    PATENT NUMBER

THE CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER # 20277

THE PRACTITIONERS OF RECORD HAVE BEEN CHANGED TO CUSTOMER # 20277

THE FEE ADDRESS HAS BEEN CHANGED TO CUSTOMER # 20277

ON 02/11/99 THE ADDRESS OF RECORD FOR CUSTOMER NUMBER 20277 IS:

    MCDERMOTT WILL & EMERY
    600 13 STREET N W
    WASHINGTON DC 20005

AND THE PRACTITIONERS OF RECORD FOR CUSTOMER NUMBER 20277 ARE:

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 15497 | 22685 | 23687 | 26106 | 26151 | 26527 | 28149 | 28363 | 28553 | 28562 |
| 29017 | 30020 | 30589 | 32029 | 33351 | 33424 | 33965 | 34035 | 34111 | 34523 |
| 35894 | 36139 | 36190 | 36324 | 36801 | 36976 | 37136 | 37182 | 37578 | 37777 |
| 39397 | 39552 | 39929 | 40289 | 40358 | 41367 | 41428 | | | |

PTO INSTRUCTIONS: PLEASE TAKE THE FOLLOWING ACTION WHEN THE
CORRESPONDENCE ADDRESS HAS BEEN CHANGED TO CUSTOMER NUMBER:
RECORD, ON THE NEXT AVAILABLE CONTENTS LINE OF THE FILE JACKET,
'ADDRESS CHANGE TO CUSTOMER NUMBER'. LINE THROUGH THE OLD
ADDRESS ON THE FILE JACKET LABEL AND ENTER ONLY THE 'CUSTOMER
NUMBER' AS THE NEW ADDRESS.  FILE THIS LETTER IN THE FILE JACKET.
WHEN ABOVE CHANGES ARE ONLY TO FEE ADDRESS AND/OR PRACTITIONERS
OF RECORD, FILE LETTER IN THE FILE JACKET.

PTO-FMD
TALBOT-1/97

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

*Match & Return*

*D S D*
PATENT

| First Named Inventor: | SONG, XING |
|---|---|
| Serial No.: | 09/145,762 |
| Filed: | September 2, 1998 |
| Docket: | SEA2562 |
| | 50103-125 |

POWER OF ATTORNEY BY ASSIGNEE OF ENTIRE INTEREST
(REVOCATION OF PRIOR POWERS)

As assignee of record of the entire interest of the above identified application,

REVOCATION OF PRIOR POWERS OF ATTORNEY

all powers of attorney previously given are hereby revoked and

NEW POWER OF ATTORNEY

the following practitioners/patent agent are hereby appointed to prosecute and transact all business in the Patent and Trademark Office connected therewith.

| | |
|---|---|
| Edward P. Heller, III, Registration No. 29,075 | Shawn B. Dempster, Registration No. 34,321 |
| Raghunath S. Minisandram, Registration No. 38,683 | Jonathan E. Olson, Registration No. 41,231 |
| Leland D. Schultz, Registration No. 30,322 | Cecilia A. (Peggy) Walsh, Registration No. 45,659 |
| Derek J. Berger, Registration No. 45,401 | |

And members of the firm of McDERMOTT, WILL & EMERY

Stephen A. Becker, Reg. No. 26,527; John G. Bieblika, Reg. No. 37,095; Christopher D. Bright, Reg. No. P-46,578; Daniel Bucca, Reg. No. 42,368; Kenneth L. Cage, Reg. No. 26,151; Stephen C. Carlson, Reg. No. 39,929; Jennifer Chen, Reg. No. 42,404; Bernard P. Codd, Reg. No. 46,429; Thomas A. Corrado, Reg. No. 42,439; Lawerence T. Cullen, Reg. No. 44,489; Paul Devinsky, Reg. No. 28,553; Luan Do, Reg. No. 38,434; Margaret M. Duncan, Reg. No. 30,879; Ramyar M. Farid, Reg. No. P-46,692; Brian E. Ferguson, Reg. No. 36,801; Michael E. Fogarty, Reg. No. 36,139; John R. Puisz, Reg. No. 37,327; Willem F. Gadiano, Reg. No. 37,136; Keith E. George, Reg. No. 34,111; Matthew V. Grumbling, Reg. No. 44,427; John A. Hankins, Reg. No. 32,029; Joseph Hyosuk Kim, Reg. No. 41,425; Eric J. Krsus, Reg. No. 36,190; Catherine Krupka, Reg. No. 46,227; Jack Q. Lever, Reg. No. 28,149; Raphael V. Lupo, Reg. No. 28,363; Michael A. Messina, Reg. No. 33,424; Dawn L. Palmer, Reg. No. 41,238; Joseph H. Paquin, Jr., Reg. No. 31,647; Scott D. Paul, Reg. No. 42,984; William D. Pegg, Reg. No. 42,988; Robert L. Price, Reg. No. 22,685; Thomas D. Robbins, Reg. No. 43,669; Gene Z. Rubinson, Reg. No. 33,351; Joy Ann G. Serauskas, Reg. No. 27,952; Daniel H. Sherr, Reg. No. P-46,425; David A. Spenard, Reg. No. 37,449; Arthur J. Steiner, Reg. No. 26,106; David L. Stewart, Reg. No. 37,578; Wesley Strickland, Reg. No. 44,363; Michael D. Switzer, Reg. No. 39,552; Leonid D. Thenor, Reg. No. 39,397; Daniel S. Trainor, Reg. No. 43,959; Cameron K. Weiffenbach, Reg. No. 44,488; Aaron Weisstuch, Reg. No. 41,557; Edward J. Wise, Reg. No. 34,523; Alexander V. Yampolsky, Reg. No. 36,324; and Robert W. Zelnick, Reg. No. 36,976

CHANGE OF ATTORNEY'S/AGENT'S ADDRESS IN APPLICATION

McDERMOTT, WILL & EMERY
600 13th Street, N.W.
Washington, DC 20005-3096
Telephone: (202)756-8000

*04.00*

### STATEMENT UNDER 37 CFR 3.73(b)

Seagate Technology LLC states that it is the Assignee of Entire Interest in the patent application/patent identified above by virtue of an Assignment from the inventor(s) of the patent application/patent identified above. A copy of the Assignment is attached and/or was recorded in the Patent and Trademark Office at Reel ____, Frame ____. The undersigned (whose title is supplied below) is empowered to sign this statement on behalf of the Assignee.

Respectfully submitted,

SEAGATE TECHNOLOGY LLC
(Assignee of Entire Interest)

August 31, 2000
Date

Edward P. Heller, III, Registration No. 29,075
Patent Counsel
SEAGATE TECHNOLOGY LLC
920 Disc Drive
Scotts Valley, CA 95066
831-439-7297 (telephone)
831-438-1290 (facsimile)

POWER OF ATTORNEY BY ASSIGNEE OF ENTIRE INTEREST
Page 2 of 2

0105

FORM PTO-1595
(Rev. 6-93)
OMB No. 0651-0011 (exp. 4/94)
SEA2942.00

# RECORDATION FORM COVER SHEET
## PATENTS ONLY

U.S. DEPARTMENT OF COMMERCE
Patent and Trademark Office

To the Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

| 1. Name of conveying party(ies): | 2. Name and address of receiving party(ies): |
|---|---|
| Seagate Technology, Inc.<br>920 Disc Drive<br>Scotts Valley, CA 95066 | Seagate Technology LLC<br>920 Disc Drive<br>Scotts Valley, CA 95066 |
| Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No | Additional name(s) & address(es) attached? ☐ Yes ☒ No |

**2. Nature of conveyance:**

☒ Assignment        ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Other:

Execution Date: June 28, 2000

**4. Application number(s) or patent number(s):**

If this document is being filed together with a new application, the execution date of the application is:

A. Patent Application No.(s)                    B. Patent No.(s)

09/145,762

Additional numbers attached? ☐ Yes ☒ No

| 5. Name and address of party to whom correspondence concerning document should be mailed: | 6. Total number of applications and patents involved: 1 |
|---|---|
| Name:     Edward P. Heller<br>Address:  Seagate Technology LLC<br>Intellectual Property, SV15B1<br>920 Disc Drive<br>Scotts Valley, CA 95066 | 7. Total fee (37 CFR 3.41):     $40.00<br>☐ Enclosed<br>☒ Authorized to be charged to deposit account |
| | 8. Please charge any additional fees or credit any overpayments to our Deposit account number: 19-1038 |

DO NOT USE THIS SPACE

**9. Statement and signature:**

*To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.*

Shawn B. Dempster                    _signature_                    June 28, 2000
Name of Person Signing               Signature                      Date

Total number of pages including cover sheet, attachments, and document: 2

Do not detach this portion

Mail documents to be recorded with required cover sheet information to:

Commissioner for Patents and Trademarks
Box Assignments
Washington, D.C. 20231



Practitioner's Docket No. SEASEA2562.00                                    *PATENT*

For:    U.S. Rights and Foreign Rights
For:    U.S. Application
By:     Present Owner

### ASSIGNMENT OF INVENTION

In consideration of the payment by ASSIGNEE to ASSIGNOR of the sum of One Dollar ($1.00), the receipt of which is hereby acknowledged, and for other good and valuable consideration, effective July 1, 2000

ASSIGNOR:                    Seagate Technology, Inc.
                             920 Disc Drive
                             Scotts Valley, CA 95066
                             State or Country of Formation: Delaware

Recorded at Reel 9588, Frame 869

hereby sells, assigns and transfers to

ASSIGNEE:                    Seagate Technology LLC
                             920 Disc Drive
                             Scotts Valley, CA 95066
                             Nationality or State/Country of Formation: Delaware

and the successors, assigns and legal representatives of the ASSIGNEE the entire right, title and interest for the United States and its territorial possessions and in all foreign countries, including all rights to claim priority, in and to any and all improvements which are disclosed in the invention and which is found in U.S. application no. 09/145,762 filed on September 2, 1998 and any legal equivalent thereof in a foreign country, including the right to claim priority and, in and to, all Letters Patent to be obtained for said invention by the above application or any continuation, division, renewal, or substitute thereof, and as to letters patent any reissue or re-examination thereof.

ASSIGNOR hereby covenants that no assignment, sale, agreement or encumbrance has been or will be made or entered into which would conflict with this assignment.

ASSIGNOR further covenants that ASSIGNEE will, upon its request, be provided promptly with all pertinent facts and documents relating to said invention and said Letters Patent and legal equivalents as may be known and accessible to ASSIGNOR and will testify as to the same in any interference, litigation or proceeding related thereto and will promptly execute and deliver to ASSIGNEE or its legal representatives any and all papers, instruments or affidavits required to apply for, obtain, maintain, issue and enforce said application, said invention and said Letters Patent and said equivalents thereof which may be necessary or desirable to carry out the purposes thereof.

IN WITNESS WHEREOF, I have executed this assignment.

June 28, 2000
                             _____
                             Signature of Assignor

                             Seagate Technology, Inc.
                             Townsend H. Porter
                             Executive Vice President

0107



60/058240

| Class | Subclass |
| --- | --- |
| | |

ISSUE CLASSIFICATION

**PROVISIONAL APPLICATION NUMBER**

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
| --- | --- | --- | --- | --- | --- |
| 60/058,240 PROVISIONAL | 09/08/97 | | | | |

APPLICANTS

XING SONG, FREMONT, CA; QIXU CHEN, MILPITAS, CA; CHARLES LEU, FREMONT, CA; RAJIV Y. RANJAN, SAN JOSE, CA.

**CONTINUING DATA**********************
VERIFIED

**FOREIGN APPLICATIONS************
VERIFIED

FOREIGN FILING LICENSE GRANTED 02/02/98

| Foreign priority claimed   ☐ yes  ☐ no<br>35 USC 119 conditions met  ☐ yes  ☐ no<br>Verified and Acknowledged    Examiner's Initials | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | CA | 4 | | | *150.00 | SEA-2562.01 |

ADDRESS

RAGHUNATH & MINISANDRAM
SEAGATE TECHNOLOGY INC
INTELLECTUAL PROPERTY DEPARTMENT
920 DISC DRIVE  MS 15-7
SCOTTS VALLEY CA 95066

TITLE

HIGH COERCIVITY, LOW NOISE MAGNETIC THIN FILM MEDIA WITH A CROX SEEDLAYER

U.S. DEPT. OF COMM./PAT. & TM— PTO-436L (Rev.12-94)

Form PTO-1675
(Rev. 6/95)

SCAN DCK
QC                RM

(FACE)

0108

**PATENT APPLICATION**

60058240

**CONTENTS**

APPROVED FOR LICENSE

NOV 2 1 1970

INITIALS

1.

8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

(FRONT)



0110

Appendix A

PROVISIONAL APPLICATION COVER SHEET

This is a request for filing a PROVISIONAL APPLICATION under 37 CFR 1.53(b)(2).

A/prov $

| Docket Number | SEA 2562.01 | Type a plus sign (+) inside this box -> | + |
|---|---|---|---|

### INVENTOR(s)/APPLICANT(s)

| LAST NAME | FIRST NAME | MIDDLE INITIAL | RESIDENCE (CITY & EITHER STATE OR FOREIGN COUNTRY) | |
|---|---|---|---|---|
| Song | Xing | | Fremont, California | U.S.A. |
| Chen | Qixu | | Milpitas, California | U.S.A. |
| Leu | Charles | | Fremont, California | U.S.A. |
| Ranjan | Rajiv | Y. | San Jose, California | U.S.A. |

### TITLE OF THE INVENTION (280 characters max)

"High Coercivity, Low Noise Magnetic Thin Film Media With A CrOx Seedlayer"

| CORRESPONDENCE ADDRESS | CERTIFICATION UNDER 37 CFR 1.10 |
|---|---|
| Raghunath S. Minisandram Seagate Technology, Inc. c/o Intellectual Property Department 920 Disc Drive, M/S 15-7 Scotts Valley, California 95066 U.S.A. | I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 8, 1997 in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM561383758US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231 |

### ENCLOSED APPLICATION PARTS (check all that apply)

- ☒ Specification   Number of Pages   3
- ☒ Drawings   Number of Sheets   4
- ☐ Small Entity Statement
- ☐ Other (specify)

### METHOD OF PAYMENT (check one)

- ☐ A check or money order is enclosed to cover the Provisional filing fees.
- ☒ The Commissioner is hereby authorized to charge filing fees and credit Deposit Account Number: **19-1036**

| PROVISIONAL FILING FEE AMOUNT  ($) | 150.00 |
|---|---|

The invention was made by an agency of the United States Government or under a contract with an agency of the United States Government.

- ☒ No.
- ☐ Yes, the name of the U.S. Government agency and the Government contract number are: _____

Respectfully submitted,

SIGNATURE   _Raghunath S. Minisandram_

Raghunath S. Minisandram

Date:   September 8, 1997

Reg. No.   38,833

☐ Additional inventors are being named on separately numbered sheets attached hereto

### PROVISIONAL APPLICATION FILING ONLY

0111

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service, this date September 8, 1997, in an envelope as "Express Post Office to Addressee" Mailing Label Number EM561282718US address to: Commissioner of Patents and Trademarks, Washing., C. 20231.

Virginia Silva

**High Coercivity, Low Noise Magnetic Thin Film Media with a CrOx Seedlayer**

### 1.    Introduction

The thin film media for future high density recording would require high Hc, high SNR and decent S*. This invention teaches about a new approach to obtain high SNR in thin film medias while maintaining high Hcr and high S*. This invention can be used to make magnetic thin film media on glass, glass-ceramics, and NiP-coated Al substrates or alternative substrates.

In the present magnetic thin film media as shown in Fig. 1, a CoCrPtTa ( or CoCrTa ) magnetic layer is sputtered on an underlayer of Cr (or Cr alloy). High SNR in these media is currently obtained by using high substrate heating temperature.

There are several drawbacks of changing SNR by changing the substrate temperature. First, if the temperature is too high, the underlayer texture may be destroyed, which in turn may destroy the crystalline anisotropy of the magnetic layer. Secondly, thermal stress associated with high temperature may cause some tribology problems on the disk surface. One example is that if the substrate temperature is too high, some micro-cracks appear in the laser zone on the disk surface, which may lead to head crashes.

In this disclosure, a CrOx seedlayer is sputtered on the substrate before the deposition of the underlayer and the magnetic layer. This seedlayer provide appropriate crystalline orientation and surface morphology for the nucleation and growth of the underlayer and the magnetic layer, which results in an increased SNR, while maintaining a high Hcr value.

### 2.    Disclosure of the invention

### (1)    Film structure

Fig. 2 shows the disk configuration of the present invention. On the substrate ( which can be AlMg, glass, glass-ceramic, ...), a CrOx seedlayer is formed for the nucleation and growth of the underlayer. Then an underlayer layer is deposited. On top of the underlayer, a magnetic layer is sputtered. Overcoat and lubricant layers are formed on the magnetic layer to provide required mechanical properties.

### (2)    Sputtering machine and process

500582110.008897

0112

Fig.3 shows the schematic drawing of an in-line sputtering machine used to fabricate the invented disks.

The pallet, which contains multiple disks, is first introduced into the load chamber 1, then heated in chamber 2. After that, a thin Cr seedlayer is deposited in chamber 4. The pallet is transferred to chamber 9 for the underlayer deposition. During the transferring, the pallet is further heated in chamber 6 and 7. The presence of the residual oxygen in the chamber and the heating process oxidizes the Cr seedlayer, and therefore a CrOx seedlayer is formed. An underlayer is further deposited on the CrOx seedlayer in chamber 9. The pallet is transferred to chamber 11 for the deposition of magnetic layer. An overcoat is deposited on the magnetic layer in chamber 16.

(3)    Example

In one embodiment of this invention, six sample disks were made in an in-line production sputtering machine using the following sputtering conditions:

| | Ht1 | Ht2 | Ht3 | Cr(SL) | Cr (UL) | CrV(UL) | Co82Cr14Ta4 | Co76Cr15Pt5Ta4 |
|---|---|---|---|---|---|---|---|---|
| Chamber | 2 | 6 | 7 | 4 | 8 | 8 | 9 | 11 |
| Pair of target | NA | NA | NA | 1 | 1 | 2 | 1. | 1 |
| Speed (ipm) | NA | NA | 6 | 7 | 14.5 | 14.5 | 14.5 | 6.6 |
| Gas Pressure | NA | NA | NA | 8 mtorr | 18 mtorr | 10 mtorr | 10 mtorr | 10 mtorr |
| Time (s) | 16 | 20 | NA | NA | NA | NA | NA | |
| High Power | 19,19,19,19% | 6,13,14,7% | 28,27,38,19% | 0-1.3KW | 7KW | 7KW | 1.3KW | 7.5KW |
| Idle Power | 19,19,19,19% | 6,30,32,11% | 6,6,6,6% | 0.16 KW | 0.16 KW | 0.16 KW | 0.16 KW | 0.25 KW |

For these disks, the magnetic layer is a dual-layer Co76Cr15Pt5Ta4/Co82Cr14Ta4 ( Mrt ~ 0.78 memu/cm$^2$), the underlayer is a dual-layer CrV/Cr (~ 350 Å ) , and the seedlayer is CrOx. The sputtering conditions for all the films are the same, except a CrOx seedlayer with a different thickness was sputtered before the deposition of the underlayer in each case.

Fig. 4 shows the S* and Hcr vs CrOx seedlayer thickness curves. The value of S* of these films changes with the seedlayer thickness. S* drops from 0.90 to 0.85 at seedlayer thickness ~ 10 Å, and further drops to ~ 0.70 at seedlayer thickness ~ 20 Å. Further increasing seedlayer thickness increases the value of S*. At seedlayer thickness ~ 30 - 40 Å, S* increases to 0.80 - 0.83.

Hcr of these films maintains above 3100 Oe until the CrOx seedlayer thickness is about 20 Å, where a Hcr drop of several hundreds is observed. As the seedlayer becomes thicker, Hcr increases again. At a seedlayer thickness ~ 40 Å, Hcr becomes larger than 3000 Oe.

Fig. 5 shows the SNR vs CrOx seedlayer thickness curves of these media. The electrical data was collected using a 1701 Guzik tester. The disk rotating speed was 4200 RPM, the linear density is 240 kfci, and the write current is 40 mA. As shown in the

S00582470 090825

0113

figure, if the seedlayer is thicker than 15 Å, an increase of SNR of ~ 2 dB can be obtained from these films.

## 3.    Summary

This invention teaches about a new magnetic thin film structure have a CrOx seedlayer is invented. Magnetic films with this seedlayer can exhibit high Hcr above 3000 Oe with a ~ 2 dB SNR improvement compared with film without this seedlayer.

The coercivity squareness of the invented magnetic films can be changed by changing the CrOx seedlayer thickness without changing the substrate heating conditions. The range of S* change is from 0.70 - 0.90. Depending on individual heating conditions, this range may change.

The magnetic layer referred here can be single-layer Co-alloy films, or multi-layer Co-alloy films.

The underlayer referred here can be single-layer Cr, Cr-alloy (such as CrV, CrTi,CrTiB, Cr-Ta$_2$O$_5$, ...), NiAl, FeAl, .., or multi-layer underlayer, such as CrV/Cr, CrV/NiAl/Cr, CrV/NiAl/Cr/Cr-Ta$_2$O$_5$, etc.

The seedlayer referred here can be oxidized Cr, Cr-alloy (such as CrV, CrTi,CrTiB) NiAl, FeAl,NiP, Ti, etc.

600920.0410560067



Fig. 1 Prior art: A schematic drawing of a traditional thin film magnetic disk

6005862·0428009    LG08097

DE0897.042835009

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 8, 1997, in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM561783758135 addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Virginia Silva

0116

| Lubricant |
|:---:|
| Overcoat |
| Magnetic layer |
| Underlayer |
| CrOx Seedlayer |
| Substrate |

Fig. 2.  A schematic  drawing of  the invented  film structure.

6005840 · 0908897

600285040 '090897

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 8, 1997, in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM561183751US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

_____
Virginia Silva



| Ch1 | Ch2 | Ch4 | Ch6,7 | Ch9 | Ch11 | Ch16 | Ch20 |
|---|---|---|---|---|---|---|---|
| load chamber | Heater1 | Seedlayer chamber | Heater2 | Underlayer chamber | Magnetic layer chamber | Overcoat chamber | unload chamber |

Fig. 3. A schematic drawing of an in-line MINT sputtering machine used to fabricate the invented disks.

5009.040285009

0119

Z68060 'OⴕᘔᘘS009

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 5, 1997, in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM561382758US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Virginia Silva



6009892¢0 · 060897

Fig. 4     Hcr and S* vs CrOx  seedlayer thickness



Fig. 5     Hcr and SNR vs.  Cr buffer layer thickness

6005847 . 090897

I hereby certify that this Provisional Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date September 8, 1997, in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number EM361283793US addressed to the: Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Virginia Sibo

71694 U.S. PTO
60/058240
09/08/97

PATENT APPLICATION SERIAL NO.

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

11/14/1997 DWASHI   00000038'068s131636   60058240
01.FC:114           150.00 CH

PTO-1556
(5/87)

0123

Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

|  | In re Application of |  |
|---|---|---|
| Bring completed form to:<br>File Information Unit<br>Crystal Plaza Three, Room 1201<br>2021 South Clark Place<br>Arlington, VA<br>Telephone: (703) 308-2733 | **RECEIVED**<br>MAR 1 6 2004<br>File Information Unit | Application Number | Filed |
|  |  | 60/058210 | 9-8-97 |
|  |  | Paper No. #2 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____ , page _____ , line _____

United States Patent Number _6196759_ , column _____ , line _____ , or

WIPO Pub. No. _____ , page _____ , line _____

---

### Related Information about Access to Pending Applications (37 CFR 1.14):

Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:

For published applications that are still pending, a member of the public may obtain: a copy of:
- the file contents;
- the pending application as originally filed; or
- any document in the file of the pending application.

For unpublished applications that are still pending:
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
- the file contents;
- the pending application as originally filed; or
- any document in the file of the pending application.
(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
- the pending application as originally filed.

---

| Signature | Date |
|---|---|
|  | 3-16-04 |
| Typed or printed name |  |
|  |  |
| Registration Number, if applicable |  |
| (123191) 11021 |  |
| Telephone Number |  |

**FOR PTO USE ONLY**

Approved by: _____

**RECEIVED**

Use: MAR 1 6 2004

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: File Information Unit, Customer Service Window, Crystal Plaza 3, Room 1201, Arlington, VA 22202.

0124

PTO/SB/68 (08-02)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| | In re Application of |
|---|---|
| bring completed form to: File Information Unit Crystal Plaza Three, Room 1D01 2021 South Clark Place Arlington, VA Telephone: (703) 308-2733 | |

RECEIVED
JUN 2 5 2004
File Information Unit

Application Number: 60/058,260    Filed: Sep 9, 1997

Paper No. #3

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page ____, line _____

United States Patent Number 6,146,754 column ____, line ____, or

WIPO Pub. No. _____, page ____, line _____

### Related Information about Access to Pending Applications (37 CFR 1.14):

Direct access to pending applications is not available to the public (see 37 CFR 1.14(c) if applicant) but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:

For published applications that are still pending, a member of the public may obtain a copy of:
the file contents;
the pending application as originally filed; or
any document in the file of the pending application.

For unpublished applications that are still pending:

(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
the file contents;
the pending application as originally filed; or
any document in the file of the pending application.

(2) If the pending application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
the pending application as originally filed.

Signature: _(signature)_     Date: 6/25/04

Typed or printed name: Alexander Nolte, Jr.

| | FOR PTO USE ONLY |
|---|---|
| Registration Number, if applicable | Approved by: ____ (initials) |
| Telephone Number: 703-418-2777 | Unit: File Information Unit |

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Crystal Plaza Three, Room 1D01, 2021 South Clark Place, Arlington, VA.

If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.

US006146754A

## United States Patent [19]

Song et al.

[11] Patent Number: 6,146,754

[45] Date of Patent: Nov. 14, 2000

[54] SUBSTANTIALLY ISOTROPIC MAGNETIC RECORDING MEDIUM COMPRISING A SEEDLAYER

[75] Inventors: Xing Song, Mountain View; Qixu Chen, Milpitas; Charles Lau, Fremont; Rajiv Yadav Ranjan, San Jose, all of Calif.

[73] Assignee: Seagate Technology, Inc., Scotts Valley, Calif.

[21] Appl. No.: 09/145,762

[22] Filed: Sep. 2, 1998

Related U.S. Application Data

[60] Provisional application No. 60/058,240, Sep. 8, 1997.

[51] Int. Cl.⁷ ................................... G11B 5/66
[52] U.S. Cl. ............... 428/332; 428/336; 428/694 T; 428/694 TS; 428/594 TP; 428/900; 427/128; 427/129; 427/130; 427/131
[58] Field of Search ................... 428/694 T, 694 TS, 428/694 TP, 900, 332, 336; 427/128–131

[56] References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,302,434 | 4/1994 | Doerner | 428/694 |
| 5,456,978 | 10/1995 | Lal et al. | 428/332 |
| 5,569,533 | 10/1996 | Lal et al. | 428/332 |
| 5,866,227 | 2/1999 | Chen | 428/653 |

OTHER PUBLICATIONS

Lee, Li–Lien et al., "FeAl underlayers for CoCrPt thin film longitudinal media", 41ˢᵗ Annual Conference on Magnetism & Magnetic Materials, Nov. 1996, pp. 1–8.

Laughlin, David E. et al., "The Control and Characterization of the Crystallographic Texture of Longitudinal Thin Film Recording Media", IEEE Transactions on Magnetics, vol. 32, No. 5, Sep. 1996, pp. 3632–3637.

Lee, Li–Lien et al., "Seed layer induced (002) crystallographic texture in NiAl underlayers", J. Appl. Phys. vol. 79, No. 8, Apr. 15, 1996, pp. 4902–4904.

Lee, Li–Lien et al., "Effects of Cr Intermediate Layers on CoCrPt Thin Film Media on NiAl Underlayers", IEEE Transactions on Magnetics, vol. 31, No. 6, Nov. 1995, pp. 2728–2730.

Lee, Li–Lien et al., "NiAl Underlayers For CoCrTa Magnetic Thin Films", IEEE Transactions on Magnetics, vol. 30, No. 6, Nov. 1994, pp. 3951–3953.

Primary Examiner—Leszek Kiliman
Attorney, Agent, or Firm—McDermott, Will & Emery

[57]        ABSTRACT

A high areal density magnetic recording medium exhibiting high Hc, high SNR, high S* and substantially isotropic magnetic properties is achieved by depositing a thin seedlayer before depositing the underlayer. Embodiments include heating the seedlayer under vacuum in the presence of residual oxygen to induce appropriate crystalline orientation and surface morphology for nucleation and growth of the underlayer and magnetic layer having substantially isotropic magnetic properties.

19 Claims, 9 Drawing Sheets



| | |
|---|---|
| Lubricant | 55 |
| Overcoat | 54 |
| Magnetic Layer | 53 |
| Underlayer | 52 |
| CrOx Seedlayer | 51 |
| Substrate | 50 |

16



US005302434A

## United States Patent [19]

Doerner et al.

| | |
|---|---|
| [11] | Patent Number: **5,302,434** |
| [45] | Date of Patent: **Apr. 12, 1994** |

[54] **MAGNETIC RECORDING DISK FOR CONTACT RECORDING**

[75] Inventors: Mary F. Doerner, Los Gatos; Dan S. Parker, San Jose; Anthony W. Wu, San Jose; Tadashi Yogi, San Jose, all of Calif.

[73] Assignee: International Business Machines Corporation, Armonk, N.Y.

[21] Appl. No.: **926,986**

[22] Filed: **Aug. 7, 1992**

[51] Int. Cl.5 ............................... G11B 5/704
[52] U.S. Cl. .......................... 428/64; 360/135;
428/336; 428/652; 428/694 TS; 428/694 TR;
428/694 ST; 428/694 SG; 428/900; 427/130
[58] Field of Search ......... 428/694 T, 694 TS, 694 TR,
428/694 ST, 694 SG, 64, 65, 652, 336; 360/135,
97.01; 427/129, 130, 131; 204/192.15, 192.2

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,072,781 | 2/1978 | Shirahata et al. | 428/900 |
| 4,167,765 | 9/1979 | Watrous | 360/103 |
| 4,621,030 | 11/1986 | Uesaka et al. | 360/135 |
| 4,696,845 | 9/1987 | Yanagisawa | 428/64 |
| 4,849,305 | 7/1989 | Yanagisawa | 428/694 |
| 5,041,932 | 8/1991 | Hamilton | 360/104 |
| 5,047,274 | 9/1991 | Tsuya et al. | 360/135 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 50-1438 | 1/1975 | Japan . |
| 60-219638 | 11/1985 | Japan . |
| 61-96522 | 5/1986 | Japan . |
| 61-246380 | 11/1986 | Japan . |
| 63-140091 | 6/1988 | Japan . |

*Primary Examiner*—Stuart S. Levy
*Assistant Examiner*—Paul J. Ditmyer
*Attorney, Agent, or Firm*—Thomas R. Berthold

[57] **ABSTRACT**

A magnetic recording disk based on conventional disk technology has both an extremely smooth top surface and high coercivity, and is incorporated in a contact recording disk file which requires an extremely smooth head-disk interface and a disk with high coercivity. A superfinished untextured NiP coating on a disk substrate is oxidized to form a NiO film. The NiO film permits the subsequently sputter deposited magnetic layer to have much higher coercivity, which enables the disk to be used in contact recording applications. The NiO film and the later deposited layers making up the disk, including the top protective overcoat, conform to the smooth surface of the polished NiP, thus preserving the extremely smooth surface of the top layer of the disk, which is required for the head-disk interface in contact recording disk files. In the preferred process for forming the NiO film on the substrate, the substrate is annealed in air at a temperature below that which would cause the NiP film to crystallize.

**11 Claims, 5 Drawing Sheets**



COR-ITC005974



FIG. 1

FIG. 2

COR-ITC005975



*FIG. 3*



*FIG. 4*

COR-ITC005976



*FIG. 5*

COR-ITC005977



COR-ITC005978



FIG. 7

Sputter Etch Effect on Coercivity

10 sec Etch

20 sec Etch

AlMg/NiP Substrates
250°C Deposition Temperature
Etch in 10-Percent Oxygen in Argon

Etch Voltage

COERCIVITY (Oe)

COR-ITC005979

5,302,434

1

## MAGNETIC RECORDING DISK FOR CONTACT RECORDING

### RELATED APPLICATION

This application is related to concurrently filed pending application Ser. No. 07/926,488.

### TECHNICAL FIELD

This invention relates to a thin film metal alloy magnetic recording disk, a process for making the disk, and to a disk file using the disk to provide an improved head-disk interface for contact recording.

### BACKGROUND OF THE INVENTION

In conventional rotating rigid disk files, each of the read/write transducers (or heads) is supported on a carrier (or slider) which rides on a cushion or bearing of air above the surface of its associated disk when the disk is rotating at its operating speed. The slider is connected to a linear or rotary actuator by means of a relatively fragile suspension. There may be a stack of disks in the disk file with the actuator supporting a number of sliders. The actuator moves the sliders radially so that each head may access the recording area of its associated disk surface. In these conventional disk files the slider is biased towards the disk surface by a small force from the suspension. Because the slider is in contact with the disk surface from the time the disk file is turned on until the disk reaches a speed sufficient to cause the slider to ride on the air-bearing, and again in contact with the disk surface when the disk file is turned off and the rotational speed of the disk falls below that necessary to create the air-bearing, such disk files are referred to as contact start-stop (CSS) disk files. In CSS disk files it is not necessary that the disk surface be extremely smooth since the slider is only in contact during start and stop operations. Instead, it is desirable to texture the disk surface to reduce the static friction between the slider and the disk when the slider is at rest on the disk surface.

In addition to the above-described conventional CSS magnetic recording disk files, "contact" recording rigid disk files have been proposed. In one type of contact recording, referred to as "liquid bearing" contact recording, the head-disk interface includes a liquid film as a liquid bearing between the transducer carrier and the disk. An example of this type of contact recording disk file is described in assignee's pending application, U.S. Ser. No. 264,604, filed Oct. 31, 1988, and published May 9, 1990 as European published application EP 367510. In another type of contact recording, referred to as "dry" contact recording, the disk file uses an integrated head-suspension which makes physical contact with the disk surface during read and write operations. In this type of head-suspension, as described for example in U.S. Pat. No. 5,041,932, a portion of the head actually wears away due to frictional contact with the disk over the life of the disk file. In both types of contact recording disk files it is necessary, because of the close head-disk spacing, to make the disk surface extremely smooth.

One type of disk which has been used in rigid disk files is a thin film metal alloy disk which typically comprises a substrate, such as an aluminum-magnesium (AlMg) alloy with a nickel-phosphorous (NiP) surface coating, a cobalt-based alloy, such as a CoPt or CoNi alloy, sputter deposited as the magnetic layer on the substrate, and a protective overcoat, such as a sputter-

2

deposited amorphous hydrogenated carbon film, formed on the magnetic layer. In addition to the magnetic layer and the protective overcoat, thin film disks may also include a sputter deposited underlayer, such as a layer of chromium (Cr), chromium-vanadium (CrV) or tungsten (W), between the substrate and the magnetic layer and a sputter deposited adhesion layer, such as a Cr, W or titanium (Ti) layer, between the magnetic layer and the protective overcoat. While this conventional disk is adequate for use in CSS disk files, it has been found that when the AlMg-NiP substrate is made very smooth, as required if the disk is to be used in contact recording disk files, it is not possible to manufacture the disk in the conventional manner and still achieve the required disk coercivity.

Thus what is needed is an improved thin film metal alloy magnetic recording disk, based upon the conventional disk technology, which is usable in contact recording disk files so that such disk files can have both the required smooth head-disk interface and disk coercivity.

### SUMMARY OF THE INVENTION

The present invention is a magnetic recording disk and process for making the disk, and a contact recording disk file with an improved head-disk interface and magnetic recording properties. A superfinished untextured NiP coating on a disk substrate is oxidized to form a NiO film. The NiO film permits the subsequently sputter deposited magnetic layer to have much higher coercivity, which enables the disk to be used in contact recording applications. The NiO film and the later deposited layers making up the disk conform to the smooth surface of the polished NiP, thus preserving the extremely smooth surface of the top layer of the disk, which is required for contact recording disk files.

In the preferred process for forming the NiO film on the substrate, the substrate is annealed in air at a temperature below that which would cause the NiP film to crystallize.

For a fuller understanding of the nature and advantages of the present invention, reference should be made to the following detailed description taken in conjunction with the accompanying drawings.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a side view in partial section illustrating schematically the major components of a liquid bearing contact recording disk file;

FIG. 2 is a top view of the disk file of FIG. 1 with the cover 11 removed;

FIG. 3 is an illustration of the head-disk interface of a liquid-bearing contact recording disk file;

FIG. 4 is an illustration of the head-disk interface of a dry contact recording disk file;

FIG. 5 is a sectional view of the disk of the present invention illustrating the various disk layers;

FIG. 6 is a graph of coercivity as a function of anneal temperature for disks with and without the oxide film formed by air annealing; and

FIG. 7 is a graph of coercivity as a function of etch voltage for disks with and without the oxide film formed by sputter etching in an $O_2$-Ar atmosphere.

COR-ITC005980

5,302,434

3

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Referring first to FIG. 1, there is illustrated in sectional view a schematic of the liquid bearing contact recording embodiment of the disk file of the present invention. The disk file comprises a base 10 to which are secured a disk drive motor 12 and an actuator 14, and a cover 11. The base 10 and cover 11 provide a substantially sealed housing for the disk drive. Typically there is a gasket 13 located between base 10 and cover 11 and a small breather port (not shown) for equalizing pressure between the interior of the disk file and the outside environment. This type of disk file is described as being substantially sealed because the drive motor 12 is located entirely within the housing and there is no external forced air supply for cooling the interior components. A magnetic recording disk 16 is mounted on a hub 18, which is attached for rotation by drive motor 12. A read/write head or transducer (not shown) is formed on a transducer carrier 20. The carrier 20 is connected to the actuator 14 by means of a rigid arm 22 and a suspension 24, the suspension 24 providing a biasing force which urges the transducer carrier 20 onto the surface of the recording disk 16. During operation of the disk file the drive motor 12 rotates the disk 16 at a constant speed, and the actuator 14, which is typically a linear or rotary voice coil motor (VCM), moves the transducer carrier 20 generally radially across the surface of the disk 16 so that the read/write head may access different data tracks on disk 16.

FIG. 2 illustrates a top view of the interior of the disk file with the cover 11 removed and illustrates an annular lubricant reservoir 30, which serves as a means for holding a supply of liquid lubricant for replenishment of lubricant on the surface of disk 16. A thin continuous film of lubricant is maintained on the surface of disk 16 and is replenished by lubricant from the reservoir 30 during operation. FIG. 2 also illustrates in better detail the suspension 24 which provides a force to the carrier 20 to maintain the carrier into contact with the lubricant film on the disk 16. The suspension may be a conventional type of suspension such as that used in magnetic disk files which have an air-bearing slider. An example is the well-known Watrous suspension, as described in assignees' U.S. Pat. No. 4,167,765. This type of suspension also provides a gimballed attachment of the transducer carrier which allows the carrier to pitch and roll as it rides on the liquid lubricant film.

FIG. 3 illustrates a side view of the transducer carrier 20 and a sectional view of the disk 16 in the liquid bearing contact recording embodiment of the present invention. The carrier 20 has a ski foot 40 near its rear end and a head 42 located on its trailing edge 44. The ski foot 40 is in contact with a liquid film 50 on disk 16 and is maintained in contact during read or write operations by the bias force supplied by the attached suspension 24.

FIG. 4 illustrates a side sectional view of an integrated head-suspension 23 and a sectional view of the disk 16 in the dry contact recording embodiment of the present invention. The integrated head-suspension 23 serves the function of both the suspension 24 and the carrier 20 in the liquid bearing embodiment of FIG. 3. In contrast, however, the transducer, shown as a pole tip 27 and coil 29, is embedded within the integrated head-suspension 23. There is no liquid film on the surface of disk 16, which eliminates the need for a lubricant reservoir, and the head-suspension 23 makes direct

4

contact with the surface of disk 16 during read and write operations.

Referring now to FIG. 5, the disk 16 of the present invention is illustrated in sectional view. The disk substrate 60 comprises a an AlMg base 61 with a NiP surface coating 62. The substrate is a commercially available disk substrate available from several vendors, such as Toyo Kohan and Nippon Light Metals. The AlMg is typically 5586 aluminum alloy and the NiP is electrolessly deposited to a thickness of approximately 10–15 microns. In applications for contact recording it is necessary that the surface of the NiP coating 62 be extremely smooth. Thus the NiP coating 62 is polished by various known techniques, such as mechanical polishing with $Al_2O_3$ abrasive, so as to have an arithmetic average surface roughness ($R_a$) of approximately 10 Angstroms or less. A nickel oxide film 64, consisting essentially of NiO, is then formed on the NiP coating 62 by either of the techniques described below. The thickness of the NiO film 64 is not critical, provided it is thick enough to control the nucleation of the underlayer, which has been found to be in the range of approximately 10–30 Angstroms. Following the formation of the NiO film 64, the remaining well known layers of the disk 16 are formed in the conventional manner by sputter deposition. These include a Cr or CrV underlayer 66 to a thickness of approximately 200 to 1200 Angstroms, a Co alloy magnetic layer 67, such as a CoPtCr or CoNi alloy, to a thickness of approximately 100 to 500 Angstroms, and a hydrogenated carbon protective overcoat 68, sputter deposited from a carbon target in the presence of hydrogen, to a thickness of approximately 250 Angstroms. Because the subsequently deposited layers are conformal to the surface of the substrate, it is necessary that the substrate surface (i.e. the surface of the NiP surface coating 62) be extremely smooth in order that the surface of the protective overcoat 68 presents an extremely smooth interface for the head, as required in contact recording disk files.

In the preferred process for forming the NiO film 64, the substrate 60 is washed and then placed in a chamber where it is heated in air to a temperature in the range of 100–200 degrees C. for Approximately 20 to 60 minutes. The temperature must be maintained below approximately 250 degrees C., which is the temperature at which the amorphous NiP may crystallize. As a result of this oxidation process it has been found that a film consisting essentially of NiO is formed to a thickness of approximately 10–30 Angstroms on the NiP coating 64. While testing of the oxide film has confirmed that the clearly predominant constituent is NiO, other oxides, such as $NiO_2$ and $Ni_2O_3$, could also be present. By comparison, testing of the surface of the NiP coating 62 after washing indicated a native oxide layer having a thickness of approximately 15 Angstroms, but with no significant NiO.

In an alternative process for forming the NiO film 64, the oxidation is achieved by sputter etching in the presence of oxygen. The substrate 60 is placed in the vacuum chamber and the NiP surface coating 62 is sputter etched in an argon (Ar) atmosphere containing approximately 10% $O_2$. Immediately thereafter and without breaking vacuum the subsequent disk layers 66, 67, 68 are sputter deposited.

The improvement in disk coercivity by the oxidation of the NiP surface coating is illustrated in FIGS. 6 and 7. In FIG. 6, disks with different values of remanance-thickness product ($M_r t$) and with $Co_{71}Pt_5Cr_{20}$ mag-

COR-ITC005981

5,302,434

5 | 6

netic layers were fabricated on superfinished ($R_a$=7 Angstroms) substrates with and without the NiO films formed by annealing in air. As shown, there is a significant increase in coercivity for those disks having the NiO films formed by annealing in the range of 100–200 degrees centigrade for 60 minutes. For example, the coercivity of the disk with $M_r*t=0.75$ memu/cm$^2$ is increased from 900 Oe (no NiO film) to 1850 Oe when a NiO film is formed by air annealing at 150 degree C. for 60 minutes. In FIG. 7, similar disks were fabricated on superfinished substrates which had been sputter etched in a 10% O$_2$ Ar atmosphere at 750 and 1250 sputter etch voltages for 10 and 20 seconds. As shown, there is a significant increase in coercivity for the disks which had the substrates sputter etched. For example, a 10 second sputter etch increases the coercivity from 1000 Oe to 1300 Oe when done at 750 volts, and from 1000 Oe to 1850 Oe when done at 1250 volts.

It has also been found that the oxidation of the superfinished NiP coating provides other improvements in the disks. The polishing of the NiP leaves some residual scratches in the surface. These scratches can result in magnetic anisotropy with enhanced coercivity and squareness along the scratch direction. Since the residual scratches are not aligned parallel to the recording track direction, the anisotropy produces undesirable signal amplitude modulation. The formation of the NiO film on the NiP coating significantly reduces this modulation by altering the crystallographic orientation of the underlayer and magnetic layer.

While the preferred embodiments of the present invention have been illustrated in detail, it should be apparent that modifications and adaptations to those embodiments may occur to one skilled in the art without departing from the scope of the present invention as set forth in the following claims.

What is claimed is:

1. A thin film metal alloy magnetic recording disk comprising:

a substrate comprising an aluminum alloy having a nickel-phosphorous surface coating;

a film of nickel oxide formed on the nickel-phosphorous coating;

an underlayer formed on the nickel oxide film; and

a magnetic layer comprising a cobalt-based alloy formed over the underlayer.

2. A disk according to claim 1 wherein the underlayer comprises chromium or an alloy of chromium and vanadium.

3. A disk according to claim 1 including a protective overcoat formed over the magnetic layer.

4. A disk according to claim 1 wherein the nickel-phosphorous coating has an arithmetic average surface roughness of approximately 10 Angstroms.

5. A disk according to claim 1 wherein the disk has a coercivity of approximately 1800 Oersteds.

6. A thin film cobalt alloy magnetic recording disk comprising:

a substrate comprising an aluminum alloy having a nickel-phosphorous surface coating, the coating has an arithmetic average surface roughness of approximately 10 Angstroms;

a film of nickel oxide formed on the nickel-phosphorous coating;

an underlayer sputter deposited on the nickel oxide film;

a magnetic layer comprising cobalt and platinum sputter deposited on the underlayer; and

a protective overcoat formed over the magnetic layer.

7. A process for manufacturing a magnetic recording disk comprising the steps of:

providing a disk substrate of an aluminum alloy having a nickel-phosphorous surface coating, the surface of the substrate having an arithmetic average roughness ($R_a$) of approximately 10 Angstroms;

forming a film of nickel oxide directly on the nickel-phosphorous coating;

sputter depositing an underlayer onto the nickel oxide film;

sputter depositing a cobalt alloy magnetic layer onto the underlayer; and

forming a protective overcoat over the magnetic layer.

8. A process according to claim 7 wherein the step of forming the nickel oxide film further comprises sputter etching the nickel-phosphorous coating in the presence of oxygen.

9. A process according to claim 7 wherein the step of forming the nickel oxide film further comprises heating the substrate in the presence of oxygen.

10. A process according to claim 7 wherein the step of forming the nickel oxide film further comprises forming the nickel oxide film to a thickness of approximately 20 Angstroms.

11. A process according to claim 7 wherein the step of sputter depositing an underlayer comprises sputter depositing an underlayer of chromium or an alloy of chromium and vanadium.

* * * * *

COR-ITC005982

17

US005866227A

# United States Patent [19]

## Chen et al.

| [11] | Patent Number: | **5,866,227** |
|---|---|---|
| [45] | Date of Patent: | **Feb. 2, 1999** |

[54] **MAGNETIC RECORDING MEDIUM WITH PARTIALLY OXIDIZED SEED LAYER**

[75] Inventors: **Qixu Chen**, Milpitas; **Ga-Lane Chen**, Fremont, both of Calif.

[73] Assignee: **Seagate Technology, Inc.**, Scotts Valley, Calif.

[21] Appl. No.: **699,759**

[22] Filed: **Aug. 20, 1996**

[51] Int. Cl.⁶ .................................. G11B 5/66

[52] U.S. Cl. ................... 428/65.3; 428/65.4; 428/65.5; 428/336; 428/694 T; 428/694 TS; 428/694 TP; 428/900; 427/128; 427/130; 427/131; 204/192.2

[58] Field of Search ......................... 428/336, 694 T, 428/694 TP, 694 TS, 65.3, 900, 65.4, 65.5; 427/129, 130, 131; 204/192.2

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| 4,900,397 | 2/1990 | Werner | ................... 216/22 |
|---|---|---|---|
| 5,273,834 | 12/1993 | Hoover | ................. 428/694 ST |
| 5,302,434 | 4/1994 | Doerner | ................. 428/65.6 |

### OTHER PUBLICATIONS

Futamoto et al., Magnetic and Recording Characteristics of Bicrystalline Longitudinal Recording Medium Formed on an MgO Single Crystal Disk Substrate, IEEE Trans. Magn., vol. 30, No. 6, 1994, pp. 3975–3977.

Wong et al., "Investigation of CoNiCr Thin Films Deposited on [100] and [110] Cr Single Crystals," IEEE Trans. Magn. vol. 27, No. 6, Nov. 1991, pp. 4733–4735.

Mirzamaani et al., "Magnetic properties of CoPtCr thin films with <1120> crystal orientation," J. Appl. Phys. 69(8), Apr. 15, 1991, pp. 5169–5171.

Min et al., "Bicrystal advanced thin–film media for high density recording," J. Appl. Phys. 75(10), May 15, 1994, pp. 6129–6131.

Ding et al., "Microstructure and Recording Properties of Bicrystal Disks with GaAs Substrates," IEEE Trans. Magn. vol. 30, No. 6, Nov. 1994, pp. 3978–3980.

Futamoto et al., "Magnetic and Recording Characteristics of Bicrystalline Longitudinal Recording Medium Formed on an MgO Single Crystal Disk Substrate," IEEE Trans. Magn., vol. 30, No. 6, 1994, pp. 3975–3977.

Ye et al., "Modeling of thin–film media with advanced microstructure for ultrahigh density recording," J. Appl. Phys. 75(10), May 15, 1994, pp. 6135–6137.

Nolan et al., "Effect of microstructural features on media noise in longitudinal recording media," J. Appl. Phys. 73(10), May 15, 1993, pp. 5566–5568.

Peng et al., "Micromagnetic and Experimental Studies of CoPtCr Bicrystal Thin Film Media," (JA–01), Intermag Conference, San Antonio, Texas, Apr. 1995).

Hosoe et al., "Bicrystal Cluster Structure and Magnetic Properties of CoCrTa/Cr Thin Film Media," (JA–02, Intermag Conference, San Antonio, Texas, Apr. 1995).

Ding et al., "Fabrication and Recording Performances of Bicrystal Magnetic Disks on GaAs Substrates," Journal of The Magnetics Society of Japan, vol. 18, Supplement, No. S1 (1994).

Ding et al., "Experimental Study on Recording and Track Edge Characteristics of Bicrystal Thin Film Media," IEEE Trans. Magn., vol. 31, pp. 2827, 1995.

*Primary Examiner*—Leszek Kiliman
*Attorney, Agent, or Firm*—McDermott, Will & Emery

[57] **ABSTRACT**

A magnetic recording medium comprising a glass or glass–ceramic substrate is formed by sequentially depositing thereon a partially oxidized NiP seed layer, an underlayer and a magnetic layer. The partially oxidized NiP seed layer is formed by reactive sputtering in a gas mixture of argon and oxygen. The resulting magnetic recording medium exhibits low medium noise and high coercivity rendering it suitable for high density magnetic recording.

**36 Claims, 2 Drawing Sheets**



U.S. Patent    Feb. 2, 1999    Sheet 1 of 2    5,866,227



Fig. 1

COR-ITC015430



Fig. 2

COR-ITC015431

5,866,227

| 1 | 2 |

# MAGNETIC RECORDING MEDIUM WITH PARTIALLY OXIDIZED SEED LAYER

## TECHNICAL FIELD

The present invention relates to a magnetic recording medium, such as a thin film magnetic recording disk, and to a method of manufacturing the medium. The invention has particular applicability to a magnetic recording medium exhibiting low noise, high coercivity and high recording density.

## BACKGROUND ART

The requirements for high areal recording density impose increasingly greater requirements on thin film magnetic recording media in terms of coercivity, remanent squareness, low medium noise and narrow track recording performance. It is extremely difficult to produce a magnetic recording medium satisfying such demanding requirements, particularly a high density magnetic rigid disk medium for longitudinal recording.

The linear recording density can be increased by increasing the coercivity of the magnetic recording medium. However, this objective can only be accomplished by decreasing the medium noise, as by maintaining very fine magnetically noncoupled grains. Medium noise is a dominant factor restricting increased recording density of high density magnetic hard disk drives. Medium noise in thin films is attributed primarily to inhomogeneous grain size and intergranular exchange coupling. Therefore, in order to increase linear density, medium noise must be minimized by suitable microstructure control.

A conventional longitudinal recording disk medium is depicted in FIG. 1 and typically comprises a non-magnetic substrate 10 having sequentially deposited thereon a plating 11, such as a plating of amorphous nickel-phosphorous (NiP), and underlayer 12, such as chromium (Cr) or a Cr-alloy, a magnetic layer 13, typically comprising a cobalt (Co)-based alloy, and a protective overcoat 14, typically containing carbon. Conventional practices also comprise bonding a lubricant topcoat (not shown) to the protective overcoat. Underlayer 12, magnetic layer 13 and protective overcoat 14 are typically deposited by sputtering techniques. The Co-base alloy magnetic layer deposited by conventional techniques normally comprises polycrystallites epitaxially grown on the polycrystal Cr or Cr-alloy underlayer.

A substrate material conventionally employed in producing magnetic recording rigid disks comprises an aluminum-magnesium (Al—Mg) alloy. Such Al—Mg alloys are typically electrolessly plated with a layer of NiP at a thickness of about 15 microns to increase the hardness of the substrates, thereby providing a suitable surface for polishing to provide the requisite surface roughness or texture.

Werner et al., U.S. Pat. No. 4,900,397, proposed the use of Radio Frequency (RF) sputter etching to remove surface deposits on a conventional NiP coating of Al-alloy substrates, followed by oxidization, to improve adhesion of a Cr underlayer. Doerner et al., U.S. Pat. No. 5,302,434, found it difficult to obtain high coercivity on superpolished untextured NiP coated substrates, and proposed annealing in air to form a nickel oxide film on the surface of the NiP coating for enhanced coercivity. The smooth surface of the polished NiP layer was maintained through subsequent layers. The nickel oxide film was also said to reduce modulation by altering the crystallographic orientation of the underlayer and magnetic layer.

Other substrate materials have been employed, such as glasses, e.g., an amorphous glass, and glass-ceramic mate-rials which comprise a mixture of amorphous and crystalline materials. Glass-ceramic materials do not normally exhibit a crystalline surface. Glasses and glass-ceramics generally exhibit high resistance to shocks. The use of glass-based materials, such as glass-ceramic materials, is disclosed by Hoover et al., U.S. Pat. No. 5,273,834.

Conventional methods for manufacturing a magnetic recording medium with a glass or glass-ceramic substrate comprise applying a seed layer between the substrate and underlayer. Such magnetic recording media with glass or glass-ceramic substrates are commercially available from different manufacturers with different seed layer materials to reduce the effect of high thermal emissivity of such glass and glass-ceramic substrates, and to influence the crystallo-graphic orientation of subsequently deposited underlayers and magnetic layers. Such conventional seed layer materials also include NiP which is typically sputter deposited on the surface of the glass or glass-ceramic substrate at a thickness of about 500 Å. Conventional magnetic recording media comprising a glass or glass-ceramic substrate having NiP sputtered thereon also comprise, sequentially deposited thereon, a Cr or Cr-alloy underlayer at an appropriate thickness, e.g., about 550 Å, a magnetic layer such as Co—Cr-platinum (Pt)-tantalum (Ta) at an appropriate thickness, e.g., about 350 Å, and a protective carbon over-coat at an appropriate thickness, e.g., about 150 Å. Conventional Cr-alloy underlayers comprise vanadium (V) or tita-nium (Ti) . Other conventional magnetic layers are CoCrTa, CoCrPtB, CoCrPt and CoNiCr. The seed layer, underlayer, and magnetic layer are conventionally sequentially sputter deposited on the glass or glass-ceramic substrate in an inert gas atmosphere, such as an atmosphere of pure argon. A conventional protective carbon overcoat is typically depos-ited in a mixture of argon with nitrogen, hydrogen or ethylene. Conventional lubricant topcoats are typically about 20 Å thick.

Magnetic films exhibiting a bicrystal cluster microstruc-ture are expected to exhibit high coercivity, low noise and high remanent squareness. In co-pending application Ser. No. 08/586,571 filed on Jan. 16, 1996, a magnetic recording medium is disclosed comprising a glass or glass-ceramic substrate and a magnetic layer exhibiting a bicrystal cluster microstructure. The formation of a bicrystal cluster micro-structure is induced by oxidizing the surface of a seed layer so that the underlayer subsequently deposited thereon exhib-its a (200) crystallographic orientation which, in turn, induces a bicrystal cluster microstructure in a magnetic alloy layer deposited and epitaxially grown on the underlayer.

Co-pending application Ser. No. 08/586,529 filed on Jan. 16, 1996, discloses a method of manufacturing a magnetic recording medium comprising a glass or glass-ceramic sub-strate and a magnetic layer exhibiting a bicrystal cluster microstructure. The disclosed method comprises sputter depositing an NiP seed layer on a glass or glass-ceramic substrate and subsequently oxidizing the deposited NiP seed layer. The oxidized upper seed layer surface induces the subsequently deposited underlayer to exhibit a (200) crys-tallographic orientation which, in turn, induces the magnetic alloy layer deposited and epitaxially grown on the under-layer to exhibit a bicrystal cluster microstructure. The mag-netic recording media disclosed in co-pending application Ser. Nos. 08/586,571 now pending and 08/586,529 now U.S. Pat. No. 5,733,370 exhibit high coercivity, low magnetic remanence (Mr) x thickness (t) and low noise, thereby rendering them particularly suitable for longitudinal record-ing. The entire disclosures of co-pending application Ser. Nos. 08/586,571, now pending and 08/586,529, now U.S. Pat. No. 5,733,370, are incorporated by reference herein.

COR-ITC015432

5,866,227

3

There exists, however, a need to produce a magnetic rigid disk media for longitudinal recording exhibiting low medium noise and high coercivity in an efficient, cost-effective manner with high production throughput.

## DISCLOSURE OF THE INVENTION

An object of the present invention is a magnetic recording medium exhibiting low noise and high coercivity.

Another object of the present invention is a method of manufacturing a magnetic recording medium exhibiting low noise and high coercivity.

Additional objects, advantages and other features of the invention will be set forth in part in the description which follows and in part will become apparent to those having ordinary skill in the art upon examination of the following or may be learned from the practice of the invention. The objects and advantages of the invention may be realized and obtained as particularly pointed out in the appended claims.

According to the present invention, the foregoing and other objects are achieved in part by a magnetic recording medium comprising: a substrate comprising a glass or glass-ceramic material; a seed layer on the substrate; an underlayer on the seed layer; and a magnetic layer on the underlayer; wherein the seed layer is partially oxidized substantially throughout.

Another aspect of the present invention is a method of manufacturing a magnetic recording medium, which method comprises: depositing a partially oxidized seed layer on a substrate comprising a glass or glass-ceramic material; depositing an underlayer on the partially oxidized seed layer; and depositing a magnetic layer on the underlayer.

Additional objects and advantages of the present invention will become readily apparent to those skilled in this art from the following detailed description, wherein only the preferred embodiment of the invention is shown and described, simply by way of illustration of the best mode contemplated for carrying out the invention. As will be realized, the invention is capable of other and different embodiments, and its several details are capable of modifications in various obvious respects, all without departing from the invention. Accordingly, the drawings and description are to be regarded as illustrative in nature, and not as restrictive.

## BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 schematically depicts a conventional magnetic recording medium structure.

FIG. 2 schematically depicts a magnetic recording medium structure in accordance with the present invention.

## DESCRIPTION OF THE INVENTION

The present invention constitutes an improvement over the method disclosed in co-pending application Ser. No. 08/586,529, now U.S. Pat. No. 5,733,370, wherein a seed layer is sputter deposited on a glass or glass-ceramic substrate and subsequently oxidized to control the crystallographic orientation of a subsequently deposited underlayer. The present invention comprises a magnetic recording medium having a glass or glass-ceramic substrate and having sequentially deposited thereon a seed layer, Cr-containing underlayer exhibiting a (200)-dominant crystallographic orientation and magnetic layer exhibiting a (11$\overline{2}$0)-dominant crystallographic orientation. As used throughout this application, the expression "(200)-dominant crystallographic orientation" with respect to a Cr-containing

4

underlayer denotes that the ratio of the number of Cr grains exhibiting a (200) crystallographic orientation to the number of Cr grains exhibiting a (110) crystallographic orientation is greater than 5, as determined by X-ray diffraction curves. The present invention advantageously achieves a ratio of the number of Cr grains exhibiting a (200) crystallographic orientation to the number of Cr grains exhibiting a (110) crystallographic orientation greater than 7. As used throughout this application, the expression"(11$\overline{2}$0)-dominant crystallographic orientation" in the context of a Co-alloy magnetic layer denotes that the number of Co-alloy grains exhibiting a (11$\overline{2}$0) crystallographic orientation to the number of Co-alloy grains exhibiting (10$\overline{1}$1) and (10$\overline{1}$0) crystallographic orientations is greater than 5, as determined by X-ray diffraction curves. The present invention also advantageously achieves a ratio of the number of Co-alloy grains exhibiting a (11$\overline{2}$0) crystallographic orientation to the number of Co-alloy grains exhibiting (10$\overline{1}$1) and (10$\overline{1}$0) crystallographic orientations is greater than 7. The present invention further provides an efficient, cost-effective method for manufacturing such a magnetic recording medium, thereby significantly increasing production throughput and reducing equipment cost. The present invention comprises depositing a seed layer which is partially oxidized substantially throughout, thereby obviating a separate surface oxidation step. Thus, the seed layer of the inventive magnetic recording medium is deposited in a partially oxidized state throughout vis-à-vis the separately formed surface oxide layer disclosed in co-pending application Ser. No. 08/586, 529, now U.S. Pat. No. 5,733,370.

As employed throughout the present specification and claims, the expression "partially oxidized substantially throughout" is intended to denote that substantially the entire seed layer contains oxides vis-à-vis only the upper surface thereof. Thus, the structure of the seed layer of the present invention differs from that in co-pending applications Ser. Nos. 08/586,571 now pending and 08/586,529, now U.S. Pat. No. 5,733,370, wherein the outer surface of the seed layer is oxidized. The oxidation step is performed subsequent to sputter depositing the seed layer.

In an embodiment of the present invention, a seed layer, such as NiP or Ta, is reactively sputter deposited directly on a glass or glass-ceramic substrate in an atmosphere containing oxygen, such as an atmosphere comprising a gas mixture of an inert gas, e.g., argon, and oxygen. The inventive method comprising depositing a partially oxidized seed layer can easily be integrated into conventional sputter deposition systems for producing magnetic recording media without extensive apparatus modification or increased costs.

The present invention further comprises sequentially depositing an underlayer, magnetic layer, and protective overcoat on the partially oxidized seed layer. The underlayer, magnetic layer and protective overcoat are typically sputter deposited in an inert gas-containing atmosphere, such as argon. When depositing a protective carbon overcoat, the inert gas-containing atmosphere typically comprises argon and ethylene, hydrogen or nitrogen.

Accordingly, the present invention comprises a magnetic recording medium as depicted in FIG. 2, having a glass or glass-ceramic substrate 20, with a partially oxidized seed layer 21, such as NiP, deposited thereon. The inventive magnetic recording medium further comprises a sequentially deposited underlayer 22, magnetic layer 23 and protective overcoat 24. In accordance with the present invention, a lubricant topcoat (not shown) can also be bonded to protective overcoat 24. As in conventional magnetic recording media, the underlayer can comprise Cr or a

COR-ITC015433

5,866,227

| 5 | 6 |

Cr-alloy, such as an alloy of Cr with V or Ti. However, the seed layer of the present invention is partially oxidized substantially throughout and, hence, advantageously enables the subsequently deposited underlayer having a cubic structure to exhibit a (200)-dominant crystallographic orientation. In conventional magnetic recording media with glass or glass-ceramic substrates, such as that depicted in FIG. 1, the underlayer exhibits a (110) crystallographic orientation. The formation of an underlayer having a (200)-dominant crystallographic orientation, as in the present invention, advantageously enables the epitaxial growth thereon of a magnetic alloy layer exhibiting a (1120)-dominant crystallographic orientation. Accordingly, an epitaxially grown Co-base magnetic alloy magnetic layer of the present invention is dominated by a (1120) crystallographic orientation; whereas the magnetic alloy layer of the conventional magnetic recording medium with a glass or glass-ceramic substrate depicted in FIG. 1 is dominated by the (1010) or (1011) crystallographic orientation.

The magnetic recording media of the present invention advantageously exhibit significantly lower medium noise than conventional magnetic recording media with glass or glass-ceramic substrates, such as that illustrated in FIG. 1. The magnetic recording media of the present invention also exhibit a high coercivity even at a low Mrt and, hence, are particularly suitable for high density magnetic recording. Moreover, the inventive method comprising depositing a seed layer which is partially oxidized substantially throughout advantageously reduces dwell time and significantly increases production throughput in a cost-effective, efficient manner.

EXAMPLES

A conventional magnetic recording medium (Sample A) was prepared comprising a glass-ceramic substrate having sequentially sputter deposited thereon a NiP layer, Cr underlayer, CoCrPtTa magnetic alloy layer, and protective carbon overcoat. A second magnetic recording medium representing the present invention (Sample B) was prepared comprising a glass-ceramic substrate having sequentially deposited thereon a NiP layer partially oxidized substantially throughout by reactive sputtering, Cr underlayer, CoCrPtTa magnetic alloy layer, and protective carbon overcoat. A substrate bias was not employed in preparing either Sample A or Sample B. For both Samples A and B, the magnetic alloy contained 15% Cr, 11% Pt, 4% Ta, and the balance Co. The deposition power and film thickness of each of the underlayer, magnetic alloy layer and protective overcoat of each of Sample A and Sample B were identical. The argon pressure during deposition of the Cr underlayer and magnetic alloy layer was 10 mill Torr for both Sample A and Sample B.

The NiP layer of Sample A and the partially oxidized NiP layer of Sample B were deposited at the same power of 3.6 kilo Watts, same pallet speed of 2 fpm (feed per minute) in a pass-by sputtering system, and same gas pressure of 10 mill Torr. The NiP seed layer of Sample A was deposited in argon; whereas, the partially oxidized NiP seed layer of Sample B was deposited in a mixture of argon and 0.5% oxygen by volume. Each of Sample A and Sample B exhibited a similar remanent coercivity (Hcr) of about 2500 Oersteds, and an Mrt of about 1.0 memu/cm² measured with a remanent moment magnetometer (RMM). The partially oxidized NiP layer of Sample B was analyzed with secondary ion mass spectrometry (SIMS) and found to contain oxides which were primarily PO₂ and PO₃.

The Cr underlayer of Sample A exhibited a (110) crystallographic orientation; whereas, the Cr underlayer of

Sample B exhibited a (200) crystallographic orientation as determined by x-ray diffraction patterns. The recording performances of Sample A and Sample B were evaluated using a Guzik 1601 read-write analyzer (RWA) with a Guzik 1701 spinstand. An inductive head with a write track width of 2.9 μm and a gap length of 0.5 μm was employed in the writing process. A magnetoresistive head with a read track width of 2.4 μm and shield to shield spacing of 0.354 μm was employed for playback.

The medium transition noise was measured by integrating the noise power spectrum over a bandwidth of 60 MHz and subtracting DC (direct current) noise and the noise from the electronics and spindle.

The magnetic properties measured with RMM and the recording performances of Sample A and Sample B, as well as additional Sample C and Sample B2, were measured at 149.5 thousands of flux reversal per inch (kfci) and are reported in Table 1 below.

TABLE 1

| Samples | SNR (dB) | OW (dB) | PW₅₀ (n second) | Hcr (Oersted) | Mrt (memu/cm²) |
|---|---|---|---|---|---|
| B | 8.8 | 35.1 | 25.6 | 2555 | 1.02 |
| B2 | 10.4 | 37.0 | 24.9 | 2535 | 1.02 |
| C | 9.4 | 36.1 | 25.6 | 2555 | 0.96 |
| A | 3.6 | 35.0 | 25.8 | 2510 | 0.99 |

In Table 1 above: SNR denotes the signal-to-medium noise ratio; OW denotes overwrite; and PW₅₀ denotes the pulse width at half maximum of the signal output and is expressed in nano seconds. Sample B2 was fabricated under process conditions similar to those employed in preparing Sample B, except that the deposition power and film thickness of the partially oxidized NiP layer of Sample B2 were about half those employed in preparing Sample B. Sample C was prepared under conditions similar to those employed in preparing Sample B. except that the NiP layer of Sample B was initially sputter deposited in argon, and the surface of the sputter deposited NiP layer subsequently oxidized in a mixture of argon and oxygen prior to depositing the Cr underlayer thereon.

It is apparent from the results reported in Table 1, that Sample B of the present invention exhibits an SNR in excess of conventional Sample A, and is competitive with Sample C. Sample B2 exhibits further improvements in terms of SNR, OW and PW₅₀ derived from optimizing process variables.

Accordingly, the present invention comprises a magnetic recording medium having a significantly improved SNR by virtue of sputter depositing a seed layer partially oxidized substantially throughout, such as an NiP layer. The subsequently deposited Cr or Cr-alloy underlayer exhibits a (200)-dominated crystallographic orientation which induces a subsequently deposited magnetic layer to exhibit a (1120)-dominant crystallographic orientation, with an attendant increase in SNR. The substrates employed in the present invention can advantageously comprise any of various glass or glass-ceramic materials, such as those previously been employed as substrates for magnetic recording medium. Glass-ceramic materials are typically formed by a heat treatment of the surface to form a thin crystallized layer of ceramic thereon. Some forms of conventional glass-ceramic material are referred to as "Ohara glass."

The underlayer employed in the present invention can comprise any of various materials conventionally employed as an underlayer in the production of magnetic recording

COR-ITC015434

5,866,227

7

media, such as Cr, CrV or CrTi. It has been found that an underlayer thickness of about 100 Å to about 2000 Å, such as about 550 Å, is suitable.

The magnetic layer of the present invention can comprise any magnetic alloy conventionally employed in the production of magnetic recording media. Such alloys include, but are not limited to, Co-based alloys such as CoCr, CoCrTa, CoNiCr, CoCrPtTa, CoCrPt, CoNiPt, CoNiCrPt and CoCrPtB. The thickness of the magnetic layer is consistent with the thickness of magnetic layers of conventional magnetic recording media. A Co-base alloy having a thickness of about 100 Å to about 1000 Å, such as about 200 Å to 500 Å, has been found suitable.

As in conventional magnetic recording media, a protective overcoat can be deposited on the magnetic layer by any conventional means, such as sputtering. Protective overcoats can comprise Zirconium oxide ($ZrO_2$), carbon, including hydrogenated carbon, silicon carbide (SiC), or a carbon nitride (CN). The protective overcoat is provided in a thickness suitable to protect the underlying layers. An overcoat having a thickness of about 50 Å to about 300 Å, such as about 100 Å to 200 Å has been found suitable.

As in conventional magnetic recording media, a layer of a lubricant can be applied on and bonded to the overcoat. The lubricant topcoat can be provided in any suitable thickness. A lubricant thickness of about 5 Å to 50 Å, such as about 10 Å to about 20 Å, has been found suitable.

The magnetic recording media produced in accordance with the present invention typically exhibit a coercivity greater than about 2000 Oersteds and an Mrt of about 0.4 to about 3.0 memu/cm². The apparatus employed in the present invention can be any of those sputtering apparatus conventionally employed in the production of magnetic recording medium. In sputter depositing a partially oxidized NiP layer in accordance with the present invention, a target containing nickel with about 15 at. % to about 25 at. % of phosphorous can be employed in a chamber comprising a gas mixture of argon and about 0.1% to about 10% by volume of oxygen. The resulting partially oxidized NiP layer typically comprises nickel, about 15 at. % to about 25 at. % of phosphorous and about 0.03 at. % to about 58 at. % of oxygen. Oxides are present substantially throughout the partially oxidized NiP layer of the present invention and may comprise $PO_2$ and $PO_3$.

The present invention is not limited to the specific examples disclosed, herein or the particular materials previously exemplified or mentioned. The magnetic recording media of the present invention can comprise any of various types of glass or glass-ceramic substrates, and various types of magnetic alloy layers, including various Co-based alloy magnetic layers. The underlayer of the present magnetic recording media is not limited to Cr, but can comprise various other materials, including metals exhibiting a cubic polycrystal structure. The magnetic recording media of the present invention enjoy utility in various applications, particularly applications wherein high density is required, such as a magnetic rigid disk medium for longitudinal recording.

Only certain embodiments of the invention and but a few examples of its versatility are shown and described in the present disclosure. It is to be understood that the invention is capable of use in various other combinations and environments and is capable of changes or modifications within the scope of the inventive concept as expressed herein.

We claim:

1. A magnetic recording medium comprising:
   a substrate comprising a glass or glass-ceramic material;

8

   a seed layer on the substrate;
   an underlayer on the seed layer; and
   a magnetic layer on the underlayer; wherein
   the seed layer is partially oxidized substantially throughout.

2. The magnetic recording medium according to claim 1, wherein the partially oxidized seed layer is partially oxidized as deposited by reactive sputtering in an atmosphere comprising oxygen.

3. The magnetic recording medium according to claim 1, in the form of a thin film disk.

4. The magnetic recording medium according to claim 1, wherein the seed layer comprises NiP or Ta.

5. The magnetic recording medium according to claim 4, wherein the seed layer comprises NiP.

6. The magnetic recording medium according to claim 1, further comprising a protective overcoat on the magnetic layer.

7. The magnetic recording medium according to claim 6, further comprising a lubricant topcoat on the protective overcoat.

8. The magnetic recording medium according to claim 5, wherein the magnetic layer comprises a cobalt-based alloy.

9. The magnetic recording medium according to claim 8, wherein the cobalt-based alloy is selected from the group consisting of Co—Cr—Ta, Co—Cr—Pt—Ta, Co—Cr—Pt, Co—Ni—Cr, and Co—Cr—Pt—B.

10. The magnetic recording medium according to claim 8, wherein the partially oxidized NiP layer comprises Ni, about 15 at. % to about 25 at. % P, and about 0.03 at. % to about 58 at. % oxygen.

11. The magnetic recording medium according to claim 10, wherein the partially oxidized NiP layer comprises $PO_2$ and $PO_3$.

12. The magnetic recording medium according to claim 11, wherein the thickness of the seed layer is about 100 Å to about 2000 Å; the thickness of the underlayer is about 100 Å to about 2000 Å, and the thickness of the magnetic layer is about 100 Å to about 1000 Å.

13. The magnetic recording medium according to claim 1, wherein the underlayer comprises Cr or a Cr-alloy.

14. The magnetic recording medium according to claim 13, wherein the Cr-alloy comprises Cr and V or Ti.

15. The magnetic recording medium according to claim 1, which has a coercivity greater than about 2000 Oersteds, and an Mrt of about 0.4 to about 3.0 memu/cm².

16. The magnetic recording medium according to claim 1, wherein the magnetic layer has a (11$\overline{2}$0)-dominant crystallographic orientation.

17. The magnetic recording medium according to claim 16, wherein the underlayer has a (200)-dominant crystallographic orientation.

18. The magnetic recording medium according to claim 1, wherein the magnetic layer comprises a cobalt alloy and the ratio of the number of cobalt alloy grains exhibiting a (11$\overline{2}$0) crystallographic orientation to the number of cobalt alloy grains exhibiting (10$\overline{1}$1) and (10$\overline{1}$0) crystallographic orientations is greater than 7.

19. The magnetic recording medium according to claim 17, wherein the underlayer comprises chromium and the ratio of the number of chromium grains exhibiting a (200) crystallographic orientation to the number of chromium grains exhibiting a (110) crystallographic orientation is greater than 7.

20. A method of manufacturing a magnetic recording medium, which method comprises:
   depositing a partially oxidized seed layer on a substrate comprising a glass or glass-ceramic material;

5,866,227

| 9 | 10 |

depositing an underlayer on the partially oxidized seed layer; and

depositing a magnetic layer on the underlayer.

21. The method according to claim 20, wherein the magnetic recording medium is in the form of a thin film disk.

22. The method according to claim 20, further comprising depositing a protective overcoat on the magnetic layer.

23. The method according to claim 22, further comprising depositing a lubricant topcoat on the magnetic layer.

24. The method according to claim 20, comprising depositing a partially oxidized seed layer containing NiP or Ta.

25. The method according to claim 24, comprising depositing a partially oxidized seed layer containing NiP.

26. The method according to claim 25, comprising sputter depositing the partially oxidized NiP seed layer in an atmosphere containing oxygen.

27. The method according to claim 26, wherein the atmosphere further comprises an inert gas.

28. The method according to claim 27, comprising sputter depositing the partially oxidized NiP seed layer employing an NiP target containing about 15 at. % to about 25 at. % P in a gas mixture comprising argon and about 0.1% to about 10% by volume of oxygen.

29. The method according to claim 26, comprising sputter depositing an underlayer containing Cr or a Cr-alloy.

30. The method according to claim 29, wherein the Cr-alloy contains Cr and V or Ti.

31. The method according to claim 26, comprising sputter depositing a magnetic layer containing a Co-based alloy selected from the group consisting of Co—Cr—Ta, Co—Cr—Pt—Ta, Co—Cr—Pt, Co—Ni—Cr, and Co—Cr—Pt—B.

32. The method according to claim 20, wherein the deposited magnetic layer is a Co-based alloy and has a ($11\bar{2}0$)-dominant crystallographic orientation.

33. The method according to claim 32, wherein the underlayer exhibits a cubic structure and a (200)-dominant crystallographic orientation.

34. The method according to claim 20, wherein the magnetic layer comprises a cobalt alloy and the ratio of the number of cobalt alloy grains exhibiting a ($11\bar{2}0$) crystallographic orientation to the number of cobalt alloy grains exhibiting ($10\bar{1}1$) and ($10\bar{1}0$) crystallographic orientations is greater than 7.

35. The method according to claim 33, wherein the underlayer comprises chromium and the ratio of the number of chromium grains exhibiting a (200) crystallographic orientation to the number of chromium grains exhibiting a (110) crystallographic orientation is greater than 7.

36. The method according to claim 26, wherein substantially the seed layer is partially oxidized substantially throughout.

* * * * *