20

# High Coercivity and Low Noise Media Using Glass Substrate

Xiaoxia Tang, Bill Reed, Robert Zubeck,
Dennis Hollars, Keith Goodson
Conner Disk Division, 311 Turqoise Street, Milpitas, CA 95035

*Abstract-* To improve the recording performance of magnetic media on a glass substrate, we have investigated the effect of coating a glass substrate with additional thin reactive films before sputtering conventional Cr and Co alloy films. $NiP_3$, $TiSi_2$, Cr, or C were used for reactive layers. With a proper reactive layer, the optimized glass substrate media had a coercivity equivalent to textured Al substrate media and noise lower than Al textured media. Macromagnetic performance and read-write performance were evaluated. The correlation of magnetic performance with film microstructure was determined using XRD, TEM, and AFM characterization techniques.

## INTRODUCTION

Glass substrates are considered to be superior to aluminum substrates for lower flying height and better mechanical performance. However, several technical problems make it hard to achieve high coercivity and low noise media on glass substrates [1]. Glass has poor thermal conductivity and high emissivity, and insufficient glass substrate temperature results in a lower coercivity and higher noise for CoCr family alloys. Crystallographic orientation of Cr and Co alloys on glass also differs from that on Al/NiP textured substrate [1,2]. Preferential epitaxial growth of Cr(200)/Co(11.0) was found for Al/NiP textured substrates [3-6]. With c-axis of Co alloy in the plane, the film has high coercivity and high squareness. But the preferential orientation of Co alloy on glass changes to (10.1) with c-axis not in the film plane. The other issue for glass substrates is its gas contaminants. However, presputtering a proper reactive layer on glass can help maintain the substrate temperature and crystallographic orientation of Co alloys. Presputtering also isolates the subsequent Cr/Mag. layer from glass contaminants. Ti, Cr, and $Ni_3P$ were used to improve the coercivity [1,2,7]. However, with $Ni_3P$ sublayer the modulation of coercivity distribution on glass substrate is too high for use [7]. The increase of coercivity by Cr sublayer without bias is not enough to bring the coercivity of glass substrate equivalent to Al substrate. In this work, we have investigated two new materials, $TiSi_2$ and C for a reactive film. Without bias, $TiSi_2$ and C gave higher and more uniform coercivity compared to Cr and $Ni_3P$. We also optimized the sputtering process for Cr and $Ni_3P$ reactive layers. By applying bias in process, higher coercivity was obtained with Cr sublayer. Dual reactive layers of $Ni_3P$/Cr improved the coercivity modulation compared to single $Ni_3P$ sublayer. With the proper reactive layer and

process, a low noise media with 2000-2400 Oe coercivity and Mrt = 2.0 memu/$cm^2$ can be achieved on glass substrate.

## EXPERIMENTAL

Smooth soda-lime glass substrates were used with a form-factor of 65 mm x 35 mil. All the films were deposited by an in-line DC magnetron sputtering system with a base pressure of $-3 \times 10^{-7}$ Torr and a sputtering pressure of 10 mTorr. Glass substrate was preheated by quartz lamps before sputtering, and reheated after sputtering a single layer or dual layers of reactive films. The thickness of each reactive films was usually about 500 to 1000°A. 1000°ACr, 300°A CoCrPtTa, and 300°A protective C were sputtered subsequently after the second heating. The second heating after the reactive layer improved magnetic performance distinctively. The substrate temperature after second heating was as high as 250°C. For the samples without bias, all the films were deposited continuously in vacuum chamber. The samples with bias were exposed to air after reactive-layer deposition.

Media macromagnetic properties were evaluated by a Vibrating Sample Magnetometer (VSM). XRD was used to investigate the crystallographic orientation of all the films. Cr and CoCrPtTa microstructure and growth morphology were investigated by TEM and AFM.

The recording performance was evaluated by a 501 Guzik tester. The signal was recorded at 64 kfci and 516 IPS with an inductive head with 0.25 um gap length and 4.5 um track width. The noise was determined by integrating the noise power spectrum over 24 MHz bandwidth after removing signal peaks. The contributions of head and electronics noise are subtracted from the total integrated noise power to determine the media noise power, the square root of which yields the media noise voltage Nm.

## RESULTS

With different reactive layers, media on glass substrates showed different magnetic performance as listed in Table I and Table II. Sample A was made by sputtering 1000°A Cr and 300°A CoCrPtTa directly on a bare glass substrate. 1300 Oe coercivity and 20 dBm signal to noise ratio were obtained for Mrt = 2 memu/$cm^2$. This SNR is not enough for high density recording. Samples B, C, and D in Table I and II had an additional thin layer of either Cr, C, or $TiSi_2$ before sputtering Cr/CoCrPtTa. All the reactive layers used here increase coercivity, especially $TiSi_2$. A 530 Oe coercivity increase was obtained by using $TiSi_2$ as a reactive layer.

0018-9464/94$4.00 © 1994 IEEE

3964

Using a reactive layer, media noise is also reduced compared to bare glass substrate. However, the improvement of media noise does not follow the trend of coercivity increase. With $TiSi_2$ as a reactive layer, coercivity increases 530 Oe, and SNR ratio only increases 2dBm. While Cr reactive layer increases SNR about 4.4 dBm, even though coercivity only increases less than 200 Oe. C ranks between $TiSi_2$ and Cr for both coercivity increase and noise reduction.

Table I Magnetic properties of glass media with different reactive layers

| Disk | Substrate layers | Reactive Bias | DC bias (-v) | Hc (Oe) | Mrt (memu /cm²) | Mrt OR |
|------|------|------|------|------|------|------|
| A | Glass | None | 0 | 1300 | 2.00 | 1 |
| B | Glass | Cr | 0 | 1450 | 1.98 | 1 |
| C | Glass | $TiSi_2$ | 0 | 1650 | 2.08 | 1 |
| D | Glass | $TiSi_2$ | 0 | 1830 | 2.08 | 1 |
| E | Glass | $TiSi_2$/C | 0 | 1950 | 2.05 | 1 |
| F | Glass | $Ni_3P$ | 0 | 1600-1900 | 1.6-2.1 | 0.89-1.14 |
| G | Glass | Cr | -200 | 1980 | 2.08 | 1. |
| H | Glass | $TiSi_2$ | -200 | 2140 | 1.98 | 1 |
| I | Glass | $Ni_3P$ | -200 | 1900-2400 | 1.7-2.3 | 0.88-1.14 |
| J | Glass | $Ni_3P$/Cr | -200 | 2200 | 2.05 | 1 |
| K | Al/Tex | none | -200 | 2180 | 2.25 | 1.36 |

Table II Recording Data for glass media with different reactive layers

| Disk | Substrate Layers | Reactive Bias | DC bias (-v) | TAA @16.5MHz (uv) | Nm (relative) (mv) | SNR (dBm) |
|------|------|------|------|------|------|------|
| A | Glass | None | 0 | 204 | 6.54 | 20.0 |
| B | Glass | Cr | 0 | 203 | 3.89 | 24.4 |
| C | Glass | C | 0 | 220 | 4.68 | 24.2 |
| D | Glass | $TiSi_2$ | 0 | 210 | 5.36 | 22.1 |
| E | Glass | $TiSi_2$/C | 0 | 213 | 4.56 | 23.6 |
| F | Glass | $Ni_3P$ | 0 | 195 | 3.90 | 24.2 |
| G | Glass | Cr | -200 | 217 | 3.30 | 26.5 |
| H | Glass | $TiSi_2$ | -200 | 199 | 4.74 | 23.3 |
| I | Glass | $Ni_3P$ | -200 | 233 | 3.54 | 26.5 |
| J | Glass | $Ni_3P$/Cr | -200 | 220 | 3.45 | 26.3 |
| K | Al/Tex | none | -200 | 250 | 3.79 | 26.5 |

Interestingly, dual reactive layers of $TiSi_2$/C take advantages of both reactive films and give both high coercivity and low noise. Sample E was made with a sputtering sequence of $TiSi_2$/C/Cr/CoCrPtTa, 120 Oe more coercivity can be achieved compared to single $TiSi_2$ layer. The noise for sample E is low like the sample C because its nearest layer to Cr/CoCrPtTa is carbon as in sample C.

Bias is good for high coercivity and low noise no matter which reactive layer is used. With -200v bias, coercivity increases about 500 Oe compared to no bias for media with Cr reactive layer. SNR increases 2 dBm. For the media with Cr as a reactive film and with bias, both high coercivity and low noise performance can be achieved.

$Ni_3P$ is also a good reactive layer material. With $Ni_3P$ as a reactive layer, coercivity increases at both cases with bias and

without bias as shown in Table 1. Media noise of sample I in Table II is also very low and equivalent to sample G, which has Cr for the reactive layer. A twice-around modulation was found on the media with $Ni_3P$ as a reactive layer, which differed from other reactive materials as indicated in Fig. 1. With increasing sputtering pressure, no improvement in modulation was achieved. With dual reactive layers of $Ni_3P$/Cr, in sample J, the modulation disappears (Fig. 1). It was also found that there is a similar coercivity modulation when Cr/CoCrPtTa is sputtered on Al/$Ni_3P$ polished substrate. Therefore, the modulation of sample I is related to the growth morphology of underlayer Cr on $Ni_3P$. The coercivity modulation came from the variation of orientation ratio with disk position as shown in Table 1. But coercivity modulation did not follow the rule by magnetic field of dc magnetron as in Fig. 1. The stress induced by thermal mismatch during heating may cause the orientation change.



Fig. 1. Coercivity variation vs disk position at a fixed radius for samples C, D, G, I, and J, defined in Table I.

To investigate the effect of reactive layers on the crystallographic orientation of Cr and CoCrPtTa , XRD was carried out on the samples in Table I. Fig. 2 gives the XRD spectra for the samples B, D, and G. In XRD patterns for all glass substrate disks, a strong peak of Cr (110) and weak peak of Cr (200) were found, indicating the preferential orientation of Cr (110). Cr on Al substrate has Cr (200) preferential orientation. CoCrPtTa crystallographic orientation varied with reactive layers and bias conditions even though Cr grows in the same way. Sample B with a Cr reactive layer and no bias has a lower coercivity. It has a strong peak of Co (10.1) in Fig. 2a. Sample G with a Cr reactive layer and bias has a strong peak of Co(10.0) in the XRD spectrum of Fig. 2b, so does the high coercivity sample D with the $TiSi_2$ reactive layer as in Fig. 2c. The high coercivity is related to the c-axis orientation of Co alloy. The film with Co (10.1) preferential orientation tends to have c-axis out of the film plane, so it has a lower coercivity. The film with Co(10.0) preferential orientation tends to have c-axis in the plane, and high

coercivity is achieved. XRD also showed that CoCrPtTa sputtered on an Al textured disk has a preferential orientation of Co(11.0), which also implies the c-axis in the plane.

grain size about 200-250°A with clear grain boundaries. The high noise media of sample D has a big grain size of 400-500°A without clear grain boundaries. The exchange coupling and inter grain interaction plays a big role in media noise.



Fig. 2. XRD spectra for glass substrate media with a reactive layer of a) Cr without bias, Hc=1450 Oe, b) Cr with bias, Hc=1980 Oe, c) TiSi₂ without bias, Hc=1830 Oe.



Fig. 4 TEM micrographs for glass substrate media with a reactive layer of a) Cr with bias (SNR = 26.5 dBm), b)TiSi₂ (SNR = 23.3 dBm)

## CONCLUSION

This work has shown that significant reductions in media noise and increases in coercivity for glass substrate media can be achieved by presputtering reactive layers. TiSi₂, Ni₃P, C, Cr, TiSi₂/C, and Ni₃P/Cr have been tried as reactive materials. The mechanism for coercivity increase by a proper reactive layer and bias is the change of the preferential orientation of CoCrPtTa from Co(10.1) to Co(10.0). With Cr or Ni₃P/Cr as a reactive layer and with bias, media noise is lower. The reduction of media noise is due to smaller grain size and reduced grain interaction.



Fig. 3. AFM images a) samples D (high media noise). and b). sample G (low media noise)

Fig. 3a shows AFM photograph for sample D with TiSi₂ reactive layer. Fig. 3b is AFM photograph for sample G with Cr reactive layer. Surface roughness change was noticed in the films. With Cr as reactive layer, the film has a lumpier surface, so it results in films with reduced inter grain magnetic coupling and lower noise film [8,9,10,]. Fig.4a-b are TEM images for these two samples. It clearly shows the differences in grain growth between the media with TiSi₂ or Cr as reactive layers. The low noise media of sample G has small

REFERENCE

[1] Hsiao-chu Tsai, IEEE Trans Magn. 29, 241, (1993)
[2] T. Kogure, S. Katayama, and N. Ishii, J. Appl. Phys. 67(9), 4701, (1990)
[3] D. E. Langlin and B. Y. Wong, IEEE Trans. Magn. 27, 4713 (1991)
[4] A. Kawamoto, F. Hikami, J. Appl. Phys. 69(8), 5151, (1991)
[5] R. Nishikawa, T. Hikosaka, K. Igarashi and M. Kanamaru, IEEE Trans. Magn. 25, 3890, (1989)
[6] K. E. Johnson, P. R. Ivett, D. R. Timmons, M. Mirzamaani, S. E. Lambert and T. Yogi, J. Appl. Phys. 67, 4686 (1990)
[7] H. Tsai, M. S. Miller and A. Eltoukhy, IEEE Trans. Magn. 28, 3093, (1992)
[8] T. P. Nolan, R. Sinclair, R. Ranjan and T. Yamashita, IEEE Trans. Magn. 29, 292, (1993)
[9] J. H. Judy, IEEE Trans. Magn. 29, 209, (1993)
[10] K. E. Johnson, J. B. Mahlke, K. J. Schulz, and A. Wall, IEEE Trans. Magn. 29, 215, (1993)

23

US005789090A

# United States Patent [19]

Okumura et al.

[11] Patent Number: 5,789,090

[45] Date of Patent: Aug. 4, 1998

[54] METALLIC THIN-FILM MAGNETIC RECORDING MEDIA

[75] Inventors: Yoshinobu Okumura, Takarazuka; Masahiko Yasui, Neyagawa; Tadashi Akita, Ibaraki; Makoto Mineda, Itami, all of Japan

[73] Assignee: StorMedia, Inc., Santa Clara, Calif.

[21] Appl. No.: 692,491

[22] Filed: Aug. 6, 1996

[30] Foreign Application Priority Data

| Feb. 5, 1996 | [JP] | Japan | 8-018701 |
| Jul. 4, 1996 | [JP] | Japan | 8-174842 |

[51] Int. Cl.⁶ ............................................ G11B 5/66

[52] U.S. Cl. .................. 428/694 T; 428/694 TS; 428/694 TP; 428/900; 204/192.2

[58] Field of Search ................ 428/900 T, 694 TS, 428/900; 204/694 TP, 192.2

[56] References Cited

### U.S. PATENT DOCUMENTS

| 4,652,499 | 3/1987 | Howard | 428/641 |
| 4,735,853 | 4/1988 | Okudaira | 428/336 |
| 4,743,491 | 5/1988 | Asada et al. | 428/213 |
| 5,037,515 | 8/1991 | Tsai et al. | 204/192.15 |
| 5,302,434 | 4/1994 | Doerner et al. | 428/65.6 |
| 5,413,873 | 5/1995 | Mirzamani | 428/611 |
| 5,436,047 | 7/1995 | Howard et al. | 428/64.2 |

### FOREIGN PATENT DOCUMENTS

| 4-241222 | 8/1992 | Japan . |
| 4-255908 | 10/1992 | Japan . |
| 4-255909 | 10/1992 | Japan . |

### OTHER PUBLICATIONS

"Side Writing Phenomena in Narrow Track recording", Jian-Gang Zhu and Xiao-Guang Ye; Dept. of Electrical Eng.,Univ. of Minnesota; IEEE Transactions on Magnetics, vol. 28, No. 5, Sept. 1992, pp. 2716–2718.

"Oxidation of Seed-Layer for Improved Magnetics & Recording Performance of Thin–Film Rigid Discs ", Nader Mahvan, Ekhan Ziera, Atef Elroukhy; Nashua Computer Products, IEEE Transactions On Magnetics, vol. 29, No. 6, Nov. 1993, pp.3691 –3693.

"NiAl Underlayers For CocrTa Magnetic Thin Films", Li–Lien Lee, David E. Laughlin, David N. Lambeth, Dept. of Elect. & Computer Eng.; Data Storage Systems Center; IEEE Transactions On Magnetics, vol. 30, No. 6, Nov. 1994 pp. 3951 –3953.

"Effects of Cr Intermediate Layers on CoCrPt Thin Media on NiAl Underlayers Li–Lien Lee et al.; Data Storage Systems Center, Pittsburgh, PA USA; IEEE Transactions On Magnetics, vol. 31, No. 6 1995, pp 2728 –2730.

*Primary Examiner*—Leszek Kiliman
*Attorney, Agent, or Firm*—Armstrong ,Westerman, Hattori, Mcleland & Naughton

[57]     ABSTRACT

A metallic thin-film magnetic recording medium which is enhanced in coercive force, diminished in nonlinear waveform interference through controlled magnetic anisotropy and adapted to a higher recording density. A seed layer of a crystalline Cr—Ni alloy is formed between the substrate of the medium and a Cr ground layer, whereby the crystal orientation of a magnetic layer is substantially (100) orientation. The crystalline alloy includes an alloy consisting essentially of 36 to 46 atomic % of Ni and the balance substantially Cr, or an alloy consisting essentially of 36 to 46 atomic % of Ni, 0.5 to 3 atomic % of W or Mo or combination thereof and the balance substantially Cr.

7 Claims, 10 Drawing Sheets



## FIG.1



## FIG.2



COR-ITC017371

# FIG.3



COR-ITC017372

FIG.4



COR-ITC017373



FIG.5

COR-ITC017374

# FIG.6



NI CONCENTRATION (ATOMIC%)
OF CRYSTALLINE Cr-Ni SEED LAYER

COR-ITC017375



FIG.7

COR-ITC017376



FIG.8

COR-ITC017377



COR-ITC017378



FIG.10

COR-ITC017379

# FIG.11

### PRIOR ART



COR-ITC017380

5,789,090

| 1 | 2 |

# METALLIC THIN-FILM MAGNETIC RECORDING MEDIA

## FIELD OF THE INVENTION

The present invention relates to magnetic recording media for use in magnetic disk devices such as hard disks, and more particularly to metallic thin-film magnetic recording media which are outstanding in magnetic characteristics and recording-reproduction characteristics.

## DESCRIPTION OF THE RELATED ART

With reference to FIG. 11, metallic thin-film magnetic recording media for use in hard disks generally have a substrate 2 composed of a nonmagnetic base layer 21 of Al alloy and an amorphous NiP layer 22 formed on the base layer 21, and comprise a ground layer 4 substantially of Cr, a magnetic layer 5 of Co alloy and a protective film 6 of carbon which are successively superposed on the substrate 2.

It is presently desirable that metallic thin-film magnetic recording media have improved recording resolution by providing increases in recording density (especially, track recording density) and accordingly a greater coercive force and lower noise characteristics. On the other hand, increases in track recording density lead to nonlinear waveform interference which are not removable, for example, by linearization, consequently entailing an impaired recording resolution.

The surface of the substrate is often formed with minute indentations or projections, i.e., so-called texture, circumferentially thereof to reduce the friction between the head and the medium. The texture increases the circumferential magnetic anisotropy of the Co alloy magnetic layer and is therefore known to be effective also for providing giving an enhanced coercive force. However, the increased magnetic anisotropy tends to result in greater nonlinear waveform interference.

Low noise characteristics are also required of metallic thin-film magnetic recording media due to improvement in track density. It is important to mitigate the medium noise at the track edges for this purpose, whereas the medium noise tends to increase because of the circumferential magnetic anisotropy.

If the substrate is not textured circumferentially thereof in order to diminish the nonlinear waveform interference and to prevent the increase of medium noise, the magnetic anisotropy disappears from the magnetic layer, but the recording medium then cannot provide the desired coercive force.

Although it is effective to add Pt to the Co alloy for the magnetic layer to provide an enhanced coercive force without increasing the sputtering apparatus and results in the problem of increased medium noise.

## SUMMARY OF THE INVENTION

An object of the present invention is to provide a metallic thin-film magnetic recording medium having an enhanced coercive force without adding Pt to the magnetic layer, even when its magnetic layer has decreased there is no circumferential magnetic anisotropy and which simultaneously has reduced noise resulting from diminished nonlinear waveform interference.

To fulfill the above object, the present invention provides a magnetic recording medium of the type described wherein

an optimized seed layer prepared from a crystalline alloy is interposed between the substrate and the Cr ground layer.

The crystalline alloy forming the seed layer includes, for example, an alloy consisting essentially of 36 to 46 atomic % of Ni and the balance substantially Cr, or an alloy consisting essentially of 36 to 46 atomic % of Ni, 0.5 to 3% of W or Mo or combination thereof, and the balance substantially Cr.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a fragmentary sectional view of a metallic thin-film magnetic recording medium having a crystalline Cr—Ni seed layer;

FIG. 2 is a fragmentary sectional view of another metallic thin-film magnetic recording medium embodying the invention;

FIG. 3 is a graph showing the relationship between the thickness of ground layer and the coercive force for the sample media (a) and the comparative media (x);

FIG. 4 is a graph showing the relationship between the thickness of ground layer and the coercive force for the sample media (b) and the comparative media (y);

FIG. 5 is a graph showing the relationship between the thickness of ground layer and the OR for the sample media (b) and the comparative media (y);

FIG. 6 is a graph showing the relationship between the Ni concentration of the crystalline Cr—Ni alloy forming the seed layer and the coercive force;

FIG. 7 is a graph showing the result obtained by subjecting one of the sample media (b) and the comparative media (y) to the X-ray diffraction method;

FIG. 8 is a graph showing the relationship between the residual flux density and the coercive force for the sample media;

FIG. 9 is a graph showing the relationship between the residual flux density and the OR for the sample media and comparative media;

FIG. 10 is a graph showing the result obtained by subjecting the sample media and comparative media to the X-ray diffraction method; and

FIG. 11 is a fragmentary sectional view of a conventional magnetic recording medium of the metallic thin-film type.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

FIG. 1 shows a recording medium 1 of one embodiment of the present invention which comprises a substrate 2 composed of a base layer 21 of Al alloy or glass and an NiP layer 22 formed on the layer 21, a seed layer 3 formed of a crystalline alloy and provided on the substrate 2 according to the invention, and a ground layer 4, magnetic layer 5 and protective film 6 superposed on the seed layer 3 in this order. The medium of FIG. 1 has the NiP layer 22, crystalline alloy seed layer 3, ground layer 4, magnetic layer 5 and protective film 6 formed on each side of the base layer 21 symmetrically so that opposed surfaces of the medium are usable for writing and reading, whereas these layers can be formed only on one side to use only one surface of the medium for writing and reading.

In the case where an Al alloy is used for forming the base layer 21 of the substrate 2, the amorphous NiP layer 22 is usually formed on the layer to give rigidity to the base layer 21 and to improve the crystalline orientation of the ground layer, so that the crystalline alloy seed layer 3 is formed on the NiP layer 22 (see FIG. 1).

COR-ITC017381

5,789,090

| 3 | 4 |

The substrate 2 including the NiP layer 22 may be textured circumferentially thereof to reduce the friction between the medium and the head. On the other hand, when the magnetic recording medium 1 needs to be made planar so as to render the head floatable to a lower level, the substrate can be superfinished to form a surface of superhigh smoothness.

In the case where glass is used for making the base layer 21 of the substrate 2, the NiP layer 22 may be dispensed with since glass has high rigidity. In this case, the crystalline alloy seed layer 3 is formed directly on the base layer 21 (see FIG. 2). The NiP layer 22 may be provided even in the case where glass is used. In this case, the crystalline alloy seed layer 3 is formed on the NiP layer 22 as in the foregoing case of the Al alloy base layer.

The crystalline alloy seed layer 3 preferably has a thickness of about 100 to about 1000 angstroms. If the thickness is too small, the seed layer 3 fails to fully exhibit the desired effect, whereas if the thickness is greater than the above range, the Cr ground layer 4 and the Co alloy magnetic layer 5 to be superposed thereon will increase in grain size thereby causing an increase noise.

The Cr ground layer 4 to be formed on the seed layer 3 is preferably 200 to 1000 angstroms, more preferably 400 to 800 angstroms, in thickness for the following reason. Even when the thickness of the ground layer 4 is greater than about 800 angstroms, a further improvement will not be expectable in the coercive force of the recording medium 1. If the thickness is greater than 1000 angstroms, the Co alloy magnetic layer 5 to be formed thereon will be composed of coarser crystals thereby resulting in increased noise.

The ground layer 4 is made substantially from Cr as is already known. The Cr content need not be 100% but there should be at least about 95% of Cr present.

The magnetic layer 5 is made from a known Co alloy consisting mainly of Co.

The NiP layer 22, crystalline alloy seed layer 3, ground layer 4, magnetic layer 5 and protective film 6 can be formed, for example, by D.C. sputtering, plating or vacuum deposition, as is already known.

In order to provide the desired crystalline orientation to the Cr ground layer 4 to be formed on the crystalline Ni—Cr alloy seed layer 3, it is preferable to form the ground layer 4 with the seed layer 3 and the NiP layer 22 heated to about 250° C. to about 300° C. by an infrared heater.

The provision of the crystalline alloy seed layer 3 between the substrate 2 and the Cr ground layer 4 provides (110)+(211) orientation to the crystals of the Cr ground layer 4 to be formed on the layer 3 and further (100) orientation to the crystals of the Co alloy magnetic layer 5 to be formed on the ground layer 4 (To be exact, a very small amount of (101) is also present). Thus, the crystals of the Co alloy magnetic layer 5 are given a substantially (100) orientation and rendered finer, whereby a great coercive force is made available.

A crystalline alloy consisting essentially of, in atomic %, 36 to 46% of Ni, and the balance substantially Cr, is used for the seed layer. The inclusion of 36 to 46 atomic % of Ni is considered to be a preferable range for obtaining a great coercive force. In this regard, 38 to 44 atomic % of Ni is more preferable.

An alloy consisting essentially of, in atomic %, 36 to 46% of Ni, 0.5 to 3% of W or Mo or combination thereof, the balance being substantially Cr may also be used as the crystalline alloy for the seed layer. The inclusion of at least

0.5% of W or Mo is intended to further improve the (100) crystal orientation and to render the magnetic layer finer. If there is too much W or Mo, however, the crystalline structure becomes amorphous, and therefore the upper limit of W or Mo is defined as 3%. If W and Mo are both used, a combined amount of these elements should be also 0.5 to 3%.

Even when the substrate is textured, the presence of the seed layer between the substrate and the Cr ground layer reduces the magnetic anisotropy of the magnetic layer. Consequently, the increase of the medium noise due to the magnetic anisotropy is suppressed, and nonlinear waveform interference can also be diminished.

The circumferential texture formed on the substrate imparts to the Co alloy magnetic layer an increased circumferential magnetic anisotropy, which conventionally gives rise to the problem that the coercive force becomes greater in the circumferential direction than in the radial direction. Although the presence of the seed layer provides a great coercive force according to the present invention, the coercive force in the circumferential direction becomes approximately equal to that in the radial direction, with the result that the magnetic recording medium available is nearly unity in OR (orientation ratio) representing the anisotropy of the coercive force. Expressed by OR is a ratio of the circumferential coercive force of the metallic thin-film type magnetic recording medium to the radial coercive force thereof (that is, circumferential coercive force/radial coercive force). The value of an OR which is closer to unity means that the influence of the circumferential magnetic anisotropy is controlled to a greater extent. The side fringes of the recording medium are then smaller, and the medium noise is also diminished. Incidentally, the term "coercive force" used in this application indicates a circumferential coercive force unless otherwise specified.

### EXAMPLE 1

This example investigating the relationship between the seed layer and the coercive force for the crystalline alloy.

Sample media were prepared by forming layers on a substrate having no texture, under the conditions given below. Cr ground layers of varying thickness were formed to establish the relationship between the thickness of the ground layer and the coercive force Hc. The D.C. sputtering apparatus was used for forming the layers.

[Preparation of Sample Media (a)]

(1) Substrate
Base layer: Al alloy (3.5 inches—31.5 mils)
NiP layer: 10 μm in thickness
Surface treatment: finished to superhigh smoothness
Roughness: Ra=10 Å

(2) Seed layer of crystalline alloy
Composition: 40 atomic % Ni, the balance Cr
Thickness: 400 Å

(3) Ground layer
Composition: substantially Cr
Thickness: 300 Å, 400 Å, 600 Å, 800 Å and 1000 Å
Temperature of substrate heated during forming: 260° C.
Bias voltage for forming: −200 V

(4) Magnetic layer
Composition: in atomic %, 14% Cr, 6% Ta, the balance substantially Co
Thickness: 250 Å

COR-ITC017382

5,789,090

**5**

Bias voltage for forming: −200 V
Residual magnetic flux density (Br δ): 140 G μ
(5) Protective film
  Thickness: 120 Å
  Composition: Substantially C

[Preparation of Comparative Media (x)]

For comparison, comparative media (x) having no seed layer were prepared under the same conditions as the sample media (a) except that no seed layer was formed and the ground layer was 400 Å, 600 Å, or 900 Å in thickness.

FIG. 3 shows the measurements of coercive force Hc obtained for the sample media (a) and the comparative media (x). It is seen that the provision of the crystalline Cr—Ni seed layer improves the coercive force Hc by about 20% when the thickness of the Cr ground layer is unaltered. The graph also shows that the coercive force Hc of the sample medium (a) increases with an increase in the thickness of the Cr ground layer and nearly levels off when the ground layer thickness exceeds about 800 angstroms.

EXAMPLE 2

Sample media (b) were prepared under the conditions given below and checked for the coercive force Hc and OR resulting from the provision of the seed layer of crystalline alloy, for comparison with comparative media (y). The layers were formed using the D.C. sputtering apparatus.

[Preparation of Sample Media (b)]

(1) Substrate
  Base layer: Al alloy (3.5 inches–31.5 mils)
  NiP layer: 10 μm in thickness
  Surface treatment: texturing
  Roughness: Ra=29 Å
(2) Crystalline Cr—Ni alloy seed layer
  Same as in Example 1.
(3) Ground layer
  Same as in Example 1.
(4) Magnetic layer
  Composition: in atomic %, 12% Cr, 6% Ta, the balance substantially Co
  The other conditions were the same as in Example 1.
(5) Protective film
  Same as in Example 1.

[Preparation of Comparative Media (y)]

For comparison, comparative media (y) having no seed layer were prepared under the same conditions as the sample media (b) except that no seed layer was formed and that the ground layer was 400 Å, 600 Å and 900 Å in thickness.

FIG. 4 shows the measurements of coercive force Hc obtained for the sample media (b) and the comparative media (y). The graph reveals that the provision of the crystalline seed layer improves the coercive force Hc by about 10% when the thickness of the Cr ground layer is unaltered. The graph also indicates that the coercive force Hc of the sample media (b) increases with an increase in the thickness of the Cr ground layer and nearly levels off when the ground layer thickness exceeds about 600 angstroms.

FIG. 5 shows the ORs obtained for the sample media (b) and the comparative media (y). It is seen that any of the sample media (b) is approximate to 1 in the OR value unlike the comparative media (y), controlled in circumferential

**6**

magnetic anisotropy and improved with respect to side fringes and medium noise. The graph also reveals that the OR value of the sample media (b) decreases with an increase in the thickness of the Cr ground layer and that the effect to improve the OR almost levels off when the ground layer thickness exceeds about 600 angstroms.

EXAMPLE 3

Next, sample media (c) were prepared which were different in the Ni concentration of crystalline Cr—Ni alloy forming the seed layer. The media were checked for coercive force Hc for the varying concentrations. The layers were formed using the D.C. sputtering apparatus.

[Preparation of Sample Media (c)]

(1) Substrate
  Base layer: Al alloy (3.5 inches–31.5 mils)
  NiP layer: 10 μm in thickness
  Surface treatment: texturing
  Roughness: Ra=29 Å
(2) Seed layer of crystalline alloy
  Composition: 30–60 atomic % Ni (see FIG. 6), the balance Cr
  Thickness: 400 Å
(3) Ground layer
  Thickness: 400 Å
  The other conditions were the same as in Example 1.
(4) Magnetic layer
  Composition: in atomic %, 12% Cr, 6% Ta, the balance substantially Co
  The other conditions were the same as in Example 1.
(5) Protective film
  Same as in Example 1
  FIG. 6 shows the measurements of coercive force Hc obtained for the sample media (c) varying over the range of 30 to 60 atomic % in the Ni concentration of the crystalline Cr—Ni alloy forming the seed layer. For reference, the graph also shows in a broken line the coercive force Hc of a magnetic recording medium prepared under the same conditions as above except that no seed layer was formed. FIG. 6 reveals that the coercive force Hc is greater than typical when the Ni content of the seed layer is in the range of about 36 to about 46 atomic %, and is about 10% greater than typical especially when the content is in the range of about 38 to about 44 atomic %.

EXAMPLE 4

Of the sample media (b) and the comparative media (y) prepared in Example 2, the media wherein the ground layer was 400 angstroms in thickness were checked by the X-ray diffraction method. The results are shown in FIG. 7, which reveals that the crystals of the Cr ground layer 4 of the sample medium (b) have (110)+(211) orientation and further that the crystals of the Co alloy magnetic layer 5 formed on the ground layer 4 have (100) orientation. (There also exists a very small amount of (101) orientation although it is not readily identified from FIG. 7.) The numerical values indicating intensities along the ordinate are in an arbitrary unit.

EXAMPLE 5

Recording media were prepared under the following conditions and tested for recording-reproduction characteristics using an MR head. If having different magnetic characteristics, the recording media would exhibit different

COR-ITC017383

5,789,090

7

recording-reproduction characteristics, so the bias voltage and the substrate temperature were altered for adjustment when forming the Co magnetic layers so as to give the media a coercive force Hc of about 2000 Oe and residual magnetic flux density Br δ of about 140 G μ.

[Preparation of Recording Media for Testing]

No. 1 Sample medium (a) prepared in Example 1. 400 Å in the thickness of the seed layer and 400 Å in the thickness of the ground layer

No. 2 Sample medium (a) prepared in Example 1. 600 Å in the thickness of the seed layer and 400 Å in the thickness of the ground layer

No. 3 Recording medium prepared under the conditions of Example 1 and having a 400-angstrom-thick seed layer with an Ni concentration of 42 atomic % and a 400-angstrom-thick ground layer

No. 4 Comparative medium (x) (comparative example) prepared in Example 1 and 400 Å in the thickness of the ground layer

Table 1 shows the recording-reproduction characteristics of these recording media. In Table 1, TAA stands for the output, SNm for the ratio of the signal strength to the medium noise, and Nm for the medium noise.

TABLE 1

| No. | Seed layer | | Magnetic character- istics | | Recording- reproduction characteristics | | |
|---|---|---|---|---|---|---|---|
| | Compo- sition | Thick- ness (Å) | Hc (Oe) | Br δ (Gμ) | TAA (μV) | SNm (dB) | Nm (μV) |
| 1 | Cr-40 Ni | 400 | 2020 | 142 | 430 | 34.9 | 7.76 |
| 2 | Cr-40 Ni | 600 | 1990 | 143 | 426 | 34.1 | 7.85 |
| 3 | Cr-42 Ni | 400 | 2010 | 145 | 445 | 35.7 | 7.77 |
| 4 | None (comp. ex.) | | 1970 | 139 | 385 | 33.7 | 7.82 |

With reference to the recording-reproduction characteristics given in Table 1, the magnetic recording media No. 1 to No. 3 of the present invention having the crystalline Cr—Ni seed layer are comparable to the comparative example, i.e., magnetic recording medium No. 4, in noise (Nm) but are superior thereto with respect to the output (TAA) and the signal-to-noise ratio (SNm).

On the other hand, magnetic recording media were separately prepared with the crystalline alloy replaced by an amorphous alloy for the Cr—NI seed layer. When checked, the Cr crystals of the ground layers and the Co crystals of the magnetic layers were found to have (200) orientation and (110) orientation, respectively. The measurements of OR were as great as 1.4 to 2.0. Since the substrates were textured, the great OR values are thought attributable to the influence of the texture. When the Cr—Ni seed layer is crystalline, on the other hand, the OR value is less than about 1.2 as previously mentioned even if the substrate is textured. This indicates that the media having this type of seed layer are almost free of the influence of the texture, with the influence of the circumferential magnetic anisotropy controlled.

EXAMPLE 6

This example investigates the relationship between the residual magnetic flux density Br δ(δ is a thickness of magnetic layer) and the coercive force Hc and OR by using the crystalline Cr—Ni—W alloy and Cr—Ni—Mo alloy as the seed layer.

Al—NiP substrates (Ra=28 Å) with textured surfaces were formed thereon crystalline seed layer having different

8

compositions (No.5 Cr59Ni40W1; No.6 Cr58Ni40Mo2; No.7 Cr60Ni40) by the use of the D.C. sputtering apparatus.

Next, the ground layer of pure Cr and then the magnetic layer of Co83.5Cr10.5Ta6 were superposed on the substrates by sputtering under the condition of bias voltage –200V and substrate temperature 260° C. A large number of units of sample media which vary in the residual magnetic flux density of the magnetic layer were prepared with non-variable 400 angstroms thickness of Cr ground layer and by changing the magnetic layer thickness.

For comparison, a sample medium (No.8) having no seed layer on the substrate was also prepared in the same manner as described in the above.

Both the circumferential coercive force and the radial coercive force were measured with respect to each of the sample media thus obtained. The relationship between the residual magnetic flux density Br δ and the circumferential coercive force Hc is shown in FIG. 8. On the other hand, FIG. 9 shows the relationship between the residual magnetic flux force Br δ and the OR (circumferential coercive force/ radial coercive force) obtained by calculation.

As seen from FIGS. 8 and 9, the sample media Nos. 5, 6 and 7 were higher with respect to the circumferential coercive force and had values closer to 1 with respect to OR, in comparison with the sample medium No. 8.

Of the sample media having the seed layer formed on the substrate, there is revealed that the sample media Nos.5 and 6 having the seed layer containing W or Mo in addition to Cr and Ni are higher with respect to the coercive force, as compared with the sample medium No. 7 having the seed layer consisting of Cr and Ni. It is thus considered that the use of crystalline alloy containing W and/or Mo in addition to Cr and Ni as the seed layer leads to further improvement of (100) orientation and to the finer crystals of the magnetic layer.

EXAMPLE 7

This example investigates the recording-reproduction characteristics of the recording media prepared in the example 6. Different magnetic properties of the recording media provide different recording-reproduction characteristics, so that the sample media having residual magnetic flux density Br δ of about 220 G μ were selected for testing, and the bias voltage and the substrate temperature were altered for adjustment when forming the magnetic layers so as to give the media a coercive force Hc of about 2200 Oe.

The recording-reproduction characteristics were measured using PHS head made by Silmag Corporation. The results of the measurement are shown in Table 2.

TABLE 2

| No. | Composition of seed layer (atomic %) | Magnetic character- istics | | Recording- reproduction characteristics | | |
|---|---|---|---|---|---|---|
| | | Hc (Oe) | Br δ (Gμ) | SNm (dB) | Nm (μVrms) | NLTS (%) |
| 5 | Cr59Ni40W1 | 2205 | 221 | 28.5 | 2.0 | 4.1 |
| 6 | Cr58Ni40Mo2 | 2215 | 219 | 27.9 | 2.1 | 4.2 |
| 7 | Cr60Ni40 | 2207 | 223 | 27.3 | 2.3 | 4.0 |
| 8 | No seed layer | 2181 | 234 | 25.3 | 3.4 | 5.3 |

In Table 2, SNm stands for the ratio of the signal strength to the medium noise, and Nm for the medium noise. NLTS is a non-linear transition shift which represents a displace-ment of magnetization transition area of the medium to be subsequently written therein. In this regard, the displace-

5,789,090

9

ment occurs as a result of the leakage of magnetic field on the recorded pattern having an effect on the recording field of the magnetic head.

With reference to the results of the recording-reproduction characteristics in Table 2, sample media No. 5 to No. 7 having the crystalline seed layer formed thereon are superior to the sample medium No. 8 having no seed layer, with respect to all of the characteristics, i.e., SNm, Nm and NLTS., from which improvement of the recording-reproduction characteristics is understood. With regard to this recording-reproduction characteristics, there is no significant difference between the sample media Nos. 5 and 6 having seed layer including W or Mo, and the sample medium No. 7 having seed layer not including W or Mo.

EXAMPLE 5

This example investigates an effect of negative bias voltage applied for the substrate when the seed layer is formed.

[Preparation of Sample Media]

(1) Substrate

Base layer: Al alloy (3.5 inches–31.5 mils)

NiP layer: 10 μm in thickness

Surface treatment: texturing

Roughness: Ra=28 Å

(2) Seed layer of crystalline alloy

Composition: 40 atomic % Ni, the balance Cr

Thickness: 400 Å

Bias voltage applied for the substrate when the seed layer is formed: 0V, –100V, –200V, –300V

(3) Ground layer

Composition: substantially Cr

Thickness: 600 Å

Temperature of substrate heated during forming: 260° C.

Bias voltage for forming: –200 V

(4) Magnetic layer

Composition: in atomic %, 10.5% Cr, 6% Ta, the balance substantially Co

Thickness: 400 Å

Bias voltage for forming: –200 V

(5) Protective film

Thickness: 120 Å

Composition: Substantially C

The results of the measurement of coercive force Hc obtained for the sample media (No.11 to No. 14) are shown in Table 3.

TABLE 3

| No. | Bias voltage (V) | Coercive force Hc (Oe) |
|---|---|---|
| 11 | 0 | 2220 |
| 12 | –100 | 2300 |
| 13 | –200 | 2310 |
| 14 | –300 | 2320 |

Table 3 reveals that the coercive force improves as the negative bias voltage to be applied for the substrate becomes large.

Sample media No. 11 to No. 14 were checked by the X-ray diffraction method. The results are shown in FIG. 10, which reveals that a peak intensity of the Cr—Ni crystals appearing in the vicinity of 2 θ=40 degrees becomes high as

10

the negative bias voltage becomes large. It appears that the increased height of said peak intensity contributes to an improvement in crystal orientation of the magnetic layer.

As stated above, the provision of the crystalline alloy seed layer between the substrate and the ground layer gives (110)+(211) orientation to the crystals of the Cr ground layer to be formed on the seed layer and further substantially (100) orientation to the crystals of the Co alloy magnetic layer to be formed on the ground layer. whereby a great coercive force can be imparted to the magnetic recording medium.

Moreover, since the value of OR approaches unity the influence of the circumferential magnetic anisotropy is thus controlled notwithstanding that the medium is provided with an enhanced coercive force. Therefore, the reduced circumferential magnetic anisotropy of the magnetic layer diminishes nonlinear waveform interference to ensure improved recording-reproduction characteristics.

Thus, the magnetic recording medium of the metallic thin-film type according to the invention has an enhanced coercive force and also improved recording-reproduction characteristics even when the substrate is textured, and is therefore adapted to an increased recording density.

The present invention can of course be altered and modified by one skilled in the art without departing from the spirit and scope of the invention. Such alternations and modifications are included within the scope of the invention as defined in the appended claims.

What is claimed is:

1. A metallic thin-film magnetic recording medium, comprising:

a Cr ground layer;

a magnetic layer; and

a protective film successively superposed on a nonmagnetic substrate,

wherein a seed layer of a crystalline Cr—Ni alloy containing only Cr and Ni is formed between the substrate and the Cr ground layer.

2. The magnetic recording medium as recited in claim 1 wherein said crystalline Cr—Ni alloy consists essentially of, in atomic %, 36 to 46% of Ni and the balance substantially Cr.

3. A metallic thin-film magnetic recording medium, comprising:

a Cr ground layer;

a magnetic layer; and

a protective film successively superposed on a nonmagnetic substrate,

wherein a seed layer of crystalline alloy is formed between the substrate and the Cr ground layer, said crystalline alloy consisting essentially of, in atomic %, 36 to 46% of Ni, 0.5 to 3% of W or Mo or combination thereof, and the balance substantially Cr.

4. The magnetic recording medium as recited in claim 1 wherein a negative bias voltage is applied for the substrate when the seed layer is formed.

5. The magnetic recording medium as recited in claim 2 wherein a negative bias voltage is applied for the substrate when the seed layer is formed.

6. The magnetic recording medium as recited in claim 3 wherein a negative bias voltage is applied for the substrate when the seed layer is formed.

7. A metallic thin-film magnetic recording medium, comprising:

a Cr ground layer;

a magnetic layer; and

COR-ITC017385

5,789,090

11

a protective film successively superposed on a nonmag-
netic substrate,

wherein a seed layer of crystalline alloy is formed
between the substrate and the Cr ground layer, whereby

12

crystal orientation of the magnetic layer is substantially
(100) orientation.

* * * * *

COR-ITC017386

25



US006156404A

# United States Patent [19]

## Ross et al.

[11] **Patent Number:** 6,156,404

[45] **Date of Patent:** *Dec. 5, 2000

[54] **METHOD OF MAKING HIGH PERFORMANCE, LOW NOISE ISOTROPIC MAGNETIC MEDIA INCLUDING A CHROMIUM UNDERLAYER**

[75] Inventors: **Caroline A. Ross**, Mountain View; **Tu Chen**, Monte Sereno, both of Calif.

[73] Assignee: **Komag, Inc.**, San Jose, Calif.

[ * ] Notice: This patent issued on a continued prosecution application filed under 37 CFR 1.53(d), and is subject to the twenty year patent term provisions of 35 U.S.C. 154(a)(2).

[21] Appl. No.: **08/733,860**

[22] Filed: **Oct. 18, 1996**

[51] Int. Cl.⁷ ............................................. G11B 5/66

[52] U.S. Cl. .......................... 428/65.3; 428/65.7; 428/141; 428/336; 428/694 TS; 428/900; 427/128; 427/219; 427/130; 204/192.2

[58] Field of Search ............................ 428/694 TS, 141, 428/336, 900, 65.3, 65.7; 427/128, 129, 130; 204/192.2

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,957,454 | 5/1976 | Bessen ............................... 428/564 |
| 4,346,137 | 8/1982 | Hecht ................................ 428/215 |
| 4,529,667 | 7/1985 | Shiga et al. ....................... 428/646 |
| 4,552,820 | 11/1985 | Lin et al. .......................... 428/611 |
| 4,632,883 | 12/1986 | Howard et al. ..................... 428/611 |
| 4,652,499 | 3/1987 | Howard .............................. 428/641 |
| 4,743,491 | 5/1988 | Asada et al. ....................... 428/213 |
| 4,786,564 | 11/1988 | Chen et al. ..................... 428/694 TS |
| 4,950,548 | 8/1990 | Furusawa et al. ................... 428/611 |
| 5,082,747 | 1/1992 | Hedgcoth .......................... 428/611 |
| 5,084,309 | 1/1992 | Sikkaz ............................... 148/621 |
| 5,153,044 | 10/1992 | Chen et al. ....................... 428/65.5 |
| 5,180,640 | 1/1993 | Yamashita et al. ................. 428/611 |
| 5,198,309 | 3/1993 | Nakamura et al. ................. 428/667 |
| 5,242,761 | 9/1993 | Uchiyama ...................... 428/694 MM |
| 5,316,844 | 5/1994 | Suzuki et al. ...................... 428/323 |
| 5,326,637 | 7/1994 | Naau et al. ......................... 428/336 |

| | | |
|---|---|---|
| 5,344,706 | 9/1994 | Lambeth et al. .................. 428/336 |
| 5,441,788 | 8/1995 | Bloomquist et al. .............. 428/65.6 |
| 5,486,242 | 1/1996 | Naka et al. ....................... 148/422 |
| 5,569,533 | 10/1996 | Lal et al. .......................... 428/332 |
| 5,605,733 | 2/1997 | Ishikawa et al. ................ 428/65.3 |
| 5,658,659 | 8/1997 | Chen et al. ....................... 428/332 |
| 5,693,426 | 12/1997 | Lee et al. .......................... 428/611 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0 399 747 A2 | 11/1990 | European Pat. Off. . |
| 0 704 839 A1 | 4/1996 | European Pat. Off. . |
| 62-256215 | 8/1995 | Japan . |

### OTHER PUBLICATIONS

Deng, Y., et al., "Magnetic Properties and Crystal Texture of Co Alloy Thin Films Prepared on Double Bias Cr", *J. Appl. Phys.* 73 (10), May 1993, pp. 6677–6679.

Mirzamaani, M., et al., "Orientation Ratio of Sputtered Thin–Film Disks", *J. Appl. Phys.* 67 (9), May 1990, pp. 4695–4697.

Kogure, T., et al., "High–Coercivity Magnetic Hard Disks Using Glass Substrates", *J. Appl. Phys.* 67 (9), May 1990, pp. 4701–4703.

Teng, E., et al., "Anisotropy Induced Signal Waveform Modulation of DC Magnetron Sputtered Thin Film Disks", *Transactions on Magnetics*, vol. 32, No. 6, Nov. 1995, pp. 2731–2733.

Zhu, et al., Micromagnetic Studies of Thin Metallic Films, *J. Appl. Phys.* 63 (8), Apr. 1988, pp. 3248–3253.

(List continued on next page.)

*Primary Examiner*—Leszek Kiliman

[57] **ABSTRACT**

A method of manufacturing a magnetic disk includes the steps of depositing a sublayer, a Cr layer and a Co based magnetic layer on a substrate. The sublayer causes the Cr crystals to avoid growing with a predominantly (200) orientation. Because of this the magnetic layer will be isotropic in the film plane and independent of any texture or scratch marks in the substrate.

**49 Claims, 12 Drawing Sheets**



**6,156,404**

Page 2

OTHER PUBLICATIONS

Mahvan, N. et al., Oxidation of Seed–Layer for Improved Magnetic & Recording Performance of Thin–Film Rigid Discs, Nov. 1993, IEEE Transactions On Magnetics, vol. 29, No. 6, pp. 3691–3693.

Williams, M.L., et al., "An Analytical Model of the Write Process in Digital Magnetic Recording", Reprinted from 17th Annu. *AIP Conf. Proc.*, Part 1, No. 5, 1971, pp. 738–742.

Chang, et al., "Effects of A1 Micro Bumps on the Magnetic Properties and Morphology of CoCrTa/CrA1 Thin Films"; *Transactions on Magnetics*, vol. 31, No. 6, Nov. 1995, pp. 2731–2735.

Tsai, et al., "The Effects of Ni$_2$P–Sublayer On The Properties of CoNiCr/Cr Media Using Different Substrates", *IEEE*, 1992, p. JA–08.

Moon, J. et al., "Nonlinearities in Thin–Film Media and Their Impact on Data Recovery", *Transactions on Magnetics*, vol. 29, No. 1, Jan. 1993, pp. 177–182.

Chen, T., et al., "Physical Origin of Limits in the Performance of Thin–Film Longitudinal Recording Media", Reprinted from *IEEE Transactions on Magnetics*, vol. 24, No. 6, 1988, pp. 2700–2705.

Anelva, Product Note for C–3010 "Disk Sputtering System", Aug. 1995.

Tang, E., et al., "Anisotropy Induced Signal Waveform Modulation of DC Magnetron Sputtered Thin Film Discs," Sep. 1986, IEEE Transactions on Magnetics, Mag–22, No. 5, pp. 579–581.

Lee, et al., "NiA1 Underlayers For CoCrTa Magnetic Thin Films", *IEEE Transactions on Magnetics*, vol. 30, No. 6, Nov. 1994, pp. 3951–3953.

Nolan, et al., "Effect of Microstructural Features on Media Noise in Longitudinal Recording Media", *J. Appl. Phys. 73 (10)*, May 1993.

Lal, et al., "Ultra–Thin Cr–Seedlayer for High Performance Longitudinal Thin–Film Media on Glass–Ceramic Substrates", *IEEE*, Jul. 1996, p. FA–03.

Lee, et al., "Effects of Cr Intermediate Layers on CoCrPt Thin Film Media on NiA1 Underlayers", *IEEE Transactions on Magnetics vol. 31*, No. 6, Nov. 1995, pp. 2728–2730.

Lee, et al., "Seed Layer Induced (002) Crystallographic Texture in NiA1 Underlayers", *J. App. Phys. 79 (8)* Apr. 15, 1996, pp. 4902–4904.

R. Ranjan, *Digests of The Magnetic Recording Conference*, "Effect of Various Magnetic Structures on Extendibility of the Longitudinal Thin Film Media Performance to High Recording Density", IEEE Magnetics Society Aug. 19–21, 1996.

COR-ITC017348



**FIG.1** (PRIOR ART)

COR-ITC017349



ORIENTED MEDIUM HYSTERESIS LOOP

RADIAL    CIRCUMFERENTIAL

**FIG.2** (PRIOR ART)

COR-ITC017350



**FIG.3**

COR-ITC017351



**FIG.4A-1**



**FIG.4A-2**



**FIG.4B**

COR-ITC017352



# FIG.4C-1



# FIG.4C-2

COR-ITC017353



**FIG.4D-1**



**FIG.4D-2**



**FIG.4E**

COR-ITC017354



**FIG.4F-1**



**FIG.4F-2**



**FIG.4G**

COR-ITC017355



**FIG.5**

COR-ITC017356



COR-ITC017357



FIG. 8

COR-ITC017358



30nm

FIG. 9A



FIG. 9B



FIG. 9C

COR-ITC017359



10nm

## FIG. 10A



## FIG. 10B'



## FIG. 10B"



## FIG. 10C

COR-ITC017360

6,156,404

1

## METHOD OF MAKING HIGH PERFORMANCE, LOW NOISE ISOTROPIC MAGNETIC MEDIA INCLUDING A CHROMIUM UNDERLAYER

### BACKGROUND

The present invention relates principally to the manufacture of magnetic recording media used in rigid disk drives commonly used for computer data storage. In particular, the present invention relates to a novel method for manufacturing low noise, high coercivity ("Hc") isotropic media using a heated substrate and multiple nucleation layers, including a Cr-alloy underlayer.

Future magnetic disks will be required to store increasingly high density data. The recording performance of advanced magnetic disks is commonly determined by four basic characteristics, known as PW50, overwrite, non-linear-transition-shift ("NLTS") and media noise. These characteristics are described in detail in Bertram, "Theory of Magnetic Recording", Cambridge University Press, published in 1994, incorporated herein by reference.

PW50 is the half width of the output signal (i.e. the width of that portion of a pulse from the time its rising edge reaches one half of its amplitude to the time its falling edge falls to one half its amplitude). PW50 must be minimized to achieve high recording density. Means of reducing PW50 include reducing "Mrt" (the magnetic film thickness t times remanence Mr), raising Hc, increasing hysteresis loop squareness "S*", and increasing remanent coercivity squareness, "S*rem", as described by Williams and Comstock in "An Analytical Model of the Write Process in Digital Magnetic Recording", A.I.P. Conf. Proc. Mag. Materials, 5, p. 738 (1971).

Overwrite ("OW") is a measure of what remains of a first signal after a second signal (for example of a different frequency) has been written over it on the media. OW is improved by raising S* and by decreasing Hc and Mrt.

Non-linear transition shift (NLTS) refers to an unpredictable shift in the location of the written bits, which can cause an error. NLTS can be reduced by reducing Mrt and increasing Hc.

High density media also need to have low noise. The noise performance includes read jitter and write jitter. Read jitter is primarily determined by the amount of signal available from a bit, and the noise in the channel and head, and is reduced by increasing Mrt. Write jitter is determined by the intrinsic noise of the magnetic layer and can be reduced by breaking the exchange interaction between the magnetic particles and by reducing domain percolation at the transitions between magnetic domains. This may be accomplished by spacing the grains apart from one another by a few angstroms or more, or by interposing a non-magnetic material or insulator at the grain boundaries, as described by Chen et al. in "Physical Origin of Limits in the Performance of Thin-Film Longitudinal Recording Media", IEEE Trans. Mag., vol. 24, no, 6, p. 2700 (1988). Intrinsic media noise has been theoretically modeled by Zhu et al. in "Micromagnetic Studies of Thin Metallic Films", J. Appl. Phys., vol. 63, no. 8, p. 3248 (1988). A reduction in interparticle exchange interaction has also been tied to an increase in Hc by Chen et al. and by Zhu et al. in the aforementioned references.

There is yet another source of media noise, namely, the grain noise. For media with well isolated grains, smaller grains provide sharper transitions and therefore exhibit lower media noise, both in the down track as well as the cross-track directions. The grain noise is very important for

2

future high recording density which will have bit sizes approaching the dimensions of a few magnetic grains.

Most media made today are "oriented", i.e. Hc, Mrt and S* are higher in the circumferential direction than in the radial direction, as opposed to "isotropic" media which have the same Hc, Mrt and S* in all in-plane directions. It is believed that the performance of oriented media is poorer than that of isotropic media at high bit density especially in terms of off-track noise and transition percolation. Transition percolation is worse for oriented media where the magnetic easy axis lies preferentially in the circumferential direction. For this reason, high density media are likely to be isotropic.

Hence future high density media require high Hc and Mrt, high S*, small, well isolated grains and isotropic magnetic properties. At present, media are commonly made by using two methods.

### DESCRIPTION OF PRIOR ART MANUFACTURING PROCESSES

A. Low Temperature Media

In a first method in accordance with the prior art, "low temperature media" are manufactured by plating a NiP layer onto an Al alloy substrate, polishing the NiP layer and then texturing the NiP layer. Texturing is achieved by applying scratches to the NiP in a circumferential direction to reduce stiction between the recording head and the disk. Thereafter a nucleation layer, CoPt-based alloy magnetic layer and carbon protective layer are sputtered sequentially onto the substrate. This process is described by Yamashita et al. in U.S. Pat. No. 5,180,640. Such media are sputtered without substrate heating or with moderate heating, using a low rate sputter process (typically less than about 1 nm/second), using an in-line sputter system. The nucleation layer is typically sputtered NiP, which controls the grain size of the magnetic layer. Segregation of non-magnetic elements isolates the Co alloy grains to give high Hc and low noise. The Co alloy grains have random c-axis orientation.

Such media have several advantages. The media have isotropic magnetic properties irrespective of the substrate texture. Little or no substrate heating is required which simplifies manufacturing and improves uniformity. The media have fine, uniform grain size which is controlled by the nucleation layer, and consequently have uniform magnetic properties and high S*. Additionally, the process can tolerate a relatively low sputter base pressure such as $10^{-4}$ Torr, which allows the use of in-line sputter systems. Segregation isolates the particles and gives low noise. See, for example, U.S. patent application Ser. No. 08/286,653, incorporated herein by reference.

However, the disadvantage of this process is that segregation of the non magnetic elements, which is needed to isolate the magnetic grains, is slow at low temperatures. Hence the process requires a low sputter rate to allow time for segregation to occur, and the magnetic layer has to contain elements or compounds which segregate easily, such as silica or CoO. This limits the choice of segregants and prevents the use of metallic segregants such as Cr or Ta, which segregate only at elevated temperatures.

B. High Temperature "Oriented" Media

In a second method, "oriented media" are manufactured by plating a NiP layer onto an Al substrate, polishing the NiP layer and then circumferentially texturing the NiP layer. Thereafter the substrate is heated (typically over 200° C.), and a Cr underlayer, CoCr alloy magnetic layer and carbon protective layer are sputtered sequentially onto the substrate. This process is described by Hedgecoth in U.S. Pat. No.

COR-ITC017361

6,156,404

3

5,082,747. Sputtering the Cr at an elevated temperature, typically over 200° C., causes the Cr to form with a (200) crystal orientation, which in turn causes the Co magnetic alloy layer to form with a (11$\overline{2}$0) crystal orientation. Under these conditions the magnetic properties of the film are sensitive to substrate texture, i.e. the Hc, Mrt etc. are higher parallel to the texture lines than perpendicular to the texture lines (as described in Ballard and Teng, "Anisotropy Induced Signal Waveform Modulaton of DC Magnetron Sputtered Thin Film Disks", IEEE Trans. Mag., Vol. Mag-22, No. 5, September 1986, p. 579 and in Mirzamaani et al., "Orientation Ratio of Sputtered Thin-Film Disks", J. Appl. Phys. 67, p. 4695 (1990)). The Cr underlayer grain size controls the Co alloy grain size. Segregation of Cr and other alloying elements such as Ta in the Co alloy layer grain boundaries isolate the magnetic grains.

Such media have several advantages. The use of elevated temperature for sputtering promotes segregation of alloying elements such as Cr and Ta within the Co magnetic alloy, giving good isolation, high Hc and low noise. High rate sputter processes may be used, e.g. greater than 5 nm/second, allowing the use of static sputter systems such as Intevac 250A. Hc, Mrt and S* are high parallel to the circumferential texture lines.

However, there are also numerous disadvantages. Hc increases with Cr thickness, and typically Cr thicknesses of over 60 nm are required to obtain sufficiently high Hc, as described in the product note of the C-3010 sputter system from Anelva Corp. (Tokyo, Japan). Since the grain size of the Cr film increases with thickness, this causes a larger Co alloy grain size and consequently high grain noise. Additionally, there may be multiple nucleation of Co alloy grains on the Cr grains, as described by Nolan et al., "Effect of Microstructural Features on Media Noise in Longitudinal Recording Media," J. Appl. Phys. 73, p. 5566 (1993) and the consequent clusters of Co grains show poor uniformity. One approach to reduce grain size is to use a ultra-clean vacuum system as described by Takahashi in "High Coercive Force and Low Intergranular Coupling in CoCrTa Thin Film Recording Media Fabricated Under Ultra Clean Sputtering Process", submitted for publication to Journal of Magnetism and Magnetic Materials. This approach boosts Ha and therefore enables one to use a thinner Cr underlayer. This causes high Ha with smaller grains. However, such a process is very difficult to implement for low cost manufacturing using an in-line machine as described in the Yamashita patent, since the panels continuously bring water and oxygen when they are exposed to the outside environment during loading and unloading of disks.

An additional disadvantage of such media is that the magnetic properties of the media are very sensitive to the presence of residual scratches and texture non-uniformities in the substrate. The media relies on scratches to give high Hc and S* along the track, but the resulting media has worse percolation and noise due to its anisotropic magnetic properties. For high density media with low flying height, the substrate roughness needs to be minimized. It is difficult to eliminate residual scratches left by the polishing process. The presence of residual scratches and texture non-uniformity cause magnetic inhomogeneities in the media and create signal modulation, which is undesirable, and even a very small number of residual scratches causes bitshift. Media with isotropic magnetic properties can only be made with a high temperature Cr underlayer process if a perfectly smooth, or 'superpolished' substrate may be used, without any residual scratches. However, it is difficult and expensive to manufacture a substrate without residual scratches

4

because this requires at least two polishing steps. Also, the mechanical performance of smooth media is poor because the stiction between the head and the disk is high.

Hence (a) it would be an advantage to make media with high Hc, S* and low Mrt but with small grain size, to obtain lower noise, and (b) it would be advantageous to decouple the effect of substrate texture from film magnetic properties, so that isotropic media can be made with no dependence of the magnetic properties on residual scratches or texture.

## SUMMARY

We have discovered that the magnetic film characteristics can be decoupled from the substrate texture, and that the grain size can be reduced, by forming a sublayer between the substrate and the Cr underlayer. The media is constructed as follows:

1. A substrate is made from a NiP-plated alloy, glass, glass ceramic, sintered carbon, or other appropriate material with suitable texture to reduce stiction.

2. A sublayer is deposited onto the substrate. The sublayer is typically nonmagnetic, crystalline and is formed by sputtering. The sublayer may be deposited at ambient or elevated temperature. Ambient temperature may be preferable for better uniformity, though some heating may be used to optimize grain size.

3. A Cr underlayer is deposited over the sublayer. Cr grows epitaxially on the sublayer grains, so the Cr grain size may be reduced by controlling the grain size in the sublayer. Additionally, the sublayer modifies the growth of the Cr underlayer so that a (200) crystal orientation does not predominate, even if the Cr is deposited at an elevated temperature. The Cr underlayer may be replaced by a b.c.c. alloy of Cr, e.g. CrV, CrMo, CrTa or non-magnetic CrCo. The lattice parameter of the Cr alloy is chosen to match that of the Co alloy to optimize the crystal quality of the Co film and hence the magnetocrystalline anisotropy Ku. The Cr may be deposited at ambient or elevated temperature. Ambient temperature may be preferable for better uniformity.

4. A magnetic layer is then formed on the Cr underlayer at elevated temperature. The resulting magnetic layer is isotropic in the plane of the substrate, even if the substrate is textured. The magnetic layer is typically a Co-based alloy with h.c.p. structure, containing segregating elements such as Cr, Ta, other metals with limited solubility in Co, or oxides, and Pt to raise the magnetocrystalline anisotropy and thus the coercivity. The large angle grain boundaries in the Co promote segregation.

Thus the present invention permits isotropic media to be formed on textured substrates or on substrates with residual scratches, using a process which includes an elevated temperature and a Cr underlayer. The media are isotropic and have no sensitivity to residual scratches. The grain size is small to reduce noise. Segregation occurs readily at the elevated temperature at the large angle grain boundaries in the Co alloy to give high Hc and low noise. Such media are suitable for manufacture in in-line or static sputter systems and may be made on any substrate. Media have better uniformity and lower sensitivity to temperature than conventional oriented media.

## BRIEF DESCRIPTION OF THE DRAWING

FIG. 1 schematically shows a prior art magnetic disk including a textured substrate.

FIG. 2 shows a pair of B-H curves for the disk of FIG. 2.

FIG. 3 schematically shows a magnetic disk formed on a textured substrate including a sublayer in accordance with our invention.

COR-ITC017362

6,156,404

5

FIGS. 4A-1 and 4A-2 show B-H curves for a magnetic disk including a textured substrate, a sputtered Cr underlayer, and a CoCrTa magnetic layer. FIG. 4A-1 shows the B-H curve in the circumferential direction, whereas FIG. 4A-2 shows the B-H curve in the radial direction.

FIG. 4B shows a B-H curve for a magnetic disk including a smooth substrate, a sputtered Cr underlayer, and a CoCrTa magnetic layer.

FIGS. 4C-1 and 4C-2 show B-H curves for a magnetic disk including a textured substrate, a 2 nm thick Al sublayer, a Cr underlayer and a CoCrTa magnetic layer. FIG. 4C-1 shows the B-H curve in the circumferential direction. FIG. 4C-2 shows the B-H curve in the radial direction.

FIGS. 4D-1 and 4D-2 show B-H curves for a magnetic disk including a textured substrate, a 2 nm thick Al sublayer, a Cr underlayer and a CoCrTa magnetic layer.

FIG. 4D-1 shows the B-H curve in the circumferential direction. FIG. 4D-2 shows the B-H curve in the radial direction.

FIG. 4E shows a B-H curve for a magnetic disk including a smooth substrate, a 2 nm thick Al sublayer, a Cr underlayer and a CoCrTa magnetic layer.

FIGS. 4F-1 and 4F-2 show B-H curves for a magnetic disk including a textured substrate, a 16 nm thick Al sublayer, a Cr underlayer and a CoCrTa magnetic layer.

FIG. 4F-1 shows the B-H curve in the circumferential direction. FIG. 4F-2 shows the B-H curve in the radial direction.

FIG. 4G shows a B-H curve for a magnetic disk including a smooth substrate, a 16 nm thick Al sublayer, a Cr underlayer and a CoCrTa magnetic layer.

FIG. 5 shows the relation between coercivity and the thickness of an Al sublayer in a magnetic disk.

FIG. 6 shows the variation in coercivity Hc along a magnetic disk track caused by residual substrate scratches in a magnetic disk lacking a sublayer.

FIG. 7 schematically shows the magnetic disk used to generate the data of FIG. 6.

FIG. 8 shows the variation in coercivity Hc along a magnetic disk track for a magnetic disk including an Al sublayer.

FIG. 9a is a TEM photograph of a magnetic disk comprising a substrate, a Cr underlayer, and a Co alloy magnetic layer constructed in accordance with the prior art.

FIG. 9b is an electron diffraction pattern indicating that the Cr underlayer of the disk of FIG. 9a is oriented such that (200) film plane is parallel to the major surface of the magnetic disk.

FIG. 9c is an electron diffraction pattern indicating that the Co alloy film is oriented such that the (1120) film plane is parallel to the major surface of the magnetic disk.

FIG. 10a is a TEM photograph of a magnetic disk constructed in accordance with the invention including a substrate, a NiAl sublayer formed on the substrate, a Cr underlayer formed on the NiAl sublayer, and a Co magnetic alloy formed on the Cr underlayer.

FIG. 10b' is an electron diffraction pattern showing that the NiAl sublayer of FIG. 10a has a random crystal orientation and showing that there is an epitaxial relation between the NiAl and Cr, and between the Cr and the Co magnetic alloy.

FIG. 10b'' is an electron diffraction pattern showing that the Cr underlayer of FIG. 10a has a random crystal orientation.

6

FIG. 10c is an electron diffraction pattern showing that the Co alloy layer of FIG. 10a has an almost random orientation.

FIG. 11 illustrates a disk drive including a magnetic disk constructed in accordance with our invention.

DETAILED DESCRIPTION

A method for manufacturing magnetic media for longitudinal recording in accordance with our invention permits use of a high temperature sputtering process, a high sputtering rate, and use of segregant elements such as Cr and Ta in the magnetic Co alloy. Our invention also permits formation of high coercivity isotropic media which is substantially unaffected by surface texture features.

FIG. 1 shows a prior art magnetic disk formed with a high temperature sputtering process.

Referring to FIG. 1, a prior art magnetic disk 20 includes an Al alloy substrate 22 covered with plated NiP layer 24. A texture pattern is schematically shown in disk 20 including a set of ridges R and valleys V extending in a direction D1. A Cr underlayer 26 and a Co alloy magnetic layer 28 are formed on NiP layer 24. Cr underlayer 26 is typically formed by sputtering after substrate 22 has been heated (e.g. to a temperature greater than 200° C.), and forms with a (200) crystal orientation. Co alloy magnetic layer 28 grows with a (1120) crystal orientation.

FIG. 2 shows two B-H curves. A first B-H curve 32 shows the characteristics of magnetic film 28 along direction D1 and a second B-H curve 34 shows the characteristics of magnetic film 28 along a direction D2 perpendicular to direction D1. As can be seen, the coercivity $Hc_1$ along direction D1 is greater than coercivity $Hc_2$ along direction D2. One measure of the anisotropy of film 28 is the value $HcOR=Hc_1/Hc_2$. (HcOR is generally known in the orientation ratio of coercivity Hc). A typical prior art magnetic film has a HcOR value of about 1.4.

FIG. 3 shows a magnetic disk 20' in accordance with our invention, including a sublayer 25 formed between NiP layer 24 and Cr underlayer 26. Sublayer 25 is a crystalline film (typically metallic, nonmagnetic and formed by sputtering) which encourages Cr layer 26 to grow in a manner other than with a preferred (200) orientation. In one embodiment, sublayer 25 causes the crystals of Cr layer 26 to grow in a more random manner. In another embodiment, sublayer 25 causes the Cr crystals to grow with a preferred (110) orientation. This prevents Cr film 26 from growing with a preferred (200) orientation, and prevents Co alloy film 28 from growing with the (1120) orientation associated with texture induced anisotropy. Sublayer 25 should be crystalline to promote epitaxy with the Cr but should not have a (200) orientation. (Film 28 grows in an epitaxial relation with Cr underlayer 26.)

In some embodiments, sublayer 25 can be formed from a material that does not include Cr (or does not include a substantial amount of Cr).

MATERIALS USED IN SUBLAYER 25

In one embodiment, sublayer 25 is a material with a B2 crystal structure, such as NiAl (50% Ni, 50% Al by mole). (The term "B2 crystal structure" is well known in the art, and is also sometimes referred to as a cesium chloride structure.) NiAl tends to grow with a random orientation. The crystal lattice spacing of NiAl closely matches that of Cr, and forces the Cr to grow with a random orientation, even when sputtering occurs at a high substrate temperature. (Cr has a BCC crystal structure.) In lieu of NiAl, other B2 materials

COR-ITC017363

6,156,404

7

can be used, e.g. (Cu, Co, Ni, Pd, Fe, Ru, Cr, V) Al, (Ag, Au) Mg, (Co, Cu, Ni, Pd, Fe, Ag, Au) Zn, etc. When sublayer 25 is a B2 crystal structure material, the lattice parameter a preferably equals between 0.26 and 0.32 nm. Such materials typically grow with a (110) orientation or a random orientation.

The reference to (Cu, Co, Ni, Pd, Fe, Ru, Cr, V) Al in the above paragraph means a B2 material of 50% Al (by mole), with the remaining 50% comprising one or more of Cu, Co, Ni, Pd, Fe, Ru, Cr, or V. The reference to (Co, Cu, Pd, Ni, Fe, Ag, Au) Zn means a B2 material that is 50% Zn (by mole), with the remaining 50% comprising one or more of Co, Cu, Pd, Ni, Fe, Ag or Au.

Of importance, some of the above-listed B2 materials form with either B2 or BCC structures, depending on the substrate temperature during deposition. These materials can be used in their BCC form when they form with a (110) orientation or a random orientation.

In lieu of the above-mentioned B2 materials, materials having a BCC crystal structure that grow with a (110) orientation (or a random orientation) can be used as sublayer 25. Such materials include Cr (when the Cr is sputtered at room temperature), V, W, Mo, and alloys thereof. Other BCC materials include Cr with less than 30 atomic % Ti, Ni, Al, Si or Co. The lattice spacing parameter a should be between 0.26 and 0.32 nm.

(Cr grows with a (200) orientation when sputtered at high temperatures, and a (110) orientation when sputtered at low temperatures.)

Crystalline materials other than the above-mentioned materials can be used as long as (a) the lattice spacing of the sublayer material tends to match that of the Cr underlayer; and (b) the Cr crystal orientation is altered by the sublayer so that the Cr does not grow in a preferred (200) orientation.

In another embodiment, instead of forming sublayer 25 from a material with a B2 or BCC crystal structure, sublayer 25 comprises a material having a FCC crystal structure such as Cu, Al or alloys thereof. Such materials tend to grow with a (111) orientation. The lattice at the top of the film has three-fold symmetry, and tends to cause the Cr to grow randomly. FCC materials that grow with a random crystal orientation can also be used. For FCC materials, the lattice spacing parameter $a_f$ should be 1.15$a_{bcc}$ (plus or minus 10%) or 1.41$a_{bcc}$ (plus or minus 10%), i.e. $a_f$~0.30 to 0.45 nm, and typically about 0.40. (The term 1.15$a_{bcc}$ means the quantity 1.15 times the lattice parameter a for the BCC material used to form underlayer 26, i.e. 1.15 times the lattice parameter of Cr.)

In another embodiment, sublayer 25 is a material having a HCP structure such as Ti. Ti tends to grow with a (0002) orientation. Other HCP materials include Zn, Mg, alloys of Ti, Zn and Mg, and nonmagnetic Co alloys, e.g. Co$_{70}$Cr$_{30}$. Preferably $a_{hcp}$ is 0.26 to 0.39 nm.

### USE OF MAGNETIC MEDIA IN A DISK DRIVE

A disk 20' in accordance with the present invention is typically used in a disk drive 80 (FIG. 11) in which disk 20' is mounted on a rotor shaft 82 which, in turn, is rotated by a motor 84. A pair of read-write heads 86a, 86b are mounted on the end of associated arms 88a, 88b. Heads 86a, 86b can be ferrite heads, thin film heads, magneto-resistive heads, or other types of read-write heads. Heads 86a, 86b "fly" in proximity to disk 20', where they can write data to and read data from the magnetic film on sides 90a, 90b of disk 20', respectively.

Arms 88a, 88b can be moved inward or outward (directions 92 and 94, respectively) to permit heads 86a, 86b

8

to access data tracks at different locations of the disk. Motion of arms 88a, 88b are controlled by a servo motor (not shown). Examples of disk drives are disclosed in U.S. Pat. Nos. 4,949,202 (Kim); 5,025,335 (Stefansky); 5,027,241 (Hatch); and 5,025,336 (Morehouse), each of which is incorporated herein by reference. A disk in accordance with our invention can be incorporated in other types of disk drives as well.

### EXAMPLES

A set of Al alloy substrates were covered with 8 micron thick NiP by electroless plating and then processed as described below.

A first substrate was mechanically textured with a circumferential texture having an Ra of about 4 nm. Substrate A was then heated to a temperature of 230° C., and then a 50 nm thick Cr layer and a 42 nm thick CoCrTa magnetic layer were deposited on the NiP. The resulting magnetic disk is hereinafter referred to as disk A.

A second substrate was superpolished. The second substrate was heated to a temperature of 230° C., and then a 50 nm thick Cr layer and a 42 nm thick CoCrTa layer were deposited thereon. The resulting magnetic disk is disk B.

A third substrate was mechanically textured and coated with a 2 nm thick Al layer. The third substrate was then heated to a temperature of about 230° C., and then coated with a 50 nm thick Cr layer and a 42 nm thick CoCrTa layer. The resulting magnetic disk is disk C.

A fourth substrate was mechanically textured, heated to a temperature of 230° C., and coated with a 2 nm thick Al layer, a 50 nm thick Cr layer and a 42 nm thick CoCrTa layer. The resulting magnetic disk is disk D. (Note that the difference between disks C and D is that in disk C, the substrate was heated after Al deposition, whereas in disk D, the substrate was heated before Al deposition.)

A fifth substrate was superpolished. The fifth substrate was heated to a temperature of 230° C., and coated with a 2 nm thick Al layer, a 50 nm thick Cr layer and a 42 nm thick CoCrTa layer. The resulting magnetic disk is disk E.

A sixth substrate was mechanically textured. The sixth substrate was then heated to a temperature of 230° C., and then coated with 16 nm thick Al, 50 nm thick Cr and a 42 nm thick CoCrTa layer. The resulting magnetic disk is disk F.

A seventh substrate was superpolished. The seventh substrate was coated with 16 nm thick Al, heated to 230° C., 50 nm thick Cr and 42 nm thick CoCrTa. The resulting magnetic disk is disk G.

For disks A to G, the Cr was sputtered with a power of 2.0 kw for 5 seconds, at 6.5 mTorr of pressure with a 200 V substrate bias, and the CoCrTa was sputtered with a power of 2 kw for 5 seconds at 11 mTorr with a 200 volt substrate bias. The CoCrTa was 10% Cr, 6% Ta, and the remainder Co. Sputtering was performed in an Intevac sputtering machine model 250A.

FIG. 4 shows the B-H curves for disks A to G as set forth in Table I below.

COR-ITC017364

6,156,404

9

## TABLE I

| B-H curve | Description |
|---|---|
| 4A-1 | B-H curve for disk A in the circumferential direction |
| 4A-2 | B-H curve for disk A in the radial direction |
| 4B | B-H curve for disk B |
| 4C-1 | B-H curve for disk C in the circumferential direction |
| 4C-2 | B-H curve for disk C in the radial direction |
| 4D-1 | B-H curve for disk D in the circumferential direction |
| 4D-2 | B-H curve for disk D in the radial direction |
| 4E-1 | B-H curve for disk E in the circumferential direction |
| 4E-2 | B-H curve for disk E in the radial direction |
| 4F | B-H curve for disk F |
| 4G-1 | B-H curve for disk G in the circumferential direction |
| 4G-2 | B-H curve for disk G in the radial direction |

Table II summarizes magnetic data derived from FIG. 5.

## TABLE II

| Disk | Curve | Hc (Oe) | Mrt (memu/cm²) | S | S* | Mst (memu/cm²) | Manufacturing Process |
|---|---|---|---|---|---|---|---|
| A | 4A-1 | 1805 | 2.14 | .869 | .903 | 2.46 | Texture/heat/Cr/CoCrTa |
| A | 4A-2 | 1250 | 1.53 | .650 | .557 | 2.35 | Texture/heat/Cr/CoCrTa |
| B | 4B | 1310 | 2.00 | .785 | .884 | 2.54 | Smooth/heat/Cr/CoCrTa |
| C | 4C-1 | 1619 | 1.70 | .762 | .756 | 2.22 | Texture/Al (2 nm)/heat/Cr/CoCrTa |
| C | 4C-2 | 1602 | 1.64 | .743 | .781 | 2.20 | Texture/Al (2 nm)/heat/Cr/CoCrTa |
| D | 4D-1 | 1634 | 1.77 | .747 | .796 | 2.37 | Texture/heat/Al (2 nm)/Cr/CoCrTa |
| D | 4D-2 | 1628 | 1.71 | .757 | .772 | 2.25 | Texture/heat/Al (2 nm)/Cr/CoCrTa |
| E | 4E | 1539 | 1.70 | .736 | .774 | 2.31 | Smooth/heat/Al (2 nm)/Cr/CoCrTa |
| F | 4F-1 | 1432 | 1.72 | .737 | .780 | 2.33 | Texture/heat/Al (16 nm)/Cr/CoCrTa |
| F | 4F-2 | 1436 | 1.70 | .709 | .787 | 2.39 | Texture/heat/Al (16 nm)/Cr/CoCrTa |
| G | 4G | 1406 | 1.71 | .721 | .781 | 2.36 | Smooth/heat/Al (16 nm)/Cr/CoCrTa |

As can be seen, for disk A, magnetic coercivity in the circumferential direction (i.e. parallel to the texture lines) was 1805 Oe, whereas in the radial direction (i.e. perpendicular to the texture lines) coercivity was 1250 Oe. The HcOR was 1805/1250 or about 1.44. Mrt, S, S* and Mst similarly vary, depending upon whether these values are taken from B-H curves parallel to or perpendicular to the texture lines. (As mentioned above, Mrt is magnetic remanence times thickness. Mst is saturation magnetization times thickness. S and S* are parameters defined in U.S. Pat. No. 4,749,459, incorporated by reference.)

Curve 4B was generated using a smooth disk, and therefore exhibited isotropic magnetic characteristics. The Hc, Mrt, S, S, and Mst values were all in between the corresponding values for curves 4A-1 and 4A-2.

Disk C was manufactured using the same process as disk A, except prior to heating, a 2 nm thick Al layer was sputtered onto the disk. In the circumferential direction, coercivity was 1619 Oe, whereas in the radial direction, coercivity was 1602 Oe. HcOR was 1.01. Thus, a very thin Al layer (only 2 nm thick) was sufficient to cause almost isotropic coercivity characteristics. The thin Al layer also caused the other magnetic parameters (Mrt, S, S*, and Mst) to become more isotropic.

It is noted that in disk C, coercivity is slightly less than the coercivity of disk A in the circumferential direction.

10

However, this is a small price to pay in return for a reduced HcOR value. (It is also noted that in disk C, coercivity is higher in the radial direction than disk A.)

Disk D was manufactured with the same process as disk C, except the substrate was heated prior to Al deposition. As can be seen, HcOR for disk D was about 1.00. Thus, the thin Al layer caused the coercivity to become substantially isotropic, regardless of whether the substrate was heated before or after Al deposition.

Disk E was manufactured in the same way as disk D, except without texturing. The magnetic characteristics of disk D were isotropic. Coercivity was somewhat less for disk E than disk D.

Disks F and G were made in the same way as disks D and E, respectively, except using 16 nm thick Al instead of 2 nm thick Al. As can be seen, in disk F, coercivity was essentially isotropic (HcOR=1.00), as were the other magnetic parameters. Disk G also had isotropic characteristics.

In summary, the above data demonstrates that an Al sublayer causes the coercivity to be substantially isotropic in the plane of the magnetic film. A slight drop in coercivity Hc and squareness S in the circumferential direction is experienced, but this should be a small price to pay for improved isotropic characteristics.

FIG. 5 shows circumferential coercivity versus Al thickness for disks manufactured as set forth in Table III below.

## TABLE III

| Curve | Substrate | Manufacturing Process |
|---|---|---|
| 40 | Smooth | heated and then Al, Cr and CoCrTa deposited |
| 41 | Textured | heated and then Al, Cr and CoCrTa deposited |
| 42 | Smooth | Al deposited, heated, and then Cr and CoCrTa deposited |
| 43 | Textured | Al deposited, heated, and then Cr and CoCrTa deposited |

As can be seen in FIG. 5, for no Al layer (thickness=0), coercivity for textured disks was greater than for smooth disks (about 1850 Oe versus 1350 Oe). A thin (2 nm) Al layer sublayer causes the Hc values to converge to a value of about 1600 Oe. For thicker Al films in which the substrate is heated prior to Al deposition, coercivity tends to remain constant as Al thickness increases. For disks heated after Al deposition, coercivity tends to drop with increased Al thickness.

Of interest, an Al film tends to cause disk coercivity (for disks with a textured substrate) to be similar to the coercivity

COR-ITC017365

6,156,404

11

of a smooth, untextured disk. This behavior occurs for textured and smooth disks in which Al is deposited before heating and for textured and smooth disks in which Al is deposited after heating.

One advantage of a disk made in accordance with our invention is that we avoid scratch induced variation in coercivity. For example, FIG. 6 shows variation in coercivity for a polished magnetic disk 50 (FIG. 7) having residual parallel scratch marks 51. As can be seen, coercivity varies between about 1700 and 2600 Oe. as one measures coercivity around a track. Measurements were taken at 0.8, 1, 1.2, 1.4, 1.6, and 1.8 inches from the center of the disk (curves 52, 53, 54, 55, 56 and 57, respectively). By providing an Al sublayer, we can avoid such unwanted coercivity variation. FIG. 8 shows coercivity Hc for a magnetic disk similar to that of FIGS. 6 and 7, but including a 2 nm thick Al sublayer. Measurements were taken 0.8, 1, 1.2, 1.4, 1.6, and 1.8 inches from the center of the disk (curves 60, 61, 62, 63, 64 and 65, respectively). As can be seen, the variation in coercivity for the disk of FIG. 8 is substantially less than for FIG. 6, suggesting that the Al sublayer prevents Hc variation caused by residual scratches.

In FIG. 8, coercivity varies between about 1400 and 1500 Oe. Variation appears to be related to the distance from the center of the disk. It is believed that this is caused by temperature variation across the disk surface during sputtering.

In a second experiment, we provided an NiAl sublayer instead of an Al sublayer. Table IV describes a set of disks H to S. Each disk H to S included an Al alloy substrate, NiP plated onto the substrate, a Cr underlayer, a CoCrPtTa magnetic alloy layer, and a 10 nm thick carbon overcoat. The CoCrPtTa magnetic layer included 16 At. % Cr, 12 Al. % Pt and 4 Al. % Ta, with the remainder Co. Sputtering was accomplished with an Intevac 250A system. The NiAl, Cr, CoCrPtTa and carbon were sputtered at a pressure of 10 mTorr, 6.5 mTorr, 11 mTorr, and 7 mTorr respectively. A substrate bias of 300 v was used during sputtering of Cr and CoCrPtTa.

12

example, if the NiAl is 56 nm thick, Mc equals about 2563 Oe, whereas if the NiAl is only 14 nm thick, Hc is 1812 Oe (this is for the case of a Cr layer that is 41 nm thick). Thus the penalty one pays in coercivity by providing the NiAl layer can be mitigated by making the NiAl thicker. (Thick NiAl causes Cr and therefore CoCrPtTa to grow with larger grains and better isolation. This raises coercivity Hc.) A similar result is achieved for a disk with a 20.5 nm thick Cr layer.

FIGS. 9 and 10 illustrate the results of another experiment performed using an NiAl sublayer. FIG. 9a is a TEM photograph of a magnetic disk including a substrate, sputtered Cr underlayer, and sputtered Co alloy magnetic layer constructed in accordance with the prior art. The Cr underlayer and Co alloy were sputtered while the substrate was heated. As can be seen in the electron diffraction pattern in FIG. 9b, the Cr underlayer grew predominantly with a (200) crystal orientation. As can be seen in FIG. 9c, the Co alloy layer grew with a predominantly (1120) crystal orientation. The Co alloy grew in an epitaxial relation with the Cr underlayer.

FIG. 10a is a TEM photograph of a magnetic disk in accordance with our invention, including an NiAl sublayer, Cr underlayer and Co alloy magnetic layer sputtered onto a substrate in that order. FIG. 10a shows that the grain size of the Co alloy magnetic layer is smaller if the NiAl sublayer is formed.

FIG. 10b is an electron diffraction pattern showing that the NiAl sublayer of FIG. 10a has a random crystal orientation.

FIG. 10b* is an electron diffraction pattern showing that the Cr underlayer of FIG. 10a grew with a random crystal orientation. FIG 10c is an electron diffraction pattern showing that the Co alloy magnetic layer likewise grew with an almost random crystal orientation. The Cr grew in an epitaxial relation on the NiAl, and the Co alloy grew in an epitaxial relation with the Cr.

Table V below shows additional data for magnetic disks including an Al alloy substrate plated with NiP. The disks

### TABLE IV

| Disk | Substrate | NiAl Thickness (nm) | Cr Thickness (nm) | CoCrPtTa Thickness (nm) | Hc | Mrt | Mst | S* | Sq | HcOR | Hr | S*r |
|------|-----------|---------------------|-------------------|--------------------------|------|------|------|-------|-------|------|------|-------|
| H | Textured | 0 | 41 | 22 | 2693 | 0.55 | 0.65 | 0.573 | 0.834 | 1.33 | 3106 | 0.773 |
| K | Smooth | 0 | 41' | 22 | 2536 | 0.55 | 0.74 | 0.576 | 0.725 | 1.00 | 2970 | 0.774 |
| N | Textured | 14 | 41 | 22 | 1812 | 0.45 | 0.67 | 0.430 | 0.661 | 0.98 | 2316 | 0.713 |
| O | Textured | 28 | 41 | 22 | 2149 | 0.47 | 0.72 | 0.533 | 0.665 | 0.98 | 2659 | 0.722 |
| P | Textured | . 42 | 41 | 22 | 2329 | 0.45 | 0.72 | 0.576 | 0.674 | 0.99 | 2787 | 0.760 |
| Q | Textured | 56 | 41 | 22 | 2563 | 0.48 | 0.66 | 0.636 | 0.734 | 0.99 | 2896 | 0.781 |
| R | Textured | 14 | 20.5 | 22 | 1522 | 0.41 | 0.72 | 0.363 | 0.577 | 1.01 | 2169 | 0.582 |
| S | Textured | 56 | 20.5 | 22 | 2348 | 0.49 | 0.73 | 0.648 | 0.689 | 0.96 | 2722 | 0.801 |

All sputtered layers except the NiAl were sputtered after heating the substrate to 250° C. (The NiAl was sputtered onto the substrate at room temperature.)

For all disks, the saturation magnetization of the magnetic layer was about 320 emu/cm².

As can be seen from Table IV, for textured substrates without the NiAl, HcOR was between 1.23 and 1.33. We were able to reduce HcOR to 1.0 by eliminating the texture and using a super smooth texture. We were also able to reduce HcOR to about 1.0 by providing the NiAl sublayer even for textured disks.

Also as can be seen from Table IV, one can increase coercivity Hc by increasing the NiAl thickness. For

were heated to 200° C., and 50 nm thick Cr and 40 nm thick CoCrTa were sputtered thereon. The disks included either a Cu sublayer or a Ti sublayer. For textured disks in Table V, coercivity was measured in the circumferential direction.

### TABLE V

| Sublayer | Hc, Textured Disk | Hc, Polished Disk | % Difference |
|----------|-------------------|-------------------|--------------|
| 38 nm thick Cu | 1137 | 1098 | 3.6 |
| 76 nm thick | 1124 | 1145 | -1.9 |

COR-ITC017366

6,156,404

| | | | |
| 13 | | | 14 |

TABLE V-continued

| Sublayer | Hc, Textured Disk | Hc, Polished Disk | % Difference |
|---|---|---|---|
| Cu 114 nm thick | 1136 | 1158 | −1.9 |
| Cu 15 nm thick | 617 | 777 | −20.6 |
| Ti 30 nm thick | 640 | 773 | −17.2 |
| Ti 45 nm thick | 707 | 811 | −12.8 |
| Ti | | | |

For disks including a Cu sublayer, textured and polished disks exhibited nearly identical coercivities (i.e. within 2 to 3% of one another). This demonstrates that for these disks, the substrate texture had little or no effect on coercivity.

For disks including a Ti sublayer, the polished disks exhibited higher coercivity so there was some effect of substrate texture on coercivity. Also, coercivity was fairly low.

In summary, it has been shown that a crystalline sublayer (typically a metal) that prevents a Co film from growing with a (200) crystal orientation can be used to cause a Co alloy magnetic film to grow in a manner other than with a preferred (11$\bar{2}$0) crystal orientation, and in a manner that is not dependent on the substrate texture. The resulting Co film is substantially isotropic in the plane of the magnetic film.

While the invention has been described with respect to specific embodiments, those skilled in the art will appreciate that modifications can be made without departing from the spirit and scope of the invention. For example, in lieu of Cr, layer 26 can be an alloy of Cr. In one embodiment, the Cr is alloyed with another material such as Ta, V or Mo. Cr can be alloyed with other elements as well, but the Cr alloy should have a BCC crystal structure. Layer 26 is typically between 5 and 100 nm thick.

As mentioned above, the magnetic alloy is typically a Co based alloy, and in some embodiments it can be a CoCr alloy or a CoNi alloy. The magnetic alloy is typically a CoCrX alloy where X is either Pt, Ta or both. The magnetic alloy can contain other materials as well.

In one embodiment, Co alloy magnetic layer 28 comprises CoCrTaPt, wherein the Cr is between 0 and 25% Cr, the Pt is from 0 to 20% (and typically about 12 to 17%) and the Ta is from 0 to 15%. (These percentages are in atomic percent.)

Cr layer 26 and magnetic layer 28 are typically sputtered at an elevated temperature. For example, in one embodiment, substrate 22 is heated to a temperature greater than or equal to about 200° C. during or prior to sputtering layers 26 and 28. If the substrate temperature is too great, it will either warp or cause the plated NiP layer to crystallize (plated NiP is typically amorphous). Generally, the substrate temperature is kept below about 350° C.

In some embodiments, the substrate is heated before deposition of sublayer 25, but in other embodiments this is not required. Sublayer 25 is typically between 0.5 and 10 nm thick and in one embodiment, 2 nm thick. The surface upon which sublayer 25 is formed can have a roughness Ra greater than 0.5 nm and less than 5 nm as measured by atomic force microscope. Formation of sublayer 25 typically does not contribute significantly to the overall roughness Ra of the disk, and generally contributes less than about 2 nm to the overall disk surface roughness Ra.

NiP layer 26 is typically 6 to 10 μm thick and typically 8 μm.

In lieu of a NiP coated Al substrate, other substrate materials such as glass can be used. In addition, vacuum deposition techniques other than sputtering, e.g. evaporation can be used. The various layers in magnetic media in accordance with our invention can be of various appropriate thicknesses. The protective overcoat can be materials other than carbon. (For example, the protective overcoat can be ZrO₂ or hydrogenated carbon.) Accordingly, all such changes come within our invention.

I claim:

1. A method for manufacturing a magnetic disk comprising the steps of:

   forming a crystalline layer on a substrate;

   causing the surface of the structure formed by the preceding process step to have a temperature of at least 150° C.;

   depositing a layer comprising Cr on said crystalline layer, and in an epitaxial relation with said crystalline layer, the crystallites within said layer comprising Cr having a substantially random orientation, said step of depositing being performed after said step of causing; and

   forming a magnetically isotropic Co based magnetic layer on said layer comprising Cr and in an epitaxial relation with said layer comprising Cr.

2. Method of claim 1 wherein said layer comprising Cr is more than 50% Cr, has a BCC crystal structure, and said Co based magnetic layer has a HCP crystal structure.

3. Method of claim 1 wherein said crystalline layer is metallic.

4. Method of claim 1 wherein said substrate has an average surface roughness Ra greater than about 0.5 nm as measured by an atomic force microscope.

5. Method of claim 4 wherein said substrate has an average surface roughness Ra less than about 5 nm as measured by an atomic force microscope.

6. Method of claim 1 wherein said substrate has a circumferential texture.

7. Method of claim 1 wherein said substrate has randomly oriented scratches.

8. Method of claim 1 wherein said crystalline layer is between 0.5 and 10 nm thick.

9. Method of claim 8 wherein said crystalline layer has a roughness Ra less than about 2 nm, and is non-magnetic.

10. Method of claim 1 wherein said step of forming a crystalline layer is performed without first heating said substrate.

11. Method of claim 1 wherein said substrate comprises an Al alloy disk covered with NiP, said method further comprising the step of circumferentially texturing said NiP, and heating said substrate prior to said steps of depositing said layer comprising Cr and forming said magnetic layer.

12. Method of claim 1 wherein said substrate comprises an Al alloy disk covered with NiP, wherein there are randomly oriented scratches in said NiP, said method further comprising the step of heating said substrate prior to said steps of depositing said layer comprising Cr and forming said magnetic layer.

13. Method of claim 1 wherein said crystalline layer comprises a B2 or a BCC crystal material in which the lattice parameter a is between 0.26 and 0.32 nm.

14. Method of claim 13 wherein said crystalline layer comprises a material selected from the list of materials consisting of (Cu, Co, Ni, Pd, Fe, Ru, Cr, V) Al, (Co, Cu, Ni, Pd, Fe, Ag, Au) Zn, and (Ag, Au) Mg.

15. Method of claim 1 wherein the thickness of said crystalline layer is greater than or equal to about 0.5 nm.

16. Method of claim 1 wherein the surface roughness Ra of said crystalline layer is less than 2 nm.

COR-ITC017367

6,156,404

15

17. Method of claim 1 wherein the Ra of said crystalline layer is between 0.5 and 5 nm.

18. Method of claim 1 wherein said layer comprising Cr is between about 5 and 100 nm thick.

19. Method of claim 1 wherein said layer comprising Cr is an alloy comprising Cr and at least one material selected from the group consisting of V, Mo, Ta and Co.

20. Method of claim 1 wherein said crystalline layer increases the randomness of orientation of said layer comprising Cr.

21. Method of claim 1 wherein the surface of said crystalline layer is at a temperature exceeding about 200° C. prior to said step of depositing.

22. Method of claim 1 wherein said layer comprising Cr has a thickness greater than 5 nm.

23. Method of claim 1 wherein said substrate is textured.

24. Method of claim 1 wherein said crystalline layer has grains which grow with a random orientation.

25. A magnetic disk comprising:

a substrate;

a crystalline sublayer formed on said substrate;

an underlayer comprising Cr formed in an epitaxial relation with said sublayer, the crystallites within said underlayer having a substantially random orientation; and

a magnetically isotropic Co magnetic alloy layer formed in an epitaxial relation with said underlayer.

26. A method for manufacturing a magnetic disk comprising the steps of:

forming a crystalline layer on a substrate;

depositing a layer comprising Cr on said crystalline layer, the crystallites within said layer comprising Cr having a substantially random orientation; and

forming a magnetically isotropic Co based magnetic layer on said layer comprising Cr.

27. Method of claim 26 wherein said layer comprising Cr is formed in an epitaxial relation with said crystalline layer.

28. Method of claim 26 wherein said crystalline layer causes said layer comprising Cr to form without a preferred (200) orientation.

29. A magnetic disk comprising:

a substrate;

a crystalline sublayer formed on said substrate;

an underlayer comprising Cr formed on said sublayer, the crystallites within said underlayer having a substantially random orientation; and

a magnetically isotropic Co magnetic alloy layer formed on said underlayer.

30. A magnetic disk comprising:

a substrate;

a crystalline sublayer formed on said substrate;

an underlayer comprising Cr having randomly oriented grains;

a magnetically isotropic Co magnetic alloy layer formed in an epitaxial relation with said underlayer.

31. Magnetic disk of claim 30 wherein said crystalline sublayer causes said underlayer to have randomly oriented grains.

32. A magnetic disk comprising:

a substrate;

a crystalline sublayer formed on said substrate;

an underlayer comprising Cr, the crystallites within said underlayer comprising Cr having a substantially random orientation; and

16

a Co magnetic alloy having randomly oriented grains.

33. A disk drive comprising:

a magnetic disk as described in claim 29;

a rotor shaft, said magnetic disk mounted on said rotor shaft;

a motor for rotating said rotor shaft;

a read write head; and

an arm, said read-write head being mounted on said arm and held in proximity to said magnetic disk so that data can be read from and written to said magnetic disk by said read-write head.

34. Method of claim 26 wherein said magnetic layer is formed in an epitaxial relation with said layer comprising Cr.

35. A magnetic disk comprising:

a substrate;

a crystalline sublayer formed over said substrate;

an underlayer comprising Cr formed over said sublayer; and

a magnetic alloy film formed over said underlayer, said magnetic alloy being isotropic in the plane of said magnetic alloy film.

36. A magnetic disk comprising:

a substrate;

a crystalline sublayer formed over said substrate, the crystallites of said crystalline sublayer being randomly oriented;

an underlayer comprising Cr formed over said sublayer; and

a magnetic alloy film formed over said underlayer.

37. Magnetic disk of claim 36 wherein said magnetic alloy film is formed epitaxially on said underlayer.

38. A magnetic disk comprising:

a substrate;

a crystalline sublayer formed over said substrate;

a crystalline underlayer comprising Cr formed over said sublayer, the crystallites in said underlayer being randomly oriented; and

a magnetic alloy film formed over said underlayer.

39. Magnetic disk of claim 38 wherein said magnetic alloy film is formed epitaxially on said underlayer.

40. Magnetic disk of claim 38 wherein the crystallites of said sublayer are randomly oriented.

41. A magnetic disk comprising:

a substrate;

a crystalline sublayer formed over said substrate;

an underlayer comprising Cr formed over said sublayer; and

a magnetic alloy film formed over said underlayer, said magnetic alloy comprising crystallites that are randomly oriented in the plane of said magnetic alloy film.

42. A method for making a magnetic disk comprising:

forming a crystalline sublayer over said substrate;

forming a underlayer comprising Cr over said sublayer; and

forming a magnetic alloy film over said underlayer, said magnetic alloy being isotropic in the plane of said magnetic alloy film.

43. A magnetic disk comprising:

forming a crystalline sublayer formed over a substrate;

forming an underlayer comprising Cr over said sublayer; and

forming a magnetic alloy film over said underlayer, said magnetic alloy comprising crystallites that are randomly oriented in the plane of said magnetic alloy film.

COR-ITC017368

6,156,404

17

44. A method for making a magnetic disk comprising:

forming a crystalline sublayer over said substrate, the crystallites in said sublayer having a random orientation;

forming an underlayer comprising Cr over said sublayer; and

forming a magnetic alloy film over said underlayer.

45. Method of claim 44 wherein said magnetic alloy film is formed epitaxially on said underlayer.

46. A method for making a magnetic disk comprising:

forming a crystalline sublayer formed over a substrate;

forming an underlayer comprising Cr over said sublayer, the crystallites within said underlayer having a random orientation; and

forming a magnetic alloy film over said underlayer.

18

47. Method of claim 46 wherein said magnetic alloy film is formed epitaxially on said underlayer.

48. Method of claim 46 wherein the crystallites in said sublayer have a random orientation.

49. A method for making a magnetic film comprising:

forming a crystalline layer on a substrate;

causing the surface of the structure formed by the preceding process step to have a temperature of at least 150° C;

forming an underlayer comprising Cr on said crystalline layer; and

forming a magnetic layer on said underlayer.

* * * * *

COR-ITC017369