27



ELSEVIER

Journal of Magnetism and Magnetic Materials 155 (1996) 164–167

# Temperature and seed layer effects on the magnetics of sputtered glass-ceramic disks

Xiaoxia Tang, Ga-Lane Chen *, Federico Sequeda, David Chen

*Conner Peripherals, 311 Turquoise St, Milpitas, CA 95035, USA*

**Abstract**

Glass-ceramic substrates show excellent shock resistance and low glide performance. To achieve good magnetics, two types of seed layers, A and B, and no seed layer were deposited on glass-ceramic substrates with following Cr and CoCrPtTa layers. The effects of the seed layers on the substrate temperature, the subsequent Cr and CoCrPtTa crystallographic orientations, anisotropy $K_u$, media noise and the signal-to-noise ratio (SNR) were measured. The seed layer reduces the emissivity of the glass and increases the substrate temperature by more than 100°C during the Co layer deposition. Significant differences in media noise performance were observed among the three seed layer materials and processes. The textures of the Cr underlayer and the Co alloy depend on the surface of the seed layer. Samples with $Ni_3P$ seed layers have a structure with Co(11$\bar{2}$0)/Cr(200) on $Ni_3P$ and show SNR values 2–6 dB higher than those with Cr seed layers. However, the $\Delta M$ curves show that samples with $Ni_3P$ seed layers have higher $\Delta M$. The $\Delta M$ value may not be a necessary condition for determining the mechanism of media noise.

## 1. Introduction

Glass substrates are different from Al substrates. To achieve good magnetics, much recent work has concentrated on investigating the effects of depositing additional layers before the Cr underlayer [1–6]. The effects of these seed layers on the crystallographic structure and parametric performance have been reported. Media noise is strongly dependent on the seed layer materials and the processes employed. Shen et al. [1] used the same seed layer but different processes, and ascribed the difference in media noise to the Co alloy orientation. In our previous work [2] we found that different seed layer materials give different media noise values related to the grain size. In this work, we have continued our investigations of the effect of seed layer materials and processes. The temperature variations with and without seed layers were monitored. The parametric performance and anisotropy fields of the samples were measured, and the crystal structures were recorded.

## 2. Experimental procedures

Glass-ceramic substrates were used with roughnesses of 16–30 Å, formed by crystallized $SiO_2$. The sputtering machine was a home-built pass-by in-line machine. The base pressure was of the order of $10^{-7}$ Torr, and the sputtering Ar gas pressure was 10 mTorr. The substrate temperature was monitored by means of a sensor embedded in the substrate. The substrate temperature profiles in the heat chamber, Cr, Co alloy and carbon chambers were recorded to study the effects of the seed layers on the substrate temperature. The seed layers were presputtered onto the substrates. Two seed layer materials were used: $Ni_3P$ (seed layer A) and Cr (seed layer B). The samples were then loaded into the pass-by sputtering system with five stations: soak heater, pass-by heater, Cr, Co alloy, and carbon stations. The heater was constructed with quartz tubes. The temperature of the glass substrate was measured in real time by a solid state sensor as the pallets passed through each station. X-ray diffraction (XRD) was used to examine the film orientation. The macromagnetic properties were tested with a VSM in $M$–$H$ and $\Delta M$ modes. A Guzik 1001 was used to evaluate the parametric performance. The media noise was tested in the frequency domain with a spectrum analyzer.

## 3. Results and discussion

Fig. 1 shows typical temperature profiles obtained for the glass substrates with and without precoated seed layers, and that of a conventional Al substrate. It can be seen that the glass substrates with and without precoated seed layers reached higher temperatures in the soak and pass-by chambers than the Al substrate. However, the glass substrate

* Corresponding author. Email: ga-lane.chen@conner.com; fax: +1-408-456-2299.

0304-8853/96/$15.00 © 1996 Elsevier Science B.V. All rights reserved
SSDI 0304-8853(95)00696-6

Case 1:04-cv-00418-SLR Document 220-5 Filed 11/28/2005 Page 3 of 28

Fig. 1. Temperature profiles of glass-ceramic substrates in a pass-by sputtering system, compared with Al substrates.

without a precoated layer has a higher emissivity. The temperature drops quickly in the pass-by chamber; in the Co alloy chamber a 100°C difference in temperature was noted between the precoated and bare glass substrates.

Table 1
Magnetic properties of glass-ceramic disks

| Seed layer | $H_c$ (Oe) | $M_r$ (memu/cm²) | [illegible] | [illegible] | $K$ (dyn cm) |
|---|---|---|---|---|---|
| None | 1815 | 2.34 | | | |
| SM B P1 | 2030 | 2.30 | | | |
| SM A P2 | 2100 | 2.10 | 0.90 | 0.86 | 22.9 |
| SM B P1 | 2100 | 2.08 | 0.80 | | |
| SM B P2 | 2080 | 2.08 | 0.80 | 0.84 | 18 |

Therefore, the precoated seed layer slows down the heat dissipation of the glass substrate. The coercivity increases by 200 Oe with a precoated seed layer, as shown in Table 1. The seed layer improves the magnetic performance of the glass substrate, but the extent of the improvement depends on the seed layer materials and the processes employed. Table 1 shows the magnetic properties of the three sets of samples. Sample A (SM A P2) has seed layer A, and samples B (SM B P1 and SM B P2) have seed layer B, but the sputtering processes were different. With

Fig. 2. Media noise versus recording density for glass media with different seed layer materials and processes.

Fig. 3. Media SNR versus recording density for glass media with different seed layer materials and processes.

COR-ITC056832

Table 2
Parametric performance of glass-ceramic media

| Seed layer | $H_c$ (Oe) | $M_{rt}$ (memu/cm²) | SNR (dB) | $N_{tran}$ (mV) |
|---|---|---|---|---|
| None | 1815 | 2.34 | 15.40 | 7.95 |
| SM B P1 | 2030 | 2.30 | 19.55 | 5.20 |
| SM A P2 | 2100 | 2.10 | 25.11 | 2.33 |
| SM B P1 | 2100 | 2.08 | 18.69 | 5.00 |
| SM B P2 | 2080 | 2.08 | 23.74 | 2.71 |
| SM A P2 | 2420 | 0.81 | 24.74 | 4.20 |
| SM B P1 | 2400 | 0.82 | 19.0 | 7.9 |
| SM B P2 | 2430 | 0.81 | 22.59 | 5.35 |

Fig. 4. XRD patterns for MR glass media.

the same sputtering conditions for Cr and CoCrPtTa, all three samples gave similar coercivity values, but sample A (SM A P2) has a higher squareness ratio (Table 1). However, the parametric performance and media noise of the disks with different seed layer processes are significantly different, as shown in Table 2. Sample A (SM A P2) has the highest SNR of the three samples. For the group with $H_c \approx 2100$ Oe and $M_{rt} = 2.10$, the SNR of sample A is 1.37 and 6.42 dB higher than the other two samples. For the group with $H_c = 2420$ Oe and $M_{rt} = 0.81$, the SNR of sample A is 2.15 and 5.74 dB higher than the other two samples.

Fig. 2 shows the MR media noise versus recording density for the three samples. In general, seed layer A (SM A) has lower noise than seed layer B. For seed layer material B, process P2 has lower noise than P1. Fig. 3 shows the SNR performance versus recording densities for the three samples. The results are the same as for the media noise: sample A (SM A) has the best SNR, followed by sample SM B P2, and sample SM B P1 has the worst SNR.

XRD was then used to examine the structural differences between the three samples. Figs. 4 and 5 show the X-ray diffraction patterns for the MR media with $M_{rt} = 0.81$ memu/cm² and inductive media with $M_{rt} = 2.1$ memu/cm², respectively. It is interesting to note that the orientation of the Cr underlayer depends strongly on the seed layer material and process. CoCrPtTa grows epitaxially with the Cr underlayer with the orientation relations Cr(200)/Co(11$\bar{2}$0) and Cr(110)/Co(00·2) and Co(10·1). For seed layer A (SM A), strong Cr (200) and Co(11$\bar{2}$0) peaks are found. The Cr underlayer on seed layer A has a preferred (200) orientation, and CoCrPtTa has a (11$\bar{2}$0) orientation. In general, the Cr underlayer on seed layer B has a strong (110) orientation. However, the intensity of the Cr(200) peak depends on the sputtering process of seed layer B. Process 1 (P1) tends to lead to a higher intensity of the Cr(200) peak, followed by the appearance of the Co(11$\bar{2}$0) peak. Process 2 (P2) leads to stronger Co(10·1) peaks for both the MR and inductive media. The crystallographic orientations were interpreted from the VSM and torque data. The media with seed layer A have a Co(11$\bar{2}$0) orientation, and so have a strong in-plane anisotropy $K_u$ and better squareness ratios, as shown in Table 1. Seed layer A also has lower noise and a better SNR, as indicated in Table 2.

Fig. 6 shows the $\Delta M$ curves for the inductive glass-ceramic media. The $\Delta M$ values of sample A are higher than those of sample B. Since $\Delta M$ indicates the intergranular interaction, the reason why sample A has lower noise but higher $\Delta M$ is not clear. TEM and microstructure studies of grain separation are required.

## 4. Conclusions

Seed layers have been found to improve recording performance. The seed layer reduces the emissivity of glass and increases the substrate temperature by more than 100°C during the Co layer deposition. The crystallographic orientations of the Cr and the Co alloy depend strongly on the seed layer material and the process employed. For samples with seed layer A ($Ni_3P$), the preferred orientation

Fig. 5. XRD patterns for inductive glass media.

Fig. 6. Δ*M* curves for the inductive glass media.

is Cr(200)/Co(11$\bar{2}$0). The samples with seed layer B (Cr) have a Cr(110) orientation and the Co alloy with (10·0), (10·1) and (00·2) orientations. The samples with seed layer A have much better signal-to-noise ratios, higher squareness ratios, and higher anisotropy $K_u$ than samples with seed layer B and those without seed layers. The reason why the samples with $Ni_3P$ seed layers show lower noise but higher Δ*M* is not clear, and requires further study.

## References

[1] Y. Shen, D. Laughlin and D. Lambeth, IEEE Trans. Magn. 28 (1992) 3261.

[2] X. Tang, B. Reed, R. Zubeck, D. Hollars and K. Goodson, IEEE Trans. Magn. 30 (1994) 3963.

[3] J.H. Judy, IEEE Trans. Magn. 29 (1993) 209.

[4] S. Duan, B. Zhang, C. Gao, G. Rauch and J. Pressesky, IEEE Trans. Magn. 30 (1994) 3966.

[5] H. Tsai, M. Miller and A. Eltoukhy, IEEE Trans. Magn. 28 (1992) 3093.

[6] T. Yamashita, L. Chan, T. Fujiwara and Tu Chen, IEEE Trans. Magn. 27 (1991) 4727.

36

# REDACTED

39

# IDEMA STANDARDS

## *Disks and Substrates*

Document No. D18-96
Page 1 of 9

## GLOSSARY OF DISK/SUBSTRATE TERMS

**PURPOSE**

The purpose of this glossary is to create common usage and understanding among disk and substrate uses and interested groups. This glossary is also useful for training persons entering the disk drive industry.

**SCOPE**

The scope of this glossary is limited to disks and substrates.

**REFERENCED STANDARDS**

IDEMA D2-91, Specification for Substrates for Rigid Disks.

**DEFINITIONS**

**-A-**

1. **ADHERED GLASS** - Small transparent glass particles adhered or fused to the glass surface.

2. **AIRLINE (Glass)** - An elongated gaseous inclusion.

3. **ALLOY** - Name given to metal mixtures composed of several elements. Aluminum alloys use a system of four digits to identify particular compositions, the first digit indicates the alloy group, 5xxx indicates a magnesium bearing aluminum alloy, 6xxx indicates a magnesium and silicon aluminum alloy.

4. **AMP-TURNS** - Used in the interface process of controlling the coupling of magnetic field to or from a magnetic layer relative to the recording head signal output.

**-B-**

5. **BLISTER (Glass)** - A bubble in glass greater than .030" in length. A gaseous inclusion. May be open at surface.

6. **BOW** - The measure of curvature relative to a perfectly flat disk. MILS or MICROINCHES per linear distance are its units.

7. **BOW (Glass)** - A term more properly applied to glass tubing; for sheet glass see Warp.

8. **BREAK-THROUGH** - The physical void of material between two holes or adjacent voids.

-C-

9. **CAMBER (Glass)** - A slight convex curve of a surface; for sheet glass see Warp.

10. **CHECK** - A fissure in the glass which does not extend through the thickness of the material.

11. **CHIP** - Region of material missing from the surface or edge of a substrate material. This defect does not pass through both sides. See — INDENT.

12. **CHIP (Glass)** - A depression or irregularity on the surface caused by the unintentional removal of glass (as in flaking).

13. **CIRCUMFERENTIAL** - Points of reference which are equidistant from an axis of rotation.

14. **CIRCUMFERENTIAL LINES** - Visual circular lines (scratches) on the surface of the substrate after the final finish.

15. **CLEANLINESS** - A term used to describe the degree of particulate contamination or foreign material allowable on a part or laboratory environment.

16. **COMET** - The visual pattern created by thickness variations in an epoxy media spun on a disk. This pattern occurs if the surface is not perfectly smooth or if a particle of solid material rest on the surface during spinning.

17. **CONCAVE** - Surface area which has a depression relative to the immediate surrounding area. (ID depressed with respect to OD).

18. **CONVEX** - The opposite of concave, having a protrusion relative to the surrounding area. (ID protruding with respect to OD).

19. **CORD** - A narrow inhomogeneous band of glass having a different refractive index than the surrounding glass.

20. **CORROSION** - Destructive chemical deterioration of a metal by reaction with its environment. Corrosion in disks occurs at thin film interfaces (substrate to thin film, thin film to thin film or thin film to environment).

21. **CRACK** - A fissure in the glass extending through both surfaces and body of the material.

22. **CRUSH (Glass)** - A lightly pitted area resulting in a gray appearance, usually the result of the abrasive action of a glass chip between two sheets of glass.

23. **CUT-OFF** - The term given the length of a sinewave whose amplitude is transmitted with 75% of its actual height. The selection of a cut-off length determines which feature of the profile is regarded as roughness and therefore constitutes thoroughness profile.

**-D-**

24. **DEFECT, PROTRUDING** - Asperities, particles, contamination, or foreign debris above the surface of substrates.

25. **DEVITRIFICATION** - The process by which glass returns to its non-glassy state. The glass is said to have "devitrified."

26. **DIAMOND TURNED** - Micromachining operation using a diamond cutting tool to obtain a microscopic finish.

27. **DIGS** - Pulled out surface micro-structure caused by burnishing, polishing or other process machining.

28. **DINGS** - Marks left on disk surface due to physical mishandling.

29. **DIRT** (Glass) - Foreign material which contaminates the glass surface.

30. **DOUBLE DISK GRIND** - The process of surface polishing a substrate using two polishing wheels counter rotating.

31. **DRAW LINES** - A surface irregularity or waviness caused during glass fabrication.

32. **DUB-OFF** - A lesser degree of chamfer, slight rounding of the intersection of two surfaces.

**-E-**

33. **EDGE-BREAK** - The physical deformation which occurs at the edge area when material is cut, sheered and punched. The edge usually has a raised deformation.

34. **ELECTROLYTE** - A solution that will conduct an electric current. Chemically a compound whose water solution will conduct an electric current. Acids, bases, and salts are electrolytes.

35. **ELECTROLYTIC** - Chemical action of or having to do with an electrolyte.

36. **EPOXY COATING** - Pertains to the magnetic layer spun on top of a substrate. Epoxy coating describes the polymetric material in which the magnetic particles and alumina are suspended.

-F-

37. **FLARE (Glass)** - Cutting fin or projection on a score cut edge.

38. **FLAT BAKE** - The process of clamping a stack of substrates between two massive rigid plates under extreme pressure then subjecting the assembly to an elevated temperature. The assembly is allowed to cool slowly to stress relieve the disks and flatten them after rough machining.

39. **FLY-CUT** - Machinist term of process used to cut the substrate blanks to rough dimension.

-G-

40. **GASEOUS INCLUSION** - Void in the body of the glass as a result air or reaction gases from the melt becoming trapped in the solidifying glass.

41. **GAUSS** - The unit of magnetic induction or magnetic flux density in the SI system — equivalent to one maxwell per square centimeter. NOTE: The earth's magnetic field is approximately 0.3 to 0.5 gauss

-H-

42. **HARDNESS** - The resistance to plastic deformation of a locally stressed substance. The hardness of metals is called out as BRINELL or a ROCKWELL hardness number representing different measurement methods by permanent impression in the material made by an indenter. Higher numbers represent higher resistance of the surface to indentation by inference to wear or abrasion.

43. **HAZE** - The cloudy aspect of a particulate coating or thin film as opposed to a glossy appearance.

44. **HAZE (Glass)** - A smoky or cloudy film on the surface of the glass, may be either washable or permanent haze.

45. **HEAT TREATMENT** - The process of raising metal to a high temperature then cooling in a controlled profile. This process will give a known physical property and stabilize the structure.

-I-

46. **INCLUSION** - A small solid body or a gaseous or liquid substance contained in a crystal or a mineral mass.

47. **INTERDIFFUSION** - Microscopic intermixing of thin film materials with one another occurring at the boundaries of the films.

48. **INTERMETALLICS** - Intermediate crystal structures occurring in alloys.

49. **IRON OXIDE** - The most common magnetic constituent of a particulate magnetic coating.

-K-

50. **KNOT (Glass)** - An embedded glassy transparent lump having an irregular or tangled appearance. Its size shall be determined by the size of the distorted area.

-L-

51. **LOOSE GLASS** (Glass) - Small glass particles which cling to the main surface of the glass by electrostatic charge or moisture, and can be physically removed without surface damage.

-M-

52. **MEDIA, ELECTROLESS** - Magnetic media deposited by immersion in a chemical bath without recourse to an external electrical source.

53. **MEDIA, ELECTRON-BEAM EVAPORATION** - Magnetic layer deposited by vacuum process in which an electron-beam is used as a heat source to evaporate the magnetic material.

54. **MEDIA, ELECTROPLATED** - Magnetic layer deposited by immersion in a chemical bath using the passage of electric current to transport the metallic ions.

55. **MEDIA, EVAPORATED** - Magnetic layer deposited by a process in which the magnetic layer is evapo rated in a vacuum chamber. The metallic vapor condenses on the disk to form the thin magnetic film.

56. **MEDIA, PHYSICAL DEPOSITION** - Magnetic layer deposited by a vacuum process such as sputtering or ion beam i.e. involving ionic or molecular bombardment in a plasma.

# IDEMA STANDARDS

## *Disks and Substrates*

57. **MEDIA, THERMAL EVAPORATION** - Magnetic layer deposited by vacuum process in which the metal to be deposited is heated to the evaporation point by a filament carrying a heavy current, by r.f. induction or by electron bombardment.

58. **MEDIA, VAPOR DEPOSITION** - Magnetic layer deposited by a vacuum process where the magnetic material is thermally evaporated than condensed on the surface of a disk. See media evaporated.

-N-

59. **NODULE** - Small aggregates or clusters of material protruding from the surface.

60. **NON-MAGNETIC NICKEL** - A sub-layer applied between a substrate and a magnetic thin film.

-O-

61. **OPEN GASEOUS INCLUSION (Glass)** - A gaseous inclusion which so near the surface that it is obviously "open" and/or one so close to the surface that it may be broken open with the point of a soft lead pencil.

62. **ORANGE PEEL** - Refers to the appearance of an epoxy coated disk with small irregularities in coating thickness resembling, an orange peel texture.

63. **ORIENTATION** - A term used to describe the process of aligning the magnetic particles of a particulate media in a specific direction. This is done by applying a strong magnetic field to the revolving disk before hardening the epoxy binder to its final setting.

-P-

64. **PATTERNING** - Visual effect or reflection of surface texture when light is used to inspect disk for surface flaws. EXAMPLE - Particulate media greenish bands due to orientation.

65. **PIT** - A particle of glass having been removed from the glass surface unintentionally.

66. **POROSITY** - The property of a substance whose atomic structure allows microscopic voids to exist.

67. **PULL-OUTS** - The removal of weakly bound microscopic agglomerates of material occurring in a lapping or polishing operation.

-R-

68. **RELUCTANCE** - The resistance offered to the passage of magnetic lines of force. It is equivalent to the ratio of the magnetomotive force to the magnetic flux.

69. **RIPPLES** - Periodic thickness variations in a coating.

70. **ROLLER MARK or ROLLER PRINT** - A deviation or deformation in thickness caused by excessive pressure or a squeezing action on the substrate material.

71. **ROLLER SCUFF (Glass)** - A marring or abrasion of the surface, a series of small fine scratches caused by detrimental roller contact.

72. **ROUNDNESS** - Describes the transition between a substrate's surface and edge at either the ID or OD. Also used to describe the cicularity of the ID and OD diameters.

73. **RUB (Glass)** - (Also see Roller Scuff, Scratch and Scuff). A surface scratch or series of small scratches generally caused in handling.

74. **RUB-OFF** - Pertains to the chamfered area used mainly to describe the mechanical method of relieving an edge deburring).

-S-

75. **SCALE** - Particles of carbon or metallic substances adhered to or embedded in the glass, usually red or black.

76. **SCHLIEREN** - Disk flatness testing technique displaying pseudo interferometric colors.

77. **SCUFF (Glass)** - The marring of the glass surface leaving a milky white, grayish, or matte appearance and having appreciable width as opposed to a scratch.

78. **SCRATCH** - A single linear abrasion of the glass surface which may be of any length, width or direction.

79. **SEED (Glass)** - An elongated bubble less than .030" length. A gaseous inclusion.

80. **SEGMENT** - A wedge-shaped portion of a disk's surface, referred to in error testing.

81. **SHEET** - Refers to raw stock for the substrate blanks before processing.

82. **SHELL** - A depression or irregularity on the glass surface.

83. **SIGNAL AMPLITUDE** - The measurement of magnetic flux reversals coupled through the read heads controlled by their amp-turns of pickup coil. Note — Amplitude is maximum at OD and minimum at ID. Amplitude increases as magnetic layer gets thicker and head flies closer to disk.

84. **SIZING** - The machining operation on a blank substrate which assigns accurate dimensions to the inner and outer diameter.

85. **SKI JUMP** - That area of disk where the average surface height increases followed by a sharp This depression area at the OD during plating will cause excessive buildup resulting in a ski jump effect when heads fly over area.

86. **SLEEK** - A very fine surface abrasion or hairline scratch.

87. **SLURRY** - 1. A process of manufacturing disk coating which uses a chemical compound or mixture and the disk is spun up depositing a magnetic layer. This method is subject to variations of thickness. TOP COATING uses 1. A mixture of insoluble fine material in suspension in an aqueous or chemical carrier solution. 2. A compound consisting of a selected polishing material (i.e. diamond dust, alumina, etc.) suspended in a viscous liquid form.

88. **SPUTTERING** - The process of depositing a target material on the surface of a disk, via discharge of plasma.

89. **STAIN (Glass)** - Any erosion of the glass surface, cloudy in appearance, sometimes exhibiting apparent color.

90. **STONE (Glass)** - Opaque or partially melted particles of rock, clay or batch material embedded in the glass.

91. **STONE GRIND** - A method of material removal to achieve desired flatness and thickness dimensions of a substrate.

92. **STREAK** - Surface distortion or irregularity, visible when illuminated from a point light source, may also be related to thickness variation.

93. **STRESS RELIEVING** - The reduction of the effects of internal residual stresses in substrate blanks.lanks.

**-T-**

94. **TAPER (Glass)** - Thickness deviation measured in the direction of drawing sheet glass. This is a total thickness deviation measured over the entire length of the sheet in question. (See wedge for total thickness deviation across the direction of drawing.) (See Figure 1.)

95. **TEAR-OUTS** - Microscopic removal of base material either substrate or magnetic layer.

96. **TEMPER** - Physical property of metal grain structure obtained by subjecting the alloy to specific sequence of basic treatments. The sequence of letters and digits following an aluminum alloy designation specify the temper.

97. **THERMAL EXPANSION** - The effect of dimensional changes caused by temperature variations. Each material has its own characteristic coefficient of expansion.

98. **THICKNESS DEVIATION, LONG TERM (Glass)** - Variation in thickness across a sheet of glass that does not change slope relative to location across the sheet. This long term thickness deviation is also called Wedge or Taper, depending upon direction of measurement.

99. **THICKNESS DEVIATION, SHORT TERM (Glass)** - Variation in thickness across a sheet of glass that changes slope direction or rate relative to location across the sheet.

100. **THICKNESS DEVIATION, TOTAL (Glass)** - Maximum thickness minus minimum thickness, within a sheet of glass that changes slope direction or rate relative to location across the sheet.

**-W-**

101. **WARP** - A large surface irregularity; any deviation from a true plane.

102. **WEDGE (Glass)** - Departure of the opposite surfaces from parallelism; usually measured in minutes or seconds of arc or in interference fringes per inch. Thickness deviation measured across the direction of drawing sheet glass. This is a total thickness deviation measured over the entire width of the sheet in question. (See taper for total thickness deviation in the direction of drawing.)

**-Y-**

103. **YIELD STRENGTH** - The stress applied to a material which will cause a specific permanent deformation.

40



# RANDOM HOUSE WEBSTER'S COLLEGE DICTIONARY

RANDOM HOUSE
NEW YORK

*In remembrance*
Stuart Berg Flexner
March 22, 1928–December 3, 1990

Copyright © 1992, 1991 by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this publication may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th St., New York, NY 10022. Published in the United States by Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

*Random House Living Dictionary Project* is a trademark of Random House, Inc.

*Random House* and the House Design are registered trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data

Random House Webster's college dictionary.
p. cm.
ISBN 0-679-41420-7 (plain edged). — ISBN 0-679-41410-X (thumb indexed)
1. English language—Dictionaries. I. Title: Webster's college dictionary.
PE1628.R28 1992
423—dc20 92-1030
CIP

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

International Phonetic Alphabet, courtesy International Phonetic Association

Manufactured in the United States of America

o.d/sa

**al·loy** (*n.* al′oi, ə loi′; *v.* ə loi′), *n.*, *v.*, **-loyed, -loy·ing.** —*n.* **1.** a substance composed of two or more metals, or of a metal or metals with a nonmetal, intimately mixed, as by fusion or electrodeposition. **2.** a less costly metal mixed with a more valuable one. **3.** standard; quality; fineness. **4.** admixture, as of good with evil. **5.** anything added that serves to reduce quality or purity. —*v.t.* **6.** to mix (metals or metal with nonmetal) so as to form an alloy. **7.** to reduce or debase by admixture; adulterate. [1590–1600; < MF *aloi,* OF *alei,* n. der. of *aleier* to combine < L *alligāre* to bind up = *al-* AL- + *ligāre* to bind (see ALLY, LIGAMENT)]

ALLO- + -*phanēs*, adj. der. of *phaínesthai* to appear, seem; so called because the mineral loses color on exposure to heat]

**al·lo·phone** (al′ə fōn′), *n.* **1.** a speech sound constituting one of the phonetic manifestations or variants of a phoneme, depending on its environment, as any of the *t*-sounds of *top, stop, tree, cat, button, metal,* or *city.* **2.** *Canadian.* a person whose native language is neither English nor French. [1930–35] —**al′lo·phon′ic** (-fon′ik), *adj.* —**al′lo·phon′i·cal·ly,** *adv.*

**al·lo·pol·y·ploid** (al′ə pol′ə ploid′), *adj.* **1.** having more than two haploid sets of chromosomes that are dissimilar and derived from different species. —*n.* **2.** an allopolyploid cell or organism. [1925–30] —**al′lo·pol′y·ploi′dy,** *n.*

**all′-or-none′,** *adj.* **1.** of or pertaining to a process by which a muscle or nerve fiber either responds to a stimulus completely or not at all. **2.** ALL-OR-NOTHING. [1900–1905]

**all′-or-noth′ing,** *adj.* not allowing qualification or compromise; either fully accepted or not at all: *an all-or-nothing approach.* [1860–70]

**al·lo·saur** (al′ə sôr′), *n.* any carnivorous theropod dinosaur of the genus *Antrodemus* (formerly *Allosaurus*), from the late Jurassic Period of North America. [< NL *Allosaurus* (1877). See ALLO-, -SAUR]

**al·lo·ster·ic** (al′ə ster′ik, -stēr′-), *adj.* of or pertaining to a change in the activity of an enzyme at a site other than the binding site of the substrate. [1960–65] —**al′lo·ster′i·cal·ly,** *adv.* —**al′lo·ster′ism, al′lo·ster′y** (-ster′ē), *n.*

**al·lot** (ə lot′), *v.t.,* **-lot·ted, -lot·ting. 1.** to assign as a portion; set apart: *to allot three weeks for vacation.* **2.** to appropriate for a special purpose: *to allot money for a park.* **3.** to divide or distribute by share or portion; apportion: *to allot the farmland among the heirs.* [1425–75; late ME *alotten* < MF *aloter* = *a-* A-⁵ + *-loter,* der. of *lot* LOT (< Gmc)] —**al·lot′ta·ble,** *adj.* —**al·lot′ter,** *n.* —**Syn.** See ASSIGN.

**al·lot·ment** (ə lot′mənt), *n.* **1.** the act of allotting. **2.** a portion or thing allotted; a share granted. [1565–75]

**al·lo·trans·plant** (al′ō trans′plant′, -plänt′), *n.* ALLOGRAFT. [1965–70]

**al·lo·trope** (al′ə trōp′), *n.* one of the two or more forms in which an allotropic element can exist. [1885–90]

**al·lot·ro·py** (ə lo′trə pē) also **al·lot′ro·pism,** *n.* a property of certain elements, as carbon, sulfur, and phosphorus, of existing in two or more distinct forms. [1840–50] —**al·lo·trop·ic** (al′ə trop′ik, -trō′pik), *adj.* —**al′lo·trop′i·cal·ly,** *adv.*

**al·lot·tee** (ə lot ē′), *n.* one to whom something is allotted. [1840–50]

**al·lo·type** (al′ə tīp′), *n.* **1.** *Biol.* a type specimen of the sex opposite to that of the holotype. **2.** an antibody that acts as an antigen to other antibodies of the same species that have variant molecular sites. [1915–20] —**al′lo·typ′ic** (-tip′ik), *adj.* —**al′lo·typ′i·cal·ly,** *adv.* —**al′lo·typ′y** (-tī′pē), *n.*

**all′-out′,** *adj.* using all one's resources; complete. [1905–10]

**all·o·ver** (ôl′ō′vər), *adj.* **1.** repeated over the entire surface, as a decorative pattern. —*n.* **2.** a fabric with an allover pattern. [1570–80]

**al·low** (ə lou′), *v.,* **-lowed, -low·ing.** —*v.t.* **1.** to give permission to or for; permit: *to allow a student to be absent; No smoking allowed.* **2.** to let have; give as one's share: *to allow a person $100 for expenses.* **3.** to permit by neglect or oversight: *to allow a door to remain open.* **4.** to admit; acknowledge; concede: *I had to allow that he was right.* **5.** to approve, as for payment: *to allow a claim.* **6.** to assign or allocate; set apart: *to allow an hour for changing trains.* **7.** *Older Use.* to say; think. **8.** *Archaic.* to approve; sanction. —*v.i.* **9.** to permit or grant; admit (often fol. by *of*): *to spend more than one's budget allows; a premise that allows of only one conclusion.* **10. allow for,** to make provision for: *to allow for breakage.* [1250–1300; ME *alowen* < AF *al(l)o(u)er* to place, allot, allow, OF *aloer* to place < ML *allocāre;* see ALLOCATE] —**Syn.** ALLOW, PERMIT, LET imply granting or conceding the right of someone to do something. ALLOW suggests passivity or even oversight; it points to the absence of an attempt or intent to hinder: *The baby-sitter allowed the children to run around the house.* PERMIT implies a more positive or willing consent; it is often used of a formal authorization: *Bicycle-riding is not permitted in this park.* LET is a familiar, conversational term used in a similar sense: *My parents let me stay up late.*

**al·low·a·ble** (ə lou′ə bəl), *adj.* **1.** able to be allowed; permissible: *an allowable tax deduction.* —*n.* **2.** something that is allowed. [1350–1400; ME < MF] —**al·low′a·ble·ness,** *n.* —**al·low′a·bly,** *adv.*

**al·low·ance** (ə lou′əns), *n., v.,* **-anced, -anc·ing.** —*n.* **1.** the act of allowing. **2.** an amount or share allotted or granted: *a dietary allowance of 900 calories a day.* **3.** a sum of money allotted for a particular purpose: *an allowance of $200 for travel.* **4.** a sum of money allotted on a regular basis, as for personal or living expenses: *Each child got an allowance of $10 a week.* **5.** an additional sum allotted for specific circumstances: *an allowance for depreciation.* **6.** acknowledgment; concession. **7.** sanction or tolerance: *the allowance of slavery.* —*v.t.* **8.** to place on a fixed allowance, as of food or drink. **9.** to allocate (supplies, rations, etc.) in fixed or regular amounts. —*Idiom.* **10. make allowance(s) for, a.** to excuse, taking mitigating factors into consideration. **b.** to allow for. **c.** to reserve time, money, etc., for. [1350–1400; ME < MF]

**Al·lo·way** (al′ə wā′), *n.* a hamlet in SW Scotland, near Ayr: birthplace of Robert Burns.

**al·low·ed·ly** (ə lou′id lē), *adv.* by general allowance or admission; admittedly. [1595–1605]

**al·loy** (*n.* al′oi, ə loi′; *v.* ə loi′), *n., v.,* **-loyed, -loy·ing.** —*n.* **1.** a substance composed of two or more metals, or of a metal or metals with a nonmetal, intimately mixed, as by fusion or electrodeposition. **2.** a less costly metal mixed with a more valuable one. **3.** standard; quality; fineness. **4.** admixture, as of good with evil. **5.** anything added that serves to reduce quality or purity. —*v.t.* **6.** to mix (metals or metal with nonmetal) so as to form an alloy. **7.** to reduce or debase by admixture; adulterate. [1590–1600; < MF *aloi,* OF *alei,* n. der. of *aleier* to combine < L *alligāre* to bind up = *al-* AL- + *ligāre* to bind (see ALLY, LIGAMENT)]

**all′-pass′,** *adj.* (of a network, transducer, etc.) transmitting radio signals without significant attenuation of any frequencies.

**all′-points′ bul′letin,** *n.* a broadcast alert from one police station to all others in an area, state, etc., as with instructions to arrest a particular suspect or suspects. *Abbr.:* APB

**all′-pow′erful,** *adj.* having unlimited authority; omnipotent. [1685–95]

**all′-pur′pose,** *adj.* able to be used for every purpose. [1925–30]

**all′ right′,** *adv.* **1.** yes; very well: *All right, I'll go with you.* **2.** (used as an interrogative) do you agree?: *We'll meet tomorrow, all right?* **3.** satisfactorily; acceptably: *Her work is coming along all right.* **4.** without fail; certainly: *You'll hear about this, all right!* —*adj.* **5.** safe; sound: *Are you all right?* **6.** acceptable; passable: *His performance was all right.* **7.** reliable; good: *That fellow is all right.* [1100–50] —**Usage.** See ALRIGHT.

**all′-right′,** *adj.* very good; excellent: *an all-right guy.* [1815–25]

**all′-round′,** *adj.* ALL-AROUND.

**all-round·er** (ôl′roun′dər), *n.* a person of wide-ranging skills or great versatility. [1855–60]

**All′ Saints′ Day′,** *n.* a church festival celebrated Nov. 1 in honor of all the saints; Allhallows. [1570–80]

**all·seed** (ôl′sēd′), *n.* any of various many-seeded plants, as the goosefoot, *Chenopodium polyspermum.* [1815–25]

**All′ Souls′ Day′,** *n.* a day of solemn prayer for all dead persons, usu. on Nov. 2. [1550–60]

**all·spice** (ôl′spīs′), *n.* **1.** the dried unripe berries of an aromatic tropical American tree, *Pimenta dioica,* of the myrtle family: used as a spice. **2.** the tree itself. [1615–25]

**all′-star′,** *adj.* **1.** consisting of athletes chosen as the best at their positions from all teams in a league or region: *an all-star team.* **2.** consisting entirely of star performers: *an all-star cast.* —*n.* **3.** a player selected for an all-star team. [1885–90, *Amer.*]

**all′-terrain′ ve′hicle,** *n.* a vehicle with treads, wheels, or both, for traversing uneven terrain as well as roads. *Abbr.:* ATV [1965–70]

**all′-time′,** *adj.* **1.** never equaled or surpassed: *Production will reach an all-time high.* **2.** regarded as such in its entire history: *an all-time favorite song.* [1910–15]

**al·lude** (ə lōōd′), *v.i.,* **-lud·ed, -lud·ing.** to refer casually or indirectly; make an allusion (usu. fol. by *to*): *to allude to one's childhood.* [1525–35; < L *allūdere* to play beside, make a playful allusion to = *al-* AL- + *lūdere* to play]

**al·lure** (ə lōōr′), *v.,* **-lured, -lur·ing,** *n.* —*v.t.* **1.** to attract or tempt by something flattering or desirable. **2.** to fascinate; charm. —*v.i.* **3.** to be attractive or tempting. —*n.* **4.** fascination; charm; appeal. [1375–1425; late ME *aluren* < MF *alurer* = *a-* A-⁵ + *lurer* to LURE] —**al·lure′ment,** *n.*

**al·lur·ing** (ə lōōr′ing), *adj.* **1.** very attractive or tempting; enticing; seductive. **2.** fascinating; charming. [1525–35] —**al·lur′ing·ly,** *adv.*

**al·lu·sion** (ə lōō′zhən), *n.* **1.** a passing or casual reference to something, either directly or implied: *an allusion to Shakespeare.* **2.** the act of alluding. [1540–50; < LL *allūsiō* = *allūd(ere)* (see ALLUDE) + *-iō* -ION]

**al·lu·sive** (ə lōō′siv), *adj.* containing or given to allusions. [1595–1605] —**al·lu′sive·ly,** *adv.* —**al·lu′sive·ness,** *n.*

**al·lu·vi·al** (ə lōō′vē əl), *adj.* **1.** of or pertaining to alluvium. —*n.* **2.** alluvial soil. [1800–10]

**allu′vial fan′,** *n.* a fan-shaped alluvial deposit formed by a stream where its velocity is abruptly decreased, as at the mouth of a ravine.

**al·lu·vi·on** (ə lōō′vē ən), *n.* **1.** *Law.* a gradual increase of land on a shore or riverbank by the action of water. **2.** overflow; flood. [1530–40; < L *alluviō* an overflowing = *al-* AL- + *-luv-,* base of *-luere,* comb. form of *lavere* to wash + *-iō* -ION]

**al·lu·vi·um** (ə lōō′vē əm), *n., pl.* **-vi·ums, -vi·a** (-vē ə). **1.** a deposit of sand, mud, etc., formed by flowing water. **2.** the sedimentary matter deposited thus within recent times, esp. in the valleys of large rivers. [1655–65; < L, n. use of neut. of *alluvius* washed against = *alluv-* (see ALLUVION) + *-ius,* -*ium* adj. suffix; cf. -IUM]

**al·ly** (*n.* al′ī, ə lī′; *v.* ə lī′), *n., pl.* **-lies,** *v.,* **-lied, -ly·ing.** —*n.* **1.** a nation, group, or person that is associated with another or others for some common cause or purpose: *Canada and the United States were allies in World War II.* **2.** a plant, animal, or other organism bearing a close taxonomic relationship to another. **3.** a person who associates or cooperates with another; supporter. —*v.t.* **4.** to unite formally, as by treaty, league, or marriage (usu. fol. by *with* or *to*): *Russia allied itself to France.* **5.** to associate or connect by some mutual relationship. —*v.i.* **6.** to enter into an alliance; unite. [1250–1300; ME *alien* < AF *al(l)ier, alliier,* OF *alier* < L *alligāre* to bind to. See ALLOY] —**al·li′a·ble,** *adj.*

**-ally,** an adverbial suffix attached to certain adjectives ending in *-ic*: *fanatically.*

**al·lyl** (al′il), *n.* the univalent group $C_3H_5$, derived from propylene. [1850–55; < L *al(lium)* garlic + -YL] —**al·lyl·ic** (ə lil′ik), *adj.*

**al′lyl al′cohol,** *n.* a colorless liquid, $C_3H_6O$, with a pungent, irritating odor: used chiefly in organic synthesis in the manufacture of resins, plasticizers, and pharmaceuticals.

**al′lyl res′in,** *n.* any of a class of thermosetting resins made from allyl alcohol and a dibasic acid, used chiefly as adhesives.

**ALM,** audio-lingual method.

**Al·ma-A·ta** (al′mə ə tä′), *n.* a city in and the capital of Kazakhstan, in the SE part. 1,108,000.

**Al·ma·dén** (al′mə den′, -dän′, äl′-), *n.* a town in central Spain: mercury mines. 10,774.

**Al·ma·gest** (al′mə jest′), *n.* **1.** (*italics*) a Greek work on astronomy and mathematics by Ptolemy. **2.** (*l.c.*) any of various similar treatises by medieval writers. [1350–1400; ME *almageste* < MF < Ar *al* the + *majisṭī* < Gk *megístē* (*sýntaxis*) greatest (composition)]

**al·ma ma·ter** (äl′mə mä′tər, al′-; al′mə mā′tər), *n.* a school, college, or university at which one has studied and, usu., from which one has graduated. [< L: nourishing (i.e., dear) mother]

**al·ma·nac** (ôl′mə nak′), *n.* **1.** an annual publication containing a calendar for the coming year, important dates, and the times of such phenomena as sunrises and sunsets, phases of the moon, and tides. **2.** a publication containing astronomical or meteorological information, as future positions of celestial objects, star magnitudes, and culmination dates of constellations. **3.** an annual reference book of facts about countries, sports, entertainment, etc. [1350–1400; ME *almenak* < ML *almanach* < SpAr *al* the + *manākh* calendar, of uncert. orig.]

**al·man·dine** (al′mən dēn′, -din′, -din), *n.* a purple-red iron aluminum garnet. [1670–80; < F, MF < ML *alamandina, alabandina* a precious stone = *Alabanda(a)* a town in Asia Minor + *-ina,* fem. of *-inus* -INE¹]

41

# A Dictionary of Chemistry

THIRD EDITION

Edited by
JOHN DAINTITH

Oxford New York
OXFORD UNIVERSITY PRESS
1996

*Oxford University Press, Walton Street, Oxford OX2 6DP*

*Oxford New York*
*Athens Auckland Bangkok Bombay*
*Calcutta Cape Town Dar es Salaam Delhi*
*Florence Hong Kong Istanbul Karachi*
*Kuala Lumpur Madras Madrid Melbourne*
*Mexico City Nairobi Paris Singapore*
*Taipei Tokyo Toronto*

*and associated companies in*
*Berlin Ibadan*

*Oxford is a trade mark of Oxford University Press*

© *Market House Books Ltd. 1985, 1990, 1996*

*First published 1985 as* A Concise Dictionary of Chemistry
*Second edition 1990*
*Third edition 1996*

*All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press. Within the UK, exceptions are allowed in respect of any fair dealing for the purpose of research or private study, or criticism or review, as permitted under the Copyright, Designs and Patents Act, 1988, or in the case of reprographic reproduction in accordance with the terms of the licences issued by the Copyright Licensing Agency. Enquiries concerning reproduction outside these terms and in other countries should be sent to the Rights Department, Oxford University Press, at the address above*

*This book is sold subject to the condition that it shall not, by way of trade or otherwise, be lent, re-sold, hired out or otherwise circulated without the publisher's prior consent in any form of binding or cover other than that in which it is published and without a similar condition including this condition being imposed on the subsequent purchaser*

*British Library Cataloguing in Publication Data*
*Data available*

*Library of Congress Cataloging in Publication Data*
*ISBN 0-19-280031-0*

10 9 8 7 6 5 4 3 2 1

*Printed in Great Britain by*
*Mackays plc*
*Chatham, Kent*

the synthesis of molecules. The end product of this synthesis can act as a feedback inhibitor (*see* **inhibition**) and the enzyme is converted to the inactive form, thereby controlling the amount of product synthesized.

**allosteric site** A binding site on the surface of an enzyme other than the *active site. In noncompetitive *inhibition, binding of the inhibitor to an allosteric site inhibits the activity of the enzyme. In an *allosteric enzyme, the binding of a regulatory molecule to the allosteric site changes the overall shape of the enzyme, either enabling the substrate to bind to the active site or preventing the binding of the substrate.

**allotropy** The existence of elements in two or more different forms (*allotropes*). In the case of oxygen, there are two forms: 'normal' dioxygen ($O_2$) and ozone, or trioxygen ($O_3$). These two allotropes have different molecular configurations. More commonly, allotropy occurs because of different crystal structures in the solid, and is particularly prevalent in groups 14, 15, and 16 of the periodic table. In some cases, the allotropes are stable over a temperature range, with a definite transition point at which one changes into the other. For instance, tin has two allotropes: white (metallic) tin stable above 13.2°C and grey (nonmetallic) tin stable below 13.2°C. This form of allotropy is called *enantiotropy*. Carbon also has two allotropes – diamond and graphite – although graphite is the stable form at all temperatures. This form of allotropy, in which there is no transition temperature at which the two are in equilibrium, is called *monotropy*. *See also* **polymorphism**.

**allowed bands** *See* **energy bands**.

**allowed transition** A transition between two electronic states allowed according to *selection rules associated with group theory. The probability of a transition between states $m$ and $n$ produced by the interaction of electromagnetic radiation with an atomic system is proportional to the square of the magnitude of the matrix elements of the electric dipole moment. If this quantity is not zero, the transition is an allowed transition; if it is zero the transition is a *forbidden transition as a dipole transition. It may, however, be an allowed transition for magnetic dipole or quadrupole-moment transitions, which have much smaller transition probabilities and consequently give much weaker lines in the spectrum.

**alloy** A material consisting of two or more metals (e.g. brass is an alloy of copper and zinc) or a metal and a nonmetal (e.g. steel is an alloy of iron and carbon, sometimes with other metals included). Alloys may be compounds, *solid solutions, or mixtures of the components.

**alloy steels** *See* **steel**.

**allyl group** *See* **propenyl group**.

**Alnico** A tradename for a series of alloys, containing iron, aluminium, nickel, cobalt, and copper, used to make permanent magnets.

44

REDACTED