Exhibit   B

| Respondent | United States International Trade Commission | |
| --- | --- | --- |
| | Investigation # | 337-TA-516 SH |
| | Matter | Certain Disc Drives |
| | Exhibit No. | RX-381 |
| | Date Entered | |

# Elements of
# X-RAY
# DIFFRACTION

## SECOND EDITION

**B. D. CULLITY**

Department of Metallurgical Engineering and Materials Science
University of Notre Dame



**ADDISON-WESLEY PUBLISHING COMPANY, INC.**

Reading, Massachusetts · Menlo Park, California
London · Amsterdam · Don Mills, Ontario · Sydney

This book is in the
Addison-Wesley Series in Metallurgy and Materials

Morris Cohen
*Consulting Editor*

Copyright © 1978, 1956 by Addison-Wesley Publishing Company, Inc.  Philippines copyright
1978 by Addison-Wesley Publishing Company, Inc.

All rights reserved.  No part of this publication may be reproduced, stored in a retrieval system,
or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or
otherwise, without the prior written permission of the publisher. Printed in the United States of
America.  Published simultaneously in Canada.  Library of Congress Catalog Card No. 77-73950.

ISBN 0-201-01174-3

LMNOPQRST - MA - 89876

of equivalent points in different unit cells can always be made identical by the addition or subtraction of a set of integral coordinates; in this case, subtraction of 0 0 1 from $\frac{1}{2} \frac{1}{2} 1$ (the coordinates of $E$) gives $\frac{1}{2} \frac{1}{2} 0$ (the coordinates of $D$).

Note that the coordinates of a body-centered point, for example, are always $\frac{1}{2} \frac{1}{2} \frac{1}{2}$ no matter whether the unit cell is cubic, tetragonal, or orthorhombic, and whatever its size. The coordinates of a point position, such as $\frac{1}{2} \frac{1}{2} \frac{1}{2}$, may also be regarded as an operator which, when "applied" to a point at the origin, will move or translate it to the position $\frac{1}{2} \frac{1}{2} \frac{1}{2}$, the final position being obtained by simple addition of the operator $\frac{1}{2} \frac{1}{2} \frac{1}{2}$ and the original position 0 0 0. In this sense, the positions 0 0 0, $\frac{1}{2} \frac{1}{2} \frac{1}{2}$ are called the "body-centering translations," since they will produce the two point positions characteristic of a body-centered cell when applied to a point at the origin. Similarly, the four point positions characteristic of a face-centered cell, namely, 0 0 0, 0 $\frac{1}{2} \frac{1}{2}$, $\frac{1}{2}$ 0 $\frac{1}{2}$, and $\frac{1}{2} \frac{1}{2}$ 0, are called the face-centering translations. The base-centering translations depend on which pair of opposite faces are centered; if centered on the $C$ face, for example, they are 0 0 0, $\frac{1}{2} \frac{1}{2}$ 0. These centering translations, summarized below, should be memorized:

$$\text{body-centering} = 0\ 0\ 0,\ \tfrac{1}{2}\tfrac{1}{2}\tfrac{1}{2}$$
$$\text{face-centering} = 0\ 0\ 0,\ 0\ \tfrac{1}{2}\ \tfrac{1}{2},\ \tfrac{1}{2}\ 0\ \tfrac{1}{2},\ \tfrac{1}{2}\ \tfrac{1}{2}\ 0$$
$$\text{base-centering} = 0\ 0\ 0,\ \tfrac{1}{2}\ \tfrac{1}{2}\ 0.$$

The inclusion of 0 0 0 may appear trivial, in that it does not move the point at the origin on which it acts, but its inclusion does remind us that cells so centered contain 2, 4, and 2 lattice points, respectively.

## 2–6 LATTICE DIRECTIONS AND PLANES

The direction of any line in a lattice may be described by first drawing a line through the origin parallel to the given line and then giving the coordinates of any point on the line through the origin. Let the line pass through the origin of the unit cell and any point having coordinates $u\ v\ w$, where these numbers are not necessarily integral. (This line will also pass through the points $2u\ 2v\ 2w$, $3u\ 3v\ 3w$, etc.) Then $[uvw]$, written in square brackets, are the *indices* of the direction of the line. They are also the indices of any line parallel to the given line, since the lattice is infinite and the origin may be taken at any point. Whatever the values of $u,\ v,\ w$, they are always converted to a set of smallest integers by multiplication or division throughout: thus, $[\frac{1}{2} \frac{1}{2} 1]$, $[112]$, and $[224]$ all represent the same direction, but $[112]$ is the preferred form. Negative indices are written with a bar over the number, e.g., $[\bar{u}v\bar{w}]$. Direction indices are illustrated in Fig. 2–8. Note how one can mentally shift the origin, to avoid using the adjacent unit cell, in finding a direction like $[1\bar{2}0]$.

Directions related by symmetry are called *directions of a form*, and a set of these are represented by the indices of one of them enclosed in angular brackets; for example, the four body diagonals of a cube, $[111]$, $[1\bar{1}1]$, $[\bar{1}\bar{1}1]$, and $[\bar{1}11]$, may all be represented by the symbol $\langle 111 \rangle$.

The orientation of planes in a lattice may also be represented symbolically, according to a system popularized by the English crystallographer Miller. In the

**42    Geometry of crystals**



**Fig. 2–8** Indices of directions.

general case, the given plane will be tilted with respect to the crystallographic axes, and, since these axes form a convenient frame of reference, we might describe the orientation of the plane by giving the actual distances, measured from the origin, at which it intercepts the three axes. Better still, by expressing these distances as fractions of the axial lengths, we can obtain numbers which are independent of the particular axial lengths involved in the given lattice. But a difficulty then arises when the given plane is parallel to a certain crystallographic axis, because such a plane does not intercept that axis, i.e., its "intercept" can only be described as "infinity." To avoid the introduction of infinity into the description of plane orientation, we can use the reciprocal of the fractional intercept, this reciprocal being zero when the plane and axis are parallel. We thus arrive at a workable symbolism for the orientation of a plane in a lattice, the *Miller indices*, which are defined as *the reciprocals of the fractional intercepts which the plane makes with the crystallographic axes.* For example, if the Miller indices of a plane are $(hkl)$, written in parentheses, then the plane makes fractional intercepts of $1/h$, $1/k$, $1/l$ with the axes, and, if the axial lengths are $a$, $b$, $c$, the plane makes actual intercepts of $a/h$, $b/k$, $c/l$, as shown in Fig. 2–9(a). Parallel to any plane in any lattice, there is a whole set of parallel equidistant planes, one of which passes through the origin; the Miller indices $(hkl)$ usually refer to that plane in the set which is nearest the origin, although they may be taken as referring to any other plane in the set or to the whole set taken together.

We may determine the Miller indices of the plane shown in Fig. 2–9(b) as follows:

| | | | |
|---|---|---|---|
| Axial lengths | 4 Å | 8 Å | 3 Å |
| Intercept lengths | 1 Å | 4 Å | 3 Å |
| Fractional intercepts | ¼ | ½ | 1 |
| Miller indices | 4 | 2 | 1 |

As stated earlier, if a plane is parallel to a given axis, its fractional intercept on that axis is taken as infinity and the corresponding Miller index is zero. If a plane cuts



**Fig. 2–9** Plane designation by Miller indices.

a negative axis, the corresponding index is negative and is written with a bar over it. Planes whose indices are the negatives of one another are parallel and lie on opposite sides of the origin, e.g., $(\bar{2}10)$ and $(2\bar{1}0)$. The planes $(nh\ nk\ nl)$ are parallel to the planes $(hkl)$ and have $1/n$th the spacing. The same plane may belong to two different sets, the Miller indices of one set being multiples of those of the other; thus the same plane belongs to the (210) set and the (420) set, and, in fact, the planes of the (210) set form every second plane in the (420) set. In the cubic system, it is convenient to remember that a direction $[hkl]$ is always perpendicular to a plane $(hkl)$ of the same indices, but this is not generally true in other systems. Further familiarity with Miller indices can be gained from a study of Fig. 2–10.



**Fig. 2–10** Miller indices of lattice planes. The distance $d$ is the plane spacing.

es,
he
in,
as
he
es
1 a
as
ne
al
ple
re
he
l),
l/l
ots
re
he
est
set

as

at

its

**44    Geometry of crystals**

A slightly different system of plane indexing is used in the hexagonal system. The unit cell of a hexagonal lattice is defined by two equal and coplanar vectors $a_1$ and $a_2$, at 120° to one another, and a third axis c at right angles [Fig. 2–11(a)]. The complete lattice is built up, as usual, by repeated translations of the points at the unit cell corners by the vectors $a_1$, $a_2$, c. Some of the points so generated are shown in the figure, at the ends of dashed lines, in order to exhibit the hexagonal symmetry of the lattice, which has a 6-fold rotation axis parallel to c. The third axis $a_3$, lying in the basal plane of the hexagonal prism, is so symmetrically related to $a_1$ and $a_2$ that it is often used in conjunction with the other two. Thus the indices of a plane in the hexagonal system, called Miller–Bravais indices, refer to *four* axes and are written $(hkil)$. The index $i$ is the reciprocal of the fractional intercept on the $a_3$ axis. Since the intercepts of a plane on $a_1$ and $a_2$ determine its intercept on $a_3$, the value of $i$ depends on the values of $h$ and $k$. The relation is

$$h + k = -i. \qquad (2-2)$$

Since $i$ is determined by $h$ and $k$, it is sometimes replaced by a dot and the plane symbol written $(hk \cdot l)$. Sometimes even the dot is omitted. However, this usage defeats the purpose for which Miller–Bravais indices were devised, namely, to give similar indices to similar planes. For example, the side planes of the hexagonal prism in Fig. 2–11(b) are all similar and symmetrically located, and their relationship is clearly shown in their full Miller–Bravais symbols: $(10\bar{1}0)$, $(01\bar{1}0)$, $(\bar{1}100)$, $(\bar{1}010)$, $(0\bar{1}10)$, $(1\bar{1}00)$. On the other hand, the abbreviated symbols of these planes, $(10 \cdot 0)$, $(01 \cdot 0)$, $(\bar{1}1 \cdot 0)$, $(\bar{1}0 \cdot 0)$, $(0\bar{1} \cdot 0)$, $(1\bar{1} \cdot 0)$ do not immediately suggest this relationship.

Directions in a hexagonal lattice are best expressed in terms of the *three* basic vectors $a_1$, $a_2$, and c. Figure 2–11(b) shows several examples of both plane and direction indices. Another system, involving four indices, is sometimes used to designate directions. The required direction is broken up into four component vectors, parallel to $a_1$, $a_2$, $a_3$, and c and so chosen that the third index is the



**Fig. 2–11** (a) The hexagonal unit cell (heavy lines) and (b) indices of planes and directions.

negative of the sum of the first two. Then, if $[UVW]$ are the indices of a direction referred to three axes and $[uvtw]$ the four-axis indices, the two are related as follows:

$$U = u - t \qquad u = (2U - V)/3$$
$$V = v - t \qquad v = (2V - U)/3$$
$$W = w \qquad t = -(u + v) = -(U + V)/3$$
$$\qquad\qquad w = W.$$

Thus, $[100]$ becomes $[2\bar{1}\bar{1}0]$, $[210]$ becomes $[10\bar{1}0]$, etc.

Note that the indices of a plane or direction are meaningless unless the orientation of the unit-cell axes is given. This means that the indices of a particular lattice plane depend on the unit cell chosen. For example, consider the right-hand vertical plane of the cell shown by full lines in Fig. 2-4; the indices of this plane are of the form $\{100\}$ for the base-centered cell and $\{110\}$ for the simple cell.

In any crystal system there are sets of equivalent lattice planes related by symmetry. These are called *planes of a form*, and the indices of any one plane, enclosed in braces $\{hkl\}$, stand for the whole set. In general, planes of a form have the same spacing but different Miller indices. For example, the faces of a cube, (100), (010), ($\bar{1}$00), (0$\bar{1}$0), (001), and (00$\bar{1}$), are planes of the form $\{100\}$, since all of them may be generated from any one by operation of the 4-fold rotation axes perpendicular to the cube faces. In the tetragonal system, however, only the planes (100), (010), ($\bar{1}$00), and (0$\bar{1}$0) belong to the form $\{100\}$; the other two planes, (001) and (00$\bar{1}$), belong to the different form $\{001\}$; the first four planes mentioned are related by a 4-fold axis and the last two by a 2-fold axis.[*]

*Planes of a zone* are planes which are all parallel to one line, called the *zone axis*, and the zone, i.e., the set of planes, is specified by giving the indices of the zone axis. Such planes may have quite different indices and spacings, the only requirement being their parallelism to a line. Figure 2-12 shows some examples. If the axis of a zone has indices $[uvw]$, then any plane belongs to that zone whose indices $(hkl)$ satisfy the relation

$$hu + kv + lw = 0. \qquad (2\text{-}3)$$

(A proof of this relation is given in Sec. 3 of Appendix 1.) Any two nonparallel planes are planes of a zone since they are both parallel to their line of intersection. If their indices are $(h_1 k_1 l_1)$ and $(h_2 k_2 l_2)$, then the indices of their zone axis $[uvw]$ are given by the relations

$$u = k_1 l_2 - k_2 l_1,$$
$$v = l_1 h_2 - l_2 h_1, \qquad (2\text{-}4)$$
$$w = h_1 k_2 - h_2 k_1.$$

---

[*] Certain important crystal planes are often referred to by name without any mention of their Miller indices. Thus, planes of the form $\{111\}$ in the cubic system are often called octahedral planes, since these are the bounding planes of an octahedron. In the hexagonal system, the (0001) plane is called the basal plane, planes of the form $\{10\bar{1}0\}$ are called prismatic planes, and planes of the form $\{10\bar{1}1\}$ are called pyramidal planes.

46    Geometry of crystals



**Fig. 2–12** All shaded planes in the cubic lattice shown are planes of the zone [001].



**Fig. 2–13** Two-dimensional lattice, showing that lines of lowest indices have the greatest spacing and the greatest density of lattice points.

The various sets of planes in a lattice have various values of interplanar spacing. The planes of large spacing have low indices and pass through a high density of lattice points, whereas the reverse is true of planes of small spacing. Figure 2–13 illustrates this for a two-dimensional lattice, and it is equally true in three dimensions. The interplanar spacing $d_{hkl}$, measured at right angles to the planes, is a function both of the plane indices $(hkl)$ and the lattice constants $(a, b, c, \alpha, \beta, \gamma)$. The exact relation depends on the crystal system involved and for the cubic system takes on the relatively simple form

$$\text{(Cubic)} \quad d_{hkl} = \frac{a}{\sqrt{h^2 + k^2 + l^2}} . \tag{2-5}$$

In the tetragonal system the spacing equation naturally involves both $a$ and $c$ since these are not generally equal:

$$\text{(Tetragonal)} \quad d_{hkl} = \frac{a}{\sqrt{h^2 + k^2 + l^2\,(a^2/c^2)}}. \qquad (2\text{-}6)$$

Interplanar spacing equations for all systems are given in Appendix 3.

## 2-7 CRYSTAL STRUCTURE

So far we have discussed topics from the field of *mathematical (geometrical) crystallography* and have said practically nothing about actual crystals and the atoms of which they are composed. In fact, all of the above was well known long before the discovery of x-ray diffraction, i.e., long before there was any certain knowledge of the interior arrangements of atoms in crystals.

It is now time to describe the structure of some actual crystals and to relate this structure to the point lattices, crystal systems, and symmetry elements discussed above. The cardinal principle of crystal structure is that *the atoms of a crystal are set in space either on the points of a Bravais lattice or in some fixed relation to those points.* It follows from this that the atoms of a crystal will be arranged periodically in three dimensions and that this arrangement of atoms will exhibit many of the properties of a Bravais lattice, in particular many of its symmetry elements.

The simplest crystals one can imagine are those formed by placing atoms of the same kind *on* the points of a Bravais lattice. Not all such crystals exist but, fortunately for metallurgists, many metals crystallize in this simple fashion, and Fig. 2-14 shows two common structures based on the body-centered cubic (BCC) and face-centered cubic (FCC) lattices. The former has two atoms per unit cell and the latter four, as we can find by rewriting Eq. (2-1) in terms of the number of atoms, rather than lattice points, per cell and applying it to the unit cells shown.

The next degree of complexity is encountered when two or more atoms of the same kind are "associated with" each point of a Bravais lattice, as exemplified by the hexagonal close-packed (HCP) structure common to many metals. This structure is simple hexagonal and is illustrated in Fig. 2-15. There are two atoms per unit cell, as shown in (a), one at 0 0 0 and the other at $\frac{2}{3}\,\frac{1}{3}\,\frac{1}{2}$ (or at $\frac{1}{3}\,\frac{2}{3}\,\frac{1}{2}$, which is an equivalent position). Figure 2-15(b) shows the same structure with the origin of the unit cell shifted so that the point 1 0 0 in the new cell is midway between



BCC          FCC

Fig. 2-14  Structures of some common metals. Body-centered cubic: α-Fe, Cr, Mo, V, etc.; face-centered cubic: γ-Fe, Cu, Pb, Ni, etc.

Exhibit   C

IEEE TRANSACTIONS ON MAGNETICS, VOL. 27, NO. 6, NOVEMBER 1991

4713

# THE CRYSTALLOGRAPHY AND TEXTURE OF Co-BASED THIN FILM DEPOSITED ON Cr UNDERLAYERS

David E. Laughlin

Dept. of Metallurgical Engineering
and Materials Science
Carnegie Mellon University

Bunsen Y. Wong

Dept of Metallurgical Engineering
and Materials Science
Carnegie Mellon University
Pittsburgh, PA 15213

| Respondent | United States International Trade Commission | |
|---|---|---|
| | Investigation # | 337-TA-516 SH |
| | Matter | Certain Disc Drives |
| | Exhibit No. | RX-382 |
| | Date Entered | |

## ABSTRACT

Various Co-based alloys (hcp) have been developed for use as longitudinal magnetic recording media. Many investigators have found that the use of Cr underlayers (bcc) greatly affects the magnetic properties of the films. Several investigators have related this to the effect of the Cr underlayer on the crystallographic texture of the thin magnetic Co-based films. In this review paper some of the evidence for the effect of Cr orientation on the crystallographic orientation of Co-based thin films is presented. This evidence is based on x-ray diffraction, selected area electron diffraction, electron micro-diffraction of the Co/Cr bi-layer film and atomic resolution electron microscopy of cross sections of the bi-layer films. We show that a {110} Cr surface gives rise to a {10$\bar{1}$1} type Co-based alloy thin film texture, whereas a {200} Cr surface produces a {11$\bar{2}$0} type Co-based alloy thin film texture.

It has been nearly a quarter of a century since the discovery that a Cr underlayer increases the in-plane magnetic coercivity of sputtered Co based alloy thin films [1,2]. One of the proposed mechanisms for this increase in coercivity is the supposition that the Cr underlayer produces a Co film with a preferred crystallographic orientation [3,4]. In a previous paper we reviewed some of the evidence for crystallographic texture in these thin films [5]. In this paper we review four experimental techniques that can be used to investigate the orientation relationships (OR) between the magnetic Co-based film and the Cr underlayer. These techniques are x-ray diffraction, selected area electron (electron) diffraction (SAD), electron microdiffraction (μD) and atomic resolution electron microscopy.

Figure 1 is a schematic drawing showing the important components of a thin film disk for magnetic recording. Of interest to us in this review is the crystallographic orientation relationships between the grains in the magnetic film and those in the Cr (bcc) underlayer. The magnetic films which we discuss will all be alloys of Co, usually with the hcp structure. Hence, the OR's of interest to us are those between hcp and bcc. Since certain interplanar spacings in Co and Cr have nearly the same values, a special set of OR's are established during the deposition process of the Co-based alloy onto the Cr underlayer.

Presented at IEEE/Intermag Conference June 18-21, 1991. This review is based on research supported in part by the NSF under Grant No. ECD-8907068 and by the DOE under Grant No. DE-FG02-90-ER45423. The government has certain rights in this material.



Figure 1. A schematic drawing of the various layer in a hard disk.

We start with a brief review of the important planes in the bcc and hcp structures. Figure 2(a) shows the two types of planes of Cr which are most likely to be parallel to the thin film surface, namely the (200) and (110) planes. The {110} planes are the closest-packed planes for the bcc structure, and in the case of Cr films are the ones which are most likely to lie parallel to the film surface when the films are grown without substrate heating [6]. When deposited at elevated temperatures (>150°C) the {200} texture is commonly observed [7-10]. The figures shown in 2(b) highlight the hexagonal close packed structure (hcp) and several of its important crystallographic directions and planes. Here the (0002) planes are close packed ones. Notice that if the (01$\bar{1}$0) or (11$\bar{2}$0) planes are parallel to the plane of the film, the c axis will be in the plane of the film. However, if (01$\bar{1}$1) is in the plane of the film, the c axis will be at an angle of 28° with respect to the film surface. Also note that if the (0002) plane is parallel to the plane of the film the c axis is perpendicular to the film surface.

Before we discuss the methods that we have used to investigate the crystallographic OR between thin films of Co on Cr we give a brief summary of important concepts of diffraction from thin films.

For diffraction to occur from a thin film, the well known Bragg Law must be satisfied.

$$\lambda = 2d \sin\theta$$

where $\lambda$ is the wavelength of the radiation, d is the inter-planar spacing and $\theta$ is the Bragg angle. When using x-rays, the radiation wavelength is of the order of magnitude of the

4712

### B. Overwrite

The overwrite and write width of about 40 heads have been measured, with roughly an even partition between the transverse and the longitudinal configurations Of each configuration there is also a roughly even split between the gap thickness of 0.25 μm and that of 0 4 μm Most of the heads have an overlap dimension of between 3 and 6 μm Except for a small number of heads, most heads have overwrite capabilities exceeding 30 db The heads of the longitudinal configuration show a more uniform overwrite performance, as expected from the insensitivity to throat height.

Of the heads with 0 4 μm gap thickness, the heads with the longitudinal configuration achieve overwrite between 31 and 44 db, with the majority around 35 db. The heads with the transverse configuration achieve overwrite between 18 and 39 db, with a more dispersed distribution Of the heads with 0 25 μm gap thickness a similar pattern is observed, except that the heads in general achieve slightly lower overwrite than the heads with the wider gap. The heads with the longitudinal configuration achieve overwrite ranging between 26 and 36 db, with the majority around 32 db The heads with the transverse configuration achieve overwrite ranging between 25 and 43 db, again with a rather dispersed distribution.

### C. Sub-micron write head

A head with a sub-micron overlap dimension is shown in Fig. 6. The head is of the transverse configuration. The overlap region is estimated to be about 0.5 μm The thicknesses of P1 and P2 are 2 5 μm and 3 μm respectively The gap thickness is 0.25 μm The head starts to write at a peak-to-peak current of 60 mA. The write width is determined in the same way as that of Fig. 5 at a peak-to-peak current of 80 mA and a linear density of 1000 fc/mm The profile of the written track is then obtained by the derivative of the data, as shown in Fig. 7. From this written track profile we deduce that the write width is only 0 7 μm



**Figure 6.** The SEM picture of a head with 0.5 μm P1/P2 overlap.



**Figure 7.** Written track profile of the sub-micron write head

The write current of 80 mA corresponds to a gap field approaching the saturation magnetization of the pole tip material, permalloy. If the head is driven further into saturation, significant side writing is observed, especially on the side opposite to that of the step. Due to process variations we did not obtain such narrow track heads with longitudinal configuration, although both configurations should be suitable for such narrow track applications. In order to use the head in a combination with an MR head a few improvements are necessary. Due to the particular process chosen, the gap is slightly slanted as evident in Fig. 6. This will cause an azimuthal misalignment between the read and the write heads. Processes to correct for this problem is currently under investigation

### CONCLUSIONS

Thin-film heads with staggered pole tips, such that the track width is defined by the overlap of the pole tips, have been fabricated with processes similar to the conventional thin-film head process. Both the transverse and the longitudinal configurations have been examined. Heads of both configurations have worked well, achieving satisfactory overwrite performance and track definition Narrow track write heads capable to writing transitions as narrow as 0.7 μm have been demonstrated Such sub-micron write heads hold potential for achieving high track densities in conjunction with MR read heads.

### ACKNOWLEDGMENTS

We are grateful to R. Lee for the design works and T Le for testing support

### REFERENCES

[1] C. Tsang, M. M. Chen, T Yogi and K. Ju, *IEEE Trans Magn* 26, 1689(1990).

[2] J Kishigami, K. Itoh and Y. Koshimoto, *IEEE Trans. Magn* 24, 2841(1988)

[3] W Frost and A. Neuukermans, *IEEE Trans Magn* 5, 445(1969)

4714



(a)

(b)

Figure 2.   Schematic drawing of the low index planes and directions in (a) bcc and (b) hcp.



Figure 3   The Bragg angle in electron diffraction is very small and the diffracting planes are almost parallel to the direction of the electron beam. In X-ray diffraction, however, the Bragg angle is much larger and the planes which diffract are those parallel to the plane of the film.

crystallographic interplanar spacings (~Å). This means that the Bragg angles will be in the range of 15-60°. When studying films by x-ray diffraction in the symmetrical reflection mode, it is those planes which are parallel to the film surface that give rise to the strongest reflections (see Figure 3). On the other hand, the Bragg angles for electron diffraction, when using the transmission mode, are nearly 0°, because the wavelength of the electrons is usually much smaller than the d spacing of the crystals. Thus, the planes which diffract are those that are nearly perpendicular to the plane of the film (see Figure 3). In crystallographic terminology, the planes which diffract in transmission electron diffraction are the planes of the zone axis [uvw] where [uvw] is the direction of the electron beam in terms of the crystallographic axes of the thin film. It is important to keep these geometric relationships in mind when interpreting diffraction results. For example if the (0002) planes of an hcp structure are parallel to the plane of the film, they will be diffracted strongly by x-rays utilizing the symmetric diffraction mode shown in Figure 3, but will not be present in the transmission electron diffraction patterns. On the other hand if the c-axis is in the plane of the film, the (0002) planes will diffract in the TEM mode, but will not be diffracted by x-rays in the symmetric reflection mode.

We now review some information about the diffraction patterns of Cr and hcp Co. We will first discuss the bcc structure.

As is well known, the bcc structure is based on the bcc Bravais Lattice, with an atom at each Bravais Lattice point. The Space Group of the structure is Im3m, its Pearson Symbol is cI2 and its lattice parameter is 2.88 Å. The structure factors for the various planes are given as:

$$F = 2f \quad \text{for} \quad h+k+l = \text{even}$$
$$F = 0 \quad \text{for} \quad h+k+l = \text{odd}$$

where f is the atomic scattering factor for the radiation being used. For x-ray diffraction, using $CuK_\alpha$ radiation ($\lambda$=1.54Å), the first several reflections from bcc Cr are as follows: [11]

| hkl | 2θ |
|------|------|
| {110} | 44.2 |
| {200} | 64.1 |
| {211} | 81.7 |
| {220} | 98.1 |

Experiments to date have found two different crystallographic textures for Cr films: namely those with a {100} texture and those with a {110} texture (see for example [5]). These textures give rise to strong {200} and {110} x-ray reflections respectively.

The Co based alloys that are most commonly used for thin film recordings include Co-Ni-Cr, Co-Cr-Ta, Co-Ni-Pt, etc. They have the hcp structure, based on the primitive hexagonal Bravais Lattice, with two atoms per Bravais Lattice point. The Space Group for the hcp structure is P6₃/mmc, and the Pearson symbol of the structure is hP2.

For our discussion we will use the values of $c$ and $a$ for Co-Ni-Cr which we determined by X-ray diffraction, viz. $c=4.07$Å, $a=2.50$Å. It should be kept in mind that the exact positions of the reflections will vary for each of the specific Co alloys although the differences are small. The structure factor conditions for $hcp$ are: [11]

| h+2k | 1 | $|F|^2$ |
|------|------|------|
| 3m | odd | 0 |
| 3m | even | $4f^2$ |
| 3m+1 | odd | $3f^2$ |
| 3m+1 | even | $f^2$ |

where m is an integer. Thus the first several x-ray reflections from Co-Ni-Cr ($a=2.50$ and $c=4.07$) are:

| (hkl) | 2θ° |
|------|------|
| {10$\bar{1}$0} | 41.8 |
| (0002) | 44.7 |
| {10$\bar{1}$1} | 47.6 |
| {10$\bar{1}$2} | 62.8 |
| {11$\bar{2}$0} | 76.2 |
| {10$\bar{1}$3} | 84.4 |

It can be noted immediately that the (0002) reflection for Co is very close in position to the {110} reflection for Cr (44.7 vs. 44.2).

An example of a x-ray diffraction pattern of a hard disk is shown in Figure 4. This was taken in the symmetrical reflection mode, using a monochromator. The prominent peaks are from the Al substrate (labeled) and the amorphous NiP layer (broad peak centered at ~45° 2θ). This demonstrates that it is very difficult to observe the reflections from Cr or the Co-based thin films when the films are on the disks. This is especially so in the region of 2θ = 45°, where the (0002)$_{Co}$ and {110}$_{Cr}$ reflections should appear. The crystallographic information is more easily obtained by electron diffraction. This is discussed below.



Figure 4    X-ray diffraction spectrum of CoCrTa/Cr/ NiP/Al hard disk. The peaks are Al (200), (220), (311) and (400) respectively. The broadening at the base of the (200) peak is due to the amorphous NiP.

An alternative way of studying the crystallography of Co-alloy on Cr thin films by x-ray diffraction is to sputter the films directly onto glass substrates. The x-ray spectrum for such a bi-layer is shown in Figure 5. This spectrum was taken using a monochromator. The film was sputtered with a substrate temperature of about 260°C. The reflection near 44.5° is labeled as the (0002)$_{Co}$ of CoNiCr and {110} of Cr. The large reflection near 64° is the {200} of Cr. This shows that this Cr film has a strong {200} texture. The CoNiCr {11$\bar{2}$0} reflection demonstrates that these planes must be in the plane of the film. As discussed above, this means that the $c$ axis lies in the film plane. See Figure 2(b). From this pattern it can be deduced that the {11$\bar{2}$0} planes of Co are parallel to the {200} planes of Cr.

A second method of studying the crystallographic texture of the thin films is by transmission electron microscopy. In selected area diffraction (SAD), a parallel beam of electrons impinges on an area of the sample of the order of microns in diameter. A diffraction pattern forms in the back focal plane of the objective lens. For films with grain sizes of the order of 200 Å, the diffraction pattern is actually the superposition of many patterns, forming the well known ring patterns. Figure 6 shows schematics of ring patterns for $bcc$ Cr and $hcp$ CoNiCr. In Figure 6(a), the "ring pattern" for a random array of $bcc$ Cr grains is displayed. All the "rings" are present. Figure 6(b) shows the pattern that would be produced if all the grains have {100} planes parallel to the film plane. In this case the {112} ring would be missing since no {112} plane would be perpendicular to the film surface. Figure 6(c) is a schematic of the ring pattern for a random array of $hcp$ grains. For an $hcp$ film with {0001} texture, the (0002) ring would be missing, as would the {10$\bar{1}$1},{10$\bar{1}$2}...{hkl} rings where $l \neq 0$. Figure 6(d) is the superpositioning of the $hcp$ and $bcc$ ring patterns.

Figure 7 is a typical SAD pattern from a bi-layer thin film of CoNiCr on Cr. In comparing the positions of each of the rings with the schematic shown in Figure 6(d), it can be seen that no strong crystallographic texture exists in this film. Of course, the relative intensities must also be compared before it can be stated unequivocally that the films are completely random in orientation. Hono et al. [5] have calculated the relative intensities for electron diffraction from thin films with various textures



Figure 5. X-ray diffraction spectrum of CoNiCr/Cr/glass bi-layer thin films.

4716



Figure 6.  Schematic drawings of the SAD patterns of (a) bcc
Cr, (b) [100] texture bcc Cr, (c) hcp CoNiCr and (d)
hcp CoNiCr/bcc Cr bi-layer thin films.



Figure 7.  SAD Pattern of a CoNiCr/Cr bi-layer thin film

The x-ray and SAD techniques look at the diffraction
patterns produced by many grains.  We turn now to two
techniques that investigate the orientation of one grain of
CoNiCr with respect to one grain of the Cr underlayer.

An electron microdiffraction pattern (μD) is produced when
a convergent beam of electrons impinges on the film.  Thus,
even for grain sizes as small as 200 Å, if the beam is
converged to a size of about 100 Å, the resulting diffraction
pattern can be thought of as arising from an individual grain.
Such patterns are displayed in Figure 8.

Figure 8 displays two different OR's between CoNiCr and
Cr.  In 8(a), the Cr pattern is seen to be from an [001] zone
axis.  This means that the Cr plane parallel to the film surface
is the (001) plane.  The zone axis of the superposed hcp
pattern is [11$\bar{2}$0].  This means that the (11$\bar{2}$0) plane of
CoNiCr is parallel to the film surface and thus parallel to the
(001) Cr plane.  From the microdiffraction patterns we also
see that the (0002) CoNiCr plane is parallel to the (110) Cr
plane.  Hence the OR is the Pitsch-Schrader OR [12].  The
patterns shown in 8(b) display the Potter OR [13].  This is
the one which occurs when the Cr texture is (110).  In this
case the c axis of the hexagonal alloy is 28° from the plane of
the film.  See [5] and [14] for other OR's obtained by
microdiffraction.

The last technique to be discussed is that of atomic
resolution transmission electron microscopy.  In order to see
OR across the interface, it is necessary to prepare cross-
sectional specimens.  Figure 9 shows the interface between
CoNiCr and Cr for the case when the (001) plane of Cr is
parallel to the surface of the film, as is the (11$\bar{2}$0) plane of
CoNiCr [15].  This is the Pitsch-Schrader OR.  This
photograph was taken along the [110] zone for Cr and along
the [0001] zone for the hcp CoNiCr.  The micrograph reveals
that (110) planes of Cr (lower part of diagram) and the (1$\bar{1}$00)
planes of Co are parallel to each other.  Close examination of
the interface reveals that there are regions of good fit, as well
as regions that are not perfectly matched.  The details of such
micrographs are currently being investigated in our laboratory.

## CONCLUSION

We have reviewed and summarized four techniques to
investigate the OR across the interface of bi-layer Co-
based/Cr thin films.  These techniques are complementary to
each other.  By using them over the past several years we
have documented several OR's between Co based alloys and
Cr thin films enabling us to better understand the factors
which control the crystallographic texture of the magnetic thin
films.





Figure 8.  Microdiffraction patterns revealing the grain to grain O.R. in CoNiCr/Cr bi-layer thin films. The O.R. is (a) Pitsch-Schrader when the Cr surface has a (100) orientation and (b) Potter when the orientation is (110).



Figure 9. HRTEM image of the interface between CoNiCr and Cr. The O.R. is that of Pitsch-Schrader.

REFERENCES

[1]  J P. Lazzari, I Melnick and D. Randet, IEEE Trans Magn, Vol, 205 (1967)

[2]  J P Lazzari, I Melnick and D. Randet, IEEE Trans Magn Vol 5, 955 (1969)

[3]  H I Lee, J Appl Phys, Vol. 63, 3269 (1988)

[4]  I Ohno, Y Shiroishi, S Hishiyama, H Suzuki and Y Matsuda, IEEE Trans Magn, Vol 23, 2809 (1989)

[5]  K Hono, B Wong and D E Laughlin, J Appl Phys, Vol 68(9), 4734 (1990).

[6]  S L Duan, J O Artman, B Wong and D E Laughlin, IEEE Trans Magn, Vol 26(5), 1587 (1990)

[7]  S.L. Duan, J O Artman, J-W. Lee, B Wong and D E Laughlin, IEEE Trans Magn, Vol 25(5), 3884 (1989)

[8]  S L. Duan, J O Artman, J-W Lee, B Wong and D E Laughlin, J Appl Phys, Vol 67(9), 4913 (1990)

[9]  J K Howard, R Ahlert and G. Lim, J. Appl. Phys, Vol 61(8), 3834 (1987)

[10]  K.E. Johnson, P.R. Ivett, D R. Timmons, M Mirzamani, S E Lambert and T Yogi, J. Appl Phys, Vol 67(9), 4686 (1990)

[11]  B.D Cullity, Elements of X-ray Diffraction, second edition, Addison-Wesley Publishing Co (1978).

[12]  W Pitsch and A Schrader, Arch Eisenhütten Wes, Vol 29, 715 (1958)

[13]  W Potter, J. Less-Common Metals, Vol 31, 299 (1973)

[14]  T. Yogi, G.L. Gorman, C Hwang, M A Kakalec and S.E. Lambert, IEEE Trans Magn, Vol 24(6), 2727 (1988).

[15]  B. Wong and D E Laughlin, "A HRTEM investigation of CoNiCr/Cr thin films," to be published in Proceedings of 49th Annual Meeting of the Electron Microscopy Society of America (EMSA/MAS Meeting, San Jose, CA, 1991), W Bailey, Editor, San Francisco Press



**IEEE** TRANSACTIONS ON

# MAGNETICS

NOVEMBER 1991    VOLUME 27    NUMBER 6    (ISSN 0018-9464)

A PUBLICATION OF THE IEEE MAGNETICS SOCIETY

PART II OF TWO PARTS



## Particulate Recording Media

Transverse susceptibility and anisotropy fields of iron-oxide pigments — *W. Schmitt* ............................... 4639

Deposition of Sn hydrosols on Co-$\gamma$-Fe$_2$O$_3$ magnetic particles — *W.-J. Chen and M. R. Tarng* .................... 4642

Preparation and magnetic properties of FE-Co fine particles — *M. Kishimoto, T. Nakazumi, N. Otani, and T. Sueyoshi* 4645

Effect of acid-based interaction on magnetic dispersion containing $\alpha$-Fe metal particles — *W.-J. Chen, C. D. Wu, W. G. Peng, and S. S. Wong* .................................................................................. 4648

Mössbauer and magnetic study of substituted M- and W-type barium ferrite particles — *X. Z. Zhou, I. Horio, A. H. Morrish, Z. W. Li, and K. Hanawa* ...................................................................... 4651

Site preference for Co$^{2+}$ and Ti$^{4+}$ in Co-Ti substituted barium ferrite — *X. Z. Zhou, A. H. Morrish, Z. W. Li, and Y. K. Hong* ........................................................................................... 4654

Temperature dependence of magnetocrystalline anisotropy for Sn substituted Ba ferrite particles — *O. Kubo and E. Ogawa* .................................................................................................. 4657

Interparticle interactions and the switching field distribution of barium ferrite media — *G. W. D. Spratt, N. Kodama, H. Inoue, Y. Uesaka, and M. Katsumoto* ...................................................................... 4660

Interaction of barium ferrite particles with phosphate ester dispersants — *G. F. Hudson, M. C. A. Mathur, and S. Raghavan* ............................................................................................... 4663

Interaction effects and activation volumes in barium ferrite recording media — *M. El-Hilo, K. O'Grady, and R. W. Chantrell* .............................................................................................. 4666

Experimental study of the influence of particle size and switching field distribution on video tape output — *H. Auweter, H. Jachow, H. Jakusch, E. Schwab, and R. J. Veitch* .......................................................... 4669

 **IEEE MAGNETICS SOCIETY**

The IEEE Magnetics Society is an association of IEEE members and affiliates with professional interests in the field of magnetics. All IEEE members are eligible for membership and will receive this TRANSACTIONS, the Society Newsletter, and other Society mailings upon payment of the annual Society membership fee of $10.00. It is possible for members of other professional societies to become Society affiliates. Information on membership can be obtained by writing to the IEEE at the address below. *Member copies of Transactions/Journals are for personal use only.*

## Officers

| *President* | *Vice President* | *Secretary-Treasurer* | *Past President* |
|---|---|---|---|
| S. H. CHARAP | D. A. THOMPSON | C. E. YEACK-SCRANTON | R. M. JOSEPHS |

### Administrative Committee

| *Term Ending 12/31/91* | | *Term Ending 12/31/92* | | *Term Ending 12/31/93* | |
|---|---|---|---|---|---|
| S. H. CHARAP | F. E. LUBORSKY | J. D. ADAM | F. B. HAGEDORN | R. E. FONTANA, JR. | H. JOUVE |
| H. FUJIWARA | D. MELVILLE | P. P. BIRINGER | J. E. OPFER | K. HARADA | M. H. KRYDER |
| H. HASEGAWA | D. D. STANCIL | G. E. FISH | C. E. PATTON | R. INDECK | H. A. LEUPOLD |
| R. M. JOSEPHS | C. E. YEACK-SCRANTON | R. GERBER | P. E. WIGEN | T. M. JAGIELINSKI | R. WOOD |

### Standing Committees Chairpersons

*Constitution and Bylaws*, F. J. FRIEDLAENDER
*Education*, D. D. STANCIL
*Finance*, G. E. FISH
*Membership*, M. R. RE
*Nominations*, D. I. GORDON
*Planning*, S. H. CHARAP
*Publicity*, R. S. INDECK

### Department Chairpersons

*Awards*, F. J. FRIEDLAENDER
*Chapters*, H. S. GILL
*Conference Executive Committee*, C. D. GRAHAM
*Publications*, C. E. PATTON
*Technical Committees*, C. VITTORIA

### IEEE United States Activities Board

C. E. JOHNSON, JR. and A. B. SMITH

### Technical Committee Chairpersons

| | | |
|---|---|---|
| *Amorphous Magnetic Materials*, R. HASEGAWA | *High Frequency Properties of Magnetic Materials*, C. VITTORIA | *Magnetometers and Measurements*, R. M. JOSEPHS |
| *Control and Power Processing*, J. D. HARNDEN, JR | *Large Magnet Technology*, P. C. MARSTON | *Magnetooptics*, G. A. PRINZ |
| *Cryoelectric Engineering*, R. B. GOLDFARB | *Magnetic Recording*, D. SPELIOTIS | *Memories*, N. T. VEILLETTE |
| *Electromagnetic Launch Technology and Levitated Transportation*, H. H. KOLM | *Magnetic Separation*, D. R. KELLAND | *Permanent Magnets*, K. STRNAT |
| *Heating by Induction*, P. P. BIRINGER | *Magnetics in Life Sciences*, R. B. FRANKEL | *Relay Magnetics*, D. D. LINGELBACH |
| | | *Soft Core Materials*, K. J. OVERSHOTT |

### Special Publications Editors

#### IEEE TRANSLATION JOURNAL ON MAGNETICS IN JAPAN

*T. SUZUKI, Editor*
IBM Almaden Research Center
650 Harry Road
San Jose, CA 95120-6099

*Managing Editor*, T. JAGIELINSKI
*Associate Editors*,
W. G. HAINES     J. E. MONSON
D. R. KRAHN     J. HURST

#### IEEE Magnetics Society Newsletter

C. M. PERLOV, *Editor*
Hewlett Packard Laboratories
Building 2U
P.O. Box 10490
Palo Alto, CA 94303-0971

### IEEE TRANSACTIONS® ON MAGNETICS

| *Editor-in-Chief* | *Reviews Editor* | *Reviews Editor* | *Advances in Magnetics Editor* | *Conference Editor* |
|---|---|---|---|---|
| C. E. PATTON | R. A. JOHNSON | W. LORD | M. R. PARKER | R. B. GOLDFARB |
| Department of Physics | Digital Equipment Corp. | Dept. Elec. & Comput. Eng. | Dept. Elec. Eng. | Nat. Inst. Stand. |
| Colorado State University | SHR1-3/E15 | Iowa State Univ. | University of Alabama | & Tech |
| Fort Collins, CO 80523 | 333 South Street | Ames, IA 50011 | Tuscaloosa, AL 35487-8286 | 325 Broadway |
| | Shrewsbury, MA 01545 | | | Boulder, CO 80303 |

## THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC.

### Officers

ERIC E. SUMNER, *President*
MERRILL W. BUCKLEY, JR., *President-Elect*
HUGH RUDNICK, *Secretary*
THEODORE W. HISSEY, JR., *Treasurer*

RICHARD S. NICHOLS, *Vice President, Educational Activities*
MICHAEL J. WHITELAW, *Vice President, Professional Activities*
J. T. CAIN, *Vice President, Publication Activities*
ROBERT T. H. ALDEN, *Vice President, Regional Activities*
FERNANDO ALDANA, *Vice President, Technical Activities*

MARTIN V. SCHNEIDER, *Director, Division IV—Electromagnetics and Radiation*

### Headquarters Staff

ERIC HERZ, *Executive Director and General Manager*
THOMAS W. BARTLETT, *Associate General Manager—Finance and Administration*
WILLIAM D CRAWLEY, *Associate General Manager—Programs*
JOHN H. POWERS, *Associate General Manager—Member Services*

DONALD CHRISTIANSEN, *Editor, IEEE Spectrum*
IRVING ENGELSON, *Staff Director, Technical Activities*
LEO FANNING, *Staff Director, Professional Activities*
PHYLLIS HALL, *Staff Director, Publishing Services*

MELVIN I. OLKEN, *Staff Director, Field Services*
EDWARD ROSENBERG, *Controller*
ANDREW SALEM, *Staff Director, Standards*
RUDOLF A. STAMPFL, *Staff Director, Educational Activities*

### Publications Department

*Publications Managers:* ANN H. BURGMEYER, GAIL S. FERENC

IEEE TRANSACTIONS ON MAGNETICS is published bimonthly by The Institute of Electrical and Electronics Engineers, Inc. Responsibility for the contents rests upon the authors and not upon the IEEE, the Society, or its members. IEEE Headquarters: 345 East 47 Street, New York, NY 10017-2394. NY Telephone: 212-705 + extension: Information -7900; General Manager -7910; Public Relations -7867; Publishing Services -7560; Spectrum -7556; Telecopiers: NY (Headquarters) 212-752-4929, NY (Publications) 212-705-7682; NY Telex: 236-411 (international messages only). IEEE Service Center (for orders, subscriptions, address changes, Educational Activities, Region/Section/Student Services, Standards): 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331. NJ Telephone: 908-981-0060; 908-562 + extension; Controller -5365; Technical Activities -3900. IEEE Washington Office (for U.S. professional activities): 1828 L Street, NW, Suite 1202, Washington, DC 20036-5104. Washington Telephone: 202-785-0017. Price/Publication Information: Individual copies: IEEE members $10.00 (first copy only), nonmembers $30.00 per copy. (Note: Add $4.00 postage and handling charge to any order from $1.00 to $50.00, including prepaid orders.) Member and nonmember subscription prices available on request. Available in microfiche and microfilm. Copyright and Reprint Permission: Abstracting is permitted with credit to the source. Libraries are permitted to photocopy beyond the limits of the U.S. Copyright Law for private use of patrons: 1) those post-1977 articles that carry a code at the bottom of the first page, provided the per-copy fee indicated in the code is paid through the Copyright Clearance Center, 27 Congress Street, Salem, MA 01970; 2) pre-1978 articles without fee. Instructors are permitted to photocopy isolated articles for noncommercial classroom use without fee. For all other copying, reprint, or republication permission, write to Copyrights and Permissions Department, IEEE Publishing Services, 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331. Copyright © 1991 by The Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Second-class postage paid at New York, NY and at additional mailing offices. Postmaster: Send address changes to IEEE TRANSACTIONS ON MAGNETICS, IEEE, 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331 GST Registration No 125634188.

 **IEEE MAGNETICS SOCIETY**

The IEEE Magnetics Society is an association of IEEE members and affiliates with professional interests in the field of magnetics. All IEEE members are eligible for membership and will receive this TRANSACTIONS, the Society Newsletter, and other Society mailings upon payment of the annual Society membership fee of $10.00. It is possible for members of other professional societies to become Society affiliates. Information on membership can be obtained by writing to the IEEE at the address below. *Member copies of Transactions/Journals are for personal use only.*

**Officers**

| | | | |
|---|---|---|---|
| *President* | *Vice President* | *Secretary-Treasurer* | *Past President* |
| S. H. CHARAP | D. A. THOMPSON | C E. YEACK-SCRANTON | R. M JOSEPHS |

**Administrative Committee**

*Term Ending 12/31/91*
S. H. CHARAP   F. E. LUBORSKY
H. FUJIWARA   D. MELVILLE
R. HASEGAWA   D. D. STANCIL
R. M. JOSEPHS   C. E. YEACK-SCRANTON

*Term Ending 12/31/92*
J. D. ADAM   F. B. HAGEDORN
P. P. BIRINGER   J. E. OPFER
G. E. FISH   C. E. PATTON
R. GERBER   P. E. WIGEN

*Term Ending 12/31/93*
R E. FONTANA, JR.   H. JOUVE
K. HARADA   M H. KRYDER
R INDECK   H. A. LEUPOLD
T. M. JAGIELINSKI   R WOOD

**Standing Committees Chairpersons**
*Constitution and Bylaws,* F. J. FRIEDLAENDER
*Education,* D. D. STANCIL
*Finance,* G. E. FISH
*Membership,* M. R. RE
*Nominations,* D. I. GORDON
*Planning,* S. H. CHARAP
*Publicity,* R. S. INDECK

**Department Chairpersons**
*Awards,* F. J. FRIEDLAENDER
*Chapters,* H. S GILL
*Conference Executive Committee,* C. D. GRAHAM
*Publications,* C. E. PATTON
*Technical Committees,* C. VITTORIA

**IEEE United States Activities Board**
C E. JOHNSON, JR. and A. B. SMITH

**Technical Committee Chairpersons**
*Amorphous Magnetic Materials,* R. HASEGAWA
*Control and Power Processing,* J. D. HARNDEN, JR
*Cryoelectric Engineering,* R. B. GOLDFARB
*Electromagnetic Launch Technology and Levitated Transportation,* H. H. KOLM
*Heating by Induction,* P. P. BIRINGER

*High Frequency Properties of Magnetic Materials,* C. VITTORIA
*Large Magnet Technology,* P. C. MARSTON
*Magnetic Recording,* D. SPELIOTIS
*Magnetic Separation,* D. R. KELLAND
*Magnetics in Life Sciences,* R. B. FRANKEL

*Magnetometers and Measurements,* R. M. JOSEPHS
*Magnetoptics,* G. A. PRINZ
*Memories,* N. T. VEILLETTE
*Permanent Magnets,* K. STRNAT
*Relay Magnetics,* D. D. LINGELBACH
*Soft Core Materials,* K. J. OVERSHOTT

**Special Publications Editors**

T. SUZUKI, *Editor*
IBM Almaden Research Center
650 Harry Road
San Jose, CA 95120-6099

**IEEE TRANSLATION JOURNAL ON MAGNETICS IN JAPAN**

*Managing Editor,* T. JAGIELINSKI
*Associate Editors*
W. G. HAINES   J. E. MONSON
D. R. KRAHN   J. HURST

**IEEE Magnetics Society Newsletter**
C. M. PERLOV, *Editor*
Hewlett Packard Laboratories
Building 2U
P.O. Box 10490
Palo Alto, CA 94303-0971

**IEEE TRANSACTIONS® ON MAGNETICS**

*Editor-in-Chief*
C. E. PATTON
Department of Physics
Colorado State University
Fort Collins, CO 80523

*Reviews Editor*
R. A. JOHNSON
Digital Equipment Corp.
SHR1-3/E15
333 South Street
Shrewsbury, MA 01545

*Reviews Editor*
W. LORD
Dept. Elec. & Comput. Eng.
Iowa State Univ.
Ames, IA 50011

*Advances in Magnetics Editor*
M. R. PARKER
Dept. Elec. Eng.
University of Alabama
Tuscaloosa, AL 35487-8286

*Conference Editor*
R. B. GOLDFARB
Nat. Inst. Stand.
& Tech
325 Broadway
Boulder, CO 80303

**THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC.**

**Officers**

ERIC E. SUMNER, *President*
MERRILL W. BUCKLEY, JR., *President-Elect*
HUGH RUDNICK, *Secretary*
THEODORE W. HISSEY, JR., *Treasurer*

RICHARD S. NICHOLS, *Vice President, Educational Activities*
MICHAEL J. WHITELAW, *Vice President, Professional Activities*
J. T. CAIN, *Vice President, Publication Activities*
ROBERT T. H. ALDEN, *Vice President, Regional Activities*
FERNANDO ALDANA, *Vice President, Technical Activities*

MARTIN V. SCHNEIDER, *Director, Division IV—Electromagnetics and Radiation*

**Headquarters Staff**
ERIC HERZ, *Executive Director and General Manager*
THOMAS W. BARTLETT, *Associate General Manager—Finance and Administration*
WILLIAM D. CRAWLEY, *Associate General Manager—Programs*
JOHN H. POWERS, *Associate General Manager—Volunteer Services*

DONALD CHRISTIANSEN, *Editor, IEEE Spectrum*
IRVING ENGELSON, *Staff Director, Technical Activities*
LEO FANNING, *Staff Director, Professional Activities*
PHYLLIS HALL, *Staff Director, Publishing Services*

MELVIN I. OLKEN, *Staff Director, Field Services*
EDWARD ROSENBERG, *Controller*
ANDREW SALEM, *Staff Director, Standards*
RUDOLF A. STAMPFL, *Staff Director, Educational Activities*

**Publications Department**
*Publications Managers:* ANN H. BURGMEYER, GAIL S. FERENC

IEEE TRANSACTIONS ON MAGNETICS is published bimonthly by The Institute of Electrical and Electronics Engineers, Inc. Responsibility for the contents rests upon the authors and not upon the IEEE, the Society, or its members. IEEE Headquarters: 345 East 47 Street, New York, NY 10017-2394. NY Telephone: 212-705 + extension: Information -7900; General Manager -7910; Public Information -7867; Publishing Services -7560; Spectrum -7556; Telecopiers: NY (Headquarters) 212-752-4929; NY (Publications) 212-705-7682; NY Telex: 236-411 (international messages only). IEEE Service Center (for orders, subscriptions, address changes, Educational Activities, Region/Section/Student Services, Standards): 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331. NJ Telephone: 908-981-0060; 908-562 + extension: Customer -5365; Technical Activities -3900. IEEE Washington Office (for U.S. professional activities): 1828 L Street, NW, Suite 1202, Washington, DC 20036-5104. Washington Telephone: 202-785-0017. Price/Publication Information: Individual copies: IEEE members $10.00 (first copy only), nonmembers $30.00 per copy. (Note: Add $4.00 postage and handling charge to any order from $1.00 to $50.00, including prepaid orders.) Member and nonmember subscription prices available on request. Available in microfiche and microfilm. Copyright and Reprint Permissions: Abstracting is permitted with credit to the source. Libraries are permitted to photocopy beyond the limits of the U.S. Copyright Law for private use of patrons: 1) those post-1977 articles that carry a code at the bottom of the first page, provided the per-copy fee indicated in the code is paid through the Copyright Clearance Center, 27 Congress Street, Salem, MA 01970; 2) pre-1978 articles without fee. Instructors are permitted to photocopy isolated articles for noncommercial classroom use without fee. For all other copying, reprint, or republication permission, write to: Copyrights and Permissions Department, IEEE Publishing Services, 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331. Copyright © 1991 by The Institute of Electrical and Electronics Engineers, Inc. All rights reserved. Second-class postage paid at New York, NY and at additional mailing offices. Postmaster: Send address changes to IEEE TRANSACTIONS ON MAGNETICS, IEEE, 445 Hoes Lane, P.O. Box 1331, Piscataway, NJ 08855-1331 GST Registration No 125634188.

Exhibit   D

REDACTED

Exhibit   F



Merriam-Webster's Collegiate Dictionary

Eleventh Edition

# Merriam-Webster's Collegiate® Dictionary

## ELEVENTH EDITION



Merriam-Webster, Incorporated
Springfield, Massachusetts, U.S.A.



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster™* is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2003 by Merriam-Webster, Incorporated

First Printing 2003

Library of Congress Cataloging in Publication Data

Merriam-Webster's collegiate dictionary. — Eleventh ed.
        p.     cm.
    Includes index.
    ISBN 0-87779-807-9 (Laminated unindexed : alk. paper). — ISBN 0-87779-808-7 (Jacketed hardcover unindexed : alk. paper). — ISBN 0-87779-809-5 (Jacketed hardcover with CD-ROM : alk. paper). — ISBN 0-87779-810-9 (Leatherlook with CD-ROM : alk. paper). — 0-87779-813-3 (Canadian). — 0-87779-814-1 (international).
    1. English language—Dictionaries. I. Title: Collegiate dictionary. II. Merriam-Webster, Inc.
    PE1628.M36    2003
    423—dc21                                        2003003674
                                                    CIP

COLLEGIATE is a registered trademark of Merriam-Webster, Incorporated

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

12TT:QWV03

**hom-i-noid** \'hä-mə-,nȯid\ *n* [NL *Hominoidea*, fr. *Homin-*, *Homo* + *-oidea*. suffix of higher taxa, fr. L. *-oides* \*oid] (1949) : any of a super-family (Hominoidea) of primates including recent hominids, gibbons, and pongids together with extinct ancestral and related forms (as of the genera *Proconsul* and *Dryopithecus*) — **hominoid** *adj*

**homi-ny** \'hä-mə-nē\ *n* [Virginia Algonquian *-homen*, lit., that treated (in the way specified)] (1629) : kernels of corn that have been soaked in a caustic solution (as of lye) and then washed to remove the hulls

**hominy grits** *n pl but sing or pl in constr* (1876) : GRITS

**ho-mo** \'hō-(,)mō\ *n, pl* **homos** *often cap* [NL *Homin-*, *Homo*, fr. L, human being — more at HOMAGE] (1591) : any of a genus (*Homo*) of hominids that includes modern humans (*H. sapiens*) and several extinct related species (as *H. erectus* and *H. habilis*)

**homo** *n, pl* **homos** [by shortening] (1922) *often disparaging* : HOMO-SEXUAL — **homo** *adj, often disparaging*

**homo—** see HOM-

**ho-mo-cer-cal** \,hō-mə-'sər-kəl, ,hä-\ *adj* (1838) **1** of a fish tail fin : having the upper and lower lobes approximately symmetrical and the vertebral column ending at or near the middle of the base **2** : having or relating to a homocercal tail fin

**ho-mo-cys-te-ine** \,hō-mō-'sis-tə-,ēn, ,hä-\ *n* [ISV *hom-* + *cysteine*] (1932) : an amino acid $C_4H_9NO_2S$ that is produced in animal metabolism by the demethylation of methionine and that appears to be associated with an increased risk of cardiovascular disease when occurring at high levels in the blood

**homoe—** see HOMEO

**ho-mo-erot-ic** \,hō-mō-i-'rä-tik\ *adj* (1916) : HOMOSEXUAL; *specif* : marked by, revealing, or portraying homosexual desire ⟨a ~ subtext to the story⟩ ⟨~ photographs⟩ — **ho-mo-erot-i-cism** \-'rä-tə-,si-zəm\ *n*

**ho-mo-ga-met-ic** \,hō-mō-gə-'me-tik, ,hä-\ *adj* (1910) : forming gametes which all have the same type of sex chromosome

**ho-mog-a-my** \hō-'mä-gə-mē\ *n* [G *Homogamie*, fr. *hom-* + *-gamie* -gamy] (1897) : the mating of like with like — **ho-mog-a-mous** \-məs\ *adj*

**ho-mog-e-nate** \hō-'mä-jə-,nāt, hə-\ *n* (1941) : a product of homogenizing

**ho-mo-ge-ne-i-ty** \,hō-mə-jə-'nē-ə-tē, -'nā- *also* ɔ-'nī-; *esp Brit* ,hä-\ *n* (1625) **1** : the quality or state of being homogeneous **2** : the state of having identical cumulative distribution functions or values ⟨~ of variances⟩

**ho-mo-ge-neous** \-'jē-nē-əs, -nyəs\ *adj* [ML *homogeneus*, *homogenus*, fr. Gk *homogenēs*, fr. *hom-* + *genos* kind — more at KIN] (1641) **1** : of the same or a similar kind or nature **2** : of uniform structure or composition throughout ⟨a culturally ~ neighborhood⟩ **3** : having the property that if each variable is replaced by a constant times that variable the constant can be factored out : having each term of the same degree if all variables are considered ⟨a ~ equation⟩ — **ho-mo-ge-neous-ly** *adv* — **ho-mo-ge-neous-ness** *n*

**ho-mo-ge-ni-za-tion** \hō-,mä-jə-nə-'zā-shən, hə-\ *n* of HOMOGENIZATION, HOMOGENIZE

**ho-mog-e-ni-za-tion** \hō-,mä-jə-nə-'zā-shən, hə-\ *n* (1908) **1** : the act or process of homogenizing **2** : the quality or state of being homogenized

**ho-mog-e-nize** \hō-'mä-jə-,nīz, hə-\ *vb* **-nized; -niz-ing** *vt* (1886) **1 a** : to blend (diverse elements) into a uniform mixture **b** : to make homogeneous **2 a** : to reduce to small particles of uniform size and distribute evenly esp. in a liquid **b** : to reduce the particles of so that they are uniformly small and evenly distributed; *specif* : to break up the fat globules of (milk) into very fine particles ~ *vi* : to become homogenized — **ho-mog-e-niz-er** *n*

**ho-mog-e-nous** \-nəs\ *adj* (1919) **1** : HOMOPLASTIC **2** : HOMOGE-NEOUS

**ho-mo-graft** \'hō-mə-,graft, 'hä-\ *n* (1923) : a graft of tissue taken from a donor of the same species as the recipient — compare XENOGRAFT

**ho-mo-graph** \'hä-mə-,graf, 'hō-\ *n* (1873) : one of two or more words spelled alike but different in meaning or derivation or pronunciation (as the *bow* of a ship, a *bow* and arrow) — **ho-mo-graph-ic** \,hä-mə-'gra-fik, ,hō-\ *adj*

**homoio—** see HOMEO-

**homoiotherm, homoiothermic, homoiothermy** *var of* HOMEO-THERM, HOMEOTHERMIC, HOMEOTHERMY

**ho-moi-ou-si-an** \hō-,moi-'ü-zē-ən, hä-, -'ü-sē-\ *n* [LK *homoiousios* of like substance, fr. Gk *homoi-* homeo- + *ousia* essence, substance, fr. *ont-, ōn*, prp. of *einai* to be — more at IS] (1732) : an adherent of an ecclesiastical party of the fourth century holding that the Son is essentially like the Father but not of the same substance

**ho-mol-o-gate** \hō-'mä-lə-,gāt, hə-\ *vt* **-gat-ed; -gat-ing** [ML *homologatus*, pp. of *homologare* to agree, fr. Gk *homologein*, lit, homol-gate] (1593) **1** SANCTION, ALLOW; *esp* : to approve or confirm officially — **ho-mol-o-ga-tion** \-,mä-lə-'gā-shən\ *n*

**ho-mo-log-i-cal** \,hō-mə-'lä-ji-kəl, ,hä-\ *adj* (ca. 1847) **1** : HOMOLO-GOUS **2** : of or relating to topological homology theory ⟨~ algebra⟩ — **ho-mo-log-i-cal-ly** \-ji-k(ə-)lē\ *adv*

**ho-mol-o-gize** \hō-'mä-lə-,jīz, hə-\ *vt* **-gized; -giz-ing** (1811) **1** : to demonstrate the homology of — **ho-mol-o-giz-er** *n*

**ho-mol-o-gous** \hō-'mä-lə-gəs, hə-\ *adj* [Gk *homologos* agreeing, fr. *hom-* + *legein* to say — more at LEGEND] (1660) **1 a** : having the same relative position, value, or structure: as (1) : exhibiting biological homology (2) : having the same or allelic genes with genetic loci usu. arranged in the same order **b** : belonging to or consisting of a chemical series whose successive members have a regular difference in composition esp. of one methylene group **2** : derived from or developed in response to organisms of the same species

**ho-mo-logue** *or* **ho-mo-log** \'hō-mə-,lȯg, 'hä-, -,läg\ *n* (1848) : something (as a chemical compound or a chromosome) homologous

\ə\ abut \ə̄\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar \au̇\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job \ŋ\ sing \ō\ go \ȯ\ law \ȯi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot \y\ yet \zh\ vision, beige \k, ᵊ, œ, ᵫ, ᵿ\ see Guide to Pronunciation



ram-shack-le, RICKETY, ram-shorn, ra-mus, ran-pad of RUN, ranch, ranch dressing, ranch-er, ran-che-ro, ranch house, ranch-man, ran-cho, ran-cid, ran-cor, ran-cor-ous, rand, R & B, ran-dom, random, random-access memory, ran-dom-ize, randomized block, random variable, random walk, randy, rang, range, and related forms.

\ə\ abut \ə\ kitten, F table \ər\ further \a\ ash \ā\ ace \ä\ mop, mar
\au\ out \ch\ chin \e\ bet \ē\ easy \g\ go \i\ hit \ī\ ice \j\ job
\ŋ\ sing \ō\ go \o\ law \oi\ boy \th\ thin \th\ the \ü\ loot \u̇\ foot
\y\ yet \zh\ vision, beige \k, n, œ, ue, ü\ see Guide to Pronunciation

REDACTED

Exhibit   G

pyrazolo-3,4-*d*-pyrimidine; inhibits xanthine oxidase, an enzyme required for uric acid formation. { ¦a¦lō¦pyūr-ə¸nól }

**all-or-none law** [PHYSIO] The principle that transmission of a nerve impulse is either at full strength or not at all. { ¦ȯl ȯr ¸nən ¸lȯ }

**allosome** [GEN] **1.** Sex chromosome. **2.** Any atypical chromosome. { ¦a¦lō¸sōm }

**allosteric effector** [BIOCHEM] A small molecule that reacts either with a nonbinding site of an enzyme molecule, or with a protein molecule, and causes a change in the function of the molecule. Also known as allosteric modulator. { ¦a¦lō¸stir-ik ə'fek-tər }

**allosteric enzyme** [BIOCHEM] Any of the regulatory bacterial enzymes, such as those involved in end-product inhibition. { ¦a¦lə¸stir-ik 'en¸zīm }

**allosteric modulator** *See* allosteric effector. { ¦a¦lō¸stir-ik 'mäd-yə¸lād-ər }

**allosteric site** [BIOCHEM] The inactive (or less active) region of an enzyme molecule. { ¦a¦lō¸ster-ik 'sīt }

**allosteric transition** [BIOCHEM] A reversible exchange of one base pair for another on a protein molecule that alters the properties of the active site and changes the biological activity of the protein. { ¦a¦lō¸stir-ik tranz'ish-ən }

**allostery** [BIOCHEM] The property of an enzyme able to shift reversibly between an active and an inactive configuration. { ¦a¸lō¸stir-ē }

**allotetraploid** *See* amphidiploid. { ¦a¦lō'te-trə¸plȯid }

**Allotheria** [PALEON] A subclass of Mammalia that appeared in the Upper Jurassic and became extinct in the Cenozoic. { ¸a¸lō'thir-ē-ə }

**allothigene** *See* allogene. { ə'läth-ə¸jēn }

**allothimorph** [GEOL] A metamorphic rock constituent which retains its original crystal outlines in the new rock. { ə'läth-ə¸mȯrf }

**allothogene** *See* allogene. { ə'läth-ə¸jēn }

**allothogenic** [GEOL] Formed from preexisting rocks which have been transported from another location. Also known as allogenic. { ¸a¸läth-ə'jen-ik }

**allotrioblast** *See* xenoblast. { ¸a¸lō'trē-ə¸blast }

**Allotriognathi** [VERT ZOO] An equivalent name for the Lampridiformes. { ¸a¸lā¸trē'äg-nə¸thī }

**allotriomorphic** [MINERAL] Of minerals in igneous rock not bounded by their own crystal faces but having their outlines impressed on them by the adjacent minerals. Also known as anhedral; xenomorphic. { ¸a¸lä-trē-ə¸mȯr-fik }

**allotriomorphism** *See* allotropy. { ¸a¸lä-trē-ə¸mȯr¸fiz-əm }

**allotrope** [CHEM] A form of an element showing allotropy. { 'a¸lə¸trōp }

**allotropism** *See* allotropy. { ə¸lä'trä¸piz-əm }

**allotropy** [CHEM] The assumption by an element of two or more different forms or structures which are most frequently stable in different temperature ranges, such as different crystalline forms of carbon as charcoal, graphite, or diamond. Also known as allotriomorphism; allotropism. { ə'lä-trə-pē }

**allotter** [COMMUN] A telephone term referring to a distributor, associated with the finder control group relay assembly, which allots an idle line-finder in preparation for an additional call. { ə'läd-ər }

**allotter relay** [COMMUN] A telephone term referring to a relay of the line-finder circuit whose function is to preallot an idle line-finder to the next incoming call from the line, and to guard relays. { ə'läd-ər 'rē¸lā }

**allotype** [SYST] A paratype of the opposite sex to the holotype. { 'a¸lə¸tīp }

**allowable bearing value** [CIV ENG] The maximum permissible pressure on foundation soil that provides adequate safety against rupture of the soil mass or movement of the foundation of such magnitude as to impair the structure imposing the pressure. Also known as allowable soil pressure. { ə'lau̇-ə-bəl 'ber-iŋ ¸val-yü }

**allowable load** [MECH] The maximum force that may be safely applied to a solid, or is permitted by applicable regulators. { ə'lau̇-ə-bəl 'lōd }

**allowable oil** [PETRO ENG] The oil an operator is permitted by law to remove from a well in one day. { ə'lau̇-ə-bəl 'ȯil }

**allowable soil pressure** *See* allowable bearing value. { ə'lau̇-ə-bəl 'sȯil ¸presh-ər }

**allowable stress** [MECH] The maximum force per unit area that may be safely applied to a solid. { ə'lau̇-ə-bəl 'stres }

**allowance** [DES ENG] An intentional difference in sizes of two mating parts, allowing clearance usually for a film of oil, for running or sliding fits. { ə'lau̇-əns }

**allowed energy bands** [SOLID STATE] The restricted regions of possible electron energy levels in a solid. { ə'lau̇d 'en-ər-jē ¸banz }

**allowed hours** *See* standard hour. { ə'lau̇d 'au̇-ərz }

**allowed time** [IND ENG] Amount of time allowed each employee for personal needs during a work cycle. { ə'lau̇d 'tīm }

**allowed transition** [QUANT MECH] A transition between two states which is permitted by the selection rules and which consequently has a relatively high priority. { ə'lau̇d tranz'ish-ən }

**alloxan** [BIOCHEM] $C_4H_2N_2O_4$. Crystalline oxidation product of uric acid; induces diabetes experimentally by selective destruction of pancreatic beta cells. Also known as mesoxalylurea. { ə'läk¸san }

**alloy** [MATER] A composite plastic produced by blending and melting together different polymers. [MET] A metal product containing two or more elements as a solid solution, as an intermetallic compound, or as a mixture of metallic phases. { 'a¸lȯi }

**Alloy 750** [MET] A bearing alloy, containing 6.5% tin, 2.5% silicon, 1% copper, 0.5% nickel, and the remainder aluminum; used for automobile engine bearings. { 'a¸lȯi ¸sev-ən 'fif-tē }

**alloy adhesive** [MATER] An adhesive compounded from resins of two or more differential chemical classes, such as thermosetting and elastomeric, in order to combine performance characteristics. { 'a¸lȯi ad¸hē-ziv }

**alloying** [MET] The addition of a metal or alloy to another metal or alloy. { ə'lȯi-iŋ }

**alloy junction** [ELECTR] A junction produced by alloying one or more impurity metals to a semiconductor to form a *p* or *n* region, depending on the impurity used. Also known as fused junction. { 'a¸lȯi ¸jəŋk-shən }

**alloy-junction diode** [ELECTR] A junction diode made by placing a pill of doped alloying material on a semiconductor material and heating until the molten alloy melts a portion of the semiconductor, resulting in a *pn* junction when the dissolved semiconductor recrystallizes. Also known as fused-junction diode. { 'a¸lȯi ¸jəŋk-shən ¸dī¸ōd }

**alloy-junction transistor** [ELECTR] A junction transistor made by placing pellets of a *p*-type impurity such as indium above and below an *n*-type wafer of germanium, then heating until the impurity alloys with the germanium to give a *pnp* transistor. Also known as fused-junction transistor. { 'a¸lȯi ¸jəŋk-shən tranz'is¸tər }

**alloy nuclear fuel** [NUCLEO] A material used in nuclear reactors that is an alloy of a fissionable substance and a nonfissionable metal or metals. { 'a¸lȯi 'nü-klē-ər 'fyül }

**alloy plating** [MET] The codeposition of two or more metals on an electrode by electrolysis. { 'a¸lȯi ¸plāt-iŋ }

**alloy steel** [MET] A steel whose distinctive properties are due to the presence of one or more elements other than carbon. { 'a¸lȯi ¸stēl }

**allozygote** [GEN] An individual that is homozygous at a given locus with the two homologous genes being of independent origin. { ¸a¦lə'zī¸gōt }

**allozyme** [GEN] One of two or more forms of an enzyme that are specified by allelic genes. { 'a¸lə¸zīm }

**all-pass network** [ELECTR] A network designed to introduce a phase shift in a signal without introducing an appreciable reduction in energy of the signal at any frequency. { 'ȯl ¸pas 'net¸wərk }

**all-purpose computer** [COMPUT SCI] A computer combining the specific capabilities of a general-purpose computer and a special-purpose, scientific or business computer. { 'ȯl 'pər-pəs kəm'pyüd-ər }

**all-sky camera** [OPTICS] A camera directed vertically downward toward a horizontal convex mirror so as to photograph the entire sky simultaneously. { 'ȯl ¸skī 'kam-rə }

**allspice** [BOT] The dried, unripe berries of a small, tropical evergreen tree, *Pimenta officinalis*, of the myrtle family; yields a pungent, aromatic spice. { 'ȯl¸spīs }

**allspice oil** *See* pimenta oil. { 'ȯl¸spīs ¸ȯil }

**all-translational system** [CONT SYS] A simple robotic system in which there is no rotation of the robot or its components during movements of the robot's body. { 'ȯl ¸tranz'lā-shən-əl 'sis¸təm }

**allulose** [ORG CHEM] $CH_2OHCO(CHOH)_3CH_2OH$  A con-

| Respondent | | |
| --- | --- | --- |
| Date Entered | Exhibit No. | Investigation # |
| | RX-451 | 337-TA-516 SH |
| | Certain Disc Drives | United States International Trade Commission |
| | | Matter |



**ALLOY-JUNCTION TRANSISTOR**

emitter lead
semiconductor wafer
emitter alloy
collector lead
nickel base connection
glass header with metal rim
base lead

View of an alloy-junction transistor.

**ALLSPICE**



A branch of *Pimenta officinalis* with the berry fruit.

# McGraw-Hill

# Dictionary of

# Scientific and

# Technical

# Terms

## Fifth Edition

**Sybil P. Parker**
Editor in Chief

**McGraw-Hill, Inc.**

New York     San Francisco     Washington, D.C.
Auckland     Bogotá     Caracas     Lisbon     London     Madrid     Mexico City     Milan
Montreal     New Delhi     San Juan     Singapore     Sydney     Tokyo     Toronto

COR-ITC075907

On the cover: Photomicrograph of crystals of vitamin B₁.
(*Dennis Kunkel, University of Hawaii*)

Included in this Dictionary are definitions which have been published previously in the following works: P. B. Jordain, *Condensed Computer Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. J. Markus, *Electronics and Nucleonics Dictionary*, 4th ed., Copyright © 1960, 1966, 1978 by McGraw-Hill, Inc. All rights reserved. J. Quick, *Artists' and Illustrators' Encyclopedia*, Copyright © 1969 by McGraw-Hill, Inc. All rights reserved. *Blakiston's Gould Medical Dictionary*, 3d ed., Copyright © 1956, 1972 by McGraw-Hill, Inc. All rights reserved. T. Baumeister and L. S. Marks, eds., *Standard Handbook for Mechanical Engineers*, 7th ed., Copyright © 1958, 1967 by McGraw-Hill, Inc. All rights reserved.

In addition, material has been drawn from the following references: R. E. Huschke, *Glossary of Meteorology*, American Meteorological Society, 1959; *U.S. Air Force Glossary of Standardized Terms*, AF Manual 11-1, vol. 1, 1972; *Communications-Electronics Terminology*, AF Manual 11-1, vol. 3, 1970; W. H. Allen, ed., *Dictionary of Technical Terms for Aerospace Use*, 1st ed., National Aeronautics and Space Administration, 1965; J. M. Gilliland, *Solar-Terrestrial Physics: A Glossary of Terms and Abbreviations*, Royal Aircraft Establishment Technical Report 67158, 1967; *Glossary of Air Traffic Control Terms*, Federal Aviation Agency; *A Glossary of Range Terminology*, White Sands Missile Range, New Mexico, National Bureau of Standards, AD 467-424; *A DOD Glossary of Mapping, Charting and Geodetic Terms*, 1st ed., Department of Defense, 1967; P. W. Thrush, comp. and ed., *A Dictionary of Mining, Mineral, and Related Terms*, Bureau of Mines, 1968; *Nuclear Terms: A Glossary*, 2d ed., Atomic Energy Commission; F. Casey, ed., *Compilation of Terms in Information Sciences Technology*, Federal Council for Science and Technology, 1970; *Glossary of Stinfo Terminology*, Office of Aerospace Research, U.S. Air Force, 1963; *Naval Dictionary of Electronic, Technical, and Imperative Terms*, Bureau of Naval Personnel, 1962; *ADP Glossary*, Department of the Navy, NAVSO P-3097.

## McGRAW-HILL DICTIONARY OF SCIENTIFIC AND TECHNICAL TERMS, Fifth Edition

Copyright © 1994, 1989, 1984, 1978, 1976, 1974 by McGraw-Hill, Inc. All rights reserved. Printed in the United States of America. Except as permitted under the United States Copyright Act of 1976, no part of this publication may be reproduced or distributed in any form or by any means, or stored in a database or retrieval system, without the prior written permission of the publisher.

3 4 5 6 7 8 9 0    DOW/DOW    9 9 8 7 6 5

ISBN 0-07-042333-4

Library of Congress Cataloging-in-Publication Data

McGraw-Hill dictionary of scientific and technical terms /
Sybil P. Parker, editor in chief..—5th ed.
        p.      cm.
    ISBN 0-07-042333-4
    1. Science—Dictionaries.    2. Technology—Dictionaries.
I. Parker, Sybil P.
Q123.M34    1993
503—dc20
                                93-34772
                                  CIP

## INTERNATIONAL EDITION

Copyright © 1994. Exclusive rights by McGraw-Hill, Inc. for manufacture and export. This book cannot be re-exported from the country to which it is consigned by McGraw-Hill. The International Edition is not available in North America.

When ordering this title, use ISBN 0-07-113584-7.

COR-ITC075908

# Exhibit   H

REDACTED

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 28, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

### BY FEDERAL EXPRESS

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW, Suite 1100
Washington, DC 20005

/s/ Julia Heaney
Julia Heaney (#3052)
MORRIS, NICHOLS, ARSHT & TUNNELL
jheaney@mnat.com
*Attorneys for Defendant and*
*Counterclaim Plaintiff Cornice, Inc.*