IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SEAGATE TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-418-SLR |
| | ) | |
| CORNICE, INC. | ) | **REDACTED VERSION** |
| | ) | |
| Defendant. | ) | |

## APPENDIX OF EXHIBITS IN SUPPORT OF
## DEFENDANT CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT
## THAT SEAGATE CANNOT RECOVER PRE-SUIT DAMAGES

MORRIS, NICHOLS, ARSHT & TUNNELL
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
*Attorneys for Defendant and Counterclaim
Plaintiff Cornice, Inc.*

OF COUNSEL:

Mathew D. Powers
Jason D. Kipnis
Weil, Gotshal & Manges LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

Original Filing Date:  November 18, 2005

Redacted Filing Date:  November 28, 2005

## TABLE OF CONTENTS

| Description | Exhibit No. |
|---|---|
| Excerpt from Complainant Seagate Technology LLC's Response to Respondent Cornice, Inc's First Set of Interrogatories | A |
| Photo of Seagate Barracuda ATA | B |
| Photo of Seagate Medalist 3210 | C |
| Photo of Seagate U4 | D |
| Photo of Seagate U5 | E |
| Photo of Seagate U6 | F |
| Photo of Seagate U8 | G |
| Photo of Seagate U8 | H |
| Photo of Seagate U10 | I |
| Photos of Seagate Barracuda 7200.7 | J |
| Photos of Seagate Momentus | K |
| Excerpt from Complainant Seagate Technology LLC's Supplemental Responses to Respondent Cornice, Inc.'s Interrogatory Nos. 11 and 97 | L |
| Photo of Seagate Barracuda ATA II | M |
| Photos of Seagate ST1 | N |
| Photos of Seagate ST1 | O |
| Photo of Seagate Momentus 1 | P |
| Photo of Conner Peripheral CP30174E | Q |
| Photo of Conner Peripheral CP2084 | R |
| Photo of Conner Peripheral CP2064 | S |
| Photo of Conner Peripheral CP30100 | T |
| Photo of Conner Peripheral CP30254H | U |
| Photo of Conner Peripheral CP30344 | V |

| Description | Exhibit No. |
|---|---|
| Patent Cross-License Agreements between Seagate Technology and Hitachi, 1998 & 2001 | W |
| Exhibit 36 to the Complaint of Seagate Technology filed in the ITC | X |
| Excerpt from Seagate's Responses and Objections to Cornice's Third Set Of Interrogatories | Y |
| Corporate Deposition Notice of Seagate Technology | Z |
| Letter to Michael Zoppo from Tim Riffe, 8/24/2005 | AA |
| Exhibit 8 in the deposition of William Cluff, 6/28/2005 Exhibit 1 in the deposition of James Grassman, 6/24/2005 | BB |
| Excerpt from the deposition of Gerard Mortimer, 3/31/2005 Excerpt from the deposition of Wayne Lussier, 4/1/2005 Excerpt from the deposition of Alan Clark, 4/4/2005 Excerpt from the deposition of William Cluff, 4/6/2005 and 6/28/2005 Excerpt from the deposition of James Grassman, 6/24/2005 | CC |
| Letter to Brian Nester from David Cross, 8/31/2005 Letter to David Radulescu from Brian Nester, 9/9/2005 | DD |

493551

# Exhibit A

# REDACTED

# Exhibit B



# Exhibit C



# Seagate
## Medalist 3210

Model  ST33210A

3,200 Mbytes

Caution.  Product warranty is void if the top cover, or any seal or label is removed, or drive experiences shock in excess of 75 Gs.

**Technical Support Services**

| | |
|---|---|
| Australia | 61-2-9725-3366 |
| France | 0 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 |
| Germany | 0 800-182-1201 |
| Hong Kong | 852-2368-9918 |
| Singapore | 65-488-1 |
| Taiwan | 886- |
| United Kingdom | |
| USA | |
| Other European country | |
| World Wide web | |

STX  105720

# Exhibit D



Exhibit E



Exhibit F



# Exhibit G

REDACTED

# Exhibit H



# Exhibit I

## Seagate U10  Model ST310212A

16 383 CYL    16 HDS    63 SECT    LBA 20 005 840   10 2 Gbytes

Model ST310212A

P/N 9N5007 003                                        Made in China   6

Configuration Level 871011

Configuration Code UMG  01

S/N  M G1BDJJ

Firmware  3 01

Date Code  0109    SITE Code  SJ

Caution  Production warranty is void if see screws
cover  or any seal or label is removed  or if drive
experiences shock in excess of 300 Gs

检 磁 3892A849

FRAGILE

CE  UL  ...  C  ...

This drive is manufactured by Seagate for ...
distribution  For product information or ...
support  please contact your system ...

Installation Summary

... cannot use DiscWizard

1 Set the drive jumpers  If you're adding a
   second drive  set one drive as a master
   and the other as a slave
2 Attach the cables and mount the drive
3 Run your computer's BIOS or system
   setup program  If LBA mode is available
   enable it  If your BIOS has an auto-detect
   option  select it  If not  select user-
   defined drive type and enter the drive parameters
   Save and exit the setup program
4 Boot your computer from a Windows or ...
5 Run Disk Manager from the Disc...
   your new drive  or use DOS ...
   prompt  type a ID# then press ...
6 Follow the onscreen Disk Manager ...

STX 103871

# Exhibit J











