# Exhibit K

# REDACTED

Exhibit L

REDACTED

# Exhibit M



# Exhibit N

# REDACTED

# Exhibit O











# Exhibit P

# Exhibit Q



Exhibit R



# Exhibit S



# Exhibit T



# Exhibit U

