Express Mail No. EV07   J076US                Attorney Do   t No. STL4061.17
                                              M & G No. 40046.24USD3

-1-

## ACTUATOR ASSEMBLY RETAINING CLIP

## DIVISIONAL APPLICATION INFORMATION

5

This Application is a divisional application of Serial No. 09/285,936, filed April 2, 1999,
entitled LATCH MECHANISM FOR DISK DRIVE USING MAGNETIC FIELD OF
ACTUATOR MAGNETS, which is a continuation of application of Serial No. 08/622,925, filed
March 27, 1996, now U.S. Patent No. 5,956,213, which is a continuation application of
08/400,463, filed March 7, 1995, which is a continuation application of 08/110,539, filed August
23, 1993, which is a divisional application of 07/796,576, filed November 22, 1991, which is a
continuation-in-part of co-pending Application Serial No. 07/549,283, which is a continuation-
in-part of co-pending Application Serial No. 147,804, filed January 25, 1988, now U.S. Patent
No. 4,965,684.

15

## CROSS-REFERENCE TO RELATED APPLICATIONS

1)    LOW HEIGHT DISK DRIVE, inventor Frederick M. Stefansky, Serial No.
147,804, Filed January 25, 1988, now U.S. Patent No. 4,965,684;

20    2)    DISK DRIVE SYSTEM CONTROLLER ARCHITECTURE, inventors John P.
Squires, Tom A. Fiers, and Louis J. Shrinkle, Serial No. 057,289, filed June 2, 1987, now U.S.
Patent No. 4,979,056;

3)    DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE, inventors John P.
Squires, Tom A. Fiers; and Louis J. Shrinkle, Serial No. 488,386, filed February 23, 1990, now
25    U.S. Patent No. 6,279,108, which is a continuation of Serial No. 057,806, filed June 2, 1987, now
abandoned;

4)    DISK DRIVE SYSTEM CONTROL ARCHITECTURE UTILIZING
EMBEDDED REAL-TIME DIAGNOSTIC MONITOR, inventor John P. Squires, Serial
No. 423,719, filed October 18, 1989, now U.S. Patent No. 4,979,055, which is a continuation of
30    Serial No. 058,289, filed June 2, 1987, now abandoned;

STX 000704

Express Mail No. EV07  1076US          Attorney D    t No. STL4061.17
                                        M & G No. 40046.24USD3

-2-

5)    LOW-POWER HARD DISK DRIVE ARCHITECTURE, inventors John P.
Squires and Louis J. Shrinkle, filed August 7, 1990, Serial No. 564,693, now U.S. Patent No.
5,402,200, which is a continuation of Serial No. 152,069, filed February 4, 1988, now
abandoned;

5          6)    DISK DRIVE SYSTEM USING MULTIPLE EMBEDDED QUADRATURE
SERVO FIELDS, inventors Louis J. Shrinkle and John P. Squires, Serial No. 386,504, filed July
27, 1989, now U.S. Patent No. 5,381,281;

7)    MAGNETIC PARKING DEVICE FOR DISK DRIVE, inventor, Frederick Mark
Stenfansky, Serial No. 643,703, filed January 22, 1991, now U.S. Patent No. 5,170,300, which is
10   a continuation of Serial No. 269,873, filed November 10, 1988, now abandoned;

8)    MULTIPLE MICRO CONTROLLER HARD DISK DRIVE CONTROL
ARCHITECTURE, inventors John P. Squires, Charles M. Sander, Stanton M. Keeler, and
Donald W. Clay, Serial No. 07/611,141, filed November 9, 1990, now U.S. Patent No.
5,261,058.

15        Each of these related Applications is assigned to the assignee of the subject Application
and hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

### Field of the Invention

20        The present invention relates to disk drives; more particularly to hard (or fixed) disk
prompted reductions in the size and increases in memory capacity of disk drives.

### Description of the Related Art.

Developments in personal computers, portable computers and lap top computers have
25   prompted reductions in the size and increases in memory capacity of disk drives.  Attempts to
provide further reductions in the size and weight, and increases in durability and memory
capacity of existing disk drives have been met with limited success.  The size (particularly the
height) and weight of fixed or hard disk drives and the inability of existing hard disk drives to
withstand physical shocks and/or vibrations have been factors which have prevented the
30   incorporation of fixed disks in lap-top and in some cases even larger portable computers.

Existing disk drives incorporate a large number of mechanical parts.  Each part in
a disk drive also represents an increase in the weight of the drive and the space occupied by the

STX 000705

Express Mail No. EV07    1076US          Attorney D    t No. STL4061.17
                                         M & G No. 40046.24USD3

-3-

drive. A large number of mechanical components makes manufacturing difficult and expensive and increases the possibility and probability of the mechanical failure of the drive. Importantly, the number of mechanical components is related to the ability of the drive to survive physical shocks and vibrations.

5      Resistance to physical shocks and vibrations is critical to protecting the disk or disks, the head or heads, and the various bearings in a disk drive from damage; in particular, it is necessary to prevent damage to the disks which can cause a loss of data, and damage to the heads or the bearings which can end the life of a drive, resulting in a total loss of data. Prior disk drives, however, have limited resistance to physical shocks. Resistance to physical shocks is of

10     paramount importance in portable computers.

In conventional drives mechanical distortion or flexing of the mechanical components of a disk drive which support the heads and disks causes tracking problems by moving the heads, which are mounted at one point on the supporting components, relative to the disk, which is mounted at another point on the supporting components. The heads associated with the top and bottom surface of a disk can move relative to the disk to the point where the

15     different heads are in different cylinders -- a cylinder being defined as a vertical segment representing the same track on the top and bottom surface of the disk. This problem is known as mechanical off-track and is compounded by increased track densities.

Another problem with prior disk drives is the difficulty in sealing the drives to

20     protect the disks from contaminants. This difficulty arises in part, from the large number of points at which access is provided to the environment in which the disk resides. These access points are utilized to bring to the interior of the disk drive electrical circuits which provide current to the motor which rotates the disk, transmit data signals to and from heads which read and record information on the disks, and in some instances, provide current to a voice coil for

25     positioning the head (or heads) which respect to the disk or disks.

Many of these disadvantages of prior disk drivers are attributable to the casing -- a three-dimensional casting or so-called "toilet bowl" -- in which the disks reside. Such a casing is a large, three dimensional piece of cast metal, usually aluminum, having a round portion where the disks reside -- hence the name "toilet bowl." A top plate covers the entire open top of the casing,

30     forming a seal therewith.

The spindle on which the disks rotate is supported by and extends through both the casing and the cover.

STX 000706

Express Mail No. EV07    1076US                    Attorney D.    t No. STL4061.17
                                                                M & G No. 40046.24USD3

-4-

The protrusion of the spindle through the casing and the cover provides points of entry for contaminates. Further, in disk drives using stepper motors to position the heads with respect to the disk, the stepper motor is located outside of the casing, requiring a seal between the stepper motor and the casing. Acknowledging the existence of points where contaminants can enter the

5   disk drive, manufacturers of conventional disk drives provide a breather filter and design the disk drives so that the rotation of the disks causes the disk drivers to exhaust air through leaks in the seals and to intake air only through the breather filter. However, a fairly course filter must be provided in the breather filter for flow of the air to exist, and thus contaminants enter the disk drive through the filter paper.

10        A cast casing is difficult to manufacture with precision, particularly the location of mounting points for elements of the drive supported by the casing. Mounting holes must be drilled after the casting is cast, and the mounting holes must be aligned with the casing and with each other. More importantly, however, a three-dimensional, cast casing flexes due to thermal stresses causing the above-mentioned mechanical off-track problems.

15        In conventional disk drives which use a voice coil to pivot an actuator arm in order to position the heads with respect to the disk, a flex circuit, having one end attached to the actuator arm and the other end attached to a fixed point in the disk drive, transfers the information signals to and from the heads. The standard orientation of such a flex circuit is a loop extending away from the disk. The distance between the point at which the flex circuit is attached to the actuator

20   and the end of the disk drive is limited, and thus the radius of the arc or curve of the flex circuit is small and the length of the flex circuit itself is limited. Therefore, the entire flex circuit moves when the actuator arm is pivoted and a torque is exerted on the actuator arm by the flex circuit. The torque exerted on the actuator arm must be compensated for, either added to or subtracted from the torque created by the voice coil when performing a seek operation. This compensation

25   is complicated by the fact that the torque exerted on the actuator by the flex circuit varies with the position of the actuator.

        Various types of locking (or latch) devices have been used to lock the arm of a voice coil in a particular position when the disk drive is not operating. The trend in latch devices is to utilize a high power unit which is separately assembled to provide reliability. However, high

30   power latch devices generate a large amount of heat which is not desirable in a disk drive or any other area in a computer. Further, the operation of conventional latch devices can be position dependent. Thus, the orientation of the dick drive and the computer in which the disk drive is

STX 000707

Express Mail No. EV07   1076US          Attorney D.   4 No. STL4061.17
                                         M & G No. 40046.24USD3

-5-

installed could affect the reliability of the latch device.  Such a positional dependence of
reliability is not satisfactory for portable computers.

With the ever-increasing storage available on individual magnetic disks, and the ever-
increasing speed at which microprocessors such as Intel's 80386 and 80486 chips operate, the
5   data access time of the disk drive is critical to overall system performance.  In many cases, the
speed at which the disk accesses data and provides it to the microprocessor is the main
performance bottleneck in the system.  One critical factor in disk access time is the "seek time"
of a drive, generally defined as the time the actuator takes to access particular data at a particular
track location on the magnetic disk.  The total access time is generally a function of the
10   efficiency of the actuator motor in moving the read/write heads along the arcuate path between
consecutive tracks of the disk, and the data throughput of the control electronics.

## SUMMARY OF THE INVENTION

15   It is, therefore, an object of the present invention to provide a disk drive having a low
height and a low weight.

A further object of the present invention is to provide a multiple platter (disk), disk drive
having a one-inch height form factor.

Another object of the present invention is to provide a disk drive which is resistant to
20   damage from physical shocks.

Another object of the present invention is to provide a low height disk drive having an
increased data storage capacity.

Another object of the present invention is to provide a disk drive in which any mechanical
off tracking of the heads is mechanically minimized and electronically corrected.

25.   Another object of the present invention is to provide a disk drive assembly in which a
single electrical connector transfers all electrical currents and data signals from the environment
in which the disks reside to the exterior of the environment, and in which a header which
communicates those electrical signals through the base plate is the only communication between
the interior and the exterior of the drive.

30   Another object of the invention is to provide an improved voice coil motor design, and
specifically a disk drive having an efficient actuator positioning mechanism.

STX 000708

Express Mail No. EV01    1076US                    Attorney D    t No. STL4061.17
                                                              M & G No. 40046.24USD3

-6-

These and other objects of the present invention are provided by a disk drive, including: a head-disk assembly, having a base having a top and a bottom, storage means, supported on said top of said base, for storing data, solid storage means comprising two disks, interactive means for reading information from and writing information on said disks, actuator means, supported on

5 said base and responsive to control signals, for selectively positioning said interactive means with respect to said disks means, and a cover sealably attached to said base to enclose said disks, said interactive means, and said actuator means; and control means, mounted on said head-disk assembly so that said control means is adjacent to said bottom of said base, for generating control signals to control said actuator means and for providing information signals to and receiving

10 information signals from said interactive means, said head-disk assembly, said control means having overall maximum height of approximately one inch (1").

A specific advantage of the present invention is that the disk drive has a reduced height with respect to conventional disk drives utilizing disks of approximately the same diameter. In particular, the three and one-half inch (3.5") single platter and multiple platter drives of the

15 present invention have an overall height of one inch (1"). Furthermore, the disk drive of the present invention is light in weight - - the drives of the present invention weigh slightly more than one pound.

A further advantage of the present invention is that a single electrical connector (header) transfers all electrical signals between the exterior and the interior of the casing reducing the

20 possibility of the introduction of contaminants into the controlled environment within the casing. Importantly, the disk drive of the present invention does not require a breather filter.

A further advantage of the disk drive of the present invention is that it includes a voice coil actuator assembly including means for mounting a plurality of read/write heads with respect to a storage means; and means for positioning said mounting means at a plurality of positions

25 with respect to said disk, wherein said means for positioning has relatively equal efficiency between the inside diameter and the outside diameter of the disk.

## BRIEF DESCRIPTION OF THE DRAWINGS

30     Figs. 1-7 illustrate a first embodiment of the disk drive of the present invention. In particular:

STX 000709

Express Mail No. EV0?    ?076US                    Attorney D    ?t No. STL4061.17
                                                  M & G No. 40046.24USD3

-7-

Fig. 1 is an isometric view of the first embodiment of a disk drive according to the present invention;

Fig. 2 is an isometric view of the first embodiment of the disk drive of the present invention with the cover removed;

5    Fig. 3 is a cross-sectional view along line 3-3' of Fig. 2;

Fig. 4 is an exploded view of the first embodiment of the disk drive of the present invention;

Fig. 5 is an end view of the first embodiment of the disk drive of the present invention;

Fig. 6 illustrates the actuator assembly; and

10    Fig. 7 illustrates the latch mechanism.

Figs. 8-12 illustrates a second embodiment of the disk drive of the present invention. In particular:

Figs. 8 is an isometric view of the second embodiment of a disk drive according to the present invention with the cover removed;

15    Figs. 9 is an expanded isometric view of the second embodiment of the disk drive of the present invention;

Figs. 10 is an exploded, isometric, bottom view of the printed circuit board and the base of the second embodiment of a disk drive according to the present invention;

Figs. 11 is an end view of the second embodiment of a disk drive according to the present invention;

20    Figs. 12 is an exploded, isometric view of a portion of the actuator and the latch mechanism utilized in the second embodiment of the present invention.

Figs. 13-19 illustrate a third embodiment of the disk drive of the present invention. In particular:

25    Fig. 13 is an exploded, isometric view of the third embodiment of the disk drive according to the present invention;

Fig. 14 is a plan view of the third embodiment of the disk drive according to the present invention;

Fig. 15 is a view along line 15-15 in Fig. 14;

30    Fig. 16 is an exploded, partial view of the actuator assembly of the third embodiment of the disk drive of the present invention;

STX 000710

Express Mail No. EV0!    '1076US          Attorney L   et No. STL4061.17
                                         M & G No. 40046.24USD3

-8-

Fig. 17 is a partial plan view of the actuator assembly of the third embodiment of the present invention;

Fig. 18 is a cross-sectional view along line 18-18 in Fig. 17;

Fig. 19 is an enlarged, cross-sectional view of the gasket and cover assembly along line

5   19-19 in Fig. 13.

Fig. 20 is a plan view of the actuator assembly of the third embodiment of the present invention with the top plate and top magnet removed, detailing the relationship between the actuator coil and actuator magnet construction used therein.

Fig. 21 is a graph representing the relative magnitude of the torque exerted on an actuator arm by the voice coil motor of the first embodiment of the disk drive of the present invention

10  over the full stroke of the actuator movement from the inner diameter to the outer diameter of the disk.

Figs. 22-23 are graphs representing the relative magnitude of the torque exerted on an actuator arm by the voice coil motor of the second embodiment of the disk drive of the present

15  invention over the full stroke of the actuator's movement.

Fig. 24 is a graph representing the relative magnitude of the torque exerted on an actuator arm by the voice coil motor of the third embodiment of the disk drive of the present invention over the full stroke of the actuator's movement.

20          <u>DESCRIPTION OF THE PREFERRED EMBODIMENTS</u>

Disk drives according to the present invention will be described with reference to Figs. 1-24.  The disk drives described herein include, for example, one or two hard disks with a magnetic coating and utilize Winchester technology; however, the disk drive of the present invention may

25  utilize various numbers of disks and other types of disks, for example, optical disks, and other read/write technologies, for example, lasers.  The diameter of the disks utilized in the disk drive of the present invention have a diameter on the order of 3.75 inches, or so-called "3 1/2" disks; the disk drive of the present invention can be implemented with disks of other diameters whether larger or smaller than 3.75 inches.

30          A disk drive in accordance with either the first, second, or third embodiments of the present invention has the following outline dimensions:  Height 1.0" (2.54 cm); Length 5.75" (14.61 cm); and Width 4.0" (10.16 cm).  The total weight is slightly over one (1) pound; for the

STX 000711

Express Mail No. EV0'  4076US                    Attorney [    st No. STL4061.17
                                                M & G No. 40046.24USD3

-9-

first embodiment, 1.3 lbs (0.59 kg) for the second embodiment, and 1.16 lbs for the third
embodiment. Thus, the disk drive of the present invention is one-half (1/2) of the size of a one-
half (1/2) height 5 1/4" inch disk drive. Importantly, the disk drive of the present invention
weight approximately 1/3 to 1/2 of the weight of standard 3 1/2" disk drives of 20 Mb capacity.

5  Even greater proportional reductions are provided when the first embodiment is formatted for 40
Mb capacity, and the second embodiment is formatted for 120 Mb capacity, and the third
embodiment is formatted with a storage capacity of approximately 213 Mb, without any change
in size or weight.

        Although not to scale, Figs. 1, 14, and 15 illustrate the relationship between the length,

10  width, and height of the disk drive; and thus low profile of the disk drive. In particular, the
height "h" of the disk drive of the present invention is one inch (1")

### First Embodiment and Common Features

        One feature of the first embodiment which provides the low height of the drive is the

15  sloped profile of base plate 12 and cover 14. The sloped profile provides extra vertical space
below base plate 12 at the first end 10a of the disk drive and provides extra vertical space
between base plate 12 and cover 14 at the second end 10b of the disk drive 10. If the sloped
profile were not provided, the amount of space allocated above and below base plate 12 would be

20  the maximum amount of space provided at the respective first and second ends 10a, 10b of the
disk drive 10; accordingly, the overall height of the disk drive would be increased. The cover 14
is sealably attached to base plate 12 to provide a controlled environment between base plate 12
and cover 14. A gasket 16 (Fig. 4) between base plate 12 and cover 14 provides the seal. The
ability to provide a controlled environment alleviates the need for a breather filter and allows the

25  disk drive of the present invention to use an internal air filtration system. The seal provided by
gasket 16 is stable, during operation of the disk drive, at pressures experienced at altitudes from
200 feet below sea level to 10,000 feet above sea level.

        As Shown in Fig. 2 the internal components of the disk drive are separated into three
interrelated groups: disk 20 and spin motor 22, actuator assembly 24 for positioning heads 26

30  with respect to disk 20, and header assembly 28 including header 30, bracket 32, reverse flex
circuit 34 and coil 36 for pivoting latch arm 38.

STX 000712

Express Mail No. EV0(    0076US

Attorney L    ct No. STL4061.17
M & G No. 40046.24USD3

-10-

Actuator assembly 24 includes pivotal actuator arm 40, heads 26 (Fig. 4) mounted at a first end of actuator arm 40, an actuator coil 42 mounted at a second end of actuator arm 40 on the opposite side of the pivot point from the first end of the actuator arm, and a magnet structure 44. Magnet structure 44 supports magnets 46 (Fig. 4) and its components, as described in detail 5 below, are formed of magnetically permeable material to provide returns for the magnetic field generated by magnets 46. The magnet structure 44 and actuator coil 42 are arranged so that a current in coil 42 passes through the magnetic fields created by magnets 46 to create a force which pivots actuator arm 40. Currents passing in opposite directions of coil 42 create torques in opposite directions and pivot actuator arm 40 to position heads 26 at all locations between and 10 including inside and outside diameters 48 and 50 of disk 20.

In a conventional disk drive utilizing a voice coil, a flex circuit is provided to the region between header 30 and actuator arm 40. Reverse flex circuit 34 curves toward the disk, thereby allowing latch coil to be placed between header 30 and actuator arm 40.

A printed circuit assembly (or control means) 52 is attached to the bottom of base plate 15 12. Header 30 carries all of the electrical signals from the printed circuit assembly 52 to the controlled environment between base plate 12 and cover 14. Header 30 has a minimum number of pins due to the fact that a DC motor requiring only three (3) leads is utilized. Such a motor is described in U.S. Patent No. 4,876,491, entitled METHOD AND APPARATUS FOR BRUSHLESS DC MOTOR SPEED CONTROL, filed July 1, 1986, inventors John P. Squires 20 and Louis J. Shrinkle, assigned to the Assignee of the subject application.

The structure of the disk drive 10 of the present invention, which provides the disk drive with a low overall height, will be described with reference to Fig. 3, which is a cross-sectional view along line 3-3' in Fig. 4. As shown in Fig. 5, base plate 12 includes two rails 54a and 54b at first and second sides 12a and 12b of base plate 12. Rails 54a are constructed so that the 25 mounting surface 12e of the base plate 12 sits at an angle with respect to the plane of the surface on which rails 54a and 54b rest. This angled relationship of base plate 12 and the support surface provides more room below base plate 12 at the first end 12a of the base plate than at the second end 12b of the base plate. Only a small amount of space is necessary for printed circuit assembly 52, including the components mounted thereon; however, it is necessary to provide a 30 connector 56 and a power plug on printed circuit assembly at the first end 12a of base plate 12 (Fig. 1), both of which require more vertical space than the printed circuit assembly 52. The slope of base plate 12 provides the necessary vertical space for connector 56 and power plug 58

STX 000713

Express Mail No. EV0    /1076US          Attorney L    et No. STL4061.17
                                          M & G No. 40046.24USD3

-11-

beneath the first end of the base plate 12a.  Connector 56 provides an interface between the printed circuit assembly 52 and a host computer (not shown) and power plug 58 provides an interface between printed circuit assembly 52 and an external power source (not shown).

Conversely, disk 20 is the only component located above the first end of the base plate

5    12a, whereas the actuator assembly 24 is located above the second end of the base plate 12b. Actuator assembly 24 requires more vertical space than disk 20 and the slope of base plate 12 provides more space above the second end of the base plate 12b than above the first end of the base plate 12a in order to accommodate the actuator assembly 24.  As shown in Fig. 1 the portion of cover 14 which meets with base plate 12 has an angle which corresponds to the angle of the

10    base plate, and thus the top of the cover 14 is parallel with the support surface.  Therefore, even though the base plate is sloped, the profile of the disk drive 10 is a rectangle as opposed to a parallelogram.

Disk 20 lies in a plane which is parallel to the support surface and which forms an angle with the plane of base plate 12.  All of the support points on the mounting surface 12e (Fig. 5) of

15    base plate 12 are designed so that the internal components (e.g., actuator assembly 24) lie in plane parallel to the plane of disk 20 and the plane defined by support points 55 of rails 54a, 54b.

The structure and operation of actuator assembly 24 will be explained with reference to Figs. 4-7.  The function of the actuator assembly 24 is to position heads 26 with respect to the surfaces of disks 20 by pivoting actuator arm assembly 40.  More specifically, to position the

20    heads 26 over individual tracks on disk 20.  Heads 26 are supported on actuator arm 40 by flexures 60.  A bearing cartridge 62, which is fixed to the base plate 12, is inserted in actuator arm 40 to provide a pivot point.  Actuator arm 40 is attached to bearing cartridge 62 by a clip ring 63.  Using clip ring 63 instead of epoxy allows the bearing cartridge 62 to be tested prior to assembly and cleaned independently of the actuator arm 40.  Actuator coil 42 is provided on

25    actuator arm 40 on the opposite side of the pivot point from heads 26.  Actuator arm 40, including all of the components attached thereto, is precisely balanced, i.e., equal amounts of weight are provided on either side of the pivot point so that the positioning of heads 26 is less susceptible to linear shock and vibration.

The force utilized to pivot arm assembly 40 is provided by a voice coil assembly.  The

30    voice coil assembly includes actuator coil 42 and magnet structure 44.  Magnet structure 44 comprises top and bottom plates 64, 66 formed of magnetically permeable material, support posts 68, 70 also formed of magnetically permeable material, and first and second magnets 46a, b

STX 000714

Express Mail No. EV0      '1076US              Attorney L    et No. STL4061.17
                                               M & G No. 40046.24USD3

-12-

attached to the top plate 64. Top and bottom plates 64, 66 in conjunction with support posts 68, 70 function as returns for the magnetic fields provided by first and second magnets 46a, b. It is important that there are no air gaps between support posts 68, 70 and either the top or bottom plate 64, 66; any air gap would create a discontinuity in the return, greatly reducing the strength

5   of the magnetic field.

First and second magnets 46a, b have opposite poles attached to top plate 64 (i.e., the south pole of first magnet 46a and the north pole of magnet 46b are attached to the top plate 64) to provide first and second magnetic fields $B_1$, $B_2$ between respective ones of the first and second magnets 46a, b and bottom plate 66. First and second magnetic fields $B_1$, $B_2$ are encompassed in

10  three closed magnetic field loops. The first closed magnetic field loop extends between the first magnet 46a and bottom plate 66 and passes through a return provided by bottom plate 66, first support 68, and top plate 64. The second closed magnetic loop passes from first magnet 46a to bottom plate 66, through bottom plate 66 and between bottom plate 66 and second magnet 46b, and from second magnet 46b to first magnet 46a via top plate 64. The third closed magnetic

15  loop extends between bottom plate 66 and second magnet 46b and passes through a return provided by top plate 64, second support 70, and bottom plate 66. By containing the magnetic fields $B_1$ and $B_2$, in returns, the magnetic field intensity of each field is increased in the region between the respective first and second magnets 46a, b and bottom plate 66; the strength of the magnetic field in this region is directly related to the torque which the voice coil exerts on the

20  actuator arm 40, and thus the rotational velocity of actuator 40 and the seek times for the drive.

Actuator coil 42 is positioned so that it carries a current in opposite directions in first and second magnetic fields $B_1$, and $B_2$.

The force on a current carrying wire in a magnetic field is proportional to the magnetic field intensity, and is expressed by the equation $F = idl \times B$, where F is the force, i is the current,

25  l is the length of the wire, and B is the magnetic field. Passing a current in opposite directions in actuator coil 42 provides respective forces $F$, and $F_2$ (Fig. 2); these forces $F$, and $F_2$ pivot actuator arm 40 in opposite directions.

Crash stops are provided to limit the pivoting movement of actuator arm 40 so that heads 26 travel only between selected inside and outside diameters 48, 50 of disk 20. An outside

30  diameter crash stop is provided by a sleeve 76 (Fig. 5) fitted on support post 68. When the pivoting motion of actuator arm 40 places heads 26 at the outside diameter 50 of disk 20 a portion of the actuator arm 40 contacts outside diameter crash stop 76, thereby preventing further

STX 000715

Express Mail No. EV0    '1076US

Attorney L    et No. STL4061.17
M & G No. 40046.24USD3

-13-

movement of the heads 26. An inside diameter crash stop is provided by the portion of the latch mechanism (Fig. 7) and is described below.

Reverse flex circuit 34 for carrying electrical signals from header 30 to heads 26 and actuator arm assembly 24 will be described with reference to Figs. 2, 4, 6 and 7. The reverse flex
5   circuit is separated into three portions. A first portion 80 carries current to actuator coil 42. A second portion 82 is a ground plane which separates the current carrying portion 80 from a third data-carrying portion 84. The data carrying portion 84 provides signals to heads 26 for recording information on disk 20 and carries signals from the heads 26 to the printed circuit assembly 52, via header 80, when reading data from disk 20. Interference with the relatively week data signals
10  which would otherwise be caused by the larger currents necessary for actuator coil 42 passing through the first portion 80 of the reverse flex circuit 34 is prevented by the provision of ground plane 82.

The reverse flex circuit 34 is electrically connected to pins 31a of header 30; however, pins 31a also serve to position the reverse flex circuit 34. In particular, bracket 52 supports
15  reverse flex circuit 34 and latch coil 36. Bracket 32 is attached to base plate 12 by a single attachment point 86 and is rotationally positioned by the engagement of reverse flex circuit 34 and pins 31a -- the positioning of latch coil 36 being important to the operation of the latch mechanism as described below. A stiffener 88 is attached to reverse flex circuit 34 in the area where it engages pins 31a and is attached to bracket 32 to provide the rigidity necessary to
20  rotationally position bracket 32, and to facilitate engagement of reverse flex circuit 34 and pins 31a. Reverse flex circuit 34 is parallel to the plane of base plane 12 in the region of header 31 but passes through a bend of approximately 90 degrees so that it forms the loop which extends towards disk 20 and connects header 30 to actuator assembly 24.

First portion 80 of reverse flex circuit 34 terminates at the point where reverse flex circuit
25  34 joins actuator arm 40; however, the second and third portions 82 and 84 wrap around a shoulder 90 of actuator arm 40 which surrounds bearing cartridge 62. Wrapping the second and the third portions 82 and 84 of reverse flex circuit 34 around shoulder 90 provides access to current-carrying wires are provided on the side of the flex circuit which faces the base plate in the region where reverse flex circuit 34 engages pins 31a of header 30, and thus on the inside of
30  the curved portion of reverse flex circuit 34 extending from bracket 32 to actuator arm 40. As the first and second portions 82 and 84 wrap around shoulder 90, the side of reverse flex circuit 34 on which the current-carrying wires are provided is exposed at the end of reverse flex circuit

STX 000716

Express Mail No. EV0    !1076US                 Attorney L    et No. STL4061.17
                                                       M & G No. 40046.24USD3

-14-

34, facilitating the attachment of wires 91 which connect heads 26 to reverse flex circuit 34. If
wires 91 were to be connected to reverse flex circuit 34 at the point where reverse flex circuit 34
first contacts actuator arm 40, it would be necessary to wrap wires 90 around reverse flex circuit
34 or to provide connections through the reverse flex circuit 34 -- both being more complex and
5      less desirable manners of providing electrical connections between wires 91 and reverse flex
circuit 34. Any torque exerted on actuator arm 40 by any means other than the voice coil
assembly affects the function of actuator assembly 24 in positioning heads 26 with respect to disk
20, particularly the track following any seek functions described in the above referenced patents
entitled DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE and DISK DRIVE
10     SOFTWARE SYSTEM ARCHITECTURE UTILITIES IMBEDDED REAL TIME
DIAGNOSTIC MONITOR. The force provided by the voice coil assembly must be controlled to
compensate for the force exerted by the reverse flex circuit 34. Accordingly, the radius R (Fig.
7) of the curve in reverse flex circuit is made as large as possible to minimize the torque exerted
on actuator arm 40 by reverse flex circuit 34. Indeed, the radius of the curve in reverse flex
15     circuit 34 is approximately twice as large as the radius in the curve of a conventional flex circuit.
In addition, the reverse flex circuit 34 moves in an essentially linear manner when actuator arm
40 rotates, whereas a conventional reverse flex circuit must bend throughout its curve.
Accordingly, the torque exerted on actuator arm 40 by reverse flex circuit is greatly reduced with
respect to the torque exerted by a conventional flex circuit.

20           Another advantage provided by reverse flex circuit 34 is the ability to place latch coil 36
in a position where a conventional flex circuit would be located, and thus to integrate latch coil
36 with reverse flex circuit 34 and bracket 32. Separate wires from header 30 to latch coil 36 are
not necessary. Further, installing integrated group of components requires fewer steps than
installing individual components. In addition, the critical positioning of latch coil 36 is provided
25     by reverse flex circuit 34 and stiffener 88 controlling the pivotal position of bracket 32, as
described above.

           All connections between the sealed environment between base plate 12 and cover 14 and
printed circuit assembly 52 are provided by header 30. Pins 31a, which engage reverse flex
circuit 34, also engage motor wire connector 92. Pins 31b extend below base plate 12 and
30     engage a rear entry connector (not shown) on printed circuit assembly 52. A rear entry connector
is utilized because the integrated and discrete circuit components and the surface wirings are on
the side of printed circuit assembly 52 facing away from base plate 12.

STX 000717

Express Mail No. EV0  1076US          Attorney L    et No. STL4061.17
                                      M & G No. 40046.24USD3

-15-

A latch mechanism for locking the actuator arm 40 in an orientation where heads 26 are
positioned at the inside diameter 48 of disk 20, will be described with reference to Figs. 4, 5 and
7.  During power-down of the disk drive 10 control means 52 causes actuator assembly 24 to
pivot the actuator arm 40 to the position where the heads 26 are at the inside diameter of the disk
over a non-data area of disk 20 before the rotational speed of the disk is decreased to the point
where the heads 26 land on the disk 20.  Thus, the heads 26 land only on the non-data area at the
inside diameter of the disk 20.

The electromagnetic latch includes latch coil 36, a latch arm 38 which pivots on pivot 94
and has a finger 96 for engaging latch notch 98 in actuator arm 40, and a spring 100 for biasing
the latch arm 38 to the locked position.

An electromagnet, including latch coil 36 and swivel plate 104, is used to pivot latch arm
38 to the unlocked position against the force of spring 100.  Latch coil 36 includes a capture plate
106 having an outer wall 108 and a center pole 110.  The outer wall 108 and center pole 110
form opposite poles of an electromagnet, and when a current is passed through a coil (not shown)
the magnetic field of capture plate 106 attracts swivel plate 104; swivel plate 104 is mounted on
the latch arm 38 so that it can swivel in all directions and be flush with the outer wall 108 when
the swivel plate 104 is captured by the electromagnet.  Contact between the entire outer wall 108
and swivel plate 104 is necessary to provide reliability in the capture and retention of the swivel
plate 104.  Center pole 110 of capture plate 106 is stepped so that only a small contact area exists
between center pole 110 and swivel plate 104; this small contact area causes the latch coil 36 to
release the swivel plate 104 when the current in the coil (not shown) is discontinued.  A high DC
voltage is applied to the latch coil 36 for a short time to capture the swivel plate 104.  Then, the
applied voltage is reduced to a small capture maintenance level.  Thus, this structure is low in
power consumption and heat dissipation.  Further, despite the low power consumption of the
latch coil 36 it is highly reliable in its capture, holding, and release of swivel plate 104.

Spring 100 is a linear spring engaging finger 96.  To reduce spring travel, thereby
providing a constant and larger spring force, spring 100 is terminated outside the pivot point of
pivot 94.

Finger 96 also serves as the inside diameter crash stop.  Finger 96 is well suited for the
inside diameter crash stop because it is positioned to engage notch 98 which is at one edge of
opening 102 in actuator arm 40.  The abutment of finger 96 and the same edge of opening 102
when the latch is unlatched provides the inside diameter crash stop.  However, the pivoting

STX 000718

Express Mail No. EV0(    '1076US            Attorney L     kt No. STL4061.17
                                            M & G No. 40046.24USD3

-16-

movement of latch arm 27 in moving to the latched position reduced the distance between pivot 94 and the edge of opening 102. Therefore, the actuator arm 40 pivots slightly to move the heads beyond the inside diameter 48 to a non-data area.

5    The above-described structure of the disk drive of the present invention provides excellent protection from shock and vibration. In particular, the disk drive will withstand nonoperating shocks of 200g's and operating shocks, without nonrecoverable errors, of 5g's. Nonoperating vibration of 2g's in the range of 5-500 Hz is the specified tolerable limit. Operating vibration, without nonrecoverable data, is specified at 0.5g's for the range of 5-500 Hz.

10    The disk 20 has 752 tracks per surface due to the ability of the actuator assembly 24 to operate with a track density of 1150 tracks per inch. Thus, utilizing 26 blocks per track and 512 bytes per block, the disk drive of the first embodiment has a formatted capacity of 20MBytes. The actuator assembly 24 provides an average seek time of 28 ms and a track-to-track seek time of 7 ms. The average seek time is determined by dividing the total time required to seek between all possible ordered pairs of track addresses by the total number of ordered pairs addressed.

15    The assembly of the disk drive 10 of the present invention requires less steps than assembly of conventional disk drives. The spin motor 22 and disk 20 are attached to base plate 12. Then, an integrated actuator group, including actuator arm 40, bracket 32, reverse flex circuit 34, and latch coil 36, all previously assembled, is installed. Magnet structure 44 is then placed on one of its attachment points and pivoted into position so that the portion of actuator arm 40 holding actuator coil 42 extends between the top and bottom plates 64, 66 of the magnet structure 44. Latch arm 36 is then placed on its pivot point. The disk 20 is then pack written, and thereafter cover 14 is attached. Finally, printed circuit assembly 52 is attached outside of the clean room.

### Second Embodiment

25    A disk drive 200 in accordance with the second embodiment of the present invention will be described with reference to Figs. 8-12.

As shown in Figs. 8-10, the construction of disk drive 200 includes a base 212 and a cover 214. Gasket 216 provides a sealed, controlled environment between base 212 and cover 214. First and second disks 220, 221 are supported on base 212 and rotated by spin motor 222.

30    Motor 222 is mounted in a well 223 in base 212, thereby allowing lower disk 221 to be as close as possible to the top surface of base 212.

STX 000719

Express Mail No. EV0'    1076US

Attorney L    st No. STL4061.17
M & G No. 40046.24USD3

-17-

An actuator assembly 224 positions heads 226a-d with respect to disks 220 and 221; heads 226a and 226b read information from and write information to respective, opposed surfaces of disk 220, and heads 226c and 226d read information from and write information to respective, opposed surfaces of disk 221. Tables 1 and 2 below specify certain characteristics of

5    disks 220 and 221 and heads 226a-d.

### Table 1

| | | |
|---|---|---|
| Number of Disks | 2 | |
| Number of Data Surfaces | 4 | |
| Number of Data Cylinders | 1522 | cylinders |
| (Tracks per surface) | | |
| Sectors per Track | 40 | physical |
| | 39 | accessible |
| Bytes per Sector | 662 | |
| Data Bytes per Sector | 512 | bytes |
| Data Capacity per Data | 30 | Mbytes |
| Surface (formatted) | | |
| Total Data Capacity (formatted) | 120 | Mbytes |

### Table 2

| | | |
|---|---|---|
| Disk Diameter | 95 | millimeters |
| | 3.74 | inches |
| Data Track Band Width | 20.32 | millimeters |
| | 0.8 | inches |
| Track Density | 1850 | tracks/inch |
| Bit Density (max) | 23,800 | fci |

Controller 227, including printed circuit board 28 and circuitry 229 mounted on circuit board 228, provides control signals to spin motor 222 and actuator assembly 224, and provides data signals to and receives data signals from heads 226a-d. Header 230 provides all electrical

30    connections between controller 227 and the environment between base 212 and cover 214. Header 230 comprises conductive pins 231 embedded in a plastic header 232 which is then potted in base 212. A reverse entry connector 237 mounted on the front side 228a of printed

STX 000720

Express Mail No. EV0   1076US        Attorney     t No. STL4061.17
M & G No. 40046.24USD3

-18-

circuit board 228 receives pins 231; pins 231 pass through printed circuit board 228 to enter connector 236. Bracket 232 supports a flex circuit 233, including a reverse flex circuit loop 234, and connector 236 which provides electrical interconnections between flex circuit 233 and pins 231.

5      With reference to Figs. 12, actuator assembly 224 includes pivotable actuator arm 240 and an actuator motor. The actuator motor is a so-called voice coil motor comprising coil 242 (provided on actuator arm 240), first and second magnets 246a, 246b, top plate 264, bottom plate 266, first support post 268, and second support post 270. Top and bottom plates 264 and 266, in conjunction with first and second support posts 268, 270 create returns for the magnetic fields provided by first and second magnets 246a and 246b. The operation of the voice coil motor is described above with respect to the first embodiment.

10      The structure which enables disk drives 200 of the second embodiment of the present invention to include 2 disks, 220 and 221, lying in parallel planes within a one inch height form factor disk drive will be described with reference to Figs. 8-10. In the first embodiment of the present invention the sloped profile of base 12 allowed the use of a fully shrouded power connector 58. In particular, power connector 58 was provided at the first end 10a of disk drive 10 where the sloped profile provided more room underneath base 12 and less room between base 12 and the top of cover 14. In the second embodiment, base 212 has first and second side rails 213a and 213b, and the mounting surface of base 212 is parallel to the plane defined by support points 215a-g. The space below base 212 is the same at both ends of drive 200; in the second embodiment a sloped profile is not utilized. In comparison with the first embodiment, the uniform height of rails 213a and 213b is the same as the height to rails 54a and 54b at the second end 10b of drive 10. Accordingly, the space between base 212 and cover 214 is increased at the end of drive 200 where disks 220 and 221 reside. This increased space between base 212 and cover 214, combined with the placement of motor 222 in well 223, allows two disks 220 and 221 to be provided in substantially parallel planes.

25      Printed circuit board 228 is mounted to base 212 by screws 254a-c, and an insulating sheet 255 is provided between printed circuit board 117 and base 212 to prevent short circuiting of the solder points appearing on the back side 228b of printed circuit board 228 which faces base 212. Printed circuit board 228 has an opening 253, and well 223 protrudes through opening 253.

STX 000721

Express Mail No. EVO. . 1076US

Attorney D.   t No. STL4061.17
M & G No. 40046.24USD3

-19-

The reduced height of rails 213a and 213b at the end of drive 200 where interface connector 256 and power connector 258 reside required for the removal of part of the shrouding from power connector 258. Thus, pins 259 of electrical connector 258 are not protected by shroud 260 in the region between pins 259 and base 212. However, because the connector which attaches to pins 259 is itself insulated, there is no danger of shorting pins 259 to base 212. A third connector 257, used for test purposes, is provided at the opposite end of drive 200 from connectors 256 and 258 as shown in Figs. 11.

A latch mechanism for locking actuator arm 240 will be described with reference to Figs. 11 and 12. The latch mechanism includes a magnet assembly 280 provided on second support post 270 and latch arm 282, including latch finger 283, mounted on actuator arm 240. Magnet assembly 280 has a slot 284 and contains the magnetic field provided by a magnet (not shown) so that the magnetic field affects latch finger 283 only when latch finger 283 enters slot 284.

A resilient element 285 provided in slot 284 of magnet assembly 288 functions as the inside diameter crash stop. A sleeve 288 provided on first support posts 268, combined with tab 290 on actuator arm 240 function as the outside diameter crash stop.

Table 3 specifies certain performance characteristics of disk drive 200.

## Table 3

| Seek Times | |
|---|---|
| Track to Track | 8 msec |
| Average | sub-19 msec |
| Maximum | 35 msec |
| Average Latency | 8.8 msec |
| Rotation Speed (± .1%) | 3399RPM |
| Controller Overhead | 1 msec |
| Data Transfer rate | |
| To/From Media | 1/5 MByte/sec |
| Data Trasfer Rate | |
| To/From Buffer | 4.0 MByte/sec |
| Interleave | 1-to-1 |
| Buffer size | 64K byte |

STX 000722

Express Mail No. EV0(    /1076US                    Attorney [    ]t No. STL4061.17
                                                                      M & G No. 40046.24USD3

-20-

All seek times are determined for nominal d.c. input voltages.  Average seek times are determined by dividing the total time required to seek between all possible ordered pair of track addresses by the total number of ordered pairs.

Table 4 specifies certain environmental characteristics of disk drive 200.

### Table 4

| Temperature | |
|---|---|
| Operating | 5° to 55° |
| Non-operating | -40° C to 60° C |
| Thermal Gradient | 20° C per hour maximum |
| Humidity | |
| Operating | 8% to 80% non-condensing |
| Non-operating | 8% to 80% non-condensing |
| Maximum Wet Bulb | 26° C |
| Altitude (relative to sea level) | |
| Operating | -200 to 10,000 feet |
| Non-operating (max.) | 40,000 feet |

Table 5 specifies shock and vibration tolerances for disk drive 200.  Shock is measured utilizing a ½ sine pulse, having a 11 msec duration, and vibration is measured utilizing a swept sine wave varying at 1 octave per minute.

### Table 5

| Non-operating shock | 75 G's |
|---|---|
| Non-operating vibration | |
| 5-52 Hz | 0.020" (double amplitude) |
| 63-500 Hz | 4 G's (peak) |
| Operating shock | 5 G's (without non-recoverable errors) |
| Operating vibration | |
| 5-27 Hz | .025" (double amplitude) |
| 28-500 Hz | .5 G's (peak) (without non-recoverable errors) |

STX 000723

Express Mail No. EV07   1076US                    Attorney Dx   .t No. STL4061.17
                                                 M & G No. 40046.24USD3

-21-

### Third Embodiment

A disk drive 300 in accordance with the third embodiment of the present invention will be

5    described with reference to Figs. 13-24.

As shown in Figs. 13-20, the construction of disk drive 300 includes a base 312 and a

cover 314, both generally formed of aluminum. Gasket 316 provides a sealed, controlled

environment substantially isolated from ambient atmospheric pressures between base 312 and

cover 314. As will be discussed in further detail below, a unique, elastomeric and metal gasket

10   provides improved sealing of the disk drive in accordance with the third embodiment. First and

second disks 320, 321 are supported on base 312 and rotated by spin motor 322. Motor 322 is

mounted in a well 323 in base 312, thereby allowing lower disk 321 to be as close as possible to

the top surface of base 312.

Gasket 316 is formed to have a unique elastomeric and metal structure which provides

15   improved sealing characteristics for disk drive 300 and ease of assembly. Generally,

hermetically sealed disk drives utilize gaskets formed entirely of an elastomeric material. As

shown in Figs. 13 and 19, gasket 38 includes a metal layer 317 sandwiched between two

elastomeric layers $318_1$ and $318_2$. In one embodiment, layer 317 is formed of stainless steel and

layers $318_1$ and $318_2$ are formed of burtyl rubber. The structure of gasket 316 provides easier

20   assembly in the manufacture of drive 300 since the stiffness provided by the metal layer allows

easier seating of the gasket structure on the base plate than drives using a purely elastomeric

gasket. Gasket 316 further provides a seal for the hermetically sealed, controlled environment

between cover 314 and base 312. In this regard, gasket 316 has a lateral strength superior to that

of purely elastomeric gaskets. The additional stiffness, yielded through the use of a high

25   modulus material, such as burtyl rubber, in conjunction with the stainless steel sandwiched layer,

improves the drive's resistance to a phenomenon known as "blow out", which can cause a

conventional elastomeric gasket of a hermetically sealed drive to deform with changes in external

pressure relative to the pressure within hermetically sealed environment.

An actuator assembly 324 positions heads 326a-d with respect to disks 320 and 321;

30   heads 326a and 326b read information from and write information to respective, opposed

surfaces of disk 320, and heads 326c and 326d read information from and write information to

respective, opposed surfaces of disk 321. Disks 320, 321 may comprise plated magnetic disks

STX 000724

Express Mail No. EV0?    1076US              Attorney D    :t No. STL4061.17
                                                         M & G No. 40046.24USD3

-22-

with an intensity of 1400 Oe. Table 6 below specifies certain characteristics of disks 320 and
321 and heads 326a-d. Heads 326a-326d may comprise thin film, air bearing heads capable of
operating at a minimum flying height of 4.3 micro-inch, with a gap width of approximately 7.5
micron, a gap length of approximately 0.4 micron, with a head gram load of approximately 5
5    grams.

Table 6

| | | |
|---|---|---|
| Number of Disks | 2 | |
| Number of Data Surfaces | 4 | |
| Number of Data Cylinders | 2124 | cylinders |
| (Tracks per surface) | | |
| Sectors per Track | 50 | physical |
| | 49 | accessible |
| Bytes per Sector | 668 | bytes |
| Data Bytes per Sector | 512 | bytes |
| Data Capacity per Data | 53.3 | Mbytes |
| Surface (formatted) | | |
| Total Data Capacity (formatted) | 213.2 | Mbytes |
| Disk Diameter | 95 | millimeters |
| | 3.74 | inches |
| Data Track Band Width | 0.84 | inches |
| Track Density | 2496 | tracks/inch |
| Bit Density (max.) | 30,452 | fci |

Controller 327, including printed circuit board 328 and the circuitry mounted thereon
25   provides control signals to spin motor 322 and actuator assembly 324, and provides data signals
to and receives data signals from heads 326a-d, actuator assembly 324 and spindle motor 322.
Header 330 provides all electrical connections between controller 327 and the environment
between base 312 and cover 314. Header 330 comprises conductive pins 331 embedded in a
plastic header 335 which is then potted in base 212. Bracket 332 supports a flex circuit 333,
30   including a reverse flex circuit loop 334, and connector 336 which provides electrical
interconnections between flex circuit 333 and pins 331.

STX 000725

Express Mail No. EV0'. 4076US          Attorney D    ·t No. STL4061.17
                                        M & G No. 40046.24USD3

-23-

Controller 327 may incorporate the system described in the above co-pending application entitled MULTIPLE MICRO CONTROLLER HARD DISK ARCHITECTURE. The third embodiment of the present invention provides a substantial increase in storage capacity within the same physical form factor as the drives of the first and second embodiments by incorporating

5  several different factors. Specifically, the read/write heads used in the present invention, while being of the conventional air-bearing design, utilize a so-called 70% slider, wherein the dimensions of the head and slider have been reduced by approximately 30% from the sliders utilized in the first and second embodiments of the disk drive. In addition, the head gap width has been reduced to approximately 7.5 micron, with a gap length of 0.4 micron. In addition, with

10  an increase in the intensity of the storage media to a 1400 Oe plated disk, and an increase in track density to 2496 tracks per inch, the aforementioned controller architecture allows for an increase in the storage capacity of the disk drive to up to about 213 MBytes, using 49 user sectors and providing a data rate of 20 MBytes/second.

Printed circuit board 328 is mounted to base 312 by mounting screws (not shown), and an

15  insulating sheet (not shown, similar to sheet 255) may be provided between printed circuit board 328 and base 312 to prevent short circuiting of the solder points appearing on the back side 328b of printed circuit board 328 which faces base 312. Printed circuit board 328 has and opening 353, and well 323 protrudes through opening 353.

The disk drive of the third embodiment has a structure, which is similar to disk drive 200

20  of the second embodiment 60, that enables two (2) disks, 320 and 321, to lie in parallel planes within a one inch height, three and one-half inch form factor disk drive. In the first embodiment of the present invention the sloped profile of base 12 allowed the use of a fully shrouded power connector 58. In the third embodiment, as in the first embodiment, base 312 have first and second side rails 313a and 313b, and the mounting surface of base 312 is parallel to the plane

25  defined by support points 315a-g. The space below base 312 is the same at both ends of drive 300; thus, in the third embodiment a sloped profile is not utilized. As with the second embodiment of the disk drive of the present invention, the placement of motor 322 in well 323 allows two disks 320 and 321 to be provided in substantially parallel planes.

Printed circuit board 328 may include an interface connector, power connector, and test connector similar to that utilized in the second embodiment of the drive of the present invention.

30  The specific structure, operation, and features of actuator assembly 324 will be explained with reference to Figs. 14-18 and 20. The function of the actuator assembly 324 is to position

STX 000726

Express Mail No. EV0'   1076US                    Attorney D   :t No. STL4061.17
                                                  M & G No. 40046.24USD3

-24-

heads 326 with respect to the surfaces of disks 320, 321 by pivoting actuator arm assembly 340,
and more specifically, to position the heads 326 over individual tracks on disks 320, 321. Heads
326 are supported on actuator arm 340 by load beams 360. A bearing cartridge 362, which is
fixed to the base plate 312 at mounting region 312a, is inserted in actuator arm 340 to allow arm
340 to rotate about pivot point "A" (Fig. 20). Actuator arm 340 is attached to bearing cartridge
362 by a clip ring 363. As noted above, using clip ring 363 instead of epoxy allows the bearing
cartridge 362 to be tested prior to assembly and cleaned independently of the actuator arm 340.
Heads 326 may thus be positioned along an arcuate path at any individual data track between
innermost data track 295 and outermost data track 296 by the voice coil motor as described
below.

The force utilized to pivot arm assembly 340 is provided by a so-called voice coil motor
comprising coil 342 (provided on actuator arms 340-1, 340-2), first and second magnets 346a,
346b, top plate 364, bottom plate 366, support post 368, and latch body 370. Actuator assembly
324 provides a unique coil and magnet design which improves the efficiency of the actuator by
providing a relatively constant amount of torque on arm 340 throughout its rotational movement.
Top and Bottom plates 364 and 366, in conjunction with first support post 368 and latch body
370 create returns for the magnetic fields provided by first and second magnets 346a and 346b.
(The general operation of the voice coil motor is described above with respect to the first and
second embodiments.) It is important that there are no air gaps between support posts 368, latch
body 370 and either the top or bottom plate 364, 366; any air gap would create a discontinuity in
the return, greatly reducing the strength of the magnetic field.

First and second magnets 346a, 346b are bipolar, each having a first and second region
$346_1$, $346_2$ with opposite poles attached to top plate 364 (e.g., the south pole of first magnet 346a
and the north pole of second magnet 346b are attached to top plate 364) to provide first and
second magnetic fields $\vec{B}_1$, $\vec{B}_2$, between respective ones of the first and second magnets 346a,
346b and bottom plate 366. First and second magnetic fields $\vec{B}_1$, $\vec{B}_2$ are encompassed in a
closed magnetic field loops provided by top plate 364, bottom plate 366, support post 368, and
latch body 370.

Actuator coil 342 is positioned so that it carries a current in opposite directions in first
and second magnetic fields $\vec{B}_1$, $\vec{B}_2$. The strength of the magnetic field in this region between
magnets 346a, 346b is directly related to the torque which the voice coil exerts on the actuator
arm 340, and thus rotational velocity of actuator 340 and the seek times for the drive.

STX 000727

Express Mail No. EV01    1076US                Attorney D    t No. STL4061.17
                                               M & G No. 40046.24USD3

-25-

The force on a current carrying wire in a magnetic field is proportional to the magnetic field intensity, and is expressed by the equation $\bar{F} = \bar{I}d1 \times \bar{B}$, where F is the force, i is the current, l is the length of the wire, and B is the magnetic field. Passing a current in opposite directions in actuator coil 342 provides respective forces $\bar{F}_1$ and $\bar{F}_2$ (Fig. 17); these forces $\bar{F}_1$ and

5  $\bar{F}_2$ pivot actuator arm 340 in opposite directions about and axis passing through the center of bearing assembly 362.

Actuator arm 340 may be fabricated of magnesium, including all of the components attached thereto, is precisely balanced, i.e., equal amounts of weight are provided on either side of the pivot point so that the positioning of heads 326 is less susceptible to linear shock and

10  vibration.

Testing of the voice coil motors of conventional disk drives has shown that the magnetic field strength at the peripheral portions of actuator magnets is less than the magnetic field strength at the central portion of actuator magnet. Presumably, this is because the direction of magnetic flux between plates 364, 366 near the central portion of magnets 346a, 346b is essentially vertical, as shown in Fig. 16 by magnetic field $\bar{B}_1$, and $\bar{B}_2$. As one moves outward from the line of division between regions $346_1$ and $346_2$ toward the periphery of the magnet (sides 347-1 and 347-2), the direction of the magnetic flux tends to become non-perpendicular with respect to the surface of magnets 346a, 346b. This has the effect of reducing the torque exerted by the voice coil motor on the actuator arm 340 when the arm is moving toward the

20  innermost track 295 or outermost track 296. Figs. 21, 22, and 23 show that the torque generated by the voice coil motor in the first (Fig. 21) and second (Figs. 22-23) embodiments of the present invention decreases as actuator arm 340 positions heads 326 at inside diameter track 295 and outside diameter track 296. Fig. 21 is a graph of the torque applied to actuator arm 40 of the disk drive of the first embodiment of the present invention upon acceleration of arm 40 in response to

25  a seek command from controller 28. As shown in Fig. 21, the loss recorded at the inside and outside diameter position of heads 26 is approximately 6% for the drive tested. Experimental results on a number of similar drives a typical loss at the inside and outside diameters of approximately 10%.

Figs. 22 and 23 are graphs showing the relationship between the torque applied on

30  acceleration of the actuator arm 240 of the disk drive of the second embodiment of the present invention in relation to the position of heads 226 at the inside and outside diameter tracks of disk

STX 000728

Express Mail No. EV01    1076US                Attorney Do    t No. STL4061.17
                                              M & G No. 40046.24USD3

-26-

220. As shown therein, the two drives tested show losses at the inside and outside diameters of the disk of approximately 12% and 10% respectively.

To provide a greater efficiency for the actuator of the third embodiment of the present invention, coil 324 and magnets 346a, 346b have been designed to provide both a greater effective area of coil 324 in the presence of magnetic field $\vec{B}_1$ and $\vec{B}_2$, and a greater magnetic field intensity at the peripheral edges of the magnets.

Fig. 20 details the relationship between coil 324 and actuator magnet 346b as such, top plate 364 has been removed. It should be generally understood that the following principles, described in conjunction with magnet 346b, apply equally to magnet 346a provided on top plate 364. In order to compensate for torque losses at the inner diameter and out diameter, the surface area of magnet 346b is appreciably increased with respect to the actuator magnets shown in the first and second embodiments of the present invention. Specifically, magnet 346b includes a greater surface area at the respective ends 347-1 and 347-2 of the magnet, over which coil portions $324_1$ and $324_2$ are positioned when heads 326 are at inside diameter 295 or outside diameter 296 of disk 320. The curvature of magnet edge 348, positioned closest the axis of rotation of actuator body 340. The arcuate shape of magnet edge 348 is such that it has a near tangential relationship with respect to edges $324_3$ and $324_4$ of coil 324, and is defined to have constant radius "X" with respect to "B", adjacent magnet 346b. In one configuration, radius "X" is approximately .387 inch. Magnet 346b also includes an outer edge 345, comprising first and second edges $345_1$ and $345_2$, meeting, at an angle, at the division of regions $346_1$ and $346_2$ of magnet 346b. As will be noted from an examination of Figs. 12, only the linear, uncurved portions of coil 242 overlie magnets 346a and 246b in the second embodiment. In the third embodiment of the present invention, coil 324 has been modified so that more coil area is provided over the major surface of magnet 346. Specifically, in the disk drive of the second embodiment of the present invention, approximately 35% of the coil area is utilized; in the third embodiment, coil area utilization is increased to approximately 43%. Thus, a greater amount of coil area is provided in magnetic fields $B_1$ and $B_2$, therefore providing greater efficiency in the voice coil motor of the third embodiment of the present invention and greater torque on actuator arm 340. Specifically, it is estimated that, due to both the improvement in the shape of magnets 346a, 346b and the shape of coil 342, having a small curved area close to actuator pivot point "A", the usable area of the coil is increased in this embodiment to approximately 43%. Further, because of the increased field strength provided by the greater surface area of magnet 346b near

STX 000729

Express Mail No. EV07⁄   ⁄076US        Attorney Do   t No. STL4061.17
                                              M & G No. 40046.24USD3

-27-

magnet ends 347-1 and 347-2, the drop off associated with the acceleration torque in the first and second embodiments of the present invention is reduced. As shown in Fig. 24, the acceleration torque has a greater "linearity" than the acceleration torque shown in Figs. 21-23. That is, the torque profile of the voice coil motor of the third embodiment is nearly linear between the inner

5    diameter and the outer diameter, exhibiting less of an arcuate shape than the profiles depicted in Figs. 21-23. Magnetic flux and torque loss associated with the positioning of the heads at the inner or outer diameters is markedly reduced, resulting in a total loss of torque of about 3% for the drive tested with respect to Fig. 24.

The actuator design of the third embodiment of the present invention results in an improvement of approximately 4.7% in access time.

Generally, the seek time specification for hard disk drives is determined in relation to the drive's minimal expected efficiency. That is, in conventional drives, the lowest actuator torque constant ($K_t$) for a given drive between the innermost track and the outermost track of the disk is used to generate the expected seek profiles for the drive. Losses occurring primarily at the peripheral edges of actuator magnets create longer seek times. The benefits of the higher torque magnitudes, generated over the central areas of the magnet, is lost.

Actuator disk access is generally divided into three segments controlled by the control means: a full acceleration of the actuator toward the track; a controlled deceleration of the actuator to a point within a specified area near the track (typically ¼ track width); and a

20   positioning loop, for accurately locating the head over the desired track, also known as "settling. The raw average access time is defined as comprising the acceleration and deceleration of the actuator. The effective improvement in average access time can be shown mathematically as follows. The raw average access time for a drive, such as that shown in Figs. 13-20, is given by:

$$T = \left[1 + \frac{Va}{Vd}\right]\sqrt{\frac{2\theta_s}{Kt}\frac{JR}{Va}}$$

25   where

$\theta_s$ = the distance, in radians, of travel from start to finish for the actuator (typically 1/3 of a full stroke, .07 rad);

J = the polar inertia of a moving actuator ($23.0 \times 10^{-6}$ in-lbs²);

R = the resistance, in ohms, of the coil (25Ω);

30   $K_t$ = the motor torque constant (typically 0.7 in-lb/amp);

$V_a$ = the voltage applied to accelerate the actuator (9.5v); and

STX 000730

-28-

$V_d$ = the voltage applied to decelerate the actuator (5v). For purposes of clarity, the above equation neglects the effects of coil inductance, back EMF and assumes a controlled deceleration.

Given the above values, the total computed access time is 10.09 ms. By improving the torque constant, e.g., the "linearity" of the magnetic field over the full stroke of the actuator arm, and improvement in access time for the drive will follow, as shown in the following analysis.

By holding all variables except $K_t$ constant, the torque equation is simplified to:

$$T = K_1 \sqrt{\frac{K_2}{K_t}}$$

where

$$K_1 = 1 + \frac{V_a}{V_d}$$

and

$$K_2 = \frac{2\theta J R}{V_a},$$

we find

$$T = K_1 \sqrt{\frac{K_2}{K_t}} .$$

$$= K_1 \sqrt{K_2} \left( \frac{1}{\sqrt{K_t}} \right)$$

If $K = K_1 \sqrt{K_2}$ , then,

$$T = K \left( \frac{1}{\sqrt{K_t}} \right)$$

If, then, the torque constant $K_t$ is increased by a factor of 10% so that

$$T = K \left( \frac{1}{\sqrt{1.1 K_t}} \right)$$

$$= K \left( \frac{1}{\sqrt{1.1} \sqrt{K_t}} \right)$$

$$= .953 K \left( \frac{1}{\sqrt{K_t}} \right)$$

Thus, for every 10% improvement in the torque constant, a 4.7% improvement in access time, T can be seen.

STX 000731

Express Mail No. EV07. 076US          Attorney D. t No. STL4061.17
                                       M & G No. 40046.24USD3

-29-

Hence, by increasing the total minimum torque constant by increasing surface area of the
voice coil magnet and the area of the coil in the field generated by the voice coil magnets, the
average seek times for the drive can likewise be decreased.

Crash stops are provided to limit the pivoting movement of the actuator arm 340 so that
5   heads 326 travel only between selected inside and outside diameters 295, 296 of disk 320. An
outside diameter crash stop is provided by a sleeve 376 (Figs. 16, 17, and 20) fitted on support
post 368. When the pivoting motion of actuator arm 340 places heads 326 at the outside
diameter 296 of disk 320 portion 242 of actuator arm 340-2 contacts outside diameter crash stop
376, thereby preventing further movement of the heads 326. An inside diameter crash stop is
provided by the portion of the latch mechanism and is described below.

A latch mechanism for locking actuator arm 340 will be described with reference to Figs
14-20.

The latch mechanism of the third embodiment of the disk drive of the present invention
utilizes the force of the voice coil actuator magnets 346a and 346b to provide the magnetic
retentive force for the latching actuator 340.

As can be seen in Figs. 14-20, a capture pin 130 formed of magnetically permeable
material is provided in latch arm 340-1. Latch support structure 270 is designed so that the
magnetic circuit formed by actuator magnets 346a and 346b provides a flux path through
structure 270. Voids 398-1 through 398-4 are formed in structure 270 to channel the magnetic
20  flux from magnets 346a and 346b to air gap 399. Specifically, air gap 399 has a width W of
approximately .012 inches. Capture pin 130 is generally "T"-shaped, including portion 131
extending through a bore in actuator latch arm 340-1 and secured thereto by a snap ring (not
shown). The magnetic flux provided by magnets 346a and 346b and channeled through support
structure 270 exhibits a fringing effect when the flux encounters gap 399. When actuator 340 is
25  directed to position heads 326 over the landing zone at inner diameter 295, capture pin 130 is
drawn into abutment with tabs 398a and 398b of structure 270. As pin 130 engages tabs 398a,
398b, the magnetic flux provided by magnets 346a and 346b passes through pin 130, making pin
270 part of the magnetic circuit formed by structure 270 and magnets 346a, 346b.

The latching force provided by the latching mechanism is 50-60 inchgrams. The amount
30  of latching force may be adjusted by providing a shunt 375 (Fig. 16) across gap 399 to provide a
flux path in parallel with the flux fringing about gap 399. Generally, there is no need for an
additional latch magnet to provide the requisite magnetic latching and releasing forces for the

STX 000732

Express Mail No. EV07.    076US          Attorney Dc    No. STL4061.17
                                         M & G No. 40046.24USD3

-30-

actuator. Actuator assembly 324 can generate sufficient force to release actuator arm 340 from
the latched position. The strength of the latching force is sufficient to retain the actuator in a
captured position under non-operating shocks of up to 75 G's.

Table 8 specifies certain performance characteristics of disk drive 300.

5

### Table 8

| Seek Times | | |
|---|---|---|
| Track to Track | | 3 msec |
| Average | | 12 msec |
| Maximum | | 25 msec |
| Rotation Speed (± .1%) | | 4491RPM |
| Data Transfer Rate | | |
| To/From Media | | 20 MByte/sec |
| Interleave | | 1-to-1 |

Table 9 specifies certain environmental characteristics of disk drive 300.

### Table 9

| Temperature | | |
|---|---|---|
| Operating | | 5°C to 55°C |
| Non-operating | | -40°C to 60°C |
| Thermal Gradient | | 20°C per hour maximum |
| Humidity | | |
| Operating | | 8% to 80% non-condensing |
| Non-operating | | 8% to 80% non-condensing |
| Maximum Wet Bulb | | 26°C |
| Altitude (relative to sea level) | | |
| Operating | | -200 to 10,000 feet |
| Non-operating (max.) | | 40,000 feet |

20

25

30

STX 000733

Express Mail No. EV07   1076US                    Attorney D.   .t No. STL4061.17
                                                  M & G No. 40046.24USD3

-31-

Table 10 specifies shock and vibration tolerances for disk drive 200.  Shock is measured utilizing a ½ sine pulse, having a 11 msec duration, and vibration is measured utilizing a swept sine wave varying at 1 octave per minute.

5

### Table 10

| Non-operating shock | 75 G's |
| Non-operating vibration | |
| 63-500 Hz | 4 G's (peak) |
| Operating shock | 5 G's (without non-recoverable errors) |
| Operating vibration | .5 G's (peak) (without non-recoverable errors) |

The many features and advantages of the disk drive of the present invention will be apparent to those skilled in the art from the Description of the Preferred Embodiments.  For example, those skilled in the art will appreciate that the structure of the disk drive of the present invention as described herein can be scaled for use with disk drives having disks with smaller and larger than 3 ½ inches.  Thus, the following claims are intended to cover all modifications and equivalents falling within the scope of the invention.

20

STX 000734

Express Mail No. EV   :71076US                    Attorney  ket No. STL4061.17
                                                  M & G No. 40046.24USD3

-32-

[Claims]

What is claimed is:

1. A disc drive assembly having a base plate, at least one disc rotatably mounted on the
base plate for rotation about a spin axis, and an actuator assembly mounted adjacent the at least
one disc positioning a plurality of read/write heads over predetermined radial positions on the at
least one disc, the actuator assembly comprising:

an actuator arm pivotally supported from the base plate for rotation about an actuator axis
parallel to the spin axis, wherein the actuator arm carries the heads at one end thereof and a
generally flat voice coil at an opposite end of the actuator arm and has a central axial bore
therethrough;

a bearing cartridge disposed in the central axial bore; and

a retaining clip engaging a portion of the bearing cartridge to fasten the actuator arm to
the bearing cartridge.

2.    The disc drive assembly according to claim 1 wherein the bearing cartridge has a
bottom radial flange and the actuator is captured between the bottom radial flange and the
retaining clip.

3.    The disc drive assembly according to claim 1 wherein the retaining clip has a "C"
shape.

4.    The disc drive assembly according to claim 3 wherein the retaining clip engages a
groove at an upper end of the bearing cartridge.

STX 000735

Express Mail No. EVC  71076US          Attorney .  .et No. STL4061.17
                                        M & G No. 40046.24USD3

-33-

5.  A actuator assembly for positioning a transducer over a rotating data storage disc in a disc drive, the actuator assembly comprising:

an elongated actuator arm having a first end supporting a transducer, a second end carrying a voice coil, and central pivot portion having a central axial bore therethrough;

a generally cylindrical bearing cartridge inserted into the central bore; and

a retaining clip fastening the bearing cartridge in the central pivot portion of the actuator arm.

6.  The actuator assembly according to claim 5 wherein the bearing cartridge has a bottom radial flange and the pivot portion of the actuator is captured between the flange and the retaining clip fastened to the bearing cartridge.

7.  The actuator assembly according to 6 wherein the retaining clip engages a groove in the bearing cartridge.

8.  The actuator assembly according to claim 7, wherein the retaining ring is compression fitted to the bearing cartridge to secure the actuator arm to the bearing cartridge.

STX 000736

Express Mail No. EV07    076US                Attorney Do    No. STL4061.17
                                                          M & G No. 40046.24USD3

-34-

9.  A disc drive data storage device having a base plate, a spin motor mounted to the base plate carrying a storage disc rotatably mounted on the spin motor for rotation about an axis, and an actuator assembly mounted on a post having an axis parallel to the disc spin axis on the base plate adjacent the storage disc, the actuator assembly comprising:

an actuator arm having a pivot portion having a central bore and a distal end supporting a transducer operably positioned over the storage disc, and a proximal end carrying a voice coil; and

a bearing cartridge mounted on the post and fastened in the central bore of the actuator arm by a generally circular retaining clip engaging the bearing cartridge to secure the actuator arm to the bearing cartridge.

10.  The disc drive according to claim 9, wherein the retaining clip is a split ring shaped clip.

11.  The disc drive according to claim 9, wherein the bearing cartridge has a bottom flange and a peripheral groove at an upper end receiving the clip to secure the actuator arm to the bearing cartridge.

ADD  B1, A2, F2

STX 000737

Attorney Docket No. STL4061.17/40046.24USD3

MERCHANT & GOULD P.C.

United States Patent Application

DECLARATION

As a below named inventor, we hereby declare that: our residences, post office addresses and citizenships are as stated below next to our names; that

We verily believe we are the original, first and joint inventors of the subject matter which is claimed and for which a patent is sought on the invention entitled ACTUATOR ASSEMBLY RETAINING CLIP, the specification of which is attached.

We hereby state that we have reviewed and understand the contents of the above-identified specification, including the claims, as amended by any amendment referred to above.

We acknowledge the duty to disclose information which is material to the patentability of this application in accordance with Title 37, Code of Federal Regulations, § 1.56 (described hereinbelow).

We hereby claim foreign priority benefits under Title 35, United States Code, § 119/365 of any foreign application(s) for patent or inventor's certificate listed below and have also identified below any foreign application for patent or inventor's certificate having a filing date before that of the application on the basis of which priority is claimed:

a. ☒ no such applications have been filed.
b. ☐ such applications have been filed as follows:

| FOREIGN APPLICATION(S), IF ANY, CLAIMING PRIORITY UNDER 35 USC § 119 | | | |
|---|---|---|---|
| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day, month, year) | DATE OF ISSUE (day, month, year) |
| | | | |

| ALL FOREIGN APPLICATIONS, IF ANY, FILED BEFORE THE PRIORITY APPLICATION(S) | | | |
|---|---|---|---|
| COUNTRY | APPLICATION NUMBER | DATE OF FILING (day, month, year) | DATE OF ISSUE (day, month, year) |
| | | | |

We hereby claim the benefit under Title 35, United States Code, § 120/365 of any United States and PCT international application(s) listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in the prior United States application in the manner provided by the first paragraph of Title 35, United States Code, § 112, we acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, § 1.56(a) which occurred between the filing date of the prior application and the national or PCT international filing date of this application.

| U.S. APPLICATION NUMBER | DATE OF FILING (day, month, year) | STATUS (patented, pending, abandoned) |
|---|---|---|
| 09/285,936 | 2 April 1999 | PENDING |
| 08/622,925 | 27 March 1996 | PATENTED |
| 08/400,463 | 7 March 1995 | ABANDONED |
| 08/110,539 | 23 August 1993 | ABANDONED |
| 07/796,576 | 22 November 1991 | ABANDONED |

1

STX 000738

| 07/549,873 | 6 July 1990 | ABANDONED |
| 07/147,804 | 25 January 1988 | PATENTED |

We hereby claim the benefit under Title 35, United States Code § 119(e) of any United States provisional application(s) listed below:

| U.S. PROVISIONAL APPLICATION NUMBER | DATE OF FILING (Day, Month, Year) |
| | |
| | |

We hereby declare that all statements made herein of our own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| Full Name Of Inventor | Family Name<br>Dague | First Given Name<br>Wallis | Second Given Name<br>A. |
| Residence & Citizenship | City<br>Louisville | State or Foreign Country<br>Colorado | Country of Citizenship<br>USA |
| Post Office Address | Post Office Address<br>673 Manorwood Lane | City<br>Louisville | State & Zip Code/Country<br>Colorado 80027/USA |

Signature of Inventor 201: _[signature]_   Date: 3/20/02

| Full Name Of Inventor | Family Name<br>Stefansky | First Given Name<br>Frederick | Second Given Name<br>M. |
| Residence & Citizenship | City<br>Longmont | State or Foreign Country<br>Colorado | Country of Citizenship<br>USA |
| Post Office Address | Post Office Address<br>7244 Cardinal Ln. | City<br>Longmont | State & Zip Code/Country<br>Colorado 80503/USA |

Signature of Inventor 202: _Frederick M. Stefansky_   Date: 3/18/02

## § 1.56 Duty to disclose information material to patentability.

(a)    A patent by its very nature is affected with a public interest. The public interest is best served, and the most effective patent examination occurs when, at the time an application is being examined, the Office is aware of and evaluates the teachings of all information material to patentability. Each individual associated with the filing and prosecution of a patent application has a duty of candor and good faith in dealing with the Office, which includes a duty to disclose to the Office all information known to that individual to be material to patentability as defined in this section. The duty to disclose information exists with respect to each pending claim until the claim is canceled or withdrawn from consideration, or the application becomes abandoned. Information material to the patentability of a claim that is canceled or withdrawn from consideration need not be submitted if the information is not material to the patentability of any claim remaining under consideration in the application. There is no duty to submit information which is not material to the patentability of any existing claim. The duty to disclose all information known to be material to patentability is deemed to be satisfied if all information known to be material to patentability of any claim issued in a patent was cited by the Office or submitted to the Office in the manner prescribed by §§ 1.97(b)-(d) and 1.98. However, no patent will be granted on an application in connection

2

STX 000739

with which fraud on the Office was practiced or attempted or the duty of disclosure was violated through bad faith or intentional misconduct. The Office encourages applicants to carefully examine:

(1)    prior art cited in search reports of a foreign patent office in a counterpart application, and

(2)    the closest information over which individuals associated with the filing or prosecution of a patent application believe any pending claim patentably defines, to make sure that any material information contained therein is disclosed to the Office.

(b)    Under this section, information is material to patentability when it is not cumulative to information already of record or being made of record in the application, and

(1)    It establishes, by itself or in combination with other information, a prima facie case of unpatentability of a claim; or

(2)    It refutes, or is inconsistent with, a position the applicant takes in:

(i)    Opposing an argument of unpatentability relied on by the Office, or

(ii)    Asserting an argument of patentability.

A prima facie case of unpatentability is established when the information compels a conclusion that a claim is unpatentable under the preponderance of evidence, burden-of-proof standard, giving each term in the claim its broadest reasonable construction consistent with the specification, and before any consideration is given to evidence which may be submitted in an attempt to establish a contrary conclusion of patentability.

(c)    Individuals associated with the filing or prosecution of a patent application within the meaning of this section are:

(1)    Each inventor named in the application:

(2)    Each attorney or agent who prepares or prosecutes the application; and

(3)    Every other person who is substantively involved in the preparation or prosecution of the application and who is associated with the inventor, with the assignee or with anyone to whom there is an obligation to assign the application.

(d)    Individuals other than the attorney, agent or inventor may comply with this section by disclosing information to the attorney, agent, or inventor.

STX 000740