

FIG.1

STX 000741



FIG.2

STX 000742



STX 000743



FIG.4

STX 000744



Docket No : STL4061 1740046 24U2U3
Title: ACTUATOR ASSEMBLY RETAINING CLIP
Author    'er  John R. Wahl
Phone     63,357,1644
Sheet 5 ... .9

FIG.6

FIG.7

STX 000745



FIG.8

STX 000746



FIG.9

STX 000747



Inventor: Siebarsky, et al
Docket No.: STLA061.13N0046 24USD3
Title: ACTUATOR ASSEMBLY RETAINING CLIP
Name: John R. Wahl
: 303 357 1644
Sheet of 19

FIG.10

STX 000748



FIG.11

STX 000749



FIG.12

STX 000750



FIG.13

STX 000751



FIG.14

STX 000752



FIG.15

STX 000753



FIG.16

STX 000754



FIG.17

STX 000755



FIG.18

FIG.19

STX 000756



FIG.20

STX 000757

Ir. Sr. Stefansky, et al
I.     No.   STLA064 17/400046 24USD3
1.     .CTUATOR ASSEMBLY RETAINING CLIP
Ah  y Name. John R. Wahl
Phone No : 303 357 1044
Sheet 18 of 19

Motor Acceleration

Peak = 57
Loss = 03%

**FIG.24**

Motor Acceleration

Peak = 82
Loss = 06%

**FIG.21**

Motor Acceleration

Peak = 84
Loss = 12%

**FIG.22**

STX 000758



FIG.23

STX 000759

03-25-02                                          *A*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| DOCKET NUMBER | ANTICIPATED CLASSIFICATION OF THIS APPLICATION: | | PRIOR APPLICATION | |
|---|---|---|---|---|
| | CLASS | SUBCLASS | EXAMINER | ART UNIT |
| STL4061.17/40046.24USD3 | | | | |

**CERTIFICATE UNDER 37 CFR 1.10:**
"Express Mail" mailing label number: EV073471976US
Date of Deposit: March 2x, 2002

I hereby certify that this paper or fee is being deposited with the U.S Postal Service "Express Mail Post Office to Addressee" service under 37 CFR § 1.10 on the date indicated above and is addressed to Commissioner for Patents, Washington, D.C. 20231

By: _Mary C. Hotter_
Name: Mary C. Hotter

### DIVISIONAL APPLICATION UNDER 37 C.F.R. § 1.53(b)

BOX PATENT APPLICATION
Commissioner for Patents
Washington, DC 20231

Dear Sir:

This is a request for filing a divisional application under 37 CFR § 1.53(b) of Serial No. 09/285,936, filed on April 2, 1999 entitled ACTUATOR ASSEMBLY RETAINING CLIP by the following inventor(s):

| Full Name Of Inventor | Family Name Dague | First Given Name Wallis | Second Given Name A. |
|---|---|---|---|
| Residence & Citizenship | City Louisville | State or Foreign Country Colorado | Country of Citizenship USA |
| Post Office Address | Post Office Address 673 Manorwood Lane | City Louisville | State & Zip Code/Country Colorado 80027/USA |

| Full Name Of Inventor | Family Name Stefansky | First Given Name Frederick | Second Given Name M. |
|---|---|---|---|
| Residence & Citizenship | City Longmont | State or Foreign Country Colorado | Country of Citizenship USA |
| Post Office Address | Post Office Address 7244 Cardinal Lane | City Longmont | State & Zip Code/Country Colorado 80503/USA |

1. ☒ Enclosed are 31 pages of specification, 11 claims; 1 page of Abstract, 19 sheets of formal drawing, and 3 pages of oath or declaration.

2. ☒ The filing fee is calculated below:

1

STX 000760

CLAIMS AS FILED

| NUMBER FILED | | NUMBER EXTRA | | RATE | FEE |
|---|---|---|---|---|---|
| TOTAL CLAIMS: | | | | | |
| 11 | -20 | 0 | x | $18.00 | 0.00 |
| INDEPENDENT CLAIMS | | | | | |
| 3 | -3 | 0 | x | $84.00 | 0.00 |
| | | | | BASIC FILING FEE: | $740.00 |
| | | | | TOTAL FILING FEE: | $740.00 |
| | | | | | |

☒ Payment of fees:
    ☒    Attached is a check in the amount of $740.00
    ☐    Please charge Deposit Account No. 13-2725.

☒ The Commissioner is hereby authorized to charge any additional fees as set forth in 37 CFR §§ 1.16 to 1.18 which may be required by this paper or credit any overpayment to Account No. 13-2725.

☒ A set of formal drawings (19 sheets) is enclosed.

☒ The prior application is assigned of record to Seagate Technology LLC located at 920 Disc Drive, Building 15, Scotts Valley, CA 95066.

☒ The Power of Attorney in the prior application is to:

Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903

9. ☒ Address all future communications to the Attention of John R. Wahl (may only be completed by attorney or agent of record) at the address below.

10. ☒ A return postcard is enclosed.

Respectfully submitted,

MERCHANT & GOULD P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
303.357.1670

23552
PATENT TRADEMARK OFFICE

Date: 3-22-02

John R. Wahl
Reg. No. 33,044

JRWahl/mcn

2

STX 000761



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/104,698 | 03/22/2002 | Wallis A. Degne | STL4061.17/40046.24USD3 | 8292 |

23532    7590    06/17/2002

MERCHANT & GOULD PC
P.O. BOX 2903
MINNEAPOLIS, MN 55402-0903

| EXAMINER |
|---|
| KLIMOWICZ, WILLIAM JOSEPH |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2632 | |

DATE MAILED: 06/17/2002

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 07-01)

STX 000762

| Office Action Summary | Application No. | Applicant(s) |
|---|---|---|
| | 10/104,698 | DAGUE ET AL. |
| | Examiner | Art Unit |
| | William J. Klimowicz | 2852 |

*— The MAILING DATE of this communication appears on the cover sheet with the correspondence address —*

**Period for Reply**

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTH(S) FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If the period for reply specified above is less than thirty (30) days, a reply within the statutory minimum of thirty (30) days will be considered timely.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
- Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

**Status**

1) ☐ Responsive to communication(s) filed on _____ .

2a) ☐ This action is FINAL.    2b) ☒ This action is non-final.

3) ☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

**Disposition of Claims**

4) ☒ Claim(s) *1-11* is/are pending in the application.

   4a) Of the above claim(s) _____ is/are withdrawn from consideration.

5) ☐ Claim(s) _____ is/are allowed.

6) ☒ Claim(s) *1-11* is/are rejected.

7) ☐ Claim(s) _____ is/are objected to.

8) ☐ Claim(s) _____ are subject to restriction and/or election requirement.

**Application Papers**

9) ☐ The specification is objected to by the Examiner.

10) ☐ The drawing(s) filed on _____ is/are: a) ☐ accepted or b) ☐ objected to by the Examiner.

   Applicant may not request that any objection to the drawing(s) be held in abeyance.  See 37 CFR 1.85(a).

11) ☐ The proposed drawing correction filed on _____ is: a) ☐ approved b) ☐ disapproved by the Examiner.

   If approved, corrected drawings are required in reply to this Office action.

12) ☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. §§ 119 and 120**

13) ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).

   a) ☐ All   b) ☐ Some *   c) ☐ None of:

   1. ☐ Certified copies of the priority documents have been received.

   2. ☐ Certified copies of the priority documents have been received in Application No. _____ .

   3. ☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).

   * See the attached detailed Office action for a list of the certified copies not received.

14) ☐ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 119(e) (to a provisional application).

   a) ☐ The translation of the foreign language provisional application has been received.

15) ☒ Acknowledgment is made of a claim for domestic priority under 35 U.S.C. § 120 and/or 121.

**Attachment(s)**

1) ☒ Notice of References Cited (PTO-892)
2) ☐ Notice of Draftsperson's Patent Drawing Review (PTO-948)
3) ☐ Information Disclosure Statement(s) (PTO-1449) Paper No(s) _____ .
4) ☐ Interview Summary (PTO-413) Paper No(s). _____ .
5) ☐ Notice of Informal Patent Application (PTO-152)
6) ☐ Other: _____ .

U.S. Patent and Trademark Office
PTO-326 (Rev. 04-01)                Office Action Summary                Part of Paper No. 2

STX 000763

Application/Control Number: 10/104,698                                    Page 2
Art Unit: 2652

## DETAILED ACTION

### *Claim Rejections - 35 USC § 112*

The following is a quotation of the second paragraph of 35 U.S.C. 112:

The specification shall conclude with one or more claims particularly pointing out and distinctly claiming the
subject matter which the applicant regards as his invention.

Claim 8 is rejected under 35 U.S.C. 112, second paragraph, as being indefinite for failing

to particularly point out and distinctly claim the subject matter which applicant regards as the

invention.

The following phrase(s) lack clear antecedent basis within the claim(s), i.e., either the

particularly recited passage fails to be properly introduced prior to its appearance at that point in

the claim or the structure recited in the passage is not an inherent part of or component of the

previously recited structure:

(I) Claim 8 (line 1), "the retaining ring."

### *Claim Rejections - 35 USC § 102*

The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless –

(e) the invention was described in–
(1) an application for patent, published under section 122(b), by another filed in the United States before the
invention by the applicant for patent, except that an international application filed under the treaty defined in
section 351(a) shall have the effect under this subsection of a national application published under section 122(b)
only if the international application designating the United States was published under Article 21(2)(a) of such
treaty in the English language; or
(2) a patent granted on an application for patent by another filed in the United States before the invention by the
applicant for patent, except that a patent shall not be deemed filed in the United States for the purposes of this
subsection based on the filing of an international application filed under the treaty defined in section 351(a).

STX 000764

Application/Control Number: 10/104,698                                      Page 3
Art Unit: 2652

     Claims 1-11 are rejected under 35 U.S.C. 102(e) as being anticipated by Wright (US
4,805,05).

     As per claim 1, Wright (US 4,805,05) discloses a disc drive assembly (FIG. 1) having a
base plate (21), at least one disc (43) rotatably mounted on the base plate (21) for rotation about
a spin axis (about shaft (26)), and an actuator assembly (including (56)) mounted adjacent the at
least one disc (43) positioning a plurality of read/write heads (51) over predetermined radial
positions on the at least one disc (43), the actuator assembly comprising: an actuator arm (56)
pivotally supported from the base plate (21) for rotation about an actuator axis parallel to the spin
axis (about shaft (62)), wherein the actuator arm (56) carries the heads (51) at one end thereof
and a generally flat voice coil (91) at an opposite end of the actuator arm (56) and has a central
axial bore (into which sleeve (66) is inserted) therethrough; a bearing cartridge (including (66))
disposed in the central axial bore; and a retaining clip (64) (see, *e.g.*, COL. 3, lines 57-60 and *cf.*
FIGS. 1 and 2) engaging a portion of the bearing cartridge (including (66)) to fasten the actuator
arm (56) to the bearing cartridge (including (66)).

     As per claims 2, 6, wherein the bearing cartridge (including (66)) has a bottom radial
flange (67) and the actuator (56) is captured between the bottom radial flange (67) and the
retaining clip (64).

     As per claim 3, wherein the retaining clip (64) has a "C" shape (see FIG. 1).

     As per claims 4, 7, wherein the retaining clip (64) engages a groove at an upper end of
the bearing cartridge (see FIG. 2).

     Additionally, as per claim 5, the actuator assembly positioning a transducer (51) over a
rotating data storage disc (43) in the disc drive, the actuator assembly (including (56)) further

STX 000765

Application/Control Number: 10/104,698                                    Page 4
Art Unit: 2652

comprising: an elongated actuator arm (56) having a first end supporting a transducer (51), a

second end carrying a voice coil (91), and central pivot portion having the aforementioned

central axial bore therethrough; a generally cylindrical bearing cartridge (including (66)) inserted

into the central bore; and the retaining clip (64) fastening the bearing cartridge in the central

pivot portion of the actuator arm (including (56)).

   As per claim 6, wherein the bearing cartridge has a bottom radial flange and the pivot

portion of the actuator is captured between the flange and the retaining clip fastened to the

bearing cartridge.

   As per claim 7, wherein the retaining clip engages a groove in the bearing cartridge.

   As per claim 8, wherein the retaining ring (64) is compression fitted (by virtue of its

seating and "C" shape to fit over shaft (62)) to the bearing cartridge (including (66)) to secure the

actuator arm (including (56)) to the bearing cartridge.

   Additionally, as per claim 9, the disc drive data storage device having the base plate (21),

a spin motor (including 24, 26, 57, 29, 39) mounted to the base plate (21) carrying a storage disc

(43) rotatably mounted on the spin motor for rotation about an axis, and the actuator assembly

(including (56)) mounted on a post (62) having an axis parallel to the disc spin axis on the base

plate adjacent the storage disc (43) (FIG. 2), the actuator assembly further comprising: the

actuator arm (56) having a pivot portion having the aforementioned central bore and a distal end

supporting the transducer (51) operably positioned over the storage disc (43), and a proximal end

carrying a voice coil (91); and the aforementioned bearing cartridge mounted on the post (62)

and fastened in the central bore of the actuator arm (56) by the generally circular retaining clip

(64) engaging the bearing cartridge to secure the actuator arm to the bearing cartridge.

STX 000766

Application/Control Number: 10/104,698                                    Page 5
Art Unit: 2652

As per claim 10, wherein the retaining clip (64) is a split ring shaped clip (as clearly seen in FIG. 1).

As per claim 11, wherein the bearing cartridge (including (66)) has a bottom flange (67) and a peripheral groove 9inherently provided as is necessarily recognized by one having skill in the art in order to secure clip (64) to shaft (62)) at an upper end receiving the clip to secure the actuator arm to the bearing cartridge (FIG. 2).

### Conclusion

The prior art made of record and not relied upon is considered pertinent to applicant's disclosure

Any inquiry concerning this communication or earlier communications from the examiner should be directed to William J. Klimowicz whose telephone number is (703) 305-3452  The examiner can normally be reached on Monday-Thursday (6:30AM-5:00PM).

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Hoa T. Nguyen can be reached on (703) 305-9687.  The fax phone numbers for the organization where this application or proceeding is assigned are (703) 872-9314 for regular communications and (703) 872-9314 for After Final communications

Any inquiry of a general nature or relating to the status of this application or proceeding should be directed to the receptionist whose telephone number is (703) 305-4700.

William J. Klimowicz
Primary Examiner
Art Unit 2652

STX 000767

Application/Control Number: 10/104,698                    Page 6
Art Unit. 2652

WJK
June 12, 2002

STX 000768

| | Application/Control No. | Applicant(s)/Patent Under Reexamination |
|---|---|---|
| **Notice of References Cited** | 10/104,698 | DAGUE ET AL. |
| | Examiner | Art Unit | |
| | William J. Klimowicz | 2652 | Page 1 of 1 |

**U.S. PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Name | Classification |
|---|---|---|---|---|---|
| | A | US-4,639,863 | 01-1987 | Harrison et al. | |
| | B | US-4,805,055 | 02-1989 | Wright, Harold T. | 360/902 |
| | C | US-4,829,657 | 05-1989 | Wright, Harold T. | 360/258.3 |
| | D | US-4,965,684 | 10-1990 | Stefansky, Frederick M. | 29/596 |
| | E | US-5,668,243 | 09-1997 | Brent, George I. | 360/264.2 |
| | F | US-5,847,896 | 12-1998 | Stefansky, Frederick Mark | 360/265.7 |
| | G | US-5,956,213 | 09-1999 | Dague et al. | 360/78.12 |
| | H | US- | | | 360/256.2 |
| | I | US- | | | |
| | J | US- | | | |
| | K | US- | | | |
| | L | US- | | | |
| | M | US- | | | |

**FOREIGN PATENT DOCUMENTS**

| * | | Document Number Country Code-Number-Kind Code | Date MM-YYYY | Country | Name | Classification |
|---|---|---|---|---|---|---|
| | N | | | | | |
| | O | | | | | |
| | P | | | | | |
| | Q | | | | | |
| | R | | | | | |
| | S | | | | | |
| | T | | | | | |

**NON-PATENT DOCUMENTS**

| * | | Include as applicable: Author, Title Date, Publisher, Edition or Volume, Pertinent Pages |
|---|---|---|
| | U | "Quick-changer brush mounting - has panel with hole defining movement of plate mounted in it", CHEMCUT CORP.; DERWENT Publication, DERWENT Account No. 1976-D5270X; Publication No. CA 986262; March 30, 1976. |
| | V | |
| | W | |
| | X | |

*A copy of this reference is not being furnished with this Office action. (See MPEP § 707.05(a).)
Dates in MM-YYYY format are publication dates. Classifications may be US or foreign.

U.S. Patent and Trademark Office
PTO-892 (Rev. 01-2001)                    Notice of References Cited                    Part of Paper No. 2

STX 000769



S/N 10/104,698

PATENT
Confirmation No. 8292

### IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Wallis A. Dague, et al. | Examiner: | William Joseph Klimowicz |
| Serial No.: | 10/104,698 | Group Art Unit: | 2652 |
| Filed: | March 22, 2002 | Docket No.: | STL4061.17/40046.24USD3 |
| Title: | ACTUATOR ASSEMBLY RETAINING CLIP | | |

### PETITION UNDER 37 CFR 1.136(a)

Applicants respectfully petitions the Commissioner for a one month extension under 37 CFR 1.136(a) of the period for response to the Office Action mailed June 17, 2002 so as to reset the period for response so as to expire on October 17, 2002. A check for the required one-month extension fee of $130.00 is enclosed herewith.

Respectfully submitted,

SEAGATE TECHNOLOGY LLC
(Assignee of the Entire Interest)

_____
Date  9/2>/02

23552
PATENT TRADEMARK OFFICE

John R. Wahl, #33,044
Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
303.357.1644

9

STX 000770



S/N 10/104,698

PATENT<br>
Confirmation No. 8292

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Wallis A. Dague, et al. | Examiner: | William Joseph Klimowicz |
| Serial No.: | 10/104,698 | Group Art Unit: | 2652 |
| Filed: | March 22, 2002 | Docket No.: | STL4061.17/40046.24USD3 |
| Title: | ACTUATOR ASSEMBLY RETAINING CLIP | | |

CERTIFICATE UNDER 37 CFR 1.10

'Express Mail' mailing label number: EV118157430US
Date of Deposit: September 27, 2002.

I hereby certify that this paper or fee is being deposited with the United States Postal Service 'Express Mail Post Office
To Addressee' service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner of Patents
and Trademarks, Washington, D.C. 20231.

By: *Mary C. Notter*
Mary C. Notter

RECEIVED

OCT 04 2002

Technology Center 2600

AMENDMENT

Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

The amendment is responsive to the first Office Action mailed on June 17, 2002 in this
divisional application setting a three month shortened statutory period for response that expired
on September 17, 2002. A Petition and fee to extend the period for response to October 17, 2002
is enclosed herewith. Please amend the application as follows.

IN THE CLAIMS:

Please amend claim 8 and add new claims 12 through 16 as set forth below.

8. (Amended) The actuator assembly according to claim 7, wherein the retaining clip is
compression fitted to the bearing cartridge to secure the actuator arm to the bearing cartridge.

10/02/2002 SMIBRSS1 00000050 10104698
01 FC:102                84.00 CP
02 FC:122               130.00 CP

STX 000771

A

12. (New)    In a disc drive data storage device having a base plate, a spin motor mounted to the base plate carrying a storage disc rotatably mounted on the spin motor for rotation about an axis, and an actuator assembly mounted on a stationary post having an axis parallel to the disc spin axis adjacent the storage disc, the actuator assembly comprising:

an actuator arm having a pivot portion having a central bore, a distal end supporting a transducer operably positioned over the storage disc, and a proximal end carrying a voice coil; and



a bearing cartridge having an inner tubular sleeve and an outer tubular sleeve, wherein the cartridge is retained in the central bore of the actuator arm by a generally circular retaining clip engaging the bearing cartridge to secure the actuator arm to the bearing cartridge.

13. (New)    The actuator assembly according to claim 12 wherein the retaining clip is a split ring shaped clip.

14. (New)    The actuator assembly according to claim 12 wherein the outer tubular sleeve of the bearing cartridge has a bottom flange and a peripheral groove at an upper end receiving the clip to secure the actuator arm to the cartridge between the flange and the retaining clip.

15. (New)    The actuator assembly according to claim 14 wherein the tubular inner sleeve is fastened to the stationary post on the base plate of the disc drive.

16. (New)    The actuator assembly according to claim 12 further comprising a plurality of integral actuator arms extending from the pivot portion and wherein the pivot portion is a single body.

2

STX 000772

A

## REMARKS

This amendment is responsive to the Office Action mailed on June 17, 2002. Claims 1-11 stand rejected. Claim 8 has been amended. Claims 1-11 are believed to be allowable for the reasons set forth below. New claims 12-16 are added for consideration. These claims are also believed to be patentable over the cited art and thus the application is believed to be in condition for allowance.

Claim 8 was rejected under 35 USC 112 for lacking clear antecedent basis within the claim. Claim 8 has been amended by replacement of the word "ring" with the word "clip". The word "clip" has antecedent basis in the base claim 5. Accordingly, the rejection under 35 USC 112 has been obviated.

Claims 1-11 were rejected as anticipated by Wright ('055). It is respectfully submitted that the examiner has mischaracterized Wright in making this rejection. The examiner characterizes Wright as disclosing "a bearing cartridge (including (66)) disposed in the central axial bore; and a retaining clip (64) (see, e.g., COL. 3, lines 57-60 and cf. FIGS. 1 and 2) engaging a portion of the bearing cartridge (including (66)) to fasten the actuator arm (56) to the bearing cartridge (including (66))."

The Wright patent does not disclose a bearing cartridge that is fastened to the actuator arm separate from the pivot post or shaft 62 at all. The Wright bearing cartridge is fastened to the stationary pivot shaft 62. Note that the top of the stationary shaft 62 is clearly shown in FIG. 1 of Wright '055. Note that there is a snap ring 64 shown positioned around the shaft 62, best seen in FIG. 2. This snap ring 64 engages the stationary post and presses on a washer over the upper bearing 63 that in turn presses on an internal flange (not numerically identified) on the cylinder 66 to in turn fasten the cylinder 66 to the stationary pivot shaft 62. The actuator arms 56 are not fastened to the cylinder 66 by the retaining snap ring 64 at all. The actuator arms 56 are fastened to the bottom flange of the cylinder 66 by way of vertical bolts 71.

Finally, there is no suggestion in Wright '055 or any of the other cited references to utilize a snap ring or other retaining clip to fasten a separate bearing cartridge to the actuator arm(s) as is claimed by Applicants. Accordingly, the anticipation rejection should be withdrawn and

3

STX 000773

claims 1-11 allowed. New claims 12-16 are submitted for consideration. These claims are also believed to be allowable.

    Claims 1-16 are pending in the application. This amendment is believed to be responsive to all points in the Office Action. Prompt reconsideration and passage of the application to issue are earnestly solicited since the application is believed to be in condition for allowance. Should the examiner have any remaining questions or concerns he is urged to contact the undersigned attorney by telephone at the number below to expeditiously resolve such concerns.

Respectfully submitted,

SEAGATE TECHNOLOGY LLC
(Assignee of the Entire Interest)

9/27/02
Date

John K. Wahl, #33,044
Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
303.357.1644

23552
PATENT TRADEMARK OFFICE

4

STX 000774

S/N 10/104,698

<u>PATENT</u>
Confirmation No. 8292

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | | |
|---|---|---|---|
| Applicant: | Wallis A. Dague, et al. | Examiner: | William Joseph Klimowicz |
| Serial No.: | 10/104,698 | Group Art Unit: | 2652 |
| Filed: | March 22, 2002 | Docket No.: | STL4061.17/40046.24USD3 |
| Title: | ACTUATOR ASSEMBLY RETAINING CLIP | | |

## CLAIM AMENDMENT MARKUP

1.    A disc drive assembly having a base plate, at least one disc rotatably mounted on the base plate for rotation about a spin axis, and an actuator assembly mounted adjacent the at least one disc positioning a plurality of read/write heads over predetermined radial positions on the at least one disc, the actuator assembly comprising:

an actuator arm pivotally supported from the base plate for rotation about an actuator axis parallel to the spin axis, wherein the actuator arm carries the heads at one end thereof and a generally flat voice coil at an opposite end of the actuator arm and has a central axial bore therethrough;

a bearing cartridge disposed in the central axial bore; and

a retaining clip engaging a portion of the bearing cartridge to fasten the actuator arm to the bearing cartridge.

2.    The disc drive assembly according to claim 1 wherein the bearing cartridge has a bottom radial flange and the actuator is captured between the bottom radial flange and the retaining clip.

3.    The disc drive assembly according to claim 1 wherein the retaining clip has a "C" shape.

5

STX 000775

4.    The disc drive assembly according to claim 3 wherein the retaining clip engages a groove at an upper end of the bearing cartridge.

5.    A actuator assembly for positioning a transducer over a rotating data storage disc in a disc drive, the actuator assembly comprising:

an elongated actuator arm having a first end supporting a transducer, a second end carrying a voice coil, and central pivot portion having a central axial bore therethrough;

a generally cylindrical bearing cartridge inserted into the central bore; and

a retaining clip fastening the bearing cartridge in the central pivot portion of the actuator arm.

6.    The actuator assembly according to claim 5 wherein the bearing cartridge has a bottom radial flange and the pivot portion of the actuator is captured between the flange and the retaining clip fastened to the bearing cartridge.

7.  The actuator assembly according to 6 wherein the retaining clip engages a groove in the bearing cartridge.

8. (Amended)  The actuator assembly according to claim 7, wherein the retaining [ring] clip is compression fitted to the bearing cartridge to secure the actuator arm to the bearing cartridge.

9.  A disc drive data storage device having a base plate, a spin motor mounted to the base plate carrying a storage disc rotatably mounted on the spin motor for rotation about an axis, and an actuator assembly mounted on a post having an axis parallel to the disc spin axis on the base plate adjacent the storage disc, the actuator assembly comprising:

an actuator arm having a pivot portion having a central bore and a distal end supporting a transducer operably positioned over the storage disc, and a proximal end carrying a voice coil; and

6

STX 000776

a bearing cartridge mounted on the post and fastened in the central bore of the actuator arm by a generally circular retaining clip engaging the bearing cartridge to secure the actuator arm to the bearing cartridge.

10. The disc drive according to claim 9, wherein the retaining clip is a split ring shaped clip.

11. The disc drive according to claim 9, wherein the bearing cartridge has a bottom flange and a peripheral groove at an upper end receiving the clip to secure the actuator arm to the bearing cartridge.

12. (New)    In a disc drive data storage device having a base plate, a spin motor mounted to the base plate carrying a storage disc rotatably mounted on the spin motor for rotation about an axis, and an actuator assembly mounted on a stationary post having an axis parallel to the disc spin axis adjacent the storage disc, the actuator assembly comprising:

an actuator arm having a pivot portion having a central bore, a distal end supporting a transducer operably positioned over the storage disc, and a proximal end carrying a voice coil; and

a bearing cartridge having an inner tubular sleeve and an outer tubular sleeve, wherein the cartridge is retained in the central bore of the actuator arm by a generally circular retaining clip engaging the bearing cartridge to secure the actuator arm to the bearing cartridge.

13. (New)    The actuator assembly according to claim 12 wherein the retaining clip is a split ring shaped clip.

14. (New)    The actuator assembly according to claim 12 wherein the outer tubular sleeve of the bearing cartridge has a bottom flange and a peripheral groove at an upper end receiving the clip to secure the actuator arm to the cartridge between the flange and the retaining clip.

7

STX 000777

15. (New)    The actuator assembly according to claim 14 wherein the tubular inner sleeve is fastened to the stationary post on the base plate of the disc drive.

16. (New)    The actuator assembly according to claim 12 further comprising a plurality of integral actuator arms extending from the pivot portion and wherein the pivot portion is a single body.

8

STX 000778

*10-01-02*    *GP2659/B*

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Wallis A. Dague, et al. | Examiner: | William Joseph Klimowicz |
| Serial No.: | 10/104,698 | Group Art Unit: | 2652 |
| Filed: | March 22, 2002 | Docket: | STL4061.17/40046.24USD3 |
| Confirmation No.: | 8292 | Due Date: | September 17, 2002 |
| Title: | ACTUATOR ASSEMBLY RETAINING CLIP | | |



CERTIFICATE UNDER 37 CFR 1.10.
"Express Mail" mailing label number: EV118157430US
Date of Deposit: September 27, 2002

I hereby certify that this paper or fee is being deposited with the U.S. Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above and is addressed to , Commissioner for Patents and Trademarks, Washington, D.C. 20231

By: *Mary C. Hotter*
Name: Mary C. Hotter

Commissioner for Patents
Washington, D.C. 20231

**RECEIVED**
OCT 0 4 2002
Technology Center 2600

Sir:

We are transmitting herewith the attached:

☒ Transmittal Sheet in duplicate containing Certificate of Mailing
☒ Amendment Including Version With Markings To Show Changes Made
 The fee has been calculated as shown below in the "Claims as Amended" table
☒ Check(s) in the amount of $84.00 for Additional Independent Claim
☒ Return postcard

### CLAIMS AS AMENDED

| Claims Remaining After Amendment | | Highest Number Previously Paid For | | Present Extra | | Rate | | Fee |
|---|---|---|---|---|---|---|---|---|
| | - | | = | | x | | = | |
| | - | | = | | x | | = | |
| MULTIPLE DEPENDENT CLAIM FEE | | | | | | | | |
| TOTAL FILING FEE | | | | | | | | |

Please consider this a PETITION FOR EXTENSION OF TIME for a sufficient number of months to enter these papers or any future reply, if appropriate. Please charge any additional fees or credit overpayment to Deposit Account No. 13-2725. A duplicate of this sheet is enclosed.

MERCHANT & GOULD P.C.
P.O. Box 2903, Minneapolis, MN 55402-0903
303.357.1670

By: *John R. Wahl*
Name: John R. Wahl
Reg. No.: 33,044
JRW:hb/mcn

23552
PATENT TRADEMARK OFFICE

(PTO TRANSMITTAL - GENERAL)

STX 000779