11

REDACTED

12

REDACTED

13

REDACTED

14

REDACTED

15

# THE
# RANDOM HOUSE
# DICTIONARY
## OF THE
## ENGLISH
## LANGUAGE

### Second Edition

### Unabridged

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD–I and RHD–II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
        (Random House dictionaries)
        1. English language—Dictionaries. I. Flexner,
            Stuart Berg. II. Series.
        PE1625.R3  1987      423      87-4500
        ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary,* edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary,* edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary,* edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary,* edited by Donald F. Solé, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the *Atlas,* Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet,* courtesy International Phonetic Association.

Manufactured in the United States of America

r s/uh

**snap′ ring′,** *Mach.* any of various kinds of metal rings that must be forced open to be used and snap back into place to make a snug fit. [1900–05]

**snail´ dart´er,** a tan, striped, snail-eating perch, *Percina tanasi,* 3 in. (7.5 cm) long, occurring only in the Tennessee River: a threatened species. [1970–75]

**snail´ fe´ver,** schistosomiasis. [1945–50; so called because the parasites that cause the disease are carried by snails]

**snail-fish** (snāl´fish´). *n., pl.* (esp. collectively) **-fish.** (esp. referring to two or more kinds or species) **-fish-es.** any of several elongate, smooth-skinned fishes of the family Liparididae, inhabiting cold seas, having the ventral fins modified to form a sucking disk. [1830–40; SNAIL + FISH]

**snail-flow´er** (snāl´flou´ər), *n.* a tropical vine, *Vigna caracolla,* of the legume family, having fragrant, yellowish or purplish flowers, a segment of which is shaped like a snail's shell. Also called **corkscrew flower.** [1680–90; SNAIL + FLOWER]

**snail-paced** (snāl´pāst´), *adj.* slow of pace or motion. like a snail; sluggish. [1585–95]

**snail's´ pace´,** an extremely slow rate: *The work progresses at a snail's pace.* [1400–50; late ME]

**snake** (snāk), *n., v.,* **snaked, snak-ing.** —*n.* **1.** any of numerous limbless, scaly, elongate reptiles of the suborder Serpentes, comprising venomous and nonvenomous species inhabiting tropical and temperate areas. **2.** a treacherous person; an insidious enemy. Cf. snake in the grass. **3.** *Building Trades.* a. Also called auger, plumber's snake. (in plumbing) a device for dislodging obstructions in curved pipes, having a head fed into the pipe at the end of a flexible metal band. b. Also called wirepuller. a length of resilient steel wire, for threading through an electrical conduit so that wire can be pulled through after it. —*v.t.* **4.** to move, twist, or wind: *The road snakes among the mountains.* —*v.t.* **5.** to wind or make (one's course, way, etc.) in the manner of a snake: *to snake one's way through a crowd.* **6.** to drag or haul, esp. by a chain or rope, as a log. [bef. 1000; ME *snake,* OE *snaca;* c. MLG *snake,* ON *snākr*] —**snake´like´,** *adj.*

**snake-bird** (snāk´bûrd´), *n.* anhinga. [1785–95; Amer.; SNAKE + BIRD]

**snake-bite** (snāk´bīt´), *n.* **1.** the bite of a snake, esp. of one that is venomous. **2.** the resulting painful, toxic condition. [1830–40; SNAKE + BITE]

**snake´bite rem´edy,** *Facetious.* hard liquor.

**snake-blen-ny** (snāk´blen´ē), *n., pl.* (esp. collectively) **-ny,** (esp. *referring to two or more kinds or species*) **-nies.** any of several pricklebacks of the genus *Lumpenus.* [1910–15; SNAKE + BLENNY]

**snake´ charm´er,** an entertainer who seems to charm venomous snakes, usually by music. [1830–40]

**snake´ dance´,** **1.** a ceremonial dance of the American Indian in which snakes or representations of snakes are handled or imitated by the dancers. **2.** a parade or procession, esp. in celebration of a sports victory, in which the participants weave in single file in a serpentine course. [1765–75, Amer.]

**snake-dance** (snāk´dans´, -däns´), *v.i.,* **-danced, -danc-ing.** to perform a snake dance. [1880–85]

**snake´ doc´tor,** **1.** *South Midland and Southern U.S.* a dragonfly. **2.** a hellgrammite. [1790–1800]
—Regional Variation. **1.** See dragonfly.

**snake´ eyes´,** *Craps.* a cast of two; two aces. [1930–35]

**snake´ feed´er,** *Midland U.S.* a dragonfly. [1860–65, *Amer.*]
—Regional Variation. See dragonfly.

**snake´ fence´,** a fence, zigzag in plan, made of rails resting across one another at an angle. Also called Virginia fence, Virginia rail fence, worm fence. [1795–1805, *Amer.*]

**snake-fish** (snāk´fish´), *n., pl.* **-fish-es,** (esp. collectively) **-fish.** **1.** lizardfish. **2.** ribbonfish. [1790–1800; SNAKE + FISH]

**snake-fly** (snāk´flī´), *n., pl.* **-flies.** any neuropterous insect of the family Raphidiidae, of western North America, having an elongated prothorax resembling a neck. [1660–70; SNAKE + FLY]

**snake´ foot´,** *Furniture.* an elongated foot or short leg, as to a pedestal table, having the form of an ogee tangent to the floor surface.



snake feet

**snake-head** (snāk´hed´), *n.* **1.** a turtlehead plant. **2.** any elongate fish of the family Channidae or Ophicephalidae, having a large head with a deeply cleft mouth and able to breathe atmospheric oxygen. [1775–85, *Amer.*; SNAKE + HEAD]

**snake-hipped** (snāk´hipt´), *adj.* having thin, sinuous hips.

**snake´ in the grass´,** **1.** a treacherous person, esp. one who feigns friendship. **2.** a concealed danger. [1690–1700]

**snake´ lil´y,** a Californian plant, *Dichelostemma volu-*

---

bile, of the amaryllis family, having a twining stem and an umbel of rose-red or pink flowers. [1825–35, *Amer.*]

**snake´ mack´erel,** an elongate, deep-sea fish, *Gempylus serpens,* inhabiting tropical and temperate seas, having jutting jaws and strong teeth.

**snake-mouth** (snāk´mouth´), *n., pl.* **-mouths** (-mouthz´). See rose pogonia. [1810–20, *Amer.*; SNAKE + MOUTH; so called because of the resemblance of the flower to a snake's open mouth]

**snake´ oil´,** **1.** any of various liquid concoctions of questionable medical value sold as an all-purpose curative, esp. by traveling hucksters. **2.** *Slang.* deceptive talk or actions; bogus; humbug: *The governor promised to lower taxes, but it was the same old snake oil.* [1925–30, *Amer.*] —**snake´-oil´, *adj.***

**snake´ palm´,** devil's-tongue.

**snake´ pit´,** *Informal.* **1.** a mental hospital marked by squalor and inhumane or indifferent care for the patients. **2.** an intensely chaotic or disagreeable place or situation. Also, **snake´-pit´.** [1945–50]

**snake´ plant´,** a widely grown houseplant, *Sansevieria trifasciata,* having stiffly erect, mottled, lance-shaped leaves. [1680–85]

**Snake´ Riv´er,** a river flowing from NW Wyoming through S Idaho into the Columbia River in SE Washington: Shoshone Falls. 1038 mi. (1670 km) long.

**snake-root** (snāk´rōōt´, -rŏot´), *n.* **1.** any of various plants whose roots have been regarded as a remedy for snakebites, as the herb *Aristolochia serpentaria* (Virginia snakeroot), having a medicinal rhizome and rootlets, and the white-flowered *Polygala senega* (Seneca snakeroot), having a medicinal root. **2.** the root or rhizome of such a plant. **3.** the North American bugbane. **4.** a white eupatorium, *Eupatorium rugosum.* **5.** a plant, *Rauwolfia serpentina* (or *Rauvolfia serpentina*), whose roots are the source of reserpine and other drugs. [1625–35; SNAKE + ROOT]

**snake's-head** (snāks´hed´), *n.* See checkered lily. [1730–40]

**snake-skin** (snāk´skin´), *n.* **1.** the skin of a snake. **2.** leather made from the skin of a snake. [1815–25; SNAKE + SKIN]

**snake-stone** (snāk´stōn´), *n.* **1.** a piece of porous material popularly supposed to neutralize the toxic effect of a snakebite. **2.** See ayr stone. [1655–65; SNAKE + STONE]

**snake-weed** (snāk´wēd´), *n.* bistort (def. 1). [1590–1600; SNAKE + WEED?]

**snake-wood** (snāk´wŏod´), *n.* **1.** the heavy, dark-red wood of a South American tree, *Piratinera guianensis,* used for decorative veneers, musical instrument bows, etc. **2.** the tree that is the source of this wood. Also called letterwood. [1590–1600; SNAKE + WOOD?]

**snak-y** (snā´kē), *adj.,* **snak-i-er, snak-i-est.** **1.** of or pertaining to snakes. **2.** abounding in snakes, as a place. **3.** snakelike; twisting, winding, or sinuous. **4.** venomous; treacherous or insidious: *a snaky remark.* **5.** consisting of, entwined with, or bearing a representation of snakes or serpents, as a ring. **6.** *Australian Informal.* irritable, angry, or spiteful. [1560–70; SNAKE + -Y¹] —**snak´i-ly,** *adv.* —**snak´i-ness,** *n.*

**snap** (snap), *v.,* **snapped, snap-ping,** *n., adj., adv.* —*v.i.* **1.** to make a sudden, sharp, distinct sound; crack, as a whip; crackle. **2.** to click, as a mechanism or the jaws or teeth coming together. **3.** to move, strike, shut, catch, etc.; with a sharp sound, as a door, lid, or lock. **4.** to break suddenly, esp. with a sharp, cracking sound, as something slender and brittle: *The branch snapped.* **5.** to act or move with quick or abrupt motions of the body: *to snap to attention.* **6.** *Photog.* to take a photograph, esp. without formal posing of the subject. **7.** to make a quick or sudden bite or grab (often fol. by *at*). **8.** to utter a quick, sharp sentence or speech, esp. a command, reproof, retort, etc. (often fol. by *at*). **9.** to be radiant; sparkle; flash, as the eyes. ... **11.** to seize with or take by, or obtain as with a quick bite or grab (fol. by *up* or *off*): *The bargains were snapped up.* **12.** to secure; judge; vote, etc., hastily: *They snapped the bill through Congress.* **13.** to cause to make a sudden, sharp sound: *to snap one's fingers.* **14.** to crack (a whip). **15.** to bring, strike, shut, open, etc., with a sharp sound or movement: *to snap a lid down.* **16.** to address or interrupt (a person) quickly and sharply. **17.** to say in a sharp, crisp manner: *to snap a retort.* **18.** *Photog.* to take a photograph of, esp. quickly. **19.** *Building Trades.* to transfer (a line) to a surface by means of a chalk line. **20.** *Football.* to put (the ball) into play by tossing it back to the quarterback or other member of the offensive backfield, esp. from between the legs when bent over double and facing the line of scrimmage; center. **21.** *Hunting.* to fire (a shot) quickly, esp. without raising the gun to aim from the eye. **22.** *snap one's fingers at.* See finger (def. 16). **23.** *snap out of it,* to free oneself from; recover from: *It took him a long time to snap out of his grief.* **24.** *snap someone's head off,* See head (def. 26). **25.** *snap to,* a. to come to attention: *The troops snapped to when the colonel walked in.* b. to shape up: *If you don't snap to and study, you'll flunk the course.* —*n.* **26.** a quick, sudden action or movement, as the flick of a whip or the breaking of a twig. **27.** a short, sharp sound, as that caused by breaking a twig or closing a latch. **28.** a catch or fastener that closes by pressure and clicks together. **29.** *Informal.* briskness, vigor, or energy: *That song has a lot of snap.* **30.** a quick, sharp speech or manner of speaking: *He uttered his commands with a snap.* **31.** a quick or sudden bite or grab, as at something: *The fish ate with little snap.* **32.** something obtained by or as by biting or grabbing: *a snap of food.* **33.** a brittle cookie. **34.** a short spell or period, as of cold weather: *an unexpected cold snap.* **35.** *Photog.* a snapshot. **36.** *Informal.* an easy, profitable, or agreeable position, piece of work, or the like: *This job is a snap.*

---

**37.** *Football.* the act or an instance of snapping the ball. **38.** a snap bean. **39.** *Informal.* a snapdragon. **40.** *Brit.* a packed lunch, as that carried by a worker or traveler. **41.** not given or care a snap of one's fingers for, to regard with indifference; treat lightly. Also, not give or care a snap.
—*adj.* **42.** fastening or closing with a click or snap, as a device fitted with a spring catch: *a snap lock.* **43.** made, done, taken, etc., suddenly or offhand: *a snap judgment.* **44.** easy or simple.
—*adv.* **45.** in a brisk, sudden manner. [1485–95; < D or LG *snappen* to bite, seize] —**snap´less,** *adj.* —**snap´pa-ble,** *adj.* —**snap´ping-ly,** *adv.*

**snap-back** (snap´bak´), *n.* **1.** a sudden rebound or recovery. **2.** *Football.* snap (def. 37). [1885–90, *Amer.*; n. use of v. phrase *snap back*]

**snap´ bean´,** a crisp bean pod, as a green bean or a wax bean, that is easily broken into pieces for cooking. [1770–80]

**snap´ brim´,** **1.** a hat brim that can be turned up or down. **2.** Also called **snap´-brim hat´.** a man's fedora, usually of felt and often worn with the brim turned up in back and down in front. [1905–10] —**snap´-brim´, snap´-brimmed´,** *adj.*

**snap´ course,** an academic course that can be passed with a minimum of effort. Also called gut course. [1895–1900]

**snap-drag-on** (snap´drag´ən), *n.* **1.** any plant belonging to the genus *Antirrhinum,* of the figwort family, esp. *A. majus,* cultivated for its spikes of showy flowers, each having a corolla supposed to resemble the mouth of a dragon. **2.** flapdragon. [1565–75; SNAP + DRAGON]

**snap´ fas´tener,** a two-pieced fastening device with a projection that fits into a hole, used esp. to hold clothing, pillows, etc., together. Also called snap. *Brit.* press stud. [1925–30]

**snap-haunce** (snap´hans, -häns), *n.* an early flintlock mechanism for igniting a charge of gunpowder in a gun. Also, **snap-hance.** < D *snaphaan* (or G *Schnapphahn*) orig., highwayman, equiv. to *snap(pen)* to snatch, steal + *haan* rooster (D *haan,* G *Hahn,* parallel to cock's, mean both "rooster" and "hammer of a firearm"); source of final *s* unclear]

**snap-in** (snap´in´), *adj.* designed to be attached or held by snapping into position by snaps.

**snap´ link´,** a link with a latchlike opening through which another link or catch can be fitted. [1870–75]

**snap-off** (snap´ôf´, -of´), *adj.* removed or opened by snapping: *a snap-off lid.* [adj. use of v. phrase *snap off*]

**snap-on** (snap´on´, -ôn´), *adj.* attached or fitting into place by means of a snap or with a pressing motion: *snap-on bottle tops.* [1920–25; adj. use of v. phrase *snap on*]

**snap´ pea´,** a variety of the common pea having rounded, crisp, edible pods eaten raw or cooked. Also called sugar snap pea.

**snap-per** (snap´ər), *n., pl.* (esp. collectively) **-per,** (esp. *referring to two or more kinds or species*) **-pers** for 1, 2; (esp. for 3, 4, 5). **1.** any of several large marine food fishes of the family Lutjanidae. **2.** any of various other fishes, as the bluefish, *Pomatomus saltatrix.* **3.** See snapping turtle. **4.** *Informal.* a person in charge of a group of workers. **5.** a tuft or knot of cotton, horsehair, hemp, etc., at the tip of a whip's lash; cracker; popper. [1525–35; SNAP + -ER¹]

**snap-per-back** (snap´ər bak´), *n.* *Football* (older use). the center on the offensive team. [1885–90, *Amer.*; SNAPPER + BACK]

**snap´ping bee´tle.** See click beetle. [1865–70]

**snap´ping shrimp´,** any common shrimp of the family Alpheidae, distinguished by the snapping sound made by its enlarged claw. Also called pistol shrimp. [1940–45]

**snap´ping tur´tle,** either of two large, edible, freshwater turtles of the family Chelydridae, of North and Central America, having a large head and powerful hooked jaws, esp. the common snapping turtle, *Chelydra serpentina.* Cf. alligator snapping turtle. [1775–85, *Amer.*]



snapping turtle,
*Chelydra serpentina.*
length of carapace
to 1 ft. (0.3 m);
tail to 11 in. (28 cm)

**snap-pish** (snap´ish), *adj.* **1.** apt to snap or bite, as a dog. **2.** disposed to speak or reply in an impatient or irritable manner. **3.** impatiently or irritably sharp; curt: *a snappish reply.* [1535–45; SNAP + -ISH¹] —**snap´pish-ly,** *adv.* —**snap´pish-ness,** *n.*

**snap-py** (snap´ē), *adj.,* **-pi-er, -pi-est. 1.** apt to snap or bite; snappish, as a dog. **2.** impatient or irritable, as a person or a reply. **3.** snapping or crackling in sound, as a fire. **4.** quick or sudden in action or performance. **5.** *Informal.* crisp, smart, lively, brisk, etc.: *Only snappy people get ahead in this world.* **6.** make it snappy. *Slang.* to speed up; hurry. [1740–50; SNAP + -Y¹] —**snap´pi-ly,** *adv.* —**snap´pi-ness,** *n.*

**snap´ ring´,** *Mach.* any of various kinds of metal rings that must be forced open to be used and snap back into place to make a snug fit. [1900–05]

**snap´ roll´,** *Aeron.* a maneuver by an airplane that makes a rapid and complete revolution about its longitudinal axis while maintaining approximately level flight. [1930–35]

**snap-roll** (snap´rōl´), *Aeron.* —*v.t.* **1.** to put (an airplane) through the maneuver of a snap roll. —*v.i.* **2.** to execute a snap roll.

**snap-shoot** (snap´shōot´), *v.t.,* **-shot, -shoot-ing.** to

16

# MECHANICAL DESIGN

# AND SYSTEMS

# HANDBOOK

**HAROLD A. ROTHBART, Editor-in-Chief**

*Dean, College of Science and Engineering*
*Fairleigh Dickinson University*
*Teaneck, New Jersey*

## McGRAW-HILL BOOK COMPANY

New York  St. Louis  San Francisco  Düsseldorf  Johannesburg

Kuala Lumpur  London  Mexico  Montreal  New Delhi

Panama  Rio de Janeiro  Singapore  Sydney  Toronto

COR-ITC056777

# CONTRIBUTORS

CLAYTON H. ALLEN, Ph.D., Senior Engineering Scientist, B... Newman, Inc., Cambridge, Mass. (Section 7, Noise Control)

JOHN W. AXELSON, Ph.D., Section Chief, Packings Developm... ville Corp., Research Center, Manville, N.J. (Section 24, F... nenta (Seals))

W. H. BAIER, Ph.D., Senior Research Engineer, Armour Resea... Chicago, Ill. (Section 29, Belts)

ANTONIO F. BALDO, Ph.D., Associate Professor of Mechani... The City University of New York, New York, N.Y. (Section...

PHILIP BARKAN, Ph.D., Senior Research Engineer, General El... Switchgear and Control Division, Philadelphia, Pa. (Section...

STANLEY J. BECKER, M.S., Engineer, Advanced Techniques R... Department, General Electric Corp., Philadelphia, Pa. (Secti... and Press-fitted Assemblies)

KARL BRUNELL, B.M.E., Research Associate, Princeton Labora... Can Co., Princeton, N.J. (Section 26, Power Screws)

JOHN A. CARLSON, Ph.D., Engineering Specialist, MRD Di... American Transportation Corp., Niles, Ill. (Section 2, Comp...

SAUL FENSTER, Ph.D., Chairman, Department of Mechanic... Fairleigh Dickinson University, Teaneck, N.J. (Section 1, M... Section 18, Mechanical Design)

E. T. FORTINI, M.S., Staff Engineer, Compugraphic Corp., Readi... Lecturer in Mechanical Engineering, Lincoln College, Northeast... Boston, Mass. (Section 19, Fabrication Principles)

FERDINAND FREUDENSTEIN, Ph.D., Professor of Mechanica... Columbia University, New York, N.Y. (Section 4, Kinematics o...

THEODORE GELA, D.Sc., Professor of Metallurgy, Stevens Ins... nology, Hoboken, N.J. (Section 17, Properties of Engineering...

HERBERT H. GOULD, M.M.E., Engineer, Sperry Gyroscope C... N.Y. (Section 1, Mathematics and Section 18, Mechanical De...

MECHANICAL DESIGN AND SYSTEMS HANDBOOK

Copyright © 1964 by McGraw-Hill, Inc. All Rights Reserved. Printed in the United States of America. No p rt of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher. Library of Congress Catalog Card Number: 62-21118

07-054010-5

89-MAMM-75

COR-ITC056778

## 27-14   MECHANICAL DESIGN AND SYSTEMS HANDBOOK

The strength of a straight splined shaft is based upon the equivalent shaft diameter $d_e = D - h$.[4] The torque-carrying capacity for parallel-side splines is described in ref. 2A.

$$T = \pi(D_m/2)L\varepsilon p \quad (27.37)$$

where $i$ = number of splines
$D_m = (D + d)/2$, mean diameter, in.
$L$ = effective spline length, in.
$\varepsilon$ = contact distance, in. = $\frac{1}{2}\xi(D - d) - 2h$
$p$ = permissible side pressure, psi; $p$ is limited by material properties and stress concentration; suggested value $p = 4 \times$ permissible nominal shear stress

Maximum shear stress may be calculated by utilizing Neuber's formula; see Eq. (27.88). Stress relieving of the fillets at the spline roots (Fig. 27.13) is advisable.



FIG. 27.13. Stress-relieving fillets in spline roots.

**(e) Design**

The following equations relate to parallel-side and involute splines.[18] For relations specifically for involute splines see ref. 4 and Table 27.5.

$D$ = pitch diam
$D_o$ = outside diam
$D_i$ = inside diam
$a$ = addendum
$N$ = number of teeth
$b$ = dedendum
$P_d$ = diametral pitch
$p$ = circular pitch
$t$ = circular tooth thickness

Table 27.5. Basic Formulas for Involute Splines

$D = \dfrac{N}{P_d}$

$D_o$ (external) $= \dfrac{N+1}{P_d}$

$D_i = \dfrac{N+1}{P_d}$ (inside-diam fits only)

$p = \dfrac{\pi}{P_d}$

$t = \dfrac{p}{2}$

$a = \dfrac{0.500}{P_d}$

$b = \dfrac{0.600}{P_d} + 0.002$

| Pitch | From 2.5/5 through 4816 | From 4816 through 4816 |
| --- | --- | --- |
| $D_o$ (internal) | $\dfrac{N+1.8}{P_d}$ | $\dfrac{N+1.8}{P_d}$ |
| $D_i$ (external) | $\dfrac{N-1.8}{P_d}$ | $\dfrac{N-2}{P_d}$ |
| $b$ (internal) | $\dfrac{0.000}{P_d}$ | $\dfrac{0.000}{P_d}$ |
| $b$ (external) | $\dfrac{0.900}{P_d}$ | $\dfrac{1.000}{P_d}$ |

For outside-diam fits internal spline $a = b$
For inside-diam fits external spline $a = b$
Flat roots only:

---

## SHAFTS, COUPLINGS, KEYS, ETC.   27-15

For splines in shear, the force $P$ acting on a spline at the mean spline diameter $D_m$ given by

$$P = 2T/D_m = 4T/(D + d) \quad (27.38)$$
$$P = Lbikr_s \quad (27.39)$$

where $b$ = spline width measured at the base, in.
$k$ = coefficient accounting for nonuniform load distribution; suggested value $k = 0.75$[18]

For splines in bending, given the bending moment

$$M_b = P[(D - d)/2] \quad (27.40)$$

and the rectangular section modulus

$$Z = Lbh^2/6 \quad (27.41)$$

the bending stress

$$\sigma = 3P(D - d)/Lbh^2k = 12T(D - e)/(D + d)Lbik \quad (27.42)$$

For bearing stresses with the nominal bearing stress twice the nominal stress in compression $\sigma_c$,

$$P = (D - d)Like \quad (27.43)$$

**(b) Involute Serrations**

Involute serrations are involute splines with a pressure angle of 45° and a much finer pitch. All the definitions related to involute splines apply to involute serrations, and the same symbols are used for both. Involute serrations are used in a pitch range of $6\frac{2}{10}$ to $12\frac{8}{10}$ in. and a pitch-diameter range from 0.1 to 10.0 in.

Involute serrations are mainly used for a good fit, with no provision for sliding. Other classes of fits may be employed, however. Compared with involute splines, the teeth of involute serrations are shallower, stronger, have less radial depth of product, and frequently offer manufacturing advantages. Under the same load conditions, the contact pressure, radial forces, and resistance to sliding are greater in serrations than in splines. Finer pitches in serrations provide a wider range of index positions.

**(c) Miscellaneous**

Another type of form-locked shaft connection, the Tri-Lobe spline shaft connection, is shown in Fig. 27.14.

Fig. 27.14. Tri-Lobe spiral shaft.

## SNAP RINGS (RETAINING RINGS)

Snap rings are used to prevent axial motion of mating concentric parts, e.g., shafts and bearing sleeves. They are made of hardened steel wire and are bent round, square, or rectangular in cross section. Snap rings may be used in expansion (Fig. 27.15a, internal snap ring expanded on a shaft) or in contraction (Fig. 27.15b, internal snap ring contracted in a groove).

COR-ITC056779

17

# McGRAW-HILL
# ENCYCLOPEDIA
# OF SCIENCE &
# TECHNOLOGY



**6th Edition**

**AN INTERNATIONAL REFERENCE WORK IN
TWENTY VOLUMES INCLUDING AN INDEX**

**16   SAB-SON**

## McGRAW-HILL BOOK COMPANY

**New York   St. Louis   San Francisco**

Auckland   Bogotá   Hamburg   Johannesburg
London   Madrid   Mexico   Milan   Montreal
New Delhi   Panama   Paris   São Paulo
Singapore   Sydney   Tokyo   Toronto

McGRAW-HILL ENCYCLOPEDIA OF SCIENCE & TECHNOLOGY
Copyright © 1987, 1982, 1977, 1971, 1966, 1960 by McGraw-Hill, Inc.
All rights reserved. Printed in the United States of America.
Except as permitted under the United States Copyright Act of 1976,
no part of this publication may be reproduced or distributed
in any form or by any means, or stored in a data base or
retrieval system, without the prior written permission of the publisher.

1234567890 DODO 8943210987

Library of Congress Cataloging in Publication data

McGraw-Hill encyclopedia of science & technology.

Includes bibliographies and indexes.
1. Science—Dictionaries. 2. Technology—Dictionaries. I. Title: McGraw-Hill
encyclopedia of science and technology. II. Title: Encyclopedia of science and
technology. III. Title: Encyclopedia of science and technology.
Q121.M3  1987    503'.21    86–27422
ISBN 0-07-079292-5 [SET]

proportions present in the snail colony. Considerable efforts of population geneticists are being directed to the elucidation of other factors involved in maintenance of this complex polymorphism in natural populations of *Cepaea*. SEE GASTROPODA; MOLLUSCA; POLYMORPHISM (GENETICS).

W. D. Russell-Hunter

## Snap ring

A form of spring used principally as a fastener. Piston rings are a form of snap ring used as seals. The ring is elastically deformed, put in place, and allowed to snap back toward its unstressed position into a groove or recess. The snap ring may be used externally to provide a shoulder that retains a wheel or a bearing race on a shaft, or it may be used internally to provide a construction that confines a bearing race in the bore



Snap rings hold ball-bearing race in place. Internal ring supports axial thrust of axle. External ring aligns inner race against shoulder of shaft.

of a machine frame (see illus.). The size of the ring and its recess determines its strength under load. Sufficient clearance and play is needed in the machine so that the ring can be inserted and seated. SEE ANTIFRICTION BEARING; INTERNAL COMBUSTION ENGINE; SPRING (MACHINES).

L. Sigfred Linderoth, Jr.

**Bibliography.** H. Carlson, *Spring Designers Handbook*, 1978.

## Snow

Frozen precipitation resulting from the growth of ice crystals from water vapor in the Earth's atmosphere.

**Formation and growth.** As ice particles fall out in the atmosphere, they melt to raindrops when the air temperature is a few degrees above 32°F (0°C), or accumulate on the ground at colder temperatures. At temperatures above −40°F (−40°C), individual crystals begin growth on icelike aerosols (often clay particles 0.1 micrometer in diameter), or grow from cloud droplets (10 micrometers in diameter) frozen by similar particles. At lower temperatures, snow crystals grow on cloud droplets frozen by random molecular motion. At temperatures near 25°F (−4°C), crystals sometimes grow on ice fragments produced during soft hail (graupel) growth. Snow crystals often grow in the supersaturated environment provided by a cloud of supercooled droplets; this is known as the





Fig. 1. Graphs showing variation of vapor pressure with temperature. (a) Vapor of supercooled water and ice. (b) Vapor pressure difference between supercooled water and ice. Maximum occurs at 9.5°F (−12.5°C).

Bergeron-Findeisen process for formation of precipitation. When crystals are present in high concentrations (100 particles per liter) they grow in supersaturations lowered by mutual competition for available vapor. Figure 1 shows the vapor pressure of water and ice and vapor pressure excess of supercooled water over ice at different temperatures. The difference has a maximum near 9.5°F (−12.5°C).

Ice crystals growing under most atmospheric conditions (air pressure down to 0.2 atm or 20 kilopascals and temperatures 32 to −58°F or 0 to −50°C) have a hexagonal crystal structure, consistent with the arrangement of water molecules in the ice lattice, which leads to striking hexagonal shapes during vapor growth. The crystal habit (ratio of growth along and perpendicular to the hexagonal axis) changes dramatically with temperature. Both field and laboratory studies of crystals grown under known or controlled conditions show that the crystals are platelike above 27°F (−3°C) and between 18 and −13°F (−8 and −25°C), and columnlike between 27 and 18°F (−3 and −8°C) and below −13°F (−25°C). Aspect ratios can be large—hexagonal plates being 50 μm thick and several millimeters across, and hexagonal columns being 100 μm across and several millimeters long. Individual crystals fall in the atmosphere at velocity up to 0.5 m s⁻¹ (1.6 ft s⁻¹). As crystals grow, they fall at higher velocity, which leads, in combination with the high moisture availability in a supercooled droplet cloud, to sprouting of the corners to form needle or dendrite skeletal crystals. These are more evident between 25 and 23°F (−4 and −5°C) and 10 and 3°F (−12 and −16°C).

As crystals fall through the atmosphere into levels of different temperature and moisture availability, their growth form changes with the environmental conditions: crystals of composite growth form (plates or dendrites with columns at the corners, a column

compared to an international standard, the Peedee belemnite. The carbon of the carbon dioxide in most of the mineral springs of Europe, the United States, and Asia Minor is close to zero in $^{13}C$ isotope composition. It is inferred that the carbon dioxide is from the breakdown (metamorphism) of the carbonate minerals in rocks of marine sedimentary origin.

Carbon dioxide from mineral springs of volcanic islands of the Atlantic Ocean seems to come from the source of the volcanic rocks, the Earth's mantle, because of the similarity of the isotope compositions of the carbon dioxide in the springs and in carbon dioxide bubbles in volcanic rocks erupted on the deep ocean floor in the $-4$ to $-8$ per thousand range. Carbon dioxide from great depth also discharges through springs in the Sierra Nevada, California, and the Alaska peninsula. In mineral springs from the Rocky Mountains, carbon dioxide comes from both very deep sources and the shallower chemical reactions of marine rocks.

A third source of carbon dioxide is organic material. Springs in the Coast Ranges of California, along the Copper River of Alaska, and in New Zealand yield mixtures of carbon dioxide and methane. The carbon dioxide is depleted in carbon-13 and probably comes from the breakdown of organic (woody) materials in the sedimentary rocks.

**Salts.** Other solutes in the mineral springs are inferred to come from the rocks, but isotope data do not show origins. Salt deposits are sources for solutes in some instances. There are many mineral springs for which there is no possible salt deposit source for the solutes. Chemical compositions may be used to infer the sources of the solutes. Chloride-rich waters in marine sedimentary rocks also contain bromide, iodide, and boron. During metamorphism of the rock the waters may be retained as fluid inclusions or as films along grain boundaries. Flushing of the retained brines may result in the saline springs occasionally found in metamorphic terranes.

**Chemical equilibrium.** The chemical compositions of spring waters are seldom in chemical equilibrium with the air. Groundwaters whose recharge is through grasslands may contain a thousand times as much $CO_2$ as would be in equilibrium with air, and those whose recharge is through forests may contain a hundred times as much as would be in equilibrium with air. The high $CO_2$ content, along with other solutes, makes some spring waters quite nutrient to aquatic plants. If the $CO_2$-rich groundwater has dissolved calcite, loss of $CO_2$ in a spring (chiefly by photosynthesis) may cause the calcite to precipitate to make travertine. Groundwater flowing through rocks or sediments containing organic material or reduced minerals such as sulfides loses its dissolved oxygen by oxidizing the organic matter and the sulfides. When the dissolved oxygen is lost, iron enters the groundwater as ferrous ion, $Fe^{2+}$. The $Fe^{2+}$ is not chemically compatible with air, and springs containing $Fe^{2+}$ lose it as $Fe(OH)_3$ upon oxidation. Thin films of $Fe(OH)_3$ on the water surface are iridescent and resemble oil films. Unlike oil films, the $Fe(OH)_3$ films are brittle and if ruptured do not reform. Accumulations of the iron precipitates may lead to bog iron ores. Sulfate in groundwater may be reduced in the presence of organic matter to $H_2S$, giving some springs the odor of rotten eggs. *SEE GEYSER; GROUNDWATER HYDROLOGY.*

*Ivan Barnes*

## Spring (machines)

A machine element for storing energy as a function of displacement. The flywheel, in contrast, is a means for storing energy as a function of angular velocity. Force applied to a spring member causes it to deflect through a certain displacement thus absorbing energy. *SEE FLYWHEEL.*

A spring may have any shape and may be made from any elastic material. Even fluids can behave as compression springs and do so in fluid pressure systems. Most springs take on specific and familiar shapes such as helix, flat, or leaf springs. All mechanical elements behave to some extent as springs because of the elastic properties of engineering materials.

**Uses.** Energy may be stored in a spring for many uses: to be released later, to be absorbed at the instant the energy first appears, and so on.

**Motive power.** One of the early and still the most frequent uses of springs is to supply motive power in a mechanism. Common examples are clock and watch springs, toy motors, and valve springs in auto engines. In these, energy is supplied to, and stored in, the spring by applying a force through a suitable mechanism to deflect or deform the spring. The energy is released from the spring by allowing it to push (as in the valve) or twist (as in a clock) a mechanism through a required displacement.

**Return motion.** A special case of the spring as a source of motive power is its use for returning displaced mechanisms to their original positions, as in the door-closing device, the spring on the cam follower for an open cam, and the spring as a counterbalance. To a certain extent the springs in vehicles of transportation are in this category. They are designed to keep the car at a certain level with respect to the road or rails, returning the vehicle to this position if displaced by applied forces.

**Shock absorbers.** Frequently a spring in the form of a block of very elastic material such as rubber absorbs shock in a mechanism. For example, the four legs of a punch press rest on four blocks of rubber. The rubber pads prevent the die-closing inertia forces of the press from transferring down through the legs to the floor with impact or hammer blow proportions. With the rubber pads under the press legs, the force on the floor builds up relatively slowly and no shock is evident. As the acceleration of the die block goes to zero, the inertia force goes to zero and the rubber pads, which were deflected by the press blow, are relaxed and ready for the next stroke of the press die. The whole press moves up and down relative to the floor, but by proper selection of the rubber pad the elastic constant is such that this motion is small. *SEE SHOCK ABSORBER.*

**Vibration control.** Springs serve an important function in vibration control by supplying the necessary flexibility in the support of the vibrating mechanism and the required opposing forces as a result of their deflection. In controlling vibration, the body or mass of the mechanism must be freely supported so as to generate forces opposing the vibrating forces. These opposing forces tend to bring the sum of the forces on the vibrating body to zero. Vibration absorbing mounts are available in a wide range of sizes and spring constants to meet most requirements. These do not prevent vibration, which is a function of speed and the balance of the mechanism, but rather they minimize its effect on the machine frame or the

mounting. SEE SHOCK ISOLATION.

**Force measurement.** Springs have long been used in simple weighing devices. Accurate weighing is usually associated with dead-weight devices or balances, but modern spring scales have received wide acceptance and certification for commercial use. Extremely accurate springs for heavy loads used to calibrate testing machines, and they are employed in scales over crane hooks for weighing material as it is hoisted. Carefully calibrated springs are used in instruments such as electric meters and pressure gages. SEE BALANCE.

**Retaining rings.** A relatively modern machine part in which the spring function is used as a holding means is the retaining or snap ring. This device is a split ring of square, rectangular, or special cross section. It fits in a groove on a cylindrical surface or in a bore and stays in place by spring force. A retaining ring prevents or restrains relative axial motion between a shaft or bore and the components on the shaft or in the bore. SEE SNAP RING.

**Types.** Springs may be classified into six major types according to their shape. These are flat or leaf,





**Fig. 1. Flat or leaf spring responds to perpendicular forces in either direction.**

helical, spiral, torsion bar, disk, and constant force springs.

**Flat or leaf spring.** A leaf spring is a beam of cantilever design with a deliberately large deflection under a load (Fig. 1). One end of a leaf spring is usually firmly anchored to the frame of the machine and the other end is linked to the moving machine elements by a two-force (pin-ended) link. Force may be tension or compression with no modification of the design. This push-pull feature is the great advantage of a leaf spring, plus the fact that a relatively large amount of energy can be stored in a small space.

**Helical spring.** The helical spring consists essentially of a bar or wire of uniform cross section wound into a helix. The last turn or two at each end of the spring is modified to a plane surface perpendicular to the helix axis, and force can then be applied to put

**Fig. 2. Helical spring. (a) Wound tight to extend under axial tension. (b) Wound loose contract under axial compression.**

the helix in compression. The ends of the spring helix may be modified into hooks or eyes so that a force may be applied in tension. In general it is necessary to design helical springs so that force may be transmitted either in tension or in compression but not both ways for the same spring (Fig. 2). Where reversing forces occur in a spring mechanism, it is better to use a bar or leaf spring and in some cases a disk spring.

**Spiral spring.** In a spiral spring, the spring bar or wire is wound in an Archimedes spiral in a plane.



flat spiral

applied torque, reversing



stroke or deflection

conical

force, reversing

**Fig. 3. Spiral spring is unique in responding torsional or translational forces.**

B

REDACTED

3

**Exhibits 3**

**Materials Considered**

| | |
|---|---|
| Exh. 1: | U.S. Patent 6,545,845 |
| Exh. 2: | My CV, Patents and Publications |
| Exh. 3: | Materials Considered List |
| Exh. 4: | Random House Dictionary 2nd Ed., Random House, New York (1987) |
| Exh. 5: | Harold A. Rothbart " Mechanical Designs and Systems Handbook, McGraw Hill Book Company (1964) at § 27.4, at §20.15 |
| Exh. 6: | McGraw Hill Encyclopedia of Science and Technology, 6th ed., McGraw Hill Book Co. (1987) |
| Exh. 7: | 6,545,845 File History, STX 000733; STX 000790-91 |
| Exh. 8: | U.S. Patent 4,805,055 |
| Exh. 9.: | Summary '845 Claim Construction Chart |
| Exh. 10: | Order of Hon. Robinson dated August 9, 2005 |
| Exh. 11: | COR-ITC 000306 |
| Exh. 12: | COR-ITC 056777-79 |
| Exh. 13: | STX 000773 |

-Seagate Technology LLC's ITC and Delaware Complaint and  Claim Charts
-Deposition Transcripts and Exhibits to
    Andre Liem
    David Bogy
-The Cornice SE ("accused product")
- Prosecution file of U.S. Patent Application No. 10/218,240, issued as U.S. Patent No. 6,744,606
- Prosecution file of U. S. Provisional Application No. 60/312,023
-Gitis's ITC Expert Reports and all documents cited and referenced
- http://www.truarc.com/ourhistory.php
-All other materials mentioned or referenced in this report
-All materials considered in the context of any other report

4

# THE
# RANDOM HOUSE
# DICTIONARY
## OF THE
## ENGLISH
## LANGUAGE

### Second Edition

### Unabridged

*Dedicated to the memory of*
*Jess Stein*

COPYRIGHT © 1987, BY RANDOM HOUSE, INC.

First Edition: Copyright © 1983, 1981, 1979, 1973, 1971, 1970, 1969, 1967, 1966, by Random House, Inc.

All rights reserved under International and Pan-American Copyright Conventions. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, without permission in writing from the publisher. All inquiries should be addressed to Reference Department, Random House, Inc., 201 E. 50th Street, New York, N.Y. 10022. Published in the United States by Random House, Inc., and simultaneously in Canada by Random House of Canada Limited, Toronto

*The Random House Dictionary of the English Language* and its abbreviations, RHD, RHDEL, RHD-I, and RHD-II, are trademarks of Random House, Inc.

Library of Congress Cataloging-in-Publication Data
The Random House dictionary of the English language.
(Random House dictionaries)
1. English language—Dictionaries. I. Flexner,
Stuart Berg. II. Series.
PE1625.R3  1987     423     87-4500
ISBN 0-394-50050-4; 0-394-56500-2 deluxe ed.

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all words or terms in which proprietary rights may exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

*The Concise French Dictionary*, edited by Francesca L. V. Langbaum, Copyright © 1983, 1954, by Random House, Inc.

*The Concise German Dictionary*, edited by Jenni Karding Moulton, Copyright © 1983, 1959, by Random House, Inc.

*The Concise Italian Dictionary*, edited by Robert A. Hall, Jr., Copyright © 1983, 1957, by Random House, Inc.

*The Concise Spanish Dictionary*, edited by Donald F. Solá, Copyright © 1983, 1954, by Random House, Inc.

Entire contents of the Atlas, Copyright © 1987, by C. S. Hammond & Company.

*International Phonetic Alphabet*, courtesy International Phonetic Association.

Manufactured in the United States of America

r.s/uh

**snap′ ring′,** *Mach.* any of various kinds of metal rings that must be forced open to be used and snap back into place to make a snug fit. [1900–05]

**snail/ dart´er**, a tan, striped, snail-eating perch, *Percina tanasi*, 2 in. (5.5 cm) long, occurring only in the Tennessee River: a threatened species. [1970–75]

**snail/ fe´ver**, schistosomiasis. [1945–50; sc called because the parasites that cause the disease are carried by snails]

**snail-fish** (snāl´fish´), n., pl. (esp. collectively) -fish, (esp. *referring to two or more kinds or species*) -fish-es. any of several elongate, smooth-skinned fishes of the family Liparididae, inhabiting cold seas, having the ventral fins modified to form a sucking disk. [1830–40; SNAIL + FISH]

**snail-flow-er** (snāl´flou´ər), n. a tropical vine, *Vigno conrolia*, of the legume family, having fragrant, yellow-ish or purplish flowers, a segment of which is shaped like a snail's shell. Also called **corkscrew flower**. [1660–80; SNAIL + FLOWER]

**snail-paced** (snāl´pāst´), adj. slow of pace or motion, like a snail: sluggish. [1585–95]

**snail's pace´**, an extremely slow rate: *The work progresses at a snail's pace.* [1400–50; late ME]

**snake** (snāk), n., v., snaked, snak-ing. —n. 1. any of numerous limbless, scaly, elongate reptiles of the suborder Serpentes, comprising venomous and nonvenomous species inhabiting tropical and temperate areas. 2. a treacherous person; an insidious enemy. Cf. *snake in the grass*. 3. *Building Trades.* a. Also called *auger*, *plumber's snake*. in plumbing: a device for dislodging obstructions in curved pipes. having a head fed into the pipe at the end of a flexible metal band. b. Also called *wirepuller*. a length of resilient steel wire, for threading through an electrical conduit so that wire can be pulled through after it. —v.t. 4. to move, twist, or wind: *The road snakes among the mountains.* —v.t. 5. to wind or make one's course, way, etc.) in the manner of a snake: *to snake one's way through a crowd.* 6. to drag or haul. esp. by a chain or rope, as a log. [bef. 1000; ME *snake*; OE *snaca*; c MLG *snake*, ON *snākr*] —snake/like´, adj.

**snake-bird** (snāk´bûrd´), n. anhinga. [1675–85, Amer.; SNAKE + BIRD]

**snake-bite** (snāk´bīt´), n. 1. the bite of a snake, esp. of one that is venomous. 2. the resulting painful, toxic condition. [1830–40; SNAKE + BITE]

**snake/bite rem´edy**, *Facetious.* hard liquor.

**snake-blen-ny** (snāk´blen´ē), n., pl. (esp. collectively) -ny, (esp. *referring to two or more kinds or species*) -nies. any of several pricklebacks of the genus *Lumpenus*. [1910–15; SNAKE + BLENNY]

**snake´ charm´er**, an entertainer who seems to charm venomous snakes, usually by music. [1830–40]

**snake´ dance´**, 1. a ceremonial dance of the American Indian in which snakes or representations of snakes are handled or imitated by the dancers. 2. a parade or procession, esp. in celebration of a sports victory, in which the participants weave in single file in a serpentine course. [1765–75, Amer.]

**snake-dance** (snāk´dans´, -däns´), v.i., -danced, -danc-ing. to perform a snake dance. [1880–85]

**snake´ doc´tor**, 1. *South Midland and Southern U.S.* a dragonfly. 2. a hellgrammite. [1790–1800]
 —Regional Variation. 1. See *dragonfly*.

**snake´ eyes´**, *Craps.* a cast of two; two aces. [1930–35]
 —Regional Variation. See *dragonfly*.

**snake/ feed´er**, *Midland U.S.* a dragonfly. [1860–65, Amer.]
 —Regional Variation. See *dragonfly*.

**snake/ fence´**, a fence, zigzag in plan, made of rails resting across one another at an angle. Also called **Virginia fence**, **Virginia rail fence**, **worm fence**. [1795–1805, Amer.]

**snake/ fish´** (snāk´fish´), n., pl. -fish-es. (esp. collectively) -fish. 1. lizardfish. 2. ribbonfish. [1790–1800; SNAKE + FISH]

**snake-fly** (snāk´flī´), n., pl. -flies. any neuropterous insect of the family Raphidiidae, of western North America, having an elongated prothorax resembling a neck. [1660–70; SNAKE + FLY†]

**snake/ foot´**, *Furniture.* an elongated foot or short leg, as to a pedestal table. having the form of an ogee tangent to the floor surface.



snake feet

**snake-head** (snāk´hed´), n. 1. a turtlehead plant. 2. any elongate fish of the family Channidae (or Ophicephalidae), having a large head with a deeply cleft mouth and able to breathe atmospheric oxygen. [1775–85, Amer.; SNAKE + HEAD]

**snake-hipped** (snāk´hipt´), adj. having thin, sinuous hips.

**snake´ in the grass´**, 1. a treacherous person, esp. one who feigns friendship. 2. a concealed danger. [1690–1700]

**snake/ lil´y**, a Californian plant, *Dichelostemma volubile*, of the amaryllis family, having a twining stem and an umbel of rose-red or pink flowers. [1825–35, Amer.]

**snake/ mack´er-el**, an elongate, deep-sea fish, *Gempylus serpens*, inhabiting tropical and temperate seas, having jutting jaws and strong teeth.

**snake-mouth** (snāk´mouth´), n. pl. -mouths (-mouthz´). See rose pogonia. [1810–20, Amer.; SNAKE + MOUTH; sc called because of the resemblance of the flower to a snake's open mouth.]

**snake/ oil´**, 2. any of various liquid concoctions of questionable medical value sold as an all-purpose curative, esp. by traveling hucksters. 2. *Slang.* deceptive talk or actions; hooey; bunkum: *The governor promised to lower taxes, but it was the same old snake oil.* [1925–30, Amer.] —snake´-oil´, adj.

**snake/ palm´**, devil's-tongue.

**snake/ pit´**, *Informal.* 1. a mental hospital marked by squalor and inhumane or indifferent care for the patients. 2. an intensely chaotic or disagreeable place or situation. Also, **snake-pit**. [1945–50]

**snake/ plant´**, a widely grown houseplant, *Sansevieria trifasciata*, having stiffly erect, mottled, lance-shaped leaves. [1860–85]

**Snake/ River´**, a river flowing from NW Wyoming through S Idaho into the Columbia River in SE Washington: Shoshone Falls. 1038 mi. (1670 km) long.

**snake-root** (snāk´ro̅o̅t´, -ro͝ot´), n. 1. any of various plants whose roots have been regarded as a remedy for snakebites, as the herb *Aristolochia serpentaria* (Virginia snakeroot), having a medicinal rhizome and rootlets, and the white-flowered *Polygala senega* (Seneca snakeroot), having a medicinal root. 2. the root or rhizome of such a plant. 3. the North American bugbane. 4. a white euphorbium, *Eupatorium rugosum*. 5. a plant, *Rauwolfia serpentina* or *Rauvolfia serpentina*, whose roots are the source of reserpine and other drugs. [1625–35; SNAKE + ROOT†]

**snake/shead/ lil´y**, See checkered lily. [1730–40]

**snake-skin** (snāk´skin´), n. 1. the skin of a snake. 2. leather made from the skin of a snake. [1755; SNAKE + SKIN]

**snake-stone** (snāk´stōn´), n. 1. a piece of porous material popularly supposed to neutralize the toxic effect of a snakebite. 2. See **ague stone**. [1655–65; SNAKE + STONE]

**snake-weed** (snāk´wēd´), n. 1. bistort (def. 1). [1590–1600; SNAKE + WEED†]

**snake-wood** (snāk´wo͝od´), n. 1. the heavy, dark-red wood of a South American tree, *Piratinera guianensis*, used for decorative veneers, musical instrument bows, etc. 2. the tree that is the source of this wood. Also called letterwood. [1690–1600; SNAKE + WOOD]

**snak-y** (snāk´ē), adj., snak-i-er, snak-i-est. 1. of or pertaining to snakes. 2. abounding in snakes, as a place. 3. snakelike; twisting, winding, or sinuous. 4. venomous; treacherous or insidious: *a snaky remark.* 5. consisting of, entwined with, or bearing a representation of snakes or serpents, as a ring. 6. *Australian Informal.* irritable, angry, or spiteful. [1560–70; SNAKE + -Y†] —snak´i-ly, adv. —snak´i-ness, n.

**snap** (snap), v., snapped, snap-ping, n., adj., adv. —v.i. 1. to make a sudden, sharp, distinct sound; crack, as a whip; crackle. 2. to click, as a mechanism or the jaws of teeth coming together. 3. to move, strike, shut, catch, etc. with a sharp sound, as a door, lid, or lock. 4. to break suddenly, esp. with a sharp, cracking sound, as something slender and brittle: *The branch snapped.* 5. to act or move with quick or abrupt motions of the body; to snap to attention. 6. *Photog.* to take a photograph, esp. without formal posing of the subject. 7. to make a quick or sudden bite or grab (often fol. by *at*). 8. to utter a quick, sharp sentence or speech, esp. a command, reproof, retort, etc. (often fol. by *at*). 9. to be radiant; sparkle; flash, as the eyes. —v.t. 10. to seize with or take, buy, or obtain as with a quick bite or grab (fol. by *up* or *off*): *The bargains were snapped up.* 11. to secure, judge, vote, etc. hastily: *They snapped the bill through Congress.* 12. to cause to make a sudden, sharp sound: *to snap one's fingers.* 13. to crack (a whip). 14. to bring, strike, shut, open, operate, etc., with a sharp sound or movement: *to snap a lid down.* 15. to address or interrupt (a person) quickly and sharply. 16. to say or utter (words, a command, a retort, etc.) in a quick, sharp manner: *to snap complaints.* 17. to break suddenly, esp. with a cracking sound: *to snap a stick in half.* 18. *Photog.* to take a photograph, esp. quickly. 19. *Building Trades.* to transfer (a line) to a surface by means of a chalk line. 20. *Football.* to put the ball) into play by tossing it back to the quarterback or other member of the offensive backfield, esp. from between the legs when bent over double and facing the line of scrimmage; center. 21. *Hunting.* to fire (a shot) quickly, esp. without raising the gun to aim from the eye. 22. snap one's fingers at. See *finger* (def. 16). 23. snap out of, to free oneself from; recover from: *It took him a long time to snap out of his grief.* 24. snap someone's head off. See *bite* (def. 20). 25. snap to, a. to come to attention: *The troops snapped to when the colonel walked in.* b. to shape up: *If you don't snap to and study, you'll flunk the course.* —n. 26. a quick, sudden action or movement, as the flick of a whip or the breaking of a twig. 27. a short, sharp sound, as that caused by breaking a twig or closing a latch. 28. a catch or fastener that closes by pressure and clicks together. 29. *Informal.* briskness, vigor, or energy: *That song has a lot of snap.* 30. a quick, sharp speech or manner of speaking: *He uttered his commands with a snap.* 31. a quick or sudden bite or grab, as at something: *The fish ate with little snaps.* 32. something obtained by or as by biting or grabbing: *a snap of food.* 33. a brittle cookie. 34. a short spell or period, as of cold weather, an unexpected cold snap. 35. *Photog.* a snapshot. 36. *Informal.* an easy, profitable, or agreeable position, piece of work, or the like: *This job is a snap.*

37. *Football.* the act or an instance of snapping the ball. 38. a snap bean. 39. *Informal.* a snapdragon. 40. *Brit.* a packed lunch, as that carried by a worker or traveler. 41. not give or care a snap of one's fingers for, to regard with indifference; treat lightly. Also, not give or care a snap.
 —adj. 42. fastening or closing with a click or snap, as a device fitted with a spring catch: *a snap lock.* 43. made, done, taken, etc., suddenly or offhand: *a snap judgment.* 44. easy or simple.
 —adv. 45. in a brisk, sudden manner. [1485–95; < D or LG *snappen* to bite, seize] —snap/less, adj. —snap´pa-ble, adj. —snap/ping-ly, adv.

**snap-back** (snap´bak´), n. 1. a sudden rebound or recovery. 2. *Football.* snap (def. 37). [1885–90, Amer.; n. use of v. phrase *snap back*]

**snap/ bean´**, a crisp bean pod, as a green bean or a wax bean, that is easily broken into pieces for cooking. [1760–70, Amer.]

**snap/ brim´**, 1. a hat brim that can be turned up or down. 2. Also called **snap´-brim´ hat**. a man's fedora, usually of felt and often worn with the brim turned up in back and down in front. [1905–10] —snap-brim´, adj. —snap-brimmed´, adj.

**snap/ course´**, an academic course that can be passed with a minimum of effort. Also called **gut course**. [1885–1900]

**snap-drag-on** (snap´drag´ən), n. 1. any plant belonging to the genus *Antirrhinum*, of the figwort family, esp. *A. majus*, cultivated for its spikes of showy flowers, each having a corolla supposed to resemble the mouth of a dragon. 2. flapdragon. [1565–75; SNAP + DRAGON]

**snap/ fas´tener**, a two-pieced fastening device with a projection that fits into a hole, used to hold clothing, pillows, etc., together. Also, esp. Brit. press stud. [1925–30]

**snap-haunce** (snap´hans, -häns), n. an early flintlock mechanism for igniting a charge of gunpowder in a gun. [1580–90; < D *snaphaan* (or G *Schnapphahn*) orig., highwayman, equiv. to *snap(pen)* to snatch, snap + *haan* rooster (D *haan*, G *Hahn*, parallel to cock), mean both "rooster" and "hammer of a firearm"; source of final n unclear]

**snap-in** (snap´in´), adj. designed to be attached or held by snapping into position by snaps.

**snap/ link´**, a link with a latchlike opening through which another link or catch can be fitted. [1870–75]

**snap-off** (snap´ôf´, -of´), adj. removed or opened by snapping: *a snap-off lid.* [adj. use of v. phrase *snap off*]

**snap-on** (snap´on´, -ôn´), adj. attached or fitting into place by means of a snap or with a pressing motion: *snap-on bottle tops.* [1920–25; adj. use of v. phrase *snap on*]

**snap/ pea´**, a variety of the common pea having rounded, crisp, edible pods eaten raw or cooked. Also called sugar snap pea.

**snap-per** (snap´ər), n., pl. (esp. collectively) -per, (esp. *referring to two or more kinds or species*) -pers for 1, 2, -pers for 3, 4. 5. any of several large marine food fishes of the family Lutjanidae. 2. any of various other fishes, as the bluefish, *Pomatomus saltatrix*. 3. See snapping turtle. 4. *Informal.* a person in charge of a group of workers. 5. a tuft or knot of cotton, horsehair, hemp, etc., at the tip of a whip's lash; cracker; popper. [1555–85; SNAP + -ER†]

**snap-per-back** (snap´ər bak´), n. *Football* (older use). the center on the offensive team. [1885–90, Amer.; SNAPPER + BACK†]

**snap/ping bee´tle**. See click beetle. [1865–70]

**snap/ping shrimp´**, any common shrimp of the family Alpheidae, distinguished by the snapping sound made by its enlarged claw. Also called pistol shrimp. [1940–45]

**snap/ping tur´tle**, either of two large, edible, freshwater turtles of the family Chelydridae, of North and Central America, having a large head and powerful hooked jaws, esp. the common snapping turtle, *Chelydra serpentina*. Cf. alligator snapping turtle. [1775–85, Amer.]



snapping turtle, *Chelydra serpentina*, length of carapace to 1 ft. (0.3 m); tail to 11 in. (28 cm)

**snap-pish** (snap´ish), adj. 1. apt to snap or bite, as a dog. 2. disposed to speak or reply in an impatient or irritable manner. 3. impatiently or irritably sharp; curt: *a snappish reply.* [1535–45; SNAP + -ISH†] —snap´pish-ly, adv. —snap´pish-ness, n.

**snap-py** (snap´ē), adj., -pi-er, -pi-est. 1. apt to snap or bite; snappish, as a dog. 2. impatient or irritable, as a person or a reply. 3. snapping or crackling in sound, as a fire. 4. quick or sudden in action or performance. 5. *Informal.* crisp, smart, lively, brisk, etc.: *Only snappy people get cheered in this world.* 6. make it snappy, *Slang.* to speed up; hurry. [1740–50; SNAP + -Y†] —snap´pi-ly, adv. —snap´pi-ness, n.

**snap/ ring´**, *Mach.* any of various kinds of metal rings that must be forced open to be seated and snap back into place to make a snug fit. [1900–05]

**snap/ roll´**, *Aeron.* a maneuver in which an airplane makes a rapid and complete revolution about its longitudinal axis while maintaining approximately level flight. [1935–35]

**snap-roll** (snap´rōl´), *Aeron.* —v.i. 1. to put (an airplane) through the maneuver of a snap roll. —v.t. 2. to execute a snap roll.

**snap-shoot** (snap´sho͞ot´), v.t., -shot, -shoot-ing. to

5

# MECHANICAL DESIGN AND SYSTEMS HANDBOOK

**HAROLD A. ROTHBART, Editor-in-Chief**

*Dean, College of Science and Engineering*
*Fairleigh Dickinson University*
*Teaneck, New Jersey*

## McGRAW-HILL BOOK COMPANY

New York   St. Louis   San Francisco   Düsseldorf   Johannesburg
Kuala Lumpur   London   Mexico   Montreal   New Delhi
Panama   Rio de Janeiro   Singapore   Sydney   Toronto

COR-ITC056777

## CONTRIBUTORS

CLAYTON H. ALLEN, Ph.D., *Senior Engineering Scientist, B Newman, Inc., Cambridge, Mass.* (Section 7, Noise Control)

JOHN W. AXELSON, Ph.D., *Section Chief, Packings Developm nville Corp. Research Center, Manville, N.J.* (Section 24, F nents (Seals))

W. H. BAIER, Ph.D., *Senior Research Engineer, Armour Resea Chicago, Ill.* (Section 29, Belts)

ANTONIO F. BALDO, Ph.D., *Associate Professor of Mechanic The City University of New York, New York, N.Y.* (Section

PHILIP BARKAN, Ph.D., *Senior Research Engineer, General El Switchgear and Control Division, Philadelphia, Pa.* (Section

STANLEY J. BECKER, M.S., *Engineer, Advanced Techniques R Department, General Electric Corp., Philadelphia, Pa.* (Secti and Press-fitted Assemblies)

KARL BRUNELL, B.M.E., *Research Associate, Princeton Laborc Cen Co., Princeton, N.J.* (Section 26, Power Screws)

JOHN A. CARLSON, Ph.D., *Engineering Specialist, MRD D American Transportation Corp., Niles, Ill.* (Section 2, Comp

SAUL FENSTER, Ph.D., *Chairman, Department of Mechanica Fairleigh Dickinson University, Teaneck, N.J.* (Section 1, M Section 18, Mechanical Design)

E. T. FORTINI, M.S., *Staff Engineer, Computraphic Corp., Read Lecturer in Mechanical Engineering, Lincoln College, Northwest Boston, Mass.* (Section 19, Fabrication Principles)

FERDINAND FREUDENSTEIN, Ph.D., *Professor of Mechanic. Columbia University, New York, N.Y.* (Section 4, Kinematics o

THEODORE GELA, D.Sc., *Professor of Metallurgy, Stevens Ins nology, Hoboken, N.J.* (Section 17, Properties of Engineering

HERBERT H. GOULD, M.M.E., *Engineer, Sperry Gyroscope Co N.Y.* (Section 1, Mathematics and Section 18, Mechanical De

---

MECHANICAL DESIGN AND SYSTEMS HANDBOOK

Copyright © 1964 by McGraw-Hill, Inc. All Rights Reserved. Printed in the United States of America. No p rt of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher    Lib ary of Congress Catalog Card Number: 62-21118

07-054019-5

80–MAMM–7 5

COR-ITC056778




## 27-14    MECHANICAL DESIGN AND SYSTEMS HANDBOOK

The strength of a straight splined shaft is based upon the equivalent shaft diameter $d_e = D - h$.[4] The torque-carrying capacity for parallel-side splines is described in ref. 24.

$$T = \tau(D_m/2)iLsp \quad (27.37)$$

where $i$ = number of splines
$D_m = (D+d)/2$, mean diameter, in.
$L$ = effective spline length, in.
$s$ = contact distance, in. $= \frac{1}{2}(D-d) - 2h$
$p$ = permissible side pressure, psi; $p$ is limited by material properties and stress concentration; suggested value $p = 4 \times$ permissible nominal shear stress

Maximum shear stress may be calculated by utilizing Neuber's formula; see ref. 4 and 5. Stress relieving of the fillets at the spline roots (Fig. 27.13) is advisable.

**FIG. 27.13.** Stress-relieving fillets in spline roots.

### (e) Design

The following equations relate to parallel-side and involute splines.[1] For relations specifically for involute splines see ref. 4 and Table 27.5.

**Table 27.5. Basic Formulas for Involute Splines**

$D_s$ = pitch diam     $P_d$ = diametral pitch
$D_o$ = outside diam   $p$ = circular pitch
$D_i$ = inside diam    $t$ = circular tooth thickness
$a$ = addendum
$N$ = number of teeth

Flat and fillet roots:

| Pitch | From 2.5/5 through 12/24 | From 12/24 through 48/96 |
|---|---|---|
| $D_s$ (internal) ......... | $\dfrac{N+1.8}{P_d}$ | $\dfrac{N+1.8}{P_d}$ |
| $D_s$ (external) ......... | $\dfrac{N-1.8}{P_d}$ | $\dfrac{N-2}{P_d}$ |
| $b$ (internal) ......... | $\dfrac{0.900}{P_d}$ | $\dfrac{0.900}{P_d}$ |
| $b$ (external) ......... | $\dfrac{0.900}{P_d}$ | $\dfrac{1.000}{P_d}$ |

$$D = \frac{N}{P_d}$$
$$D_o \text{ (external)} = \frac{N+1}{P_d}$$
$$D_i = \frac{N+1}{P_d} \text{ (inside-diam fits only)}$$
$$p = \frac{\pi}{P_d}$$
$$t = \frac{p}{2}$$
$$h = \frac{0.600}{P_d} + 0.002$$

For outside-diam fits internal spline $a = b$
For inside-diam fits external spline $a = b$
Flat roots only:

---

## SHAFTS, COUPLINGS, KEYS, ETC.    27-1

For splines in shear, the force $P$ acting on a spline at the mean spline diameter $D_m$ is given by

$$P = 2T/D_m = 4T/(D + d) \quad (27.38)$$

and

$$P = Lbi\tau_d \quad (27.39)$$

where $b$ = spline width measured at the base, in.
$k$ = coefficient accounting for nonuniform load distribution; suggested value $k = 0.75$[9]

For splines in bending, given the bending moment

$$M_b = P[(D-d)/2] \quad (27.40)$$

and the rectangular section modulus

$$Z = Lbh_s/6 \quad (27.41)$$

the bending stress

$$\sigma = 3T/LD_s ik = 12T(D-d)/(D+d)Lbik \quad (27.42)$$

For bearing stresses with the nominal bearing stress twice the nominal stress in compression $e_i$,

$$P = (D-d)Lbic \quad (27.43)$$

### (d) Involute Serrations

Involute serrations are involute splines with a pressure angle of 45° and a much finer pitch. All the definitions related to involute splines apply to involute serrations, and the same symbols are used for both. Involute serrations are used in a pitch range of $\frac{20}{40}$ to $\frac{128}{256}$ and a pitch-diameter range from 0.1 to 10.0 in.

Involute serrations are mainly used for one flats, with no provision for sliding. Other classes of fits may be employed, however. Compared with involute splines, the teeth of involute serrations are shallower, hence have less radial depth of contact, and frequently offer manufacturing advantages. Under the same load conditions, the contact pressure, radial forces, and resistance to sliding are greater in serrations than in splines. Finer pitches in the case of serrations result in a greater number of teeth and therefore provide a wider range of index positions.

### (f) Miscellaneous

Another type of form-locked shaft connection, the Tri-Lobe spline shaft connection,[9] is shown in Fig. 27.14.



**FIG. 27.14.** Tri-Lobe spiral shaft.

### 27.4. SNAP RINGS (RETAINING RINGS)

Snap rings are used to prevent axial motion of mating concentric parts, e.g., shafts and bearing sleeves. They are made of hardened steel wire and can be round, square, or rectangular in cross section. Snap rings may be used in expansion (Fig. 27.15a, internal snap rings) or in contraction (Fig. 27.15b, external snap ring expanded on a shaft) or in contraction (Fig. 27.15b, internal snap rings contracted in a groove).

COR-ITC056779

# Section 20

# STANDARDS FOR MECHANICAL ELEMENTS

By

**JOHN J. VIEGAS, M.M.E.,** *Assistant to the Engineering Vice President, R. Hoe and Company, New York, N.Y.*

## CONTENTS

20.1. Screw-thread Systems.................................... 20-2
  (a) Introduction........................................ 20-2
  (b) Classification...................................... 20-3
  (c) Unified Thread Standardization and Unification........... 20-3
  (d) Unified Thread Form Terminology...................... 20-4
  (e) Diameter-Pitch Selection............................ 20-5
  (f) Unified Thread Class Selection....................... 20-8
  (g) Unified Screw Thread Designation..................... 20-10
  (h) Unified Thread Limiting Dimensions................... 20-10
  (i) American National Thread Standard.................... 20-11
  (j) American National Thread Form....................... 20-13
  (k) British Standard Whitworth Thread.................... 20-13
  (l) British Standard Fine Thread........................ 20-14
  (m) British Association Thread.......................... 20-14
  (n) International Metric Thread Standard................. 20-15
  (o) Löwenherz Thread.................................. 20-15
  (p) Dardelet Thread................................... 20-15
  (q) Lok-Thread....................................... 20-18
  (r) Aero-Thread...................................... 20-19
  (s) Microscopic-objective Screw Thread................... 20-19
20.2. Bolts, Nuts, and Screws............................... 20-19
  (a) Introduction...................................... 20-19
  (b) Bolts and Nuts................................... 20-20
  (c) Machine Screws.................................. 20-31
  (d) Cap Screws..................................... 20-34
  (e) Shoulder Screws................................. 20-36
  (f) Setscrews...................................... 20-36
  (g) Tapping Screws................................. 20-39
20.3. Power-transmitting Screw Threads..................... 20-42
  (a) Types......................................... 20-42
  (b) Acme Screw Thread.............................. 20-42
  (c) Stub Acme Screw Thread......................... 20-44
  (d) 60° Stub Acme Thread........................... 20-44

COR-DEL101844



FIG. 20.7. British Association thread.[13]

$$E = D - h = D - 0.60p$$
$$H = 1.13634p$$
$$h = 0.60p$$
$$r = 0.1818p$$

**(n) International Metric Thread Standard**

This thread form (Fig. 20.8 and data of Table 20.9) is similar to the American National Standard in that the included angle is 60°. A rounded root profile is recommended.

**(o) Löwenherz Thread[8]**

Based on the metric system, this thread is used for the fine threads of measuring instruments (see Fig. 20.9). Crest and root flats resemble the Unified and American



FIG. 20.8. International 60° metric thread.[19]

$$E = D - h = D - 0.64952p$$
$$F = 0.1250p \quad F_c = 0.0625p$$
$$G = 0.10825p \quad G_c = 0.05412p$$
$$H = 0.86603p$$
$$h = 0.64952p \quad d = 0.70364p$$
$$r = 0.054p \text{ (optional)}$$



FIG. 20.9. Löwenherz thread.[8]

$$E = D - h = D - 0.75p$$
$$F = 0.125p$$
$$H = p$$
$$h = 0.75p$$

Standard. Since both the German (DIN) and the French metric thread systems carry diameters down to 1 mm with other details varying slightly, the Löwenherz has been superseded.

**(p) Dardelet Thread[8] (Fig. 20.10)**

This type is a self-locking thread with an included angle of 29°. When the nut is tightened, a wedging action due to the 6° angle results, locking both bolt and nut. Note the inclined crests on the nut and inclined flats at the roots of the bolt.

COR-DEL101845

6

# McGRAW-HILL ENCYCLOPEDIA OF SCIENCE & TECHNOLOGY

## 6th Edition

### AN INTERNATIONAL REFERENCE WORK IN TWENTY VOLUMES INCLUDING AN INDEX

## 16 SAB-SON

**McGRAW-HILL BOOK COMPANY**

**New York   St. Louis   San Francisco**

Auckland   Bogotá   Hamburg   Johannesburg
London   Madrid   Mexico   Milan   Montreal
New Delhi   Panama   Paris   São Paulo
Singapore   Sydney   Tokyo   Toronto

McGRAW-HILL ENCYCLOPEDIA OF SCIENCE & TECHNOLOGY
Copyright © 1987, 1982, 1977, 1971, 1966, 1960 by McGraw-Hill, Inc.
All rights reserved. Printed in the United States of America.
Except as permitted under the United States Copyright Act of 1976,
no part of this publication may be reproduced or distributed
in any form or by any means, or stored in a data base or
retrieval system, without the prior written permission of the publisher.

1234567890 DODO 8943210987

Library of Congress Cataloging in Publication data

McGraw-Hill encyclopedia of science & technology.

Includes bibliographies and indexes.
1. Science—Dictionaries. 2. Technology—Dictionaries. I. Title: McGraw-Hill
encyclopedia of science and technology. II. Title: Encyclopedia of science and
technology. III. Title: Encyclopedia of science and technology.
Q121.M3   1987     503′.21     86–27422
ISBN 0-07-079292-5 [SET]

proportions present in the snail colony. Considerable efforts of population geneticists are being directed to the elucidation of other factors involved in maintenance of this complex polymorphism in natural populations of *Cepaea. See* Gastropoda; Mollusca; Polymorphism (genetics).

W. D. Russell-Hunter

## Snap ring

A form of spring used principally as a fastener. Piston rings are a form of snap ring used as seals. The ring is elastically deformed, put in place, and allowed to snap back toward its unstressed position into a groove or recess. The snap ring may be used externally to provide a shoulder that retains a wheel or a bearing race on a shaft, or it may be used internally to provide a construction that confines a bearing race in the bore



Snap rings hold ball-bearing race in place. Internal ring supports axial thrust of axle. External ring aligns inner race against shoulder of shaft.

of a machine frame (see **illus.**). The size of the ring and its recess determines its strength under load. Sufficient clearance and play is needed in the machine so that the ring can be inserted and seated. *See* Antifriction bearing; Internal combustion engine; Spring (machines).

L. Sigfred Linderoth, Jr.

**Bibliography.** H. Carlson. *Spring Designers Handbook,* 1978.

## Snow

Frozen precipitation resulting from the growth of ice crystals from water vapor in the Earth's atmosphere.

**Formation and growth.** As ice particles fall out in the atmosphere, they melt to raindrops when the air temperature is a few degrees above 32°F (0°C), or accumulate on the ground at colder temperatures. At temperatures above −40°F (−40°C), individual crystals begin growth on icelike aerosols (often clay particles 0.1 micrometer in diameter), or grow from cloud droplets (10 micrometers in diameter) frozen by similar particles. At lower temperatures, snow crystals grow on cloud droplets frozen by random molecular motion. At temperatures near 25°F (−4°C), crystals sometimes grow on ice fragments produced during soft hail (graupel) growth. Snow crystals often grow in the supersaturated environment provided by a cloud of supercooled droplets; this is known as the





Fig. 1. Graphs showing variation of vapor pressure with temperature. (a) Vapor of supercooled water and ice. (b) Vapor pressure difference between supercooled water and ice. Maximum occurs at 9.5°F (−12.5°C).

Bergeron-Findeisen process for formation of precipitation. When crystals are present in high concentrations (100 particles per liter) they grow in supersaturations lowered by mutual competition for available vapor. **Figure 1** shows the vapor pressure of water and ice and vapor pressure excess of supercooled water over ice at different temperatures. The difference has a maximum near 9.5°F (−12.5°C).

Ice crystals growing under most atmospheric conditions (air pressure down to 0.2 atm or 20 kilopascals and temperatures 32 to −58°F or 0 to −50°C) have a hexagonal crystal structure, consistent with the arrangement of water molecules in the ice lattice, which leads to striking hexagonal shapes during vapor growth. The crystal habit (ratio of growth along and perpendicular to the hexagonal axis) changes dramatically with temperature. Both field and laboratory studies of crystals grown under known or controlled conditions show that the crystals are platelike above 27°F (−3°C) and between 18 and −13°F (−8 and −25°C), and columnlike between 27 and 18°F (−3 and −8°C) and below −13°F (−25°C). Aspect ratios can be large—hexagonal plates being 50 μm thick and several millimeters across, and hexagonal columns being 100 μm across and several millimeters long. Individual crystals fall in the atmosphere at velocity up to 0.5 m s⁻¹ (1.6 ft s⁻¹). As crystals grow, they fall at higher velocity, which leads, in combination with the high moisture availability in a supercooled droplet cloud, to sprouting of the corners to form needle or dendrite skeletal crystals. These are more evident for growth between 25 and 23°F (−4 and −5°C) and 10 and 3°F (−12 and −16°C).

As crystals fall through the atmosphere into levels of different temperature and moisture availability, their growth form changes with the environmental conditions; crystals of composite growth form (plates or dendrites with columns at the corners, a column

# McGRAW-HILL ENCYCLOPEDIA OF SCIENCE & TECHNOLOGY

## 6th Edition

### AN INTERNATIONAL REFERENCE WORK IN TWENTY VOLUMES INCLUDING AN INDEX

## 17 SOR–SUP

McGRAW-HILL BOOK COMPANY

**New York   St. Louis   San Francisco**

Auckland   Bogotá   Hamburg   Johannesburg
London   Madrid   Mexico   Milan   Montreal
New Delhi   Panama   Paris   São Paulo
Singapore   Sydney   Tokyo   Toronto

McGRAW-HILL ENCYCLOPEDIA OF SCIENCE & TECHNOLOGY
Copyright © 1987, 1982, 1977, 1971, 1966, 1960 by McGraw-Hill, Inc.
All rights reserved. Printed in the United States of America.
Except as permitted under the United States Copyright Act of 1976,
no part of this publication may be reproduced or distributed
in any form or by any means, or stored in a data base or
retrieval system, without the prior written permission of the publisher.

1234567890   DODO   8943210987

Library of Congress Cataloging in Publication data

McGraw-Hill encyclopedia of science & technology.

Includes bibliographies and indexes.
    1. Science—Dictionaries. 2. Technology—Dictionaries. I. Title: McGraw-Hill
encyclopedia of science and technology. II. Title: Encyclopedia of science and
technology. III. Title: Encyclopedia of science and technology.
Q121.M3   1987     503'.21     86–27422
ISBN 0-07-079292-5 {SET}

compared to an international standard, the Peedee belemnite. The carbon of the carbon dioxide in most of the mineral springs of Europe, the United States, and Asia Minor is close to zero in $^{13}C$ isotope composition. It is inferred that the carbon dioxide is from the breakdown (metamorphism) of the carbonate minerals in rocks of marine sedimentary origin.

Carbon dioxide from mineral springs of volcanic islands of the Atlantic Ocean seems to come from the source of the volcanic rocks, the Earth's mantle, because of the similarity of the isotope compositions of the carbon dioxide in the springs and in carbon dioxide bubbles in volcanic rocks erupted on the deep ocean floor in the $-4$ to $-8$ per thousand range. Carbon dioxide from great depth also discharges through springs in the Sierra Nevada, California, and the Alaska peninsula. In mineral springs from the Rocky Mountains, carbon dioxide comes from both very deep sources and the shallower chemical reactions of marine rocks.

A third source of carbon dioxide is organic material. Springs in the Coast Ranges of California, along the Copper River of Alaska, and in New Zealand yield mixtures of carbon dioxide and methane. The carbon dioxide is depleted in carbon-13 and probably comes from the breakdown of organic (woody) materials in the sedimentary rocks.

*Salts.* Other solutes in the mineral springs are inferred to come from the rocks, but isotope data do not show origins. Salt deposits are sources for solutes in some instances. There are many mineral springs for which there is no possible salt deposit source for the solutes. Chemical compositions may be used to infer the sources of the solutes. Chloride-rich waters in marine sedimentary rocks also contain bromide, iodide, and boron. During metamorphism of the rock the waters may be retained as fluid inclusions or as films along grain boundaries. Flushing of the retained brines may result in the saline springs occasionally found in metamorphic terraines.

*Chemical equilibrium.* The chemical compositions of spring waters are seldom in chemical equilibrium with the air. Groundwaters whose recharge is through grasslands may contain a thousand times as much $CO_2$ as would be in equilibrium with air, and those whose recharge is through forests may contain a hundred times as much as would be in equilibrium with air. The high $CO_2$ content, along with other solutes, makes some spring waters quite nutrient to aquatic plants. If the $CO_2$-rich groundwater has dissolved calcite, loss of $CO_2$ in a spring (chiefly by photosynthesis) may cause the calcite to precipitate to make travertine. Groundwater flowing through rocks or sediments containing organic material or reduced minerals such as sulfides loses its dissolved oxygen by oxidizing the organic matter and the sulfides. When the dissolved oxygen is lost, iron enters the groundwater as ferrous ion, $Fe^{2+}$. The $Fe^{2+}$ is not chemically compatible with air, and springs containing $Fe^{2+}$ lose it as $Fe(OH)_3$ upon oxidation. Thin films of $Fe(OH)_3$ on the water surface are iridescent and resemble oil films. Unlike oil films, the $Fe(OH)_3$ films are brittle and if ruptured do not reform. Accumulations of the iron precipitates may lead to bog iron ores. Sulfate in groundwater may be reduced in the presence of organic matter to $H_2S$, giving some springs the odor of rotten eggs. *See* GEYSER; GROUNDWATER HYDROLOGY.

Ivan Barnes

## Spring (machines)

A machine element for storing energy as a function of displacement. The flywheel, in contrast, is a means for storing energy as a function of angular velocity. Force applied to a spring member causes it to deflect through a certain displacement thus absorbing energy. *See* FLYWHEEL.

A spring may have any shape and may be made from any elastic material. Even fluids can behave as compression springs and do so in fluid pressure systems. Most springs take on specific and familiar shapes such as helix, flat, or leaf springs. All mechanical elements behave to some extent as springs because of the elastic properties of engineering materials.

**Uses.** Energy may be stored in a spring for many uses: to be released later, to be absorbed at the instant the energy first appears, and so on.

*Motive power.* One of the early and still the most frequent uses of springs is to supply motive power in a mechanism. Common examples are clock and watch springs, toy motors, and valve springs in auto engines. In these, energy is supplied to, and stored in, the spring by applying a force through a suitable mechanism to deflect or deform the spring. The energy is released from the spring by allowing it to push (as in the valve) or twist (as in a clock) a mechanism through a required displacement.

*Return motion.* A special case of the spring as a source of motive power is its use for returning displaced mechanisms to their original positions, as in the door-closing device, the spring on the cam follower for an open cam, and the spring as a counterbalance. To a certain extent the springs in vehicles of transportation are in this category. They are designed to keep the car at a certain level with respect to the road or rails, returning the vehicle to this position if displaced by applied forces.

*Shock absorbers.* Frequently a spring in the form of a block of very elastic material such as rubber absorbs shock in a mechanism. For example, the four legs of a punch press rest on four blocks of rubber. The rubber pads prevent the die-closing inertia forces of the press from transferring down through the legs to the floor with impact or hammer blow proportions. With the rubber pads under the press legs, the force on the floor builds up relatively slowly and no shock is evident. As the acceleration of the die block goes to zero, the inertia force goes to zero and the rubber pad springs, which were deflected by the press blow, are relaxed and ready for the next stroke of the press die. The whole press moves up and down relative to the floor, but by proper selection of the rubber pad the elastic constant is such that this motion is small. *See* SHOCK ABSORBER.

*Vibration control.* Springs serve an important function in vibration control by supplying the necessary flexibility in the support of the vibrating mechanism and the required opposing forces as a result of their deflection. In controlling vibration, the body or mass of the mechanism must be freely supported so as to generate forces opposing the vibrating forces. These opposing forces tend to bring the sum of the forces on the vibrating body to zero. Vibration absorbing mounts are available in a wide range of sizes and spring constants to meet most requirements. These do not prevent vibration, which is a function of speed and the balance of the mechanism, but rather they minimize its effect on the machine frame or the

mounting. SEE SHOCK ISOLATION.

**Force measurement.** Springs have long been used in simple weighing devices. Accurate weighing is usually associated with dead-weight devices or balances, but modern spring scales have received wide acceptance and certification for commercial use. Extremely accurate springs for heavy loads are used to calibrate testing machines, and they are employed in scales over crane hooks for weighing material as it is hoisted. Carefully calibrated springs are used in instruments such as electric meters and pressure gages. SEE BALANCE.

**Retaining rings.** A relatively modern machine part in which the spring function is used as a holding means is the retaining or snap ring. This device is a split ring of square, rectangular, or special cross section. It fits in a groove on a cylindrical surface or in a bore and stays in place by spring force. A retaining ring prevents or restrains relative axial motion between a shaft or bore and the components on the shaft or in the bore. SEE SNAP RING.

**Types.** Springs may be classified into six major types according to their shape. These are flat or leaf,



Fig. 2. Helical spring. (a) Wound tight to extend under axial tension. (b) Wound loose contract under axial compression.



Fig. 1. Flat or leaf spring responds to perpendicular forces in either direction.

helical, spiral, torsion bar, disk, and constant force springs.

**Flat or leaf spring.** A leaf spring is a beam of cantilever design with a deliberately large deflection under a load (Fig. 1). One end of a leaf spring is usually firmly anchored to the frame of the machine and the other end is linked to the moving machine elements by a two-force (pin-ended) link. Force may be tension or compression with no modification of the design. This push-pull feature is the great advantage of a leaf spring, plus the fact that a relatively large amount of energy can be stored in a small space.

**Helical spring.** The helical spring consists essentially of a bar or wire of uniform cross section wound into a helix. The last turn or two at each end of the spring is modified to a plane surface perpendicular to the helix axis, and force can then be applied to put

the helix in compression. The ends of the spring helix may be modified into hooks or eyes so that a force may be applied in tension. In general it is necessary to design helical springs so that force may be transmitted either in tension or in compression but not both ways for the same spring (Fig. 2). Where reversing forces occur in a spring mechanism, it is better to use a bar or leaf spring and in some cases a disk spring.

**Spiral spring.** In a spiral spring, the spring bar or wire is wound in an Archimedes spiral in a plane.





Fig. 3. Spiral spring unique in responding torsional or translati forces.

9

## Summary of My Proposed Constructions

| Claim Term | My Proposed Construction |
|---|---|
| retaining clip | a device such as a snap ring, retaining ring or clip ring. |
| bearing cartridge | an assembly with ball bearings, an inner body, and an outer body, that permits the inner and outer bodies to rotate relative to one another. |

12

# MECHANICAL DESIGN

# AND SYSTEMS

# HANDBOOK

## HAROLD A. ROTHBART, Editor-in-Chief

*Dean, College of Science and Engineering*
*Fairleigh Dickinson University*
*Teaneck, New Jersey*

## McGRAW-HILL BOOK COMPANY

New York   St. Louis   San Francisco   Düsseldorf   Johannesburg
Kuala Lumpur   London   Mexico   Montreal   New Delhi
Panama   Rio de Janeiro   Singapore   Sydney   Toronto

COR-ITC056777

# CONTRIBUTORS

CLAYTON H. ALLEN, Ph.D., *Senior Engineering Scientist, B Newman, Inc., Cambridge, Mass.* (Section 7, Noise Control)

JOHN W. AXELSON, Ph.D., *Section Chief, Packings Developm nille Corp., Research Center, Manville, N.J.* (Section 24, F ments (Seals)

W. H. BAIER, Ph.D., *Senior Research Engineer, Armour Resea Chicago, Ill.* (Section 29, Belts)

ANTONIO F. BALDO, Ph.D., *Associate Professor of Mechanic The City University of New York, New York, N.Y.* (Section

PHILIP BARKAN, Ph.D., *Senior Research Engineer, General El Switchgear and Control Division, Philadelphia, Pa.* (Section

STANLEY J. BECKER, M.S., *Engineer, Advanced Techniques F Department, General Electric Corp., Philadelphia, Pa.* (Secti and Press-fitted Assemblies)

KARL BRUNELL, B.M.E., *Research Associate, Princeton Labora Can Co., Princeton, N.J.* (Section 20, Power Screws)

JOHN A. CARLSON, Ph.D., *Engineering Specialist, MRD Di American Transportation Corp., Niles, Ill.* (Section 2, Comp

SAUL FENSTER, Ph.D., *Chairman, Department of Mechanica Fairleigh Dickinson University, Teaneck, N.J.* (Section 1, M Section 18, Mechanical Design)

E. T. FORTINI, M.S., *Staff Engineer, Compugraphic Corp., Readi Lecturer in Mechanical Engineering, Lincoln College, Northeast Boston, Mass.* (Section 19, Fabrication Principles)

FERDINAND FREUDENSTEIN, Ph.D., *Professor of Mechanic. Columbia University, New York, N.Y.* (Section 4, Kinematics o

THEODORE GELA, D.Sc., *Professor of Metallurgy, Stevens Ins nology, Hoboken, N.J.* (Section 17, Properties of Engineering

HERBERT H. GOULD, M.M.E., *Engineer, Sperry Gyroscope Cr. N.Y.* (Section 1, Mathematics and Section 18, Mechanical De

MECHANICAL DESIGN AND SYSTEMS HANDBOOK

Copyright © 1964 by McGraw-Hill, Inc. All Rights Reserved. Printed in the United States of America. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher  Library of Congress Catalog Card Number: 62-21118

07-054018-5

89-MAMM-75

COR-ITC056778

The strength of a straight splined shaft is based upon the equivalent shaft diameter $d_e = D - h$.[4] The torque-carrying capacity for parallel-side splines is described in ref. 24.

$$T = r(D_m/2)isp \qquad (27.37)$$

where
$i$ = number of splines
$D_m$ = $(D + d)/2$, mean diameter, in.
$L$ = effective spline length, in.
$r_s$ = contact distance, in. = $\frac{1}{2}(D - d) - 2h$
$p$ = permissible side pressure, psi; $p$ is limited by material properties and stress concentration; suggested value $p = 4 \times$ permissible nominal shear stress

Maximum shear stress may be calculated by utilizing Neuber's formula; see Eq. (27.38). Stress relieving of the fillets at the spline roots (Fig. 27.13) is advisable.

**(e) Design**

The following equations relate to parallel-side and involute splines.[14] For relations specifically for involute splines see ref. 4 and Table 27.5.

**Table 27.5. Basic Formulas for Involute Splines**

$D$ = pitch diam
$D_o$ = outside diam
$D_i$ = inside diam
$a$ = addendum
$N$ = number of teeth

$P_d$ = diametral pitch
$P$ = circular pitch
$t$ = circular tooth thickness

Flat and fillet roots:

| Pitch | From 2.5/5 through 13¼/4 | From 15⅝/6 through 48/96 |
|---|---|---|
| $D$ (internal) | | $D = \dfrac{N}{P_d}$ |
| $D_o$ (external) | $D_o = \dfrac{N+1}{P_d}$ | $D_o = \dfrac{N+1}{P_d}$ |
| $D_i$ (inside-diam fits only) | $D_i = \dfrac{N+1}{P_d}$ | |
| $p$ | $p = \dfrac{\pi}{P_d}$ | |
| $t$ | $t = \dfrac{p}{2}$ | |
| $a$ (internal) | $a = \dfrac{0.500}{P_d}$ | $a = \dfrac{0.900}{P_d}$ |
| $a$ (external) | $a = \dfrac{0.600}{P_d} + 0.002$ | $a = \dfrac{0.900}{P_d}$ |

For outside-diam fits internal spline $a = b$
For inside-diam fits external spline $a = b$
Flat roots only:

| $D_i$ (internal) | $D_i = \dfrac{N-1}{P_d}$ | $D_i = \dfrac{N-2}{P_d}$ |
|---|---|---|
| $D_i$ (external) | | |
| $b$ (internal) | $b = \dfrac{0.900}{P_d}$ | $b = \dfrac{0.900}{P_d}$ |
| $b$ (external) | $b = \dfrac{0.900}{P_d}$ | $b = \dfrac{1.000}{P_d}$ |

Fig. 27.13.—Stress-relieving fillets in spline roots.

---

### SHAFTS, COUPLINGS, KEYS, ETC.

For splines in shear, the force $P$ acting on a spline at the mean spline diameter $D_m$ is given by

$$P = 2T/D_m = 4T/(D + d) \qquad (27.38)$$

$$P = Lbihr_s k \qquad (27.39)$$

where $b$ = spline width measured at the base, in.
$k$ = coefficient accounting for nonuniform load distribution; suggested value $k = 0.75$[4]

For splines in bending, given the bending moment

$$M_b = P[(D - d)/2]$$

and the rectangular section modulus

$$Z = LbR_s/6 \qquad (27.40)$$

the bending stress

$$\sigma = 3P(D - d)/LbN k = 12T(D - d)/(D + d)LbN k \qquad (27.41)$$

For bearing stresses with the nominal bearing stress twice the nominal stress in compression $\sigma$,

$$P = (D - d)Lhkr \qquad (27.42)$$
$$\qquad (27.43)$$

**(d) Involute Serrations**

Involute serrations are involute splines with a pressure angle of 45° and a much finer pitch. All the definitions related to involute splines apply to involute serrations, and the same symbols are used for both. Involute serrations are used in a pitch range of 60⁄120 to 128⁄256 and a pitch-diameter range from 0.1 to 10.0 in.

Involute serrations are mainly used for close fits, with no provision for sliding. Other classes of fits may be employed, however. Compared with involute splines, the teeth of involute serrations are shallower, stronger, have less radial depth of metal, and frequently offer manufacturing advantages. Under the same conditions, the contact pressure, radial forces, and resistance to sliding are greater in serrations than in splines. Finer pitches in the case of serrations result in a greater number of teeth and therefore provide a wider range of index positions.



Fig. 27.14. Tri-Lobe spiral shaft.

**(e) Miscellaneous**

Another type of form-locked shaft connection, the Tri-Lobe spline shaft connecting sleeve,[38] is shown in Fig. 27.14.

### SNAP RINGS (RETAINING RINGS)

Snap rings are used to prevent axial motion of mating concentric parts, e.g., shafts and bearing sleeves. They are made of hardened steel wire and can be round, square, or rectangular in cross section. Snap rings may be used in expansion (Fig. 27.15a, external snap ring) or in contraction (Fig. 27.15b, internal snap ring contracted in a groove).

COR-ITC056779

13

### REMARKS

This amendment is responsive to the Office Action mailed on June 17, 2002. Claims 1-11 stand rejected. Claim 8 has been amended. Claims 1-11 are believed to be allowable for the reasons set forth below. New claims 12-16 are added for consideration. These claims are also believed to be patentable over the cited art and thus the application is believed to be in condition for allowance.

Claim 8 was rejected under 35 USC 112 for lacking clear antecedent basis within the claim. Claim 8 has been amended by replacement of the word "ring" with the word "clip". The word "clip" has antecedent basis in the base claim 5. Accordingly, the rejection under 35 USC 112 has been obviated.

Claims 1-11 were rejected as anticipated by Wright ('055). It is respectfully submitted that the examiner has mischaracterized Wright in making this rejection. The examiner characterizes Wright as disclosing "a bearing cartridge (including (66)) disposed in the central axial bore; and a retaining clip (64) (see, e.g., COL. 3, lines 57-60 and cf. FIGS. 1 and 2) engaging a portion of the bearing cartridge (including (66)) to fasten the actuator arm (56) to the bearing cartridge (including (66))."

The Wright patent does not disclose a bearing cartridge that is fastened to the actuator arm separate from the pivot post or shaft 62 at all. The Wright bearing cartridge is fastened to the stationary pivot shaft 62. Note that the top of the stationary shaft 62 is clearly shown in FIG. 1 of Wright '055. Note that there is a snap ring 64 shown positioned around the shaft 62, best seen in FIG. 2. This snap ring 64 engages the stationary post and presses on a washer over the upper bearing 63 that in turn presses on an internal flange (not numerically identified) on the cylinder 66 to in turn fasten the cylinder 66 to the stationary pivot shaft 62. The actuator arms 56 are not fastened to the cylinder 66 by the retaining snap ring 64 at all. The actuator arms 56 are fastened to the bottom flange of the cylinder 66 by way of vertical bolts 71.

Finally, there is no suggestion in Wright '055 or any of the other cited references to utilize a snap ring or other retaining clip to fasten a separate bearing cartridge to the actuator arm(s) as is claimed by Applicants. Accordingly, the anticipation rejection should be withdrawn and

3

STX 000773

## CERTIFICATE OF SERVICE

I, Julia Heaney, hereby certify that on November 28, 2005, I caused to be electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.C.

and that I caused copies to be served upon the following in the manner indicated:

### BY HAND

> William J. Marsden, Jr., Esquire
> Fish & Richardson, P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE  19801

### BY FEDERAL EXPRESS

> Ruffin B. Cordell, Esquire
> Fish & Richardson, P.C.
> 1425 K Street, NW, Suite 1100
> Washington, DC  20005

> /s/ Julia Heaney
> Julia Heaney (#3052)
> MORRIS, NICHOLS, ARSHT & TUNNELL
> jheaney@mnat.com
> *Attorneys for Defendant and*
> *Counterclaim Plaintiff Cornice, Inc.*