IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

              Plaintiff,

    v.

CORNICE, INC.

              Defendant.

C.A. No. 04-418 (SLR)

**REDACTED**

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE
TECHNOLOGY LLC'S MOTION FOR SUMMARY JUDGMENT ON CORNICE'S
LICENSING-RELATED DEFENSES (CORNICE'S NINTH, TENTH, ELEVENTH
AND TWELFTH AFFIRMATIVE DEFENSES) AND ON CORNICE'S BREACH OF
CONTRACT COUNTERCLAIM**

I, Timothy Devlin, declare as follows:

1.      I am member of Fish & Richardson P.C., counsel of record in this action for

Seagate Technology LLC ("Seagate"). I am a member of the Bar of the State of Delaware and of

this Court. I have personal knowledge of the matters stated in this declaration and would testify

truthfully to them if called upon to do so.

2.      True and accurate copies of the following documents are attached as exhibits, as

listed, in support of this declaration and the concurrently filed summary judgment brief.

| Exhibit | Document |
|---------|----------|
| A | U.S. Patent No. 5,452,159. |
| B | U.S. Patent No. 5,596,461. |
| C | U.S. Patent No. 5,600,506. |
| D | U.S. Patent No. 6,146,754. |
| E | U.S. Patent No. 6,324,054. |
| F | U.S. Patent No. 6,545,845. |
| G | U.S. Patent No. 7,744,606. |

H

I

J

K

L

M

N

O

P

Q

R

S

T

U

V

W

X



Y    Form-10-K Annual Report for the Fiscal Year ended July 1, 2005, filed by
Seagate Technology with the Securities and Exchange Commission.

Z    Form 20-F Annual Report for the Fiscal Year ended March 31, 2005, filed by
TDK Corporation with the Securities and Exchange Commission.

AA    

BB    

CC

I declare under penalty of perjury under the laws of the United States that the foregoing is
true and correct and this declaration was executed by me in Washington, D.C. on November 18,
2005.

/s/  Timothy Devlin_____
Timothy Devlin

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2005, I electronically filed with the Clerk of Court

using CM/ECF which will send notification of such filing(s) to the following:

Jack B. Blumenfeld, Esquire          Attorneys for Defendant
MORRIS NICHOLS ARSHT &               Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

I hereby certify that on November 28, 2005, I have mailed by Federal Express Service,

the document(s) to the following non-registered participants:

Mathew D. Powers                     Attorneys for Defendant
Jason D. Kipnis                      Cornice, Inc.
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065

Russell Wheatley                     Attorneys for Defendant
WEIL, GOTSHAL & MANGES LLP           Cornice, Inc.
700 Louisiana, Suite 1600
Houston, TX  77002

Alan J. Weinschel                    Attorneys for Defendant
David C. Radulescu                   Cornice, Inc.
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153

                                     /s/ Timothy Devlin
                                     Timothy Devlin