IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>    Defendant. | C.A. No. 04-418 (SLR) |

## NOTICE OF PAPER FILING

PLEASE TAKE NOTICE that the redacted Exhibits A-CC attached to the Declaration of Timothy Devlin in Support of Plaintiff Seagate Technology LLC's Motion for Summary Judgment on Cornice's Licensing-Related Defenses (Cornice's Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses) and on Cornice's Breach of Contract Counterclaim are being filed in paper format with the Clerk of Court, due to the volume of the exhibits and associated issues with electronic filing.

Dated: November 29, 2005         FISH & RICHARDSON P.C.


By:    */s/ Timothy Devlin*
         William J. Marsden (#2247)
         Timothy Devlin (#4241)
         919 N. Market Street, Suite 1100
         Wilmington, DE  19899-1114

         Roger S. Borovoy
         David M. Barkan
         D. Austin Horowitz
         500 Arguello Street
         Redwood City, CA 94063-1526

        Ruffin B. Cordell
        Brian R. Nester
        Joseph V. Colaianni
        Rama G. Elluru (Admitted only in Texas)
        Timothy W. Riffe
        Rudhir B. Patel (Admitted only in New York)

        1425 K Street NW, Suite 1100
        Washington, D.C. 20005

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following. I also certify that a copy of the documents being filed by paper will be **Hand Delivered** to:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT & TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on November 29, 2005, I have mailed by **Federal Express**, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

                                              */s/ Timothy Devlin*
                                                Timothy Devlin

80028527.doc