IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,      ) | |
| )| |
| Plaintiff,      ) | |
| ) | |
| v.      ) | C.A. No. 04-418-SLR |
| ) | |
| CORNICE, INC.      ) | |
| ) | |
| Defendant.      ) | |
| ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that a copy of Defendant Cornice, Inc.'s List of Rebuttal Fact Witnesses was served as indicated on December 21, 2005 upon the following counsel:

***BY HAND***

William J. Marsden, Jr., Esquire
Fish & Richardson, P.C.
919 N. Market Street
Suite 1100
Wilmington, DE  19801

**BY FACSIMILE**

Ruffin B. Cordell, Esquire
Fish & Richardson, P.C.
1425 K Street, NW
Suite 1100
Washington, DC  20005

                    MORRIS, NICHOLS, ARSHT & TUNNELL

                    */s/ Julia Heaney(#3052)*
                    Jack B. Blumenfeld (#1014)
                    Julia Heaney (#3052)
                    1201 N. Market Street
                    P.O. Box 1347
                    Wilmington, DE  19899
                    (302) 658-9200
                        *Attorneys for Defendant and Counterclaim*
                        *Plaintiff Cornice, Inc.*

OF COUNSEL:

Vernon Winters
Steven Carlson
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
(650) 802-3000

Russell Wheatley
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77001
(713) 546-5000

Alan J. Weinschel
David C. Radulescu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153
(212) 310-8000

December 21, 2005