# MORRIS, NICHOLS, ARSHT & TUNNELL

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX



December 21, 2005

**BY HAND**

Peter T. Dalleo, Clerk
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    Seagate Technology LLC v. Cornice, Inc.; C.A. 04-418 (SLR)

        Enclosed for filing are corrected versions of Cornice Inc.'s Answering Brief in Opposition to Seagate Technology LLC's Motion for Summary Judgment on Cornice's Third, Fifth, and Seventh Affirmative Defenses (D.I. 264) and Cornice Inc's Answering Brief in Opposition to Seagate Technology LLC's Motion for Summary Judgment on Cornice's Licensing-Related Defenses (Cornice's Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses) and on Cornice's Breach of Contract Counterclaim (D.I. 265). These briefs were originally filed on December 16 with incorrect sets of exhibits; the exhibits for D.I. 264 were attached to D.I. 265, and vice versa. The correct exhibits are attached to each brief in this submission, and there are no other changes. We apologize for the inconvenience caused by this corrected filing.

                              Respectfully,

                              /s/ *Julia Heaney (#3052)*

                              Julia Heaney

JH/bls

cc:    William J. Marsden, Jr., Esquire (By Hand)
        Ruffin B. Cordell, Esquire (By Federal Express)
        David C. Radulescu, Esquire (By Federal Express)