IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>    Defendant. | C.A. No. 04-418 (SLR)<br><br>REDACTED |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE'S RESPONSIVE BRIEF TO DEFENDANT CORNICE'S OPENING CLAIM CONSTRUCTION BRIEF FOR U.S. PATENT NO. 5,600,506**

I, Timothy Devlin, declare as follows:

1.    I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.    True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed response.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 5,600,506. |
| 2. | Notice of Allowability for U.S. Patent No. 5,600,506. |
| 3. | Excerpts of Deposition of William C. Messner, Ph.D. taken October 21, 2005 (Delaware case). |
| 4. | Excerpts of Deposition of Ronald W. Dennison taken on October 18, 2005 (Delaware case). |
| 5. | Excerpts of Expert Report of William C. Messner, Ph.D. dated August 22, 2005 (Delaware case). |

1
CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

6. Excerpts of Expert Report of Ronald Dennison Regarding Invalidity of U.S. Patent No. 5,600,506 dated August 22, 2005 (Delaware case).

7. Excerpts of Rebuttal Expert Report of William C. Messner, Ph.D. dated September 19, 2005.

8. Excerpts of Deposition of Daniel M. Golowka taken on April 1, 2005 (ITC case).

9. Excerpts of Deposition of Lance Carlson taken on January 20, 2005 (ITC case).

10. Excerpts of Deposition of Daniel M. Golowka taken on June 23, 2005 (Delaware case).

11. Excerpts of Deposition of Michael Edward Baum taken on December 10, 2004 (ITC case).

12. Excerpts of Deposition of James J. Touchton taken on January 13, 2005 (ITC case).

13. Excerpts of Deposition of William C. Messner, Ph.D. taken on April 5, 2005 (ITC case).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

/s/ Timothy Devlin
Timothy Devlin

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER