IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>Defendant. | C.A. No. 04-418 (SLR) |

**REDACTED**

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION
TO DEFENDANT CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT
[NO. 4] THAT SEAGATE CANNOT RECOVER PRE-SUIT DAMAGES**

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed opposition brief.

| Exhibit | Document |
|---|---|
| 1. | E-mail dated _____ and attached Powerpoint presentation titled _____ (Magenis Ex. 7). REDACTED |
| 2. | Excerpts of transcript of the November 11, 2005 deposition of Mr. Kevin Magenis. |
| 3. | Excerpts of transcript of the November 11, 2005 deposition of Mr. Phillip Altinger and Altinger Exs. 5, 18 and 19, which are referred to in the testimony of Mr. Altinger. |
| 4. | Letter from Mr. William Hudson to Mr. Kevin Magenis dated _____ (Magenis Ex. 6). |
| 5. | Letter from Mr. Kevin Magenis to Mr. William Hudson dated _____ REDACTED |

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

(Hudson Ex. 5).

6. Letter from Ms. Betty Ann Durham to Mr. Kevin Magenis dated (Hudson Ex. 6).

REDACTED

7. United States Patent No. 6,146,754.

8. United States Patent No. 5,600,506.

9. Defendant Cornice, Inc.'s Second Set of Interrogatories To Plaintiff, dated May 13, 2005.

10. Plaintiff Seagate Technology LLC's Responses And Objections To Defendant Cornice Inc.'s Second Set of Interrogatories, dated June 13, 2005.

11. Transcript of Hearing before the Honorable Sue L. Robinson, Chief Judge, dated June 28, 2005.

12. Excerpts of transcript of the August 18, 2005 deposition of William L. Hudson.

13. Excerpts of transcript of the July 27, 2005 deposition of Donald Waite and Waite Ex. 8 referred to therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

/s/ Timothy Devlin
Timothy Devlin

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER