IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>  Defendant. | C.A. No. 04-418 (SLR) |

**REDACTED**

### DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 5,452,159

I, Timothy Devlin, declare as follows:

1.  I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.  True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 5,452,159 (issued Sept. 19, 1995) |
| 2. | Excerpts of Expert Report of James H. Morehouse, Ph.D. Regarding Invalidity of U.S. Patent No. 5,452,159 (served August 22, 2005). |
| 3. | International Publication Number WO 03/025932 (issued Mar. 27, 2003) |
| 4. | U.S. Patent No. 5,379,171 (issued Jan. 3, 1995) |
| 5. | Excerpt of Transcript of Deposition of David Bogy, Ph.D. (April 11, 2005) |

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

/s/ Timothy Devlin
Timothy Devlin

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER