# Ex. 4

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S
RESPONSE BRIEF REGARDING CONSTRUCTION OF
DISPUTED TERMS IN U.S. PATENT NO. 5,452,159

US005379171A

## United States Patent [19]

### Morehouse et al.

[11]  Patent Number:  5,379,171

[45]  Date of Patent:  Jan. 3, 1995

[54]  MICROMINIATURE HARD DISK DRIVE

[75]  Inventors:  James H. Morehouse, Jamestown;
David M. Furay, Boulder; Robert A.
Alt, Longmont; Bruce D. Emo,
Niwot; James A. Dunckley, Boulder,
all of Colo.

[73]  Assignee:  Integral Peripherals, Boulder, Colo.

[21]  Appl. No.:  766,480

[22]  Filed:  Sep. 25, 1991

[51]  Int. Cl.6 ........................... G11B 5/54; G11B 21/22
[52]  U.S. Cl. ................................... 360/10.5; 360/97.01
[58]  Field of Search .............. 360/75, 105, 106, 97.01,
360/97.02

[56]  References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| B1 4,568,988 | 11/1988 | McGinlay . | |
| B1 4,638,383 | 11/1988 | McGinlay . | |
| 3,299,581 | 1/1967 | Price . | |
| 3,531,788 | 9/1970 | Brown . | |
| 3,577,133 | 5/1971 | Garfein et al. | 360/97.02 |
| 3,984,873 | 10/1976 | Pejcha | 360/105 |
| 4,125,883 | 11/1978 | Rolph . | |
| 4,138,741 | 2/1979 | Hedlund . | |
| 4,379,316 | 4/1983 | Krane | 360/105 |
| 4,409,629 | 10/1983 | Puls . | |
| 4,420,830 | 12/1983 | Green . | |
| 4,443,874 | 4/1984 | Steenberg | 360/133 |
| 4,473,153 | 9/1984 | Colangeo . | |

(List continued on next page.)

#### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 59-77685 | 5/1984 | Japan | 360/98.01 |
| 98580 | 6/1985 | Japan | 360/133 |
| 17281 | 1/1986 | Japan | 360/133 |
| 2161179 | 9/1986 | Japan . | |
| WO91/02349 | 2/1991 | WIPO . | |

#### OTHER PUBLICATIONS

Quantum Corporation, "*Quantum Low Power Products .
. .* " Sep., 1990, pp. 1–5, trade brochure.
Quantum Corporation, "*Quantum Go Drive Series*,"
comprising 3 unnumbered pages, date and place of pub-
lication unknown, trade brochure.

LaPine Technology Disk Drive, Titan 20, undated
trade brochure.
PrairieTek Corporation rigid disk drive model 120,
trade brochure, undated.
Quantum Corporation, *Technical Highlights:* Go-Drive
Series, Sep. 1990, 3 unnumbered pages, trade brochure,
undated.
Publication entitled "Quantum Low Power Products:
Go Drive-2 ½-inch Hard Disk Drives, ProDrive Gem
Series–3 ½-inch Small Frames Drives, Technical High-
lights", Sep. 1990, pp. 1–5, Quantum Corporation 1804
McCarthy Blvd., Milpitas, Calif. 95035.
Brochure entitled "Quantum Go Drive Series", (3
pages), Quantum Corp., Milpitas, Calif., 1990.

*Primary Examiner*—Carolyn E. Fields
*Attorney, Agent, or Firm*—Skjerven, Morrill,
MacPherson, Franklin & Friel

[57]  **ABSTRACT**

Disclosed is a disk drive information storage device
which includes a disk for recording and reproducing
information, the disk drive information storage device
utilizing a rotary actuator, with the rotary actuator
including a load beam for supporting a read/write re-
cording element above a surface of the disk. The load
beam includes at its outermost end a lift tab, with the lift
tab being positioned such that a centerline of the lift tab
is offset from a centerline of the load beam. The lift tab
cooperates with a cam assembly to provide a dynamic
head loading disk drive. The cam assembly is supported
by the housing of the disk drive information storage
device at a position adjacent to the edge of the disk and
adjacent to the lift tab. The cam assembly in coopera-
tion with the lift tab provides a lifting force along the
centerline of the load beam. In one embodiment, the
above-described dynamic head loading information
storage device is provided in a housing having a foot-
print that includes a first dimension of about thirty-five
millimeters. In another embodiment, the disk in the disk
drive information storage device has a diameter in the
range of from about thirty-three millimeters to about
thirty-four millimeters.

**13 Claims, 83 Drawing Sheets**



**5,379,171**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,497,003 | 1/1985 | Abe . | |
| 4,502,136 | 2/1985 | Rickert . | |
| 4,510,592 | 4/1985 | Kanamaru . | |
| 4,515,272 | 6/1985 | Newhouse . | |
| 4,518,904 | 5/1985 | MacLeod et al. | 360/78 |
| 4,530,019 | 7/1985 | Penniman . | |
| 4,535,374 | 8/1985 | Anderson | 360/103 |
| 4,539,614 | 9/1985 | Thompson . | |
| 4,568,988 | 2/1986 | McGinlay . | |
| 4,568,994 | 2/1986 | Lynch | 360/133 |
| 4,578,723 | 3/1986 | Betts . | |
| 4,594,622 | 6/1986 | Wallis . | |
| 4,627,288 | 12/1986 | Guzik . | |
| 4,628,379 | 12/1986 | Andrews . | |
| 4,631,606 | 12/1986 | Sugaya | 360/135 |
| 4,638,383 | 1/1987 | McGinlay . | |
| 4,647,997 | 3/1987 | Westwood | 360/105 |
| 4,649,531 | 3/1987 | Horowitz et al. . | |
| 4,655,348 | 4/1987 | Takagi | 360/133 |
| 4,658,308 | 4/1987 | Sander, Jr. | 360/75 |
| 4,663,682 | 5/1987 | McNeil | 360/105 |
| 4,669,004 | 5/1987 | Moon et al. . | |
| 4,679,102 | 7/1987 | Wevers et al. | 360/75 |
| 4,705,279 | 11/1987 | Mizukami . | |
| 4,716,480 | 12/1987 | Wiens | 360/105 |
| 4,724,501 | 2/1988 | Buchwald | 360/133 |
| 4,725,907 | 2/1988 | Jue | 360/105 |
| 4,734,813 | 3/1988 | Bessho | 360/133 |
| 4,736,358 | 4/1988 | Hoshi . | |
| 4,747,002 | 5/1988 | Takikawa . | |
| 4,752,848 | 6/1988 | Garcia | 360/105 |
| 4,755,981 | 7/1988 | Ekhoff . | |
| 4,760,477 | 7/1988 | Takikawa . | |
| 4,772,972 | 8/1988 | Maeda | 360/106 |
| 4,772,974 | 9/1988 | Moon . | |
| 4,783,705 | 11/1988 | Moon . | |
| 4,786,995 | 11/1988 | Stupeck et al. | 360/75 |
| 4,799,209 | 1/1989 | Grobben | 360/99.07 |
| 4,819,103 | 4/1989 | Okamura . | |
| 4,823,212 | 4/1989 | Knowles | 360/77.08 |
| 4,824,059 | 4/1989 | Butler . | |
| 4,825,321 | 4/1989 | Hassel . | |
| 4,827,364 | 5/1989 | Sheriff | 360/99.05 |
| 4,829,501 | 5/1989 | Scto . | |
| 4,839,756 | 6/1989 | Chew | 360/105 |
| 4,841,517 | 6/1989 | Kurihara | 360/99.12 |
| 4,864,443 | 9/1989 | Peterson | 360/99.12 |
| 4,870,703 | 9/1989 | Augeri et al. | 360/99.08 |
| 4,901,173 | 2/1990 | Jones | 360/99.04 |
| 4,907,214 | 3/1990 | Nagano | 360/77.04 |
| 4,920,437 | 4/1990 | Washo | 360/99.05 |
| 4,920,462 | 4/1990 | Couse | 360/78.04 |
| 4,933,785 | 6/1990 | Morehouse | 360/78.04 |
| 4,943,748 | 7/1990 | Shiozawa | 360/98.07 |
| 4,965,684 | 10/1990 | Stefansky | 360/97.01 |
| 4,969,059 | 11/1990 | Volz | 360/78.04 |
| 4,979,055 | 12/1990 | Squires et al. | 360/73.03 |
| 4,979,056 | 12/1990 | Squires et al. . | |
| 4,996,617 | 2/1991 | Yaeger | 360/105 |
| 5,001,700 | 3/1991 | Rowden | 360/99.05 |
| 5,014,142 | 5/1991 | Nakanishi | 360/98.01 |
| 5,023,736 | 6/1991 | Kelsic | 360/105 |
| 5,025,335 | 6/1991 | Stefansky | 360/97.01 |
| 5,025,336 | 6/1991 | Morehouse et al. | 360/97.02 |
| 5,027,241 | 6/1991 | Hatch | 360/105 |
| 5,034,837 | 7/1991 | Schmitz | 360/105 |
| 5,041,926 | 8/1991 | Ockerse | 360/77.05 |
| 5,050,016 | 9/1991 | Squires | 360/77.08 |
| 5,072,318 | 12/1991 | Yu | 360/77.02 |
| 5,189,576 | 2/1993 | Morehouse | 360/105 |
| 5,237,472 | 8/1993 | Morehouse et al. | 360/105 |

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent            Jan. 3, 1995        Sheet 1 of 83        5,379,171



FIG. 1



FIG. 2B

FIG. 2A

FIG. 2C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**        Jan. 3, 1995        Sheet 3 of 83        **5,379,171**



## Fig. 2D



## Fig. 2E



## Fig. 2F

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 3A



FIG. 3B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**          Jan. 3, 1995          Sheet 6 of 83          **5,379,171**



Fig. 3C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 4



## FIG. 5A



## FIG. 5C



Fig. 5B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent    Jan. 3, 1995    Sheet 10 of 83    5,379,171



FIG. 6A

FIG. 6B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**      Jan. 3, 1995      Sheet 11 of 83      5,379,171



FIG. 6F



FIG. 6E



FIG. 6C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**          Jan. 3, 1995          Sheet 12 of 83          **5,379,171**



FIG. 6C-1

FIG. 6C-2

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**     Jan. 3, 1995     Sheet 13 of 83     **5,379,171**



Fig. 6D

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 6G

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



Fig. 6H

Fig. 6I



**FIG. 6J**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 6K

FIG. 6L

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 7A

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 7B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 8

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

Case 1:04-cv-00418-SLR    Document 283-5    Filed 12/22/2005    Page 24 of 61



FIG. 9'

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 9"

KEY TO
FIG. 9

| FIG. 9' | FIG. 9" |

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 10'

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**          Jan. 3, 1995          Sheet 24 of 83          **5,379,171**



**FIG. 10"**



FIG. 11'

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 11"



FIG. 12A

FIG. 12B

FIG. 12C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 12D

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 13"

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

FIG. 13'''



FIG. 13''''

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 14

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 15

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 16

U.S. Patent          Jan. 3, 1995          Sheet 36 of 83          5,379,171



FIG. 17

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



U.S. Patent     Jan. 3, 1995     Sheet 38 of 83     5,379,171



FIG. 20

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

FIG.21A

FIG.21B

U.S. Patent          Jan. 3, 1995          Sheet 40 of 83          5,379,171

FIG.21C

FIG.21D

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

FIG.21E

FIG.21F

FIG.21G

FIG.21H



FIG. 22A

FIG. 22B

FIG. 22C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG.23

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 25



FIG. 26



FIG. 27A



FIG. 27B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 28

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 29C

FIG. 29B



FIG. 29A

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 30

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 31

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 32A

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

FIG. 32B



FIG. 33

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 34

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 35

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 36

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com