IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**SEAGATE TECHNOLOGY LLC,**

Plaintiff,

v.

**CORNICE, INC.**

Defendant.

C.A. No. 04-418 (SLR)

**REDACTED**

### DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,545,845

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 6,545,845 (issued April 8, 2003) |
| 2. | Excerpts of Rebuttal Expert Report of Norm V. Gitis, Ph.D. (served Sept. 19, 2005) |
| 3. | Excerpts of The American Heritage Dictionary (2nd Coll. Ed. 1985) |
| 4. | Excerpts of Rebuttal Expert Report of James H. Morehouse, Ph.D., Regarding the Non-Infringement of U.S. Patent No. 6,545,845 |
| 5. | Excerpt of Transcript of Deposition of James Morehouse, Ph.D. (Oct. 21, 2005) |

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

6.       U.S. Patent No. 4,805,055 (issued Feb. 14, 1989)

7.       Excerpt from Amendment filed in Application Serial Number 10/104,698 (STX000765)

8.       Amendment dated Dec. 23, 2002 filed in Application Serial Number 10/104,698

9.       Excerpt of Transcript of Deposition of Norm Gitis, Ph.D. (Oct. 13, 2005)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

                                        */s/ Timothy Devlin*
                                        Timothy Devlin

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER