# Ex. 2

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,545,845

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available***

# Ex. 3

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,545,845

Second College Edition

# The American Heritage Dictionary

Words that are believed to be *registered trademarks* have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any *information storage or retrieval system*, except as may be expressly permitted by the 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
One Beacon Street, Boston, MA 02108

**Library of Congress Cataloging in Publication Data**
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982     423     82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

**clinquant | close**

**clin·quant** (klĭng'kənt, klăn-kän') *adj.* Adorned with gold or silver; tinseled. —*n.* Imitation gold leaf; tinsel. [Fr., glistening, tinkling < obs. *clinquer*, to clink, perh. < MDu. *klinken*.]

**clin·to·ni·a** (klĭn-tō'nē-ə) *n.* A plant of the genus *Clintonia*, having broad leaves, white, greenish-yellow, or purplish flowers, and usually blue berries. [NLat., genus name, after DeWitt *Clinton* (1769-1828).]

**Cli·o** (klī'ō) *n.* 1. *Gk. Myth.* The Muse of history. 2. A statuette awarded annually for outstanding achievement in radio and television advertising. [Lat. < Gk. *Kleiō* < *kleiein*, to tell.]

**cli·o·met·rics** (klī'ə-mĕt'rĭks) *n. (used with a sing. verb).* The study of history using advanced mathematical methods of data processing and analysis. [CLIO + -METRICS.] —**cli'o·met'ric** *adj.* —**cli'o·me·tri'cian** (-mĭ-trĭsh'ən) *n.*

**clip¹** (klĭp) *v.* **clipped, clip·ping, clips.** —*tr.* 1. To cut, cut off, or cut out with shears or scissors. 2. To make shorter by cutting; trim. 3. To cut off the edge of: *clip a coin.* 4. To cut short; curtail. 5. To fail to pronounce or write fully: *clipped his words.* 6. *Informal.* To hit with a sharp blow. 7. *Slang.* To cheat or overcharge. —*intr.* 1. To cut something. 2. *Informal.* To move rapidly. —*n.* 1. The act of clipping. 2. Something clipped off, as a sequence from a movie film. 3. a. The wool shorn at one shearing. b. A season's shearing. 4. *Informal.* A quick, sharp blow. 5. *Informal.* A brisk pace. 6. **clips.** A pair of shears. [ME *clippen* < ON *klippa*.]

**clip²** (klĭp) *n.* 1. A device for gripping; clasp; fastener. 2. A piece of jewelry that fastens with a clasp or clip. 3. A flange on the top of a horseshoe. 4. A cartridge clip. —*tr.v.* **clipped, clip·ping, clips.** 1. To grip securely; fasten. 2. To join (one thing) to another. 3. *Football.* To block (an opponent who is not carrying the ball) illegally from the rear. [ME, hook < *clippen*, to embrace < OE *clyppan*.]

**clip·board** (klĭp'bôrd', -bōrd') *n.* A small writing board with a spring clip at the top for holding papers or a writing pad.

**clip joint** *n. Slang.* A restaurant or place of public entertainment where customers are overcharged or otherwise defrauded.

**clip·per** (klĭp'ər) *n.* 1. One who cuts, shears, or clips. 2. Often **clippers.** An instrument or tool for cutting, clipping, or shearing: *a barber's clippers.* 3. A sharp-bowed sailing vessel of the mid-19th century, having tall masts and sharp lines and built for great speed. 4. A fast-moving vehicle.

**clip·ping** (klĭp'ĭng) *n.* Something, esp. an item from a newspaper, that is cut off or out.

**clip·sheet** (klĭp'shēt') *n.* A sheet of paper containing news items and other newspaper material, usually printed on only one side for convenience in clipping and reprinting.

**clique** (klēk, klĭk) *n.* An exclusive group of friends or associates tending to remain aloof from others. —*intr.v.* **cliqued, cliqu·ing, cliques.** *Informal.* To form, associate in, or act as a clique. [Fr.] —**cliqu'ey, cliqu'y, cliqu'ish** *adj.* —**cliqu'ish·ly** *adv.* —**cliqu'ish·ness** *n.*

**cli·tel·lum** (klĭ-tĕl'əm) *n., pl.* **-tel·la** (-tĕl'ə). A swollen, glandular, saddlelike region in the epidermis of certain annelid worms, such as the earthworm. [NLat., alteration of Lat. *clitellae*, packsaddle.]

**cli·to·ris** (klĭt'ər-ĭs, klī'tər-) *n.* A small, erectile organ at the upper end of the vulva, homologous with the penis. [Gk. *kleitoris*, poss. < *kleiein*, to shut.] —**clit'o·ral** (-əl) *adj.*

**clo·a·ca** (klō-ā'kə) *n., pl.* **-cae** (-sē'). 1. A sewer. 2. A latrine. 3. *Zool.* a. The cavity into which the intestinal, genital, and urinary tracts open in vertebrates such as fish, reptiles, birds, and some primitive mammals. b. The posterior part of the intestinal tract in various invertebrates. [Lat.] —**clo·a'cal** (-kəl) *adj.*

**cloak** (klōk) *n.* 1. A loose outer garment, usually sleeveless. 2. Something that covers or conceals. —*tr.v.* **cloaked, cloak·ing, cloaks.** 1. To cover with or as if with a cloak. 2. To hide; conceal. [ME *cloke* < OFr., var. of *cloche*, cloak, bell < Med. Lat. *clocca*, bell, from its shape.]

**cloak-and-dag·ger** (klōk'ən-dăg'ər) *adj.* Marked by melodramatic intrigue and often espionage.

**cloak·room** (klōk'rōōm', -rōōm') *n.* A room where coats and other articles may be left temporarily, as in a theater.

**clob·ber** (klŏb'ər) *tr.v.* **-bered, -ber·ing, -bers.** *Slang.* 1. To strike violently and repeatedly; batter or maul. 2. To defeat decisively. [Orig. unknown.]

**cloche** (klōsh) *n.* 1. A bell-shaped glass vessel used to cover plants or food. 2. A close-fitting woman's hat with a bell-like shape. [Fr., bell < OFr. < Med. Lat. *clocca*.]

**clock¹** (klŏk) *n.* 1. An instrument other than a watch for measuring or indicating time, esp. a mechanical device with a numbered dial and moving hands or pointers. 2. A time clock. 3. A metering device, as a speedometer or taxi meter. 4. *Bot.* The downy flower head of a dandelion that has gone to seed. —*v.* **clocked, clock·ing, clocks.** —*tr.* To record the time or speed of, as with a stopwatch. —*intr.* To record working hours with a time clock: *clocks in at 8:00 A.M. and out at 4:00 P.M.* [ME *clokke* < OFr. *cloke*, var. of *cloche*, bell < Med. Lat. *clocca*.] —**clock'er** *n.*

**clock²** (klŏk) *n.* An embroidered or woven decoration on the side of a stocking or sock. [Perh. < CLOCK¹, bell (obs.), from an original bell-shaped appearance.]

**clock radio** *n.* A radio with a built-in clock that can be set to turn the radio on automatically.

**clock·wise** (klŏk'wīz') *adv.* In the same direction as the rotating hands of a clock. —**clock'wise'** *adj.*

**clock·work** (klŏk'wûrk') *n.* The mechanism of a clock or a similar mechanism. —*idiom.* **like clockwork.** With or like regularity and precision; perfectly.

**clod** (klŏd) *n.* 1. A lump or chunk, esp. of earth or clay. 2. Earth or soil. 3. A dull, ignorant, or stupid person. [ME < OE.] —**clod'dish** *adj.* —**clod'dish·ness** *n.*

**clod·hop·per** (klŏd'hŏp'ər) *n.* 1. A clumsy bumpkin. 2. A big, heavy shoe.

**clog** (klŏg) *n.* 1. An obstacle or hindrance. 2. A weight, as a block, that is attached to the leg of an animal to hinder movement. 3. A heavy, usually wooden-soled shoe. —*v.* **clogged, clog·ging, clogs.** —*tr.* 1. To block: *Heavy traffic clogged the highway.* 2. a. To encumber (an animal) with a clog. b. To impede. —*intr.* 1. To become obstructed or choked: *clogging with rust.* 2. To thicken or stick together; become obstructed. 3. To do a clog dance. [ME, block of wood tied to an animal's leg.]

**clog dance** *n.* A dance performed while wearing clogs, characterized by heavy, stamping steps.

**cloi·son·né** (kloi'zə-nā', klə-wä'zə-) *n.* 1. A type of enamelware in which the surface decoration is formed by different colors of enamel separated by thin strips of metal on edge. 2. The process or method of producing such. —*adj.* Of, denoting, or being cloisonné. [Fr. < *cloisonner*, to partition < *cloison*, partition < Vulgar Lat. *claudere*, to close.]

**clois·ter** (kloi'stər) *n.* 1. A covered walk with a colonnade on one side, running along the inside walls of buildings that face a quadrangle. 2. a. A place of religious seclusion, such as a monastery or convent, devoted to religious seclusion. —*tr.v.* **-tered, -ter·ing, -ters.** 1. To confine in or as if in a cloister; seclude. 2. To furnish with a cloister. [ME *cloistre* < OFr. < Lat., closed place < *claudere*, to close.]

**clois·tral** (kloi'strəl) also **claus·tral** (klô's-) *adj.* Of, resembling, or suggesting a cloister; secluded like a cloister.

**clomb** (klōm) *v. Archaic.* Past tense and past participle of climb.

**clo·mi·phene** (klŏm'ə-fēn, klō'mə-) *n.* A compound that is used in its citrate form to stimulate ovulation [C(H)LO(RO)- + (A)MI(NE) + PHEN(YL).]

**clomp** (klŏmp) *intr.v.* **clomped, clomp·ing, clomps.** To walk heavily and noisily. [Imit.]

**clone** (klōn) *n.* 1. A group of genetically identical cells descended from a single common ancestor and reproducing organisms descended asexually from a single ancestor. 3. One that is an exact replica of another. —*v.* **cloned, clon·ing, clones.** —*intr.* To create a genetic duplicate of an individual organism through asexual reproduction by manipulating a single cell. —*tr.* 1. To duplicate asexually by cloning. 2. To create (a new organism) asexually by cloning. [Gk. *klōn*, twig.] —**clon'al** *adj.* —**clon'al·ly** *adv.* —**clon'er** *n.*

**clo·nor·chi·a·sis** (klō'nôr-kī'ə-sĭs) *n.* A parasitic disease of mammals usually caused by the ingestion of uncooked fish infected with the trematode *Opisthorchis sinensis* (formerly *Clonorchis*), former genus name + -IASIS

**clo·nus** (klō'nəs) *n., pl.* **-nus·es.** A convulsion characterized by rapidly alternating muscular contraction and relaxation. [< Gk. *klonos*, turmoil.] —**clon'ic** (klŏn'ĭk) *adj.* —**clo·nic'i·ty** (klō-nĭs'ĭ-tē, klŏ-), **clo'nism** (klō'nĭz'əm) *n.*

**clop** (klŏp) *n.* The drumming sound of a horse's hooves striking pavement. —*intr.v.* **clopped, clop·ping, clops.** To make a clop. [Imit.]

**close** (klōs) *adj.* **clos·er, clos·est.** 1. Near in space or time. 2. a. Near in relationship: *His closest living relative is a second cousin.* b. Bound by mutual interest, loyalty, or affections; intimate: *close friends.* 3. With little or no space between elements or parts; tight; compact. 4. Near to the surface; short: *a close shave.* 5. Nearly even in tally or score: *a close election.* 6. Very short of the original: *a close copy.* 7. Rigorous; strict: *close attention.* 8. Shut or shut in; not open. 9. Enclosed or closed. 10. Confining or narrow; cramped; tightly: *close garments.* 12. Lacking fresh air; stuffy: *a close room.* 13. Confined to specific persons; restricted. 14. Strictly confined or confining: *close supervision.* 15. Hidden from view; secretive in manner; reticent: *close about her personal life.* 16. Disinclined to relinquishing possessions or money; stingy. 17. Difficult to acquire; scarce: *close credit.* 19. Uttered with the tongue near the palate. Used of vowels. 20. Marked by more than less punctuation, esp. commas. —*v.* **closed, clos·ing, clos·es.** —*tr.* 1. To shut: *closed the door.* 2. To fill up, obstruct, or stop up: *closed the cracks with plaster.* 3. To declare not open to the public: *The mayor closed the park.* 3. To bring to an end: *close an account.* 4. To bring to an end: *close a conversation.* 5. To join; unite; bring into contact: *close a circuit.* 6. To draw or bind together: *It took eight stitches to close the wound.* 7. To enclose on all sides; shut in. —*intr.* 1. To become...



**clip²**
Paper clips



**clipper**
The clipper *Surprise*



**clitellum**
Clitellum of an earthworm



**clock¹**
18th-century English



**cloister**

ă pat / ā pay / âr care / ä father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out

rest home | retained object    1054

of the genus *Ononis*, having tough, woody stems and roots and pink or purplish flowers. [Obs. *rest*, to check, short for ARREST + HARROW.]
**rest home** *n.* An establishment where elderly or sick people are housed and cared for.
**rest·ing** (rĕs'tĭng) *adj.* 1. a. In a state of inactivity or rest. b. Dead. 2. *Bot.* Dormant. Used esp. of spores that germinate after a prolonged period.
**resting cell** *n.* A cell that is not actively in the process of dividing.
**res·ti·tute** (rĕs'tĭ-tōōt', -tyōōt') *v.* -tut·ed, -tut·ing, -tutes. —*tr.* 1. To bring back to a former condition; restore. 2. To refund. —*intr.* To undergo restitution. [Lat. *restituere, restitut-*: *re-*, back + *statuere*, to set up < *stare*, to stand.]
**res·ti·tu·tion** (rĕs'tĭ-tōō'shən, -tyōō'-) *n.* 1. The act of restoring to the rightful owner something that has been taken away, lost, or surrendered. 2. The act of making good or compensating for loss, damage, or injury; indemnification. 3. A return to or restoration of a previous state or position.
**res·tive** (rĕs'tĭv) *adj.* 1. Impatient or nervous under restriction, delay, or pressure; uneasy. 2. Difficult to control; refractory. 3. Refusing to move, as a horse or other animal. [ME *restyf*, stationary < OFr. *restif* < VLat. *\*restivus* < Lat. *restare*, to keep back : *re-*, back + *stare*, to stand.] —**res'tive·ly** *adv.* —**res'tive·ness** *n.*

**Usage:** Restive and *restless* are now commonly used as equivalent terms. Restive, however, implies more than simply "nervous" or "fidgety"; it implies resistance to some sort of restraint. Thus, a child may be *restless* if he is sleeping poorly but *restive* only if he is being kept in bed.

**rest·less** (rĕst'lĭs) *adj.* 1. Without quiet, repose, or rest: *a restless night.* 2. Incapable of resting, relaxing, or being still: *a restless child.* 3. Never still or motionless: *the restless sea.* —See Usage note at **restive**. —**rest'less·ly** *adv.* —**rest'less·ness** *n.*
**rest mass** *n.* The physical mass of a body as observed in a reference system with respect to which the body is at rest.
**re·stock** (rē-stŏk') *tr.v.* -stocked, -stock·ing, -stocks. To stock again; furnish new stock for.
**res·to·ra·tion** (rĕs'tə-rā'shən) *n.* 1. a. The action of restoring: *damage too great for restoration.* b. A particular act of restoring: *Restoration of the sculpture was expensive.* 2. The state of being restored. 3. Something, as a renovated building, that has been restored. 4. **Restoration. a.** The return of Charles II to the British throne in 1660. b. The period between the return of Charles II and the Revolution of 1688.
**re·stor·a·tive** (rĭ-stôr'ə-tĭv, -stōr'-) *adj.* 1. Of or pertaining to restoration. 2. Tending or having the power to restore. —*n.* Something that restores. —**re·stor'a·tive·ly** *adv.* —**re·stor'a·tive·ness** *n.*
**re·store** (rĭ-stôr', -stōr') *tr.v.* -stored, -stor·ing, -stores. 1. To bring back into existence or use; re-establish: *restore law and order.* 2. To bring back to an original condition: *restore a building.* 3. To put (someone) back in a prior position: *restore the emperor to the throne.* 4. To give make restitution of; give back: *restore the stolen funds.* [ME *restoren* < OFr. *restorer* < Lat. *restaurare*.] —**re·stor'er** *n.*
**re·strain** (rĭ-strān') *tr.v.* -strained, -strain·ing, -strains. 1. To control; check. 2. To deprive of freedom or liberty. 3. To limit or restrict. [ME *restreyner* < OFr. *restraindre* < Lat. *restringere*, to bind back : *re-*, back + *stringere*, to bind.] —**re·strain'a·ble** *adj.* —**re·strain'ed·ly** (-strā'nĭd-lē) *adv.* —**re·strain'er** *n.*

**Synonyms:** *restrain, restrict, curb, check, snaffle, bridle, inhibit.* Restrain implies restriction of one's freedom of action by either moral or physical force, frequently for one's own good: *The groom restrained the frightened horse.* Restrict means to set bounds: *He restricted his son's allowance.* Curb and check imply a sudden or abrupt stoppage of an advance or forward motion. Snaffle applies to a gentler, less forcible stoppage. Bridle means holding in or governing one's emotions or passions. Inhibit usually connotes a self-imposed check on one's actions or emotions.

**re·straint** (rĭ-strānt') *n.* 1. a. The act of restraining. b. The condition of being restrained. 2. Loss or abridgment of freedom. 3. An influence that inhibits or restrains; limitation. 4. An instrument or means of restraining. 5. Control or repression of feelings; constraint. [ME *restreinte* < OFr. *restrainte* < p.part. of *restraindre*, to restrain.]
**re·strict** (rĭ-strĭkt') *tr.v.* -strict·ed, -strict·ing, -stricts. To keep within limits; confine. [Lat. *restringere, restrict-*, to restrain.]
**re·strict·ed** (rĭ-strĭk'tĭd) *adj.* 1. Confined; limited. 2. Excluding or unavailable to members of certain groups: *a restricted neighborhood.* —**re·strict'ed·ly** *adv.*
**re·stric·tion** (rĭ-strĭk'shən) *n.* 1. The act of restricting. 2. The state of being restricted. 3. Something that restricts; limitation.
**re·stric·tive** (rĭ-strĭk'tĭv) *adj.* 1. Tending or serving to restrict. 2. *Gram.* Denoting a subordinate clause, phrase, or term considered to limit the use of the word or word group that it modifies, thus being essential to the meaning of the sentence. —**re·stric'tive·ly** *adv.* —**re·stric'tive·ness** *n.*
**rest room** *n.* A public lavatory.
**re·struc·ture** (rē-strŭk'chər) *v.* -tured, -tur·ing, -tures. —*tr.*
To alter the make-up of. —*intr.* To alter the structure of something.
**re·sult** (rĭ-zŭlt') *intr.v.* -sult·ed, -sult·ing, -sults. 1. To occur or exist as a consequence of a particular cause. 2. To end in a particular way. —*n.* The consequence of a particular action, operation, or course; outcome. [ME *resulten* < Med. Lat. *resultare* < Lat., to leap back : *re-*, back + *saltare*, to dance, freq. of *salire*, to leap.] —**re·sult'ful** *adj.* —**re·sult'ful·ness** *n.* —**re·sult'less** *adj.*
**re·sul·tant** (rĭ-zŭl'tənt) *adj.* Issuing or following as a consequence or result. —*n.* 1. Something that results; outcome. 2. *Math.* A vectorial sum. —**re·sul'tant·ly** *adv.*
**re·sume** (rĭ-zōōm') *v.* -sumed, -sum·ing, -sumes. —*tr.* 1. To begin or take up again after interruption. 2. To assume or take again. 3. To take on or take back again. —*intr.* To begin again or continue after interruption. [ME *resumer* < OFr. *resumer* < Lat. *resumere* : *re-*, again + *sumere*, to take up.] —**re·sum'a·ble** *adj.* —**re·sum'er** *n.*
**ré·su·mé** (rĕz'ōō-mā', rĕz'ōō-mā') *n.* A summary, esp. a brief record of one's personal history and experience submitted with a job application. [Fr. < p.part. of *résumer*, to summarize < OFr. *resumer*, to resume.]
**re·sump·tion** (rĭ-zŭmp'shən) *n.* The act of resuming. [ME < OFr. < LLat. *resumptio* < Lat. *resumere*, to resume.]
**re·su·pi·nate** (rĭ-sōō'pə-nāt', -nĭt) *adj. Biol.* Inverted or seemingly turned upside-down. [Lat. *resupinatus*, bent back, p.part. of *resupinare*, to bend back : *re-*, back + *supinus*, supine.] —**re·su'pi·na'tion** *n.*
**re·su·pine** (rĕs'ə-pīn') *adj.* Lying on the back; supine. [Lat. *resupinus* < *resupinare*, to bend back. —See RESUPINATE.]
**re·sur·face** (rē-sûr'fəs) *v.* -faced, -fac·ing, -fac·es. —*tr.* To cover with a new surface. —*intr.* To come to the surface again; reappear.
**re·surge** (rĭ-sûrj') *intr.v.* -surged, -surg·ing, -surg·es. 1. To rise again. 2. To sweep or surge back again. [Lat. *resurgere* : *re-*, again + *surgere*, to rise.]
**re·sur·gent** (rĭ-sûr'jənt) *adj.* 1. Rising or tending to rise again. 2. Sweeping or surging back again. —**re·sur'gence** *n.*
**res·ur·rect** (rĕz'ə-rĕkt') *v.* -rect·ed, -rect·ing, -rects. —*tr.* 1. To bring back to life; raise from the dead. 2. To bring back into practice, notice, or use. —*intr.* To rise from the dead; return to life. [Back-formation < RESURRECTION.]
**res·ur·rec·tion** (rĕz'ə-rĕk'shən) *n.* 1. The act of rising from the dead or returning to life. 2. The state of those who have returned to life. 3. The act of bringing back to practice, notice, or use; revival. 4. **Resurrection. a.** The rising again of Christ on the third day after the Crucifixion. b. The rising again of the dead at the Last Judgment. [ME < OFr. < LLat. *resurrectio* < Lat. *resurgere*, to rise again. —see RESURGE.] —**res·ur·rec'tion·al** *adj.*
**resurrection fern** *n.* An American fern, *Polypodium polypoides*, of warm regions, having fronds that curl up and apparently die in prolonged dry weather and expand under moist conditions.
**res·ur·rec·tion·ist** (rĕz'ə-rĕk'shə-nĭst) *n.* 1. One who steals bodies from the grave in order to sell them for dissection; body snatcher. 2. One who resurrects.
**resurrection plant** *n.* Any of several plants, esp. the rose of Jericho, that appear dead during dry periods and expand and continue to grow under moist conditions.
**re·sur·vey** (rē'sər-vā', rē-sûr'vā') *tr.v.* -veyed, -vey·ing, -veys. To survey or study anew. —*n.* (rē-sûr'vā'). A new survey or study.
**re·sus·ci·tate** (rĭ-sŭs'ĭ-tāt') *v.* -tat·ed, -tat·ing, -tates. —*tr.* To restore consciousness, vigor, or life to. —*intr.* To return to consciousness, vigor, or life; revive. [Lat. *resuscitare, resuscitat-* : *re-*, again + *suscitare*, to stir up (*sub-*, up from below + *citare*, to move violently, freq. of *ciēre*, to put in motion).] —**re·sus'ci·ta·ble** (-tə-bəl) *adj.* —**re·sus'ci·ta'tion** *n.* —**re·sus'ci·ta'tive** *adj.* —**re·sus'ci·ta'tor** *n.*
**ret** (rĕt) *v.* ret·ted, ret·ting, rets. —*tr.* To moisten or soak (flax, for example) to soften and separate the fibers by partial rotting. —*intr.* To become retted. [ME *reten*.]
**re·ta·ble** (rē'tā'bəl, rĕt'ə-) *n.* A structure forming the back of an altar, esp.: a. An overhanging shelf for lights and ornaments. b. A frame enclosing painted panels. [Fr. < Sp. *retablo* : Lat. *retro-*, back + *tabulum*, table.]
**re·tail** (rē'tāl') *n.* The sale of goods or commodities in small quantities to the consumer. —*adj.* Of, pertaining to, or engaged in the sale of goods or commodities at retail. —*v.* -tailed, -tail·ing, -tails. —*tr.* 1. To sell in small quantities directly to consumers. 2. (also rĭ-tāl'). To tell and retell. —*intr.* To sell at retail. —*idiom.* **at retail.** At a retail price. [ME < OFr. *retaille*, piece cut off < *retailler*, to cut up : *re-* (intensive) + *tailler*, to cut. —see TAILOR.] —**re'tail'** *adv.* —**re'tail'er** *n.*
**re·tail·ing** (rē'tā'lĭng) *n.* The functions and activities involved in the selling of commodities to the consumer.
**re·tain** (rĭ-tān') *tr.v.* -tained, -tain·ing, -tains. 1. To keep or hold in one's possession. 2. To keep or hold in a particular place, condition, or position. 3. To keep in mind; remember. 4. To hire (a lawyer, for example) by the payment of a fee. 5. To keep in one's service or pay. [ME *reteinen* < OFr. *retenir* < Lat. *retinēre* : *re-*, back + *tenēre*, to hold.] —**re·tain'a·ble** *adj.* —**re·tain'ment** *n.*
**retained object** *n. Gram.* An object in a passive construc


**resultant**
c is the resultant of vectors *a* and *b*

**retable**
Detail from "The Retable of Saint Peter" by Martin de Soria, 15th-century Spanish

ā pat / ā pay / âr care / ā father / b bib / ch church / d deed / ĕ pet / ē be / f fife / g gag / h hat / hw which / ĭ pit / ī pie / îr pier
j judge / k kick / l lid, needle / m mum / n no, sudden / ng thing / ŏ pot / ō toe / ô paw, for / oi noise / ou out / ōō took / ōō boot

