# Ex. 7

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,545,845

Application/Control Number: 10/104,698                                                 Page 3
Art Unit: 2652

Claims 1-11 are rejected under 35 U.S.C. 102(e) as being anticipated by Wright (US 4,805,05).

As per claim 1, Wright (US 4,805,05) discloses a disc drive assembly (FIG. 1) having a base plate (21), at least one disc (43) rotatably mounted on the base plate (21) for rotation about a spin axis (about shaft (26)), and an actuator assembly (including (56)) mounted adjacent the at least one disc (43) positioning a plurality of read/write heads (51) over predetermined radial positions on the at least one disc (43), the actuator assembly comprising: an actuator arm (56) pivotally supported from the base plate (21) for rotation about an actuator axis parallel to the spin axis (about shaft (62)), wherein the actuator arm (56) carries the heads (51) at one end thereof and a generally flat voice coil (91) at an opposite end of the actuator arm (56) and has a central axial bore (into which sleeve (66)) is inserted) therethrough; a bearing cartridge (including (66)) disposed in the central axial bore; and a retaining clip (64) (see, e.g., COL. 3, lines 57-60 and cf. FIGS. 1 and 2) engaging a portion of the bearing cartridge (including (66)) to fasten the actuator arm (56) to the bearing cartridge (including (66)).

As per claims 2, 6, wherein the bearing cartridge (including (66)) has a bottom radial flange (67) and the actuator (56) is captured between the bottom radial flange (67) and the retaining clip (64).

As per claim 3, wherein the retaining clip (64) has a "C" shape (see FIG. 1).

As per claims 4, 7, wherein the retaining clip (64) engages a groove at an upper end of the bearing cartridge (see FIG. 2).

Additionally, as per claim 5, the actuator assembly positioning a transducer (51) over a rotating data storage disc (43) in the disc drive, the actuator assembly (including (56)) further

STX 000765

# Ex. 8

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,545,845



S/N 10/104,698

PATENT
Confirmation No. 8292

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant: | Wallis A. Dague, et al. | Examiner: | William Joseph Klimowicz |
| Serial No.: | 10/104,698 | Group Art Unit: | 2652 |
| Filed: | March 22, 2002 | Docket No.: | STL4061.17/40046.24USD3 |
| Title: | ACTUATOR ASSEMBLY RETAINING CLIP | | |

CERTIFICATE UNDER 37 CFR 1.10
'Express Mail' mailing label number: EV073470606US
Date of Deposit: December 23, 2002

I hereby certify that this paper or fee is being deposited with the United States Postal Service 'Express Mail Post Office To Addressee' service under 37 CFR 1.10 on the date indicated above and is addressed to the Commissioner for Patents, Washington, D.C. 20231.

By: /s/
Name: Mary C. Notter

AMENDMENT

RECEIVED
DEC 3 0 2002
Technology Center 2600

Box AF
Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

This amendment is responsive to the final Office Action mailed on October 23, 2002 setting a three month shortened statutory period for response expiring on January 23, 2002. Please amend the application as follows.

**IN THE CLAIMS:**

Please amend claims 12, 14, 15 and 16 to read as set forth below.

12. (Amended) In a disc drive data storage device having a base plate, a spin motor mounted to the base plate carrying a storage disc rotatably mounted on the spin motor for rotation about an axis, and an actuator assembly mounted on a stationary post having an axis parallel to the disc spin axis adjacent the storage disc, the actuator assembly comprising:

an actuator arm having a pivot portion having a central bore, a distal end supporting a transducer operably positioned over the storage disc, and a proximal end carrying a voice coil; and

a bearing cartridge retained in the central bore of the actuator arm by a generally circular retaining clip engaging the bearing cartridge and securing the actuator arm to the bearing cartridge.



14. (Amended)    The actuator assembly according to claim 12 wherein the bearing cartridge has a bottom flange and a peripheral groove at an upper end receiving the clip to secure the actuator arm to the cartridge between the flange and the retaining clip.

15. (Amended)    The actuator assembly according to claim 14 wherein the bearing cartridge is fastened to the stationary post on the base plate of the disc drive.

16. (Amended)    The actuator assembly according to claim 12 wherein the pivot portion of the actuator arm has a plurality of integral actuator arms extending from the pivot portion.

## REMARKS

The examiner's thorough consideration of the application is appreciated. However, reconsideration and withdrawal of the claim rejections is respectfully requested for the following reasons.

Claims 12-16 stand rejected under 35 USC 112. Claims 12, 14, 15 and 16 have been amended to obviate the rejection under 35 USC 112. Specifically, claims 12, 14 and 15 have been amended to remove specific reference to the inner and outer sleeves of the bearing cartridge. Claim 16 has been amended to clarify that the pivot portion is part of the actuator arm, not part of the bearing cartridge. These amended claims obviate the rejection under 35 USC 112, and thus this rejection should now be withdrawn.

Claims 1-16 stand rejected as anticipated by Wright. The examiner asserts that the retaining clip 64 engages "a portion of the bearing cartridge to fasten the actuator arm 56 to the bearing cartridge", and therefore meets all the limitations of Applicants' independent claim 1. In support of this position, the examiner takes the position that the washer is part of the bearing cartridge.

Applicants respectfully traverse this assertion and the rejection. Wright Figs. 1 and 2 clearly show the retaining ring 64 fastened to the stationary post 62. It is the examiner's position in the Office Action that the bearing cartridge of Wright comprises the cylinder 66, upper and lower bearings 63, and the washer (un-numbered). Assuming this position is correct, the retaining ring 64 holds the bearing cartridge on the post 62. Specifically, the retaining ring 64 engages the washer on the top of the upper bearing 63 to hold the "bearing cartridge" assembly of bearings 63, the washer, and the cylinder 66 on the post 62. The examiner is respectfully requested to note that the actuator arms 56 and spacers 69 are stacked on the flange 67 of the cylinder 66 and captured on the "bearing cartridge" by vertical bolts 71 which thread into the bottom flange 67 of the cylinder 66. Thus the "bearing cartridge" is fastened to the actuator arms by the bolts 71. The retaining clip 64 clearly does not engage "a portion of the bearing cartridge to fasten the actuator arm 56 to the bearing cartridge". The retaining clip 64 engages a portion of the bearing cartridge to fasten the bearing cartridge to the stationary post 62.

In stark contrast, in Applicants' claimed invention, the bearing cartridge (62 and 362) is fastened to the actuator arm (40 and 340) by the clip ring (63 and 363). See Applicants' specification, pages 11, lines 21-25 and page 24, lines 3-7. Applicants' independent claim 1 and

claim 12 each specifically recites that the retaining ring **engages a portion of the bearing cartridge to fasten the actuator arm to the bearing cartridge.** Wright does not meet this specific limitation. In Wright, the retaining ring engages a portion of the bearing cartridge to fasten the bearing cartridge to the stationary post. The rejection under 35 USC 102(b) is improper and should be withdrawn.

Claims 1-16 remain pending in the application. These claims are clearly allowable over Wright and thus a Notice of Allowance is earnestly solicited. This response is believed to fully respond to each point raised in the final Office Action. Should the examiner have any remaining questions or concerns, he is encouraged to contact the undersigned attorney by telephone to expeditiously resolve such concerns.

Respectfully submitted,

Seagate Technology LLC
(Assignee of the entire interest)

12/23/02
Date

23552
PATENT TRADEMARK OFFICE

John R. Wahl, Reg. No. 33,044
Merchant & Gould P.C.
P.O. Box 2903
Minneapolis, MN 55402-0903
(303) 357-1644
(303) 357-1641 (fax)

4

# Ex. 9

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,545,845

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available***