IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**REDACTED**

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>        Defendant. | C.A. No. 04-418 (SLR) |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,744,606**

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 6,744,606 (issued June 1, 2004) |
| 2. | Notice of Commission Decision to Review and Reverse an Initial Determination Granting Summary Determination of the Invalidity of Claims 1, 2, 4, 6, 9-15, 17, 19, and 20 of U.S. Patent No. 6,744,606; Denial of Motion for Leave to File a Reply Brief |
| 3. | The Oxford Encyclopedic English Dictionary Edited by Joyce M. Hawkins and Robert Allen (1991) |
| 4. | Notice of Allowability dated Feb. 20, 2004 (Application No. 10/218,240) |
| 5. | Excerpt of Transcript of Deposition of James Morehouse, Ph.D. (April 13, 2005) |

1

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

6.  Commission Investigative Staff's Response to Respondent's Motion for Summary Determination of Invalidity With Respect to the '606 Patent

7.  Excerpt of Rebuttal Expert Report of David B. Bogy, Ph.D., dated Sept. 16, 2005

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

_/s/ Timothy Devlin_
Timothy Devlin

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER