# Ex. 2

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,324,054

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available***

# Ex. 3

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,324,054

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available***

# Ex. 4

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,324,054

## CONFIDENTIAL DOCUMENT

*These pages have been omitted because
they contain confidential information
subject to the protective order*

*There is no public version of the document that is available*

# Ex. 5

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,324,054

Second College Edition

# The American Heritage Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1982, 1985 by Houghton Mifflin Company. All rights reserved. No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system, except as may be expressly permitted by the 1976 Copyright Act or in writing by the Publisher.

All correspondence and inquiries should be directed to
Reference Division, Houghton Mifflin Company
One Beacon Street, Boston, MA 02108

Library of Congress Cataloging in Publication Data
Main entry under title:
American Heritage dictionary.
   Rev. ed. of: American Heritage dictionary of the English language. New college ed. c1976.
   1. English language—Dictionaries.   I. Morris, William, 1913–
PE1625.A54   1982       423        82-9346
ISBN 0-395-32943-4
ISBN 0-395-32944-2 (thumb index)
ISBN 0-395-33959-6 (deluxe edition)

Manufactured in the United States of America

repeatedly. b. To bend (a joint). c. To bend (a joint) repeatedly. 2. To contract (a muscle). —*intr.* To bend; *His hands flexed nervously.* —*n. Chiefly Brit.* Electric cord. [Lat. *flectere, flex-,* to bend.]

**flex·a·gon** (flĕk'sə-gŏn') *n.* A folded paper construction capable of being flexed along its folds to alternately reveal and conceal its faces. [FLEX + *-agon,* as in pentagon.]

**flex·i·ble** (flĕk'sə-bəl) *adj.* 1. Capable of being bent or flexed; pliable. 2. Susceptible to influence or persuasion; tractable. 3. Responsive to change; adaptable: *a flexible schedule.* —**flex'i·bil'i·ty, flex'i·ble·ness** *n.* —**flex'i·bly** *adv.*

**Synonyms:** *flexible, malleable, ductile, plastic, pliable, pliant, supple, adaptable.* These adjectives are applied to what can readily undergo change or modification. *Flexible* refers to the ability of a thing to be bent, twisted, or turned without breaking, or the ability of persons or things to accommodate to another's wishes, changing conditions, or the like. *Malleable* is applied, literally and figuratively, to capacity for being shaped by or as if by tools. *Ductile* describes the capacity of certain metals to be drawn out or hammered thin, or of certain liquids to be channeled readily. *Plastic* refers to capacity for being molded or modeled after the fashion of plaster or clay. *Pliable* and *pliant* refer to things or materials that can be changed in shape without breaking. Applied to persons, *pliant* indicates readiness to accommodate to change or the wishes of another, and *pliable* may imply tendency to be influenced easily or to be dominated. *Supple* is applied to objects that can bend in many places without damage, or figuratively to what responds readily to change or external influence. *Adaptable* refers to the capacity of persons and things to assume modified form or to change or adjust in other respects in response to new circumstances.

**flex·ile** (flĕk'səl, -sīl') *adj.* Flexible.

**flex·ion** (flĕk'shən) *n.* 1. Also **flec·tion**. *Anat.* a. The act of bending. b. The condition of being bent. 2. A part that is bent. 3. Inflection (sense 2). [Lat. *flexio,* a bending < *flectere,* to bend.]

**flex·or** (flĕk'sər) *n.* A muscle that acts to flex a joint. [NLat. < Lat. *flexus,* p.part. of *flectere,* to bend.]

**flex·time** (flĕks'tīm') *n.* An arrangement by which employees may set their own work schedules, as starting and finishing hours. [FLEX(IBLE) + TIME.]

**flex·u·ous** (flĕk'shōō-əs) *adj.* Bending or winding alternately from side to side. [Lat. *flexuosus < flexus,* p.part. of *flectere,* to bend.] —**flex'u·ous·ly** *adv.*

**flex·ure** (flĕk'shər) *n.* 1. A bend, curve, or turn. 2. The act or an instance of bending or flexing. —**flex'ur·al** *adj.*

**fley** (flā) *tr.v.* **fleyed, fley·ing, fleys.** *Scot.* To frighten. [ME *fleien* < OE *flēgan.*]

**flib·ber·ti·gib·bet** (flĭb'ər-tē-jĭb'ĭt) *n.* A silly, scatterbrained, or garrulous person. [ME *flibergebet.*]

**flick¹** (flĭk) *n.* 1. A light, quick blow, jerk, or touch. 2. The sound accompanying a flick. 3. A light splash, dash, or daub. —*v.* **flicked, flick·ing, flicks.** —*tr.* 1. To touch or hit with a light, quick blow: *flicked him with his hand.* 2. To cause to move with a light blow; snap: *flicked the light switch on.* 3. To remove with a light, quick blow: *flicked the lint off her coat.* —*intr.* To twitch or flutter. [Imit.]

**flick²** (flĭk) *n. Informal.* A motion picture. [Back-formation < FLICKER¹.]

**flick·er¹** (flĭk'ər) *v.* **-ered, -er·ing, -ers.** —*intr.* 1. To move waveringly; flutter: *shadows flickering on the wall.* 2. To burn unsteadily or fitfully. —*tr.* To cause to flicker. —*n.* 1. A brief movement; tremor. 2. An inconstant or wavering light. 3. A brief or slight sensation. 4. *Slang.* A motion picture. [ME *flikeren* < OE *flicerian.*]

**flick·er²** (flĭk'ər) *n.* Any of several large North American woodpeckers of the genus *Colaptes,* having a brownish back and a spotted breast. [Perh. < FLICK¹.]

**flick·er·tail** (flĭk'ər-tāl') *n.* A ground squirrel, *Citellus richardsoni,* of western North America.

**flied** (flīd) *v.* Past tense and past participle of **fly¹** (sense 7).

**fli·er** also **fly·er** (flī'ər) *n.* 1. One that flies, esp. an airplane pilot. 2. A step in a straight stairway. 3. *Informal.* A daring venture. 4. A pamphlet or circular for mass distribution.

**flight¹** (flīt) *n.* 1. a. The motion of an atom in or through a medium, esp. through the earth's atmosphere or through space. b. An instance of such motion. c. The distance covered in such motion. 2. a. The act or process of flying through the air by means of wings. b. The ability to fly. 3. A passage or movement. 4. A scheduled airline run or trip. 5. A group, esp. of birds or aircraft, flying together. 6. A number of aircraft in the U.S. Air Force forming a subdivision of a squadron. 7. A brilliant and extraordinary effort or display: *a flight of the imagination.* 8. A series of stairs rising from one landing to another. —*intr.v.* **flight·ed, flight·ing, flights.** To migrate or fly in flocks. [ME < OE *flyht.*]

**flight²** (flīt) *n.* The act or an instance of running away. [ME < OE *flyht.*]

**flight attendant** *n.* An attendant who assists passengers in an airplane.

**flight bag** *n.* A lightweight, flexible piece of luggage with zippered outside pockets.

**flight deck** *n.* 1. The upper deck of an aircraft carrier, used as a runway. 2. An elevated compartment in certain aircraft, used by the pilot, copilot, and flight engineer.

**flight engineer** *n.* The crew member responsible for the mechanical performance of an aircraft flight.

**flight feather** *n.* One of the comparatively large, stiff feathers of a bird's wing or tail that are necessary for flight.

**flight·less** (flīt'lĭs) *adj.* Incapable of flying, as certain birds.

**flight surgeon** *n.* An air force medical officer who specializes in aviation medicine.

**flight-test** (flīt'tĕst') *tr.v.* **-test·ed, -test·ing, -tests.** To test (an aircraft, for example) during flight.

**flight·y** (flī'tē) *adj.* **-i·er, -i·est.** 1. a. Given to capricious or unstable behavior. b. Marked by irresponsible or silly behavior. 2. Easily excited; skittish. —**flight'i·ly** *adv.* —**flight'i·ness** *n.*

**flim-flam** (flĭm'flăm') *Informal.* —*n.* 1. Nonsense; humbug. 2. A deception; swindle. —*tr.v.* **-flammed, -flam·ming, -flams.** To swindle. [Prob. of Scand. orig.]

**flim·sy** (flĭm'zē) *adj.* **-si·er, -si·est.** 1. Light, thin, and insubstantial: *a flimsy fabric.* 2. Lacking solidity or strength: *a flimsy table.* 3. Lacking plausibility; unconvincing: *a flimsy theory.* —*n., pl.* **-sies.** 1. Thin paper usually used to make multiple copies. 2. Something written on flimsy. [Orig. unknown.] —**flim'si·ly** *adv.* —**flim'si·ness** *n.*

**flinch** (flĭnch) *intr.v.* **flinched, flinch·ing, flinch·es.** 1. To start or wince involuntarily, as from surprise or pain. 2. To draw away; retreat. —*n.* An act or instance of flinching. [OFr. *flenchir.*] —**flinch'er** *n.* —**flinch'ing·ly** *adv.*

**flin·ders** (flĭn'dərz) *pl.n.* Bits, fragments, or splinters. [ME *flendris,* perh. of Scand. orig.]

**fling** (flĭng) *v.* **flung** (flŭng), **fling·ing, flings.** —*tr.* 1. To throw with violence: *flung the dish against the wall.* 2. To put or send suddenly or unexpectedly: *an army flung into battle.* 3. To throw (oneself) into some activity with abandon and energy. 4. To toss aside; discard: *fling propriety away.* —*intr.* To move quickly, violently, or impulsively. —*n.* 1. An act of flinging. 2. A brief period of indulging one's impulses; spree. 3. *Informal.* A usually brief attempt or effort: *You take a fling at it.* [ME *flingen,* of Scand. orig.]

**flink·ite** (flĭng'kīt') *n.* A brownish-green mineral of manganese arsenate. [After Gustaf *Flink* (d. 1931).]

**flint** (flĭnt) *n.* 1. A very hard, fine-grained quartz that sparks when struck with steel. 2. A piece of flint used as a tool by primitive man. 3. A small solid cylinder of a spark-producing alloy, used in lighters to ignite the fuel. 4. Something like flint in hardness: *a jaw of flint.* [ME < OE.]

**flint corn** *n.* A variety of corn, *Zea mays indurata,* having small, hard seeds.

**flint disease** *n.* Pneumonoconiosis caused by the prolonged inhalation of stone dust.

**flint glass** *n.* A soft, fusible, lustrous, brilliant lead-oxide optical glass with high refraction and low dispersion.

**flint·head** (flĭnt'hĕd') *n.* The wood ibis.

**flint·lock** (flĭnt'lŏk') *n.* 1. An obsolete gunlock in which a flint embedded in the hammer produces a spark that ignites the charge. 2. A firearm having a flintlock.

**flint·y** (flĭn'tē) *adj.* **-i·er, -i·est.** 1. Containing or composed of flint. 2. Unyielding; stern. —**flint'i·ly** *adv.* —**flint'i·ness** *n.*

**flip** (flĭp) *v.* **flipped, flip·ping, flips.** —*tr.* 1. To throw with a brisk motion: *flipped me the ball.* 2. To toss in the air, imparting a spin: *flip a coin.* 3. To reverse or overturn quickly and effortlessly. —*intr.* 1. To strike quickly or lightly, as with a snap of the fingers. 2. To move suddenly or jerkily. 3. To turn a somersault in the air. 4. *Slang.* a. To go crazy. b. To react strongly and esp. enthusiastically: *She flipped over the new car.* —*n.* 1. An act of flipping, esp.: a. A fillip or tap. b. A quick, jerky movement. c. A somersault. 2. A mixed drink made with any of various alcoholic beverages and often including beaten eggs. —*adj. Informal.* 1. Marked by disrespect; impertinent. 2. Marked by unconcern; indifferent. [Perh. imit.]

**flip chart** *n.* A chart consisting of sheets hinged that can be flipped over to present information.

**flip-flop** (flĭp'flŏp') *n.* 1. The movement of repeated flapping: *the flip-flop of sandals.* 2. A backward somersault or handspring. 3. A reversal, as of opinion. 4. *Electronics.* An electronic or mechanical device capable of assuming either of two stable states and used in computers for storing information. —**flip'-flop'** *v.* (-flŏp'd)



flintlock
Late 18th-century American

**flip·pant** (flĭp'ənt) *adj.* 1. Marked by disrespectful levity or indifference. 2. *Archaic.* Nimble. —**flip'pan·cy** *n.* —**flip'pant·ly** *adv.*

**flip·per** (flĭp'ər) *n.* 1. A wide flat limb, as of a seal, adapted for swimming. 2. A paddlelike rubber covering for the foot, used in skin diving.

**flip side** *n. Informal.* The reverse side, as of a phonograph record.

**flirt** (flûrt) *v.* **flirt·ed, flirt·ing, flirts.** —*intr.* 1. To make playfully romantic or sexual overtures. 2. To deal playfully, triflingly, or superficially. 3. To move abruptly or jerkily. —*tr.* To cause to move quickly in a jerking motion. —*n.* 1. A person who flirts. 2. An abrupt, jerking movement. [Perh. imit.]

**flir·ta·tion** (flûr-tā'shən) *n.*





fossil
Fossilized fern fronds

# Ex. 6

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE BRIEF REGARDING
CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT 6,324,054

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available***