IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>  Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>  Defendant. | C.A. No. 04-418 (SLR) |

**REDACTED**

### DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION TO PRECLUDE (NO. 2) SEAGATE FROM ASSERTING INFRINGEMENT WITH RESPECT TO ACCUSED 4.0 PRODUCTS

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed brief.

| Exhibit | Document |
|---|---|
| 1. | Letter from Mr. Riffe to Mr. Wheatley, dated Nov. 3, 2004. |
| 2. | Excerpts of Transcript of December 7, 2004 Deposition of Mr. Michael McNeil, at pp. 78-87, 155. |
| 3. | Transcript of December 7, 2004 Telephonic Hearing with Administrative Law Judge Sidney Harris. |
| 4. | CNET News.com Article, dated Dec. 14, 2004. |
| 5. | Electronic Mail from Mr. Kow, dated Dec. 17, 2004. |
| 6. | Joint Press Release, dated May 2, 2005. |

1

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

7. Transcript of Discovery Conference held on May 11, 2005, before Chief Judge Robinson. [D.I. 67.]

8. Transcript of Discovery Conference held on June 28, 2005, before Chief Judge Robinson. [D.I. 111.]

9. Excerpts of Transcript of July 15, 2005 Deposition of Mr. Scott Holt, at pp. 37, 39-40, 42, 109-110.

10. Cornice Press Release titled "Cornice Introduces 4GB Storage Element; Enables Portable Multimedia Players With Increased Functionality at Lower System Costs," dated July 18, 2005.

11. Letter from Mr. Wheatley to Mr. Nester, dated July 25, 2005.

12. Excerpts of Transcript of March 21, 2005 Deposition of Mr. Scott Holt, at pp. 9-10.

13. Excerpt from Cornice PowerPoint Report, dated July 5, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

/s/ Timothy Devlin
Timothy Devlin

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER