IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>        Defendant. | C.A. No. 04-418 (SLR) |

**REDACTED**

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S
RESPONSE BRIEF REGARDING CONSTRUCTION OF
DISPUTED TERMS IN U.S. PATENT NO. 6,146,754**

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed brief.

| Exhibit | Document |
|---|---|
| A. | Complainant Seagate Technology, LLC's s Opposition to Cornice's Motion for Summary Determination of Invalidity of U.S. Patent No. 6,156,754, filed in the ITC on Feb. 28, 2005. |
| B. | Declaration of David E. Laughlin, Ph.D. in support of Complainant Seagate Technology, LLC's s Opposition to Cornice's Motion for Summary Determination of Invalidity of U.S. Patent No. 6,156,754, filed in the ITC on Feb. 28, 2005. |
| C. | Docket of U.S. International Trade Commission Investigation No. 337-TA-516. |
| D. | Joint Press Release, dated May 2, 2005. |

1

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

E.  Rebuttal Expert Report of David E. Laughlin, Ph.D., served on Oct. 7, 2005.

F.  Excerpts of Transcript of Deposition of David Laughlin, Ph.D. (April 1, 2005) at pp. 69-72, 371-382.

G.  Excerpts of Transcript of Deposition of Kevin R. Coffey, Ph.D. (Apr. 4, 2005), at p. 148-150.

H.  U.S. Patent No. 5,866,227 (issued Feb. 2, 1999).

I.  The Am. Heritage College Dictionary (2000), at p. 37.

J.  U.S. Patent No. 5,456,978 (issued Oct. 10, 1995).

K.  U.S. Patent No. 5,569,533 (issued Oct. 29, 1996).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

/s/ Timothy Devlin
Timothy Devlin

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER