# Ex. A

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S
RESPONSE BRIEF REGARDING CONSTRUCTION OF
DISPUTED TERMS IN U.S. PATENT NO. 6,146,754

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Ex. B

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S
RESPONSE BRIEF REGARDING CONSTRUCTION OF
DISPUTED TERMS IN U.S. PATENT NO. 6,146,754

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Ex. C

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S
RESPONSE BRIEF REGARDING CONSTRUCTION OF
DISPUTED TERMS IN U.S. PATENT NO. 6,146,754

## Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 97 5 Access Denied | Violat | 7/ / 4 | Complaint | License Agreement | Brian R. Nester | Fish and Richardson | Complainants Seagate Technology Inc. | |
| 9863 View Image | Violat | 7/ 6/ 4 | Complaint | CBI  4-31 | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 9864 View Image | Violat | 7/ 6/ 4 | Complaint | Exhibits | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 9865 View Image | Violat | 7/ 6/ 4 | Complaint | Patent Papers | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 1 8 8 View Image | Violat | 7/ 1/ 4 | Complaint | Supplement to Complaint and Public Versions of Confidential Exhibits | Brian Nester | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 1 96 View Image | Violat | 7/ 6/ 4 | Correspondence | CBI  4-31 | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-E |
| 1 995 View Image | Violat | 7/ 6/ 4 | Complaint | Supplement to the Complaint | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 11 78 View Image | Violat | 7/ 9/ 4 | Voting Sheet | OUII- 4- 15 | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 114 8 View Image | Final | 8/ 3/ 4 | Notice | Notice of Investigation | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 11491 View Image | Violat | 8/ 3/ 4 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|-----------|-----------------------|------------|-------------|----------|---------------------|-------------------|----------|
| 1155 View Image | Violat | 8/ 4/ 4 | Other | Certified copies to complaint | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 11664 View Image | Violat | 8/ 6/ 4 | Entry of Appearance | | Joanne Guerrera | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1175 View Image | Violat | 8/ 9/ 4 | Order | 1: Protective Order | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 11797 View Image | Violat | 8/1 / 4 | Notice | Federal Register | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 1  5 View Image | Violat | 8/13/ 4 | PO Subscription | | Joanne M. Guerrera | Weil, Gotshal and Manges | Cornice, INC | Pub-P |
| 1  73 View Image | Violat | 8/18/ 4 | Other | Request for Confidential Material | Joanne M. Guerrera | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1  74 View Image | Violat | 8/18/ 4 | PO Subscription | | Arlene A Hahn | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1  75 View Image | Violat | 8/18/ 4 | PO Subscription | | Jenna Victoriano | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1  76 View Image | Violat | 8/18/ 4 | PO Subscription | | Jason Kipnis | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1  77 View Image | Violat | 8/18/ 4 | PO Subscription | | Jenna Victoriano | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1  78 View Image | Violat | 8/18/ 4 | PO Subscription | | David C. Raduescu | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |

Print Date/Time: 11/1/2005 5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 1 79 View Image | Violat | 8/18/ 4 | PO Subscription | | Matthew D. Powers | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 8 View Image | Violat | 8/18/ 4 | PO Subscription | | Alan J. Weinschel | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 81 View Image | Violat | 8/18/ 4 | PO Subscription | | Steven D. Glazer | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 96 View Image | Violat | 8/18/ 4 | PO Subscription | Consent to be Bound | Leslie Dite | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 98 View Image | Violat | 8/18/ 4 | PO Subscription | Consent To Be Bound | Russell S. Wheatley | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 3 View Image | Violat | 8/18/ 4 | PO Subscription | Consent To Be Bound | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 336 View Image | Violat | 8/18/ 4 | PO Subscription | Consent to be Bound | Steve Morgan | Weil, Gotshal and Manges | Conica, Inc. | Pub-P |
| 1 364 View Image | Violat | 8/17/ 4 | PO Subscription | Cordell Protective Order Consent | Ruffin B. Cordell | Fish and Richardson | Seagate Technology | Pub-E |
| 1 366 View Image | Violat | 8/17/ 4 | PO Subscription | Nester Protective Order Consent | Brian R. Nester | Fish and Richardson | Seagate Technology | Pub-E |
| 1 367 View Image | Violat | 8/17/ 4 | PO Subscription | Riffe Protective Order Consent | Timothy W. Riffe | Fish and Richardson | Seagate Technology | Pub-E |
| 1 368 View Image | Violat | 8/17/ 4 | PO Subscription | Elluru Protective Order Consent | Rama G. Elluru | Fish and Richardson | Seagate Technology | Pub-E |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 1 369 View Image | Violat | 8/17/ 4 | PO Subscription | Patel Protective Order Consent | Rudhir B. Patel | Fish and Richardson | Seagate Technology | Pub-E |
| 1 37 View Image | Violat | 8/18/ 4 | PO Subscription | Devlin Protective Order Consent | Timothy Devlin | Fish and Richardson | Seagate Technology | Pub-E |
| 1 37 View Image | Violat | 8/18/ 4 | PO Subscription | Borovoy Protective Order Consent | Roger S. Borovoy | Fish and Richardson | Seagate Technology | Pub-E |
| 1 373 View Image | Violat | 8/18/ 4 | PO Subscription | Horowitz Protective Order Consent | D. Austin Horowitz | Fish and Richardson | Seagate Technology | Pub-E |
| 1 479 View Image | Violat | 8/ / 4 | PO Subscription | | Steven D. Chin | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 577 View Image | Violat | 8/ 3/ 4 | PO Subscription | Consent to Be Bound | Christine P. Hsu | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 59 View Image | Violat | 8/ 3/ 4 | Answer to Complaint | | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 591 Access Denied | Violat | 8/ 3/ 4 | Comments/Response to Comments | | Alejandra C. Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 1 66 View Image | Violat | 8/ 4/ 4 | Order | : Notice of Preliminary Conference and Order for Discovery Statements | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 1346 View Image | Violat | 9/ 7/ 4 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 13496 View Image | Violat | 9/ 8/ 4 | PO Subscription | Consent to be Bound | Adrian Percer | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 14119 View Image | Violat | 9/ / 4 | PO Subscription | Consent To Be Bound | Michael T. Zoppo | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 14166 View Image | Violat | 9/ / 4 | Order | 3: Setting Target Date | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 149 7 View Image | Violat | 9/ 9/ 4 | Order | 4: Setting Procedural Schedule | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 15368 View Image | Violat | 1 / 4/ 4 | Transcript | Preliminary Conference | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 154 4 View Image | Violat | 1 / 4/ 4 | Motion | 5 Unopposed Motion for Extension of Time by Non-Parties TDK Corp. of America and Husko, Inc. | Amy Beth Newman | Crowell & Moring | TDK Corporation of America; Husko Inc. | Pub-E |
| 15855 View Image | Violat | 1 /1 / 4 | Other | Consent to Be Bound | David D. Cross | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 16 8 View Image | Violat | 1 /15/ 4 | PO Subscription | Protective Order Consent for Mowry | Timothy Riffe | Fish and Richardson | Seagate | Pub-E |
| 16 7 View Image | Violat | 1 /15/ 4 | PO Subscription | Protective Order Consent for Chu | Christian Chu | Fish and Richardson | Seagate | Pub-E |
| 17 44 View Image | Violat | 11/1/ 4 | PO Subscription | | Rekha Ramani | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1811 Access Denied | Violat | 11/15/ 4 | Motion | 1 Motion for Summary Determination of U.S. Patent No. 6,744,6 6 | Joanne M. Guerrera | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |

Print Date/Time: 11/1/2005 5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|---|
| 18111 View Image | Violat | 11/15/ | 4 | Motion | 1 Motion for Summary Determination of U.S. Patent No. 6,744,6 6 | Joanne M. Guerrera | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 18 66 | Violat | 11/16/ | 4 | PO Subscription | Consent to be Bound | Zachariah S. Harrington | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 18 7 View Image | Violat | 11/16/ | 4 | PO Subscription | | Steven Rizzi | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 18346 Access Denied | Violat | 11/17/ | 4 | Motion | | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Con-P |
| 18661 View Image | Violat | 11/19/ | 4 | Motion | 3 | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 18755 View Image | Violat | 11/ / | 4 | PO Subscription | | James H. Morehouse | Weil, Gotshal and Manges | Office of the Secretary | Pub-P |
| 193 7 View Image | Violat | 1 /1/ | 4 | Motion Response/Reply | Staff Response to Cornice Motion for Summary of Invalidity of 6 6 Patent | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Pub-E |
| 193 5 View Image | Violat | 1 /1/ | 4 | Other | Declaration of Timothy W. Riffe | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 19331 View Image | Violat | 1 / / | 4 | Other | Declaration of David B. Bogy | David B. Bogy | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 19344 Access Denied | Violat | 1 / / | 4 | Motion Response/Reply | Opposition to Motion for Summary Determination | Timothy Devlin | Fish and Richardson | Seagate Technology LLC | Con-P |

Print Date/Time: 11/1/2005 5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 19399 Access Denied | Violat | 1 / / 4 | Motion Response/Reply | Respondent Cornice, Inc.'s Response to Complainant Seagate Technology LLC's Motion to Compel | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 19994 View Image | Violat | 1 / 9/ 4 | PO Subscription | | Kevin Coffey | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 19995 View Image | Violat | 1 / 9/ 4 | PO Subscription | | Caroline A. Ross | Weil, Gotshal and Manges | Cornice Inc. | Pub-P |
| 86 Access Denied | Violat | 1 /1 / 4 | Order | 5: Granting in Part Seagate's Motion No. 516- to Compel | Sidney Harris | USITC | Administrative Law Judge | Con-P |
| 185 View Image | Violat | 1 /13/ 4 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 356 View Image | Violat | 1 /15/ 4 | Other | complainant seagate technology llc's designation of confidential portions of order 5 | Timothy W. Riffe | Fish and Richardson | Fish and Richardson | Pub-P |
| 417 Access Denied | Violat | 1 /16/ 4 | Motion | 6 Motion for Leave to File Reply Brief Attaching Reply in Further Support of Its Motion for Summa | Christine P. Hsu | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 489 View Image | Violat | 1 /17/ 4 | Other | Expert Consent to Be Bound | Alejandra Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 49 View Image | Violat | 1 /17/ 4 | PO Subscription | | Charles R. Donohue | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |

Print Date/Time:  11/1/2005  5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|---|
| 779 Violat View Image | | 4 | 1/ 7/ | PO Subscription | Lori M. Goldstein | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 817 Violat Access Denied | | 4 | 1/ 8/ | ID/RD – Other Than Final on Violation | Order 6 ID Summary Determination '6 6 Patent | Sidney Harris | USITC | Administrative Law Judge | Con-P |
| 8 Violat View Image | | 4 | 1/ 8/ | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 11 6 Violat View Image | | 5 | 1/ 4/ | PO Subscription | Consent To Be Bound PO | Ronald W. Dennison | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 11 7 Violat View Image | | 5 | 1/ 4/ | PO Subscription | Consent To Be Bound to PO | Gerald J. Mossinghoff | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 118 Violat Access Denied | | 5 | 1/ 5/ | Petition for Review | Petition for Review of Order No. 6: Initial Determination | Christian A. Chu | Fish and Richardson | Seagate Technology LLC | Con-P |
| 1188 Violat Access Denied | | 5 | 1/ 5/ | Other | Declaration of Christian A. Chu In Support of Petition for Review | Christian A. Chu | Fish and Richardson | Complainant Seagate Technology LLC | Con-P |
| 1 74 Violat View Image | | 5 | 1/ 6/ | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 1 75 Violat View Image | | 5 | 1/ 6/ | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 1331 Violat View Image | | 5 | 1/ 6/ | Other | Designation Of Confidential Portions Of Order No. 6 | Christian A. Chu | Fish and Richardson | Seagate Technology LLC | Pub-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|---|
| 133 View Image | Violat | 5 | 1/ 6/ | Other | Public Version of Declaration of Christian Chu In Support of Seagate Petition for Review | Christian A. Chu | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 1353 View Image | Violat | 5 | 1/ 7/ | Other | Cornice's Statement That It Does Not Seek to Have Any Portion of Order No. 6 Deleted From Public Ver | Joanne M. Guerrera | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1363 Access Denied | Violat | 5 | 1/1 / | Motion | 7 Motion for Summary Determination of Noninfringement of US Patent No. 5,596,461 | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 1365 View Image | Violat | 5 | 1/1 / | Motion | 7 Motion for Summary Determinatin of Noninfringement of US Patent No. 5,596,461 | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1611 View Image | Violat | 5 | 1/11/ | Other | Transmittal of Physical Exhibits to OUII | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 1686 | Violat | 5 | 1/1 / | Petition for Review, Response to | OUII Response to Seagate Petition for Review of Order 6 | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |
| 1716 Access Denied | Violat | 5 | 1/1 / | Petition for Review, Response to | RESPONDENT CORNICE, INC¿S OPPOSITION TO SEAGATE TECHNOLOGY LLC¿S PETITION FOR REVIEW OF ORDER NO. 6 | Joanne M Guerrera | Weil, Gotshal | Cornice, Inc. | Con-P |
| 17 4 Access Denied | Violat | 5 | 1/1 / | Other | Declaration of Joanne M Guerrera in Support of Respondent Cornice, Inc;s Opposition to petition to | Joanne Guerrera | Weil Gotshal and Manges | Cornice, Inc | Con-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 1756 View Image | Violat | 5 1/13/ | PO Subscription | Consent To Be Bound, Kimberly A. Moore | Kimberly A. Moore | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 1 3 View Image | Violat | 5 1/18/ | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 3 5 View Image | Violat | 5 1/1/ | Motion | 8 Motion for Leave to File Reply Brief to Cornice's Response to Seagate's Petition for Review | Timothy Riffe | Fish and Richardson | Seagate | Pub-P |
| 458 Access Denied | Violat | 5 1/4/ | Motion Response/Reply | Seagate opposition to Cornice motion for summary determination | Daniel Lansberg-Rodriguez | Fish and Richardson PC | Seagate | Con-P |
| 765 View Image | Violat | 5 1/6/ | PO Subscription | | Desa L. Burton | Fish and Neave | Seagate | Pub-E |
| 776 Access Denied | Violat | 5 1/6/ | Other | Opposition to motion for leave to file reply brief to response to pretition for review of order 6 GC-5- 8 | Joanne Guerrera | Weil, Gotshal | Cornice, Inc. | Con-P |
| 788 View Image | Violat | 5 1/6/ | Voting Sheet | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 8 1 View Image | Violat | 5 1/6/ | PO Subscription | | Evelyn G. Heilbrunn | Fish and Richardson | Seagate | Pub-E |
| 8 3 View Image | Violat | 5 1/6/ | PO Subscription | | Robert J. Devoto | Fish and Richardson | Seagate | Pub-E |
| 83 View Image | Violat | 5 1/7/ | Notice | Not to review | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 3 78 View Image | Violat | 5 /1/ | PO Subscription | Lehman Protective Orde Consent | Bruce Lehman | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 3 93 View Image | Violat | 5 / / | PO Subscription | | Peter Detkir | Fish and Neave | Seagate | Pub-E |
| 33 9 Access Denied | Violat | 5 / / | Motion Response/Reply | Declaration to Cornice, Inc.'s Opposition to Complainant's Counter Motion for Summary Determination | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 3341 Access Denied | Violat | 5 / / | Motion Response/Reply | Response To Complainants Motion For Summary Determination | Thomas Fusco | USITC | Office of Unfair Import Investigations | Con-P |
| 3363 Access Denied | Violat | 5 / / | Motion Response/Reply | Respondent Cornice, Inc.'s Opposition To Complainant Seagate Technology, LLC's Counter Motion For Su | Russell Wheatley | Weil, Gotshal and Manges | Seagate Technology, LLC | Con-P |
| 3631 View Image | Violat | 5 /7/ | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 37 8 View Image | Violat | 5 /9/ | Motion | 11 Cornice, Inc.'s Motion for Summary Judgment of Invalidity of US Patent No. 6,146,754 | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 3791 View Image | Violat | 5 /8/ | Motion | 1 Joint Motion for Short Extension of Time | Adpa Afful | Fish and Richardson | Seagate Technology | Pub-P |
| 3968 View Image | Violat | 5 /1/ | PO Subscription | Consent to Be Bound for Steven C. Carlson | Steven C. Carlson | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |

Print Date/Time:  11/1/2005  5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|
| 3988 Violat Access Denied | /1 / 5 | Motion Response/Reply | Complainant's Resp. to Respondent's Motion for S.D. of Invalidity of US Pat 6,3 4, 54 | Judith L. Best | Fish and Richardson | Complainant | Con-P |
| 4 6 Violat Access Denied | /11/ 5 | Motion | 11 Cornice, Inc.'s Motion for Summary Judgment Of Invalidity Of US Patent No. 6,146,75 | Alejandra C. Montenegr Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 4 47 Violat Access Denied | /11/ 5 | Other | Seagate Tentative Witness List | Timothy W. Riffe | Fish and Neave | Seagate | Con-P |
| 4 6 Violat View Image | /11/ 5 | Other | Staff Witness List | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Pub-E |
| 4118 Violat View Image | /14/ 5 | Motion Response/Reply | Staff Response to Motion for Summary Determination of invalidity of the 54 patent | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Pub-E |
| 4147 Violat Access Denied | /14/ 5 | Motion Response/Reply | COMPLAINANT SEAGATE TECHNOLOGY LLC¿S RESPONSE TO RESPONDENT¿S OPPOSITION TO SEAGATE¿S COUNTERMOTION | Brian R. Nester | Fish and Richardson | Complainant Seagate Technology LLC | Con-P |
| 4151 Violat View Image | /14/ 5 | Motion | 1 Motion For Extension of Time To Respond To Motion for Summary Determination | Evelyn G. Heilbrunn | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 415 Violat View Image | /14/ 5 | Memorandum | Memorandum In Suppor of Complainants Motion for Extension of Time | Evelyn G. Heilbrunn | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 419 Violat Access Denied | /15/ 5 | Other | Expert Report of Kimberly A. Moore | Alejandra C. Montenegr Weil, Gotshal & Manges | Cornice, Inc. | Con-P |

Print Date/Time: 11/1/2005 5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offiial Reeived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 4191 Access Denied | Violat | /15/ 5 | Other | Initial Expert Report of James H. Morehouse, Ph.D. Regarding Patent 6,3 4, 54 | Alejandra C. Montenegrc Weil, Gotshal and Manges | | Cornice, Inc. | Con-P |
| 4193 Access Denied | Violat | /15/ 5 | Other | Initial Expert Report of James H. Morehouse, Ph.D. Regarding U.S. Patent 5,596,461 | Alejandra C. Montenegrc Weil, Gotshal and Manges | | Cornice, Inc. | Con-P |
| 4194 Access Denied | Violat | /15/ 5 | Other | Expert Report of Charles R. Donohoe Regarding The Licensing Defense of Cornice, Inc. | Alejandra C. Montenegrc Weil, Gotshal and Manges | | Cornice, Inc. | Con-P |
| 4195 Access Denied | Violat | /15/ 5 | Other | Expert Report of James P. Morehouse, Ph.D. Regarding the Cornice, Inc. Accused Products | Alejandra C. Montenegrc Weil, Gotshal and Manges | | Cornice, Inc. | Con-P |
| 4196 Access Denied | Violat | /16/ 5 | Other | Initial Expert Report of James H. Morehouse, Ph.D., Regarding U.S. Patent 6,545,845 | Alejandra C. Montenegrc Weil, Gotshal and Manges | | Cornice, Inc. | Con-P |
| 4197 Access Denied | Violat | /16/ 5 | Other | Initial Expert Report of James H. Morehouse, PhD. Regarding US Patent 5,45  159 | Alejandra C. Montenegrc Weil, Gotshal and Manges | | Cornice, Inc. | Con-P |
| 4198 Access Denied | Violat | /16/ 5 | Other | Initial Expert Report of James H. Morehouse, PhD. Regarding US Patent 6,744,6  6 | Alejandra C. Montenegrc Weil, Gotshal and Manges | | Cornice, Inc. | Con-P |
| 4 4 Access Denied | Violat | /15/ 5 | Other | Expert Report of David E. Laughlin | Adpa Afful | Fish | Seagate | Con-P |
| 4 7 Access Denied | Violat | /15/ 5 | Other | Expert Report of David B. Bogy | Adpa Afful | Fish and Richardson | Seagate | Con-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 4 8 Access Denied | Violat | /15/ 5 | Other | Expert Report of Norm V. Gitis | Adpa Aful | Fish and Richardson | Seagate | Con-P |
| 4 81 View Image | Violat | /16/ 5 | PO Subscription | | Lewis E. Hudnell, III | Fish and Richardson | Seagate | Pub-E |
| 4399 Access Denied | Violat | /18/ 5 | Other | Initial Expert Report of Ronald W. Dennison Re: US Patent 5,6 ,5 6 | Alejandra C. Montenegro | Weil, Gotshal | Cornice, Inc. | Con-P |
| 44 4 Access Denied | Violat | /18/ 5 | Other | Expert Report of William C. Messner | William C. Messner | Fish and Richardson | Seagate Technology | Con-P |
| 444 Access Denied | Violat | /18/ 5 | Motion | 13 Motion to Compel Complainant Seagate to Respond to Certain Interrogatories and Doc. Requests | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 4677 View Image | Violat | / 3/ 5 | PO Subscription | JSGray Protective Order Consent | Jeffrey S.Gray | Fish and Richardson | Seagate | Pub-E |
| 47 5 Access Denied | Violat | / 3/ 5 | Motion | 14 Motion to Compel Cornice to Respond to Discovery | Evelyn G. Heilbrunn | Fish and Richardson | Seagate | Con-P |
| 4763 Access Denied | Violat | / 4/ 5 | Memorandum | Complainant's Memorandum in Support of Motion to Amend Notice of Investigation | Christian A. Chu | Fish and Richardson | Seagate Technology LLC | Con-P |
| 4811 View Image | Violat | / 5/ 5 | PO Subscription | Alan D Albright Protective Order Consent | Alan D. Albright | Fish and Richardson | Seagate | Pub-E |
| 4851 Access Denied | Violat | / 5/ 5 | Other | Letter to Abbott enclosing Messner replacement exhibits 4A, 4B, 4C | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Con-P |

Print Date/Time:  11/1/2005  5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 4867 | Violat Access Denied | / 8/ 5 | Other | Seagate Opposition to Cornice Motion for Summary Det of Invalidity of 754 | Christian A. Chu | Fish and Richardson | Seagate | Con-P |
| 4917 | Violat Access Denied | / 8/ 5 | Motion Response/Reply | Staff Response to Cornice Motion for Summary of Invalidity of 754 patent | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |
| 49 8 | Violat View Image | / 8/ 5 | PO Subscription | Brian W. Napper Protective Order Consent | Brian W. Napper | Stone Turn Group | Seagate Technology | Pub-E |
| 5 56 | Violat View Image | 3/ 1/ 5 | PO Subscription | John Bustamante Protective Order Consent | John Bustamante | Fish and Richardson | Seagate | Pub-E |
| 5 9 | Violat Access Denied | 3/ 1/ 5 | Motion | 15 Seagate Motion for Summary Determination That It Has Satisfied the DI Requirement for 754 | Christian A. Chu | Fish and Richardson | Seagate | Con-P |
| 5175 | Violat Access Denied | 3/ / 5 | Other | Supplemental Expert Report of David E. Laughlin Ph.D | David E. Laughlin | Fish and Richardson | Seagate | Con-P |
| 5351 | Violat View Image | 3/ 3/ 5 | PO Subscription | Roger Smith Protective Order Consent | Adpa Afful | Fish | Seagate | Pub-E |
| 5364 | Violat Access Denied | 3/ 3/ 5 | Motion Response/Reply | Seagate Opposition to Cornice Motion to Compel | Brian Nester | Fish and Richardson | Seagate | Con-P |
| 5366 | Violat View Image | 3/ 3/ 5 | Motion Response/Reply | Staff Response to Cornice Motion to Compel | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Pub-E |
| 5479 | Violat Access Denied | 3/ 4/ 5 | Motion Response/Reply | Cornice, Inc.'s Opposition to Seagate's Motion to Compel | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |

Print Date/Time: 11/1/2005 5:10:10PM

## Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 5489 | Violat Access Denied | 3/ 4/ 5 | Motion Response/Reply | Staff Response to Seagate Motion to Compel | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |
| 5564 | Violat Access Denied | 3/ 7/ 5 | Motion Response/Reply | Cornice, Inc.'s Reply in Support of Its Motion to Compel and Request for Leave to File Same | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 5566 | Violat Access Denied | 3/ 7/ 5 | Motion Response/Reply | Cornice, Inc.'s Response in Opption to Seagate Technology, LLC's Motion to Amend Notice of Investi | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 56 5 | Violat Access Denied | 3/ 7/ 5 | Motion Response/Reply | Staff Response to Seagate Motion to Amend Notice of Investigation | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |
| 561 | Violat Access Denied | 3/ 7/ 5 | Order | 7 Granting Cornice's Motion No. 516-13 to Compel | Sidney Harris | USITC | Administrative Law Judge | Con-P |
| 5613 | Violat Access Denied | 3/ 7/ 5 | ID/RD - Other Than Final on Violation | 8 ID Granting Respondent's Motion for Summary Determination of Noninfringement | Sidney Harris | USITC | Administrative Law Judge | Con-P |
| 5794 | Violat View Image | 3/ 9/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 5796 | Violat View Image | 3/ 9/ 5 | PO Subscription | Consent to be bound by protective order | Vernon M. Winters | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 581 | Violat Access Denied | 3/ 9/ 5 | Order | 9 Granting in Part Seagate's Motion 516-14 to Compel | Sidney Harris | USITC | Administrative Law Judge | Con-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| Inv Phase | Official Received Date | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|
| 5817 Violat<br>Access Denied | 3/ 9/ 5 | Motion Response/Reply | Complainant's Reply to Respondent's Oppositior to Seagate's Motion to Amend Notice of Investigation | Ruffin B. Cordell | Fish and Richardson | Seagate Technology LLC | Con-P |
| 5895 Violat<br>View Image | 3/1 / 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 5947 Violat<br>Access Denied | 3/11/ 5 | Motion Response/Reply | Staff Response to Complainant Motion for Summary re DomInd of 754 patent | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |
| 595 Violat<br>Access Denied | 3/11/ 5 | Motion Response/Reply | Respondent Cornice, Inc.'s Opposition to Seagate Technology LLC's Motion For Summary Determination | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 5995 Violat<br>Access Denied | 3/11/ 5 | Motion | 16 Seagate Motion for SD of Importation Pursuant to 19 CFR (a) (1) | Evelyn Heilbrunn | Fish and Richardson | Seagate Technology LLC | Con-P |
| 6 68 Violat<br>Access Denied | 3/14/ 5 | Response/Submission to ALJ Order | Complainant Seagate Technology LLC's Designation of Confidential Portion of Order No. 7 | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Con-P |
| 6 5 Violat<br>View Image | 3/15/ 5 | Other | Stipulation to Extend Time to Respond to Expert Report, Take Expert Deposition, and Take Responsive | Evelyn G. Heilbrunn | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 6 1 Violat<br>View Image | 3/15/ 5 | PO Subscription | | Steven Cherensky | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |

Print Date/Time:  11/1/2005 5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 6 7 | Violat Access Denied | 3/15/ 5 | Motion | 16 Complainant's Motion to Compel Respondent's to Comply with Order No. 5 to Provide a Privilege Log | Evelyn G. Heilbrunn | Fish and Richardson | Seagate Technology LLC | Con-P |
| 6 77 | Violat Access Denied | 3/15/ 5 | Motion | 17 Complainant's Motion for Sanctions Against Respondent for Failure to Make or Cooperate in Discove | Evelyn G. Heilbrunn | Fish and Richardson | Seagate Technology LLC | Con-P |
| 635 | Violat Access Denied | 3/16/ 5 | Other | Rebuttal Expert Report of David E. Laughlin, Ph.D | David E. Laughlin | Fish and Richardson | Seagate | Con-P |
| 6365 | Violat Access Denied | 3/16/ 5 | Other | Rebuttal Expert Report of Norm V. Gifis Ph.D | Norm V. Gifis | Fish and Neave | Seagate | Con-P |
| 637 | Violat Access Denied | 3/16/ 5 | Other | Rebuttal Expert Report of James Morehouse re: Non-Infringement of Patent No. 6,545,845 | James Morehouse | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 6378 | Violat Access Denied | 3/16/ 5 | Other | Rebuttal Expert Report of James Morehouse re: Patent No. 6,3  4,  54 | James Morehouse | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 6379 | Violat Access Denied | 3/16/ 5 | Other | Rebuttal Expert Report of Kevin Coffey re: Patent No. 6,146,754 | Dr. Kevin R. Coffey | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 6381 | Violat Access Denied | 3/16/ 5 | Other | Rebuttal Expert Report of David B. Bogy, Ph.D | David B. Bogy | Fish and Richardson | Seagate | Con-P |
| 638 | Violat Access Denied | 3/16/ 5 | Other | Rebuttal Expert Report of James Morehouse re: Noninfringement of Patent No. 6,744,6  6 | James H. Morehouse | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 6388 Access Denied | Violat | 3/16/5 | Other | Rebuttal Expert Report of James Morehouse re: US Patent No. 5,45?,159 | James H. Morehouse Ph.D. | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 639? Access Denied | Violat | 3/16/5 | Other | Expert Report of Dr. Ahmed Khebir re: US Patent No. 5,45?,159 | Dr. Ahmed Khebir | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 6393 Access Denied | Violat | 3/16/5 | Other | Expert Report of Roger S. Smith | Roger S. Smith | Fish and Richardson | Seagate | Con-P |
| 6486 View Image | Violat | 3/17/5 | PO Subscription | Protective order of consent for edmond bannon | Edmond Bannon | Fish and Richardson | Seagate | Pub-P |
| 6831 View Image | Violat | 3/1?/5 | Order | 1 Granting Seagate's Motion to Amend the Notice of Investigation | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 6833 Access Denied | Violat | 3/1?/5 | Motion Response/Reply | Respondent Cornice, Inc.'s Opposition To Complainant Seagate Technology LLC's Motion For Summary Det | Alejandra Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 684? View Image | Violat | 3/?/5 | Other | Seagate Technology LLC's Designation of Confidential Portions of Order No. 7 | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 7 49 Access Denied | Violat | 3/18/5 | Other | Original Signature Pages | Alejandra C. Montenegro | Weil, Gotshal and Manges | Weil Gotshal and Manges LLP | Con-P |
| 71 1 Access Denied | Violat | 3/3/5 | Motion Response/Reply | Staff Response to Cornice Cross Motion for Summary of No Domestic Industry | Thomas S. Fusco | USITC | Office of Unfair Import Investigations | Con-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Official Received Date | ument Type | ument Title | Filed By | Firm or Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 7144 Access Denied | Violat | 3/ 3/ 5 | Other | Seagate Response to Cross-Motion for SD re Domestic Industry re 754 | Christine A. Chu | Fish and Richardson | Seagate | Con-P |
| 7145 Access Denied | Violat | 3/ 3/ 5 | Other | Seagate First Amended Tentative Witness List | Brian R. Nester | Fish and Richardson | Seagate | Con-P |
| 7146 Access Denied | Violat | 3/ 3/ 5 | Motion Response/Reply | CORNICE, INC.¿S OPPOSITION TO SEAGATE¿S MOTIONS TO COMPEL AND FOR SANCTIONS | Alejandra C Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 7173 View Image | Violat | 3/ 3/ 5 | Order | 7 Ganting Cornice's Motion No. 516-13 to Compel | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 7 89 Access Denied | Violat | 3/ 5/ 5 | Other | Cornice inc's opposition to seagates motions to compel and for sanctions exhibits a-v | Alejandra C. Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 7 9 View Image | Violat | 3/ 5/ 5 | Other | Seagate Designation of Confidential Portions of Order No 8 | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 7 98 View Image | Violat | 3/ 5/ 5 | Other | Omitted Exhibit Replacement Page | Christian A. Chu | Fish and Richardson | Seagate Technology LLC | Pub-P |
| 73 7 View Image | Violat | 3/ 5/ 5 | PO Subscription | Consent To Be Bound To Protective Order for Ahmed Khebir | Ahmed Khebir | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 7349 Access Denied | Violat | 3/ 5/ 5 | Other | Supplemental Expert Report of Kevin R. Coffe PHD Regarding US Patent 6,146,754 | Alejandra C. Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 7375 Access Denied | Violat | 3/ 8/ 5 | Other | Supplemental Expert Report | William C. Messner | Fish and Richardson | Seagate | Con-P |

Page 20 of 30                    Print Date/Time:  11/1/2005  5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 7399 Access Denied | Violat | 3/8/5 | Other | Rebuttal Expert Report of Ronald W Dennison Regarding US Patent 5,6 ,5 6 | Ronald W. Dennision | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 74 1 View Image | Violat | 3/8/5 | Other | Supplement to Complaint per Order No. 1 | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 7414 Access Denied | Violat | 3/8/5 | Other | Rebuttal Expert Report of William C. Messner, Ph.D. | William C. Messner | Fish and Richardson | Seagate Technology LLC | Con-P |
| 7434 View Image | Violat | 3/9/5 | Notice | Not To Review an ID Granting a Motion for Summary Determination of Noninfringement of One Patent at | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 7453 View Image | Violat | 3/9/5 | PO Subscription | S. Chaplin Protective Order Consent | Sue Chaplin | Fish and Richardson | Seagate | Pub-E |
| 7454 View Image | Violat | 3/9/5 | PO Subscription | G.Joubert Protective Order Consent | Guy Joubert | Fish and Richardson | Seagate | Pub-E |
| 7456 Access Denied | Violat | 3/9/5 | Motion | 18 Seagate Motion to Compel Cornice to Provide Discovery re Cornice 4. GB | Christian Chu | Fish and Richardson | Seagate Technology LLC | Con-P |
| 758 View Image | Violat | 3/3 /5 | Other | Letter to Abbott fr Chu correcting supplement to Complaint per Order No. 1 | Christian A. Chu | Fish and Richardson | Complainant Seagate Technology LLC | Pub-E |
| 7584 Access Denied | Violat | 3/3 /5 | Motion | 19 Seagate Motion for SD That It Has Satisfied the Econ Prong of DI Req for 5 6, 6 6 &159 | Christian A. Chu | Fish and Richardson | Seagate | Con-E |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 7589 | Violat Access Denied | 3/3 / 5 | Order | 11 (1) Denying Seagate's Motion No. 516-16 to compel and ( Denying Seagate's Motion No. 516-17 for GC- 5- 35 | Sidney Harris | USITC | Administrative Law Judge | Con-P |
| 76 7 | Violat View Image | 3/3 / 5 | Voting Sheet | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 7684 | Violat View Image | 3/31/ 5 | PO Subscription | Consent to be Bound for Ronald D. Weiss | Ronald D. Weiss | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 7686 | Violat View Image | 3/31/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 7687 | Violat Access Denied | 3/31/ 5 | Other | Supplement Expert Report of Kevin R. Coffey, PH.D Regarding U.S. Paten 6,146,754 | Joanne M. Guerrera | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 779 | Violat Access Denied | 4/ 1/ 5 | Other | Supplement to Initial Expert Report of James Morehouse re: US Patent 5,6 ,5 6 | James H. Morehouse | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 7791 | Violat Access Denied | 4/ 1/ 5 | Other | Supplement to Initial Expert Report of Ronald Dennison re: US Patent 6,744,6 6 | Ronald Dennison | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 78 8 | Violat View Image | 4/ 1/ 5 | Notice of Prior Art | Identification of Prior Art | Alejandra C. Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 7964 | Violat Access Denied | 4/ 4/ 5 | Other | Letter to Abbott Enclosing Corrected Exhibit 6 for Supplemental Expert Report of William C Messner | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Con-P |

Print Date/Time:  11/1/2005 5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Official Received ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 7974 Violat Access Denied | | 4/ 4/ 5 | Other | supplement to the initial expert report of Ronald W. Dennison regarding 5,6 ,5 6 | Alejandra C Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 8174 Violat View Image | | 4/ 6/ 5 | Response/Submission to ALJ Order | Seagate's Designation o Confidential Portions of Order No. 11 | Timothy Riffe | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 8 75 Violat View Image | | 4/ 6/ 5 | Motion | Cornice, Inc.'s Unopposed Motion for a Short Extension of Time to File Its Opposition to 1 Motion for Leave to File Supplemental Declaration of William B. Cluff | Alejandra Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 8476 Violat Access Denied | | 4/ 8/ 5 | Motion | Respondent Cornice, Inc.'s Opposition to Seagate's Renewed Motion to Compel Discovery Regarding Com | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Con-P |
| 8484 Violat Access Denied | | 4/ 8/ 5 | Motion Response/Reply | 3 Motion to Compel Complainant Seagate to Respond to Certain Interrogatories, Doc. Ret | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 85 4 Violat Access Denied | | 4/11/ 5 | Motion | Cornice, Inc.'s Motion to Strike Portion of Response to Int #5, or Compel to Respond to Int #5 | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 85 5 Violat Access Denied | | 4/11/ 5 | Motion | Not to Review An Initial Determination Granting Motion To Amend The Notice of Investigation | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 854 Violat View Image | | 4/11/ 5 | Notice | Respondent's Direct Exhibit List | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 889 Violat Access Denied | | 4/13/ 5 | Other | | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 8916 Violat<br>View Image | | 5<br>4/13/ | Other | Joint Trial Exhibit List | Evelyn G. Heilbrunn | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 8917 Violat<br>View Image | | 5<br>4/13/ | Other | Physical Exhibits List | Evelyn G. Heilbrunn | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 9 Violat<br>Access Denied | | 5<br>4/14/ | Other | Complainant Seagate Technology LLC's Submittal of Direct Trial Exhibit | Evelyn G. Heilbrunn | Fish and Richardson | Complainant Seagate Technology LLC | Con-P |
| 9 58 Violat<br>View Image | | 5<br>4/15/ | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 9 75 Violat<br>View Image | | 5<br>4/15/ | Notice | Federal Register | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 9 8 Violat<br>Access Denied | | 5<br>4/15/ | Other | Supplemental Expert Report of David B. Bogy | David Bogy | Fish and Richardson | Seagate | Con-P |
| 9 8 Violat<br>Access Denied | | 5<br>4/15/ | Motion | 4 Cornice, Inc.'s Motion for Leave to File Cross-Motion for Summary Determination That No D | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 9 93 Violat<br>Access Denied | | 5<br>4/15/ | Motion Response/Reply | Respondent Cornice, Inc.'s Opposition to Complainant Seagate Technology LLC's Motion for Summary Det | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 911 Violat<br>Access Denied | | 5<br>4/15/ | Motion Response/Reply | Staff response to motion for S.D. re economic prong and 159 5 6 and 6 6 patents | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| ID | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 915 | Violat Access Denied | 4/18/ 5 | Order | 1 Denying 516-18 to Compel | Sidney Harris | USITC | Administrative Law Judge | Con-P |
| 9183 View Image | Violat | 4/18/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 9379 | Violat Access Denied | 4/ / 5 | Other | Complainant Seagate Technology LLC Submittal of Direct Trial Exhibits | Timothy W. Riffe | Fish and Richardson P.C. | Complainant Seagate Technology LLC | Con-P |
| 9398 | Violat Access Denied | 4/ / 5 | Brief Filed With ALJ | Cornice Inc.'s Pre-Hearing Statement [Order No. , Para. 4] | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 94 3 | Violat Access Denied | 4/ / 5 | Brief Filed With ALJ | Complainant Seagate Technology LLC's Prehearing Statement | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Con-P |
| 9418 | Violat Access Denied | 4/ / 5 | Brief Filed With ALJ | Complainant Seagate Technology LLC Prehearing Brief | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Con-P |
| 94 | Violat Access Denied | 4/ / 5 | Motion Response/Reply | Seagate Technology LLC's Opposition to Cornice's Motion to Compel | Timothy W. Riffe | Fish and Richardson P.C. | Seagate Technology LLC | Con-P |
| 94 4 | Violat Access Denied | 4/ / 5 | Motion Response/Reply | Seagate Response to Cornice Oppo to Econ D Req | Timothy Riffe | Fish and Richardson P.C. | Seagate Technology LLC | Con-P |
| 94 6 | Violat Access Denied | 4/ / 5 | Motion Response/Reply | Seagate Oppo to Cornice Motion to Strike | Christian Chu | Fish and Richardson | Seagate Technology LLC | Con-P |
| 9455 View Image | Violat | 4/ 1/ 5 | Other | Staffs Objections to Exhibits | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Pub-E |

Print Date/Time: 11/1/2005 5:10:10PM

## Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|---|---|---|---|---|---|---|---|
| 95 9 | Violat Access Denied | 4/ 1/ 5 | Other | Respondent's Objections to Seagate Technology LLC's Direct Trial Exhibits | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 9539 | Violat Access Denied | 4/ 1/ 5 | Other | Seagate Objections to Cornice Trial Exhibits | Christian Chu | Fish and Richardson | Seagate Technology LLC | Con-P |
| 9565 | Violat Access Denied | 4/ / 5 | Motion | 5 Cornice, Inc.'s Motion for Leave to File Reply Brief to Seagate's Opposition to Cornice's | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 96 1 | Violat View Image | 4/ / 5 | Other | Supplemental Rebuttal Expert Report of David B. Bogy | David B. Bogy | Fish and Richardson | Seagate | Pub-E |
| 96 3 | Violat Access Denied | 4/ / 5 | Motion Response/Reply | Staffs combined response to summary determination motions regarding importation & domestic industry | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |
| 971 | Violat Access Denied | 4/ 5/ 5 | Other | Respondent's Supplemental Exhibit List | Alejandra C. Montenegr | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 9714 | Violat Access Denied | 4/ 5/ 5 | Other | Submittal of Rebuttal/Supplemental Trial Exhibits | Timothy W. Riffe | Fish and Richardson | Seagate Technology LLC | Con-P |
| 9716 | Violat Access Denied | 4/ 5/ 5 | Order | 13 Granting in Part Cornice's Motion No. 516- | Sidney Harris | USITC | Administrative Law Judge | Con-P |
| 9735 | Violat Access Denied | 4/ 6/ 5 | Motion | 6 Resp. Motion For Partial Termination And Entry Of Consent Order Re. Certain Obsolete Products | David A. Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 9737 | Violat View Image | 4/ 6/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Official Received Date | ument Type | ument Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 9773 View Image | Violat | 4/6/5 | Other | Respondent's Supplemental Exhibit List | David Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Pub-P |
| 9795 View Image | Violat | 4/6/5 | Other | Seagate's Submittal of Direct Trial Exhibits | Christian Chu | Fish and Richardson | Seagate Technology, LLC | Pub-P |
| 9796 Access Denied | Violat | 4/6/5 | Other | Second Supplemental Expert Report of William C. Messner, PH.D. Dated April 6, 5 | William C. Messner | Fish and Richardson | Seagate Technology LLC | Con-P |
| 9849 View Image | Violat | 4/7/5 | Other | Seagate's Submittal of Rebuttal/Supplemental Exhibits | Evelyn Heilbrunn | Fish and Richardson | Seagate Technology, LLC | Pub-E |
| 9867 Access Denied | Violat | 4/7/5 | Motion Response/Reply | Seagate Oppo to Cornice Motion for Partial Termination | Evelyn Heilbrunn | Fish and Richardson | Seagate | Con-P |
| 9868 Access Denied | Violat | 4/7/5 | Other | Seagate's Objections to Cornice's Supplemental Exhibit List | Evelyn Heilbrunn | Fish and Richardson | Seagate | Con-P |
| 987 View Image | Violat | 4/7/5 | Other | Staff Objections to Rebuttal and Supplemental Exhibits | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Pub-E |
| 9874 Access Denied | Violat | 4/7/5 | Other | Respondents Top Ten Objections to Seagate Technology LLC's Direct Supplemental and Rebuttal Trial | Alejandra C Montenegro | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 9875 Access Denied | Violat | 4/7/5 | Motion Response/Reply | Staff Response to Respondent Motion for Partial Termination | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |

Print Date/Time: 11/1/2005 5:10:10PM

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 991 | Violat Access Denied | 4/ 8/ 5 | Motion | 7 to Strike Second Supplemental Expert Report of William C. Messner Dated April 6, 5 | David A Hickerson | Weil, Gotshal and Manges | Cornice, Inc. | Con-P |
| 9915 | Violat Access Denied | 4/ 8/ 5 | Transcript | Hearing | Sidney Harris | USITC | Office of the Administrative Law Judge | Con-P |
| 9916 | Violat View Image | 4/ 8/ 5 | Transcript | Hearing | Sidney Harris | USITC | Office of the Administrative Law Judge | Pub-P |
| 9918 | Violat View Image | 4/ 8/ 5 | Transcript | Hearing | Sidney Harris | USITC | Office of the Administrative Law Judge | Pub-P |
| 9936 | Violat Access Denied | 4/ 8/ 5 | Other | Seagate's Designation o Confidential Portions of Order 13 | Desa Burton | Fish and Richardson | Seagate | Con-P |
| 3 1 | Violat View Image | 4/ 9/ 5 | Motion | 8 Joint Motion To Terminate The Investigation | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Pub-E |
| 3 11 | Violat Access Denied | 4/ 9/ 5 | Other | 8 Join Motion To Terminate The Investigation | Brian R. Nester | Fish and Richardson | Seagate Technology LLC | Con-P |
| 3 18 | Violat View Image | 4/ 9/ 5 | Order | 14 Continuance of Hearing | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 3 41 | Violat View Image | 5/ 4/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 3 4 | Violat View Image | 5/ 4/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 3 43 | Violat View Image | 5/ 4/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Official Received Date | Document Type | Document Title | Filed By | Firm or Organization | Filed on Behalf of | Security |
|---|---|---|---|---|---|---|---|---|
| 3 44 Violat *View Image* | | 5/4/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 3 45 Violat *View Image* | | 5/4/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 3 774 Access Denied | | 5/11/ 5 | Motion Response/Reply | Staff Response to Joint Motion to Terminate on Basis of Settlement Agreement | Thomas Steven Fusco | USITC | Office of Unfair Import Investigations | Con-P |
| 3 953 Access Denied | | 5/13/ 5 | ID/RD - Other Than Final on Violation | 15 ID Terminating Investigation | Sidney Harris | USITC | Administrative Law Judge | Con-P |
| 3 956 Violat *View Image* | | 5/13/ 5 | ID/RD - Other Than Final on Violation | 15 ID Terminating Investigation (Public Version) | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 31 8 Violat *View Image* | | 5/16/ 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 31881 Violat *View Image* | | 5/6/ 5 | Order | 13 | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 3 3 Violat *View Image* | | 5/7/ 5 | Notice | Notice not to review | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 3 87 Violat *View Image* | | 5/31/ 5 | ID/RD - Other Than Final on Violation | Order 8 Public Version ID Granting Motion Summary Determination of Noninfringement | Sidney Harris | USITC | Administrative Law Judge | Pub-P |
| 3 174 Violat *View Image* | | 6/1/ 5 | Voting Sheet | GC- 5- 69 | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |

# Document Filed Daily Report for Inv. #337-516 Period of 1/1/2004 to 11/1/2005

| I | Inv Phase | Offi ial Re eived ate | | ument Type | ument Title | Filed By | Firm r Organizati n | Filed n Behalf f | Se urity |
|---|-----------|------------------------|---|------------|-------------|----------|---------------------|------------------|----------|
| 3 569 View Image | Violat | 6/ 4/ | 5 | Notice | Federal Register | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 33336 View Image | Violat | 6/ / | 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 36617 View Image | Violat | 8/16/ | 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |
| 36618 View Image | Violat | 8/16/ | 5 | Certified Mailing List | | Marilyn R. Abbott | USITC | Office of the Secretary | Pub-P |

Print Date/Time:  11/1/2005 5:10:10PM