IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**REDACTED**

SEAGATE TECHNOLOGY LLC,

        Plaintiff,

    v.

CORNICE, INC.

        Defendant.

C.A. No. 04-418 (SLR)

### DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S BRIEF IN OPPOSITION TO CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 3] OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,452,159

I, Timothy Devlin, declare as follows:

1.      I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 5,452,159 (issued Sept. 19, 1995) |
| 2. | Exhibit 6 of Expert Report of David B. Bogy, Ph.D. (served Aug. 22, 2005) |
| 3. | Excerpts of Expert Report of James H. Morehouse, Ph.D. Regarding Invalidity of U.S. Patent No. 5,452,159 (served August 22, 2005) |
| 4. | International Publication Number WO 03/025932 (issued Mar. 27, 2003) |
| 5. | U.S. Patent No. 5,379,171 (issued Jan. 3, 1995) |

1

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

6.        Excerpts of Plaintiff Seagate Technology LLC's Responses to Defendant Cornice, Inc.'s First Set of Interrogotories (Nos. 1-17) to Plaintiff

7.        Excerpt of Expert Report of David B. Bogy, Ph.D. (served Aug. 22, 2005)

8.        Excerpts of Transcript of Deposition of Frederick Mark Stefansky (Jan. 5, 2005)

9.        Declaration of David B. Bogy, Ph.D. Regarding Plaintiff Seagate Technology LLC's Brief in Opposition to Cornice's Motion for Summary Judgment [No. 3] of Non-Infringement of U.S. Patent No. 5,452,159

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Wilmington, DE, this 16th day of December, 2005.

_/s/ Timothy Devlin_
Timothy Devlin

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER