# Ex. 5

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S BRIEF IN OPPOSITION TO
CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 3] OF NON-INFRINGEMENT OF U.S.
PATENT NO. 5,452,159



US005379171A

## United States Patent [19]

Morehouse et al.

[11]  Patent Number:  **5,379,171**

[45]  Date of Patent:  **Jan. 3, 1995**

[54]  **MICROMINIATURE HARD DISK DRIVE**

[75]  Inventors:  James H. Morehouse, Jamestown; David M. Furay, Boulder; Robert A. Alt, Longmont; Bruce D. Emo, Niwot; James A. Dunckley, Boulder, all of Colo.

[73]  Assignee:  Integral Peripherals, Boulder, Colo.

[21]  Appl. No.:  766,480

[22]  Filed:  Sep. 25, 1991

[51]  Int. Cl.⁶ .......................... G11B 5/54; G11B 21/22
[52]  U.S. Cl. ................................. 360/10.5; 360/97.01
[58]  Field of Search .............. 360/75, 105, 106, 97.01, 360/97.02

[56]  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| B1 4,568,988 | 11/1988 | McGinlay . | |
| B1 4,638,383 | 11/1988 | McGinlay . | |
| 3,299,581 | 1/1967 | Price . | |
| 3,531,788 | 9/1970 | Brown . | |
| 3,577,133 | 5/1971 | Garfein et al. | 360/97.02 |
| 3,984,873 | 10/1976 | Fejcha | 360/105 |
| 4,125,883 | 11/1978 | Rolph . | |
| 4,138,741 | 2/1979 | Hedlund . | |
| 4,379,316 | 4/1983 | Krane | 360/105 |
| 4,409,629 | 10/1983 | Puls . | |
| 4,420,830 | 12/1983 | Green . | |
| 4,443,874 | 4/1984 | Steenberg | 360/133 |
| 4,473,153 | 9/1984 | Colangeo . | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 59-77685 | 5/1984 | Japan | 360/98.01 |
| 98580 | 6/1985 | Japan | 360/133 |
| 17281 | 1/1986 | Japan | 360/133 |
| 2161179 | 9/1986 | Japan . | |
| WO91/02349 | 2/1991 | WIPO . | |

OTHER PUBLICATIONS

Quantum Corporation, *"Quantum Low Power Products. . . "* Sep., 1990, pp. 1–5, trade brochure.
Quantum Corporation, *"Quantum Go Drive Series,"* comprising 3 unnumbered pages, date and place of publication unknown, trade brochure.

LaPine Technology Disk Drive, Titan 20, undated trade brochure.
PrairieTek Corporation rigid disk drive model 120, trade brochure, undated.
Quantum Corporation, *Technical Highlights:* Go-Drive Series, Sep. 1990, 3 unnumbered pages, trade brochure, undated.
Publication entitled "Quantum Low Power Products: Go Drive-2 ½-inch Hard Disk Drives, ProDrive Gem Series-3 ½-inch Small Frames Drives, Technical Highlights", Sep. 1990, pp. 1–5, Quantum Corporation 1804 McCarthy Blvd., Milpitas, Calif. 95035.
Brochure entitled "Quantum Go Drive Series", (3 pages), Quantum Corp., Milpitas, Calif., 1990.

*Primary Examiner*—Carolyn E. Fields
*Attorney, Agent, or Firm*—Skjerven, Morrill, MacPherson, Franklin & Friel

[57]  **ABSTRACT**

Disclosed is a disk drive information storage device which includes a disk for recording and reproducing information, the disk drive information storage device utilizing a rotary actuator, with the rotary actuator including a load beam for supporting a read/write recording element above a surface of the disk. The load beam includes at its outermost end a lift tab, with the lift tab being positioned such that a centerline of the lift tab is offset from a centerline of the load beam. The lift tab cooperates with a cam assembly to provide a dynamic head loading disk drive. The cam assembly is supported by the housing of the disk drive information storage device at a position adjacent to the edge of the disk and adjacent to the lift tab. The cam assembly in cooperation with the lift tab provides a lifting force along the centerline of the load beam. In one embodiment, the above-described dynamic head loading information storage device is provided in a housing having a footprint that includes a first dimension of about thirty-five millimeters. In another embodiment, the disk in the disk drive information storage device has a diameter in the range of from about thirty-three millimeters to about thirty-four millimeters.

**13 Claims, 83 Drawing Sheets**



5,379,171

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,497,003 | 1/1985 | Abe . | |
| 4,502,136 | 2/1985 | Rickert . | |
| 4,510,592 | 4/1985 | Kanamaru . | |
| 4,515,272 | 6/1985 | Newhouse . | |
| 4,518,904 | 5/1985 | MacLeod et al. | 360/78 |
| 4,530,019 | 7/1985 | Penniman . | |
| 4,535,374 | 8/1985 | Anderson | 360/103 |
| 4,539,614 | 9/1985 | Thompson . | |
| 4,568,988 | 2/1986 | McGinlay . | |
| 4,568,994 | 2/1986 | Lynch | 360/133 |
| 4,578,723 | 3/1986 | Betts . | |
| 4,594,622 | 6/1986 | Wallis . | |
| 4,627,288 | 12/1986 | Guzik . | |
| 4,628,379 | 12/1986 | Andrews . | |
| 4,631,606 | 1/1987 | Sugaya | 360/135 |
| 4,638,383 | 1/1987 | McGinlay . | |
| 4,647,997 | 3/1987 | Westwood | 360/105 |
| 4,649,531 | 3/1987 | Horowitz et al. . | |
| 4,655,348 | 4/1987 | Takagi | 360/133 |
| 4,658,308 | 4/1987 | Sander, Jr. | 360/75 |
| 4,663,682 | 5/1987 | McNeil | 360/105 |
| 4,669,004 | 5/1987 | Moon et al. . | |
| 4,679,102 | 7/1987 | Wevers et al. | 360/75 |
| 4,705,279 | 11/1987 | Mizukami . | |
| 4,716,480 | 12/1987 | Wiens | 360/105 |
| 4,724,501 | 2/1988 | Buchwald | 360/133 |
| 4,725,907 | 2/1988 | Jue | 360/105 |
| 4,734,813 | 3/1988 | Bessho | 360/133 |
| 4,736,358 | 4/1988 | Hoshi . | |
| 4,747,002 | 5/1988 | Takikawa . | |
| 4,752,848 | 6/1988 | Garcia | 360/105 |
| 4,755,981 | 7/1988 | Ekhoff . | |
| 4,760,477 | 7/1988 | Takikawa . | |
| 4,772,972 | 8/1988 | Maeda | 360/106 |
| 4,772,974 | 9/1988 | Moon . | |
| 4,783,705 | 11/1988 | Moon . | |
| 4,786,995 | 11/1988 | Stupeck et al. | 360/75 |
| 4,799,209 | 1/1989 | Grobben | 360/99.07 |
| 4,819,103 | 4/1989 | Okamura . | |
| 4,823,212 | 4/1989 | Knowles | 360/77.08 |
| 4,824,059 | 4/1989 | Butler . | |
| 4,825,321 | 4/1989 | Hassel . | |
| 4,827,364 | 5/1989 | Sheriff | 360/99.05 |
| 4,829,501 | 5/1989 | Seto . | |
| 4,839,756 | 6/1989 | Chew | 360/105 |
| 4,841,517 | 6/1989 | Kurihara | 360/99.12 |
| 4,864,443 | 9/1989 | Peterson | 360/99.12 |
| 4,870,703 | 9/1989 | Augeri et al. | 360/99.08 |
| 4,901,173 | 2/1990 | Jones | 360/99.04 |
| 4,907,214 | 3/1990 | Nagano | 360/77.04 |
| 4,920,437 | 4/1990 | Washo | 360/99.05 |
| 4,920,462 | 4/1990 | Couse | 360/78.04 |
| 4,933,785 | 6/1990 | Morehouse | 360/78.04 |
| 4,943,748 | 7/1990 | Shiozawa | 360/98.07 |
| 4,965,684 | 10/1990 | Stefansky | 360/97.01 |
| 4,969,059 | 11/1990 | Volz | 360/78.04 |
| 4,979,055 | 12/1990 | Squires et al. | 360/73.03 |
| 4,979,056 | 12/1990 | Squires et al. . | |
| 4,996,617 | 2/1991 | Yaeger | 360/105 |
| 5,001,700 | 3/1991 | Rowden | 360/99.05 |
| 5,014,142 | 5/1991 | Nakanishi | 360/98.01 |
| 5,023,736 | 6/1991 | Kelsic | 360/105 |
| 5,025,335 | 6/1991 | Stefansky | 360/97.01 |
| 5,025,336 | 6/1991 | Morehouse et al. | 360/97.02 |
| 5,027,241 | 6/1991 | Hatch | 360/105 |
| 5,034,837 | 7/1991 | Schmitz | 360/105 |
| 5,041,926 | 8/1991 | Ockerse | 360/77.05 |
| 5,050,016 | 9/1991 | Squires | 360/77.08 |
| 5,072,318 | 12/1991 | Yu | 360/77.02 |
| 5,189,576 | 2/1993 | Morehouse | 360/105 |
| 5,237,472 | 8/1993 | Morehouse et al. | 360/105 |

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 1

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent        Jan. 3, 1995        Sheet 2 of 83        5,379,171



FIG. 2B

FIG. 2A

FIG. 2C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



Fig. 2D



Fig. 2E



Fig. 2F

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 3A

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 3B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**          Jan. 3, 1995          Sheet 6 of 83          **5,379,171**



## Fig. 3C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 4

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



## FIG. 5A



## FIG. 5C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent          Jan. 3, 1995          Sheet 9 of 83          5,379,171



Fig. 5B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 6A

FIG. 6B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent    Jan. 3, 1995    Sheet 11 of 83    5,379,171



FIG. 6F



FIG. 6E



FIG. 6C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

Case 1:04-cv-00418-SLR     Document 297-5     Filed 12/22/2005     Page 15 of 60



FIG. 6C-1

FIG. 6C-2

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



Fig. 6D

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 6G

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



Fig. 6H

Fig. 6I

**U.S. Patent**        Jan. 3, 1995        Sheet 16 of 83        **5,379,171**



## FIG. 6J

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 6K

FIG. 6L



FIG. 7A



FIG. 7B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 8

U.S. Patent          Jan. 3, 1995          Sheet 21 of 83          5,379,171



FIG. 9'

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 9"

KEY TO
FIG. 9

| FIG. 9' | FIG. 9" |

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 10'

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 10"

R/W COMBO



FIG. 11'



FIG. 11"

U.S. Patent    Jan. 3, 1995    Sheet 27 of 83    5,379,171



**FIG. 12A**

**FIG. 12B**

**FIG. 12C**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 12D

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 13'

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 13"



FIG. 13''

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 13""""



FIG. 14

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 15

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 16

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 17



FIG. 18

FIG. 19



FIG. 20

FIG.21A

FIG.21B

FIG.21C

FIG.21D

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent     Jan. 3, 1995     Sheet 41 of 83     5,379,171

FIG.21E

FIG.21F

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

FIG.21G

FIG.21H

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 22A

FIG. 22B

FIG. 22C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG.23



FIG. 24A

FIG. 24B

FIG. 24C

PRIOR ART

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 25

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 26

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 27A



FIG. 27B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 28

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent     Jan. 3, 1995     Sheet 50 of 83     5,379,171



FIG. 29C

FIG. 29B



FIG. 29A

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 30

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent    Jan. 3, 1995    Sheet 52 of 83    5,379,171



FIG. 31

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent    Jan. 3, 1995    Sheet 53 of 83    5,379,171



FIG. 32A

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 32B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

Case 1:04-cv-00418-SLR     Document 297-5     Filed 12/22/2005     Page 58 of 60



FIG. 33

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 34

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 35