U.S. Patent    Jan. 3, 1995    Sheet 58 of 83    5,379,171



FIG. 36

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent       Jan. 3, 1995       Sheet 59 of 83       5,379,171



FIG. 37

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 38

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent          Jan. 3, 1995          Sheet 61 of 83          5,379,171



FIG. 39A

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent    Jan. 3, 1995    Sheet 62 of 83    5,379,171



FIG. 39B



FIG. 39C

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 40A



FIG. 40C

FIG. 40B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIG. 41



FIG. 42A

FIG. 42B

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent      Jan. 3, 1995      Sheet 67 of 83      5,379,171



Fig 43

Fig 44

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



Fig. 45



Fig. 46

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



Fig.47A
Prior Art

Fig.47B

Fig.47C

Fig.47D
Prior Art

Fig.47E

Fig.47F
Prior Art

Fig.47G

Fig.47H

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**          Jan. 3, 1995          Sheet 71 of 83          **5,379,171**



# Fig. 48A



# Fig. 48B

U.S. Patent          Jan. 3, 1995          Sheet 72 of 83          5,379,171



Fig. 49A
PRIOR ART

Fig. 49B
PRIOR ART

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIGURE 50

U.S. Patent          Jan. 3, 1995          Sheet 74 of 83          5,379,171



**FIGURE 51A**



**FIGURE 51B**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



## FIGURE 52

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

**U.S. Patent**    Jan. 3, 1995    Sheet 76 of 83    5,379,171



**FIGURE 53B**



**FIGURE 53A**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



**FIGURE 54A**



**FIGURE 54B**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIGURE 55

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



200-6

201-6

202-6

204-6        203-6

**FIGURE 56A**



204-6        203-6

200-6

**FIGURE 56B**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



**FIGURE 57**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com



FIGURE 58



**FIGURE 59**

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

U.S. Patent        Jan. 3, 1995        Sheet 83 of 83        5,379,171



FIGURE 60

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

5,379,171

1

## MICROMINIATURE HARD DISK DRIVE

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

This invention relates generally to rigid disk drives, and more particularly to rigid disk drives for pocket, palm-top, and laptop computers.

#### 2. Description of Prior Art

The continuing trend toward smaller portable computers has created the need for a new class of miniature information storage devices. Portable applications for information storage devices have resulted in increasingly severe environmental and physical requirements. Small size, low power consumption, environmental endurance, low cost and light weight are characteristics that must co-exist in these applications; they cannot be met by simple extensions of previous technology.

Many examples of miniaturized reduced "footprint" disk drives have been described in patents such as U.S. Pat. No. 4,568,988 to McGinley, et al, issued Feb. 4, 1986, Reexamination Certificate (953rd), U.S. Pat. No. B14,568,988, certificate issued Nov. 29, 1988, U.S. Pat. No. 4,933,785, issued Jun. 12, 1990 to Morehouse, et al. The rigid magnetic recording disk utilized in the device, described in McGinley, et al., had a diameter of approximately 3.5 inches. In the Morehouse, et al. device described in that patent, the rigid disks utilized in the drive had a nominal diameter of 2.5 inches. The "footprint" (width by length measurement) of the drive described in the above-noted Morehouse, et al. patent was described as being 2.8 inches by 4.3 inches. That is, the housing used to enclose the rigid disk drive was 2.8 inches wide and 4.3 inches long. A rigid disk drive of that size is generally applicable to computers having a size of 8.5 inches by 11 inches by 1 inch. Another patent describing a relatively small diameter disk was issued Jun. 18, 1991 to Stefansky, U.S. Pat. No. 5,025,335. Stefansky describes a 2½' form factor disk drive utilizing a single rigid disk having a diameter of approximately 2.6 inches. However, these products do not provide the combination of features needed for "pocket,""palm-top" and laptop computers.

History has shown that as disk drives become smaller and more efficient, new applications and uses for disk storage become practical. For example, using the disk drive as a circuit board assembly component requires further reduction in the physical size of the storage device as well as unique mounting strategies, issues addressed by this invention.

Use of disk drive storage devices in palm-top computers and small electronic devices, such as removable font cartridges for laser printers, require a level of vibration and shock resistance unobtainable with present large disk drives. These new applications require equipment to survive frequent drop cycles that result in unusually high acceleration and shock. It is well known that the force on an object is directly proportional to its mass, therefore reducing mass is an essential strategy for improving shock resistance.

Portable equipment also makes stringent demands on the durability and stability of the storage equipment under extreme dynamic, static, temperature and humidity stress. A device of small dimensions by its nature experiences less absolute temperature induced physical dimensional displacements. High humidity, especially during storage conditions, can aggravate a phenomenon known as "stiction" that occurs with conventional disk

2

drives; the transducer head clings to the smooth disk surface, which can stall the spin motor and damage the heads.

The greater the power consumption, the larger and heavier the battery pack becomes. Hence, for a given operating time, power consumption is a primary and unavoidable design consideration for portable devices. In fact, the weight of a portable device is dependent on the total energy required to meet operational mission time. For disk drive equipment energy use is especially important during what is known as standby or power-down modes. Low power consumption also reduces parasitic heat, an important consideration in compact electrical equipment. Reducing the diameter and thickness of the information disk(s) can also provide significant reduction in power consumption during spin up. Modern disk drive power management methods use intelligent decision strategies, evaluating disk drive usage patterns to sequence power saving shut down features.

FIG. 24A is a block diagram of a prior art servo field 2400. The servo field 100 is the same length and includes, starting at its leading edge, a write splice subfield 2401, an automatic gain control (AGC) sub-field 2402, a sector mark subfield 2403, an index sector identifier 2404, a defect bit 2405, a Gray code track number sub-field 2406, and a track position sub-field 2407 followed by another write splice sub-field. Servo field 2400 is preceded and followed by data regions 2410 and 2411, respectively. As explained more completely below, AGC sub-field 2402 is actually divided into two parts. The first part is a write-to-read transition zone and the second part provides the actual AGC data.

FIG. 24B is a flat view of the magnetic dibits in one servo field in tracks 3 to 6 of the disk. The other servo fields and data fields have the same general structure as illustrated by the block diagram of FIG. 24A. FIG. 24C is the signal pattern generated when the information in track 3 is read.

FIGS. 49A and 49B illustrate two- and three-disk embodiments of HDAs incorporating the prior art low-profile architecture. The spacing between adjacent disks 4920 is approximately two times the space t required for a read/write head, or 3.0 mm, to provide space for the two read/write heads 4930 and 4931 disposed between the adjacent disks. Thus, each additional disk 4920 increases the thickness of the prior art HDA by 3.6 mm (two spaces t and 0.6 mm for the thickness of the additional disk). Therefore, the thickness of the two-disk, four-head HDA of FIG. 49A is approximately 17.2 mm, and the thickness of the three-disk, six-head HDA of FIG. 49B is approximately 20.8 mm. Ferrite shields 4940 are illustrated in both FIGS. 49A and 49B.

### SUMMARY OF THE INVENTION

An object of the present invention is to provide a rigid disk drive having reduced physical dimensions, but retaining the storage capacity of larger disk drives, with minimized power consumption and providing extreme resistance to shock and vibration.

A further object of the invention is to provide a disk drive having a 1¼ inch form factor. In accordance with the invention, a rigid disk drive information storage device is provided which has a base and cover, utilizes one or more information storage disks having a diame-

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com

5,379,171

3

ter of approximately 33.5 mm (1 ⅓ inches) provides an information storage capacity of at least 20 Megabytes.

A disk drive in accordance with one embodiment of the present invention has a length of approximately 51 mm, a width of approximately 35 mm and a height of approximately 10 mm in a stacked configuration with an associated printed circuit board positioned beneath the disk drive. Included is a disk spin motor internal to the housing, and a rotary actuator for positioning read/write transducer elements over the surface of the disk for the recording and play-back of digital information.

In accordance with another feature of the invention, in one embodiment the transducer support arm of the disk storage device includes a lift tab which, when operated with a cam, provides a means to load or unload the head from the spinning surface of the recording disk as described in copending, commonly assigned U.S. patent application Ser. No. 07/629,957 filed Dec. 19, 1990 by James H. Morehouse et al., entitled "Rigid Disk Drive with Dynamic Head Loading Apparatus", which is incorporated herein by reference in its entirety. In addition, a small form factor disk drive may not be able to produce enough torque to overcome stiction because of the low supply voltage and miniature spin motor component, thus making it impossible to start the disk rotating. Other configurations may use conventional contact start-stop head/disk interface methods.

In accordance with yet another feature of the invention, the disk drive includes sampled servo fields pre-recorded on each data track of the disk, which when read back uniquely determine track position and address information as disclosed in U.S. patent application Ser. No. 07/630,475, filed Dec. 19, 1990 by John H. Blagaila et al. entitled "Servo Field Scheme For High Sampling Rate and Reduced Overhead Embedded Servo System in Disk Drives", and assigned to the assignee of present invention and incorporated herein by reference in its entirety. Further, the disk drive in accordance with the present invention incorporates improvements disclosed in co-pending, commonly assigned U.S. patent application (SERVO II) Ser. No. 07/765,348 filed on Sept. 25, 1991 by Stephen Cowen entitled "Embedded Servo System With Reduced Overhead" which serves to increase the number of track following and spin motor servo samples which may be taken per unit time, while allowing increased information storage on a track without increased format overhead. The Cowen application is incorporated herein by reference in its entirety.

A further object of the invention is to incorporate an improved track following servo system to minimize the effect of mechanical resonances while permitting very high track densities. This servo system, which is described in copending and commonly assigned U.S. patent application Ser. No. 07/766,478, filed Sep. 25, 1991, by Thomas B. Andrews entitled "Adaptive Runout Compensation for Miniature Disk Drives", incorporates feed-forward run-out compensation by microprocessor control. This application is incorporated by reference herein in its entirety.

A further object of the present invention is to provide a rigid disk storage system which includes an inertia actuated latch mechanism to prevent the actuator and magnetic transducers from being moved from their parked position resulting from subjecting the disk drive to severe non-operating shocks in the plane of the disk. The inertially operated latch described in copending, commonly assigned U.S. patent application Ser. No. 07/629,929,

4

filed Dec. 19, 1990, by James H. Morehouse et al., entitled "Rotary Inertial Latch for Disk Drive Actuator now U.S. Pat. No. 5,189,576 issued Aug. 21, 1992," or the latch described and claimed in copending, commonly assigned U.S. patent application Ser. No. 07/765,353, filed Sep. 25, 1991, by James H. Morehouse et al., entitled "Rotary Inertial Latch for Disk Drive Actuator", may be utilized. Both of the foregoing applications we hereby incorporated by reference in their entirety.

In accordance with yet another feature of the present invention, the disk drive apparatus has a spin motor which includes a stator having a plurality of windings and a rotor having a plurality of magnetic poles. Stator windings consist of two types, a first type for normal running of the motor and a second winding type used during starting to increase torque and further used during power down sequencing to act as an electromotive force generator providing power to the rotary actuator to unload the transducer elements from the disk surface. When a disk drive operates in a continuous start stop configuration, the electromotive force may be used to park the heads in the landing zone and provide rapid electrodynamic braking of the spin motor to reduce wear and damage to the head disk interface. This feature is disclosed in copending, commonly assigned U.S. patent application Ser. No. 07/630,110, filed Dec. 19, 1990, by James H. Morehouse et al , entitled "Spin Motor For A Hard Disk Assembly", which is incorporated herein in its entirety. An alternative spin motor is described hereinafter in detail.

A further object of the present invention is to provide a disk drive with a spin motor control system that includes a back electromotive force commutation circuit using digital techniques to generate commutation pulses, a start up circuit for starting the spin motor, and a monitor circuit for determining the motor spin direction and making corrections of direction if necessary after a commutation occurs. The spin motor control system preferred for use with the disk drive system described herein is described in copending, commonly assigned U.S. patent application Ser. No. 07/630,470, filed Dec. 19, 1990 by Michael R. Utenick et al., entitled "Spin Motor Control System for a Hard Disk Assembly", which is incorporated herein by reference in its entirety.

Yet another object of the present invention is to provide methods to reduce errors caused by spin motor induced electromagnetic high frequency noise that causes interference with track position sampled data and read back signals.

A further object of the present invention is to provide a low profile rigid disk drive having higher storage capacity per volume of the housing than previously available. This feature is disclosed in copending, commonly assigned U.S. patent application Ser. No. 07/765,352, filed Sep. 25, 1991, by James H. Morehouse et al., entitled "Architecture For Low Profile Rigid Disk Drive", which is incorporated herein in its entirety.

Another object of the present invention is to provide a rigid disk drive with increased packaging density and decreased height by placing electronic circuitry in the interior free-volume of the disk drive housing, not swept by elements of the actuator/transducer assembly.

A further object of the present invention is to reduce the power consumed by the rigid disk drive by operating the disk drive from a single low voltage supply, such

5,379,171

| 5 | 6 |
|---|---|

as 3.0 volts DC, rather than 5.0 volts or 12 volts, as is customarily required, thereby allowing improved efficiency when used as a battery powered device.

In accordance with another feature of the invention, a digital electronic signal interface is provided for the head disk assembly (HDA) whereby any analog disk drive signals, such as track position servo and read/-write signals, are processed within the HDA and converted to digital form, thereby eliminating low level analog signals, minimizing effects of electrical interference and providing an ideal connection means when the disk drive is used as a circuit board component.

Another object of the present invention is to provide a removable disk drive storage system which includes an improved shock mounting means as disclosed in commonly assigned U.S. Pat. No. 5,149,048, issued Sep. 22, 1992, by James H. Morehouse et al., entitled "Shock Absorbent Mounting Arrangement for Disk Drive or Other Component" which is incorporated herein by reference in its entirety.

In accordance with another feature of the present invention, a disk drive is provided which includes an improved disk clamp for retaining the disks securely mounted to the spindle.

BRIEF DESCRIPTION OF THE DRAWINGS

Other objects and advantages of the invention will become apparent from a study of the specification and drawings in which:

FIG. 1 is an exploded perspective view of a rigid disk drive in accordance with the present invention;

FIG. 2A is a top-plan view of one embodiment of a rigid disk drive in accordance with the present invention;

FIG. 2B is a view taken along the lines of 2B—2B in FIG. 2A;

FIG. 2C is a view taken along the lines of 2C—2C of FIG. 2A;

FIG. 2D is a top-plan view of an alternative embodiment of a rigid disk in accordance with the present invention which utilizes a resilient cover and a pluggable connector;

FIG. 2E is a view taken along the lines 2E—2E of FIG. 2D;

FIG. 2F is a view taken along the lines 2F—2F of FIG. 2D;

FIG. 3A is a top-plan view of a dynamic head loading version of a disk drive in the course of the present invention;

FIG. 3B is a top-plan view of a contact start-stop version of a rigid disk drive in accordance with the present invention;

FIG. 3C is a top-plan, highly enlarged view of the inner crash stop for a rigid disk drive in accordance with the present invention;

FIG. 4 is a cross-sectional view taken along the lines 4—4 of FIG. 3B;

FIG. 5A is an exploded perspective view of the rotary actuator portion of a version of the disk drive in accordance with the present invention which utilizes dynamic loading and unloading and includes an inertial latch;

FIG. 5B is an exploded, enlarged perspective view of the rotary actuator portion of a rigid disk drive which utilizes the contact start/stop head technology;

FIG. 5C is a perspective view of cam assembly 18;

FIG. 6A is a plan view of a load beam utilized in the dynamic head-loading version of a disk drive in accordance with the present invention;

FIG. 6B is a view taken along lines 6B—6B in FIG. 6A;

FIG. 6C is a view taken along lines 6C—6C in FIG. 6A;

FIG. 6C-1 is a top plan view of a portion of a load beam used in the present invention;

FIG. 6C-2 is a cross sectional view taken along lines 6C-2-6C-2 in FIG. 6C-1;

FIG. 6D is a cross-sectional view taken along lines 6D—6D in FIG. 6A;

FIG. 6E is a cross-sectional view taken along lines 6E—6E in FIG. 6A;

FIG. 6F is a cross-sectional view taken along lines 6F—6F in FIG. 6A;

FIG. 6G is a top-plan view of a load beam used in the dynamic head-load version of drive in accordance with the present invention;

FIG. 6H is a view taken along lines 6H—6H in FIG. 6G showing the load beam in the loaded position;

FIG. 6I illustrates the load beam in FIG. 6H, but in an unloaded position;

FIG. 6J illustrates the flexure utilized to support the read/write magnetic recording head on the load beam;

FIG. 6K illustrates in plan view of the underside of a load beam in the contact start/stop version of the disk drive in accordance with the present invention;

FIG. 6L is a view taken along the line 6L—6L of FIG. 6K;

FIG. 7A is a combined electrical block diagram and partial structural diagram of one embodiment of a disk drive in accordance with the present invention;

FIG. 7B is a combined electrical block diagram and partial structural diagram of a disk drive in accordance with an alternative embodiment of the present invention;

FIG. 8 is a block diagram level circuit for the spin control and drivers;

FIG. 9 is a circuit diagram of a spin motor drive circuit utilized with one version of the present invention;

FIG. 10 is a block diagram of the read/write circuitry utilized with the present invention;

FIG. 11 is a block diagram of the actuator driver and power-off unload circuit utilized with the present invention;

FIG. 12A is an illustration of a typical sector utilized on a magnetic recording disk of the head disk assembly in accordance with one version of the present invention;

FIG. 12B is a timing diagram of the window signals produced by the programmable low-power timer circuit of the gate array illustrated in FIG. 13;

FIG. 12C is a timing diagram of the window signals produced by the digital demodulator & Gray code address separator of the gate array circuit of FIG. 13;

FIG. 12D is a timing diagram of the window signals produced by the digital demodulator & Gray code address separator of the gate array circuit of FIG. 13;

FIG. 13 is a block diagram of a gate array circuit which may be used with one embodiment of the present invention;

FIG. 14 is a block diagram of the A/D & D/A circuitry;

FIG. 15 illustrates in block-diagram form the gate array circuit utilized in conjunction with the alternative

5,379,171

7

servo system, the servo pattern of which is illustrated in FIG. 12D;

FIG. 16 illustrates a disk drive that includes a disk having the embedded servo system of this invention.

FIG. 17 is a linear representation of one embodiment of the embedded servo field according to the principles of this invention.

FIG. 18 illustrates one embodiment of a magnetization pattern of the servo field according to the principles of this invention.

FIG. 19 illustrates one embodiment of a signal trace generated when the head is positioned over the track centerline of the servo field according to the principles of this invention.

FIG. 20 is a timing diagram for signals used in conjunction with the servo field of this invention.

FIG. 21A to 21H are a scale drawing of the magnetization pattern for one servo field of this invention that includes timing information for the various signals used to detect the servo information.

FIG. 22A to 22C illustrate the error immunity obtained in synchronization using the principles of this invention.

FIG. 23 is a cross-sectional view of one disk on which the prerecorded interleaved embedded servo system of this invention is used.

FIG. 24A is a linear representation of a prior art servo field.

FIG. 24B illustrates a typical magnetization pattern for the prior art servo field of FIG. 1A.

FIG. 24C is the signal trace associated with the magnetization pattern for track 3 in Fig. 1B.

FIG. 25 is a block diagram of the adaptive runout compensation system of this invention that illustrates its relationship with the servo compensator of the disk drive.

FIG. 26 is a detailed block diagram of the secondary servo compensator of this invention.

FIG. 27A is an example of a position error signal.

FIG. 27B illustrates the position error signal after the adaptive runout compensation method of this invention is used to process the signal of FIG. 27A.

FIG. 28 is a flow diagram of the adaptive runout compensation method of this invention.

FIGS. 29A, 29B and 29C are top plan, bottom plan and side elevational views, respectively, of an embodiment of a clamp in accordance with the invention.

FIG. 30 is a detailed view of the fingers, nubs and L-shaped legs in relation to a disk and a hub, when the clamp is in an unstressed condition.

FIGS. 31 and 32A and 32B are detailed views of the fingers, nubs and L-shaped legs in relation to a disk and a hub, when the clamp is in a stressed condition.

FIG. 33 is a top view of the annular ring of the clamp in a stressed and unstressed condition.

FIG. 34 is an overall cross-sectional view showing how a disk is mounted with the clamp of this invention.

FIG. 35 is a graph illustrating the behavior of a clamp according to this invention when subjected to a shock force.

FIGS. 36, 37, 38, 39A, 39B, 39C, 40A, 40B, 40C, 41, 42A and 42B illustrate alternative embodiments according to this invention.

FIG. 43 is a section view of an HDA incorporating an architecture according to the present invention.

FIG. 44 is a plan view of the disk drive device of the present invention.

8

FIG. 45 is a section view of a two-disk HDA according to the present invention.

FIG. 46 is a simplified side view of a three-disk HDA according to the present invention.

FIGS. 47A–47H are simplified side views of a various prior art and present HDA embodiments.

FIGS. 48A and 48B are side views of alternative embodiments of the present invention incorporating two- and three-disk structures.

FIGS. 49A and 49B are side views of two- and three-disk embodiments of HDAs incorporating a prior art low-profile motor architecture.

FIG. 50 illustrates a second embodiment of the invention.

FIG. 51A and 51B illustrate top and side elevational views, respectively, of the inertial body in the embodiment of FIG. 50.

FIG. 52 is an exploded view showing how the inertial latch of FIG. 50 is mounted on a disk drive.

FIGS. 53A and 53B are top and side elevational views of the sleeve in the inertial latch of FIG. 50.

FIGS. 54A and 54B are top and side elevational views of the spring in the inertial latch of FIG. 50.

FIG. 55 illustrates a third embodiment of the invention.

FIGS. 56A and 56B illustrate top and side elevational views, respectively, of the inertial latch of FIG. 55.

FIG. 57 is a detailed view showing how the inertial latch of FIG. 55 is mounted in a disk drive.

FIG. 58 is a detailed elevational view of the inertial latch of FIG. 55.

FIG. 59 illustrates the inertial latch of FIG. 55 in a locked position.

FIG. 60 illustrates the manner of mounting the inertial latch of FIG. 55.

DETAILED DESCRIPTION OF THE INVENTION

Development and production of miniature laptop and hand held computers is constrained by available disk drives that are either too large, consume excessive battery power (limiting computer operating mission time) or are not rugged enough to withstand the demanding shock and vibration requirements of portable operation. The disk drive described in this invention, combining several unique features, provides a solution to the need for a miniature rigid disk drive information storage device with the performance and capacity previously available only in larger form factors. Present 2 ½", 3 ½" or even 1.8" form factor disk drives do not provide the reduced power consumption or the shock and vibration durability of the disk drive described herein.

Microminiature hard disk drive 1 in accordance with one embodiment of the present invention is illustrated in FIGS. 1 and 2A–2C. A portion of the electronics for the rigid disk drive is included internally of the case (or HDA) and a second portion of the electronics is included on the printed circuit board 2, best illustrated in FIG. 1. Referring to FIG. 2A, the approximate width of rigid disk drive 1 is 35 mm (measured from peripheral edge 32 to peripheral edge 33) and the depth of rigid disk drive 1 is approximately 50.8 mm (measured from peripheral edge 34 to peripheral edge 35). Thus, the footprint of rigid disk drive 1 is 35 mm by 50.8 mm. Various heights of the rigid disk drive may be utilized to conform to desired standards, such as, for example, 6.3 mm, 10 mm, 12.7 mm, or 15 mm. Rigid disk drive 1 may be utilized in a stacked configuration with printed cir-

Patent provided by Sughrue Mion, PLLC - http://www.sughrue.com