# Ex. 6

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S BRIEF IN OPPOSITION TO
CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 3] OF NON-INFRINGEMENT OF U.S.
PATENT NO. 5,452,159

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available***

# Ex. 7

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S BRIEF IN OPPOSITION TO
CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 3] OF NON-INFRINGEMENT OF U.S.
PATENT NO. 5,452,159

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available***

# Ex. 8

TO THE DECLARATION OF TIMOTHY DEVLIN
IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S BRIEF IN OPPOSITION TO
CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 3] OF NON-INFRINGEMENT OF U.S.
PATENT NO. 5,452,159

**CONFIDENTIAL DOCUMENT**

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available***

# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, <br><br> Plaintiff, <br><br> v. <br><br> CORNICE, INC. <br><br> Defendant. | C.A. No. 04-418 (SLR) <br><br><br> **CONFIDENTIAL** <br> **FILED UNDER SEAL** |

### DECLARATION OF DAVID B. BOGY, PH.D. REGARDING PLAINTIFF SEAGATE TECHNOLOGY LLC'S BRIEF IN OPPOSITION TO CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 3] OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,452,159

I, DAVID B. BOGY, Ph.D, declare as follows:

1. My name is David B. Bogy and I am a Professor of Mechanical Engineering at the University of California, Berkeley and currently hold the title of the William S. Floyd, Jr. Distinguished Professor of Engineering. I have been retained as an expert in this action by Plaintiff Seagate Technology, LLC. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2. I hereby incorporate by reference the excerpts of my expert reports attached as Exhibits 2 and 7 to the Declaration of Timothy Devlin in Support of PLAINTIFF SEAGATE TECHNOLOGY LLC'S BRIEF IN OPPOSITION TO CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 3] OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,452,159.

3. I believe the statements made in the attached report excerpts are true and correct, and I am prepared to testify regarding their subject matter, if asked to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in Berkeley, California on this 15th day of December, 2005.

_____
David B. Bogy, Ph.D.