IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

        Plaintiff,

v.

CORNICE, INC.

        Defendant.

C.A. No. 04-418 (SLR)

**REDACTED**

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE'S RESPONSE TO DEFENDANT CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 5] OF NON-INFRINGEMENT OF U.S. PATENT 5,600,506**

I, Timothy Devlin, declare as follows:

1. I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed response.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 5,600,506 |
| 2. | Excerpts of Expert Report of William C. Messner, Ph.D. dated August 22, 2005 |
| 3. | Notice of Allowability dated May 24, 1996 |
| 4. | Excerpts of Deposition of Ronald W. Dennison dated October 18, 2005 |
| 5. | Excerpts of Deposition of Ronald W. Dennison dated April 8, 2005 |
| 6. | Cornice production document bearing Bates numbers COR-ITC 0000001-07 |
| 7. | Excerpts of Rebuttal Expert Report of Ronald W. Dennison Regarding the Non-Infringement of U.S. Patent No. 5,600,506 dated September 19, 2005 |

1

8. Excerpts of Deposition of Lance Carlson dated January 20, 2005

9. Claim chart originally attached as Exhibit 6A to the Expert Report of William C. Messner, Ph.D dated August 22, 2005

10. Claim chart originally attached as Exhibit 6B to the Expert Report of William C. Messner, Ph.D dated August 22, 2005

11. Cornice production document bearing Bates numbers COR-ITC 026005-16

12. Excerpts of Rebuttal Expert Report of Ronald W. Dennison Regarding U.S. Patent 5,600,506 dated March 28, 2005

13. Excerpts of Expert Report of Ronald W. Dennison Regarding Invalidity of U.S. Patent 5,600,506 dated August 22, 2005

14. Excerpts of Deposition of Rod Brittner dated July 28, 2005

15. Cornice production document bearing Bates numbers COR-ITC 056680-86

16. Excerpts of Deposition of William C. Messner, Ph.D. dated October 21, 2005

17. Declaration of William C. Messner, Ph.D. Regarding Plaintiff Seagate's Response To Defendant Cornice's Motion for Summary Judgment [No. 5] of Non-Infringement of U.S. Patent 5,600,506

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

/s/ Timothy Devlin
Timothy Devlin

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER