IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>       Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>       Defendant. | C.A. No. 04-418 (SLR)<br><br>REDACTED |

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE'S RESPONSE BRIEF OPPOSING PARTIAL SUMMARY JUDGMENT [NO. 6] REGARDING THE INVALIDITY OF U.S. PATENT 5,600,506**

I, Timothy Devlin, declare as follows:

1.  I am a member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.  True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed response.

| Exhibit | Document |
|---|---|
| 1. | U.S. Patent No. 5,600,506. |
| 2. | Excerpts of Expert Report of William C. Messner, Ph.D. dated August 22, 2005 |
| 3. | Notice of Allowability dated May 24, 1996 |
| 4. | Excerpts of Deposition of Ronald W. Dennison dated October 18, 2005 |
| 5. | Excerpts of Rebuttal Expert Report of William C. Messner, Ph.D dated September 19, 2005 |
| 6. | Excerpts of Rebuttal Expert Report of William C. Messner, Ph.D. dated March 28, 2005 |
| 7. | Excerpts of Deposition of Ronald W. Dennison dated April 8, 2005 |

1
CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

8. Letter from Lewis E. Hudnell, III to Steven J. Rizzi dated October 12, 2005

9. Excerpts of Deposition of Michael E. Baum dated December 10, 2004

10. Excerpts of Deposition of James J. Touchton dated January 12, 2005

11. Excerpts of Deposition of William C. Messner, Ph.D. dated October 21, 2005

12. Excerpts of Expert Report of Ronald W. Dennison Regarding Invalidity of U.S. Patent 5,600,506 dated August 22, 2005

13. Declaration of William C. Messner, Ph.D. Regarding Plaintiff Seagate's Response to Defendant Cornice's Motion for Summary Judgment [No. 6] Regarding the Invalidity of U.S. Patent 5,600,506

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Wilmington, DE, this 16th day of December, 2005.

/s/ Timothy Devlin
Timothy Devlin

2

CONTAINS CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER