IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>CORNICE, INC.<br><br>Defendant. | C.A. No. 04-418 (SLR) |

**REDACTED**

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE TO CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,146,754 AND 5,600,506 PURSUANT TO LICENSE**

Date: December 16, 2005

William J. Marsden (#2247)
Timothy Devlin (#4241)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

Roger S. Borovoy
David M. Barkan
Shelley K. Mack
500 Arguello Street
Redwood City, CA 94063-1526

Brian R. Nester (#3581)
Timothy W. Riffe
Christian A. Chu
1425 K Street NW, Suite 1100
Washington, D.C. 20005

Edmond R. Bannon
Lewis Hudnell III
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

1

I, TIMOTHY DEVLIN, declare as follows:

1. I am a principal at the law firm of Fish & Richardson P.C., counsel of record for Plaintiff Seagate Technology LLC ("Seagate") in the above-captioned matter. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below. I submit this declaration in support of Seagate's Response to Cornice, Inc.'s ("Cornice") Motion For Summary Judgment of Non-Infringement of U.S. Patent Nos. 6,146,754 and 5,600,506 Pursuant to License.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
|---|---|
| 1 | Form-10-K Annual Report for the Fiscal Year ended July 1, 2005, filed by Seagate Technology with the Securities and Exchange Commission. |
| 2 | Agreement between Seagate and Maxtor dated July 30, 1998, bearing Bates Nos. STX005929-005936. |
| 3 | November 1, 2005 Agreement between Seagate Technology, Inc. and TDK Corporation, bearing Bates Nos. STX 0002010-21. |
| 4 | August 22, 2005 Expert Report of Charles R. Donohoe Regarding the Licensing Defense of Cornice, Inc. |
| 5 | Relevant excerpts from the transcript of the October 13, 2005 deposition of Charles R. Donohoe. |
| 6 | Relevant excerpts from the transcript of the January 13, 2005 deposition of Peter Madden. |
| 7 | Relevant excerpts from the transcript of the November 11, 2005 deposition of Kevin Magenis. |
| 8 | Relevant excerpts from the transcript of the March 3, 2005 deposition of Elizabeth Kawasaki. |
| 9 | January 14, 2005 letter from Monjiro Momoi (TDK Corporation) to Walter Sze (SAE Magnetics (H.K.), Ltd.) countersigned by Mr. Sze on January 20, 2005, bearing Bates Nos. TDK-US 000047-48. |
| 10 | U.S. Patent No. 7,744,606. |
| 11 | U.S. Patent No. 6,545,845. |

12  U.S. Patent No. 5,452,159.

13  U.S. Patent No. 6,324,054.

14  U.S. Patent No. 5,596,461.

15  Defendant Cornice, Inc's Responses to Plaintiff Seagate Technology LLC's Second Set of Interrogatories (4-19), dated June 13, 2005.

16  September 19, 2005 Rebuttal Expert Report of Roger S. Smith.

17  Relevant excerpts from the transcript of the October 11, 2005 deposition of Roger S. Smith.

18  June 27, 2005 letter from Monjiro Momoi (TDK Corporation) to Kenichi Aoshima (TDK USA Corporation), bearing Bates Nos. TDK-US 000046.

19  Relevant excerpts from the transcript of the June 28, 2005 deposition of Anecito Evangelista (SAE).

20  Relevant excerpts from the transcript of the June 23, 2005 deposition of Daniel Golowka.

21  Relevant excerpt from Black's Law Dictionary, 6th Edition, defining "transfer."

22  Relevant excerpts from the transcript of the August 18, 2005 deposition of William Hudson.

23  Relevant excerpts from the February 14, 2005 Expert Report of Charles R. Donohoe.

24  U.S. Patent No. 5,600,506.

25  Relevant excerpts from the transcript of the July 28, 2005 deposition of Rod Brittner.

26  U.S. Patent No. 6,146,754.

27  Expert Report of Dr. David E. Laughlin, Ph.D. Related to Dr. Morehouses' Report Regarding Cornice's Accused Products, dated September 15, 2005.

28  Relevant excerpts from the Expert Report of Dr. David B. Bogy, Ph.D., dated September 19, 2005.

29  Relevant excerpts from the Rebuttal Expert Report of Dr. Norm V. Gitis, Ph.D., dated September 19, 2005.

30  Relevant excerpts from the Rebuttal Expert Report of Dr. William G. Messner, Ph.D, dated September 19, 2005.

31  Declaration of David B. Bogy, Ph.D Regarding Plaintiff Seagate Technology LLC's Response to Cornice, Inc.'s Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patents Nos. 6,146,754 and 5,600,506 Pursuant to License.

32  Declaration of Norm V. Gitis, Ph.D Regarding Plaintiff Seagate Technology LLC's Response to Cornice, Inc.'s Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patents Nos. 6,146,754 and 5,600,506 Pursuant to License.

33  Declaration of David E. Laughlin, Ph.D Regarding Plaintiff Seagate Technology LLC's Response to Cornice, Inc.'s Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patents Nos. 6,146,754 and 5,600,506 Pursuant to License.

34  Declaration of William C. Messner, Ph.D Regarding Plaintiff Seagate Technology LLC's Response to Cornice, Inc.'s Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patents Nos. 6,146,754 and 5,600,506 Pursuant to License.

35  Declaration of Roger S. Smith Regarding Plaintiff Seagate Technology LLC's Response to Cornice, Inc.'s Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patents Nos. 6,146,754 and 5,600,506 Pursuant to License.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed by me in Washington, D.C. on December 16, 2005.

/s/ *Timothy Devlin*
Timothy Devlin

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2005, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery::

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on December 23, 2005, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Mathew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153 | Attorneys for Defendant<br>Cornice, Inc. |

/s/ *Timothy Devlin*
Timothy Devlin