# Ex. 1

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 10-K

(Mark One)

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended July 1, 2005

OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from              to

Commission File No. 001-31560

# SEAGATE TECHNOLOGY
(Exact name of Registrant as specified in its charter)

| Cayman Islands | 98-0355609 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

P.O. Box 309GT
Ugland House, South Church Street
George Town, Grand Cayman, Cayman Islands
(Address of principal executive offices)

Registrant's telephone number, including area code: (345) 949-8066

Securities registered pursuant to Section 12 (b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Shares, par value $0.00001 per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
None

Indicate by check mark whether the Registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days:  YES  ☒    NO  ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.  ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Rule 12b-2 of the Exchange Act):  YES  ☒    NO  ☐

The aggregate market value of the voting and non-voting common stock held by non-affiliates of the registrant as of the last business day of the registrant's most recently completed second fiscal quarter was approximately $2.151 billion based upon a closing price of $17.27 reported for such date by the New York Stock Exchange. Common shares held by each executive officer and director and by each person who owns 5% or more of the outstanding common shares have been excluded in that such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a conclusive determination for other purposes.

The number of outstanding common shares of the registrant as of July 26, 2005 was 477,115,094.

## DOCUMENTS INCORPORATED BY REFERENCE

Portions of the Registrant's Proxy Statement for its 2005 Annual Meeting of Stockholders (the "Proxy Statement") are incorporated herein by reference in Part III.

Table of Contents

# SEAGATE TECHNOLOGY
## TABLE OF CONTENTS

| Item | | Page No. |
|------|------|------|
| | *PART I* | |
| 1. | Business | 3 |
| 2. | Properties | 17 |
| 3. | Legal Proceedings | 17 |
| 4. | Submission of Matters to a Vote of Security Holders | 17 |
| | *PART II* | |
| 5. | Market for Registrant's Common Stock and Related Shareholder Matters | 18 |
| 6. | Selected Financial Data | 20 |
| 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 22 |
| 7A. | Qualitative and Quantitative Disclosures About Market Risk | 61 |
| 8. | Financial Statements and Supplementary Data | 63 |
| 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 107 |
| 9A. | Controls and Procedures | 107 |
| | *PART III* | |
| 10. | Directors and Executive Officers of the Registrant | 109 |
| 11. | Executive Compensation | 109 |
| 12. | Security Ownership of Certain Beneficial Owners and Management | 109 |
| 13. | Certain Relationships and Related Transactions | 109 |
| 14. | Principal Accountant Fees and Services | 109 |
| | *PART IV* | |
| 15. | Exhibits, Financial Statement Schedules, and Reports on Form 8-K | 110 |
| | SIGNATURES | 116 |

Table of Contents

*Some of the statements and assumptions included in this Annual Report on Form 10-K are forward-looking statements, including, in particular, statements about our plans, strategies and prospects in "Management's Discussion and Analysis of Financial Condition and Results of Operations" in Item 7. These statements identify prospective information. These forward-looking statements are based on current expectations, forecasts and assumptions and involve a number of risks and uncertainties that could cause actual results to differ, possibly materially, from those in the forward-looking statements. These risks include, among others, risks related to price and product competition in our industry, customer demand for our products, the development and introduction of new products, the impact of technological advances, risks related to our intellectual property, general market conditions and the factors listed in the "Risk Factors" section of Item 7 of this Annual Report on Form 10-K. We undertake no obligation to update forward-looking statements to reflect events or circumstances after the date they were made.*

## PART I

## ITEM 1.   BUSINESS

We are a leader in the design, manufacturing and marketing of rigid disc drives. Rigid disc drives, which are commonly referred to as disc drives or hard drives, are used as the primary medium for storing electronic information in systems ranging from desktop and notebook computers, and consumer electronics devices to data centers delivering information over corporate networks and the Internet. We produce a broad range of disc drive products that make us a leader in the industry with products addressing enterprise applications, where our products are used in enterprise servers, mainframes and workstations; desktop applications, where our products are used in desktop computers; mobile computing applications, where our products are used in notebook computers; and consumer electronics applications where our products are used in a wide variety of devices such as digital video recorders, digital music players and gaming devices.

We sell our disc drives primarily to major original equipment manufacturers, or OEMs, and also market to distributors under our globally recognized brand name. For fiscal years 2005, 2004 and 2003, approximately 72%, 64% and 63%, respectively, of our disc drive revenue was from sales to OEMs, including customers such as Hewlett-Packard, Dell, IBM, EMC and Apple. We have longstanding relationships with many of these OEM customers. We also have key relationships with major distributors, who sell our disc drive products to small OEMs, dealers, system integrators and retailers throughout most of the world. Also, we are currently expanding our direct sales to retailers. For fiscal years 2005, 2004 and 2003, approximately 31%, 29% and 33%, respectively, of our disc drive revenue came from customers located in North America, approximately 28%, 33% and 31%, respectively, came from customers located in Europe and approximately 41%, 38% and 36%, respectively, came from customers located in the Far East. Substantially all of our revenue is denominated in U.S. dollars.

## Industry

### Demand for Electronic Data Storage

We believe that the amount of data stored and accessed electronically is growing rapidly and that there are a number of key factors driving this demand. We are particularly focused on three areas of growing demand for disc drives:

*Growth in Disc Drives for Consumer Electronics .*   High-performance computing and communications functions and, increasingly, disc drives are being incorporated into consumer electronics devices such as digital video recorders, digital music players, video game consoles and advanced television set-top boxes. In addition, faster connections to the Internet and increased broadband capacity have encouraged consumers to download greater amounts of text, video and audio data, expanding the market for disc drives for use in new consumer and entertainment appliances. The adoption and rapid growth of the use of disc drives in these applications will be facilitated by the development of low-cost disc drives that meet the pricing requirements of the consumer electronics market.

3

Table of Contents

*Growth in Disc Drives for Mobile Computing.*    The mobile computing market is expected to grow faster than any other personal computer segment as price and performance continue to improve, placing notebook computers in an attractive position relative to desktop computers. Notebook systems are increasingly becoming replacement systems to desktop computers and progressively more desirable to consumers as the need for mobility increases and wireless adoption continues to advance. In the United States, the sale of notebook computers recently exceeded that of desktop computers.

*Growth of Storage Area Networks and Network Attached Storage .*    The need to address the dramatic expansion in data storage management requirements has spurred the evolution of new storage and data management technologies. Enterprises are increasingly offloading network traffic to dedicated storage area networks, or SANs. In addition, many enterprises are moving away from the use of server-attached storage to network-attached storage, or NAS. These solutions combine high-performance storage products that are comprised principally of disc drives with sophisticated software and communications technologies. We expect that the market for these solutions will grow rapidly and will result in greater opportunities for the sale of high-performance, high-capacity disc drives.

An emerging application in enterprise storage is the use of near-line storage systems. These systems use higher capacity disc drives to access less frequently needed data.

### Success in Our Industry Depends on Technology and Manufacturing Leadership

The design and manufacturing of disc drives depends on highly advanced technology and manufacturing techniques, especially in the areas of read/write heads and recording media. Disc drive manufacturers are distinguished by their level of integration, which is the degree to which they control the technology used in their products, and by whether they are captive, producing disc drives for their own computer systems, or independent, producing disc drives as a stand-alone product. Integrated manufacturers are companies that design and produce the critical technologies, including read/write heads and recording media, used in their disc drives. An integrated approach enables them to lower manufacturing costs and to improve the functionality of components so that they work together efficiently. In contrast, manufacturers that are not integrated purchase most of their components from third-party suppliers, upon whom they depend for key elements of their technological innovation and differentiation. This can limit their ability to coordinate technology roadmaps and optimize the component design process for manufacturing efficiency and product reliability while making them reliant on the technology investment decisions of their suppliers. Independent manufacturers can enjoy a competitive advantage over captive manufacturers in working with OEMs because they do not compete with OEMs for computer system sales.

Due to the significant challenges posed by the need to continually innovate and improve manufacturing efficiency, the disc drive industry has undergone significant consolidation as manufacturers and merchant component suppliers merged with other companies or exited the industry. Consolidation is likely to continue in our industry as the technological challenges and the associated levels of required investment grow, increasing the competitive necessity of large-scale operations. We believe the competitive dynamics of the disc drive industry favor integrated, independent manufacturers with the scale to make substantial technology investments and apply them across a broad product portfolio and set of customers.

### Overview of Disc Drive Technology

All disc drives incorporate the same basic technology although individual products vary. One or more discs are attached to a spindle assembly powered by a spindle motor that rotates the discs at a high constant speed around a hub. The discs, or recording media, are the components on which data is stored and from which it is retrieved. Each disc typically consists of a substrate of finely machined aluminum or glass with a layer of a thin-film magnetic material. Read/write heads, mounted on an arm assembly similar in concept to that of a record player, fly extremely close to each disc surface and record data on and retrieve it from concentric tracks in the magnetic layers of the rotating discs. The read/write heads are mounted vertically on an E-shaped assembly. The E-block and the recording media are mounted inside a metal casing, called the base casting.

4

Table of Contents

Upon instructions from the drive's electronic circuitry, a head positioning mechanism, or actuator, guides the heads to the selected track of a disc where the data is recorded or retrieved. Application specific integrated circuits, or ASICs, and ancillary electronic control chips are collectively mounted on printed circuit boards. ASICs move data to and from the read/write head and the internal controller, or interface, which communicates with the host computer. Disc drive manufacturers typically use one or more of several industry standard interfaces such as advanced technology architecture, or ATA, Serial ATA which provides higher data transfer rates than the previous ATA standard, small computer system interface, or SCSI, serial attached SCSI, or SAS, and Fibre Channel.

Disc drive performance is commonly assessed by six key characteristics:

- storage capacity, commonly expressed in gigabytes or terabytes, which is the amount of data that can be stored on the disc;

- spindle rotation speed, commonly expressed in revolutions per minute, which has an effect on speed of access to data;

- interface transfer rate, commonly expressed in megabytes per second, which is the rate at which data moves between the disc drive and the computer controller;

- average seek time, commonly expressed in milliseconds, which is the time needed to position the heads over a selected track on the disc surface,

- data transfer rate, commonly expressed in megabytes per second, which is the rate at which data is transferred to and from the disc; and

- product quality and reliability, commonly expressed in annualized return rates (ARR).

Areal density is a measure of storage capacity per square inch on the recording surface of a disc. Current areal densities are sufficient to meet the requirements of most applications today. Although the rate of increase in areal density is slowing, we expect the long-term demand for increased drive capacities to continue to increase as audio and visual data require many multiples of the storage capacity of simple text. We have pursued, and expect to continue to pursue, a range of technologies to increase areal densities across the entire range of our products to increase disc drive capacities and to enable the production of higher capacity, smaller form factor disc drives. For example, in June 2005, we announced a product that utilizes perpendicular recording technology in which data bits are oriented vertically on the disc platter (perpendicular to the disc surface), rather than flat to the surface as with existing longitudinal recording. As a result of the transition to perpendicular recording, there is a need to increase the thickness of the recording materials, and increase the complexity of the read/write head technology. Furthermore, perpendicular recording technology requires a complex interplay between the read/write heads, the recording media, the ASICs and the disc drive software. We believe that because of our vertical design and manufacturing strategy, we are well suited to meet the challenges that such close dependence of components for our disc drives using perpendicular recording require.

Manufacturing

We pursue an integrated business strategy based on the ownership of critical component technologies. This strategy allows us to maintain control over our product roadmap and component cost, quality and availability. Our manufacturing efficiency and flexibility is a critical element of our integrated business strategy. During the past several years we have made significant improvements in our manufacturing efficiency by:

- consolidating the number of facilities we operate and reducing the number of personnel we employ;

- expanding manufacturing automation to enhance our efficiency and flexibility;

- applying Six Sigma to improve product quality and reliability and reduce costs;

- integrating our supply chain with suppliers and customers to enhance our demand visibility and reduce our working capital requirements; and

5

Table of Contents

- coordinating between our manufacturing group and our research and development organization to rapidly achieve volume manufacturing and enhance our product quality and reliability.

Manufacturing our disc drives is a complex process that begins with the production of individual components and ends with a fully assembled unit. We design, assemble and/or manufacture a number of the most important components found in our disc drives, including read/write heads, recording media, printed circuit boards, spindle motors and ASICs.

*Read/Write Heads* .   The function of the read/write head is to scan across the disc as it spins, magnetically recording or reading information. The tolerances of recording heads are extremely demanding and require state-of-the-art equipment and processes. Our read/write heads are manufactured with thin-film and photolithographic processes similar to those used to produce semiconductor integrated circuits. Beginning with six-inch round ceramic wafers, we process more than 25,000 head elements at one time. Each of these head elements goes through more than 300 steps, all in clean room environments. Our read/write heads require highly advanced processes with tolerances approaching the thickness of a single atom. We perform all primary stages of design and manufacture of read/write heads at our facilities. Although the percentage of our requirements for read/write heads that we produce internally varies periodically, we currently manufacture all of our read/write heads. With perpendicular recording expected to eventually replace longitudinal recording, the tolerances and complexity of recording heads will be even more demanding in future generation products. However, because perpendicular recording utilizes existing capital equipment to manufacture read/write heads, we do not believe additional capital investment will be required.

*Recording Media* .   The function of the recording media is to magnetically store information. The domains where each bit of magnetic code is stored are extremely small and precisely placed. As a result, the manufacturing of recording media requires sophisticated thin-film processes. Each disc is a sequentially processed set of layers that consist of structural, magnetic, protective and lubricating materials. Once complete, the disc must have a high degree of physical uniformity to assure reliable and error-free storage. We purchase aluminum substrate blanks for recording media production from third parties, mainly in Japan. These blanks are machined, plated and polished to produce finished substrates at our plant in Northern Ireland. We also purchase all of our glass substrates from third parties in Japan in manufacturing our disc drives used in mobile and small form factor consumer electronics products. The percentage of our requirements for recording media that we produce internally varies from quarter to quarter. We continue to expand our media production facility in Singapore to further increase our production capacity. Our strategy is to purchase no more than 20% of our recording media requirements from third-party suppliers in any given quarter. Although the increased thickness of the recording media required by perpendicular recording technology could have a negative effect upon our manufacturing throughput, we believe we have compensated for this effect by investing in advanced manufacturing technologies.

*Printed Circuit Boards* .   We assemble and test a significant portion of the printed circuit boards used in our disc drives. Printed circuit boards are the boards that contain the electronic circuitry and ASICs that provide the electronic controls of the disc drive and on which the head-disc assembly is mounted. We assemble printed circuit boards at our facilities in Malaysia and China.

*Spindle Motors* .   We participate in the design of many of our spindle motors and purchase them principally from outside vendors in Asia, whom we have licensed to use our intellectual property and technology.

*ASICs* .   We participate in the design of many of the ASICs used in our disc drives for motor and actuator control, such as interface controllers, read/write channels and pre-amplifiers. We do not manufacture any ASICs but, rather, buy them from third-party suppliers.

Following the production of the individual components of the disc drive, the first step in the manufacture of a disc drive itself is the assembly of the actuator arm, read/write heads, discs and spindle motor in a housing to form the head-disc assembly. The production of the head-disc assembly involves largely automated processes.

6

Table of Contents

Printed circuit boards are then mated to the head-disc assembly and the completed unit is tested prior to packaging and shipment. Final assembly and test operations of our disc drives occur primarily at facilities located in China, Singapore and Thailand. We perform subassembly and component manufacturing operations at our facilities in China, Malaysia, Northern Ireland, Singapore, Thailand, and in the United States, in California and Minnesota. In addition, third parties manufacture and assemble components for us in various Asian countries, including China, Japan, Korea, Malaysia, the Philippines, Singapore, Taiwan, Thailand and Vietnam, and in Europe and the United States.

## Products

We offer a broad range of disc drive products for the enterprise, desktop, mobile computing and consumer electronics sectors of the disc drive industry. During fiscal year 2005, we introduced and shipped in volume 12 new disc drive products, including:

- our first 1-inch form factor disc drive, the ST1, which is primarily used in hand-held consumer electronics devices such as digital music players and digital cameras;

- larger capacity 3.5-inch form factor disc drives to address the market for larger capacity digital video recorders and home media storage devices and near-line enterprise applications;

- additional capacity models of our 2.5-inch form factor Momentus mobile computing disc drive which will more completely address our customers' mobile computing disc drive requirements; and

- new versions of our Barracuda and Cheetah desktop and enterprise disc drives.

We offer more than one product within each product family, and differentiate products on the basis of price/performance and form factor, or the dimensions of the disc drive. Historically, our industry has been characterized by continuous and significant advances in technology, which contributed to rapid product life cycles; however, based upon the recent pace of new product introductions, we believe that our industry is currently in a period in which the rate of increases in areal density, which is the storage capacity per square inch on a disc, is lower than the rate of the last several years, resulting in longer product life cycles. We list in the table below our main current product offerings.

| Product Name | Markets Served | Storage Capacities (gigabytes) | Rotation Speed (RPM) | Interface |
|---|---|---|---|---|
| Cheetah SFF 10K.1 (Savvio) | Enterprise | 36 and 73 | 10,000 | SCSI/Fibre Channel |
| Cheetah 10K.7 | Enterprise | 73, 146 and 300 | 10,000 | SCSI/Fibre Channel |
| Cheetah 15K.4 | Enterprise | 36, 73 and 146 | 15,000 | SCSI/Fibre Channel/SAS |
| Barracuda 7200.7 | Desktop/Consumer Electronics | 40, 80, 120, 160 and 200 | 7,200 | ATA/SATA |
| Barracuda 7200.8 | Desktop/Consumer Electronics | 200, 250, 300 and 400 | 7,200 | ATA/SATA |
| U Series X | Desktop/Consumer Electronics | 10 and 20 | 5,400 | ATA |
| Momentus | Mobile Computing | 20, 30 and 40 | 5,400/4,200 | ATA |
| Momentus 4200.2 | Mobile Computing | 60, 80 and 100 | 4,200 | ATA |
| Momentus 5400.2 | Mobile Computing | 60, 80 and 100 | 5,400 | ATA |
| ST1 Series | Consumer Electronics | 1.5, 2.5, 4, 5 and 6 | 3,600 | ATA/Compact Flash/USB |

In June 2005, we further broadened our product offering with the announcement of 10 new disc drive products, which will be introduced in fiscal year 2006, including:

- additional capacity models of our 2.5-inch form factor Momentus mobile computing disc drive, including our first 2.5-inch disc drive using perpendicular recording technology and a model with full disc encryption technology for increased protection against unauthorized access to data;

- a 2.5-inch form factor disc drive designed for the latest game consoles, and smaller, cooler-running and more cost-effective small footprint personal computers and home entertainment devices;

- an 8GB 1-inch form factor disc drive, which will primarily be used in hand-held consumer electronics devices such as digital music players and digital cameras;

7

Table of Contents

- larger capacity 3.5-inch form factor disc drives to address the market for larger capacity digital video recorders and home media storage devices and near-line enterprise applications;
- our first hard drive designed specifically for automobile applications; and
- external disc drives with higher capacity or increased portability.

### Enterprise Storage

*Cheetah Family* .    Commercial uses for Cheetah disc drives include Internet and e-commerce servers, data mining and data warehousing, mainframes and supercomputers, department/enterprise servers and workstations, transaction processing, professional video and graphics and medical imaging.

*Savvio Family.*    Savvio is our 2.5-inch enterprise disc drive. This disc drive was our first enterprise disc drive in the smaller 2.5-inch form factor and, as such, allows the installation of more disc drives per square foot, thus facilitating faster access to data.

### Desktop Storage

*U Series X and Barracuda ATA/SATA Family.*    The U Series X and Barracuda ATA/SATA families of disc drives are used in desktop applications, workstations and low-end applications.

### Consumer Electronics Storage

*STI, U Series X and Barracuda ATA/SATA Family* .    The U Series X and Barracuda ATA/SATA families of disc drives are used in desktop applications and other markets, including digital video recorders, video game consoles, audio jukeboxes, home media centers, and home and industrial security systems. The STI series of disc drives are used in hand-held consumer electronics devices such as digital music players, digital cameras and digital video cameras. Our consumer electronics disc drives feature quiet acoustics, high reliability and high performance streaming.

### Mobile Computing

*Momentus Family.*    The Momentus family of disc drives is our mobile computing disc drive products. Commercial uses for Momentus disc drives include notebook computers running popular office applications and notebooks for business, government and education environments. Consumer uses for Momentus disc drives include notebook computers, tablet computers and digital audio applications.

## Customers

We sell our disc drive products primarily to major OEMs and distributors. OEM customers incorporate our disc drives into computer systems and storage systems for resale. Distributors typically sell our disc drives to small OEMs, dealers, system integrators and other resellers. Shipments to OEMs were approximately 72%, 64% and 63% of our disc drive revenue in fiscal years 2005, 2004 and 2003, respectively. Shipments to distributors were approximately 26%, 35% and 37% of our disc drive revenue in fiscal years 2005, 2004 and 2003, respectively. Sales to Hewlett-Packard accounted for approximately 18%, 19% and 18% of our disc drive revenue in fiscal years 2005, 2004 and 2003, respectively, while sales to Dell as a percentage of our disc drive revenue were 12% in fiscal year 2005. No other customer accounted for 10% or more of our disc drive revenue in fiscal years 2005, 2004 and 2003. Retail sales in fiscal year 2005 as a percentage of our disc drive revenue increased to 1.7% from 0.9% and 0.1% in fiscal years 2004 and 2003, respectively. See "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations—Risk Factors—Risks Related to Our Business—Dependence on Key Customers—We may be adversely affected by the loss of, or reduced, delayed or cancelled purchases by, one or more of our larger customers."

Table of Contents

OEM customers typically enter into master purchase agreements with us. These agreements provide for pricing, volume discounts, order lead times, product support obligations and other terms and conditions. The term of these agreements is usually 12 to 36 months, although our product support obligations generally extend substantially beyond this period. These master agreements typically do not commit the customer to buy any minimum quantity of products, or create exclusive relationships. Deliveries are scheduled only after receipt of purchase orders. In addition, with limited lead-time, customers may cancel or defer most purchase orders without significant penalty. Anticipated orders from many of our customers have in the past failed to materialize or OEM delivery schedules have been deferred or altered as a result of changes in their business needs.

Our distributors generally enter into non-exclusive agreements for the redistribution of our products. They typically furnish us with a non-binding indication of their near-term requirements and product deliveries are generally scheduled based on a weekly confirmation by the distributor of its requirements for that week. The agreements typically provide the distributors with price protection with respect to their inventory of our disc drives at the time of a reduction by us in our selling price for the disc drives and also provide limited rights to return the product.

We also regularly enter into agreements with our customers, which obligate us to provide a limited indemnity against losses resulting from intellectual property claims. These agreements are customary in our industry and typically require us to indemnify our customer against certain damages and costs incurred as a result of third party intellectual property claims arising as a result of their use of our products.

## Sales, Marketing and Customer Service

Our sales organization focuses on deepening our relationship with our customers. The worldwide sales group focuses on geographic coverage of OEMs and distributors throughout most of the world. The worldwide sales group is organized regionally among North America, Japan, Asia-Pacific (excluding Japan) and Europe, Africa and the Middle East. In addition, we have a sales operation group which focuses on aligning our production levels with customers' product requirements. Our sales force works directly with our marketing organization to coordinate our OEM and distribution channel relationships. We maintain sales offices throughout the United States and in Australia, China, England, France, Germany, India, Ireland, Japan, Singapore and Taiwan.

Our marketing organization works to increase demand for our disc drive products through strategic collaboration with key OEM customers to align our respective product roadmaps and to build our brand and end-customer relationships. This organization is comprised of our strategic marketing, business development and marketing communications groups. Our strategic marketing group coordinates with our research and development group to align our product development roadmap to meet key OEM customers' technology requirements over the long term. Additionally, we continually align our marketing organization to reflect customer needs and market trends. Our business development group coordinates the qualification of new products with OEMs, determines product pricing and provides product service and support. Our marketing communications group focuses on building the Seagate brand name among our OEM and distribution channel customers.

We warrant our products for periods ranging from one year to five years, and effective June 1, 2004, we extended our standard warranty from one year to five years on all internal desktop and notebook disc drives shipped through the distribution and retail channels.

Foreign sales are subject to foreign exchange controls and other restrictions, including, in the case of some countries, approval by the Office of Export Administration of the U.S. Department of Commerce and other U.S. governmental agencies.

Table of Contents

## Competition

The disc drive industry is intensely competitive, with manufacturers competing for a limited number of major customers. Some of the principal factors used by customers to differentiate among disc drive manufacturers are:

- storage capacity;

- price per unit and price per gigabyte;

- storage/retrieval access times;

- data transfer rates;

- product quality and reliability;

- production volume capability;

- form factor; and

- responsiveness to customer preferences and demands.

We believe that our products are competitive with respect to each of these factors in the markets that we currently address. We summarize below our principal competitors, the effect of competition on price erosion for our products and product life cycles and technology.

*Principal Competitors* . We have experienced and expect to continue to experience intense competition from a number of domestic and foreign companies, some of which have greater financial and other resources than we have. These competitors include other independent disc drive manufacturers such as Maxtor and Western Digital, as well as large captive manufacturers such as Fujitsu, Hitachi Global Storage Technologies, Samsung and Toshiba. Because they produce complete computer systems, captive manufacturers can derive a greater portion of their operating margins from other components, which reduces their need to realize a profit on the disc drives included in their computer systems and allows them to sell disc drives to third parties at very low margins. Many captive manufacturers are also formidable competitors because they have more substantial resources and greater access to their internal customers than we do. In addition, Hitachi Global Storage Technologies (together with affiliated entities) and Samsung Electronics Incorporated also sell other products to our customers, including critical components like flash memory, application-specific integrated circuits, or ASICs, and flat panel displays, and may be willing to sell their disc drives at a lower margin to advance their overall business strategy.

We also face indirect competition from present and potential customers, who continually evaluate whether to manufacture their own disc drives and other information storage products or purchase them from outside sources other than us. These manufacturers also sell disc drives to third parties, which results in direct competition with us. We expect that continued consolidation both among independent manufacturers and among captive manufacturers will increase the threat posed to our business by these competitors. During the last few years, three additional competitors have entered the market; Cornice and GS Magicstor, offering 1-inch disc drives, and Excelstor as a contract manufacturer of desktop disc drives.

Recently, with respect to our lower capacity, smaller form factor disc drives, such as our ST1 used in hand-held consumer electronics devices such as digital music players, digital cameras and digital video cameras, we have also started to experience competition from other companies that produce alternative storage technologies like flash memory.

*Price Erosion* . Our competitors have historically offered new or existing products at lower prices as part of a strategy to gain or retain market share and customers, and we expect these practices to continue. Even during periods when demand for disc drives is growing, our industry is price competitive and vendors experience price erosion over the life of a product. Such price erosion has increased as product life cycles have lengthened due to a slowing in the rate of increase in areal density. This slowing of the areal density curve may contribute to

10

Table of Contents

increases in average price erosion to the extent that historical price erosion patterns continue, product life cycles are lengthened, our competitors have more time to enter the market for a particular product, and we are unable to offset this with new products at higher average prices. We expect that price erosion in our industry will continue for the foreseeable future. To remain competitive, we believe it will be necessary to continue to reduce our prices as well as introduce new product offerings in advance of our competitors to take advantage of potentially higher initial profit margins on these product introductions. We have established production facilities in China, Malaysia, Singapore and Thailand to achieve cost reductions.

*Product Life Cycles and Changing Technology* .   Historically, competition and changing customer preference and demand in the disc drive industry have shortened product life cycles and caused acceleration in the development and introduction of new technology. Based on the recent pace of new product introductions, however, we believe that the current rate of increase in areal density is slowing from the rate of the last several years, and the resulting variability in product life cycles may make planning for product transitions more difficult. We believe that our future success will depend upon our ability to develop, manufacture and market products of high quality and reliability which meet changing user needs and which successfully anticipate or respond to changes in technology and standards on a cost-effective and timely basis.

## Research and Development

We are committed to developing new component technologies and products and evaluating alternative storage technologies. We have increased our focus on research and development and realigned our disc drive development process. This structured product process is designed to bring new products to market through predictable and repeatable methodologies. Seagate Research, which is based in Pittsburgh, Pennsylvania, is dedicated to extending the capacity of magnetic and optical recording and exploring alternative data storage technologies, including perpendicular recording technology and heat assisted magnetic recording technology. Perpendicular recording technology involves a different orientation for the magnetic field than is currently used in disc drives, and heat assisted magnetic recording technology uses heat generated by a laser to improve storage capacity. Our Advanced Technology Integration effort focuses disc drive and component research on recording subsystems, including read/write heads and recording media, market-specific product technology as well as technology focused towards new business opportunities. The primary purpose of our Advanced Technology Integration effort is to ensure timely availability of mature component technologies to our product development teams as well as allowing us to leverage and coordinate those technologies in the design centers across our products in order to take advantage of opportunities in the marketplace. During fiscal years 2005, 2004 and 2003, we had product development expenses of $645 million, $666 million and $670 million, respectively.

## Patents and Licenses

As of July 1, 2005, we had approximately 2,710 U.S. patents and 501 patents issued in various foreign jurisdictions as well as approximately 1,027 U.S. and 766 foreign patent applications pending. The number of patents and patent applications will vary at any given time as part of our ongoing patent portfolio management activity. Due to the rapid technological change that characterizes the information storage industry, we believe that the improvement of existing products, reliance upon trade secret law, the protection of unpatented proprietary know-how and development of new products are generally more important than patent protection in establishing and maintaining a competitive advantage. Nevertheless, we believe that patents are valuable to our business and intend to continue our efforts to obtain patents, where available, in connection with our research and development program.

The information storage industry is characterized by significant litigation relating to patent and other intellectual property rights. Because of rapid technological development in the information storage industry, some of our products have been, and in the future could be, alleged to infringe existing patents of third parties. From time to time, we receive claims that our products infringe patents of third parties. Although we have been able to resolve some of those claims or potential claims by obtaining licenses or rights under the patents in question without a material adverse affect on us, other claims have resulted in adverse decisions or settlements.

11

Table of Contents

In addition, other claims are pending which if resolved unfavorably to us could have a material adverse effect on our business and results of operations. For more information on these claims, see "Item 3. Legal Proceedings." The costs of engaging in intellectual property litigation may be substantial regardless of the merit of the claim or the outcome. We have patent cross-licenses with a number of companies. Additionally, as part of our normal intellectual property practices, we are engaged in negotiations with other major disc drive companies and component manufacturers with respect to ongoing patent cross-licenses. For a discussion of the related risks, see "Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations—Risk Factors—Risks Related to Our Business—Potential Loss of Licensed Technology—The closing of the November 2000 transactions may have triggered change of control or anti-assignment provisions in some of our license agreements, which could result in a loss of our right to use licensed technology."

### Backlog

In view of customers' rights to cancel or defer orders with little or no penalty, we believe backlog in the disc drive industry is of limited indicative value in estimating future performance and results.

### Employees

At July 1, 2005, we employed approximately 44,000 persons worldwide, of which approximately 35,000 employees were located in our Asian operations. In addition, we make use of temporary employees, principally in manufacturing, who are hired on an as-needed basis. We believe that our future success will depend in part on our ability to attract and retain qualified employees at all levels, and even then we cannot assure you of any such success. We believe that our employee relations are good.

### Environmental Matters

Our operations are subject to comprehensive U.S. and foreign laws and regulations relating to the protection of the environment, including those governing discharges of pollutants into the air and water, the management and disposal of hazardous substances and wastes and the cleanup of contaminated sites. Some of our operations require environmental permits and controls to prevent and reduce air and water pollution, and these permits are subject to modification, renewal and revocation by issuing authorities.

We believe that our operations are currently in substantial compliance with all environmental laws, regulations and permits. We incur operating and capital costs on an ongoing basis to comply with environmental laws. If additional or more stringent requirements are imposed on us in the future, we could incur additional operating costs and capital expenditures.

Some environmental laws, such as the U.S. federal superfund law and similar state statutes, can impose liability for the cost of cleanup of contaminated sites upon any of the current or former site owners or operators or upon parties who sent waste to these sites, regardless of whether the owner or operator owned the site at the time of the release of hazardous substances or the lawfulness of the original disposal activity. We have been identified as a potentially responsible party at several superfund sites. At each of these sites, the government has assigned to us a portion of the financial liability based on the type and amount of hazardous substances disposed of by each party at the site and the number of financially viable parties.

Some of our current and former sites have a history of commercial and industrial operations, including the use of hazardous substances. Groundwater and soil contamination resulting from historical operations has been identified at several of our current and former facilities and we are addressing the cleanup of these sites in cooperation with the relevant government agencies.

While our ultimate costs in connection with these sites is difficult to predict with complete accuracy, based on our current estimates of cleanup costs and our expected allocation of these costs, we do not expect costs in connection with these superfund sites and contaminated sites to be material.

12

Table of Contents

## Executive Officers and Directors

We list below our executive officers and members of our board of directors and their ages and positions as at August 1, 2005. There are no family relationships among any of our directors or executive officers.

Mr. Watkins, Mr. Pope, Mr. Hudson, Mr. Coulter, Mr. Davidson, Mr. Hutchins and Mr. Marquardt hold the same position at New SAC, our largest shareholder, except that Mr. Luczo serves as the chief executive officer, and is a director, of New SAC. We expect that our directors and those of our officers who also serve as officers of New SAC will continue to devote a portion of their time and energy to the affairs of New SAC.

| Name | Age | Position |
|---|---|---|
| Stephen J. Luczo | 48 | Chairman of the Board of Directors |
| William D. Watkins | 52 | President, Chief Executive Officer and Director |
| Charles C. Pope | 50 | Executive Vice President, Finance and Chief Financial Officer |
| David A. Wickersham | 49 | Executive Vice President and Chief Operating Officer |
| Brian S. Dexheimer | 42 | Executive Vice President, Worldwide Sales, Marketing and Customer Service |
| William L. Hudson | 53 | Executive Vice President, General Counsel and Corporate Secretary |
| James M. Chirico, Jr. | 47 | Senior Vice President and General Manager, Asia Operations |
| Jaroslaw S. Glembocki | 49 | Senior Vice President, Heads and Media |
| Mark H. Kryder | 61 | Senior Vice President, Research and Technology and Chief Technical Officer |
| Robert Whitmore | 43 | Senior Vice President, Product and Process Development |
| William W. Bradley | 62 | Director |
| James G. Coulter | 45 | Director |
| James A. Davidson | 45 | Director |
| Glenn H. Hutchins | 49 | Director |
| Donald E. Kieman | 64 | Director |
| David F. Marquardt | 56 | Director |
| Lydia Marshall | 56 | Director |
| Gregorio Reyes | 64 | Director |
| John W. Thompson | 56 | Director |

*Mr. Luczo* , the chairman of our board of directors, joined us in October 1993 as Senior Vice President of Corporate Development. In March 1995, he was appointed Executive Vice President of Corporate Development and Chief Operating Officer of Seagate Software Holdings. In July 1997, he was appointed Chairman of the Board of Directors of Seagate Software Holdings. In September 1997, Mr. Luczo was promoted to President and Chief Operating Officer of Seagate Delaware and, in July 1998, he was promoted to Chief Executive Officer. Mr. Luczo resigned from the office of President of Seagate Delaware in May 2000, and became a member of our board of directors in November 2000. Mr. Luczo was elected chairman of our board of directors in June 2002. Effective July 3, 2004, Mr. Luczo resigned from the office of Chief Executive Officer, and Mr. Watkins was elected to that office. Prior to joining us, Mr. Luczo was Senior Managing Director of the Global Technology Group of Bear, Stearns & Co. Inc., an investment banking firm, from February 1992 to October 1993. Mr. Luczo serves as chief executive officer and a member of the board of directors of New SAC.

*Mr. Watkins* , our President, Chief Executive Officer and Director, joined us as Executive Vice President of our Recording Media Group in February 1996 with our merger with Conner Peripherals, Inc. In October 1997, Mr. Watkins took on additional responsibility as Executive Vice President of the Disc Drive Operations, and in August 1998, he was appointed to the position of Chief Operating Officer, with responsibility for our disc drive manufacturing, recording media and head operations and product development. In June 2000, he was appointed to the position of President, and in November 2000, he became a member of our board of directors. Effective July 3, 2004, Mr. Watkins was appointed to the office of Chief Executive Officer. Prior to joining us, he was President and General Manager of the Disk Division at Conner Peripherals, Inc., an information storage solutions company, from January 1990 until December 1992. In January 1993, Mr. Watkins was promoted to Senior Vice

13

Table of Contents

President of Heads & Media Manufacturing Operations at Conner Peripherals, Inc. Mr. Watkins serves as president of New SAC and is a member of the boards of directors of Iolon, Inc. and New SAC. He also serves on the Executive Advisory Council for IDEMA (International Disc Drives and Equipment Manufacturer Association) and the Executive Advisory Board of Juran Center for Leadership in Quality.

*Mr. Pope* , our Executive Vice President of Finance since April 1999 and our Chief Financial Officer since February 1998, joined us as Director of Budgets and Analysis in 1985 with our acquisition of Grenex, Inc. From January 1997 to April 1999, Mr. Pope was our Senior Vice President of Finance. He has held a variety of positions in his 20-year executive experience with us, including as Director of Finance of the Thailand operations, Vice President of Finance of the Asia Pacific operations, Vice President of Finance and Treasurer of Seagate Delaware, Vice President and General Manager of Seagate Magnetics and, most recently, Senior Vice President of Finance of the Storage Products Group. Mr. Pope serves as executive vice president of finance and chief financial officer of New SAC.

*Mr. Wickersham* , our Chief Operating officer since April 2004, joined us in May 1998 as Senior Vice President, Worldwide Materials. He assumed responsibilities for Worldwide Product Line Management in August 1999. In May 2000, he was promoted to Executive Vice President. Prior to joining us, Mr. Wickersham was Vice President, Worldwide Materials at Maxtor Corporation from 1996 to May 1998. From 1993 to 1996, Mr. Wickersham was Director of Corporate Materials at Exabyte Corporation. From 1978 to 1993, he held various management positions at IBM. Mr. Wickersham serves on the Board of IDEMA (International Disc Drives and Equipment Manufacturer Association).

*Mr. Dexheimer,* our Executive Vice President of Worldwide Sales, Marketing and Customer Service, joined us as a result of our acquisition of Imprimis in 1989. His career includes more than 20 year of experience in data storage, holding various sales, sales management and marketing positions with us. Mr. Dexheimer held the position of Vice President, Marketing and Product Line Management in the Removable Storage Solutions group from 1996 to July 1997. In July 1997, he was promoted to Vice President and General Manager of Removable Storage Solutions until August 1998 when he was promoted to Senior Vice President, Product Marketing and Product Line Management for Desktop disc drives. In August 1999, he was promoted to Senior Vice President, Worldwide Sales and Marketing. He was promoted to Executive Vice President Worldwide Sales, Marketing and Customer Service in August 2000.

*Mr. Hudson* , our Executive Vice President, General Counsel and Corporate Secretary, joined us in January 2000 as a Senior Vice President and was promoted to Executive Vice President in November 2002. Prior to joining us, Mr. Hudson was a partner of the law firm Gibson Dunn & Crutcher, LLP from August 1997 to December 1999 and, from October 1984 to July 1997, he was a partner of the law firm Brobeck, Phleger & Harrison, LLP. Mr. Hudson serves as executive vice president, general counsel and corporate secretary of New SAC.

*Mr. Whitmore* has been our Senior Vice President of Product and Process Development since October 2004. In this position, he is responsible for managing worldwide product and process development for design centers located in Minnesota, Colorado and Singapore. His experience includes nearly 20 years in the disc drive industry. Prior to his current position, he was Senior Vice President of Product Development Engineering from 2002 to 2004 for Enterprise, Personal and Consumer Storage. In this position he managed all disc drive products engineering organizations. During 1999 to 2002, as Vice President of Enterprise Storage Design Engineering, Mr. Whitmore's organization was responsible for the launch of multiple key products for us. After returning from his expatriate assignment in Singapore in 1997, where he was responsible for all Enterprise Storage products, he served as Vice President responsible for our Twin Cities Manufacturing Operations.

*Mr. Chirico* , our Senior Vice President and General Manager of Asia Operations, joined us in 1998 as Senior Vice President of Worldwide Manufacturing Quality based in Singapore. In April 1999, he was appointed

14

Table of Contents

Senior Vice President and General Manager of Recording Head Operations based in Minnesota. In September 2000, he was appointed to his current position of Senior Vice President and General Manager, Asia Operations. Mr. Chirico is presently based in Singapore. Prior to joining us, Mr. Chirico spent 17 years with IBM where he held a number of management positions within manufacturing operations. Mr. Chirico served as chairman of IDEMA (International Disc Drives and Equipment Manufacturer Association) Asia Pacific Management Committee until April 2004.

*Mr. Glembocki* has been our Senior Vice President of our Recording Heads and Media Operations since October 2000. In this position, Mr. Glembocki is responsible for overseeing all component research, product development, disc drive integration, production launch, materials and volume production activities for the worldwide operations relating to heads and media, which are located in the United States, Asia and Europe. Mr. Glembocki joined us in the February 1996 merger with Conner Peripherals. As Vice President of Engineering for our Recording Media Group, Mr. Glembocki was responsible for our media research, product development, drive integration and production launch. A key member of the team that founded the Conner Disk Division, Mr. Glembocki managed all of the engineering research and development activities. During 1994 and 1995, Mr. Glembocki held the position of General Manager of the Conner Disk Division. Prior to joining Conner Peripherals, Mr. Glembocki held positions at Domain Technology and IBM.

*Dr. Kryder* , our Chief Technical Officer as of June 27, 2003, joined us in 1998 as Senior Vice President, Research and Technology, and built Seagate Research into a leading industrial research laboratory in the field of data storage technology. Prior to joining us, he was the Stephen J. Jatras university professor of Electrical and Computer Engineering and founding director of the Data Storage Systems Center at Carnegie Mellon University, which he joined in 1978. Dr. Kryder holds a Bachelor of Science degree in Electrical Engineering from Stanford University and a Ph.D. in Electrical Engineering and Physics from the California Institute of Technology. He has authored over 300 publications and holds 21 patents. He is a member of the National Academy of Engineering, a Fellow of the American Physical Society and a Fellow of the Institute of Electrical and Electronic Engineers (IEEE). He has twice been selected as Distinguished Lecturer for the IEEE Magnetics Society and has been awarded the IEEE Magnetics Society Achievement Award, the IEEE Reynold B. Johnson Information Storage Award and the IEEE Millennium Medal.

*Senator Bradley* became a member of our board of directors in July 2003. Senator Bradley is a Managing Director of Allen & Company LLC. Senator Bradley served as chief outside advisor to McKinsey & Company's non-profit practice from 2001 to 2004. From 1997 to 1999, he was a Senior Advisor and Vice Chairman to the International Council of J.P. Morgan & Co., Inc. During that time, he also served as an essayist for CBS evening news and a visiting professor at Stanford University, Notre Dame University and the University of Maryland. Senator Bradley served in the U.S. Senate from 1979 to 1997, representing the State of New Jersey. In 2000, he was a candidate for the Democratic nomination for President of the United States. He is also a member of the boards of directors of Starbucks Corporation, Willis Group Holdings, Limited and a number of private companies.

*Mr. Coulter* became a member of our board of directors in November 2000. Mr. Coulter is a principal of the Texas Pacific Group, a private investment firm he co-founded in 1993. From 1986 to 1992, Mr. Coulter was a Vice President of Keystone, Inc. From 1986 to 1988, Mr. Coulter was also associated with SPO Partners, an investment firm that focuses on public market and private minority investments. Mr. Coulter is a member of the board of directors of J. Crew Group, Lenovo Group Limited, Zhone Technologies, Inc. and a number of private companies including New SAC.

*Mr. Davidson* became a member of our board of directors in November 2000. Mr. Davidson is a managing member of Silver Lake Partners, a private equity investment firm he co-founded in 1999. From June 1990 to November 1998, Mr. Davidson was an investment banker with Hambrecht & Quist LLC, most recently serving as a Managing Director and Head of Technology Investment Banking. He is also a member of the board of directors of Flextronics International Ltd and a number of private companies including New SAC.

15

Table of Contents

Mr. *Hutchins* became a member of our board of directors in November 2000. Mr. Hutchins is a managing member of Silver Lake Partners, a private equity investment firm he co-founded in 1999. From 1994 to 1999, Mr. Hutchins was a Senior Managing Director of The Blackstone Group L.P., where he focused on its private equity investing. Mr. Hutchins is a member of the boards of directors of Gartner, Inc., Ameritrade Holding Corp., the NASDAQ Stock Market, Inc and a number of private companies including New SAC.

Mr. *Kiernan* became a member of our board of directors in April 2003. Mr. Kiernan is the retired senior executive vice president and chief financial officer of SBC Communications, where he served for 11 years until his retirement in 2001; and was responsible for all of SBC's financial affairs. Prior to joining SBC, Mr. Kiernan was a partner with Arthur Young & Co., the predecessor of Ernst & Young LLP, where he held several positions over his 20-year tenure, including head of the firm's management consulting practice in Florida and both audit-coordinating partner and managing partner of the firm's St. Louis office. Mr. Kiernan is also a member of the boards of directors of LaBranche and Company, Inc., Health Management Associates, Inc., and Money Gram International.

Mr. *Marquardt* became a member of our board of directors in November 2000. Mr. Marquardt was a co-founder of August Capital, a California-based venture capital firm, in 1995. Prior to founding August Capital, Mr. Marquardt was a partner of Technology Venture Investors, a venture capital firm that he co-founded in 1980. Mr. Marquardt is a member of the boards of directors of Microsoft Corporation, Netopia, Inc., Tumbleweed Communications Corp. and a number of private companies including New SAC.

Ms. *Marshall* became a member of our board of directors in April 2004. Ms. Marshall was the founder and, from October 1999 until August 2004, was chairperson of the board of directors and chief executive officer of Versura, Inc., an internet-based provider of services to financial institutions, colleges and universities. Previously, she was managing director of Rockport Capital Incorporated from 1997 to 1999, executive vice president-marketing of Sallie Mae, Inc. from 1993 to 1997 and senior vice president, heading Sallie Mae's Institutional and Public Finance and Strategic Planning Divisions from 1985 to 1993. Ms. Marshall serves as chairperson of the board for CARE International and is a member of the boards of directors of Nationwide Financial Services, Inc. and Nationwide Mutual Insurance Company.

Mr. *Reyes* has been a private investor and management consultant since 1994. Mr. Reyes became a member of our board of directors in April 2004. Mr. Reyes began his career in the semiconductor industry with National Semiconductor Corporation in 1962, followed by executive positions with Motorola, Inc., Fairchild Semiconductor, Inc. and Eaton Corporation. From 1981 to 1984, he was president and chief executive officer of National Micronetics, Inc., a provider of hard disc magnetic recording head products for the data storage industry. Between 1986 and 1990, he was chairman and chief executive officer of American Semiconductor Equipment Technologies. Mr. Reyes co-founded Sunward Technologies, Inc. in 1985 and served as its chairman and chief executive officer until 1994. Mr. Reyes is a member of the boards of directors of LSI Logic Corp., Dialog Semiconductor plc and a number of private companies.

Mr. *Thompson* became a member of our board of directors in November 2000. Mr. Thompson is chairman of the board of directors and chief executive officer of Symantec Corporation, an Internet security technology provider. Before joining Symantec in April 1999, Mr. Thompson held various executive and management positions with IBM from 1971. Mr. Thompson is a member of the boards of directors of NiSource, Inc. and United Parcel Service, Inc.

**Financial Information**

Financial information for the Company's reportable business segments and about geographic areas is set forth in Item 8, Note 6, Business Segment and Geographic Information.

16

Table of Contents

**Available Information**

*Availability of Reports.*    We are a reporting company under the Securities Exchange Act of 1934, as amended, and we file reports, proxy statements and other information with the Securities and Exchange Commission (the "SEC"). The public may read and copy any of our filings at the SEC's Public Reference Room at 450 Fifth Street N.W., Washington, D.C. 20549. You may obtain information on the operation of the Public Reference Room by calling the SEC at 1-800-SEC-0330. Because the Company makes filings to the SEC electronically, you may access this information at the SEC's Internet site: www.sec.gov . This site contains reports, proxies and information statements and other information regarding issuers that file electronically with the SEC.

*Web Site Access .*    Our Internet web site address is www.seagate.com. We make available, free of charge at the "Investor Relations" portion of this web site, annual reports on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K, and amendments to those reports filed or furnished pursuant to Section 13(a) or 15(d) of the 1934 Act as soon as reasonably practicable after we electronically file such material with, or furnish it to, the SEC. Reports of beneficial ownership filed pursuant to Section 16(a) of the 1934 Act are also available on our web site. Information in, or than can be accessed through, our web site is not part of this annual report on Form 10-K.

**Corporate Information**

We were formed in 2000 as an exempted company incorporated with limited liability under the laws of the Cayman Islands.

**ITEM 2.    PROPERTIES**

Our company headquarters is located in the Cayman Islands, while our U.S. executive offices are in Scotts Valley, California. Our principal manufacturing facilities are located in China, Malaysia, Northern Ireland, Singapore and Thailand and, in the United States, in California and Minnesota. Our principal disc drive design and research and development facilities are located in Colorado, Minnesota, Pennsylvania and Singapore. Portions of our facilities are occupied under leases that expire at various times through 2027. We occupy a total of 7.0 million square feet, of which, 4.6 million is for manufacturing and warehousing, 1.3 million is for product development and 1.1 million is for administrative purposes.

**ITEM 3.    LEGAL PROCEEDINGS**

See Item 8, Note 9, Legal, Environmental, and Other Contingencies.

**ITEM 4.    SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS**

None.

17

Table of Contents

## PART II

**ITEM 5.    MARKET FOR REGISTRANT'S COMMON STOCK AND RELATED SHAREHOLDER MATTERS**

**Market Information**

Our common shares have traded on the New York Stock Exchange under the symbol "STX" since December 11, 2002. Prior to that time there was no public market for our common shares. The high and low sales prices of our common shares, as reported by the New York Stock Exchange, are set forth below for the periods indicated.

| | Price Range | |
| Fiscal Quarter | High | Low |
| --- | --- | --- |
| Quarter ending October 3, 2003 | $28.60 | $17.45 |
| Quarter ending January 2, 2004 | $31.35 | $16.70 |
| Quarter ending April 2, 2004 | $21.70 | $14.99 |
| Quarter ending July 2, 2004 | $16.26 | $11.50 |
| Quarter ending October 1, 2004 | $14.59 | $10.11 |
| Quarter ending December 31, 2004 | $18.21 | $12.30 |
| Quarter ending April 1, 2005 | $20.20 | $16.35 |
| Quarter ending July 1, 2005 | $21.50 | $16.42 |

The closing price of our common shares as reported by the New York Stock Exchange on July 26, 2005 was $18.74 per share. As of July 26, 2005 there were approximately 892 holders of record of our common shares. We did not sell any of our equity securities during fiscal year 2005 that were not registered under the Securities Act of 1933, as amended.

**Dividends**

On March 4, 2005, our board of directors approved the increase of our quarterly dividend from $0.06 per share to no more than $0.08 per share (up to $0.32 per share annually) so long as the aggregate amount of the dividend does not exceed 50% of our cumulative consolidated net income plus 100% of net cash proceeds received from the issuance of capital, all of which are measured from the period beginning June 30, 2001 and ending the most recent fiscal quarter in which financial statements are internally available.

We are restricted in our ability to pay dividends by the covenants contained in the indenture governing our senior notes and the credit agreement governing our senior secured credit facilities. Our declaration of dividends is also subject to Cayman Islands law and the discretion of our board of directors. In deciding whether or not to declare quarterly dividends, our directors will take into account such factors as general business conditions within the disc drive industry, our financial results, our capital requirements, contractual and legal restrictions on the payment of dividends by our subsidiaries to us or by us to our shareholders, the impact of paying dividends on our credit ratings and such other factors as our board of directors may deem relevant.

Since the closing of our initial public offering in December 2002, we have paid dividends, pursuant to our quarterly dividend policy totaling approximately $238 million in the aggregate.

18

Table of Contents

| Record Date | Paid Date | Dividend Per Share |
|---|---|---|
| February 14, 2003 | February 28, 2003 | $  0.03 |
| May 9, 2003 | May 23, 2003 | $  0.03 |
| August 8, 2003 | August 22, 2003 | $  0.04 |
| November 7, 2003 | November 21, 2003 | $  0.04 |
| February 13, 2004 | February 27, 2004 | $  0.06 |
| May 7, 2004 | May 21, 2004 | $  0.06 |
| August 6, 2004 | August 20, 2004 | $  0.06 |
| November 5, 2004 | November 19, 2004 | $  0.06 |
| February 4, 2005 | February 18, 2005 | $  0.06 |
| May 6, 2005 | May 20, 2005 | $  0.08 |

On July 19, 2005, we declared a dividend of $0.08 per share to be paid on or before August 19, 2005 to our shareholders of record as of August 5, 2005.

To the extent that the amount of any distribution exceeds our current or accumulated earnings and profits for U.S. federal income tax purposes in any taxable year, the distribution will be treated as a return of capital for U.S. tax purposes, causing a reduction in a shareholder's adjusted tax basis in the common shares. Because we did not have any current or accumulated earnings and profits for U.S. federal income tax purposes for our taxable year ended July 1, 2005, distributions on our common shares during this period were treated as a return of capital rather than dividend income for U.S. federal income tax purposes. There can be no assurance, however, that we will not have current or accumulated earnings and profits for U.S. federal income tax purposes in future years. To the extent that we have current or accumulated earnings and profits for U.S. federal income tax purposes, distributions on our common shares will not be treated as a return of capital distribution and will be treated as dividend income, taxable to U.S. shareholders. If during fiscal year 2006, we engage in activities such as the repayment of our term loan, the repurchase of our common shares, etc., which require significant usage of cash beyond the normal quarterly distributions to shareholders, it is likely that we would generate current earnings and profits. If this occurs, all distributions made during fiscal year 2006 are anticipated to be treated as dividend income, even if the activities occur after the distributions are made.

Furthermore, we believe that we were a foreign personal holding company for U.S. federal income tax purposes for our taxable years ended July 1, 2005 and July 2, 2004. Pursuant to the American Jobs Creation Act of 2004, foreign corporations will be excluded from the application of the personal holding company rules of the Internal Revenue Code of 1986, as amended (the "Code"), effective for taxable years of foreign corporations beginning after December 31, 2004. For the Company, the effective date is its fiscal year beginning July 2, 2005. As a result, if taxable distributions on our common shares are made after July 1, 2005, U.S. shareholders who are individuals may be eligible for reduced rates of taxation applicable to certain dividend income (currently a maximum rate of 15%) on distributions made after the effective date.

19

Table of Contents

## ITEM 6.    SELECTED FINANCIAL DATA

We list in the table below selected historical consolidated and combined financial information relating to us, and our predecessor for the periods indicated. Through November 22, 2000, the disc drive business that we now operate and the storage area networks business that we operated through November 4, 2002, were the disc drive and storage area networks divisions of Seagate Technology, Inc., a Delaware corporation, our predecessor corporation. Our operations prior to the sale of the storage area networks business were substantially identical to the operations of our predecessor before the November 2000 transactions.

- We have derived our historical financial information as of and for the fiscal years ended July 1, 2005, July 2, 2004 and June 27, 2003 from our audited consolidated financial statements and related notes included elsewhere in this report.

- We have derived our historical financial information as of and for the fiscal year ended June 28, 2002 and as of June 29, 2001 and for the period from November 23, 2000 to June 29, 2001 from our audited consolidated financial statements and related notes not included in this report.

- We have derived our predecessor's historical financial information below for the period from July 1, 2000 to November 22, 2000 from the audited combined financial statements and related notes of our predecessor, which are not included in this report.

| | Seagate Technology | | | | | Predecessor |
| | Fiscal Year Ended | | | | | |
| | July 1, 2005 | July 2, 2004 | June 27, 2003 | June 28, 2002 | Nov. 23, 2000 to June 29, 2001 | July 1, 2000 to Nov. 22, 2000 |
| --- | --- | --- | --- | --- | --- | --- |
| | (in millions, except for per share data) | | | | | |
| Revenue | $7,553 | $6,224 | $6,486 | $6,087 | $3,656 | $  2,310 |
| Gross margin | 1,673 | 1,459 | 1,727 | 1,593 | 732 | 275 |
| Income (loss) from operations | 722 | 444 | 691 | 374 | (74) | (623) |
| Gain on sale of SanDisk common stock | — | — | — | — | — | 102 |
| Debt refinancing charges | — | — | — | (93) | — | — |
| Net income (loss) | 707 | 529 | 641 | 153 | (110) | (412) |
| Basic net income per share | 1.51 | 1.17 | 1.53 | 0.38 | | |
| Diluted net income per share | 1.41 | 1.06 | 1.36 | 0.36 | | |
| Total assets | 5,244 | 3,942 | 3,517 | 3,095 | 2,966 | |
| Accrued deferred compensation | — | — | — | 147 | — | |
| Total debt | 740 | 743 | 749 | 751 | 900 | |
| Shareholders' equity | $2,541 | $1,855 | $1,316 | $  641 | $  653 | |
| Number of shares used in per share computations: * | | | | | | |
|     Basic | 468 | 452 | 418 | 401 | | |
|     Diluted | 502 | 498 | 470 | 428 | | |
| Cash dividends declared per share | $ 0.26 | $ 0.20 | $ 0.71 | $ 0.50 | | |

* See Note 1 of the Notes to Consolidated Financial Statements included elsewhere in this report.

*Year Ended July 1, 2005*

Includes a $14 million reduction in operating expenses related to the reduction in accrued benefit obligations associated with our post-retirement medical plan and approximately $10 million in income from the settlement of a litigation matter.

*Year Ended July 2, 2004*

Includes a $125 million income tax benefit from the reversal of accrued income taxes relating to tax indemnification amounts and a $59 million restructuring charge.

Table of Contents

*Year Ended June 27, 2003*

Includes a $10 million write-down in our investment in a private company and a $9 million net restructuring charge.

*Year Ended June 28, 2002*

Includes a $179 million charge to record $32 million paid to participants in our deferred compensation plan and $147 million to accrue the remaining obligations under the plan, $93 million in debt refinancing charges, and a $4 million net restructuring charge.

*Period Ended June 29, 2001*

Includes a $66 million net restructuring charge and a $52 million write-off of in-process research and development incurred in connection with the November 2000 transactions.

*Period Ended November 22, 2000*

Includes $567 million of non-cash compensation expense related to the November 2000 transactions and losses recognized on investments in Lernout & Hauspie Speech Products N.V. and Gadzoox Networks, Inc., losses on the sale of marketable securities of $138 million, $8 million and $8 million, respectively, partially offset by gains on the sale of Veeco Instruments, Inc. stock of $20 million, and $19 million in restructuring charges.

21

Table of Contents

ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

*The following is a discussion of the financial condition and results of operations for the fiscal year ended July 1, 2005, July 2, 2004 and June 27, 2003. Unless the context indicates otherwise, as used herein, the terms "we," "us" and "our" refer to Seagate Technology, an exempted company incorporated with limited liability under the laws of the Cayman Islands, and its subsidiaries. In November 2000, we acquired the disc drive business and the storage area networks business of Seagate Technology, Inc., which we refer to herein as Seagate Delaware, in a series of transactions that we refer to herein as the November 2000 transactions. We sold our storage area networks operating business in November 2002.*

*You should read this discussion in conjunction with "Item 6. Selected Financial Data" and "Item 8. Financial Statements and Supplementary Data" included elsewhere in this report. Except as noted, references to any fiscal year mean the twelve-month period ending on the Friday closest to June 30 of that year.*

## Our Company

We are a leader in the design, manufacturing and marketing of rigid disc drives. Rigid disc drives, which are commonly referred to as disc drives or hard drives, are used as the primary medium for storing electronic information in systems ranging from desktop and notebook computers, and consumer electronics devices to data centers delivering information over corporate networks and the Internet. We produce a broad range of disc drive products that make us a leader in the industry with products addressing enterprise applications, where our products are used in enterprise servers, mainframes and workstations; desktop applications, where our products are used in desktop computers; mobile computing applications, where our products are used in notebook computers; and consumer electronics applications where our products are used in digital video recorders, digital music players and gaming devices.

We sell our disc drives primarily to major original equipment manufacturers, or OEMs, and also market to distributors under our globally recognized brand name. For fiscal years 2005, 2004 and 2003, approximately 72%, 64% and 63%, respectively, of our disc drive revenue was from sales to OEMs, including customers such as Hewlett-Packard, Dell, IBM, EMC and Apple. We have longstanding relationships with many of these OEM customers. We also have key relationships with major distributors, who sell our disc drive products to small OEMs, dealers, system integrators and retailers throughout most of the world. Shipments to distributors were approximately 26%, 35% and 37% of our disc drive revenue in fiscal years 2005, 2004 and 2003, respectively. Retail sales in fiscal year 2005 as a percentage of our disc drive revenue increased to 1.7% from 0.9% and 0.1% in fiscal years 2004 and 2003, respectively. For fiscal years 2005, 2004 and 2003, approximately 31%, 29% and 33%, respectively, of our disc drive revenue came from customers located in North America, approximately 28%, 33% and 31%, respectively, came from customers located in Europe and approximately 41%, 38% and 36%, respectively, came from customers located in the Far East. Substantially all of our revenue is denominated in U.S. dollars.

### November 2000 Transactions

Prior to November 22, 2000, Suez Acquisition Company, the predecessor to New SAC, entered into a stock purchase agreement with Seagate Delaware and Seagate Software Holdings, Inc., a subsidiary of Seagate Delaware. Concurrently, Seagate Delaware and VERITAS Software Corporation, which is now a wholly-owned subsidiary of Symantec Corporation ("VERITAS") entered into an agreement and plan of merger and reorganization. Suez Acquisition Company was an exempted company incorporated with limited liability under the laws of the Cayman Islands and formed solely for the purpose of entering into the stock purchase agreement and undertaking the related acquisitions. Suez Acquisition Company later assigned all of its rights and obligations under the stock purchase agreement to New SAC, an exempted company incorporated with limited liability under the laws of the Cayman Islands and formed for the same purpose.

22

Table of Contents

An indemnification agreement provided that New SAC and its subsidiaries would be required to indemnify VERITAS and its affiliates for specified liabilities of Seagate Delaware and Seagate Software Holdings, Inc., including selected taxes. In return, VERITAS, Seagate Delaware and their affiliates agreed to indemnify New SAC and its subsidiaries for specified liabilities, including all taxes of Seagate Delaware for which New SAC would not be obligated to indemnify VERITAS and its affiliates. VERITAS deposited $150 million in an escrow account, which could be applied by New SAC to satisfy certain tax liabilities, and which remained in the escrow account in full. To the extent that any part of the $150 million was not utilized to satisfy these tax liabilities, it would be paid out to the former Seagate Delaware stockholders. In July 2002, we, and those of our affiliates that were parties to the indemnification agreement entered into a reimbursement agreement, which allocated the respective liabilities and obligations under the indemnification agreement.

Under the reimbursement agreement, if we and our affiliates became obligated to indemnify Seagate Delaware, VERITAS or any of their affiliates for tax liabilities under the indemnification agreement, Seagate Technology HDD Holdings would be responsible for the first $125 million of the tax liabilities, and any amount exceeding $125 million would then be allocated among Seagate Technology HDD Holdings, Seagate Technology SAN Holdings, Certance Holdings and Seagate Software (Cayman) Holdings Corporation on a pro rata basis in accordance with the portion of the purchase price allocated to each entity in connection with the November 2000 transactions. For indemnification obligations other than tax liabilities under the indemnification agreement, the responsible entity would reimburse any entity that satisfied the obligation on its behalf.

On July 31, 2001, Seagate Delaware and the Internal Revenue Service filed a settlement stipulation with the United States Tax Court in complete settlement of the remaining disputed tax matter reflected in the statutory notice of deficiency dated June 12, 1998. The settlement stipulation was expressly contingent upon Seagate Delaware and the Internal Revenue Service entering into a closing agreement in connection with certain tax matters arising in all or some part of the open tax years of Seagate Delaware and New SAC. The Internal Revenue Service completed its review of Seagate Delaware's federal tax returns for the periods prior to the acquisition date of the operating assets and submitted its conclusions to the congressional Joint Committee on Taxation for review. On March 15, 2004, VERITAS received written notification from the Internal Revenue Service that the congressional Joint Committee on Taxation had completed its review and had taken no exception to the Internal Revenue Service's conclusions.

As a result of the conclusion of the tax audits with no additional tax due, and based on the March 15, 2004 notification to VERITAS from the Internal Revenue Service, we recorded a $125 million income tax benefit in our third quarter of fiscal year 2004 from the reversal of accrued income taxes relating to the tax indemnification amounts due to VERITAS pursuant to the Indemnification Agreement between Seagate Delaware, New SAC and VERITAS.

**Overview**

*Industry Overview.*    Our industry is characterized by several trends that have a material impact on our strategic planning, financial condition and results of operations.

First, we believe that the industry is experiencing several positive trends relative to overall demand, including:

- a proliferation of applications in the consumer electronics market that utilize disc drives for non-compute applications such as music, photographic and video storage. We estimate that in the most recent quarter industry shipments of disc drives to consumer electronics applications grew approximately 80% from the year-ago quarter. We believe this trend has been supported by technological advances in areal density, which is the storage capacity per square inch on a disc, power consumption, ruggedness and interfaces (e.g. Compact Flash and USB). The combination of these technological advances has enabled entirely new applications outside of traditional compute applications, such as already demonstrated consumer electronics products like digital video recorders,

23

Table of Contents

digital music players and gaming devices, with many more applications emerging such as digital still and video cameras, personal digital assistants, automotive systems, global positioning navigation systems, home entertainment systems, cell phones, personal media players, and other converged hand-held devices;

- a continued growth in consumer and commercial client computing systems. We believe that a portion of the growth, particularly in the mobile computing market, is a result of consumers shifting from desktop computers to notebook computers, a trend that we believe may be accelerating; and

- a renewed growth in enterprise storage applications fueled by mission critical and non-mission critical applications across multiple interfaces as well as increased storage needs as a result of expanding regulatory requirements.

We believe that for some of the fastest growing applications described above, particularly in consumer electronics, the demand is focused on higher capacity products.

Historically, the disc drive industry has exhibited a seasonal decline in unit demand during the first half of each calendar year. Given the dramatic rates of growth exhibited by the consumer electronics applications in the March 2005 and June 2005 quarters, there was no traditional seasonal decline experienced by the disc drive industry in fiscal year 2005. This lack of seasonality is unprecedented in the disc drive industry and there can be no assurance that this will occur again. Given the highly seasonal nature of consumer electronics products generally, the traditional seasonal decline in unit demand could be even greater in future years.

Second, our industry has been characterized by continuous and significant advances in technology, which have contributed to rapid product life cycles, the importance of being first to market with new products and the difficulty in recovering research and development expenses. However, we believe that our industry is currently in a period in which the rate of growth in areal density has slowed due to increased technological complexity. The slowing rate of growth in areal density has contributed to:

- an increase in the rates of overall price erosion, particularly in periods where there are few new products, as the slowing rate of growth in areal density results in longer product cycles which permits more competitors time to enter the market for a particular type of disc drive and, accordingly, increases competition based on price;

- an increased importance of successfully executing product transitions, as factors such as quality, reliability and manufacturing yields become of increasing competitive importance; and

- an increase in the required amount of components to meet demand, particularly with respect to higher capacity products.

Currently, the industry is in the midst of significant product transitions and new product introductions, which we believe, in some cases, have significantly stimulated the growth of new markets. Disc drive unit shipments in fiscal year 2005 were approximately 24% higher than those in fiscal year 2004. We believe that this growth has begun to and will continue to place strain on industry capacity and availability of certain key components such as media and heads, particularly in connection with the demand for higher capacity products. The lead times and capital requirements necessary to build component capacity can be substantial. This strain on industry and key component capacity may be reducing the potential for excess industry supply and accelerated price erosion and may be increasing the potential for market share shifts among industry competitors due to product availability. This dynamic may also slow the rate of industry cost reductions.

Finally, to the extent that our industry builds product based on expectations of demand that do not materialize, the distribution channel may experience an oversupply of products that could lead to increased price erosion. The industry exited the June 2005 quarter with what we believe to be more than 5 weeks of distribution channel inventory.

*Seagate Overview*.   We are a leader in the disc drive industry with products that address substantially all of the available consumer electronics, mobile computing, enterprise and desktop storage markets. We maintain a

24

Table of Contents

highly integrated approach to our business by designing and manufacturing a significant portion of the components we view as critical to our products, such as read/write heads and recording media. We believe that our control of these key technologies, combined with our platform design and manufacturing, enable us to achieve product performance, time-to-market leadership and manufacturing flexibility, which allows us to respond to customers and market opportunities. Our technology ownership combined with our integrated design and manufacturing have allowed us to effectively leverage our leadership in traditional computing markets into new, higher-growth markets with only incremental product development and manufacturing costs.

Revenue in fiscal year 2005 of $7.6 billion was driven primarily by customer acceptance of our new products introduced in June 2004, particularly in the consumer electronics market. These new products contributed approximately 53% of revenue in our fourth quarter of fiscal year 2005.

- *Consumer* —In the fourth quarter of fiscal year 2005, with respect to unit volume shipments, we achieved a leadership position in the consumer electronics market, the fastest growing segment in the disc drive industry. We shipped a total of 16.7 million disc drives in fiscal year 2005 for applications that include digital video recorders, digital music players and gaming devices, an increase of 165% from fiscal year 2004. During the fourth quarter of fiscal year 2005 we shipped a record 6.2 million disc drives for these applications, an increase of 222% from the year-ago quarter and an increase of 49% from the immediately preceding quarter. In June 2005, we announced new products that will be available in the coming months for a variety of consumer electronics applications, including an 8 GB 1-inch disc drive for hand-held devices, a low-cost 2.5-inch disc drive for digital video recorders and game consoles, a rugged 2.5-inch disc drive for automobiles and a ½ terabyte 3.5-inch disc drive for digital video recorders.

- *Mobile*— Our market share of mobile computing products increased every quarter during fiscal year 2005. Unit shipments for fiscal year 2005 were 5.7 million units, an increase of 58% from fiscal year 2004. During the fourth quarter of fiscal year 2005 we shipped 2.0 million disc drives, an increase of 342% from the year-ago quarter and an increase of 15% from the immediately preceding quarter. In June 2005 we announced two new products for this market, the Momentus 5400.3, our first 2.5-inch, 160 GB notebook disc drive utilizing perpendicular recording technology, and the Momentus FDE, a notebook disc drive with hardware based encryption technology designed to address concerns over notebook computer theft and data protection.

- *Enterprise*— We experienced four consecutive quarters of record shipments for enterprise applications in fiscal year 2005. We shipped 13.5 million units in fiscal year 2005, an increase of 30% from fiscal year 2004. During the fourth quarter of fiscal year 2005 we shipped a record 3.7 million disc drives, an increase of 45% from the year-ago quarter and an increase of 8% from the immediately preceding quarter.

- *Desktop* —In fiscal year 2005 we continued to lead the market with shipments of 62.2 million units, an increase of over 5% from fiscal year 2004. Our product mix continued to improve as shipments of disc drives with capacities of 200 GB and larger in the June 2005 quarter were 37% more than those shipped in the March 2005 quarter. In June 2005 we expanded our offerings of high-capacity desktop disc drives with the announcement of a half-terabyte Barracuda disc drive for high-performance applications. We also announced the Seagate External Hard Drive, a ½ terabyte, one-touch back-up external drive; and, the Portable External Drive, a 120GB, 2.5-inch external drive with Firewire connectivity.

Over the past several quarters, our dependency on the distribution channel has declined due to stabilization of supply/demand, active distribution inventory management and increased OEM demand. We exited the June quarter with approximately 4.5 weeks of distribution channel inventory, which we believe was at the low-end of the industry average. For fiscal years 2005 and 2004, 72% and 64%, respectively, of our disc drive revenue was from sales to OEMs. For the fourth quarter of fiscal year 2005, the third quarter of fiscal year 2005 and the fourth quarter of fiscal year 2004, 76%, 70% and 74%, respectively, of our disc drive revenue was from sales to OEMs.

Historically, we have exhibited a seasonal decline in unit demand during the first half of each calendar year. Given the dramatic rates of growth exhibited by the consumer electronics applications in the March 2005 and

25

Table of Contents

June 2005 quarters, we did not experience a traditional seasonal decline in fiscal year 2005. This lack of seasonality is unprecedented in the disc drive industry and there can be no assurance that this will occur again. Given the highly seasonal nature of consumer electronics products generally, the traditional seasonal decline in unit demand could be even greater for us in future years.

In this period of rapid industry unit growth and strain on industry capacity and component availability, we believe that our areal density and vertical design and manufacture of heads and media have contributed to the increased demand for our products and our ability to supply that demand. As we have broadened our product portfolio and have gained acceptance in markets previously unaddressed by us, demand for our products has outstripped existing production capacity and we have been constrained in our ability to fully meet our customers' requirements. As a result, we are, and we believe the industry is at full production capacity given substantial constraints in key components such as glass and aluminum media during the June 2005 quarter and will remain so for at least the September 2005 quarter. In particular, these component constraints will limit our ability to meet demand for certain of our mobile and desktop products in the September 2005 quarter. We will continue to increase our capital investment and add capacity in a measured manner, particularly in our key components capacity, to ensure that we can meet existing customer requirements.

Commencing in our first quarter of fiscal year 2006, we will include the effect of expensing stock options in our results of operations. Also, in fiscal year 2006, we expect our income tax rate to increase.

### Consummation of Initial Public Offering

In December 2002, we completed the initial public offering of 72,500,000 of our common shares, 24,000,000 of which were sold by us and 48,500,000 of which were sold by New SAC, our largest shareholder, at a price of $12 per share. We received proceeds from our sale of the 24,000,000 newly issued common shares of approximately $270 million after deducting underwriting fees, discounts and commissions. In connection with our initial public offering, New SAC converted its 400,000,000 shares of our preferred stock, into common stock. Immediately prior to the closing of our initial public offering, we paid a return of capital distribution of $262 million, or $0.65 per share, to the holders of our then-outstanding shares, including New SAC. We also paid a lump sum of approximately $12 million to members of our sponsor group in exchange for the discontinuation of an annual monitoring fee of $2 million. This payment was charged to marketing and administrative expense during our second quarter of fiscal year 2002.

New SAC received proceeds of approximately $557 million from the sale of 48,500,000 common shares in our initial public offering, after deducting underwriting discounts and commissions. New SAC distributed these net proceeds, together with the proceeds from the distribution described above, to holders of its preferred and ordinary shares. As a result of the distribution to New SAC's preferred shareholders, our wholly-owned subsidiary, Seagate Technology HDD Holdings, became obligated to make payments of approximately $147 million to the participants in its deferred compensation plan. These payments were made following the closing of our initial public offering, and as a consequence there are no longer any outstanding obligations under that deferred compensation plan.

### Consummation of Secondary Public Offering

Under the Seagate Technology shareholders agreement among New SAC, our financial sponsors and us, New SAC has demand registration rights to request from time to time that we register to sell shares of our common stock held by New SAC. New SAC exercised this right and on July 30, 2003, we completed the secondary public offering of 69,000,000 of our common shares, of which 9,000,000 were sold pursuant to the underwriters' exercise of their over-allotment option, all of which were sold by New SAC, as selling shareholder, at a price of $18.75 per share. New SAC received proceeds of approximately $1.3 billion, after deducting underwriting discounts and commissions of approximately $39 million. We incurred direct expenses aggregating approximately $1 million related to the offering. New SAC distributed its net proceeds to holders of its ordinary shares including approximately $245 million distributed to our officers and employees who hold ordinary shares of New SAC.

26

Table of Contents

*Registration of Common Shares, Consummation of Secondary Offering of Common Shares and Sale of Unregistered Common Shares by New SAC*

As described in Note 1 of the Notes to the Consolidated Financial Statements in this report, on July 20, 2004, we filed a registration statement on Form S-3 with the Securities and Exchange Commission ("SEC") with respect to 60,000,000 of our common shares owned by New SAC. On September 20, 2004, the SEC declared this registration statement effective, thus allowing New SAC to sell all 60,000,000 common shares to the public.

On September 23, 2004, we completed the secondary offering of 30,000,000 of the 60,000,000 common shares, all of which were sold by New SAC, as selling shareholder. On November 15, 2004, pursuant to Rule 144 under the Securities Act of 1933, as amended, New SAC sold 13,000,000 unregistered shares of our common stock. On December 9, 2004, New SAC and Goldman Sachs Financial Markets, L.P. ("GSFM") entered into a forward sale contract to sell the remaining 30,000,000 registered common shares available to be sold by New SAC under the July 20, 2004 registration statement. Under the forward sale contract, New SAC hypothecated 30,000,000 of our common shares (the "Shares") and received payment for the Shares. On January 3, 2005, New SAC satisfied its delivery obligation under the forward sale contract and transferred all of its voting, dividend and economic rights to the Shares to GSFM. On June 15, 2005, final settlement of the Shares occurred pursuant to the forward sale contract. At that time, any remaining interest in the Shares was transferred to GSFM and any short position that GSFM or its affiliates had been maintaining with regard to the Shares was closed out. We did not receive any of the proceeds from New SAC's sale of our shares on September 23, 2004 and November 15, 2004, nor did we receive any proceeds from the forward sale contract between New SAC and GSFM.

On January 19, 2005, we filed a registration statement on Form S-3 with the SEC with respect to 100,000,000 of our common shares owned by New SAC. On March 15, 2005, the SEC declared this registration statement effective, thus allowing New SAC the ability to sell all 100,000,000 of these common shares to the public in the future. We will not receive any of the proceeds from the potential sale of these shares by New SAC.

On March 7, 2005, New SAC announced that it intended to continue to dispose of our remaining common shares that it holds in a series of orderly and disciplined transactions in 2005 and 2006. New SAC stated that the disposition would be effected primarily through a combination of market sales under our January 19, 2005 registration statement and through the distribution of our shares to New SAC shareholders. New SAC also stated that it may sell our common shares from time to time under Rule 144, which limits the volume of such sales in any 90-day period to the greater of 1% of our outstanding shares or the average weekly trading volume of our shares during the four weeks preceding any trade.

In particular, New SAC stated that it expected to make quarterly distributions of 25,000,000 of our common shares owned by it to the New SAC shareholders beginning in the spring of 2005 and continuing for the next three quarters thereafter, for a total distribution in this manner of 100,000,000 common shares over the next year. On May 16, 2005, the first quarterly distribution of shares was completed and approximately 25,000,000 of our common shares owned by New SAC were distributed to the New SAC shareholders. On July 26, 2005, the second quarterly distribution of shares was completed and approximately 25,000,000 of our common shares were distributed to the New SAC shareholders. Absent registration, these distributed shares will be illiquid and not eligible for re-sale in the public markets under Rule 144 until 12 months from the date of their distribution out of New SAC. New SAC also stated that the shareholders of New SAC with the power to request registration of these shares have consented to an agreement among themselves not to do so for at least a year, if at all.

On April 21, 2005, pursuant to Rule 144, New SAC sold 15,000,000 unregistered shares of our common stock. We did not receive any of the proceeds from the sale of these shares by New SAC.

Any sale of shares registered through the January 19, 2005 registration statement will be reflected in a Form 4 filing with the SEC within 2 business days after such sale or transfer. In addition, a prospectus supplement will be filed with the SEC in connection with any such sale.

Table of Contents

## Results of Operations

We list in the tables below the historical consolidated statements of operations in dollars and as a percentage of revenue for the fiscal years indicated.

| | Fiscal Year Ended | | |
|---|---|---|---|
| | July 1, 2005 | July 2, 2004 | June 27, 2003 |
| | | (in millions) | |
| Revenue | $7,553 | $6,224 | $6,486 |
| Cost of revenue | 5,880 | 4,765 | 4,759 |
| Gross margin | 1,673 | 1,459 | 1,727 |
| Product development | 645 | 666 | 670 |
| Marketing and administrative | 306 | 290 | 357 |
| Restructuring | — | 59 | 9 |
| Income from operations | 722 | 444 | 691 |
| Other income (expense), net | 10 | (16) | (31) |
| Income before income taxes | 732 | 428 | 660 |
| Provision for (benefit from) income taxes | 25 | (101) | 19 |
| Net income | $ 707 | $ 529 | $ 641 |

| | Fiscal Year Ended | | |
|---|---|---|---|
| | July 1, 2005 | July 2, 2004 | June 27, 2003 |
| Revenue | 100% | 100% | 100% |
| Cost of revenue | 78 | 77 | 73 |
| Gross margin | 22 | 23 | 27 |
| Product development | 9 | 11 | 10 |
| Marketing and administrative | 4 | 5 | 6 |
| Restructuring | — | — | — |
| Income from operations | 9 | 7 | 11 |
| Other income (expense), net | — | — | (1) |
| Income before income taxes | 9 | 7 | 10 |
| Provision for (benefit from) income taxes | — | (2) | — |
| Net income | 9% | 9% | 10% |

### Fiscal Year 2005 Compared to Fiscal Year 2004

*Revenue.*    Revenue for fiscal year 2005 was $7.553 billion, up 21% from $6.224 billion in fiscal year 2004. The increase in revenue was primarily due to record disc drive shipments of 98.1 million units in fiscal year 2005 compared to 79.3 million units in fiscal year 2004, as well as an improved product mix of our new products, offset by price erosion. Unit shipments for our products in fiscal year 2005 were as follows:

- *Consumer* —16.7 million, up from 6.3 million units in fiscal year 2004.

- *Mobile*— 5.7 million, up from 3.6 million units in fiscal year 2004.

- *Enterprise* —13.5 million, up from 10.4 million units in fiscal year 2004.

- *Desktop* —62.2 million, up from 59.0 million units in fiscal year 2004.

Our overall average sales price per unit (ASP) for our products was $72, $76, $79 and $80 for the first, second, third and fourth quarters of fiscal year 2005, respectively. This increase in overall ASP reflects the favorable impact of the new products, many of which have ASP's above the company average.