Table of Contents

ITEM 8.   FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA

## SEAGATE TECHNOLOGY
## CONSOLIDATED BALANCE SHEETS
### (in millions, except share and per share data)

| | July 1, 2005 | July 2, 2004 |
|---|---|---|
| **ASSETS (See Note 2)** | | |
| Cash and cash equivalents | $ 746 | $ 422 |
| Short-term investments | 1,090 | 761 |
| Accounts receivable, net | 1,094 | 690 |
| Affiliate accounts receivable | — | 1 |
| Inventories | 431 | 449 |
| Other current assets | 141 | 138 |
| Total Current Assets | 3,502 | 2,461 |
| Property, equipment and leasehold improvements, net | 1,529 | 1,301 |
| Other assets, net | 213 | 180 |
| Total Assets (See Note 2) | $5,244 | $3,942 |
| **LIABILITIES** | | |
| Accounts payable | $1,108 | $ 740 |
| Accrued employee compensation | 266 | 141 |
| Accrued expenses | 241 | 237 |
| Accrued warranty | 115 | 78 |
| Accrued income taxes | 46 | 48 |
| Current portion of long-term debt | 4 | 4 |
| Total Current Liabilities | 1,780 | 1,248 |
| Accrued warranty | 128 | 47 |
| Other liabilities | 59 | 53 |
| Long-term debt, less current portion | 736 | 739 |
| Total Liabilities | 2,703 | 2,087 |
| Commitments and contingencies | | |
| **SHAREHOLDERS' EQUITY** | | |
| Preferred shares, $0.00001 par value per share—100 million authorized; no shares issued or outstanding | — | — |
| Common shares, $0.00001 par value per share—1,250 million authorized; 476,765,764 issued and outstanding at July 1, 2005 and 459,595,663 issued and outstanding at July 2, 2004 | — | — |
| Additional paid-in capital | 632 | 650 |
| Deferred stock compensation | (3) | (6) |
| Accumulated other comprehensive loss | (9) | (3) |
| Retained earnings | 1,921 | 1,214 |
| Total Shareholders' Equity | 2,541 | 1,855 |
| Total Liabilities and Shareholders' Equity | $5,244 | $3,942 |

*See notes to consolidated financial statements.*

63

Table of Contents

**SEAGATE TECHNOLOGY**

**CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in millions, except per share data)**

| | Fiscal Year Ended July 1, 2005 | Fiscal Year Ended July 2, 2004 | Fiscal Year Ended June 27, 2003 |
|---|---|---|---|
| Revenue | $ 7,553 | $ 6,224 | $ 6,486 |
| Cost of revenue | 5,880 | 4,765 | 4,759 |
| Product development | 645 | 666 | 670 |
| Marketing and administrative | 306 | 290 | 357 |
| Restructuring, net | — | 59 | 9 |
| Total operating expenses | 6,831 | 5,780 | 5,795 |
| Income from operations | 722 | 444 | 691 |
| Interest income | 36 | 17 | 16 |
| Interest expense | (48) | (45) | (47) |
| Other, net | 22 | 12 | — |
| Other income (expense), net | 10 | (16) | (31) |
| Income before income taxes | 732 | 428 | 660 |
| Provision for (benefit from) income taxes | 25 | (101) | 19 |
| Net income | $ 707 | $ 529 | $ 641 |
| Net income per share: | | | |
| Basic | $ 1.51 | $ 1.17 | $ 1.53 |
| Diluted | 1.41 | 1.06 | 1.36 |
| Number of shares used in per share calculations: | | | |
| Basic | 468 | 452 | 418 |
| Diluted | 502 | 498 | 470 |
| Cash dividends declared per share | $ 0.26 | $ 0.20 | $ 0.71 |

*See notes to consolidated financial statements.*

64

Table of Contents

# SEAGATE TECHNOLOGY

## CONSOLIDATED STATEMENTS OF CASH FLOWS
### (in millions)

| | Fiscal Year Ended July 1, 2005 | Fiscal Year Ended July 2, 2004 | Fiscal Year Ended June 27, 2003 |
|---|---|---|---|
| **OPERATING ACTIVITIES** | | | |
| Net income | $ 707 | $ 529 | $ 641 |
| Adjustments to reconcile net income to net cash from operating activities: | | | |
| Depreciation and amortization | 466 | 422 | 443 |
| Deferred income taxes | 11 | 16 | (15) |
| VERITAS tax indemnification | — | (125) | — |
| Other non-cash operating activities, net | 8 | 1 | 34 |
| Changes in operating assets and liabilities: | | | |
| Accounts receivable | (403) | (80) | (8) |
| Inventories | 18 | (130) | 5 |
| Accounts payable | 368 | 89 | (99) |
| Accrued expenses, employee compensation and warranty | 142 | (44) | 63 |
| Accrued income taxes | 13 | (6) | 9 |
| Accrued deferred compensation | — | — | (147) |
| Other assets and liabilities | 98 | (37) | (44) |
| Net cash provided by operating activities | 1,428 | 635 | 882 |
| **INVESTING ACTIVITIES** | | | |
| Acquisition of property, equipment and leasehold improvements | (691) | (605) | (516) |
| Purchases of short-term investments | (4,796) | (4,143) | (3,408) |
| Maturities and sales of short-term investments | 4,465 | 3,822 | 3,194 |
| Sale of Xiotech, net of repayment of intercompany debt | — | — | 28 |
| Sale of Reynosa facility | — | — | 8 |
| Other investing activities, net | (47) | (36) | (60) |
| Net cash used in investing activities | (1,069) | (962) | (754) |
| **FINANCING ACTIVITIES** | | | |
| Repayment of long-term debt | (3) | (6) | (2) |
| Issuance of common shares in initial public offering | — | — | 270 |
| Proceeds from exercise of employee stock options and employee stock purchase plan | 90 | 96 | 29 |
| Dividends to shareholders | (122) | (90) | (288) |
| Net cash provided by (used in) financing activities | (35) | — | 9 |
| Increase (decrease) in cash and cash equivalents | 324 | (327) | 137 |
| Cash and cash equivalents at the beginning of the period | 422 | 749 | 612 |
| Cash and cash equivalents at the end of the period | $ 746 | $ 422 | $ 749 |
| **Supplemental Disclosure of Cash Flow Information** | | | |
| Cash paid for interest | $ 48 | $ 43 | $ 49 |
| Cash paid for income taxes, net of refunds | 9 | 13 | 27 |

*See notes to consolidated financial statements.*

65

Table of Contents

# SEAGATE TECHNOLOGY

## CONSOLIDATED STATEMENT OF SHAREHOLDERS' EQUITY

### For Fiscal Years Ended July 1, 2005, July 2, 2004 and June 27, 2003
### (in millions)

| | Number of Preferred Shares | Par Value of Shares | Number of Common Shares | Par Value of Shares | Additional Paid-In Capital | Deferred Stock Compensation | Retained Earnings and Accumulated Other Comprehensive Loss | Total |
|---|---|---|---|---|---|---|---|---|
| Balance at June 28, 2002 | 400 | $ — | 2 | $ — | $ 598 | $ — | 43 | $ 641 |
| Net income and comprehensive Income | | | | | | | 642 | 642 |
| Issuance of common shares related to employee stock options | | | 13 | | 29 | | | 29 |
| Sale of Xiotech to New SAC in exchange for $32 note payable distributed to shareholders | | | | | (1) | | | (1) |
| Dividends to shareholders | | | | | (288) | | | (288) |
| Issuance of common shares in initial public offering | | | 24 | | 270 | | | 270 |
| Conversion of preferred shares into common shares upon initial public offering | (400) | | 400 | | | | | |
| Compensation expense related to New SAC | | | | | 11 | | | 11 |
| Deferred stock compensation | | | | | 11 | (11) | | |
| Amortization of deferred stock compensation | | | | | | 2 | | 2 |
| Compensation expense related to executive terminations | | | | | 10 | | | 10 |
| Balance at June 27, 2003 | — | — | 439 | | 640 | (9) | 685 | 1,316 |
| Comprehensive income: | | | | | | | | |
| Unrealized loss on marketable securities | | | | | | | (3) | (3) |
| Net income | | | | | | | 529 | 529 |
| Comprehensive income | | | | | | | | 526 |
| Issuance of common shares related to employee stock options and employee stock purchase plan | | | 21 | | 96 | | | 96 |
| Dividends to shareholders | | | | | (90) | | | (90) |
| Compensation expense related to New SAC | | | | | 2 | | | 2 |
| Amortization of deferred stock compensation | | | | | | 3 | | 3 |
| Compensation expense related to executive terminations | | | | | 2 | | | 2 |
| Balance at July 2, 2004 | — | — | 460 | | 650 | (6) | 1,211 | 1,855 |
| Comprehensive income: | | | | | | | | |
| Unrealized loss on marketable securities | | | | | | | (3) | (3) |
| Unrealized loss on cash flow hedges | | | | | | | (3) | (3) |
| Net income | | | | | | | 707 | 707 |
| Comprehensive income | | | | | | | | 701 |
| Issuance of common shares related to employee stock options and employee stock purchase plan | | | 17 | | 90 | | | 90 |
| Dividends to shareholders | | | | | (122) | | | (122) |
| Tax benefit from stock options | | | | | 15 | | | 15 |
| Amortization of deferred stock compensation | | | | | (1) | 3 | | 2 |
| Balance at July 1, 2005 | — | $ — | 477 | $ — | $ 632 | $ (3) | $ 1,912 | $2,541 |

*See notes to consolidated financial statements.*

66

Table of Contents

# SEAGATE TECHNOLOGY
## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 1. Summary of Significant Accounting Policies

*Nature of Operations* —The Company designs, manufactures and markets rigid disc drives. Rigid disc drives, which are commonly referred to as disc drives, are used as the primary medium for storing electronic information in systems ranging from desktop and notebook computers and consumer electronics devices to data centers delivering information over corporate networks and the Internet. The Company produces a broad range of disc drive products addressing enterprise applications, where its products are primarily used in enterprise servers, mainframes and workstations; desktop applications, where its products are used in desktop computers; mobile computing applications, where its products are used in notebook computers; and consumer electronics applications, where its products are used in digital video recorders, digital music players and gaming devices. The Company sells its disc drives primarily to major original equipment manufacturers, or OEMs, distributors and retailers.

New SAC originally acquired the Company in November 2000 from Seagate Technology, Inc. From November 2000 to December 2002, the Company was a wholly-owned subsidiary of New SAC. In December 2002, the Company completed the initial public offering of 72,500,000 of its common shares, 24,000,000 of which were sold by the Company and 48,500,000 of which were sold by New SAC, as selling shareholder, at a price of $12 per share. In connection with the Company's initial public offering, New SAC converted its 400,000,000 shares of the Company's preferred stock, into common stock. The Company's common shares began trading on December 11, 2002. In July 2003, the Company completed the secondary offering of 69,000,000 of its common shares, all of which were sold by New SAC, as selling shareholder, at a price of $18.75 per share. As of July 1, 2005, New SAC owned 169,500,246 common shares of the Company, or 35.6% of total outstanding common shares. See Note 1, Registration of Common Shares, Consummation of Secondary Offerings of Common Shares and Sale of Unregistered Common Shares by New SAC.

*Critical Accounting Policies and Use of Estimates* —The preparation of financial statements in conformity with accounting principles generally accepted in the United States requires management to make estimates and assumptions that affect the amounts reported in the financial statements and accompanying notes. Actual results could differ materially from those estimates.

The Company establishes certain distributor and OEM sales programs aimed at increasing customer demand. These programs are typically related to a distributor's level of sales, order size, advertising or point of sale activity or an OEM's level of sale activity or agreed upon rebate programs. The Company provides for these obligations at the time that revenue is recorded based on estimated requirements. These estimates are based on various factors, including estimated future price erosion, distributor sell-through levels, program participation, customer claim submittals and sales returns. Significant actual variations in any of these factors could have a material effect on the Company's operating results. In addition, our failure to accurately predict the level of future sales returns by our distribution customers could have a material impact on our financial condition and results of operations.

The Company's warranty provision considers estimated product failure rates, trends and estimated repair or replacement costs. The Company uses a statistical model to help with its estimates and the Company exercises considerable judgment in determining the underlying estimates. Should actual experience in any future period differ significantly from its estimates, or should the rate of future product technological advancements fail to keep pace with the past, the Company's future results of operations could be materially affected. The actual results with regard to warranty expenditures could have a material adverse effect on the Company if the actual rate of unit failure or the cost to repair a unit is greater than that which the Company has used in estimating the warranty expense accrual.

Table of Contents

**SEAGATE TECHNOLOGY**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)**

The Company's recording of deferred tax assets each period depends primarily on the Company's ability to generate current and future taxable income in the United States. Each period the Company evaluates the need for a valuation allowance for the deferred tax assets and adjusts the valuation allowance so that net deferred tax assets are recorded only to the extent the Company concludes it is more likely than not that these deferred tax assets will be realized.

The Company also has other key accounting policies and accounting estimates relating to uncollectible customer accounts and valuation of inventory. The Company believes that these other accounting policies and other accounting estimates either do not generally require it to make estimates and judgments that are as difficult or as subjective, or it is less likely that they would have a material impact on its reported results of operations for a given period.

*Basis of Consolidation* —The consolidated financial statements include the accounts of the Company and all its wholly-owned subsidiaries, after eliminations of intercompany transactions and balances.

The Company operates and reports financial results on a fiscal year of 52 or 53 weeks ending on the Friday closest to June 30. Accordingly, fiscal year 2005 comprised 52 weeks and ended on July 1, 2005, fiscal year 2004 comprised 53 weeks and ended on July 2, 2004 and fiscal year 2003 comprised 52 weeks and ended on June 27, 2003, respectively. All references to years in these notes to consolidated financial statements represent fiscal years unless otherwise noted. Fiscal year 2006 will be 52 weeks and will end on June 30, 2006.

*Revenue Recognition, Sales Returns and Allowances, and Sales Incentive Programs* —The Company's revenue recognition policy complies with Staff Accounting Bulletin No. 101/104, "Revenue Recognition in Financial Statements." Revenue from sales of products, including sales to distribution customers, is generally recognized when title and risk of loss has passed to the buyer, which typically occurs upon shipment from the Company or third party warehouse facilities, persuasive evidence of an arrangement exists, including a fixed price to the buyer, and when collectibility is reasonably assured. For our direct retail customers, revenue is recognized on a sell-through basis and such sales have not been material to date. Estimated product returns are provided for in accordance with Statement of Financial Accounting Standards ("SFAS") No. 48, "Revenue Recognition When Right of Return Exists." The Company also adheres to the requirements of Emerging Issue Task Force ("EITF") No. 01-09 "Accounting for Consideration Given by a Vendor to a Customer," ("EITF 01-09") for sales incentive programs. The Company follows Financial Accounting Standards Board ("FASB") Technical Bulletin 90-1 , "Accounting for Separately Priced Extended Warranty and Product Maintenance contracts" for sales of extended warranties.

Estimated reductions to revenue for sales incentive programs, such as price protection, and sales growth bonuses, are recorded when revenue is recorded. Marketing development programs are either recorded as a reduction to revenue or as an addition to marketing expense depending on the contractual nature of the program and whether the conditions of EITF 01-09 have been met.

*Product Warranty* —Enterprise products that are used in large scale servers and data warehousing systems are warranted for three to five years while personal storage products used in consumer and commercial desktop systems are warranted for one to five years. Effective June 1, 2004, the Company extended its standard warranty from one year to five years on all internal desktop and notebook disc drives shipped through the distribution and retail channels. A provision for estimated future costs relating to warranty expense is recorded when revenue is recorded and is included in cost of revenue. The Company offers extended warranties on certain of its products. Deferred revenue in relation to extended warranties has not been material to date. Shipping and handling costs are also included in cost of revenue.

*Inventory* —Inventories are valued at the lower of cost (which approximates actual cost using the first-in, first-out method) or market. Market value is based upon an estimated average selling price reduced by estimated cost of completion and disposal.

68

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

*Property, Equipment, and Leasehold Improvements* —Land, equipment, buildings and leasehold improvements are stated at cost. Equipment and buildings are depreciated using the straight-line method over the estimated useful lives of the assets. Leasehold improvements are amortized using the straight-line method over the shorter of the estimated life of the asset or the remaining term of the lease.

*Advertising Expense* —The cost of advertising is expensed as incurred. Advertising costs were approximately $26 million, $25 million and $28 million in fiscal years 2005, 2004 and 2003, respectively.

*Stock-Based Compensation* —The Company accounts for employee stock-based compensation using the intrinsic value method under Accounting Principles Board Opinion ("APBO") No. 25, "Accounting for Stock Issued to Employees" ("APBO 25"), and related interpretations.

*Foreign Currency Remeasurement and Translation* —The U.S. dollar is the functional currency for all of the Company's foreign operations. As a result, gains and losses on the remeasurement into U.S. dollars of amounts not denominated in U.S. dollars are included in net income (loss) for those operations.

*Derivative Financial Instruments* —The Company applies the requirements of SFAS No. 133, "Accounting for Derivative Instruments and Hedging Activities" ("SFAS 133") and SFAS No. 149, "Amendment of Statement 133 on Derivative Instruments and Hedging Activities," ("SFAS 149"). Both standards require that all derivatives be recorded on the balance sheet at fair value and establishes criteria for designation and effectiveness of hedging relationships. See Note 2, Balance Sheet Information— *Derivative Financial Instruments*.

*Cash, Cash Equivalents and Short-Term Investments* —The Company considers all highly liquid investments with a remaining maturity of 90 days or less at the time of purchase to be cash equivalents. Cash equivalents are carried at cost, which approximates fair value. The Company's short-term investments are primarily comprised of readily marketable debt securities with remaining maturities of more than 90 days at the time of purchase. The Company has classified its entire investment portfolio as available-for-sale. Available-for-sale securities are classified as cash equivalents or short-term investments and are stated at fair value with unrealized gains and losses included in accumulated other comprehensive income (loss), which is a component of shareholders' equity. The amortized cost of debt securities is adjusted for amortization of premiums and accretion of discounts to maturity. Such amortization and accretion are included in interest income. Realized gains and losses are included in other income (expense). The cost of securities sold is based on the specific identification method.

*Strategic Investments* —The Company enters into certain strategic investments for the promotion of business and strategic objectives and typically does not attempt to reduce or eliminate the inherent market risks on these investments. Both marketable and non-marketable investments are included in the accompanying balance sheets in other assets, net. Non-marketable investments are recorded at cost and are periodically analyzed to determine whether or not there are indicators of impairment. The Company's results of operations for fiscal years 2004 and 2003 included write-downs of $2 million and $10 million, respectively, in an investment in a private company. The carrying value of the Company's strategic investments totaled $15 million and $6 million at July 1, 2005 and July 2, 2004, respectively.

*Concentration of Credit Risk* —The Company's customer base for disc drive products is concentrated with a small number of OEMs and distributors. Financial instruments, which potentially subject the Company to concentrations of credit risk, are primarily accounts receivable, cash equivalents and short-term investments. The Company performs ongoing credit evaluations of its customers' financial condition and, generally, requires no collateral from its customers. The allowance for doubtful accounts is based upon the expected collectibility of all accounts receivable. The Company places its cash equivalents and short-term investments in investment-grade, short-term debt instruments and limits the amount of credit exposure to any one commercial issuer.

69

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

*Supplier Concentration* —Certain of the raw materials used by the Company in the manufacture of its products are available from a limited number of suppliers. Shortages could occur in these essential materials due to an interruption of supply or increased demand in the industry. If the Company were unable to procure certain of such materials, it would be required to reduce its manufacturing operations, which could have a material adverse effect on its results of operations.

*Impact of Recently Issued Accounting Standards* —In November 2004, the FASB issued SFAS No. 151, "Inventory Costs" ("SFAS 151"). SFAS 151 amends Accounting Research Bulletin No. 43, Chapter 4, "Inventory Pricing." This statement clarifies the accounting for abnormal amounts of idle facility expense, freight, handling costs, and wasted material, and requires that these items be recognized as current period charges regardless of whether they meet the criterion of "so abnormal." Additionally, SFAS 151 requires that the allocation of fixed production overheads to the costs of conversion be based on the normal capacity of the production facilities. Beginning with its first quarter of fiscal year 2006, the Company will be required to adopt SFAS 151. The Company does not expect that the adoption of SFAS 151 will have a material impact on its results of operations or financial position.

In December 2004, the FASB issued SFAS No. 123-R, "Share-Based Payment" ("SFAS 123-R"), which is a revision of SFAS 123, "Accounting for Stock Compensation" ("SFAS 123"), and supersedes APBO 25, and its related implementation guidance. SFAS 123-R clarifies and expands SFAS 123's guidance in several areas, including measuring fair value, classifying an award as equity or as a liability, and attributing compensation cost to reporting periods. Additionally, SFAS 123-R amends FASB Statement No. 95, "Statement of Cash Flows," to require that excess tax benefits be reported as a financing cash inflow rather than as reduction of taxes paid. Beginning with the Company's first quarter of fiscal year 2006, it will be required to adopt SFAS 123-R, and will recognize share-based compensation costs in its results of operations. The Company currently provides pro forma disclosures under SFAS 123 reflecting the effects of share-based compensation costs on its results of operations in its notes to consolidated financial statements. See Note 1, Summary of Significant Accounting Policies – Pro Forma Effects of Stock-Based Compensation on Net Income Per Share. Although such pro forma effects of applying SFAS 123 may be indicative of the effects of adopting SFAS 123-R, the provisions of these two statements differ in some important respects. The actual effects of adopting SFAS 123R will be dependent on numerous factors including, but not limited to, levels of share-based payments granted in the future and the timing thereof; the valuation model chosen by the Company to value stock-based awards; the assumed award forfeiture rate; the accounting policies adopted concerning the method of recognizing the fair value of awards over the service period; the potentially significant effect of income taxes; and the transition method chosen for adopting SFAS 123-R, which permits public companies to adopt its requirements using various methods, including the "modified prospective application method" and the "modified retrospective application method". The Company plans to adopt SFAS 123-R using the modified prospective application method. The Company expects that the adoption of SFAS 123-R will have a material impact on its results of operations subsequent to adoption.

In June 2005, the FASB issued SFAS No. 154, "Accounting Changes and Error Corrections" ("SFAS 154"). SFAS 154 replaces APBO No. 20 ("APBO 20") and SFAS No. 3 "Reporting Accounting Changes in Interim Financial Statements", and applies to all voluntary changes in accounting principle, and changes the requirements for accounting for and reporting of a change in accounting principle. APBO 20 previously required that most voluntary changes in accounting principle be recognized by including in net income of the period of change a cumulative effect of changing to the new accounting principle whereas SFAS 154 requires retrospective application to prior periods' financial statements of a voluntary change in accounting principle, unless it is impracticable. SFAS 154 enhances the consistency of financial information between periods. SFAS 154 will be effective beginning with the Company's first quarter of fiscal year 2006. The Company does not expect that the adoption of SFAS 154 will have a material impact on its results of operations or financial position.

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

**Net Income Per Share**

In accordance with SFAS No. 128, "Earnings per Share," the following table sets forth the computation of basic and diluted net income per share:

|  | Fiscal Years Ended | | |
|---|---|---|---|
|  | July 1, 2005 | July 2, 2004 | June 27, 2003 |
|  | (in millions, except per share data) | | |
| Numerator: |  |  |  |
| Net Income | $ 707 | $ 529 | $ 641 |
| Denominator: |  |  |  |
| Denominator for basic net income per share—weighted average number of common shares outstanding during the period | 468 | 452 | 418 |
| Incremental common shares attributable to exercise of outstanding options | 34 | 46 | 52 |
| Denominator for diluted net income per share | 502 | 498 | 470 |
| Net income per share: |  |  |  |
| Basic | $ 1.51 | $ 1.17 | $ 1.53 |
| Diluted | $ 1.41 | $ 1.06 | $ 1.36 |

Options to purchase 6.8 million, 3.7 million and 0.5 million shares of common stock were outstanding during fiscal years 2005, 2004 and 2003, respectively, but were not included in the computation of diluted net income per share because the options' exercise price was greater than the average market price of the common shares and, therefore, the effect would be anti-dilutive.

71

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

**Pro Forma Effects of Stock-Based Compensation on Net Income Per Share**

The Company continues to use the intrinsic value method under APBO 25 and related interpretations in accounting for employee stock options until required otherwise by SFAS 123-R. See Note 1, Summary of Significant Accounting Policies— *Impact of Recently Issued Accounting Standards* , for a discussion of SFAS 123-R. The alternative fair-value accounting methods provided under SFAS 123 require the use of option valuation models, such as the Black-Scholes option-pricing model used by the Company. The Company's stock-based compensation costs are amortized on a straight-line basis over the respective vesting periods of the awards. The pro forma information under SFAS 123 is as follows:

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | July 1, 2005 | July 2, 2004 | June 27, 2003 |
| | (in millions, except per share data) | | |
| Net income—as reported | $ 707 | $ 529 | $ 641 |
| Add-back: Stock-based employee compensation expense included in net income | 2 | 3 | 2 |
| Deduct: Total stock-based employee compensation expense determined under fair value method | (76) | (62) | (38) |
| Net income—pro forma | $ 633 | $ 470 | $ 605 |
| Net income per share: | | | |
| Basic—as reported | $ 1.51 | $ 1.17 | $ 1.53 |
| Basic—pro forma | 1.35 | 1.04 | 1.45 |
| Diluted—as reported | 1.41 | 1.06 | 1.36 |
| Diluted—pro forma | 1.27 | 0.95 | 1.30 |

No tax effects were included in the determination of pro forma net income because the deferred tax asset resulting from stock-based employee compensation would be offset by an additional valuation allowance for deferred tax assets. The effects on pro forma disclosures of applying SFAS 123 may not be representative of the effects on pro forma disclosures in future periods or accounting under SFAS 123-R. See Note 3, Compensation—Stock-Based Benefit Plans, for a discussion of the Company's assumptions used to estimate stock-based compensation expense under SFAS 123.

**Registration of Common Shares, Consummation of Secondary Offerings of Common Shares and Sale of Unregistered Common Shares by New SAC**

On July 20, 2004, the Company filed a registration statement on Form S-3 with the Securities and Exchange Commission ("SEC") with respect to 60,000,000 of its common shares owned by New SAC. On September 20, 2004, the SEC declared this registration statement effective, thus allowing New SAC to sell all 60,000,000 common shares to the public.

On September 23, 2004, the Company completed the secondary offering of 30,000,000 of the 60,000,000 common shares, all of which were sold by New SAC, as selling shareholder. New SAC received proceeds of approximately $411 million and distributed its proceeds to holders of its ordinary shares including approximately $66 million distributed to current and former officers and employees of the Company who hold ordinary shares of New SAC.

On November 15, 2004, pursuant to Rule 144 under the Securities Act of 1933, as amended, New SAC sold 13,000,000 unregistered shares of the Company's common stock. New SAC received proceeds of approximately $182 million and distributed its proceeds to holders of its ordinary shares including approximately $29 million to current and former officers and employees of the Company who hold ordinary shares of New SAC.

72

Table of Contents

### SEAGATE TECHNOLOGY

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

On December 9, 2004, New SAC and Goldman Sachs Financial Markets, L.P. ("GSFM") entered into a forward sale contract to sell the remaining 30,000,000 registered common shares available to be sold by New SAC under the July 20, 2004 registration statement. Under the contract, New SAC hypothecated 30,000,000 of the Company's common shares (the "Shares"), received proceeds of approximately $499 million and distributed these proceeds to holders of its ordinary shares including approximately $79 million to current and former officers and employees of the Company who hold ordinary shares of New SAC. On January 3, 2005, New SAC satisfied its delivery obligation under the forward sale contract and transferred all of its voting, dividend and economic rights to the Shares to GSFM. On June 15, 2005, final settlement of the Shares occurred pursuant to the forward sale contract. At that time, any remaining interest in the Shares was transferred to GSFM and any short position that GSFM or its affiliates had been maintaining with regard to the Shares was closed out.

The Company did not receive any of the proceeds from New SAC's sale of its shares on September 23, 2004 and November 15, 2004, nor did it receive any proceeds from the December 9, 2004 forward sale contract between New SAC and GSFM.

On January 19, 2005, the Company filed a registration statement on Form S-3 with the SEC with respect to 100,000,000 common shares of the Company owned by New SAC. On March 15, 2005, the SEC declared this registration statement effective, thus allowing New SAC the ability to sell all 100,000,000 of these common shares to the public in the future. The Company will not receive any of the proceeds from the potential sale of these shares.

On March 7, 2005, New SAC announced that it intended to continue to dispose of the Company's remaining common shares that it holds in a series of orderly and disciplined transactions in 2005 and 2006. New SAC stated that the disposition would be effected primarily through a combination of market sales under the Company's January 19, 2005 registration statement and through the distribution of the Company's shares to New SAC shareholders. New SAC also stated that it may sell the Company's common shares from time to time under Rule 144, which limits the volume of such sales in any 90-day period to the greater of 1% of the Company's outstanding shares or the average weekly trading volume of the Company's shares during the four weeks preceding any trade.

In particular, New SAC stated that it expected to make quarterly distributions of 25,000,000 of the Company's common shares owned by it to the New SAC shareholders beginning in the spring of 2005 and continuing for the next three quarters thereafter, for a total distribution in this manner of 100,000,000 common shares over the next year. On May 16, 2005, the first quarterly distribution of shares was completed and approximately 25,000,000 of the Company's common shares owned by New SAC were distributed to the New SAC shareholders. On July 26, 2005, the second quarterly distribution of shares was completed and approximately 25,000,000 of the Company's common shares were distributed to the New SAC shareholders. Absent registration, these distributed shares will be illiquid and not eligible for re-sale in the public markets under Rule 144 until 12 months from the date of their distribution out of New SAC. New SAC also stated that the shareholders of New SAC with the power to request registration of these shares have consented to an agreement among themselves not to do so for at least a year, if at all.

On April 21, 2005, pursuant to Rule 144, New SAC sold 15,000,000 unregistered shares of the Company's common stock and received gross proceeds of $277 million and distributed its proceeds to holders of its ordinary shares including approximately $44 million to current and former officers and employees of the Company who hold ordinary shares of New SAC. The Company did not receive any of the proceeds from the sale of these shares by New SAC.

Any sale of the shares registered through the January 19, 2005 registration statement will be reflected in a Form 4 filing with the SEC within 2 business days after such sale or transfer. In addition, a prospectus supplement will be filed with the SEC in connection with any such sale.

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

## 2. Balance Sheet Information

### Financial Instruments

The following is a summary of the fair value of available-for-sale securities at July 1, 2005:

| | Amortized Cost | Unrealized Loss | Fair Value |
|---|---|---|---|
| | (in millions) | | |
| Money market mutual funds | $    58 | $    — | $    58 |
| U.S. government and agency obligations | 539 | (6) | 533 |
| Auction rate preferred stock | 434 | — | 434 |
| Corporate securities | 741 | — | 741 |
| Total available-for-sale securities | $ 1,772 | $    (6) | $1,766 |
| Included in cash and cash equivalents | | | $  676 |
| Included in short-term investments | | | 1,090 |
| | | | $1,766 |

The following is a summary of the fair value of available-for-sale securities at July 2, 2004:

| | Amortized Cost | Unrealized Loss | Fair Value |
|---|---|---|---|
| | (in millions) | | |
| Money market mutual funds | $    60 | $    — | $    60 |
| U.S. government and agency obligations | 401 | (3) | 398 |
| Auction rate preferred stock | 304 | — | 304 |
| Corporate securities | 335 | — | 335 |
| Total available-for-sale securities | $ 1,100 | $    (3) | $1,097 |
| Included in cash and cash equivalents | | | $  336 |
| Included in short-term investments | | | 761 |
| | | | $1,097 |

The fair value of the Company's investment in debt securities, by remaining contractual maturity, is as follows:

| | July 1, 2005 | July 2, 2004 |
|---|---|---|
| | (in millions) | |
| Due in less than 1 year | $  746 | $ 313 |
| Due in 1 to 3 years | 528 | 420 |
| | $1,274 | $ 733 |

*Fair Value Disclosures* —The carrying value of cash and cash equivalents approximates fair value. The fair values of short-term investments, notes, marketable equity securities and debentures are estimated based on quoted market prices.

74

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

The carrying values and fair values of the Company's financial instruments are as follows:

| | July 1, 2005 | | July 2, 2004 | |
| --- | --- | --- | --- | --- |
| | Carrying amount | Estimated fair value | Carrying amount | Estimated fair value |
| | (in millions) | | | |
| Cash equivalents | $ 676 | $ 676 | $ 336 | $ 336 |
| Short-term investments | 1,090 | 1,090 | 761 | 761 |
| 8.0% senior notes, due 2009 | (400) | (426) | (400) | (414) |
| Senior Secured Credit Facilities: | | | | |
| LIBOR plus 2% Term Loan B | (340) | (340) | (343) | (343) |
| Foreign currency forward exchange contracts | (1) | (1) | — | — |

*Derivative Financial Instruments* —The Company may enter into foreign currency forward exchange contracts to manage exposure related to certain foreign currency commitments, certain foreign currency denominated balance sheet positions and anticipated foreign currency denominated expenditures. The Company's policy prohibits it from entering into derivative financial instruments for speculative or trading purposes. During fiscal years 2005, 2004 and 2003, the Company did not enter into any fair value hedges or hedges of net investments in foreign operations.

In the fourth quarter of fiscal year 2004, the Company instituted a foreign currency hedging program to protect against the increase in value of foreign currency cash flows resulting from expenses over the next fiscal year. The Company hedges portions of its forecasted expenses denominated in foreign currencies with forward exchange contracts. When the U.S. dollar weakens significantly against the foreign currencies, the increase in value of the future foreign currency expenditure is offset by gains in the value of the forward exchange contracts designated as hedges. Conversely, as the U.S. dollar strengthens, the decrease in value of the future foreign currency cash flows is offset by losses in the value of the forward exchange contracts.

As at July 1, 2005, the notional value of the Company's outstanding currency contracts was approximately $12 million in Singapore dollars, $41 million in Thai baht and $10 million in British pounds. The Company does not believe that these derivatives present significant credit risks, because the counterparties to the derivatives consist of major financial institutions, and it manages the notional amount on contracts entered into with any one counterparty. The Company maintains settlement and revaluation limits as well as maximum tenor of contracts based on the credit rating of the financial institutions. As at July 2, 2004, the notional value of the Company's outstanding currency contracts was approximately $20 million in Singapore dollars and $27 million in Thai baht. The Company did not have any foreign currency forward exchange or purchased currency option contracts during fiscal year 2003.

The Company has both fixed and floating rate debt obligations. The Company enters into debt obligations to support general corporate purposes including capital expenditures and working capital needs. The Company has used derivative financial instruments in the form of an interest rate swap agreement to hedge a portion of our floating rate debt obligations. The Company's last interest rate swap agreement matured in November 2002, and it currently has no interest rate swap agreements.

The Company transacts business in various foreign countries and its primary foreign currency cash flows are in emerging market countries in Asia and in some European countries. Net foreign currency transaction gains and losses included in the determination of net income were net gains of $3 million, $1 million and $1 million for fiscal years 2005, 2004 and 2003, respectively.

75

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

## Accounts Receivable

| | July 1, 2005 | July 2, 2004 |
|---|---|---|
| | (in millions) | |
| Accounts Receivable: | | |
| Accounts receivable | $1,126 | $720 |
| Allowance for doubtful accounts | (32) | (30) |
| | $1,094 | $690 |

Activity in the allowance for doubtful accounts is as follows:

| | Balance at Beginning of Period | Additions Charged to Costs and Expenses | Deductions (1) | Balance at End of Period |
|---|---|---|---|---|
| | (in millions) | | | |
| Seagate Technology | | | | |
| Fiscal year ended July 1, 2005 | $ 30 | $ 4 | $ (2) | $ 32 |
| Fiscal year ended July 2, 2004 | $ 32 | $ — | $ (2) | $ 30 |
| Fiscal year ended June 27, 2003 | $ 29 | $ 5 | $ (2) | $ 32 |

(1)   Uncollectible accounts written off, net of recoveries.

## Inventories

Inventories are summarized below:

| | July 1, 2005 | July 2, 2004 |
|---|---|---|
| | (in millions) | |
| Inventories: | | |
| Components | $118 | $ 91 |
| Work-in-process | 70 | 39 |
| Finished goods | 243 | 319 |
| | $431 | $449 |

## Property, equipment and leasehold improvements

Property, equipment and leasehold improvements consisted of the following:

| | Useful Life In Years | July 1, 2005 | July 2, 2004 |
|---|---|---|---|
| | | (in millions) | |
| Land | | $ 22 | $ 23 |
| Equipment | 3–4 | 2,419 | 1,874 |
| Building and leasehold improvements | Life of lease–30 | 476 | 360 |
| Construction in progress | | 266 | 283 |
| | | 3,183 | 2,540 |
| Less accumulated depreciation and amortization | | (1,654) | (1,239) |

$ 1,529    $ 1,301

76

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

Amortization of leasehold improvements is included in depreciation expense. Depreciation expense was $459 million, $416 million and $390 million for fiscal years 2005, 2004 and 2003, respectively.

**Intangibles**

Other intangible assets consist of licensed technology. Amortization of purchased intangibles is provided on a straight-line basis over the respective useful lives of the assets of 60 months. The carrying value of intangible assets at July 1, 2005 and July 2, 2004 was immaterial. Accumulated amortization of intangibles was $6 million and $4 million at July 1, 2005 and July 2, 2004, respectively.

**Supplemental Cash Flow Information**

The components of depreciation and amortization expense are as follows:

| | Fiscal Years Ended | | |
| --- | --- | --- | --- |
| | July 1, 2005 | July 2, 2004 | June 27, 2003 |
| | (in millions) | | |
| Depreciation | $459 | $416 | $ 390 |
| Amortization: | | | |
| Intangibles | 2 | 1 | 2 |
| Deferred compensation | 2 | 8 | 12 |
| Other assets | 3 | (3) | 39 |
| | $466 | $422 | $ 443 |

**Long-Term Debt and Credit Facilities**

The Company's senior secured credit facilities, comprised of a five-year $350 million term loan facility and a $150 million revolving credit facility, are secured by a first priority pledge of substantially all the tangible and intangible assets of Seagate Technology HDD Holdings ("HDD"), the Company's wholly-owned direct subsidiary, and many of HDD's subsidiaries. The Company and many of its direct and indirect subsidiaries have guaranteed the obligations under the senior secured credit facilities. HDD has also issued $400 million aggregate principal amount of 8% senior notes due 2009. The Company has guaranteed HDD's obligations under the 8% senior notes on a full and unconditional basis. See Note 13, Condensed Consolidating Financial Information. Neither the credit agreement governing the senior secured credit facilities nor the indenture governing the outstanding 8% senior notes due 2009 impose any restrictions on the ability of the Company's consolidated subsidiaries to transfer funds to HDD in the form of dividends, loans or advances.

Long-term debt consisted of the following:

| | July 1, 2005 | July 2, 2004 |
| --- | --- | --- |
| | (in millions) | |
| LIBOR plus 2.0% term loan B | $340 | $343 |
| 8.0% senior notes due 2009 | 400 | 400 |
| | 740 | 743 |
| Less current portion | 4 | 4 |
| Long-term debt, less current portion | $736 | $739 |

77

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

At July 1, 2005, future minimum principal payments on long-term debt were as follows:

| Fiscal Year | |
| --- | --- |
| 2006 | $    4 |
| 2007 | 336 |
| 2008 | |
| 2009 | 400 |
| 2010 | |
| Thereafter | — |
| | $740 |

As of July 1, 2005, the Company had $35 million of outstanding standby letters of credit and bankers' guarantees issued under its $150 million revolving credit facility.

The Company is restricted in its ability to pay dividends to its shareholders by the covenants contained in the indenture governing its senior notes and the credit agreement governing its senior secured credit facilities. The covenants contained in the indenture governing the Company's senior notes limit the aggregate amount of restricted payments, including dividends to shareholders, to 50% of cumulative consolidated net income plus 100% of net cash proceeds received from the issuance of capital, all of which are measured from the period beginning June 30, 2001 and ending the most recent fiscal quarter for which financial statements are internally available. Currently, the most significant restriction on the Company's ability to pay dividends is under the credit agreement governing the Company's senior secured credit facilities, which limits annual dividends to $150 million. The Company's declaration of dividends is also subject to Cayman Islands law and the discretion of its board of directors.

## 3. Compensation

### Tax-Deferred Savings Plan

The Company has a tax-deferred savings plan, the Seagate 401(k) Plan ("the 401(k) plan"), for the benefit of qualified employees. The 401(k) plan is designed to provide employees with an accumulation of funds at retirement. Qualified employees may elect to make contributions to the 401(k) plan on a monthly basis. The Company may make annual contributions at the discretion of its board of directors. During fiscal years 2005, 2004 and 2003, the Company made contributions of $13 million, $14 million and $15 million, respectively.

### Stock-Based Benefit Plans

*Seagate Technology 2001 Share Option Plan* —In December 2000, the Company's board of directors adopted the Seagate Technology 2001 Share Option Plan (the "2001 Plan"). Under the terms of the 2001 Plan, eligible employees, directors, and consultants can be awarded options to purchase common shares of the Company under vesting terms to be determined at the date of grant. In January 2002, the Company increased the maximum number of common shares issuable under the 2001 Plan from 72 million to 100 million. No options to purchase the Company's common shares had been issued through June 29, 2001. From July 1, 2001 through July 1, 2005, options to purchase 99,025,033 common shares were granted to employees under the 2001 plan, net of cancellations. Options granted to exempt employees will generally vest as follows: 25% of the shares will vest on the first anniversary of the vesting commencement date and the remaining 75% will vest proportionately each month over the next 36 months. Options granted to non-exempt employees will vest on the first anniversary of the vesting commencement date. Except for certain options granted below fair market value in fiscal year 2003 (see Deferred Stock Compensation), all other options granted under the 2001 Plan were granted at fair market value, with options granted up through September 5, 2004 expiring ten years from the date of grant and options granted subsequent to September 5, 2004 expiring seven years from the date of grant.

78

SEAGATE TECHNOLOGY
NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

*Seagate Technology 2004 Stock Compensation Plan* —On August 5, 2004, the Company's board of directors adopted the Seagate Technology 2004 Stock Compensation Plan (the "2004 Plan"), and on October 28, 2004, the Company's shareholders approved the 2004 Plan. The purpose of the 2004 Plan, which is intended to supplement and eventually succeed the Company's 2001 Plan, is to promote the Company's long-term growth and financial success by providing incentives to its employees, directors, and consultants through grants of stock-based awards. The provisions of the 2004 Plan, which allows for the grant of various types of equity-based awards, are also intended to provide greater flexibility to maintain the Company's competitive ability to attract, retain and motivate participants for the benefit of the Company and its shareholders. There are 27.5 million shares authorized for issuance under the 2004 Plan, however, no options or other equity-based awards have been granted under the 2004 Plan through July 1, 2005.

The following is a summary of stock option activity for the Seagate Technology's option plans:

| | Options Outstanding | | Shares Available for Future Grants |
|---|---|---|---|
| | Number of Shares | Weighted Average Price per Share | |
| | (number of shares in millions) | | |
| Balance June 28, 2002 | 72.0 | $ 2.78 | 25.7 |
| Granted | 17.3 | 10.09 | (17.3) |
| Exercised | (12.5) | 2.38 | |
| Cancelled | (3.7) | 3.40 | 3.7 |
| Balance June 27, 2003 | 73.1 | 4.55 | 12.1 |
| Granted | 4.6 | 22.04 | (4.6) |
| Exercised | (15.7) | 2.69 | |
| Cancelled | (1.6) | 5.70 | 1.6 |
| Balance July 2, 2004 | 60.4 | 6.33 | 9.1 |
| Authorized under 2004 Plan | — | — | 27.5 |
| Granted | 9.9 | 14.79 | (9.9) |
| Exercised | (12.3) | 3.41 | |
| Cancelled | (1.8) | 10.68 | 1.8 |
| Balance July 1, 2005 | 56.2 | $ 8.32 | 28.5 |

Options exercisable at the end of fiscal year 2005 were 27,737,168 at a weighted average exercise price of $5.32. Options exercisable at the end of fiscal year 2004 were 29,085,700 at a weighted average exercise price of $3.56. Options exercisable at the end of fiscal year 2003 were 26,545,585 at a weighted average exercise price of $2.49.

79

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

The following table summarizes information about options outstanding at July 1, 2005 (shares in millions).

| Range of Exercise Prices | Outstanding Options | | | Exercisable Options | |
|---|---|---|---|---|---|
| | Number of Shares | Weighted Average Contractual Life (in years) | Weighted Average Exercise Price | Number of Shares | Weighted Average Exercise Price |
| $ 2.30– 3.00 | 19.5 | 6.1 | $ 2.30 | 19.4 | $ 2.30 |
| 3.00– 6.00 | 8.3 | 6.6 | 5.00 | .4 | 5.00 |
| 6.00– 9.00 | 1.6 | 7.6 | 8.22 | .3 | 8.22 |
| 9.00– 12.00 | 12.8 | 7.6 | 10.11 | 5.8 | 10.12 |
| 12.00– 15.00 | 7.1 | 6.4 | 13.56 | .2 | 13.21 |
| 15.00– 18.00 | 2.5 | 6.9 | 16.93 | .2 | 16.51 |
| 18.00– 21.00 | 1.5 | 7.4 | 19.44 | .3 | 19.78 |
| 21.00– 24.00 | 1.4 | 8.1 | 21.44 | .5 | 21.46 |
| 24.00– 27.00 | 1.4 | 8.2 | 26.42 | .6 | 26.44 |
| 27.00– 29.85 | .1 | 8.3 | 28.96 | — | 28.94 |
| $ 2.30–$29.85 | 56.2 | 6.8 | $ 8.32 | 27.7 | $ 5.32 |

*Deferred Stock Compensation* —In connection with certain stock options granted in fiscal year 2003, the Company has recorded deferred stock compensation totaling $9.7 million, net of subsequent cancellations, representing the difference between the exercise price of the options and the deemed fair value of the Company's common shares on the dates the options were granted. This deferred stock compensation is being amortized over the vesting periods of the underlying stock options of 48 months. Through July 1, 2005, the Company has amortized approximately $7 million of such compensation expense.

*Stock Purchase Plan* —The Company established an Employee Stock Purchase Plan (the "ESPP") in December 2002. A total of 20,000,000 shares of common stock have been authorized for issuance under the ESPP, plus an automatic annual increase on the first day of the Company's fiscal year beginning in 2003 equal to the lesser of 2,500,000 shares or 0.5% of the outstanding shares on the last day of the immediately preceding fiscal year, or such lesser number of shares as is determined by the Company's board of directors. In no event shall the total number of shares issued under the ESPP exceed 75,000,000 shares. The ESPP permits eligible employees who have completed thirty days of employment prior to the commencement of any offering period to purchase common stock through payroll deductions generally at 85% of the fair market value of the common stock. The ESPP has two six-month purchase periods, and effective June 28, 2005, there is no longer a "rollover" feature associated with the plan. The following table shows the associated shares issued and their respective weighted-average purchase price since the inception of the ESPP.

| | January 31, 2005 | July 30, 2004 | January 30, 2004 | July 31, 2003 |
|---|---|---|---|---|
| Purchase date | | | | |
| Shares issued | 2,482,278 | 2,483,953 | 2,483,371 | 2,496,495 |
| Weighted-average purchase price per share | $ 9.72 | $ 9.75 | $ 10.55 | $ 10.20 |

*Assumptions Used in Determining Pro Forma Information* —See Note 1, Summary of Significant Accounting Policies, for pro forma information on net income and net income per share required under SFAS 123, as amended by SFAS No. 148, "Accounting for Stock-Based Compensation—Transition and Disclosure—an amendment of FASB Statement No. 123."

Up until the Company's initial public offering of its common shares on December 11, 2002, the fair value of the Company's stock options was estimated using the Black-Scholes valuation method with minimum volatility.

80

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

For all employee stock options issued between December 11, 2002 and its fiscal quarter ended October 1, 2004, the Company estimated the fair value of stock options issued to employees using the Black-Scholes valuation method with a volatility factor based on the stock volatilities of its largest publicly traded competitors because the Company did not have a sufficient trading history. Beginning with its fiscal quarter ended December 31, 2004, the Company's volatility factor was estimated using its own trading history.

The weighted average fair value of the Company's stock options granted to employees during fiscal years 2005, 2004 and 2003 was estimated using the following assumptions:

| | 2005 | 2004 | Post-IPO 2003 | Pre-IPO 2003 |
|---|---|---|---|---|
| **2001 Plan Shares** | | | | |
| Expected life (in years) | 3.0–3.5 | 3.0 | 3.0 | 3.0 |
| Risk-free interest rate | 2.9–3.6% | 2.3–2.5% | 2.1–3.0% | 2.1–3.0% |
| Volatility | 0.5–0.8 | 0.8 | 0.83 | Minimum |
| Expected dividend | 1.3–2.3% | 0.5–2.0% | 0.7–1.2% | — |
| Fair value | $6.55 | $11.45 | $4.80 | $4.80 |
| **ESPP Shares** | | | | |
| Expected life (in years) | 0.5–1.0 | 0.5–1.0 | 0.5–1.0 | — |
| Risk-free interest rate | 1.6–2.2% | 1.0–1.3% | 1.2–1.3% | — |
| Volatility | 0.3–0.6 | 0.5–1.0 | 0.7–0.9 | — |
| Expected dividend | 1.9–2.1% | 0.8–1.5% | 1.2% | — |
| Fair value | $3.86 | $4.72 | $3.31 | — |

**Deferred Compensation Plan**

On January 1, 2001, the Company adopted a deferred compensation plan for the benefit of eligible employees. This plan is designed to permit certain discretionary employer contributions, in excess of the tax limits applicable to the 401(k) plan and to permit employee deferrals in excess of certain tax limits. Company assets earmarked to pay benefits under the plan are held by a rabbi trust. The Company has adopted the provisions of EITF No. 97-14, "Accounting for Deferred Compensation Arrangements Where Amounts Earned are Held in a Rabbi Trust and Invested" ("EITF 97-14"). Under EITF 97-14, the assets and liabilities of a rabbi trust must be accounted for as if they are assets and liabilities of the Company. In addition all earnings and expenses of the rabbi trust are recorded as other income or expense in the Company's financial statements. At July 1, 2005 and July 2, 2004, the deferred compensation amounts related to the rabbi trust were approximately $73 million and $61 million, respectively, and are included in current liabilities on the accompanying balance sheets.

**Post-Retirement Medical Plan**

The Company's post-retirement medical plan offers medical coverage to eligible U.S. retirees and their eligible dependents. Substantially all U.S. employees became eligible for these benefits after 15 years of service and attaining age 60. The Company's measurement date is March 31 st of each year.

In the fourth quarter of fiscal year 2004, the Company discontinued subsidizing its post-retirement medical plan for new retirees subsequent to July 2, 2004. As a result, the benefit obligation accrued prior to July 2, 2004 for current company employees was eliminated and the Company recorded a reduction in operating expenses of approximately $14 million in its first quarter of fiscal year 2005 related to this reduction in benefit obligation. Other than the $14 million reduction in the accrued benefit obligation, the components of net periodic benefit cost associated with the Company's post-retirement medical plan for fiscal years 2005 and 2004 were not significant. The remaining benefit obligation at July 1, 2005 is not significant.

81

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

**4. Income Taxes**

Certain U.S. subsidiaries of the Company have been included in certain unitary and combined U.S. state tax returns with certain U.S. affiliates of New SAC and have entered into a tax sharing agreement effective November 23, 2000. Pursuant to the terms of the state tax sharing agreement ("State Tax Allocation Agreement"), hypothetical U.S. state tax returns (with certain modifications) are calculated as if the U.S. subsidiaries of the Company were filing on a separate return basis. The Company's U.S. subsidiaries are required to reimburse participating New SAC U.S. affiliates to the extent the Company's U.S. subsidiaries utilize the tax attributes of these U.S. affiliates of New SAC to reduce their separately computed income tax liabilities within 30 days of the close of the fiscal year such affiliates would have otherwise been able to utilize their own tax attributes. If New SAC's participating U.S. affiliates utilize tax attributes of the Company's U.S. subsidiaries, the Company's U.S. subsidiaries will be reimbursed for those tax attributes within 30 days of the close of the fiscal year during which the Company's U.S. subsidiaries would have otherwise been able to utilize the tax attributes to reduce their separately computed tax liabilities.

In January 2005, the remaining U.S. affiliate of New SAC participating in the tax sharing agreement with the Company's U.S. subsidiaries, Certance (US) Holdings, Inc. ("Certance") was sold to a third party and as a result, will not be joining in the filing of any fiscal 2005 unitary or combined U.S. state returns with U.S. subsidiaries of the Company. Pursuant to the terms of the tax sharing agreement, the U.S. subsidiaries of the Company were reimbursed for their tax attributes used by Certance, whose participation in the tax sharing agreement was then terminated. As of July 1, 2005, there were no outstanding balances for taxes due to or from any New SAC affiliates to U.S. subsidiaries of the Company.

The provision for (benefit from) income taxes consisted of the following:

| | Fiscal Year Ended July 1, 2005 | Fiscal Year Ended July 2, 2004 | Fiscal Year Ended June 27, 2003 |
|---|---|---|---|
| | (in millions) | | |
| Current Tax Expense (Benefit): | | | |
| U.S. Federal | $ 15 | $ (107) | $ — |
| U.S. State | 3 | (17) | — |
| Foreign | (4) | 7 | 34 |
| | 14 | (117) | 34 |
| Deferred Tax Expense (Benefit): | | | |
| U.S. Federal | 1 | 16 | (18) |
| U.S. State | — | 3 | (3) |
| Foreign | 10 | (3) | 6 |
| | 11 | 16 | (15) |
| Provision for (benefit from) income taxes | $ 25 | $ (101) | $ 19 |

Income before income taxes consisted of the following:

| | Fiscal Year Ended July 1, 2005 | Fiscal Year Ended July 2, 2004 | Fiscal Year Ended June 27, 2003 |
|---|---|---|---|
| | (in millions) | | |
| U.S. | $ 92 | $ 14 | $ 198 |
| Foreign | 640 | 414 | 462 |
| | $ 732 | $ 428 | $ 660 |

82

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

Approximately $15 million of U.S. income tax benefits related to the exercise of certain employee stock options decreased accrued income taxes and was credited to additional paid-in capital in the fiscal year ended July 1, 2005.

Deferred income taxes reflect the net tax effects of temporary differences between the carrying amounts of assets and liabilities for financial reporting purposes and the amounts used for income tax purposes. The significant components of the Company's deferred tax assets and liabilities were as follows:

|  | July 1, 2005 | July 2, 2004 |
|---|---|---|
|  | (in millions) | |
| **Deferred Tax Assets** | | |
| Accrued warranty | $ 97 | $ 51 |
| Inventory valuation accounts | 19 | 21 |
| Receivable reserves | 9 | 13 |
| Accrued compensation and benefits | 45 | 53 |
| Depreciation | 118 | 106 |
| Restructuring allowance | — | 14 |
| Other accruals and deferred items | 45 | 37 |
| Acquisition related items | 1 | 2 |
| Net operating losses and tax credit carry-forwards | 323 | 288 |
| Other assets | 10 | 14 |
| Total Deferred Tax Assets | 667 | 599 |
| Valuation allowance | (620) | (541) |
| Net Deferred Tax Assets | $ 47 | $ 58 |
| **As Reported on the Balance Sheet** | | |
| Other current assets | $ 12 | $ 15 |
| Other assets, net | 35 | 43 |
| Net Deferred Tax Assets | $ 47 | $ 58 |

At July 1, 2005, the Company had recorded $47 million of net deferred tax assets. The realization of the deferred tax assets is primarily dependent on the Company generating sufficient U.S. and certain foreign taxable income in fiscal years 2006 and 2007. Although realization is not assured, the Company's management believes that it is more likely than not these deferred tax assets will be realized. The amount of deferred tax assets considered realizable, however, may increase or decrease, when the Company reevaluates the underlying basis for its estimates of future U.S. and certain foreign taxable income.

In fiscal years 2005 and 2004, the valuation allowance increased by $79 million and $125 million, respectively. In fiscal year 2003, the valuation allowance decreased by $70 million. Approximately $113 million of the valuation allowance as of July 1, 2005 was attributable to the U.S. income tax benefits of stock option deductions, the benefit of which will be credited to additional paid-in capital when, and if, realized.

At July 1, 2005, the Company had U.S. and foreign net operating loss carryforwards of approximately $409 million and $121 million, respectively, which will expire at various dates beginning in 2006, if not utilized. At July 1, 2005, the Company had U.S. tax credit carryforwards of $123 million, which will expire at various dates beginning in 2011, if not utilized.

On January 3, 2005, the Company underwent a change in ownership within the meaning of Section 382 of the Internal Revenue Code (IRC Sec. 382) due to the sale of additional common shares to the public by its largest

Table of Contents

## SEAGATE TECHNOLOGY

### NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

shareholder, New SAC. As a result, the Company's pre-change net operating losses and tax credit carryforwards are subject to an annual limitation based upon (i) the aggregate fair market value of U.S. business operations immediately before the ownership change multiplied by (ii) the federal long-term tax exempt rate (within the meaning of IRC Sec. 382(f)) in effect at that time. Based upon an independent valuation as of January 3, 2005, the annual limitation is $44.8 million. This annual limitation is cumulative. Therefore, if not fully utilized in a year, it is carried forward for utilization in future years in addition to the IRC Sec. 382 limitation for those years. To the extent management believes it is more likely than not that the deferred tax assets consisting of the pre-change net operating losses and tax credit carryforwards will not be realized, a valuation allowance has been provided. The impact of the IRC Sec. 382 limitation was to increase the Company's current tax expense related to the tax benefit of stock options credited to shareholders equity by approximately $15 million during the current fiscal year. In future years, such limitation may cause certain pre-change net operating loss and tax credit carryforwards to expire before utilization. As of July 1, 2005, $409 million of U.S. net operating loss carryforwards and $123 million of U.S. tax credit carryforwards were subject to the Sec. 382 limitation.

The applicable statutory rate in the Cayman Islands was zero for Seagate Technology for fiscal years ended July 1, 2005, July 2, 2004 and June 27, 2003. For purposes of the reconciliation between the provision for (benefit from) income taxes at the statutory rate and the effective tax rate, a notional U.S. 35% rate is applied as follows:

| | Fiscal Year Ended July 1, 2005 | Fiscal Year Ended July 2, 2004 | Fiscal Year Ended June 27, 2003 |
|---|---|---|---|
| | (in millions) | | |
| Provision at U.S. notional statutory rate | $ 256 | $ 150 | $ 231 |
| State income tax provision (benefit), net of U.S. notional income tax benefit | 3 | — | (3) |
| Reversal of accrued income taxes—VERITAS indemnification | — | (125) | — |
| Reduction in previously accrued foreign income taxes | (13) | — | — |
| Valuation allowance | 11 | 13 | (87) |
| Foreign earnings not subject to U.S. notional income tax | (216) | (139) | (127) |
| Use of current year U.S. tax credit | (16) | — | — |
| Other individually immaterial items | — | — | 5 |
| Provision for (benefit from) income taxes | $ 25 | $ (101) | $ 19 |

A substantial portion of the Company's Asia Pacific manufacturing operations in China, Malaysia, Singapore and Thailand operate under various tax holidays and tax incentive programs, which expire in whole or in part at various dates through 2015. Certain of the tax holidays may be extended if specific conditions are met. The net impact of these tax holidays and tax incentive programs was to increase the Company's net income by approximately $133 million in fiscal year 2005 ($0.26 per share, diluted), to increase the Company's net income by approximately $89 million ($0.18 per share, diluted) in fiscal year 2004, and to increase the Company's net income by approximately $89 million ($0.19 per share, diluted) in fiscal year 2003.

As a result of the purchase of the operating assets of Seagate Delaware and the ensuing corporate structure, the Company consists of a foreign parent holding company with various foreign and U.S. subsidiaries. Dividends received from the Company's U.S. subsidiaries may be subject to U.S. withholding taxes when, and if, distributed. Deferred tax liabilities have not been recorded on unremitted earnings of the Company's foreign subsidiaries, as these earnings will not be subject to tax in the Cayman Islands or U.S. federal income tax if remitted to the foreign parent holding company.

84

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

On July 31, 2001, Seagate Delaware and the Internal Revenue Service filed a settlement stipulation with the United States Tax Court in complete settlement of the remaining disputed tax matter reflected in the statutory notice of deficiency dated June 12, 1998. The settlement stipulation was expressly contingent upon Seagate Delaware and the Internal Revenue Service entering into a closing agreement in connection with certain tax matters arising in all or some part of the open tax years of Seagate Delaware and New SAC. The Internal Revenue Service completed its review of Seagate Delaware's federal tax returns for the periods prior to the acquisition date of the operating assets and submitted its conclusions to the congressional Joint Committee on Taxation for review. On March 15, 2004, VERITAS Software Corporation ("VERITAS") received written notification from the Internal Revenue Service that the congressional Joint Committee on Taxation had completed its review and had taken no exception to the Internal Revenue Service's conclusions. On April 6, 2004, Seagate Delaware and the Internal Revenue Service filed a revised settlement stipulation with the United States Tax Court in connection with the statutory notice of deficiency which reflected the parties' agreement to fully resolve the remaining tax matters included in the statutory notice of deficiency. On June 28, 2004, the revised settlement stipulation was made final by the United States Tax Court and the case has been closed.

The Internal Revenue Service is currently examining the Company's federal income tax returns for fiscal years ending in 2001 and 2002. The timing of the settlement of these examinations is uncertain. The Company believes that adequate amounts of tax have been provided for any final assessment that may result.

In the fiscal year ended July 2, 2004, the Company recorded a $125 million income tax benefit from the reversal of accrued income taxes relating to tax indemnification amounts due to VERITAS pursuant to the Indemnification Agreement between Seagate Delaware, New SAC and VERITAS. The $125 million tax indemnification amount had been recorded by the Company in connection with the purchase of the operating assets of Seagate Delaware and represented U.S. tax liabilities previously accrued by Seagate Delaware for periods prior to the acquisition date of the operating assets. As a result of the conclusion of the tax audits with no additional tax liabilities due, the Company determined that the $125 million accrual for the tax indemnification was no longer required and it was reversed in the third quarter of fiscal year 2004.

## 5. Restructuring Costs

During fiscal year 2005, the Company recorded restructuring costs of $8 million in connection with its on-going restructuring activities. These costs were primarily a result of a restructuring plan established to continue the alignment of the Company's global workforce with existing and anticipated future business requirements, primarily in its U.S. operations. The restructuring costs were comprised of employee termination costs of approximately $5 million relating to a reduction in the Company's workforce and approximately $3 million in charges related to impaired facility improvements as a result of the alignment plan. The Company expects these restructuring activities to be substantially completed by July 1, 2005. Additionally, the Company reversed approximately $8 million of its restructuring accruals comprised of approximately $3 million recorded in prior fiscal years relating to accrued severance benefits that were less than amounts originally estimated and approximately $5 million relating to the sale in the first quarter of fiscal year 2005 of a surplus building previously impaired in the fiscal year 2000 restructuring.

During fiscal year 2004, the Company recorded $59 million in restructuring charges. Of the $59 million, $39 million was incurred in the fourth fiscal quarter ended July 2, 2004 and was associated with the Company's planned workforce reduction first announced in April 2004 and implemented in June 2004. The $39 million restructuring charge was comprised of employee termination costs relating to a workforce reduction, primarily in its U.S. and Far East operations, of approximately 2,400 employees. The restructuring activities related to the charge taken in the fourth quarter of fiscal year 2004 were substantially complete as of October 2004.

85

Table of Contents

SEAGATE TECHNOLOGY

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS—(Continued)

The remaining $20 million in restructuring charges were incurred through the nine months ended April 2, 2004 and a result of a restructuring plan established to continue the alignment of the Company's global workforce with existing and anticipated future market requirements, primarily in its U.S. design centers and Far East operations. The restructuring costs were comprised of employee termination costs relating to a reduction in the Company's workforce of approximately 650 employees. These restructuring activities were substantially complete at July 2, 2004.

During fiscal year 2003, the Company recorded $19 million in restructuring charges. The Company also reduced a restructuring accrual previously recorded by its predecessor in fiscal year 1998 by $10 million due to a change in estimated lease obligations. These combined actions resulted in a net restructuring charge of $9 million for fiscal year 2003.

Of the $19 million of restructuring charges the Company recorded in fiscal year 2003, $17 million was incurred in the fiscal quarter ended September 27, 2002 as a result of a restructuring plan, which the Company refers to as the fiscal year 2003 restructuring plan, established to continue the alignment of the Company's global workforce and manufacturing capacity with existing and anticipated future market requirements, primarily in its Far East operations. The restructuring charge was comprised of employee termination costs relating to a reduction in its workforce of approximately 3,750 employees. The fiscal year 2003 restructuring plan was substantially complete at June 27, 2003. The remaining $2 million restructuring charge was incurred in the fiscal quarter ended June 27, 2003 and was comprised of employee termination costs relating to a workforce reduction of approximately 686 employees in the Company's Thailand operations. These restructuring activities were completed in July 2003.

The following table summarizes the Company's restructuring activities for fiscal years ended July 1, 2005, July 2, 2004 and June 27, 2003:

| | Severance and Benefits | Excess Facilities | Contract Cancellations | Total |
|---|---|---|---|---|
| | (in millions) | | | |
| Accrual balances, June 28, 2002 | $ 4 | $ 9 | $ 1 | $ 14 |
| Restructuring charge | 19 | — | — | 19 |
| Cash payments | (18) | — | — | (18) |
| Adjustments and reclassifications | — | (9) | (1) | (10) |
| Accrual balances, June 27, 2003 | 5 | — | — | 5 |
| Restructuring charge | 59 | — | — | 59 |
| Cash payments | (36) | — | — | (36) |
| Non-cash charges | (1) | — | — | (1) |
| Accrual balances, July 2, 2004 | 27 | — | — | 27 |
| Restructuring charge | 8 | — | — | 8 |
| Cash payments | (30) | — | — | (30) |
| Adjustments | (3) | — | — | (3) |
| Accrual balances, July 1, 2005 | $ 2 | $ — | $ — | $ 2 |

## 6. Business Segment and Geographic Information

Prior to the Company's sale of Xiotech Corporation to New SAC on November 4, 2002, the Company had two operating segments: disc drives and storage area networks, however, only the disc drive business was a

86