# Ex. 12

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE



US005452159A

# United States Patent [19]

## Stefansky

[11] Patent Number: 5,452,159

[45] Date of Patent: * Sep. 19, 1995

[54] **MAGNETIC PARKING DEVICE FOR DISK DRIVE**

[75] Inventor: Frederick M. Stefansky, Longmont, Colo.

[73] Assignee: Conner Peripherals, Inc., San Jose, Calif.

[ * ] Notice: The portion of the term of this patent subsequent to Aug. 18, 2009 has been disclaimed.

[21] Appl. No.: **70,024**

[22] Filed: **May 28, 1993**

### Related U.S. Application Data

[63] Continuation of Ser. No. 909,149, Aug. 18, 1992, abandoned, which is a continuation of Ser. No. 643,703, Jan. 22, 1992, Pat. No. 5,170,300, which is a continuation of Ser. No. 269,873, Nov. 10, 1988, abandoned.

[51] Int. Cl.6 ................................................. G11B 5/54
[52] U.S. Cl. ................................. 360/105; 360/97.01
[58] Field of Search .............. 360/105, 106, 75, 97.01, 360/78.12, 78.01, 78.04

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,635,151 | 1/1987 | Hazebrouck | 360/105 |
| 4,639,863 | 1/1987 | Harrison et al. | 360/97.01 |
| 4,654,735 | 3/1987 | Izraelev et al. | 360/105 X |
| 4,660,120 | 4/1987 | Manzke et al. | 360/137 |
| 4,710,834 | 12/1987 | Brand et al. | 360/105 |
| 4,853,807 | 8/1989 | Trager | 360/97.01 |
| 4,890,176 | 12/1989 | Casey et al. | 360/105 |
| 4,896,231 | 1/1990 | Hoppe | 360/97.02 |
| 4,903,157 | 2/1990 | Malek | 360/105 |
| 4,965,684 | 10/1990 | Stefansky | 360/105 X |
| 4,985,793 | 1/1991 | Anderson | 360/105 |
| 5,170,300 | 12/1992 | Stefansky | 360/105 |

### OTHER PUBLICATIONS

IBM Technical Disclosure Bulletin vol. 19 No. 4 Sep. 1976 Actuator Retraction Device, Hearn.

*Primary Examiner*—Andrew L. Sniezek
*Attorney, Agent, or Firm*—Fliesler, Dubb, Meyer & Lovejoy

[57] **ABSTRACT**

A magnetic parking device for a disk drive includes a magnet and a member for containing the magnetic field produced by the magnet. The magnetic field containing member has an air gap which is substantially parallel to the magnet flux lines of the magnetic field so that there is no fringing of the magnetic field outside of the gap. The device magnetically captures a magnetically permeable capture member provided on the actuator of a disk drive without contacting the capture member and only when the actuator enters the gap in the magnetic field containing member.

**6 Claims, 6 Drawing Sheets**





**FIG.—2A**



**FIG.—1A**



# FIG. —2B



# FIG. —1B

COR-ITC011159



FIG.—3

U.S. Patent        Sep. 19, 1995        Sheet 4 of 6        5,452,159



FIG. — 5

FIG. — 4



FIG. -6A



FIG. -6B

U.S. Patent          Sep. 19, 1995          Sheet 6 of 6          5,452,159



FIG. — 7

COR-ITC011163

5,452,159

**1**

## MAGNETIC PARKING DEVICE FOR DISK DRIVE

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a file wrapper continuation of Ser. No. 07/909,147, filed Aug. 18, 1992, now abandoned, which is a continuation of Ser. No. 07/643,703, filed Jan. 22, 1992 which issued as U.S. Pat. No. 5,170,300, which was a file wrapper continuation of application Ser. No. 07/269,873, filed Nov. 10, 1988, abandoned.

LOW HEIGHT DISK DRIVE, Ser. No. 147,804, filed Jan. 25, 1988, inventor Frederick Mark Stefansky, assigned to the assignee of the present application, now U.S. Pat. No. 4,965,684;

DISK DRIVE ARCHITECTURE, Ser. No. 056,584, filed May 29, 1987, inventors Frederick Mark Stefansky and Glade N. Bagnell, assigned to the assignee of the present application, now U.S. Pat. No. 4,896,030;

DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE, Ser. No. 057,806, filed Jun. 2, 1987, inventors John P. Squires, Thomas A. Fiers and Louis J. Shrinkle, assigned to the assignee of the present application, now abandoned;

DISK DRIVE SOFTWARE SYSTEM ARCHITECTURE UTILIZING IMBEDDED REAL TIME DIAGNOSTIC MONITOR, Ser. No. 058,289, filed Jun. 2, 1987, inventors John P. Squires, Thomas A. Fiers and Louis J. Shrinkle, assigned to the assignee of the present application, abandoned in view of File Wrapper Continuation Ser. No. 07/423,719 now U.S. Pat. No. 4,979,055.

### BACKGROUND OF THE INVENTION

#### 1. Field of the Invention

The present invention relates to parking devices for disk drives; more particularly, to devices which position and retain the head(s) of a disk drive over a selected portion of a hard (or fixed) disk when the disk drive is not in use.

#### 2. Description of the Related Art

Developments in personal computers, portable computers and lap top computers have prompted reductions in the size and increases in the memory capacity of disk drives. Factors which hamper the incorporation and use of fixed or hard disks in lap-top computers include the size, weight, and power consumption of hard disk drives. The desire to operate portable computers on battery supplied power, and the reduction of the life of the batteries by each power consuming component of a computer, have prompted efforts to reduce the power consumed by disk drives intended for use in portable computers.

Conventional hard disk drives often incorporate a device for parking the head(s) of the drive. As used in this patent, the terms "park" and "parking" refer to the maintaining the position of the head(s) over a selected portion (usually a "landing zone" at the inside or outside diameter) of the disk (or disks). The heads are supported by an actuator, and parking the heads also means parking the actuator by fixing the position of the actuator which supports the heads.

In conventional disk drives, a head "flys" over the surface of a disk, riding on the stream of air created by the rotation of the disk. When the disk stops rotating, for example, when power is turned off, the head lands on the disk. If the head lands on a portion of the disk

**2**

which is used to store data, there is a possibility that the disk, and thus the data stored on the disk, will be damaged. Parking the head(s) is particularly important in portable computers, in which the disk drive may be continually subject to large physical shocks during transportation. Non-operational physical shocks, for example, shocks experienced during transportation of portable computers or shipping may cause the heads to "slap" against the disk, possibly causing a loss of data if the head slaps against a data-carrying portion of the disk. Parking the head assures that the head will land on a landing zone—i.e., a non-data storage portion of the disk—and will be held in a position over the landing zone during the power-down period.

Various types of parking (or latching) devices have been used to lock the actuator arm of a voice coil in a selected position when the disk drive is not operating. Many parking devices incorporate a latch which physically engages the actuator arm and utilizes a spring to bias a pivoting latch arm to a parked position and an electromagnet to release the latch during operation of the drive. The use of an electromagnet to release the latch requires the continual use of electrical power to maintain the latch in the unlatched position. Further, an electromagnet generates heat which is not desirable in a disk drive or any other area in a computer.

Air activated parking devices rely on the air flow generated by the rotating disks to release a spring biased latch arm. Air activated parking devices pose the problem of interference with the air flow necessary for the heads to fly properly. Further, the amount of force generated by the air flow is related to the surface area of the disks, and as disks are reduced in size, the amount of air flow may be insufficient to release a latch mechanism.

Solenoids have also been used to release latch arms which are spring biased. As with an electromagnet, a solenoid requires a constant supply of electrical current, and the residual magnetism of the plunger must be overcome by the biasing force.

Such parking devices often utilize pivoting latch arms which often present design, manufacturing, and operational problems related to, for example, balancing the latch arm to provide proper functioning of the latch for all orientations of the disk drive. A latch which does not operate properly for all orientations of the disk drive is not suitable for use in a lap-top or lap-top computer.

Reliability of electromagnetic parking devices which attract a permeable member requires overcoming any residual magnetism in the permeable member, prompting the use of larger bias springs. However, larger spring forces demand greater electrical power to energize an electromagnet which reliably overcomes the spring force.

Purely magnetic parking devices park the actuator by the attraction by a magnet of a magnetically permeable portion of the actuator. Such parking devices have provided direct contact between the magnetically permeable portion of the actuator and the magnet. The primary drawback of a magnetic latch of this type is that the rotational movement of the actuator is adversely affected by the attraction of the magnetically permeable portion of the actuator and the magnet, thereby creating problems with the track following and seek functions. Further, an extremely large force is required to release the actuator from the magnet.

COR-ITC011164

3

5,452,159

4

Each component of a disk drive represents an increase in the weight of the drive, the space occupied by the drive, and the manufacturing effort. A large number of mechanical components, particularly the moving components of a latch mechanism, increases the possibility and probability of a mechanical failure of the drive. The number and complexity of mechanical components is also related to the ability of the drive to survive physical shocks and vibrations.

## SUMMARY OF THE INVENTION

It is, therefore, an object of the present invention to provide a parking device for a disk drive which does not use any electrical power during operation of the disk drive.

A further object of the present invention is to provide a parking device which requires an minimum amount of space in the disk drive.

Another object of the present invention is to provide a parking device which magnetically captures (or parks) the actuator of a disk drive.

Another object of the present invention is to provide a parking device which parks the actuator without relying on physical latching of the parking device and the actuator.

Another object of the present invention is to provide a magnetic parking device which provides a "black hole" magnetic effect; the black hole effect concentrates a magnetic field in an interactive region where the magnetic field captures an actuator and substantially eliminates the leakage of the magnetic field outside of the interactive region.

Another object of the present invention is to provide a magnetic parking device including a magnetic unit which contains a magnetic field and which captures the actuator only when the actuator is located within a slot (air gap) in the magnetic unit.

Another object of the present invention is to provide a magnetic parking device which does not utilize any moving parts other than the actuator arm.

Another object of the present invention is to provide a magnetic parking device which is easy to assemble in a disk drive.

A magnetic parking device in accordance with the present invention, which is useful in, for example, a disk drive having a data storage medium, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer with respect to the data storage medium, includes a magnetically permeable capture member provided on the actuator and magnetic parking means for capturing and magnetically retaining the capture member to park the transducer. The magnetic parking means includes a magnet and a magnetic field containing member having a slot (or air gap), and captures the capture member to park the head only when the capture member enters the air gap.

In a first embodiment of the magnetic means the air gap in the magnetic field containing member is substantially perpendicular to the direction of the magnetic field flux lines in the field containing member. The actuator of a disk drive is captured and retained by the magnetic field in and around the air gap.

In a second embodiment of the magnetic means the air gap in the magnetic field containing member is substantially parallel to the direction of the magnetic field flux paths in the field containing member. This orientation causes substantially all of the magnetic flux paths of the magnetic field to be contained in the magnetic unit and the air gap in the magnetic unit and prevents fringing (or magnetic leakage), providing the black hole effect. The black hole effect assures that the actuator is captured only when the actuator enters the gap in the magnetic field containing member, provides increased capture force, and improves retention of the actuator. In addition, the substantial elimination of magnetic leakage outside the air gap increases the portion of the surface of the disk which can be used for data storage. The actuator is released from the magnetic parking device by the same forces generated by the actuator to position the head(s) of the disk drive with respect to the disk(s).

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1A is an isometric view of a first embodiment of a magnetic unit of a parking device in accordance with the present invention;

FIG. 1B is an end view of the magnetic unit shown in FIG. 1A;

FIG. 2A is an isometric view of a second embodiment of a magnetic unit of a parking device in accordance with the present invention;

FIG. 2B is an end view of the magnetic unit shown in FIG. 2A;

FIG. 3 is an isometric view of a disk drive including a parking device in accordance with the present invention;

FIG. 4 is a partial plan view of the disk drive including a parking device in accordance with the present invention;

FIG. 5 is a partial, end view along line 5—5 in FIG. 4;

FIGS. 6A–B are sectional views along line 6—6' in FIG. 2A for describing the operation of a parking device having a magnetic unit of the second embodiment of the present invention; and

FIG. 7 is a diagram for explaining the advantages of the second embodiment of the magnetic unit.

## DESCRIPTION OF THE PREFERRED EMBODIMENT

A disk drive including a magnetic parking device according to the present invention will be described with reference to FIGS. 1–7. The disk drive described herein includes, for example, a single hard disk with a magnetic coating and utilizes Winchester technology; however, the disk drive may utilize various numbers of disks (and a corresponding number of heads, usually one per disk surface—two (2) heads per disk) and other types of disks, for example, optical disks, and other read/write technologies, for example, lasers.

The use of a magnetic field to park the heads in a disk drive, as opposed to a mechanical latch, eliminates the need for an electromagnetic or air activated device to release the mechanical latch during operation of the disk drive. Magnetic parking units 10, 12 of first and second embodiments of the present invention, respectively, are shown in FIGS. 1 and 2. Each magnetic parking unit 10, 12 includes a magnet 14 and a magnetic field containing member 16, 18 for containing and providing a return for the magnetic field produced by the magnet 14. An air gap (or slot) 20, 22 in the field containing member 16, 18 provides a region of high magnetic field intensity. The actuator of a disk drive is captured when a magnetically permeable portion of the actuator enters the air gap 20, 22. The disk drive is

COR-ITC011165

5,452,159

5

constructed so that the head(s) are parked when the actuator is captured.

A disk drive 30 including the magnetic parking device of the present invention will be described with reference to FIGS. 3 and 4. For the purposes of describing the magnetic parking device of the present invention, disk drive 30 will be described in broad terms. Details of disk drives which may use a magnetic parking device in place of other latching devices are disclosed in above-identified, co-pending application Ser. Nos. 147,804 and 056,584, which are hereby incorporated by reference.

Disk drive 30 has a baseplate for supporting internal components of the drive and external electronic circuitry. The internal components may be identified as three inter-related groups: disk 34 and spin motor 35, actuator assembly 36 for positioning head(s) 38 with respect to disk 34, and header assembly 40 including header 42, bracket 44, and flex circuit 46. A cover (not shown) is sealably attached to base plate 32 to provide a controlled environment between base plate 32 and the cover.

Actuator assembly 36 includes pivotable actuator arm 50, heads 38 mounted at a first end 50a of actuator arm 50, an actuator coil 52 mounted on actuator sub-arms 50-1, 50-2 at a second end 50b of actuator arm 50; the first and second actuator arm portions 50a, 50b are located on opposite sides of the pivot point of the actuator arm 50. A magnet structure 54 supports magnets 56a, b and the components of magnet structure 54, as described in detail below, are formed of magnetically permeable material to provide returns for the magnetic fields generated by magnets 56a, b. The magnet structure 54 and actuator coil 52 are arranged so that a current in coil 52, in the presence of the magnetic fields 56 created by magnets 56, creates a force which pivots actuator arm 50. Currents passing in opposite directions in coil 52 create torques in opposite directions. The pivoting of the actuator arm 50 positions head 38 at selected locations with respect to disk 34.

Disk 34, which is rotated by spin motor 35, has specified inside and outside diameters 58 and 60 and a landing zone (or non-data area) 61 located, e.g., adjacent to the inside diameter 58. The landing zone 61 may be any selected portion of the disk 34; however, a portion of the disk 24 adjacent to the inside 58 or outside diameter 60 is usually selected.

A printed circuit assembly (or control means) 62 is attached to the bottom of base plate 12. Header 42 carries electrical signals from the printed circuit assembly 62 to the controlled internal environment.

The structure and operation of actuator assembly 36 will be explained with reference to FIGS. 3–5. The function of the actuator assembly 36 is to selectively position heads 38 with respect to the surfaces of disk(s) 34 by pivoting actuator arm assembly 50. More specifically, to position the heads 38 over individual tracks on disk(s) 34. Heads 38 are supported on actuator arm 50 by a load beam 64 and a flexure (not shown) provided between load beam 64 and heads 38. A bearing assembly 66 is inserted in actuator arm 50 to provide a pivot point. Actuator arm 50, including all of the components attached thereto, is precisely balanced, i.e., equal amounts of weight are provided on either side of the pivot point so that the positioning of heads 38 is less susceptible to linear shock and vibration.

Magnet structure 54, which in conjunction with coil 52 comprises a voice coil assembly, includes top and

6

bottom plates 68, 70 formed of magnetically permeable material, support posts 72, 74 also formed of magnetically permeable material, and first and second magnets 56a, b attached to the top plate 68. Top and bottom plates 68, 70 in conjunction with support posts 68, 70, function as returns for the magnetic fields provided by first and second magnets 56a, b. It is important that there are no air gaps between support posts 72, 74 and either the top or bottom plate 68, 70; any air gap would create a discontinuity in the return, greatly reducing the strength of the magnetic field.

First and second magnets 56a, b have opposite poles attached to top plate 68 (e.g., the south pole of first magnet 56a and the north pole of second magnet 56b are attached to top plate 68) to provide first and second magnetic fields $\vec{B}_1$, $\vec{B}_2$ between respective ones of the first and second magnets 56a, b and bottom plate 70. First and second magnetic fields $\vec{B}_1$, $\vec{B}_2$, are encompassed in three closed magnetic field loops including various portions of top plate 68, bottom plate 70, and first and second support posts 72, 74. By containing the magnetic fields $\vec{B}_1$ and $\vec{B}_2$, in returns, the magnetic field intensity of each field is increased in the region between the respective first and second magnets 56a, b and bottom plate 70; the strength of the magnetic field in this region is directly related to the torque which the voice coil exerts on the actuator arm 50, and thus the rotational velocity of actuator arm 50 and the seek times for the drive.

Crash stops are provided to limit the pivoting movement of actuator arm 50 so that heads 38 travel only between the inside and outside diameters 58, 60 of disk 34. Outside diameter crash stop is provided by a sleeve 76 (FIG. 5) fitted on support post 72. When the pivoting motion of actuator arm 50 places heads 38 at the outside diameter 60 of disk 34 a portion of the actuator sub-arm 50-2 contacts outside diameter crash stop 76, thereby preventing movement of the heads 38 beyond the outside diameter 60. An inside diameter crash stop is provided by the portion of the magnetic latch mechanism and is described below.

A reverse flex circuit 46 carries electrical signals from header 42 to heads 38 and actuator assembly 36. The reverse flex circuit 46 may be separated into three portions; a first portion 80 carrying current to actuator coil 52 and a second portion 82 which is a ground plane separating the current carrying portion 80 from a third data carrying portion 84. The data carrying portion 84 provides signals to heads 38 for recording information on disk 34 and carries signals from the heads 38 to the printed circuit assembly 62, via header 42, when reading data from disk 34. Ground plane 82 prevents interference with the relatively weak data signals which would otherwise be caused by the larger currents necessary for actuator coil 52 passing through the first portion 80 of the reverse flex circuit 46.

The reverse flex circuit 46 is designed to exert only a minimal amount of rotational force (torque) on the actuator arm 50. Any torque exerted on actuator arm 50 by any means other than the voice coil assembly affects the function of actuator assembly 36 in positioning heads 38 with respect to disk 34, particularly the track following and seek functions described in the above-identified co-pending applications, Ser. Nos. 057,806 and 058,289. The force provided by the voice coil assembly must be controlled to compensate for the force exerted by the reverse flex circuit 46.

COR-ITC011166

7
5,452,159
8

A magnetic parking device for parking the heads 38, i.e., locking the actuator arm 50 in an orientation where heads 38 are positioned, for example, at the inside diameter 58 of disk 34, will be described with reference to FIGS. 1–7. During power-down of the disk drive 30, control means 62 causes actuator assembly 36 to pivot the actuator arm 50 to the position where the heads 38 are over the landing zone 61 of disk 34 before the rotational speed of the disk 34 is decreased to the point where the heads 38 land on the disk 34.

A magnetic parking device in accordance with the present invention includes a magnetic unit 10, 12 supported by or incorporated in, for example, support post 70. The elevation, i.e., vertical position, and the location, i.e., horizontal position in the x-y plane, of the magnetic unit 10, 12 is selected so that a magnetically permeable capture member 100, which may comprise a portion of actuator arm 50 or an element attached thereto, enters air gap 20, 22 in magnetic unit 10, 12 when the actuator arm 50 is rotated so that heads 38 are positioned over the landing zone 61. In the preferred embodiments of the present invention, the magnetic unit 10, 12 is positioned so that it is outside of the magnetic flux circuits of fields $\bar{B}_1$, $\bar{B}_2$ produced by magnets 56a, b. These magnetic flux circuits are contained in the top and bottom plates 68, 70, and thus the magnetic unit 10, 12 is outside of the gap between these plates 69, 70. The magnetic field in the air gap 20, 22 of magnetic unit 10, 12 captures capture member 100 to retain actuator arm 50 and to park the heads 38 without contact between capture member 100 and magnet 14.

In a first embodiment of the present invention, magnetic field retaining member 16 has an air gap 20 which is substantially perpendicular to the magnetic flux paths 112 of the magnetic field associated with magnet 14. In implementing magnetic unit 10 including a magnetic field containing member 16, the inventor of the present invention discovered that the magnetic flux lines 114 associated with air gap 20 in magnetic field containing member 16 extend outside of air gap 20 (FIG. 1B) due to a phenomenon known as fringing. The fringing results in leakage of the magnetic field. Further, the air gap 20 interrupts the magnetic circuit in field containing member 16.

Leakage of the magnetic field 114 outside of air gap 20 of field containing member 16 requires that magnetic unit 10 must be positioned so that actuator arm 50, particularly portion 100 thereof, does not enter magnetic field 114 during operation of the disk drive. As a result, the portion of disk 34 over which the head would be positioned while the actuator arm 50 is in the magnetic field 114 is not usable as a data area since the partial retention of actuator arm 50 by magnetic unit 10 would adversely affect the seek functions provided by actuator assembly 36. Specifically, the algorithms for controlling the track following and seek functions account for frictional forces and the rotational inertia of actuator arm 50 and the forces exerted by flex circuit 46; however, the intervention of an external magnetic field, which would tend to increase the rotational speed of actuator arm 50 when the head is moving toward the inside diameter 58 and decrease the rotational speed of actuator arm 50 when the head is moving away from inside diameter 58, would be difficult to implement and could be detrimental to seek times.

It was discovered, by the inventor, that a field containing member 18 having an air gap 22 oriented in a direction substantially parallel to the magnetic flux lines 116 in field containing member 18 substantially alleviates fringing (or leakage) outside of air gap 22. As shown in FIGS. 2B and 6A, the flux lines 116 of the field in field containing member 18 are substantially parallel to air gap 22. The flux lines 118 of the field which pass from the south pole of magnet 14 to field containing member 18 all pass between magnet 14 and field containing member 18; none of the flux lines 118 extend outside of the physical boundaries of field containing member 18.

The interaction of magnetic unit 12 and capture member 100 creates a magnetic switch. With reference to FIGS. 6A, capture member 100 is non-permeated when capture member 100 is outside of air gap 22. As capture member 100 enters air gap 22 (FIG. 6B), the capture member switches to a permeated state. Capture member 100 thus becomes an integral part of the magnetic circuit—the flux paths 116 and 118—created by magnet 14, and is pulled towards the south pole S of magnet 14 and towards the north pole N of field containing member 18 at the edges of air gap 22. This structure also provides the so-called "black hole" magnetic effect. The result of the black hole magnetic effect is that actuator arm 50 is unaffected by magnetic unit 12 until capture member 100 enters air gap 22.

The pivoting motion of actuator arm 50 allows capture member 100 to move along axis A (FIG. 6A); however, the actuator bearing 66 prevents motion of capture member 100 in axis B. The magnetic forces attempting to move capture member along axis B and the magnetic force attracting capture member 100 towards magnet 14 result in a strong holding force which retains capture member 100 in air gap 22. Bumper 120 limits the travel of capture member 100 (and thus actuator arm 50) along axis A. The holding force is determined by the geometric proportions of the various elements which comprise the magnetic circuit (including field containing member 16 and capture member 100), the strength of the magnetic field in air gap 22, and the thickness of bumper 120. Bumper 120 controls the distance between magnet 14 and capture member 100 and prevents these two elements from contacting each other.

The elimination of fringing allows more of surface of disk 34 to be utilized for data storage. As shown in FIG. 1B the portion of magnetic field 114 which passes through air gap 20 extends a distance $D_1$ from the surface of magnet 14. On the other hand, as shown in FIG. 6B, the magnetic field 118 extends only a distance $D_2$ from the surface of magnet 14 and does not leak out of the air gap 22. The difference between distances $D_1$ and $D_2$ ($D_1$–$D_2$) represents the difference in the point at which capture member 100 enters the magnetic fields 114 and 118 provided by magnetic units 12 and 14, respectively. This relationship is shown in FIG. 7. Further, because head 38 is positioned on actuator arm 50 at a larger distance from the pivot point of actuator arm 50 than capture member 100, the arc which head 38 travels is greater than the arc which capture member 100 travels in traversing the distance $D_1$–$D_2$. Accordingly, the radial measurement of the amount of disk space which is saved by using magnetic unit 12 is greater than distance $D_1$–$D_2$.

In both the first and second embodiments of the present invention the magnetic unit 10, 12, bumper 120 can function as an inside diameter crash stop. Bumper 120 is formed of a cushioning material, e.g., rubber or foam, which does not introduce an appreciable quantity of particles into the environment of the disk drive.

COR-ITC011167

5,452,159

9

10

In disk drives using either the first or the second embodiment of the magnetic parking device in accordance with the present invention, the actuator arm 50 is released from the magnetic unit 10, 12 by the force generated by actuator 36. The need for a spring to bias a mechanical latch and an electromagnetic unit which continually draws current during operation of the disk drive to release a mechanical latch mechanism are eliminated.

The many features and advantages of the disk drive of the present invention will be apparent to those skilled in the art from the Description of the Preferred Embodiments. Thus, the following claims are intended to cover all modifications and equivalents falling within the scope of the invention.

What is claimed is:

1. A magnetic parking device for a disk drive having a data storage medium, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer over a path between a first position and a second position with respect to the data storage medium, comprising:

a magnetically permeable capture member provided on the actuator; and

magnetic parking means provided adjacent to the actuator for capturing and magnetically retaining said capture member to park the transducer, the magnetic parking means comprising a magnetic field containing member and including a magnet providing a magnetic field, the containing member having an air gap positioned opposing the magnetic capture member such that said capture member enters the air gap when the actuator is at the second position of the path of the actuator,

wherein the capture member is in a non-permeated state over a first portion of the path of the actuator, and the capture member switches to a permeated state over a second portion of the actuator path such that the capture member is positioned proximate to the magnetic parking means and in the magnetic field.

2. A magnetic parking device according to claim 1, wherein the magnet provides magnetic flux, the flux having a direction following a plurality of paths, and

the paths of the magnetic flux are substantially contained in the magnetic field containing member and the air gap in the magnetic field containing member.

3. A magnetic parking device according to claim 2, wherein said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

4. A magnetic parking device according to claim 2, wherein there is substantially no magnetic flux leakage outside the air gap.

5. A magnetic parking device for a disk drive having a data storage medium including a data region and a landing zone, a transducer for reading information from and writing information to the data storage medium, and an actuator for selectively positioning the transducer with respect to the data storage medium, comprising:

a magnetically permeable capture member provided on the actuator; and

magnetic parking means for capturing and magnetically retaining said capture member to park the transducer, the magnetic parking means including a magnetic field containing member having a magnet providing magnetic flux in a magnetic circuit in the magnetic parking means, the field containing member providing returns for the magnetic flux and having an air gap;

wherein the capture member is in a non-permeated state while the actuator positions the transducer over the data region of the data storage medium, and the capture member switches to a permeated state when the actuator positions the transducer over the landing zone such that the capture member enters the magnetic circuit such that said magnetic parking means captures said capture member only when said capture member enters the air gap in said magnetic field containing member.

6. A magnetic parking device according to claim 5, wherein the magnet is provided in the magnetic parking member opposing the air gap and the parking device further includes bumper means provided on said magnet for preventing contact between said capture member and said magnet, and for limiting the movement of the actuator.

* * * * *

COR-ITC011168

# Ex. 13

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

US006324054B1

(12) **United States Patent**
Chee et al.

(10) Patent No.: **US 6,324,054 B1**
(45) Date of Patent: **Nov. 27, 2001**

(54) **WRAP AROUND SHOCK ABSORBER FOR DISC DRIVES**

(75) Inventors: **Wai Onn Chee; Joseph Cheng-Tsu Liu; Niroot Jierapipatanakul; Choon Kiat Lim; Michael Joo-Chiang Toh**, all of Singapore (SG); **Pow-Hing Yong**, Johor Bahru (MY)

(73) Assignee: **Seagate Technology LLC**, Scotts Valley, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/546,674**

(22) Filed: **Apr. 11, 2000**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/236,845, filed on Jan. 25, 1999.
(60) Provisional application No. 60/072,490, filed on Jan. 26, 1998.

(51) Int. Cl.⁷ ...................................... **H05K 7/00**
(52) U.S. Cl. ...................... **361/685**; 361/730; 248/635; 360/97.01
(58) Field of Search ........................ 361/685, 683, 361/684, 728, 730; 248/60, 581, 609, 611, 615, 634, 635, 638; 360/97.01, 137

(56) **References Cited**

U.S. PATENT DOCUMENTS

D. 304,178   10/1989   Cranston, III et al. ............. D14/367

| | | | |
|---|---|---|---|
| D. 404,723 | 1/1999 | Avery et al. ..................... | D14/365 |
| 4,833,554 | 5/1989 | Dalziel et al. ................. | 360/98.04 |
| 5,021,905 | 6/1991 | Sieger ......................... | 360/97.02 |
| 5,426,562 | 6/1995 | Morehouse et al. .............. | 361/685 |
| 5,491,608 | * 2/1996 | Koyanagi et al. .............. | 361/685 |
| 5,535,092 | 7/1996 | Bang ........................... | 361/685 |
| 5,552,946 | 9/1996 | Bicknese et al. ............... | 360/97.01 |
| 5,583,742 | 12/1996 | Noda et al. ................... | 361/683 |
| 5,587,854 | 12/1996 | Sato et al. ................... | 360/97.01 |
| 5,721,457 | 2/1998 | Sri-jayantha et al. .......... | 307/119 |
| 5,886,714 | * 3/1999 | Bueney et al. ................. | 347/33 |
| 6,005,768 | 12/1999 | Jo ............................. | 361/685 |
| 6,078,498 | * 6/2000 | Eckerd et al. ................. | 361/685 |
| 6,097,608 | * 8/2000 | Berberich et al. ............. | 361/752 |
| 6,129,579 | * 10/2000 | Cox et al. ................... | 439/493 |

* cited by examiner

Primary Examiner—Leo P. Picard
Assistant Examiner—Hung Van Duong
(74) Attorney, Agent, or Firm—John R. Wahl; Merchant & Gould LLC

(57) **ABSTRACT**

The shock absorber apparatus for a disc drive is a molded polymeric enclosure adapted to receive and retain a disc drive. One preferred embodiment of the present invention has a shock absorbing material of a first thickness adjacent a critical region of the drive and a second thickness of shock absorbing material adjacent a non-critical region of the disc drive. The first thickness is greater than the second thickness in order to absorb a greater shock load to protect the critical region of the disc drive.

**22 Claims, 9 Drawing Sheets**





**PRIOR ART**

# FIG.1



FIG.2

Case 1:04-cv-00418-SLR     Document 304-7     Filed 12/23/2005     Page 18 of 50



**FIG.3**



**FIG.4**



FIG.5



FIG.6



FIG.7



FIG.8





606

630

200

600

# FIG.14

Case 1:04-cv-00418-SLR     Document 304-7     Filed 12/23/2005     Page 24 of 50



FIG.15

US 6,324,054 B1

1

# WRAP AROUND SHOCK ABSORBER FOR DISC DRIVES

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 09/236,845, filed Jan. 25, 1999, which claims the benefit of priority of U.S. Provisional Application Serial No. 60/072,490, filed Jan. 26, 1998.

## FIELD OF THE INVENTION

This invention relates generally to increasing the shock robustness of disc drives, and in particular embodiments to an apparatus and process for increasing the shock robustness of a disc drive by encapsulating the disc drive in a shock absorbing material.

## BACKGROUND OF THE INVENTION

Disc drives are viewed by many as delicate and sensitive data storage devices. External vibrations and shocks can damage a disc drive and destroy large amounts of data. A typical disc drive has one or more circular metal discs, coated on both sides with a thin layer of magnetizable material. These discs can be mounted on a spindle that rotates them at a constant, high speed. For each surface (the top and the bottom of each disc), the drive has a read/write head. These heads are mounted on a head assembly that moves them in toward the spindle or out toward the edge of the disc.

Traditional disc drives are designed to keep the heads flying several microns above the surface of the discs. The air flow created between the heads and surface keeps the heads from touching the surface. If the head hits the surface too hard, the head will damage the surface (and possibly the head). In particular, if the head hits the surface and scraps off a portion of the magnetizable coating, data stored on that portion of the disc may be lost. External vibrations and shock can damage the disc drive by causing the head to hit the disc.

External vibrations and shock may be caused by packaging, transporting, assembling, and handling the disc drive. To reduce these damaging effects, the disc drives have been designed to meet specific, customer defined vibration and shock specifications. Specifically, many disc drives use shock absorbers to reduce the damaging effects of the customer defined specification loads.

Conventional shock absorbers may use shock mounts 110 to attach a bracket 112 to the disc drive 100 and isolate the disc drive 100 from vibration and shock, as represented by FIG. 1. The Z axis 102 is defined as the direction perpendicular to the top cover surface 104 of the disc drive 100. The X axis 108 is defined in the direction of the shortest edge and the Y axis 106 is defined in the direction perpendicular to the X axis. This shock mount design tends to protect the disc drive 100 from the customer specified shock. The design also protects the individual components inside the disc drive, such as the spindle/motor, head gimbal assembly, e-block arm to disc spacing, etc. However, the shock mount design is often times limited to only absorbing the customer defined shock load specification.

The shock mount design can be tested by using a shock mount test. In the shock mount test, engineers select a mounting orientation for the disc drive 100. The mounting orientation is related to a customer specified shock direction. The disc drive 100 is mounted on a table in accordance with the selected orientation. The table is then dropped onto a stopper. The stopper imparts a predefined amount of deceleration to the table and hence, to the disc drive 100. Shock mount designs that pass the shock mount test generally protect and isolate the disc drive 100 from the customer defined vibration and shock load specification.

As an alternative to the shock mount design, conventional disc drive systems may also use a shock absorbent jacket to protect the disc drive from vibration and shock. The shock absorbent jacket is made of a shock absorbing material that encloses the disc drive. However, like the shock mount design, the shock absorbent jacket generally protects and isolates the disc drive from the customer defined vibration and shock load specifications.

The shock absorbent jacket is tested using a three axes test. The three axes test comprises providing a perpendicular shock input on all six surfaces of the disc drive. The Z axis is defined as the direction perpendicular to the top cover surface of the disc drive. The top cover surface is the surface with the largest surface area. The X axis is defined in the direction of the longest edge of the disc drive and the Y axis is defined in the direction perpendicular to the X axis. The shock input provided by the three axes test is predictable and controlled. In particular, the disc drive is dropped from a specified height and direction which are proportional to the magnitude and direction of a customer defined shock specification.

The conventional shock absorbers, such as the shock mount design and the shock absorbent jacket, are typically not defined to absorb unpredictable vibrations and shocks. These shock absorbers frequently fail to protect the disc drive system from vibration and shocks produced in harsh environments. Instead, such shock absorbers may only protect the disc drive from the customer defined shock.

Thus, there is a need in the art for a shock absorbing apparatus that is capable of absorbing shocks in harsh and unpredictable environments.

## SUMMARY OF THE INVENTION

To overcome the limitations in the prior art described above, as well as other limitations that will become apparent upon reading and understanding the following detailed description, the present invention is an apparatus for increasing the robustness of a disc drive. Generally, the present invention is a drive enclosure that has a shock absorbing material encapsulating a disc drive. The disc drive, for purposes of this description, has at least one critical region and at least one non-critical region. A critical region is a region of the drive that is relatively sensitive to vibration and shock accelerations. A non-critical region of the drive is a region that is relatively insensitive to vibration and shock accelerations. The shock absorbing material has a first portion of a first thickness and a second portion of a second thickness. The first thickness is adapted to cover each critical region of the disc drive. The second thickness is adapted to cover each non-critical region of the disc drive. The first thickness is greater than the second thickness.

## BRIEF DESCRIPTION OF THE DRAWINGS

The various sheets of drawing include reference numbers in which like reference numbers represent corresponding parts throughout the various figures.

FIG. 1 schematically illustrates a prior art shock mount design.

FIG. 2 is a plan view of an exemplary disc drive with its cover partially broken away to show typical internal components.

3

FIG. 3 is a perspective view of a shock absorber apparatus for enclosing or encapsulating a disc drive according to one preferred embodiment of the present invention.

FIG. 4 is a perspective view of a disc drive system including a shock absorber apparatus shown in FIG. 3.

FIG. 5 schematically illustrates an exemplary tilt drop test configuration for the system in FIG. 4.

FIG. 6 illustrates shock signals received from an accelerometer attached to a disc drive that is encapsulated by a shock absorber material shown in FIG. 4 in accordance with the present invention.

FIG. 7 illustrates shock signals received from an accelerometer attached to a conventional disc drive that is not encapsulated by a shock absorber.

FIG. 8 is an exploded view of a disc drive system in accordance with an alternative preferred embodiment of the present invention.

FIG. 9 is a separate top plan view of the shock absorber apparatus for the disc drive system shown in FIG. 8.

FIG. 10 is a separate bottom plan view of the shock absorber apparatus shown in FIG. 8.

FIG. 11 is a left end view of the shock absorber apparatus as shown in FIG. 9.

FIG. 12 is a side view of the shock absorber apparatus shown in FIG. 8.

FIG. 13 is a right end view of the shock absorber apparatus shown in FIG. 9.

FIG. 14 is a perspective upper view of the system in accordance with the alternative preferred embodiment of the invention in FIG. 8.

FIG. 15 is a perspective lower view of the system in accordance with the alternative preferred embodiment of the invention in FIG. 8.

DETAILED DESCRIPTION OF THE INVENTION

In the following description of preferred embodiments, reference is made to the accompanying drawings which form a part hereof, and in which is shown by way of illustration a specific embodiment in which the invention may be practiced. It is to be understood that other embodiments may be utilized and structural changes may be made without departing from the scope of the preferred embodiments of the present invention.

FIG. 2 illustrates a typical disc drive apparatus that could be used in the system including embodiments of the present invention. The disc drive apparatus 200 includes a housing 202 (partially shown), a data storage disc 204, head-arm assembly 206 which resides adjacent the data storage disc 204 and a controller 208 (partially shown). FIG. 2 is a top plan view of the disc drive apparatus 200, wherein a top portion of the apparatus 200 has been cut-away to expose the head-arm assembly 206 positioned over the data storage disc 204. It will be understood that numerous details of construction of the disc drive 200 are not included in the following description, as such, they are well known to those skilled in the art and are believed to be unnecessary for the purpose of describing the present invention.

The housing 202 includes a base 210 and a top 212, wherein the base 210 is configured to support the data storage disc 204 and the head-arm assembly 206. The top 212, coupled with the base 210 and a perimeter gasket 211, provide a sealed internal environment for the disc drive 200.

The data storage disc 204 includes a recording surface 213 which is divided into concentric circular data tracks (not

4

shown). Alternatively, the recording surface 213 may define a spiral track configuration. The recording surface 213 is capable of receiving and storing information for later use.

A spindle motor 214, encased by a hub 230, is mounted to the base 210. The data storage discs 204, which are centered open discs, are mounted around the hub 230 and secured by a clamp ring 217 for rotation at a constant half speed. Typically, the motor 214 is capable of spinning between 7200 to at least 20,000 rpm.

Adjacent the disc 204 is a head-arm assembly 206 which pivots on a pivot spindle assembly 207. The head-arm assembly 206 includes an arm 220, a suspension member 221 and a read/write head 222, wherein the head 222 is positioned over the data storage disc 204 at one end of the suspension member 221. The suspension member 221 can be moved across the recording surface 213 of the disc 204, thereby allowing the head 222 to be moved across the face 213 such that the information on the disc 204 can be read. If an external vibration or shock occurs, or if an intense internal vibration occurs, while the heads 222 is being moved to a particular destination, the head 222 may not be capable of reading the information on the disc. As a result, an error may occur during a reading or writing operation due to that vibration.

A plurality of storage discs 204 may be arranged in a stack, supported on the motor 214. A plurality of heads are supported on a head-arm assembly 206 in an E-block structure, to access the discs 204 simultaneously, wherein each head accesses one of two surfaces (top and bottom) of each disc 204.

The movement of the head-arm assembly 206 is controlled by the controller 208. The controller 208 is coupled to the base 210 and is in electronic communication with further components of the disc drive apparatus 200. The controller 208 comprises any suitable means capable of controlling the components of the disc drive, such as, the motor 214 and the head-arm assembly 206.

Those skilled in the art will recognize that the exemplary environment illustrated in FIG. 2 is not intended to limit the present invention. Indeed, those skilled in the art will recognize that other alternative disc drive designs may be used without departing from preferred embodiment of the present invention.

One preferred embodiment of the present invention provides a shock absorbing material 300 for encapsulating a disc drive 200, as illustrated in FIG. 3. The shock absorbing material 300 has openings 302 for inserting the disc drive 200. A typical disc drive 200 has critical regions 304, such as corners, and non-critical regions 306, such as the top surface. The critical regions 304 are more susceptible to being damaged by external vibrations or shocks. At the critical regions 304, the shock absorbing material 300 is thicker than the shock absorbing material 300 at the non-critical regions 306, similar to a bumper in a typical automobile.

The thickness of the shock absorbing material 300 is related to the material's shock absorbing capability. In the preferred embodiment of the invention, the thickness of the material may range from 30 to 500 mils. The thickness is limited by the location of the disc drive in a computer and physical space constraints. The thickness is also related to whether a critical region 304 of the disc drive is being protected.

The shock absorbing material 300 may be made of natural or synthetic rubber (or its compounds) or plastic. Possible rubber candidates are: high damping butyl, impregnated

US 6,324,054 B1

5                                                                 6

rubber (e.g., Silicone), a thermoplastic elastomer, dispensable e.g., Polyurethane), etc. Possible plastic candidates are: acrylonitrile-butadiene-styrene copolymer, polypropylene, polyethylene, etc. Other plastic alternatives may also be used.

Unlike many conventional shock absorbers, the shock absorbing material 300 is designed to isolate a disc drive from unpredictable vibrations and shocks. In particular, the shock absorbing material 300 is designed to pass rigorous shock testing methods, such as the tilt drop test and the table top test. These shock testing methods assist in producing a shock absorbing material 300 that can protect disc drives in unstable environments, such as automobiles and household appliances.

FIG. 4 displays the tilt drop test. In the tilt drop test, the disc drive 200, which is encapsulated in the shock absorbing material 300, is initially positioned in a vertical position, on a surface above the floor. The disc drive 200 is allowed to freely fall onto a tilt drop 400, using one edge as a pivot. The arrow 402 represents the path the disc drive 200 follows. The tilt drop test is only fairly consistent because each incident of the test can produce varying results. In particular, the results vary with the surface condition and the handling of the disc drive.

The table drop test involves pushing the disc drive 200, which is encapsulated in the shock absorbing material 300, gradually off the edge of a typical working table. The disc drive 200 is allowed to freely fall and impact the floor. The table test may involve an entire computer with the disc drive 200 mounted inside the computer in a casing. Both the tilt drop test and table drop test are used to simulate external vibrations produced in harsh environments. Conventional shock absorbers, whether designed using the three axes test or the shock mount test, frequently fail both the tilt drop test and the table drop test. In particular, the conventional shock absorbers fail to isolate the disc drive from unpredictable vibration and shocks.

FIGS. 6 and 7 shows the performance of the shock absorbing material 300 in an exemplary tilt drop test. In particular, FIGS. 6 and 7 show the shock pulse registered by an accelerometer mounted on a drive with the shock absorbing material 300 and without the shock absorbing material 300. The drive is subjected to a 90 degree tilt drop test. The vertical axis 502 of the graph 500 is the shock amplitude measured in Gs. The horizontal axis 504 of the graph 500 is the time measured in seconds.

FIG. 6 shows that the drive with the shock absorbing material 300 has a shock pulse that peaks at 21.914 Gs 506. FIG. 7 shows that the drive without the shock absorbing material 300 has a shock pulse that peaks at 109.8 Gs 508. As observed, the shock absorbing material 300 has the potential of reducing an unpredictable input shock by up to 80% (21.914 Gs 506 vs. 109.8 Gs 508). Furthermore, the shock pulse produced using the shock absorbing material 300 is wider than the shock pulse produced without the use of the shock absorbing material (572 microseconds 510 vs. 183 microseconds 512). As the shock impulse widens, the frequency content is reduced. A reduced frequency content represents a lower probability that stiff structures (e.g., the actuator 216) will be affected during a vibration.

FIGS. 8 through 13 illustrate an alternative preferred embodiment of the shock absorber apparatus in accordance with the present invention. An exploded perspective view of a disc drive system 600 is shown in FIG. 8 which includes a shock absorber apparatus 602 for carrying, i.e. enclosing or encapsulating, a disc drive 200. The disc drive 200

includes a servo controller printed circuit board 604 fastened to the bottom of the drive baseplate 606. The assembled disc drive 200 is carried in the shock absorber apparatus 602 in the same manner as in the first embodiment discussed above. The assembled system 600 is shown in perspective views in FIGS. 14 and 15.

The shock absorber apparatus 602 is basically a one piece molded polymeric structure having a box shaped molded body 606 with a central cavity 608 sized to stretch to elastically receive and hold the disc drive 200. The body 606, as viewed from the top in FIG. 9, has a generally rectangular bottom portion 620, a left end all 622, a right end wall 624, and opposing side walls 626 and 628, and top wall portion 630. The top wall portion 630 is a generally flat rectangular plate portion having a pair of arcuate cutout edges 632 and 634 adjacent and spaced from the side walls 626 and 628 respectively. These cutout edges 632 and 634 provide space to accommodate the drive mounting bosses 240 on the underside of the side rails of the disc drive base 202.

Referring now to the typical side view of FIG. 12, each of the side walls 626 and 628 has a left end portion 636 and a right end portion 638 defining an elongated aperture 640 therebetween bounded on top by one of cutout edges 632 and 634 and on the bottom by bottom portion 620.

A left end view of the body 606 is shown in FIG. 11. The left end wall 622 is a solid wall having an elongated elliptical aperture 642 therethrough. The left end of the end wall 622, as viewed in FIG. 11, joins with the side wall 628 at a thickened corner portion 644. The right end of the end wall 622, as viewed in FIG. 11, joins with the side wall 626 in a thickened corner portion 646.

Similarly, a right end view of the body 606 is shown in FIG. 13. The right end wall 624 is a solid wall with a cutout formed at the juncture of the bottom portion 620 with the end wall 624 such that there is an aperture 648 extending the full length of the end wall 624. The left end of the end wall 624, as viewed in FIG. 13, joins with the side wall 626 at a thickened corner portion 650. The right end of the end wall 624, as viewed in FIG. 13, joins with the side wall 628 in a thickened corner portion 652. These corner portions 646, 648, 650 and 652 are thicker than the side walls and the top and bottom portions so as to absorb larger shock loads, since most shock loadings that occur during transport and handling of the system are focused on the corner portions of the body 606. These are the typical critical regions in a disc drive such as drive 200. The thin portions of the end walls 622 and 624, and the thin portions of the side walls 626 and 628, along with the top portion 630 and bottom portion 620, are substantially thinner than the corner portions, as these side, end, top and bottom portions experience less shock loading during unpredictable events such as table drops and corner drops and other handling mishaps and are thus non-critical regions. In addition, the design of the one piece enclosure molding 606 with thickened corner portions cradles the drive so as to predictably distribute shock loads in such a manner as to minimize the affect on the drive itself.

As is shown in FIG. 8 and in the assembled system shown in FIGS. 14 and 15, the disc drive 200 has a printed circuit board/ external connector assembly 250 fastened to the underside of the drive 200 via screws 252. The assembled disc drive 200 is then slipped through one of the side opening 640 and turned to properly position the drive 200 in the body 606 with the connector assembly 250 projecting through the aperture 648 in the right end wall 624.

Referring now to FIG. 10, a bottom view of the body 606 is shown. The bottom portion 620 has a cutout end edge 654

US 6,324,054 B1

7

which is positioned to reside behind the connector assembly 250. The bottom portion 620 also has a pair of recessed side edge portions 656 and 658 which permit mounting bosses 240 to project slightly beyond the bottom portion 620 while providing full cushioning for almost the entire bottom of the drive 200. The inside edges of the thickened corner portions 644 and 646 are indicated in this figure by the curved dashed lines.

A perspective upper view of the assembled system 600 of a disc drive 200 in the shock absorber enclosure 602 is shown in FIG. 14. A perspective bottom view of the assembled system 600 is shown in FIG. 15. As can readily be seen, all of the corners are protected with the exception of the connector lower corners which necessarily must protrude from the enclosure 602.

Referring back now to FIG. 9, the top portion 630 also has four shallow protrusions 660 of the body 606 which have concave central recesses forming support feet for the system 600 when the system 600 rests on a flat surface rather than being installed in a rack configuration. These protrusions and recesses cooperate to stabilize the body 606 on a flat surface and provide some additional shock absorbing capability if the system is dropped against its upper side.

The enclosure body 606 is preferably molded of an elastomeric material with high damping characteristics such as ethylene propylene dimer (EPDM), and may optimally have a Hardness Shore A of between about 40 to 50. For a typical 3 ½ inch form factor drive 200, the thickness of the top and bottom portions may be between 0.003 and 0.013 inches while the end and corner portions may range from about 0.15 inch to 0.5 inch in thickness depending on the curvature and boundary conditions of the drive compared to the form factor outer dimensions. Thus it can readily be seen that the critical regions of the drive are covered by a thickened portion of the shock absorber body 606.

In summary, the apparatus and system of a wrap around shock absorber for disc drives includes a shock absorbing material (such as 300) formed so as to encapsulate a disc drive 200. The disc drive 200 has at least one critical region 304 and one non-critical region 306. The shock absorbing material 300 has a first portion of a first thickness and a second portion of a second thickness. The first thickness is adapted to cover each critical region 304 of the disc drive 200. The second thickness is adapted to cover each non-critical region 306 of the disc drive 200. The first thickness is greater than the second thickness.

The system includes a disc drive 200 and a shock absorbing material 300 for encapsulating the disc drive 200. The disc drive 200 has at least one critical region 304 and one non-critical region 306. The shock absorbing material 300 has a first portion of a first thickness and a second portion of a second thickness. The first thickness is adapted to cover each critical region 304 of the disc drive 200. The second thickness is adapted to cover each non-critical region 306 of the disc drive 200. The first thickness is greater than the second thickness.

Stated another way, the apparatus and system of the present invention may be viewed as a shock absorber apparatus (such as 300 or 602) for encapsulating a disc drive (such as 200), wherein the disc drive (such as 200) has at least one critical region and at least one non-critical region. The shock absorbing apparatus is an enclosure (such as 606) sized to receive a disc drive therein, the enclosure (such as 606) being made of a shock absorbing material having a first portion (such as 644, 646, 650 or 652) having a first thickness adapted to cover a critical region of the disc drive,

8

and a second portion (such as 620 and 630) having a second thickness adapted to cover a non-critical region of the disc drive, wherein the first portion has a greater thickness than the thickness of the second portion. The critical region typically includes a corner of the disc drive and the first thickness is preferably greater than 30 mils and less than 500 mils. The shock absorbing material (such as 300 or 606) may include a polymeric material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic and preferably has an aperture (such as 640 or 648) sized to stretch for passing the disc drive into the enclosure (such as 606 or 300).

Stated another way, the present invention may be viewed as a disc drive system (such as 600) which includes a disc drive (such as 200) and a shock absorber enclosure (such as 606 or 300) enclosing the disc drive (such as 200). The shock absorber (such as 606) has first portions (such as 644, 646, 650, and 652) of a shock absorbing material having a first thickness adapted to cover each critical region (such as the corners) of the disc drive (such as 200), and second portions (such as 620 and 630) of the shock absorbing material having a second thickness adapted to cover each non-critical region (such as the top and sides) of the disc drive, wherein the first portions have a greater thickness than the second portions. The disc drive (such as 200) has at least one critical region which preferably includes a corner of the disc drive and the first thickness is preferably greater than mils and less than 500 mils. The shock absorber (such as 606 or 300) preferably is made of material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic.

Stated another way, the invention may be viewed as a shock absorber apparatus (such as 300 or 602) for encapsulating a disc drive (such as 200), wherein the shock absorbing apparatus includes a one piece molded polymeric generally box shaped enclosure (such as 606) sized to elastically receive and retain a disc drive therein (such as 200). The enclosure (such as 300 or 606) is preferably made of a shock absorbing material having a first portion (such as 644, 646, 650, or 652) having a first thickness adapted to cover a critical region such as a corner of the disc drive, and a second portion (such as 620 or 630) having a second thickness adapted to cover a non-critical region of the disc drive such as the top and bottom of the drive, wherein the first portion has a greater thickness than the thickness of the second portion. The enclosure (such as 606) preferably has a top portion (such as 630), a bottom portion (such as 620), a pair of opposite side walls (such as 626 and 628) and left and right end walls (such as 622 and 624), and thickened corner portions (such as 644, 646, 650, and 652) between the side walls and end walls. These side walls and end walls each has an aperture (such as 640 or 648) for passage of the drive into the enclosure or for access to electrical connectors (such as 250) or for mounting bosses (such as 240). The molded enclosure is preferably made of EPDM rubber.

This concludes the description of the preferred embodiments of the invention. The present specification discloses preferred embodiments of an apparatus and process for increasing the shock robustness of disc drives by encapsulating the disc drive in a shock absorbing material. The foregoing description of the preferred embodiments of the invention have been presented for the purposes of illustration and description. It is not intended to be exhaustive or to limit the invention to the precise forms disclosed above. Many modifications and variations are possible in light of the above teaching. For example, other form factors and shapes of disc drives may be accommodated by the shock

9

10

absorber apparatus of the present invention. In these instances, the location of critical regions and non-critical regions may vary and therefore the location of thickened portions may change accordingly. It is thus intended that the scope of the invention be limited not by this detailed description, but rather by the claims appended hereto.

What is claimed is:

1. A shock absorber apparatus for encapsulating a disc drive, wherein the disc drive has at least one critical region and at least one non-critical region, the shock absorbing apparatus comprising:

an enclosure sized to receive a disc drive therein, the enclosure being made of a shock absorbing material having a first portion having a first thickness adapted to contact and cover a critical region of the disc drive, and a second portion having a second thickness adapted to contact and cover a non-critical region of the disc drive, wherein the first portion has a greater thickness than the thickness of the second portion.

2. The shock absorber apparatus of claim 1 wherein the disc drive has a critical region that comprises a corner of the disc drive.

3. The shock absorber apparatus of claim 1 wherein the first thickness is greater than 30 mils and less than 500 mils.

4. The shock absorber apparatus of claim 1 wherein the shock absorbing material comprises a polymeric material selected from a group consisting of natural rubber, synthetic rubber, and plastic.

5. The shock absorber apparatus of claim 1 wherein the enclosure includes an aperture adapted for passing the disc drive therethrough into the enclosure.

6. A disc drive system comprising:

a disc drive;

a shock absorber enclosure enclosing the disc drive having first portions of a shock absorbing material having a first thickness adapted to contact and cover each critical region of the disc drive, and second portions of the shock absorbing material having a second thickness adapted to contact and cover each non-critical region of the disc drive, wherein the first portions have a greater thickness than the second portions.

7. The disc drive system of claim 6 wherein at least one critical region comprises a corner of the disc drive.

8. The disc drive system of claim 6 wherein the first thickness is greater than 30 mils and less than 500 mils.

9. The disc drive system of claim 6 wherein the shock absorber comprises material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic.

10. A shock absorber apparatus for encapsulating a disc drive, wherein the disc drive has at least one critical region and at least one non-critical region, the shock absorbing apparatus comprising:

a one piece molded polymeric generally box shaped enclosure sized to elastically receive and retain a disc drive therein, the enclosure being made of a shock absorbing material having a first portion having a first thickness adapted to contact and cover a critical region of the disc drive, and a second portion having a second thickness adapted to contact and cover a non-critical region of the disc drive, wherein the first portion has a greater thickness than the thickness of the second portion.

11. The apparatus according to claim 10 wherein the enclosure has a top portion, a bottom portion, a pair of opposite side walls and left and right end walls, and thickened corner portions between the side walls and end walls.

12. The apparatus according to claim 10 wherein the molded enclosure is made of EPDM rubber.

13. The apparatus according to claim 11 wherein the side walls and end walls each has an aperture therethrough.

14. A disk drive system comprising:

a disk drive; and

a shock absorbing means comprising a one piece molded polymeric structure having a box shaped molded body with a central cavity sized to elastically receive and hold the disc drive, enclosing a substantial portion of the disc drive.

15. A shock absorbing covering for encapsulating a disc drive, wherein the disc drive has a plurality of critical regions and a plurality of non-critical regions, the shock absorbing covering comprising:

an enclosure sized to receive a disc drive therein, the enclosure being made entirely of a flexible shock absorbing material, the enclosure including a plurality of first portions having a first thickness, each of the first portions covering and contacting a corresponding one of the plurality of critical regions, and a plurality of second portions each having a second thickness, each of the second portions covering and contacting a corresponding one of the plurality of non-critical regions, wherein the first portion has a greater thickness than the thickness of the second portion.

16. The shock absorbing covering of claim 15 wherein the first thickness is greater than 30 mils and less than 500 mils.

17. The shock absorbing covering of claim 15 wherein the flexible shock absorbing material comprises a material selected from a group consisting of natural rubber, synthetic rubber, and plastic.

18. The shock absorber covering of claim 15 wherein the covering includes an aperture adapted for passing the disc drive therethrough into the enclosure.

19. A disc drive system comprising:

a disc drive having a plurality of critical regions and a plurality of non-critical regions;

an enclosure sized to receive a disc drive therein, the enclosure being made entirely of a flexible shock absorbing material, the enclosure including a plurality of first portions having a first thickness, each of the first portions covering and contacting a corresponding one of the plurality of critical regions, and a plurality of second portions each having a second thickness, each of the second portions covering and contacting a corresponding one of the plurality of non-critical regions, wherein the first portion has a greater thickness than the thickness of the second portion.

20. The disc drive system of claim 19 wherein the disc drive includes at least one corner and wherein at least one of the critical regions comprises the at least one corner of the disc drive.

21. The disc drive system of claim 19 wherein the first thickness is greater than 30 mils and less than 500 mils.

22. The disc drive system of claim 19 wherein the flexible shock absorbing material comprises material selected from a group consisting essentially of natural rubber, synthetic rubber, and plastic.

* * * * *

# Ex. 14

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

US005596461A

## United States Patent [19]

### Stefansky

[11] Patent Number: 5,596,461

[45] Date of Patent: Jan. 21, 1997

[54] **SPACE EFFICIENT HOUSING CONFIGURATION FOR A DISK DRIVE #7**

[75] Inventor: F. Mark Stefansky, Longmont, Colo.

[73] Assignee: Seagate Technology, Inc., Scotts Valley, Calif.

[21] Appl. No.: 450,213

[22] Filed: May 25, 1995

[51] Int. Cl.$^6$ .................... G11B 17/02; G11B 33/00

[52] U.S. Cl. ......................... 360/97.01; 360/98.01

[58] Field of Search ................ 360/97.01, 98.01, 360/98.07–99.01, 99.12, 104–106, 137; 369/75.1, 258, 272, 292

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,025,335 | 6/1991 | Stefansky | 360/97.01 |
| 5,235,472 | 8/1993 | Smith | 360/60 |
| 5,396,384 | 3/1995 | Caldeira et al. | 360/98.01 |
| 5,412,522 | 5/1995 | Lockhart et al. | 360/97.01 |
| 5,414,574 | 5/1995 | Boutaghou et al. | 360/97.01 |
| 5,420,733 | 5/1995 | Knighton et al. | 360/97.01 |
| 5,488,523 | 1/1996 | Seaver et al. | 360/99.12 |

Primary Examiner—Jefferson Evans
Attorney, Agent, or Firm—Bill D. McCarthy; Edward P. Heller, III; Randall K. McCarthy

[57] **ABSTRACT**

A space efficient disk drive housing is described. The disk drive housing comprises a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions and a cover element comprising a top surface and side walls depending downwardly from the top surface. The cover element has length and width dimensions corresponding to the dimensions of the length and end portions of the base member so that the cover element can be secured to the base member to form the housing. The cover element is provided with a first raised portion to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly of a disk drive. Remaining portions of the top surface of the cover element providing a continuous, single PCB support surface. A set of support posts is provided on the cover element of the disk drive housing. The support posts are used to mount the disk drive to a host computer. The spindle motor and head stack assembly are mounted to the base member. The removal of the support posts from the base housing element mounting the spindle motor and head stack assembly, as done in conventional disk drives, frees up space on the base to permit greater flexibility in the placement of mechanical components of the disk drive.

**8 Claims, 3 Drawing Sheets**



**U.S. Patent**        Jan. 21, 1997      Sheet 1 of 3        5,596,461



FIG. 1

COR-ITC011170



FIG. 2

COR-ITC011171



COR-ITC011172

5,596,461

1

## SPACE EFFICIENT HOUSING
## CONFIGURATION FOR A DISK DRIVE #7

### FIELD OF THE INVENTION

The present invention is directed to disk drives. More particularly, the present invention provides a novel mechanical architecture for a disk drive housing. According to the architecture, the housing is configured in a manner that decreases the overall dimensions of the disk drive while accommodating the mounting of mechanical and electronic components required for operation of the disk drive.

### BACKGROUND OF THE INVENTION

Disk drives are commonly used in workstations, personal computers, laptops and other computer systems to store large amounts of data in a form that can be made readily available to a user. In general, a disk drive comprises a magnetic disk that is rotated by a spindle motor. The surface of the disk is divided into a series of data tracks. The data tracks are spaced radially from one another across a band having an inner diameter and an outer diameter. Each of the data tracks extends generally circumferentially around the disk and can store data in the form of magnetic transitions within the radial extent of the track on the disk surface.

An interactive element, such as a magnetic transducer, is used to sense the magnetic transitions to read data, or to transmit an electric signal that causes a magnetic transition on the disk surface, to write data. The magnetic transducer includes a read/write gap that contains the active elements of the transducer at a position suitable for interaction with the magnetic surface of the disk.

As known in the art, the magnetic transducer is mounted by a head structure to a rotary actuator arm and is selectively positioned by the actuator arm over a preselected data track of the disk to either read data from or write data to the preselected data track of the disk, as the disk rotates below the transducer. The head structure includes a slider having an air bearing surface that causes the transducer to fly above the data tracks of the disk surface due to fluid currents caused by rotation of the disk.

In modern high capacity disk drives, the spindle motor is arranged to mount a stack of axially aligned storage disks, with the storage disks in the stack being spaced from one another. The use of multiple disks increases the total disk surface available for the storage of data. A head stack assembly comprises a stack of actuator arms, each mounting a head or a pair of heads. The stack of actuator arms is arranged adjacent the stack of storage disks with each head being positioned by the respective actuator arm over the surface of a corresponding one of the disk surfaces. The spacing between any two opposed disks of the stack is sufficient to accommodate the placement of an actuator arm between the two disks of the stack to position each of a pair of heads opposite the surface of a respective one of two opposing disks in the stack.

A complete assembly of the head stack assembly and the stack of disks is called a head disk assembly. Typically, the spindle motor and head stack assembly are mounted on a mounting surface of a base plate to form the head disk assembly. The spindle motor is mounted on the mounting surface at a location that is proximate one end of the base plate and the head stack assembly is mounted at a location proximate the other end of the base plate. A cover having a top and side portions extending downwardly from the top, is

2

received over the spindle motor and head stack assembly, and is secured to the outer perimeter of the base plate to form a housing comprising the base plate and the top and side portions of the cover. In this manner, the housing encloses the spindle motor and head stack assembly of the head disk assembly in a protected environment.

The height of the head disk assembly, from the mounting surface of the base plate to the top most storage disk of the disk stack, must have a dimension that fits within the spacing between the base plate and the top of the cover. Typically, the extremities of the height dimension of each of the spindle motor and the head stack assembly exceed the extremities of the height dimension of the stack of disks. This is because the spindle motor mounts the disk or disks and has a greater height so that it can be mounted to the base plate at one end, and receive a clamp or other mechanical element at the other end, to secure the disk or disks to the spindle motor. In addition, the actuator structure must place an actuator arm/ head assembly both above the top most disk surface and below the bottom most disk surface of the stack of disks to permit the reading and writing of data from these surfaces. Thus, the extremities of the spindle motor and head stack assembly dictate the overall height of the disk drive housing. In conventional disk drive products, the spacing between the top of the cover and the base plate is maintained at a dimension suitable to fit the entire head disk assembly, over substantially the entire width and length of the disk drive housing.

A disk drive product also includes various electrical connectors to couple the disk drive to a host computer (i.e. the computer that is using the disk drive to store data). The connectors include a host connector, to form electrical paths for the transmission of commands and data between the disk drive and the host computer, and a power connector, to connect the disk drive to the power supply of the computer to energize the motors and circuits within the disk drive.

A printed circuit board (PCB) is mounted on the side of the base plate opposite to the side mounting the head disk assembly. The PCB is used to mount control electronics for controlled operation of the spindle motor and actuator arm positioning. The PCB also includes read/write channel and disk controller circuitry coupled to the read/write heads, to control the transfer of data between the data tracks of the storage disks and the host connector. In a conventional disk drive, the PCB is generally rectangular in shape and has width and length dimensions that are approximately equal to the width and length dimensions of the base plate.

Moreover, a set of support posts is arranged to extend downwardly from the base plate for use in securely mounting the disk drive within the host computer.

The total height, width and length of the connectors, base plate, PCB and cover of the disk drive must fit within a mounting space provided in the host computer. Thus, the smaller the overall dimensions of the disk drive, the less space required within the host computer to accommodate the drive. The trend in recent years has been to design and build disk drive products with high data storage capacities, but that are lightweight and compact in size to minimize the space requirements and weight addition imposed on computer systems using the disk drives for data storage.

In one recent proposal, the overall dimensions of the disk drive are reduced by providing several PCB segments and mounting the PCB segments within cutout portions formed in the disk drive housing. The PCB segment approach takes advantage of miniaturization of integrated circuits to implement PCB structures in less than the full length and width

COR-ITC011173

5,596,461

3

dimensions of the disk drive. However, this arrangement incurs added power requirements for transmission of signals between PCB boundaries and does not fully realize economic use of available space.

## SUMMARY OF THE INVENTION

The present invention provides a novel mechanical architecture for a disk drive housing that is based upon an efficiency in space utilization to accommodate the mounting of mechanical and electronic components of the disk drive in a minimum amount of volume. The present invention also recognizes and utilizes advances in integrated circuit miniaturization to configure PCB and housing elements in a manner that permits physical placement of disk drive components in a reduced amount of space.

In accordance with a feature of the present invention, a first raised portion of a housing element, such as a housing cover, is dimensioned to receive the top most portions of the spindle motor and actuator assembly, and includes a region that permits the movement of the top most actuator arm relative to a top disk surface. A second raised portion of the housing element, having a height dimension that is less than the height dimension of the first raised portion, is dimensioned to receive the top most disk(s) of a stack of disks.

A single PCB is arranged and configured to generally coincide with the surface area defined by the second raised portion. The PCB is mounted to the second raised portion, surrounds the first raised portion and has a height dimension that fits within the difference in height dimensions between the first and second raised portions. Advantage is taken of the miniaturization of integrated circuits to reduce the surface area of the PCB to within the surface area of the second raised portion. The first raised portion is configured to accommodate the height dimensions of the spindle motor and head stack assembly and occupies only as much space as required for this purpose. In this manner, the present invention makes a highly effective use of available space and eliminates the need to accommodate both the height of the spindle motor and head stack assembly and the mounting of a PCB to either a full side of a base plate or to be segmented into several portions arranged in various spaced recesses cut of housing surfaces.

In accordance with another feature of the present invention, a set of support posts is provided on a cover element of the disk drive housing. The spindle motor and head stack assembly are mounted to a base plate. The removal of the support posts from the base housing element mounting the spindle motor and head stack assembly, as done in conventional disk drives, frees up space on the base to permit greater flexibility in the placement of mechanical components of the disk drive.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 a perspective, exploded view of a representative disk drive according to the present invention.

FIG. 2 is a top view of the disk drive of FIG. 1, with the cover shown as being transparent to illustrate the structural features of the present invention.

FIGS. 3 is a side cross sectional view of the disk drive of FIG. 2.

## DETAILED DESCRIPTION

Referring now to the drawings, and initially to FIG. 1, there is illustrated an exemplary disk drive housing according to the present invention designated generally by the

4

reference numeral 20. The disk drive housing 20 encloses a stack of storage disks 22a–c. Each of the storage disks 22a–c is provided with a plurality of data tracks (not shown) to store user data in the form of magnetic transitions, as is well known.

A housing comprises a cover element 24 and a base plate 26. The base plate 26 is formed to include a raised portion 28 that covers a substantial portion of the top surface area of the base plate 24. The raised portion 28 provides structural integrity and strength to the base plate 26. As clearly shown in FIG. 1, the raised portion 28 of the base plate 26 is shaped to accommodate the mounting of a head stack assembly 36, as will be described, the forming of internally threaded posts 30 to secure the cover element 24 to the base plate, and the placement of a gasket 32 to seal the housing when the cover element 24 is secured to the base plate 26.

A spindle motor 34 is mounted to the base plate 26 to support the disks 22a–c for rotation, as well known in the art. The principal components of the head stack assembly 36 comprise a stack of actuator arms 36a–d, spacers 38a,b and an electric coil element 40. Each actuator arm 36a–d is suitable to mount a head gimble assembly (not shown) for reading and writing data to and from the surfaces of the disks 22a–c, also as well known in the art. A rotatable shaft 42 is mounted to the base plate 26 and supports the actuator arms 36a–d, spacers 38a,b and electric coil element 40 in an alternating arrangement for rotation as a stack, such that the actuator arm 36a is rotatably positioned above the top surface of the disk 22a, the actuator arm 36b is spaced from the actuator arm 36a by the spacer 38a and rotatably positioned between the disks 22a and b, the actuator arm 36c is spaced from the actuator arm 36b by the electric coil element 40 and rotatably positioned between the disks 22b and c and the actuator arm 36d is spaced from the actuator arm 36c by the spacer 38b and rotatably positioned below the bottom surface of the disk 22c.

A permanent magnet 44 is secured between two mounting plates 46a,b, which are, in turn, mounted to the base plate 26, as shown in FIG. 1. An electric coil portion 40a of the electric coil element 40 is sandwiched between the mounting plates 46a,b when the electric coil element 40 is mounted on the rotatable shaft 42. In this manner, a control signal applied to the electric coil portion 40a can be used to control the radial position of the head stack, as is well known:

As shown in the exemplary embodiment of the present invention depicted in FIG. 1, the shape of the raised portion 28 in the vicinity of the head stack assembly 36 and the spindle motor 34 provides space just sufficient to receive the lower most portions of the spindle motor 34 and the rotatable shaft 42, as well as the bottom actuator arm 36d with suitable clearance for rotation through an arc sufficient to move the actuator arm 36d from an inner diameter of the bottom disk 22c to an outer diameter of the disk 22c containing data tracks.

According to the present invention, the cover element 24 is formed to include a top surface comprising a first raised portion 48 and a second raised portion 50. A side wall 51 depends downwardly for the top surface to define an enclosed space between the cover element 24 and base plate 26 when the cover element 24 is positioned on the base plate 26. The first raised portion 48 is formed to provide sufficient height, when the cover element 24 is secured to the base plate 26, to receive the topmost portions of the spindle motor 34 and head stack assembly 36 and to accommodate rotation of the top actuator arm 36a through an arc sufficient to move the actuator arm 36a from an inner diameter of the top disk

COR-ITC011174

5,596,461

5

22a to an outer diameter of the disk 22a containing data tracks. As shown in the exemplary embodiment of the present invention depicted in FIG. 1, the shape of the raised portion 28 of the base plate 26 corresponds to the shape of the first raised portion 48 of the cover element 24 to provide a shaped region of the housing 20 with a total height dimension relative to the spindle motor 34 and head stack assembly 36, that is just sufficient for those elements.

The second raised portion 50 of the cover element 24 is shaped to provide a sufficient height dimension, when the cover element 24 is secured to the base plate 26, to receive the top disk 22a and the permanent magnet 44/mounting plate 46a,b assembly. As shown in FIG. 1, the raised portion 28 of the base plate 26 is formed to a shape that corresponds to the shape of the second raised portion 50 to provide a total height dimension relative to the disk stack and permanent magnet 44/mounting plate 46a,b assembly that is just sufficient for those elements.

A PCB 52 is provided to mount control electronics for controlled operation of the spindle motor 34 and the electric coil portion 40a. The PCB 52 is also used to mount read/write channel circuitry to control the transfer of data to and from the data tracks of the storage disks 22a–c. The control electronics and read/write channel circuitry as well as the manner for coupling these components to one another on the PCB 52 and to the various components of the disk drive are well known in the art.

The PCB 52 is also provided with a pin connector 54. The pin connector 54 is used to couple the disk drive electronics to a host computer (i.e. the computer that is using the disk drive to store data). The pin connector 54 includes a host connector, to form electrical paths for the transmission of commands and data between the disk drive and the host computer, and a power connector, to connect the disk drive to the power supply of the computer to energize the motors and circuits within the disk drive.

The PCB 52 is shaped to generally coincide with the shape of the second raised portion 50 such that the PCB 52 can be supported on the surface of the second raised portion 50 and surround the first raised portion when the PCB 52 is mounted to the disk drive housing 20. Moreover, the overall height of the PCB 52 is dimensioned to fit within the height difference between the first and second raised portions 48, 50. In this manner, a highly efficient use of space is achieved by providing housing height dimensions that precisely coincide with the height requirements of various components of the disk drive.

A portion 56 of the top surface of the cover element 24 that is not occupied by either the first and second raised portions 48, 50 is used to receive the pin connector 54 and any connecting elements (not shown) on the PCB 52 used to couple the electronics on the PCB 52 to the head stack assembly 36. To that end, an opening 58 is formed in the portion 56 to run any wiring (not shown) that may be necessary to couple the PCB 52 to the head stack assembly 36 within the housing 20.

A set of openings 60 is formed along the outer perimeter of the cover element 24 at positions that are aligned with the internally threaded posts 30 of the base plate 26 when the cover element 24 is placed onto the base plate 26. Screws (not shown) can be used to secure the cover element 24 to the base plate 26 via the aligned opening, internally threaded post arrangement.

In accordance with another feature of the present invention, openings 62 are formed in the pin connector 54. The openings 62 are arranged to align with corresponding open-

6

ings 60 and internally threaded posts 30 of the cover element 24 and base plate 26, respectively, as shown in FIG. 1. The openings 62 permit the pin connector 54, and the attached PCB 52, to be secured to the disk drive housing 20 via screws received through the openings 62 and the corresponding openings 60, and threaded into the corresponding posts 30. In conventional disk drives, the connectors are typically mounted to the PCB, and do not have a secure mounting directly to the housing as provided by this feature of the present invention.

Pursuant to the present invention, a set of support posts 64 is formed at the outer perimeter of the cover element 24 for use in mounting the disk drive in a host computer. When installed in a host computer, the disk drive housing 20 is positioned so that the support posts 64 align with corresponding openings formed in the host computer. The support posts 64 include internally threaded openings to receive screws applied through the host computer openings. In conventional disk drives, the support posts are formed on the base plate and occupy space within the regions of the base plate where the spindle motor and head stack assembly are located. By moving the support posts 64 to the housing element (e.g. the cover element 24 in the exemplary embodiment of the present invention) opposite to the mounting element for the spindle motor and head stack assembly (e.g. the base plate 26 in the exemplary embodiment of the present invention), more space is available for mounting disk stack assembly components. The additional space availability can be used to increase flexibility in design configurations for the disk stack assembly.

FIGS. 2 and 3 provide additional views of the exemplary disk drive housing embodying an example of the present invention. It will be clear that the present invention is well adapted to carry out the objects and attain the ends and advantages mentioned as well as those inherent therein. While a presently preferred embodiment has been described for purposes of this disclosure, numerous changes may be made which will readily suggest themselves to those skilled in the art and which are encompassed in the spirit of the invention disclosed and as defined in the appended claims.

What is claimed is:

1. A disk drive housing, comprising:

a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and

a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corresponding to the dimensions of the length and end portions of the base member;

the cover element being received onto and secured to the base member to form the housing;

the top surface of the cover element including a first raised portion to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly;

remaining portions of the top surface of the cover element being generally parallel to said first raised portion and providing a continuous, single PCB support surface.

2. The disk drive housing of claim 1 wherein the remaining portions of the top surface include a second raised portion to provide a height dimension within the housing sufficient for topmost portions of a stack of disks of the disk stack assembly, the first raised portion being higher than the second raised portion.

3. The disk drive housing of claim 2, wherein the cover element and base member further comprise aligned openings

COR-ITC011175

5,596,461

7

usable to secure the cover element to the base member to form the housing, and wherein the disk drive housing further comprises a PCB including an attached connector, the connector including openings aligned with at least certain ones of the openings of the base member and cover element for mounting the connector directly to the top surface of the cover element when the openings of the base member and cover element are used to secure the base member to the cover element.

4. The disc drive housing of claim 3, wherein the PCB is mounted over at least selected portions of the second raised portion of the top surface of the cover element.

5. The disk drive housing of claim 1 wherein the first raised portion of the top surface has a preselected shape and the base member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing sufficient for the height of the spindle motor and head stack assembly of the disk stack assembly.

6. A disk drive housing, comprising:

a base member having a top, a bottom, and an outer perimeter having length and end portions of preselected dimensions; and

a cover element comprising a top surface and side walls depending downwardly from the top surface, the cover element having length and width dimensions corre-

8

sponding to the dimensions of the length and end portions of the base member;

the cover element being received onto and secured to the base member to form the housing;

the top surface of the cover element including a first raised portion having a preselected shape to provide a height dimension within the housing sufficient for topmost portions of a spindle motor and head stack assembly of a disk stack assembly, the shape of the first raised portion being just sufficient to provide adequate height for the spindle motor and head stack assembly of the disk stack assembly, remaining portions of the top surface of the cover element being generally parallel to said first raised portion and providing a continuous, single PCB support surface.

7. The disk drive housing of claim 6 wherein the base member includes a raised portion defining a recess aligned with the first raised portion and having a shape corresponding to the preselected shape of the first raised portion to provide a total height dimension within the housing just sufficient for the height of the spindle motor and head stack assembly of the disk stack assembly.

8. The disc drive housing of claim 6, wherein the cover element further includes a set of support posts usable to mount the disk drive housing in a host computer.

* * * * *

COR-ITC011176

# Ex. 15

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Ex. 16

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because
they contain confidential information
subject to the protective order*

*There is no public version of the document that is available.*

# Ex. 17

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because
they contain confidential information
subject to the protective order*

*There is no public version of the document that is available.*

# Ex. 18

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Ex. 19

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Ex. 20

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***