# Ex. 27

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Ex. 28

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Ex. 29

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

# Ex. 30

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because
they contain confidential information
subject to the protective order*

*There is no public version of the document that is available.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

         Plaintiff,

   v.

CORNICE, INC.

         Defendant.

C.A. No. 04-418 (SLR)

**CONFIDENTIAL**
**FILED UNDER SEAL**

**DECLARATION OF DAVID B. BOGY, PH.D. REGARDING PLAINTIFF
SEAGATE TECHNOLOGY LLC'S RESPONSE TO CORNICE, INC.'S
MOTION FOR SUMMARY JUDGMENT [NO. 1] OF NON-INFRINGEMENT
OF U.S. PATENT NOS. 6,146,754 AND 5,600,506 PURSUANT TO LICENSE**

I, DAVID B. BOGY, Ph.D, declare as follows:

1.  My name is David B. Bogy and I am a Professor of Mechanical Engineering at the University of California, Berkeley and currently hold the title of the William S. Floyd, Jr. Distinguished Professor of Engineering. I have been retained as an expert in this action by Plaintiff Seagate Technology, LLC. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2.  I hereby incorporate by reference the excerpts of my expert report attached as Ex. 28 to the Declaration of Timothy Devlin in Support of Seagate's Response to Defendant Cornice's Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patent Nos. 6,146,754 and 5,600,506 Pursuant to License.

3.  I believe the statements made in the attached report excerpts are true and correct, and I am prepared to testify regarding their subject matter, if asked to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in Berkeley, California on this 16th day of December, 2005.

_____
David B. Bogy, Ph.D.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

        Plaintiff,

    v.

CORNICE, INC.

        Defendant.

C.A. No. 04–418 (SLR)

**CONFIDENTIAL
FILED UNDER SEAL**

**DECLARATION OF NORM V. GITIS, PH.D. REGARDING PLAINTIFF
SEAGATE TECHNOLOGY LLC'S RESPONSE TO CORNICE, INC.'S
MOTION FOR SUMMARY JUDGMENT [NO. 1] OF NON-INFRINGEMENT
OF   U.S. PATENT NOS. 6,146,754 AND 5,600,506 PURSUANT TO LICENSE**

I, NORM V. GITIS, Ph.D, declare as follows:

1.      My name is Norm V. Gitis and I am the President, CEO and Founder of Center for Tribology, Inc. in Campbell, California.  I have been retained as an expert in this action by Plaintiff Seagate Technology, LLC.  I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2.      I hereby incorporate by reference the excerpts of my expert report attached as Ex. 29 to the Declaration of Timothy Devlin in Support of Seagate's Response to Defendant Cornice's Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patent Nos. 6,146,754 and 5,600,506 Pursuant to License.

3.      I believe the statements made in the attached report excerpts are true and correct, and I am prepared to testify regarding their subject matter, if asked to do so.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in _____Campbell, CA  USA_____ on this _16_ day of December, 2005.


_norm Gitis_
Norm V. Gitis, Ph.D.

# Ex. 33

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

        Plaintiff,

    v.

CORNICE, INC.

        Defendant.

C.A. No. 04-418 (SLR)


**CONFIDENTIAL
FILED UNDER SEAL**


**DECLARATION OF DAVID E. LAUGHLIN, PH.D. REGARDING PLAINTIFF
SEAGATE TECHNOLOGY LLC'S RESPONSE TO CORNICE, INC.'S
MOTION FOR SUMMARY JUDGMENT [NO. 1] OF NON-INFRINGEMENT
OF   U.S. PATENT NOS. 6,146,754 AND 5,600,506 PURSUANT TO LICENSE**

I, DAVID E. LAUGHLIN, Ph.D, declare as follows:

      1.     My name is David E. Laughlin and I am a professor at Carnegie Mellon University with a dual title of Professor of Materials Science and Engineering and ALCOA Professor of Physical Metallurgy.  I have been retained as an expert in this action by Plaintiff Seagate Technology, LLC.  I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

      2.     I hereby incorporate by reference the expert report attached as Ex. 27 to the Declaration of Timothy Devlin in Support of Seagate's Response to Defendant Cornice's Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patent Nos. 6,146,754 and 5,600,506 Pursuant to License.

      3.     I believe the statements made in the attached report are true and correct, and I am prepared to testify regarding their subject matter, if asked to do so.


      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in Pittsburgh, Pennsylvania, on this 16th day of December, 2005.

_____
David E. Laughlin

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

          Plaintiff,

    v.

CORNICE, INC.

          Defendant.

C.A. No. 04-418 (SLR)

**CONFIDENTIAL
FILED UNDER SEAL**

**DECLARATION OF WILLIAM C. MESSNER, PH.D. REGARDING
PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE TO CORNICE,
INC.'S MOTION FOR SUMMARY JUDGMENT [NO. 1] OF NON-
INFRINGEMENT OF U.S. PATENT NOS. 6,146,754 AND 5,600,506
PURSUANT TO LICENSE**

I, WILLIAM C. MESSNER, Ph.D, declare as follows:

1.    My name is William C. Messner and I am a professor at Carnegie Mellon University in the Department of Mechanical Engineering.  I have been retained as an expert in this action by Plaintiff Seagate Technology, LLC.  I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2.    I hereby incorporate by reference the excerpts of my expert report attached as Ex. 30 to the Declaration of Timothy Devlin in Support of Seagate's Response to Defendant Cornice's Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patent Nos. 6,146,754 and 5,600,506 Pursuant to License.

4.    I believe the statements made in the attached report excerpts are true and correct, and I am prepared to testify regarding their subject matter, if asked to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in Brookline, Massachusetts on this 16th day of December, 2005.

_William C. Messner_
William C. Messner

# Ex. 35

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S OPPOSITION TO CORNICE'S MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS.
6,146,754 AND 5,600,506 PURSUANT TO LICENSE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | C.A. No. 04-418 (SLR) |
| Plaintiff, | |
| v. | |
| CORNICE, INC. | CONFIDENTIAL<br>FILED UNDER SEAL |
| Defendant. | |

**DECLARATION OF ROGER S. SMITH, PH.D. REGARDING PLAINTIFF
SEAGATE TECHNOLOGY LLC'S RESPONSE TO CORNICE, INC.'S
MOTION FOR SUMMARY JUDGMENT [NO. 1] OF NON-INFRINGEMENT
OF  U.S. PATENT NOS. 6,146,754 AND 5,600,506 PURSUANT TO LICENSE**

I, ROGER S. SMITH, declare as follows:

1.    My name is Roger S. Smith and I am counsel to the law firm of Morgan and Finnegan, L.L.P. and formerly Assistant General Counsel for the IBM Company with worldwide responsibility for its intellectual property affairs. I have been retained as an expert in this action by Plaintiff Seagate Technology, LLC. I make this declaration of my own personal knowledge, and if called upon as a witness would competently testify to the facts set forth below.

2.    I hereby incorporate by reference the excerpts of my expert report attached as Ex. 16 to the Declaration of Timothy Devlin in Support of Seagate's Response to Defendant Cornice's Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patent Nos. 6,146,754 and 5,600,506 Pursuant to License.

4.    I believe the statements made in the attached report excerpts are true and correct, and I am prepared to testify regarding their subject matter, if asked to do so.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed by me in _BEACH HAVEN, NEW JERSEY_ on this _16_ day of December, 2005.

Roger S. Smith