# Morris, Nichols, Arsht & Tunnell

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Julia Heaney
302 575 7221
302 425 3004 Fax
jheaney@mnat.com

December 30, 2005

**BY HAND**

Dr. Peter T. Dalleo
Clerk
United States District Court
844 N. King Street
Wilmington, DE 19801

    Re:    <u>Seagate Technology LLC v. Cornice, Inc.; C.A. 04-418 (SLR)</u>

Dear Dr. Dalleo:

    It has come to our attention that an incorrect version of Defendant Cornice, Inc.'s Opening Claim Construction Brief For U.S. Patent No. 6,744,606 (D.I. 176) was filed under seal on November 21, 2005. Please replace that document, and the copy that was provided to Judge Robinson's chambers, with the enclosed copies of the correct version of that brief.

                              Respectfully,

                                Julia Heaney

JH/dal
Enclosures
499745

cc:    William J. Marsden, Jr., Esquire (By Hand)
        Ruffin B. Cordell, Esquire (By Federal Express)
        David C. Radulescu, Esquire (By Federal Express)