# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**BY EMAIL AND HAND DELIVERY**

January 3, 2006

Clerk of the Court
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   Seagate Technology/Cornice, Inc.
       USDC-D. Del. - C.A. No. 04-418 (SLR)

Dear Sir or Madam:

Enclosed for filing please find a redacted version of Plaintiff Seagate Technology LLC's Response Brief Regarding Construction Of Disputed terms In U.S. Patent No. 6,744,606.  Defendant Cornice asserts that the brief  filed on December 16, 2005, also titled Plaintiff Seagate Technology LLC's Response Brief Regarding Construction Of Disputed terms in U.S. Patent No. 6,744,606 (D.I. 242), contains privileged communications.  Seagate therefore requests that the Court destroy the December 16, 2005 version of Plaintiff Seagate Technology LLC's Response Brief Regarding Construction Of Disputed terms In U.S. Patent No. 6,744,606, and replace it with the redacted version attached hereto.

Respectfully submitted,

/s/ Timothy Devlin

Timothy Devlin

TXD/jrm

Enclosure

cc:   Jack Blumenfeld, Esquire (w/encl. via email and hand delivery)
       David C. Radulescu, Esquire (w/encl. via email and Federal Express)
       Russell Wheatley, Esquire (w/encl. via email and Federal Express)
       Mathew D. Powers, Esquire  (w/enc. via email and Federal Express)

80029220.doc