IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>   Plaintiff,<br><br> v.<br><br>CORNICE, INC.,<br><br>   Defendant. | Civil Action No. 04-418-SLR |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 6th day of January, 2006, true and correct copies of **PLAINTIFF SEAGATE TECHNOLOGY LLC'S FIRST AMENDED LIST OF REBUTTAL FACT WITNESSES** was caused to be served on the attorneys of record, at the following addresses and the manner indicated:

### BY EMAIL

Jack B. Blumenfeld, Esquire    Attorneys for Defendant
MORRIS NICHOLS ARSHT &    Cornice, Inc.
TUNNELL
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

Matthew D. Powers
Jason D. Kipnis
WEIL, GOTSHAL & MANGES LLP   Attorneys for Defendant
201 Redwood Shores Parkway    Cornice, Inc.
Redwood Shores, CA  94065

Russell Wheatley          Attorneys for Defendant
WEIL, GOTSHAL & MANGES LLP   Cornice, Inc.
700 Louisiana, Suite 1600
Houston, TX  77002

David C. Radulescu           Attorneys for Defendant
Alan J. Weinschel           Cornice, Inc.
Arlene Hahn
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY  10153


Dated:  January 12, 2006       FISH & RICHARDSON P.C.


By: */s/ Timothy Devlin*
    William J. Marsden (#2247)
    Thomas L. Halkowski (#4099)
    Timothy Devlin (#4241)
    Fish & Richardson P.C.
    919 N. Market Street, Suite 1100
    Wilmington, DE 19899-1114

    Roger S. Borovoy
    David M. Barkan
    D. Austin Horowitz
    Fish & Richardson P.C.
    500 Arguello Street
    Redwood City, CA 94063-1526

    Ruffin B. Cordell
    Brian R. Nester
    Rama G. Elluru (Admitted only in Texas)
    Timothy W. Riffe
    Rudhir B. Patel (Admitted only in New York)
    Fish & Richardson P.C.
    1425 K Street NW, Suite 1100

    Edmond Bannon
    Lewis E. Hudnell, III
    Citigroup Center - 52nd Floor
    153 East 53rd Street
    New York, NY 10022-4611

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2006, I electronically filed a **Notice of Service** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following. In addition the filing will also be sent via hand delivery:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on January 12, 2006, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Matthew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77001 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

*/s/ Timothy Devlin*
Timothy Devlin

80020289.doc