# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**BY HAND DELIVERY**

January 19, 2006

Clerk of the Court
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   Seagate Technology/Cornice, Inc.
      USDC-D. Del. - C.A. No. 04-418 (SLR)

Dear Sir or Madam:

Enclosed please find a redacted version of Plaintiff Seagate Technology LLC's Response Brief Regarding Construction Of Disputed terms In U.S. Patent No. 6,744,606, to substitute the brief which Seagate filed under seal with the Court on December 16, 2005 (D.I. No. 242).

This redacted brief has already been filed to replace the redacted version of Plaintiff Seagate Technology LLC's Response Brief Regarding Construction Of Disputed terms in U.S. Patent No. 6,744,606 (originally D.I. No. 288, which is now D.I. No. 307) and filed on January 4, 2006. This same enclosed brief should also replace the original unredacted version (D.I. No. 242).

Pursuant to the parties inadvertent disclosure agreement, Seagate respectfully requests that all copies of D.I. No. 242 be retrieved from the Judge's Chambers and destroyed in accordance with this request. Defendant Cornice contends they contain privileged communications.

Please feel free to contact me or my office if you have any questions regarding this request. We thank you for your attention to this issue.

Respectfully submitted,

*/s/ Timothy Devlin*

Timothy Devlin

TXD/slm

Enclosure


cc:   Jack Blumenfeld, Esquire (w/encl. via email and hand delivery)
      David C. Radulescu, Esquire (w/encl. via email)
      Russell Wheatley, Esquire (w/encl. via email)
      Mathew D. Powers, Esquire  (w/enc. via email)