# Exhibit Y

# BLACK'S
# LAW DICTIONARY®

Definitions of the Terms and Phrases of
American and English Jurisprudence,
Ancient and Modern

By

HENRY CAMPBELL BLACK, M. A.

## SIXTH EDITION

### BY

### THE PUBLISHER'S EDITORIAL STAFF

Coauthors

**JOSEPH R. NOLAN**

Associate Justice, Massachusetts Supreme Judicial Court

and

**JACQUELINE M. NOLAN–HALEY**

Associate Clinical Professor,
Fordham University School of Law

———

Contributing Authors

**M. J. CONNOLLY**
Associate Professor (Linguistics),
College of Arts & Sciences, Boston College

**STEPHEN C. HICKS**
Professor of Law, Suffolk University
Law School, Boston, MA

**MARTINA N. ALIBRANDI**
Certified Public Accountant, Bolton, MA

ST. PAUL, MINN.
WEST PUBLISHING CO.
1990

"BLACK'S LAW DICTIONARY" is a registered trademark of West
Publishing Co.  Registered in U.S. Patent and Trademark Office.

COPYRIGHT © 1891, 1910, 1933, 1951, 1957, 1968, 1979 WEST PUBLISHING CO.
COPYRIGHT © 1990 By WEST PUBLISHING CO.

610 Opperman Drive
P.O. Box 64526
St. Paul, MN 55164–0526

All rights reserved
Printed in the United States of America

**Library of Congress Cataloging-in-Publication Data**

Black, Henry Campbell,  1850–1927.
    [Law dictionary]
    Black's law dictionary / by Henry Campbell Black. — 6th ed. / by
the publisher's editorial staff ; contributing authors, Joseph R.
Nolan ... [et al.]
        p.   cm.
    ISBN 0–314–76271–X
    1. Law—United States—Dictionaries.  2. Law—Dictionaries.
I. Nolan, Joseph R.  II. Title.
KF156.B53  1990
340'.03—dc20                                    90–36225
                                                    CIP


**ISBN** 0–314–76271–X

**ISBN** 0–314–77165–4 deluxe


Black's Law Dictionary 6th Ed.
6th Reprint—1992

Sureties who bind themselves to the sheriff to secure the defendant's appearance, or his putting in bail to the action on the return-day of the writ.

*Civil bail.* See that title.

*Common bail.* Fictitious sureties formally entered in the proper office of the court. *See Bail common, above.*

*Special bail.* Responsible sureties who undertake as bail above. Persons who undertake jointly and severally in behalf of a defendant arrested on mesne process in a civil action that, if he be condemned in the action, he shall pay the costs and condemnation (that is, the amount which may be recovered against him), or render himself a prisoner, or that they will pay it for him. 3 Bl.Comm. 291. *See Bail to the sheriff or bail below, above.*

*Straw bail.* Nominal or worthless bail. In English law, irresponsible persons, or men of no property, who make a practice of posting bail for any one who will pay them a fee therefor, and who originally, as a mark of their purpose, wore straw in their shoes.

**Bailable.** Capable of being bailed; admitting of bail; authorizing or requiring bail.

**Bailable action.** One in which the defendant is entitled to be discharged from arrest only upon giving bond to answer.

**Bailable offense.** One for which the prisoner may be admitted to bail.

**Bailable process.** Such as requires the officer to take bail, after arresting the defendant. That under which the sheriff is directed to arrest the defendant and is required by law to discharge him upon his tendering suitable bail as security for his appearance.

**Bail bond.** *See Bail.*

**Bailee.** In the law of contracts, one to whom goods are bailed; one to whom goods are entrusted by a bailor; the party to whom personal property is delivered under a contract of bailment. A species of agent to whom something movable is committed in trust for another. Smith v. State, 78 Okl.Cr. 343, 148 P.2d 206, 208. Under U.C.C., a person who by warehouse receipt, bill of lading or other document of title acknowledges possession of goods and contracts to deliver them. The transferee of goods under a bailment, including a warehouseperson or a carrier. U.C.C. § 7–102. *See Gratuitous bailee.*

**Bailee for hire.** A person to whom possession of personal property is transferred and who is compensated for caring for such property; *e.g.* a mechanic to whom an automobile is entrusted for repairs is a bailee for hire. *See also* Bailment *(Bailment for mutual benefit).*

**Bailee policies.** Floating insurance policies which cover goods while in possession of bailee without particular description in the policy. Gillespie v. Federal Compress & Warehouse Co., 37 Tenn.App. 476, 265 S.W.2d 21, 27.

**Bailee's lien.** Bailee's right (usually statutory) to retain bailed goods for payment of services.

**Bailiff.** A court officer or attendant who has charge of a court session in the matter of keeping order, custody of the jury, and custody of prisoners while in the court. One to whom some authority, care, guardianship, or jurisdiction is delivered, committed, or intrusted. One who is deputed or appointed to take charge of another's affairs; an overseer or superintendent; a keeper, protector, or guardian; a steward.

A person acting in a ministerial capacity who has by delivery the custody and administration of lands or goods for the benefit of the owner or bailor, and is liable to render an account thereof.

*Bailiff-errant.* A bailiff's deputy.

*Bailiffs of franchises.* In old English law, officers who performed the duties of sheriffs within liberties or privileged jurisdictions, in which formerly the king's writ could not be executed by the sheriff.

*Bailiffs of hundreds.* In old English law, officers appointed over hundreds, by the sheriffs, to collect fines therein, and summon juries; to attend the judges and justices at the assises and quarter sessions; and also to execute writs and process in the several hundreds. 1 Bl.Comm. 345.

*Bailiffs of manors.* In old English law, stewards or agents appointed by the lord (generally by an authority under seal) to superintend the manor, collect fines, and quit rents, inspect the buildings, order repairs, cut down trees, impound cattle trespassing, take an account of wastes, spoils, and misdemeanors in the woods and demesne lands, and do other acts for the lord's interest.

*High bailiff.* An officer formerly attached to an English county court. His duties were to attend the court when sitting; to serve summonses; and to execute orders, warrants, writs, etc. He also had similar duties under the bankruptcy jurisdiction of the county courts.

*Special bailiff.* A deputy sheriff, appointed at the request of a party to a suit, for the special purpose of serving or executing some writ or process in such suit.

**Bailivia** /beyliviyə/. In old law, a bailiff's jurisdiction, a bailiwick; the same as *bailium. See Bailiwick.*

In old English law, a liberty, or exclusive jurisdiction, which was exempted from the sheriff of the county, and over which the lord of the liberty appointed a bailiff with such powers within his precinct as an under-sheriff exercised under the sheriff of the county.

**Bailiwick** /béyləwik/. A territorial segment over which a bailiff or sheriff has jurisdiction; not unlike a county in today's governmental divisions.

**Bailment.** A delivery of goods or personal property, by one person (bailor) to another (bailee), in trust for the execution of a special object upon or in relation to such goods, beneficial either to the bailor or bailee or both, and upon a contract, express or implied, to perform the trust and carry out such object, and thereupon either to redeliver the goods to the bailor or otherwise dispose of the same in conformity with the purpose of the trust.

**BAILMENT**                                                                    142

The bailee is responsible for exercising due care toward the goods.

Delivery of personalty for some particular use, or on mere deposit, upon a contract, express or implied, that after purpose has been fulfilled it shall be redelivered to the person who delivered it, or otherwise dealt with according to his directions, or kept until he reclaims it, as the case may be. Simpkins v. Ritter, 189 Neb. 644, 204 N.W.2d 383, 385.

Generally, no fiduciary relationship is created by a bailment and hence it is not accurate to refer to the transfer as "in trust", because no trustee-beneficiary relationship is created.

*See also* Pawn; Pledge.

*Actual bailment.* One which exists where there is either: (a) an "actual delivery," consisting in giving to the bailee or his agent the real possession of the chattel, or (b) a "constructive delivery," consisting of any of those acts which, although not truly comprising real possession of the goods transferred, have been held by legal construction equivalent to acts of real delivery.

*Bailment for hire.* A contract in which the bailor agrees to compensate the bailee. *See also* Bailee for hire, *supra*; and *Bailment for mutual benefit, below.*

*Bailment for mutual benefit.* One in which the parties contemplate some price or compensation in return for benefits flowing from the bailment, necessarily involving an express or implied agreement or undertaking to that effect. For example, delivery of automobile to one who, for a consideration, undertakes to repair it.

*Bailment lease.* A legal method by which one desiring to purchase an article but unable to pay therefor at the time, may secure possession thereof with the right to use and enjoy it as long as he pays stipulated rentals and becomes absolute owner after completing such installment payments, on payment of an additional sum which may be nominal. This right or option is common in auto lease agreements.

*Constructive bailment.* One arising where the person having possession of a chattel holds it under such circumstances that the law imposes upon him the obligation to deliver it to another. Wentworth v. Riggs, 159 App.Div. 899, 143 N.Y.S. 955, 956. *See also Involuntary bailment, below.*

*Gratuitous bailment.* Another name for a depositum or naked bailment, which is made only for the benefit of the bailor and is not a source of profit to the bailee.

*Involuntary bailment.* One arising by the accidental leaving of personal property in the possession of any person without negligence on the part of its owner. *See Constructive bailment, above.*

*Lucrative bailment.* One which is undertaken upon a consideration and for which a payment or recompense is to be made to the bailee, or from which he is to derive some advantage. *See Bailment for hire, above.*

*Special bailment.* In general, a bailment in which by law a bailee is given greater duties and liabilities than those imposed on an ordinary bailee. Innkeepers and common carrier bailees are examples.

**Bailor.** The party who *bails* or delivers goods to another (bailee) in the contract of bailment. The transferor of goods under a bailment.

**Bailout.** Various procedures whereby the owners of an entity can obtain its profits with favorable tax consequences. With corporations, for example, the bail-out of corporate profits without dividend consequences might be the desired objective. The alternative of distributing the profits to the shareholders as dividends generally is less attractive, since dividend income is taxed as ordinary income. *See* Preferred stock (*Preferred stock bailout*).

Acquisition of a corporation for the principal purpose of favorable tax consequences by securing benefits of deduction, credit or other allowance which the acquiring corporation would not otherwise enjoy. I.R.C. § 269.

**Bailout stock.** When preferred stock is issued as a stock dividend and is non-taxable, it is called bailout stock. I.R.C. § 305.

**Bait and switch.** A deceptive sales practice. Such tactic usually involves advertising a low-priced product to lure customers to a store, then inducing them to buy higher-priced models by failing to stock sufficient quantities of the lower-priced item to satisfy demand, or by disparaging the less-expensive product. Such practices are prohibited by statute in most states. *See* Model Penal Code § 224.7(5). Tashof v. F. T. C., 437 F.2d 707, 709.

**Balance.** The difference between the sum of debit entries minus the sum of credit entries in an account. If positive, the difference is called a debit balance; if negative, a credit balance.

Often used in the sense of residue or remainder, and, in a general sense, may be defined as what remains or is left over.

*See also* Average daily balance.

*Balance of payments.* The difference between all payments made by one nation to all other nations in the world and the payments made to that nation by all other nations. An official accounting record that follows double-entry bookkeeping practices and records all of a country's foreign transactions. The country's exports are recorded as credits and imports as debits.

*Balance of power.* In international law, a distribution and an opposition of forces, forming one system, so that no nation or country shall be in a position, either alone or united with others, to impose its will on any other nation or country or interfere with its independence. *See also* Separation of powers.

*Balance of trade.* Part of the balance of payments. It shows the net figure for the value of all the goods imported and exported by one nation. An excess of imports over exports constitutes a trade deficit.

*Balance sheet.* A statement of financial position of any economic unit, disclosing as at a given moment of time,

People v. Hamilton, Gen.Sess., 30 N.Y.S.2d 155, 158; one which suggests to witness answer desired, or a question admitting of being answered by a simple "yes" or "no". Boone v. State, 223 A.2d 476, 492.

Leading questions are usually deemed improper on the direct examination of a witness except as may be necessary to develop the witnesses' testimony. Ordinarily leading questions are permitted on cross-examination. When a party calls a hostile witness, an adverse party, or a witness identified with an adverse party, interrogation may be by leading questions. Fed.Evid.R. 611(c).

Even on direct examination, leading questions may be permitted if the witness is very young, mentally disabled, or unfamiliar with the language spoken. And may, in certain circumstances, also be permitted to facilitate a witness's introduction of subject of inquiry; e.g., police officer may be led as to activities leading up to events in dispute in order to save time.

**League.** An association or treaty of alliance between different nations, states, organizations, sports teams, or parties. See also Compact; Treaty.

A measure of distance, varying in different countries (equal to about three statute miles).

**Leakage.** The waste or diminution of a liquid caused by its leaking from the cask, barrel, or other vessel in which it was placed. Also an allowance made to an importer of liquids, at the custom-house, in the collection of duties, for his loss sustained by the leaking of the liquid from its cask or vessel.

**Leal** /l(w)eyál/. L. Fr. Loyal; that which belongs to the law.

**Lealte** /líy(ə)ltiy/. L. Fr. Legality; the condition of a legalis homo, or lawful man.

**Lean.** To incline in opinion or preference. A court is sometimes said to "lean against" a doctrine, construction, or view contended for, whereby it is meant that the court regards it with disfavor or repugnance, because of its inexpedience, injustice, or inconsistency.

**Leap-year.** See Bissextile.

**Learn.** To gain knowledge or information of; to ascertain by inquiry, study, or investigation.

**Learned.** Possessing learning; erudite; versed in the law; informed. In statutes prescribing the qualifications of judges, "learned in the law" designates one who has received a regular legal education, the almost invariable evidence of which is the fact of his admission to the bar.

**Learning.** Legal doctrine.

**Lease.** Any agreement which gives rise to relationship of landlord and tenant (real property) or lessor and lessee (real or personal property). Smith v. Royal Ins. Co., C.C.A.Cal., 111 F.2d 667, 671. A contract for exclusive possession of lands, tenements or hereditaments for life, for term of years, at will, or for any interest less than that of lessor, usually for a specified rent or compensation. Feeley v. Michigan Ave. Nat. Bank, 1 Dist.,

141 Ill.App.3d 187, 95 Ill.Dec. 542, 545, 490 N.E.2d 15, 18. Contract wherein one lets to the other a certain space, property or building for specified unit of time, generally a week, month or year. Spiers v. Lake Shore Enterprises, Inc., La.App., 210 So.2d 901, 903. Agreement under which owner gives up possession and use of his property for valuable consideration and for definite term and at end of term owner has absolute right to retake, control and use property. Transamerica Leasing Corp. v. Bureau of Revenue, App., 80 N.M. 48, 450 P.2d 934, 937.

When used with reference to tangible personal property, word "lease" means a contract by which one owning such property grants to another the right to possess, use and enjoy it for specified period of time in exchange for periodic payment of a stipulated price, referred to as rent. Undercofler v. Whiteway Neon Ad, Inc., 114 Ga. App. 644, 152 S.E.2d 616, 618.

The Federal Consumer Leasing Act provides for certain disclosure requirements in consumer leases. 15 U.S.C.A. § 1667 et seq. In addition, certain states require that consumer (e.g. residential) leases be written in "plain language." See McKinney's (N.Y.) Consol.Laws, Gen Obl, § 5–702. See also U.C.C. Article 2A with respect to consumer leases.

The person who conveys is termed the "lessor," and the person to whom conveyed, the "lessee;" and when the lessor conveys lands or tenements to a lessee, he is said to lease, demise, or let them. The word when used as verb, means to transfer for term specified therein from lessor to lessee property therein demised, also to let, to farm out, to rent.

See also Assignable lease; Community lease; Consumer lease; Demise; Finance lease; Graduated lease; Ground lease; Mining lease; Net lease; Operating lease; Percentage lease; Sale and leaseback; Sandwich lease; Underlease. For Extension of lease, see Extension. Compare License.

Concurrent lease. One granted for a term which is to commence before the expiration or other determination of a previous lease of the same premises made to another person; or, in other words, an assignment of a part of the reversion, entitling the lessee to all the rents accruing on the previous lease after the date of his lease and to appropriate remedies against the holding tenant.

Graduated lease. Lease that takes into consideration future increases in operating expenses. In a graduated lease there must be a base year on which an increase is judged. With inflation and continuing increases in taxes, energy costs, and other expenses, this type lease has become more popular than the fixed-straight lease.

Gross lease. Lease in which lessee pays a flat sum for rent out of which the lessor is required to pay all expenses such as taxes, water, utilities, insurance, etc.

Index lease. A lease arrangement that provides for increases in rent according to increases in the consumer price index. See also Graduated lease.

LEASE                                                                    890

*Lease and release.* A species of conveyance much used in England, said to have been invented by Serjeant Moore, soon after the enactment of the Statute of Uses. It is thus contrived: A lease, or rather bargain and sale upon some pecuniary consideration for one year, is made by the tenant of the freehold to the lessee or bargainee. This, without any enrolment, makes the bargainor stand seised to the use of the bargainee, and vests in the bargainee the use of the term for one year, and then the statute immediately annexes the possession. Being thus in possession, he is capable of receiving a release of the freehold and reversion, which must be made to the tenant in possession, and accordingly the next day a release is granted to him. The lease and release, when used as a conveyance of the fee, have the joint operation of a single conveyance. 2 Bl.Comm. 339. By the Law of Property Act of 1925 all lands and all interests therein now lie in grant only.

*Long term lease.* See Ground rent.

*Master lease.* A main lease controlling subsequent leases or subleases.

*Mineral lease.* Lease in which the lessee acquires the right to work a mine of oil or gas, etc. The rent is commonly based on the amount or value of the mineral withdrawn.

*Mining lease.* See Mining.

*Month to month lease.* Tenancy where no lease is involved, rent being paid monthly. Statutes often require one month's notice to landlord of intent to terminate such tenancy.

*Net lease.* Lease which requires the tenant to pay, in addition to rent, the expenses of the leased property, e.g. taxes, insurance, maintenance, etc.

*Net-net-net lease.* Lease in which the lessee pays all the expenses including mortgage interest and amortization leaving the lessor with an amount free of all claims.

*Parol lease.* A lease of real estate not evidenced by writing, but resting in an oral agreement.

*Percentage lease.* A percentage lease is one in which the amount of rent is based upon a percentage of the gross or net profits of the lessee's business, or of his gross sales, with a stipulated minimum rent. Such leases are mainly used where location of the property is an important part of its value (e.g. in shopping center).

*Perpetual lease.* A lease of lands which may last without limitation as to time; a grant of lands in fee with the reservation of a rent in fee; a fee-farm.

*Proprietary lease.* Lease used in cooperative form of ownership in which lessee acquires right to possession.

*Sublease, or underlease.* One executed by the lessee to a third person, conveying the same estate for a shorter term than that for which the lessee holds it. See also Sublease.

*Top lease.* A lease granted on property already subject to an oil and gas lease. Generally, a top lease grants

rights if and when the existing lease expires. Shown v. Getty Oil Co., Tex.App., 645 S.W.2d 555.

**Leaseback.** Transaction whereby transferor sells property and later leases it back. In a sale-leaseback situation, for example, R would sell property to S and subsequently lease such property from S. Thus, R becomes the lessee and S the lessor.

**Leasehold.** An estate in real property held by lessee/tenant under a lease. The four principal types of leasehold estates are the estate for years, periodic tenancy, tenancy at will, and tenancy at sufferance. The asset representing the right of the lessee to use leased property.

**Leasehold improvements.** Improvements made by lessee to leased property such as parking lot or driveway. The term is used in condemnation proceedings to determine the portion of the award to which the lessee is entitled.

**Leasehold interest.** The interest of the lessor or the lessee under a lease contract. U.C.C. § 2A–103. The interest which the lessee has in the value of the lease itself in condemnation award determination. The difference between the total remaining rent under the lease, and the rent lessee would currently pay for similar space for the same time period. See also Leasehold value; No bonus clause.

**Leasehold mortgage.** See Mortgage.

**Leasehold mortgage bond.** See Bond.

**Leasehold value.** The value of a leasehold interest. Usually applies to a long term lease when market rental for similar space is higher than rent paid under the lease. Some states allow the lessee to claim the leasehold value against the landlord in eminent domain proceedings, unless specifically prohibited by the lease itself. Other states, by statute, do not allow for such a claim. See also Leasehold interest; No bonus clause.

**Lease with option to purchase.** A lease under which the lessee has the right to purchase the property. The price and terms of the purchase must be set forth for the option to be valid. The option may run for the length of the lease period.

**Leaute** /l(w)èyowtéy/. L. Fr. Legality; sufficiency in law.

**Leave,** v. To give. To allow or cause to remain; to let remain, unmoved or undone; to refrain from or neglect taking, doing, or changing; to let stay or continue; to let be without interference; to suffer to remain subject to another's action, control, or the like; to suffer to be undisturbed in action. To give or dispose of by will; to bequeath or devise. To put, place, deposit, deliver, or the like.

**Leave,** n. Permission or authorization to do something.

Willful departure with intent to remain away, and not temporary absence with intention of returning. See also Desertion.

Exhibit Z

**REDACTED**

Exhibit AA

**REDACTED**

# Exhibit BB



中文 ENG

Home>About>Profile

Home

News

About SAE

SAE Group

SAE Products

Career

Contact US




SAE Magnetics (H.K.) Ltd., a wholly owned TDK subsidiary, is one of the world's leading independent manufacturers of magnetic recording heads, head gimbals assemblies (HGA) and head stack assemblies (HSA) for computer disk drivers. SAE also supplies high performance recording heads for video tape recorders.

SAE Magnetics (H.K.) Ltd. was established in October 1980 to meet the increasing demand of magnetic recording heads. In August 1986, SAE joined the TDK Corporation Group, the world's largest and most advanced ferrite manufacturer. Since then, the combination of SAE's technologies in head manufacturing and TDK's expertise in magnetic materials has brought SAE to a leading position in head manufacturing.

SAE continues to provide the best support to customers by developing and producing the best magnetic recording heads, including the advanced magnetoresistive (MR) technologies and the giant MR technologies.

Privacy Statement | © 2003 SAE Magnetics (H.K.) Ltd. All F



Privacy Statement | © 2003 SAE Magnetics (H.K.) Ltd. All F

# Exhibit CC



95 19 7789

# SECURITIES AND EXCHANGE COMMISSION

## Washington, D.C. 20549

### Form 20-F

## ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal period ended <u>March 31, 1995</u>
Commission file number No. 2-76735

<u>TDK  KABUSHIKI  KAISHA</u>
(Exact name of registrant as specified in its charter)

<u>TDK  CORPORATION</u>
(Translation of registrant's name into English)

<u>A Japanese Corporation</u>
(Jurisdiction of incorporation or organization)

<u>13-1, Nihonbashi 1-chome, Chuo-ku, Tokyo 103, Japan</u>
(Address of principal executive offices)

*RECEIVED SEP 27 1995 131*

Securities registered pursuant to Section 12(b) of the Act.

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common stock | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act.

None
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

Common stock* (par value 50 Japanese Yen per share)
(Title of Class)

\*    Common stock for 4,000,000 shares and American Depositary Receipts to be issued on deposit thereof, or of other shares of common stock of TDK Corporation were registered under the Securities Act of 1933, Registration No.2-76735.  This Annual Report on Form 20-F is filed pursuant to the undertaking made in connection with the registration.

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.

Common stock - ¥50 par value per share
Outstanding as of March 31, 1995:  131,497,952 shares

PROCESSED BY
SEP 28 1995
DISCLOSURE INC.

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.
Yes X  No __.

Indicate by check mark which financial statement item the registrant has elected to follow.
Item 17 X  Item 18 __.

All information contained in this report is as of March 31, 1995 unless otherwise specified. Fiscal 1992, fiscal 1993, fiscal 1994 and fiscal 1995 of this report indicate TDK Corporation's fiscal period of the fiscal years ended March 31, 1992, 1993, 1994 and 1995, respectively.

The figures in this report are expressed in yen and, solely for the convenience of the reader, are translated into United States dollars at the rate of ¥89 = U.S.$1, the approximate exchange rate prevailing on the Tokyo Foreign Exchange Market as of March 31, 1995. (See Note 2 of the Notes to Consolidated Financial Statements.) On August 31, 1995, the noon buying rate for yen cable transfers in New York City as reported by the Federal Reserve Bank of New York was ¥98 = $1.

## PART 1

Item 1.    Description of Business

Summary

TDK Corporation ("TDK") is the world's leading manufacturer of magnetic recording media and ferrites products and a major producer of coil, ceramic and other components. A Tokyo-based company founded in 1935 to commercialize ferrite, TDK now manufactures and sells a broad range of magnetic recording media and electronic components.

History

Historically, TDK's growth has been centered around ferrite, a material invented in 1933 by Doctors Yogoro Kato and Takeshi Takei. Ferrite is indispensable as magnetic substances in the manufacture of electronic equipment. It is a magnetic material with a ceramic structure composed of iron oxide and other metallic oxides. Its advantages over other magnetic materials include higher resistivity and thus lower eddy current loss while maintaining superior permeability and flux density. Based on its strong materials knowledge and production technology, TDK expanded into ceramic capacitors and magnetic recording tapes in the early 1950s and ferrite magnets and coil components in the early 1960s. TDK has continued to broaden its product development programs by building up expertise in semiconductor technology and new recording-related products.

**Products**

TDK's sales are generated by two business segments: electronic materials and components, and recording media. The following is a breakdown of consolidated net sales of TDK and its consolidated subsidiaries by business segment for fiscal 1992, 1993, 1994, and 1995:

| | 1992 | 1993 | 1994 | 1995 | 1995 |
|---|---|---|---|---|---|
| | | (millions of yen) (%) | | | (millions of dollars) |
| **Electronic Materials and Components:** | | | | | |
| Magnetic products | ¥166,384 (31.1) | ¥177,827 (33.8) | ¥143,743 (31.4) | ¥157,609 (32.5) | $1,770.9 |
| Coil and assembled components | 101,839 (19.1) | 79,910 (15.2) | 76,626 (16.8) | 79,082 (16.3) | 888.6 |
| Ceramic products | 61,020 (11.4) | 58,020 (11.0) | 59,573 (13.0) | 70,926 (14.6) | 796.9 |
| Semiconductors and other | 40,087 (7.5) | 42,916 (8.1) | 39,685 (8.7) | 44,771 (9.2) | 503.0 |
| Subtotal | 369,330 (69.1) | 358,673 (68.1) | 319,627 (69.9) | 352,388 (72.6) | 3,959.4 |
| Recording Media | 165,536 (30.9) | 167,724 (31.9) | 137,746 (30.1) | 132,733 (27.4) | 1,491.4 |
| Total | ¥534,866 (100.0) | ¥526,397 (100.0) | ¥457,373 (100.0) | ¥485,121 (100.0) | $5,450.8 |

**Electronic Materials and Components** TDK's electronic materials and components are divided into four principal categories; (i) magnetic products; (ii) coil and assembled components; (iii) ceramic products; and (iv) semiconductors and other.

**(i) Magnetic Products** Magnetic products, TDK's oldest and largest sector, primarily represent components made using ferrite. TDK is the world's largest producer of this material, which can be formulated in an infinite number of ways. Although first commercialized by TDK more than 60 years ago, ferrite remains instrumental in technologies such as computers, multimedia and mobile communications. As the undisputed world leader in ferrite's development and manufacture, TDK can produce formulations providing a broad range of properties, such as low loss or compatibility with extremely high signal frequencies.

Ferrite is generally divided between "soft" and "hard" varieties. Soft ferrite is magnetized only when exposed to a magnetic field. It is used primarily in cores for transformers, inductors and noise filters. Deflection yoke cores for TV picture tubes and CRT computer monitors are another major application. Ferrite cores are found in magnetic heads for computers; TDK is a major supplier of thin-film and magneto-resistive (MR) heads for HDDs. Ferrite is also an element in anechoic tiles, which absorb electromagnetic radiation such as TV and radio waves. Hard ferrite is used to make magnets, mainly for small motors, as well as the microscopic magnetic particles found in most TDK audiotapes, videotapes and floppy disks.

Metal magnets represent most of the non-ferrite products in this sector. TDK produces samarium-cobalt and neodymium magnets for applications that demand high power and compact dimensions. Major applications for samarium-cobalt magnets are telephone-exchange relays, vibrating elements in pagers and cellular phones, and actuators for optical pickups. More than half of TDK's neodymium magnets end up in HDD voice-coil motors; earphones for headphone stereo products are another major market.

**(ii) Coil and Assembled Components** Major products in this sector are inductors, filters, transformers, a variety of components for cellular telephones, and switching power supplies. All derive from TDK's position as a producer of ferrite cores as well as its experience in precision assembly, which is essential to winding wire around tiny cores. Since

core size is often a major factor affecting the dimensions of the finished product, this field still offers great potential for advancement. For example, in August 1994, TDK unveiled a core with wire wound directly into it. Making possible transformers with a height of just 3mm, the core is used in DC-DC converters and video camera viewfinders. Switching power supplies use several cores and are vital components in a range of equipment. This sector also includes LAN interface modules, adapters, transceivers and junction boxes, and duplexers for cordless telephones.

**(iii) Ceramic Products** Multilayer chip components represent the bulk of products in this sector. These components are made as a solid block of electronic materials, by overlapping ultra-thin layers to create the desired internal pattern. This intricate process requires the ability to produce dielectric substances called "white ceramics" as well as ferrite and metallic conductors that offer precisely the desired attributes. Equally important are the skills needed to bake these materials together to form a single block, a process known as co-firing. Multilayer components were originally limited to simple devices like capacitors and LC filters. TDK's advances now enable TDK to produce complex devices as a solid block, dramatically reducing size while raising performance and reliability.

**(iv) Semiconductors and Other** Mixed-signal integrated circuits, or MSICs, form the core of TDK's semiconductor operations at California-based Silicon Systems, Inc. (SSi). Able to handle both digital and analog signals, MSICs require highly specialized knowledge in both design and processes. Most of these chips are sold to HDD makers. TDK is particularly strong in the read channel and read/write preamp markets. MSICs are well suited to the demands of other types of computer storage equipment, as well as communications and industrial products. Semiconductor operations also entail the manufacture of chips for low- and medium-speed modems. TDK combines these chips with its high-density circuitry to produce a diverse line of LAN products and PCMCIA fax/modem cards.

Automated chip mounters are also included in this sector. These products serve the immense global market for surface-mount technology systems that raise efficiency and lower costs in high-density circuit manufacturing.

**Recording Media** TDK manufactures and markets magnetic recording tapes for audio and video equipment, floppy disks, and optical disks.

Proving again that it can create cassette tapes that deliver the highest fidelity, TDK boosted its stature in fiscal 1995 as the world's number one name in audiotapes. Achieving top-notch fidelity demands greater attention to the subtler aspects of performance than is the case with digital media. Unlike digital formats, audiotape requires special care because it holds an actual image of the original sound wave, including all the complex harmonics that give music its warmth and realism. This entails a complex set of magnetic properties and exacting standards for the cassette shell.

As digital media grow in popularity, demand for audiotapes in Japan and other major markets is declining. Nevertheless, backed by an efficient production system, a powerful brand name and stable prices, audiotapes consistently make a significant contribution to TDK's recording media earnings. The market is still huge, and demand in emerging markets such as China, Southeast Asia and Eastern Europe is steadily expanding. TDK is targeting these regions, supported by an assembly plant in Thailand and a fully integrated plant in Luxembourg, where capacity was recently increased. In mature markets, TDK is introducing a stream of new and improved product versions to elicit sales, in conjunction with high-profile marketing programs. In Japan, for example, TDK for the first time realigned the popular *AD* line of cassettes, originally launched in 1977, offering normal and high position versions. Similar efforts have enabled TDK to raise its market share in Japan and elsewhere.

The double-digit unit volume climb in worldwide videotape sales continued, and TDK was again a major beneficiary of this trend. Although competition from lower-priced products is rising steadily, TDK is still the number one brand in many markets. In Japan, for example, about one out of every five videocassettes sold is a TDK product. TDK leads the industry both in quality and in raising production efficiency to protect its margins.

Price cutting is one of the most serious challenges TDK faces in Japan, where prices fell by about 20 percent on average. However, later in fiscal 1995 this problem diminished somewhat as higher costs for raw materials, especially resin, helped narrow the gap between private brands and brand names. This relieved the downward pressure on prices in Japan, where strong demand in some instances prevented TDK from filing orders from retailers toward year's end.

Moreover, competitors from Asia are limited mainly to standard grades, leaving the high grades, such as S-VHS, 8mm, and broadcast-grade tapes, to TDK and a few others. D-3 format videocassettes exemplify TDK's technical leadership. Made for broadcast-grade digital recording, these tapes incorporate numerous advances to attain the best magnetic characteristics, error rate and cassette quality available today.

Against this backdrop, TDK was able to raise domestic market share and is making steady inroads in raising its share of premium-grade tapes. In general, falling price differentials and increased awareness of quality are leading more Japanese consumers to opt for name-brand tapes like TDK over private brands.

To meet rising demand, TDK increased videotape output capacity in Europe by more than 50 percent during 1994. This has the dual benefit of bringing TDK's supply bases in closer contact with markets they serve as well as shielding costs from exchange-rate fluctuations.

Floppy disks, which TDK manufactures in Japan and California, recorded another year of strong volume growth. Most sales are generated by 3.5-inch disks, with the *Super EB Fine Coat* series being the largest contributor. Supporting sales growth in Japan were the enlargement of sales routes and heightened emphasis on capturing orders from the public sector. In November 1994, TDK introduced an upgraded series in Japan featuring a stronger surface coating with a three-layer liner construction to reduce torque at low speeds, thus reducing power consumption. TDK continues to focus on ways to raise density in floppy disks; one line of 3.5-inch disks boasts a capacity of 4MB.

With the heightened incorporation of optical disks in audio, computer and commercial applications, demand is soaring. TDK's sales of optical media more than doubled in fiscal 1995, leading this business firmly into the black. Continued rapid growth is foreseen in the coming years. One of the world's first companies to begin researching and producing such disks, TDK ranks among industry leaders in both magneto-optical (MO) disks and CD-R disks. Global demand for optical disks is projected to double every year during the next few years. TDK will increase output capacity accordingly, while taking actions to improve margins.

Sales of MiniDiscs, the most widely used type of MO product, are climbing with the use of portable players in Japan. For computers, TDK introduced 230MB and 128MB MO disks pre-formatted for MS-DOS and Macintosh systems. MO disks for broadcasting are another element of this market. These disks demand specialized knowledge as they are produced on glass substrates, instead of polycarbonate as with MiniDiscs. More than half of all Japanese TV stations now use MOs, mostly for commercials. Prospects are excellent for continued growth in sales of these high-capacity disks, including the potentially immense market for video-on-demand systems.

CD-R disks use heat-sensitive dyes to record data and, as such, can be recorded only once. Their primary advantage is the ability to assume a format that makes them playable on a variety of CD systems, including audio CDs and CD-ROMs. They are frequently used for making test disks in preparation for the mass production of CD-ROMs and other types of optical disks. Demand is mounting, particularly in the United States. TDK is steadily increasing output, preserving its place among the world's largest CD-R manufacturers. TDK reinforced this position in 1994 by introducing a CD-R with an improved recording layer to enable recording at 2,200rpm, four times the previous top speed. TDK is focusing on the development of new dye materials to reduce costs and make possible even higher density.

**Marketing and Distribution in Japan**

TDK markets electronic materials and components in Japan through its sales division, which had approximately 580 sale representatives at March 31, 1995.

In Japan, TDK markets magnetic recording tapes, floppy disks and satellite broadcasting antennas through 26 district sales offices with a staff of over 190. Approximately 74 percent of domestic sales of TDK brand products are made to approximately 270 distribution agents. These agents in turn sell TDK brand products to over 50,000 retailers in Japan. Remaining TDK brand products are sold directly to approximately 9,200 retail stores in Japan. OEM sales are made to certain manufacturers as well.

**Operations outside Japan**

TDK has 36 direct and indirect foreign subsidiaries. Of these, 22 manufacture various product lines and distribute their products in their country of operation and other countries. Eleven are sales subsidiaries which exclusively handle products manufactured by TDK, one is a holding company for the administration of TDK's U.S. operations, one is a financing company, and one is a computer systems company. Manufacturing or assembly operations are conducted by subsidiaries in the following countries:

| | | |
|---|---|---|
| Brazil | - | Ferrite cores, coil components, and ceramic products |
| China | - | Ferrite cores, coil components |
| Germany | - | Recording media, coil components |
| Hong Kong | - | Magnetic heads, ferrite cores, and coil components |
| Korea | - | Ferrite cores, coil components, and ceramic capacitors |
| Luxembourg | - | Recording media |
| Malaysia | - | Ceramic capacitors, switching power supplies, coil components, ferrite cores, and magnetic heads |
| Mexico | - | Ferrite magnets, coil components |
| Singapore | - | Semiconductors, magnetic heads |
| Taiwan | - | Ferrite cores, magnets, ceramic capacitors, coil components, magnetic heads, and switching power supplies |
| Thailand | - | Recording media, rare earth magnet products |
| United States | - | Recording media, magnetic heads, ceramic capacitors, ferrite cores, magnets, and semiconductors. |

In addition, TDK has sales subsidiaries in Germany, the United Kingdom, the United States, Hong Kong, Singapore, Australia, Sweden, Italy and Brazil.

TDK is pursuing a policy of expanding overseas production, which enables TDK more easily to adapt to fluctuating exchange rates and potential trade barriers. Overseas production as a percentage of overseas sales was approximately 74 percent in fiscal 1995, up from approximately 72 percent in fiscal 1994, and approximately 73 percent in fiscal 1993.

Consolidated net sales of TDK and consolidated subsidiaries by geographical area for fiscal 1992, 1993, 1994 and 1995 were as follows:

|  | 1992 | | 1993 | | 1994 | | 1995 | | 1995 |
|---|---|---|---|---|---|---|---|---|---|
|  | | | (millions of yen) (%) | | | | | | (millions of dollars) |
| Japan | ¥294,233 | (55.0) | ¥272,934 | (51.9) | ¥240,015 | (52.5) | ¥236,363 | (48.7) | $2,655.8 |
| North America | 103,930 | (19.4) | 112,239 | (21.3) | 98,882 | (21.6) | 102,867 | (21.2) | 1,155.8 |
| Europe | 67,670 | (12.7) | 68,595 | (13.0) | 54,976 | (12.0) | 58,861 | (12.1) | 661.3 |
| Other | 69,033 | (12.9) | 72,629 | (13.8) | 63,500 | (13.9) | 87,030 | (18.0) | 977.9 |
| Total | ¥534,866 | (100.0) | ¥526,397 | (100.0) | ¥457,373 | (100.0) | ¥485,121 | (100.0) | $5,450.8 |

Each geographic area is credited with sales made within the area by TDK and/or its subsidiaries operating within the area, and also with exports from the geographic area to third parties.

## Competition

In electronic materials and components, rapid technological renovation makes technological improvement a particularly significant competitive factor in the industry. Product performance characteristics, reliability, price, and the diversity of product line-ups are also significant competitive factors. In general, TDK's ferrite and other products compete with similar products made of other materials. For many applications in which specific performance characteristics are required, however, competition with other materials is not significant.

In Japan and elsewhere, the markets in which TDK sells its products are highly competitive. TDK believes that the principal elements of competition in recording media are brand recognition, product quality, and marketing strategy. While the world videotape market has grown in terms of volume, it has continued to be plagued by severe price competition. However, TDK has consistently promoted internationalization in manufacturing and marketing and has maintained strategic sales in regions where high profitability is expected. Meanwhile, TDK has implemented further cost-reduction programs and is increasing its competitive strength in other ways, notably through the expansion of overseas production.

In contrast, the audiotape market has undergone slow, having reached maturity and stable price levels. TDK is striving to improve profitability, both by emphasizing the expansion of sales at the high end of the market, where margins are more secure, and by promoting further localization in manufacturing.

## Research and Development

Total expenditures for research and development in fiscal 1992, 1993, 1994, and 1995 were ¥26,309 million, ¥27,670 million, ¥26,142 million, and ¥25,353 million ($285 million), or approximately 4.9 percent, 5.3 percent, 5.7 percent, and 5.2 percent of consolidated net sales, respectively. Strategic areas are optical technologies, recording media, heads and other related components; semiconductors; modules and sensors that incorporate semiconductors; and power electronics. R&D consists of research activities overseen directly by the head office, and product improvement programs conducted by operating divisions. Research activities are divided into three groups: thin-film technologies, vital to semiconductors and optical products; thick-film technologies, mainly involving ferrite and other ceramics; and applied research, where advances in materials and processes are transformed into new products. Outside Japan, TDK has a large R&D network in the United States, particularly for semiconductors, and is steadily enlarging new product-development programs in Europe and Southeast Asia.

**Patents and Licenses**

Although TDK has a variety of patents in Japan and other countries, and licenses from others, it believes that termination of any one of its patents or licenses or related group of patents or licenses would not materially adversely affect its business. Total income from its patents and licenses was ¥1,068 million in fiscal 1992, ¥628 million in fiscal 1993, ¥542 million in fiscal 1994, and ¥121 million (*$1.3 million*) in fiscal 1995. TDK paid ¥1,046 million in fiscal 1992, ¥2,233 million in fiscal 1993, ¥1,975 million in fiscal 1994, and ¥2,742 million (*$30.8 million*) in fiscal 1995 mainly for the royalties under the VHS license.

**Employee Relations**

As of March 31, 1995, TDK had 13,868 full-time employees and 1,557 part-time employees working in Japan and 13,408 full-time employees working in overseas plants and offices. TDK considers its employee relations to be excellent; there have been no significant strikes or labor disputes.

All full-time employees in Japan, except management and certain other personnel, must become union members. Approximately 87 percent of full-time employees of TDK are members of the TDK Labor Union, which is affiliated with ZENKIN RENGO. About 52 percent of the full-time employees of TDK and its domestic subsidiaries are members of unions affiliated with ZENKIN RENGO.

As is customary in Japan, TDK negotiates with the TDK Labor Union for annual wage increases, and twice a year for bonuses. TDK also renews the terms and conditions of labor contracts, other than those relating to wages and bonuses, every year.

Raw Materials and Sources of Supply

TDK purchases a wide variety of raw materials, machines, tools and parts for use in the manufacture of its products. The principal raw materials purchased include polymer modules, used to mould tape cassette bodies and in packaging, iron oxide, base film for magnetic tape and various electronic and mechanical parts. TDK purchases such raw materials, machines, tools and parts from approximately 2,600 different sources, primarily in Japan. However, TDK purchases base tape from only three suppliers in Japan, although alternative sources of supply do exist. Recently TDK increased its purchases from overseas and also increased local procurement of raw materials. No single source accounted for more than 5 percent of total purchases for the year ended March 31, 1995.

Item 2.    Description of Property

TDK's manufacturing operations are conducted primarily at 41 plants in Japan and 24 plants overseas. TDK considers all of its plants to be well maintained and suitable to its production requirements.

The following table sets forth information, as of March 31, 1995, with respect to TDK's manufacturing facilities, approximately 90 percent of which are owned by TDK.

| Location | Number of principal factories | Floor space (thousands of square feet) | Principal products manufactured |
|---|---|---|---|
| [Japan] | | | |
| Akita | 19 | 2,271 | Consumer ferrite cores, coil components, ceramic component and others |
| Chiba | 4 | 624 | Industrial ferrite cores, ferrite magnets, rare earth magnets, power electronic products and others |
| Ibaraki | 1 | 111 | Ceramic components |
| Kanagawa | 1 | 28 | Recording media |
| Nagano | 4 | 804 | Recording media, coil components and thin-film magnetic heads |
| Oita | 1 | 498 | Recording media |
| Shizuoka | 5 | 454 | Ferrite magnets |
| Yamagata | 3 | 287 | Coil components, ceramic components and power electronic products |
| Yamanashi | 3 | 448 | Magnetic heads and recording media |
| [Overseas] | | | |
| Brazil | 1 | 31 | Ferrite cores, coil components and ceramic products |
| China | 2 | 182 | Ferrite magnets and coil components |
| Germany | 1 | 121 | Recording media and coil components |
| Hong Kong | 3 | 217 | Magnetic heads, ferrite cores and coil components |
| Korea | 1 | 137 | Ferrite cores, coil components and ceramic capacitors |
| Luxembourg | 1 | 361 | Recording media |
| Malaysia | 1 | 211 | Ceramic capacitors, switching power supply, coil components, ferrite cores and magnetic heads |
| Mexico | 1 | 110 | Ferrite magnets and coil components |
| Singapore | 2 | 27 | Semiconductors and magnetic heads |
| Taiwan | 1 | 347 | Ferrite cores, magnets, ceramic capacitors, coil components, magnetic heads and switching power supply |
| Thailand | 1 | 125 | Recording media and rare earth magnet products |
| United States of America | 9 | 1,307 | Recording media, magnetic heads, ceramic capacitors, ferrite cores, magnets, and semiconductors |
| Total | 65 | 8,701 | |

    In addition, TDK utilizes additional floor space at such plants and elsewhere for laboratories, office buildings, and employee housing and welfare facilities with an aggregate floor space of 3,688 thousand square feet, of which approximately 58 percent are owned by TDK and the balance are leased to TDK.

Item 3.    Legal Proceedings

There are no material pending legal proceedings, other than ordinary routine litigation incidental to the business, to which TDK or any of its subsidiaries is a party or of which any of their property is the subject.

Item 4.    Control of Registrant

(a)    TDK is not, directly or indirectly, owned or controlled by another corporation or by any foreign government.

(b)    (1)    No person owns more than ten percent of any class of TDK's common stock.

(2)    The total amount of TDK's voting securities owned by the Directors and Statutory Auditors as at March 31, 1995 was as follows:

| Title of Class | Identity of Person or Group | Amount Owned | Percent of Class |
|---|---|---|---|
| Common stock | Directors and Statutory Auditors - 19 persons | 154,344 shares | 0.12% |

(c)    There is no arrangement known to TDK that could result in a change in control of TDK.

Item 5.    Nature of Trading Market

The primary market for TDK's shares of common stock is the Tokyo Stock Exchange (the "TSE"). The shares are traded on the First Section of that exchange and are also listed in Japan on the Osaka Securities Exchange. In addition, TDK's shares are listed on the New York Stock Exchange in the form of American Depositary Receipts ("ADRs"), on the Amsterdam Stock Exchange in the form of Continental Depositary Receipts ("CDRs"), on the Antwerp and Brussels Stock Exchanges in the form of bearer depositary receipts, on the Paris Stock Exchange and the London Stock Exchange in the form of shares of TDK, on the Frankfurt Stock Exchange in the form of Global Bearer Certificate and on the Zurich Stock Exchange in the form of Swiss Bearer Depositary Receipts.

The following table sets forth for the periods indicated the reported high and low sales prices of TDK's shares of common stock on the TSE (both in yen and translated into U.S. dollars per American Depositary Share) and the reported high and low bid prices for American Depositary Shares of which each represents one share of common stock and reported by the New York Stock Exchange.

| Calendar year | | Yen per share of common stock (a) | | Translated into U.S. dollars per American Depositary Share (b) | | U.S. market price per American Depositary Share (c) | |
|---|---|---|---|---|---|---|---|
| | | High | Low | High | Low | High | Low |
| 1993 | 1st Quarter | ¥4,050 | ¥2,980 | $34.47 | $25.37 | $34.00 | $25.63 |
| | 2nd Quarter | 4,250 | 3,570 | 36.92 | 30.80 | 38.88 | 33.25 |
| | 3rd Quarter | 4,170 | 3,610 | 38.92 | 32.76 | 39.00 | 34.38 |
| | 4th Quarter | 3,970 | 3,290 | 36.27 | 29.92 | 36.00 | 30.75 |
| 1994 | 1st Quarter | 4,600 | 3,780 | 43.52 | 33.19 | 44.00 | 34.25 |
| | 2nd Quarter | 5,050 | 4,150 | 48.03 | 39.47 | 48.38 | 39.50 |
| | 3rd Quarter | 4,930 | 4,100 | 49.13 | 41.16 | 49.50 | 43.25 |
| | 4th Quarter | 4,900 | 4,290 | 48.25 | 42.71 | 49.25 | 43.50 |
| 1995 | 1st Quarter | 4,850 | 3,770 | 47.55 | 42.12 | 47.88 | 39.00 |
| | 2nd Quarter | 4,100 | 3,400 | 48.78 | 39.95 | 49.00 | 41.00 |

(a) As reported by the Tokyo Stock Exchange.
(b) Translated at the spot selling rate for dollars prevailing in Tokyo on the date when each such high or low price was reported, which rate ranged from ¥117.50 = $1 to ¥84.05 = $1.
(c) As reported by the New York Stock Exchange.

At March 31, 1995, there were 610,385 registered ADRs outstanding and 296 registered holders, of which 608,030 ADRs were held by 62 registered U.S. holders.

The Depositary of ADRs of TDK is Morgan Guaranty Trust Company of New York.

Item 6.    Exchange Controls and Other Limitations Affecting Security Holders

(a)    The Foreign Exchange and Foreign Trade Control Law of Japan, as amended (the "Foreign Exchange Law") and the cabinet orders and ministerial ordinances thereunder impose certain limitations and controls which relate to the acquisition and holding by "non-residents of Japan" and by "foreign investors" (as hereinafter defined) of shares of the Company's Common Stock or ADRs representing such shares. Certain provisions thereof as presently in effect are summarized below. The Foreign Exchange Law and the cabinet orders and ministerial ordinances thereunder currently in effect do not affect the right of a non-resident of Japan to purchase or sell an ADR outside of Japan for non-Japanese currency.

"Non-residents of Japan" are defined as individuals who are not resident in Japan and corporations whose principal offices are located outside Japan. Branches and other offices of Japanese corporations located outside Japan are regarded as non-residents of Japan, but branches and other offices located within Japan of non-resident corporations are regarded as residents of Japan. "Foreign investors" are defined to be (i) individuals not resident in Japan, (ii) corporations which are organized under the laws of foreign countries or whose principal offices are located outside Japan and (iii) corporations (a) 50 percent or more of the shares of which are held by (i) or (ii) above, (b) a majority of whose officers consist of non-resident individuals or (c) a majority of whose officers having the power of representation consist of non-resident individuals.

Acquisition of Shares

In general, an acquisition of shares of a Japanese company listed on a Japanese stock exchange or traded on an over-the-counter market in Japan ("listed shares") by a non-resident of Japan from a resident of Japan may be made only after a notification with respect thereto has been filed with the Minister of Finance through The Bank of Japan, unless such acquisition is made from or through a securities company designated by the Minister of Finance, in which case such prior notification is not required. The Foreign Exchange Law gives the Minister of Finance the power to require a prior approval for any such acquisition in certain exceptional circumstances.

If a foreign investor acquires listed shares (whether from a resident of Japan, another foreign investor or from or through a designated securities company) and as a result of such acquisition the foreign investor directly or indirectly holds 10 percent or more of the issued shares of the company, the foreign investor is, in general, required to report such acquisition to the Minister of Finance and any other competent Ministers within 15 days from and including the date of such acquisition. In certain exceptional cases, a prior notification is required in respect of such an acquisition.

Dividends and Proceeds of Sales

Under the Foreign Exchange Law and the cabinet orders and ministerial ordinances thereunder currently in effect, dividends paid on, and the proceeds of sales in Japan of, shares

of Common Stock of TDK, held by non-residents of Japan may be converted into any foreign currency and repatriated abroad. The acquisition of shares of Common Stock by non-resident shareholders by way of stock splits is not subject to any of the aforesaid notification requirements.

## Exercise or Transfer of Subscription Rights

Acquisition by a non-resident shareholder of shares of Common Stock of TDK upon exercise of subscription rights is subject to the same formalities and restrictions described under "Acquisition of Shares" above and such non-resident may in general exercise such rights after filing a prior notification with the Minister of Finance as to such acquisition. If a non-resident shareholder wishes to dispose of, rather than exercise, any subscription rights, he may sell such rights in or outside Japan without restriction.

## American Depositary Shares

The deposit of shares of Common Stock by a non-resident of Japan, the issuance of ADRs in exchange therefor and the withdrawal of the underlying shares of Common Stock upon surrender of ADRs are not subject to any formalities or restrictions referred to under "Acquisition of Shares" above, except where, as a result of such deposit or withdrawal, the aggregate number of shares held by the depositary (or its nominee) or the holder surrendering ADRs, as the case may be, would be 10 percent or more of the total outstanding shares of Common Stock, in which event the reporting to the Minister of Finance of Japan may be required as outlined in the second paragraph under the same heading.

## Reporting of Substantial Shareholdings

The Securities and Exchange Law of Japan, as amended, with effect from 1st December, 1990, requires any person who has become a beneficial holder (including certain sole or joint holders) of more than five percent of the total outstanding voting shares of a company listed on any Japanese stock exchange or traded on the over-the-counter markets in Japan, to file with the Minister of Finance of Japan, within five business days, a report concerning such share holdings, with certain exceptions in case the issuer thereof is a foreign company. A similar report must also be made (with certain exceptions) if the ratio of such holding subsequently changes by one percent or more. Copies of any such report must also be furnished to the issuer of such shares and to all Japanese stock exchanges on which the shares are listed or to the Japan Securities Dealers Association in the case of over-the-counter shares. For this purpose, shares issuable upon conversion of convertible securities or exercise of warrants are taken into account in determining both the number of shares held by such holder and the issuer's total number of outstanding shares.

    (b)    Not applicable.


## Item 7.    Taxation

### Dividends, Stock Splits and Repurchase

Generally, a non-resident of Japan or a non-Japanese corporation is subject to Japanese withholding tax on dividends paid by Japanese corporations. Stock splits are not subject to Japanese income tax. However, a transfer of retained earnings or legal reserve (but, in general, not additional paid-in capital) to stated capital (whether made in connection with a stock split or otherwise) is treated as a dividend payment to shareholders for Japanese tax purposes and is, in general, subject to Japanese income tax. No such transfer would be necessary in connection with a stock split if the total par value of the shares in issue after the stock split does not exceed the stated capital. Further, purchase and cancellation of shares pursuant to a resolution of an ordinary general meeting of shareholders using distributable profits, which is transacted after 1st October, 1994 under the Commercial Code of Japan as

amended 1994, is treated as a dividend payment to shareholders in the amount of the stated capital corresponding to the shares so purchased and canceled for Japanese tax purposes and is, in general, subject to Japanese income tax payable otherwise than by way of withholding.

In the absence of any applicable tax treaty, convention or agreement reducing the maximum rate of withholding tax, the rate of Japanese withholding tax applicable to dividends paid by Japanese corporations to a non-resident or non-Japanese corporation, is 20 percent. At the date of this document Japan has reduced this, generally to 15 percent for portfolio investors, in an agreement with the United States of America.

Acquisition or Disposal of Shares or ADRs

Gains derived by a non-resident of Japan or a non-Japanese corporation from the sale outside Japan of Shares or ADRs, or from the sale of Shares or ADRs within Japan by a non-resident of Japan or a non-Japanese corporation not having a permanent establishment in Japan are in general not subject to Japanese income tax.

Japanese inheritance and gift taxes at progressive rates may be payable by an individual who has acquired Shares or ADRs as a legatee, heir or donee.

<u>Item 8.</u>    Selected Financial Data

| | | | Millions of yen, except per share amounts | | | | Thousands of dollars, except per share amounts (1) |
|---|---|---|---|---|---|---|---|
| | 1990 | 1991 | 1992 | 1993 | 1994 (2) | 1995 (5) | 1995 (5) |
| Net sales | ¥477,865 | ¥539,986 | ¥534,866 | ¥526,397 | ¥457,373 | ¥485,121 | $5,450,798 |
| Net earnings | 23,190 | 28,469 | 21,588 | 18,398 | 5,484 | 13,017 | 146,258 |
| Per Common Share: | | | | | | | |
| Net earnings | ¥181.34 | ¥220.43 | ¥163.57 | ¥138.85 | ¥41.91 | ¥98.46 | $1.11 |
| Cash dividends | 42.00 | 46.00 | 50.00 | 50.00 | 50.00 | 50.00 | |
| U.S.Dollar equivalents (3) | $0.28 | $0.33 | $0.38 | $0.43 | $0.50 | $0.51 | |

| | | | Millions of yen, except exchange rate for yen | | | | Thousands of dollars (1) |
|---|---|---|---|---|---|---|---|
| | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 (5) | 1995 (5) |
| Net working capital | ¥215,382 | ¥191,963 | ¥198,189 | ¥202,163 | ¥191,701 | ¥200,806 | $2,256,247 |
| Total assets | 612,475 | 647,262 | 627,341 | 594,964 | 562,905 | 563,360 | 6,329,888 |
| Short-term indebtedness | 67.954 | 85,816 | 50,683 | 39,654 | 40,232 | 38,636 | 434,113 |
| Long-term indebtedness | 83,619 | 60,258 | 75,192 | 62,702 | 43,123 | 32,158 | 361,326 |
| Stockholders' equity | 333,523 | 366,260 | 386,651 | 386,408 | 374,785 | 371,296 | 4,171,865 |
| Exchange rate for yen (4): | | | | | | | |
| At year end | ¥157.82 | ¥140.60 | ¥132.92 | ¥114.90 | ¥102.40 | ¥86.85 | |
| Average | 143.41 | 141.33 | 132.75 | 123.98 | 107.13 | 98.48 | |
| High | 130.90 | 125.05 | 123.20 | 114.90 | 101.10 | 86.85 | |
| Low | 158.75 | 159.90 | 141.90 | 134.53 | 114.20 | 105.38 | |

Notes:

(1) Translated, except for cash dividend amounts, for convenience into U.S. dollars at the rate of ¥89 = $1, the approximate rate on the Tokyo Foreign Exchange Market on March 31, 1995.

(2) Fiscal 1994 net earnings includes a benefit of ¥225 million or ¥1.69 per common share from the cumulative effect of a change in accounting for income taxes.

(3) Computed based on the rates specified in Note (4) below on the respective dates of semi-annual payments for each year.

(4) Based on the noon buying rate in New York City for cable transfers in foreign currencies as certified for customs purposes by the Federal Reserve Bank of New York. The average rates are computed based on the exchange rates on the last day of each month during the year.

(5) For 1995, TDK has not applied U.S. generally accepted accounting principles (U.S. GAAP) in accounting for investments in certain debt and equity securities. Stockholders' equity and total assets as of March 31, 1995, in accordance with U.S. GAAP were ¥381,093 million ($4,282 million) and ¥583,466 million ($6,556 million), respectively.

Item 9.    Management's Discussion and Analysis of Financial Condition and Results of Operations.

Results of Operations

| | Years ended March 31, | | | |
|---|---|---|---|---|
| | 1993 | 1994 | 1995 | 1995 |
| | | (millions of yen) (%) | | (millions of dollars) |
| Net sales | ¥526,397 | ¥457,373 | ¥485,121 | $5,450.8 |
| | (100.0) | (100.0) | (100.0) | |
| Cost of sales | 360,990 | 329,970 | 342,133 | 3,844.2 |
| | (68.6) | (72.1) | (70.5) | |
| Selling, general and administrative expenses | 120,807 | 107,211 | 104,668 | 1,176.0 |
| | (22.9) | (23.5) | (21.6) | |
| Other income (deduction) | (11,152) | (2,394) | (7,553) | (84.9) |
| | (2.1) | (0.5) | (1.5) | |
| Income taxes, minority interests and accounting change (1994) | 15,050 | 12,314 | 17,750 | 199.4 |
| | (2.9) | (2.7) | (3.7) | |
| Net earnings | ¥18,398 | ¥5,484 | ¥13,017 | $146.3 |
| | (3.5) | (1.2) | (2.7) | |

Sales by Region

| | Years ended March 31, | | | |
|---|---|---|---|---|
| | 1993 | 1994 | 1995 | 1995 |
| | | (millions of yen) (%) | | (millions of dollars) |
| Japan | ¥247,483 | ¥216,798 | ¥209,601 | $2,355.1 |
| | (47.0) | (47.4) | (43.2) | |
| Americas | 101,481 | 83,378 | 85,330 | 958.8 |
| | (19.3) | (18.2) | (17.6) | |
| Europe | 77,379 | 59,223 | 62,829 | 705.9 |
| | (14.7) | (12.9) | (12.9) | |
| Asia (excluding Japan) and Oceania | 98,739 | 96,746 | 126,129 | 1,417.2 |
| | (18.8) | (21.2) | (26.0) | |
| Middle East and Africa | 1,315 | 1,228 | 1,232 | 13.8 |
| | (0.2) | (0.3) | (0.3) | |
| Net sales | ¥526,397 | ¥457,373 | ¥485,121 | $5,450.8 |
| | (100.0) | (100.0) | (100.0) | |

Fiscal 1995 Compared to Fiscal 1994

In fiscal 1995, higher unit sales volume of electronic materials and components outside Japan were largely attributable to a 6.1 percent increase in consolidated net sales to ¥485.1 billion ($5,451 million). Substantial volume gains in electronic materials and components and recording media served to offset the adverse effects of the yen's appreciation and lower unit prices in some product categories. Exchange-rate movements during the year reduced in yen term net sales by ¥16.1 billion and net earnings by ¥1.1 billion.

Among the year's best-performing products were components for audio-visual products, cellular telephones and other communication equipment, computers, and automobiles. Magnetic thin-film heads, semiconductor ICs, multilayer chip components, microwave components, and large and small ferrite cores all achieved significant sales gains. Ferrite motor magnets and other products for auto makers also posted higher sales. Recording media sales were down, largely due to lower sales prices of videotapes, mostly in Japan, and the yen's appreciation. Aggressive marketing programs and cost-cutting efforts enabled TDK to increase sales volume, preserving and in many cases even raising market shares for cassette tapes. Optical media sales rose sharply. These products will begin making a significant contribution to segment results in the year ending March 31, 1996.

To minimize the effects of foreign exchange movements on sales and earnings, TDK is raising its share of expenses denominated in overseas currencies by increasing overseas production as a share of consolidated net sales and expanding local procurement activities. In fiscal 1995, overseas production was 42 percent of consolidated net sales, up from 38 percent in fiscal 1994. TDK is taking action to raise this figure to above 50 percent.

Lower sales in Japan were mainly the result of a prolonged economic slump, as the yen continued to rise and manufacturers continued to shift operations overseas. However, a gradual upturn in economic activity during the second half of fiscal 1995 sparked a recovery in orders from such key client industries as cellular telephones, home entertainment, computers and automobiles. A mature audiotape market and intense pressure on videotape and floppy disk prices occasioned a decline in recording media sales. MR heads, high-frequency components, semiconductor ICs, modem cards, optical media and other new products posted the highest growth rates.

In the Americas, an ongoing economic upturn and strength in several key client industries yielded more than 10 percent sales growth in local-currency terms. Performance was led by higher sales of deflection yoke cores for TVs and computer monitors, ferrite magnets for automobiles, inductors, multilayer chip capacitors, optical media and chip mounters. While stable prices and successful marketing programs allowed TDK to achieve higher sales of recording media in local currencies, sales after translation into yen were slightly lower.

In Europe, components for communication products and automobiles were the major drivers behind higher sales. Ferrite magnets, transformers and inductors, and multilayer chip capacitors were among the region's most successful products. In recording media, solid market positions, name recognition and higher output at the Luxembourg plant conjoined to boost sales, especially in Central Europe and Russia.

In Asia and Oceania, a number of major products posted sales gains of over 50 percent, with several more than doubling their sales. Among the most active products were thin-film magnetic heads, semiconductor ICs and metal magnets—all for hard-disk drives—as well as ferrite cores and magnets, transformers, coils, multilayer chip capacitors and other key components in TVs, VCRs and other home entertainment products. Supporting this growth was higher output capacity at TDK's plants in China, Malaysia and Thailand. Audiotape and videotape demand is also rising quickly in this region, leading to higher sales in recording media.

Declines in both the cost of sales and SGA expenses as percentages of net sales yielded a substantial rise in earnings. The decline in the cost of the sales ratio is attributable to higher capacity utilization at electronic component plants, lower raw material costs due to increased local procurement and the yen's strength, and the benefits of cost-reduction programs, primarily in Japan. SGA expenses were down mainly because of efforts to cut costs in Japan; overseas SGA figures did not change significantly. Research and development expenses were down slightly to ¥25.4 billion (*$285 million*).

Other income (deductions) recorded a net deduction of ¥7.6 billion (*$85 million*). The increase is attributable to higher foreign exchange losses, expenses related to the closing of a semiconductor plant in California, and the inclusion in fiscal 1994 of a one-time gain on the sale of stock. Significant improvement in the performance of affiliates accounted for by the equity method had a positive effect on other income (deductions).

The provision for income taxes fell as a percentage of pretax earnings, in part because TDK generated higher earnings in locations with tax rates lower than the Japanese statutory rate. Net earnings climbed 137 percent to ¥13.0 billion (*$146 million*) and net earnings per common and common equivalent share rose to ¥98.46 (*$1.11*). Cash dividends applicable to fiscal 1995 were ¥50.00 (*$0.56*).

Fiscal 1994 Compared to Fiscal 1993

In fiscal 1994, lower sales volume across most product categories joined with a fall in unit prices compounded by exchange-rate movements to cause the third consecutive year of declining sales. Consolidated net sales fell 13.1 percent to ¥457.4 billion, the combination of a ¥39.0 billion decrease in sales of electronic materials and components and a ¥30.0 billion decrease in sales of recording media.

The yen's appreciation against the U.S. dollar and several European and Southeast Asian currencies had a significant adverse impact on results. Management estimates that foreign exchange movements during the year were responsible for ¥44.3 billion of the aggregate decline of ¥69.0 billion in net sales and for ¥11.3 billion of the decline in pretax earnings.

Components used in computers and other office equipment, one of TDK's best-performing sectors in fiscal 1994, were largely responsible for lower sales of electronic materials and components. Sharp drops in sales of magnetic heads and semiconductors for hard-disk drives were most noticeable. Sales of components used in communication equipment rose, and an upturn in the production of audio-visual products in the second half boosted sales of such TDK products as chip components, microwave components, and noise filters. Generally flat demand, competitive pressure, and the yen's rise contributed to a fall in recording media sales. Videotape results were most adversely impacted, especially in Japan where the yen's strength sparked a large influx of imported tapes.

Electronic materials and components and recording media both contributed to the sales decline in Japan. Exports from Japan were down 2.7 percent to ¥124.1 billion, leveling off somewhat after a 14.5 percent fall in fiscal 1993. Magnetic heads were the primary reason behind the fall in sales of electronic materials and components; several other major product sectors performed relatively well in the face of falling demand.

In the Americas, lower sales of semiconductors were the largest contributing factor, other than exchange rates, to the fall in total sales. Recording media sales were reduced by lower unit prices and a decline in exports to Europe. Although semiconductor sales decreased, effective marketing programs and a rebound in the U.S. economy led to solid demand for ferrite magnets and other electronic components. As a result, total sales of electronic components increased on a U.S. dollar basis.

In Europe, lower sales were due in large part to the disappointing performance of the recording media sector. Weak economic conditions and intense competition combined to bring

down sales of cassette tapes and floppy disks. Electronic materials and components sales were also down, although some key product categories, notably ferrite cores and multilayer ceramic capacitors, achieved sales gains in local currencies.

In Asia and Oceania, where sales derive almost entirely from electronic components, results were only down by a small margin. Excluding the effect of the yen's appreciation, sales in this region reached double-digit growth. Both production and sales of electronic components increased significantly, supported by the recent completion of new plants and the expansion of existing facilities. A drop in orders for magnetic heads made in Hong Kong limited regional sales growth.

Due to declines in the cost of key raw materials and the implementation of several cost-cutting measures, TDK was able to achieve a significant reduction in the cost of sales. Unfortunately, falling sales prices and a stronger yen worked against this achievement, particularly with regard to recording media. Cost of sales thus rose from 68.6 percent to 72.1 percent of net sales. Lower selling, general and administrative expenses reflected exchange-rate movements and rigorous cost-control efforts, which were effective in reducing advertising costs and sales commissions, particularly outside Japan.

Research and development expenses totaled ¥26.1 billion, compared with ¥27.7 billion in fiscal 1993. The smaller amount followed a decision to conduct more tightly focused R&D activities in Japan, and reflects the lower yen-value of overseas R&D programs. In Japan, TDK increased expenditures for high-potential areas within electronic materials and components and for optical media. Overseas, the R&D budget expanded on a local currency basis as TDK stepped up spending for its U.S. semiconductor operations.

Net interest expenses were down as interest rates and borrowings both declined. Loss on disposal of property, although well below that of fiscal 1993, remained substantial concurrent with efforts to upgrade production bases in Japan and overseas. "Other, net" rose from a deduction in fiscal 1993 to a net contribution of ¥815 million, mostly because of gains on sales of investment securities and a small foreign exchange gain. TDK's effective tax rate jumped from 44.4 percent to 69.4 percent, largely attributable to decreased earnings at TDK subsidiaries in countries that have tax rates lower than the Japanese statutory rate. Net earnings fell 70.2 percent to ¥5.5 billion, and net earnings per common and common equivalent share and per ADS fell from ¥138.85 to ¥41.91. Cash dividends applicable to fiscal 1994 were unchanged at ¥50.00, consisting of interim and term-end payments of ¥25.00 each.

Capital Expenditures

Fiscal 1995 capital expenditures amounted to ¥37.5 billion (*$421 million*), compared with depreciation and amortization of ¥41.7 billion (*$468 million*). The major areas of investments in fiscal 1995 were semiconductor ICs, optical media, high-frequency components and thin-film magnetic heads. These areas will remain the chief focus in the year ending March 31, 1996. Capital expenditures went to projects mainly to increase capacity and upgrade performance at factories for existing products as well as to add facilities to make new products. Key projects included the expansion of a wafer fab in California, additional MR and thin-film magnetic head production capacity in Southeast Asia, production lines for ferrite magnets and electronic ballasts in Oklahoma, and expanded videotape production facilities in Luxembourg. In Japan, major investments were for greater output capacity for multilayer chip capacitors, MR and thin-film magnetic head wafers, optical media, and components for cellular telephones. TDK expects that capital expenditures will be approximately ¥40.0 billion in the year ending March 31, 1996. At March 31, 1995, commitments outstanding for the purchase of property, plant, and equipment were ¥5.1 billion (*$58 million*).

Fiscal 1994 capital expenditures totaled ¥36.9 billion compared to ¥47.1 billion in fiscal 1993 and ¥78.2 billion in fiscal 1992. The decline reflected the completion of several major projects in recent years as well as soft demand for TDK products in several important markets struggling with weak economies. A large share of the expenditures went toward raising the

overseas production of semiconductors, recording media, and magnets in the United States and electronic components in Southeast Asia. In Japan, TDK focused on raising output capacity in strategic product categories that best take advantage of TDK's unique strengths. Examples of such products are thin-film magnetic heads for computers, multilayer ceramic components, and optical disks.

Capital expenditures in fiscal 1993 were ¥47.1 billion, approximately 40 percent less than the previous fiscal year's ¥78.2 billion, when several large-scale overseas projects were under way. Outside Japan, fiscal 1993 expenditures consisted mainly of capacity additions, including two new factories: a deflection yoke core plant in China, and an audiocassette plant in Thailand. TDK made additional investments in the production of electronic components in Malaysia, magnetic heads in Hong Kong, and semiconductors in the United States. In Japan, TDK directed investments at upgrading the productivity and quality of existing products. Capacity in Japan was increased for thin-film magnetic heads, multilayer chip components, and optical disks.

Research and Development

The fundamental goal of TDK is to allocate 5 percent of net sales to research and development programs and R & D expenditures amounted to ¥25.4 billion (*$285 million*), 5.2 percent of net sales in fiscal 1995, ¥26.1 billion, 5.7 percent of net sales in fiscal 1994, and ¥27.7 billion, 5.3 percent in fiscal 1993. Strategic areas are optical technologies, recording media, heads and other related components; semiconductors; modules and sensors that incorporate semiconductors; and power electronics. Operating divisions are responsible for the development of improvements needed to maintain TDK's leadership in such traditional product categories as magnetic materials and components, assembled components, cassette tapes, and floppy disks.

Debt to Total Capital

|  | Years ended March 31, | | | |
|---|---|---|---|---|
|  | 1993 | 1994 | 1995 | *1995* |
|  | | (millions of yen) | | *(millions* |
|  | | (%) | | *of dollars)* |
| Short-term debt | ¥32,576 | ¥25,841 | ¥29,457 | $331.0 |
|  | (6.6) | (5.6) | (6.6) | |
| Current installments of long term debt | 7,078 | 14,391 | 9,179 | 103.1 |
|  | (1.4) | (3.1) | (2.1) | |
| Trade notes payable | 6,414 | 2,899 | 3,900 | 43.8 |
|  | (1.3) | (0.6) | (0.9) | |
| Long-term debt, excluding current installments | 62,702 | 43,123 | 32,158 | 361.3 |
|  | (12.7) | (9.4) | (7.2) | |
| Stockholders' equity | 386,408 | 374,785 | 371,296 | 4,171.9 |
|  | (78.0) | (81.3) | (83.2) | |
| Total capital | ¥495,178 | ¥461,039 | ¥445,990 | $5,011.1 |
|  | (100.0) | (100.0) | (100.0) | |

---

Note:  For 1995, TDK has not applied U.S. generally accepted accounting principles (U.S. GAAP) in accounting for investments in certain debt and equity securities. Stockholders' equity as of March 31, 1995, in accordance with U.S. GAAP was ¥381,093 million (*$4,282 million*).

Total assets were largely unchanged from fiscal 1994-end. The effect of exchange rate movements had a negative effect of ¥16.7 billion on total assets when comparing 1995 to 1994. Current assets increased, due mainly to higher sales, particularly outside Japan. Lower net property, plant and equipment is attributable to reductions in the carrying value of overseas

assets when translated into yen. Somewhat higher current liabilities are mostly a reflection of an increase in income taxes payable as TDK's earnings rebounded sharply during the year. The decline in long-term debt consists primarily of loans from banks. The appreciation of the yen, mainly against the U.S. dollar, raised foreign currency translation adjustments, causing a small decline in stockholders' equity.

A sound financial position gives TDK access to global capital markets and other sources of funding. TDK has long-term credit ratings of AA- and A1 from Standard & Poor's and Moody's, as well as the highest short-term credit ratings possible, A-1+ and P-1, from these two agencies.

The single most significant factor affecting TDK's balance sheet between March 1993 and March 1994 was the appreciation of the yen. Overall, foreign exchange movements resulted in a net decline of about ¥10.5 billion in assets compared with the fiscal 1993 year-end figure. Lower sales, also partly the result of the strong yen, further reduced several balance sheet items, particularly trade receivables. Declines in receivables, inventories and other items were also attributable to the benefits of actions to raise productivity and maintain a streamlined balance sheet.

## Cash Flows

| | Years ended March 31, | | | |
|---|---|---|---|---|
| | 1993 | 1994 | 1995 | 1995 |
| | (millions of yen) | | | (millions of dollars) |
| Net earnings | ¥18,398 | ¥5,484 | ¥13,017 | $146.3 |
| Depreciation and other adjustments | 49,970 | 48,532 | 45,286 | 508.8 |
| Change in assets and liabilities | 5,230 | (661) | (6,558) | (73.7) |
| Net cash from operating activities | 73,598 | 53,355 | 51,745 | 581.4 |
| Net cash used in investing activities | (32,423) | (31,094) | (13,091) | (147.1) |
| Net cash used in financing activities | (17,877) | (15,432) | (12,245) | (137.6) |
| Effect of exchange rate changes | (1,554) | (1,308) | (1,060) | (11.9) |
| Net increase in cash and cash equivalents | ¥21,744 | ¥5,521 | 25,349 | $284.8 |

Changes in the balance sheets between March 31, 1994 and 1995 illustrate TDK's ability to fund capital expenditures and cash dividends with internal resources while reducing borrowings. Operating activities were the principal source of liquidity in fiscal 1995, providing net cash of ¥51.7 billion ($581 million). The small decrease compared with the previous fiscal year chiefly reflects increases in receivables and inventories, stemming from growth in sales. Additionally, in fiscal 1995, investing cash flows included proceeds from the maturities of marketable securities in the amount of ¥19.3 billion ($217 million). As the statements of cash flows indicate, cash was used primarily for capital expenditures of ¥37.5 billion ($421 million), a net long-term debt reduction of ¥12.7 billion ($143 million), and dividends paid of ¥6.6 billion ($74 million).

Net cash provided by operating activities will again be the primary source of liquidity in the year ending March 31, 1996. TDK expects internal resources to be used primarily to fund capital expenditures and other cash operating requirements, to retire current installments of long-term debt, and to pay cash dividends.

In fiscal 1994, the increase in depreciation and amortization was mainly the result of the enlargement of TDK's overseas production base in recent years. Operating cash flow of ¥53.4 billion was more than sufficient to fund capital expenditures of ¥36.9 billion and cash dividends of ¥6.6 billion. The major application of the remaining cash was a net reduction of ¥8.9 billion in short- and long-term debt. As a result of these activities, cash and cash equivalents increased by ¥5.5 billion to ¥79.6 billion at the end of fiscal 1994.

In fiscal 1993, a substantial increase in cash provided by operating activities and a decline in cash used in investing activities resulted in a net increase of ¥21.7 billion in cash and cash equivalents. Net cash provided by operating activities increased almost entirely because of the large decrease in inventories as TDK conducted an extensive and highly effective inventory reduction program. The increase in net cash used by changes in trade receivables and payables was mainly attributable to the lower use of trade notes in favor of cash payments and to the decline in sales in Japan. The completion of several major projects and an unfavorable business climate resulted in a large decline in capital expenditures, causing net cash used in investing activities to fall. Lower levels of marketable securities proceeds and payments reflected the decision to cut back on investments in securities. Only a small amount of cash was used to reduce long-term debt in order to raise cash and cash equivalents, giving TDK added financial strength to take actions needed to sustain long-term growth.

New Accounting Standards

Statement of Financial Accounting Standards No. 114, "Accounting by Creditors for Impairment of a Loan" (SFAS 114) and No. 118, "Accounting by Creditors for Impairment of a Loan-Income Recognition and Disclosures" (SFAS 118), were issued by the Financial Accounting Standards Board in May 1993 and October 1994, respectively. SFAS 114 and SFAS 118 require certain impaired loans to be measured based on the present value of expected future cash flows discounted at the loan's effective interest rate or, as a practical expedient, at the loan's observable market price or the fair value of the collateral if the loan is collateral dependent and allow a creditor to use existing methods for recognizing interest income on an impaired loan, and SFAS 114 and SFAS 118 must be applied in TDK's consolidated financial statements for the year ending March 31, 1996. The new standards for accounting by creditors for impairment of a loan will not have a material effect on the consolidated financial statements of TDK.

In December 1993, American Institute of Certified Public Accountants issued Statement of Position 93-7, "Reporting on Advertising Costs" (SOP 93-7) which requires that the costs of advertising be expensed either as incurred or the first time the advertising takes place, except for direct-response advertising and expenditures for advertising costs that are made subsequent to recognizing revenues to those costs. SOP 93-7 is required to be applied by TDK for the year ending March 31, 1996. The new standard will not have a material effect on the consolidated financial statements of TDK.

In March 1995, the Financial Accounting Standards Board issued Statement of Financial Accounting Standards No. 121, "Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to Be Disposed Of" (SFAS 121) which requires that long-lived assets and certain identifiable intangibles to be held and used by an entity be reviewed for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. If the sum of expected future cash flows, undiscounted and without interest charges, is less than an asset's carrying value, an impairment loss is recognized; if the sum of the expected future cash flows is greater than an asset's carrying value, an impairment loss cannot be recognized. Measurement of an impairment loss is based on the fair value of the asset. SFAS 121 also generally requires long-lived assets and certain identifiable intangibles to be disposed of to be reported at the lower of the carrying value or fair value less cost to sell. SFAS 121 is required to be applied by TDK for the year ending March 31, 1997. Based on TDK's current assessment, the new standard is not expected to have a material effect on the consolidated financial statements of TDK upon adoption.

Segment Information

The following industry and geographic segment information is required by the Japanese Securities and Exchange Law. Segment information is unaudited.

## Industry Segment Information

| | Years ended March 31 | | | |
| | 1995 | 1994 | 1995 | Change |
| | (millions of yen) | | (thousands of dollars) | (%) |
|---|---|---|---|---|
| **ELECTRONIC MATERIALS AND COMPONENTS** | | | | |
| Net sales | | | | |
|   Unaffiliated customers | ¥352,388 | ¥319,627 | $3,959,416 | 10.2 |
|   Intersegment | 0 | 0 | 0 | |
|     Total revenue | 352,388 | 319,627 | 3,959,416 | 10.2 |
| | (100.0%) | (100.0%) | (100.0%) | |
| Operating expenses | 319,236 | 307,053 | 3,586,921 | 4.0 |
| | (90.6%) | (96.1%) | (90.6%) | |
|   Operating profit | 33,152 | ¥12,574 | $372,495 | 163.7 |
| | (9.4%) | (3.9%) | (9.4%) | |
| **RECORDING MEDIA** | | | | |
| Net sales | | | | |
|   Unaffiliated customers | ¥132,733 | ¥137,746 | $1,491,382 | -3.6 |
|   Intersegment | 0 | 0 | 0 | |
|     Total revenue | 132,733 | 137,746 | 1,491,382 | -3.6 |
| | (100.0%) | (100.0%) | (100.0%) | |
| Operating expenses | 127,565 | 130,128 | 1,433,315 | -2.0 |
| | (96.1%) | (94.5%) | (96.1%) | |
|   Operating profit | ¥5,168 | ¥7,618 | $58,067 | -32.2 |
| | (3.9%) | (5.5%) | (3.9%) | |
| **TOTAL** | | | | |
| Net sales | | | | |
|   Unaffiliated customers | ¥485,121 | ¥457,373 | $5,450,798 | 6.1 |
|   Intersegment | 0 | 0 | 0 | |
|     Total revenue | 485,121 | 457,373 | 5,450,798 | 6.1 |
| | (100.0%) | (100.0%) | (100.0%) | |
| Operating expenses | 446,801 | 437,181 | 5,020,236 | 2.2 |
| | (92.1%) | (95.6%) | (92.1%) | |
|   Operating profit | ¥38,320 | ¥20,192 | $430,562 | 89.8 |
| | (7.9%) | (4.4%) | (7.9%) | |

Geographic Segment Information

| | Years ended March 31 | | | |
|---|---|---|---|---|
| | 1995 | 1994 | 1995 | |
| | (millions of yen) | | (thousands of dollars) | Change (%) |
| **JAPAN** | | | | |
| Net sales | ¥355,074 | ¥337,819 | $3,989,595 | 5.1 |
| Operating profit | 29,042 | 14,700 | 326,315 | 97.6 |
| **OTHER** | | | | |
| Net sales | 272,910 | 234,970 | 3,066,405 | 16.1 |
| Operating profit | 10,750 | 5,413 | 120,786 | 98.6 |
| **ELIMINATIONS** | | | | |
| Net sales | 142,863 | 115,416 | 1,605,202 | |
| Operating profit | 1,472 | (79) | 16,539 | |
| **TOTAL** | | | | |
| Net sales | 485,121 | 457,373 | 5,450,798 | 6.1 |
| Operating profit | 38,320 | 20,192 | 430,562 | 89.8 |
| **OVERSEAS SALES** | | | | |
| Overseas sales | ¥275,520 | ¥240,575 | $3,095,730 | 14.5 |
| Percentage of consolidated sales | 56.8% | 52.6% | 56.8% | |

Item 10.    Directors and Officers of Registrant

TDK's Articles of Incorporation provide for a Board of Directors of not more than twenty members. Directors and Statutory Auditors are elected at general meeting of shareholders for a two-year term of office in the case of Directors and may serve any number of consecutive terms. The Board of Directors has the ultimate responsibility for the administration of the affairs of TDK.

The Board of Directors must appoint from among its members a President and may also appoint a Chairman of the Board, one or more Senior Executive Vice Presidents, Executive Vice Presidents and Managing Directors. The Board of Directors appoints from among the Directors referred to above one or more Representative Directors. Each of the Representative Directors has the authority to represent TDK generally in the conduct of its affairs.

The Statutory Auditors of TDK, whose number shall not exceed four, are not required to be and are not certified public accountants. One or more Standing Statutory Auditors is required to be elected from among Statutory Auditors. Each Statutory Auditor has the statutory duty to examine the financial statements and business reports to be submitted by the Board of Directors to the general meeting of shareholders and also to supervise the administration by the Directors of TDK's affairs. They are entitled to participate in meetings of the Board of Directors but are not entitled to vote. Pursuant to amendments in 1993 to the Commercial Code of Japan and certain related laws, TDK established a Board of Statutory Auditors (one of which must be from outside the Company) and the term of the Statutory Auditors is three years.

As at June 29, 1995 the Directors and Statutory Auditors of TDK were as follows:

| Name | Position | Director / Statutory Auditor Since |
|------|----------|-----------------------------------|
| Hiroshi Sato | President and Representative Director | 1967 |
| Sho Masujima | Executive Vice President and Representative Director | 1973 |
| Makoto Komoda | Executive Managing Director | 1983 |
| Sadao Iwaya | Executive Managing Director | 1987 |
| Matsuo Takeuchi | Executive Managing Director | 1987 |
| Takao Masaki | Executive Managing Director | 1987 |
| Satoru Matsuura | Executive Director | 1989 |
| Motoyuki Kurihara | Executive Director | 1989 |
| Tatsushiro Ochiai | Executive Director | 1990 |
| Shunjiro Saito | Executive Director | 1990 |
| Sadao Tsunoo | Executive Director | 1990 |
| Hiroshi Yagi | Executive Director | 1992 |
| Satoshi Orimoto | Executive Director | 1992 |
| Joichiro Ezaki | Executive Director | 1992 |
| Tetsuo Takahashi | Executive Director | 1994 |
| Ryozo Kato | Standing Statutory Auditor | 1989 |
| Tsuneo Kamata | Standing Statutory Auditor | 1989 |
| Takuya Mori | Statutory Auditor | 1994 |
| Kanji Ishizumi | Statutory Auditor | 1994 |

(a)    All of TDK's Directors and Statutory Auditors (except Takuya Mori and Kanji Ishizumi) have been engaged in the business of TDK on a full-time basis.

(b)    There are no family relationships between any Director or Statutory Auditor and any other Director or Statutory Auditor of TDK.

Item 11.    Compensation of Directors and Officers

(a)    The aggregate direct remuneration, including bonuses but excluding retirement allowances, paid by TDK during the years ended March 31, 1994 and 1995 to all Directors and Statutory Auditors of TDK who served during each of those years was approximately ¥313 million and ¥300 million (*$3.4 million*), respectively.

(b)    In accordance with customary Japanese business practice, when a Director or Statutory Auditor retires, a proposal to pay a lump sum retirement allowance is submitted to the general meeting of shareholders for approval. After shareholder approval is obtained, the amount of the retirement allowance for a Director or Statutory Auditor is fixed by the Board of Directors and generally reflects his position at the time of retirement, the length of his service as a Director or Statutory Auditor and his contribution to TDK's performance. The aggregate amount set aside as lump sum retirement allowance by TDK during fiscal 1994 and fiscal 1995 for Directors and Statutory Auditors of TDK totaled approximately ¥168 million and ¥150 million (*$1.7 million*), respectively.

Item 12.    Options to Purchase Securities from Registrant or Subsidiaries

    None

Item 13.   Interest of Management in Certain Transactions

    Not applicable.


## Part II

Item 14.   Description of Securities to be Registered

    Not applicable.


## Part III

Item 15.   Defaults upon Senior Securities

    None.

Item 16.   Changes in Securities and Changes in Security for Registered Securities

(a)   None.
(b)   None.
(c)   None.
(d)   Not applicable.


## PART IV

Item 17.   Financial Statements

    The consolidated financial statements described in Item 19(a) of this report are incorporated herein by reference.

Item 19.   Financial Statements and Exhibits

    The following financial statements and exhibits are filed as a part of this annual report:

(a)   Financial Statements:

    Incorporated by reference to the Registrant's Annual Report, year ended March 31, 1995 to Stockholders:

|  | Pages in TDK Corporation Annual Report for the year ended March 31, 1995 |
| --- | --- |
| Consolidated Balance Sheets as of March 31, 1995 and 1994. | 32 and 33 |

Consolidated Statements of Earnings for the years ended
   March 31, 1995, 1994 and 1993.                      31

Consolidated Statements of Stockholders' Equity
   for the years ended March 31, 1995, 1994 and 1993.      34

Consolidated Statements of Cash Flows for
   the years ended March 31, 1995, 1994 and 1993.         35

Notes to Consolidated Financial Statements          36 through 49

Independent Auditors' Report                    50

Included in Part IV of this report:

Auditors' Report on Financial Statement Schedule

Schedule for the years ended March 31, 1995 and 1994, and 1993:

Schedule II - Reserves

Schedules other than that listed above have been omitted as they are not applicable.

Financial statements of 50 percent or less owned persons accounted for by the equity method have been omitted as, in the aggregate, they do not meet the tests of a significant subsidiary at a 20 percent level as of or for the years ended March 31, 1993, 1994 and 1995.

(b)   Exhibit:

TDK Corporation Annual Report for the year ended March 31, 1995

## SIGNATURES

Pursuant to the requirements of Section 12 of the Securities Exchange Act of 1934, the Registrant certifies that it meets all the requirements for filing of Form 20-F and has duly caused this annual report to be signed on its behalf by the undersigned, thereunto duly authorized.

TDK Corporation
(Registrant)

Date: September 21, 1995                    By: _Hiroshi Sato_
                                            Hiroshi Sato
                                            President and
                                            Representative Director