# *KPMG* Peat Marwick

The Japan Red Cross Bldg.                     Telephone (03)3578 1910
1-3, Shiba Daimon 1 chome                     Facsimile (03)3434-2122
Minato-ku, Tokyo 105, Japan

## INDEPENDENT AUDITORS' REPORT ON FINANCIAL STATEMENT SCHEDULE

The Board of Directors
TDK Corporation:

Under date of May 23, 1995, we reported on the consolidated balance sheets of TDK Corporation and subsidiaries as of March 31, 1995 and 1994, and the related consolidated statements of earnings, stockholders' equity and cash flows for each of the years in the three-year period ended March 31, 1995 as contained in the 1995 annual report to stockholders. Those consolidated financial statements and our report thereon, which is qualified by reason of the effects of not stating investments in certain debt and equity securities at fair value and reporting the resulting net unrealized gains or losses in a separate component of stockholders' equity as of March 31, 1995 and the omission of the segment information as required under United States generally accepted accounting principles, are incorporated by reference in the annual report on Form 20-F for the year 1995. In connection with our audits of the aforementioned consolidated financial statements, we also audited the related consolidated financial statement schedule as listed in the accompanying index. This financial statement schedule is the responsibility of the Company's management. Our responsibility is to express an opinion on this financial statement schedule based on our audits.

In our opinion, such financial statement schedule, when considered in relation to the basic consolidated financial statements taken as a whole, presents fairly, in all material respects, the information set forth therein.

*KPMG Peat Marwick*

Tokyo, Japan
May 23, 1995

Schedule II

TDK CORPORATION AND SUBSIDIARIES

Reserves

(In millions of yen)

Years ended March 31,1995,1994 and 1993

| | Balance at beginning of period | Add charged to earnings | Deduct bad debts written off | Trans- lation adjustment | Balance at end of period |
|---|---|---|---|---|---|
| **Year ended March 31,1995:** | | | | | |
| Allowance for doubtful receivables | ¥  3,616 | 386 | 228 | (433) | 3,341 |
| **Year ended March 31,1994:** | | | | | |
| Allowance for doubtful receivables | ¥  3,334 | 1,051 | 410 | (359) | 3,616 |
| **Year ended March 31,1993:** | | | | | |
| Allowance for doubtful receivables | ¥  2,707 | 1,522 | 529 | (366) | 3,334 |



# Annual Report 1995
April 1994 – March 1995



**The Components of TDK's Growth Overseas**

Growth in overseas production as a share of total sales illustrates how TDK is moving closer to customers worldwide. In fiscal 1996, this ratio will be even higher.

**TDK Corporation**

# The Company

As one of the world's largest manufacturers of electronic materials and components, and the number one producer of cassette tapes, TDK Corporation holds solid positions in a broad range of high-potential markets. The company is distinguished by its expertise in developing and manufacturing the materials needed to make components, magnetic tapes, optical disks and other products.

**Origin:** TDK was established in 1935 to commercialize ferrite, a versatile magnetic compound consisting of ferric oxide and one or more other metallic oxides. Cores, magnets, multilayer chip components, cassette tapes and other products that incorporate ferrite still account for more than half of the company's consolidated sales.

**Products:** TDK's primary business is the development, manufacture and application of materials used to make electronic components. In addition to ferrite, the company produces dielectric, piezoelectric, semiconductor, metallic and organic materials, among others. Skill in magnetic materials also yields an invaluable competitive edge in recording media. TDK has ranked for many years as the world's premier maker of audiotapes and videotapes; the company also has a diverse and rapidly growing optical-disk operation.

**Global Scale:** An international organization, TDK has roughly 27,000 employees in Japan and around the world. Outside Japan, the company maintains production facilities in eleven countries and marketing bases in many more. For the fiscal year ended March 31, 1995, overseas sales represented 57 percent of total sales.

**Objectives:** TDK's goal is to sustain profitable growth by targeting high-potential markets that mesh closely with the company's unique array of skills (see next page).

## Contents

2  **The Markets of TDK**
4  **To Our Stockholders**
5  **The Realignment of Manufacturing at TDK**
10  **The Components of TDK's Growth Overseas**
18  **Review of Operations**
24  **Corporate Officers**
25  **Financial Review**
30  **Eleven-Year Financial Summary**
31  **Consolidated Financial Statements and Notes**

**ELECTRONIC COMPONENTS** Miniature multi-layer chip components and entire modules that perform complex functions, reducing circuit size while enhancing performance and reliability. A particular focus is high-frequency applications such as cellular telephones.

████████████████████ Magnetic and optical recording media, and magnetic heads for computers. All are essential to raising recording density to keep pace with increasingly complex software and multimedia tasks.

████████████████ Switching power supplies and other equipment needed to supply and use electricity more efficiently, in products ranging from office equipment to electric-powered automobiles.

████████████████ Mixed-signal integrated circuits for computer hard-disk drives and telecommunications equipment. Also, PCMCIA fax/modem cards that draw upon TDK's expertise in semiconductors and surface-mount technology.

# The Markets of TDK

## Home Entertainment

TDK and home electronics are closely intertwined. In audio decks and VCRs, the company's high-quality **audiocassettes**  and **videocassettes** preserve fine sounds and images with the utmost reliability. Behind the scenes, TDK electronic components work equally hard to ensure audio and video clarity. **Low-pass and band-pass filters** allow only the desired signals to reach their destinations. **Deflection yoke cores** help guide electrons to the TV screen, delivering a sharp picture. In speakers, compact yet powerful **samarium-cobalt magnets** generate rich sound while enabling much smaller dimensions.

## Computers

TDK has a hand in almost every aspect of the storage and retrieval of computer data. MR **heads** are indispensable to raising the capacity of hard-disk drives to accommodate software and multimedia applications. **Mixed-signal integrated circuits** control the hard-disk read/write process. Motors that precisely control head movement contain a **neodymium-iron-boron magnet** that reduces size without sacrificing power—an invaluable attribute in notebook computers. TDK **floppy disks** offer a reliable alternative for storing irreplaceable data. Finally, **modem cards** combine the advantages of TDK's semiconductors and surface-mount technology.

## Office Equipment

Power is the essence of TDK's office products. **Switching power supplies** provide the exact DC voltages required by each module of a copier, computer or other piece of office equipment. **Ferrite cores,** one of the company's largest product groups, raise transformer efficiency, weed out unwanted signals, and perform countless other tasks. In notebook computers, **DC-AC inverters** provide a steady flow of power for backlighting liquid crystal displays. Copiers also benefit from **programmable toner sensors,** which monitor the quality of each copy. Printers and facsimiles often use TDK's **piezoelectric sounders** to let people in the office know when paper is about to run out.

## Mobile Communications

Overcoming the many challenges posed by high-frequency signals is one of TDK's greatest strengths. For cellular phones, the company's voltage-controlled oscillators improve performance while extending battery life. Duplexers —which only TDK makes in a solid, and thus more reliable, block of materials—guarantee clear, sharp reception. Tiny microwave isolators shut out potentially harmful signal reflections. Mobile phones obtain precisely the voltages they need from DC-DC power supplies. A multilayer band-pass filter, measuring just 4.5 x 3.2mm, ensures that nothing interferes with the clarity of incoming and outgoing signals.

## Automobiles

Many of TDK's smallest products find their way into today's automobiles. Multilayer chip components reduce circuit size while enhancing performance and reliability. For electric motors that power items like seats and windows, TDK makes ferrite magnets. Protecting engines from overheating are the company's thermistors, whose electrical resistance varies with temperature. Cars also rely on some of TDK's biggest products. One is an anechoic chamber, an electromagnetically sealed room used to test susceptibility to electromagnetic radiation. Another is Avimount PC board chip mounters, which assemble high-density circuitry at an extremely high speed.

## Broadcast and Cable TV

More and more TV stations are using TDK's recordable magneto-optical disks to store and edit commercials and other programming information. Also in rising demand are broadcast-grade videotapes, specially formulated to preserve high-density digital signals. Video printers and facsimiles generate images using thermal print heads, which are made using semiconductor production techniques. Electronic ballasts raise the efficiency of fluorescent lights, both in the backlighting for liquid crystal displays and in overhead lighting. Outdoors, TDK's anechoic tiles cover tall structures to prevent signal reflections that can degrade TV reception quality in the surrounding area.

3

# To Our Stockholders

**Performance in fiscal 1995 marked the end of a three-year downturn in sales and earnings at TDK Corporation. Clearly, we were the beneficiaries of more favorable market conditions, especially outside Japan. However, much of the credit for the year's figures belongs to the decisive actions and investments of the past several years. Progress in expanding our overseas production, in tandem with rigorous cost-cutting programs in Japan, helped to offset the impact of the yen's prolonged climb. Strategic investments in high-potential products yielded substantial payoffs in sales and earnings, while a revamping of domestic production activities vastly improved our cost competitiveness.**

## Financial Highlights

Yen in millions and dollars in thousands, except for per share amounts

Years ended March 31

| | 1995 | 1994 | 1995 | Change (%) | |
|---|---|---|---|---|---|
| **For the Year** | | | | | |
| Net sales. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ¥485,121 | 457,373 | $5,450,798 | 6.1 | |
| Earnings before income taxes . . . . . . . . . . . . . . . . . . | 30,767 | 17,798 | 345,697 | 72.9 | |
| Net earnings . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 13,017 | 5,484 | 146,258 | 137.4 | Share of Net Sales (%) |
| **Divisional Performance** | | | | | |
| Electronic materials and components | | | | | |
| Magnetic products . . . . . . . . . . . . . . . . . . . . . . . . . | ¥157,609 | 143,743 | $1,770,888 | 9.6 | 32.5 |
| Coil and assembled components . . . . . . . . . . . . . . | 79,082 | 76,626 | 888,562 | 3.2 | 16.3 |
| Ceramic components . . . . . . . . . . . . . . . . . . . . . . . | 70,926 | 59,573 | 796,921 | 19.1 | 14.6 |
| Semiconductors and other . . . . . . . . . . . . . . . . . . . | 44,771 | 39,685 | 503,045 | 12.8 | 9.2 |
| Total electronic materials and components . . . . . . | 352,388 | 319,627 | 3,959,416 | 10.2 | 72.6 |
| Recording media . . . . . . . . . . . . . . . . . . . . . . . . . . | 132,733 | 137,746 | 1,491,382 | –3.6 | 27.4 |
| Net sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 485,121 | 457,373 | 5,450,798 | 6.1 | 100.0 |
| (Overseas sales) . . . . . . . . . . . . . . . . . . . . . . . . | 275,520 | 240,575 | 3,095,730 | 14.5 | 56.8 |
| **At Year-End** | | | | | |
| Total assets . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ¥563,360 | 562,905 | $6,329,888 | 0.1 | |
| Stockholders' equity . . . . . . . . . . . . . . . . . . . . . . . | 371,296 | 374,785 | 4,171,865 | –0.9 | |
| **Per Share Data** | | | | | |
| Net earnings per common and | | | | | |
| common equivalent share and per ADS . . . . . . . . . | ¥98.46 | 41.91 | $1.11 | | |
| Cash dividends per common share . . . . . . . . . . . . . | 50.00 | 50.00 | 0.56 | | |

Notes: 1. Yen amounts have been translated into U.S. dollars, for convenience only, at the rate of ¥89=US$1.
2. For 1995, the Company has not applied U.S. generally accepted accounting principles (U.S. GAAP) in accounting for investments in certain debt and equity securities. Total assets and stockholders' equity as of March 31, 1995, in accordance with U.S. GAAP were ¥583,466 million ($6,555,798,000) and ¥381,093 million ($4,281,944,000), respectively.

### Net Earnings More Than Double

For the year, consolidated net sales were up 6.1 percent to ¥485.1 billion ($5,451 million) while net earnings rose 137.4 percent to ¥13.0 billion ($146 million). Had foreign exchange rates remained stable, net sales would have been higher by about ¥16 billion and net earnings by about ¥1 billion. Higher capacity utilization, the benefits of cost-cutting measures, and a growing share of high-value-added products were the main reasons that earnings growth far outpaced sales.



Hiroshi Sato, President

**Electronic materials and components** accounted for all of the sales growth, with a rise of more than 30 percent in Asia, excluding Japan, leading the way. By product sector, components for computers, telecommunications equipment and audio-visual products were the chief contributors to higher component sales. Demand was so strong that, in several instances, we were unable to fill orders for ceramic chip capacitors and other multilayer components. Particularly gratifying were vibrant sales at both our Hong Kong-based magnetic-head subsidiary and our California-based semiconductor operations.

**Recording media** continued to do well in terms of volume, but this segment was plagued by relentless videotape price cutting, especially in Japan, on top of unfavorable foreign-exchange translations. Low unit prices continue to undermine segment earnings. A major investment program is now under way in Luxembourg to increase the production of audiotapes and videotapes. Over the next several years, we anticipate that most growth in recording media will come from optical disks. In fiscal 1995, optical disk sales more than doubled; we are now investing heavily to step up capacity. We feel certain that the combination of improved margins on cassette tapes together with higher output and sales in optical media will bring about significant growth in this segment.

### Will Earnings Continue to Outpace Sales Growth?

As I have outlined, we are confident that sales will climb in the next few years. The real challenge will be to ensure that earnings rise with production volume, especially for new products. The yen's abrupt upturn early in 1995 only makes our task more urgent, and underscores the magnitude of the uncertainties we face. Above all, a stronger yen puts pressure on margins, and heightens the difficulty of fully utilizing our production capacity in Japan. We made great strides in this respect in 1993 and 1994, including stepped-up production of new products, further cost reductions, and the termination of long-standing relationships with many business partners. Now, we must find ways to cut even deeper. Additionally, we must deal with the fact that the higher output of many of our fastest-growing products will inevitably be accompanied by increased pressure on unit prices.

### Profits: The Primary Objective

Progress at TDK can be measured in many ways, but earnings are the ultimate indication of how well we are doing. Looking ahead, two factors will be crucial to higher earnings: preserving our competitive position in the face of a rising yen, and building on our momentum in fast-growing product areas.

**Regarding the yen**, we are taking vigorous actions on two fronts: expanding overseas production and realigning domestic operations. Highlights of both these efforts are noted on the following pages. The results have been dramatic. In fiscal 1995, overseas production reached 42 percent of total net sales, up from 38 percent the year before. We plan to raise this to at least 50 percent in the near future. In Japan, the realignment of production activities and other measures have lowered our non-consolidated break-even point by six percentage points. To raise the sensitivity of the entire TDK Group to the issue of yen-based costs, we boosted the share of yen-denominated exports from Japan, mostly to overseas subsidiaries, from 40 percent to 75 percent during the year. We have also reorganized the company, adopting a structure made up of four operating divisions that combine manufacturing and sales. This serves to eliminate overlapping functions and raise efficiency. It has also shortened decision-making time and clarified responsibility for attaining objectives.

6

## The Realignment of Manufacturing at TDK
# Japan

Akita Prefecture in northern Japan is the site of
TDK's largest cluster of production facilities, accounting for
about a third of the company's total domestic capacity
for components. To lower costs and better keep pace with
changing technology, TDK merged three wholly owned subsidiaries
into a single company, TDK Akita Components Corporation.

■

TDK Microdevices Co., Ltd., a multilayer chip component
subsidiary in Ibaraki Prefecture, first went on-stream in April 1993.
In only its second full year of operations, the subsidiary turned
in a profit and began paying out a dividend. This plant manufactures
roughly a third of all TDK multilayer chip products.

■

At its facilities in Nagano Prefecture, TDK's center
for optical disk production, the company boosted capacity for
MiniDiscs and CD-R disks and added a new Compact Disc
production line with a monthly capacity of 2 million units.

■

Also in the Nagano Prefecture, TDK increased
the output of floppy disks in a demand, mainly for
high-capacity 3.5-inch disks.

■

During the year, TDK acquired a controlling interest
in Mediatech, a videotape and floppy disk production facility
in Yamanashi Prefecture in which the company
previously held a 50 percent interest.

**Regarding our product line-up**, we achieved solid sales growth during the past year in several strategic fields: magnetic heads, high-frequency components, optical disks and semiconductors. Many of these products have the dual benefit of providing an opportunity to utilize our domestic production capacity as we expand manufacturing overseas. Prospects are excellent for several more years of rapid growth, and we are making substantial capital expenditures in these fields without exceeding total depreciation and amortization. We are determined to develop these strategic sectors as well as create more products for the multimedia, home-entertainment, automotive and energy markets. As a manufacturer of passive components, such as inductors and capacitors, as well as semiconductors, TDK has a powerful advantage in devising innovative, one-of-a-kind composite products for these markets that combine both passive and IC elements.

### A Distinctive Identity

As the boxes in the review of operations illustrate, TDK is essentially engaged in the manipulation of microscopic molecules and particles. Our prowess in this pursuit is what enables us to create products that directly address today's pivotal technological trends. What we do often concerns things that are too small for the human eye to see, which end up as parts hidden inside other products. Consumers recognize the fruits of TDK's progress, however, in the improved performance of computers, automobiles, cellular phones, video decks and countless other goods. Manufacturers of those finished products rely on the advances we make to preserve their own competitiveness. All this points to expanding demand for the kinds of skills that TDK can offer. We must now work to keep the company at the forefront of our chosen fields, even as the high potential of those fields attracts a growing number of competitors. We will continue to draw upon our formidable resources to reinforce TDK's distinctive identity among the world's leading suppliers of electronic materials, components and recording media. We thank you for your continued support in our endeavors.

Hiroshi Sato, President
May 23, 1995

8

# The Realignment of Manufacturing at TDK
# Overseas

At its ferrite plant in Oklahoma, TDK recently raised
TV deflection yoke core production by about
50 percent and automotive ferrite magnet production by
about 30 percent, and launched the manufacture
of duplexers for cellular phones.

TDK formed its second wholly owned subsidiary in China.
The company, located in Fujian Province, will begin
making capacitors, inductors, power supplies,
and other components in June 1995.

Completed in December 1992 to assemble audiocassettes,
TDK's Thailand plant also began producing
samarium-cobalt magnets in December 1994. Plans call for
expansion into electronic components for VCRs and
other AV products in the future.

Work is underway in Luxembourg to increase the
production capacity of audiotapes and videotapes by
September 1995, primarily targeting surging demand
in Eastern Europe and Russia.

TDK Dalian Corporation, which began making deflection
yoke cores in April 1993, increased output capacity
more than twofold during the past fiscal year.
The cores are sold to manufacturers of color TVs
and computer monitors.

# The Components of TDK's Growth Overseas

## Silicon Systems, Inc.

### SSi's specialized skills: head and shoulders above other IC chip makers.

Silicon Systems, Inc. (SSi) specializes in the development and production of mixed-signal integrated circuits (MSICs *), which combine both analog and digital circuitry. Skills in MSIC design, product customization, systems and surface-mount packaging are the major drivers behind the company's success. By working closely with its customers, SSi is able to use this expertise to offer innovative and cost-effective solutions that competitors cannot match.

### Where do the products go? SSi's growing markets of today and tomorrow.

Currently about 80 percent of sales are to manufacturers of computer hard-disk drives (HDDs). SSi is renowned for its technical leadership in producing MSICs for this market. The balance of MSICs is used in other types of computer storage systems as well as in a variety of communications and industrial products.

Looking ahead, SSi plans to focus on four areas that will fuel future growth:



- additional segments of the hard-disk drive market
- tape, optical and floppy disk, and flash memory storage and other storage devices
- high-speed networking products
- multimedia audio and wireless communications products



### *More from less: technological leadership and future growth with smaller-scale investments.*

Following its acquisition of SSi in 1989, TDK made significant investments to support the expansion of sales. One of the largest was in an advanced BiCMOS process that gave SSi a big lead over competitors in terms of both price and performance. TDK also invested substantially in R&D facilities. With this foundation in place, SSi is now able to enhance its competitive position and support higher sales with relatively small capital outlays. Declining fixed costs, reflecting the slower pace of investments, will be a major contributor to higher margins at SSi in 1995 and beyond.

### *Excellent prospects for higher sales and earnings.*

All indications point to steady growth. The MSIC market is expected to be one of the fastest-growing segments of the semiconductor industry well into the next century. The rapid expansion of global HDD production is one extremely favorable trend. To capitalize on emerging opportunities, SSi is working to supply products with even more core functions to HDD makers. Non-HDD storage and communications products, especially for multimedia, represent other significant potential sources of higher sales. SSi is also well positioned to benefit from rising demand for MSICs for wireless, set-top box and sensor interface products. Finally, earnings should rise even more rapidly than sales as a result of the company's improved asset utilization and higher product yields.

## SAE Magnetics (H.K.) Ltd.

### *At the vanguard of TDK's drive for preeminence in HDD heads.*

Hong Kong-based SAE Magnetics (H.K.), a TDK Group member since 1986, is the company's primary source of magnetic heads for hard-disk drives. SAE is a major reason Hong Kong ranks as the world's second-largest supplier of magnetic heads. The subsidiary has been quick to take advantage of budding opportunities to invest in China, and now operates production facilities there and in Thailand, with a sales and service base in Singapore.

### *The age of the MR head is just around the corner.*

As calls mount for higher density at lower costs, HDD makers have already begun turning to next-generation magneto-resistive (MR) heads. Capable of achieving recording densities in the range of 500MB per square inch, MR heads will soon be indispensable to the hard-disk drives of all high-performance PCs. Having launched sales of MR heads in April 1994, TDK already ranks among the world's largest producers. Full-scale MR-head production at SAE is slated to begin during the current fiscal year, raising TDK's monthly output to more than four million units.

### *Aiming for nothing short of the number one global market share.*

As they become standard equipment on most HDDs. MR heads are projected to experience skyrocketing global demand in the next few years. At the same time, estimates place annual HDD growth as high as 20 percent over the next several years. TDK intends to be at the crest of this surge in demand. establishing itself as the world's largest marketer of MR heads. To achieve this goal. TDK is making major investments at its wafer plant in Japan and at SAE's production facilities. as well as in research activities.



### *MR heads at SAE: earnings will far outpace sales.*

Although the high-potential MR-head market is extremely attractive. several formidable barriers are likely to limit the number of entrants. One obstacle is that the mass production of these heads calls for extensive expertise in magnetic materials. precision processes and assembly. as well as close cooperation with HDD makers. TDK's unsurpassed knowledge of magnetic materials is key here. The production of MR heads is of such complexity that the process takes considerable time from start to finish. The intricate wafer stage alone entails about 200 steps and requires nearly one month.

### *The next generation of MR heads is already on the horizon.*

As computer manufacturers seek higher capacity to accommodate multimedia and other memory-heavy applications. lowering the cost per MB of HDD memory will be increasingly critical. MR-head makers unable to keep up with technological change will be left behind. Acutely aware of this, TDK is already laying the groundwork for the commercialization of the next two generations of MR heads. In fact. production of second-generation MR heads, which will offer recording densities of about 800MB per square inch, will begin before the close of the current fiscal year.

## TDK Recording Media Europe S.A.

### *A stronghold in Europe: TDK's first fully integrated tape plant overseas.*

TDK Recording Media Europe in Luxembourg is TDK's first and only fully integrated cassette tape plant outside Japan. From start to finish, the plant's roughly 600-strong workforce produces audio and videocassettes that are sold throughout Europe. The plant is an integral part of the region, procuring almost all of its raw materials from suppliers within Europe. With the majority of supervisory positions having been filled locally, the plant's management also reflects its deep roots in the local community.

### *Luxembourg plant yields invaluable competitive advantages.*

Enabling lower costs is a key strength of the plant. This is a critical advantage in terms of capturing and preserving market share, particularly in the intensely competitive VHS videotape market. Through this local base, TDK has been able to maintain acceptable profit margins on VHS tapes despite relentless price cutting. The plant also allows TDK to meet the needs of large-scale European retailers as they expand operations to cover many countries. Success depends largely on the degree to which a supplier, like TDK, can provide the short lead times and other services demanded by these retailers. With the Luxembourg plant, TDK has a tremendous advantage in this respect.

### *Number one in cassette tapes in Europe—and growing.*

A long-standing reputation for quality together with a powerful distribution system has made TDK the number one brand in cassette tapes in Europe. The company's share of the audiotape market exceeds 40 percent for all of Europe, far above that of its nearest competitor. TDK also boasts a leading share of the VHS videotape market in many countries, and continues to gain ground every year. While large markets such as Germany, France, Great Britain and Italy will remain important sources of sales, growth potential is somewhat limited. Dramatic sales increases are most likely to come from Eastern Europe and Russia, where double-digit growth in demand for cassettes is projected for several years to come.

## *Laying a multi-faceted foundation for the multimedia age.*

In Europe and worldwide, multimedia is emerging as a pivotal and pervasive technology. As the functions of audio and video equipment are increasingly incorporated in computers, demand for multimedia-oriented recording products is certain to climb rapidly. TDK is closely monitoring these trends. One already apparent result is a steep climb in sales of the company's optical disks, currently made only in Japan. Over the next several years, multimedia products should begin to generate a substantial share of the Luxembourg plant's total output even as it continues to step up tape production.



## Southeast Asia

### *Growth continues at TDK's Malaysian components plant.*

TDK's Malaysia plant began production in October 1989. After a series of investments. the plant is now one of TDK's largest sources of electronic components overseas. employing well over 2,000 people. Major products are multilayer ceramic capacitors. fixed inductors. transformers. switching power supplies. and magnetic heads for videocassette recorders. 1994 saw continued expansion. raising output capacity for all major products. Progress was also made in increasing local procurement. TDK will soon begin designing products locally. adding an important new dimension to its Malaysian operations

### *Malaysia plant: a cornerstone for expansion in Southeast Asia.*

TDK considers Malaysia to be a central element in the TDK Group's ability to expand along with vibrant Southeast Asian economies. The Malaysian plant illustrates the company's commitment to supplying customers from an in-market base with all the components they require. Procurement activities. employment practices and technology transfers exemplify TDK's policy of becoming an integral part of the local host community.

### *A history of fast growth in Malaysia. Is there more to come?*

Plans call for doubling sales over the next three years. The prospects for success are excellent. Many of TDK's major clients are making large-scale investments in the region, and the Malaysian audio-video market is extremely healthy. Moreover, the company's client base is stable. consisting largely of Japanese manufacturers whom TDK has served for many years. These clients depend on TDK for components of the same quality as those made in Japan. In fact. requests from such manufacturers prompted TDK to add its newest product line in Malaysia: modules that place components in high-density circuits to perform specific functions.

### *TDK in Thailand: another source of TDK's magnetism in Asia.*

In December 1992, TDK began assembling audiocassettes at a plant in Ayutthaya, just north of Bangkok. Monthly plant capacity is now 10 million units, most of which is sold outside Thailand. A samarium-cobalt magnet line added to the plant in December 1994 will reach full capacity in June 1995. Most of the magnets are sold to makers of computer hard-disk drives and audio equipment in Thailand. With the new line, total employment rose to about 900.

***Leveraging an in-market position to raise competitiveness.***

TDK has two key reasons for its presence in Thailand. First, Southeast Asia is one of the world's most active audiocassette markets. Already recognized as a quality leader in the region, TDK can use the Thailand plant to raise its cost-competitiveness against other manufacturers. Second, the plant makes TDK the sole producer of samarium-cobalt magnets in the country. Since the majority of HDD makers are situated in Thailand, TDK thus has a powerful edge in serving this fast-growing market.

***The shape of TDK's future in Thailand.***

In audiotapes. TDK is further reducing costs while preserving its reputation for quality. Being able to offer lower prices is imperative if TDK is to capture market share both in Asia and Africa. Additionally, the company is preparing to launch production of electronic components in Thailand, taking further advantage of an ideal location in the heart of Southeast Asia's booming economies.



# *Review of Operations*

## Electronic Materials and Components

Sales of electronic materials and components were up for the first time in three years in fiscal 1995, rising 10.2 percent to ¥352.4 billion ($3,959 million). Segment operating profit rose even more rapidly, increasing 163.7 percent to ¥33.2 billion ($372 million). Solid growth in almost all major product categories contributed to this performance. Deflection yoke cores for TVs and computer monitors, ferrite and metal magnets, magnetic thin-film heads, semiconductors, multilayer ceramic capacitors and inductors generated particularly strong results. Higher sales outside Japan, supported by higher capacity and operating rates at overseas plants, were a key factor in the year's improvement. Another highlight of the year was progress made in strategic markets, especially high-frequency components for mobile communications, and semiconductors and magnetic heads for computer hard-disk drives (HDDs).

## Magnetic Products

**Products:** Magnetic products, TDK's oldest and largest sector, primarily represent components made using ferrite. TDK is the world's largest producer of this material, which can be formulated in an infinite number of ways. Although first commercialized by TDK more than 60 years ago, ferrite remains instrumental in technologies such as computers, multimedia and mobile communications. As the undisputed world leader in ferrite's development and manufacture, TDK can produce formulations providing a broad range of properties, such as low loss or compatibility with extremely high signal frequencies.

Ferrite is generally divided between "soft" and "hard" varieties. Soft ferrite is magnetized only when exposed to a magnetic field. It is used primarily in cores for transformers, inductors and noise filters. Deflection yoke cores for TV picture tubes and CRT computer monitors are another major application. Ferrite cores are found in magnetic heads for computers; TDK is a major supplier of thin-film and magneto-resistive (MR) heads for HDDs. Ferrite is also an element in anechoic tiles, which absorb electromagnetic radiation such as TV and radio waves. Hard ferrite is used to make magnets, mainly for small motors, as well as the microscopic magnetic particles found in most TDK audiotapes, videotapes and floppy disks.

Metal magnets represent most of the non-ferrite products in this segment. TDK produces samarium-cobalt and neodymium magnets for applications that demand high power and compact dimensions. Major applications for samarium-cobalt magnets are telephone-exchange relays, vibrating elements in pagers and cellular phones, and actuators for optical pickups. More than half of TDK's neodymium magnets end up in HDD voice-coil motors; earphones for headphone stereo products are another major market.

**Performance:** Strong demand for several major products in this segment was behind a 9.6 percent rise in sales to ¥157.6 billion ($1,771 million). Global ferrite production continues to expand at a double-digit pace, with solid growth seen among makers of audio-visual equipment and computers. Cores are this material's largest application. In Japan, higher sales of deflection yoke cores for wide-screen TVs and computer monitors were a major reason for the higher output. These cores

TDK Under the Microscope
### Ferrite Cores



**First commercialized by TDK back in 1935, ferrite today remains essential to progress in electronics. One reason behind this material's continued relevance is TDK's extensive research in creating versions of ferrite that are able to operate at frequencies of well over 100MHz. This means that the ferrite's polarity is reversed more than two hundred million times every second. Other materials would overheat or simply be magnetically paralyzed at such speeds. TDK uses these special ferrites mainly to eliminate unwanted signals, called "noise." As cellular phones and other digital devices call for higher and higher frequencies, TDK's knowledge of ferrite is certain to be in increasing demand.**



polarity
ferrite granule

signal

also sold well throughout Southeast Asia, where orders for their use in audio-visual products were brisk. Small cores, chiefly found in inductors and transformers, also continued to be in high demand. Sales rose substantially for both ferrite- and metal-type magnets. Ferrite magnets sold well to auto manufactures and for use in micromotors. Orders for metal magnets were up, mainly for use in HDD voice-coil motors. TDK's overseas ferrite production is expanding steadily. In the United States, the company increased capacity at its Oklahoma plant to keep pace with a robust auto industry and the growing output of audio-visual equipment in Mexico. To meet burgeoning demand, TDK began producing metal magnets in China and Thailand in 1994.

Magnetic head sales and earnings rose sharply, with thin-film magnetic heads posting a sales increase of more than 50 percent. This performance reflects TDK's close ties with HDD makers, which allow the company to use its technological leadership to deliver heads with precisely the required specifications. Overseas, TDK worked to upgrade its in-market design capabilities. Additionally, the company's Hong Kong-based subsidiary achieved significant cost reductions both through higher yields and expanded output capacity.

In 1994, the company began mass-producing MR heads. Monthly output reached one million units at the end of 1994 and will reach two million by June 1995. MR heads will make a substantial contribution to results in 1995 and beyond. The company is preparing to launch production of next-generation MR heads, which will make possible recording density far above the current 400MB to 500MB per square inch.

## Coil and Assembled Components

**Products:** Major products in this sector are inductors, filters, transformers, a variety of components for cellular telephones, and switching power supplies. All derive from TDK's position as a producer of ferrite cores as well as its experience in precision assembly, which is essential to winding wire around tiny cores. Since core size is often a major factor affecting the dimensions of the finished product, this field still offers great potential for advancement. For example, in August 1994, TDK unveiled a core with wire wound directly into it. Making possible transformers with a height of just 3mm, the core is used in DC-DC converters and video camera viewfinders. Switching power supplies use several cores and are vital components in a range of equipment. This sector also includes LAN interface modules, adapters, transceivers and junction boxes, and duplexers for cordless telephones.

**Performance:** Higher orders for coils and filters were primarily responsible for a 3.2 percent increase in sector sales to ¥79.1 billion ($889 million). Manufacturers of audio-visual and telecommunications equipment were the main sources of these orders. Components for cellular telephones achieved the strongest growth rate, mainly in the United States and Europe. Examples of such components are band-pass filters, low-pass filters, voltage-controlled oscillators and duplexers. TDK illustrated its technological leadership with its summer 1994 introduction of the world's smallest (8.5 x 7 x 4mm) voltage-controlled oscillator, a key component in the frequency-conversion circuitry of cellular telephones. Noise filters also turned in a strong performance, reflecting the mounting volume of digital

TDK Under the Microscope
### Neodymium Magnets



As with most things today, magnets, too, have gone high-tech. Packing more power into less space is a crucial part of making smaller motors. Neodymium magnets, which first came on stage in the mid-1980s, are at the forefront of this drive, which will benefit computers in particular. TDK's neodymium magnets are hard at work moving heads and spinning disks in the compact hard-disk drives of portable and personal computers. Formed out of crystals of neodymium, iron and boron (shown at right), these state-of-the-art magnets boast ten times more power than a ferrite magnet of the same size. There is no end to the potential applications as TDK makes neodymium magnets even more powerful and easier to handle.



products on the market. Components for TVs and switching power supplies also posted solid results.

## Ceramic Products

**Products:** Multilayer chip components represent the bulk of products in this sector. These components are made as a solid block of electronic materials, by overlapping ultra-thin layers to create the desired internal pattern. This intricate process requires the ability to produce dielectric substances called "white ceramics" as well as ferrite and metallic conductors that offer precisely the desired attributes. Equally important are the skills needed to bake these materials together to form a single block, a process known as co-firing. Multilayer components were originally limited to simple devices like capacitors and LC filters. TDK's advances now enable the company to produce complex devices as a solid block, dramatically reducing size while raising performance and reliability.

**Performance:** A jump in orders from cellular telephone makers for multilayer ceramic components sparked a 19.1 percent increase in sales to ¥70.9 billion ($797 million). Ceramic filters used in audio-visual products also posted a sharp rise in sales. To keep up with orders, TDK boosted output capacity at plants in Japan and the United States. Several new product introductions once again demonstrated the company's leadership in multilayer production technology:

• The *NLU160805* series of thin-film chip inductors can accommodate the frequencies of more than 1 gigahertz demanded by cellular-phone circuitry.

• A low-pass filter array in a multilayer chip, measuring only 8 x 2 x 2mm, can filter noise on eight signal lines at once. It is ideal for game machines and other compact digital devices.

• The *MLR1608* series of high-frequency chip inductors measure a mere 1.6 x 0.8mm but boast more than twice the maximum inductance in previous chips of the same size.

• The world's first 3.5 x 3.5mm three-line multilayer common mode impeder, the *MCZ* series attenuates both common and normal-mode noise, a process that formerly required two separate filters.

## Semiconductors and Other

**Products:** Mixed-signal integrated circuits, or MSICs, form the core of TDK's semiconductor operations at California-based Silicon Systems, Inc. (SSi). Able to handle both digital and analog signals, MSICs require highly specialized knowledge in both design and processes. Most of these chips are sold to HDD makers. TDK is particularly strong in the read channel and read/write preamp markets. MSICs are well suited to the demands of other types of computer storage equipment, as well as communications and industrial products. Semiconductor operations also entail the manufacture of chips for low- and medium-speed modems. TDK combines these chips with its high-density circuitry to produce a diverse line of LAN products and PCMCIA fax/modem cards.

Automated chip mounters are also included in this sector. These products serve the immense global market for surface-mount technology systems that raise efficiency and lower costs in high-density circuit manufacturing.

---

TDK Under the Microscope

## Multilayer Ceramic Capacitors



It seems as if semiconductor chips grab all the headlines. Today's hottest-selling electronic products, however—such as video decks or cellular phones—contain hundreds and hundreds of chips that have nothing to do with semiconductors. Manufacturing these non-IC chips calls for expertise in solving challenges related to both materials and manufacturing. The TDK multilayer chip capacitor pictured here illustrates some of the difficulties involved. Inside the chip (shown at right), which measures a mere 3.2 x 1.6mm, are found 220 alternating layers of a dielectric substance and an electrode. Each electrode is just 1.5 microns thick, and is separated from its neighbors by just 5 microns. By comparison, the thickness of this page is about 130 microns.



electrode

dielectric substance

**Performance:** Total sales in this sector rose 12.8 percent to ¥44.8 billion ($503 million) during the fiscal year. Semiconductor sales rose sharply. Orders from HDD makers represented the largest component of this growth. Sales of servo-motor speed control products and network transceivers were also brisk. TDK enjoyed considerable success in developing new markets, particularly MSICs for non-HDD computer storage devices and communications applications. During the year, the company launched a new generation of BiCMOS products that show great potential. For example, these products give TDK an edge in making ICs for next-generation MR heads to serve the HDD market. PRML-type read-channel ICs are particularly promising: when used in conjunction with MR heads, which TDK also makes, these next-generation chips yield substantial improvements in recording density. Backed by a series of product introductions during the year, the expanded line of PCMCIA fax/modem cards generated sharply higher sales. One highlight was the November 1994 introduction in Japan of a fast fax/modem card that is compatible with both the NEC PC98 series and DOS/V-system computers. TDK is currently strengthening its digital design capability while maintaining a leading position in mixed-signal CMOS and BiCMOS design and manufacturing technology. With this base of specialized expertise, the company plans to achieve significant growth in its semiconductor operations over the next several years.

Sales of chip mounters rose for the first time in several years, reflecting TDK's more aggressive stance in this market. In January 1995, the company introduced its first major line extensions in two years. One model, the *Avimount RX-11*, can mount components at the rate of five per second, handling up to 60 different kinds of components at once. Another model has six types of suction nozzles to handle IC components and irregularly shaped parts.

### Recording Media

A 3.6 percent decrease in total recording media sales to ¥132.7 billion ($1,491 million) and a 32.2 percent fall in segment operating profit to ¥5.2 billion ($58 million) concealed the solid headway TDK made in recording media operations during the year. Since well over half of segment sales are outside Japan, the yen's appreciation was the prime culprit behind the fall in sales and earnings. Despite the lower figures, unit volume growth was substantial for videotapes, floppy disks and optical disks. This feat was particularly noteworthy in light of intense price competition in the expanding videotape and floppy-disk markets. TDK is committed to preserving its number one position in both audio-tapes and VHS videotapes. To this end, the company is taking steps to cut costs, while expanding overseas production to be more closely tied to local markets.

Next-generation products are a major theme in recording media. Optical disks are the primary focus, with TDK ranking as one of the world's largest manufacturers of CD-R record-once disks as well as Mini-Discs and other types of magneto-optical disks, which can be erased and recorded any number of times. High-end magnetic products represent another theme: TDK is established as a primary supplier of broadcast-grade digital videotapes.

---

TDK Under the Microscope

## Magneto-Resistive Heads



One of the most hotly pursued endeavors in technology today is raising recording density on computer hard-disk drives. This effort poses a host of challenges. One problem is delivering a strong enough output signal even at low disk speeds. Another is handling extremely high-frequency signals. TDK's magneto-resistive (MR) heads are meeting these challenges head on. Lower disk speeds are possible because data is read in the form of minute changes in electrical resistance. Higher frequencies are possible because data is written on the disk using a separate, inductive layer designed exclusively for this purpose. Sporting these superior attributes, MR heads are quickly becoming standard equipment on computers of all types.



## Audiotapes

Proving again that it can create cassette tapes that deliver the highest fidelity, TDK boosted its stature in fiscal 1995 as the world's number one name in audiotapes. Achieving top-notch fidelity demands greater attention to the subtler aspects of performance than is the case with digital media. Unlike digital formats, audiotape requires special care because it holds an actual image of the original sound wave, including all the complex harmonics that give music its warmth and realism. This entails a complex set of magnetic properties and exacting standards for the cassette shell.

As digital media grow in popularity, demand for audiotapes in Japan and other major markets is declining. Nevertheless, backed by an efficient production system, a powerful brand name and stable prices, audiotapes consistently make a significant contribution to TDK's recording media earnings. The market is still huge, and demand in emerging markets such as China, Southeast Asia and Eastern Europe is steadily expanding. TDK is targeting these regions, supported by an assembly plant in Thailand and a fully integrated plant in Luxembourg, where capacity was recently increased. In mature markets, the company is introducing a stream of new and improved product versions to elicit sales, in conjunction with high-profile marketing programs. In Japan, for example, TDK for the first time realigned the popular *AD* line of cassettes, originally launched in 1977, offering normal and high position versions. Similar efforts have enabled the company to raise its market share in Japan and elsewhere.

## Videotapes

The double-digit unit volume climb in worldwide videotape sales continued, and TDK was again a major beneficiary of this trend. Although competition from lower-priced products is rising steadily, TDK is still the number one brand in many markets. In Japan, for example, about one out of every five videocassettes sold is a TDK product. The company leads the industry both in quality and in raising production efficiency to protect its margins.

Price cutting is one of the most serious challenges the company faces in Japan, where prices fell by about 20 percent on average. However, later in the fiscal year this problem diminished somewhat as higher costs for raw materials, especially resin, helped narrow the gap between private brands and brand names. This relieved the downward pressure on prices in Japan, where strong demand in some instances prevented TDK from filling orders from retailers toward year's end.

Moreover, competitors from Asia are limited mainly to standard grades, leaving the high grades, such as S-VHS, 8mm, and broadcast-grade tapes, to TDK and a few others. D-3 format videocassettes exemplify the company's technical leadership. Made for broadcast-grade digital recording, these tapes incorporate numerous advances to attain the best magnetic characteristics, error rate and cassette quality available today.

Against this backdrop, TDK was able to raise domestic market share and is making steady inroads in raising its share of premium-grade tapes. In general, falling price differentials and increased awareness of

---

TDK Under the Microscope
## VHS Videotapes



Have you ever wondered how on earth moving images and sound can be stored on a thin strip of dark gray plastic? Actually, microscopic needle-shaped magnets are what preserve video and audio data on the surface of a videotape. In a VHS videotape, data takes the form of signals in the lightning-fast 5-megahertz range. At frequencies this high, the length of one signal wave from peak to peak on an NTSC tape (shown at right) is just about 1.3 microns. That corresponds to only about four of these microscopic, magnetic "needles" laid end to end. In fact, TDK is able to make these magnetic particles so small that more than 1,000 of them could be laid lengthwise across the period at the end of this sentence. How hard would it be to find one of those in a haystack?



← tape direction

} audio signal

} video signal (length of each square is four "needles")

quality are leading more Japanese consumers to opt for name-brand tapes like TDK over private brands.

To meet rising demand, TDK increased videotape output capacity in Europe by more than 50 percent during 1994. This has the dual benefit of bringing TDK's supply bases in closer contact with markets they serve as well as shielding costs from exchange-rate fluctuations.

### Floppy Disks

Floppy disks, which TDK manufactures in Japan and California, recorded another year of strong volume growth. Most sales are generated by 3.5-inch disks, with the *Super EB Fine Coat* series the largest contributor. Supporting sales growth in Japan were the enlargement of sales routes and heightened emphasis on capturing orders from the public sector. In November, TDK introduced an upgraded series in Japan featuring a stronger surface coating with a three-layer liner construction to reduce torque at low speeds, thus reducing power consumption. TDK continues to focus on ways to raise density in floppy disks; one line of 3.5-inch disks boasts a capacity of 4MB.

### Optical Disks and Other

With the heightened incorporation of optical disks in audio, computer and commercial applications, demand is soaring. TDK's sales of optical media more than doubled in fiscal 1995, leading this business firmly into the black. Continued rapid growth is foreseen in the coming years. One of the world's first companies to begin researching and producing such disks, TDK ranks among industry leaders in both magneto-optical

(MO) disks and CD-R disks. Global demand for optical disks is projected to double every year during the next few years. TDK will increase output capacity accordingly, while taking actions to improve margins.

Sales of MiniDiscs, the most widely used type of MO product, are climbing with the use of portable players in Japan. For computers, TDK introduced 230MB and 128MB MO disks pre-formatted for MS-DOS and Macintosh systems. MO disks for broadcasting are another element of this market. These disks demand specialized knowledge as they are produced on glass substrates, instead of polycarbonate as with MiniDiscs. More than half of all Japanese TV stations now use MOs, mostly for commercials. Prospects are excellent for continued growth in sales of these high-capacity disks, including the potentially immense market for video-on-demand systems.

CD-R disks use heat-sensitive dyes to record data and, as such, can be recorded only once. Their primary advantage is the ability to assume a format that makes them playable on a variety of CD systems, including audio CDs and CD-ROMs. They are frequently used for making test disks in preparation for the mass production of CD-ROMs and other types of optical disks. Demand is mounting, particularly in the United States. TDK is steadily increasing output, preserving its place among the world's largest CD-R manufacturers. The company reinforced this position in 1994 by introducing a CD-R with an improved recording layer to enable recording at 2,200rpm, four times the previous top speed. The company is focusing on the development of new dye materials to reduce costs and make possible even higher density.

TDK Under the Microscope
### Magneto-Optical Disks





**Four sputtered layers of different materials are what enable a MiniDisc to store data. Together, these layers are only 0.1 micron thick. So, if you imagine that the four layers together are as thick as an entire MiniDisc, then the disk itself would stand 14.4 meters—or about four stories—tall. One of the layers, the magneto-optical coating, cannot be allowed to vary in thickness by more than 6 angstroms (10 million angstroms are equal to 1 millimeter). Moreover, using a laser beam and magnetic coil, information is encoded on tracks that are only 1.6 microns apart. This process is similar to pinpointing individual grains of sand from a height of three meters. In many ways, it's a tall order for any manufacturer, but TDK is clearly up to the challenge.**

# Corporate Officers



Hiroshi Sato
**President**



Sho Masujima
**Executive Vice President**



Makoto Komoda
**Executive Managing
Director**



Sadao Iwaya
**Executive Managing
Director**



Matsuo Takeuchi
**Executive Managing
Director**



Takao Masaki
**Executive Managing
Director**



Satoru Matsuura
**Executive Director**



Motoyuki Kurihara
**Executive Director**



Tatsushiro Ochiai
**Executive Director**



Shunjiro Saito
**Executive Director**



Sadao Tsunoo
**Executive Director**



Hiroshi Yagi
**Executive Director**



Satoshi Orimoto
**Executive Director**



Joichiro Ezaki
**Executive Director**



Tetsuo Takahashi
**Executive Director**



Ryozo Kato
**Auditor**



Tsuneo Kamata
**Auditor**



Takuya Mori
**Auditor**



Kanji Ishizumi
**Auditor**

(As of June 29, 1995)