IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CORNICE, INC.<br><br>　　　　　Defendant. | C.A. No. 04-418 (SLR)<br><br>REDACTED |

### DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON CORNICE'S LICENSING-RELATED DEFENSES (CORNICE'S NINTH, TENTH, ELEVENTH AND TWELFTH AFFIRMATIVE DEFENSES) AND ON CORNICE'S BREACH OF CONTRACT COUNTERCLAIM

Date: January 17, 2006

Timothy Devlin (#4241)
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114

Roger S. Borovoy
David M. Barkan
Shelley K. Mack
500 Arguello Street
Redwood City, CA 94063-1526

Brian R. Nester (#3581)
Timothy W. Riffe
Christian A. Chu
1425 K Street NW, Suite 1100
Washington, D.C. 20005

Edmond R. Bannon
Lewis Hudnell III
Citigroup Center
153 East 53rd Street, 52nd Floor
New York, NY 10022-4611

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

1

I, TIMOTHY DEVLIN, declare as follows:

1. I am member of Fish & Richardson P.C., counsel of record in this action for Seagate Technology LLC ("Seagate"). I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so. I submit this declaration in support of Seagate's Reply in Support of its Motion for Summary Judgment on Cornice, Inc.'s ("Cornice") Licensing-Related Defenses (Cornice's Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses) and on Cornice's Breach of Contract Counterclaim.

2. True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed claim construction brief.

| Exhibit | Document |
| --- | --- |
| 1 | Defendant Cornice, Inc's Responses to Plaintiff Seagate Technology LLC's Third Set of Interrogatories (20-21), dated June 20, 2005. |
| 2 | Relevant excerpts from the Expert Report of William C. Messner, Ph.D., dated August 22, 2005. |
| 3 | Relevant excerpts from the transcript of the January 13, 2005 deposition of Peter Madden. |
| 4 | Relevant excerpts from the transcript of the October 11, 2005 deposition of Roger S. Smith. |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and this declaration was executed by me in Wilmington, Delaware on January 17, 2006.

Timothy Devlin

1

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

2

**CONFIDENTIAL DOCUMENT**

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

3

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

4

# CONFIDENTIAL DOCUMENT

*These pages have been omitted because
they contain confidential information
subject to the protective order*

*There is no public version of the document that is available.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition the filing will also be sent via hand delivery:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899-1347 | Attorneys for Defendant<br>Cornice, Inc. |

I hereby certify that on January 24, 2006, I have mailed by Federal Express Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Matthew D. Powers<br>Jason D. Kipnis<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA  94065 | Attorneys for Defendant<br>Cornice, Inc. |
| Russell Wheatley<br>WEIL, GOTSHAL & MANGES LLP<br>700 Louisiana, Suite 1600<br>Houston, TX  77002 | Attorneys for Defendant<br>Cornice, Inc. |
| Alan J. Weinschel<br>David C. Radulescu<br>Arlene Hahn<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153 | Attorneys for Defendant<br>Cornice, Inc. |

                                                                             */s/ Timothy Devlin*
                                                                             Timothy Devlin