IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

        Plaintiff,

    v.

CORNICE, INC.

        Defendant.

C.A. No. 04-418 (SLR)

REDACTED

**DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S REPLY
TO DEFENDANT CORNICE, INC.'S OPPOSITION TO SEAGATE'S MOTION FOR
SUMMARY JUDGMENT ON CORNICE'S THIRD, FIFTH, AND SEVENTH
AFFIRMATIVE DEFENSES**

I, Timothy Devlin, declare as follows:

1.      I am a member of Fish & Richardson P.C., counsel of record in this action for

Seagate Technology, LLC. I am a member of the Bar of the State of Delaware and of this Court.

I have personal knowledge of the matters stated in this declaration and would testify truthfully to

them if called upon to do so.

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER

2.    True and accurate copies of the following documents are attached as exhibits, as listed, in support of this declaration and the concurrently filed brief.

| Exhibit | Document |
|---------|----------|
| A. | Letter from Mr. Riffe to Mr. Radulescu, date July 12, 2005. |
| B. | Joint Press Release, dated May 2, 2005. |
| C. | Letter from Ms. Durham to Mr. Magenis, dated June 24, 2003. |
| D. | Excerpts of Transcript of Dec. 7, 2004 Deposition of Mr. Michael McNeil, at pp. 12-14; 117; 125-126. |
| E. | Cornice's List of Fact Witnesses, served on Nov. 21, 2005. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed at Wilmington, DE, this 17th day of January, 2006.

Timothy Devlin

CERTAIN EXHIBITS CONTAIN CONFIDENTIAL BUSINESS INFORMATION
SUBJECT TO PROTECTIVE ORDER



# Ex. A

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S REPLY
TO DEFENDANT CORNICE, INC.'S OPPOSITION TO SEAGATE'S MOTION FOR SUMMARY
JUDGMENT ON CORNICE'S THIRD, FIFTH, AND SEVENTH AFFIRMATIVE DEFENSES

# FISH & RICHARDSON P.C.

1425 K STREET, N.W.
11TH FLOOR
WASHINGTON, DC 20005

Telephone
202 783-5070

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

**VIA EMAIL**

Facsimile
202 783-2331

Web Site
www.fr.com

July 12, 2005

David C. Radulescu, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

Re:    Seagate Technology v. Cornice, Inc.
       USDC-D. Del. - C.A. No. 04-418 (SLR)



Dear David:

I write to confirm our discussion of Friday, July 8, 2005. Prior to the Court's June 28, 2005 Discovery Conference, Cornice agreed to produce its legal bills. Indeed, you represented that you believed that Cornice's legal bills had already been produced.

In an about face, Cornice represented on Friday July 8, 2005 that it now refuses to produce its legal bills. Accordingly, if Cornice seeks damages relating in any way to its legal costs, Seagate will move to preclude presentation of that evidence at trial.

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Very truly yours,

Timothy W. Riffe

TWR/tmp

40290157.doc

B

# Ex. B

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S REPLY
TO DEFENDANT CORNICE, INC.'S OPPOSITION TO SEAGATE'S MOTION FOR SUMMARY
JUDGMENT ON CORNICE'S THIRD, FIFTH, AND SEVENTH AFFIRMATIVE DEFENSES

Cornice® Inc. - News and Press Releases from Cornice                                              Page 1 of 1



| Home | Technology | Products | Applications | Partners | News | Company |

Press Releases   Events   News Articles   Press Kit

## Press Releases

### SEAGATE AND CORNICE REACH PARTIAL SETTLEMENT OF THEIR PENDING PATENT LAWSUITS

LONGMONT, Colo. — May 2, 2005 — Seagate Technology (NYSE:STX) and Cornice today announced that they had reached a partial settlement of their pending patent lawsuits. Under the terms of the settlement, for the sake of judicial economy and pending a resolution of the dispute in the United States District Court for the District of Delaware, Cornice has agreed that it would cease manufacture by May 31, 2005 of the products that were the subject of a Complaint filed by Seagate before the United States International Trade Commission on June 22, 2004, which include the Cornice 1.0, 1.5 and 2.0 GB products. A hearing before an Administrative Law Judge at the ITC had been scheduled to begin on May 2, 2005.

The partial settlement does not affect either Seagate's pending complaint for patent infringement in the US District Court or Cornice's cross-complaint. A trial in the Delaware lawsuit remains scheduled for June 2006.

#### About Cornice

Cornice Inc. is the leading innovator in compact, low-cost, high-capacity storage that enables a new generation of pocket-able consumer electronic devices for the world's foremost brand-name manufacturers. The Cornice Storage Element (SE) is durable, integrated personal storage that brings new levels of affordability and content capacity to these devices. The Cornice SE is built into a wide variety of consumer products, including mobile phones, MP3 players, personal video recorders, GPS devices and portable storage products. Cornice customers consist of the world's leading consumer electronics manufacturers, including Creative Labs, Garmin, iRiver, Philips, Rio, Samsung, Soniqcast, Sony and Thomson/RCA. Privately held, Cornice is headquartered in Longmont, Colorado, with integration centers in Hong Kong, Japan and Taiwan. Visit Cornice at http://www.corniceco.com/.

#### About Seagate

Seagate is the worldwide leader in the design, manufacturing and marketing of hard disc drives, providing products for a wide-range of Enterprise, Desktop, Mobile Computing, and Consumer Electronics applications. Seagate's business model leverages technology leadership and world-class manufacturing to deliver industry-leading innovation and quality to its global customers, and to be the low cost producer in all markets in which it participates. The company is committed to providing award-winning products, customer support and reliability to meet the world's growing demand for information storage. Seagate can be found around the globe and at www.seagate.com.

Seagate and Seagate Technology are registered trademarks of Seagate Technology LLC. All other trademarks or registered trademarks are the property of their respective owners.

**CORNICE CORPORATE CONTACT**

Melissa Johnson
Cornice, Inc.
303.827.7103
mjohnson@corniceco.com

**MEDIA CONTACT**

Syreeta Mussante
Sparkpr
415.321.1865
syreeta@sparkpr.com

Quarterly News

Enter your email addre
to learn about new Co
offerings and the lates
and technologies that
the future of consume

**Quick Links**

Press Kit

About the Company

Contact Us

Copyright 2005, Cornice, Inc. All Rights Reserved.                    303.651.7291   info

Technology    Products    Applications    Partners    News    Company    Contact



# Ex. C

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S REPLY
TO DEFENDANT CORNICE, INC.'S OPPOSITION TO SEAGATE'S MOTION FOR SUMMARY
JUDGMENT ON CORNICE'S THIRD, FIFTH, AND SEVENTH AFFIRMATIVE DEFENSES

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

D

# Ex. D

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S REPLY
TO DEFENDANT CORNICE, INC.'S OPPOSITION TO SEAGATE'S MOTION FOR SUMMARY
JUDGMENT ON CORNICE'S THIRD, FIFTH, AND SEVENTH AFFIRMATIVE DEFENSES

# CONFIDENTIAL DOCUMENT

***These pages have been omitted because they contain confidential information subject to the protective order***

***There is no public version of the document that is available.***

E

# Ex. E

DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF
PLAINTIFF SEAGATE TECHNOLOGY LLC'S REPLY
TO DEFENDANT CORNICE, INC.'S OPPOSITION TO SEAGATE'S MOTION FOR SUMMARY
JUDGMENT ON CORNICE'S THIRD, FIFTH, AND SEVENTH AFFIRMATIVE DEFENSES

## CONFIDENTIAL DOCUMENT

*These pages have been omitted because
they contain confidential information
subject to the protective order*

*There is no public version of the document that is available.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2006, I electronically filed with the Clerk of

Court the foregoing document using CM/ECF which will send electronic notification of

such filing(s) to the following Delaware counsel.  In addition the filing will also be sent

via hand delivery:

| | |
|---|---|
| Jack B. Blumenfeld, Esquire | Attorneys for Defendant |
| MORRIS NICHOLS ARSHT & | Cornice, Inc. |
| TUNNELL | |
| 1201 N. Market Street | |
| P.O. Box 1347 | |
| Wilmington, DE  19899-1347 | |

I hereby certify that on January 24, 2006, I have mailed by Federal Express

Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Matthew D. Powers | Attorneys for Defendant |
| Jason D. Kipnis | Cornice, Inc. |
| WEIL, GOTSHAL & MANGES LLP | |
| 201 Redwood Shores Parkway | |
| Redwood Shores, CA  94065 | |
| | |
| Russell Wheatley | Attorneys for Defendant |
| WEIL, GOTSHAL & MANGES LLP | Cornice, Inc. |
| 700 Louisiana, Suite 1600 | |
| Houston, TX  77002 | |
| | |
| Alan J. Weinschel | Attorneys for Defendant |
| David C. Radulescu | Cornice, Inc. |
| Arlene Hahn | |
| WEIL, GOTSHAL & MANGES LLP | |
| 767 Fifth Avenue | |
| New York, NY  10153 | |

_/s/ Timothy Devlin_
Timothy Devlin

1