OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

1/31/06

Timothy Devlin
Fish & Richardson
919 N. Market Street
Suite 1100
Wilmington, DE 19899-1114

RE: **Seagate Technology v. Cornice, Inc.**

C.A. 04-418-SLR

Dear Counsel:

The following sealed document is being returned to you:

ITEM: D.I. 242

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: *Francesca Lassare*

I hereby acknowledge receipt of the above mentioned document on 1/31/06.

_____
Signature