IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SEAGATE TECHNOLOGY LLC,

        Plaintiff,

v.

CORNICE, INC.

        Defendant.

C.A. No. 04-418 (SLR)

## STIPULATION OF DISMISSAL

**WHEREAS,** the parties have agreed to a settlement of this action, it is hereby stipulated by the parties, subject to approval of the Court, that:

    1.    This action is dismissed with prejudice as set forth in the Definitive Settlement Agreement.

    2.    The Court reserves jurisdiction to enforce the Definitive Settlement Agreement.

    3.    All attorneys' fees, costs of court and other expenses shall be borne by each party incurring the same.

| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Timothy Devlin<br>William J. Marsden, Jr. (#2247)<br>Timothy Devlin (#4241)<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19899-1114<br><br>Roger S. Borovoy<br>David M. Barkan<br>500 Arguello Street<br>Redwood City, CA 94063-1526<br>Ruffin B. Cordell<br>Brian R. Nester<br>Timothy W. Riffe<br>Christian Chu | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>1201 N. Market St.<br>P.O. box 1347<br>Wilmington, DE 19899<br><br>Of Counsel:<br><br>Matthew D. Powers<br>Jason D. Kipnis<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway |

1425 K Street NW, Suite 1100
Washington, D.C. 20005

*Attorneys for Plaintiff*

SEAGATE TECHNOLOGY LLC

Redwood Shores, CA 94065

Russell Wheatley
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77001

Alan J. Weinschel
David C. Radulescu
Arlene Hahn
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

*Attorneys for Defendant*

CORNICE, INC.

SO ORDERED this

_____day of _____, 2006.

_____
United States District Court Judge