**REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK**

TO:    Commissioner of Patents and Trademarks
       Washington, D.C. 20231

In compliance with 35:290 and/or 15 U.S.C. 1116 you are hereby advised that a court action
has been filed on the following patent(s)/trademarks in the U.S. District Court:

| DOCKET NO.<br>CA 04-0418 | DATE FILED<br>06/22/04 | U.S. DISTRICT COURT<br>District of Delaware |
|---|---|---|

| PLAINTIFF<br>Seagate Technology | DEFENDANT<br>Cornice Inc. |
|---|---|

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 5,452,159 | 09/19/95 | Conner Peripherals Inc. |
| 2 | 5,600,506 | 02/04/97 | Conner Peripherals Inc. |
| 3 | 6,146,754 | 11/14/00 | Seagate Technology Inc. |
| 4 | 6,324,054 B1 | 11/27/01 | Seagate Technology LLC |
| 5 | 6,455,845 B1* | 09/24/02* | Agilent Technologies Inc. |
| 6 | 5,596,461 | 01/21/97 | Seagate Technology Inc. |

**\*Mistakenly attached to complaint; see below**

In the above-entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | [ ] Amendment  [ ] Answer  [ ] Cross Bill  [ ] Other Pleading |

| | PATENT/TRADEMARK NO. | DATE OF PATENT/TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,545,845 B2** | 4/8/03 | Seagate Technology, LLC |
| 2 | ** Correct version of patent at suit per<br>6/24/04 letter from counsel | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following decision has been rendered or
judgment issued:

DECISION/JUDGMENT

Stipulation of Dismissal filed by the parties on 4/13/06, D.I. 331. (Document
attached), "So Ordered" on the docket by Chief Judge Robinson on 4-17-06.

R. DiMeo                                        4/19/06

| CLERK<br>PETER T. DALLEO, CLERK | (BY) DEPUTY CLERK |
|---|---|