**REVIEWED**
By Larisha Davis at 9:56 am, Jun 20, 2007

CLOSED, PATENT

## U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00418-SLR
### Internal Use Only

| | |
|---|---|
| Seagate Technology, LLC v. Cornice Inc. | Date Filed: 06/22/2004 |
| Assigned to: Honorable Sue L. Robinson | Date Terminated: 04/17/2006 |
| Demand: $0 | Jury Demand: Both |
| Cause: 28:1338 Patent Infringement | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Seagate Technology LLC**     represented by     **Thomas Lee Halkowski**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: halkowski@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Devlin**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Email: tdevlin@fr.com
*ATTORNEY TO BE NOTICED*

**William J. Marsden, Jr.**
Fish & Richardson, P.C.
919 N. Market Street, Suite 1100
P.O. Box 1114
Wilmington, DE 19899-1114
(302) 652-5070
Fax: (302) 652-0607
Email: marsden@fr.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Cornice Inc.**     represented by     **Jack B. Blumenfeld**
Morris, Nichols, Arsht & Tunnell LLP

        1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jbbefiling@mnat.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julia Heaney**
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
Email: jhefiling@mnat.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cornice Inc.**   represented by   **Jack B. Blumenfeld**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Seagate Technology LLC**   represented by   **Thomas Lee Halkowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Cornice Inc.**

V.

**Counter Defendant**

**Seagate Technology LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2004 | 1 | COMPLAINT filed. Magistrate Consent Notice to Pltf. FILING FEE $ 150.00 RECEIPT # 136349 (els) (Entered: 06/23/2004) |
| 06/22/2004 |  | DEMAND for jury trial by Seagate Technology (els) (Entered: 06/23/2004) |
| 06/22/2004 |  | SUMMONS(ES) issued for Cornice Inc. (els) (Entered: 06/23/2004) |
|  |  |  |

| | | |
|---|---|---|
| | | submit one motion for multiple admission motions ( signed by Judge Sue L. Robinson ) copies to: cnsl. (rld) (Entered: 09/29/2004) |
| 10/04/2004 | 28 | Answer Brief Filed by Cornice Inc. [22-1] motion to Stay - Reply Brief due 10/12/04 (fmt) (Entered: 10/05/2004) |
| 10/07/2004 | 29 | MOTION by Seagate Technology with Proposed Order for Joseph V. Colaianni, Rudhir B. Patel, and Ruffin B. Cordell to Appear Pro Hac Vice (fmt) (Entered: 10/07/2004) |
| 10/08/2004 | 30 | MOTION by Seagate Technology with Proposed Order for Roger S. Borovoy to Appear Pro Hac Vice (fmt) (Entered: 10/12/2004) |
| 10/12/2004 | | So Ordered granting [29-1] motion for Joseph V. Colaianni, Rudhir B. Patel, and Ruffin B. Cordell to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 10/12/2004) |
| 10/12/2004 | 31 | SEALED Reply Brief Filed by Seagate Technology [22-1] motion to Stay (fmt) Modified on 10/13/2004 (Entered: 10/12/2004) |
| 10/12/2004 | 32 | SEALED Declaration of Timothy Devlin in support of D.I. # 31(fmt) Modified on 10/13/2004 (Entered: 10/12/2004) |
| 10/13/2004 | | So Ordered granting [30-1] motion for Roger S. Borovoy to Appear Pro Hac Vice ( signed by Judge Sue L. Robinson ) Notice to all parties. (rld) (Entered: 10/13/2004) |
| 10/13/2004 | 33 | Letter to Clerk from T. Devlin enclosing envelopes for sealing of D.I. 31 and 32 which were inadvertently filed not under seal. (rld) (Entered: 10/13/2004) |
| 10/15/2004 | 34 | CERTIFICATE OF SERVICE by Seagate Technology re 1st set of doc reqs (Nos. 1-22) (fmt) (Entered: 10/18/2004) |
| 11/02/2004 | 35 | Letter to Judge Robinson from J. Heaney enclosing proposed Scheduling Order that contains the dates provided during the 9/21/04 scheduling conference (fmt) (Entered: 11/02/2004) |
| 11/02/2004 | 36 | Proposed Scheduling Order filed by Cornice Inc., Seagate Technology (fmt) (Entered: 11/02/2004) |
| 11/03/2004 | 37 | Third-Party Xing Song's Objections to Respondent Cornice, Inc.'s Subpoena Compelling Testimony and Document Production to Xing Song (fmt) (Entered: 11/04/2004) |
| 11/03/2004 | | So Ordered [36-1] proposed order set Scheduling Order Deadlines: joining of parties, amended pleadings on 3/25/05 Discovery deadline on 10/21/05 Deadline for filing dispositive motions by 11/18/05, answering brifs due 1/17/06; Daubert motions due 11/18/05; Pretrial conference by 3:30 4/17/06; Jury Trial Date Deadline 9:30 5/1/06 , set Motion in Limine Filing deadline to 4/10/06; response due 4/24/06 , set 1st Discovery Hearing for 4:30 12/9/04; 2nd discovery hearing for 4:30 5/9/05 , set Oral Argument re summary jmg. and claim construction for 3:00 3/1/06 Matter referred to Mag. Judge Thynge for purpose of |

| | | |
|---|---|---|
| 01/26/2005 | 48 | CERTIFICATE OF SERVICE by Seagate Technology re response to 2nd set of doc reqs (Nos. 126-147) (fmt) (Entered: 01/26/2005) |
| 03/09/2005 | 49 | ORDER Setting Mediation Conferences: Telephone Conference set for 7/27/2005 08:30 AM in Chambers before Honorable Mary Pat Thynge. Mediation Conference set for 8/25/2005 10:00 AM in Courtroom 6C before Honorable Mary Pat Thynge.. Signed by Judge Mary Pat Thynge on 3/9/05. (kjk, ) (Entered: 03/09/2005) |
| 03/21/2005 | | (Court only) ***Deadlines terminated. (rld, ) (Entered: 03/21/2005) |
| 03/23/2005 | 50 | ORDER parties in this patent litigation shall not file motions in limine, parties shall be prepared to address their evid. issues at the pretrial conf. and during trial. Signed by Judge Sue L. Robinson on 3/23/05. (rld, ) (Entered: 03/23/2005) |
| 03/25/2005 | 51 | SEALED MOTION to Amend/Correct *Answer and Counterclaims (sealed)* - filed by Cornice Inc.. (Heaney, Julia) (Entered: 03/25/2005) |
| 04/01/2005 | 52 | REDACTED VERSION of 51 SEALED MOTION to Amend/Correct *Answer and Counterclaims (sealed)* by Cornice Inc.. (Attachments: # 1 Exhibit 1# 2 Errata 2)(Heaney, Julia) (Entered: 04/01/2005) |
| 04/06/2005 | 53 | NOTICE to Take Deposition of Kevin Magenis on May 11, 2005 by Seagate Technology LLC.(Devlin, Timothy) (Entered: 04/06/2005) |
| 04/08/2005 | 54 | SEALED ANSWERING BRIEF in Opposition re 51 SEALED MOTION to Amend/Correct *Answer and Counterclaims (sealed)* filed by Seagate Technology LLC.Reply Brief due date per Local Rules is 4/15/2005. (Marsden, William) (Entered: 04/08/2005) |
| 04/08/2005 | 55 | SEALED DECLARATION re 54 Answering Brief in Opposition by Seagate Technology LLC. (Marsden, William) (Entered: 04/08/2005) |
| 04/15/2005 | 56 | REDACTED VERSION of 54 Answering Brief in Opposition *to Cornice's Motion for Leave to File Amended Answer and Counterclaims* by Seagate Technology LLC. (Marsden, William) (Entered: 04/15/2005) |
| 04/15/2005 | 57 | REDACTED VERSION of 55 Declaration *of William Marsden in Support of Opposition to Cornice's Motion to Amend Answer and Counterclaims* by Seagate Technology LLC. (Marsden, William) (Entered: 04/15/2005) |
| 04/15/2005 | 58 | SEALED REPLY BRIEF re 51 SEALED MOTION to Amend/Correct *Answer and Counterclaims (sealed)* filed by Cornice Inc., Cornice Inc.. (Attachments: # 1 Exhibit Exhibits A and B)(Heaney, Julia) (Entered: 04/15/2005) |
| 04/19/2005 | 59 | Letter to Judge Robinson from Timothy Devlin regarding Request for Oral Argument on Cornice's Motion for Leave to File Amended Answer and Counterclaim re 51 SEALED MOTION to Amend/Correct *Answer and Counterclaims (sealed)*. (Devlin, Timothy) (Entered: 04/19/2005) |
| 04/21/2005 | 60 | REDACTED VERSION *(D.I. 58)Cornice's Reply Brief in Support of Its* |

| | | |
|---|---|---|
| | | *Motion for Leave to File Amended Answer and Counterclaim* by Cornice Inc.. (Attachments: # 1 Exhibit A and B)(Heaney, Julia) Modified on 4/21/2005 (fmt, ). (Entered: 04/21/2005) |
| 04/27/2005 | | Reset Hearings: Discovery Conference set for 5/11/2005 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. (rld, ) (Entered: 04/27/2005) |
| 04/27/2005 | | (Court only) ***Deadlines terminated. (rld, ) (Entered: 04/27/2005) |
| 05/05/2005 | 61 | MOTION for Pro Hac Vice Appearance of Attorney Edmond Bannon - filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 05/05/2005) |
| 05/10/2005 | | (Court only) ***Deadlines terminated. (rld, ) (Entered: 05/10/2005) |
| 05/10/2005 | | SO ORDERED, re 61 MOTION for Pro Hac Vice Appearance of Attorney Edmond Bannon filed by Seagate Technology LLC, . Signed by Judge Sue L. Robinson on 5/10/05. (rld, ) (Entered: 05/10/2005) |
| 05/11/2005 | 62 | NOTICE OF SERVICE of Plaintiff Seagate's First Set of Interrogatories (Nos. 1-3) to Defendant Cornice and Plaintiff Seagate's Second Set of Document Requests (Nos. 23-25) to Defendant Cornice by Seagate Technology LLC.(Devlin, Timothy) (Entered: 05/11/2005) |
| 05/11/2005 | | Minute Entry for proceedings held before Judge Sue L. Robinson : Discovery Conference held on 5/11/2005. (Court Reporter V. Gunning.) (fmt, ) (Entered: 05/12/2005) |
| 05/12/2005 | | Set Deadlines/Hearings: 2nd Discovery Conference set for 6/28/2005 04:30 PM in Courtroom 6B before Honorable Sue L. Robinson. Set in court on 5/11/05. (rld, ) (Entered: 05/12/2005) |
| 05/12/2005 | 63 | NOTICE OF SERVICE of Plaintiff Seagate's Third Set of Document Requests (Nos. 25-291) to Defendant Cornice and Plaintiff Seagate's Second Set of Interrogatories (Nos. 4-19) to Defendant Cornice by Seagate Technology LLC.(Devlin, Timothy) (Entered: 05/12/2005) |
| 05/13/2005 | 64 | MOTION for Pro Hac Vice Appearance of Attorney Christian Chu - filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 05/13/2005) |
| 05/13/2005 | 65 | NOTICE to Take Deposition of Cornice, Inc. on May 27, 2005 by Seagate Technology LLC.(Devlin, Timothy) (Entered: 05/13/2005) |
| 05/13/2005 | 66 | NOTICE OF SERVICE of Second Set of Interrogatories to Plaintiff by Cornice Inc..(Heaney, Julia) (Entered: 05/13/2005) |
| 05/16/2005 | | SO ORDERED, re 64 MOTION for Pro Hac Vice Appearance of Attorney Christian Chu filed by Seagate Technology LLC, . Signed by Judge Sue L. Robinson on 5/16/05. (rld, ) (Entered: 05/16/2005) |
| 05/16/2005 | 67 | SEALED TRANSCRIPT of Discovery Conference held on 5/11/05 before Judge Robinson. Court Reporter: V. Gunning. (Transcript on file in Clerk's Office) (fmt, ) (Entered: 05/16/2005) |
| | | |

| Date | DI | Description |
|---|---|---|
| 07/06/2005 |  | SO ORDERED, re 112 Proposed Order filed by Cornice Inc., deft.'s amended answer and counterclaims shall remain underseal (SEE exhibit 1 to D.I. 51). Signed by Judge Sue L. Robinson on 7/6/05. (rld, ) (Entered: 07/06/2005) |
| 07/06/2005 |  | SEALED AMENDED ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Seagate Technology LLC by Cornice Inc., Cornice Inc. (Court granted filing of this document on 5/20/05; Stip. to Seal this pleading filed on 7/1/05 and granted by the court on 7/6/05) SEE Exhibit 1 of D.I. 51 for this SEALED Amended Answer and Counterclaim.(rld, ) (Entered: 07/06/2005) |
| 07/21/2005 | 113 | PROPOSED ORDER Stipulated Protective Order by Cornice Inc.. (Heaney, Julia) (Entered: 07/21/2005) |
| 07/21/2005 | 114 | REDACTED VERSION of Answer to Complaint,, Counterclaim, *Amended Answer, Affirmative Defenses and Counterclaims* by Cornice Inc.. (Heaney, Julia) (Entered: 07/21/2005) |
| 07/22/2005 | 115 | NOTICE OF SERVICE of Plaintiff Seagate Technology LLC's Preliminary List of Proposed Claim Construction Terms by Seagate Technology LLC.(Devlin, Timothy) (Entered: 07/22/2005) |
| 07/22/2005 | 116 | NOTICE OF SERVICE of List of Claim Terms for Construction by Cornice Inc..(Heaney, Julia) (Entered: 07/22/2005) |
| 07/29/2005 | 117 | ORDER Setting Mediation Conferences: The mediation conference scheduled for 8/25/2005 at 10:00 AM is rescheduled to Saturday 10/1/2005 09:30 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 7/29/2005. (cab, ) (Entered: 07/29/2005) |
| 08/01/2005 | 118 | Letter to Chief Judge Robinson from Brian Nester regarding FILED UNDER SEAL: requesting an order compelling Cornice to provide discovery. (Devlin, Timothy) (Entered: 08/01/2005) |
| 08/01/2005 | 119 | Letter to Chief Judge Robinson from Brian Nester regarding REDACTED VERSION: requesting an order compelling Cornice to provide discovery re 118 Letter. (Devlin, Timothy) (Entered: 08/01/2005) |
| 08/02/2005 |  | SO ORDERED, re 113 Stipulated Protective Order filed by Cornice Inc.. Signed by Judge Sue L. Robinson on 8/1/05. (rld, ) (Entered: 08/02/2005) |
| 08/02/2005 |  | The request to compel made in D.I. 118 (and D.I. 119-the redacted version of D.I. 118) is improperly filed as a letter which the court will not address, please see Judge Robinson's website for guidance on filing letters. (fmt, ) Modified on 8/2/2005 (rld, ). (Entered: 08/02/2005) |
| 08/03/2005 | 120 | SEALED Letter to Honorable Sue L. Robinson from Timothy Devlin regarding submitting evidence requested by Judge Robinson during the discovery conference on June 28, 2005. (Devlin, Timothy) Modified on 8/3/2005 (rbe, )(Original and courtesy copy will be filed with the Clerk's Office) (Entered: 08/03/2005) |

| | | |
|---|---|---|
| 08/03/2005 | | CORRECTING ENTRY: At counsel's request Docket entry for DI 120 changed to relect that letter to Chief Judge Robinson is being filed under SEAL. (rbe, ) (Entered: 08/03/2005) |
| 08/04/2005 | 121 | REDACTED VERSION of 120 Letter, *to Hon. Sue L. Robinson from Timothy Devlin re submitting evidence requested by Judge Robinson during the discovery conference on June 28* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 08/04/2005) |
| 08/09/2005 | 122 | SEALED Letter to The Honorable Chief Judge Sue L. Robinson from Jack B. Blumenfeld regarding request for order compelling production of information relating to Cornice's future products. (Blumenfeld, Jack) Modified on 8/9/2005 (fmt, ). (Entered: 08/09/2005) |
| 08/09/2005 | 123 | ORDER pltf.'s request for discovery on any 4.0 gig products is denied. Signed by Judge Sue L. Robinson on 8/9/05. (rld, ) (Entered: 08/09/2005) |
| 08/10/2005 | 124 | SEALED MOTION Request for In Camera Inspection Pursuant to the Stipulated Protective Order re 113 Proposed Order - filed by Cornice Inc.. (Attachments: # 1 Exhibit 1-3)(Heaney, Julia) (Entered: 08/10/2005) |
| 08/11/2005 | 125 | REDACTED VERSION of 122 Letter *to the Honorable Sue L. Robinson re request for an order compelling production of information relating to future products of Cornice* by Cornice Inc.. (Attachments: # 1 Exhibit 1) (Blumenfeld, Jack) (Entered: 08/11/2005) |
| 08/11/2005 | 126 | REDACTED VERSION of 124 SEALED MOTION Request for In Camera Inspection Pursuant to the Stipulated Protective Order re 113 Proposed Order by Cornice Inc., Cornice Inc.. (Heaney, Julia) (Entered: 08/11/2005) |
| 08/15/2005 | 127 | SEALED ANSWERING BRIEF in Opposition re 124 SEALED MOTION Request for In Camera Inspection Pursuant to the Stipulated Protective Order re 113 Proposed Order filed by Seagate Technology LLC.Reply Brief due date per Local Rules is 8/22/2005. (Devlin, Timothy) (Entered: 08/15/2005) |
| 08/15/2005 | 128 | SEALED DECLARATION re 127 Answering Brief in Opposition, *Declaration of Timothy Devlin in Support of Plaintiff Seagate's Response to Cornice's Request for In Camera Inspection Pursuant to the Stipulated Protective Order* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 08/15/2005) |
| 08/17/2005 | 129 | REDACTED VERSION of 127 Answering Brief in Opposition, *Seagate's Response to Cornice's Request for In Camera Inspection Pursuant to the Stipulated Protective Order* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 08/17/2005) |
| 08/17/2005 | 130 | REDACTED VERSION of 128 Declaration, *Declaration of Timothy Devlin in Support of Seagate's Response to Cornice's Request for In Camera Inspection Pursuant to the Stipulated Protective Order* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 08/17/2005) |
| 08/18/2005 | 131 | SEALED Emergency MOTION for Issuance of Letters Rogatory - filed |

| | | |
|---|---|---|
| | | by Seagate Technology LLC. (Devlin, Timothy) Additional attachment(s) added on 8/19/2005 (fmt, ). Modified on 8/19/2005 (fmt, ). (Entered: 08/18/2005) |
| 08/18/2005 | 132 | SEALED DECLARATION re 131 Emergency MOTION for Issuance of Letters Rogatory *of Lewis E. Hudnell, III* by Seagate Technology LLC. (Devlin, Timothy) Additional attachment(s) added on 8/19/2005 (fmt, ). Modified on 8/19/2005 (fmt, ). (Entered: 08/18/2005) |
| 08/19/2005 | | CORRECTING ENTRY: Per phone call from Timothy Devlin's office, D.I. Nos. 131 and 132 should have been filed under SEAL; pdf attachments have been deleted and replaced with "Sealed Document" attachments (fmt, ) (Entered: 08/19/2005) |
| 08/19/2005 | 133 | RESPONSE to Motion re 131 Emergency MOTION for Issuance of Letters Rogatory filed by Cornice Inc.. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order order denying plaintiff's Expedited Motion for Issuance of Letter Rogatory)(Blumenfeld, Jack) (Entered: 08/19/2005) |
| 08/19/2005 | 134 | SEALED REPLY to Response to Motion re 124 SEALED MOTION Request for In Camera Inspection Pursuant to the Stipulated Protective Order re 113 Proposed Order filed by Cornice Inc.. (Heaney, Julia) (Entered: 08/19/2005) |
| 08/25/2005 | 135 | REDACTED VERSION of 131 Emergency MOTION for Issuance of Letters Rogatory by Seagate Technology LLC. (Devlin, Timothy) (Entered: 08/25/2005) |
| 08/25/2005 | 136 | REDACTED VERSION of 132 Declaration *of Lewis E. Hudnell, III in Support of Seagate's Expedited Motion for Issuance of Letter Rogatory* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 08/25/2005) |
| 08/31/2005 | 137 | REDACTED VERSION of 134 Reply to Response to Motion *in Support of Defendant Cornice's Request for In Camera Inspection* by Cornice Inc.. (Heaney, Julia) (Entered: 08/31/2005) |
| 09/02/2005 | 138 | NOTICE OF SERVICE of Subpoenas by Cornice Inc..(Heaney, Julia) (Entered: 09/02/2005) |
| 09/22/2005 | 139 | ORDER Setting Mediation Conferences: Mediation Conference set for 10/1/2005 at 9:30 AM has been rescheduled to 3/13/2006 at 10:00 AM in Courtroom 6C before Honorable Mary Pat Thynge. Signed by Judge Mary Pat Thynge on 9/22/2005. (cab, ) (Entered: 09/22/2005) |
| 09/22/2005 | 140 | MOTION for Pro Hac Vice Appearance of Attorney John V. Picone III - filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 09/22/2005) |
| 09/23/2005 | | SO ORDERED, re 140 MOTION for Pro Hac Vice Appearance of Attorney John V. Picone III filed by Seagate Technology LLC, . Signed by Judge Sue L. Robinson on 9/23/05. (fmt, ) (Entered: 09/23/2005) |
| 10/31/2005 | 141 | ORDER granting in part and denying in part 124 Motion for in camera inspection, denying as untimely 131 Motion for Issuance of Letters |

| | | |
|---|---|---|
| | | Rogatory . Signed by Judge Sue L. Robinson on 10/31/05. (rld, ) (Entered: 10/31/2005) |
| 11/07/2005 | 142 | Discovery Dispute Resolution between counsel and Chief Judge Sue L. Robinson. (rld, ) (Entered: 11/07/2005) |
| 11/18/2005 | 143 | Joint STATEMENT - *Claim Construction Statement* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 144 | SEALED MOTION for Summary Judgment *Plaintiff Seagate's Motion for Summary Judgment on Defendant Cornice's Third, Fifth and Seventh Affirmative Defenses* - filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 145 | SEALED DECLARATION re 144 SEALED MOTION for Summary Judgment *Plaintiff Seagate's Motion for Summary Judgment on Defendant Cornice's Third, Fifth and Seventh Affirmative Defenses Declaration of Timothy Devlin In Support of Motion for Summary Judgment on Defendant Cornice's Third, Fifth and Seventh Affirmative Defenses* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 146 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *Plaintiff Seagate's Claim Construction Brief Regarding U.S. Patent No. 6,146,754* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 147 | SEALED DECLARATION re 146 Claim Construction Opening Brief *Declaration of Timothy Devlin In Support of Seagate's Claim Construction Brief Regarding U.S. Patent No. 6,146,754* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 148 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *Plaintiff Seagate's Opening Brief Regarding Construction of Certain Disputed Claim Terms of U.S. Patent Nos. 6,744,606 and 5,452,159* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 149 | SEALED DECLARATION re 148 Claim Construction Opening Brief *Declaration of Timothy Devlin in Support of Plaintiff Seagate's Opening Brief Regarding Construction of Certain Disputed Claim Terms of U.S. Patent Nos. 6,744,606 and 5,452,159* by Seagate Technology LLC. Volumes 1 and 2(Devlin, Timothy) Modified on 11/21/2005 (fmt, ). (Entered: 11/18/2005) |
| 11/18/2005 | 150 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *Plaintiff Seagate's Opening Brief Regarding Construction of Certain Disputed Claim Terms of U.S. Patent Nos. 6,324,054, 6,545,845 and 5,596,461* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 151 | SEALED DECLARATION re 150 Claim Construction Opening Brief *Plaintiff Seagate's Opening Brief Regarding Construction of Certain Disputed Claim Terms of U.S. Patent Nos. 6,324,054, 6,545,845 and* |

| | | |
|---|---|---|
| | | *5,596,461* by Seagate Technology LLC. VOLUMES 1 AND 2(Devlin, Timothy) Modified on 11/21/2005 (fmt, ). (Entered: 11/18/2005) |
| 11/18/2005 | 152 | SEALED MOTION for Summary Judgment *Plaintiff Seagate's Motion for Summary Judgment on Cornice's Licensing-Related Defenses (Cornice's Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses) and on Cornice's Breach of Contract Counterclaim* - filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 153 | SEALED DECLARATION re 152 SEALED MOTION for Summary Judgment *Plaintiff Seagate's Motion for Summary Judgment on Cornice's Licensing-Related Defenses (Cornice's Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses) and on Cornice's Breach of Contract Cou* by Seagate Technology LLC. VOLUMES 1 AND 2(Devlin, Timothy) Modified on 11/21/2005 (fmt, ). (Entered: 11/18/2005) |
| 11/18/2005 | 154 | MOTION for Summary Judgment *[No. 1] Of Non-Infringement of All Asserted Claims Of U.S. Patent Nos. 6,146,754 And 5,600,506 Pursuant to License* - filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 155 | SEALED OPENING BRIEF in Support re 154 MOTION for Summary Judgment *[No. 1] Of Non-Infringement of All Asserted Claims Of U.S. Patent Nos. 6,146,754 And 5,600,506 Pursuant to License* filed by Cornice Inc..Answering Brief/Response due date per Local Rules is 12/5/2005. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 156 | SEALED APPENDIX re 154 MOTION for Summary Judgment *[No. 1] Of Non-Infringement of All Asserted Claims Of U.S. Patent Nos. 6,146,754 And 5,600,506 Pursuant to License*, 155 Opening Brief in Support, by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 157 | MOTION to Preclude *[No. 2] Seagate From Asserting Infringement With Respect to Accused 4.0 Products* - filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 158 | MOTION for Summary Judgment *[No. 3] Of Non-Infringement of U.S. Patent No. 5,452,159* - filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 159 | SEALED OPENING BRIEF in Support re 158 MOTION for Summary Judgment *[No. 3] Of Non-Infringement of U.S. Patent No. 5,452,159* filed by Cornice Inc..Answering Brief/Response due date per Local Rules is 12/5/2005. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 160 | SEALED APPENDIX re 158 MOTION for Summary Judgment *[No. 3] Of Non-Infringement of U.S. Patent No. 5,452,159*, 159 Opening Brief in Support by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 161 | MOTION for Summary Judgment *[No. 4] That Seagate Cannot Recover Pre-Suit Damages* - filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 162 | SEALED OPENING BRIEF in Support re 161 MOTION for Summary Judgment *[No. 4] That Seagate Cannot Recover Pre-Suit Damages* filed |

| | | |
|---|---|---|
| | | by Cornice Inc..Answering Brief/Response due date per Local Rules is 12/5/2005. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 163 | SEALED APPENDIX re 162 Opening Brief in Support, 161 MOTION for Summary Judgment *[No. 4] That Seagate Cannot Recover Pre-Suit Damages* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 164 | MOTION for Summary Judgment *[No. 5] Of Non-Infringement Of U.S. Patent No. 5,600,506* - filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 165 | SEALED OPENING BRIEF in Support re 164 MOTION for Summary Judgment *[No. 5] Of Non-Infringement Of U.S. Patent No. 5,600,506* filed by Cornice Inc..Answering Brief/Response due date per Local Rules is 12/5/2005. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 166 | SEALED APPENDIX re 165 Opening Brief in Support, 164 MOTION for Summary Judgment *[No. 5] Of Non-Infringement Of U.S. Patent No. 5,600,506* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 167 | MOTION for Partial Summary Judgment *[No. 6] Regarding The Invalidity of U.S. Patent No. 5,600,506* - filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 168 | SEALED OPENING BRIEF in Support re 167 MOTION for Partial Summary Judgment *[No. 6] Regarding The Invalidity of U.S. Patent No. 5,600,506* filed by Cornice Inc..Answering Brief/Response due date per Local Rules is 12/5/2005. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 169 | SEALED APPENDIX re 167 MOTION for Partial Summary Judgment *[No. 6] Regarding The Invalidity of U.S. Patent No. 5,600,506*, 168 Opening Brief in Support by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 170 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *For U.S. Patent No. 5,452,159* filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 171 | SEALED APPENDIX re 170 Claim Construction Opening Brief *For U.S. Patent No. 5,452,159* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 172 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *For U.S. Patent No, 6,545,845* filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 173 | SEALED APPENDIX re 172 Claim Construction Opening Brief *For U.S. Patent No. 6,545,845* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 174 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *For U.S. Patent No. 6,324,054* filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| | | |

| | | |
|---|---|---|
| 11/18/2005 | 175 | SEALED APPENDIX re 174 Claim Construction Opening Brief *For U.S. Patent No. 6,324,054* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 176 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *For U.S. Patent No. 6,744,606* filed by Cornice Inc.. (Heaney, Julia) Modified on 12/30/2005 (fmt, ). (SEE D.I. 305, CORRECTED VERSION OF THIS BRIEF WAS SUBMITTED ON 12/30/05 ) (Entered: 11/18/2005) |
| 11/18/2005 | 177 | SEALED APPENDIX re 176 Claim Construction Opening Brief *For U.S. Patent No. 6,744,606* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 178 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *For U.S. Patent No. 6,146,754* filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 179 | SEALED APPENDIX re 178 Claim Construction Opening Brief *For U.S. Patent No. 6,146,754* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 180 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *For U.S. Patent No. 5,596,461* filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 181 | SEALED APPENDIX re 180 Claim Construction Opening Brief *For U.S. Patent No. 5,596,461* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 182 | CLAIM CONSTRUCTION OPENING BRIEF *Plaintiff Seagate Technology's Technology Overview* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 183 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *For U.S. Patent No. 5,600,506* filed by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 184 | SEALED APPENDIX re 183 Claim Construction Opening Brief *For U.S. Patent No. 5,600,506* by Cornice Inc.. (Heaney, Julia) (Entered: 11/18/2005) |
| 11/18/2005 | 185 | SEALED CLAIM CONSTRUCTION OPENING BRIEF *Seagate's Proposed Claim Construction Regarding U.S. Patent No. 5,600,506* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/18/2005 | 186 | SEALED DECLARATION re 185 Claim Construction Opening Brief *Declaration of Timothy Devlin in Support of Seagate's Proposed Claim Construction Regarding U.S. Patent No. 5,600,506* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/18/2005) |
| 11/21/2005 | 187 | NOTICE of Service of Defendant Cornice, Inc.'s List of Fact Witnesses to be Called at Trial by Cornice Inc. (Blumenfeld, Jack) (Entered: 11/21/2005) |
| | | |

| | | |
|---|---|---|
| 11/28/2005 | ●222 | REDACTED VERSION of 156 Appendix *in Support of Opening Brief in Support of Its Motion for Summary Judgment [No. 1] of Non-Infringement of U.S. Patent Nos. 6,146,754 and 5,600,506 Pursuant to License* by Cornice Inc.. (Attachments: # 1 Part 2 of 2)(Heaney, Julia) (Entered: 11/28/2005) |
| 11/28/2005 | ●223 | REDACTED VERSION of 162 Opening Brief in Support *of Its Motion for Summary Judgment [No. 4] That Seagate Cannot Recover Pre-Suit Damages* by Cornice Inc.. (Heaney, Julia) (Entered: 11/28/2005) |
| 11/28/2005 | ●224 | REDACTED VERSION of 163 Appendix *of Exhibits in Support of Motion for Summary Judgment That Seagate Cannot Recover Pre-Suit Damages* by Cornice Inc.. (Attachments: # 1 Part 2 of 3# 2 Part 3 of 3) (Heaney, Julia) (Entered: 11/28/2005) |
| 11/29/2005 | ●225 | REDACTED VERSION of 173 Appendix *of Exhibits In Support of Defendant Cornice, Inc.'s Opening Claim Construction Brief For U.S. Patent No. 6,545,845* by Cornice Inc.. (Attachments: # 1 Part 2# 2 Part 3# 3 Part 4# 4 Part 5# 5 Part 6# 6 Part 7)(Heaney, Julia) (Entered: 11/29/2005) |
| 11/29/2005 | ●226 | REDACTED VERSION of 153 Declaration, *of Timothy Devlin ISO Motion for Summary Judgment on Cornice's Licensing-Related Defenses (Cornice's 9th, 10th, 11th and 12th Affirmative Defenses) and on Cornice's Breach of Contract Counterclaim* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 11/29/2005) |
| 11/29/2005 | ●227 | NOTICE of filing the following document(s) in paper format: Notice of Paper Filing re Exhibits A-CC of D.I. No. 226. Original document(s) on file in Clerk's Office. Notice filed by Timothy Devlin on behalf of Seagate Technology LLC (Devlin, Timothy) (Entered: 11/29/2005) |
| 11/29/2005 | ●228 | REDACTED VERSION of Exhibits A-X to 153 Declaration (VOLUME I of II) 226 Redacted Document,, 227 Notice of Filing Paper Documents,, by Seagate Technology LLC. (ORIGINAL DOCUMENT IS ON FILE IN THE CLERK'S OFFICE) (fmt, ) (Entered: 11/30/2005) |
| 11/29/2005 | ●229 | REDACTED VERSION of Exhibits Y-CC to 153 Declaration (VOLUME II of II) 226 Redacted Document,, 227 Notice of Filing Paper Documents,, by Seagate Technology LLC. (ORIGINAL DOCUMENT IS ON FILE IN THE CLERK'S OFFICE) (fmt, ) (Entered: 11/30/2005) |
| 11/30/2005 | ● | CORRECTING ENTRY: The initial attachment to D.I. 205 was incorrect; the incorrect attachment has been deleted and the proper one is now attached (fmt, ) (Entered: 11/30/2005) |
| 12/16/2005 | ●230 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF in Opposition 183 *PLAINTIFF SEAGATE'S RESPONSIVE BRIEF TO DEFENDANT CORNICE'S OPENING CLAIM CONSTRUCTION BRIEF FOR U.S. PATENT NO. 5,600,506* filed by Seagate Technology LLC. (Devlin, Timothy) Modified on 12/16/2005 (rbe, ). (Entered: 12/16/2005) |
| 12/16/2005 | ●231 | SEALED DECLARATION re 230 Answering Brief in Opposition, |

|  |  | *DECLARATION OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE'S RESPONSIVE BRIEF TO DEFENDANT CORNICE'S OPENING CLAIM CONSTRUCTION BRIEF FOR U.S. PATENT NO. 5,600,506* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
|---|---|---|
| 12/16/2005 | 232 | SEALED ANSWERING BRIEF in Opposition re 161 MOTION for Summary Judgment *[No. 4] That Seagate Cannot Recover Pre-Suit Damages* filed by Seagate Technology LLC.Reply Brief due date per Local Rules is 12/23/2005. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 233 | SEALED DECLARATION re 232 Answering Brief in Opposition *TO DEFENDANT CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT [NO. 4] THAT SEAGATE CANNOT RECOVER PRE-SUIT DAMAGES* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 234 | SEALED ANSWERING BRIEF in Opposition re 154 MOTION for Summary Judgment *[No. 1] Of Non-Infringement of All Asserted Claims Of U.S. Patent Nos. 6,146,754 And 5,600,506 Pursuant to License* filed by Seagate Technology LLC.Reply Brief due date per Local Rules is 12/23/2005. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 235 | SEALED DECLARATION re 234 Answering Brief in Opposition, *CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT [NO. 1] OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,146,754 AND 5,600,506 PURSUANT TO LICENSE* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 236 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 170 Claim Construction Opening Brief *OF DISPUTED TERMS IN U.S. PATENT NO, 5,452,159* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 237 | SEALED DECLARATION re 236 Claim Construction Answering Brief *REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 5,452,159* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 238 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 180 Claim Construction Opening Brief *DISPUTED TERMS IN U.S. PATENT NO. 5,596,461* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 239 | SEALED DECLARATION re 238 Claim Construction Answering Brief *DISPUTED TERMS IN U.S. PATENT NO. 5,596,461* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 240 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 172 Claim Construction Opening Brief *REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,545,845* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
|  |  |  |

| | | |
|---|---|---|
| 12/16/2005 | 241 | SEALED DECLARATION re 240 Claim Construction Answering Brief *REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,545,845* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 242 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 176 Claim Construction Opening Brief *REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,744,606* filed by Seagate Technology LLC. (Devlin, Timothy) Modified on 1/31/2006 (fmt, ). (THIS DOCUMENT HAS BEEN RETURNED TO COUNSEL PER D.I. 319; SEE D.I. 307 AND 319 FOR DOCUMENT) (Entered: 12/16/2005) |
| 12/16/2005 | 243 | SEALED DECLARATION re 242 Claim Construction Answering Brief *REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,744,606* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 244 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 174 Claim Construction Opening Brief *REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,324,054* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 245 | SEALED DECLARATION re 244 Claim Construction Answering Brief *REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,324,054* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 246 | SEALED ANSWERING BRIEF in Opposition re 157 MOTION to Preclude *[No. 2] Seagate From Asserting Infringement With Respect to Accused 4.0 Products* filed by Seagate Technology LLC.Reply Brief due date per Local Rules is 12/23/2005. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | | CORRECTING ENTRY: PER REQUEST FROM COUNSEL, MODIFIED DOCKET ENTRY TEXT AND ADDED LINK, RE: D.I. 230 (rbe, ) (Entered: 12/16/2005) |
| 12/16/2005 | 247 | SEALED DECLARATION re 246 Answering Brief in Opposition, *OPPOSITION TO CORNICE'S MOTION TO PRECLUDE (NO.2) SEAGATE FROM ASSERTING INFRINGEMENT WITH RESPECT TO ACCUSED 4.0 PRODUCTS* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 248 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 178 Claim Construction Opening Brief *RESPONSE BRIEF REGARDING CONSTRUCTION OF DISPUTED TERMS IN U.S. PATENT NO. 6,146,754* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 249 | SEALED DECLARATION re 248 Claim Construction Answering Brief *RESPONSE BRIEF REGARDING CONSTRUCTION OF disputed terms in u.s. patent no. 6,146,754* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |

| | | |
|---|---|---|
| 12/16/2005 | 250 | SEALED ANSWERING BRIEF in Opposition re 158 MOTION for Summary Judgment *[No. 3] Of Non-Infringement of U.S. Patent No. 5,452,159* filed by Seagate Technology LLC.Reply Brief due date per Local Rules is 12/23/2005. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 251 | SEALED DECLARATION re 250 Answering Brief in Opposition *TO CORNICE'S MOTION FOR SUMMARY JUDGMENT [NOS. 3] OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,452,159* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 252 | SEALED ANSWERING BRIEF in Opposition re 164 MOTION for Summary Judgment *[No. 5] Of Non-Infringement Of U.S. Patent No. 5,600,506* filed by Seagate Technology LLC.Reply Brief due date per Local Rules is 12/23/2005. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 253 | SEALED DECLARATION re 252 Answering Brief in Opposition *TO DEFENDANT CORNICE?S MOTION FOR SUMMARY JUDGMENT [NO. 5] OF NON-INFRINGEMENT OF U.S. PATENT 5,600,506* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 254 | SEALED ANSWERING BRIEF in Opposition re 167 MOTION for Partial Summary Judgment *[No. 6] Regarding The Invalidity of U.S. Patent No. 5,600,506* filed by Seagate Technology LLC.Reply Brief due date per Local Rules is 12/23/2005. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 255 | SEALED DECLARATION re 254 Answering Brief in Opposition, *TO CORNICE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [NO. 6] REGARDING THE INVALIDITY OF U.S. PATENT 5,600,506* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/16/2005) |
| 12/16/2005 | 256 | SEALED DECLARATION *OF DAVID B. BOGY, PH.D. IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S BRIEF IN OPPOSITION TO CORNICE'S MOTION FOR SUMMARY JUDGMENT [NO. 3] OF NON-INFRINGEMENT OF U.S. PATENT NO. 5,452,159 D.I. 250* by Seagate Technology LLC. (Devlin, Timothy) Modified on 12/16/2005 (fmt, ). (Entered: 12/16/2005) |
| 12/16/2005 | | CORRECTING ENTRY: D.I. 256 has been linked to D.I. 250 (fmt, ) (Entered: 12/16/2005) |
| 12/16/2005 | 257 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 146 Claim Construction Opening Brief *Cornice's Answering Brief in Response to Seagate's Opening Claim Construction Brief for U.S. Patent No. 6,146,754* filed by Cornice Inc.. (Heaney, Julia) (Entered: 12/16/2005) |
| 12/16/2005 | 258 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 150 Claim Construction Opening Brief *Cornice's Answering Brief in Response to Seagate's Opening Claim Construction Brief for U.S. Patent 5,596,461* filed by Cornice Inc.. (Heaney, Julia) (Entered: 12/16/2005) |
| 12/16/2005 | 259 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 150 |

| | | |
|---|---|---|
| | | Claim Construction Opening Brief *Cornice's Answering Brief in Response to Seagate's Opening Claim Construction Brief for U.S. Patent 6,545,845* filed by Cornice Inc.. (Heaney, Julia) (Entered: 12/16/2005) |
| 12/16/2005 | 260 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 148 Claim Construction Opening Brief *Cornice's Answering Brief In Response to Seagate's Opening Claim Construction Brief for U.S. Patent 6,744,606* filed by Cornice Inc.. (Heaney, Julia) (Entered: 12/16/2005) |
| 12/16/2005 | 261 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 148 Claim Construction Opening Brief *Cornice's Answering Brief in Response to Seagate's Opening Claim Construction Brief for U.S. Patent 5,452,159* filed by Cornice Inc.. (Heaney, Julia) (Entered: 12/16/2005) |
| 12/16/2005 | 262 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 150 Claim Construction Opening Brief *Cornice's Answering Brief In Response to Seagate's Opening Claim Construction Brief for U.S. Patent '054* filed by Cornice Inc.. (Heaney, Julia) Modified on 12/19/2005 (fmt, ). (Entered: 12/16/2005) |
| 12/16/2005 | 263 | SEALED CLAIM CONSTRUCTION ANSWERING BRIEF re 185 Claim Construction Opening Brief *Cornice's Answering Brief in response to Seagate's Opening Claim Construction Brief for U.S. Patent 5,600,506* filed by Cornice Inc.. (Heaney, Julia) (Entered: 12/16/2005) |
| 12/16/2005 | 264 | SEALED ANSWERING BRIEF in Opposition re 144 SEALED MOTION for Summary Judgment *Plaintiff Seagate's Motion for Summary Judgment on Defendant Cornice's Third, Fifth and Seventh Affirmative Defenses* filed by Cornice Inc..Reply Brief due date per Local Rules is 12/23/2005. (Heaney, Julia) (SEE D.I. 268, CORRECTED VERSION SUBMITTED ON 12/21/05) Modified on 1/11/2006 (fmt, ). (Entered: 12/16/2005) |
| 12/16/2005 | 265 | SEALED ANSWERING BRIEF in Opposition re 152 SEALED MOTION for Summary Judgment *Plaintiff Seagate's Motion for Summary Judgment on Cornice's Licensing-Related Defenses (Cornice's Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses) and on Cornice's Breach of Contract Cou* filed by Cornice Inc..Reply Brief due date per Local Rules is 12/23/2005. (Heaney, Julia) (SEE D.I. 268, CORRECTED VERSION SUBMITTED ON 12/21/05) Modified on 1/11/2006 (fmt, ). (Entered: 12/16/2005) |
| 12/21/2005 | 266 | NOTICE OF SERVICE of Defendant Cornice, Inc.'s List of Rebuttal Fact Witnesses by Cornice Inc..(Heaney, Julia) (Entered: 12/21/2005) |
| 12/21/2005 | 267 | NOTICE OF SERVICE of Plaintiff Seagate's List of Rebuttal Fact Witness List by Seagate Technology LLC.(Devlin, Timothy) (Entered: 12/21/2005) |
| 12/21/2005 | 268 | Letter to Clerk from Julia Heaney, Esq. enclosing corrected versions of D.I. 264 and D.I. 265; the exhibits fro D.I. 264 were attached to D.I. 265 and vice versa; correct exhibits are attached to each brief in this submission, and there are no other changes - re 265 Answering Brief in |

| | | |
|---|---|---|
| | | RESPONSE TO CORNICE, INC.'S MOTION for Summary Judgment [No. 1] Of Non-Infringement of All Asserted Claims Of U.S. Patent Nos. 6,146,754 And 5,600,506 Pursuant to License by Seagate Technology LLC. (Devlin, Timothy) (Entered: 12/23/2005) |
| 12/23/2005 | 304 | REDACTED VERSION of 235 Declaration, *OF TIMOTHY DEVLIN IN SUPPORT OF PLAINTIFF SEAGATE TECHNOLOGY LLC'S RESPONSE TO CORNICE, INC.'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 6,146,754 AND 5,600,506 PURSUANT TO LICENSE* by Seagate Technology LLC. (Attachments: # 1 Exhibit 1 - part 1# 2 Exhibit 1 - part 2# 3 Exhibit 1 - part 3# 4 Exhibit 1 - part 4# 5 Exhibit 2 - 11# 6 Exhibit 12 - 20# 7 Exhibit 21 - 26# 8 Exhibit 27 - 35)(Devlin, Timothy) (Entered: 12/23/2005) |
| 12/30/2005 | 305 | Letter to Dr. Peter T. Dalleo from Julia Heaney regarding Corrected Version of Defendant Cornice, Inc.'s Opening Claim Construction Brief For U.S. Patent No. 6,744,606 filed with the Court on 11/21/05 - re 176 Claim Construction Opening Brief. (Heaney, Julia) (Entered: 12/30/2005) |
| 12/30/2005 | | Counsel is hereby notified to view Chief Judge Robinson's website for the most recent version of the Scheduling Order for patent cases noting the revisions/additions to paragraphs numbered 7 and 8(c). (Visit www.ded.courts.gov following these links: Chambers of Chief Judge Robinson; Forms; Scheduling Orders; Patent.) (rld, ) (Entered: 12/30/2005) |
| 01/04/2006 | 306 | Letter to Clerk, U.S. District Court from Timothy Devlin regarding Filing Corrected Redacted version of Plaintiff Seagate Technology LLC's Response Brief Regarding Construction of Disputed Terms in U.S. Patent No. 6,744,606 - re 242 Claim Construction Answering Brief. (Devlin, Timothy) (Entered: 01/04/2006) |
| 01/04/2006 | 307 | REDACTED VERSION of D.I. 242 by Seagate Technology LLC. (Devlin, Timothy) Modified on 1/4/2006 (fmt, ). (further redacts D.I. 288) (Entered: 01/04/2006) |
| 01/04/2006 | | CORRECTING ENTRY: Per D.I. 306, D.I. 288 (the redacted version of D.I. 242) has been deleted from the docket; D.I. 307 further redacts D.I. 288 and is the corrected redacted version of D.I. 242 (fmt, ) (Entered: 01/04/2006) |
| 01/12/2006 | 308 | NOTICE OF SERVICE of Plaintiff Seagate's First Amended List of Rebuttal Fact Witnesses by Seagate Technology LLC.(Devlin, Timothy) (Entered: 01/12/2006) |
| 01/17/2006 | 309 | SEALED REPLY BRIEF re 144 SEALED MOTION for Summary Judgment *Plaintiff Seagate's Motion for Summary Judgment on Defendant Cornice's Third, Fifth and Seventh Affirmative Defenses* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 01/17/2006) |
| 01/17/2006 | 310 | SEALED DECLARATION re 309 Reply Brief *Declaration of Timoty* |

| | | |
|---|---|---|
| | | *Devlin in Support of Seagate's Reply to Cornice's Opposition to Seagate's Motion for Summary Judgment on Cornices' Third, Fifth and Seventh Affirmative Defenses* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 01/17/2006) |
| 01/17/2006 | 311 | SEALED REPLY BRIEF re 152 SEALED MOTION for Summary Judgment *Plaintiff Seagate's Motion for Summary Judgment on Cornice's Licensing-Related Defenses (Cornice's Ninth, Tenth, Eleventh and Twelfth Affirmative Defenses) and on Cornice's Breach of Contract Cou* filed by Seagate Technology LLC. (Devlin, Timothy) (Entered: 01/17/2006) |
| 01/17/2006 | 312 | SEALED DECLARATION re 311 Reply Brief, *Declaration of Timoty Devlin in Support of Seagate's Reply in Support of Motion for Summary Judgment on Cornice's Licensing-Related Defenses (Cornice's Ninth, Tenth, Eleventha nd Twelfth Affirmative Defenses) and on Cornice's Breach of Contract Counterclaim* by Seagate Technology LLC. (Devlin, Timothy) (Entered: 01/17/2006) |
| 01/17/2006 | 313 | SEALED REPLY BRIEF re 154 MOTION for Summary Judgment *[No. 1] Of Non-Infringement of All Asserted Claims Of U.S. Patent Nos. 6,146,754 And 5,600,506 Pursuant to License* filed by Cornice Inc.. (Heaney, Julia) (Entered: 01/17/2006) |
| 01/17/2006 | 314 | REPLY BRIEF re 157 MOTION to Preclude *[No. 2] Seagate From Asserting Infringement With Respect to Accused 4.0 Products* filed by Cornice Inc.. (Heaney, Julia) (Entered: 01/17/2006) |
| 01/17/2006 | 315 | SEALED REPLY BRIEF re 158 MOTION for Summary Judgment *[No. 3] Of Non-Infringement of U.S. Patent No. 5,452,159* filed by Cornice Inc.. (Heaney, Julia) (Entered: 01/17/2006) |
| 01/17/2006 | 316 | SEALED REPLY BRIEF re 161 MOTION for Summary Judgment *[No. 4] That Seagate Cannot Recover Pre-Suit Damages* filed by Cornice Inc.. (Heaney, Julia) (Entered: 01/17/2006) |
| 01/17/2006 | 317 | SEALED REPLY BRIEF re 164 MOTION for Summary Judgment *[No. 5] Of Non-Infringement Of U.S. Patent No. 5,600,506* filed by Cornice Inc.. (Heaney, Julia) (Entered: 01/17/2006) |
| 01/17/2006 | 318 | SEALED REPLY BRIEF re 167 MOTION for Partial Summary Judgment *[No. 6] Regarding The Invalidity of U.S. Patent No. 5,600,506* filed by Cornice Inc.. (Heaney, Julia) (Entered: 01/17/2006) |
| 01/19/2006 | 319 | Letter to Clerk of the Court from Timothy Devlin regarding Destroying Sealed D.I. 242 and replacing with D.I. 288, which is now D.I. No. 307 - re 242 Claim Construction Answering Brief. (Attachments: # 1)(Devlin, Timothy) (Entered: 01/19/2006) |
| 01/23/2006 | 320 | REDACTED VERSION of 315 Reply Brief *in Support of Its Motion For Summary Judgment [No. 3] of Noninfringement of U.S. Patent No. 5,452,159* by Cornice Inc.. (Heaney, Julia) (Entered: 01/23/2006) |
| 01/23/2006 | 321 | REDACTED VERSION of 317 Reply Brief *in Support of Its Motion for* |