OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

*August 15, 2007*

Jack B. Blumenfeld, ESQ.
Morris, Nichols, Arsht. & Tunnel
Email:
jbbefiling@mnat.com

RE: **Seagate Technology, LLC v. Cornice Inc. .**
    Civ. No. 04-cv-418-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    51,58,122,124,134,155,156,159,160,162,163,166,168,169,
170,171,172,173,174,175,176,177,178179,180,181,183,184,257,258,
259,260,261,262,263,264,265,313,315,316,317,318.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By:

I hereby acknowledge receipt of the above mentioned documents

on ___87.507___ .

Signature