OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 29, 2007

Jack B. Blumenfeld, ESQ.
Morris, Nichols, Arsht. & Tunnel
Email:jbbefiling@mnat.com

RE: **Seagate Technology, LLC v. Cornice Inc.**
Civ. No. 04-cv-418-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:165.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _[signature]_

I hereby acknowledge receipt of the above mentioned documents

on   8·29·07  .

_[signature]_
Signature