OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 30, 2007

Timothy Delvin, ESQ.
Fish and Richardson, P.C.
Email: tdelvin@fr.com

RE:  **Seagate Technology, LLC v. Cornice Inc.**
Civ. No. 04-cv-418-SLR

Dear Counsel:

Pursuant to the Order entered on 07/31/2007 by the Honorable Sue L. Robinson, the following documents are herewith being returned to you:

ITEMS:    31,32,54,55,118,120,127,128,131,132,144,145,146,147,148
149,150,151,152,153,185,186,230,231,232,233,234,235,236,237,238,
239,240,241,242,243,244,245,246,247,248,249,250,251,252,253,254,
255,256,309,310,311,312.

A copy of the signed acknowledgment has been attached for your records.

Sincerely,

Peter T. Dalleo, Clerk

By: _____

I hereby acknowledge receipt of the above mentioned documents on 8/30/07 .

Signature: _____ (PARCELS)